IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
In re : Chapter 11
:
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
: Re: D.I. 3507
-------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF TWELFTH OMNIBUS OBJECTION (SUBSTANTIVE) SOLELY WITH RESPECT TO CLAIM NO. 5896 FILED BY THE TENNESSEE DEPARTMENT OF REVENUE

**PLEASE TAKE NOTICE** that, on July 9, 2010, the Debtors filed the *Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim)*(D.I. 3507) (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2010, the Tennessee Department of Revenue filed the *Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims* (D.I. 3742).

**PLEASE TAKE FURTHER NOTICE** that, on November 15, 2010, the Tennessee Department of Revenue filed the *Notice of Withdrawal of Claim* (D.I. 4331), withdrawing claim 5896.

**PLEASE TAKE FURTHER NOTICE** that, in light of the withdrawal of claim 5896, the Debtors hereby withdraw the Objection solely with respect to claim 5896.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: November 18, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

2