IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **Re: D.I. 4237**
:
---------------------------------------------------------------X

**NOTICE OF FILING OF REVISED EXHIBITS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO A SIDE AGREEMENT WITH RESPECT TO FEES PAYABLE TO LAZARD FRÈRES & CO. LLC AND (II) AUTHORIZING DEBTORS TO DIRECT THEIR ESCROW AGENTS TO RELEASE FUNDS TO NORTEL NETWORKS LIMITED FOR REIMBURSEMENT OF CERTAIN PROFESSIONAL FEES**

**PLEASE TAKE NOTICE** that on November 2, 2010, the Debtors filed the *Motion Pursuant To 11 U.S.C. Sections 105(A) And 363(B) For Entry Of An Order (I) Authorizing Debtors To Enter Into A Side Agreement With Respect To Fees Payable To Lazard Freres & Co. LLC And (II) Authorizing Debtors To Direct Their Escrow Agents To Release Funds To Nortel Networks Limited For Reimbursement Of Certain Professional Fees* (D.I. 4237) (the "Motion").[2] Attached to the Motion as Exhibits C and D were a letter from Geoff Leverton of PricewaterhouseCoopers LLP to David Glass of NNL, dated October 29, 2010 (the "Original PwC Letter") and a letter from KPMG LLP to Greg Boone of NNL, dated November 1, 2010 (the "Original KPMG Letter"), respectively.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a letter from Geoff Leverton to David Glass, dated November 10, 2010, which corrects an error in the Original PwC Letter in totaling the underlying invoices and reduces the total amount of fees and expenses that were set forth in the Original PwC Letter by US$90.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** hereto replaces the Original PwC Letter attached to the Motion as Exhibit C and that the definition of "PwC Fees" used in the Motion is hereby amended to mean a total of US$17,626,759 in professional fees and related expenses.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a letter from KPMG to Greg Boone, dated November 11, 2010, which replaces the Original KPMG Letter attached to the Motion as Exhibit D and clarifies in footnote 2 thereto the manner in which certain invoices were allocated among different projects.

Dated: November 19, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*