IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                     :    Chapter 11
:
Nortel Networks Inc., et al.,[1]          :    Case No. 09-10138 (KG)
:
Debtors.                         :    Jointly Administered
:
-----------------------------------------------------------X

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 23, 2010 AT 10:00 A.M. (ET)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.   Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

     Related Pleadings: None.

     Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

     Responses Received:

     a)   Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

     b)   United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)    California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

    d)    Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status: The hearing on this matter has been adjourned to the hearing scheduled for December 8, 2010 at 10:00 a.m. (ET).

2. Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

Related Pleadings: None.

Objection Deadline: May 5, 2010 at 4:00 p.m. (ET). Extended to January 6, 2011 at 4:00 p.m. (ET) for Nortel and for the Committee.

Responses Received: None at this time.

Status: The hearing on this matter has been adjourned to the hearing scheduled for January 27, 2011 at 10:00 a.m. (ET).

3. Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Specified Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 3965, Filed 9/17/10).

Related Pleadings: None.

Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended to a date to be determined for the United States of America, the United States Trustee, the Canadian Debtors and the Monitor.

Responses Received:

    a)    Limited Objection Of ACS Cable Systems, Inc. To Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Specified Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4107, Filed 10/7/10);

    b)    Objection Of The Trustee Of Nortel Networks UK Pension Plan And The Board Of The Pension Protection Fund to Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4108, Filed 10/7/10);

c) Objection Of Frank A. Dunn To Debtors' Motion For An Order Approving Procedures For Document Destruction (D.I. 4118, Filed 10/7/10);

d) Lead Plaintiffs' Joinder To Objections To Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4125, Filed 10/8/10)

Status: The hearing on this matter has been adjourned to a date to be determined.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.)

4. Application Pursuant To 11 U.S.C. §327(e) To Retain And Employ Torys LLP As Special Canadian Counsel *Nunc Pro Tunc* To October 28, 2010 (D.I. 4254, Filed 11/8/10).

Related Pleadings:

a) Certificate Of No Objection (D.I. 4351, Filed 11/18/10).

Objection Deadline: November 16, 2010 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

5. Debtors' Motion Pursuant To 11 U.S.C. Sections 105(A) And 363(B) For Entry Of An Order (I) Authorizing Debtors To Enter Into A Side Agreement With Respect To Fees Payable To Lazard Frères & Co. LLC And (II) Authorizing Debtors To Direct Their Escrow Agents To Release Funds To Nortel Networks Limited For Reimbursement Of Certain Professional Fees (D.I. 4237, Filed 11/2/10).

Related Pleadings:

a) Notice Of Filing Revised Exhibits to Debtors' Motion Pursuant To 11 U.S.C. Sections 105(A) And 363(B) For Entry Of An Order (I) Authorizing Debtors To Enter Into A Side Agreement With Respect To Fees Payable To Lazard Frères & Co. LLC And (II) Authorizing Debtors To Direct Their Escrow Agents To Release Funds To Nortel Networks Limited For Reimbursement Of Certain Professional Fees (D.I. 4354, Filed 11/19/10); and

b) Certificate Of No Objection (D.I. 4355, Filed 11/19/10).

Objection Deadline: November 16, 2010 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: The Debtors intend to hand up a revised form of order at the hearing.

6. Debtors' Motion For Entry Of An Order (I) Authorizing And Approving The Sale Of Limited Partnership And Limited Liability Company Interests Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving Entry Into A Purchase And Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; (IV) Authorizing The Filing Of Certain Documents Under Seal; And (V) Granting Related Relief (D.I. 4242, Filed 11/4/10).

Related Pleadings:

a) Motion to Shorten Notice Relating to Debtors' Motion For Entry Of An Order (I) Authorizing And Approving The Sale Of Limited Partnership And Limited Liability Company Interests Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving Entry Into A Purchase And Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; (IV) Authorizing The Filing Of Certain Documents Under Seal; And (V) Granting Related Relief (D.I. 4243, Filed 11/4/10); and

b) Order Shortening Notice Relating To Debtors' Motion For An Order (I) Authorizing And Approving The Sale Of Limited Partnership And Limited Liability Company Interests Free And Clear Of All Liens, Claims and Encumbrances; (II) Authorizing And Approving Entry Into A Purchase And Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; (IV) Authorizing The Filing Of Certain Documents Under Seal; And (V) Granting Related Relief (D.I. 4250, Filed 11/5/10).

Objection Deadline: November 16, 2010 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: The hearing on this matter is going forward and a revised form of order will be handed up at the hearing.

## CONTESTED MATTERS GOING FORWARD:

7. Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

Related Pleadings:

a) Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong

3901326.7

4

Debtor Claim) (D.I. 3788, Filed 8/16/10);

b) Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10); and

c) Order (First Supplemental) Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 4049, Filed 9/30/10);

d) Notice Of Withdrawal of Claim, filed by The Tennessee Department Of Revenue (D.I. 4331, Filed 11/15/10); and

e) Notice Of Withdrawal Of Twelfth Omnibus Objection (Substantive) Solely With Respect To Claim No. 5896 Filed By The Tennessee Department Of Revenue (D.I. 4352, Filed 11/18/10).

