IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No: 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Credit Suisse Strategic Partners hereby appears by their counsel, Bifferato LLC and Gibson Dunn. Such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy numbers:

Ian Connor Bifferato, Esquire
Email: cbifferato@bifferato.com
Matthew Denn, Esquire
Email: mdenn@bifferato.com
Kevin G. Collins, Esquire
Email: kcollins@bifferato.com
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

Janet Weiss, Esquire
Email: jweiss@gibsondunn.com
GIBSON DUNN
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also

includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of Credit Suisse Strategic Partners' right (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which Credit Suisse Strategic Partners is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Credit Suisse Strategic Partners expressly reserves.

*[Remainder of page intentionally left blank]*

Dated: November 19, 2010

BIFFERATO LLC

*[signature]*

Ian Connor Bifferato (#3273)
Matthew Denn (#2985)
Kevin G. Collins (#5149)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

and

Janet Weiss
GIBSON DUNN
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Credit Suisse Strategic Partners*