## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2010, a copy of the foregoing *Notice of Appearance and Request for Notices and Papers* was caused to be served in the way so indicated:

**Via Hand Delivery**
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Allisa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Hand Delivery**
United States Trustee
844 King Street, Room 2204
Lock Box #35
Wilmington, DE 19899-0035

**Via First Class Mail**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Kevin G. Collins (#5149)