IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :  Chapter 11
:
:  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:  Jointly Administered
Debtors.                                                 :
:  **RE: D.I. 4242**
:
---------------------------------------------------------X

**NOTICE OF EXERCISE OF RIGHT OF FIRST REFUSAL WITH
RESPECT TO CERTAIN LIMITED PARTNERSHIP INTERESTS**

**PLEASE TAKE NOTICE THAT:**

In connection with the Debtors' Motion for Orders (I) Authorizing and Approving the Sale of Limited Partnership and Limited Liability Company Interests Free and Clear of All Liens, Claims and Encumbrances, (II) Authorizing and Approving Entry into a Purchase and Sale Agreement, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts, (IV) Authorizing the Filing of Certain Documents Under Seal, and (V) Granting Related Relief [D.I. 4242] (the "Sale Motion"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), sought authority to sell certain limited partnership interests (the "LP Interests") including NNI's interests in STARTech Seed Fund II L.P. (the "STARTech Fund").

The Debtors hereby provide notice that, subsequent to the filing of the Motion, the general partner of the STARTech Fund, STARTech Associates II, LP. ("STARTech") exercised its right of first refusal pursuant to Section 17(h) of the Agreement of Limited Partnership of STARTech Seed Fund II L.P. (as amended, the "Fund Agreement"). Pursuant to Section 2.5 of the Purchase and Sale Agreement dated as of November 3, 2010 among NNI and non-debtor Nortel Ventures LLC, on the one hand and CS Strategic Partners IV VC Holdings L.P. ("CS") and Amberbrook V, LLC ("Amberbrook") on the other hand (the "Agreement"), the STARTech Fund has been designated as an "Excluded ROFR Fund" and is therefore not to be sold pursuant to the Agreement. The Debtors will therefore request, through the Motion, that the LP Interests held in the STARTech Fund be sold to STARTech at the same price as they would have been

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

sold to CS and Amberbrook under the Agreement, subject to the execution of an agreement between STARTech and NNI under which the LP Interests held in the STARTech Fund will be sold to STARTech on terms substantially similar to those in the Agreement. Subject to the execution of such an agreement, the Debtors will also request, through the Motion, that the Fund Agreement shall be excluded from the assumption and assignment provisions of the Motion that would otherwise provide for the assignment of the Fund Agreement to CS and Amberbrook.

Dated: November 19, 2010　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, Delaware

James L. Bromley (*admitted pro hac vice*)
Lisa M. Schweitzer (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*