# Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

INVOICE

Invoice Number: IB6822
Invoice Date: 11/16/2010
Reference #: NOR250OIB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Tim Burling, Flextronics Corporation
            Committee Chairman

Re:         Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| August 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $396.06 |
| Meals | $223.69 |
| Presentation Services | $74.00 |
| Transportation - Air | $1,593.88 |
| Transportation - Ground | $432.44 |
| **Total Out-of-Pocket Expenses** | $2,720.07 |

**TOTAL DUE    $162,720.07**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:  NOR250-IB6822- Nortel

11