12

Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
August 1, 2010 – August 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $396.06 |
| Meals | $223.69 |
| Presentation Services | $74.00 |
| Transportation – Air | $1,593.88 |
| Transportation – Ground | $432.44 |
| Total | $2,720.07 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| PATRICK T. MORROW | Meals | Overtime Meal | 7/27/2010 | $25.50 |
| MICHAEL MORAN | Meals | Overtime Meal | 7/28/2010 | $24.50 |
| MICHAEL J HENKIN | Transportation - Air | 50% Charge Flight | 7/29/2010 | $619.48 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 7/29/2010 | $1,254.70 |
| LEO J. CHANG | Meals | Overtime Meal | 8/3/2010 | $25.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 8/4/2010 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 8/4/2010 | $55.06 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 8/4/2010 | $336.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 8/4/2010 | $21.41 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 8/4/2010 | $80.00 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SF Office | 8/4/2010 | $10.00 |
| CARY S. VERASCO | Meals | Overtime Meal | 8/4/2010 | $25.50 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 8/5/2010 | $24.39 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/5/2010 | $26.16 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 8/5/2010 | $13.11 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/5/2010 | $9.50 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 8/5/2010 | $16.56 |
| MICHAEL J HENKIN | Transportation - Air | Unused Flight Credit | 8/5/2010 | -$280.30 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Cleary Gottlieb | 8/5/2010 | $28.00 |
| MICHAEL J HENKIN | Transportation - Ground | Car Service- Office to Airport | 8/5/2010 | $71.19 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 8/6/2010 | $62.98 |
| MICHAEL J HENKIN | Transportation - Ground | Drove to Work - Mileage | 8/6/2010 | $19.25 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 8/7/2010 | $8.40 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 8/8/2010 | $13.70 |
| LEO J. CHANG | Meals | Overtime Meal | 8/9/2010 | $25.50 |
| MICHAEL MORAN | Meals | Overtime Meal | 8/11/2010 | $25.26 |
| MICHAEL MORAN | Meals | Overtime Meal | 8/17/2010 | $25.26 |
| MICHAEL MORAN | Meals | Overtime Meal | 8/18/2010 | $25.26 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 8/24/2010 | $13.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 8/25/2010 | $10.80 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 8/26/2010 | $14.30 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 8/27/2010 | $11.10 |
| ALEX GARCIA | Presentation Services | Create/Edit Presentation | 9/7/2010 | $74.00 |
| **Total:** | | | | **$2,720.07** |

14