Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
August 1, 2010 - August 31, 2010

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 78.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 5.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 45.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 3.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 28.5 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 56.0 |
| Mushfiqa Jamaluddin | Analyst, Generalist | 7.0 |
| | **Total** | **223.8** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

16

Jefferies & Company, Inc.
August 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 8/1/2010 | 1.00 | Review documents and due diligence |
| Michael Henkin | 8/2/2010 | 2.00 | Calls with other advisors; Review materials; various correspondence |
| Michael Henkin | 8/3/2010 | 1.00 | Review materials; related calls with Jefferies Team |
| Michael Henkin | 8/4/2010 | 9.50 | Internal correspondence, review materials; review analyses, travel to meeting |
| Michael Henkin | 8/5/2010 | 6.50 | UCC call and attend meeting |
| Michael Henkin | 8/6/2010 | 14.00 | Travel; review documents; meetings |
| Michael Henkin | 8/16/2010 | 10.25 | Review documents; call with other advisors; travel to meetings |
| Michael Henkin | 8/18/2010 | 5.00 | Meetings; review materials |
| Michael Henkin | 8/19/2010 | 6.00 | UCC meeting |
| Michael Henkin | 8/20/2010 | 10.00 | Review materials; travel |
| Michael Henkin | 8/21/2010 | 1.75 | Review documents. |
| Michael Henkin | 8/22/2010 | 0.75 | Review diligence materials |
| Michael Henkin | 8/23/2010 | 1.25 | Call with other advisors |
| Michael Henkin | 8/24/2010 | 1.00 | Internal discussion |
| Michael Henkin | 8/25/2010 | 0.50 | Call with other advisors |
| Michael Henkin | 8/26/2010 | 3.00 | Review documents; UCC call |
| Michael Henkin | 8/27/2010 | 1.75 | Review documents |
| Michael Henkin | 8/28/2010 | 1.00 | Review documents; communications with Jefferies team |
| Michael Henkin | 8/30/2010 | 0.75 | Call with other advisors |
| Michael Henkin | 8/31/2010 | 1.50 | Review materials |
| **August 2010 Summary Hours for Michael Henkin** | | **78.50** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 8/2/2010 | 1.00 | Call with other advisors |
| Phil Berkowitz | 8/4/2010 | 1.00 | Call with Jefferies team |
| Phil Berkowitz | 8/12/2010 | 0.50 | Various correspondence |
| Phil Berkowitz | 8/23/2010 | 1.25 | Call with other advisors |
| Phil Berkowitz | 8/25/2010 | 1.00 | Various correspondence |
| Phil Berkowitz | 8/30/2010 | 0.50 | Call with other advisors |
| **August 2010 Summary Hours for Phil Berkowitz** | | **5.25** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 8/2/2010 | 2.00 | Calls with other advisors; review materials; various correspondence |
| Leo Chang | 8/5/2010 | 6.50 | UCC call and attend meeting |
| Leo Chang | 8/6/2010 | 8.00 | Review documents; meetings |
| Leo Chang | 8/9/2010 | 1.50 | Various correspondence, calls with other advisors |
| Leo Chang | 8/10/2010 | 2.00 | Various correspondence, calls with Company and other advisors |
| Leo Chang | 8/11/2010 | 2.00 | Calls with Company and other advisors, review materials |
| Leo Chang | 8/12/2010 | 0.50 | Committee call |
| Leo Chang | 8/13/2010 | 1.00 | Various correspondence |
| Leo Chang | 8/18/2010 | 5.00 | Allocations meetings; review M&A materials and related work on UCC materials |
| Leo Chang | 8/19/2010 | 6.00 | UCC meeting |
| Leo Chang | 8/21/2010 | 1.75 | Review documents |
| Leo Chang | 8/22/2010 | 0.75 | Review diligence materials |
| Leo Chang | 8/23/2010 | 1.25 | Call with other advisors |
| Leo Chang | 8/24/2010 | 1.00 | Internal meeting; document review |
| Leo Chang | 8/25/2010 | 0.50 | Call with other advisors |
| Leo Chang | 8/26/2010 | 3.00 | Review documents; UCC call |
| Leo Chang | 8/30/2010 | 0.75 | Call with other advisors |
| Leo Chang | 8/31/2010 | 1.50 | Review materials |
| **August 2010 Summary Hours for Leo Chang** | | **45.00** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 8/2/2010 | 1.00 | Various correspondence |
| Gaurav Kittur | 8/8/2010 | 2.00 | Various correspondence, calls with other advisors |
| Gaurav Kittur | 8/12/2010 | 0.50 | Committee call |
| **August 2010 Summary Hours for Gaurav Kittur** | | **3.50** | |

