Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

INVOICE

Invoice Number: IB6896
Invoice Date: 11/19/2010
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---|
| **Monthly Fee:** | |
| September 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $1,437.36 |
| Meals | $1,011.55 |
| Presentation Services | $56.00 |
| Printing Services | $44.66 |
| Subscriptions | $146.97 |
| Transportation - Air | $2,415.59 |
| Transportation - Ground | $1,407.60 |
| **Total Out-of-Pocket Expenses:** | $6,519.73 |

**TOTAL DUE   $166,519.73**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-IB6896- Nortel

11