Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
September 1, 2010 – September 30, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,437.36 |
| Meals | $1,011.55 |
| Presentation Services | $56.00 |
| Printing Services | $44.66 |
| Subscriptions | $146.97 |
| Transportation – Air | $2,415.59 |
| Transportation – Ground | $1,407.60 |
| Total | $6,519.73 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Coach Class Flight- SFO to EWR | 7/20/2010 | $2,210.57 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 7/29/2010 | $7.40 |
| MICHAEL J HENKIN | Transportation - Air | Airfare - Difference in Fare Charge | 7/30/2010 | $20.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 7/30/2010 | $8.60 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 7/31/2010 | $10.80 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Home to Office | 7/31/2010 | $12.24 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home (AM) | 8/1/2010 | $8.60 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/1/2010 | $6.96 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Home to Office | 8/1/2010 | $6.30 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/2/2010 | $8.60 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/4/2010 | $7.80 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 8/5/2010 | $9.89 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/5/2010 | $17.10 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/6/2010 | $6.12 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/7/2010 | $7.30 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/8/2010 | $6.60 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 8/9/2010 | $15.87 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/9/2010 | $7.56 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/10/2010 | $8.04 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/11/2010 | $7.80 |
| MICHAEL J HENKIN | Transportation - Air | Coach Class One Way Flight- JFK to SFO | 8/12/2010 | $1,300.30 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/13/2010 | $10.70 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/13/2010 | $8.04 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/14/2010 | $11.25 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/15/2010 | $9.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 8/16/2010 | $304.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 8/16/2010 | $50.34 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 8/16/2010 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 8/16/2010 | $18.03 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 8/16/2010 | $23.27 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 8/16/2010 | $80.00 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SF Office | 8/16/2010 | $10.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/16/2010 | $9.45 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/16/2010 | $7.44 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 8/17/2010 | $304.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 8/17/2010 | $50.34 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 8/17/2010 | $5.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Meeting | 8/17/2010 | $22.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Meeting to Office | 8/17/2010 | $22.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/17/2010 | $18.48 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/17/2010 | $8.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 8/18/2010 | $304.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 8/18/2010 | $50.34 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 8/18/2010 | $5.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Meeting | 8/18/2010 | $23.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Meeting to Office | 8/18/2010 | $21.00 |
| MICHAEL K. MORAN | Transportation - Ground | Return Tax- Home to Office | 8/18/2010 | $20.40 |
| MICHAEL K. MORAN | Transportation - Ground | Return Taxi- Office to Home | 8/18/2010 | $18.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/18/2010 | $8.60 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/18/2010 | $23.04 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 8/19/2010 | $304.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 8/19/2010 | $50.34 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 8/19/2010 | $5.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/19/2010 | $8.60 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 8/20/2010 | $20.09 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 8/20/2010 | $50.00 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Ground | Drove to Work - Personal Car Mileage | 8/20/2010 | $38.50 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking (4 days) | 8/20/2010 | $165.00 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/21/2010 | $6.96 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/22/2010 | $8.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/23/2010 | $8.20 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 8/23/2010 | $7.44 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 8/23/2010 | $25.26 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/24/2010 | $7.80 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 8/24/2010 | $25.22 |
| CARY S. VERASCO | Meals | Overtime Meal | 8/24/2010 | $19.17 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 8/24/2010 | $25.32 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 8/25/2010 | $6.80 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 8/25/2010 | $12.80 |
| CARY S. VERASCO | Meals | Overtime Meal | 8/25/2010 | $20.99 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 8/25/2010 | $24.85 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 8/26/2010 | $25.31 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 8/26/2010 | $25.32 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/27/2010 | $8.04 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 8/29/2010 | $6.60 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Home to Office | 8/29/2010 | $6.50 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 8/30/2010 | $7.25 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 8/30/2010 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 8/30/2010 | $25.50 |
