Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
September 1, 2010 - September 30, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 63.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 4.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 41.5 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 12.5 |
| Paul Zangrilli | Associate, Communication Technologies Group | 5.8 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 55.0 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 59.8 |
| Mushfiqa Jamaluddin | Analyst, Generalist | 52.5 |
| | **Total** | **295.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
September 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 9/1/2010 | 1.00 | Call with Jefferies team |
| Michael Henkin | 9/2/2010 | 0.75 | UCC Call |
| Michael Henkin | 9/3/2010 | 1.50 | Call with Jefferies team |
| Michael Henkin | 9/5/2010 | 1.25 | Review documents and related communication with Jefferies team |
| Michael Henkin | 9/6/2010 | 1.75 | Call with Jefferies team |
| Michael Henkin | 9/8/2010 | 1.00 | Work on allocations analyses |
| Michael Henkin | 9/10/2010 | 3.00 | Work on proceeds allocations |
| Michael Henkin | 9/12/2010 | 2.50 | Call with Jefferies team |
| Michael Henkin | 9/13/2010 | 6.50 | Travel to UCC meetings |
| Michael Henkin | 9/15/2010 | 9.50 | Review documents and related work; travel |
| Michael Henkin | 9/16/2010 | 1.25 | Call with other advisors |
| Michael Henkin | 9/17/2010 | 4.00 | UCC call and review of documents; work on analysis/presentation |
| Michael Henkin | 9/19/2010 | 1.50 | Review information, communication with other advisors |
| Michael Henkin | 9/20/2010 | 6.75 | Travel to meetings |
| Michael Henkin | 9/21/2010 | 8.50 | All day conference |
| Michael Henkin | 9/22/2010 | 1.50 | Call with other advisors; review related documents |
| Michael Henkin | 9/23/2010 | 7.00 | UCC call; travel |
| Michael Henkin | 9/24/2010 | 1.00 | Communication other advisors and document review |
| Michael Henkin | 9/28/2010 | 0.75 | Calls with creditors; review documents |
| Michael Henkin | 9/29/2010 | 1.50 | Review materials, analysis, communicate with other advisors |
| Michael Henkin | 9/30/2010 | 0.75 | Communication with other advisors |
| **September 2010 Summary Hours for Michael Henkin** | | **63.25** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 9/1/2010 | 1.00 | Call with Jefferies team |
| Phil Berkowitz | 9/2/2010 | 0.75 | UCC Call |
| Phil Berkowitz | 9/3/2010 | 1.00 | Call with Jefferies team |
| Phil Berkowitz | 9/6/2010 | 1.00 | Call with Jefferies team |
| Phil Berkowitz | 9/24/2010 | 1.00 | Communication with other advisors |
| **September 2010 Summary Hours for Phil Berkowitz** | | **4.75** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 9/1/2010 | 1.00 | Call with Jefferies team |
| Leo Chang | 9/2/2010 | 0.75 | UCC Call |
| Leo Chang | 9/3/2010 | 1.50 | Call with Jefferies team |
| Leo Chang | 9/4/2010 | 1.25 | Review documents and related communication with Jefferies Team |
| Leo Chang | 9/5/2010 | 1.75 | Call with Jefferies team |
| Leo Chang | 9/8/2010 | 1.00 | Analysis |
| Leo Chang | 9/10/2010 | 3.00 | Analysis |
| Leo Chang | 9/12/2010 | 2.50 | Call with Jefferies team |
| Leo Chang | 9/13/2010 | 4.00 | Meeting with other advisors |
| Leo Chang | 9/14/2010 | 2.00 | Call with other advisors, review materials, various correspondence |
