Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
October 1, 2010 – October 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,661.82 |
| Meals | $875.59 |
| Transportation – Air | $2,543.79 |
| Transportation – Ground | $1,483.67 |
| Total | $6,564.87 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | Flight | 8/24/2010 | $1,095.29 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 8/24/2010 | $1,688.66 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 8/27/2010 | $1,638.70 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 8/27/2010 | $349.79 |
| MICHAEL J HENKIN | Transportation - Air | Refund for Unused Portion of Flight | 8/27/2010 | -$1,688.66 |
| NIAMBI WILLIAMS | Transportation - Ground | OT Taxi- Office to Home | 9/8/2010 | $59.38 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 9/10/2010 | $3.41 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/11/2010 | $6.80 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/12/2010 | $8.63 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/12/2010 | $11.38 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 9/13/2010 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/13/2010 | $228.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/13/2010 | $35.38 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/13/2010 | $14.76 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/13/2010 | $23.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/14/2010 | $35.38 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/14/2010 | $228.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/14/2010 | $8.55 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/14/2010 | $9.89 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/14/2010 | $9.54 |
| MICHAEL MORAN | Meals | Overtime Meal | 9/14/2010 | $25.36 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/15/2010 | $9.54 |
| MICHAEL MORAN | Meals | Overtime Meal | 9/15/2010 | $24.50 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/15/2010 | $13.75 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/15/2010 | $11.67 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/16/2010 | $10.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 9/16/2010 | $40.00 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 9/16/2010 | $37.95 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/16/2010 | $25.34 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 9/17/2010 | $1,095.30 |
| MICHAEL MORAN | Meals | Overtime Meal | 9/17/2010 | $21.95 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/17/2010 | $25.45 |
| MICHAEL MORAN | Meals | Overtime Meal | 9/18/2010 | $16.22 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/20/2010 | $485.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/20/2010 | $75.03 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 9/20/2010 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/20/2010 | $13.02 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/20/2010 | $25.34 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 9/20/2010 | $9.54 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 9/20/2010 | $80.00 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SF Office | 9/20/2010 | $15.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/21/2010 | $485.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/21/2010 | $75.03 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 9/21/2010 | $5.00 |
| MICHAEL J HENKIN | Transportation - Air | Refund for Unused Portion of Flight | 9/21/2010 | -$1,638.70 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 9/21/2010 | $24.24 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 9/21/2010 | $24.39 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 9/21/2010 | $21.84 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Meeting | 9/21/2010 | $20.00 |
| MICHAEL J HENKIN | Transportation - Ground | Subway Ticket- Office to Meeting | 9/21/2010 | $2.25 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/21/2010 | $24.21 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/22/2010 | $14.00 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Meeting to Office | 9/22/2010 | $19.20 |

14

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|--------|----------|-------------|------|--------|
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Home | 9/22/2010 | $18.72 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 9/23/2010 | $7.90 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Home | 9/23/2010 | $8.90 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 9/23/2010 | $78.00 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/23/2010 | $21.83 |
| MICHAEL MORAN | Meals | Overtime Meal | 9/23/2010 | $25.04 |
| LEO J. CHANG | Meals | Overtime Meal | 9/23/2010 | $22.86 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Office from Auction | 9/24/2010 | $25.68 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Auction | 9/24/2010 | $27.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/24/2010 | $34.04 |
| MICHAEL J HENKIN | Transportation - Ground | Drove to Work- Personal Car Mileage | 9/24/2010 | $19.25 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 9/24/2010 | $96.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/24/2010 | $11.87 |
| MICHAEL MORAN | Meals | Overtime Meal | 9/24/2010 | $24.36 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 9/24/2010 | $25.27 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/25/2010 | $9.08 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/26/2010 | $7.10 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 9/27/2010 | $9.90 |
| LEO J. CHANG | Meals | Overtime Meal | 9/27/2010 | $27.72 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/27/2010 | $24.05 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 9/28/2010 | $14.30 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 9/29/2010 | $9.00 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Office to Meeting | 9/29/2010 | $34.37 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Meeting to Office | 9/29/2010 | $20.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/29/2010 | $21.74 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/29/2010 | $7.70 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/29/2010 | $20.17 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 9/30/2010 | $24.39 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/30/2010 | $20.42 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/30/2010 | $22.94 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/1/2010 | $14.87 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home (AM) | 10/1/2010 | $13.50 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 10/1/2010 | $10.30 |
| CARY S. VERASCO | Meals | Overtime Meal | 10/1/2010 | $25.49 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/2/2010 | $15.26 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/2/2010 | $25.30 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/3/2010 | $24.72 |
| CARY S. VERASCO | Meals | Overtime Meal | 10/4/2010 | $19.22 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/4/2010 | $25.38 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/5/2010 | $9.96 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/5/2010 | $25.31 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/6/2010 | $9.87 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/7/2010 | $25.49 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/8/2010 | $25.26 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/9/2010 | $13.50 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 10/10/2010 | $11.88 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Home to Office | 10/10/2010 | $13.00 |
| KINSEY SCHMISK | Meals | Overtime Meal | 10/10/2010 | $15.26 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/10/2010 | $15.15 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/10/2010 | $25.44 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/12/2010 | $12.36 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/12/2010 | $25.48 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/13/2010 | $8.30 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home (AM) | 10/13/2010 | $9.89 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/13/2010 | $25.47 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/14/2010 | $9.90 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/14/2010 | $11.40 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/14/2010 | $12.36 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/14/2010 | $25.26 |
| CARY S. VERASCO | Meals | Overtime Meal | 10/15/2010 | $6.04 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Meeting | 10/15/2010 | $20.78 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/15/2010 | $21.84 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Return Taxi | 10/15/2010 | $10.35 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/15/2010 | $12.20 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home (AM) | 10/15/2010 | $16.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/16/2010 | $15.90 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 10/16/2010 | $18.60 |
| MUSHFIQA JAMALUDDIN | Meals | Weekend Overtime Lunch | 10/16/2010 | $15.09 |
| MUSHFIQA JAMALUDDIN | Meals | Weekend Overtime Dinner | 10/16/2010 | $25.26 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Office to Home | 10/17/2010 | $11.40 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Weekend Taxi- Home to Office | 10/17/2010 | $12.70 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Return Taxi | 10/17/2010 | $8.40 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/17/2010 | $25.28 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/19/2010 | $9.66 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/19/2010 | $13.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/20/2010 | $8.10 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Court | 10/21/2010 | $21.26 |
| LEO J. CHANG | Transportation - Ground | Taxi- Court to Meeting | 10/21/2010 | $21.26 |
| LEO J. CHANG | Transportation - Ground | Car Service- Home to Court | 10/21/2010 | $33.23 |
| LEO J. CHANG | Transportation - Ground | Taxi- Court to Home | 10/21/2010 | $30.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/21/2010 | $11.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Taxi- Meeting to Office | 10/21/2010 | $11.87 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Taxi- Office to Meeting | 10/21/2010 | $20.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 10/22/2010 | $14.50 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home (AM) | 10/22/2010 | $12.37 |
| Total: | | | | $6,564.87 |

16