Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
October 1, 2010 - October 31, 2010

| Name | Position | Hours Worked |
| --- | --- | --- |
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 39.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 1.5 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 47.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 3.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 1.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 20.5 |
| Mushfiqa Jamaluddin | Analyst, Generalist | 59.3 |
| | **Total** | **172.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
| --- | --- |
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
October 2010

| Banker | Date | Hours | Description |
| --- | --- | --- | --- |
| *Michael Henkin* | | | |
| Michael Henkin | 10/9/2010 | 1.75 | Review analysis; communication with other advisors |
| Michael Henkin | 10/10/2010 | 1.00 | Communicate with Jefferies team |
| Michael Henkin | 10/14/2010 | 1.00 | Work on materials and review of related documents |
| Michael Henkin | 10/15/2010 | 1.00 | Review and work on materials |
| Michael Henkin | 10/17/2010 | 2.00 | Review documents |
| Michael Henkin | 10/18/2010 | 1.00 | Work on materials and related document review |
| Michael Henkin | 10/19/2010 | 7.50 | Review documents and related work and communication with other advisors; various correspondence |
| Michael Henkin | 10/20/2010 | 3.50 | UCC Call, review documents |
| Michael Henkin | 10/22/2010 | 1.25 | Calls with Jefferies team |
| Michael Henkin | 10/23/2010 | 1.00 | Work on documents |
| Michael Henkin | 10/24/2010 | 1.25 | Review documents and related communication |
| Michael Henkin | 10/25/2010 | 0.50 | Call with other advisors |
| Michael Henkin | 10/26/2010 | 3.50 | Review materials |
| Michael Henkin | 10/27/2010 | 4.50 | Meeting with other advisors |
| Michael Henkin | 10/28/2010 | 8.50 | Work on materials; travel |
| Michael Henkin | 10/31/2010 | 1.25 | Review documents |
| **October 2010 Summary Hours for Michael Henkin** | | **39.25** | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 10/5/2010 | 1.00 | Call with other advisors |
| Phil Berkowitz | 10/14/2010 | 0.50 | Call with Jefferies team |
| **October 2010 Summary Hours for Phil Berkowitz** | | **1.50** | |
| *Leo Chang* | | | |
| Leo Chang | 10/6/2010 | 1.00 | Committee call |
| Leo Chang | 10/9/2010 | 2.00 | Review materials with other advisors; various correspondence |
| Leo Chang | 10/10/2010 | 1.00 | Internal correspondence and document review |
| Leo Chang | 10/15/2010 | 3.00 | Review mediation materials |
| Leo Chang | 10/18/2010 | 7.50 | Review materials with other advisors; various correspondence |
| Leo Chang | 10/19/2010 | 3.50 | UCC Call, review materials |
| Leo Chang | 10/20/2010 | 1.00 | Committee call, call with creditor and related correspondence |
| Leo Chang | 10/21/2010 | 5.00 | Review mediation materials |
| Leo Chang | 10/22/2010 | 1.25 | Calls with Jefferies team |
| Leo Chang | 10/23/2010 | 1.00 | Work on various documents |
| Leo Chang | 10/24/2010 | 1.25 | Review documents and related communication |
| Leo Chang | 10/25/2010 | 0.50 | Call with other advisors |
| Leo Chang | 10/26/2010 | 3.50 | Review materials |
| Leo Chang | 10/27/2010 | 4.50 | Meeting with other advisors |
| Leo Chang | 10/28/2010 | 6.00 | Committee call, review materials |
| Leo Chang | 10/29/2010 | 5.00 | Review mediation materials |
