# EXHIBIT A

DCACTIVE-13821078.1

# 611210

## crowell&moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 11/15/10 12:34

Fees and Disbursements Through 08/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $16,274.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 988.21 | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $17,262.71 | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $56,466.50 |
| P.O. Box 280510 | | YTD Disb Billed | $73.45 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $64,363.50 |
| | | LTD Disb Billed | $83.80 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8239788 | 08/04/10 | Parseghian, L. | Exchange emails with Messrs. Cheney and Barton re legal analysis of plaintiffs' position. | 0.40 | $232.00 |
| 8239791 | 08/04/10 | Parseghian, L. | Email Mr. Powers re status. | 0.30 | $174.00 |
| 8248146 | 08/05/10 | Cheney, M | Teleconference with Ms. Parseghian re structure of potential settlement and related issues. | 0.50 | $282.50 |
| 8251155 | 08/05/10 | Parseghian, L. | Exchange emails with Messrs. Winkelman and Barton and telephone conference with Mr. Cheney re settlement strategy and legal issues. | 1.50 | $870.00 |
| 8250823 | 08/06/10 | Parseghian, L. | Email exchange with Mr. Barton and telephone conference with MR. Cheney re settlement options in bankruptcy context. | 1.30 | $754.00 |

# 611210

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 08/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8266346 | 08/09/10 | Parseghian, L. | Exchange emails with Ms. Westerfield re settlement issues and strategy. | 0.30 | $174.00 |
| 8266338 | 08/09/10 | Parseghian, L. | Conference with Mr. Winkelman re settlement issues and strategy. | 0.40 | $232.00 |
| 8249949 | 08/10/10 | Barton, D. | Telephone conferences with Ms. Parseghian regarding settlement. | 0.20 | $110.00 |
| 8493191 | 08/10/10 | Barton, D. | Review research materials regarding settling class action in bankruptcy context. | 0.30 | $165.00 |
| 8271879 | 08/10/10 | Parseghian, L. | Conferences with Messrs. Winkelman and Barton re legal and strategy issues re settlement. | 0.80 | $464.00 |
| 8314257 | 08/10/10 | Winkelman, S. | Conference with Ms. Parseghian re next steps in seeking settlement. | 0.50 | $380.00 |
| 8268319 | 08/11/10 | Parseghian, L. | Prepare for and conduct telephone conference with Messrs. Forrest and Winkelman and Ms. Westerfield re settlement negotiations, legal issues, and next steps. | 1.50 | $870.00 |
| 8268330 | 08/11/10 | Parseghian, L. | Conference with Mr. Winkelman re additional focused research project and next steps re negotiations. | 0.30 | $174.00 |
| 8314316 | 08/11/10 | Winkelman, S. | Prepare for and attend call with Ms. Parseghian and Cleary counsel re bar-date issue, potential time-bar consequences, and next steps proposed for negotiations. | 0.70 | $532.00 |
| 8267244 | 08/12/10 | Barton, D. | Legal research regarding negotiating payment of legal fees as part of settlement of class action. | 2.10 | $1,155.00 |
| 8493195 | 08/12/10 | Barton, D. | Legal and factual research regarding calculation of reasonable settlement offer. | 2.10 | $1,155.00 |
| 8268384 | 08/12/10 | Parseghian, L. | Conferences with Messrs. Winkleman and Barton re research issues and next steps. | 0.60 | $348.00 |
| 8493797 | 08/13/10 | Barton, D. | Legal and factual research regarding calculation of reasonable settlement offer. | 1.60 | $880.00 |
| 8493800 | 08/13/10 | Barton, D. | Legal research regarding reasonableness of | 1.40 | $770.00 |

