# EXHIBIT B

DCACTIVE-13821078.1

EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 Through August 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $67.37 |
| Pacer | Pacer Service Center | $5.84 |
| Computer Library Research | LexisNexis | $946.58 |
| Postage | | $4.68 |
| **TOTAL** | | **$1,024.47** |

611120

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 08/31/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5523935 | 08/12/10 | | 0016 | 1191158 | 000302 | Comp. Library Research | $26.37 |
| 5523636 | 08/12/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $39.57 |
| 5523937 | 08/12/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $7.66 |
| 5523938 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $92.31 |
| 5523939 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $256.47 |
| 5523940 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $158.28 |
| 5523941 | 08/13/10 | | 0016 | 1191558 | 000302 | Comp. Library Research | $38.26 |
| 5506427 | 08/19/10 | 346277 | 0140 | 1182228 | 001425 | Long Distance Telephone AT&T Teleconference | $9.06 |
| 5506634 | 08/19/10 | 346277 | 0140 | 1182228 | 001425 | Long Distance Telephone AT&T Teleconference | $31.15 |
| 5524211 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research | $79.12 |
| 5524212 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research | $180.48 |
| 5524213 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research | $52.76 |
| 5524214 | 08/19/10 | | 0016 | 1191651 | 000302 | Comp. Library Research | $15.30 |

DCACTIVE-13821078.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 5515910 | 08/26/10 | 0016 | 1187550 | 001425 | Long Distance Telephone (212) 225-2433 | $1.42 |

Total Disbursements $988.21

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $946.58 |
| 0051 | Long Distance Telephone | $1.42 |
| 0140 | Long Distance Telephone | $40.21 |
| | **Total Disbursements** | **$988.21** |

611212

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit  

Fees and Disbursements Through 08/31/10  
Last Date Billed 06/28/10 (Through 04/30/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5077186 | 09/16/09 | | 0004 | 1005151 | 001220 | Postage | $4.68 |
| | | | | | | Total Disbursements | $4.68 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $4.68 |
| | Total Disbursements | $4.68 |

611214

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Fees and Disbursements Through 08/31/10  
Last Date Billed  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5214885 | 01/04/10 | | 0051 | 1053799 | 001099 | Long Distance Telephone (212) 225-2764 | $0.24 |
| 5224673 | 01/08/10 | | 0051 | 1056930 | 001099 | Long Distance Telephone (972) 362-2168 | $1.89 |
| 5280860 | 02/26/10 | | 0051 | 1084532 | 001478 | Long Distance Telephone (972) 684-5262 | $7.32 |
| 5332555 | 04/02/10 | | 0051 | 1105431 | 001478 | Long Distance Telephone (212 225-2925 | $3.78 |
| 5361190 | 04/26/10 | 342909 | 0152 | 1118623 | 007004 | Pacer Service Charge | $5.84 |
| 5416215 | 06/04/10 | | 0051 | 1140951 | 001478 | Long Distance Telephone (972) 362-2168 | $0.47 |
| 5440079 | 06/28/10 | | 0051 | 1153879 | 001478 | Long Distance Telephone (972) 684-5262 | $6.61 |
| 5440080 | 06/28/10 | | 0051 | 1153879 | 001478 | Long Distance Telephone (212) 225-2925 | $0.24 |
| 5483557 | 08/02/10 | | 0051 | 1173811 | 001478 | Long Distance Telephone (972) 684-5262 | $5.19 |
| | | | | | | Total Disbursements | $31.58 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $25.74 |
| 0152 | Pacer Service Charge | $5.84 |
| | Total Disbursements | $31.58 |

DCACTIVE-13821078.1