## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Twentieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010** was caused to be made on November 19, 2010, in the manner indicated upon the entities identified below.

Date: November 19, 2010                         */s/ Ann C. Cordo*
                                                Ann C. Cordo ( No. 4817)

**VIA HAND DELIVERY**

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228-1304
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

2952616.23

2952616.23