# EXHIBIT A

**611216**



# crowell moring
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 11/15/10 12:36

Fees and Disbursements Through 09/30/10
Last Date Billed 09/30/10 (Through 07/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $812.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 3.07 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | $815.07 | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $56,466.50 |
| P.O. Box 280510 | | YTD Disb Billed | $73.45 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $64,363.50 |
| | | LTD Disb Billed | $83.80 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8345451 | 09/08/10 | Parseghian, L. | Telephone conference with Ms. Sprengel re potential settlement and report to team re same. | 0.50 | $290.00 |
| 8401381 | 09/29/10 | Parseghian, L. | Exchange voicemails with Ms. Sprengel re settlement. | 0.30 | $174.00 |
| 8401392 | 09/29/10 | Parseghian, L. | Telephone conference with Mr. Winkelman re counter-offer. | 0.20 | $116.00 |
| 8401387 | 09/29/10 | Parseghian, L. | Evaluate counter-offer and draft email to Messrs. Powers and Forrest re same. | 0.40 | $232.00 |
| | | | **Professional Services Total** | **1.40** | **$812.00** |

- 1 -

# 611216

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 09/30/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001425 | Counsel | Parseghian, L. | $580.00 | 1.40 | $812.00 |
| | | | Fees Value | 1.40 | $812.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5532476 | 09/08/10 | | 0051 | 1195374 | 001425 | Long Distance Telephone (312) 782 4880 | $1.89 |
| 5542415 | 09/15/10 | | 0051 | 1198776 | 001425 | Long Distance Telephone (312) 782 4880 | $0.47 |
| 5559958 | 09/30/10 | | 0051 | 1206958 | 001425 | Long Distance Telephone (312) 782 4880 | $0.24 |
| 5559959 | 09/30/10 | | 0051 | 1206958 | 001425 | Long Distance Telephone (312) 782 4880 | $0.47 |
| | | | | | | Total Disbursements | $3.07 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $3.07 |
| | Total Disbursements | $3.07 |

# 611217



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Proforma Generation Date: 11/19/10 13:00

Fees and Disbursements Through 09/30/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $3,271.95 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$3,271.95** | |

| | | |
|---|---|---|
| Unallocated Cash | | $0.00 |
| Trust Balance | | $0.00 |
| YTD Fees Billed | | $55,490.35 |
| YTD Disb Billed | | $32.76 |
| LTD Fees Billed | | $110,391.70 |
| LTD Disb Billed | | $98.96 |
| A/R Balance This Matter | | $0.00 |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada M9C 5K1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8518037 | 09/07/10 | Springer, R. | Review and edit data for reporting. | 0.60 | $245.70 |
| 8518035 | 09/07/10 | Springer, R. | Confer with firm IT regarding EEO-1 and Vets 100 data. | 0.20 | $81.90 |
| 8400671 | 09/08/10 | Springer, R. | Review EEO-1 and Vets 100 data. | 0.50 | $204.75 |
| 8400678 | 09/14/10 | Springer, R. | Review and edit data for EEO-1 and Vets data and confer with IT department regarding same. | 0.80 | $327.60 |
| 8367146 | 09/15/10 | Foster, J. | Generate workforce analysis for affirmative action plan. | 0.30 | $95.85 |
| 8400683 | 09/15/10 | Springer, R. | Review workforce analyses for AAPs and post to extranet. | 0.30 | $122.85 |
| 8518040 | 09/20/10 | Springer, R. | Continue to create Nortel EEO-1 reports and identify data issues to be resolved. | 0.80 | $327.60 |
| 8518041 | 09/20/10 | Springer, R. | Confer with IT department regarding same. | 0.20 | $81.90 |
| 8518043 | 09/21/10 | Springer, R. | Continue to address data issues for EEO-1 and Vets 100 reporting. | 0.50 | $204.75 |
| 8518044 | 09/21/10 | Springer, R. | Create sample reports and send to Ms. | 0.50 | $204.75 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Lightfoot. | | |
| 8518045 | 09/23/10 | Springer, R. | Address questions regarding data discrepancies for EEO-1 and Vets reports. | 0.30 | $122.85 |
| 8518046 | 09/23/10 | Springer, R. | Confer with firm IT regarding same. | 0.20 | $81.90 |
| 8518047 | 09/24/10 | Springer, R. | Draft e-mail to Ms. Lightfoot regarding company description for EEO-1 reports. | 0.30 | $122.85 |
| 8518048 | 09/24/10 | Springer, R. | Test EEO-1 report functionality and results. | 0.20 | $81.90 |
| 8518050 | 09/27/10 | Meade, K. | Conference with Ms. Springer re status of EEO-1 reports and information still needed for same. | 0.10 | $48.60 |
| 8518051 | 09/27/10 | Meade, K. | Review of email from Ms. Lightfoot re same. | 0.20 | $97.20 |
| 8400706 | 09/27/10 | Springer, R. | Continue to draft and edit Vets 100A reports and send to Ms. Lightfoot for review | 1.00 | $409.50 |
| 8400712 | 09/29/10 | Springer, R. | Finalize EEO-1 reports and send to Ms. Lightfoot. | 1.00 | $409.50 |
| | | | **Professional Services Total** | **8.00** | **$3,217.95** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 003496 | Associate | Foster, J. | $319.50 | 0.30 | $95.85 |
| 001220 | Counsel | Springer, R. | $409.50 | 7.40 | $3,030.30 |
| 001003 | Partner | Meade, K. | $486.00 | 0.30 | $145.80 |
| | | **Fees Value** | | **8.00** | **$3,271.95** |

