# EXHIBIT B

DCACTIVE-13823119.1

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2010 Through September 30, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
| --- | --- | --- |
| Telephone Calls | Long Distance Phone | $3.07 |
| Duplicating | C&M In-House ($.10) | $9.60 |
| **TOTAL** | | $12.67 |
| | | |

DCACTIVE-13823119.1

611216

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 09/30/10  
Last Date Billed 09/30/10 (Through 07/31/10)  
Proforma Joint Group # 105185  

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5532476 | 09/08/10 | | 0051 | 1195374 | 001425 | Long Distance Telephone (312) 782-4880 | $1.89 |
| 5542415 | 09/15/10 | | 0051 | 1198776 | 001425 | Long Distance Telephone (312) 782-4880 | $0.47 |
| 5559958 | 09/30/10 | | 0051 | 1206958 | 001425 | Long Distance Telephone (312) 782-4880 | $0.24 |
| 5559959 | 09/30/10 | | 0051 | 1206958 | 001425 | Long Distance Telephone (312) 782-4880 | $0.47 |
| | | | | | | Total Disbursements | **$3.07** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $3.07 |
| | Total Disbursements | **$3.07** |

611219

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application-US

Fees and Disbursements Through 09/30/10  
Last Date Billed 09/30/10 (Through 06/30/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5532477 | 09/03/10 | | 0022 | 1195374 | 006407 | In-House Duplicating | $9.60 |
| | | | | | | Total Disbursements | **$9.60** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | In-House Duplicating | $9.60 |
| | Total Disbursements | **$9.60** |