# EXHIBIT A

DCACTIVE-13823429.1

**611220**



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 11/15/10 12:37

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $754.00 | |
| Total Disbursements This Proforma | 15.96 | |
| **TOTAL THIS PROFORMA** | **$769.96** | |

Unallocated Cash $0.00
Trust Balance $0.00

Address:  Nortel Accounts Payable
          P.O. Box 280510
          Nashville, TN 37728

YTD Fees Billed $56,466.50
YTD Disb Billed $73.45

LTD Fees Billed $64,363.50
LTD Disb Billed $83.80

A/R Balance This Matter $0.00

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8424130 | 10/06/10 | Parseghian, L. | Exchange emails with Ms. Sprengel re obtaining response re settlement. | 0.30 | $174.00 |
| 8478275 | 10/18/10 | Parseghian, L. | Telephone conference with Mr. Forrest and emails to Messrs. Powers, Winkelman and Barton re update on settlement discussions and settlement strategy. | 1.00 | $580.00 |
| | | | **Professional Services Total** | **1.30** | **$754.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001425 | Counsel | Parseghian, L. | $580.00 | 1.30 | $754.00 |
| | | | **Fees Value** | **1.30** | **$754.00** |

- 1 -

**611220**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000121 / Wanland

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5577647 | 10/13/10 | | 0051 | 1214105 | 001425 | Long Distance Telephone (312) 782 4880 | $0.47 |
| 5581530 | 10/18/10 | | 0051 | 1215826 | 001425 | Long Distance Telephone (212) 225 2488 | $4.72 |
| 5583965 | 10/20/10 | | 0051 | 1217747 | 001425 | Long Distance Telephone (312) 782 4880 | $1.89 |
| 5594451 | 10/28/10 | 348198 | 0152 | 1218928 | 007004 | Pacer Service Charge - VENDOR: Pacer Servi Center | $8.88 |

Total Disbursements     **$15.96**

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0051 | Long Distance Telephone | $7.08 |
| 0152 | Pacer Service Charge | $8.88 |

Total Disbursements     **$15.96**

**611231**



### BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date:  11/15/10 14:47

Fees and Disbursements Through 10/31/10
Last Date Billed 05/10/10 (Through 02/28/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,161.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,161.00** | | |

Address:  Nortel Networks
Attn: Accounts Payable
Post Office Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $464.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $5,386.00 |
| LTD Disb Billed | $36.97 |
| A/R Balance This Matter | $464.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8467342 | 10/11/10 | Jacobs, M. | E-mails with Mr. Supko re document production during litigation (0.3); review e-mail records re same (1.2). | 1.50 | $945.00 |
| 8423780 | 10/13/10 | Supko, M. | Review information from Mr. Jacobs re document hold alert and document collection/production in response to inquiry from Mr. Powers (0.2); and prepare email to Mr. Powers re same (0.1). | 0.30 | $216.00 |
| | | | Professional Services Total | **1.80** | **$1,161.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001365 | Partner | Jacobs, M. | $630.00 | 1.50 | $945.00 |

- 1 -

**611231**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 10/31/10
Last Date Billed 05/10/10 (Through 02/28/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $720.00 | 0.30 | $216.00 |
| | | | Fees Value | 1.80 | $1,161.00 |

-2-

**611221**

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 11/15/10 12:37

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $450.45 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$450.45** | | | |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

YTD Fees Billed          $55,490.35
YTD Disb Billed             $32.76

LTD Fees Billed         $110,391.70
LTD Disb Billed             $98.96

A/R Balance This Matter      $0.00

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8478860 | 10/08/10 | Springer, R. | Review and respond to e-mail from Ms. Elro regarding Vets 100 reporting. | 0.30 | $122.85 |
| 8478862 | 10/11/10 | Springer, R. | Revise Vets 100 reports. | 0.50 | $204.75 |
| 8478865 | 10/13/10 | Springer, R. | Finalize revised Vets 100 reports and send to Ms. Lightfoot. | 0.30 | $122.85 |
| | | | Professional Services Total | 1.10 | $450.45 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 1.10 | $450.45 |
| | | | Fees Value | 1.10 | $450.45 |

