# EXHIBIT B

DCACTIVE-13823429.1

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2010 Through September 30, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $15.10 |
| Duplicating | C&M In-House ($.10) | $1.80 |
| Pacer | Pacer Service Center | $8.88 |
| Postage | | $0.44 |
| Computer Library Research | LexisNexis | $460.43 |
| **TOTAL** | | **$486.65** |

611220

# Crowell & Moring
## Billable Proforma

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5577647 | 10/13/10 | | 0051 | 1214105 | 001425 | Long Distance Telephone (312) 782-4880 | $0.47 |
| 5581530 | 10/18/10 | | 0051 | 1215826 | 001425 | Long Distance Telephone (212) 225-2488 | $4.72 |
| 5583965 | 10/20/10 | | 0051 | 1217747 | 001425 | Long Distance Telephone (312) 782-4880 | $1.89 |
| 5594451 | 10/29/10 | 348198 | 0152 | 1218928 | 007004 | Pacer Service Charter | $8.88 |
| | | | | | | Total Disbursements | $15.96 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0051 | Long Distance Telephone | $7.08 |
| 0152 | Pacer Service Charge | $8.88 |
| | Total Disbursements | $15.96 |

611222

## Crowell & Moring
## Billable Proforma

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 10/31/10
Last Date Billed 06/28/10 (Through 04/30/10)
Proforma Joint Group # 105185

### Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5585687 | 10/21/10 | | 0051 | 1218151 | 001003 | Long Distance Telephone (972) 684-5262 | $8.02 |
| | | | | | | Total Disbursements | $8.02 |

### Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0051 | Long Distance Telephone | $8.02 |
| | Total Disbursements | $8.02 |

DCACTIVE-13823429.1

611232

## Crowell & Moring
## Billable Proforma

Billing Attorney: 001099 / David M. Schnorrenberg
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000193 / Inkra License Dispute

Fees and Disbursements Through 10/31/10
Last Date Billed 09/30/10 (Through 05/31/10)
Proforma Joint Group # 105185

### Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5593803 | 10/27/10 | | 0004 | 1221787 | 000733 | Postage | $0.44 |
| | | | | | | Total Disbursements | $0.44 |

### Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0004 | Postage | $0.44 |
| | Total Disbursements | $0.44 |

611224

## Crowell & Moring
## Billable Proforma

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 10/31/10
Last Date Billed
Proforma Joint Group # 105185

### Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5581531 | 10/18/10 | | 0022 | 1215826 | 002217 | In-House Duplicating | $1.80 |
| 5603444 | 10/18/10 | | 0016 | 1224800 | 000302 | Comp. Library Research | $356.29 |
| 5603445 | 10/18/10 | | 0016 | 1224800 | 000302 | Comp. Library Research | $104.14 |
| | | | | | | **Total Disbursements** | **$462.23** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $460.43 |
| 0022 | In-House Duplicating | $1.80 |
| | **Total Disbursements** | **$462.23** |