# **EXHIBIT B**

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/18/2010 | Brian Heinimann | Airfare | Travel to client site and return: Southwest: MDW / RDU 10/25/2010 to 10/28/2010. | 442.40 |
| 10/27/2010 | Brian Heinimann | Airfare | Travel to client site and return: Southwest: MDW / RDU 11/01/2010 to 11/02/2010. | 507.40 |
| 10/13/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU for week of 10/25-10/28.: United: ORD / RDU 10/25/2010 to 10/28/2010. | 406.40 |
| 10/5/2010 | James Lukenda | Airfare | Nortel-change fee on BHJ2TV - coach fare: CO: EWR-ORD 10/07/2010 to 10/07/2010. | 150.00 |
| 10/13/2010 | James Lukenda | Airfare | Nortel-EWR to RDU coach BGMSV8: CO: EWR-RDU 10/25/2010 to 10/26/2010. | 741.40 |
| 10/26/2010 | James Lukenda | Airfare | Nortel- CO - to RDU - C36GXY: CO: EWR-RDU-EWR 10/26/2010 to 10/26/2010. | 1,121.40 |
| 10/5/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: UNITED AIRLINES: LGA / ORD 10/11/2010 to 10/14/2010. | 295.40 |
| 10/13/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: UNITED AIRLINES: LGA / ORD 10/18/2010 to 10/21/2010. | 333.40 |
| 10/20/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US Airways: LGA / RDU 10/25/2010 to 10/28/2010. | 320.40 |
| 9/29/2010 | Lee A. Sweigart | Airfare | Flight for work on Nortel: SOUTHWEST AIRLINES: IND/MDW 10/06/2010 to 10/07/2010. | 260.40 |
| 10/12/2010 | Lee A. Sweigart | Airfare | Flight for work on Nortel: DELTA AIR LINES: IND/RDU 10/25/2010 to 10/28/2010. | 266.62 |
| 10/18/2010 | Lee A. Sweigart | Airfare | Flight to Chicago for work with Nortel team: SOUTHWEST AIRLINES: IND/MDW 10/20/2010 to 10/21/2010. | 279.40 |
| 10/28/2010 | Matthew J. Fisher | Airfare | Travel to Debtors office: Southwest: MDW/RDU 10/25/2010 to 10/28/2010. | 501.40 |
| 10/6/2010 | Michael E. Scannella | Airfare | Flight Change Fee, 9/20/2010.: Continental: EWR/RDU 09/20/2010 to 09/23/2010. | 25.00 |
| 10/15/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 10/25/2010 to 10/28/2010. | 228.40 |
| 10/25/2010 | Brian Heinimann | Ground Transportation | Taxi from residence to MDW to visit client site: Yellow Cab: Residence / MDW | 45.00 |
| 10/28/2010 | Brian Heinimann | Ground Transportation | Taxi from residence to MDW to visit client site: Yellow Cab: MDW / Residence | 45.00 |
| 10/1/2010 | Coley P. Brown | Ground Transportation | Cab from hotel to RDU for travel on Nortel.: Cab: Hotel / RDU | 20.00 |
| 10/1/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 10/25/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 10/25/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Nortel.: Cab: RDU / Nortel | 20.00 |
| 10/27/2010 | Coley P. Brown | Ground Transportation | Cab fare from dinner in Raleigh to hotel in RTP.: Cab: Dinner / Hotel | 30.00 |
| 10/28/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 10/7/2010 | James Lukenda | Ground Transportation | Nortel-CTA fares to/fm office: CTA: ORD-Chicago | 4.00 |

NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/27/2010 | James Lukenda | Ground Transportation | Nortel- cab to office with files: yellow cab: PABT-office | 6.00 |
| 10/11/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Manhattan to airport while traveling on Nortel engagement.: Dial 7 Car & Limo: Manhattan / LGA | 58.00 |
| 10/11/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from Chicago office to hotel while traveling on Nortel engagement.: E- CAB TAXI AFFILIT INC: Office / Hotel | 11.55 |
| 10/12/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from Chicago office to restaurant while traveling on Nortel engagement.: Blue Ribbon Taxi: Office / Oakdale Halsted | 15.00 |
| 10/12/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to hotel while traveling on Nortel engagement.: Flash Taxi: Oakdale and Halsted / Hotel | 13.00 |
| 10/12/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Chicago office from hotel while traveling on Nortel engagement.: Checker Taxi: Hotel / Chicago Office | 12.00 |
