# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
October 1, 2010 - October 31, 2010

<u>Summary of Services Rendered by Project</u>

| Project Code | Nature of Services | October 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 99.0 |
| 2 | Business Operations / General Corporate / Real Estate | 5.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 6.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 48.0 |
| 6 | Committee Matters and Creditor Meetings | 19.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | 4.0 |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 633.0 |
| 15 | Travel | 14.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **828.0** |

<u>Summary of Services Rendered by Professional</u>

| Name | October 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 210.0 |
| Michael Kennedy, Member | 266.0 |
| Aaron Taylor, Vice President | 253.0 |
| Michael Sabo, Associate | 99.0 |
| **TOTAL** | **828.0** |

**Nortel Networks, Inc**
October 1, 2010 - October 31, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | October 2010 Hours | Code |
|------|--------------------|--------------------|------|
| 10/1/2010 | Calls, meetings and analysis re mediation preparation | 7.0 | 14 |
| 10/2/2010 | Calls, meetings and analysis re mediation preparation | 4.0 | 14 |
| 10/5/2010 | Calls, meetings and analysis re mediation preparation | 6.0 | 14 |
| 10/6/2010 | Calls, meetings and analysis re mediation preparation | 9.0 | 14 |
| 10/7/2010 | Calls, meetings and analysis re mediation preparation | 12.0 | 14 |
| 10/8/2010 | Calls, meetings and analysis re mediation preparation | 6.0 | 14 |
| 10/9/2010 | Calls, meetings and analysis re mediation preparation | 3.0 | 14 |
| 10/11/2010 | Calls, meetings and analysis re mediation preparation | 4.0 | 14 |
| 10/12/2010 | Calls, meetings and analysis re mediation preparation | 8.0 | 14 |
| 10/13/2010 | Calls, meetings and analysis re mediation preparation | 7.0 | 14 |
| 10/14/2010 | Calls, meetings and analysis re mediation preparation | 12.0 | 14 |
| 10/15/2010 | Calls, meetings and analysis re mediation preparation | 8.0 | 14 |
| 10/16/2010 | Calls, meetings and analysis re mediation preparation | 2.0 | 14 |
| 10/19/2010 | Calls, meetings and analysis re mediation preparation | 10.0 | 14 |
| 10/20/2010 | Travel to NYC | 4.0 | 15 |
| 10/20/2010 | Calls, meetings and analysis re mediation preparation | 10.0 | 14 |
| 10/21/2010 | Calls, meetings and analysis re mediation preparation | 10.0 | 14 |
| 10/21/2010 | Return travel to Chicago | 4.0 | 15 |
| 10/22/2010 | Calls, meetings and analysis re mediation preparation | 9.0 | 14 |
| 10/23/2010 | Calls, meetings and analysis re mediation preparation | 6.0 | 14 |
| 10/24/2010 | Calls, meetings and analysis re mediation preparation | 5.0 | 14 |
| 10/25/2010 | Calls, meetings and analysis re mediation preparation | 12.0 | 14 |
| 10/26/2010 | Calls, meetings and analysis re mediation rebuttal | 4.0 | 14 |
| 10/27/2010 | Calls, meetings and analysis re mediation rebuttal | 10.0 | 14 |
| 10/28/2010 | Calls, meetings and analysis re mediation rebuttal | 14.0 | 14 |
| 10/29/2010 | Calls, meetings and analysis re mediation rebuttal | 10.0 | 14 |
| 10/30/2010 | Calls, meetings and analysis re mediation rebuttal | 8.0 | 14 |
| 10/31/2010 | Calls, meetings and analysis re mediation rebuttal | 6.0 | 14 |

