# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2010 through October 31, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 10/20/10-10/21/10 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 10/20/10-10/21/10 | Hotel (one night) | $ 602.26 |
| Matt Rosenberg | 10/20/10-10/21/10 | Parking | $ 62.00 |
| Matt Rosenberg | 10/20/10-10/21/10 | Meals (one breakfast & two dinners) | $ 15.00 |
| Mike Kennedy | 10/0/10-10/21/10 | Flight to New York, NY | $ 573.40 |
| Mike Kennedy | 10/0/10-10/21/10 | Hotel (two nights) | $ 688.33 |
| Mike Kennedy | 10/0/10-10/21/10 | Ground transportation | $ 30.00 |
| Mike Kennedy | 10/0/10-10/21/10 | Parking | $ 62.00 |
| Chilmark | various | Conference Calls | $ 56.45 |
| **Total Expenses** | | | **$ 3,051.77** |