**EXHIBIT C**

## DISBURSEMENT SUMMARY
## SEPTEMBER 1 TO SEPTEMBER 30, 2010
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $ 998.47 |
| Airfare/Travel | $3,912.67 |
| Binding Books / Documents | $ 58.80 |
| Cellular Phones | $ 116.17 |
| Courier and Delivery | $ 7.50 |
| Fax Charges | $ 0.25 |
| Library Computer Research | $ 965.62 |
| Long Distance Telephone Calls | $ 128.84 |
| Meals & Beverages | $ 440.20 |
| Parking | $ 15.93 |
| Photocopy Charges | $1,883.30 |
| Taxi Charges (Courier) | $ 926.28 |
| Total Non-Taxable Disbursements | **$9,454.03 CDN.** |

:9058580_1.DOC.