**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  

Invoice Date: October 29, 2010  
Invoice #: 2796326  
Page 59 of 65  

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/08/10 | 4100 - 100 KING STREET WEST | 1 | 7.50 |
| 01/09/10 | Telephone;12128728012;New YorkNY;TO47 | 1 | 0.51 |
| 01/09/10 | Laser Copy;DUNSMUIM | 257 | 25.70 |
| 01/09/10 | Laser Copy;MattesL | 33 | 3.30 |
| 01/09/10 | Laser Copy;jacobsr | 25 | 2.50 |
| 01/09/10 | Laser Copy;jacobsr | 149 | 14.90 |
| 01/09/10 | Laser Copy;MacFarlaneA | 29 | 2.90 |
| 01/09/10 | Laser Copy;MATHESON | 87 | 8.70 |
| 01/09/10 | Laser Copy;MattesL | 152 | 15.20 |
| 01/09/10 | Laser Copy;NELSON M | 88 | 8.80 |
| 01/09/10 | Laser Copy;KARTASHM | 19 | 1.90 |
| 01/09/10 | Photocopy;MattesL | 33 | 3.30 |
| 01/09/10 | Photocopy;MattesL | 20 | 2.00 |
| 01/09/10 | Photocopy;MattesL | 2 | 0.20 |
| 02/09/10 | Working Lunch for J. Hetu from Koya Japan; 2010-8-26 | 1 | 9.67 |
| 02/09/10 | Laser Copy;Kee, Evelyn | 401 | 40.10 |
| 02/09/10 | Laser Copy;MATHESON | 7 | 0.70 |
| 02/09/10 | Laser Copy;MattesL | 243 | 24.30 |
| 02/09/10 | Laser Copy;jacobsr | 24 | 2.40 |
| 02/09/10 | Telephone;01139066828;Vatican ;TO46 | 1 | 40.31 |
| 02/09/10 | Working Lunch for R. Jacobs and J. Hetu from Mr. Sub; 2010-8-25 | 1 | 21.56 |
| 03/09/10 | Food from PharmaPlus for working meeting for M. Wunder, J. Hetu and A. MacFarlane on Sept. 1/10; 2010-9-1 | 1 | 18.97 |
| 03/09/10 | Laser Copy;NELSON M | 265 | 26.50 |
| 03/09/10 | Laser Copy;KARTASHM | 5 | 0.50 |
| 03/09/10 | Laser Copy;GIBSON AMBER | 13 | 1.30 |
| 03/09/10 | Laser Copy;CHINJ | 3 | 0.30 |
| 03/09/10 | Laser Copy;MATHESON | 4 | 0.40 |
| 03/09/10 | Telephone;19026563424;LockeporNS; TO47 | 1 | 0.46 |
| 03/09/10 | Laser Copy;MattesL | 236 | 23.60 |
| 03/09/10 | Laser Copy;HETU, Jarvis | 11 | 1.10 |
| 07/09/10 | Verizon Wireless charges for R. Jacobs for June 20 to July 19/10; | 1 | 32.87 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 29, 2010  
Invoice #: 2796326  
Page 60 of 65

| Date | Description | Qty. | Amount |
|---|---|---|---|
| | 2010-6-20 | | |
| 07/09/10 | Verizon Wireless charges for R. Jacobs for May 20 to June 19/10; 2010-5-20 | 1 | 26.12 |
| 07/09/10 | Telephone;12128728012;New YorkNY;TO44 | 1 | 0.51 |
| 07/09/10 | Laser Copy;NELSON M | 493 | 49.30 |
| 07/09/10 | Parking for M. Wunder on Sept. 1/10; 2010-9-1 | 1 | 5.31 |
| 07/09/10 | Verizon Wireless charges for R. Jacobs for July 20 to August 19/10; 2010-6-20 | 1 | 57.18 |
| 08/09/10 | Laser Copy;NELSON M | 47 | 4.70 |
| 08/09/10 | Laser Copy;jacobsr | 63 | 6.30 |
| 08/09/10 | Laser Copy;MacFarlaneA | 49 | 4.90 |
| 08/09/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 2.04 |
| 08/09/10 | Laser Copy;HETU, Jarvis | 206 | 20.60 |
| 09/09/10 | Laser Copy;NELSON M | 120 | 12.00 |
