# EXHIBIT E

:9060420_3.DOC.

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 10.2 | $785.00 | $8,007.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 86.2 | $775.00 | $66,805.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 5.8 | $750.00 | $4,350.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 107.7 | $750.00 | $80,775.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 17.7 | $785.00 | $13,894.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 169.0 | $750.00 | $126,750.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 1.0 | $675.00 | $675.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 35.1 | $520.00 | $18,252.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 25.1 | $375.00 | $9,412.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 100.6 | $310.00 | $31,186.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 2.2 | $320.00 | $704.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 23.6 | $310.00 | $7,316.00 |
| Shay, R. | Partner | Corporate | Ontario - 1979 | 0.2 | $800.00 | $160.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 206.9 | $600.00 | $124,140.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 26.0 | $560.00 | $14,560.00 |
| Villeneuve, C. | Paralegal | | | 0.3 | $210.00 | $63.00 |
| Mayles, Jonah | Associate | Taxation | Ontario - 2008 | 3.5 | $320.00 | $1,120.00 |
| Nurmohamed, Z. | Partner | Taxation | Ontario - 2001 | 6.4 | $575.00 | $3,680.00 |
| | | | | | | |
| TOTAL | | | | 827.5 | CDN. | $511,850.00 |
| | Less Non-Working Travel Time Discount (50% of $27,210.00) | | | | | ($10,290.00) |
| TOTAL | | | | | CDN. | $501,560.00 |

:9058580_1.DOC.