# EXHIBIT A

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 17, 2010  
Invoice 367937  
Page 2  
Client # 732310

Matter # 165839

---

For services through October 31, 2010  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/10 | Maintain original pleadings | Paralegal — Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 10/05/10 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/06/10 | Maintain original pleadings | Paralegal — Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 10/07/10 | Review Dunn objection to document destruction motion | Associate — Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 10/12/10 | Maintain original pleadings | Paralegal — Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 10/12/10 | Review docket (.1); Review and revise critical dates (.2); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/13/10 | Maintain original pleadings | Paralegal — Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 10/14/10 | Maintain original pleadings | Paralegal — Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 10/18/10 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/20/10 | Maintain original pleadings | Paralegal — Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 17, 2010  
Invoice 367937  
Page 3  
Client #  732310  

Matter #  165839  

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/26/10 | Email to B. Witters re: changes to service list | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 10/27/10 | Review docket (.1); Review and update critical dates (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/28/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 10/29/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |

Total Fees for Professional Services         $428.00

**TOTAL DUE FOR THIS INVOICE**                **$428.00**
BALANCE BROUGHT FORWARD                      $689.30

**TOTAL DUE FOR THIS MATTER**                **$1,117.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 17, 2010
Invoice 367937
Page 4

Client #  732310

Matter #  165839

For services through October 31, 2010
relating to Creditor Inquiries

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/10 | Call from Zeta Technologies re: estimated pay out | | | | |
| | Christopher M. Samis | Associate | 0.20 hrs. | 315.00 | $63.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $63.00 |
| TOTAL DUE FOR THIS INVOICE | $63.00 |
| **TOTAL DUE FOR THIS MATTER** | **$63.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 17, 2010
Invoice 367937
Page 5

Client #  732310

Matter # 165839

For services through October 31, 2010
relating to  Use, Sale of Assets

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/10 | Discussion with C. Samis re: Budget Rental Car case and allocation settlement motion (.1); Search BRAC docket re: same (.3); E-mail to C. Samis re: settlement agreement, allocation motion, plan and confirmation order (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 10/11/10 | Review Budget plan and settlement agreement re: resolution of intercompany claims (.8); Meeting with C. Samis re: same (.2) | Director | Mark D. Collins | 1.00 hrs. | 675.00 | $675.00 |
| 10/12/10 | Prepare for and attend call with co-counsel and C. Samis concerning allocation of sale proceeds and strategy relating to same | Director | Mark D. Collins | 0.70 hrs. | 675.00 | $472.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,264.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,264.50** |
|  | $172.80 |
| **TOTAL DUE FOR THIS MATTER** | **$1,437.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 17, 2010  
Invoice 367937  
Page 6  
Client #  732310

Matter #  165839

For services through October 31, 2010  
relating to Claims Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 10/15/10 | Inquiry from Telenet Marketing on status of case | Christopher M. Samis — Associate | 0.30 hrs. | 315.00 | $94.50 |

Total Fees for Professional Services  $94.50

TOTAL DUE FOR THIS INVOICE  $94.50  
  $25.20

**TOTAL DUE FOR THIS MATTER**  $119.70

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 17, 2010  
Invoice 367937  
Page 7  
Client # 732310

