# **EXHIBIT B**



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

November 17, 2010
Invoice 367937

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through October 31, 2010
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Business Meals | $39.75 |
| Court Reporter Services | $108.00 |
| Document Retrieval | $133.12 |
| Filing Fees | $95.00 |
| Long distance telephone charges | $48.65 |
| Messenger and delivery service | $93.70 |
| Photocopying/Printing<br>2,223 @ $.10 pg./ 1,125 @ $.10/pg. | $334.80 |
| Postage | $27.54 |

| | |
|---|---|
| Other Charges | $880.56 |
| **TOTAL DUE FOR THIS INVOICE** | **$880.56** |
| BALANCE BROUGHT FORWARD | $914.94 |
| **TOTAL DUE FOR THIS MATTER** | **$1,795.50** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 17, 2010  
Invoice 367937  
Page 18  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Creditor Inquiries  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 08/23/10 | PACER | | DOCRETRI |
| | | Amount = $0.24 | |
| 09/01/10 | PACER | | DOCRETRI |
| | | Amount = $4.24 | |
| 09/02/10 | PACER | | DOCRETRI |
| | | Amount = $20.08 | |
| 09/14/10 | PACER | | DOCRETRI |
| | | Amount = $24.64 | |
| 09/16/10 | PACER | | DOCRETRI |
| | | Amount = $3.28 | |
| 09/28/10 | PACER | | DOCRETRI |
| | | Amount = $3.36 | |
| 09/29/10 | PACER | | DOCRETRI |
| | | Amount = $59.84 | |
| 09/30/10 | PACER | | DOCRETRI |
| | | Amount = $16.24 | |
| 09/30/10 | PACER | | DOCRETRI |
| | | Amount = $1.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 17, 2010  
Invoice 367937  
Page 19  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/11/10 | 12128728121 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/11/10 | Printing | | DUP.10CC |
| | Amount = | $13.80 | |
| 10/11/10 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 10/11/10 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 10/11/10 | Printing | | DUP.10CC |
| | Amount = | $17.60 | |
| 10/11/10 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 10/12/10 | Photocopies | | DUP.10CC |
| | Amount = | $39.50 | |
| 10/12/10 | 12128728121 Long Distance | | LD |
| | Amount = | $29.19 | |
| 10/12/10 | 17706672216 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/12/10 | 17706672216 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/12/10 | Postage | | POST |
| | Amount = | $14.61 | |
| 10/12/10 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 10/12/10 | Printing | | DUP.10CC |
| | Amount = | $5.90 | |
| 10/12/10 | Printing | | DUP.10CC |
| | Amount = | $7.00 | |
| 10/12/10 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 10/12/10 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 10/13/10 | Photocopies | | DUP.10CC |
| | Amount = | $11.20 | |
| 10/13/10 | Photocopies | | DUP.10CC |
| | Amount = | $39.60 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 17, 2010  
Invoice 367937  
Page 20  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 10/13/10 | 12128728121 Long Distance | | LD |
| | Amount = | $12.51 | |
| 10/13/10 | Messenger and delivery 10/12/10, 2 After hours deliveries BJW | | MESS |
| | Amount = | $12.00 | |
| 10/13/10 | Messenger and delivery 10/12/10 Post Office BJW | | MESS |
| | Amount = | $51.30 | |
| 10/13/10 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 10/14/10 | RODNEY GRILLE | | MEALSCL |
| | Amount = | $39.75 | |
| 10/15/10 | Photocopies | | DUP.10CC |
| | Amount = | $49.00 | |
| 10/15/10 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/15/10 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 10/18/10 | Messenger and delivery 10/15/2010, US Trustee, CXG | | MESS |
| | Amount = | $6.00 | |
| 10/18/10 | Messenger and delivery 10/15/2010, Morris Nichols, CXG | | MESS |
| | Amount = | $6.00 | |
| 10/19/10 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = | $51.00 | |
| 10/19/10 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = | $57.00 | |
| 10/22/10 | Photocopies | | DUP.10CC |
| | Amount = | $23.50 | |
| 10/22/10 | Postage | | POST |
| | Amount = | $5.19 | |
| 10/22/10 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 10/25/10 | Delivery expense 10/22/2010 | | MESS |
| | Amount = | $6.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 17, 2010
Invoice 367937
Page 21
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $10.10 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $5.40 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $2.10 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $5.30 | |
| 10/26/10 | Printing | | DUP.10CC |
| | | Amount = $2.30 | |
| 10/27/10 | AMERICAN EXPRESS | | FLFEE |
| | | Amount = $65.00 | |
| 10/27/10 | COURTCALL LLC | | FLFEE |
| | | Amount = $30.00 | |
| 10/29/10 | Photocopies | | DUP.10CC |
| | | Amount = $59.50 | |
| 10/29/10 | 12128728121 Long Distance | | LD |
| | | Amount = $2.78 | |
| 10/29/10 | Postage | | POST |
| | | Amount = $7.74 | |
| 10/29/10 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 10/29/10 | Printing | | DUP.10CC |
| | | Amount = $3.00 | |
| 10/29/10 | Printing | | DUP.10CC |
| | | Amount = $2.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 17, 2010  
Invoice 367937  
Page 22  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 10/29/10 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 10/29/10 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 10/29/10 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 10/29/10 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 10/29/10 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 10/31/10 | Messenger and delivery 10/29/2010, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 10/31/10 | Messenger and delivery 10/29/2010, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |

TOTALS FOR 732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $880.56