Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/17/10 | RHL | Discuss factual issues with debtors' counsel | 1.00 |
| 09/17/10 | RHL | Review correspondence from co-counsel regarding CTDI complaint issues | 0.10 |
| 09/17/10 | RHL | Analyze jurisdictional issues | 0.30 |
| 09/17/10 | JRH | Conference call with M. Samsa regarding research | 0.30 |
| 09/17/10 | JRH | Conference call with R. Lemisch and co-counsel regarding new matters, filing of complaints, strategy | 1.00 |
| 09/17/10 | JRH | Review various e-mails regarding strategy | 0.20 |
| 09/19/10 | RHL | Review orders referring cases to bankruptcy court; order rescinding and order reinstating | 0.20 |
| 09/20/10 | RHL | Memo to D. Herrington regarding exhibits to complaint | 0.10 |
| 09/20/10 | RHL | Review jurisdictional issue with M. Samsa | 0.20 |
| 09/20/10 | RHL | Telephone call made to D. Herrington regarding CTDI issues | 0.30 |
| 09/20/10 | RHL | Telephone call made to K. Spiering regarding how to proceed | 0.20 |
| 09/20/10 | RHL | Telephone call received from D. Livshiz regarding procedural issues | 0.20 |
| 09/20/10 | JRH | Conference call with M. Samsa regarding status of research, etc. | 0.10 |
| 09/20/10 | JRH | Meetings with R. Lemisch and M. Samsa regarding research | 0.50 |
| 09/23/10 | RHL | Coordinate call with referring counsel regarding status and facts | 0.10 |
| 09/23/10 | RHL | Review purchase and license agreement | 0.50 |
| 09/24/10 | JRH | Conference call with K. Spiering regarding facts | 0.70 |
| 09/24/10 | JRH | Meeting with R. Lemisch regarding status | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/26/10 | RHL | Review correspondence from K. Spiering regarding information and begin to review documents provided by Kim | 1.00 |
| 09/29/10 | JRH | Conference call with M. Samsa regarding results of research | 0.30 |
| 09/29/10 | JRH | Conference call with M. Samsa regarding service/research issue | 0.20 |
| 09/29/10 | JRH | Conference call with R. Lemisch regarding status | 0.10 |
| 09/29/10 | JRH | Telephone call received from Cleary Gottlieb to discuss preference actions | 0.20 |
| 09/29/10 | JRH | Conference call with M. Samsa regarding results of research regarding service | 0.10 |
| 09/29/10 | EH | Review agenda for 9/30/10 hearing | 0.10 |
| 09/30/10 | JRH | Conference call with R. Lemisch to discuss status | 0.30 |
| 09/30/10 | JRH | Telephone call made to K. Spiering regarding status | 0.10 |
| 10/05/10 | JRH | Review e-mails from K. Spiering | 0.10 |
| 10/12/10 | RHL | Review correspondence from Emily regarding timeline and discuss with J. Hoover; review local rules | 0.40 |
| 10/12/10 | JRH | Meeting with E. Hein and R. Lemisch regarding procedural question; review local rules and draft e-mail to Cleary | 0.50 |
| 10/12/10 | JRH | Conference call with K. Spiering regarding overall status of engagement and application to employ | 0.20 |
| 10/12/10 | EH | Review agenda for 10/14/10 hearing | 0.10 |
| 10/13/10 | JRH | Conference call with K. Spiering; e-mail with R. Lemisch regarding same; follow-up e-mails with K. Spiering | 0.40 |
| 10/13/10 | EH | Review amended agenda for 10/14/10 hearing | 0.10 |
| 10/18/10 | JRH | E-mail and conference call with K. Spiering regarding service list | 0.20 |
| 10/25/10 | JRH | Meeting with R. Lemisch and conference call with K. Spiering regarding research | 0.20 |
| 10/25/10 | EH | Review agenda for 10/27/10 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 4.60 | $2,737.00 |
| | | | 4.60 | $2,737.00 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 1.60 | $608.00 |
| JENNIFER R HOOVER | (JRH) | $360.00 | 4.40 | $1,584.00 |
| | | | 6.00 | $2,192.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.30 | $70.50 |
| ELIZABETH HEIN | (EH ) | $230.00 | 0.10 | $23.00 |
