**VIA HAND DELIVERY**

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel for California Tax Board)

Jeffrey Cianciulii, Esq.
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899

Daniel K. Astin
John D. McLaughlin, Jr.
Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE
(Counsel for SNMP Research)

Theresa V. Brown-Edwards
R. Stephen McNeill
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Counsel for Coca Cola)

Domenic Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(Counsel for Electro Rent Corp)

**VIA FIRST CLASS MAIL**

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section, P.O. Box 10457
Des Moines, Iowa 50306

James D. Newbold, Esq.
Assistant Attorney General
Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601

N. Andrew Crain, Esq.
Melissa Rhoden, Esq.
Thomas, Kayden, Horstemeyer & Risley, LLP
600 Galleria Parkway, SE
Suite 1500
Atlanta, GA 30339

John E. Polich
Assistant County Counsel
Office of the County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, CA 93009
(Counsel for Ventura County)

Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
(Counsel for Bondholders)

Jeffrey Kurtzman, Esq.
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(Counsel for Electro Rent Corp)

Mark K. Ames
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255

**VIA FIRST CLASS MAIL INT'L.**

Ross Morgan, CA
CFO
Dtel Network Solutions Inc.
425 Legget Drive
Ottawa, Ontario
K2K2W2