**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                                          :
*In re*                                                   :    Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
                                                          :
                                     Debtors.             :    Jointly Administered
                                                          :
                                                          :
-----------------------------------------------------------X

## <u>NOTICE OF SERVICE [RE: D.I. NOS. 4352 & 4354]</u>

PLEASE TAKE NOTICE that on November 19, 2010, copies of the following documents were served in the manner indicated upon the entities identified on the attached service list:

- Notice Of Withdrawal Of Twelfth Omnibus Objection (Substantive) Solely With Respect To Claim No. 5896 Filed By The Tennessee Department Of Revenue (D.I. 4352, Filed 11/18/10); and

- Notice Of Filing Of Revised Exhibits To Debtors' Motion Pursuant To 11 U.S.C. §§ 105(A) And 363(B) For Entry Of An Order (I) Authorizing Debtors To Enter Into A Side Agreement With Respect To Fees Payable To Lazard Frères & Co. LLC And (II) Authorizing Debtors To Direct Their Escrow Agents To Release Funds To Nortel Networks Limited For Reimbursement Of Certain Professional Fees (D.I. 4354, Filed 11/19/10).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: November 22, 2010
          Wilmington, Delaware

                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                   James L. Bromley (admitted *pro hac vice*)
                                   Lisa M. Schweitzer (admitted *pro hac vice*)
                                   One Liberty Plaza
                                   New York, New York 10006
                                   Telephone:  (212) 225-2000
                                   Facsimile:  (212) 225-3999

                                           -    and –

                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                     */s/ Alissa T. Gazze*
                                   Derek C. Abbott (No. 3376)
                                   Eric D. Schwartz (No. 3134)
                                   Ann C. Cordo (No. 4817)
                                   Alissa T. Gazze (No. 5338)
                                   1201 North Market Street, 18th Floor
                                   P.O. Box 1347
                                   Wilmington, DE  19899-1347
                                   Telephone:  (302) 658-9200
                                   Facsimile:  (302) 425-4663

                                   Counsel for the Debtors and Debtors in Possession

3910967.1