EXHIBIT A

Revised PwC Letter

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
PO Box 82
Royal Trust Tower, Suite 3000
Toronto-Dominion Centre
Toronto, Ontario
Canada M5K 1G8
Telephone +1 416 863 1133
Facsimile +1 416 365 8215
Direct Tel. (416) 815-5053
Direct Fax (416) 814-3221
www.pwc.com/ca

November 10, 2010

David Glass
Nortel Networks Limited
2221 Lakeside Boulevard
Richardson Texas 75082-4399
Unites States

Dear David:

As requested, below is a summary of PwC fees and expenses invoiced through September 30, 2010 and summarized by Nortel business:

| | Fees and Expenses ($US)[1] | Business Allocation[2] | Fees and Expenses by Business ($US)[3] |
|---|---|---|---|
| CDMA/LTE | 7,099,176 | (5,346,361) | 1,752,815 |
| Enterprise | 5,514,171 | (275,709) | 5,238,462 |
| Optical/ Carrier Ethernet | 5,589,121 | (1,549,578) | 4,039,542 |
| MSS | | 1,249,578 | 1,249,578 |
| CVAS | | 4,469,954 | 4,469,954 |
| GSM | | 876,408 | 876,408 |
| **Total** | **18,202,468** | **(575,709)** | **17,626,759** |

(1) Represents billings made to Nortel by PwC for fees ($16,812,746) and expenses ($1,389,722) invoiced from January 1, 2009 through September 30, 2010.

Fees exclude taxes included in invoices. Note prior to July 1, 2010 the taxes comprised the GST rate of 5% and subsequent to July 1, 2010 the taxes reflect the HST rate of 13%.

(2) As requested by Nortel, all work performed by PwC was invoiced through three projects: Narnia (CDMA/LTE/CVAS/GSM), Equinox (Enterprise) and Snow (Optical/Carrier Ethernet/MSS). The Business Allocation attributes total costs incurred by the individual

"PricewaterhouseCoopers" refers to PricewaterhouseCoopers LLP, an Ontario limited liability partnership, or, as the context requires, the PricewaterhouseCoopers global network or other member firms of the network, each of which is a separate legal entity.

PRICEWATERHOUSECOOPERS

Nortel businesses based on the divestiture services provided. The level of services varied by project and broadly consisted of the following: a) GAAP carve out balance sheet and income statement; b) Complete GAAP financial statements and related footnote disclosures; c) GAAP Working Capital summary and supporting detail; d) Deal Working Capital summary and supporting detail; e) Assistance and support to Nortel through the course of audits of the GAAP financial statements by KPMG.

The CVAS total includes amounts invoiced for work related to the CVAS Closing Balance Sheet which Nortel will be recovering from Genband in the amount of $64,124. It is noted there may be a difference as Nortel may be using their own exchange rates for the Canadian invoices.

(3) The difference of $575,709 between Fees (1) and Fees by Business (3) represent services performed by PwC for Nortel that were unrelated to the individual divestiture projects which included assistance provided with the Nortel Networks Corporation ("NNC") discontinued operations reporting disclosures on a quarterly and annual basis and the NNC 8K disclosure of pro forma financial information for the Enterprise disposal.

Below is a summary of the total hours by staff level:

**Project Snow** (Optical/ Carrier Ethernet, MSS)

| **Staff Level** | **Hours** |
|---|---:|
| Partner | 317 |
| Director/Senior Manager | 2,073 |
| Manager | 4,981 |
| Senior Associate | 5,666 |
| Associate | 1,993 |
| **Total** | **15,030** |
| **Total Fees (USD)** | **$5,121,907** |
| **Average Rate per Hour (USD)** | **$341** |

PRICEWATERHOUSECOOPERS

**Project Equinox** (Enterprise)

| **Staff Level** | **Hours** |
|---|---:|
| Partner | 724 |
| Director/Senior Manager | 1,904 |
| Manager | 4,304 |
| Senior Associate | 6,673 |
| Associate | 1,193 |
| **Total** | **14,797** |
| **Total Fees (USD)** | **$5,141,211** |
| **Average Rate per Hour (USD)** | **$347** |

**Project Narnia** (CDMA/LTE, CVAS, GSM)

| **Staff Level** | **Canadian Staff** |
|---|---:|
| Partner | 370 |
| Director/Senior Manager | 2,393 |
| Manager | 6,570 |
| Senior Associate | 7,273 |
| Associate | 2,761 |
| **Total** | **19,367** |
| **Total Fees (USD)** | **$6,549,628** |
| **Average Rate per Hour (USD)** | **$338** |

PRICEWATERHOUSECOOPERS

Below are the hourly billing rates by staff level as set in the statements of work provided to Nortel management on January 12, 2009 (Number 020409), March 16, 2009 (Number 120508), and April 1, 2009 (Number 040709) pursuant to the Master Professional Services Agreement (Number 05-315) dated January 1, 2007 between Nortel and PwC.:

| Staff Level | Canadian Staff (CDN$) | US Staff (US$) |
|---|---|---|
| Partner | $600 | $700 |
| Director/Senior Manager | $450 | $490 |
| Manager | $350 | $410 |
| Senior Associate | $275 | $310 |
| Associate | $170 | $170 |

