<u>EXHIBIT B</u>

Revised KPMG Letter



**KPMG LLP**
**Chartered Accountants**
Yonge Corporate Centre
4100 Yonge St.
Suite 200
North York, ON  M2P 2H3

Telephone    (416) 228-7000
Fax              (416) 228-7123
Internet        www.kpmg.ca

November 11, 2010

Mr. Greg Boone
Nortel Networks Limited
5945 Airport Road
Suite 360
Mississauga, ON L4V 1R9

Dear Greg,

As requested, below is a summary of KPMG fees and expenses invoiced through September 30, 2010 and summarized by Nortel business:

**Nortel Networks**
**Carve Out Audits[3]**
**KPMG Summary of Fees to September 30, 2010 (All Carve-Out Fees billed)**
**All amounts shown are in US Dollars (inclusive of disbursements)**

| Audit Periods | Equinox Carve Out (Enterprise) Fees | Snow Carve Out (Optical and CE) Fees | CVAS Carve Out Fees | Total |
|---|---|---|---|---|
| | $ | $ | $ | |
| December 31, 2007 and 2008[1] | 2,264,610 | 1,128,880 | 1,183,698 | 4,577,188 |
| September 30, 2009[2] | 2,051,343 | 1,515,993 | 695,455 | 4,262,791 |
| December 31, 2009 | - | 1,095,000 | 968,550 | 2,063,550 |
| March 31, 2010 | - | - | 1,650,000 | 1,650,000 |
| **Total** | 4,315,953 | 3,739,873 | 4,497,703 | 12,553,529 |

(1)    The Equinox fees also include an interim review for the six month periods ended June 30, 2008 and 2009

(2)    For the audit period ending September 30, 2009, the approximately $4.2 million of total fees were invoiced such that $3.6 million was billed on a combined basis, rather than to individual projects, in accordance with our arrangements with Nortel. $2.6 million of that amount relates to auditing services specific to individual projects and are reflected accordingly in the above chart. Approximately $1.0 million of that amount relates to auditing services that were not specific to any individual project but rather related to all three projects, and therefore has been allocated among the three carve-out projects based on estimated work load as to each transaction if the work were to be done on a stand-alone basis for each segment, including based on the relative size of the segments. The balance of $0.6 million is attributable entirely to services relating to the Snow Carve Out engagement and is included in the Snow Carve Out amount in the above chart.

(3)    No carve-out audits were required in connection with the CDMA, GSM and LGN divestitures and the MSS proposed divestiture

KPMG LLP is a Canadian limited liability partnership and a member firm of the KPMG
network of independent member firms affiliated with KPMG International Cooperative
("KPMG International"), a Swiss entity. KPMG Canada provides services to KPMG LLP.



Below is a summary of the total hours by staff level for each of the special carve-out engagements, in the aggregate, by Nortel business.

**Project Snow** (Optical/Carrier Ethernet)

| Staff Level | Hours |
|---|---|
| Partner | 1,274 |
| Senior Manager | 3,192 |
| Manager | 1,075 |
| Staff | 8,310 |
| **Total** | **13,851** |
| **Total Fees (USD)** | **$3,739,873** |
| **Average Rate per Hour (USD)** | **$270** |

**Project Equinox** (Enterprise)

| Staff Level | Hours |
|---|---|
| Partner | 1,618 |
| Senior Manager | 3,722 |
| Manager | 2,185 |
| Staff | 8,169 |
| **Total** | **15,694** |
| **Total Fees (USD)** | **$4,315,953** |
| **Average Rate per Hour (USD)** | **$275** |

**Project Narnia** (CVAS)

| Staff Level | Hours |
|---|---|
| Partner | 1,560 |
| Senior Manager | 2,866 |
| Manager | 1,999 |
| Staff | 11,932 |
| **Total** | **18,357** |
| **Total Fees (USD)** | **$4,497,703** |
| **Average Rate per Hour (USD)** | **$245** |

Attached per Appendix #1 are the hourly billing rates by staff level as set out in the applicable statements of work issued to Nortel management for each audit and review engagement, which is consistent with the Master Services Agreement between KPMG and Nortel Networks Corporation, dated March 12, 2007.



The scope of services of these audit engagements are highlighted in Appendix #2.

Regards,

KPMG LLP



**Appendix #1**

EXHIBIT A–3 (Excerpt from MSA between KPMG and Nortel)

<u>NON-RECURRING, AUDIT RELATED SERVICES</u>

Fees for Services under this Exhibit A-3 shall be based on the hourly rates, in USD, shown below.

| Country | Partner | Senior Manager | Manager | Senior Staff | Staff (Admin) |
|---------|---------|----------------|---------|--------------|---------------|
| Canada | 575 | 425 | 300 | 200 | 110 |
| United States | 600 | 525 | 425 | 325 | 140 |
| UK | 750 | 480 | 390 | 290 | 180 |
| Hong Kong | 680 | 520 | 380 | 240 | 80 |

4



**Appendix #2** – Scope of Services

The following scope of services has been extracted from the statement of work provided to Nortel management for each special purpose carve out audit or review of the applicable combined financial statements.

I.    Project and Scope of Services

With respect to the propose disposition of the applicable businesses, Nortel will be required to deliver to the purchasers combined financial statements of the businesses (as defined by the Company) as at and for the applicable years then ended (the "Period"). The combined financial statements are to be prepared by the Company in accordance with U.S. GAAP, applying the same accounting principles applied by Nortel in its published consolidated financial statement, as appropriately adjusted to reflect allocation and attribution principles in accordance with the requirements of the Securities and Exchange Commission for carve out financial statements prepared in accordance with Rule 3-05 of Regulations S-X.

KPMG's engagement is to audit, or review, the Periods in accordance with U.S. generally accepted auditing or review standards, including considering the standards of the Public Company Accounting Oversight Board ("PCAOB") as deemed appropriate in the judgment of KPMG.

The deliverable from this engagement is an audit or review report on the combined financial statements of the applicable businesses for the period(s).

The terms and conditions in the MSA No. 06-557 between Nortel and KPMG, including related Exhibits, were incorporated by reference into the engagement terms and conditions as applicable in the circumstances.