IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No: 09-10138 (KG) <br><br> Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Janet M. Weiss, Esquire, to represent Credit Suisse Strategic Partners in this action.

Dated: November 19, 2010
Wilmington, Delaware

Ian Connor Bifferato (#3273)
Matthew Denn (#2985)
Kevin G. Collins (#5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

Date Filed: 11/19/10
Docket #: 4360

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25 has been paid to the Clerk of Court for District Court.

Janet M. Weiss
GIBSON DUNN
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jweiss@gibsondunn.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: November 22, 2010

Honorable Kevin Gross
United States Bankruptcy Judge