# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

*In re*                                         : Chapter 11

Nortel Networks Inc., et al.,[1]                : Case No. 09-10138 (KG)

           Debtors.               : Jointly Administered

                                   : Re: D.I. 4254

------------------------------------------------------------- x

## ORDER PURSUANT TO 11 U.S.C. § 327(e) AUTHORIZING THE RETENTION AND EMPLOYMENT OF TORYS LLP AS SPECIAL CANADIAN COUNSEL *NUNC PRO TUNC* TO OCTOBER 28, 2010

Upon the application dated November 8, 2010 (the "Application")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully described in the Application, (i) authorizing them to retain and employ, pursuant to sections 327(e) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the law firm of Torys LLP ("Torys") as their Special Canadian Counsel *nunc pro tunc* to October 28, 2010, (ii) approving the terms and conditions under which Torys will be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

retained and compensated, and (iii) granting them such other and further relief as the Court deems just and proper; and upon consideration of the Declaration of William F. Gray, Jr., attached to the Application as Exhibit A; and the Court being satisfied that Torys does not represent an interest adverse to the Debtors in the matters with respect to which it is to be employed; and notice of the Application being sufficient and proper under the circumstances; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Pursuant to sections 327(e) and 331 of the Bankruptcy Code, the Debtors are authorized to retain and employ the law firm of Torys LLP, as of October 28, 2010, to serve as Special Canadian Counsel.

3. Torys shall be compensated in accordance with the procedures and standards set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by Order of this Court.

4. Torys is authorized to perform any and all services for the Debtors that are necessary or appropriate in connection with the services described in the Application.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

6. The Court shall retain jurisdiction to hear and determine all matters rising from the implementation of this Order.

Dated: **November 22**, 2010
Wilmington, Delaware

*/s/ Kevin Gross*
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE