# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Hearing Date: December 15, 2010 at 10:00 a.m.** |
|  | ) |  |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                 August 1, 2010 through October 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:            $30,515.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         $2,538.60

This is (a)n:  _X_  interim  ____  final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s ("RLF") August, September and October 2010 monthly fee applications are incorporated herein by reference.

RLF1 3631070v. 1

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/30/10 Docket No. 4051 | 8/1/10 - 8/31/10 | $8,999.50 | $743.10 | $7,199.60 | $743.10 | $1,799.90 |
| Date Filed: 10/22/10 Docket No. 4188 | 9/1/10 - 9/30/10 | $11,743.00 | $914.94 | $9,394.40 | $914.94 | $2,348.60 |
| Date Filed: 11/19/10 Docket No. 4372 | 10/1/10 - 10/31/10 | $9,773.00 | $880.56 | Pending Obj. deadline 12/9/10 $7,818.40 | Pending Obj. deadline 12/9/10 $880.56 | $1,954.60 |
| TOTALS: | | $30,515.50 | $2,538.60 | $24,412.40[3] | $2,538.60[4] | $6,103.10 |

Summary of any Objections to Fee Applications: None.

Dated: November 22, 2010
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

RLF1 3631070v.1