IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Re: D.I. 3231, 3513, 4058**
:
----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF DEBTORS MOTION FOR ENTRY OF AN ORDER ENFORCING THE ORDER AUTHORIZING THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, THE DEBTORS ENTERPRISE SOLUTIONS BUSINESS, AND DIRECTING THE RELEASE OF CERTAIN ESCROWED FUNDS

**PLEASE TAKE NOTICE** that on June 25, 2010, the Debtors filed the *Debtors Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds* (D.I. 3231) (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2010, the Court entered the *Order Approving Stipulation By And Among The Sellers And Avaya, Inc.* (D.I. 4058) (the "Order"), approving a stipulation between the parties that resolved the Motion (the "Stipulation"). Pursuant to the Order and the Stipulation, the Debtors are required to withdraw the Motion within three business days of receipt of written confirmation from Avaya, Inc. that the inventory set forth in Schedule I to the Stipulation has been transferred to the Sellers.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that on November 17, 2010, Debtors received written confirmation that the inventory transfer was completed.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Motion.

Dated: November 22, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*

---

(. . . continued)

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.