IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing Date:<br>December 15, 2010 at 10:00 a.m. (ET) |

------------------------------------------------------------X

## SECOND QUARTERLY FEE APPLICATION REQUEST OF RLKS EXECUTIVE SOLUTIONS LLC, AS CONSULTANS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2010 THROUGH OCTOBER 31, 2010

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), RLKS Executive Solutions LLC ("RLKS") hereby submits its Second Quarterly Fee Application Request (the "Request") for the period August 1, 2010 through and including October 31, 2010[2] (the "Application Period").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  Exhibits A and B attached to the monthly application Docket Item No. 3908, 4314, 4336 contain detailed listing of RLKS' requested fees and expenses for the Application Period.

RLKS seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 9/9/10 D.I. 3908 | 8/1/10 – 8/31/10 | $19,800.00 | $1,263.80 | 10/4/10 D.I. 4088 | $15,840.00 | $1,263.80 | $3,960.00 |
| 11/10/10 D.I. 4314 | 9/1/10 – 9/30/10 | $34,627.50 | $4,229.39 | Pending | $27,702.00 | $4,229.39 | $6,925.50 |
| 11/15/10 D.I. 4336 | 10/1/10 – 10/31/10 | $43,042.50 | $4,181.32 | Pending | $34,434.00 | $4,181.32 | $8,608.50 |
| TOTAL | | $97,470.00 | $9,674.51 | | $77,976.00 | $9,674.51[3] | $19,494.00 |

In accordance with the Monthly Compensation Order, RLKS seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, RLKS respectfully requests that the Court enter the order attached hereto as Exhibit A and grant RLKS such other and further relief as is just and proper.

Dated: November 22, 2010                    RLKS EXECUTIVE SOLUTIONS LLC

                                            /s/ Kathryn Schultea
                                            Richard A. Lydecker
                                            Kathryn Schultea
                                            101 Westcott, #706
                                            Houston, TX  77007
                                            Telephone: 713-824-2905
                                            Facsimile: 713-869-3102

---

[3]  Pursuant to the engagement agreement approved in the *Order Authorizing Employment and Retention of RLKS Executive Solutions LLC as Consultants to the Debtors Nunc Pro Tunc to July 9, 2010* [D.I. 3800] the Debtors paid RLKS an expense retainer in the amount of $15,000. RLKS' net expenses paid by the Debtors will reflect the application of the unapplied payment to the total authorized amount resulting in a net expense payment of $0.00.

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard A. Lydecker | CEO / Bankruptcy Wind Down | 450 | 54.10 | $20,385.00 |
| Kathryn Schultea | COO / Bankruptcy Wind Down | 450 | 194.10 | 77,085.00 |
| Total | | | 248.20 | $97,470.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| NNI Document Preservation Project | 45.60 | $20,520.00 |
| Richardson Facility Document Inventory | 47.60 | 21,420.00 |
| Human Resources – Employee Related Matters | 41.00 | 18,450.00 |
| Fee Apps | 15.30 | 6,885.00 |
| Non-working travel | 63.20 | 14,220.00 |
| Claims Administration | 16.40 | 7,380.00 |
| Tax Matters | 10.90 | 4,905.00 |
| Misc Debtor Issues and Communications | 8.20 | 3,690.00 |
| **TOTAL** | **248.20** | **$97,470.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel - Airline | | $ 6,041.50 |
| Travel - Lodging | | 1,651.14 |
| Travel – Meals | | 103.64 |
| Travel - Transportation | | 1,878.23 |
| **Grand Total Expenses** | | **$9,674.51** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5