Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America



Interim (S)

VAT Invoice Date: **23 November 2010**      Our Ref: **GDB/CCN01.00001**                    Invoice No.: 299473

| Re: BANKRUPTCY | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **To our professional fees** (NT) | 0.00 | 0.00 | 68,958.50 |
| For the period to 31 October 2010, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 391.14 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 76.15 |
| | 0.00 | | 69,425.79 |
| | | VAT | 0.00 |
| | | Total | 69,425.79 |
| | | **Balance Due** | **69,425.79** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP · **Account No.:** 00404268
**Sort Code:** 50-00-00 · **Swift Code:** NWBKGB2L · **IBAN Code:** GB12NWBK50000000404268

Please quote reference 299473 when settling this invoice

**Payment Terms:** 21 days

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31  October 2010**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 2.00 | 1,300.00 | (C0012) |
| | | 3.60 | 2,340.00 | (C0019) |
| | | 6.20 | 4,030.00 | (C0031) |
| | | 11.80 | 7,670.00 | |
| Partner: | Angela Pearson | 13.50 | 8,437.50 | (C0019) |
| | | 13.50 | 8,437.50 | |
| Partner: | Eric Bouffard | 1.50 | 937.50 | (C0019) |
| | | 1.50 | 937.50 | |
| Partner: | Steven Hull | 0.10 | 62.50 | (C0012) |
| | | 9.40 | 5,875.00 | (C0019) |
| | | 9.50 | 5937.50 | |
| Senior Associate: | Marcus Fink | 3.20 | 1,648.00 | (C0019) |
| | | 3.20 | 1,648.00 | |
| Associate: | Paul Bagon | 7.50 | 2,625.00 | (C0003) |
| | | 3.70 | 1,295.00 | (C0007) |
| | | 55.00 | 19,250.00 | (C0012) |
| | | 4.10 | 1,435.00 | (C0019) |
| | | 2.10 | 735.00 | (C0024) |
| | | 72.40 | 25,340.00 | |
| Associate: | Antonia Croke | 27.70 | 9,695.00 | (C0012) |
| | | 27.70 | 9,695.00 | |
| Associate: | Lindsay Connal | 3.90 | 1,599.00 | (C0012) |
| | | 3.90 | 1,599.00 | |
| Associate: | Michelle Egbosimba | 10.20 | 2,958.00 | (C0012) |
| | | 10.20 | 2,958.00 | |
| Trainee: | Edward Arden | 1.60 | 296.00 | (C0012) |
| | | 1.60 | 296.00 | |
| Trainee: | Sophie Law | 21.60 | 3,996.00 | (C0012) |
| | | 21.60 | 3,996.00 | |
| Trainee: | Trasa Duffy | 2.40 | 444.00 | (C0012) |
| | | 2.40 | 444.00 | |
| **TOTAL** | | **179.30** | **£68,958.50** | |



Matter: CCN01.00001 - BANKRUPTCY

__C0003__    __Ashurst Fee Application/Monthly Billing Reports__

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| Associates | | | | |
| PDB | Paul Bagon | 7.50 | 350.00 | 2,625.00 |
| | | | Total | 2,625.00 |

Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 20/10/2010 | Paul Bagon | LEFT | Monthly fee app | 1.50 | 350.00 | 525.00 |
| 22/10/2010 | Paul Bagon | LEFT | ashurst interim fee app | 0.50 | 350.00 | 175.00 |
| 28/10/2010 | Paul Bagon | DRFT | ashurst monthly fee app. | 3.00 | 350.00 | 1,050.00 |
| 29/10/2010 | Paul Bagon | LEFT | finalising and sending out monthly fee app | 2.50 | 350.00 | 875.00 |
| | | | | | | 2,625.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007    Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 3.70 | 350.00 | 1,295.00 |
| | | | Total | 1,295.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/2010 | Paul Bagon | PHON | UCC weekly call | 1.20 | 350.00 | 420.00 |
| 20/10/2010 | Paul Bagon | PHON | UCC weekly call | 1.20 | 350.00 | 420.00 |
| 25/10/2010 | Paul Bagon | PHON | UCC call to discuss mediation brief | 0.50 | 350.00 | 175.00 |
| 26/10/2010 | Paul Bagon | PHON | UCC weekly call | 0.80 | 350.00 | 280.00 |
| | | | | | | 1,295.00 |

