Exhibit C

DISBURSEMENT SUMMARY
OCTOBER 01, 2010 THROUGH OCTOBER 31, 2010

| | |
|---|---:|
| Document Production | £391.14 |
| Meals | £4.15 |
| Travel Expenses – Ground Transportation | £72.00 |
| TOTAL | £467.29 |