Exhibit D

## Disbursements Detailed Breakdown

**Document Production**  391.14

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | | |
|---|---|---|---|
| 20/09/2010 | VENDOR: Conference Room Catering; INVOICE#: 20/09/10-26/09/10; DATE: 20/09/2010 Catering Expense on 20/09/10 | Internal | 4.15 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 13/10/2010 | PAYEE: Petty Cash; REQUEST#: 411628, DATE: 13/10/2010 - Petty Cash for taxi fare | 30.00 |
| 15/10/2010 | PAYEE: Petty Cash; REQUEST#: 411860, DATE: 15/10/2010 - Petty Cash for taxi fare | 42.00 |

467.29