Case 09-10138-MFW    Doc 4395-6    Filed 11/23/10    Page 1 of 2

## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 01, 2010 THROUGH OCTOBER 31 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 11.80 | 7,670.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £625 | 13.50 | 8,437.50 |
| Eric Bouffard | Partner for 4 years; Admitted in 1996 (France); Litigation and Restructuring Paris | £625 | 1.50 | 937.50 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 9.50 | 5,937.50 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 3.20 | 1,648.00 |
| Lindsay Connal | Associate for 4 years; Admitted in 2006; Litigation Group, UK | £410 | 3.90 | 1,599.00 |
| Antonia Croke | Associate for 3 years; Admitted in 2007 in New South Wales, Australia, Litigation Group, UK | £350 | 27.70 | 9,695.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 72.40 | 25,340.00 |
| Michelle Egbosimba | Associate for 1 year; Admitted in 2010; Litigation Group, UK | £290 | 10.20 | 2,958.00 |
| Sophie Law | Trainee Solicitor; Litigation Group, UK | £185 | 21.60 | 3,996.00 |
| Trasa Duffy | Trainee Solicitor; Litigation Group, UK | £185 | 2.40 | 444.00 |
| Edward Arden | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 1.60 | 296.00 |
| TOTAL | | | 179.30 | 68,958.50 |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 01, 2010 THROUGH OCTOBER 31, 2010

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 7.50 | 2,625.00 |
| Creditors Committee Meetings | 3.70 | 1,295.00 |
| General Claims Analysis / Claims Objections | 124.50 | 39,600.50 |
| Labor Issues / Employee Benefits | 35.30 | 20,673.00 |
| European Proceedings/Matters | 8.30 | 4,765.00 |
| TOTAL | 179.30 | 68,958.50 |