# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



| | | |
|---|---|---|
| IN RE: | § § | Case 09-10138 |
| Nortel Networks Inc., et al. | § § § | |
| DEBTOR | § § | Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Administrative Expense Proof of Claim No. 7301 in the amount of $1,105.30, dated June 14th, 2010, which was filed with Claims Agent Epiq Bankruptcy Solutions on June 18th, 2010, for Texas Workforce Commission Account No. XX-XXX502-2.

Respectfully submitted, this 19th day of November, 2010.

By: _____
Erin Reid
Account Examiner
Texas Workforce Commission

###