ORIGINAL   NO FEE

ANDREA SHERIDAN ORDIN, County Counsel
RALPH L. ROSATO, Assistant County Counsel
EMERY EL HABIBY, Deputy County Counsel
(SBN 219781) • eelhabiby@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1837 · Fax: (213) 687-8822

Attorneys for LOS ANGELES COUNTY
TREASURER & TAX COLLECTOR

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Case No.: 09-bk-10138-KG |
| NORTEL NETWORKS, INC., | Chapter 11 |
| Debtors. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | **CLAIM NO.: 1325** |

PLEASE TAKE NOTICE that creditor Los Angeles County Treasurer & Tax Collector hereby withdraws, without prejudice, its Proof of Claim designated as Claim No. 1325, filed June 9, 2009, in the amount of $39,939.88, a true and correct copy of which is attached hereto as Exhibit 1.

DATED: November 9, 2010

Respectfully submitted,

ANDREA SHERIDAN ORDIN
County Counsel

By _____
EMERY EL HABIBY
Deputy County Counsel

Attorneys for LOS ANGELES COUNTY
TREASURER & TAX COLLECTOR

HOA.746280.1

NOTICE OF WITHDRAWAL OF CLAIM