# EXHIBIT 1



ORIGINAL

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Nortel Networks Inc., et al | Case Number: 09-bk-10138-KG (Ch#11) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): L.A. County Treasurer and Tax Collector | □ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>L.A. County Treasurer and Tax Collector<br>PO Box 54110, Los Angeles, CA 90054-0110<br><br>Telephone number:<br>(213) 974-7803 | **Court Claim Number:**_____<br>(If known)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | □ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>□ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed: $ 39,939.88 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

**2. Basis for Claim:** __Property Taxes__
(See instruction #2 on reverse side.)

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**3. Last four digits of any number by which creditor identifies debtor:** __1992__

**3a.** Debtor may have scheduled account as: __40775784 &other__
(See instruction #3a on reverse side.)

□ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** □ Real Estate □ Motor Vehicle □ Other
**Describe:**

□ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

**Value of Property:** $_____ **Annual Interest Rate** ___%

□ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____ **Basis for perfection:** _____

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the ~~... this proof of claim.~~

□ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**7. Documents:** Attach redacted cop~~...~~ orders, invoices, itemized statements You may also attach a summary. Att~~...~~ a security interest. You may also atta~~...~~

**Amount entitled to priority:**

$ 39,939.88

DO NOT SEND ORIGINAL DOCUM~~...~~ SCANNING.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)      0000001325

~~y notes, purchase urity agreements.~~
~~tion of~~

D AFTER

FOR COURT USE ONLY

| Date:<br>06/03/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Man-Ling Kuo, Tax Services Clerk I | FILED / RECEIVED<br><br>JUN 0 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



# COUNTY OF LOS ANGELES
## TREASURER AND TAX COLLECTOR



**MARK J. SALADINO**
TREASURER AND TAX COLLECTOR

KENNETH HAHN HALL OF ADMINISTRATION
225 NO. HILL STREET, ROOM 160
P. O. BOX 54110
LOS ANGELES, CALIFORNIA 90054-0110

June 3, 2009

Telephone
(213) 893-7909
Telecopier
(213) 633-5013

TO:           Bankruptcy Claim Court

FROM:      Los Angeles Treasurer and Tax Collector

SUBJECT:   Nortel Networks Inc., et al
                    92/40775784 & others

Enclosed please find the above named claim forms. Upon receiving the forms would you kindly send a copy of the stamped claim form to:

> Los Angeles County Treasurer and Tax Collector
> P.O. Box 54110
> Los Angeles, CA 90054-0110
>
> **ATTN: B. SANDOZ**

bk.cl

THE COUNTY OF LOS ANG... IS REQUIRED BY LAW TO COLLECT THE TAXES FOR ALL SCHOOL DI... CITIES AND OTHER TAXING AGENCIES.

THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009

Please make check payable to: LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 0403790000 | 4412441? |

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 07 | | 0775784 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

MA... - AVOID PENALTY
... THIS U... PORTION W... PAYMENT ...

AC TECHNOLOGIES INC
13920 MICA ST
SANTA FE SPRINGS CA 90670

AUTH 000000 0000 06699

| | | |
|---|---|---|
| TOTAL TAX | | 10688.45 |
| 10% Penalty After | 08/31/07 | 1068.84 |
| Collection Costs | | 49.00 |
| Additional Penalties | 0906 | 3206.54 |
| Total After Penalties | | 15012.83 |

THIS BILL IS NOW DUE AND PAYABLE

NO ADDITIONAL BILLING WILL BE MADE

79220707757840000906104900003206540150128384474

E538947

DETACH HERE

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
**********
2007

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2007 TO JUNE 30, 2008

SALE OR DISPOSAL OF THIS PROPERTY AFTER JANUARY 1, 2007 DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

AC TECHNOLOGIES INC
13920 MICA ST
SANTA FE SPRINGS CA 90670

TRA 06699
AUTH 000000 0000
8069 013 019
SITUS OR LOCATION:

13920 MICA ST
SANTA FE SPRINGS

PROPERTY DESCRIPTION

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 0403790000 | 44124412 | 0775784 |

ASSESSED PURSUANT TO SEC 501 R & T
FOR YEAR 2007
PENAL ASSESSMENT
ASS'D VALUES(S) INCLUDE 10 PER CENT
PENALTY ADDED PURSUANT TO SEC 463 R & T
CODE. $971.68 OF TOTAL TAX SHOWN IS
DUE TO ADDITION OF PENALTY TO ASSESSMENT

ASSESSED VALUES

VALUES ARE DETERMINED BY THE COUNTY ASSESSOR. REFER QUESTIONS CONCERNING VALUE TO: (626)258-6001

| | FULL VALUE |
|---|---|
| BUS PP | 990000 |
| TOTAL VALUE | 990000 |
| NET VALUE | 990000 |

GENERAL TAX LEVY AND VOTED INDEBTEDNESS

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

THE AMOUNT DUE INCLUDES ADDITIONAL PENALTIES CALCULATED AT 1 1/2 % PER MONTH.

TERM: E538947 090603

THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009

| | | |
|---|---|---|
| TOTAL TAX | | 10688.45 |
| 10% Penalty After | 08/31/07 | 1068.84 |
| Collection Costs | | 49.00 |
| Additional Penalties | 0906 | 3206.54 |
| Total After Penalties | | 15012.83 |

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012 Phone: 1(213) 893-7935
P.O. Box 54027 Los Angeles, CA 90054

76U460D (REV. 03 / 08)

THE COUNTY OF LOS AN~~~~ ~IS REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL D~~~~~~~TS, CITIES AND OTHER TAXING AGENCIES.

