STATE OF CALIFORNIA

**STATE BOARD OF EQUALIZATION**
450 N STREET, MIC:55, SACRAMENTO, CALIFORNIA
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0055
TELEPHONE 916-445-1122 • FAX 916-327-0615
www.boe.ca.gov

**COPY** 

BETTY T. YEE
First District, San Francisco

MICHELLE STEEL
Third District, Rolling Hills Estates

JEROME E. HORTON
Fourth District, Los Angeles

JOHN CHIANG
State Controller

BARBARA ALBY
Acting Member
Second District, Ontario/Sacramento

KRISTINE CAZADD
Interim Executive Director

November 12, 2010

EPIQ BANKRUPTCY SOLUTIONS LLC
CLAIMS PROCESSING CENTER
CLAIMS AGENT
757 THIRD AVENUE 3RD FLOOR
NEW YORK NY 10017

Account No. SR OHB 26-669388 / *FILE*
Debtor(s): NORTEL NETWORKS, INC.
Bankruptcy Case No. 09-10138

Ladies and Gentlemen:

Enclosed is an original Notice of Withdrawal of the State Board of Equalization's Priority Claim for taxes.

Please file this notice in the proceedings described above.

Sincerely,

Amy E. Everson
Tax Compliance Supervisor
Special Operations Branch

AEE:SH:bkwtdcvr.dot
Enclosures

cc: US BANKRUPTCY COURT
    824 N MARKET ST FL 3
    WILMINGTON DE 19801-3024

1  State Board of Equalization
   Special Operations Branch, MIC:55
2  450 N Street
   P O Box 942879
3  Sacramento  CA  94279-0055
   Telephone (916) 445-1122
4



5

6              UNITED STATES BANKRUPTCY COURT

7              DISTRICT OF DELAWARE (WILMINGTON)

8

9  In re:  NORTEL NETWORKS, INC., Debtor(s)    )    Bkcy. Case No. 09-10138
                                               )
10                                             )
                                               )
11                                             )    NOTICE OF WITHDRAWAL OF  PROOF
                                               )           OF CLAIM FOR TAXES
12                                             )
                                               )
13                                             )    Chapter No. 11
                                               )
14                                                  Account No. SR OHB 26-669388

15  ─────────────────────────────────────────────

16  AMY E. EVERSON, undersigned states

17  That she is one of the authorized representatives of the State Board of Equalization of the State

18  of California; that as such she is qualified and empowered to and does withdraw the Board's

19  claim in the amount of $2,333,743.76 Claim No. 1641 as filed in these proceedings on August 4,

20  2009.  This claim was amended and superseded by Claim No. 7448 filed on October 5, 2010 in

21  the total amount of $1,854,484.44.

22

23                                                  STATE BOARD OF EQUALIZATION

24                                                  of the State of California

25

26  Dated:  November 12, 2010                       _____
    At Sacramento, California                       Amy E. Everson
27  AEE:SH                                          Authorized Representative

-1-

COPY

# SHIPPING REQUEST FORM
# FED EX SHIPPING OUT OF STATE

*Recurring Account Name:_____

Date:__NOVEMBER 12, 2010_____

**TO** (Recipient(s) Name):_____EPIQ BANKRUPTCY SOLUTIONS, LLC___ Telephone:__(646) 282-2500_

Company:_____CLAIMS AGENT, CLAIMS PROCESS CENTER_____

Street Address (No P.O. Boxes):_____757 THIRD AVENUE, 3RD FLOOR_____

City:__NEW YORK_____ State:_____NY_____ Zip Code:_____10017_____

**FROM** (Your Name):_BOARD OF EQUALIZATION_____ Telephone:____(916) 445-1122_

Unit:___Special Operations Branch_____ Unit Budget Code: _____472___ MIC:__55____

Reference/Notes:_____ASAP – DELIVER BY 3:00 P.M. – 11/15/10_____

## FED EX SERVICE INFORMATION

**Expected delivery date:** _NOVEMBER 15, 2010___

**Please Check One:**

| _____ | Priority delivery service- Delivery by 10:30 AM (most expensive) |
| __X_____ | Next Day Standard- Guaranteed overnight delivery by 3:00 PM |
| _____ | 2nd Day Air- Guaranteed 2nd Business Day |
| _____ | Ground Delivery- Cheapest and Slowest |

## SPECIAL SERVICES
**Please highlight if using special service below.**
_____Saturday Delivery
_____Declared Value if over $100

Contact Mail Services if you need assistance or need to ship a package or letter to a foreign destination or if you will be billing the shipment to a specific credit card number. You may call (916) 445-8558 or go to Mail Services in Room 143.

Upon receipt of this completed form with your package or letter, Mail Services will enter the required information into a shipping system computer, a tracking number will be assigned and a pre-routed, bar-coded shipping label will be printed and affixed to your express item. If you need to verify the date and time of delivery, or need to know who signed for the package or letter, please contact Mail Services and they can get this information from the shipping system computer in their office.

*If you ship packages and letters frequently (daily, weekly or monthly) to the same individual or business, you may establish a recurring account by contacting Mail Services at (916) 445-8558.