IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :  Chapter 11
In re                                                          :
                                                               :  Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                               :
                                                               :  Jointly Administered
                                    Debtors.                   :
                                                               :  SEALED PURSUANT TO COURT
                                                               :  ORDER DATED November 23, 2010
                                                               :  (D.I.
                                                               :
                                                               :  Re: D.I. 4242, 4402
---------------------------------------------------------------X

RECEIVED / FILED
NOV 23 2010
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

> **CONFIDENTIAL FILED UNDER SEAL – SCHEDULE A TO EXHIBIT B**
> **RE: DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE SALE OF LIMITED PARTNERSHIP AND LIMITED LIABILITY COMPANY INTERESTS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) AUTHORIZING AND APPROVING ENTRY INTO A PURCHASE AND SALE AGREEMENT; (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; (IV) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL; AND (V) GRANTING RELATED RELIEF (D.I. 4242)**

Dated:   Wilmington, Delaware
         November 18, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)               Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)             Eric D. Schwartz (No. 3134)
One Liberty Plaza                         Ann C. Cordo (No. 4817)
New York, New York 10006                  Andrew R. Remming (No. 5120)
Telephone: (212) 225-2000                 1201 North Market Street
Facsimile: (212) 225-3999                 P.O. Box 1347
                                          Wilmington, Delaware 19899-1347
                                          Phone: (302) 658-9200
                                          Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3906983.1