IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: December 15, 2010 at 10:00 a.m. |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:     Ashurst LLP

Authorized to Provide
Professional Services to:     Official Committee of Unsecured Creditors

Date of Retention:     March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:     August 01, 2010 through October 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:     £144,100.00 (US $229,119.00)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     £751.76 (US $1,195.30)[4]

This is (a)n: _X_ interim ___ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, August 2010, September 2010, and October 2010 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.59 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.59 as published by Bloomberg.com on the date of the application.

18645527.01

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 09/27/10 Docket No. 4024 | 08/01/10 – 08/31/10 | £17,934.50 | £105.32 | £14,347.60 | £105.32 | £3,586.90 |
| Date Filed: 10/29/10 Docket No. 4228 | 09/01/10 – 09/30/10 | £57,207.00 | £179.15 | £45,765.60 | £179.15 | £11,441.40 |
| Date Filed: 11/23/10 Docket No. 4395 | 10/01/10 – 10/31/10 | £68,958.50 | £467.29 | Pending Obj deadline 12/14/10 £55,166.80 | Pending Obj deadline 12/14/10 £467.29 | £13,791.70 |
| TOTALS: | | £144,100.00 | £751.76 | £115,280.00[5] | £751.76[6] | £28,820.00 |

Summary of any Objections to Fee Applications: None.

Dated: November 23, 2010
London, United Kingdom

Giles Boothman
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al.

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.

2