## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 10/1/10 through 10/31/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 92.50 | $70,300.00 |
| J. Borow | Executive Director | $760 | 135.40 | $102,904.00 |
| J. Salomon | Executive Director | $695 | 1.20 | $834.00 |
| J. Hyland | Executive Director | $575 | 251.50 | $144,612.50 |
| A. Cowie | Managing Director | $540 | 178.10 | $96,174.00 |
| R. Conroy | Director | $500 | 71.20 | $35,600.00 |
| J. Dunn | Director | $450 | 0.50 | $225.00 |
| D. Rothberg | Director | $395 | 221.10 | $87,334.50 |
| L. Ahearn | Director | $360 | 21.80 | $7,848.00 |
| C. Provorny | Director | $350 | 3.70 | $1,295.00 |
| R. Wintersteen | Consultant | $350 | 0.80 | $280.00 |
| J. Peterson | Consultant | $335 | 218.40 | $73,164.00 |
| M. Lasinski | Managing Director | $310 | 47.50 | $14,725.00 |
| J. Woodmansee | Consultant | $305 | 4.90 | $1,494.50 |
| T. Morilla | Consultant | $305 | 215.30 | $65,666.50 |
| J. Schad | Associate | $275 | 0.20 | $55.00 |
| H. Becker | Paraprofessional | $120 | 48.10 | $5,772.00 |
| For the Period 10/1/10 through 10/31/10 | | | 1512.20 | $708,284.00 |

Capstone Advisory Group, LLC
Invoice for the October 2010 Fee Statement

Page 1 of 1