## Nortel Networks Corporation
### Capstone Advisory Group, LLC
### Exhibit B: Summary of Fees by Task Code
### For the Period 10/1/10 through 10/31/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 855.90 | $411,845.00 |
| 05. Professional Retention/Fee Application Preparation | | 13.20 | $3,107.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 42.70 | $31,405.00 |
| 08. Interaction/Mtgs w Creditors | | 31.30 | $20,419.50 |
| 09. Employee Issues/KEIP | | 28.70 | $14,608.00 |
| 11. Claim Analysis/Accounting | | 82.00 | $40,397.00 |
| 13. Intercompany Transactions/Bal | | 138.20 | $48,583.00 |
| 17. Analysis of Historical Results | | 36.70 | $13,227.50 |
| 18. Operating and Other Reports | | 21.00 | $9,484.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 70.70 | $24,894.50 |
| 20. Projections/Business Plan/Other | | 30.40 | $13,028.00 |
| 22. Pref/Avoidance Actions | | 8.00 | $3,990.00 |
| 33. Intellectual Property | | 153.40 | $73,295.00 |
| **For the Period 10/1/10 through 10/31/10** | | **1512.20** | **$708,284.00** |