**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10/1/2010 through 10/31/10**

| Date | Professional | Description | Amount |
|------|------|------|------|
| Airfare/Train | | | |
| 10/4/2010 | J. Hyland | Airfare for NY trip. | $822.40 |
| 10/11/2010 | M. Lasinski | Airfare. | $1,131.40 |
| 10/11/2010 | J. Hyland | Airfare for NY trip. | $477.40 |
| 10/12/2010 | J. Hyland | Travel agency fee for NY trip. | $15.00 |
| 10/18/2010 | J. Hyland | Airfare to NY. | $543.40 |
| 10/18/2010 | J. Hyland | Travel agency fee. | $15.00 |
| 10/25/2010 | J. Hyland | Airfare to NY. | $741.40 |
| 10/28/2010 | T. Morilla | Airfare for trip to Raleigh. | $283.40 |
| 10/29/2010 | D. Rothberg | Flight to Raliegh for NBS meeting. | $593.40 |
| 10/29/2010 | A. Cowie | Airfare NY to RDU. | $283.40 |
| **Subtotal - Airfare/Train** | | | **$4,906.20** |
| Auto Rental/Taxi | | | |
| 10/4/2010 | J. Hyland | Taxi during NY trip. | $35.46 |
| 10/6/2010 | T. Morilla | Taxi due to working late. | $9.30 |
| 10/7/2010 | D. Rothberg | Taxi. | $22.42 |
| 10/8/2010 | Capstone Expense | Taxi during NY trip. | $84.44 |
| 10/8/2010 | Capstone Expense | Taxi during NY trip. | $81.71 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 10/8/2010 | Capstone Expense | Taxi during NY trip. | $80.69 |
| 10/11/2010 | M. Lasinski | Cab from airport home. | $68.00 |
| 10/11/2010 | M. Lasinski | Cab from home to airport. | $68.00 |
| 10/11/2010 | M. Lasinski | Cab from office to airport. | $35.00 |
| 10/11/2010 | M. Lasinski | Cab from airport to office. | $33.00 |
| 10/11/2010 | J. Hyland | Taxi during NY trip. | $31.96 |
| 10/18/2010 | J. Hyland | Taxi during NY trip. | $40.00 |
| 10/25/2010 | J. Hyland | Taxi during NY trip. | $38.84 |
| 10/28/2010 | D. Rothberg | Taxi home from office late at night. | $20.52 |

**Subtotal - Auto Rental/Taxi**                                          **$649.34**

**Hotel**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 10/6/2010 | J. Hyland | Hotel during NY trip. | $959.65 |
| 10/13/2010 | J. Hyland | Hotel during NY trip. | $991.56 |
| 10/19/2010 | J. Hyland | Hotel during NY trip. | $406.45 |
| 10/28/2010 | J. Hyland | Hotel during NY trip. | $1,433.02 |

**Subtotal - Hotel**                                        **$3,790.68**

**Meals**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 10/4/2010 | J. Hyland | Meal during NY trip. | $19.31 |
| 10/4/2010 | J. Hyland | Meal during NY trip. | $6.96 |
| 10/5/2010 | J. Peterson | Dinner due to working late. | $14.50 |
| 10/5/2010 | J. Hyland | Meal during NY trip. | $13.45 |
| 10/5/2010 | J. Hyland | Meal during NY trip. | $8.97 |

