# EXHIBIT A

**Time Records**
**May 1, 2010 through July 31, 2010**

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| King,  Rene | 29-Jul-10 | $667.00 | 0.5 | $333.50 | IP benchmarking with Joe Malandruccolo. |
| Rentsch,  Eric | 30-Jul-10 | $290.00 | 1.0 | $290.00 | Discussing project approach and analysis with Joe Malandruccolo. |
| | | **TOTALS** | **1.5** | **$623.50** | |