# EXHIBIT B

**Expenses**
**May 1, 2010 through July 31, 2010**

| Date | Cost | Description |
|---|---|---|
| 1-Jun-10 | $63.82 | Pacer - Bankruptcy research |
| **Total:** | **$63.82** | |