# EXHIBIT A

**Time Records**
**August 1, 2010 through October 31, 2010**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo  Joseph | 1-Aug-10 | $220.00 | 6.00 | $1,536.96 | Benchmarking 27 incumbents, data cleansing and STI regression. |
| Malandruccolo  Joseph | 2-Aug-10 | $220.00 | 7.25 | $1,857.20 | LTI interpolation, draft benchmarking report and update same based upon comments of Eric Rentsch. |
| Dempsey  John | 2-Aug-10 | $625.00 | 1.00 | $725.00 | Review draft of IP co materials. |
| Rentsch  Eric | 2-Aug-10 | $275.00 | 2.00 | $638.00 | Peer review of IP Co. benchmarking analysis for Joe Malandruccolo. |
| Kaplan  Lauren | 3-Aug-10 | $275.00 | 1.00 | $319.00 | Peer review for Joe Malandruccolo. |
| Malandruccolo  Joseph | 3-Aug-10 | $220.00 | 7.00 | $1,786.40 | Update report based on Elena King's feedback; perform additonal analyses to benchmark relative cost of IP Co. plan to NBS and corporate plans; gap to market analysis; updates to the report based upon same. |
| Dempsey  John | 4-Aug-10 | $625.00 | 3.00 | $2,175.00 | Review draft of IP co materials. |
| Kaplan  Lauren | 4-Aug-10 | $275.00 | 1.75 | $510.40 | Peer review for Joe Malandruccolo. |
| King  Rene | 4-Aug-10 | $575.00 | 1.00 | $667.00 | Review IP draft proposal. |
| Malandruccolo  Joseph | 4-Aug-10 | $220.00 | 1.00 | $255.20 | Updating Nortel deliverable and creating multiple exhibits at the direction of Elena King and John Dempsey. |
| Malandruccolo  Joseph | 4-Aug-10 | $220.00 | 11.75 | $3,011.36 | Create a benchmarking detail deliverable, including detail behind 27 benchmarked positions and benchmarking report; revise smae to reflect John Dempsey comments. |
| Malandruccolo  Joseph | 4-Aug-10 | $220.00 | 1.00 | $255.20 | Conference with Dempsey  Rene King, Elena King and John Shaugnessy to discuss benchmarking deliverable. |
| Dempsey  John | 5-Aug-10 | $625.00 | 3.00 | $2,175.00 | Review draft of IP co materials. |
| King  Rene | 5-Aug-10 | $575.00 | 2.50 | $1,667.50 | Review IP draft proposal. |
| Malandruccolo  Joseph | 5-Aug-10 | $220.00 | 6.75 | $1,709.84 | Update benchmarking to include the new incumbent list provided by Nortel; revise the JCI grades by A/B distinction and broke out the category 04-01 into separate categories. |
| Malandruccolo  Joseph | 5-Aug-10 | $220.00 | 1.00 | $255.20 | Conference call with John Dempsey, Rene King and  J. Shaughnessy to discuss the IP Co. benchmarking report draft. |
| Malandruccolo  Joseph | 5-Aug-10 | $220.00 | 1.00 | $255.20 | Additional conference call with John Dempsey,  Rene King and John Shaughnessy to discuss the IP Co. benchmarking report draft. |
| Dempsey  John | 6-Aug-10 | $625.00 | 2.00 | $1,450.00 | Review draft of IP co materials. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo Joseph | 6-Aug-10 | $220.00 | 0.25 | $76.56 | Telephone conference with Elena King and John Dempsey regarding items discussed on client call. |
| Malandruccolo Joseph | 6-Aug-10 | $220.00 | 0.75 | $178.64 | Telephone conference with John Dempsey, Elena King, H. Chambers, J. Veschi and G. Riedel t regarding the IP Co. incentive plan and benchmarking. |
| Malandruccolo Joseph | 6-Aug-10 | $220.00 | 0.25 | $76.56 | Draft broadcast email and in-house expert regarding IP / Patent organization premiums given to non-JD incumbents; conversation with Rothier to discuss the nature of the |
| Dempsey John | 9-Aug-10 | $625.00 | 1.00 | $725.00 | Update IP report. |
