# EXHIBIT B

**Expenses**
**August 1, 2010 through October 31, 2010**

| Date | Cost | Description |
|---|---|---|
| August 26, 2010 | $15.00 | Meal - working late (Malandruccolo) |
| August 26, 2010 | $16.00 | Taxi home - working late (Malandruccolo) |
| August 26, 2010 | $22.20 | Meal - working late (Malandruccolo) |
| August 26, 2010 | $7.31 | Meal - working late (Malandruccolo) |
| August 26, 2010 | $10.52 | Meal - working late (Malandruccolo) |
| August 26, 2010 | $15.00 | Taxi home - working late (Malandruccolo) |
| August 26, 2010 | $15.85 | Taxi home - working late (Malandruccolo) |
| August 31, 2010 | $7,739.10 | Freeborn & Peters legal fees |
| September 10, 2010 | $149.85 | Pacer - Bankruptcy research |
| September 21, 2010 | $17.55 | Taxi home - working late (Malandruccolo) |
| September 30, 2010 | $374.40 | Freeborn & Peters legal fees |

**TOTAL:** **$8,382.78**