**EXHIBIT C**

:9114123_3.DOC.

## DISBURSEMENT SUMMARY
## OCTOBER 1 TO OCTOBER 31, 2010
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $ 637.18 |
| Airfare/Travel | $ 83.42 |
| Courier and Delivery | $ 33.77 |
| Library Computer Research | $ 223.07 |
| Long Distance Telephone Calls | $ 20.91 |
| Meals & Beverages | $ 220.15 |
| Parking | $ 26.55 |
| Photocopy Charges | $1,235.80 |
| Taxi Charges (Courier) | $ 209.77 |
| **Total Non-Taxable Disbursements** | **$2,690.62 CDN.** |

:9123982_1.DOC.