# EXHIBIT D

:9114123_3.DOC.

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: November 23, 2010  
Invoice #: 2796735  
Page 32 of 36

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 01/10/10 | Laser Copy;MattesL | 14 | 1.40 |
| 01/10/10 | Laser Copy;MattesL | 55 | 5.50 |
| 01/10/10 | Laser Copy;NELSON M | 24 | 2.40 |
| 03/10/10 | Quick Law | 1 | 100.32 |
| 03/10/10 | Laser Copy;PUSHALIK A | 107 | 10.70 |
| 04/10/10 | Laser Copy;PUSHALIK A | 52 | 5.20 |
| 04/10/10 | Quick Law | 1 | 61.62 |
| 04/10/10 | Laser Copy;NELSON M | 116 | 11.60 |
| 04/10/10 | Laser Copy;MattesL | 47 | 4.70 |
| 04/10/10 | Laser Copy;MattesL | 96 | 9.60 |
| 04/10/10 | Laser Copy;NORTH, Alexandra | 5 | 0.50 |
| 05/10/10 | Laser Copy;MattesL | 11 | 1.10 |
| 05/10/10 | Laser Copy;NELSON M | 151 | 15.10 |
| 05/10/10 | Laser Copy;GOUGEON | 3 | 0.30 |
| 05/10/10 | Laser Copy;MATHESON | 19 | 1.90 |
| 06/10/10 | Taxi in New York for R. Jacobs on Sept. 23/10; 2010-9-23 | 1 | 34.53 |
| 06/10/10 | Taxi in New York for R. Jacobs on Sept. 26/10; 2010-9-26 | 1 | 41.39 |
| 06/10/10 | Laser Copy;Waugh,Stephanie | 9 | 0.90 |
| 06/10/10 | Laser Copy;PUSHALIK A | 23 | 2.30 |
| 06/10/10 | Laser Copy;GOUGEON | 2 | 0.20 |
| 06/10/10 | Laser Copy;NELSON M | 93 | 9.30 |
| 06/10/10 | Laser Copy;MacFarlaneA | 64 | 6.40 |
| 06/10/10 | Laser Copy;MattesL | 37 | 3.70 |
| 06/10/10 | Meal at Freshii for R. Jacobs on Aug. 23/10; 2010-8-23 | 1 | 11.49 |
| 06/10/10 | Working Meal at Koya Japan for R. Jacobs on Sept. 30/10; 2010-9-30 | 1 | 14.77 |
| 07/10/10 | Quick Law | 1 | 45.82 |
| 07/10/10 | Laser Copy;MacFarlaneA | 20 | 2.00 |
| 07/10/10 | Laser Copy;PUSHALIK A | 44 | 4.40 |
| 08/10/10 | Taxi from Toronto Airport to to Eglinton for M. Wunder on Sept. 21/10; 2010-9-21 | 1 | 50.36 |
| 08/10/10 | Laser Copy;CHINJ | 68 | 6.80 |
| 08/10/10 | Taxi to meeting at Cleary in New York for M. Wunder on Sept. | 1 | 25.64 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 23, 2010  
Invoice #: 2796735  
Page 33 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| | 21/10 (see Visa for exchange); 2010-9-21 | | |
| 08/10/10 | Taxi from Cleary meeting to New York airport for M. Wunder on Sept. 21/10 (see Visa for exchange); 2010-9-21 | 1 | 45.47 |
| 08/10/10 | Air Canada change fee from New York to Toronto (for allocation meeting) for M. Wunder on Sept. 21/10 (see Visa for exchange); 2010-9-21 | 1 | 83.42 |
| 08/10/10 | Laser Copy;PUSHALIK A | 2 | 0.20 |
| 08/10/10 | Coffee at Starbucks while working in New York for M. Wunder on Sept. 21/10; 2010-9-21 | 1 | 4.24 |
| 08/10/10 | Breakfast at Starbucks in New York for M. Wunder on Sept. 21/10; 2010-9-21 | 1 | 8.38 |
| 08/10/10 | Working dinner at Sado Sushi for M. Wunder on Sept. 4/10; 2010-9-4 | 1 | 30.00 |
| 08/10/10 | Working dinner at Jerusalem Restaurant for M. Wunder on Sept. 25/10; 2010-9-25 | 1 | 15.90 |
| 08/10/10 | Parking for M. Wunder on Aug. 7/10; 2010-8-7 | 1 | 5.31 |
| 08/10/10 | Parking for M. Wunder on Sept. 10/10; 2010-9-10 | 1 | 5.31 |
| 08/10/10 | Parking for M. Wunder on Sept. 28/10; 2010-9-28 | 1 | 5.31 |
