**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 30.5 | $785.00 | $23,942.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 16.2 | $775.00 | $12,555.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 37.4 | $750.00 | $28,050.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 17.5 | $785.00 | $13,737.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 82.2 | $750.00 | $61,650.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 8.1 | $520.00 | $4,212.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 19.8 | $375.00 | $7,425.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 12.5 | $310.00 | $3,875.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 21.0 | $320.00 | $6,720.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 34.6 | $310.00 | $10,726.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 87.5 | $600.00 | $52,500.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 0.5 | $600.00 | $300.00 |
| Villeneuve, C. | Paralegal | | | 3.5 | $210.00 | $735.00 |
| Beer, Alison | Associate | Financial Restructuring | Ontario - 2010 | 6.1 | $310.00 | $1,891.00 |
| Williams, D. | Associate | Financial Restructuring | Ontario - 2010 | 42.5 | $310.00 | $13,175.00 |
| Kaufman, J. | Articling Student | | | 1.0 | $200.00 | $200.00 |
| | | | | | | |
| TOTAL | | | | 420.9 | CDN. | $241,694.00 |