### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                :

*In re*                :     Chapter 11

                :

Nortel Networks Inc., *et al.*,[1]     :     Case No. 09-10138 (KG)

                :

           Debtors.    :     Jointly Administered

                :

-------------------------------------------------------X  **Objections Due: December 13, 2010 at 4:00 p.m. (ET)**

### NOTICE OF SEVENTH INTERIM APPLICATION OF SHEARMAN & STERLING LLP, AS NON-ORDINARY COURSE PROFESSIONAL SPECIAL LITIGATION COUNSEL, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2010 THROUGH OCTOBER 31, 2010

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

        Attached hereto is the **Seventh Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through October 31, 2010** (the "Application").

        You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 13, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

        At the same time, you must serve such Objection on the applicant and on counsel for the Debtors so as to be received by the Objection Deadline.

        A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 23, 2010
      Wilmington, Delaware

              CLEARY GOTTLIEB STEEN & HAMILTON LLP

              James L. Bromley (admitted *pro hac vice*)
              Lisa M. Schweitzer (admitted *pro hac vice*))
              One Liberty Plaza
              New York, New York 10006
              Telephone:  (212) 225-2000
              Facsimile:  (212) 225-3999

                - and -

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              Derek C. Abbott (No. 3376)
              Eric D. Schwartz (No. 3134)
              Ann C. Cordo (No. 4817)
              Alissa T. Gazze (No. 5338)
              1201 North Market Street, 18th Floor
              P.O. Box 1347
              Wilmington, DE  19899-1347
              Telephone:  (302) 658-9200
              Facsimile:  (302) 425-4663

              Counsel for the Debtors and Debtors in Possession