# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

August 1, 2010 through October 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Brian Burke (2005) | Associate/Litigation | 580 | 7 | $4,060.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 580 | 5.1 | $2,958.00 |
| Ira Weiner | Managing Attorney | 340 | .5 | $170.00 |
| Mary Glennon | Paralegal | 245 | 10.6 | $2,597.00 |
| Ruth Sheopaul | Case Clerk | 185 | 4.6 | $851.00 |
| **Total** | | | 27.8 | $10,636.00 |
| **Grand Total:** $10,636.00 | | | | |
| **Blended Rate:** $382.59 | | | | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 11/17/10                     PROFORMA NO.        849201
02205-00016                                      BATCH NO.           659776
                                                 THROUGH DATE:     10/31/10
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

     Currency:  US DOLLARS

===================================================================================

## Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 09/15/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .50 | 92.50 | 29675943 |
| 10/18/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .60 | 111.00 | 29809251 |
| 10/22/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .70 | 129.50 | 29838210 |
| 10/26/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .60 | 111.00 | 29849150 |
| 10/27/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.50 | 29856531 |
| | TOTAL HOURS:<br>TOTAL FEES: | 2.70 | 499.50 | |

Page (5) 13

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/17/10          PROFORMA NO.        849202
02205-00018                            BATCH NO.           659776
                                       THROUGH DATE: 10/31/10

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

   Currency:  US DOLLARS

==================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 08/31/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.50 | 29622077 |
| 10/01/10 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.50 | 29754783 |
| | TOTAL HOURS: | .60 | | |
| | TOTAL FEES: | | 111.00 | |

# SHEARMAN & STERLING LLP

| | |
|---|---|
| PROFORMA GENERATED: 11/17/10 | PROFORMA NO.    849203 |
| 02205-00021 | BATCH NO.       659776 |
| | THROUGH DATE: 10/31/10 |

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency: US DOLLARS

==================================================================================

## Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 09/17/10 | 13325 Glennon, Mary M. | .40 | 98.00 | 29692122 |

Filed legal filings.

| 10/08/10 | 13325 Glennon, Mary M. | 1.40 | 343.00 | 29789061 |

Reviewed and responded to e-mails from T. Gilroy; drafted e-mails to records regarding Nortel matters indices and box count; reviewed list of matters.

| 10/13/10 | 13325 Glennon, Mary M. | 5.40 | 1,323.00 | 29801419 |

Regulatory: reviewed and responded to e-mails from B. Burke and T. Gillroy regarding custodians and date range in database; telephone calls regarding same; e-mails to J. Kapp regarding Kroll database, telephone call with J. Boulanger at Kroll regarding custodian info; review of archived e-mails regarding same; created complete custodian list from Kroll and Fios custodians.

| 10/14/10 | 13325 Glennon, Mary M. | 2.50 | 612.50 | 29801427 |

Regulatory: Coordinated drafting of custodian list with document processing; review of J. Boulange e-mails; responded to same; reviewed spreadsheets received from Kroll; telephone call with B. Burke regarding project, reviewed final draft of complete custodian list.

| 10/23/10 | 13325 Glennon, Mary M. | .60 | 147.00 | 29858510 |

Regulatory: Filed posted legal filings; memos and correspondence; organized files.

| 10/13/10 | 15492 Burke, Brian | 1.00 | 580.00 | 29804780 |

Corresponded with D. Powers, M. Glennon and T. Gilroy in response to inquiry regarding restatement databases; reviewed archived emails regarding composition of Kroll databases.

| 10/14/10 | 15492 Burke, Brian | 1.20 | 696.00 | 29804781 |

Reviewed emails regarding contents and date ranges of restatement databases; arranged for creation of master custodian chart; drafted email to D. Powers in response to inquiry

Page (7) 23

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/17/10
02205-00021

PROFORMA NO.    849203
BATCH NO.       659776
THROUGH DATE: 10/31/10

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency: US DOLLARS

```
=================================================================
                                              Hours    Amount    Index #
Date       Timekeeper
```

regarding restatement databases; discussions and emails with M. Glennon regarding foregoing.

10/22/10  15492  Burke, Brian                                        1.50   870.00  29836688
Reviewed docket in SEC action (SDNY) in response to inquiry from D. Powers (.5); corresponded with D. Powers and counsel for F. Dunn regarding status of document requests and stay of proceedings in SEC action (.5); reviewed papers filed by plaintiffs' counsel in Nortel II settlement and forwarded to Allen & Overy (counsel for monitor) for consideration, and left voicemail for E. Dellit at Allen & Overy regarding same (.5).

09/08/10  16476  Gilroy, Terence P.                                  2.10  1,218.00  29649098
Bankruptcy - Meeting with D. McPherson regarding sixth interim and quarterly fee applications (.3); drafted sixth interim and quarterly fee applications (1.5); call and correspondence with A. Cordo regarding fee applications.

09/09/10  16476  Gilroy, Terence P.                                  1.10   638.00  29659616
Bankruptcy - Call with A. Cordo regarding fee application (.2); meeting with D. McPherson regarding same (.4); edited fee application (.5).

10/08/10  16476  Gilroy, Terence P.                                   .80   464.00  29786622
SEC - Call with S. Baskin regarding SEC inquiry concerning documents (.2); call with J. Boulanger from Kroll regarding same (.5); corresponded with J. Boulanger regarding same (.1).

10/12/10  16476  Gilroy, Terence P.                                  1.10   638.00  29786628
SEC - Call with V. Martinez from SEC regarding inquiry concerning Nortel document retention (.3); conducted research regarding V. Martinez inquiry (.8).

10/20/10  20891  Sheopaul, Ruth                                       .40    74.00  29819942
Reviewed papers and made docket and calendar entries in Law Manager.

Page (8) 24

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 11/17/10              PROFORMA NO.      849203
02205-00021                               BATCH NO.         659776
                                          THROUGH DATE:   10/31/10
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency: US DOLLARS
========================================================================

```
Date      Timekeeper                                  Hours    Amount   Index #
10/26/10  20891  Sheopaul, Ruth                        .30      55.50  29849153
                 Reviewed papers and made docket and calendar
                 entries in Law Manager.

10/27/10  20891  Sheopaul, Ruth                        .30      55.50  29856535
                 Reviewed papers and made docket and calendar
                 entries in Law Manager.


          TOTAL HOURS:                               20.10
          TOTAL FEES:                                       7,812.50
```