# EXHIBIT B

# EXPENSE SUMMARY

All Matters

August 1, 2010 through October 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $5.80 |
| Electronic Docket Information | Court Alert | $617.34 |
| Electronic Docket Information | Pacer | $15.00 |
| Electronic Docket Information | E-Law | $137.16 |
| Computer Research | ALM Media | $434.40 |
| **Total Expenses:** | | $1,209.70 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/17/10
02205-00016

PROFORMA NO.        849201
BATCH NO.           659776
THROUGH DATE: 10/31/10

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

Currency:  US DOLLARS
========================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 10/06/10 | CPY | 06262 Baskin, Stuart<br>5 COPIES AT 599 5th Floor<br>Ref:         42551457     77954 | .50 | 26410707 | |
| 08/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 754506 | 107.79 | 26367457 | 31509022 |
| 09/01/10 | INF | 08288 Wiener, Ira E.<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 754578 | 30.48 | 26368667 | 31509241 |
| 09/21/10 | INF | 08288 Wiener, Ira E.<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 754706 | 222.24 | 26384614 | 31511122 |
| 09/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 755034 | 107.79 | 26410432 | 31514514 |
| 10/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 755236 | 30.48 | 26414602 | 31514957 |
| 10/05/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 755521 | 12.00 | 26438052 | 31518394 |
| 10/25/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 755535 | 212.16 | 26440319 | 31518396 |

TOTAL                                          723.44

Page (6) 14

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/17/10  
02205-00018

PROFORMA NO.      849202  
BATCH NO.         659776  
THROUGH DATE: 10/31/10

**NORTEL NETWORKS LIMITED**  
**MARCH 2004 ERISA ACTION**

Currency: US DOLLARS

========================================================================

### Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 08/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 754506 | 38.65 | 26367458 | 31509022 |
| 09/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 755034 | 38.65 | 26410433 | 31514514 |
| 10/05/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 755521 | 3.00 | 26438053 | 31518394 |
|  |  | TOTAL | 80.30 |  |  |

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 11/17/10                    PROFORMA NO.        849203
02205-00021                                     BATCH NO.           659776
                                                THROUGH DATE:     10/31/10

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
==============================================================================

                              Costcard Detail

         Cost
Date     Code    Charged By                              Amount   Index #   Voucher

09/08/10 CPY   13325 Glennon, Mary M.                     1.40   26369356
               14 COPIES AT 599 5th Floor
                 Ref:            42501543    77300

09/08/10 CPY   13325 Glennon, Mary M.                      .10   26369357
               1 COPIES AT 599 5th Floor
                 Ref:            42501544    77300

09/10/10 CPY   13325 Glennon, Mary M.                      .40   26372283
               4 COPIES AT 599 5th Floor
                 Ref:            42504790    77339

10/06/10 CPY   13325 Glennon, Mary M.                     1.30   26410708
               13 COPIES AT 599 5th Floor
                 Ref:            42551503    77954

10/18/10 CPY   13325 Glennon, Mary M.                      .50   26426850
               5 COPIES AT 599 5th Floor
                 Ref:            42574867    78163

10/26/10 CPY   13325 Glennon, Mary M.                     1.40   26444488
               14 COPIES AT 599 5th Floor
                 Ref:            42592852    78372

10/26/10 CPY   13325 Glennon, Mary M.                      .20   26444489
               2 COPIES AT 599 5th Floor
                 Ref:            42592970    78372

08/31/10 INF   06262 Baskin, Stuart                       38.65  26367460  31509022
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 754506

09/01/10 INF   08288 Wiener, Ira E.                       15.24  26368669  31509241
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 754578

09/30/10 INF   06262 Baskin, Stuart                       35.93  26410435  31514514
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
```

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 11/17/10                    PROFORMA NO.      849203
02205-00021                                     BATCH NO.         659776
                                                THROUGH DATE:   10/31/10

NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
===========================================================================
         Cost
  Date   Code   Charged By                             Amount   Index # Voucher
                Bank ID: CITBKNY4 Check Number: 755034

10/01/10 INF   06262 Baskin, Stuart                     15.24 26414604 31514957
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 755236


                TOTAL                                  110.36
```