# SERVICE LIST

**BY HAND**

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE  19899-8705

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

**BY FIRST CLASS MAIL**

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

GENBAND Inc.
Attn: General Counsel
3605 E. Plano Pkwy., Suite 100
Plano, TX  75074

David S. Allinson, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Don J. McDermett, Jr., Esq.
Curt Anderson, Esq.
Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, TX  75201

Ron Ferguson, Esq.
Stikeman Elliott LLP
445 Park Avenue, 7th Floor
New York, NY  10022

Lisa D'Angelo
Wells Fargo Bank, N.A.
45 Broadway, 14th Floor
New York, NY  10006