## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Objections due:  December 14, 2010 at 4 p.m.** |

------------------------------------------------------------X

### TWENTY-SECOND INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

| | |
|---|---|
| Name of Applicant: | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | February 4, 2009 <u>nunc pro tunc</u> to January 14, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2010 through October 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $5,283,347.50 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $184,289.11 |

This is an <u> x </u> interim ___ final application

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

The total time expended for fee application preparation is approximately 118.00 hours and the corresponding compensation requested is approximately $45,121.50.[2]

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 3/13/2009 | 1/14/09 – 1/31/09 | $1,332,922.00 / $40,486.21 | $1,332,922.00 / $40,486.21 |
| 4/24/2009 | 2/1/09 – 2/28/09 | $2,401,013.00 / $85,992.41 | $2,401,013.00 / $85,992.41 |
| 6/8/2009 | 3/1/09 – 3/31/09 | $2,576,907.00 / $72,828.04 | $2,576,907.00 / $72,828.04 |
| 6/26/2009 | 4/1/09 – 4/30/09 | $3,623,969.00 / $120,840.61 | $3,623,969.00 / $120,840.61 |
| 8/12/2009 | 5/1/09 – 5/31/09 | $4,189,301.00 / $149,375.78 | $4,189,301.00 / $149,375.78 |
| 8/28/2009 | 6/1/09 – 6/30/09 | $6,719,870.00 / $260,256.78 | $6,719,870.00 / $260,256.78 |
| 9/2/2009 | 7/1/09 – 7/31/09 | $6,401,447.00 / $105,860.59 | $6,401,447.00 / $105,860.59 |
| 10/12/09 | 8/1/09 – 8/31/09 | $3,500,255.50 / $144,692.17 | $3,500,255.50 / $144,692.17 |
| 11/4/09 | 9/1/09 – 9/30/09 | $6,121,796.50 / $211,814.25 | $6,121,796.50 / $211,814.25 |
| 11/20/09 | 10/1/09 – 10/31/09 | $5,809,684.00 / $113,043.44 | $5,809,684.00 / $113,043.44 |
| 1/27/10 | 11/1/09 – 11/30/09 | $6,749,148.00 / $331,025.87 | $6,749,148.00 / $331,025.87 |
| 2/17/10 | 12/1/09 – 12/31/09 | $5,464,702.00 / $181,160.07 | $5,464,702.00 / $181,160.07 |
| 2/24/10 | 1/1/10 – 1/31/10 | $4,140,091.00 / $219,515.26 | $4,140,091.00 / $219,515.26 |
| 4/29/10 | 2/1/10 – 2/28/10 | $4,905,787.00 / $171,181.35 | $4,905,787.00 / $171,181.35 |
| 5/25/10 | 3/1/10 – 3/31/10 | $5,773,802.50 / $192,424.98 | $5,773,802.50 / $192,424.98 |
| 6/3/10 | 4/1/10 – 4/30/10 | $4,167,775.00 / $99,664.64 | $4,167,775.00 / $99,664.64 |
| 7/30/10 | 5/1/10 – 5/31/10 | $5,235,168.50 / $122,250.74 | $5,235,168.50 / $122,250.74 |
| 8/20/10 | 6/1/10 – 6/30/10 | $4,656,897.50 / $125,657.93 | $4,656,897.50 / $125,657.93 |
| 9/7/10 | 7/1/10 – 7/31/10 | $3,807,758.00 / $61,121.85 | $3,807,758.00 / $61,121.85 |
| 10/1/10 | 8/1/10 – 8/31/10 | $4,768,299.00 / $68,351.89 | $3,814,639.20 / $68,351.89 |
| 11/4/10 | 9/1/10 – 9/30/10 | $5,064,338.00 / $101,664.93 | Pending |

---

[2]        Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

## COMPENSATION BY PROFESSIONAL
### Nortel Networks Inc., *et al.*
### (Case No. 09-10138 (KG))

October 1, 2010 through October 31, 2010[3]

