IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
----------------------------------------------------------X   Objections Due:  December 14, 2010 at 4:00 p.m. (ET)

**NOTICE OF TWENTY-SECOND INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

        Attached hereto is the **Twenty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010** (the "Application").

        You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 14, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

        At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

        A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

        IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Dated: November 24, 2010
       Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (admitted *pro hac vice*)
    Lisa M. Schweitzer (admitted *pro hac vice*)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

        - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Alissa T. Gazze (No. 5338)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

3885165.2