## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Nortel Networks, Inc., et al.,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Objections Due: December 14, 2010 at 4:00 p.m.** |

## NINTH INTERIM APPLICATION OF ERNST & YOUNG LLP
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
## AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-
## POSSESSION FOR PERIOD OF AUGUST 1, 2010 THROUGH OCTOBER 31, 2010

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | February 5, 2009, *nunc pro tunc* to January 14, 2009 |
| Period for which compensation and reimbursement are sought: | August 1, 2010 through October 31, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $260,941.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 954.00 |

This is a(n):  _x_  interim  ___  quarterly  ____  final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Prior Applications Filed:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Total Approved |
|---|---|---|---|---|
| 6/26/09 | 1/14/09 – 4/30/09 | $285,000.00 | $0 | $285,000.00 |
| 9/3/09 | 5/1/09 – 7/31/09 | $39,739.00 | $0 | $39,739.00 |
| 10/16/09 | 8/1/09 – 9/30/09 | $26,301.00 | $0 | $26,301.00 |
| 11/19/09 | 10/1/09 – 10/31/09 | $13,607.00 | $0 | $13,607.00 |
| 2/24/10 | 11/1/09 – 12/31/09 | $186,040.00 | $670.00 | $186,710.00 |
| 2/24/10 | 1/1/10 – 1/31/10 | $74,330.00 | $375.58 | $74,705.58 |
| 6/4/10 | 2/1/10 – 4/30/10 | $265,434.50 | $858.82 | $266,293.32 |
| 9/10/10 | 5/1/10 – 7/31/10 | $230,428.50 | $674.09 | $231,102.59 |
| **TOTAL** | | **$1,120,880.00** | **$2,578.49** | **$1,123,458.49** |

DETR_1504980.1

| Professional | Position | Hourly Billing Rate (including changes)[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Anderson | Executive Director | $545.00 | 20.0 | $10,900.00 |
| Christopher Barras | Executive Director | $545.00 | 2.0 | $1,090.00 |
| William Bruno | Executive Director | $545.00 | 2.0 | $1,090.00 |
| Thomas Chappell | Executive Director | $545.00 | 0.5 | $272.50 |
| Steven Danowitz | Partner | $640.00 | 0.5 | $320.00 |
| Kerry Funderburk | Senior Manager | $540.00 | 1.0 | $540.00 |
| Matthew Gentile | Manager | $430.00 | 71.5 | $30,745.00 |
| Linda Gurene | Executive Director | $545.00 | 1.5 | $817.50 |
| Jeff Hendrickson | Manager | $325.00 | 55.4 | $18,005.00 |
| Wayne Hussey | Manager | $430.00 | 0.6 | $258.00 |
| Sarah Jacks | Mgr/Senior Mgr. | $430/$540 | 206.2 | $91,328.00 |
| David Joranko | Partner | $640.00 | 0.5 | $320.00 |
| Paul Mayberry | Senior Manager | $540.00 | 0.5 | $270.00 |
| Mark Mesler | Partner | $640.00 | 7.5 | $4,800.00 |
| Kimberly Neuschafer | Staff/Senior | $170.00 | 3.1 | $527.00 |
| Davila Niesen | Executive Director | $545.00 | 1.0 | $545.00 |
| Colleen O'Connor | Senior Manager | $540.00 | 0.3 | $162.00 |
| Jose Perez | Senior | $300.00 | 1.0 | $300.00 |
| James Scott | Partner | $640.00 | 6.5 | $4,160.00 |
| Stuart Sirkin | Executive Director | $545.00 | 0.5 | $272.50 |
| Marta Tart | Manager | $475.00 | 50.9 | $24,177.50 |
| George Tutor | Executive Director | $545.00 | 25.5 | $13,897.50 |
| Krystle VanDeventer | Staff/Senior | $170.00 | 0.5 | $85.00 |
| Rose Williams | Partner | $640.00 | 1.0 | $640.00 |
| Kenneth Zemsky | Partner | $640.00 | 1.0 | $640.00 |
| Lu Zhang | Staff/Senior | $170.00 | 98.0 | $16,660.00 |
| | | | | |
| **Subtotals** | | | **559.0** | **$222,822.50** |
| **Indirect Tax Work** | | **Fixed Fee** | **~900.0** | **$38,119.00** |
| **TOTAL** | | | **~1,459.0** | **$260,941.00** |

[2] Travel time has been billed at 50 percent of the professional's hourly rate.

