# EXHIBIT A

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 19-Aug-2010 | Federal and State Advisory | review transaction cost memo for return purposes |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 23-Aug-2010 | Federal and State Advisory | review tax positions, disclosures |
| Anderson,Christopher P (US011270028) | Executive Director | 2.00 | 545.00 | 1,090.00 | 25-Aug-2010 | Federal and State Advisory | review tax positions, disclosures |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 26-Aug-2010 | Federal and State Advisory | review tax positions, disclosures |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 27-Aug-2010 | Federal and State Advisory | review tax positions, disclosures |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 30-Aug-2010 | Federal and State Advisory | return review |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 31-Aug-2010 | Federal and State Advisory | return review |
| Anderson,Christopher P (US011270028) | Executive Director | 3.00 | 545.00 | 1,635.00 | 01-Sep-2010 | Federal and State Advisory | return review |
| Anderson,Christopher P (US011270028) | Executive Director | 3.00 | 545.00 | 1,635.00 | 02-Sep-2010 | Federal and State Advisory | return review |
| Anderson,Christopher P (US011270028) | Executive Director | 2.00 | 545.00 | 1,090.00 | 03-Sep-2010 | Federal and State Advisory | return review |
| Anderson,Christopher P (US011270028) | Executive Director | 2.00 | 545.00 | 1,090.00 | 07-Sep-2010 | Federal and State Advisory | questions re: tax reporting |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 10-Sep-2010 | Federal and State Advisory | questions re: tax reporting |
| Anderson,Christopher P (US011270028) | Executive Director | 1.00 | 545.00 | 545.00 | 13-Sep-2010 | Federal and State Advisory | questions re: tax reporting |
| Barras,J Chris (US011121253) | Executive Director | 0.50 | 545.00 | 272.50 | 05-Oct-2010 | Federal and State Advisory | NC franchise tax addback for interco debt |
| Barras,J Chris (US011121253) | Executive Director | 1.50 | 545.00 | 817.50 | 06-Oct-2010 | Federal and State Advisory | NC franchise tax addback for interco debt |
| Bruno,William D (US011229718) | Executive Director | 2.00 | 545.00 | 1,090.00 | 07-Sep-2010 | Federal and State Advisory | Respond via email to Illinois tax base, penalty, and disclosure questions regarding applicability of federal open transactions doctrine. |
| Chappell,Thomas J (US012027078) | Executive Director | 0.50 | 545.00 | 272.50 | 01-Oct-2010 | Federal and State Advisory | state desk question - Matt Gentile |
| Danowitz,Steven M (US011409138) | Partner | 0.50 | 640.00 | 320.00 | 13-Sep-2010 | Federal and State Advisory | inquiry from Matt Gentile --open transaction |
| Funderburk,Kerry M. (US012025147) | Senior Manager | 1.00 | 540.00 | 540.00 | 06-Oct-2010 | Federal and State Advisory | research and analysis of nc fran tax amortiz and bad debt resreve |
| Gentile,Matthew Donald (US012548056) | Manager | 0.50 | 430.00 | 215.00 | 17-Aug-2010 | Federal and State Advisory | return work |
| Gentile,Matthew Donald (US012548056) | Manager | 1.20 | 430.00 | 516.00 | 19-Aug-2010 | Federal and State Advisory | return work |
| Gentile,Matthew Donald (US012548056) | Manager | 0.60 | 430.00 | 258.00 | 20-Aug-2010 | Federal and State Advisory | return work |
| Gentile,Matthew Donald (US012548056) | Manager | 1.70 | 430.00 | 731.00 | 25-Aug-2010 | Federal and State Advisory | review cleary memo |
| Gentile,Matthew Donald (US012548056) | Manager | 1.80 | 430.00 | 774.00 | 26-Aug-2010 | Federal and State Advisory | review cleary memo |
| Gentile,Matthew Donald (US012548056) | Manager | 0.50 | 430.00 | 215.00 | 27-Aug-2010 | Federal and State Advisory | review cleary memo |
| Gentile,Matthew Donald (US012548056) | Manager | 0.20 | 430.00 | 86.00 | 30-Aug-2010 | Federal and State Advisory | review memo |
| Gentile,Matthew Donald (US012548056) | Manager | 2.00 | 430.00 | 860.00 | 01-Sep-2010 | Federal and State Advisory | review memo |
| Gentile,Matthew Donald (US012548056) | Manager | 4.70 | 430.00 | 2,021.00 | 02-Sep-2010 | Federal and State Advisory | review memo |
| Gentile,Matthew Donald (US012548056) | Manager | 0.60 | 430.00 | 258.00 | 03-Sep-2010 | Federal and State Advisory | review memo |
| Gentile,Matthew Donald (US012548056) | Manager | 2.50 | 430.00 | 1,075.00 | 05-Sep-2010 | Federal and State Advisory | return work; desk research and confirmation on otd and disclosure; 956 discussion |
| Gentile,Matthew Donald (US012548056) | Manager | 2.00 | 430.00 | 860.00 | 06-Sep-2010 | Federal and State Advisory | return work; desk research and confirmation on otd and disclosure; 956 discussion |
