# EXHIBIT B

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Tutor,George S (US011114696) | Executive Director | 181.04 | Lodging | 03-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 14.93 | Meals | 06-Aug-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 12.52 | Meals | 19-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 6.98 | Meals | 21-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 27.14 | Meals | 26-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Scott,James E (US011119307) | Partner | 39.55 | Meals | 01-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 14.36 | Meals | 02-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 13.84 | Meals | 03-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Gentile,Matthew Donald (US012548056) | Manger | 14.81 | Meals | 05-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 14.01 | Meals | 06-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 14.19 | Meals | 09-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 42.24 | Meals | 10-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 19.83 | Meals | 27-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 33.84 | Meals | 28-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 22.28 | Meals | 07-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 10.50 | Mileage: Ground Transportation | 14-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 10.50 | Mileage: Ground Transportation | 15-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 16-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 18-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 20-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 10.50 | Mileage: Ground Transportation | 21-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 23-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 24-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 25-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 26-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 10.50 | Mileage: Ground Transportation | 27-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 28-Aug-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 30-Aug-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 31-Aug-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 01-Sep-2010 | Tax Compliance (15118391) |
| Anderson,Christopher P (US011270028) | Executive Director | 22.50 | Mileage: Ground Transportation | 01-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Tutor,George S (US011114696) | Executive Director | 87.50 | Mileage: Ground Transportation | 01-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 02-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 14.00 | Mileage: Ground Transportation | 01-Aug-2010 | 2009 Tax Return and Provision (14804611) |
| Anderson,Christopher P (US011270028) | Executive Director | 22.50 | Mileage: Ground Transportation | 02-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Tutor,George S (US011114696) | Executive Director | 95.00 | Mileage: Ground Transportation | 02-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 8.00 | Mileage: Ground Transportation | 03-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 10.50 | Mileage: Ground Transportation | 03-Sep-2010 | Tax Compliance (15118391) |
| Jacks,Sarah Butler (US011990278) | Manager | 10.50 | Mileage: Ground Transportation | 06-Sep-2010 | Tax Compliance (15118391) |

| | | | | |
|---|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Manager | 10.00 | Mileage: Ground Transportation | 24-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Gentile,Matthew Donald (US012548056) | Manager | 10.00 | Mileage: Ground Transportation | 27-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 6.00 | Mileage: Ground Transportation | 28-Sep-2010 | Tax Compliance (15118391) |
| Gentile,Matthew Donald (US012548056) | Manager | 10.00 | Mileage: Ground Transportation | 30-Sep-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 12.00 | Mileage: Ground Transportation | 06-Oct-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 12.00 | Mileage: Ground Transportation | 07-Oct-2010 | 2009 Tax Return and Provision (14804611) |
| Jacks,Sarah Butler (US011990278) | Manager | 14.00 | Mileage: Ground Transportation | 07-Sep-2010 | 20090 Tax Return and Provision (14804611) |