# EXHIBIT C

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 4.90 | $3,029.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 14.30 | $6,004.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 8.70 | $4,725.00 |
| Retention of Professionals | 42.70 | $21,808.50 |
| Creditors' Committee Meetings | 62.90 | $39,595.50 |
| Court Hearings | 20.50 | $10,182.50 |
| General Claims Analysis/Claims Objections | 5.80 | $2,576.00 |
| Canadian Proceedings/Matters | 15.00 | $10,082.50 |
| General Adversary Proceedings | 6.00 | $4,364.50 |
| Labor Issues/Employee Benefits | 36.50 | $26,746.50 |
| Real Estate Issues/Leases | 2.90 | $1,835.50 |
| Asset/Stock Transactions/Business Liquidations | 58.10 | $36,598.50 |
| Travel (billed at 50% of actual time) | 10.00 | $5,792.50 |
| Avoidance Actions | 7.30 | $3,970.00 |
| Non-Debtor Affiliates | 9.20 | $4,557.00 |
| Intercompany Analysis | 669.30 | $412,400.00 |
| European Proceedings Matters | 9.50 | $5,996.00 |
| Intellectual Property | 61.50 | $36,942.00 |
| **TOTAL** | **1,045.10** | **$637,206.00** |

**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $812.06 |
| Conference Call /Telephone Charges | $6,663.15 |
| Courier Service/Postage | $26.58 |
| Duplicating (@ $0.10 per page) | $3,501.30 |
| Meals/Committee Meeting Expenses | $988.02 |
| Travel Expenses – Airfare | $2,314.40 |
| Travel Expenses – Ground Transportation | $318.29 |
| Travel Expenses – Lodging | $438.90 |
| Travel Expenses – Parking | $20.00 |
| | |
| TOTAL | $15,082.70 |

0382900 v1