Objection Deadline: July 28, 2010 at 4:00 p.m. (ET). Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

Responses Received:

a) Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims (D.I. 3742, Filed 7/28/10);

b) Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

c) Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

d) Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

Status: The hearing with respect to the response filed by SNMP Research International, Inc. is going forward as a status conference. A hearing with respect to the response filed by the Tennessee Department of Revenue is no longer necessary.

8. Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims) (D.I. 3846, Filed 8/31/10).

Related Pleadings:

3901326.7

a) Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) (D.I. 4022, Filed 9/27/10);

b) Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) (D.I. 4053, Entered 9/30/10);

c) Certification Of Counsel Regarding [Proposed] Order Approving Stipulation By and Between Debtors and the Coca-Cola Company Regarding Briefing Schedule (D.I. 4333, Filed 11/15/10); and

d) Order Approving Stipulation By and Between Debtors and the Coca-Cola Company Regarding Briefing Schedule (D.I. 4338, Filed 11/15/10).

Objection Deadline: September 23, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Objection Of Creditor Ventura County Treasurer-Tax Collector To Debtors' Thirteenth Omnibus Objection (Substantive) To Claims Under Title 11 United States Code, Section 502, Federal R. Bankruptcy P. 3007 And Local Rule 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) Filed by County of Ventura, State of California (D.I. 4000, Filed 9/23/10);

b) Response To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims), Filed by The Coca-Cola Company (D.I. 4007, Filed 9/23/10); and

c) Notice Of Filing Of Declaration Of Margaret Boon In Support Of The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims (D.I. 4189, Filed 10/22/10).

Status: The Debtors have resolved the Objection with respect to The Coca-Cola Company and will hand up a supplemental order at the hearing. The hearing with respect to the Objection filed by the Ventura County Treasurer-Tax Collector has been adjourned to the hearing scheduled for December 15, 2010 at 10 a.m. (ET).

9. Motion Of Affiliates Of Verizon Communication Inc. For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Pre-Petition Rights Of Setoff; And (C) And Order Requiring Verizon's Setoff Rights To Be Effectuated And Satisfied By Debtor Nortel Networks, Inc. (D.I. 3901, Filed 9/9/10).

Related Pleadings:

3901326.7

a)  Order Resolving Debtors' Motion Against Verizon (D.I. 3827, Entered 8/25/10); and

b)  Declaration Of Richard Boris In Support Of Nortel Networks Inc.'s Response In Opposition To The Motion Of The Affiliates Of Verizon Communications Inc. For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Prepetition Rights Of Setoff; And (C) An Order Requiring Verizon's Setoff Rights to Be Effectuated and Satisfied by Nortel Networks Inc. (D.I. 4260, Filed 11/8/10).

Objection Deadline: November 8, 2010 at 4:00 p.m. (ET).

Responses Received:

a)  Nortel Networks Inc.'s Response In Opposition To The Motion Of The Affiliates Of Verizon Communications Inc. For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Prepetition Rights Of Setoff; And (C) An Order Requiring Verizon's Setoff Rights to Be Effectuated and Satisfied by Nortel Networks Inc. (D.I. 4259, Filed 11/8/10); and

b)  Reply Of The Affiliates Of Verizon Communications Inc. In Support Of Their Motion For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Pre-Petition Rights Of Setoff; And (C) An Order Requiring Verizon's Setoff Rights To Be Effectuated And Satisfied By Debtor Nortel Networks, Inc., Filed by Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless (D.I. 4350, Filed 11/18/10).

Status: The hearing on this matter is going forward.

10. Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims (D.I. 3942, Filed 9/14/10).

Related Pleadings:

a)  Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims (D.I. 4163, Filed 10/14/10).

Objection Deadline: October 7, 2010 at 4:00 p.m. (ET).

Responses Received:

a)  Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9)

Claims And Misclassified 503(b)(9) Claims Filed by (D.I. 4106, Filed 10/7/10).

Status: The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for December 15, 2010 at 10 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for January 27, 2011 at 9:30 a.m. (ET).

11. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Related Pleadings:

a) Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10).

Objection Deadline: October 25, 2010 at 4:00 p.m. (ET). Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m. Extended Red Hat to November 1, 2010. Extended for GE Fanuc to a date and time to be determined.

Responses Received:

a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

b) Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Status: The debtors have resolved the response filed by Electro Rent Corporation and will hand up a supplemental order at the hearing. The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for January 27, 2011 at 9:30 a.m. (ET). The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for December 15, 2010 at 10 a.m. (ET).

Dated: November 19, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*