17

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Cary Verasco* | | | |
| Cary Verasco | 8/2/2010 | 1.50 | Various correspondence, call with creditor, review materials |
| Cary Verasco | 8/3/2010 | 0.50 | Various correspondence |
| Cary Verasco | 8/4/2010 | 1.00 | Review materials, various correspondence |
| Cary Verasco | 8/5/2010 | 6.00 | Meeting with other advisors and related travel |
| Cary Verasco | 8/6/2010 | 0.50 | Various correspondence |
| Cary Verasco | 8/9/2010 | 1.50 | Various correspondence, calls with other advisors |
| Cary Verasco | 8/10/2010 | 2.00 | Various correspondence, calls with Company and other advisors |
| Cary Verasco | 8/11/2010 | 2.00 | Calls with Company and other advisors, review materials |
| Cary Verasco | 8/12/2010 | 0.50 | Committee call |
| Cary Verasco | 8/23/2010 | 2.00 | Various correspondence, call with other advisors, call with creditor |
| Cary Verasco | 8/24/2010 | 2.00 | Calls with Company and other advisors, review materials, various correspondence |
| Cary Verasco | 8/25/2010 | 3.00 | Various correspondence, calls with other advisors, review materials |
| Cary Verasco | 8/26/2010 | 0.50 | Various correspondence |
| Cary Verasco | 8/27/2010 | 0.50 | Various correspondence |
| Cary Verasco | 8/30/2010 | 0.50 | Review materials |
| Cary Verasco | 8/31/2010 | 4.50 | Calls / meetings with other advisors, review materials, various correspondence |
| **August 2010 Summary Hours for Cary Verasco** | | **28.50** | |
| | | | |
| *Michael Moran* | | | |
| Michael Moran | 8/2/2010 | 2.00 | Various correspondence, call with creditor, review materials |
| Michael Moran | 8/3/2010 | 0.50 | Various correspondence |
| Michael Moran | 8/4/2010 | 4.00 | Allocation Dataroom training and discussion, various correspondence |
| Michael Moran | 8/5/2010 | 1.50 | Various correspondence |
| Michael Moran | 8/6/2010 | 0.50 | Various correspondence |
| Michael Moran | 8/7/2010 | 5.00 | Meeting with other advisors and related travel |
| Michael Moran | 8/8/2010 | 2.00 | Various correspondence, calls with other advisors |
| Michael Moran | 8/9/2010 | 1.50 | Various correspondence, calls with other advisors |
| Michael Moran | 8/10/2010 | 2.00 | Various correspondence, calls with Company and other advisors |
| Michael Moran | 8/11/2010 | 2.00 | Calls with Company and other advisors, review materials |
| Michael Moran | 8/12/2010 | 0.50 | Committee call |
| Michael Moran | 8/13/2010 | 1.00 | Various correspondence |
| Michael Moran | 8/16/2010 | 2.00 | Various correspondence, calls with Company and other advisors |
| Michael Moran | 8/17/2010 | 8.00 | Allocation Meeting and related travel |
| Michael Moran | 8/18/2010 | 2.50 | Preparation of update materials for the committee |
| Michael Moran | 8/19/2010 | 5.50 | Meeting with the Committee and related travel |
| Michael Moran | 8/20/2010 | 1.00 | Various correspondence |
| Michael Moran | 8/23/2010 | 2.50 | Various correspondence, calls with other advisors |
| Michael Moran | 8/24/2010 | 3.50 | Review materials, calls with other advisors |
| Michael Moran | 8/25/2010 | 1.50 | Various correspondence |
| Michael Moran | 8/26/2010 | 2.50 | Document review, committee call |
| Michael Moran | 8/27/2010 | 3.00 | Review of dataroom materials |
| Michael Moran | 8/31/2010 | 1.50 | Review materials, calls with other advisors |
| **August 2010 Summary Hours for Michael Moran** | | **56.00** | |
| | | | |
| *Mushfiqa Jamaluddin* | | | |
| Mushfiqa Jamaluddin | 8/24/2010 | 1.00 | Internal discussion Call |
| Mushfiqa Jamaluddin | 8/25/2010 | 3.00 | Downloading dataroom documents |
| Mushfiqa Jamaluddin | 8/26/2010 | 2.00 | Downloading dataroom documents |
| Mushfiqa Jamaluddin | 8/31/2010 | 1.00 | Call with other advisors |
| **August 2010 Summary Hours for Mushfiqa Jamaludd** | | **7.00** | |