| MICHAEL J HENKIN | Transportation - Air | Refund for Unused Portion of Flight | 8/31/2010 | ($1,115.28) |
| CARY S. VERASCO | Transportation - Ground | Taxi- Office to Meeting | 8/31/2010 | $7.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 8/31/2010 | $10.80 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 8/31/2010 | $7.20 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 8/31/2010 | $14.70 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 8/31/2010 | $25.46 |
| GUARAV KITTUR | Meals | Overtime Meal | 8/31/2010 | $25.12 |
| LEO J. CHANG | Meals | Overtime Meal | 8/31/2010 | $25.50 |
| ANDREW M GAZZALE | Subscriptions | Case Related Documents | 9/1/2010 | $146.97 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/1/2010 | $31.23 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/1/2010 | $25.28 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Office to Meeting | 9/2/2010 | $13.75 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/2/2010 | $9.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/2/2010 | $6.96 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/2/2010 | $14.30 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/2/2010 | $19.87 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/2/2010 | $25.26 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/2/2010 | $25.36 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/3/2010 | $5.52 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/3/2010 | $14.87 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/3/2010 | $25.32 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/3/2010 | $25.45 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Office to Home | 9/4/2010 | $11.90 |
| MICHAEL K. MORAN | Transportation - Ground | Weekend Taxi- Home to Office | 9/4/2010 | $8.70 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/5/2010 | $10.46 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 9/5/2010 | $11.40 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Home to Office | 9/5/2010 | $13.50 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/5/2010 | $15.08 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/5/2010 | $10.42 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/6/2010 | $7.80 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/6/2010 | $7.70 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 9/6/2010 | $12.87 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Home to Office | 9/6/2010 | $13.40 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/6/2010 | $25.50 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 9/7/2010 | $24.39 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Office to Meeting | 9/7/2010 | $8.20 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Meeting to Office | 9/7/2010 | $7.80 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 9/7/2010 | $7.13 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 9/7/2010 | $6.40 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/7/2010 | $7.90 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/7/2010 | $8.40 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/7/2010 | $25.26 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/7/2010 | $25.50 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/7/2010 | $25.30 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal (3 attendees) | 9/8/2010 | $74.93 |
| ALEX GARCIA | Presentation Services | Create/Edit Presentations | 9/8/2010 | $30.00 |
| NIAMBI WILLIAMS | Presentation Services | Create/Edit Presentations | 9/8/2010 | $14.00 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Meeting to Office | 9/8/2010 | $21.80 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Office to Meeting | 9/8/2010 | $5.60 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 9/8/2010 | $16.60 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/8/2010 | $8.04 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/8/2010 | $12.30 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/8/2010 | $25.49 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/8/2010 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/8/2010 | $25.31 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/9/2010 | $8.04 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/9/2010 | $6.10 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/9/2010 | $19.55 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/9/2010 | $24.90 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/9/2010 | $24.50 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/10/2010 | $25.49 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/11/2010 | $5.20 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 9/11/2010 | $7.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Home to Office | 9/11/2010 | $14.50 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/11/2010 | $15.34 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/11/2010 | $24.64 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 9/12/2010 | $15.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Home to Office | 9/12/2010 | $12.87 |
| KINSEY SCHMISK | Meals | Overtime Meal | 9/12/2010 | $15.30 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/12/2010 | $16.23 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 9/12/2010 | $25.49 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/12/2010 | $10.38 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/13/2010 | $8.04 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/13/2010 | $13.75 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/14/2010 | $24.86 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/14/2010 | $13.90 |
| ROLAND SIN | Presentation Services | Create/Edit Presentations | 9/17/2010 | $12.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/17/2010 | $16.37 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 9/18/2010 | $12.30 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/20/2010 | $12.87 |
| MUSHFIQA JAMALUDDIN | Printing | Printing Services | 9/21/2010 | $44.66 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/21/2010 | $17.40 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/22/2010 | $14.30 |
| Total: | | | | $6,519.73 |