| Leo Chang | 9/15/2010 | 1.50 | Various correspondence, call with Company and its advisors |
| Leo Chang | 9/16/2010 | 1.25 | Call with other advisors |
| Leo Chang | 9/17/2010 | 4.00 | UCC call and review documents; work on analysis/presentation |
| Leo Chang | 9/20/2010 | 0.50 | Call with other advisors |
| Leo Chang | 9/21/2010 | 8.50 | All day conference |
| Leo Chang | 9/22/2010 | 1.50 | Call with other advisors; review related documents |
| Leo Chang | 9/24/2010 | 1.00 | Communication with other advisors |
| Leo Chang | 9/27/2010 | 1.50 | Call with other parties, various correspondence, internal discussions |
| Leo Chang | 9/28/2010 | 0.75 | Calls with creditors; review documents |
| Leo Chang | 9/29/2010 | 1.50 | Review materials, analysis, communicate with other advisors |
| Leo Chang | 9/30/2010 | 0.75 | Communication with other advisors |
| **September 2010 Summary Hours for Leo Chang** | | **41.50** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 9/1/2010 | 1.00 | Call with other advisors |
| Gaurav Kittur | 9/3/2010 | 1.50 | Reviewed materials, internal correspondence |
| Gaurav Kittur | 9/6/2010 | 1.50 | Reviewed materials, internal correspondence |
| Gaurav Kittur | 9/9/2010 | 1.00 | Reviewed materials |
| Gaurav Kittur | 9/10/2010 | 0.50 | Various correspondence |
| Gaurav Kittur | 9/14/2010 | 1.00 | Update call |
| Gaurav Kittur | 9/15/2010 | 1.00 | Call with other advisors |
| Gaurav Kittur | 9/16/2010 | 1.50 | Various correspondence |
| Gaurav Kittur | 9/22/2010 | 1.50 | Various correspondence |
| Gaurav Kittur | 9/30/2010 | 2.00 | Committee call, call with Company |
| **September 2010 Summary Hours for Gaurav Kittur** | | **12.50** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 9/1/2010 | 1.00 | Call with other advisors |
| Paul Zangrilli | 9/2/2010 | 0.75 | UCC call |
| Paul Zangrilli | 9/3/2010 | 1.00 | Reviewed materials |
| Paul Zangrilli | 9/6/2010 | 1.00 | Jefferies team call |
| Paul Zangrilli | 9/14/2010 | 1.00 | Update call |
| Paul Zangrilli | 9/15/2010 | 1.00 | Call with other advisors |
| **September 2010 Summary Hours for Paul Zangrilli** | | **5.75** | |

19

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Cary Verasco* | | | |
| Cary Verasco | 9/1/2010 | 3.50 | Various correspondence, review materials, update materials, call with other advisors, internal correspondence |
| Cary Verasco | 9/2/2010 | 2.50 | Meeting with other advisors, update materials, various correspondence |
| Cary Verasco | 9/3/2010 | 1.50 | Prepare analysis, various correspondence |
| Cary Verasco | 9/4/2010 | 0.50 | Internal correspondence |
| Cary Verasco | 9/6/2010 | 1.00 | Update materials |
| Cary Verasco | 9/7/2010 | 6.00 | Various correspondence, review materials, meeting with other advisors |
| Cary Verasco | 9/8/2010 | 5.00 | Meeting with other advisors and related travel, various correspondence |
| Cary Verasco | 9/9/2010 | 1.00 | Review materials, various correspondence |
| Cary Verasco | 9/13/2010 | 4.00 | Meeting with other advisors |
| Cary Verasco | 9/14/2010 | 2.00 | Call with other advisors, review materials, various correspondence |
| Cary Verasco | 9/15/2010 | 1.50 | Various correspondence, call with Company and its advisors |
| Cary Verasco | 9/17/2010 | 0.50 | Call with other advisor |