| **October 2010 Summary Hours for Leo Chang** | | **47.00** | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 10/6/2010 | 1.00 | Committee call |
| Gaurav Kittur | 10/12/2010 | 2.00 | Call with other advisor |
| **October 2010 Summary Hours for Gaurav Kittur** | | **3.00** | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 10/5/2010 | 1.00 | Call with other advisors |
| Paul Zangrilli | 10/14/2010 | 0.50 | Call with Jefferies team |
| **October 2010 Summary Hours for Paul Zangrilli** | | **1.50** | |
| *Cary Verasco* | | | |
| Cary Verasco | 10/4/2010 | 0.50 | Review materials, internal discussion |
| Cary Verasco | 10/6/2010 | 1.00 | Committee call |
| Cary Verasco | 10/7/2010 | 0.50 | Various correspondence |
| Cary Verasco | 10/8/2010 | 0.50 | Call with Company |
| Cary Verasco | 10/12/2010 | 1.00 | Call with other advisors, review materials, various correspondence |
| Cary Verasco | 10/13/2010 | 2.50 | Review analysis, update analysis |
| Cary Verasco | 10/14/2010 | 0.50 | Internal discussion |
| Cary Verasco | 10/15/2010 | 1.00 | Update analysis |
| Cary Verasco | 10/18/2010 | 1.50 | Prepare materials, update materials |
| Cary Verasco | 10/19/2010 | 0.50 | Various correspondence |
| Cary Verasco | 10/20/2010 | 1.00 | Committee call, call with creditor and related correspondence |
| Cary Verasco | 10/21/2010 | 2.50 | Update analysis, various correspondence, internal discussion |
| Cary Verasco | 10/23/2010 | 0.50 | Call with other advisors |
| Cary Verasco | 10/25/2010 | 0.50 | Committee call |
| Cary Verasco | 10/27/2010 | 4.00 | Review materials, meeting with other advisors, various correspondence |
| Cary Verasco | 10/28/2010 | 1.00 | Committee call, review materials |
| Cary Verasco | 10/29/2010 | 1.00 | Review materials, various correspondence |
| Cary Verasco | 10/31/2010 | 0.50 | Various correspondence |
| **October 2010 Summary Hours for Cary Verasco** | | **20.50** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Mushfiqa Jamaluddin* | | | |
| Mushfiqa Jamaluddin | 10/1/2010 | 2.00 | Analysis |
| Mushfiqa Jamaluddin | 10/2/2010 | 3.00 | Analysis |
| Mushfiqa Jamaluddin | 10/3/2010 | 0.50 | Analysis |
| Mushfiqa Jamaluddin | 10/5/2010 | 1.00 | Call with other advisors |
| Mushfiqa Jamaluddin | 10/6/2010 | 1.00 | Call with other advisors |
| Mushfiqa Jamaluddin | 10/8/2010 | 1.50 | Analysis |
| Mushfiqa Jamaluddin | 10/9/2010 | 3.00 | Analysis |
| Mushfiqa Jamaluddin | 10/10/2010 | 2.00 | Analysis |
| Mushfiqa Jamaluddin | 10/12/2010 | 2.00 | Call with other advisor |
| Mushfiqa Jamaluddin | 10/14/2010 | 0.50 | Jefferies internal discussion |
| Mushfiqa Jamaluddin | 10/15/2010 | 5.00 | Analysis |
| Mushfiqa Jamaluddin | 10/17/2010 | 0.50 | Analysis |
| Mushfiqa Jamaluddin | 10/18/2010 | 4.00 | Preparation of materials |
| Mushfiqa Jamaluddin | 10/19/2010 | 2.00 | Analysis |
| Mushfiqa Jamaluddin | 10/20/2010 | 5.00 | Analysis |
| Mushfiqa Jamaluddin | 10/21/2010 | 9.00 | Review of materials |
| Mushfiqa Jamaluddin | 10/25/2010 | 0.50 | Review of materials |
| Mushfiqa Jamaluddin | 10/26/2010 | 1.50 | Review of materials |
| Mushfiqa Jamaluddin | 10/28/2010 | 5.25 | Research and Review Mediation Materials |
| Mushfiqa Jamaluddin | 10/29/2010 | 5.00 | Review of materials |
| Mushfiqa Jamaluddin | 10/30/2010 | 2.00 | Review of materials |
| Mushfiqa Jamaluddin | 10/31/2010 | 3.00 | Review of materials |

October 2010 Summary Hours for Mushfiqa Jamaluddin   59.25