# 611210

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 08/31/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8493803 | 08/13/10 | Barton, D. | Prepare memorandum regarding reasonableness of award of legal fees. | 1.40 | $770.00 |
| 8267258 | 08/13/10 | Barton, D. | Legal research regarding negotiating payment of legal fees as part of settlement of class action | 1.60 | $880.00 |
| 8268402 | 08/13/10 | Parseghian, L. | Conference with Mr. Barton re research issues. | 0.40 | $232.00 |
| 8287523 | 08/16/10 | Parseghian, L. | Conference with Mr. Winkelman re settlement strategy issues. | 0.30 | $174.00 |
| 8285410 | 08/18/10 | Barton, D. | Legal research regarding range of attorneys' fees awards in 3rd Circuit. | 2.60 | $1,430.00 |
| 8493810 | 08/19/10 | Barton, D. | Prepare memorandum regarding range of acceptable attorneys' fee awards in 3rd Circuit class actions. | 2.00 | $1,100.00 |
| 8285399 | 08/19/10 | Barton, D. | Legal research regarding range of acceptable attorneys' fee awards in 3rd Circuit class actions. | 2.10 | $1,155.00 |
| 8287498 | 08/19/10 | Parseghian, L. | Evaluate settlement research and options. | 0.90 | $522.00 |
| 8311883 | 08/25/10 | Parseghian, L. | Conf with Mr. Winkelman re research results re fees in class settlements and re settlement strategy. | 0.50 | $290.00 |
| | | | **Professional Services Total** | **28.60** | **$16,274.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002318 | Associate | Barton, D. | $550.00 | 17.40 | $9,570.00 |
| 001425 | Counsel | Parseghian, L. | $580.00 | 9.50 | $5,510.00 |
| 001835 | Counsel | Cheney, M | $565.00 | 0.50 | $282.50 |
| 000277 | Partner | Winkelman, S. | $760.00 | 1.20 | $912.00 |
| | | **Fees Value** | | **28.60** | **$16,274.50** |

# 611210

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 08/31/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Proforma Joint Group # 105185  

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5523935 | 08/12/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $26.37 |
| 5523936 | 08/12/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $39.57 |
| 5523937 | 08/12/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $7.66 |
| 5523938 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $92.31 |
| 5523939 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $256.47 |
| 5523940 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $158.28 |
| 5523941 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $38.26 |
| 5506427 | 08/19/10 | 346277 | 0140 | 1182228 | 001425 | Long Distance Telephone -- VENDOR: AT&T TeleConference Services Teleconference Servi - August | 9.06 ces |
| 5506634 | 08/19/10 | 346277 | 0140 | 1182228 | 001425 | Long Distance Telephone -- VENDOR: AT&T TeleConference Services Teleconference Servi - July | 31.15 ces |
| 5524211 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research BARTON, DAVID 0Q08X0S | $79.12 |
| 5524212 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research BARTON, DAVID 0Q08X0S | $180.48 |
| 5524213 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research BARTON, DAVID 0Q08X0S | $52.76 |
| 5524214 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research BARTON, DAVID 0Q08X0S | $15.30 |
| 5515910 | 08/26/10 | | 0051 | 1187550 | 001425 | Long Distance Telephone (212) 225 2433 | $1.42 |
| | | | | | | **Total Disbursements** | **$988.21** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $946.58 |
| 0051 | Long Distance Telephone | $1.42 |
| 0140 | Long Distance Telephone | $40.21 |
| | **Total Disbursements** | **$988.21** |

# 611211

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Proforma Generation Date: 11/15/10 12:34

Fees and Disbursements Through 08/31/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $97.20 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$97.20** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $55,490.35 |
| YTD Disb Billed | $32.76 |
| LTD Fees Billed | $110,391.70 |
| LTD Disb Billed | $98.96 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada M9C 5K1

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8314494 | 08/31/10 | Meade, K. | Attention to email exchanges with Mses. Elro and Springer re status of EEO-1 reports and VETS 100 reports. | 0.20 | $97.20 |
| | | | Professional Services Total | 0.20 | $97.20 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $486.00 | 0.20 | $97.20 |
| | | | Fees Value | 0.20 | $97.20 |

-1-

# 611212



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 11/19/10 13:00

Fees and Disbursements Through 08/31/10
Last Date Billed 06/28/10 (Through 04/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $5,687.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 4.68 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$5,692.18** | | |
| Address: Jeanine L. Daniluk | | YTD Fees Billed | $19,835.50 |
| Dept. 0381 | | YTD Disb Billed | $75.60 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $29,765.00 |
| Toronto, Ontario | | LTD Disb Billed | $75.60 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8517939 | 08/20/09 | Springer, R. | Confer with team regarding discrepancies in applicant data. | 0.50 | $227.50 |
| 8517942 | 08/20/09 | Springer, R. | Review applicant and selection data submitted for audit and edit and compile for Ms. Pham. | 1.50 | $682.50 |
| 7277549 | 08/25/09 | Springer, R. | Prepare for and participate in conference call to discuss applicant data discrepancies. | 1.25 | $568.75 |
| 7341757 | 09/03/09 | Springer, R. | Discuss applicant issues with Nortel team. | 0.50 | $227.50 |
| 7341777 | 09/24/09 | Springer, R. | Continue to discuss ongoing attempts to resolve applicant issues. | 0.50 | $227.50 |
| 8517945 | 10/01/09 | Springer, R. | Discuss ongoing resolution of applicant data issue. | 0.25 | $113.75 |
| 8517948 | 10/01/09 | Springer, R. | Review spreadsheet from Ms. Bernard. | 0.25 | $113.75 |
| 8517955 | 10/15/09 | Springer, R. | Review information on all applicants for requests responsive to OFCCP request. | 0.50 | $227.50 |