- 2 -

# 611218



## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 11/18/10 09:09

Fees and Disbursements Through 09/30/10
Last Date Billed 06/28/10 (Through 04/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $216.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$216.00** | | |
| Address: Jeanine L. Daniluk | | YTD Fees Billed | $19,835.50 |
| Dept. 0381 | | YTD Disb Billed | $75.60 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $29,765.00 |
| Toronto, Ontario | | LTD Disb Billed | $75.60 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8392381 | 09/28/10 | Meade, K. | Conference with Ms. Springer re same. | 0.20 | $108.00 |
| 8517919 | 09/28/10 | Meade, K. | Review of voicemail from OFCCP re additional data re hires and applicants for certain job groups. | 0.20 | $108.00 |
| | | | Professional Services Total | 0.40 | $216.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $540.00 | 0.40 | $216.00 |
| | | | Fees Value | 0.40 | $216.00 |

# 611219


## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 11/19/10 15:06

Fees and Disbursements Through 09/30/10
Last Date Billed 09/30/10 (Through 06/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $4,156.00 | |
| Total Disbursements This Proforma | 9.60 | |
| **TOTAL THIS PROFORMA** | **$4,165.60** | |

| | | |
|---|---|---|
| Unallocated Cash | | $0.00 |
| Trust Balance | | $0.00 |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $23,548.00 |
| YTD Disb Billed | $202.70 |
| LTD Fees Billed | $86,136.50 |
| LTD Disb Billed | $238.70 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8323731 | 09/01/10 | Duffy, K | Review and revise invoices in preparation for fee statements. | 0.50 | $122.50 |
| 8323742 | 09/02/10 | Duffy, K | Draft July 2010 fee application | 1.00 | $245.00 |
| 8323743 | 09/02/10 | Duffy, K | Draft June 2010 fee application | 0.80 | $196.00 |
| 8323744 | 09/02/10 | Duffy, K | Draft May 2010 fee application | 1.20 | $294.00 |
| 8326448 | 09/03/10 | Cheney, M | Review drafts of fee statements. | 0.30 | $169.50 |
| 8326449 | 09/03/10 | Cheney, M | Conference with K Duffy re fee statements. | 0.10 | $56.50 |
| 8323759 | 09/03/10 | Duffy, K | Review and revise June 2010 fee application. | 0.40 | $98.00 |
| 8323761 | 09/03/10 | Duffy, K | Review and revise July 2010 fee application. | 0.40 | $98.00 |
| 8323757 | 09/03/10 | Duffy, K | Review and revise May 2010 fee application. | 0.40 | $98.00 |
| 8323755 | 09/03/10 | Duffy, K | Prepare Sixth Quarterly Fee Application. | 0.80 | $196.00 |
| 8346718 | 09/08/10 | Duffy, K | Revise May 2010 fee application. | 0.30 | $73.50 |
| 8346720 | 09/08/10 | Duffy, K | Revise June 2010 fee application. | 0.30 | $73.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8346721 | 09/08/10 | Duffy, K | Revise July 2010 fee application. | 0.30 | $73.50 |
| 8346745 | 09/08/10 | Duffy, K | Revise Sixth Quarterly Fee Statement. | 0.40 | $98.00 |
| 8338466 | 09/09/10 | Cheney, M | Review and revise July fee statement. | 0.30 | $169.50 |
| 8338468 | 09/09/10 | Cheney, M | Review and revise quarterly fee application. | 0.20 | $113.00 |
| 8338471 | 09/09/10 | Cheney, M | Revise proposed order for quarterly fee application. | 0.10 | $56.50 |
| 8338462 | 09/09/10 | Cheney, M | Review and revise May fee statement. | 0.40 | $226.00 |
| 8338463 | 09/09/10 | Cheney, M | Review and revise June fee statement. | 0.30 | $169.50 |
| 8332205 | 09/09/10 | Howard, F. | Review and revise 18th fee application. | 1.10 | $170.50 |
| 8332212 | 09/09/10 | Howard, F. | Review and revise 6th Quarterly fee application and order. | 0.80 | $124.00 |
| 8332208 | 09/09/10 | Howard, F. | Review and revise 19th fee application. | 1.10 | $170.50 |
| 8332184 | 09/09/10 | Howard, F. | Communicate with Mr. Cheney re fee applications. | 0.30 | $46.50 |
| 8332203 | 09/09/10 | Howard, F. | Review and revise 17th fee application. | 1.10 | $170.50 |
| 8338490 | 09/10/10 | Cheney, M | Finalize fee statements and quarterly application. | 0.70 | $395.50 |
| 8383435 | 09/22/10 | Cheney, M | Review proposed form of order approving fees circulated by Mr. Cordo. | 0.40 | $226.00 |
| 8396104 | 09/28/10 | Cheney, M | Prepare for fee hearing. | 0.30 | $169.50 |
| 8396101 | 09/28/10 | Cheney, M | Teleconference with Ms. Cordo re status of fee hearing. | 0.10 | $56.50 |
| | | | Professional Services Total | 143.40 | $4,156.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 3.20 | $1,808.00 |
| 006510 | Paralegal | Howard, F. | $155.00 | 4.40 | $682.00 |
| 006407 | Specialist | Duffy, K | $245.00 | 6.80 | $1,666.00 |
| | | | Fees Value | 14.40 | $4,156.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5532477 | 09/03/10 | | 0022 | 1195374 | 006407 | Inhouse Duplicating | $9.60 |

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Disbursements | $9.60 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $9.60 |
| | Total Disbursements | $9.60 |

- 3 -