- 1 -

**611222**



## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 11/19/10 13:17

Fees and Disbursements Through 10/31/10
Last Date Billed 06/28/10 (Through 04/30/10)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $3,318.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 8.02 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$3,326.02** | | |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $19,835.50 |
| YTD Disb Billed | $75.60 |
| LTD Fees Billed | $29,765.00 |
| LTD Disb Billed | $75.60 |
| A/R Balance This Matter | $0.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8517993 | 10/06/10 | Meade, K. | Attention to voicemail from Ms. Jones of the OFCCP. | 0.20 | $108.00 |
| 8517996 | 10/06/10 | Meade, K. | Begin gathering information to respond to same. | 0.20 | $108.00 |
| 8518003 | 10/20/10 | Meade, K. | Conference with Ms. Springer re same. | 0.20 | $108.00 |
| 8518000 | 10/20/10 | Meade, K. | Assess data to be submitted to the OFCCP and reconciling information from Ms. Lightfoot with data submitted. | 0.50 | $270.00 |
| 8478870 | 10/20/10 | Springer, R. | Begin review of reconciliation information regarding IT requisitions. | 0.50 | $227.50 |
| 8518004 | 10/21/10 | Meade, K. | Conference with Ms. Springer re data for submission to the OFCCP in response to follow-up inquiry. | 0.20 | $108.00 |
| 8518006 | 10/21/10 | Meade, K. | Review of spreadsheets re same. | 0.10 | $54.00 |
| 8518007 | 10/21/10 | Meade, K. | Prepare for and participate in telephone | 0.70 | $378.00 |
| 8478873 | 10/21/10 | Springer, R. | Conduct data reconciliation between information from Ms Lightfoot and submission to OFCCP and | 2.00 | $910.00 |

- 1 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | prepare and participate in conference call to discuss same. | | |
| 8478881 | 10/28/10 | Springer, R. | Review back-up information regarding requisitions and compare to data used for OFCCP submission and identify discrepancies and confer with Mr. Meade and Ms. Lightfoot regarding same. | 2.30 | $1,046.50 |
| | | | Professional Services Total | 6.90 | $3,318.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 4.80 | $2,184.00 |
| 001003 | Partner | Meade, K. | $540.00 | 2.10 | $1,134.00 |
| | | Fees Value | | 6.90 | $3,318.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5585687 | 10/21/10 | | 0051 | 1218151 | 0010 03 | Long Distance Telephone (972) 684 5262 | $8.02 |
| | | | | | | Total Disbursements | $8.02 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $8.02 |
| | Total Disbursements | $8.02 |

DCACTIVE-13830883.1

**611223**



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 11/19/10 13:17

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 06/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $282.50 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$282.50** | | | |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $23,548.00 |
| YTD Disb Billed | $202.70 |
| LTD Fees Billed | $86,136.50 |
| LTD Disb Billed | $238.70 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8404481 | 10/01/10 | Cheney, M | Review order approving fees and send approved invoices to client. | 0.50 | $282.50 |
| | | | Professional Services Total | **0.50** | **$282.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 0.50 | $282.50 |
| | | | Fees Value | **0.50** | **$282.50** |

DCACTIVE-13830895.1

**611232**



## BILLABLE PROFORMA

Billing Attorney:  001099 / David M. Schnorrenberg
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000193 / Inkra License Dispute

Proforma Generation Date:  11/19/10 09:57

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 05/31/10)
Bill Cycle:  M
Matter Open Date:  May 27, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,036.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.44 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,036.44** | | |
| Address:  Nortel Networks Corp | | YTD Fees Billed | $2,371.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $2,371.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8471069 | 10/25/10 | Schnorrenberg, D. | Prepare for and participate in conference call re response to Inkra letter (0.3); telephone conference with Messrs. Powers, Cianciolo, Hearn and Zlan re response to Inkra letter (0.7); draft letter to Ms. Kaelin in response to October 6, 2010 letter (0.3); telephone conference with Mr. Powers re same (0.1). | 1.40 | $1,036.00 |
| | | | **Professional Services Total** | **1.40** | **$1,036.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001099 | Partner | Schnorrenberg, D. | $740.00 | 1.40 | $1,036.00 |
| | | | Fees Value | **1.40** | **$1,036.00** |

- 1 -

611232

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001099 / David M. Schnorrenberg
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000193 / Inkra License Dispute

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 05/31/10)
Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5593803 | 10/27/10 | | 0004 | 1221787 | 000733 | Postage | $0.44 |
| | | | | | | Total Disbursements | $0.44 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0004 | Postage | $0.44 |
| | Total Disbursements | $0.44 |

- 2 -

**611224**



# crowell moring
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000194 / Project Alpha

Fees and Disbursements Through 10/31/10
Last Date Billed
Bill Cycle:  M
Matter Open Date:  Dec 29, 2009
Proforma Joint Group #