| 10/13/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Chicago office from hotel while traveling on Nortel engagement.: City Service Taxi: Hotel / Chicago Office | 13.00 |
| 10/13/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from Chicago office to hotel while traveling on Nortel engagement.: Checker Taxi: Chicago Office / Hotel | 13.00 |
| 10/14/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Chicago office from hotel while traveling on Nortel engagement.: Globe Taxi: Hotel / Chicago Office | 14.00 |
| 10/14/2010 | Joseph J. McKenna | Ground Transportation | Cab from airport while traveling on Nortel engagement.: GOTHAM YELLOW LLC: LGA / Manhattan | 38.47 |
| 10/18/2010 | Joseph J. McKenna | Ground Transportation | Cab to LaGuardia Airport from residence in New York while traveling on Nortel engagement.: NYC Taxi: LGA / Manhattan | 37.50 |
| 10/18/2010 | Joseph J. McKenna | Ground Transportation | Cab from office to hotel while traveling on Nortel engagement.: Checker Taxi: 550 W Van Buren / Ontario/Lakeshore | 13.00 |
| 10/19/2010 | Joseph J. McKenna | Ground Transportation | Cab to hotel from office while traveling on Nortel engagement.: Yellow Cab: 550 W Van Buren / Ontario/Lakeshore | 13.00 |
| 10/20/2010 | Joseph J. McKenna | Ground Transportation | Cab to dinner while traveling on Nortel engagement.: Flash Taxi: 550 W Van Buren / State/Division | 13.00 |
| 10/21/2010 | Joseph J. McKenna | Ground Transportation | Cab to office while traveling on Nortel engagement.: Flash Taxi: Ontario/Lakeshore to Clinton/V Buren | 13.00 |
| 10/21/2010 | Joseph J. McKenna | Ground Transportation | Cab from airport(LGA) to residence in Manhattan while traveling on Nortel engagement.: NYC TLC: LGA / Manhattan | 40.16 |
| 10/25/2010 | Joseph J. McKenna | Ground Transportation | Car to airport while traveling on Nortel engagement.: Dial 7 Car: NYC / LGA | 48.50 |
| 10/28/2010 | Joseph J. McKenna | Ground Transportation | Cab from airport to residence while traveling on Nortel engagement.: NYC Taxi: LGA / Manhattan | 43.37 |
| 10/6/2010 | Lee A. Sweigart | Ground Transportation | Ride from MDW airport to Huron office: Cab: MDW/Office | 30.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/6/2010 | Lee A. Sweigart | Ground Transportation | Ride from Huron office to hotel: Cab: Chicago | 10.00 |
| 10/7/2010 | Lee A. Sweigart | Ground Transportation | Ride from Huron office to MDW: Cab: Chicago | 35.00 |
| 10/7/2010 | Lee A. Sweigart | Ground Transportation | Ride from hotel to Huron office: Cab: Chicago | 10.00 |
| 10/20/2010 | Lee A. Sweigart | Ground Transportation | Ride from MDW to Huron Chicago office: Cab: MDW/Huron | 35.00 |
| 10/20/2010 | Lee A. Sweigart | Ground Transportation | Ride from Huron Chicago office to hotel: Cab: Huron/Hotel | 15.00 |
| 10/21/2010 | Lee A. Sweigart | Ground Transportation | Ride from hotel to Huron Chicago office: Cab: Hotel/Huron | 15.00 |
| 10/21/2010 | Lee A. Sweigart | Ground Transportation | Ride from Huron Chicago office to MDW: Cab: Huron/MDW | 35.00 |
| 10/25/2010 | Lee A. Sweigart | Ground Transportation | Ride from RDU to Nortel: RDU: RDU/RTP | 20.00 |
| 10/25/2010 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport: Taxi: Residence/Airport | 30.00 |
| 10/25/2010 | Matthew J. Fisher | Ground Transportation | Transportation from airport (RDU) to gateway office of Nortel: Taxi: Airport/office | 20.00 |
| 10/28/2010 | Matthew J. Fisher | Ground Transportation | Transportation from airport to residence: Taxi: Airport/Residence | 30.00 |
| 10/13/2010 | Michael E. Scannella | Ground Transportation | CTA Fare to office.: CTA: ORD/Chicago Office | 5.00 |
| 10/13/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1: Jersey City/LGA | 124.00 |
| 10/13/2010 | Michael E. Scannella | Ground Transportation | Cab from Huron office to hotel.: Chicago Cab: Office/Hotel | 12.00 |
| 10/14/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR/Jersey City | 65.00 |