**October 2010 Total**                                                    **210.0**

**Nortel Networks, Inc**
October 1, 2010 - October 31, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | October 2010 Hours | Code |
|---|---|---|---|
| 10/1/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/1/2010 | Review and prepare materials for mediation statement | 7.0 | 14 |
| 10/4/2010 | Conference calls with Cleary & JR | 1.0 | 5 |
| 10/4/2010 | Conference call with Nortel & Creditor Advisors | 2.0 | 9 |
| 10/4/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/5/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/6/2010 | Conference calls with Cleary & JR | 1.0 | 5 |
| 10/6/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/6/2010 | Conference calls with Creditor Committees | 2.0 | 6 |
| 10/7/2010 | Review and prepare materials for mediation statement | 10.0 | 14 |
| 10/8/2010 | Review and prepare materials for mediation statement | 6.0 | 14 |
| 10/8/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/11/2010 | Review and prepare materials for mediation statement | 12.0 | 14 |
| 10/12/2010 | Conference calls with Cleary | 1.0 | 5 |
| 10/12/2010 | Call with Nortel re: transfer pricing | 1.0 | 2 |
| 10/12/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/13/2010 | Review and prepare materials for mediation statement | 10.0 | 14 |
| 10/13/2010 | Call with Cleary & Creditor Advisors re: CVAS | 1.0 | 2 |
| 10/14/2010 | Review and prepare materials for mediation statement | 12.0 | 14 |
| 10/15/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/15/2010 | Call with UCC Advisors | 2.0 | 6 |
| 10/18/2010 | Review and prepare materials for mediation statement | 11.0 | 14 |
| 10/18/2010 | Call with Cleary & Creditor Advisors re: CVAS | 1.0 | 2 |
| 10/19/2010 | Call with UCC Advisors | 2.0 | 6 |
| 10/19/2010 | Review and prepare materials for mediation statement | 10.0 | 14 |
| 10/20/2010 | Travel to NYC | 3.0 | 15 |
| 10/20/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/20/2010 | Conference calls with Cleary | 4.0 | 5 |
| 10/21/2010 | Meetings and discussions re: preperation for mediation | 6.0 | 14 |
| 10/21/2010 | Meeting with UCC Advisors | 3.0 | 6 |
| 10/21/2010 | Return travel to Chicago | 3.0 | 15 |
| 10/22/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/22/2010 | Call with Capstone | 1.0 | 6 |
| 10/22/2010 | Conference calls with Cleary & JR | 1.0 | 5 |
| 10/23/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/24/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/25/2010 | Review and prepare materials for mediation statement | 13.0 | 14 |
| 10/26/2010 | Asia restructuring call | 1.0 | 3 |
| 10/26/2010 | Monthly Corporate Call | 2.0 | 3 |
| 10/26/2010 | Review and prepare materials for mediation rebuttal | 8.0 | 14 |
| 10/27/2010 | Review and prepare materials for mediation rebuttal | 11.0 | 14 |
| 10/27/2010 | Conference calls with Cleary | 3.0 | 5 |
| 10/28/2010 | Review and prepare materials for mediation rebuttal | 13.0 | 14 |
| 10/28/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/29/2010 | Review and prepare materials for mediation rebuttal | 10.0 | 14 |
| 10/29/2010 | Conference calls with Cleary & UK Counsel | 1.0 | 5 |
| 10/29/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/30/2010 | Review and prepare materials for mediation rebuttal | 4.0 | 14 |
| 10/31/2010 | Review and prepare materials for mediation rebuttal | 3.0 | 14 |
| | **October 2010 Total** | **266.0** | |