| 09/09/10 | Telephone;12128087573;New YorkNY;TO45 | 1 | 1.02 |
| 09/09/10 | Laser Copy;HETU, Jarvis | 54 | 5.40 |
| 09/09/10 | Laser Copy;MacFarlaneA | 142 | 14.20 |
| 09/09/10 | Laser Copy;BanksT | 12 | 1.20 |
| 10/09/10 | Laser Copy;NELSON M | 465 | 46.50 |
| 10/09/10 | Laser Copy;DUNSMUIM | 79 | 7.90 |
| 10/09/10 | Laser Copy;HETU, Jarvis | 80 | 8.00 |
| 13/09/10 | Laser Copy;NORTH, Alexandra | 3 | 0.30 |
| 13/09/10 | Laser Copy;YING C | 76 | 7.60 |
| 13/09/10 | Laser Copy;NELSON M | 481 | 48.10 |
| 14/09/10 | Laser Copy;NELSON M | 404 | 40.40 |
| 14/09/10 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 14/09/10 | Laser Copy;CHINJ | 30 | 3.00 |
| 14/09/10 | Laser Copy;NORTH, Alexandra | 11 | 1.10 |
| 14/09/10 | Laser Copy;MacFarlaneA | 5 | 0.50 |
| 14/09/10 | Laser Copy;MATHESON | 2 | 0.20 |
| 14/09/10 | Laser Copy;MattesL | 1028 | 102.80 |
| 15/09/10 | Laser Copy;MattesL | 6 | 0.60 |
| 15/09/10 | Laser Copy;MacFarlaneA | 51 | 5.10 |
| 15/09/10 | Quicklaw | 1 | 2.37 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 29, 2010  
Invoice #: 2796326  
Page 61 of 65

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/09/10 | ECarswell | 1 | 144.00 |
| 15/09/10 | Laser Copy;Kee, Evelyn | 350 | 35.00 |
| 15/09/10 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 15/09/10 | Telephone;12128728012;New YorkNY;TO44 | 1 | 0.51 |
| 15/09/10 | Laser Copy;NELSON M | 335 | 33.50 |
| 16/09/10 | ECarswell | 1 | 222.75 |
| 16/09/10 | /Bell Conferencing/R Jacobs/Inv. 106408062 | 1 | 7.74 |
| 16/09/10 | Laser Copy;NORTH, Alexandra | 9 | 0.90 |
| 16/09/10 | /Bell Conferencing/M Wunder/Inv. 106408062 | 1 | 60.03 |
| 16/09/10 | Laser Copy;MattesL | 350 | 35.00 |
| 16/09/10 | Working lunch for R. Jacobs/J. Hetu from Maxim-Aug 24/10/Inv. 300167 | 1 | 21.25 |
| 16/09/10 | Laser Copy;NELSON M | 195 | 19.50 |
| 16/09/10 | Laser Copy;MacFarlaneA | 25 | 2.50 |
| 16/09/10 | Photocopy;MattesL | 200 | 20.00 |
| 17/09/10 | Binding Books / Documents | 1 | 58.80 |
| 17/09/10 | Taxi from Toronto airport for R. Jacobs on Sept. 13/10; 2010-9-13 | 1 | 52.13 |
| 17/09/10 | Taxi to Toronto airport for R. Jacobs on Sept. 13/10; 2010-9-13 | 1 | 42.95 |
| 17/09/10 | ; 2010-9-10 | 1 | 23.01 |
| 17/09/10 | ECarswell | 1 | 70.50 |
| 17/09/10 | Air Canada flight change fees for R. Jacobs on Sept. 13/10; 2010-9-13 | 1 | 576.25 |
| 17/09/10 | Air Canada return flight to New York for R. Jacobs on Sept. 23-26/10; 2010-9-23 | 1 | 472.31 |
| 17/09/10 | Laser Copy;NELSON M | 71 | 7.10 |
| 17/09/10 | Laser Copy;NORTH, Alexandra | 59 | 5.90 |
| 17/09/10 | Laser Copy;MattesL | 29 | 2.90 |
| 17/09/10 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 17/09/10 | Working meal at Freshii for R. Jacobs on Aug. 30/10; 2010-8-30 | 1 | 14.42 |