Matter # 165839

For services through October 31, 2010  
relating to Court Hearings

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/10 | Retrieve and review re: 10/14/10 agenda (.1); E-mail to RLF team re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 10/12/10 | Review agenda for 10/14/10 hearing (.2); Email to B. Witters re: preparation for 10/14/10 hearing (.1); Attention to logistics re: 10/14/10 hearing (.2) | Associate — Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 10/13/10 | Retrieve re: 10/14/10 amended agenda (.1); Circulate to RLF team re: same (.1); Prepare 10/14/10 hearing binder (.5); Retrieve re: 10/14/10 second amended agenda (.1); Circulate to RLF team re: same (.1); Revise 10/14/10 hearing binders x3 (.3) | Paralegal — Barbara J. Witters | 1.20 hrs. | 195.00 | $234.00 |
| 10/13/10 | Review amended agenda for 10/14/10 hearing (.2); Prepare for 10/14/10 hearing (1.2) | Associate — Christopher M. Samis | 1.40 hrs. | 315.00 | $441.00 |
| 10/13/10 | Review email from B. Witters re: amended agenda for 10/14/10 hearing (.1); Review agenda re: same (.2) | Associate — Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 10/14/10 | Prepare for 10/14/10 hearing (1.2); Attend 10/14/10 hearing (1.6) | Associate — Christopher M. Samis | 2.80 hrs. | 315.00 | $882.00 |
| 10/18/10 | Email to D. Sloan re: covering 10/27/10 hearing | Associate — Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 10/18/10 | Review email from C. Samis re: preparation for and attendance at 10/27/10 hearing (.1); Email to C. Samis re: same (.1) | Associate — Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |

| | | | | |
|---|---|---|---|---|
| Nortel Creditors Committee | | | November 17, 2010 | |
| c/o Fred S. Hodara, Esq. | | | Invoice 367937 | |
| Akin Gump Strauss Hauer Feld LLP | | | Page 8 | |
| One Bryant Park | | | | |
| New York NY 10036 | | | Client # 732310 | |
| | | | Matter # 165839 | |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/10 | Coordinate telephonic appearances for: F. Hodara, D. Botter, B. Kahn and S. Schultz for 10/21/10 hearing | | | | |
| | Paralegal Cathy M. Greer | | 0.50 hrs. | 195.00 | $97.50 |
| 10/20/10 | Email to B. Witters re: coverage for / logistics of emergency first day hearing (.1); Emails to B. Maddox re: coverage for / logistics of emergency first day hearing (.2); Emails to B. Kahn re: coverage for / logistics of emergency first day hearing (.2); Call from B. Kahn re: strategy for emergency first day hearing (.3) | | | | |
| | Associate Christopher M. Samis | | 0.80 hrs. | 315.00 | $252.00 |
| 10/21/10 | Retreive re: Nortel GMBH first day pleadings (.2); Prepare first day hearing binder of same for R. Maddox (.4) | | | | |
| | Paralegal Barbara J. Witters | | 0.60 hrs. | 195.00 | $117.00 |
| 10/21/10 | Emails to R. Maddox re: strategy for emergency first day hearing (x3) | | | | |
| | Associate Christopher M. Samis | | 0.30 hrs. | 315.00 | $94.50 |
| 10/21/10 | Arrangements for 10/21/10 hearing (.2); Meeting with B. Witters re: hearing documents (.1); Email C. Samis re: 10/21/10 hearing (.1); Meeting with B. Witters re: 10/21/10 hearing binder (.1); Review hearing binder (.1); Attend hearing (.8); Draft email to C. Samis re: hearing (.2) | | | | |
| | Associate Robert C. Maddox | | 1.60 hrs. | 240.00 | $384.00 |
| 10/25/10 | Review agenda for 10/27/10 hearing (.2); Emails (x2) to B. Kahn re: same (.1); Discussion with B. Witters re: preparation for same (.1); Review emails (x3) from B. Kahn re: same (.1); Review hearing binder in preparation for same (.5) | | | | |
| | Associate Drew G. Sloan | | 1.00 hrs. | 315.00 | $315.00 |
| 10/26/10 | Telephone call to Courtcall re: B. Kahn, D. Botter and S. Schultz telephonic appearances (.3); E-mail to distribution re: same (.1); Retrieve re: 10/27/10 agenda pleadings (.4); Prepare 10/27/10 hearing binder for D. Sloan (.6) | | | | |
| | Paralegal Barbara J. Witters | | 1.40 hrs. | 195.00 | $273.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 17, 2010  
Invoice 367937  
Page 9  
Client #  732310