| | | | 0.40 | $93.50 |
| | | TOTAL: | 11.00 | $5,022.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/19/10 | MJS | Draft Application to Employ and Verified Statement of R. Lemisch in Nortel matter; special counsel and local counsel | 3.50 |
| 09/20/10 | JRH | Revise application to employ and affidavit | 0.70 |
| 09/20/10 | MJS | Draft Application to Employ BFCA and Verified Statement | 1.80 |
| 09/21/10 | JRH | Revise application to employ | 0.50 |
| 09/21/10 | JRH | Further revise application to employ; e-mails with R. Lemisch regarding same | 0.50 |
| 09/22/10 | RHL | Review and revise application to employ Benesch-expert employment issue | 0.20 |
| 09/23/10 | JRH | Review application; e-mail with M. Samsa regarding revision to application | 0.30 |
| 09/23/10 | MJS | Revise Application to Employ and Verified Statement per R. Lemisch and J. Hoover edits; re-send to J. Hoover and R. Lemisch | 0.50 |
| 09/24/10 | JRH | Conference call with M. Samsa regarding revised application to employ | 0.20 |
| 09/24/10 | JRH | Review revised application to employ | 0.30 |
| 09/24/10 | JRH | E-mail with M. Samsa regarding preparation of order | 0.10 |
| 09/24/10 | JRH | E-mail with K. Spiering regarding draft application to employ and statement | 0.20 |
| 09/29/10 | JRH | Draft retention letter; review various e-mails | 0.70 |
| 09/29/10 | JRH | Telephone call with R. Lemisch regarding engagement letter, etc. | 0.10 |
| 09/29/10 | JRH | E-mails with Kimberly Spiering regarding engagement letter | 0.20 |
| 09/30/10 | RHL | Complete review of conflict check for employment application | 2.00 |
| 10/05/10 | JRH | Meeting with R. Lemisch regarding employment | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/06/10 | JRH | E-mail to Cleary Gottlieb regarding comments | 0.20 |
| 10/06/10 | JRH | Meeting with R. Lemisch regarding comments on employment application | 0.10 |
| 10/06/10 | JRH | Review revisions to engagement letter and application to employ | 0.70 |
| 10/08/10 | RHL | Complete revised conflict check for employment application and review same, review statutes | 2.70 |
| 10/08/10 | RHL | Edit time for monthly fee application | 0.20 |
| 10/08/10 | JRH | Telephone calls received from K. Spiering regarding employment application, etc. | 0.30 |
| 10/11/10 | RHL | Further review of conflict check for enhanced conflict list supplied by client and update information | 0.50 |
| 10/11/10 | JRH | Prepare e-mail budget regarding litigation in connection with retention | 0.50 |
| 10/11/10 | JRH | Meeting with R. Lemisch regarding status; revise application to employ; e-mails with K. Spiering regarding same | 0.50 |
| 10/11/10 | JRH | Further revisions to application to employ and e-mail with K. Spiering and D. Francois regarding status | 0.50 |
| 10/12/10 | RHL | Review and revise application for employment | 0.50 |
| 10/12/10 | RHL | Review and revise retention letter | 0.30 |
| 10/12/10 | JRH | Review further round of edits to application from Cleary; review exhibits II and III and conflicts; meeting with R. Lemisch regarding same | 0.90 |
| 10/12/10 | JRH | Further revise engagement letter; e-mail with K. Spiering regarding same | 0.30 |
| 10/13/10 | JRH | Review revised application and e-mail with K. Spiering regarding final draft of employment application | 0.20 |
| 10/13/10 | JRH | Multiple follow-up phone calls from K. Spiering regarding further revisions to application to employ | 0.30 |
| 10/13/10 | JRH | E-mails with K. Spiering regarding status of employment | 0.10 |
| 10/13/10 | JRH | Prepare and e-mail litigation budget to Cleary Gottlieb | 0.20 |
| 10/14/10 | JRH | E-mail with K. Spiering regarding status of retention | 0.10 |