Attached in *Appendix A - PwC Staff Listing* is a listing of PwC personnel that have worked on the carve-out engagement. We assembled a North American team of sell-side, carve-out, finance, accounting and tax professionals, all of whom have the right experience to work with Nortel and all of whom have a history of working together on large divestiture projects. This team has a proven track record of delivering tangible results in the form of working with their clients in identifying the activities and issues that impact deal value; working side-by-side with their clients to combine their technical skills, deal experience, and financial, operations and industry expertise; meeting deadlines; and anticipating the risks, as well as the needs of a potential buyer.

The scope of services of this engagement are highlighted in *Appendix B – Workstream Details*.

Regards,

Geoff Leverton

Geoff Leverton
Partner

PRICEWATERHOUSECOOPERS

**Appendix A – PwC Staff Listing**

| **Name** | **Staff Level** |
|---|---|
| Andrew McCordan | Partner |
| Anthony Gibbons | Partner |
| Brad Branch | Partner |
| Geoff Leverton | Partner |
| Howard Quon | Partner |
| Joseph Lee | Partner |
| Keith Mosely | Partner |
| Martin Thiselton-Dyer | Partner |
| Michael Dillon | Partner |
| Michael Niland | Partner |
| Neil Dhar | Partner |
| Robert Eydt | Partner |
| Spencer McDonnell | Partner |
| Steven Lilley | Partner |
| Gary Van Haren | Partner |
| Bonnie Flatt | Director |
| Campbell Cummings | Director |
| Darren Speake | Director |
| David Jacobson | Director |
| Eric Castonguay | Director |
| Gary Rohmer | Director |
| Barrett Shipman | Director |
| Guadalupe Seoane | Director |
| John Merenda | Director |
| Joseph Rafuse | Director |
| Karyn Issler | Director |
| Marshia Loucks | Director |
| Michelle Sharoody | Director |
| Muizz Hassan | Director |

PRICEWATERHOUSECOOPERS

| Name | Staff Level |
|---|---|
| Paul Donnell | Director |
| Scott Gorrell | Director |
| Todd Hayashibara | Director |
| Tracy Brooks | Director |
| Usuff Currim | Director |
| Ai-Lynn Chee | Manager |
| Angela Bai | Manager |
| Anna Barnett | Manager |
| Bryan McMichael | Manager |
| Christine Randazzo | Manager |
| Eric Sun | Manager |
| Gloria Kim | Manager |
| Huaihu Hu | Manager |
| James Malone | Manager |
| Jennifer Dolan | Manager |
| Korah Thomas | Manager |
| Nicolas Schuck | Manager |
| Shahrukh Shah | Manager |
| Sherri Molzan | Manager |
| Supakorn Chanchaowanich | Manager |
| Teresa Chang | Manager |
| Zouhair Tahri | Manager |
| Albert Kim | Senior Associate |
| Amber Thomas | Senior Associate |
| Amin Shams | Senior Associate |
| Benji Sucher | Senior Associate |
| Christopher Witkowski | Senior Associate |
| Erin McLaughlin | Senior Associate |
| Heinrich Franz Wessels | Senior Associate |
| Jennifer Dunn | Senior Associate |
| Julie Zhou | Senior Associate |

PRICEWATERHOUSECOOPERS

| Name | Staff Level |
|---|---|
| Katherine Wang | Senior Associate |
| Magdalena Bustos | Senior Associate |
| Marcus Granderson | Senior Associate |
| Maria Sanjarovskaia | Senior Associate |
| Markus Scott | Senior Associate |
| Mehulkumar Patel | Senior Associate |
| Melanie Falzon | Senior Associate |
| Michelle Lee | Senior Associate |
| Pauline Leong | Senior Associate |
| Peter Corrigan | Senior Associate |
| Petronella Neeleman | Senior Associate |
| Ross Turner | Senior Associate |
| Sana Merchant | Senior Associate |
| Sara Byers | Senior Associate |
| Scott Kang | Senior Associate |
| Scott Maenpaa | Senior Associate |
| Shrikesh Majithia | Senior Associate |
| Siddhi Sheth | Senior Associate |
| Thomas Lorenson | Senior Associate |
| Andrew Frohman | Associate |
| Brian Johnson | Associate |
| Drew Grimm | Associate |
| Kelsey Indorf | Associate |
| Lisa Passalugo | Associate |
| Marc Anderson | Associate |
| Matthew Herrmann | Associate |
| Michael Jed | Associate |
| Muhammed Nasir | Associate |
| Sarah Tanen | Associate |
| Serigne Ndiaye | Associate |
| Alcinda Del-Pin | Administrative Assistant |

PRICEWATERHOUSECOOPERS

| Name | Staff Level |
| --- | --- |
| Eunice Anderson | Administrative Assistant |
| Jennifer Muhammad | Administrative Assistant |
| Linda Kauitzsch | Administrative Assistant |
| Lisa Fisher | Administrative Assistant |



**Appendix B – Work stream Details**

The following scope of services has been extracted from the statements of work provided to Nortel management on January 12, 2009 (Number 020409), March 16, 2009 (Number 120508), and April 1, 2009 (Number 040709) pursuant to the Master Professional Services Agreement (Number 05-315) dated January 1, 2007 between Nortel and PwC.