Matter: CCN01.00001 - BANKRUPTCY

### C0012    General Claims Analysis/Claims Objections

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.00 | 650.00 | 1,300.00 |
| SEH | Steven Hull | 0.10 | 625.00 | 62.50 |
| **Associates** | | | | |
| ACROKE | Antonia Croke | 27.70 | 350.00 | 9,695.00 |
| LCC | Lindsay Connal | 3.90 | 410.00 | 1,599.00 |
| PDB | Paul Bagon | 55.00 | 350.00 | 19,250.00 |
| **Junior Associate** | | | | |
| MVE | Michelle Egbasimba | 10.20 | 290.00 | 2,958.00 |
| **Trainee** | | | | |
| EARDEN | Edward Arden | 1.60 | 185.00 | 296.00 |
| SLAW | Sophie Law | 21.60 | 185.00 | 3,996.00 |
| TDUFFY | Trasa Duffy | 2.40 | 185.00 | 444.00 |
| | | | Total | 39,600.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012    General Claims Analysis/Claims Objections

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/2010 | Paul Bagon | READ | mediation documentation. | 1.50 | 350.00 | 525.00 |
| 07/10/2010 | Steven Bell | LETT | Review Lisa Beckerman email re latest update on litigation steps. | 0.10 | 625.00 | 62.50 |
| 14/10/2010 | Giles Boothman | READ | Emails re: mediation | 0.50 | 650.00 | 325.00 |
| 14/10/2010 | Paul Bagon | LETT | various emails re mediation | 0.50 | 350.00 | 175.00 |
| 18/10/2010 | Edward Arden | MISC | Research for PDB into Royal Bruton v. Tan and Phillips v. Brewin Dolphin (cited in the NNI Mediation Brief) | 1.60 | 185.00 | 296.00 |
| 18/10/2010 | Paul Bagon | PHON | call re NNI mediation brief | 1.50 | 350.00 | 525.00 |
| 18/10/2010 | Paul Bagon | READ | reviewing NNI Mediation brief and sending comments to AG. | 7.50 | 350.00 | 2,625.00 |
| 19/10/2010 | Paul Bagon | LETT | reviewing documents re mediation proceedings. | 3.00 | 350.00 | 1,050.00 |
| 20/10/2010 | Paul Bagon | LETT | mediation brief. | 0.80 | 350.00 | 280.00 |
| 21/10/2010 | Paul Bagon | READ | CG mark up of Mediation brief | 3.80 | 350.00 | 1,330.00 |
| 22/10/2010 | Michelle Egbosimba | INTD | Discussion with LCC re mediation | 0.50 | 290.00 | 145.00 |
| 22/10/2010 | Paul Bagon | READ | reviewing revised draft of mediation brief considering uk cases and related discussions with AG | 4.50 | 350.00 | 1,575.00 |
| 25/10/2010 | Lindsay Conrad | READ | Reviews emails and documents, including Askant memo re alleged claims, and draft Mediation Statement | 2.75 | 410.00 | 1,127.00 |
| 25/10/2010 | Lindsay Conrad | INTD | Brief MVE | 0.20 | 410.00 | 82.00 |
| 25/10/2010 | Michelle Egbosimba | INTD | Discussion with LCC. | 0.20 | 290.00 | 58.00 |
| 26/10/2010 | Paul Bagon | READ | mediation brief | 5.00 | 350.00 | 1,750.00 |
| 26/10/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 26/10/2010 | Giles Boothman | SUPE | PDB/team | 0.50 | 650.00 | 325.00 |
| 26/10/2010 | Paul Bagon | READ | mediation submissions. | 8.50 | 350.00 | 2,975.00 |
| 27/10/2010 | Antonia Croke | READ | Consider UK case law and equitable arguments raised in EMEA mediation statement | 2.60 | 350.00 | 910.00 |
| 27/10/2010 | Antonia Croke | READ | Consider EMEA mediation statement, UCC MS and emails from E Kahn | 4.30 | 350.00 | 1,505.00 |
| 27/10/2010 | Antonia Croke | INTD | Consider issues with LCC and MVE re: background | 0.40 | 350.00 | 140.00 |
| 27/10/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: EMEA mediation statement and rebuttal | 1.00 | 350.00 | 350.00 |
| 27/10/2010 | Antonia Croke | ATTD | Attend conference with Akin Gump and NY team | 2.60 | 350.00 | 910.00 |
| 27/10/2010 | Giles Boothman | INTD | PDB | 0.50 | 650.00 | 325.00 |
| 27/10/2010 | Lindsay Conrad | INTD | Emails and read MVE and AC | 0.50 | 410.00 | 205.00 |
| 27/10/2010 | Lindsay Conrad | INTD | Brief MVE and email from PB | 0.30 | 410.00 | 123.00 |
| 27/10/2010 | Michelle Egbosimba | READ | Review of NG Mediation Statement: addressing proprietary claims, review of caselaw and general prep for call with Akin Gump | 4.60 | 290.00 | 1,334.00 |
| 27/10/2010 | Michelle Egbosimba | PHON | Call with Unsecured Creditors Committee re proprietary claims in NG Mediation Statement | 2.60 | 290.00 | 754.00 |