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

Please make check payable to:
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 0403790000 | 44174417 |

WRITE THESE NUMBERS ON YOUR CHECK
AND CORRESPONDENCE

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 06 | | 0772833 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

AC TECHNOLOGIES INC
9115 DICE RD RM 1
SANTA FE SPRINGS CA 90670

AUTH  000000  0000       06141

| TOTAL TAX | 10511 66 | THIS BILL IS NOW DUE AND PAYABLE |
|---|---|---|
| 10% Penalty After 08/31/06 | 1051 16 | |
| Collection Costs | 49 00 | NO ADDITIONAL BILLING WILL BE MADE |
| Additional Penalties 0906 | 5045 60 | |
| Total After Penalties | 16657 42 | |

☐            79220607728330000906104900005045600166574284441

E538947

- - - - - - - - - - - - - - - - - - - - - - - DETACH HERE - - - - - - - - - - - - - - - - - - - - - - -

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
**********
2006

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2006 TO JUNE 30, 2007

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2006 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

AC TECHNOLOGIES INC
9115 DICE RD RM 1
SANTA FE SPRINGS CA 90670

TRA  06141
AUTH  000000  0000
8168 001 025
SITUS OR LOCATION:
9115 DICE RD RM 1
SANTA FE SPRINGS

| PROPERTY DESCRIPTION | | | ASSESSED VALUES |
|---|---|---|---|

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER | |
|---|---|---|---|
| 0403790000 | 44174417 | 0772833 | |

VALUES ARE DETERMINED BY THE COUNTY
ASSESSOR. REFER QUESTIONS
CONCERNING VALUE TO: (626)258-6001

ASSESSED PURSUANT TO SEC 501 R & T
FOR YEAR 2006
PENAL ASSESSMENT
ASS'D VALUES(S) INCLUDE 10 PER CENT
PENALTY ADDED PURSUANT TO SEC 463 R & T
CODE.    $955.61 OF TOTAL TAX SHOWN IS
DUE TO ADDITION OF PENALTY TO ASSESSMENT

| | FULL VALUE |
|---|---|
| BUS PP | 983400 |
| TOTAL VALUE | 983400 |
| NET VALUE | 983400 |

| GENERAL TAX LEVY AND VOTED INDEBTEDNESS | | |
|---|---|---|
| TAXING AGENCY | RATE | AMOUNT |
| | | |

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

| TOTAL TAX | 10511 66 |
|---|---|
| 10% Penalty After 08/31/06 | 1051 16 |
| Collection Costs | 49 00 |
| Additional Penalties 0906 | 5045 60 |
| Total After Penalties | 16657 42 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947  090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

76U460D  (REV. 03 / 08)

THE COUNTY OF LOS ANG  IS REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DIS  S, CITIES AND OTHER TAXING AGENCIES.

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make check payable to:
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7104440136 | 71007100 |

MA... ...AVOID PENALTY
...SE THIS U... ...PORTION WITH YOUR PAYMENT

NORTEL NETWORKS INC LESSEE
300 N LAKE AVE
PASADENA CA 91101

AUTH  000000  0000       07500

**PRIOR YEAR COMPUTE DATE: 0906**

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 05 | | 9107404 | 1 |

| | | | |
|---|---|---|---|
| TOTAL TAX | | 1720 | 32 |
| 10% Penalty After 08/31/05 | | 172 | 03 |
| Collection Costs | | 49 | 00 |
| Additional Penalties 0906 | | 1135 | 41 |
| Total After Penalties | | 3076 | 76 |

THIS BILL IS NOW DUE AND PAYABLE

NO ADDITIONAL BILLING WILL BE MADE

☐

7922059107404000090610490000113541003076768547?

E538947

- - - - - - - - - - - - - - - - DETACH HERE - - - - - - - - - - - - - - - - 

# UNSECURED PROPERTY TAX BILL

**PRIOR YEAR**
**\*\*\*\*\*\*\*\*\*\***
**2005**

### UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2005 TO JUNE 30, 2006

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2005 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

NORTEL NETWORKS INC LESSEE
300 N LAKE AVE
PASADENA CA 91101

TRA  07500
AUTH  000000  0000
5738 001 904
SITUS OR LOCATION:

300 N LAKE AVE
PASADENA

**PROPERTY DESCRIPTION**

**ASSESSED VALUES**
VALUES ARE DETERMINED BY THIS COUNTY

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 7104440136 | 71007100 | 9107404 |

US EQUIPMENT LEASING LLC
LS 0001043191E0    P1
H/M FURNITURE

ASSESSOR. REFER QUESTIONS (213) 974-8613
CONCERNING VALUE TO:

| | FULL VALUE |
|---|---|
| BUS PP | 154502 |
| TOTAL VALUE | 154502 |
| NET VALUE | 154502 |

**GENERAL TAX LEVY AND VOTED INDEBTEDNESS**

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

| | | | |
|---|---|---|---|
| TOTAL TAX | | 1720 | 32 |
| 10% Penalty After 08/31/05 | | 172 | 03 |
| Collection Costs | | 49 | 00 |
| Additional Penalties 0906 | | 1135 | 41 |
| Total After Penalties | | 3076 | 76 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947   090603
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