| Date | Professional | Description | Amount |
|------|------------|-------------|-------:|
| 10/6/2010 | T. Morilla | Meal due to working late. | $13.34 |
| 10/6/2010 | J. Hyland | Meal during NY trip. | $11.17 |
| 10/11/2010 | J. Hyland | Meal during NY trip. | $22.17 |
| 10/11/2010 | M. Lasinski | Breakfast at airport. | $12.05 |
| 10/11/2010 | J. Hyland | Meal during NY trip. | $4.44 |
| 10/11/2010 | J. Hyland | Meal during NY trip. | $1.95 |
| 10/12/2010 | J. Hyland | Meal during NY trip. | $14.39 |
| 10/13/2010 | J. Borow | Lunch in NY office for Nortel team. | $159.76 |
| 10/13/2010 | J. Hyland | Meal during NY trip. | $9.98 |
| 10/13/2010 | J. Hyland | Meal during NY trip. | $9.93 |
| 10/18/2010 | J. Peterson | Business dinner due to working late. | $9.69 |
| 10/18/2010 | J. Hyland | Meal during NY trip. | $7.48 |
| 10/19/2010 | T. Morilla | Meal due to working late. | $14.28 |
| 10/19/2010 | J. Hyland | Meal during NY trip. | $11.95 |
| 10/19/2010 | J. Hyland | Meal during NY trip. | $9.80 |
| 10/19/2010 | J. Hyland | Meal during NY trip. | $6.41 |
| 10/25/2010 | J. Hyland | Meal during NY trip. | $20.98 |
| 10/26/2010 | C. Kearns | Nortel working lunch and meeting. | $247.07 |
| 10/26/2010 | T. Morilla | Meal due to working late. | $22.75 |
| 10/26/2010 | J. Peterson | Business dinner due to working late. | $8.83 |
| 10/26/2010 | J. Hyland | Meal during NY trip. | $4.45 |
| 10/27/2010 | J. Hyland | Meal during NY trip. | $24.05 |

Capstone Advisory Group, LLC
Invoice for the October 2010 Fee Statement

Page 3 of 5

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 10/27/2010 | J. Peterson | Business dinner due to working late. | $17.42 |
| 10/28/2010 | J. Hyland | Meal during NY trip. | $15.65 |
| **Subtotal - Meals** | | | **$743.18** |
| **Mileage** | | | |
| 10/4/2010 | J. Hyland | Local mileage to/from airport. | $21.00 |
| 10/6/2010 | J. Hyland | Local mileage to/from airport. | $21.00 |
| 10/11/2010 | J. Hyland | Local mileage for NY trip. | $21.00 |
| 10/18/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |
| 10/19/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |
| 10/25/2010 | J. Hyland | Local milesage to airpport for NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$126.00** |
| **Other** | | | |
| 10/6/2010 | J. Hyland | Foreign transaction fee from 9/30/10. | $4.26 |
| **Subtotal - Other** | | | **$4.26** |
| **Parking/Tolls** | | | |
| 10/4/2010 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 10/6/2010 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 10/7/2010 | J. Hyland | Parking due to carrying workpapers to the office. | $31.00 |
| 10/11/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 10/13/2010 | J. Hyland | Parking at airport for NY trip. | $93.00 |
| 10/18/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 10/19/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 10/25/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |

Capstone Advisory Group, LLC
Invoice for the October 2010 Fee Statement

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Subtotal - Parking/Tolls** | | | **$133.60** |
| **Research** | | | |
| 10/28/2010 | J. Schad | Access to Delphion patent database. | $146.30 |
| **Subtotal - Research** | | | **$146.30** |
| **Telecom** | | | |
| 10/2/2010 | Capstone Expense | Telephone charges for Nortel. | $2,082.37 |
| 10/4/2010 | Capstone Expense | Long distance telephone charges. | $140.00 |
| 10/4/2010 | Capstone Expense | Long distance telephone charges. | $69.00 |
| 10/4/2010 | Capstone Expense | Long distance telephone charges. | $23.00 |
| 10/6/2010 | Capstone Expense | Conference call for Nortel. | $83.91 |
| 10/15/2010 | J. Hyland | Telephone charges to Canada for Nortel. | $8.23 |
| 10/29/2010 | J. Hyland | Direct cell phone charges while traveling in Toronto for Nortel. | $36.12 |
| 10/31/2010 | J. Peterson | Roaming charges while in Toronto. | $29.44 |
| **Subtotal - Telecom** | | | **$2,472.07** |
| **For the Period 10/1/2010 through 10/31/10** | | | $12,971.63 |