| Malandruccolo Joseph | 9-Aug-10 | $220.00 | 0.75 | $178.64 | Analysis of patent attorney premiums to other attorney specialists and attorney generalists to identify the market premium offered to patent attorneys. |
| Dempsey John | 10-Aug-10 | $625.00 | 1.00 | $725.00 | Update IP report. |
| Malandruccolo Joseph | 10-Aug-10 | $220.00 | 0.50 | $127.60 | Prepare analysis to identify the market premium for jobs in the R&D industry (patent specialist proxy) specific to engineers and finance managers. |
| Dempsey John | 11-Aug-10 | $625.00 | 1.00 | $725.00 | Update IP report. |
| King Rene | 11-Aug-10 | $575.00 | 1.50 | $1,000.50 | Analyze and attend to IP organization issues. |
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 1.00 | $255.20 | Finalization of the market non-attorney premium analysis and review the findings for same. |
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 2.25 | $586.96 | Review Mercer Benchmark Database for comparable jobs based on Nortel input; update benchmarking analysis to reflect Nortel input; create a draft organization chart based on Nortel input. |
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 0.75 | $178.64 | Update benchmarking analysis based on working session with Rene King, including changes to methodology/job matches. |
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 0.25 | $76.56 | Review Nortel benchmarking analysis to confirm methodology. |
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 0.75 | $178.64 | Client call with John Shaughnessy, Chambers, Veschi and Rene King to discuss the benchmarking methodology and follow-up call with John Shaughnessy regarding same. |
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 1.00 | $255.20 | Meeting with Rene King to discuss benchmarking methodology. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo Joseph | 11-Aug-10 | $220.00 | 0.25 | $76.56 | Update report to reflect changes to the analysis as well as the prior report sent by John Dempsey. |
| Dempsey John | 12-Aug-10 | $625.00 | 1.00 | $725.00 | Udate IP report. |
| King Rene | 12-Aug-10 | $575.00 | 1.00 | $667.00 | IP organization. |
| Malandruccolo Joseph | 12-Aug-10 | $220.00 | 1.75 | $459.36 | Working session regarding benchmarking methodology and survey data with John Dempsey and Rene King. |
| Malandruccolo Joseph | 12-Aug-10 | $220.00 | 0.50 | $127.60 | Review and prepare for working session with John Dempsey and Rene King, including review of market analysis market data org chart and the creation of an org chart diagram for the group's review. |
| Malandruccolo Joseph | 12-Aug-10 | $220.00 | 1.25 | $306.24 | Update the benchmarking analysis and report based on discussions held during working session with John Dempsey and Rene King; incorporated Nortel feedback from the 8/11 meeting between Nortel and Mercer. |
| Dempsey John | 13-Aug-10 | $625.00 | 1.00 | $725.00 | Update IP report. |
| Malandruccolo Joseph | 13-Aug-10 | $220.00 | 0.25 | $76.56 | Review and revise R&D - patent premium for internal review and presentation format. |
| Malandruccolo Joseph | 13-Aug-10 | $220.00 | 0.50 | $127.60 | Review and validate Mercer benchmarking data using non-standard data sources as a point of reference. |
| Malandruccolo Joseph | 13-Aug-10 | $220.00 | 1.00 | $255.20 | Review analysis and update the benchmarking report. |
| Dempsey John | 16-Aug-10 | $625.00 | 1.00 | $725.00 | Peer review and prep of materials. |