| 08/10/10 | Hotel room at Le Parker Meridien for M. Wunder on Sept. 20/10 (see Visa for exchange); 2010-9-20 | 1 | 637.18 |
| 08/10/10 | Laser Copy;NELSON M | 101 | 10.10 |
| 08/10/10 | Laser Copy;MattesL | 70 | 7.00 |
| 09/10/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 2.55 |
| 11/10/10 | Laser Copy;PUSHALIK A | 6 | 0.60 |
| 12/10/10 | Photocopy;MattesL | 65 | 6.50 |
| 12/10/10 | Laser Copy;NELSON M | 10 | 1.00 |
| 12/10/10 | Telephone;12128016971;New YorkNY;TO47 | 1 | 1.53 |
| 12/10/10 | Laser Copy;MacFarlaneA | 105 | 10.50 |
| 12/10/10 | Lexis Nexis | 1 | 15.31 |
| 12/10/10 | Laser Copy;MattesL | 186 | 18.60 |
| 13/10/10 | Taxi from court to office for M. Wunder on Sept. 29/10; 2010-9-29 | 1 | 6.19 |
| 13/10/10 | Laser Copy;MattesL | 105 | 10.50 |
| 13/10/10 | Taxi from office to court for M. Wunder on Sept. 29/10; 2010-9-29 | 1 | 6.19 |
| 13/10/10 | Working lunch at Starbucks for M. Wunder on Sept. 27/10; 2010-9-27 | 1 | 3.55 |
| 13/10/10 | Parking for M. Wunder on Oct. 6/10; 2010-10-6 | 1 | 5.31 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 23, 2010  
Invoice #: 2796735  
Page 34 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/10/10 | Parking for M. Wunder on Oct. 8/10; 2010-10-8 | 1 | 5.31 |
| 13/10/10 | Laser Copy;MacFarlaneA | 172 | 17.20 |
| 13/10/10 | Laser Copy;NELSON M | 93 | 9.30 |
| 13/10/10 | Laser Copy;PUSHALIK A | 37 | 3.70 |
| 13/10/10 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 14/10/10 | Laser Copy;VILLENEUVE C | 1 | 0.10 |
| 14/10/10 | Photocopy;VILLENEUVE C | 1 | 0.10 |
| 14/10/10 | Photocopy;MCGOVERN W | 190 | 19.00 |
| 14/10/10 | Photocopy;MCGOVERN W | 66 | 6.60 |
| 15/10/10 | Laser Copy;KUKULOWI | 48 | 4.80 |
| 15/10/10 | Laser Copy;MattesL | 99 | 9.90 |
| 15/10/10 | Laser Copy;NELSON M | 28 | 2.80 |
| 15/10/10 | Laser Copy;NELSON M | 185 | 18.50 |
| 16/10/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 4.59 |
| 18/10/10 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 582089803/468306365845 Recipient: RYAN JACOBS Company: AKIN,GUMP,STRAUSS,HAUER & FELD | 1 | 33.77 |
| 18/10/10 | Meals and Beverages - Maxim working lunch/J Hetu-M Wunder-A. MacFarlane-Nortel-Sept 23/10/Inv. 300499 | 1 | 40.20 |
| 18/10/10 | Laser Copy;NELSON M | 78 | 7.80 |
| 18/10/10 | Laser Copy;KUKULOWI | 9 | 0.90 |
| 18/10/10 | Photocopy;Kee, Evelyn | 3 | 0.30 |
| 18/10/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 19/10/10 | Working dinner at New Sky Restaurant for M. Wunder on Oct. 17/10; 2010-10-17 | 1 | 25.00 |
| 19/10/10 | Laser Copy;MATHESON | 15 | 1.50 |
| 19/10/10 | Laser Copy;MattesL | 174 | 17.40 |
| 19/10/10 | Laser Copy;NELSON M | 166 | 16.60 |
| 19/10/10 | Laser Copy;GOUGEON | 43 | 4.30 |
| 19/10/10 | Working Lunch at Longo's for M. Wunder on Oct. 13/10; 2010-10-13 | 1 | 9.68 |
| 20/10/10 | Laser Copy;MattesL | 13 | 1.30 |
| 20/10/10 | Laser Copy;GOUGEON | 265 | 26.50 |
| 20/10/10 | Laser Copy;MEDINA L | 104 | 10.40 |
| 20/10/10 | Laser Copy;NELSON M | 3 | 0.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 23, 2010  
Invoice #: 2796735  
Page 35 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 20/10/10 | Laser Copy;DamaniA | 259 | 25.90 |
| 20/10/10 | Laser Copy;GRASSI J | 3 | 0.30 |