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BROMLEY, JAMES L. | Partner - Bankruptcy, Litigation | $995 | 309.00 | $307,455.00 |
| GOTTLIEB, SARA L. | Associate | 515 | 294.50 | 151,667.50 |
| BODDEN, DENNIS | Temporary Attorney | 180 | 292.80 | 52,704.00 |
| SHAIKH, HEENA | Temporary Attorney | 180 | 277.50 | 49,950.00 |
| SCOTT, NIKKISHA | Temporary Attorney | 180 | 277.40 | 49,932.00 |
| CUSACK, NICOLE | Temporary Attorney | 180 | 273.20 | 49,176.00 |
| ROSE, STEPHEN | Temporary Attorney | 180 | 267.00 | 48,060.00 |
| RYLANDER, JASON | Temporary Attorney | 180 | 265.20 | 47,736.00 |
| HONG, HEE SON | Temporary Attorney | 180 | 262.60 | 47,268.00 |
| CLARKIN, DANIEL | Temporary Attorney | 180 | 262.10 | 47,178.00 |
| NAROW, STEVEN | Temporary Attorney | 180 | 256.90 | 46,242.00 |
| TIVEN, GREGG | Temporary Attorney | 180 | 253.80 | 45,684.00 |
| PEACOCK, LAUREN L. | Associate | 630 | 248.70 | 156,681.00 |
| MURTY, ERIN | Temporary Attorney | 180 | 243.10 | 43,758.00 |
| CAVANAGH, JUSTIN | Temporary Attorney | 180 | 232.70 | 41,886.00 |
| KIM, JOAN | Paralegal | 215 | 227.90 | 48,998.50 |
| BAIK, ROBIN | Associate | 570 | 189.70 | 108,129.00 |
| RYAN, ROBERT J. | Associate | 375 | 187.30 | 70,237.50 |
| ERICKSON, JODI | Associate | 325 | 183.90 | 59,767.50 |
| BUSSIGEL, EMILY A. | Associate | 450 | 183.30 | 82,485.00 |
| BRITT, TAMARA J. | Associate | 450 | 180.00 | 81,000.00 |
| BIANCA, SALVATORE F. | Associate | 630 | 170.00 | 107,100.00 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation | 905 | 161.70 | 146,338.50 |
| LIPNER, LOUIS | Associate | 515 | 159.20 | 81,988.00 |
| SERCOMBE, MEGHAN M. | Associate | 605 | 157.40 | 95,227.00 |
| FLEMING-DELACRUZ, MEGAN | Associate | 570 | 152.10 | 86,697.00 |
| QUA, IAN | Paralegal | 240 | 147.70 | 35,448.00 |
| FORREST, NEIL | Senior Attorney - Litigation | 770 | 145.90 | 112,343.00 |
| KALLSTROM-SCHRECKENG, JESSICA | Associate | 375 | 145.90 | 54,712.50 |
| ECKENROD, RUSSELL D. | Associate | 570 | 144.40 | 82,308.00 |
| ILAN, DANIEL | Counsel - Intellectual Property | 675 | 136.70 | 92,272.50 |
| PARALEGAL, TEMPORARY | Temporary Paralegal | 240 | 136.40 | 32,736.00 |
| ZELBO, HOWARD S. | Partner - Litigation | 995 | 135.90 | 135,220.50 |
| GEIGER, THEODORE | Associate | 605 | 131.70 | 79,678.50 |