3

**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Indirect Tax Services | Fixed Fee/55.4 | $56,124.00 |
| Federal and State Advisory Work | 190.8 | $92,821.00 |
| State Amended Returns and Compliance | 312.8 | $111,996.00 |
| **TOTAL** | **Fixed Fee/559.0** | **$260,941.00** |

4

DETR_1504980.1

**EXPENSE SUMMARY**
**AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

| Expense Category | Total Expenses |
|---|---|
| Ground Transportation (e.g. mileage, parking, rental car) | $482.50 |
| Meals | $290.50 |
| Miscellaneous | $181.00 |
| **TOTAL** | **$954.00** |

DETR_1504980.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| | ) | |
| Nortel Networks, Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objections Due: December 14, 2010 at 4:00 p.m.** |

**NINTH CONSOLIDATED INTERIM APPLICATION OF ERNST & YOUNG, LLP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order Authorizing The Debtors to Retain and Employ Professionals Used In the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date dated February 5, 2009 [Docket No. 236] (the "OCP Order"), and the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and Fed. R. Bankr. P. 2016-2 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members [Docket No. 222] (the "Compensation Order"), Ernst & Young, LLP ("E&Y LLP") hereby files this Ninth Consolidated Interim Application for Allowance of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Compensation for Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for the Period from August 1, 2010 through October 31, 2010 (the "Application"). By this Application, E&Y LLP seeks allowance pursuant to the Compensation Order of payments from the above-captioned debtors and debtors-in-possession (the "Debtors") of $260,941.00 in compensation and $954.00 in reimbursement for expenses incurred during the period August 1, 2010 through October 31, 2010  (the "Compensation Period").  In support of this Application, E&Y LLP respectfully represents as follows:

### Background

1.　　On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.　　E&Y LLP is employed as an ordinary course professional by the Debtors pursuant to the OCP Order.  The OCP Order authorized the Debtors to compensate ordinary course professionals in the ordinary course of business, but stated that fee applications would be required for any "Tier Two" ordinary course professional, like E&Y LLP, charging more than $50,000 in a given month or $350,000 in a calendar year.

3.　　The Debtors have retained E&Y LLP to perform indirect tax services, consisting of sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services (the "OCP Engagement") pursuant to E&Y LLP's engagement agreement with the Debtors (the "Engagement Agreement").

4.　　E&Y LLP's fees to date have exceeded the annual cap, and therefore, in accordance with the OCP Order, E&Y LLP hereby seeks approval of its fees in compliance with the Compensation Order.

DETR_1504980.1

**Compensation Paid and Its Source**

5.  All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

6.  E&Y LLP has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between E&Y LLP and any other person other than the directors of E&Y LLP for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

7.  E&Y LLP is an ordinary course professional, and its request for the payment of fees for the Indirect Tax Services is based upon a fee arrangement based on number of returns filed, at $85 per return, (less applicable credit), plus hourly fees for additional consulting work in connection with the Indirect Tax Services.  Therefore, no schedule of compensation by each professional person (which otherwise lists an hourly billing rate and number of hours) for the per-return fee component of the Indirect Tax Services work is included. A schedule of compensation by each professional for the hourly fees component is attached hereto as Exhibit A.

8.  A fee statement for the Advisory Work and the Amended Returns and Compliance project categories is also included as Exhibit A.

9.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

3

DETR_1504980.1

**Actual and Necessary Expenses**

10.    A summary of actual and necessary expenses and daily logs of expenses incurred by E&Y LLP during the Ninth Interim and Aggregate Compensation Period are attached as Exhibit B.