| Gentile,Matthew Donald (US012548056) | Manager | 3.30 | 430.00 | 1,419.00 | 07-Sep-2010 | Federal and State Advisory | return work; desk research and confirmation on otd and disclosure; 956 discussion |
| Gentile,Matthew Donald (US012548056) | Manager | 1.70 | 430.00 | 731.00 | 08-Sep-2010 | Federal and State Advisory | return work; desk research and confirmation on otd and disclosure; 956 discussion |
| Gentile,Matthew Donald (US012548056) | Manager | 2.30 | 430.00 | 989.00 | 09-Sep-2010 | Federal and State Advisory | return work; desk research and confirmation on otd and disclosure; 956 discussion |
| Gentile,Matthew Donald (US012548056) | Manager | 3.30 | 430.00 | 1,419.00 | 10-Sep-2010 | Federal and State Advisory | return work; desk research and confirmation on otd and disclosure; 956 discussion |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Manager | 2.00 | 430.00 | 860.00 | 13-Sep-2010 | Federal and State Advisory | return and otd work |
| Gentile,Matthew Donald (US012548056) | Manager | 0.50 | 430.00 | 215.00 | 15-Sep-2010 | Federal and State Advisory | return and otd work |
| Gentile,Matthew Donald (US012548056) | Manager | 2.00 | 430.00 | 860.00 | 23-Sep-2010 | Federal and State Advisory | ca research; return review |
| Gentile,Matthew Donald (US012548056) | Manager | 6.10 | 430.00 | 2,623.00 | 24-Sep-2010 | Federal and State Advisory | ca research; return review |
| Gentile,Matthew Donald (US012548056) | Manager | 3.00 | 430.00 | 1,290.00 | 27-Sep-2010 | Federal and State Advisory | review state returns; discuss ca w/ jeff wood and sarah jacks; internal documentation/tax quality calls |
| Gentile,Matthew Donald (US012548056) | Manager | 0.50 | 430.00 | 215.00 | 28-Sep-2010 | Federal and State Advisory | review state returns; discuss ca w/ jeff wood and sarah jacks; internal documentation/tax quality calls |
| Gentile,Matthew Donald (US012548056) | Manager | 5.30 | 430.00 | 2,279.00 | 04-Oct-2010 | Federal and State Advisory | return review |
| Gentile,Matthew Donald (US012548056) | Manager | 11.20 | 430.00 | 4,816.00 | 05-Oct-2010 | Federal and State Advisory | return review |
| Gentile,Matthew Donald (US012548056) | Manager | 2.00 | 430.00 | 860.00 | 06-Oct-2010 | Federal and State Advisory | return review |
| Gentile,Matthew Donald (US012548056) | Manager | 1.10 | 430.00 | 473.00 | 07-Oct-2010 | Federal and State Advisory | return review |
| Gentile,Matthew Donald (US012548056) | Manager | 6.60 | 430.00 | 2,838.00 | 11-Oct-2010 | Federal and State Advisory | review state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 2.30 | 430.00 | 989.00 | 13-Oct-2010 | Federal and State Advisory | review state returns |
| Gurene,Linda S (US011299270) | Executive Director | 1.00 | 545.00 | 545.00 | 07-Sep-2010 | Federal and State Advisory | disc Mark M, Sarah J, Steve T re: 172b1H election and amount of AMT NOL cfwd available; guidance re: filing th amended return and election |
| Gurene,Linda S (US011299270) | Executive Director | 0.50 | 545.00 | 272.50 | 08-Sep-2010 | Federal and State Advisory | disc Mark M, Sarah J, Steve T re: 172b1H election and amount of AMT NOL cfwd available; guidance re: filing th amended return and election |
| Hussey,Wayne A. (US012228559) | Manager | 0.60 | 430.00 | 258.00 | 24-Sep-2010 | Federal and State Advisory | assisted matt gentile with state question. |
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 16-Aug-2010 | Federal and State Advisory | mon morn tax group meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 1.50 | 430.00 | 645.00 | 16-Aug-2010 | Federal and State Advisory | update meeting with jeff and jim scott |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 17-Aug-2010 | Federal and State Advisory | pull 13d/gs for 382 analysis for jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 19-Aug-2010 | Federal and State Advisory | fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.20 | 430.00 | 86.00 | 20-Aug-2010 | Federal and State Advisory | fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 6.20 | 430.00 | 2,666.00 | 23-Aug-2010 | Federal and State Advisory | provision documentation and amended return documentation,memos to file |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 23-Aug-2010 | Federal and State Advisory | mon morn tax mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 0.20 | 430.00 | 86.00 | 24-Aug-2010 | Federal and State Advisory | track down ashley morris time |