| Cary Verasco | 9/20/2010 | 0.50 | Call with other advisor |
| Cary Verasco | 9/21/2010 | 8.00 | Meetings with other advisors and related travel, review analysis, various correspondence |
| Cary Verasco | 9/22/2010 | 1.50 | Various correspondence, review materials |
| Cary Verasco | 9/23/2010 | 0.50 | Various correspondence |
| Cary Verasco | 9/24/2010 | 9.00 | Auction and related travel |
| Cary Verasco | 9/27/2010 | 1.50 | Call with other parties, various correspondence, internal discussions |
| Cary Verasco | 9/29/2010 | 4.00 | Meeting with Company and various advisors and related travel, update materials, various correspondence |
| Cary Verasco | 9/30/2010 | 1.00 | Committee call, call with Company |
| **September 2010 Summary Hours for Cary Verasco** | | **55.00** | |
| | | | |
| *Michael Moran* | | | |
| Michael Moran | 9/1/2010 | 3.00 | Various correspondence; analysis |
| Michael Moran | 9/2/2010 | 3.25 | Various correspondence; analysis |
| Michael Moran | 9/3/2010 | 2.50 | Technology research and comparables analysis |
| Michael Moran | 9/4/2010 | 4.00 | Analysis |
| Michael Moran | 9/5/2010 | 5.50 | Discussion with other advisors; research |
| Michael Moran | 9/6/2010 | 3.50 | Analysis |
| Michael Moran | 9/7/2010 | 3.50 | Call with other advisors; research |
| Michael Moran | 9/8/2010 | 5.50 | Research; prepare analysis |
| Michael Moran | 9/9/2010 | 3.50 | Review of materials |
| Michael Moran | 9/10/2010 | 5.50 | Preparation of materials |
| Michael Moran | 9/11/2010 | 2.50 | Review of materials |
| Michael Moran | 9/12/2010 | 3.00 | Preparation of materials |
| Michael Moran | 9/13/2010 | 5.50 | Meeting with other professionals |
| Michael Moran | 9/14/2010 | 3.50 | Various correspondence; analysis |
| Michael Moran | 9/15/2010 | 4.00 | Various correspondence; analysis |
| Michael Moran | 9/16/2010 | 1.50 | Various correspondence; research |
| **September 2010 Summary Hours for Michael Moran** | | **59.75** | |
| | | | |
| *Mushfiqa Jamaluddin* | | | |
| Mushfiqa Jamaluddin | 9/1/2010 | 1.00 | Call with other advisors |
| Mushfiqa Jamaluddin | 9/2/2010 | 2.00 | Analysis |
| Mushfiqa Jamaluddin | 9/4/2010 | 4.00 | Analysis |
| Mushfiqa Jamaluddin | 9/5/2010 | 2.00 | Analysis |
| Mushfiqa Jamaluddin | 9/6/2010 | 1.50 | Analysis |
| Mushfiqa Jamaluddin | 9/7/2010 | 3.00 | Call with other advisors |
| Mushfiqa Jamaluddin | 9/8/2010 | 3.00 | Analysis |
| Mushfiqa Jamaluddin | 9/9/2010 | 4.00 | Analysis/presentation materials |
| Mushfiqa Jamaluddin | 9/10/2010 | 0.75 | Analysis review |
| Mushfiqa Jamaluddin | 9/14/2010 | 1.00 | Update call |
| Mushfiqa Jamaluddin | 9/16/2010 | 1.00 | Call with other advisors |
| Mushfiqa Jamaluddin | 9/19/2010 | 3.00 | Analysis |
| Mushfiqa Jamaluddin | 9/20/2010 | 4.00 | Analysis |
| Mushfiqa Jamaluddin | 9/21/2010 | 2.50 | Analysis and call with other advisors |
| Mushfiqa Jamaluddin | 9/22/2010 | 1.00 | Call with other advisors |
| Mushfiqa Jamaluddin | 9/23/2010 | 0.75 | Review materials |
| Mushfiqa Jamaluddin | 9/24/2010 | 9.00 | Auction |
| Mushfiqa Jamaluddin | 9/25/2010 | 2.00 | Analysis |
| Mushfiqa Jamaluddin | 9/26/2010 | 1.50 | Analysis |
| Mushfiqa Jamaluddin | 9/29/2010 | 1.50 | Prepare update materials |
| Mushfiqa Jamaluddin | 9/30/2010 | 4.00 | Analysis; call with Committee |
| **September 2010 Summary Hours for Mushfiqa Jamaluddin** | | **52.50** | |

20