DCACTIVE-13830702.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8517957 | 10/15/09 | Springer, R. | Identify data issues to discuss with team. | 0.50 | $227.50 |
| 8517959 | 10/15/09 | Springer, R. | Prepare for and participate in conference call to discuss data issues. | 0.50 | $227.50 |
| 8517961 | 10/22/09 | Springer, R. | Review information from Ms. Bernard regarding questionable requisitions in IT data. | 3.00 | $1,365.00 |
| 8517964 | 10/22/09 | Springer, R. | Research same. | 1.00 | $455.00 |
| 8517968 | 10/22/09 | Springer, R. | Discuss same with Mr. Meade and Mses. Doxey and O'Neal. | 1.00 | $455.00 |
| 8517971 | 10/28/09 | Springer, R. | Review new information from Ms. Bernard regarding applicants for OFCCP audit requisitions and the 10 random requisitions chosen for a spot check review of data disparities. | 0.75 | $341.25 |
| 8517974 | 10/28/09 | Springer, R. | Confer with Ms. Bernard regarding same. | 0.25 | $113.75 |
| 7435966 | 10/29/09 | Springer, R. | Prepare for and participate in conference call to discuss applicant data and next steps. | 0.25 | $113.75 |
| | | | **Professional Services Total** | **12.50** | **$5,687.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 12.50 | $5,687.50 |
| | | | **Fees Value** | **12.50** | **$5,687.50** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5077186 | 09/16/09 | | 0004 | 1005151 | 001220 | Postage | $4.68 |
| | | | | | | **Total Disbursements** | **$4.68** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $4.68 |
| | **Total Disbursements** | **$4.68** |

- 2 -

# 611213



### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 11/19/10 13:00

Fees and Disbursements Through 08/31/10  
Last Date Billed 09/30/10 (Through 06/30/10)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $953.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$953.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $23,548.00 |
| YTD Disb Billed | $202.70 |
| LTD Fees Billed | $86,136.50 |
| LTD Disb Billed | $238.70 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8266600 | 08/10/10 | Cheney, M | Review and revise pro formas for next round of fee applications. | 0.30 | $169.50 |
| 8266627 | 08/11/10 | Cheney, M | Conference with Ms. Duffy re preparing fee statements. | 0.20 | $113.00 |
| 8261633 | 08/11/10 | Duffy, K | Office conference with Mr. Cheney to discuss status of fee applications and deadlines for upcoming DE filings. | 0.20 | $49.00 |
| 8284997 | 08/16/10 | Cheney, M | Review and revise pro formas for next round of fee applications. | 0.20 | $113.00 |
| 8311145 | 08/27/10 | Cheney, M | Work on May fee statements. | 0.20 | $113.00 |
| 8311167 | 08/29/10 | Cheney, M | Work on June fee statements. | 0.30 | $169.50 |
| 8311183 | 08/30/10 | Cheney, M | Work on July fee statements. | 0.30 | $169.50 |
| 8311228 | 08/31/10 | Cheney, M | Email with Ms. Duffy re fee statements and quarterly application. | 0.10 | $56.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | **Professional Services Total** | **1.80** | **$953.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 1.60 | $904.00 |
| 006407 | Specialist | Duffy, K | $245.00 | 0.20 | $49.00 |
| | | | **Fees Value** | **1.80** | **$953.00** |

# 611214



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Proforma Generation Date: 11/19/10 13:00

Fees and Disbursements Through 08/31/10  
Last Date Billed  
Bill Cycle: M  
Matter Open Date: Dec 29, 2009  
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $56,297.50 | |
| Total Disbursements This Proforma | 31.58 | |
| **TOTAL THIS PROFORMA** | **$56,329.08** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address:

TTORNEY: 000302       James J. Regan  
105185       Nortel Networks Co  
105185.0000194  Project Alpha  
Nortel Networks Corp