Proforma Generation Date: 11/19/10 13:17

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $9,285.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 462.23 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$9,747.23** | | |
| | | YTD Fees Billed | $0.00 |
| Address:   Nortel Networks Corp | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8434938 | 10/12/10 | Meadows, J. | Emails with Cleary re comments to complaint and claims objection (0.1); conference with Mr. Schnorrenberg re same (0.1); follow up conference and emails with Mr. Cheney (0.1). | 0.30 | $168.00 |
| 8434653 | 10/12/10 | Regan, J. | Confer with Mr. Schnorrenberg re Alpha matters. | 0.50 | $412.50 |
| 8437278 | 10/12/10 | Schnorrenberg, D. | Telephone conference with Mr. Meadows re revisions to complaint. | 0.10 | $74.00 |
| 8498166 | 10/13/10 | Cheney, M | Review comments to draft complaint re certain claims (0.7);  conference with Mr. Meadows re finalizing complaint (0.1); conference with Mr. Zabarauskas re background and finalizing complaint (0.2). | 1.00 | $565.00 |
| 8434992 | 10/13/10 | Meadows, J. | Follow up emails with Cleary and Ms. Rowan re preparing complaint and claims objection for filing (0.2); conference with Mr. Cheney re | 0.70 | $392.00 |

DCACTIVE-13830913.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8431431 | 10/13/10 | Zabarauskas, B. | Discussion with M. Cheney re: background of matter. | 0.20 | $118.00 |
| 8498214 | 10/14/10 | Bloomberg, N. | Review data re paid invoices (0.4); draft e-mail to Mr. Condlin re status (0.1); teleconference with Mr. Condlin re same (0.1); teleconference with Messrs. Meadows and Zabauraskas re background of Alpha dispute (0.4). | 1.00 | $455.00 |
| 8435029 | 10/14/10 | Meadows, J. | Teleconference with Messrs. Zabarauskas and Bloomberg re background and next steps. | 0.40 | $224.00 |
| 8431463 | 10/14/10 | Zabarauskas, B. | Teleconference with Messrs. Meadows and Bloomberg re commencement of action. | 0.40 | $236.00 |
| 8452667 | 10/18/10 | Cheney, M | Conference with Mr. Meadows re claims back-up information. | 0.10 | $56.50 |
| 8498232 | 10/18/10 | Meadows, J. | Conference with Mr. Cheney re status and next steps (0.1); conference and email with Mr. Zabarauskas re additional claims (0.2). | 0.20 | $112.00 |
| 8455210 | 10/18/10 | Zabarauskas, B. | Research new cause of action (2.2); review materials re adversary proceeding to be filed | 3.70 | $2,183.00 |
| 8498243 | 10/19/10 | Bloomberg, N. | Draft e-mail to consultant re claims analysis and related data (0.2); review materials re possible new cause of action (0.4). | 0.60 | $273.00 |
| 8455292 | 10/19/10 | Zabarauskas, B. | Review additional materials re adversary proceeding claims. | 1.90 | $1,121.00 |
| 8450250 | 10/20/10 | Meadows, J. | Emails with Ms. Rowan re new claim. | 0.20 | $112.00 |
| 8455268 | 10/20/10 | Zabarauskas, B. | Continue to review additional materials re current claims. | 0.30 | $177.00 |
| 8451391 | 10/22/10 | Zabarauskas, B. | Follow-up on emails re new claim (0.1); review materials re same (0.1). | 0.20 | $118.00 |
| 8474684 | 10/27/10 | Zabarauskas, B. | Review materials from consultant re claims analysis (2.0); discussion with Mr. Bloomberg re same (.2)` | 2.20 | $1,298.00 |
| 8472110 | 10/28/10 | Bloomberg, N. | Teleconference with Mr. Zabarauskas and consultant re claims analysis. | 0.80 | $364.00 |
| 8474727 | 10/28/10 | Zabarauskas, B. | Prepare for and participate in conference call with consultant re claims analysis (1.4). | 1.40 | $826.00 |
| | | | **Professional Services Total** | **16.20** | **$9,285.00** |

DCACTIVE-13830913.1

# Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 002067 | Associate | Bloomberg, N. | $455.00 | 2.40 | $1,092.00 |
| 001478 | Counsel | Meadows, J. | $560.00 | 1.80 | $1,008.00 |
| 001835 | Counsel | Cheney, M | $565.00 | 1.10 | $621.50 |
| 002217 | Counsel | Zabarauskas, B. | $590.00 | 10.30 | $6,077.00 |
| 000302 | Partner | Regan, J. | $825.00 | 0.50 | $412.50 |
| 001099 | Partner | Schnorrenberg, D. | $740.00 | 0.10 | $74.00 |
| | | | **Fees Value** | **16.20** | **$9,285.00** |

# Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|-------------------------|--------|
| 5581531 | 10/18/10 | | 0022 | 1215826 | 002217 | Inhouse Duplicating | $1.80 |
| 5603444 | 10/18/10 | | 0016 | 1224800 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $356.29 |
| 5603445 | 10/18/10 | | 0016 | 1224800 | 000302 | Comp. Library Research ZABARAUSKAS, BRUCE RFQ2BNF | $104.14 |
| | | | | | | **Total Disbursements** | **$462.23** |

# Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0016 | Comp. Library Research | $460.43 |
| 0022 | Inhouse Duplicating | $1.80 |
| | **Total Disbursements** | **$462.23** |

- 3 -