| 10/18/2010 | Michael E. Scannella | Ground Transportation | Round trip from hotel to dinner.: Chicago Cab: Office/Dinner | 20.00 |
| 10/18/2010 | Michael E. Scannella | Ground Transportation | Cab from office to hotel.: Chicago Taxi: Office/Hotel | 13.00 |
| 10/18/2010 | Michael E. Scannella | Ground Transportation | CTA roundtrip fare between office and ORD.: CTA: ORD/Office | 5.00 |
| 10/19/2010 | Michael E. Scannella | Ground Transportation | Cab from office to hotel.: Chicago Cab: Office/Hotel | 13.00 |
| 10/20/2010 | Michael E. Scannella | Ground Transportation | Car from office to hotel.: Chicago Cab: Office/Hotel | 12.00 |
| 10/20/2010 | Michael E. Scannella | Ground Transportation | Car from hotel to office.: Chicago Cab: Chicago | 12.00 |
| 10/21/2010 | Michael E. Scannella | Ground Transportation | Car from hotel to office.: Chicago Cab: Hotel/Office | 13.00 |
| 10/28/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay including gratuities while visiting client site: Sheraton: Durham 10/25/2010 to 10/28/2010, 3 nights. | 470.68 |
| 10/1/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 9/27-10/1 (4 nights).: Sheraton Imperial: Raleigh 09/27/2010 to 10/01/2010. | 634.24 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/28/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 10/25-10/28 (3 nights).: Sheraton Imperial: Raleigh 10/25/2010 to 10/28/2010. | 480.68 |
| 10/26/2010 | James Lukenda | Hotel/Lodging | Nortel-one night stay Sheraton - RTP (153.56) plus maid tip (5): Sheraton: RTP 10/25/2010 to 10/26/2010, 1 night. | 158.56 |
| 10/14/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: W Chicago Lakeshore Hotel: Chicago 10/11/2010 to 10/14/2010, 3 nights. | 640.50 |
| 10/21/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: W Chicago Lakeshore: Chicago, IL 10/18/2010 to 10/21/2010, 3 nights. | 640.50 |
| 10/28/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Sheraton Imperial Hotel: Durham, NC 10/25/2010 to 10/28/2010, 3 nights. | 460.68 |
| 10/6/2010 | Lee A. Sweigart | Hotel/Lodging | Westin River North - Work on Nortel: HST WRN LLC: CHICAGO 10/06/2010 to 10/07/2010, 1 night. | 310.43 |
| 10/22/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel in Chicago: W LAKESHORE 39: CHICAGO 10/20/2010 to 10/21/2010, 1 night. | 213.50 |
| 10/29/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel in RTP for work on Nortel: IMPERIAL HOTEL GROUP INC: DURHAM 10/25/2010 to 10/28/2010, 3 nights. | 460.68 |
| 10/28/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging during visit to Debtors office: Sheraton: Durham, NC 10/25/2010 to 10/28/2010, 3 nights. | 480.68 |
| 10/14/2010 | Michael E. Scannella | Hotel/Lodging | Hotel, room + tip, 1 night.: W Lakeshore: Chicago 10/13/2010 to 10/14/2010. | 223.50 |
| 10/21/2010 | Michael E. Scannella | Hotel/Lodging | Hotel, 3 nights, room + tip.: W Lakeshore: Chicago 10/18/2010 to 10/21/2010. | 650.50 |
| 10/28/2010 | Michael E. Scannella | Hotel/Lodging | Hotel, 3 nights, room + tip.: Sheraton: RTP 10/25/2010 to 10/28/2010. | 470.68 |
| 10/25/2010 | Brian Heinimann | Meals | Breakfast in airport en route to client site: Potbelly's: Chicago, 1 person. | 9.21 |
| 10/26/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Chicago, 1 person. | 7.22 |
| 10/27/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Chicago, 1 person. | 6.84 |
| 10/28/2010 | Brian Heinimann | Meals | Dinner at Greenleaf's in RDU airport en route to residence after visit to client site: Greenleaf's: Raleigh, 1 person. | 13.22 |
| 10/28/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Chicago, 1 person. | 9.21 |
| 10/1/2010 | Coley P. Brown | Meals | Dinner - room service at hotel for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 47.94 |
| 10/1/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 9/27-10/1 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |
| 10/7/2010 | Coley P. Brown | Meals | Dinner at the Pony Inn for Coley Brown (1 person) while working late on Nortel matters.: The Pony Inn: Chicago | 50.00 |