**Nortel Networks, Inc**
October 1, 2010 - October 31, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | October 2010 Hours | Code |
|---|---|---|---|
| 10/1/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/1/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/4/2010 | Conference calls with Cleary | 1.0 | 5 |
| 10/4/2010 | Review and prepare materials for mediation statement | 7.0 | 14 |
| 10/4/2010 | Conference call with company | 2.0 | 9 |
| 10/5/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/5/2010 | Review and prepare materials for mediation statement | 7.0 | 14 |
| 10/6/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/6/2010 | Conference calls with Creditor Committees | 1.0 | 6 |
| 10/7/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/8/2010 | Review and prepare materials for mediation statement | 7.0 | 14 |
| 10/8/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/11/2010 | Conference calls with Cleary | 3.0 | 5 |
| 10/11/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/12/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/12/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/12/2010 | Call with MO & MG re: transfer pricing | 1.0 | 2 |
| 10/13/2010 | Review and prepare materials for mediation statement | 10.0 | 14 |
| 10/13/2010 | Call with Capstone | 1.0 | 6 |
| 10/14/2010 | Review and prepare materials for mediation statement | 12.0 | 14 |
| 10/15/2010 | Review and prepare materials for mediation statement | 8.0 | 14 |
| 10/15/2010 | Call with UCC Advisors | 2.0 | 6 |
| 10/18/2010 | Review and prepare materials for mediation statement | 11.0 | 14 |
| 10/19/2010 | Call with UCC Advisors | 1.0 | 6 |
| 10/19/2010 | Review and prepare materials for mediation statement | 10.0 | 14 |
| 10/19/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/20/2010 | Review and prepare materials for mediation statement | 7.0 | 14 |
| 10/20/2010 | Conference calls with Cleary | 4.0 | 5 |
| 10/20/2010 | Call with UCC Advisors | 1.0 | 6 |
| 10/21/2010 | Review and prepare materials for mediation statement | 6.0 | 14 |
| 10/21/2010 | Call with UCC Advisors | 3.0 | 6 |
| 10/22/2010 | Review and prepare materials for mediation statement | 9.0 | 14 |
| 10/22/2010 | Call with Lazard | 1.0 | 2 |
| 10/23/2010 | Review and prepare materials for mediation statement | 6.0 | 14 |
| 10/24/2010 | Review and prepare materials for mediation statement | 6.0 | 14 |
| 10/25/2010 | Review and prepare materials for mediation statement | 6.0 | 14 |
| 10/25/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/25/2010 | Review and prepare materials for mediation rebuttal | 4.0 | 14 |
| 10/26/2010 | Asia restructuring call | 1.0 | 3 |
| 10/26/2010 | Monthly Corporate Call | 2.0 | 3 |
| 10/26/2010 | Review and prepare materials for mediation rebuttal | 8.0 | 14 |
| 10/27/2010 | Review and prepare materials for mediation rebuttal | 13.0 | 14 |
| 10/27/2010 | Conference calls with Cleary | 3.0 | 5 |
| 10/28/2010 | Review and prepare materials for mediation rebuttal | 14.0 | 14 |
| 10/28/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/29/2010 | Review and prepare materials for mediation rebuttal | 9.0 | 14 |
| 10/29/2010 | Conference calls with Cleary & UK Counsel | 1.0 | 5 |
| 10/29/2010 | Conference calls with Cleary | 2.0 | 5 |
| 10/30/2010 | Review and prepare materials for mediation rebuttal | 4.0 | 14 |
| 10/31/2010 | Review and prepare materials for mediation rebuttal | 2.0 | 14 |

**October 2010 Total**                                                                                              **253.0**

**Nortel Networks, Inc**
October 1, 2010 - October 31, 2010 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | October 2010 Hours | Code |
|------|---------------------|--------------------|------|
| 10/1/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/4/2010 | Review and prepare materials for mediation statement | 7.0 | 1 |
| 10/5/2010 | Review and prepare materials for mediation statement | 7.0 | 1 |
| 10/11/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/12/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/13/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/14/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/15/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/19/2010 | Review and prepare materials for mediation statement | 9.0 | 1 |
| 10/20/2010 | Review and prepare materials for mediation statement | 8.0 | 1 |
| 10/21/2010 | Review and prepare materials for mediation statement | 10.0 | 1 |
| 10/25/2010 | Review and prepare materials for mediation statement | 10.0 | 1 |
| **October 2010 Total** | | **99.0** | |