| 17/09/10 | Working lunch for J. Hetu from Cultures; 2010-9-9 | 1 | 8.49 |
| 17/09/10 | Working lunch at Burger Shack for M. Wunder on Sept. 11/10; 2010-9-11 | 1 | 19.35 |
| 17/09/10 | Working meal at Freshii for R. Jacobs on Sept. 7/10; 2010-9-7 | 1 | 12.98 |
| 17/09/10 | Working meal at Freshii for R. Jacobs on Sept. 1/10; 2010-9-1 | 1 | 11.73 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 29, 2010  
Invoice #: 2796326  
Page 62 of 65

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/09/10 | Working lunch for J. Hetu from Timothys; 2010-9-13 | 1 | 14.35 |
| 17/09/10 | Working Lunch from Freshii for J. Hetu; 2010-8-30 | 1 | 12.08 |
| 17/09/10 | Working lunch for R. Jacobs and J. Hetu from Mr. Sub; 2010-9-10 | 1 | 11.38 |
| 17/09/10 | Photocopy;Amaral, Rui | 2297 | 229.70 |
| 19/09/10 | ECarswell | 1 | 57.75 |
| 20/09/10 | Photocopy;DuldulaoF | 1225 | 122.50 |
| 20/09/10 | ECarswell | 1 | 45.25 |
| 20/09/10 | Laser Copy;Kee, Evelyn | 418 | 41.80 |
| 21/09/10 | Laser Copy;MATHESON | 26 | 2.60 |
| 21/09/10 | Laser Copy;MacFarlaneA | 323 | 32.30 |
| 21/09/10 | Laser Copy;MattesL | 149 | 14.90 |
| 21/09/10 | Laser Copy;beardc | 52 | 5.20 |
| 21/09/10 | ECarswell | 1 | 324.25 |
| 21/09/10 | Photocopy;MattesL | 3 | 0.30 |
| 21/09/10 | Laser Copy;Kee, Evelyn | 196 | 19.60 |
| 21/09/10 | Laser Copy;beardc | 309 | 30.90 |
| 21/09/10 | Laser Copy;LEGAULT | 74 | 7.40 |
| 21/09/10 | Laser Copy;jacobsr | 3 | 0.30 |
| 21/09/10 | Laser Copy;KAPLAN M | 8 | 0.80 |
| 21/09/10 | Laser Copy;Kee, Evelyn | 1584 | 158.40 |
| 21/09/10 | Laser Copy;MattesL | 7 | 0.70 |
| 21/09/10 | Laser Copy;HETU, Jarvis | 12 | 1.20 |
| 22/09/10 | ECarswell | 1 | 15.00 |
| 22/09/10 | Photocopy;MattesL | 2 | 0.20 |
| 22/09/10 | Telephone;12128728020;New YorkNY;TO47 | 1 | 2.04 |
| 22/09/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 22/09/10 | Laser Copy;jacobsr | 2 | 0.20 |
| 22/09/10 | Laser Copy;MattesL | 64 | 6.40 |
| 22/09/10 | Laser Copy;Flancia A | 1 | 0.10 |
| 22/09/10 | Laser Copy;MacFarlaneA | 24 | 2.40 |
| 22/09/10 | Laser Copy;HETU, Jarvis | 262 | 26.20 |
| 22/09/10 | Laser Copy;ShuklaM | 149 | 14.90 |
| 22/09/10 | Photocopy;Flancia A | 183 | 18.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 29, 2010  
Invoice #: 2796326  
Page 63 of 65

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 23/09/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 4.59 |
| 23/09/10 | Change fee R. Jacobs re: changing Newark return flight from Sept. 21st to 20th; 2010-9-20 | 1 | 47.50 |
| 23/09/10 | Lunch ; 2010-9-14 | 1 | 7.99 |
| 23/09/10 | Dinner while travelling for R. Jacobs at Newark International Airport ; 2010-9-20 | 1 | 8.86 |
| 23/09/10 | Return airfare Toronto to Newark for R. Jacobs - September 20, 2010; 2010-9-20 | 1 | 396.00 |
| 23/09/10 | Laser Copy;jacobsr | 6 | 0.60 |