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/10 | Review amended agenda for 10/27/10 hearing (.2); Discussion with B. Witters re: circulating same (.1); Preparation for 10/27/10 hearing (.9) | | | | |
| | Associate — Drew G. Sloan | | 1.20 hrs. | 315.00 | $378.00 |
| 10/27/10 | Retrieve re: 10/27/10 amended agenda (.1); E-mail to distribution re: same (.1); Circulate hearing transcripts to distribution list (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.30 hrs. | 195.00 | $58.50 |
| 10/27/10 | Email to D. Sloan re: cancellation of 10/27/10 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 315.00 | $31.50 |
| 10/27/10 | Emails (x2) to A. Cordo re: cancellation of 10/27/10 hearing (.1); Review emails (x2) from A. Cordo re: same (.1); Review email from C. Samis re: same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.30 hrs. | 315.00 | $94.50 |

|   |   |
|---|---|
| Total Fees for Professional Services | $4,038.00 |
| TOTAL DUE FOR THIS INVOICE | $4,038.00 |
| | $4,765.90 |
| **TOTAL DUE FOR THIS MATTER** | **$8,803.90** |

| | |
|---|---|
| Nortel Creditors Committee | November 17, 2010 |
| c/o Fred S. Hodara, Esq. | Invoice 367937 |
| Akin Gump Strauss Hauer Feld LLP | Page 10 |
| One Bryant Park | |
| New York NY 10036 | Client # 732310 |
| | Matter # 165839 |

For services through October 31, 2010
relating to Schedules/SOFA/U.S. Trustee Reports

| | | | | |
|---|---|---|---|---|
| 10/20/10 | Check filed July, August and September MORs | | | |
| Associate | Robert C. Maddox | 0.10 hrs. | 240.00 | $24.00 |

| | |
|---|---|
| Total Fees for Professional Services | $24.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$24.00** |
| **TOTAL DUE FOR THIS MATTER** | **$24.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 17, 2010  
Invoice 367937  
Page 11  
Client #  732310

Matter # 165839

For services through October 31, 2010  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/10 | Email to M. Gentile re: clearance of conflicts on preference defendants (.1); Meet with B. Witters re: collecting Budget pleadings for analyzing allocation dispute (.2) | Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 10/04/10 | Email to M. Collins re: Budget Rent-A-Car pleadings for addressing international allocation/valuation issues | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 10/06/10 | Email to B. Kahn re: conference call on cross-border allocation/valuation issues | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 10/11/10 | Meet with M. Collins re: discussing allocation/valuation issues with B. Kahn (.2); Review cross-border settlement materials from BRAC for call with B. Kahn and M. Collins re: allocation/valuation issues (1.1); Call to B. Kahn re: allocation/valuation issues (.1) | Associate | Christopher M. Samis | 1.40 hrs. | 315.00 | $441.00 |
| 10/12/10 | Prepare for conference call with M. Collins and B. Kahn re: strategy for valuation/allocation mediation (.4); Participate in conference call with M. Collins and B.Kahn re: strategy for valuation/allocation mediation (.6) | Associate | Christopher M. Samis | 1.00 hrs. | 315.00 | $315.00 |
| 10/13/10 | Call from B. Kahn re: follow-up on allocation/valuation dispute issues (.3); Meet with M. Merchant re: Qimonda valuation issues for use in valuation/allocation dispute (.2); Email to M. Merchant re: Qimonda valuation issues for use in valuation/allocation dispute (.1) | Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 17, 2010
Invoice 367937
Page 12
Client #  732310

Matter #  165839

---

| Date | Description | Role | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/10 | Email to M. Merchant re: information on Qimonda IP transaction for use in valuation/allocation dispute (.1); Email to M. Collins re: information on financial advisors or experts used in Budget for use in valuation/allocation dispute (.1) | | | | | |
| | | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 10/19/10 | Email to J. Sturm re: oral order reassigning U.K. Pension Appeal to Judge Stark | | | | | |
| | | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 10/29/10 | Review joint chapter 15 discovery requests (.4); Call to B. Kahn re: review and execution of chapter 15 discovery requests (.2); Email to A. Cordo re: execution page for chapter 15 discovery requests (.1) | | | | | |
| | | Associate | Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,417.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,417.50** |
| | $1,668.30 |
| **TOTAL DUE FOR THIS MATTER** | **$3,085.80** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | November 17, 2010<br>Invoice 367937<br>Page 13<br>Client #  732310<br><br>Matter # 165839 |