| 10/14/10 | JRH | Telephone call made to K. Spiering, follow-up on retention application | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/18/10 | JRH | E-mail with J. Ray; copy of application as filed | 0.10 |
| 10/18/10 | JRH | Conference calls with K. Spiering (.2); revise declaration and e-mails with K. Spiering and R. Lemisch regarding same; prepare for filing (.6) | 0.80 |
| 10/18/10 | JRH | E-mail with K. Spiering regarding status of Nortel retention application and complaint | 0.10 |
| 10/18/10 | EH | Discuss status and anticipated filing of BFCA employment application with J. Hoover | 0.20 |
| 10/18/10 | EH | Prepare notice for BFCA employment application | 0.20 |
| 10/18/10 | EH | Prepare certificate of service and format service list for BFCA employment application | 0.30 |
| 10/18/10 | EH | File application to employ BFCA; coordinate service | 0.40 |
| 10/18/10 | EH | Review and respond to email from J. Hoover regarding final version of BFCA employment application | 0.10 |
| 10/26/10 | JRH | Review additional conflict checks | 0.30 |
| 10/26/10 | LMS | Preparation of BFCA monthly fee application and review procedures regarding monthly and quarterly fee applications | 0.80 |
| 10/26/10 | LMS | Email to J. Hoover regarding fee application procedures | 0.20 |
| 10/26/10 | LMS | Email to E. Hein regarding paralegal contact at debtor's counsel regarding fee application procedures | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 6.40 | $3,808.00 |
| | | | 6.40 | $3,808.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 6.50 | $2,470.00 |
| JENNIFER R HOOVER | (JRH) | $360.00 | 3.80 | $1,368.00 |
| MATTHEW J SAMSA | (MJS) | $210.00 | 5.80 | $1,218.00 |
| | | | 16.10 | $5,056.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 1.10 | $214.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 1.20 | $282.00 |
| | | | 2.30 | $496.50 |
| | | TOTAL: | 24.80 | $9,360.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/17/10 | MJS | Conference with J. Hoover regarding international service | 0.30 |
| 09/19/10 | RHL | Review CTDI complaint | 1.00 |
| 09/20/10 | MJS | Research applicable law regarding filing of IP issues | 1.30 |
| 09/20/10 | EH | Telephone call from E. Bussigel regarding summons and service of CTDI complaint | 0.20 |
| 09/20/10 | EH | Review and respond to email from D. Livshiz regarding pro hac motions and entry of appearance for new adversary matter | 0.20 |
| 09/20/10 | EH | Prepare pro hac motion for D. Livshiz in CTDI adversary | 0.20 |
| 09/20/10 | EH | Prepare pro hac motion for E. Bussigel in CTDI adversary and main bankruptcy case | 0.20 |
| 09/20/10 | EH | Prepare pro hac motion for D. Herrington in CTDI adversary | 0.20 |
| 09/20/10 | EH | Email to D. Livshiz regarding draft pro hac motions and entry of appearance for CTDI adversary matter | 0.10 |
| 09/20/10 | EH | Review and respond to email from E. Bussigel regarding pro hac admission in main bankruptcy case and CTDI adversary matter | 0.20 |
| 09/20/10 | EH | Edit D. Livshiz, D. Herrington and E. Bussigel pro hac motions for CTDI matter; email to D. Livshiz | 0.20 |
| 09/20/10 | EH | Telephone call from D. Livshiz requesting revisions to pro hac motions in CTDI adversary | 0.10 |
| 09/21/10 | RHL | Review correspondence from E. Hein regarding issues regarding complaint | 0.10 |
| 09/21/10 | RHL | Review final complaint before filing | 0.40 |
| 09/21/10 | RHL | Coordinate filing and service of complaint | 0.20 |
| 09/21/10 | EH | Telephone call from E. Bussigel regarding available dates for CTDI pretrial conference | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/21/10 | EH | Telephone call from D. Livshiz regarding final version of summons and CTDI complaint | 0.10 |
| 09/21/10 | EH | Finalize CTDI summons | 0.20 |
| 09/21/10 | EH | File and serve CTDI complaint | 0.50 |