***Accounting advisory and carve-out assistance***

- Provide advice on United States Generally Accepted Accounting Principles ("US GAAP") and/or International Financial Reporting Standards ("IFRS") and/or carve-out specific accounting matters as identified by you
- Advise and assist Client as it quantifies the required carve-out adjustments to the carve-out financial statements of the Company
- Advise and assist Client on its preparation of its consolidation models of the carved-out business
- Advise on financial reporting and filing implications related to the carved-out business and Nortel
- Advise and assist Client on its preparation of its carve-out financial statements and related disclosures. Our Services do not contemplate the preparation or drafting of financial statements, footnotes or any other client disclosures to third parties
- Advise Client of technical accounting, reporting and regulatory issues applicable to its financial statements related to the divestiture transaction or other matters as may be identified by Client management over the course of the Engagement Letter period
- Provide technical accounting research and the potential application of such research and guidance in connection with specific accounting issues to be identified by Client and which will be tracked on a technical issues log so as to maintain a record of the issues raised by Client and worked on by PwC
- Advise Client in drafting its memoranda and other presentations which explain its views to its independent accountant and the facts and circumstances of the issues, and how these facts and circumstances may be evaluated with respect to the criteria in the applicable accounting guidance
- Advise on potential financial reporting and SEC filing considerations related to the Transaction Hold discussions with Client management, officers and employees, and Client's auditors, as required
- Attend various meetings with client and client's other advisors to provide advice, recommendations and comments to client relating to issues that arise during Project Snow for client's consideration

PRICEWATERHOUSECOOPERS

***Tax assistance***

- Preparation of annual Core Tax Provision for the Project Snow carve-out business
- Analysis and Calculation of Credits for Increasing Research Activities under Internal Revenue Code ("IRC") §41
- Analysis and Calculation of the Canadian SR&ED Credits
- Assistance with analyzing the global transfer pricing distribution of pretax profit (Transfer Pricing)
- Preparation of the consolidated tax provision and supporting workpapers
- Reconciliation of the balance sheet accounts (liabilities/benefits; payments, refunds, trueups, changes in the tax reserve) and tie-in to the general ledger or other supporting documentation, where applicable
- Computing/estimating Canadian, U.S., United Kingdom, Ireland, France and other material jurisdiction book/tax differences (permanent and temporary)
- Calculating impact of foreign operations on the worldwide tax accrual, as applicable for the U.S., United Kingdom, Ireland France and other material jurisdictions
- Computing global current and deferred tax balances, including schedule of deferred tax assets and liabilities
- Preparing a summary of significant components of the worldwide effective tax rate; Assembling the information, and performing calculations, necessary to complete the carveout financials
- Assembling the information, and performing calculations, necessary to complete required financial statement disclosures
- Preparing a summary memo documenting all tax provision positions and assumptions
- If requested by Nortel, PricewaterhouseCoopers will assist with the identification of deferred tax assets, qualified APIC pool, and other tax accounting impacts of FAS 123R and FAS 109 for the carved out business

***Sell side assistance***

Historical Working Capital/Balance Sheet Preparation and Analysis

- Analysis of working capital allocation methodologies used for US GAAP purposes and identification of adjustments required for deal working capital purposes
- Analysis of quality of working capital and discussion with management on potential adjustments related to non-recurring balances (i.e. normalized view of deal working capital).
- Analysis of seasonal working capital trends to consider with regards to potential purchase price adjustment mechanisms.

PRICEWATERHOUSECOOPERS

- Reconciliation between deal working capital and US GAAP working capital to provide to prospective buyers.

Working Capital and Cash Flow Forecasts

- Assistance with development of quarterly working capital and cash flow models for purposes of determining future working capital requirements as well as potential purchase price adjustments

Data Room Assistance

- High level review of income statement data room materials
- Preparation of bridge between deal income statement and US GAAP income statement
- For Project Equinox – analysis of all data room materials and commentary on potential improvements to information (included operations, procurement, sales and marketing, product, HR, etc.)
- Preparation of deal working capital support including detailed schedules on directly attributable balances and supporting schedules on allocation methodologies used for other shared assets and liabilities

General Sell Side Advisory

- Assisted in preparation of management presentation materials to prospective buyers
- Attended buyer meetings (New York, Montreal, Toronto, Dallas and Raleigh) for various transactions to provide support on deal working capital discussions
- Participated on various conference calls for forecast deal working capital/cash flow and purchase price adjustment negotiations