| 27/10/2010 | Michelle Egbosimba | INTD | Discussion with PDB and AC re Nortel Mediation (Briefing) | 0.40 | 290.00 | 116.00 |
| 27/10/2010 | Michelle Egbosimba | INTD | Discussion with LCC and AC re Nortel Mediation (Briefing) | 0.60 | 290.00 | 174.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>C0012</u>     <u>General Claims Analysis/Claims Objections</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 27/10/2010 | Paul Bagon | PHON | professional call re mediation briefs | 3.50 | 350.00 | 1,225.00 |
| 27/10/2010 | Paul Bagon | RSCH | re EMEA mediation brief and UK cases and related rebuttal arguments | 6.00 | 350.00 | 2,100.00 |
| 27/10/2010 | Sophie Law | PHON | Call with US re Med paper | 2.50 | 185.00 | 462.50 |
| 27/10/2010 | Sophie Law | INTD | Int discussions re research on Med paper in prep for call w/US | 1.50 | 185.00 | 277.50 |
| 27/10/2010 | Sophie Law | RSCH | Implied trusts, resulting trusts, proprietary estoppel research | 1.50 | 185.00 | 277.50 |
| 27/10/2010 | Sophie Law | RSCH | Putting together file of cases referred to in Med paper, attach to email | 1.50 | 185.00 | 277.50 |
| 27/10/2010 | Trosa Duffy | MISC | Searching for cases referred to in EMEA Mediation Position Paper, and preparing related files | 2.40 | 185.00 | 444.00 |
| 28/10/2010 | Antonia Croke | INTD | Consider issues with SLAW re: drafting summary table of EMEA claims and proofs | 0.50 | 350.00 | 175.00 |
| 28/10/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: rebuttal to MS | 0.30 | 350.00 | 105.00 |
| 28/10/2010 | Antonia Croke | READ | Consider EMEA mediation statement, UCC and exhibit for EMEA heads of claim re: rebuttal by UCC | 5.60 | 350.00 | 1,960.00 |
| 28/10/2010 | Antonia Croke | ATTD | Attend UCC Conference call, and follow on call with Akin Gump | 1.70 | 350.00 | 595.00 |
| 28/10/2010 | Antonia Croke | ATTD | Attend conference call with S Echcirz and P Bagon re: EMEA Heads of Claims | 0.30 | 350.00 | 105.00 |
| 28/10/2010 | Lindsay Connal | INTD | Intd MVE | 0.10 | 410.00 | 41.00 |
| 28/10/2010 | Lindsay Connal | READ | Emails | 0.10 | 410.00 | 41.00 |
| 28/10/2010 | Michelle Egbosimba | MISC | Review of material for AMP re Mediation | 0.20 | 290.00 | 58.00 |
| 28/10/2010 | Michelle Egbosimba | READ | Review of EMEA heads of claims | 1.10 | 290.00 | 319.00 |
| 28/10/2010 | Paul Bagon | PHON | various calls re rebuttal arguments | 1.30 | 350.00 | 455.00 |
| 28/10/2010 | Paul Bagon | READ | mediation briefs and rebuttal arguments | 2.05 | 350.00 | 700.00 |
| 28/10/2010 | Sophie Law | READ | reading EMEA med paper, heads of terms, ashurst memos | 1.08 | 185.00 | 791.00 |
| 28/10/2010 | Sophie Law | PHON | call with Akin Gump | 0.70 | 185.00 | 129.50 |
| 28/10/2010 | Sophie Law | PHON | Call w/client | 0.90 | 185.00 | 166.50 |
| 28/10/2010 | Sophie Law | DRFT | Table of EMEA heads of claim, and Ashurst analysis; rebuttal arguments | 2.50 | 185.00 | 462.50 |
| 29/10/2010 | Antonia Croke | LETT | Emails re: EMEA mediation statement and proprietary claims | 0.50 | 350.00 | 175.00 |
| 29/10/2010 | Antonia Croke | DRFT | Draft summary of claims in EMEA heads of Claim exhibit and mediation statements and proof required for claims and rebuttal; confer SLAW re: same | 6.20 | 350.00 | 2,170.00 |
| 29/10/2010 | Paul Bagon | PHON | call with AG and Cleary re rebuttal arguments. | 1.10 | 350.00 | 385.00 |
| 29/10/2010 | Paul Bagon | READ | mediation rebuttal arguments analysis | 4.00 | 350.00 | 1,400.00 |
| 29/10/2010 | Sophie Law | LETT | Table of summary of claims against the US (exhibit 4 analysis), intd with ACROKE, amends to table; emails | 6.70 | 185.00 | 1,239.50 |
| 30/10/2010 | Paul Bagon | LETT | various emails re rebuttal arguments / shadow directors | 0.50 | 350.00 | 175.00 |
| 31/10/2010 | Antonia Croke | DRFT | Draft amendments to summary table of EMEA claims, proof of claims and rebuttal (continuing) | 1.40 | 350.00 | 490.00 |
| 31/10/2010 | Antonia Croke | LETT | Email re: knowing receipt/dishonest participation claim | 0.30 | 350.00 | 105.00 |