76U460D  (REV. 03 / 08)

| THE COUNTY OF LOS AN~ ~IS REQUIRED BY LAW TO COLLECT THE | THIS IS A DELINQUENT BILL WITH ADDITIONAL |
| TAXES FOR ALL SCHOOL D~ ~TS, CITIES AND OTHER TAXING AGENCIES | PENALTIES COMPUTED THRU 6/30/2009 |

Please make check payable to:
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 1907920000 | 4512451₵ |

| WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE | | | Pay Key | PRIOR YEAR |
|---|---|---|---|---|
| Year | Seq. No. | BILL NUMBER | | COMPUTE |
| 94 | | 5203087 | 1 | DATE: 0906 |

NORTHERN TELECOM
105 LAURENTIEN BLVD ST LAU-RENT
QUE CAN H4N 2M3

AUTH  000000  0000       02671

| TOTAL TAX | | 272 | 84 | THIS BILL IS NOW DUE AND PAYABLE |
|---|---|---|---|---|
| 10% Penalty After | | | | |
| Collection Costs | | | | NO ADDITIONAL BILLING WILL BE MADE |
| Additional Penalties 0906 | | 720 | 30 | |
| Total After Penalties | | 993 | 14 | |

792294520308700009061000000007203000099314847 07

E538947

------------------------------ DETACH HERE ------------------------------

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
***********
1994

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 1994 TO JUNE 30, 1995

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 1994 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

NORTHERN TELECOM
105 LAURENTIEN BLVD ST LAU-RENT
QUE CAN H4N 2M3

TRA  02671
AUTH  000000  0000
8428 017 024
SITUS OR LOCATION:

1274 E CYPRESS
COVINA

| PROPERTY DESCRIPTION | | | ASSESSED VALUES |
|---|---|---|---|

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 1907920000 | 45124512 | 5203087 |

VALUES ARE DETERMINED BY THE COUNTY
ASSESSOR. REFER QUESTIONS (626) 258-6001
CONCERNING VALUE TO:

| | FULL VALUE |
|---|---|
| BUS PP | 71000 |
| TOTAL VALUE | 71000 |
| NET VALUE | 71000 |

| GENERAL TAX LEVY AND VOTED INDEBTEDNESS | | |
|---|---|---|
| TAXING AGENCY | RATE | AMOUNT |
| | | |

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

| TOTAL TAX | | 272 | 84 |
|---|---|---|---|
| 10% Penalty After | | | |
| Collection Costs | | | |
| Additional Penalties 0906 | | 720 | 30 |
| Total After Penalties | | 993 | 14 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947    090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

76U460D  (REV. 03 / 08)

THE COUNTY OF LOS ANG... ...IS REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DI... ...S, CITIES AND OTHER TAXING AGENCIES.

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make check payable to
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7110380110 | |

MILITARY AND PENALTY

...THIS U... ...R PERSON W... ...AYM...T...

NORTHERN TELECOM FINANCE CORP
220 ATHENS WAY DPT 2510
NASHVILLE TN 37228

CORRECTED BIL
AUTH 594015 0218 K U 00211

| WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE | | | |
|---|---|---|---|
| Year | Seq. No. | BILL NUMBER | Pay Key |
| 94 | | 9118699 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

| TOTAL TAX | | 1 | 32 |
|---|---|---|---|
| 10% Penalty After | | 0 | 13 |
| Collection Costs | | | |
| Additional Penalties 0906 | | 3 | 33 |
| Total After Penalties | | 4 | 78 |

THIS BILL
IS NOW DUE
AND PAYABLE

NO ADDITIONAL
BILLING WILL
BE MADE

7922949118699000090610000000000333000047880758

E538947

------------------------------- DETACH HERE -------------------------------

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
*********
1994

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 1994 TO JUNE 30, 1995

**SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 1994 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.**

NORTHERN TELECOM FINANCE CORP
220 ATHENS WAY DPT 2510
NASHVILLE TN 37228

TRA 00211
AUTH 594015 0218 K U
2453 042 005
SITUS OR LOCATION:

700 S FLOWERT
LOS ANGELES

| PROPERTY DESCRIPTION | | | ASSESSED VALUES | |
|---|---|---|---|---|
| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER | VALUES ARE DETERMINED BY THE COUNTY | |
| 7110380110 | | 9118699 | ASSESSOR. REFER QUESTIONS (213) 974-3119 CONCERNING VALUE TO: | |
| LS 47731 P5 KOD-S/L | | | FULL VALUE | |
| | | | BUS PP | 5943 |
| | | | TOTAL VALUE | 5943 |
| | | | NET VALUE | 5943 |

| GENERAL TAX LEVY AND VOTED INDEBTEDNESS | | |
|---|---|---|
| TAXING AGENCY | RATE | AMOUNT |
| | | |

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

| TOTAL TAX | | 1 | 32 |
|---|---|---|---|
| 10% Penalty After | | 0 | 13 |
| Collection Costs | | | |
| Additional Penalties 0906 | | 3 | 33 |
| Total After Penalties | | 4 | 78 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947 090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012 Phone: 1(213) 893-7935
P.O. Box 54027 Los Angeles, CA 90054

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D (REV. 03 / 08)

THE COUNTY OF LOS ANG          IS REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DI          S, CITIES AND OTHER TAXING AGENCIES.          Please make check payab          THIS IS A DELINQUENT BILL WITH ADDITIONAL
                                                                              LOS ANGELES COUNTY TAX COLLECTOR          PENALTIES COMPUTED THRU 6/30/2009

| ASSESSMENT NUMBER | INDEX NUMBER | | WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE | | | Pay Key | PRIOR YEAR |
|---|---|---|---|---|---|---|---|
| 7110380194 | | | Year | Seq. No. | BILL NUMBER | | COMPUTE DATE: 0906 |
| | | | 92 | | 9120131 | 1 | |