| Dempsey John | 16-Aug-10 | $625.00 | 1.00 | $725.00 | Progress call with John Shaughnessy, Elena King and Joe Malandruccolo. |
| King Rene | 16-Aug-10 | $575.00 | 1.00 | $667.00 | IP retention deck. |
| Malandruccolo Joseph | 16-Aug-10 | $220.00 | 0.75 | $178.64 | Set-up and create preliminary analyses surrounding benchmarking top 4 incumbents at IP Co. |
| Malandruccolo Joseph | 16-Aug-10 | $220.00 | 1.00 | $255.20 | Update benchmarking analysis to reflect updates from J. Dempsey and R. King regarding the JCI level and bonus opportunity of two incumbents. |
| Malandruccolo Joseph | 16-Aug-10 | $220.00 | 0.75 | $153.12 | Conferences with John Dempsey and Rene King to discuss report to be presented and benchmarking methodology regarding three JCI 06 incumbents. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo  Joseph | 16-Aug-10 | $220.00 | 0.75 | $178.64 | Meeting with Elena King, John Shaughnessy, John Dempsey and Rene King to discuss benchmarking deliverable and new benchmarking analysis of 3 JCI 06 incumbents that are non-IP Co incentive plan participants. |
| Malandruccolo  Joseph | 16-Aug-10 | $220.00 | 0.75 | $204.16 | Create spreadsheet listing Nortel positions,  market job matches,  market job descriptions, and draft basis for Mercer's job match. |
| King  Rene | 17-Aug-10 | $575.00 | 0.50 | $333.50 | IP retention deck. |
| Malandruccolo  Joseph | 17-Aug-10 | $220.00 | 1.50 | $382.80 | Create multiple custom data cuts based on market capitalization revenue  full time employees  and industry to benchmark the top 4 executives of IP Co. |
| Malandruccolo  Joseph | 17-Aug-10 | $220.00 | 0.50 | $127.60 | Update benchmarking methodology and regressing STI to determine market STI for Nortel top 4 incumbents. |
| Malandruccolo  Joseph | 17-Aug-10 | $220.00 | 0.50 | $127.60 | Conference with Rene King to discuss benchmarking methodology and data scopes to be used when benchmarking IP Co. Top 4 incumbents. |
| Dempsey  John | 18-Aug-10 | $625.00 | 0.50 | $362.50 | Meeting with Rene King and Joe Malandruccolo re Top IP Co exec benchmarking. |
| Malandruccolo  Joseph | 18-Aug-10 | $220.00 | 0.75 | $204.16 | Review and update report to reflect John Dempsey's feedback; conference with John Dempsey regarding same. |
| Malandruccolo  Joseph | 18-Aug-10 | $220.00 | 2.25 | $586.96 | Draft report of benchmarking methodology that provides the market data detail for the 8/19 call with Nortel. |
| Dempsey  John | 19-Aug-10 | $625.00 | 1.00 | $725.00 | Progress call with John Shaughnessy, Elena King and Joe Malandruccolo. |
| King  Rene | 19-Aug-10 | $575.00 | 1.50 | $1,000.50 | Review and revise IP retention deck. |
| Malandruccolo  Joseph | 19-Aug-10 | $220.00 | 0.25 | $76.56 | Update benchmarking analysis to reflect feedback received from Nortel. |
| Malandruccolo  Joseph | 19-Aug-10 | $220.00 | 1.25 | $306.24 | Perform multiple data cuts to benchmark 4 IP Co. senior leaders. |
| Malandruccolo  Joseph | 19-Aug-10 | $220.00 | 0.50 | $127.60 | Updated top 4 benchmarking analysis to incorporate Rene King's feedback. |
| Malandruccolo  Joseph | 19-Aug-10 | $220.00 | 1.00 | $255.20 | Call with John Shaughnessy, Chambers,  Veschi, John Dempsey and Rene King to discuss benchmarking report and market matches; conference with John Dempsey following meeting regarding same. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo Joseph | 19-Aug-10 | $220.00 | 0.50 | $127.60 | Conference with Rene King to discuss top 4 benchmarking results. |