| 21/10/10 | Laser Copy;KARTASHM | 109 | 10.90 |
| 22/10/10 | Photocopy;Williams, Denise | 15 | 1.50 |
| 22/10/10 | Laser Copy;NELSON M | 151 | 15.10 |
| 22/10/10 | Laser Copy;Kaufman, Jacob | 46 | 4.60 |
| 22/10/10 | Laser Copy;Kee, Evelyn | 404 | 40.40 |
| 22/10/10 | Laser Copy;NORTH, Alexandra | 92 | 9.20 |
| 22/10/10 | Laser Copy;MacFarlaneA | 28 | 2.80 |
| 22/10/10 | Laser Copy;MattesL | 56 | 5.60 |
| 22/10/10 | Laser Copy;Williams, Denise | 321 | 32.10 |
| 22/10/10 | Laser Copy;KUKULOWI | 155 | 15.50 |
| 22/10/10 | Photocopy;Williams, Denise | 17 | 1.70 |
| 23/10/10 | Laser Copy;MacFarlaneA | 80 | 8.00 |
| 23/10/10 | Laser Copy;Williams, Denise | 369 | 36.90 |
| 24/10/10 | Laser Copy;Williams, Denise | 1126 | 112.60 |
| 24/10/10 | Laser Copy;NORTH, Alexandra | 115 | 11.50 |
| 25/10/10 | Laser Copy;NORTH, Alexandra | 4 | 0.40 |
| 25/10/10 | Laser Copy;NELSON M | 461 | 46.10 |
| 25/10/10 | Laser Copy;Williams, Denise | 32 | 3.20 |
| 25/10/10 | Laser Copy;MacFarlaneA | 99 | 9.90 |
| 25/10/10 | Laser Copy;MATHESON | 188 | 18.80 |
| 25/10/10 | Laser Copy;MattesL | 75 | 7.50 |
| 25/10/10 | Laser Copy;MattesL | 74 | 7.40 |
| 25/10/10 | Laser Copy;BOWLES-D | 18 | 1.80 |
| 25/10/10 | Laser Copy;KUKULOWI | 105 | 10.50 |
| 25/10/10 | Laser Copy;Beer, Alison | 35 | 3.50 |
| 26/10/10 | Photocopy;Kee, Evelyn | 10 | 1.00 |
| 26/10/10 | Laser Copy;MattesL | 390 | 39.00 |
| 26/10/10 | Laser Copy;Williams, Denise | 2 | 0.20 |
| 26/10/10 | Dinner at Swiss Chalet for D. Williams on October 22, 2010 re working late; 2010-10-22 | 1 | 15.47 |
| 26/10/10 | October 24, 2010 - Meal allowance for Alex North and Denise Williams - Sushi Garden.; 2010-10-24 | 1 | 33.97 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: November 23, 2010  
Invoice #: 2796735  
Page 36 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 26/10/10 | Working lunch at Starbucks for M. Wunder on Oct. 25/10; 2010-10-25 | 1 | 7.50 |
| 26/10/10 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 26/10/10 | Laser Copy;NELSON M | 526 | 52.60 |
| 26/10/10 | Laser Copy;Kee, Evelyn | 495 | 49.50 |
| 26/10/10 | Laser Copy;WALKER R | 256 | 25.60 |
| 26/10/10 | Laser Copy;GOUGEON | 6 | 0.60 |
| 26/10/10 | Laser Copy;NELSON M | 115 | 11.50 |
| 26/10/10 | Laser Copy;KARTASHM | 156 | 15.60 |
| 27/10/10 | Laser Copy;MattesL | 10 | 1.00 |
| 27/10/10 | Laser Copy;MacFarlaneA | 89 | 8.90 |
| 27/10/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 11.73 |
| 27/10/10 | Laser Copy;NELSON M | 114 | 11.40 |
| 27/10/10 | Laser Copy;HETU, Jarvis | 45 | 4.50 |
| 27/10/10 | Laser Copy;MattesL | 43 | 4.30 |
| 27/10/10 | Laser Copy;GOUGEON | 9 | 0.90 |
| 28/10/10 | Laser Copy;BERGLUND | 14 | 1.40 |
| 28/10/10 | Laser Copy;KUKULOWI | 59 | 5.90 |
| 28/10/10 | Laser Copy;MacFarlaneA | 76 | 7.60 |
| 28/10/10 | Laser Copy;NELSON M | 618 | 61.80 |
| 28/10/10 | Laser Copy;Williams, Denise | 458 | 45.80 |
| 28/10/10 | Laser Copy;MattesL | 144 | 14.40 |
| 28/10/10 | Laser Copy;BERGLUND | 711 | 71.10 |
| 29/10/10 | Laser Copy;MacFarlaneA | 32 | 3.20 |
| 29/10/10 | Laser Copy;NELSON M | 33 | 3.30 |
| | Total | CDN | $2,690.62 |