---

[3]    Arranged in descending order according to Total Billed Hours.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BUELL, DEBORAH M. | Partner – Litigation | 995 | 130.80 | 130,146.00 |
| ROZENBERG, INNA | Senior Attorney - Litigation | 695 | 130.40 | 90,628.00 |
| GALVIN, JAMIE R. | Associate | 375 | 122.50 | 45,937.50 |
| NORTHROP, DANIEL J. | Associate | 375 | 122.30 | 45,862.50 |
| SPIERING, KIMBERLY | Associate | 630 | 116.60 | 73,458.00 |
| MOSSEL, KIMBERLY | Associate | 325 | 116.50 | 37,862.50 |
| RANDAZZO, ANTHONY | Associate | 515 | 116.30 | 59,894.50 |
| KIM, JANE | Associate | 630 | 114.60 | 72,198.00 |
| SIDHU, KAMAL | Associate | 375 | 111.40 | 41,775.00 |
| O'NEILL, KATHLEEN M. | Associate | 605 | 110.40 | 66,792.00 |
| DE LEMOS, DAISY | Temporary Attorney | 180 | 103.80 | 18,684.00 |
| BROD, CRAIG B. | Partner – Corporate | 995 | 102.40 | 101,888.00 |
| SHERRETT, JESSE D.H. | Associate | 375 | 99.80 | 37,425.00 |
| LANZKRON, JOSEPH | Associate | 450 | 96.70 | 43,515.00 |
| HAILEY, KARA | Senior Attorney - Corporate, Bankruptcy | 695 | 88.30 | 61,368.50 |
| STREATFEILD, LUKE | Associate | 695 | 88.00 | 61,160.00 |
| LACKS, JEREMY | Associate | 515 | 85.60 | 44,084.00 |
| CONDLIN, CHRISTOPHER S. | Associate | 450 | 79.40 | 35,730.00 |
| HERRINGTON, DAVID H. | Counsel – Litigation | 835 | 77.20 | 64,462.00 |
| CROFT, JAMES | Associate | 570 | 70.90 | 40,413.00 |
| CURRIE, KATHERINE | Associate | 450 | 70.70 | 31,815.00 |
| JANG, MEE-JUNG | Associate | 450 | 70.70 | 31,815.00 |
| OLIWENSTEIN, DAVID | Associate | 515 | 70.30 | 36,204.50 |
| KRUTONOGAYA, ANNA | Associate | 450 | 66.00 | 29,700.00 |
| TAIWO, EBUNOLUWA | Associate | 515 | 62.60 | 32,239.00 |
| ROBERTS, KATHERINE | Associate | 630 | 62.20 | 39,186.00 |
| VAN NULAND, LORIN R. | Associate | 375 | 60.30 | 22,612.50 |
| CERCEO, ANTHONY R. | Associate | 450 | 59.80 | 26,910.00 |
| GIBBON, BRENDAN H. | Associate | 630 | 57.50 | 36,225.00 |
| DRAKE, JULIET A. | Associate | 630 | 55.70 | 35,091.00 |
| MARETTE, PATRICK | Associate | 630 | 55.50 | 34,965.00 |
| VANEK, MATTHEW J. | Associate | 570 | 51.10 | 29,127.00 |
| GRANDINETTI, MEGAN | Associate | 515 | 50.90 | 26,213.50 |
| KIM-PARK, JUDY | Associate | 180 | 50.10 | 9,018.00 |
| CAREW-WATTS, ANTONIA | Associate | 450 | 49.50 | 22,275.00 |
| CARPENTER, KEITH | Paralegal | 215 | 49.30 | 10,599.50 |
| TODARELLO, VINCENT | Temporary Attorney | 180 | 47.30 | 8,514.00 |
| KIM, EUGENE S. | Associate | 450 | 47.10 | 21,195.00 |
| MCRAE, WILLIAM | Partner – Tax | 950 | 46.10 | 43,795.00 |
| SEERY, JUSTIN | Associate | 515 | 46.10 | 23,741.50 |
| DEEGE, ALEXANDRA | Associate | 630 | 45.00 | 28,350.00 |
| PHILLIPS, TIM | Associate | 450 | 44.50 | 20,025.00 |
| BARRETO, BRENDA | Temporary Attorney | 180 | 44.10 | 7,938.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| GALVIS, SANDRA J. | Senior Attorney - Corporate, Bankruptcy | 770 | 43.10 | 33,187.00 |
| FRANCOIS, DAPHNEY | Associate | 450 | 42.60 | 19,170.00 |
| KLEIN, KERRIN T. | Associate | 450 | 42.10 | 18,945.00 |
| BROWN, MARY ASHBY | Temporary Attorney | 180 | 39.60 | 7,128.00 |