**Summary of Services Rendered**

11.    The directors and associates of E&Y LLP who have rendered professional services in these cases are as follows:

| NAME | TITLE |
|------|-------|
| Christopher Anderson | Executive Director |
| Christopher Barras | Executive Director |
| William Bruno | Executive Director |
| Thomas Chappell | Executive Director |
| Steven Danowitz | Partner |
| Kerry Funderburk | Senior Manager |
| Matthew Gentile | Manager |
| Linda Gurene | Executive Director |
| Jeff Hendrickson | Manager |
| Wayne Hussey | Manager |
| Sarah Jacks | Manager/Senior Manager |
| David Joranko | Partner |
| Paul Mayberry | Senior Manager |
| Mark Mesler | Partner |
| Kimberly Neuschafer | Staff/Senior |
| Davila Niesen | Executive Director |
| Colleen O'Connor | Senior Manager |
| Jose Perez | Staff/Senior |
| James Scott | Partner |
| Stuart Sirkin | Executive Director |
| Marta Tart | Manager |

4

| NAME | TITLE |
|---|---|
| George Tutor | Executive Director |
| Krystle VanDeventer | Staff/Senior |
| Rose Williams | Partner |
| Kenneth Zemsky | Partner |
| Lu Zhang | Staff/Senior |

12.      E&Y LLP, by and through the above-named persons, has advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described below.

### Summary of Services By Project

13.      The services rendered by E&Y LLP during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below.

Indirect Tax Work

Fees: $18,005.00; Total Hours: ~55.4

14.      This category includes the preparation and filing of all state and local sales and use tax returns and the preparation of reports and reconciliations to assist the Debtors with the proper accounting of payments and tax credits.  E&Y LLP billed the Debtors a per-return fee for this work pursuant to the terms of the Engagement Agreement.

Advisory Work

Fees: $92,981.00; Total Hours: 190.8

15.      E&Y LLP reviewed and assisted with income tax provision issues as well as tax research matters.   The professionals provided consultation regarding state filing requirements.  E&Y LLP also completed reviews of account reconciliation schedules and other tax reporting requirements.

5

State Returns and Tax Compliance

Fees: $111,996.00; Total Hours: 312.8

16.     E&Y LLP prepared and reviewed state and federal tax returns.  This work included the review of various required disclosures as well as international compliance forms for the year-ending 12/31/09.

**Valuation of Services**

17.     The professionals and staff members of E&Y LLP have expended a total of approximately 1,459.0 hours in connection with this matter during the Compensation Period, as follows:

| PROFESSIONALS | HOURLY RATE | HOURS |
|---|---|---|
| Indirect Tax Services | Flat monthly fee | Approx. 900.0 |
| Christopher Anderson | $545 | 20.0 |
| Christopher Barras | $545 | 2.0 |
| William Bruno | $545 | 2.0 |
| Thomas Chappell | $545 | 0.5 |
| Steven Danowitz | $640 | 0.5 |
| Kerry Funderburk | $540 | 1.0 |
| Matthew Gentile | $430 | 71.5 |
| Linda Gurene | $545 | 1.5 |
| Jeff Hendrickson | $325 | 55.4 |
| Wayne Hussey | $430 | 0.6 |
| Sarah Jacks | $430 | 182.0 |
| Sarah Jacks(2) | $540 | 24.2 |
| David Joranko | $640 | 0.5 |
| Paul Mayberry | $540 | 0.5 |
| Mark Mesler | $640 | 7.5 |
| Kimberly Neuschafer | $170 | 3.1 |
| Davila Niesen | $545 | 1.0 |
| Colleen O'Connor | $540 | 0.3 |
| Jose Perez | $300 | 1.0 |

6

| PROFESSIONALS | HOURLY RATE | HOURS |
|---|---|---|
| James Scott | $640 | 6.5 |
| Stuart Sirkin | $545 | 0.5 |
| Marta Tart | $475 | 50.9 |
| George Tutor | $545 | 25.5 |
| Krystle VanDeventer | $170 | 0.5 |
| Rose Williams | $545 | 1.0 |
| Kenneth Zemsky | $640 | 1.0 |
| Lu Zhang | $170 | 98.0 |

The hourly and flat rates identified above are E&Y LLP's normal rates for work of this character.  The reasonable value of the services rendered by E&Y LLP during the Compensation Period is $260,941.00.