| Jacks,Sarah Butler (US011990278) | Manager | 0.80 | 430.00 | 344.00 | 30-Aug-2010 | Federal and State Advisory | mon morn group tax mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 13-Sep-2010 | Federal and State Advisory | mon morning meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 21-Sep-2010 | Federal and State Advisory | project update meeting with jeff wood and separate update meeting with kristen wallace |
| Jacks,Sarah Butler (US011990278) | Manager | 4.50 | 430.00 | 1,935.00 | 22-Sep-2010 | Federal and State Advisory | account continuity schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 25-Sep-2010 | Federal and State Advisory | billing - nortel provision/compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 27-Sep-2010 | Federal and State Advisory | billing - nortel provision/compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 28-Sep-2010 | Federal and State Advisory | review state nol schedule for jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.10 | 430.00 | 43.00 | 29-Sep-2010 | Federal and State Advisory | billing - nortel provision/compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.30 | 430.00 | 129.00 | 29-Sep-2010 | Federal and State Advisory | coordination nortel provision Q3 with joe may |
| Jacks,Sarah Butler (US011990278) | Manager | 1.70 | 430.00 | 731.00 | 29-Sep-2010 | Federal and State Advisory | review state nol schedule for jeff |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 4.00 | 430.00 | 1,720.00 | 29-Sep-2010 | Federal and State Advisory | update account continuity schedules and withholding reclass entry, pull together FIN 48 and workpapers for binder, rollforward carryforward schedules |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 1.00 | 540.00 | 540.00 | 07-Oct-2010 | Federal and State Advisory | provision update with deborah and jeff wood |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 0.50 | 540.00 | 270.00 | 08-Oct-2010 | Federal and State Advisory | provision update with deborah and jeff wood |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 3.00 | 540.00 | 1,620.00 | 10-Oct-2010 | Federal and State Advisory | P2R, review state nol schedule, pull r&d state schedules for jeff, review deferred schedule, help melissa with Q3 state provision |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 1.70 | 540.00 | 918.00 | 11-Oct-2010 | Federal and State Advisory | P2R, review state nol schedule, pull r&d state schedules for jeff, review deferred schedule, help melissa with Q3 state provision |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 0.40 | 540.00 | 216.00 | 11-Oct-2010 | Federal and State Advisory | update with jim on work in canada for wrapping up business |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 4.50 | 540.00 | 2,430.00 | 11-Oct-2010 | Federal and State Advisory | return documentation |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 2.50 | 540.00 | 1,350.00 | 12-Oct-2010 | Federal and State Advisory | P2R, review state nol schedule, pull r&d state schedules for jeff, review deferred schedule, help melissa with Q3 state provision |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 4.00 | 540.00 | 2,160.00 | 14-Oct-2010 | Federal and State Advisory | P2R, review state nol schedule, pull r&d state schedules for jeff, review deferred schedule, help melissa with Q3 state provision |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 0.50 | 540.00 | 270.00 | 15-Oct-2010 | Federal and State Advisory | P2R, review state nol schedule, pull r&d state schedules for jeff, review deferred schedule, help melissa with Q3 state provision |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 0.50 | 540.00 | 270.00 | 20-Oct-2010 | Federal and State Advisory | q3 provision upate call with melissa poormon and jeff wood |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 0.50 | 540.00 | 270.00 | 22-Oct-2010 | Federal and State Advisory | q3 provision upate call with melissa poormon and jeff wood |
| Mesler,Mark S. (US011706071) | Partner | 0.50 | 640.00 | 320.00 | 27-Aug-2010 | Federal and State Advisory | Consultation with Chris Anderson and Sarah Jacks about return position |
| Mesler,Mark S. (US011706071) | Partner | 1.00 | 640.00 | 640.00 | 02-Sep-2010 | Federal and State Advisory | Consultation and research concerning Closing Agreement and NOL carry back |
| Mesler,Mark S. (US011706071) | Partner | 2.50 | 640.00 | 1,600.00 | 07-Sep-2010 | Federal and State Advisory | Consultation about return positions, carrybacks, and disclosures |
| Mesler,Mark S. (US011706071) | Partner | 0.50 | 640.00 | 320.00 | 08-Sep-2010 | Federal and State Advisory | Consultation about return positions, carrybacks, and disclosures |
| Mesler,Mark S. (US011706071) | Partner | 1.00 | 640.00 | 640.00 | 09-Sep-2010 | Federal and State Advisory | Consultation about return positions, carrybacks, and disclosures |