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7957946 | 12/17/09 | Regan, J. | Review Alpha information from Ms. Rowan and copies of agreements (1.0); meet with Mr. Schnorrenberg (.50); conference call with Ms. Rowan and Messrs. Wylie and Schnorrenberg (0.5). | 2.00 | $1,570.00 |
| 7567692 | 12/17/09 | Schnorrenberg, D. | Conference with Ms. Rowan re new Alpha matter and follow-up related thereto. | 1.00 | $720.00 |
| 7611264 | 12/22/09 | Regan, J. | Review Alpha documents (1.1); conference call with Ms. Rowan and Mr. Schnorrenberg (0.4). | 1.50 | $1,177.50 |
| 7584521 | 12/22/09 | Schnorrenberg, D. | Review contract (0.4); teleconference with Ms. Rowan and Mr. Regan re case strategy (0.4). | 0.80 | $576.00 |
| 7599844 | 12/23/09 | Cheney, M | Conference with Mr. Meadows re new Alpha litigation matter and potential cross border insolvency issues (0.2). | 0.20 | $110.00 |

DCACTIVE-13830728.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7590666 | 12/23/09 | Meadows, J. | Meeting with Mr. Schnorrenberg re Alpha | 2.80 | $1,540.00 |
| 7590667 | 12/27/09 | Meadows, J. | Review and analyze email attachments, including Alpha-related contracts (1.3); review and analyze Alpha-related proofs of claim (0.5); draft notes re above (0.2); begin drafting report to Mr. Schnorrenberg re facts known and needed information to prosecute claim (0.3). | 2.30 | $1,265.00 |
| 7611084 | 12/28/09 | Cheney, M | Conferences with Mr. Meadows re analysis of Alpha claims and potential bankruptcy issues. | 0.30 | $165.00 |
| 7613818 | 12/28/09 | Meadows, J. | Continue drafting report to Mr. Schnorrenberg re Nortel matter and bankruptcy issues (0.6); conference and emails with Mr. Cheney re same (0.3); review bankruptcy and UCC authorities in connection with same (0.5); review additional Alpha proofs of claim (0.4); emails with Mr. Schnorrenberg re all of above (0.2). | 2.00 | $1,100.00 |
| 7613996 | 12/30/09 | Meadows, J. | Conference with Mr. Schnorrenberg re Nortel matter and bankruptcy issues (0.5); review emails and Nortel documents in connection with same (0.5); finish drafting report re same for Mr. Schnorrenberg (0.7). | 1.70 | $935.00 |
| 7646178 | 12/30/09 | Regan, J. | Review foreign and domestic invoice documentation from Ms. Rowan. | 1.50 | $1,177.50 |
| 7609568 | 12/30/09 | Schnorrenberg, D. | Conference with Mr. Meadows re review of contract, drafting complaint, and bankruptcy | 0.50 | $360.00 |
| 7635803 | 01/04/10 | Meadows, J. | Conference with Mr. Schnorrenberg re setoff defense (0.3); teleconference and follow-up emails with Ms. Salvatore re bankruptcy issues (0.5). | 0.80 | $448.00 |
| 7716484 | 01/04/10 | Regan, J. | Confer with Mr. Schnorrenberg re foreign invoices (0.5). | 0.50 | $412.50 |
| 7642007 | 01/04/10 | Schnorrenberg, D. | Conference with Mr. Meadows (0.3); telephone conference with Ms. Salvatore (0.3). | 0.60 | $444.00 |
| 7636224 | 01/06/10 | Meadows, J. | Emails with Ms. Rowan re purchase orders (0.2); review sampling of same (0.2); compare same to pre and post-petition client spreadsheets (0.1). | 0.50 | $280.00 |
| 7716974 | 01/06/10 | Regan, J. | Review information from Ms. Rowan re foreign invoices. | 1.00 | $825.00 |