| 10/25/2010 | Coley P. Brown | Meals | Breakfast at McDonald's for Coley Brown (1 person) while at ORD.: McDonalds: Chicago | 8.04 |
| 10/28/2010 | Coley P. Brown | Meals | Dinner at Carolina Ale House for Coley Brown (1 person).: Carolina Ale House: Raleigh | 21.39 |
| 10/28/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 10/25-10/28 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/25/2010 | James Lukenda | Meals | Nortel-evening meal for 7 people - Sansui: Sansui: RTP Attendees: James Lukenda, Matthew J. Fisher, Lee A. Sweigart, Coley P. Brown, Joseph J. McKenna, Michael E. Scannella, Brian Heinimann | 243.83 |
| 10/26/2010 | James Lukenda | Meals | Nortel-Breakfast - cafeteria: cafe: RTP, 1 person. | 5.04 |
| 10/26/2010 | James Lukenda | Meals | Nortel- evening meal for 1: Varsity Grill: RTP | 16.03 |
| 10/11/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Au Bon Pain: New York, 1 person. | 2.71 |
| 10/11/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Giordano's: Chicago, 1 person. | 32.25 |
| 10/12/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Erwin: CHICAGO, 1 person. | 38.00 |
| 10/12/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Starbucks: Chicago, 1 person. | 6.22 |
| 10/13/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: ADOBO GRILL: CHICAGO, 1 person. | 40.15 |
| 10/14/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Chili's ORD: CHICAGO, 1 person. | 11.37 |
| 10/18/2010 | Joseph J. McKenna | Meals | Hotel while traveling on Nortel engagement.: W Chicago Lakeshore: Chicago, IL, 1 person. | 42.33 |
| 10/19/2010 | Joseph J. McKenna | Meals | Breakfast in Chicago office while traveling on Nortel engagement.: Starbucks: Chicago, IL, 1 person. | 6.22 |
| 10/19/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Brehon Pub: Chicago, IL, 1 person. | 46.25 |
| 10/20/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: PJ Clarke's: Chicago, IL, 1 person. | 42.96 |
| 10/21/2010 | Joseph J. McKenna | Meals | Individual travel meal at airport while traveling on Nortel engagement.: Wolfgang Puck Express: ORD, Chicago | 11.90 |
| 10/25/2010 | Joseph J. McKenna | Meals | Breakfast at airport while traveling on Nortel engagement.: McDonald's: LGA, NY, 1 person. | 7.32 |
| 10/26/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: RTP, NC, 1 person. | 7.46 |
| 10/27/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: RTP, NC, 1 person. | 6.52 |
| 10/28/2010 | Joseph J. McKenna | Meals | Dinner at airport while traveling on Nortel engagement.: Varsity Grille: RDU, NC, 1 person. | 22.73 |
| 10/28/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person. | 8.72 |
| 10/6/2010 | Lee A. Sweigart | Meals | Dinner at Hotel - 10/6: HST WRN LLC: CHICAGO, 1 person. | 50.00 |
| 10/7/2010 | Lee A. Sweigart | Meals | Dinner at MDW airport: MDW: Chicago, 1 person. | 17.60 |
| 10/20/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: IND airport: IND, 1 person. | 15.00 |
| 10/21/2010 | Lee A. Sweigart | Meals | Breakfast in Chicago: Starbucks: Chicago, 1 person. | 6.11 |
| 10/25/2010 | Lee A. Sweigart | Meals | Breakfast at IND before trip: IND airport: IND, 1 person. | 14.64 |
| 10/26/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe: Nortel RTP: RTP, 1 person. | 5.39 |
| 10/27/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe: Nortel RTP: RTP, 1 person. | 11.14 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/28/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe: Nortel RTP: RTP, 1 person. | 8.02 |
| 10/28/2010 | Lee A. Sweigart | Meals | Dinner at RDU airport: RDU Camden Foods: RDU, 1 person. | 20.56 |
| 10/25/2010 | Matthew J. Fisher | Meals | Breakfast at airport: Harry Carry's Midway Airport: Chicago, 1 person. | 15.00 |
| 10/28/2010 | Matthew J. Fisher | Meals | Dinner at airport: RDU airport: Durham, NC, 1 person. | 12.77 |
| 10/13/2010 | Michael E. Scannella | Meals | Dinner, 1 person.: Kamehachi: Chicago | 50.00 |