| 23/09/10 | Laser Copy;HETU, Jarvis | 31 | 3.10 |
| 23/09/10 | Laser Copy;MattesL | 375 | 37.50 |
| 23/09/10 | Taxi from Newark Airport to New York City; 2010-9-20 | 1 | 62.48 |
| 23/09/10 | Photocopy;MattesL | 5 | 0.50 |
| 24/09/10 | Laser Copy;MattesL | 276 | 27.60 |
| 24/09/10 | Laser Copy;HETU, Jarvis | 37 | 3.70 |
| 24/09/10 | Laser Copy;Amaral, Rui | 398 | 39.80 |
| 24/09/10 | Laser Copy;CHINJ | 57 | 5.70 |
| 24/09/10 | Laser Copy;GOUGEON | 2 | 0.20 |
| 24/09/10 | Laser Copy;MacFarlaneA | 113 | 11.30 |
| 24/09/10 | Taxi from Toronto airport to Eglinton for M. Wunder on Sept. 13/10; 2010-9-13 | 1 | 49.48 |
| 24/09/10 | Air Canada return trip to New York for M. Wunder on Sept. 13/10; 2010-9-13 | 1 | 1,122.47 |
| 24/09/10 | Breakfast at Starbucks while travelling in New York for M. Wunder on Sept. 13/10; 2010-9-13 | 1 | 10.99 |
| 24/09/10 | Dinner at Subway while travelling for M. Wunder on Sept. 13/10; 2010-9-13 | 1 | 8.99 |
| 24/09/10 | Parking for M. Wunder on Sept. 4/10; 2010-9-4 | 1 | 5.31 |
| 24/09/10 | Parking for M. Wunder on Sept. 17/10; 2010-9-17 | 1 | 5.31 |
| 24/09/10 | Taxi from Eglinton to Toronto airport for M. Wunder on Sept. 13/10; 2010-9-13 | 1 | 58.10 |
| 24/09/10 | Taxi from New York airport to meeting for M. Wunder on Sept. 13/10 (see Visa for exchange); 2010-9-13 | 1 | 34.01 |
| 24/09/10 | Taxi from Akin Gump office to New York airport for M. Wunder on Sept. 13/10 (see Visa for exchange); 2010-9-13 | 1 | 38.44 |
| 24/09/10 | Taxi from Court to FCP for M. Wunder on Sept. 16/10; 2010-9-16 | 1 | 6.19 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 29, 2010  
Invoice #: 2796326  
Page 64 of 65

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/09/10 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 27/09/10 | Fax;19026344409;LunenburNS;MacFarlaneA | 1 | 0.25 |
| 27/09/10 | Return Airfare from Toronto to New York; 2010-9-22 | 1 | 1,215.98 |
| 27/09/10 | Laser Copy;Kee, Evelyn | 91 | 9.10 |
| 27/09/10 | Laser Copy;MattesL | 676 | 67.60 |
| 27/09/10 | Working lunch for A. MacFarlane, R. Jacobs, J. Hetu, M. Wunder at Maxim | 1 | 40.20 |
| 27/09/10 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 27/09/10 | Photocopy;HETU, Jarvis | 3 | 0.30 |
| 27/09/10 | Telephone;12128721096;New YorkNY;TO47 | 1 | 1.02 |
| 27/09/10 | Telephone;12128016971;New YorkNY;TO47 | 1 | 0.51 |
| 27/09/10 | Telephone;12128016971;New YorkNY;TO47 | 1 | 0.51 |
| 27/09/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 5.10 |
| 27/09/10 | Telephone;19026344409;LunenburNS; MacFarlaneA | 1 | 0.92 |
| 28/09/10 | ECarswell | 1 | 22.50 |
| 28/09/10 | Laser Copy;NELSON M | 263 | 26.30 |
| 28/09/10 | Laser Copy;Amaral, Rui | 314 | 31.40 |
| 28/09/10 | Laser Copy;MacFarlaneA | 19 | 1.90 |
| 28/09/10 | Laser Copy;BanksT | 4 | 0.40 |