For services through October 31, 2010
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 10/05/10 | E-mail to B. Kahn re: September RLF fee/expense estimates | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 10/06/10 | Review RLF September bill memos | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/08/10 | Review September 2010 bill memos re: RLF monthly fee application (.2); Discussion with B. Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 10/22/10 | Review and revise RLF September fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 10/25/10 | Prepare cno re: RLF August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/25/10 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $477.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$477.00** |
| | $1,170.90 |
| **TOTAL DUE FOR THIS MATTER** | **$1,647.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 17, 2010  
Invoice 367937  
Page 14  
Client # 732310  

Matter # 165839  

---

For services through October 31, 2010  
relating to Fee Applications of Others  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/05/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/12/10 | Attention to e-mail re: Capstone August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 10/12/10 | Review, revise and finalize 19th monthly fee application of Capstone | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 10/12/10 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 10/13/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/14/10 | Prepare cno re: Akin Gump August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/14/10 | Review, revise and finalize CNO for August 2010 monthly fee application of Akin | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 10/15/10 | Attention to e-mail re: Fraser Milner August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 17, 2010  
Invoice 367937  
Page 15  
Client # 732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/10 | File Fraser Milner August fee application (.2); Serve out same (.1) | Paralegal — Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| 10/15/10 | Review, revise and finalize August 2010 fee application of Fraser | Associate — Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 10/18/10 | Update fee status chart | Paralegal — Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/20/10 | Prepare cno re: Ashurst August fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/20/10 | Review/revise CNO re: Ashurst monthly fee application (.2); Conference with B. Witters re: same (.1) | Associate — Tyler Semmelman | 0.30 hrs. | 240.00 | $72.00 |
| 10/26/10 | Review email from A. Cordo re: service of fee applications (.1); Email to A. Cordo re: same (.1); Email to B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 10/27/10 | Update fee status chart | Paralegal — Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/29/10 | Attention to e-mail re: Ashurst September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Akin Gump September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 2.00 hrs. | 195.00 | $390.00 |
| 10/29/10 | Review Akin Gump monthly fee application (.2); Review and execute notice Akin Gump monthly fee application (.1); Discussion with B. Witters re: filing and service of same (.1); Review Ashurst monthly fee application (.2); Review and execute notice of filing same (.1) | Associate — Drew G. Sloan | 0.70 hrs. | 315.00 | $220.50 |

| | |
|---|---|
| Nortel Creditors Committee | November 17, 2010 |
| c/o Fred S. Hodara, Esq. | Invoice 367937 |
| Akin Gump Strauss Hauer Feld LLP | Page 16 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |
| | |
| | Matter #  165839 |

---

| | |
|---|---:|
| Total Fees for Professional Services | $1,966.50 |
| | |
| TOTAL DUE FOR THIS INVOICE | **$1,966.50** |
| | $4,992.60 |
| **TOTAL DUE FOR THIS MATTER** | **$6,959.10** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 17, 2010  
Invoice 367937  
Page 17  
Client #  732310  

### Summary of Hours

|                       | Hours | Rate/Hr  | Dollars   |
|-----------------------|-------|----------|-----------|
| Amy B. Anderson       | 0.80  | 100.00   | 80.00     |
| Barbara J. Witters    | 13.10 | 195.00   | 2,554.50  |
| Cathy M. Greer        | 0.80  | 195.00   | 156.00    |
| Christopher M. Samis  | 12.20 | 315.00   | 3,843.00  |
| Drew G. Sloan         | 4.80  | 315.00   | 1,512.00  |
| Mark D. Collins       | 1.70  | 675.00   | 1,147.50  |
| Robert C. Maddox      | 1.70  | 240.00   | 408.00    |
| Tyler Semmelman       | 0.30  | 240.00   | 72.00     |
| TOTAL                 | 35.40 | $276.07  | 9,773.00  |

**TOTAL DUE FOR THIS INVOICE**                                     $10,653.56

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310