| 09/21/10 | EH | Review and respond to email from D. Livshiz regarding filing and service of CTDI complaint and summons | 0.10 |
| 09/22/10 | RHL | Review correspondence regarding service of ADR procedures and respond | 0.20 |
| 09/22/10 | RHL | Review correspondence regarding service of complaint; correspondence from D. Herrington regarding same; coordinate with E. Hein | 0.30 |
| 09/22/10 | RHL | Review invoices and correspondence regarding Nokia issues | 0.50 |
| 09/22/10 | EH | Review and respond to email from D. Livshiz regarding ADR notice; follow-up email to R. Lemisch | 0.20 |
| 09/22/10 | EH | Coordinate hand delivery of CDTI summons and complaint | 0.20 |
| 09/22/10 | EH | Review and respond to multiple emails from D. Herrington and R. Lemisch regarding service of CTDI summons and complaint; follow-up telephone call to R. Lemisch regarding same | 0.50 |
| 09/22/10 | EH | Prepare supplemental certificate of service regarding hand delivery of CTDI summons and complaint | 0.20 |
| 09/22/10 | EH | File pro hac motions for D. Livshiz, D. Herrington and E. Bussigel; coordinate delivery to Judge Gross | 0.50 |
| 09/23/10 | RHL | Review and revise complaint | 1.00 |
| 09/23/10 | EH | Review ECF notices and download orders approving pro hac admission for D. Herrington, D. Livshiz and E. Bussigel in CTDI adversary | 0.20 |
| 09/24/10 | RHL | Speak to K. Spiering regarding facts for complaint | 0.70 |
| 09/27/10 | MJB | Meet with R. Lemisch, J. Hoover regarding discovery issues | 0.70 |
| 09/27/10 | RHL | Discuss litigation and discovery issues with J. Hoover and M. Barrie regarding how to proceed | 0.70 |
| 09/27/10 | RHL | Memo to D. Livshiz regarding discovery issues | 0.10 |
| 09/27/10 | RHL | Memo to Dan Parson and Lynn Rowan regarding speaking about facts before filing | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/28/10 | RHL | Telephone call received from David Livshiz regarding discovery issues; get him standard scheduling order | 0.20 |
| 09/28/10 | RHL | Memo to E. Hein regarding sending Judge Gross' standard scheduling order to David Livshiz | 0.10 |
| 09/28/10 | RHL | Telephone call made to Lynn Rowan regarding facts | 0.80 |
| 09/28/10 | RHL | Telephone call made to D. Powers regarding background information; chain of command | 0.30 |
| 09/28/10 | MJS | Research service of process on foreign company qualified to do business in the United States; report to J. Hoover on results of research; draft email/memorandum of law to J. Hoover and R. Lemisch regarding results of research | 2.00 |
| 09/28/10 | EH | Review email from R. Lemisch regarding Judge Gross' standard form of non-preference scheduling order; follow-up email to D. Livshiz regarding same | 0.30 |
| 09/29/10 | MJS | Research service of process on Finnish corporation; update to J. Hoover and R. Lemisch regarding results of research; conference with G. Wilson regarding service of process on Finnish corporation; consult Hague Convention procedures for service of process | 2.80 |
| 09/29/10 | GAW | Research corporate information on Nokia for service of process | 1.50 |
| 09/30/10 | RHL | Speak to M. Samsa regarding service of Finnish complaint | 0.20 |
| 10/05/10 | EH | Coordinate ECF notice forwarding for CTDI litigation to D. Herrington, D. Livshiz and E. Bussigel | 0.10 |
| 10/05/10 | EH | Calculate and track CTDI answer deadline | 0.10 |
| 10/05/10 | EH | Assemble pleading binder for CTDI adversary | 0.20 |
| 10/05/10 | EH | Email to D. Livshiz regarding pro hac orders entered in CTDI adversary for D. Herrington, D. Livshiz and E. Bussigel | 0.10 |
| 10/11/10 | EH | Review email from E. Bussigel regarding upcoming discovery deadlines in CTDI; discus with J. Hoover and email to R. Lemisch | 0.20 |