39,600.50

Matter: CCN01.00001 – BANKRUPTCY

C0019     Labor Issues/Employee Benefits

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 13.50 | 625.00 | 8,437.50 |
| ERB | Eric Bouffard | 1.50 | 625.00 | 937.50 |
| GDB | Giles Boothman | 3.60 | 650.00 | 2,340.00 |
| SEH | Steven Hull | 9.40 | 625.00 | 5,875.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 3.20 | 515.00 | 1,648.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 4.10 | 350.00 | 1,435.00 |
| | | | Total | 20,673.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0019    Labor Issues/Employee Benefits

|  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|--|--|--|--|--|--|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 01/10/2010 | Angela Pearson | PHON | Email Lisa - Akin Gump | 0.20 | 625.00 | 125.00 |
| 01/10/2010 | Angela Pearson | PHON | Email - Akin Gump | 0.20 | 625.00 | 125.00 |
| 01/10/2010 | Angela Pearson | PHON | Telephone conversation with Herbert Smith | 0.20 | 625.00 | 125.00 |
| 01/10/2010 | Steven Hull | READ | Review email correspondence between Lisa Beckerman and Angela Pearson regarding Nortel FSD and High Court proceedings | 0.20 | 625.00 | 125.00 |
| 04/10/2010 | Angela Pearson | READ | Review contract re: Nortel | 3.50 | 625.00 | 2,187.50 |
| 06/10/2010 | Angela Pearson | READ | Review emails | 1.00 | 625.00 | 625.00 |
| 07/10/2010 | Marcus Fink | LETT | review emails and latest position | 1.15 | 515.00 | 592.50 |
| 08/10/2010 | Angela Pearson | READ | Review emails | 0.30 | 625.00 | 187.50 |
| 08/10/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.80 | 625.00 | 500.00 |
| 08/10/2010 | Angela Pearson | PHON | Telephone conversations with Giles Boothman | 0.50 | 625.00 | 312.50 |
| 08/10/2010 | Giles Boothman | LETT | Email to committee re: attendance of pension | 0.30 | 650.00 | 195.00 |
| 08/10/2010 | Giles Boothman | READ | Emails and trustees statement | 0.70 | 650.00 | 455.00 |
| 08/10/2010 | Giles Boothman | INTE | Angela/FOB re: pension regulator | 0.30 | 650.00 | 195.00 |
| 08/10/2010 | Giles Boothman | PHON | Brad Kahn re: pension regulator | 0.10 | 650.00 | 65.00 |
| 08/10/2010 | Paul Bagon | LETT | Emails re UK pensions | 3.50 | 150.00 | 525.00 |
| 08/10/2010 | Steven Hull | LETT | Numerous emails with Paul Bagon and Giles Boothman regarding trustee objection to mediator retention and related matters in connection with powers of Pensions Regulator, FPF and Trustees re settlement and review emails re same; preparing emails in response | 1.80 | 625.00 | 1,125.00 |
| 09/10/2010 | Giles Boothman | INTE | Steve/Angela re: pensions Qs | 0.30 | 650.00 | 195.00 |
| 11/10/2010 | Angela Pearson | READ | Email to SEH | 0.20 | 625.00 | 125.00 |
| 11/10/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 625.00 | 125.00 |
| 11/10/2010 | Giles Boothman | READ | Emails re: pensions situation | 0.30 | 650.00 | 195.00 |
| 11/10/2010 | Steven Hull | READ | Review Fred Hodara email regarding views in connection with UK pension parties' settlement arrangements with PPF, IPR and Trustees; discussion with Angela Pearson re: same and review email correspondence re: same; discussion with Marcus Fink and Colby Carroll regarding research in connection with GN and FSDs and discussion with Angela Pearson regarding same | 2.70 | 625.00 | 1,687.50 |
| 12/10/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 625.00 | 125.00 |
| 12/10/2010 | Angela Pearson | READ | Review research re: FSD - Settlement | 1.00 | 625.00 | 625.00 |
| 12/10/2010 | Angela Pearson | INTE | Discussion Giles Boothman | 0.20 | 625.00 | 125.00 |
| 12/10/2010 | Angela Pearson | INTE | Discussion SEH | 0.30 | 625.00 | 187.50 |
| 12/10/2010 | Angela Pearson | PHON | Conference call Akin Gump | 1.20 | 625.00 | 750.00 |
| 12/10/2010 | Angela Pearson | LETT | Prepare draft email | 0.40 | 625.00 | 250.00 |