MA     TY_AND S PENALTY

     S THIS UP      FOR   ON WH      PAY

NORTHERN TELECOM FINANCE CORP
220 ATHENS WAY DEPT 2510
NASHVILLE TN 37228

CORRECTED BIL
    AUTH 592798 0125 K U 07456

| TOTAL TAX | | 4 | 29 | THIS BILL IS NOW DUE AND PAYABLE |
|---|---|---|---|---|
| 10% Penalty After | | 30 | 91 | |
| Collection Costs | | | | NO ADDITIONAL BILLING WILL BE MADE |
| Additional Penalties 0906 | | 12 | 42 | |
| Total After Penalties | | 47 | 62 | |

☐          79229291201310000906100000000001242000004762 86771

E538947

- - - - - - - - - - - - - - - - - - - - - - - - DETACH HERE - - - - - - - - - - - - - - - - - - - - - - - -

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
*********
1992

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 1992 TO JUNE 30, 1993

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1,  1992 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

NORTHERN TELECOM FINANCE CORP
220 ATHENS WAY DEPT 2510
NASHVILLE TN 37228

TRA 07456
AUTH 592798  0125 K U
9200 000 000
SITUS OR LOCATION:

135 N LOS ROBLES
SANTA MONICA CA

| PROPERTY DESCRIPTION | | | | ASSESSED VALUES | | |
|---|---|---|---|---|---|---|
| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER | VALUES ARE DETERMINED BY THE COUNTY ASSESSOR. REFER QUESTIONS CONCERNING VALUE TO: | (213) 974-3119 | | |
| 7110380194 LS 42138 P7 | | 9120131 | FULL VALUE | | | |
| | | | BUS PP | | | 29796 |
| | | | TOTAL VALUE | | | 29796 |
| | | | NET VALUE | | | 29796 |

| GENERAL TAX LEVY AND VOTED INDEBTEDNESS | | |
|---|---|---|
| TAXING AGENCY | RATE | AMOUNT |
| | | |

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

| TOTAL TAX | | 4 | 29 |
|---|---|---|---|
| 10% Penalty After | | 30 | 91 |
| Collection Costs | | | |
| Additional Penalties 0906 | | 12 | 42 |
| Total After Penalties | | 47 | 62 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947  090603
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012 Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

76U460D  (REV. 03 / 08)

THE COUNTY OF LOS ANG... IS REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DI... S, CITIES AND OTHER TAXING AGENCIES.

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make check payable to
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 1110770002 | |

**WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE**

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 93 | | 9202211 | 1 |

**PRIOR YEAR COMPUTE DATE: 0906**

MAI...ARY AVO...TAIN
...THIS U... PORTION W...YMENT

NORTHERN TELECOM INC DBA
200 ATHENS WAY DPT 8413
NASHVILLE TENN 37228

| TOTAL TAX | 308 | 63 | THIS BILL IS NOW DUE AND PAYABLE |
|---|---|---|---|
| 10% Penalty After | | 30 | 86 |
| Collection Costs | | | NO ADDITIONAL BILLING WILL BE MADE |
| Additional Penalties 0906 | | 851 | 82 |
| Total After Penalties | | 1191 | 31 |

AUTH  568446  0913  T  P  00008

792293920221100009061000000008518200119131837418

E538947

DETACH HERE

-----------------------------------------------------

# UNSECURED PROPERTY TAX BILL

**PRIOR YEAR**
**\*\*\*\*\*\*\*\*\*\***
**1993**

### UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 1993 TO JUNE 30, 1994

**SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 1993 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.**

NORTHERN TELECOM INC DBA
200 ATHENS WAY DPT 8413
NASHVILLE TENN 37228

TRA 00008
AUTH  568446  0913  T  P
0000 000 000
SITUS OR LOCATION:

523 W 006 ST
LOS ANGELES CA

| PROPERTY DESCRIPTION | | | ASSESSED VALUES |
|---|---|---|---|
| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER | VALUES ARE DETERMINED BY THE COUNTY |

ASSESSMENT NUMBER: 1110770002
INDEX NUMBER
BILL NUMBER: 9202211

ASSESSOR. REFER QUESTIONS **(213) 974-3119**
CONCERNING VALUE TO:

ESCAPED ASSESSMENT FOR YEAR 1993
PURSUANT TO SEC 501 R&T CODE.
INDEX 5130 2820 A3
FOR INFO CALL (818) 901-3456

FULL VALUE

| | |
|---|---|
| BUS PP | 13389 |
| FIXT | 16692 |
| TOTAL VALUE | 30081 |
| NET VALUE | 30081 |

**GENERAL TAX LEVY AND VOTED INDEBTEDNESS**

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

| TOTAL TAX | 308 | 63 |
|---|---|---|
| 10% Penalty After | | 30 | 86 |
| Collection Costs | | |
| Additional Penalties 0906 | | 851 | 82 |
| Total After Penalties | | 1191 | 31 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947  090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

76U460D  (REV. 03 / 08)

THE COUNTY OF LOS ANG... IS REQUIRED BY LAW TO COLLECT THE TAXES FOR ALL SCHOOL D... ...S, CITIES AND OTHER TAXING AGENCIES.

THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009

ASSESSMENT NUMBER: 0522600000    INDEX NUMBER

PRIOR YEAR COMPUTE DATE: 0906

| | Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|---|
| | 91 | | 9214412 | 1 |

NORTHERN TELECOMM (A CORP)
12070 TELEGRAPH RD RM 00100
SANTA FE SPRINGS CA 90670

AUTH  565821  1024  T  S   05344

| TOTAL TAX | 53 | 91 | THIS BILL IS NOW DUE AND PAYABLE |
| 10% Penalty After | 5 | 39 | |
| Collection Costs | | | NO ADDITIONAL BILLING WILL BE MADE |
| Additional Penalties 0906 | 167 | 39 | |
| Total After Penalties | 226 | 69 | |

79229192144120000090610000000016739000226989756

E538947

------------------ DETACH HERE ------------------

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR **********
1991

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 1991 TO JUNE 30, 1992

SALE OR DISPOSAL OF THIS PROPERTY AFTER JANUARY 1, 1991, DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

NORTHERN TELECOMM (A CORP)
12070 TELEGRAPH RD RM 00100
SANTA FE SPRINGS CA 90670

TRA 05344
AUTH  565821  1024  T  S
0000 000 000
SITUS OR LOCATION:

12070 TELEGRAPH RD RM 00100
SANTA FE SPRINGS CA 90670

**PROPERTY DESCRIPTION**

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 0522600000 | | 9214412 |

ASSESSMENT ADDED PURSUANT TO SEC 531 R&T CODE FOR YR 1991. INDEX 4413 4413 B 1 FOR INFO CALL (818) 350-4639

**ASSESSED VALUES**
VALUES ARE DETERMINED BY THE COUNTY
ASSESSOR. REFER QUESTIONS (213) 974-3211 CONCERNING VALUE TO:

FULL VALUE

| | |
|---|---|
| BUS PP | 5000 |
| TOTAL VALUE | 5000 |
| NET VALUE | 5000 |

**GENERAL TAX LEVY AND VOTED INDEBTEDNESS**

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|

THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009

| TOTAL TAX | 53 | 91 |
| 10% Penalty After | 5 | 39 |
| Collection Costs | | |
| Additional Penalties 0906 | 167 | 39 |
| Total After Penalties | 226 | 69 |

THE AMOUNT DUE INCLUDES ADDITIONAL PENALTIES CALCULATED AT 1 1/2 % PER MONTH.

TERM: E538947    090603
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D (REV. 03 / 08)

THE COUNTY OF LOS ANGELES IS REQUIRED BY LAW TO COLLECT THE TAXES FOR ALL SCHOOL DISTRICTS, CITIES AND OTHER TAXING AGENCIES

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make check payable to:
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7109630214 | 71007100 |

MAIL JULY - AUG 31 ANNUAL
THIS U... ...POR...ON W... ...PAY...N

SUN HEALTHCARE GROUP INC LESSEE
3951 EAST BLVD
LOS ANGELES CA 90066

AUTH 000000 0000 00067

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 03 | | 9112578 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

| TOTAL TAX | 53 | 69 |
|---|---|---|
| 10% Penalty After 08/31/03 | 5 | 36 |
| Collection Costs | 49 | 00 |
| Additional Penalties 0906 | 54 | 76 |
| Total After Penalties | 162 | 81 |

THIS BILL IS NOW DUE AND PAYABLE

NO ADDITIONAL BILLING WILL BE MADE

79220391125780000090610490000005476000162818O478

E538947

----------------------------- DETACH HERE -----------------------------

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
**********
2003

### UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2003 TO JUNE 30, 2004

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2003 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

SUN HEALTHCARE GROUP INC LESSEE
3951 EAST BLVD
LOS ANGELES CA 90066

TRA 00067
AUTH 000000 0000
4214 019 010
SITUS OR LOCATION

3951 EAST BLVD
LOS ANGELES

| PROPERTY DESCRIPTION | | | ASSESSED VALUES | |
|---|---|---|---|---|
| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER | VALUES ARE DETERMINED BY THE COUNTY ASSESSOR. REFER QUESTIONS CONCERNING VALUE TO: (213)974-8613 | |
| 7109630214 | 71007100 | 9112578 | | |
| WELLS FARGO EQUIP FINANCE INC | | | FULL VALUE | |
| LS 5001099 P5 SHARP COPIER | | | BUS PP | 4874 |
| | | | TOTAL VALUE | 4874 |
| | | | NET VALUE | 4874 |

| GENERAL TAX LEVY AND VOTED INDEBTEDNESS | | |
|---|---|---|
| TAXING AGENCY | RATE | AMOUNT |
| | | |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

| TOTAL TAX | 53 | 69 |
|---|---|---|
| 10% Penalty After 08/31/03 | 5 | 36 |
| Collection Costs | 49 | 00 |
| Additional Penalties 0906 | 54 | 76 |
| Total After Penalties | 162 | 81 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947 090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D (REV. 03 / 08)

THE COUNTY OF LOS ANG IS REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DI.   S, CITIES AND OTHER TAXING AGENCIES

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

Please make check payable
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7109630207 | 71007100 |

WRITE THESE NUMBERS ON YOUR CHECK
AND CORRESPONDENCE

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 03 | | 9125663 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