| Malandruccolo Joseph | 19-Aug-10 | $220.00 | 0.50 | $127.60 | Create report based on the results of the top 4 benchmarking analysis. |
| Malandruccolo Joseph | 19-Aug-10 | $220.00 | 0.50 | $127.60 | Update the benchmarking deliverable and market data deliverable to reflect feedback received from Nortel and John Dempsey. |
| Malandruccolo Joseph | 19-Aug-10 | $220.00 | 0.75 | $178.64 | Update the broad-21 benchmarking report to reflect Rene King feedback. |
| Dempsey John | 20-Aug-10 | $625.00 | 0.50 | $362.50 | Peer review and preparation of materials. |
| Dempsey John | 23-Aug-10 | $625.00 | 0.50 | $362.50 | IP CO review. |
| Malandruccolo Joseph | 23-Aug-10 | $220.00 | 0.75 | $178.64 | Draft portion of presentation indicating the market data and comp data for JCI05B attorny positions for John Shaughnessy; provided base salary data to John Shaughnessy. |
| Dempsey John | 24-Aug-10 | $625.00 | 2.00 | $1,450.00 | Prepare for and attend conference call with Elena King and John Shaughnessy regarding IP co. |
| King Rene | 24-Aug-10 | $575.00 | 1.50 | $1,000.50 | IP retention. |
| Malandruccolo Joseph | 24-Aug-10 | $220.00 | 0.25 | $76.56 | Coordinate workflow with Katrenivis and provided King with report for review and timeline. |
| Malandruccolo Joseph | 24-Aug-10 | $220.00 | 0.25 | $76.56 | Provide John Shaughnessy with further detail behind JCI 05B market data; conference with John Dempsey and Rene King regarding client meeting on 8/24. |
| Malandruccolo Joseph | 24-Aug-10 | $220.00 | 0.50 | $127.60 | Telephone conference with Elena King, John Shaughnessy, John Dempsey and Rene King to discuss IP Co. bonus plan deliverable, Senior Leader Benchmarking deliverable, and JCI 05B market data. |
| Malandruccolo Joseph | 24-Aug-10 | $220.00 | 1.25 | $306.24 | Draft a UCC report with the IP Co. Incentive Plan proposal based on discussion at the 8/24 meeting referenced. |
| Dempsey John | 25-Aug-10 | $625.00 | 1.00 | $725.00 | Prepare for and attend meeting call with Elena King and John Shaughnessy re IP co. |
| King Rene | 25-Aug-10 | $575.00 | 0.50 | $333.50 | IP retention. |
| Malandruccolo Joseph | 25-Aug-10 | $220.00 | 0.50 | $127.60 | Call with Rene King to discuss Nortel Retention Proposal feedback and incorporate Rene King comments. |
| Malandruccolo Joseph | 25-Aug-10 | $220.00 | 0.25 | $76.56 | Update IP Retention Proposal deck to reflect John Dempsey feedback. |
| Dempsey John | 26-Aug-10 | $625.00 | 0.50 | $362.50 | Revisions to IP co report. |
| Dempsey John | 27-Aug-10 | $625.00 | 0.50 | $362.50 | Revisions to IP co report. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo Joseph | 27-Aug-10 | $220.00 | 0.75 | $178.64 | Update the IP Retention Proposal to exclude the admins based on information received from Nortel. |
| Malandruccolo Joseph | 27-Aug-10 | $220.00 | 0.50 | $127.60 | Updated the IP Retention Proposal to include the admins and change their titles at the direction of Nortel. |
| Mayer Julie | 14-Sep-10 | $65.00 | 8.25 | $625.82 | WRG IC charge. |
| Malandruccolo Joseph | 16-Sep-10 | $220.00 | 0.50 | $127.60 | Review materials sent by Nortel and develop a benchmarking methodology. |
| Malandruccolo Joseph | 16-Sep-10 | $220.00 | 0.50 | $127.60 | Establish timeline for deliverables; preliminary review of materials sent by Nortel; and correspondence with John Dempsey, Rene King and Eric Rentsch. |