| O'KEEFE, PETER | Paralegal | 240 | 39.50 | 9,480.00 |
| SCHULTE, KATHERINE F. | Associate | 570 | 39.20 | 22,344.00 |
| WILSON-MILNE, KATHERINE L. | Associate | 450 | 39.20 | 17,640.00 |
| PENN, JEFFREY | Associate | 570 | 38.30 | 21,831.00 |
| KOSTOV, MARTIN N. | Associate | 375 | 37.00 | 13,875.00 |
| JAMES, NATALIE | Temporary Attorney | 180 | 36.00 | 6,480.00 |
| BOZZELLO, PAUL | Associate | 450 | 35.30 | 15,885.00 |
| HARE, THOMAS | Solicitor Trainee | 325 | 35.10 | 11,407.50 |
| SHNITSER, NATALYA | Associate | 450 | 34.10 | 15,345.00 |
| TALSMA, ALEXANDER J. | Associate | 450 | 30.10 | 13,545.00 |
| BUZZETTA, JERILIN | Associate | 450 | 28.10 | 12,645.00 |
| CUNNINGHAM, KEVIN | Associate | 570 | 28.00 | 15,960.00 |
| LO, SHIRLEY | Associate | 450 | 27.60 | 12,420.00 |
| COOMBS, ANDREW G. | Associate | 450 | 27.50 | 12,375.00 |
| GHIRARDI, LAURA | Temporary Attorney | 180 | 26.50 | 4,770.00 |
| DELAHAYE, SHANNON | Associate | 515 | 25.80 | 13,287.00 |
| PHILBRICK, JENNIFER E. | Associate | 375 | 25.40 | 9,525.00 |
| HOWARD, MATTHEW | Associate | 630 | 25.00 | 15,750.00 |
| HAYES, ROBERT N. | Associate | 375 | 24.90 | 9,337.50 |
| LIVSHIZ, DAVID | Associate | 630 | 23.30 | 14,679.00 |
| MARQUARDT, PAUL D. | Partner - M&A, Corporate, Regulatory | 950 | 22.30 | 21,185.00 |
| MEYERS, AARON J. | Associate | 515 | 22.30 | 11,484.50 |
| DE MOOR, OLIVIER | Associate | 570 | 21.00 | 11,970.00 |
| PADGETT, LAURA | Paralegal | 240 | 19.90 | 4,776.00 |
| MANDELL, ELIZABETH | Associate | 630 | 19.20 | 12,096.00 |
| LAPORTE, LEAH | Associate | 515 | 18.80 | 9,682.00 |
| GOODMAN, COREY M. | Associate | 570 | 18.60 | 10,602.00 |
| MUZTAZA, SHANAZ | Paralegal | 265 | 18.50 | 4,902.50 |
| FITZGERALD, WILLIAM | Paralegal | 240 | 17.90 | 4,296.00 |
| BELYAVSKY, VICTORIA S. | Associate | 375 | 17.70 | 6,637.50 |
| SKINNER, HELEN A. | Associate | 515 | 17.20 | 8,858.00 |
| MENDOLARO, MARIO | Associate | 605 | 17.00 | 10,285.00 |
| CHEUNG, SU | Assistant Managing Clerk | 140 | 16.80 | 2,352.00 |
| RILEY, DANIEL P. | Associate | 515 | 16.40 | 8,446.00 |
| PIPER, NATHAN | Associate | 450 | 16.10 | 7,245.00 |
| PRUNELLA, MEGAN | Associate | 375 | 15.80 | 5,925.00 |
| SUGERMAN, DAVID L. | Partner – Corporate | 995 | 14.40 | 14,328.00 |
| MARSHALL, EMILY | Solicitor Trainee | 345 | 14.00 | 4,830.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| PODOLSKY, ANDREA G. | Partner – Corporate | 995 | 13.50 | 13,432.50 |
| BAGARELLA, LAURA | Associate | 450 | 13.50 | 6,075.00 |
| MCGILL, JOHN | Senior Attorney - M&A, Corporate | 770 | 13.30 | 10,241.00 |
| KAGAN, MICHAEL | Associate | 515 | 13.20 | 6,798.00 |
| LAU, PHILBERT ANSON | Associate | 375 | 13.10 | 4,912.50 |
| KERR, JESSICA | Practice Support Specialist | 225 | 13.00 | 2,925.00 |
| WU, ALEXANDER | Associate | 375 | 12.40 | 4,650.00 |
| FISCHER, CRAIG M. | Associate | 375 | 12.00 | 4,500.00 |
| MOCKLER, JENNIFER | Paralegal | 240 | 11.80 | 2,832.00 |
| PALMER, JENNIFER M. | Associate | 605 | 11.70 | 7,078.50 |
| MARRE, VICTORIA | Paralegal | 240 | 11.60 | 2,784.00 |