18.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, E&Y LLP respectfully requests that the Court authorize that for the period August 1, 2010 through October 31, 2010, an allowance be made to E&Y LLP pursuant to the terms of the Compensation Order, with respect to the sum of $208,752.80 as compensation for necessary professional services rendered (80% of $260,941.00), as well as $954.00 in reimbursement for expenses incurred, for a total of $209,706.80 and that such sum be authorized for payment and for such other and further relief as this Court may deem just and proper.

7

DETR_1504980.1

Compensation for Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for the Period from August 1, 2010 through October 31, 2010 (the "Application"). By this Application, E&Y LLP seeks allowance pursuant to the Compensation Order of payments from the above-captioned debtors and debtors-in-possession (the "Debtors") of $260,941.00 in compensation and $954.00 in reimbursement for expenses incurred during the period August 1, 2010 through October 31, 2010 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

## Background

1.      On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      E&Y LLP is employed as an ordinary course professional by the Debtors pursuant to the OCP Order. The OCP Order authorized the Debtors to compensate ordinary course professionals in the ordinary course of business, but stated that fee applications would be required for any "Tier Two" ordinary course professional, like E&Y LLP, charging more than $50,000 in a given month or $350,000 in a calendar year.

3.      The Debtors have retained E&Y LLP to perform indirect tax services, consisting of sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services (the "OCP Engagement") pursuant to E&Y LLP's engagement agreement with the Debtors (the "Engagement Agreement").

4.      E&Y LLP's fees to date have exceeded the annual cap, and therefore, in accordance with the OCP Order, E&Y LLP hereby seeks approval of its fees in compliance with the Compensation Order.

DETR_1504980.1

## Compensation Paid and Its Source

5.      All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

6.      E&Y LLP has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between E&Y LLP and any other person other than the directors of E&Y LLP for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

7.      E&Y LLP is an ordinary course professional, and its request for the payment of fees for the Indirect Tax Services is based upon a fee arrangement based on number of returns filed, at $85 per return, (less applicable credit), plus hourly fees for additional consulting work in connection with the Indirect Tax Services.   Therefore, no schedule of compensation by each professional person (which otherwise lists an hourly billing rate and number of hours) for the per-return fee component of the Indirect Tax Services work is included. A schedule of compensation by each professional for the hourly fees component is attached hereto as Exhibit A.

8.      A fee statement for the Advisory Work and the Amended Returns and Compliance project categories is also included as Exhibit A.

9.      To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

DETR_1504980.1

**Actual and Necessary Expenses**

10.     A summary of actual and necessary expenses and daily logs of expenses incurred by E&Y LLP during the Ninth Interim and Aggregate Compensation Period are attached as Exhibit B.

**Summary of Services Rendered**

11.     The directors and associates of E&Y LLP who have rendered professional services in these cases are as follows:

| NAME | TITLE |
|---|---|
| Christopher Anderson | Executive Director |
| Christopher Barras | Executive Director |
| William Bruno | Executive Director |
| Thomas Chappell | Executive Director |
| Steven Danowitz | Partner |
| Kerry Funderburk | Senior Manager |
| Matthew Gentile | Manager |
| Linda Gurene | Executive Director |
| Jeff Hendrickson | Manager |
| Wayne Hussey | Manager |
| Sarah Jacks | Manager/Senior Manager |
| David Joranko | Partner |
| Paul Mayberry | Senior Manager |
| Mark Mesler | Partner |
| Kimberly Neuschafer | Staff/Senior |
| Davila Niesen | Executive Director |
| Colleen O'Connor | Senior Manager |
| Jose Perez | Staff/Senior |
| James Scott | Partner |
| Stuart Sirkin | Executive Director |
| Marta Tart | Manager |

4

| NAME | TITLE |
|---|---|
| George Tutor | Executive Director |
| Krystle VanDeventer | Staff/Senior |
| Rose Williams | Partner |
| Kenneth Zemsky | Partner |
| Lu Zhang | Staff/Senior |

12.    E&Y LLP, by and through the above-named persons, has advised the
Debtors on a regular basis with respect to various matters in connection with these cases, and has
performed all necessary professional services which are described below.