| Mesler,Mark S. (US011706071) | Partner | 0.50 | 640.00 | 320.00 | 10-Sep-2010 | Federal and State Advisory | Consultation about return positions, carrybacks, and disclosures |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Mesler,Mark S. (US011706071) | Partner | 0.50 | 640.00 | 320.00 | 28-Sep-2010 | Federal and State Advisory | Consultation with Sarah and Matt about 6694 |
| Mesler,Mark S. (US011706071) | Partner | 0.50 | 640.00 | 320.00 | 06-Oct-2010 | Federal and State Advisory | Consultation with Matt Gentile about state issue |
| Mesler,Mark S. (US011706071) | Partner | 0.50 | 640.00 | 320.00 | 07-Oct-2010 | Federal and State Advisory | Consultation with Matt Gentile about state issue |
| Neuschafer,Kimberly A (US012849501) | Staff/Senior | 3.10 | 170.00 | 527.00 | 02-Sep-2010 | Federal and State Advisory | Meeting with Matt and getting caught up on state issue. Researching & writing up Illiniois and NC. |
| Niesen,Davila K. (US011311315) | Executive Director | 1.00 | 545.00 | 545.00 | 07-Sep-2010 | Federal and State Advisory | Texas matters |
| Perez,Jose R (US012938912) | Senior | 1.00 | 300.00 | 300.00 | 16-Aug-2010 | Federal and State Advisory | Telephone and email conversations with Mayr Le regarding Erwin Fellermeier w2 filing. |
| Scott,James E (US011119307) | Partner | 2.30 | 640.00 | 1,472.00 | 16-Aug-2010 | Federal and State Advisory | Mtg. with Jeff Wood and Sarah Jacks |
| Scott,James E (US011119307) | Partner | 1.80 | 640.00 | 1,152.00 | 27-Aug-2010 | Federal and State Advisory | Mtg. w/Chris Anderson on tax return disclosure |
| Scott,James E (US011119307) | Partner | 1.30 | 640.00 | 832.00 | 08-Sep-2010 | Federal and State Advisory | 2009 Return disclosure, NOL, Operations |
| Scott,James E (US011119307) | Partner | 1.10 | 640.00 | 704.00 | 14-Sep-2010 | Federal and State Advisory | Cover -off return M-1 and disclosure with Sarah |
| Tutor,George S (US011114696) | Executive Director | 1.50 | 545.00 | 817.50 | 24-Aug-2010 | Federal and State Advisory | Over matters with Sarah |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 25-Aug-2010 | Federal and State Advisory | Over matters with Sarah |
| Tutor,George S (US011114696) | Executive Director | 0.50 | 545.00 | 272.50 | 26-Aug-2010 | Federal and State Advisory | Over matters with Sarah |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 28-Aug-2010 | Federal and State Advisory | Memo |
| Tutor,George S (US011114696) | Executive Director | 2.00 | 545.00 | 1,090.00 | 31-Aug-2010 | Federal and State Advisory | Memo |
| Tutor,George S (US011114696) | Executive Director | 9.00 | 545.00 | 4,905.00 | 01-Sep-2010 | Federal and State Advisory | Memo |
| Tutor,George S (US011114696) | Executive Director | 4.00 | 545.00 | 2,180.00 | 02-Sep-2010 | Federal and State Advisory | Memo |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 03-Sep-2010 | Federal and State Advisory | Memo |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 06-Sep-2010 | Federal and State Advisory | Ovr changes and issues with the open trans calls with Mesler and Linda |
| Tutor,George S (US011114696) | Executive Director | 1.50 | 545.00 | 817.50 | 07-Sep-2010 | Federal and State Advisory | Ovr changes and issues with the open trans calls with Mesler and Linda |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 10-Sep-2010 | Federal and State Advisory | Ovr changes and issues with the open trans calls with Mesler and Linda |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 11-Sep-2010 | Federal and State Advisory | Over emails and return matters |
| Tutor,George S (US011114696) | Executive Director | 1.00 | 545.00 | 545.00 | 16-Sep-2010 | Federal and State Advisory | Over emails and return matters |
| Williams,Rose L. (US011471410) | Partner | 1.00 | 640.00 | 640.00 | 04-Oct-2010 | Federal and State Advisory | Conference call to discuss open transaction discussion. |
| Zemsky,Kenneth (US011029592) | Partner | 1.00 | 640.00 | 640.00 | 09-Sep-2010 | Federal and State Advisory | ny tax issue |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 14-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 5.50 | 430.00 | 2,365.00 | 15-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 1.50 | 430.00 | 645.00 | 16-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 1.50 | 430.00 | 645.00 | 17-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 4.00 | 430.00 | 1,720.00 | 18-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 1.50 | 430.00 | 645.00 | 19-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 19-Aug-2010 | State Returns and Compliance | send cleary open transaction for review to chris and steve |