DCACTIVE-13830728.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7636234 | 01/07/10 | Meadows, J. | Emails with Mr. Schnorrenberg and Ms. Salvatore re claims and bankruptcy issues (0.3); review client spreadsheet and calculate split among Nortel entities (0.2); emails with Ms. Rowan re US purchase orders (0.1); review same (0.2); draft and send report on claims split to Mr. Schnorrenberg and Ms. Salvatore (0.2). | 1.00 | $560.00 |
| 7738827 | 01/07/10 | Regan, J. | Exchange emails with Ms. Rowan re invoice analysis. | 0.20 | $165.00 |
| 7642150 | 01/07/10 | Schnorrenberg, D. | Review purchase orders and invoices. | 0.10 | $74.00 |
| 7636257 | 01/08/10 | Meadows, J. | Meeting with Mr. Schnorrenberg re claims and bankruptcy retention issues, and related teleconference with client re same (0.7); review invoices (0.6). | 1.30 | $728.00 |
| 7642181 | 01/08/10 | Schnorrenberg, D. | Review Alpha-related contract (0.3); conference with Mr. Meadows re invoice analysis and possibility of adversary hearing, with related telephone conference with Ms. Rowan (0.7). | 1.00 | $740.00 |
| 7653013 | 01/11/10 | Meadows, J. | Emails with Ms. Rowan re bankruptcy issues and claim prosecution (0.1); conference with Mr. Cheney re adversary proceeding issues (0.2). | 0.30 | $168.00 |
| 7653037 | 01/12/10 | Meadows, J. | Conference with Mr. Schnorrenberg re claims (0.1); emails with Ms. Salvatore re retention issues and Canadian A/R claim (0.1). | 0.20 | $112.00 |
| 7653756 | 01/13/10 | Meadows, J. | Emails with Ms. Rowan re claims and underlying contract (0.1); conference with Mr. Schnorrenberg re same (0.1). | 0.20 | $112.00 |
| 7687065 | 01/13/10 | Regan, J. | Draft emails to Mr. Schnorrenberg. | 0.50 | $412.50 |
| 7673097 | 01/21/10 | Meadows, J. | Review and analyze additional invoices and purchase orders (1); review client and bankruptcy counsel emails re same (0.5); draft and send report to Mr. Schnorrenberg re analysis of claims and next steps re factual investigation, legal research, and client contacts (1.3). | 2.80 | $1,568.00 |
| 7673113 | 01/22/10 | Meadows, J. | Emails with Mr. Schnorrenberg re request for additional data (0.2); conference with Ms. Morgan re case background and strategy (0.2); draft email to client for additional claim documentation (0.2). | 0.60 | $336.00 |

- 3 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7719044 | 02/01/10 | Schnorrenberg, D. | Review Mr. Meadows' outline of factual investigation to be performed. | 0.10 | $74.00 |
| 7730357 | 02/09/10 | Meadows, J. | Conference with Mr. Schnorrenberg re supporting documents and strategy (0.2); revise and send email to client re same (0.3); emails with Ms. Morgan re same (0.1). | 0.60 | $336.00 |
| 7728980 | 02/09/10 | Schnorrenberg, D. | Conference with Mr. Meadows re next steps strategy. | 0.20 | $148.00 |
| 7730387 | 02/10/10 | Meadows, J. | Conference with Ms. Morgan re research tasks and drafting complaint and claim objection (0.4); emails with Mr. Cheney re same (0.2); review notes in connection with all of above (0.3). | 0.90 | $504.00 |
| 7735899 | 02/10/10 | Morgan, K. | Teleconference with Mr. Meadows re Alpha complaint and claims objection (0.4); begin researching possible causes of action (1.10). | 1.50 | $630.00 |
| 7733139 | 02/12/10 | Morgan, K. | Draft Nortel complaint against Alpha and objection to Alpha claim for filing in bankruptcy proceedings. | 7.90 | $3,318.00 |
| 7735884 | 02/15/10 | Morgan, K. | Continue researching and drafting Nortel complaint and objection to Alpha claim for filing in bankruptcy proceedings. | 2.10 | $882.00 |
| 7744373 | 02/16/10 | Meadows, J. | Emails with Mr. Schnorrenberg re status (0.1); call to Canadian counsel re same (0.1); emails with Ms. Morgan re Alpha proof of claim filing (0.2). | 0.40 | $224.00 |
| 7744407 | 02/18/10 | Meadows, J. | Teleconference with Ms. Stam re Alpha claims. | 0.40 | $224.00 |
| 7744435 | 02/19/10 | Meadows, J. | Brief Mr. Schnorrenberg re teleconference with Ms. Stam re Alpha claims (0.1); research Chapter 15 for authority to pursue affirmative claims and object to claims (1.2); review Canadian bankruptcy filings in search of orders permitting US bankruptcy claims against creditors (1.4). | 2.70 | $1,512.00 |
| 7746208 | 02/19/10 | Schnorrenberg, D. | Telephone conference with Mr. Meadows re prosecution of Canadian claims in U.S. bankruptcy proceeding. | 0.10 | $74.00 |
| 7775549 | 02/22/10 | Meadows, J. | Teleconference with monitor counsel re claims and Alpha proof of claim (0.4); complete research re Chapter 15 foreign representative | 0.90 | $504.00 |