| 10/13/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 6.16 |
| 10/14/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 7.49 |
| 10/14/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Wolfgang/Grove: ORD | 23.86 |
| 10/18/2010 | Michael E. Scannella | Meals | Dinner while traveling, 1 person.: Lou Malnati's: Chicago | 42.12 |
| 10/18/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 6.11 |
| 10/19/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 7.99 |
| 10/19/2010 | Michael E. Scannella | Meals | Dinner, room service, 1 person.: W Lakeshore: Chicago | 45.99 |
| 10/20/2010 | Michael E. Scannella | Meals | Dinner, 2 people.: Ditka's: Chicago Attendees: Michael E. Scannella, Lee A. Sweigart | 100.00 |
| 10/20/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 9.41 |
| 10/21/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Wolfgang: ORD | 19.73 |
| 10/25/2010 | Michael E. Scannella | Meals | Breakfast while waiting for flight, 1 person.: DNC Travel: EWR | 7.06 |
| 10/26/2010 | Michael E. Scannella | Meals | Team dinner, 6 people.: The Pit: Raleigh Attendees: Michael E. Scannella, Lee A. Sweigart, Coley P. Brown, Joseph J. McKenna, Matthew J. Fisher, Brian Heinimann | 231.46 |
| 10/27/2010 | Michael E. Scannella | Meals | Team dinner, 6 people.: Arena Club: Raleigh Attendees: Michael E. Scannella, Coley P. Brown, Brian Heinimann, Matthew J. Fisher, Joseph J. McKenna, Lee A. Sweigart | 300.00 |
| 10/28/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person: Greenleaf's: RTP | 13.63 |
| 10/28/2010 | Michael E. Scannella | Meals | Breakfast for the week, 1 person.: Nortel Cafe: RTP | 20.00 |
| 10/7/2010 | James Lukenda | Mileage | Nortel-mileage to EWR: Mont - EWR - Mont 10/07/2010 to 10/07/2010. | 15.50 |
| 10/25/2010 | James Lukenda | Mileage | Nortel-mileage to EWR: Mont-EWR 10/25/2010 to 10/26/2010. | 15.50 |
| 10/7/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport: Home/IND 10/06/2010 to 10/07/2010. | 25.00 |
| 10/21/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport: IND 10/20/2010 to 10/21/2010. | 25.00 |
| 10/28/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport: IND 10/25/2010 to 10/28/2010. | 25.00 |
| 10/21/2010 | Michael E. Scannella | Mileage | Roundtrip mileage to airport, 22 miles.: Jersey City/EWR 10/18/2010 to 10/21/2010. | 11.00 |
| 10/28/2010 | Michael E. Scannella | Mileage | Round trip mileage to/from home.: Jersey City/EWR 10/18/2010 to 10/28/2010. | 11.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/7/2010 | James Lukenda | Parking & Tolls | Nortel-parking EWR (33) and tolls - GSP (1.35): PANYNJ, GSP: various 10/07/2010 to 10/07/2010. | 34.35 |
| 10/26/2010 | James Lukenda | Parking & Tolls | Nortel-Parking at EWR (66) and GSP toll (1.00): PANYNJ-GSP: Nwk 10/26/2010 to 10/26/2010. | 67.00 |
| 10/7/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS INC: CARMEL 10/06/2010 to 10/07/2010. | 40.00 |
| 10/21/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS INC: IND 10/20/2010 to 10/21/2010. | 44.00 |
| 10/28/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport for trip to RDU: PARKING SOLUTIONS INC: IND 10/25/2010 to 10/28/2010. | 85.00 |
| 10/21/2010 | Michael E. Scannella | Parking & Tolls | Parking + tolls, 4 days.: EWR: EWR 10/18/2010 to 10/21/2010. | 115.00 |
| 10/28/2010 | Michael E. Scannella | Parking & Tolls | Parking + tolls, 4 days.: EWR: EWR 10/25/2010 to 10/28/2010. | 115.00 |
| 10/28/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement.: Avis: RDU, NC 10/25/2010 to 10/28/2010. | 271.57 |
| 10/28/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RDU 10/25/2010 to 10/28/2010. | 275.12 |
| 10/8/2010 | James Lukenda | Research | Nortel-PACER charges - third quarter 10: PACER: NYC | 18.96 |
| 10/21/2010 | James Lukenda | Telecom | Nortel-calling card conference call charges for Sept: Sprint: NJ 10/21/2010 to 10/21/2010. | 3.41 |

**Total Expenses**     **$16,537.51**