| 28/09/10 | Laser Copy;MattesL | 716 | 71.60 |
| 29/09/10 | Laser Copy;HETU, Jarvis | 32 | 3.20 |
| 29/09/10 | Laser Copy;jacobsr | 7 | 0.70 |
| 29/09/10 | Laser Copy;NELSON M | 210 | 21.00 |
| 29/09/10 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 29/09/10 | Telephone;12125065149;New YorkNY;TO47 | 1 | 0.51 |
| 29/09/10 | Air Canada change flight charge for R. Jacobs for flight on Sept. 26, 2010; 2010-9-26 | 1 | 82.16 |
| 29/09/10 | Laser Copy;MATHESON | 31 | 3.10 |
| 29/09/10 | Laser Copy;MattesL | 22 | 2.20 |
| 30/09/10 | Laser Copy;jacobsr | 25 | 2.50 |
| 30/09/10 | Meal at Starbucks while travelling for R. Jacobs on Aug. 16/10; 2010-8-16 | 1 | 14.17 |
| 30/09/10 | Working meal at Burrito Bandidos for R. Jacobs on Aug. 23/10; 2010-8-23 | 1 | 11.24 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 29, 2010
Invoice #: 2796326
Page 65 of 65

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/09/10 | Working meal at Amish Manhattan Farmer in New York for R. Jacobs on Aug. 18/10 (see Visa for exchange); 2010-8-18 | 1 | 16.84 |
| 30/09/10 | Working lunch for A. MacFarlane, R. Jacobs, J. Hetu, M. Wunder at Maxim Sept. 16/10 | 1 | 48.70 |
| 30/09/10 | Working meal at Pita Grill in New York for R. Jacobs on Sept. 24/10; 2010-9-24 | 1 | 22.29 |
| 30/09/10 | Working meal at Petite Abeille in New York for R. Jacobs on Sept. 26/10; 2010-9-26 | 1 | 25.00 |
| 30/09/10 | Beck Taxi/Inv 1721-021/M.Wunder x3 Sept/10 | 1 | 39.74 |
| 30/09/10 | Laser Copy;MattesL | 24 | 2.40 |
| 30/09/10 | ECarswell | 1 | 61.25 |
| 30/09/10 | Hotel room at Westin New York for R. Jacobs on Sept. 23-25/10; 2010-9-23 | 1 | 998.47 |
| 30/09/10 | Beck Taxi/Inv 1721-021/delivery from M.Wunder Se | 1 | 31.62 |
| 30/09/10 | Beck Taxi/Inv 1721-021/R.Jacobs Aug 25/10 | 1 | 51.42 |
| 30/09/10 | Beck Taxi/Inv 1721-021/J.Hetu Sept 21/10 | 1 | 25.72 |
| 30/09/10 | Beck Taxi/Inv 1721-021/delivery to M.Wunder Sept | 1 | 28.98 |
| 30/09/10 | Beck Taxi/Inv 1721-021/R.Jacobs x4 Sept 15-23 | 1 | 169.46 |
| 30/09/10 | Beck Taxi/Inv 1721-021/R.Jacobs Sept 23/10 | 1 | 46.75 |
| 30/09/10 | Laser Copy;MattesL | 38 | 3.80 |
| 30/09/10 | Beck Taxi/Inv 1721-021/R.Jacobs/M.Wunder Sept 1/ | 1 | 44.42 |
| 30/09/10 | Laser Copy;MacFarlaneA | 13 | 1.30 |
| 30/09/10 | Taxi in New York for R. Jacobs on Sept. 26/10; 2010-9-26 | 1 | 13.86 |
| 30/09/10 | Taxi in New York for R. Jacobs on Sept. 26/10; 2010-9-26 | 1 | 10.84 |
| 30/09/10 | Taxi from Toronto airport for R. Jacobs on Sept. 26/10; 2010-9-26 | 1 | 53.90 |
| 30/09/10 | Beck Taxi/Inv 1721-021/R.Jacobs Sept 28/10 | 1 | 32.02 |
| 30/09/10 | Meals and Beverages - Maxim /J. Hetu/M. Wunder/A. MacFarlane-Nortel Team -Sept. 21/10/Inv.300456 | 1 | 48.70 |
| 30/09/10 | Beck Taxi/Inv 1721-021/M.Wunder Sept 8/10 | 1 | 10.76 |
|  | Total | CDN | $9,454.03 |