| 10/12/10 | JRH | Review e-mails regarding status of various preference actions | 0.20 |
| 10/12/10 | EH | Review email from E. Bussigel; review local and federal rules and discuss discovery conference deadlines with J. Hoover and R. Lemisch | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/14/10 | RHL | Review correspondence from E. Bussigel regarding draft scheduling order | 0.10 |
| 10/14/10 | RHL | Speak to J. Hoover regarding changes to complaint | 0.20 |
| 10/14/10 | JRH | Review e-mail from E. Bussigel regarding status of pretrial order, etc. (CTDI) | 0.10 |
| 10/14/10 | JRH | E-mails with E. Bussigel regarding filing of notice | 0.20 |
| 10/14/10 | EH | Review email from E. Bussigel regarding rescheduled November omnibus hearing; discuss with J. Hoover | 0.20 |
| 10/14/10 | EH | Draft notice of rescheduled pretrial conference; email to E. Bussigel | 0.30 |
| 10/15/10 | JRH | Review revised notice of hearing; coordinate filing with E. Hein | 0.30 |
| 10/15/10 | EH | Review and respond to email from E. Bussigel regarding revisions to notice of rescheduled pretrial conference; discuss with J. Hoover | 0.20 |
| 10/15/10 | EH | File and serve notice of rescheduled pretrial conference; email to E. Bussigel | 0.30 |
| 10/18/10 | RHL | Review correspondence from D. Powers regarding complaint language and respond | 0.10 |
| 10/18/10 | RHL | Coordinate and review final draft of notice complaint to send to client | 0.20 |
| 10/18/10 | JRH | E-mail with R. Lemisch regarding revised complaint | 0.10 |
| 10/18/10 | JRH | Review various documents in connection with Nokia complaint; revise complaint; e-mail with client regarding revised complaint with changes | 2.00 |
| 10/18/10 | JRH | Revise complaint; follow-up e-mails with R. Lemisch | 1.00 |
| 10/18/10 | JRH | Review documents regarding Nokia litigation | 0.70 |
| 10/18/10 | JES | Discuss status of adversary proceedings with J. Hoover | 0.10 |
| 10/19/10 | RHL | Review correspondence regarding cost estimate to translate complaint into Finnish for service | 0.10 |
| 10/19/10 | RHL | Review correspondence form J. Ray regarding changes to complaint; coordinate changes | 0.10 |
| 10/19/10 | RHL | Review complaint | 0.10 |
| 10/19/10 | RHL | Response to J. Ray (several emails) | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/19/10 | RHL | Coordinate filing of complaint with changes | 0.20 |
| 10/19/10 | JRH | Revise complaint; e-mails with K. Spiering | 1.80 |
| 10/19/10 | JRH | Conference call with R. Lemisch to discuss status of Nortel complaint | 0.20 |
| 10/19/10 | JRH | Review e-mails regarding comments to Nokia complaint | 0.20 |
| 10/19/10 | JRH | Conference call with R. Lemisch regarding status | 0.20 |
| 10/19/10 | JRH | E-mail with Matt Samsa | 0.10 |
| 10/19/10 | JRH | Conference call with K. Spiering to discuss status and substance of complaint | 0.30 |
| 10/19/10 | JRH | Telephone call made to D. Livshiz | 0.10 |
| 10/19/10 | JRH | Conference call with M. Samsa regarding service on Finnish entity | 0.20 |
| 10/19/10 | MJS | Research translation of complaint to Finnish | 1.00 |
| 10/20/10 | RHL | Speak to J. Hoover regarding confidentiality issues | 0.20 |
| 10/20/10 | RHL | Telephone call received from D. Livshiz regarding discovery issue | 0.20 |
| 10/20/10 | RHL | Memo to Dan and John informing them on status of complaint being filed | 0.10 |
| 10/20/10 | JRH | Review purchase and license agreement in connection with finalizing complaint; review confidentiality provision | 0.80 |
| 10/20/10 | JRH | Meeting with R. Lemisch to discuss confidentiality provision | 0.20 |
| 10/20/10 | JRH | Conference call with K. Spiering to discuss confidentiality issues | 0.20 |
| 10/21/10 | RHL | Review confidentiality issues; speak to M. Samsa and J. Hoover regarding confidentiality issues | 0.60 |