| 12/10/2010 | Angela Pearson | INTE | Email to SEH | 0.20 | 625.00 | 125.00 |
| 12/10/2010 | Angela Pearson | LETT | Prepare draft email F.Hodara/L Beckerman | 0.40 | 625.00 | 250.00 |
| 12/10/2010 | Giles Boothman | SUPE | Re: pensions call/internal discussion | 0.30 | 650.00 | 195.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>C0019</u>     <u>Labor Issues/Employee Benefits</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/10/2010 | Marcus Fink | RSCH | review emails and research position of UK regulator following settlement with trustees and FSD | 2.10 | 515.00 | 1,081.50 |
| 12/10/2010 | Paul Bagon | PHON | All parties, call to UK pension authorities and mediation process. | 0.60 | 350.00 | 210.00 |
| 12/10/2010 | Paul Bagon | LETT | various emails and arranging all parties pensions call | 0.50 | 350.00 | 175.00 |
| 12/10/2010 | Steven Hull | READ | Discussions with Cecily Carroll regarding Contribution Notice and FSD research and emails with Cecily Carroll regarding same; emails with Angela Pearson and discussion with Angela Pearson regarding attending conference call to discuss same and related matters; discussions with Marcus Fink and discussion with Marcus Fink re same and forwarding background detail to Marcus Fink, preparing for and reviewing Contribution Notice research and email correspondence with Giles Boothman and Angela Pearson regarding same; preparing for and attending conference call with all parties to discuss CN and FSD; review draft email from Lisa Beckerman and review Angela Pearson comments re same. | 2.90 | 625.00 | 1,812.50 |
| 13/10/2010 | Angela Pearson | INTD | Email - Giles Boothman | 0.20 | 625.00 | 125.00 |
| 13/10/2010 | Angela Pearson | INTD | Discussion with Giles Boothman | 0.30 | 625.00 | 187.50 |
| 13/10/2010 | Angela Pearson | READ | Review email | 0.20 | 625.00 | 125.00 |
| 13/10/2010 | Steven Hull | LETT | Review email and correspondence between Angela Pearson and Fred Hodara and Giles Boothman regarding objection of UK Pensions party to retention of mediator and settlement mediating fee. | 0.50 | 625.00 | 312.50 |
| 14/10/2010 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 14/10/2010 | Angela Pearson | PHON | Telephone call to Wilberforce Chambers | 0.10 | 625.00 | 62.50 |
| 14/10/2010 | Angela Pearson | PHON | Telephone call with Solicitors | 0.50 | 625.00 | 312.50 |
| 14/10/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 625.00 | 125.00 |
| 14/10/2010 | Giles Boothman | READ | Emails re. pensions situation | 0.50 | 650.00 | 325.00 |
| 14/10/2010 | Steven Hull | READ | Review email correspondence between Fred Hodara and other Akin lawyers and Angela Pearson and Paul Bagon regarding Cleary conflict and Finley meeting and position of pension regulator and representative parties. | 0.70 | 625.00 | 437.50 |
| 15/10/2010 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 15/10/2010 | Giles Boothman | READ | Email re. pensions issues | 0.30 | 650.00 | 195.00 |
| 15/10/2010 | Steven Hull | READ | Review Giles Boothman email and review attached detailed email from Fred Hodara re mediator retention motion update | 0.30 | 625.00 | 187.50 |
| 19/10/2010 | Giles Boothman | ATTD | Call with Akin re: pensions | 0.50 | 650.00 | 325.00 |
| 19/10/2010 | Paul Bagon | PHON | professionals call re UK pensions issues | 1.00 | 350.00 | 350.00 |
| 19/10/2010 | Steven Hull | READ | Review Paul Bagon email regarding internal call to discuss objections to claims of UK pension parties; responding to Paul Bagon and review Giles Boothman response | 0.30 | 625.00 | 187.50 |
| 27/10/2010 | Fru Boufard | CASE | Considering question re labour litigation + exchanging mail with P. Bagon | 0.50 | 625.00 | 312.50 |
| 29/10/2010 | Fru Boufard | CASE | Consider question + doc Paul + reply | 1.00 | 625.00 | 625.00 |
| 29/10/2010 | Paul Bagon | LETT | emails re French employee claims | 0.50 | 350.00 | 175.00 |