SUN HEALTHCARE GROUP INC LESSEE
100 E TUJUNGA AVE
BURBANK CA 91502

| TOTAL TAX | 21 22 |
|---|---|
| 10% Penalty After 08/31/03 | |
| Collection Costs | |
| Additional Penalties 0906 | 21 64 |
| Total After Penalties | 42 86 |

THIS BILL IS NOW DUE AND PAYABLE
NO ADDITIONAL BILLING WILL BE MADE

AUTH  000000  0000       02536

79220391256630000906100000000002164000042868872

E538947

DETACH HERE

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
**********
2003

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2003 TO JUNE 30, 2004

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2003 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

TRA 02536
AUTH  000000  0000
2453 019 018
SITUS OR LOCATION:

SUN HEALTHCARE GROUP INC LESSEE
100 E TUJUNGA AVE
BURBANK CA 91502

100 E TUJUNGA AVE
BURBANK

### PROPERTY DESCRIPTION

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 7109630207 | 71007100 | 9125663 |

LS 5000928  P5
WELLS FARGO EQUIP FINANCE INC
SHARP COPIERS

### ASSESSED VALUES
VALUES ARE DETERMINED BY THE COUNTY ASSESSOR. REFER QUESTIONS CONCERNING VALUE TO: (213) 974-8613

| FULL VALUE | |
|---|---|
| BUS PP | 13475 |
| TOTAL VALUE | 13475 |
| NET VALUE | 13475 |

### GENERAL TAX LEVY AND VOTED INDEBTEDNESS

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

THIS IS A DELINQUENT BILL WITH ADDITIONAL
PENALTIES COMPUTED THRU 6/30/2009

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947   090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| TOTAL TAX | 21 22 |
|---|---|
| 10% Penalty After 08/31/03 | |
| Collection Costs | |
| Additional Penalties 0906 | 21 64 |
| Total After Penalties | 42 86 |

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012 Phone: 1(213) 893-7935
P.O. Box 54027 Los Angeles, CA 90054

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D (REV. 03 / 08)

THE COUNTY OF LOS ANC    S REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DIS        S, CITIES AND OTHER TAXING AGENCIES.

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make check payable to:
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7109630213 | 71007100 |

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

| | Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|---|
| | 02 | | 9120351 | 1 |

**PRIOR YEAR COMPUTE DATE: 0906**

MA...    AVO...
THIS U...  R PORTION W...   PAYM...

SUN HEALTHCARE GROUP INC LESSEE
101 SUN LANE NE
ALBUQUERQUE NM 87109

CORRECTED BIL
   AUTH 581994 0215 K P  06210

| TOTAL TAX | 107 | 25 |
|---|---|---|
| 10% Penalty After 04/30/03 | 10 | 72 |
| Collection Costs | 49 | 00 |
| Additional Penalties 0906 | 115 | 83 |
| Total After Penalties | 282 | 80 |

THIS BILL IS NOW DUE AND PAYABLE
NO ADDITIONAL BILLING WILL BE MADE

☐    79220291203510000906104900000115830002828088426

E538947

------ DETACH HERE ------

# UNSECURED PROPERTY TAX BILL

**PRIOR YEAR**
**\*\*\*\*\*\*\*\*\*\***
**2002**

### UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2002 TO JUNE 30, 2003

**SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2002 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.**

SUN HEALTHCARE GROUP INC LESSEE
101 SUN LANE NE
ALBUQUERQUE NM 87109

TRA 06210
AUTH 581994  0215 K P
5292 002 022
SITUS OR LOCATION:

100 E HUNTINGTON DR
ALHAMBRA

| PROPERTY DESCRIPTION | | | ASSESSED VALUES | |
|---|---|---|---|---|
| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER | VALUES ARE DETERMINED BY THE COUNTY ASSESSOR. REFER QUESTIONS CONCERNING VALUE TO: (213) 974-8613 | |
| 7109630213 | 71007100 | 9120351 | FULL VALUE | |

CORRECTED BILL FOR THE YEAR 2002
INDEX 7100 7100
FOR INFORMATION CALL (213) 974-8613
BAD TRA
WELLS FARGO EQUIP FINANCE INC
LS 5000928 P74 SHARP COPIERS

BUS PP            9076

TOTAL VALUE       9076

NET VALUE         9076

| GENERAL TAX LEVY AND VOTED INDEBTEDNESS | | |
|---|---|---|
| TAXING AGENCY | RATE | AMOUNT |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947   090603

| TOTAL TAX | 107 | 25 |
|---|---|---|
| 10% Penalty After 04/30/03 | 10 | 72 |
| Collection Costs | 49 | 00 |
| Additional Penalties 0906 | 115 | 83 |
| Total After Penalties | 282 | 80 |

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

76U460D (REV. 03 / 08)

THE COUNTY OF LOS ANG    S REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DIS    S, CITIES AND OTHER TAXING AGENCIES

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make payable to:
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7109630214 | 71007100 |

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

**PRIOR YEAR COMPUTE DATE: 0906**

| Year | Sec. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 02 | | 9120352 | 1 |

SUN HEALTHCARE GROUP INC LESSEE
101 SUN LANE NE
ALBUQUERQUE NM 87109

AUTH 000000 0000        00067

| | | |
|---|---|---|
| TOTAL TAX | 74 | 82 |
| 10% Penalty After 08/31/02 | 7 | 48 |
| Collection Costs | 49 | 00 |
| Additional Penalties 0906 | 89 | 78 |
| Total After Penalties | 221 | 08 |