| King Rene | 20-Sep-10 | $575.00 | 0.50 | $333.50 | Benchmarking. |
| Malandruccolo Joseph | 20-Sep-10 | $220.00 | 1.00 | $255.20 | Benchmarking Tim Ross and creating summary exhibits aging data and pulling additional data cuts for the benchmarking deliverable. |
| Malandruccolo Joseph | 20-Sep-10 | $220.00 | 0.25 | $76.56 | Pulling market data for the Tim Ross market pricing. |
| Malandruccolo Joseph | 20-Sep-10 | $220.00 | 0.50 | $127.60 | Meeting with Rene King and John Dempsey to discuss benchmarking methodology for Tim Ross market pricing. |
| King Rene | 21-Sep-10 | $575.00 | 1.50 | $1,000.50 | Benchmarking. |
| Malandruccolo Joseph | 21-Sep-10 | $220.00 | 0.25 | $51.04 | Update the Tim Ross deliverable based on Rene King feedback. |
| Malandruccolo Joseph | 21-Sep-10 | $220.00 | 0.25 | $76.56 | Meeting with Rene King to discuss Tim Ross benchmarking deliverable. |
| Malandruccolo Joseph | 21-Sep-10 | $220.00 | 0.50 | $127.60 | Meeting with Elena King, John Shaugnessy, John Dempsey and Rene King to discuss IP Co. Senior leader costing next steps. |
| Malandruccolo Joseph | 26-Sep-10 | $220.00 | 1.25 | $306.24 | Executiev cost of management analysis performed at the request of Elena King. |
| Malandruccolo Joseph | 29-Sep-10 | $220.00 | 3.50 | $893.20 | Research comparable public companies based on IP Co.'s characteristics; research various market data cuts; create compensation cost of management as a percentage of company value exhibit; draft report based upon same. |
| King Rene | 30-Sep-10 | $575.00 | 0.50 | $333.50 | Review IP benchmarking. |
| Dempsey John | 1-Oct-10 | $625.00 | 1.00 | $725.00 | Peer review market pricing for IP Co. |
| Malandruccolo Joseph | 1-Oct-10 | $220.00 | 0.75 | $204.16 | Update cost of management analysis based on Rene King feedback. |
| Malandruccolo Joseph | 1-Oct-10 | $220.00 | 0.25 | $51.04 | Update the cost of mangement report to reflect a 10% discount to all COO jobs based on Dempsey's feedback. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo Joseph | 1-Oct-10 | $220.00 | 0.25 | $51.04 | Final review of the benchmarking deliverable with John Dempsey and Rene King. |
| Malandruccolo Joseph | 1-Oct-10 | $220.00 | 1.75 | $459.36 | Update the cost of management deliverable to reflect John Dempsey feedback; multiple meetings with John Dempsey and John Shaugnessy regarding same. |
| Malandruccolo Joseph | 1-Oct-10 | $220.00 | 0.50 | $127.60 | Meeting with Rene King to discuss cost of management analysis. |
| Dempsey John | 4-Oct-10 | $625.00 | 0.25 | $217.50 | Call with John Shaugnessy regarding market pay report for IP CO. |
| Malandruccolo Joseph | 22-Oct-10 | $220.00 | 0.75 | $204.16 | Research and provide data regarding salary increases in India for select positions. |
| King Rene | 25-Oct-10 | $575.00 | 0.50 | $333.50 | Review response regarding India salary planning question. |
| Malandruccolo Joseph | 25-Oct-10 | $220.00 | 0.25 | $51.04 | Meeting with Rene King to discuss India issues; research additional data to describe salary issues in India. |
| Malandruccolo Joseph | 27-Oct-10 | $220.00 | 1.25 | $331.76 | Pay change analysis for select finance positions in the US; meeting with Rene King regarding same. |
| Malandruccolo Joseph | 29-Oct-10 | $220.00 | 0.50 | $127.60 | Update the IP Co. top 4 report based on comments from John Shaughnessy. |
| | | **TOTALS:** | **142.00** | **$51,985.98** | |