| LOATMAN, JOHN R. | Associate | 630 | 10.70 | 6,741.00 |
| CAMBOURIS, ALEXANDRA | Associate | 515 | 10.20 | 5,253.00 |
| FAUBUS, BRYAN G. | Associate | 375 | 10.10 | 3,787.50 |
| JENKINS, JOHNATHAN A. | Associate | 515 | 9.90 | 5,098.50 |
| REEB, REBECCA | Associate | 450 | 9.30 | 4,185.00 |
| ROBERTSON, JOSEPH | Associate | 450 | 9.00 | 4,050.00 |
| THOMPSON, CHRISTOPHER | Assistant Managing Clerk | 140 | 9.00 | 1,260.00 |
| OLSON, JOHN | Associate | 620 | 8.80 | 5,456.00 |
| RAYMOND, ROBERT J. | Partner - Employee Benefits | 970 | 8.60 | 8,342.00 |
| DAVISON, CASEY | Associate | 515 | 8.20 | 4,223.00 |
| ALCOCK, MARY E. | Counsel - Employee Benefits | 835 | 8.00 | 6,680.00 |
| KELLY, JONATHAN | Partner – Litigation, Arbitration | 995 | 7.90 | 7,860.50 |
| BAREFOOT, LUKE | Associate | 630 | 7.70 | 4,851.00 |
| KHENTOV, BORIS | Associate | 450 | 7.60 | 3,420.00 |
| KONSTANT, JOHN W. | Associate | 630 | 7.50 | 4,725.00 |
| SCHOFER, MORGAN | Paralegal | 215 | 7.30 | 1,569.50 |
| GAUCHIER, NESLIHAN | Associate | 515 | 7.20 | 3,708.00 |
| WEINSTEIN, REBECCA D. | Associate | 450 | 7.10 | 3,195.00 |
| MODRALL, JAMES R. | Partner – M&A, Corporate | 995 | 7.00 | 6,965.00 |
| FLOW, SANDRA | Partner – Corporate | 950 | 7.00 | 6,650.00 |
| SHEER, MARGARET E. | Associate | 570 | 6.40 | 3,648.00 |
| LEVINGTON, MACEY | Associate | 450 | 6.20 | 2,790.00 |
| FLEMING, GEORGINA | Paralegal | 240 | 6.00 | 1,440.00 |
| BERRETT, TREVOR F. | Associate | 450 | 5.90 | 2,655.00 |
| BARRAS, MICHELLE | Paralegal | 215 | 5.80 | 1,247.00 |
| GUZDEK, KINGA | Associate | 390 | 5.70 | 2,223.00 |
| LIU, EMILY | Associate | 515 | 5.40 | 2,781.00 |
| FIEGE, CARSTEN | Associate | 630 | 5.10 | 3,213.00 |
| FACTOR, JASON | Partner – Tax | 950 | 4.80 | 4,560.50 |
| EMBERGER, KATHLEEN M. | Counsel - Employee Benefits | 760 | 4.70 | 3,572.00 |
| WHATLEY, CAROL | Assistant Managing Clerk | 140 | 4.60 | 644.00 |
| HERRON-SWEET, ELIZABETH | Paralegal | 240 | 4.50 | 1,080.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| WU, CATHERINE | Paralegal | 240 | 4.50 | 1,080.00 |
| HERNANDEZ, ERBER | Paralegal | 240 | 4.50 | 1,080.00 |
| BYAM, JOHN | Partner - M&A, Corporate | 995 | 4.40 | 4,378.00 |
| GROSS, ALETHEA | Paralegal | 240 | 4.30 | 1,032.00 |
| XIE, FEI | Associate | 610 | 4.00 | 2,440.00 |
| VALENCIA, LEIDY | Paralegal | 240 | 4.00 | 960.00 |
| ANGRAND, ALEXANDRA | Assistant Managing Clerk | 140 | 3.90 | 546.00 |
| SHIM, PAUL J. | Partner - M&A, Corporate | 995 | 3.50 | 3,482.50 |
| TOSON-DYSVICK, LILIA | Law Clerk | 305 | 3.20 | 976.00 |
| BUTLER, BEVIN A. | Associate | 450 | 3.10 | 1,395.00 |
| RYCKAERT, NATHALIE | Associate | 390 | 2.90 | 1,131.00 |
| PANAS, JOSHUA | Associate | 630 | 2.80 | 1,764.00 |
| GAZZOLA, CHARLES | Assistant Managing Clerk | 140 | 2.70 | 378.00 |
| ZOUBOK, LYNN | Reference Librarian | 265 | 2.30 | 609.50 |
| RENARD, GEOFFROY | Associate | 650 | 2.20 | 1,430.00 |
| ARMSTRONG, DAVID N. | Associate | 375 | 2.00 | 750.00 |
| **TOTAL HOURS:** | | | **11,983.70** | |
| **GRAND TOTAL:** | | | | **$5,283,347.50** |
| **BLENDED RATE:** | | **$480.22** | | |