**Summary of Services By Project**

13.    The services rendered by E&Y LLP during the Compensation Period can
be grouped into the categories set forth below.  These categories are generally described below.

Indirect Tax Work

Fees: $18,005.00; Total Hours: ~55.4

14.    This category includes the preparation and filing of all state and local sales
and use tax returns and the preparation of reports and reconciliations to assist the Debtors with
the proper accounting of payments and tax credits.  E&Y LLP billed the Debtors a per-return fee
for this work pursuant to the terms of the Engagement Agreement.

Advisory Work

Fees: $92,981.00; Total Hours: 190.8

15.    E&Y LLP reviewed and assisted with income tax provision issues as well
as tax research matters.   The professionals provided consultation regarding state filing
requirements.  E&Y LLP also completed reviews of account reconciliation schedules and other
tax reporting requirements.

DETR_1504980.1

State Returns and Tax Compliance

Fees: $111,996.00; Total Hours: 312.8

16.    E&Y LLP prepared and reviewed state and federal tax returns. This work included the review of various required disclosures as well as international compliance forms for the year-ending 12/31/09.

**Valuation of Services**

17.    The professionals and staff members of E&Y LLP have expended a total of approximately 1,459.0 hours in connection with this matter during the Compensation Period, as follows:

| PROFESSIONALS | HOURLY RATE | HOURS |
| --- | --- | --- |
| Indirect Tax Services | Flat monthly fee | Approx. 900.0 |
| Christopher Anderson | $545 | 20.0 |
| Christopher Barras | $545 | 2.0 |
| William Bruno | $545 | 2.0 |
| Thomas Chappell | $545 | 0.5 |
| Steven Danowitz | $640 | 0.5 |
| Kerry Funderburk | $540 | 1.0 |
| Matthew Gentile | $430 | 71.5 |
| Linda Gurene | $545 | 1.5 |
| Jeff Hendrickson | $325 | 55.4 |
| Wayne Hussey | $430 | 0.6 |
| Sarah Jacks | $430 | 182.0 |
| Sarah Jacks(2) | $540 | 24.2 |
| David Joranko | $640 | 0.5 |
| Paul Mayberry | $540 | 0.5 |
| Mark Mesler | $640 | 7.5 |
| Kimberly Neuschafer | $170 | 3.1 |
| Davila Niesen | $545 | 1.0 |
| Colleen O'Connor | $540 | 0.3 |
| Jose Perez | $300 | 1.0 |

6

| PROFESSIONALS | HOURLY RATE | HOURS |
|---|---|---|
| James Scott | $640 | 6.5 |
| Stuart Sirkin | $545 | 0.5 |
| Marta Tart | $475 | 50.9 |
| George Tutor | $545 | 25.5 |
| Krystle VanDeventer | $170 | 0.5 |
| Rose Williams | $545 | 1.0 |
| Kenneth Zemsky | $640 | 1.0 |
| Lu Zhang | $170 | 98.0 |

The hourly and flat rates identified above are E&Y LLP's normal rates for work of this character. The reasonable value of the services rendered by E&Y LLP during the Compensation Period is $260,941.00.

18.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, E&Y LLP respectfully requests that the Court authorize that for the period August 1, 2010 through October 31, 2010, an allowance be made to E&Y LLP pursuant to the terms of the Compensation Order, with respect to the sum of $208,752.80 as compensation for necessary professional services rendered (80% of $260,941.00), as well as $954.00 in reimbursement for expenses incurred, for a total of $209,706.80 and that such sum be authorized for payment and for such other and further relief as this Court may deem just and proper.

7

DETR_1504980.1

Dated: November 22, 2010
       Raleigh, North Carolina

Respectfully submitted,

James E. Scott
*Partner, Ernst &Young LLP*

8

## VERIFICATION

STATE OF NORTH CAROLINA  )
                                ) SS:
COUNTY OF WAKE            )

James E. Scott, after being duly sworn according to law, deposes and says:

a)     I am a Partner with the applicant firm, Ernst & Young LLP.

b)     I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

James E. Scott
Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this 22 day of November, 2010.

Notary Public
My Commission Expires: 3/17/2015