| Jacks,Sarah Butler (US011990278) | Manager | 0.30 | 430.00 | 129.00 | 19-Aug-2010 | State Returns and Compliance | return review update with steve tudor |
| Jacks,Sarah Butler (US011990278) | Manager | 2.00 | 430.00 | 860.00 | 19-Aug-2010 | State Returns and Compliance | return documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 2.50 | 430.00 | 1,075.00 | 20-Aug-2010 | State Returns and Compliance | review 1120 proformas (NNI and NNC), follow up with lu on intl, discuss with matt gentile matrix for open transaction doctrine matrix prep, call with Shannon on unicap |
| Jacks,Sarah Butler (US011990278) | Manager | 3.00 | 430.00 | 1,290.00 | 21-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gent le on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 1.50 | 430.00 | 645.00 | 22-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gent le on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |
| Jacks,Sarah Butler (US011990278) | Manager | 2.00 | 430.00 | 860.00 | 23-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gent le on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |
| Jacks,Sarah Butler (US011990278) | Manager | 1.50 | 430.00 | 645.00 | 24-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gent le on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |
| Jacks,Sarah Butler (US011990278) | Manager | 4.00 | 430.00 | 1,720.00 | 25-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gent le on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |
| Jacks,Sarah Butler (US011990278) | Manager | 8.50 | 430.00 | 3,655.00 | 26-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gent le on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |

| Name | Title | Hours | Rate | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 5.50 | 430.00 | 2,365.00 | 27-Aug-2010 | State Returns and Compliance | review of proformas - nni, coordinate review of cleary memo, discuss state review iwth gentile, review open transaction memos, call with steve and chris to discuss open transaction meo, call with gentile on state work, call with marlee and lu on intl, call with chris, mark mesler on open transaction |
| Jacks,Sarah Butler (US011990278) | Manager | 5.50 | 430.00 | 2,365.00 | 28-Aug-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 2.00 | 430.00 | 860.00 | 29-Aug-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 4.50 | 430.00 | 1,935.00 | 30-Aug-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 31-Aug-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 7.00 | 430.00 | 3,010.00 | 01-Sep-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |

| Name | Title | Hours | Rate | Amount | Date | Project | Description |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | 430.00 | 3,440.00 | 02-Sep-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 7.50 | 430.00 | 3,225.00 | 03-Sep-2010 | State Returns and Compliance | review proforma and consolidated return, review 8621/8865 review points with melissa, set up call with intl team and jeff to go over open item list, coordination of review with gentile, pull info for ntl open item list, review notes discussion with marlee and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 2.00 | 430.00 | 860.00 | 04-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 05-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 7.00 | 430.00 | 3,010.00 | 06-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | 430.00 | 3,440.00 | 07-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 7.00 | 430.00 | 3,010.00 | 08-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 11.00 | 430.00 | 4,730.00 | 09-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 7.50 | 430.00 | 3,225.00 | 10-Sep-2010 | State Returns and Compliance | consolidated return, talk with marlee intl open items, pull together open items list, talk with mark mesler etc |
| Jacks,Sarah Butler (US011990278) | Manager | 8.50 | 430.00 | 3,655.00 | 13-Sep-2010 | State Returns and Compliance | e-filing federal returns, review 1120Fs, review final federal consolidated, review final nncs |
| Jacks,Sarah Butler (US011990278) | Manager | 6.50 | 430.00 | 2,795.00 | 14-Sep-2010 | State Returns and Compliance | e-filing federal returns, review 1120Fs, review final federal consolidated, review final nncs |
| Jacks,Sarah Butler (US011990278) | Manager | 6.00 | 430.00 | 2,580.00 | 15-Sep-2010 | State Returns and Compliance | e-filing federal returns, review 1120Fs, review final federal consolidated, review final nncs |