- 4 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
|  |  |  | rights and defenses (0.5). |  |  |
| 7775581 | 02/23/10 | Meadows, J. | Status follow up with Mr. Schnorrenberg (0.1); review draft complaint and claims objection from Ms. Morgan (0.5). | 0.60 | $336.00 |
| 8248444 | 02/24/10 | Cheney, M | Conference with Mr. Meadows re potential claims and cross-border coordination (.2); conference with Mr. Schnorrenberg and Mr. Meadows re potential litigation and cross-border coordination (0.9). | 1.10 | $621.50 |
| 7775814 | 02/24/10 | Meadows, J. | Teleconference with Nortel counsel (0.7); follow up meeting and conferences with Messrs. Schnorrenberg and Cheney re same (0.9); emails with Ms. Rowan re status (0.1). | 1.70 | $952.00 |
| 7769720 | 02/24/10 | Schnorrenberg, D. | Telephone conference with Messrs. Meadows and Cheney re telephone conferences with Nortel bankruptcy counsel and litigation strategy for claim. | 0.90 | $666.00 |
| 7775958 | 02/26/10 | Meadows, J. | Teleconference with Ms. Rowan re status, document collection, and strategy (0.4); follow up conference with Mr. Schnorrenberg re same (0.2); follow-up emails with Ms. Rowan re Alpha claims and setoff (0.1). | 0.70 | $392.00 |
| 7769771 | 02/26/10 | Schnorrenberg, D. | Telephone conference with Ms. Rowan and Mr. Meadows re case status. | 0.60 | $444.00 |
| 7815043 | 03/08/10 | Meadows, J. | Review Alpha slides and spreadsheets from Ms. Rowan (1.3); draft notes re same (0.4); draft and send email to Ms. Rowan re same (0.5). | 2.20 | $1,232.00 |
| 7815764 | 03/09/10 | Meadows, J. | Emails with Ms. Rowan re Nortel-Alpha communications (0.2); emails with Messrs. Schnorrenberg and Cheney re same (0.1). | 0.30 | $168.00 |
| 7883659 | 04/02/10 | Meadows, J. | Teleconference and emails with Mr. Condlin re Alpha POCs (0.5); review notes and materials in advance of call (0.4); emails to Mr. Schnorrenberg following up re above (0.2). | 1.10 | $616.00 |
| 7883662 | 04/03/10 | Meadows, J. | Review amended Alpha proofs of claim and compare to notes on Alpha contract. | 0.40 | $224.00 |
| 8124917 | 06/24/10 | Meadows, J. | Emails with Ms. Rowan re dispute status (0.1); emails with Mr. Schnorrenberg re same (0.1). | 0.20 | $112.00 |
| 8248456 | 06/28/10 | Cheney, M | Teleconference with Ms. Rowan and Mr. Meadows | 0.80 | $452.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | re Alpha issues and strategy (0.5); conference with Mr. Meadows re Alpha issues and strategy (0.3). | | |
| 8151010 | 06/28/10 | Meadows, J. | Teleconference with Ms. Rowan and Mr. Cheney re status and complaint strategy (0.5); conference with Mr. Cheney re same (0.3); review prior emails and notes to identify issues (0.4); emails with Ms. Rowan re proofs of claim and updated spreadsheets (0.2); review same (0.2). | 1.60 | $896.00 |
| 8143147 | 06/29/10 | Cheney, M | Conference with Mr. Meadows re Alpha issues. | 0.20 | $113.00 |
| 8151034 | 06/29/10 | Meadows, J. | Teleconference and emails with Cleary re Alpha claims objections (0.4); draft and send report re same and next steps to Ms. Rowan (0.8); review notes, spreadsheets, and Alpha claims in connection with same (0.7); conference with Mr. Cheney re Alpha claims objections (0.2). | 2.10 | $1,176.00 |
| 8163765 | 07/07/10 | Meadows, J. | Emails with Cleary re claims objection teleconference. | 0.20 | $112.00 |