| 10/21/10 | RHL | Review correspondence from M. Samsa regarding costs to service Finnish entity | 0.10 |
| 10/21/10 | JRH | Coordinate with Morris Nichols regarding preference action | 0.20 |
| 10/21/10 | JRH | Conference call with M. Samsa to discuss results of research | 0.30 |
| 10/21/10 | JRH | Meeting with R. Lemisch regarding status | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/21/10 | JRH | Conference call with M. Samsa regarding results of research | 0.20 |
| 10/21/10 | JRH | E-mail and telephone call with M. Samsa regarding research issues | 0.20 |
| 10/21/10 | JRH | Review complaint | 0.30 |
| 10/21/10 | JRH | E-mail with K. Spiering regarding confidentiality provision in agreement; meeting with M. Barrie regarding research | 0.30 |
| 10/21/10 | JRH | Telephone call received from K. Spiering regarding research issues; follow-up e-mail related thereto | 0.20 |
| 10/21/10 | MJS | Conference call with J. Hoover and emails regarding confidentiality provisions | 0.20 |
| 10/21/10 | MJS | Conference call to discuss confidentiality provisions of P&L Agreement and applicable NY state and DE law | 0.30 |
| 10/21/10 | MJS | Research P&L Agreement and applicable law | 0.60 |
| 10/22/10 | RHL | Speak to M. Samsa regarding business reorg issues | 0.20 |
| 10/22/10 | RHL | Speak to Jen Hoover regarding confidentiality issues | 0.20 |
| 10/22/10 | RHL | Speak to J. Hoover regarding Nokia complaint, confidentiality | 0.10 |
| 10/22/10 | MJS | Conferences with J. Hoover and R. Lemisch regarding research regarding filing of complaint and seal | 0.50 |
| 10/22/10 | MJS | Research regarding filing of complaint under seal and draft memorandum regarding same | 2.20 |
| 10/22/10 | MJS | Search docket and review materials on complaint background | 1.70 |
| 10/22/10 | EH | Discuss expiration of answer deadline in CTDI adversary with R. Lemisch and J. Hoover | 0.10 |
| 10/24/10 | RHL | Memo to M. Samsa regarding memo on research into confidentiality (several emails) | 0.20 |
| 10/24/10 | MJS | Research law regarding confidentiality and sealing of documents in NY state | 1.50 |
| 10/24/10 | MJS | Draft memorandum regarding confidentiality provisions; potential motion to seal | 2.10 |
| 10/24/10 | MJS | Draft motion to seal | 1.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/25/10 | RHL | Speak to E. Hein regarding CTDI answer date; correspondence to D. Livshiz | 0.20 |
| 10/25/10 | RHL | Review research regarding confidentiality issue | 0.20 |
| 10/25/10 | RHL | Speak with K. Spiering regarding confidentiality issues | 0.20 |
| 10/25/10 | JRH | Review e-mail regarding status of CTDI | 0.10 |
| 10/25/10 | JRH | Various conference calls with M. Samsa regarding status of research and memo | 0.50 |
| 10/25/10 | JRH | Review memorandum regarding confidentiality | 0.20 |
| 10/25/10 | JRH | Follow-up conference call with M. Samsa | 0.10 |
| 10/25/10 | MJS | Multiple phone calls discussing confidentiality provisions of P&L Agreement | 0.30 |
| 10/25/10 | MJS | Draft memorandum regarding P&L Agreement and confidentiality law | 1.20 |
| 10/25/10 | MJS | Draft motion to file complaint under seal | 1.40 |
| 10/25/10 | MJS | Review complaint for redaction materials | 0.80 |
| 10/25/10 | MJS | Conference with R. Lemisch regarding confidentiality research | 0.30 |
| 10/25/10 | EH | Review email from D. Livshiz regarding extension of answer deadline in CTDI adversary; track extended deadline | 0.10 |
| 10/25/10 | EH | Review email from E. Bussigel regarding motion to dismiss to be filed by CTDI | 0.10 |
| 10/25/10 | EH | Review docket; email to D. Livshiz and E. Bussigel regarding expiration of answer deadline in CTDI adversary | 0.20 |
| 10/26/10 | JRH | Follow-up e-mail with E. Bussigiel regarding scheduling issues | 0.20 |