**20,673.00**

Matter: CCN01.00001 – BANKRUPTCY

## C0031     European Proceedings/Matters

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 6.20 | 650.00 | 4,030.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 2.10 | 350.00 | 735.00 |
| | | | Total | 4,765.00 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/10/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 05/10/2010 | Giles Boothman | INTD | PDB/Angela | 0.30 | 650.00 | 195.00 |
| 05/10/2010 | Giles Boothman | READ | Emails | 0.20 | 650.00 | 130.00 |
| 05/10/2010 | Paul Bagon | LETT | various emails | 0.50 | 350.00 | 175.00 |
| 05/10/2010 | Paul Bagon | PHON | catch-up call with AG | 0.30 | 350.00 | 105.00 |
| 05/10/2010 | Paul Bagon | INTD | ANP re status of various workstreams | 0.30 | 350.00 | 105.00 |
| 09/10/2010 | Giles Boothman | LETT | Suzanne Kelly | 0.30 | 650.00 | 195.00 |
| 09/10/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 13/10/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 13/10/2010 | Paul Bagon | LETT | various emails | 0.50 | 350.00 | 175.00 |
| 18/10/2010 | Giles Boothman | READ | Deposition and mark up statements | 1.50 | 650.00 | 975.00 |
| 18/10/2010 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 18/10/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 19/10/2010 | Giles Boothman | READ | Emails | 0.20 | 650.00 | 130.00 |
| 19/10/2010 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 22/10/2010 | Paul Bagon | LETT | various emails with Fraser Milner and ERB re French Employment Tribunal | 0.50 | 350.00 | 175.00 |
| 28/10/2010 | Giles Boothman | INTD | PDB | 0.50 | 650.00 | 325.00 |
| 29/10/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 29/10/2010 | Giles Boothman | SUPE | PDB | 0.50 | 650.00 | 325.00 |
| | | | | | | 4,765.00 |