THIS BILL IS NOW DUE AND PAYABLE

NO ADDITIONAL BILLING WILL BE MADE

☐

7922029120352000090610490000008978000221088 7495

E538947

- - - - - - - - - - - - - - - - - - DETACH HERE - - - - - - - - - - - - - - - - - -

# UNSECURED PROPERTY TAX BILL

**PRIOR YEAR**
**\*\*\*\*\*\*\*\*\***
**2002**

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2002 TO JUNE 30, 2003

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2003 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

TRA 00067
AUTH 000000 0000
4214 019 010
SITUS OR LOCATION:

SUN HEALTHCARE GROUP INC LESSEE
101 SUN LANE NE
ALBUQUERQUE NM 87109

3951 EAST BLVD
LOS ANGELES

## PROPERTY DESCRIPTION

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 7109630214 | 71007100 | 9120352 |

WELLS FARGO EQUIP FINANCE INC
LS 5001099 P74 SHARP COPIER

## ASSESSED VALUES

VALUES ARE DETERMINED BY THE COUNTY
ASSESSOR. REFER QUESTIONS (213) 974-8613
CONCERNING VALUE TO:

| | FULL VALUE |
|---|---|
| BUS PP | 6723 |
| TOTAL VALUE | 6723 |
| NET VALUE | 6723 |

### GENERAL TAX LEVY AND VOTED INDEBTEDNESS

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947    090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| | | |
|---|---|---|
| TOTAL TAX | 74 | 82 |
| 10% Penalty After 08/31/02 | 7 | 48 |
| Collection Costs | 49 | 00 |
| Additional Penalties 0906 | 89 | 78 |
| Total After Penalties | 221 | 08 |

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012  Phone: 1(213) 893-7935
P.O. Box 54027  Los Angeles, CA 90054

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D (REV. 03 / 08)

THE COUNTY OF LOS ANG  -S REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL D  3, CITIES AND OTHER TAXING AGENCIES

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

Please make check payable
LOS ANGELES COUNTY TAX COLLECTOR

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 7109630207 | 71007100 |

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

| Year | Sec. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 02 | | 9128329 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

MA... VRTY - AVO.. PENA...Y
...TO THIS U.... ...POR.. ...OX W... ...PAYM...

SUN HEALTHCARE GROUP INC LESSEE
101 N SUN LANE
ALBUQUERQUE NM 87109

AUTH 000000 0000        02536

| TOTAL TAX | 195 51 |
|---|---|
| 10% Penalty After 08/31/02 | 19 55 |
| Collection Costs | 49 00 |
| Additional Penalties 0906 | 234 61 |
| Total After Penalties | 498 67 |

THIS BILL IS NOW DUE AND PAYABLE
NO ADDITIONAL BILLING WILL BE MADE

79220291283290000906104900000234610004986780475

E538947

-------- DETACH HERE --------

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
*********
2002

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2002 TO JUNE 30, 2003

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2002 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

SUN HEALTHCARE GROUP INC LESSEE
101 N SUN LANE
ALBUQUERQUE NM 87109

TRA 02536
AUTH 000000   0000
2453 019 018
SITUS OR LOCATION:

100 E TUNJUNGA AVE
BURBANK

## PROPERTY DESCRIPTION

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 7109630207 | 71007100 | 9128329 |

LS 501099-000 P074
WELLS FARGO EQUIP FINANCE INC
SHARP COPIER

## ASSESSED VALUES

VALUES ARE DETERMINED BY THIS COUNTY
ASSESSOR. REFER QUESTIONS CONCERNING VALUE TO: (213) 974-8613

| | FULL VALUE |
|---|---|
| BUS PP | 18588 |
| TOTAL VALUE | 18588 |
| NET VALUE | 18588 |

## GENERAL TAX LEVY AND VOTED INDEBTEDNESS

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

| TOTAL TAX | 195 51 |
|---|---|
| 10% Penalty After 08/31/02 | 19 55 |
| Collection Costs | 49 00 |
| Additional Penalties 0906 | 234 61 |
| Total After Penalties | 498 67 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947   090603

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

LOS ANGELES COUNTY TAX COLLECTOR
225 N. Hill St., Rm. 122, Los Angeles, CA 90012 Phone: 1(213) 893-7935
P.O. Box 54027 Los Angeles, CA 90054

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D  (REV. 03 / 08)

THE COUNTY OF LOS AND ... 'S REQUIRED BY LAW TO COLLECT THE
TAXES FOR ALL SCHOOL DI... 5 CITIES AND OTHER TAXING AGENCIES.

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

| ASSESSMENT NUMBER | INDEX NUMBER |
|---|---|
| 4163450001 | 21201127 |

Please make check payable to
LOS ANGELES COUNTY TAX COLLECTOR

WRITE THESE NUMBERS ON YOUR CHECK AND CORRESPONDENCE

| Year | Seq. No. | BILL NUMBER | Pay Key |
|---|---|---|---|
| 04 | | 0798288 | 1 |

PRIOR YEAR
COMPUTE
DATE: 0906

MA... ...ARY ... AVG... ...NAL...
... THIS ...N ...OR...ION W... ...AVE ...