# COMPENSATION BY PROJECT CATEGORY[4]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2010 through October 31, 2010

| Project Category | Total Hours | | Total Fees |
|---|---|---|---|
| Asset Dispositions | 467.30 | $ | 232,363.50 |
| Case Administration | 6,730.10 | | 2,547,383.50 |
| Claims Administration and Objections | 2,327.90 | | 1,099,679.50 |
| M&A Advice | 384.10 | | 226,080.00 |
| Employee Matters | 413.40 | | 256,752.50 |
| Customer Issues | 4.60 | | 2,470.50 |
| Supplier Issues | 50.60 | | 23,842.00 |
| Plan of Reorganization & Disclosure Statement | 164.70 | | 92,779.50 |
| Tax | 174.90 | | 110,752.00 |
| Intellectual Property | 423.20 | | 261,234.00 |
| Regulatory | 43.60 | | 26,049.50 |
| Fee and Employment Applications | 162.00 | | 73,854.50 |
| Litigation | 462.70 | | 231,755.00 |
| Real Estate | 174.60 | | 98,351.50 |
| **TOTAL** | **11,983.70** | **$** | **5,283,347.50** |

[4]    Note:  This Application includes certain fees incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

# EXPENSE SUMMARY[5]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

October 1 2010 through October 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $        3,097.68 |
| Travel – Transportation | | 19,464.66 |
| Travel – Lodging | | 4,489.35 |
| Travel – Meals | | 527.91 |
| Mailing and Shipping Charges | | 274.93 |
| Scanning Charges (at $0.10/page) | | 463.60 |
| Duplicating Charges (at $0.10/page) | | 12,423.90 |
| Color Duplicating Charges (at $0.65/page) | | 2,384.85 |
| Facsimile Charges (at $1.00/page) | | 234.00 |
| Legal Research | Lexis | 3,378.11 |
| | Westlaw | 13,324.75 |
| | PACER | 3,891.36 |
| Late Work – Meals | | 11,771.13 |
| Late Work – Transportation | | 29,364.11 |
| Conference Meals | | 40,299.10 |
| Other (see Exhibit B for detail) | | 38,899.67 |
| **Grand Total Expenses** | | **$      184,289.11** |

---

[5]        Note:  This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                   :
*In re*                                            :        Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 :        Case No. 09-10138 (KG)
                                                   :
                           Debtors.                :        Jointly Administered
                                                   :
                                                   :        **Objections due:  December 14, 2010 at 4 p.m.**
                                                   :
---------------------------------------------------------X


**TWENTY-SECOND INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN &
HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-
POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD
OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for Nortel Networks

Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), submits this application (the "Application") for interim allowance

of compensation for professional services rendered by Cleary Gottlieb to the Debtors for the

period October 1, 2010 through October 31, 2010 (the "Application Period") and reimbursement

of actual and necessary expenses incurred by Cleary Gottlieb during the Application Period

under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of

the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11

U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and the Administrative

Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 293] (the

"Interim Compensation Procedures Order").  In support of this Application, Cleary Gottlieb

represents as follows:

## JURISDICTION

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory bases for the relief requested herein are sections 330 and 331 of the

Bankruptcy Code.

## BACKGROUND

3.    On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel

Networks (CALA) Inc.,[2] filed voluntary petitions for relief under chapter 11 of the Bankruptcy

Code, which cases are consolidated for procedural purposes only.  The Debtors continue to

---

[2]    Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

2

operate their remaining businesses and manage their properties as debtors in possession pursuant

to sections 1107(a) and 1108 of the Bankruptcy Code.

4.       The Office of the United States Trustee for the District of Delaware (the "U.S.

Trustee") has appointed an Official Committee of Unsecured Creditors (the "Committee") in

respect of the Debtors [D.I.s 141, 142], and an ad hoc group of bondholders has been organized

(the "Bondholder Group").

5.       On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks

Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and

together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their

Canadian affiliates (collectively, the "Canadian Debtors")[3] commenced a proceeding with the

Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors

Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the

"Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by

the Canadian Court.  Also on the Petition Date, the High Court of England and Wales placed

nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[4] into administration

(the "English Proceedings") under the control of individuals from Ernst & Young LLP

(collectively, the "Joint Administrators").  Other Nortel affiliates have commenced and in the

---

[3]       The Canadian Debtors include the following entities:  NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[4]       The EMEA Debtors include the following entities:  Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

6.      On June 19, 2009, Nortel announced that it was advancing in discussions with external parties to sell its businesses and that it would assess other restructuring alternatives for its businesses in the event that it was unable to maximize value through sales.  Since then, Nortel has sold many of its business units and assets to various purchasers.  Efforts continue to be made with respect to the realization of value from Nortel's remaining assets.  For further information regarding these chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the Debtors and http://dm.epiq11.com/nortel.