| Name | Title | Hours | Rate | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 3.50 | 430.00 | 1,505.00 | 21-Sep-2010 | State Returns and Compliance | 2009 compliance documentation, call iwth steve tutor or software use by nortel, coordination of state review with matt gentile |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 22-Sep-2010 | State Returns and Compliance | ca state tax update |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 23-Sep-2010 | State Returns and Compliance | 2009 compliance documentation, call iwth steve tutor or software use by nortel, coordination of state review with matt gentile |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 24-Sep-2010 | State Returns and Compliance | 2009 compliance documentation, call iwth steve tutor or software use by nortel, coordination of state review with matt gentile |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 25-Sep-2010 | State Returns and Compliance | fee application and documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 27-Sep-2010 | State Returns and Compliance | fee application and documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 0.20 | 430.00 | 86.00 | 27-Sep-2010 | State Returns and Compliance | compliance edocs qip |
| Jacks,Sarah Butler (US011990278) | Manager | 2.50 | 430.00 | 1,075.00 | 27-Sep-2010 | State Returns and Compliance | meeting with Jeff and matt re: CA state return review, follow up with steve tutor on open transaction issue and new facts, call with mark mesler and matt gentile regarding ca state return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.00 | 430.00 | 430.00 | 28-Sep-2010 | State Returns and Compliance | meeting with Jeff and matt re: CA state return review, follow up with steve tutor on open transaction issue and new facts, call with mark mesler and matt gentile regarding ca state return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.50 | 430.00 | 215.00 | 30-Sep-2010 | State Returns and Compliance | meeting with Jeff and matt re: CA state return review, follow up with steve tutor on open transaction issue and new facts, call with mark mesler and matt gentile regarding ca state return |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 1.00 | 540.00 | 540.00 | 05-Oct-2010 | State Returns and Compliance | call with matt gentile re: nortel NC return issue; follow up with melissa poormon re: state return, help deborah with MA e-filing, |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 1.00 | 540.00 | 540.00 | 06-Oct-2010 | State Returns and Compliance | call with jim and matt re: NC state return issue |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 0.60 | 540.00 | 324.00 | 06-Oct-2010 | State Returns and Compliance | federal return documentation |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 2.50 | 540.00 | 1,350.00 | 07-Oct-2010 | State Returns and Compliance | call with matt gentile re: nortel NC return issue; follow up with melissa poormon re: state return, help deborah with MA e-filing, |
| Joranko,David B. (US011142631) | Partner | 0.50 | 640.00 | 320.00 | 03-Sep-2010 | State Returns and Compliance | Call with M. Tart and L. Zhang regarding 956 investment by India CFC |
| Mayberry,Paul Anthony (US012748494) | Senior Manager | 0.50 | 540.00 | 270.00 | 15-Sep-2010 | State Returns and Compliance | Telephone conference call with Marlee Tart to discuss disclosure of missing information on 5472, potential issues and next action. |

| Name | Title | Hours | Rate | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|
| O'Connor,Colleen M (US012012269) | | 0.30 | 540.00 | 162.00 | 31-Aug-2010 | | reviewing email from S. Jacks; call with C. Anderson and S. Jacks re pension liability question |
| Sirkin,Stuart Arnold (US012582737) | Senior Manager | 0.50 | 545.00 | 272.50 | 07-Sep-2010 | State Returns and Compliance | question on deductions |
| Tart,Marta P (US011115812) | Executive Director | 1.00 | 475.00 | 475.00 | 17-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 1.00 | 475.00 | 475.00 | 19-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 1.00 | 475.00 | 475.00 | 24-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 5.10 | 475.00 | 2,422.50 | 25-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 2.20 | 475.00 | 1,045.00 | 26-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 0.50 | 475.00 | 237.50 | 29-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 1.50 | 475.00 | 712.50 | 30-Aug-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 0.50 | 475.00 | 237.50 | 01-Sep-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 13.00 | 475.00 | 6,175.00 | 02-Sep-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 7.00 | 475.00 | 3,325.00 | 03-Sep-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 1.00 | 475.00 | 475.00 | 04-Sep-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 10.30 | 475.00 | 4,892.50 | 09-Sep-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 4.50 | 475.00 | 2,137.50 | 10-Sep-2010 | State Returns and Compliance | review Lu's notes and various discussions |