| 8249739 | 07/09/10 | Cheney, M | Teleconference with Cleary attorneys re adversary proceeding and claim objection (0.3); conference with Mr. Meadows re strategy (0.2). | 0.50 | $282.50 |
| 8163821 | 07/09/10 | Meadows, J. | Teleconference with Cleary re claims objection status and affirmative relief strategy (0.3); follow up meeting with Mr. Cheney re same (0.2); follow up emails with Ms. Rowan (0.1); draft and send wish list of documents to Cleary (0.2). | 0.80 | $448.00 |
| 8179227 | 07/12/10 | Meadows, J. | Conference with Mr. Bloomberg re drafting complaint and claims objection (0.3); review, revise, edit and supplement last version of complaint and claims objection (1.4); review emails from Cleary with supporting claim materials (0.2); emails with Cleary re same (0.2); draft and send instructions and background materials to Mr. Bloomberg (0.4). | 2.50 | $1,400.00 |
| 8178634 | 07/14/10 | Bloomberg, N. | Review and analyze documents and correspondence from Mr. Meadows in preparation for drafting adversary proceeding complaint. | 0.60 | $273.00 |
| 8182246 | 07/14/10 | Cheney, M | Emails with Mr. Meadows re Alpha situation and strategy. | 0.10 | $56.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8179376 | 07/14/10 | Meadows, J. | Emails with Mr. Cheney re strategy and litigation budget. | 0.10 | $56.00 |
| 8178655 | 07/15/10 | Bloomberg, N. | Continue reviewing and analyzing documents and correspondence in preparation for drafting adversary proceeding complaint. | 5.80 | $2,639.00 |
| 8179480 | 07/15/10 | Meadows, J. | Review Nortel Chapter 11 plan (0.2); conference and emails with Mr. Bloomberg re complaint-claims objection status (0.3). | 0.50 | $280.00 |
| 8178677 | 07/16/10 | Bloomberg, N. | Begin drafting adversary proceeding complaint. | 4.40 | $2,002.00 |
| 8186013 | 07/19/10 | Bloomberg, N. | Continue drafting adversary proceeding complaint. | 1.10 | $500.50 |
| 8200927 | 07/19/10 | Meadows, J. | Emails with Cleary re strategy and supporting document needs (0.1); emails with Mr. Bloomberg re same (0.1). | 0.20 | $112.00 |
| 8249757 | 07/20/10 | Bloomberg, N. | Analyze new correspondence and documents provided by client (0.9); conference with Mr. Meadows re draft of adversary proceeding | 2.30 | $1,046.50 |
| 8201852 | 07/20/10 | Meadows, J. | Review, analyze, edit, and comment on first draft complaint-claims objection (2.4); follow up conference with Mr. Bloomberg (0.4); follow up conference with Mr. Cheney re post-petition claims (0.1); emails with Cleary and Ms. Rowan re status (0.3). | 3.20 | $1,792.00 |
| 8249763 | 07/22/10 | Bloomberg, N. | Teleconference with Mr. Condlin re business relationship between Nortel and Alpha (0.2); continue revising adversary proceeding complaint (2.0). | 2.30 | $1,046.50 |
| 8189439 | 07/23/10 | Bloomberg, N. | Analyze Nortel claim reconciliations to determine amount that has been paid and/or rejected. | 1.80 | $819.00 |
| 8190217 | 07/23/10 | Bloomberg, N. | Teleconference with Mr. Meadows re adversary proceeding complaint. | 0.20 | $91.00 |
| 8211199 | 07/23/10 | Kitts, K | Perform company incorporation and principal place of business research per Mr. Bloomberg's request. | 1.20 | $228.00 |
| 8201615 | 07/23/10 | Meadows, J. | Conference and emails with Mr. Bloomberg re draft complaint and Clearly claim analysis (0.4); draft and send status report to Ms. Rowan (0.3); follow up emails with Ms. Rowan | 0.80 | $448.00 |