| 10/26/10 | JRH | Follow-up related to E. Bussigiel e-mail; review rules related to pretrial order; call chambers | 0.40 |
| 10/26/10 | JRH | E-mails with M. Samsa and R. Lemisch regarding status of complaint | 0.20 |
| 10/26/10 | MJS | Draft motion to seal | 2.30 |
| 10/26/10 | MJS | Redact confidential information to complaint per comments from R. Lemisch | 0.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/26/10 | MJS | Calls to J. Hoover regarding status of motion and redaction | 0.60 |
| 10/26/10 | EH | Review emails from E. Bussigel and J. Hoover regarding form and deadline to submit pretrial scheduling order; discuss with J. Hoover | 0.30 |
| 10/27/10 | JRH | Conference call with M. Samsa regarding status of complaint | 0.20 |
| 10/27/10 | MJS | Review final motion to seal and complaint and send to co-counsel for further review | 0.40 |
| 10/27/10 | MJS | Email correspondence with R. Lemisch and J. Hoover regarding redacted complaint and motion to seal | 0.40 |
| 10/28/10 | MJS | Revise complaint/motion to seal and send to R. Lemisch | 0.40 |
| 10/28/10 | EH | Review and respond to email from E. Bussigel regarding CTDI motion to dismiss adversary | 0.10 |
| 10/28/10 | EH | Review ECF notices and download CTDI's motion to dismiss adversary and supporting memorandum of law | 0.20 |
| 10/29/10 | RHL | Telephone call received from D. Livshiz regarding discovery issues | 0.30 |
| 10/29/10 | JRH | E-mails with D. Culver regarding preference action | 0.20 |
| 10/29/10 | JRH | E-mail with D. Culver regarding preference action | 0.10 |
| 10/29/10 | MJS | Revise complaint per comments from R. Lemisch | 0.30 |
| 10/31/10 | RHL | Review and revise motion to file under seal to redacted complaint | 0.30 |
| 10/31/10 | RHL | Review motion to dismiss and memo in support | 0.70 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| MICHAEL J. BARRIE | (MJB) | $395.00 | 0.70 | $276.50 |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 12.00 | $7,140.00 |
| | | | 12.70 | $7,416.50 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 12.90 | $4,902.00 |
| MATTHEW J SAMSA | (MJS) | $225.00 | 20.40 | $4,590.00 |
| MATTHEW J SAMSA | (MJS) | $210.00 | 6.40 | $1,344.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 0.10 | $25.00 |
| | | | 39.80 | $10,861.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 3.10 | $728.50 |
| ELIZABETH HEIN | (EH ) | $230.00 | 4.70 | $1,081.00 |
| GREGRIE WILLSON | (GAW) | $190.00 | 1.50 | $285.00 |
| | | | 9.30 | $2,094.50 |
| | | TOTAL: | 61.80 | $20,372.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/15/10 | EH | Document Reproduction 15 copies | 2.70 |
| | | TOTAL: | $2.70 |

## Delivery Fee - Outside

| Date | User | Description | Amount |
|---|---|---|---|
| 09/30/10 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington 9/27 | 5.00 |
| 09/30/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 9/22 TO US DISTRICT COURT | 15.00 |
| 09/30/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 9/22 | 90.00 |
| 09/30/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 9/22 TO SCHWARTZ | 100.00 |
| | | TOTAL: | $210.00 |

**Filing Fees**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/20/10 | RHL | Filing Fees - Vendor: U. S. District Court of Delaware PRO HAC FEES - 3 | 75.00 |
| 10/27/10 | RHL | Filing Fees - Vendor: AMERICAN EXPRESS FILING FEE - USBC DEL  COURTS WILMINGTON 9/21 | 250.00 |
| | | TOTAL: | $325.00 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/30/10 | XXX | Computer Research - Pacer PACER SEPTEMBER 2010 1 PAGES | 0.08 |
| 09/30/10 | XXX | Computer Research - Pacer PACER SEPTEMBER 2010 1 PAGES | 0.08 |
| 09/30/10 | XXX | Computer Research - Pacer PACER SEPTEMBER 2010 1 PAGES | 0.08 |
| | | TOTAL: | $0.24 |