SUN HEALTHCARE INC DBA
2700 S COMMERCE PARKWAY STE 300
WESTON FL 33331

AUTH 000000 0000        02535

| | | |
|---|---|---|
| **TOTAL TAX** | 826 | 69 |
| 10% Penalty After 08/31/04 | | |
| Collection Costs | | |
| Additional Penalties 0906 | 694 | 42 |
| Total After Penalties | 1521 | 11 |

THIS BILL
IS NOW DUE
AND PAYABLE

NO ADDITIONAL
BILLING WILL
BE MADE

☐

7922040798288000090610000000006944200152111B4721

E538947

DETACH HERE

# UNSECURED PROPERTY TAX BILL

PRIOR YEAR
*********
2004

UNSECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2004 TO JUNE 30, 2005

SALE OR DISPOSAL OF THIS PROPERTY
AFTER JANUARY 1, 2004 DOES NOT RELIEVE
THE ASSESSEE OF THIS TAX.

SUN HEALTHCARE INC DBA
2700 S COMMERCE PARKWAY STE 300
WESTON FL 33331

TRA 02535
AUTH 000000 0000
2466 021 031
SITUS OR LOCATION:

2820 ONTARIO ST
BURBANK

## PROPERTY DESCRIPTION

| ASSESSMENT NUMBER | INDEX NUMBER | BILL NUMBER |
|---|---|---|
| 4163450001 | 21201127 | 0798288 |

HQ: 5881 GREEN VALLEY CIRCLE
CULVER CITY

## ASSESSED VALUES

VALUES ARE DETERMINED BY THE COUNTY
ASSESSOR. REFER QUESTIONS
CONCERNING VALUE TO: (310)665-5300

| | FULL VALUE |
|---|---|
| BUS PP | 694737 |
| FIXT | 65737 |
| TOTAL VALUE | 760474 |
| NET VALUE | 760474 |

## GENERAL TAX LEVY AND VOTED INDEBTEDNESS

| TAXING AGENCY | RATE | AMOUNT |
|---|---|---|
| | | |

**THIS IS A DELINQUENT BILL WITH ADDITIONAL PENALTIES COMPUTED THRU 6/30/2009**

| | | |
|---|---|---|
| **TOTAL TAX** | 826 | 69 |
| 10% Penalty After 08/31/04 | | |
| Collection Costs | | |
| Additional Penalties 0906 | 694 | 42 |
| Total After Penalties | 1521 | 11 |

THE AMOUNT DUE INCLUDES ADDITIONAL
PENALTIES CALCULATED AT 1 1/2 %
PER MONTH.

TERM: E538947    090603
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

YOUR CANCELLED CHECK IS YOUR BEST RECEIPT

76U460D (REV. 03 / 06)

# CLAIM ATTACHMENT SHEET

This claim is a secured tax secured by a statutory lien under California state law. This claim is secured under 11 U.S.C. Section 506(b).

This claim is subject to interest under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 506 (b) and 11 U.S.C. Section 511 as well as costs, fee and attorney fees.

The claim will continue to increase and interest will continue to accrue until it is paid.

Taxes for 2009-2010 are hereby included in this claim due to statutory lien date of January 1st per the California Revenue and Taxation Code Section 2192. The amount of taxes is to be determined.

**REQUESTOR'S NAME:** L.A. County Treasurer and Tax Collector

**ADDRESS:** PO Box 54110,

Los Angeles, CA 90054-0110

**TELEPHONE NO.:** (213) 974-7803

---

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., et al<br><br>Case Number : 09-bk-10138-KG<br>40775784 & others | CASE NO.:<br><br>Chapter 7 _____ 11 ___✓___ 13 _____<br><br><br>**REQUEST FOR SPECIAL NOTICE** |

(Please print or type)

**MUST BE FILED IN DUPLICATE**

**NAME:** L.A. County Treasurer and Tax Collector

**MAILING ADDRESS:** PO Box 54110,

. Los Angeles, CA 90054-0110

Dated: 06/03/09

_Signature_

Man-Ling Kuo, Tax Services Clerk I

_Title (Corporation officer, partner or agent)_

**All future notices shall be sent to the above address.**

*03/03*



RETURN IN FIVE DAYS TO
LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54150
LOS ANGELES, CALIFORNIA 90054-0150

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions
FDR Station, P.O. Box 5075
New York, NY 10150-5075

RECEIVED
JUN 0 9 2009

1

## DECLARATION OF SERVICE
Case No. 09-bk-10138-KG

2

3

STATE OF CALIFORNIA, County of Los Angeles:

4      I, Margie Sims, state:  I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-

5      2713.

6      That on November 19, 2010, I served the attached **NOTICE OF WITHDRAWAL OF CLAIM NO.: 1325** upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof

7      enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

8      ☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices.  I am readily

9      familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal

10     Service that same day with postage thereon fully prepaid.

11     ☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

12

13     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

14     Executed on November 19, 2010, at Los Angeles, California.

15

16     _____
       Margie Sims
17     **Type or Print Name of Declarant**
       **and, for personal service by a Messenger Service,**
18     **include the name of the Messenger Service**

19

20

21

22

23

24

25

26

27

28

1

# SERVICE LIST

2

*The Untied States Trustee Office*

3

The Office of the Untied States Trustee

4

J. Caleb Boggs Federal Building
844 King Street, Suite 2207

5

Lockbox 35
Wilmington, Delaware 19801

6

7

*Location to File Proof of Claim*

8

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC

9

FDR Station , P. O. Box 5082
New York, New York 10150- 5075

10

11

*Counsel for Debtors*

12

Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

13

14

*Co-Counsel for Debtors*

15

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Fl

16

P. O. Box 1347
Wilmington, DE 19899-1347

17

18

19

20

21

22

23

24

25

26

27

28

HOA.746280.1

NOTICE OF WITHDRAWAL OF CLAIM