## CLEARY GOTTLIEB'S RETENTION

7.      Prior to the Petition Date, the Debtors engaged Cleary Gottlieb as counsel in connection with potential bankruptcy filings by the Debtors.  On February 4, 2009, this Court entered the Order Authorizing the Retention and Employment of Cleary Gottlieb Steen & Hamilton LLP as Counsel for the Debtors nunc pro tunc to the Petition Date [D.I. 221].

## FEE PROCEDURES ORDER

8.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order [D.I. 222], which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.[5]

9.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of

---

[5]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

4

each calendar month.  Provided that there are no objections to such Monthly Fee Application

filed within twenty (20) days after the service of a Monthly Fee Application, the Professional

may file a certificate of no objection with the Court, after which the Debtors are authorized to

pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such

Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the

Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject

to an objection.

      10.     On June 26, 2009, Cleary Gottlieb filed its First Interim Fee Application Request

of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-

Possession, For The Period January 14, 2009 Through April 30, 2009 [D.I. 978] (the "First

Quarterly Application").  On July 17, 2009, this Court entered an Omnibus Order Allowing

Certain Professionals Interim Compensation for Services Rendered and Reimbursement of

Expenses [D.I. 1103], approving the First Quarterly Application.  On September 2, 2009, Cleary

Gottlieb filed its Second Quarterly Fee Application Request of Cleary Gottlieb Steen &

Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1,

2009 Through July 31, 2009 [D.I. 1421] (the "Second Quarterly Application").  On September

30, 2009, this Court entered the Second Omnibus Order Allowing Certain Professionals Interim

Compensation for Services Rendered and Reimbursement of Expenses [D.I. 1582], approving

the Second Quarterly Application.  On November 20, 2009, Cleary Gottlieb filed its Third

Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For

Debtors And Debtors-In-Possession, For The Period August 1, 2009 Through October 31, 2009

[D.I. 1943] (the "Third Quarterly Application").  On December 15, 2009, this Court entered the

Third Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 2143], approving the Third Quarterly Application.  On February 25, 2010, Cleary Gottlieb filed its Fourth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period November 1, 2009 Through January 31, 2010 [D.I. 2535] (the "Fourth Quarterly Application").  On March 17, 2010, this Court entered the Fourth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 2730], approving the Fourth Quarterly Application.  On June 4, 2010, Cleary Gottlieb filed its Fifth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors and Debtors-In-Possession, For the Period February 1, 2010 Through April 30, 2010 [D.I. 3147] (the "Fifth Quarterly Application").  On June 24, 2010, this Court entered the Fifth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 3217], approving the Fifth Quarterly Application.  On September 8, 2010, Cleary Gottlieb filed its Sixth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors and Debtors-In-Possession, For the Period May 1, 2010 Through July 31, 2010 [D.I. 3892] (the "Sixth Quarterly Application").  On September 30, 2010, this Court entered the Sixth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 4048], approving the Sixth Quarterly Application.

11.    During the Application Period, Cleary Gottlieb provided extensive services to the Debtors.  During such period, with the aid of Cleary Gottlieb and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), the Debtors were successful in obtaining certain relief

including, without limitation:  (a) approval of a stipulation among the Debtors, certain of their affiliates and Avaya Inc. resolving a motion filed by the Debtors against Avaya Inc.; (b) approval of the Debtors' consent to a merger transaction and related transactions as minority stockholders of Blade Network Technologies, Inc.; (c) approval of omnibus procedures for the settlement of certain avoidance claims; (d) approval of the appointment of Layn R. Phillips as mediator for resolving disputes concerning the allocation of sale proceeds by the Debtors, their constituents and certain of their affiliates; (e) approval of a stipulation between the Debtors and Ernest Demel resolving a claim filed by Ernest Demel; and (f) an order granting the Debtors' Fourteenth Omnibus Objection to Certain Claims.  Cleary Gottlieb and Morris Nichols also performed work during the Application Period that led to the Debtors successfully obtaining additional relief in November including, without limitation:  (a) an order granting the Debtors' Fifteenth Omnibus Objection to Certain Claims; (b) authorization to retain and employ Benesch Friedlander Coplan & Aronoff LLP as Special Litigation Counsel for the Debtors *nunc pro tunc* to September 17, 2010; and (c) approval of a stipulation by and among the Debtors, the Committee, and the United Kingdom Pensions Regulator (the "Regulator") regarding the Regulator's participation in mediation for resolving disputes concerning the allocation of sale proceeds.  Additionally, during the Application Period the Debtors continued the process of reviewing and reconciling claims filed by creditors prior to the general claims bar dates established in the chapter 11 proceedings, including filing omnibus objections to certain claims filed by creditors in the proceedings.