| Tart,Marta P (US011115812) | Manager | 2.30 | 475.00 | 1,092.50 | 14-Sep-2010 | | issue regarding 5472s, calls iwth mark mesler, jim scott and paul mayberry, research implications of taxpayer confirmation of all filings |
| VanDeventer,Krystle Knight (US012727016) | Manager | 0.50 | 170.00 | 85.00 | 07-Oct-2010 | State Returns and Compliance | Nortel - Sarah Jacks asked me to help Deborah with a MA efile - diagnostics, attachments, etc. We spoke over the phone to go over a few things for efiling through OneSource. |
| Zhang,Lu (US012540371) | Staff/Senior | 2.70 | 170.00 | 459.00 | 14-Aug-2010 | State Returns and Compliance | review int'l forms |
| Zhang,Lu (US012540371) | Staff/Senior | 3.00 | 170.00 | 510.00 | 15-Aug-2010 | State Returns and Compliance | review int'l forms |
| Zhang,Lu (US012540371) | Staff/Senior | 8.00 | 170.00 | 1,360.00 | 17-Aug-2010 | State Returns and Compliance | review int'l forms |
| Zhang,Lu (US012540371) | Staff/Senior | 8.00 | 170.00 | 1,360.00 | 18-Aug-2010 | State Returns and Compliance | review int'l forms |
| Zhang,Lu (US012540371) | Staff/Senior | 4.00 | 170.00 | 680.00 | 19-Aug-2010 | State Returns and Compliance | review int'l forms |
| Zhang,Lu (US012540371) | Staff/Senior | 8.00 | 170.00 | 1,360.00 | 20-Aug-2010 | State Returns and Compliance | review int'l forms |
| Zhang,Lu (US012540371) | Staff/Senior | 5.00 | 170.00 | 850.00 | 23-Aug-2010 | State Returns and Compliance | Int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 9.00 | 170.00 | 1,530.00 | 24-Aug-2010 | State Returns and Compliance | Int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 4.00 | 170.00 | 680.00 | 25-Aug-2010 | State Returns and Compliance | Int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 4.00 | 170.00 | 680.00 | 26-Aug-2010 | State Returns and Compliance | Int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 1.00 | 170.00 | 170.00 | 30-Aug-2010 | State Returns and Compliance | Int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 10.00 | 170.00 | 1,700.00 | 02-Sep-2010 | State Returns and Compliance | Int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 2.00 | 170.00 | 340.00 | 04-Sep-2010 | State Returns and Compliance | int'l form review, call with Marlee and Sarah |
| Zhang,Lu (US012540371) | Staff/Senior | 5.00 | 170.00 | 850.00 | 06-Sep-2010 | State Returns and Compliance | int'l form review, call with Marlee and Sarah |
| Zhang,Lu (US012540371) | Staff/Senior | 6.00 | 170.00 | 1,020.00 | 07-Sep-2010 | State Returns and Compliance | int'l form review, call with Marlee and Sarah |
| Zhang,Lu (US012540371) | Staff/Senior | 9.00 | 170.00 | 1,530.00 | 09-Sep-2010 | State Returns and Compliance | int'l form review, call with Marlee and Sarah |
| Zhang,Lu (US012540371) | Staff/Senior | 4.00 | 170.00 | 680.00 | 10-Sep-2010 | State Returns and Compliance | int'l form review, call with Marlee and Sarah |
| Zhang,Lu (US012540371) | Staff/Senior | 2.00 | 170.00 | 340.00 | 14-Sep-2010 | State Returns and Compliance | disc w/ Marlee, draft process memo |
| Zhang,Lu (US012540371) | Staff/Senior | 3.00 | 170.00 | 510.00 | 15-Sep-2010 | State Returns and Compliance | disc w/ Marlee, draft process memo |
| Zhang,Lu (US012540371) | Staff/Senior | 0.30 | 170.00 | 51.00 | 18-Oct-2010 | State Returns and Compliance | f/u w/ Marlee on ITC process memo |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.6 | 325.0 | $195.00 | 8/4/2010 | Indirect Taxes | Review of findings from auditor re: FVARs |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.4 | $325.00 | $455.00 | 8/5/2010 | Indirect Taxes | Review of findings from auditor re: FVARs |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.5 | $325.00 | $487.50 | 8/9/2010 | Indirect Taxes | TX FVAR analysis |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.5 | $325.00 | $487.50 | 8/12/2010 | Indirect Taxes | TX FVAR responses |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 2.4 | $325.00 | $780.00 | 8/16/2010 | Indirect Taxes | TX audit support |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.5 | $325.00 | $487.50 | 8/17/2010 | Indirect Taxes | TX audit FVAR analysis |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.9 | $325.00 | $617.50 | 8/18/2010 | Indirect Taxes | TX audit items |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 8/20/2010 | Indirect Taxes | TX audit items |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 8/24/2010 | Indirect