DCACTIVE-13830728.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | (0.1). | | |
| 8201869 | 07/25/10 | Meadows, J. | Review, revise, and edit second version of complaint-claims objection (2.6); emails with Mr. Bloomberg re same (0.1). | 2.70 | $1,512.00 |
| 8197688 | 07/26/10 | Bloomberg, N. | Further revise adversary proceeding complaint. | 3.10 | $1,410.50 |
| 8222606 | 07/26/10 | Meadows, J. | Emails with Ms. Rowan and conference with Mr. Bloomberg re Nortel-Alpha business relationship. | 0.20 | $112.00 |
| 8222639 | 07/27/10 | Meadows, J. | Briefly review Alpha-related contract in connection with claims objection. | 0.20 | $112.00 |
| 8222659 | 07/28/10 | Meadows, J. | Continue revising and editing next draft complaint-claims objection (1.7); review proofs of claim and agreements in connection with same (0.6). | 2.30 | $1,288.00 |
| 8211913 | 07/29/10 | Bloomberg, N. | Finish revising adversary proceeding complaint. | 1.60 | $728.00 |
| 8225643 | 07/29/10 | Cheney, M. | Review and revise draft complaint and claims objection against Alpha. | 1.20 | $678.00 |
| 8222682 | 07/29/10 | Meadows, J. | Final review and edit of draft complaint-claims objection (0.4); conferences and/or emails with Messrs. Schnorrenberg, Cheney, and Bloomberg re same (0.3); send draft complaint-claims objection and comments to Ms. Rowan (0.3). | 1.00 | $560.00 |
| 8222466 | 07/29/10 | Schnorrenberg, D. | Review draft complaint. | 0.40 | $296.00 |
| 8222710 | 07/30/10 | Meadows, J. | Emails with Ms. Rowan re draft complaint-claims objection and confirmation of amounts owed (0.1); follow up emails with Mr. Bloomberg (0.1). | 0.20 | $112.00 |
| 8248330 | 08/02/10 | Bloomberg, N. | Teleconference with Ms Rowan and Mr. Meadows re draft complaint-claims objection and next steps. | 0.40 | $182.00 |
| 8240057 | 08/02/10 | Meadows, J. | Teleconference with Ms. Rowan re draft complaint-claims objection and next steps (0.4); follow up emails with Ms. Rowan and Mr. Bloomberg (0.1). | 0.50 | $280.00 |
| 8248371 | 08/03/10 | Bloomberg, N. | Telephone conference with Mr. Condlin re draft complaint-claims objection. | 0.10 | $45.50 |
| 8240166 | 08/03/10 | Meadows, J. | Emails and conference with Mr. Bloomberg re | 0.20 | $112.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Cleary review of draft complaint-claims objection. | | |
| 8264791 | 08/10/10 | Meadows, J. | Emails with Mr. Cheney re Cleary status. | 0.10 | $56.00 |
| 8264955 | 08/11/10 | Meadows, J. | Conference with Mr. Cheney re Cleary status. | 0.10 | $56.00 |
| 8264975 | 08/12/10 | Meadows, J. | Emails with Mr. Bloomberg re Cleary status on review of complaint/claims objection (.2); emails with Ms. Rowan re same (.1). | 0.30 | $168.00 |
| 8284876 | 08/19/10 | Bloomberg, N. | E-mail exchange with Mr. Condlin re draft complaint-claims objection. | 0.10 | $45.50 |
| | | | **Professional Services Total** | **103.80** | **$56,297.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002067 | Associate | Bloomberg, N. | $455.00 | 23.80 | $10,829.00 |
| 003534 | Associate | Morgan, K. | $420.00 | 11.50 | $4,830.00 |
| 001478 | Counsel | Meadows, J. | $550.00 | 8.80 | $4,840.00 |
| 001478 | Counsel | Meadows, J. | $560.00 | 40.60 | $22,736.00 |
| 001835 | Counsel | Cheney, M | $550.00 | 0.50 | $275.00 |
| 001835 | Counsel | Cheney, M | $565.00 | 3.90 | $2,203.50 |
| 006367 | Librarian | Kitts, K | $190.00 | 1.20 | $228.00 |
| 000302 | Partner | Regan, J. | $785.00 | 5.00 | $3,925.00 |
| 000302 | Partner | Regan, J. | $825.00 | 2.20 | $1,815.00 |
| 001099 | Partner | Schnorrenberg, D. | $720.00 | 2.30 | $1,656.00 |
| 001099 | Partner | Schnorrenberg, D. | $740.00 | 4.00 | $2,960.00 |
| | | | **Fees Value** | **103.80** | **$56,297.50** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5214885 | 01/04/10 | | 0051 | 1053799 | 001099 | Long Distance Telephone (212) 225 2764 | $0.24 |
| 5224673 | 01/08/10 | | 0051 | 1056930 | 001099 | Long Distance Telephone (972) 362 2168 | $1.89 |
| 5280860 | 02/26/10 | | 0051 | 1084532 | 001478 | Long Distance Telephone (972) 684 5262 | $7.32 |
| 5332555 | 04/02/10 | | 0051 | 1105431 | 001478 | Long Distance Telephone (212) 225 2925 | $3.78 |
| 5361190 | 04/26/10 | 342909 | 0152 | 1118623 | 007004 | Pacer Service Charge - - VENDOR: Pacer Service Center | $5.84 |
| 5416215 | 06/04/10 | | 0051 | 1140951 | 001478 | Long Distance Telephone (972) 362 2168 | $0.47 |
| 5440079 | 06/28/10 | | 0051 | 1153879 | 001478 | Long Distance Telephone (972) 684 5262 | $6.61 |
| 5440080 | 06/28/10 | | 0051 | 1153879 | 001478 | Long Distance Telephone (212) 225 2925 | $0.24 |

DCACTIVE-13830728.1

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5483557 | 08/02/10 | | 0051 | 1173811 | 001478 | Long Distance Telephone (972) 684 5262 | $5.19 |
| | | | | | | Total Disbursements | **$31.58** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $25.74 |
| 0152 | Pacer Service Charge | $5.84 |
| | Total Disbursements | **$31.58** |

- 10 -