12.    Cleary Gottlieb also continued to assist the Debtors in effectively addressing many of the matters which arise during a chapter 11 case involving vendors, suppliers, customers, employees and governmental agencies.  Many of these issues were more complex due

to the international nature of the Debtors' operations.  Cleary Gottlieb also responded to

numerous inquiries by vendors, suppliers, creditors and other interested parties.  In addition,

Cleary Gottlieb engaged in numerous discussions with representatives of the Committee, the

Bondholder Group, the Canadian Debtors, the Monitor, the EMEA Debtors and the Joint

Administrators on a wide range of matters including, without limitation, inter-estate issues and

sales of assets, and assisted the Debtors in preparing for and engaging in discussions with the

same.  Cleary Gottlieb also assisted the Debtors with numerous other matters, including

regulatory and other work relating to the Debtors' reporting obligations, including those

established by the Code.

13.     Cleary Gottlieb and Morris Nichols also assisted the Debtors in seeking authority

to retain the professionals utilized by the Debtors during these cases as well as in the ordinary

course of their businesses, and coordinating the information flow to and among these

professionals and have endeavored to ensure that such professionals comply with the Local

Rules and the U.S. Trustee Guidelines.

14.     Included in this Application are certain fees and expenses incurred during a period

related to an application previously submitted, but which were not entered into the Cleary

Gottlieb accounting system until the period covered by this Application.

## RELIEF REQUESTED

15.     Cleary Gottlieb submits this Application (a) for allowance of reasonable

compensation for the actual, reasonable and necessary professional services that it has rendered

as bankruptcy counsel for the Debtors in these cases for the period from October 1, 2010 through

October 31, 2010 (and previous periods, as discussed above), and (b) for reimbursement of

actual, reasonable and necessary expenses incurred in representing the Debtors during that same period (and previous periods, as discussed above).

16.     During the period covered by this Application (and previous periods, as discussed above), Cleary Gottlieb accrued fees in the amount of $5,283,347.50.  For the same period (and previous periods, as discussed above), Cleary Gottlieb incurred actual, reasonable and necessary expenses totaling $184,289.11.  With respect to these amounts, as of the date of this Application, Cleary Gottlieb has received no payments.

17.     Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

18.     Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paralegals and other support staff and descriptions of the services provided.

19.     Exhibit B attached hereto contains a breakdown of disbursements incurred by Cleary Gottlieb during the Application Period.

20.     Cleary Gottlieb charges $0.10 per page for photocopying.

21.     Cleary Gottlieb charges $0.65 per page for color photocopying and printing.

22.     Cleary Gottlieb charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

23.     In accordance with Local Rule 2016-2, Cleary Gottlieb has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

24.     Cleary Gottlieb has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other

support staff at Cleary Gottlieb so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Cleary Gottlieb has endeavored to coordinate with Morris Nichols and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  We believe we have been successful in this regard.

25.     No agreement or understanding exists between Cleary Gottlieb and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

26.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Cleary Gottlieb respectfully requests that this Court:  (a) allow Cleary Gottlieb (i) interim compensation in the amount of $5,823,347.50 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period October 1, 2010 through October 31, 2010 (and previous periods, as discussed above), and (ii) interim reimbursement in the amount of $184,289.11 for actual, reasonable and necessary expenses incurred during the same period (and previous periods, as discussed above); (b) authorize and direct the Debtors to pay to Cleary Gottlieb the amount of $4,410,967.10, which is equal to the sum of 80% of Cleary Gottlieb's allowed interim compensation and 100% of Cleary Gottlieb's allowed expense reimbursement; and (c) grant such other and further relief as the Court deems just and proper.

10

Dated: November 24, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

11