Taxes | TX audit |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 3.0 | $325.00 | $975.00 | 8/25/2010 | Indirect Taxes | TX audit and responses; KS audit adjustments |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.2 | $325.00 | $390.00 | 8/26/2010 | Indirect Taxes | TX refund and audit review |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.5 | $325.00 | $162.50 | 8/27/2010 | Indirect Taxes | TX refund and audit review |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 8/30/2010 | Indirect Taxes | TX audit submissions |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 2.0 | $325.00 | $650.00 | 9/7/2010 | Indirect Taxes | Review of TX audit schedules |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.5 | $325.00 | $487.50 | 9/8/2010 | Indirect Taxes | Review of TX audit schedules |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.3 | $325.00 | $97.50 | 9/8/2010 | Indirect Taxes | KS audit discussions |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 9/9/2010 | Indirect Taxes | KS audit discussions |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.5 | $325.00 | $162.50 | 9/10/2010 | Indirect Taxes | Review of TX audit schedules |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.2 | $325.00 | $390.00 | 9/14/2010 | Indirect Taxes | Customer issues re: audit payment (JCI controls) |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 9/15/2010 | Indirect Taxes | Review of bankruptcy hold and timing issues |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.5 | $325.00 | $162.50 | 9/16/2010 | Indirect Taxes | KS audit settlement |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 9/17/2010 | Indirect Taxes | TX audit review and workpapers |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.5 | $325.00 | $162.50 | 9/20/2010 | Indirect Taxes | Review of TX audit documents in binders and refund substantiation |

| Name | Title | Hours | Rate | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.2 | $325.00 | $390.00 | 9/23/2010 | Indirect Taxes | Customer audit issues |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 2.3 | $325.00 | $747.50 | 9/23/2010 | Indirect Taxes | Review of TX audit documents in binders and refund substantiation |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 3.0 | $325.00 | $975.00 | 9/24/2010 | Indirect Taxes | Review of TX audit documents in binders and refund substantiation |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.7 | $325.00 | $227.50 | 9/28/2010 | Indirect Taxes | TX taxability issues |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.3 | $325.00 | $97.50 | 9/28/2010 | Indirect Taxes | KS audit |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.2 | $325.00 | $390.00 | 10/4/2010 | Indirect Taxes | TX questions and research re: utilities |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 3.0 | $325.00 | $975.00 | 10/6/2010 | Indirect Taxes | TX audit issues and refund items |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.5 | $325.00 | $487.50 | 10/7/2010 | Indirect Taxes | TX utility matters |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 10/8/2010 | Indirect Taxes | TX refund opportunities and research |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.1 | $325.00 | $357.50 | 10/11/2010 | Indirect Taxes | TX utility taxing issues and refund |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 10/12/2010 | Indirect Taxes | TX electricity utility transactions |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 2.2 | $325.00 | $715.00 | 10/13/2010 | Indirect Taxes | TX refund review and research re: amendments |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.5 | $325.00 | $487.50 | 10/14/2010 | Indirect Taxes | TX audit - review of outstanding liabilities/refund status/customer assessment matters |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.2 | $325.00 | $65.00 | 10/15/2010 | Indirect Taxes | TX audit - review of outstanding liabilities/refund status/customer assessment matters |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 0.7 | $325.00 | $227.50 | 10/18/2010 | Indirect Taxes | TX audit correspondence |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 10/19/2010 | Indirect Taxes | KS protest review |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 2.5 | $325.00 | $812.50 | 10/21/2010 | Indirect Taxes | Texas audit - research re: lab testing |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 1.0 | $325.00 | $325.00 | 10/22/2010 | Indirect Taxes | Texas audit - research re: lab testing |
| Hendrickson, Jeffrey Thomas (US011501661) | Manager | 2.0 | $325.00 | $650.00 | 10/27/2010 | Indirect Taxes | TX refund issues |