# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
━━━━━━━━━━ Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number    1339754 |
| ATTN: JOHN DOLITTLE | Invoice Date    11/19/10 |
| 2221 LAKESIDE BOULEVARD | Client Number    687147 |
| RICHARDSON, TX  75082 | Matter Number    0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/21/10 | Travel - Ground Transportation  Hotel to Airport; Taxi - no receipt | $33.75 |
| 10/05/10 | Document Retrieval  Court VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-AG0381; DATE: 10/5/2010  -  Acct. ID: AG0381 Usage 7/1/10 - 9/30/10 | $2.08 |
| 10/05/10 | Document Retrieval  7/1/10 through 9/30/10 VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-AG0054; DATE: 10/5/2010  -  Account ID: AG0054 | $326.48 |
| 10/05/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1108038 DATE: 10/20/2010  Vendor: Dial Car Voucher #: DLA3207407 Date: 10/05/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3207407 Date: 10/05/2010 Name: Lisa Beckerman | $61.87 |
| 10/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 10001-54901-10; DATE: 10/5/2010 | $6,663.15 |
| 10/05/10 | Computerized Legal Research - Other Billing Period: 7/1/10 - 9/30/10 VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-AG1801; DATE: 10/5/2010  -  Account ID: AG1801 | $13.68 |
| 10/06/10 | Duplication - In House  Photocopy - Feuerstein, Tony, NY, 28 page(s) | $2.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1339754

| | | |
|---|---|---|
| 10/07/10 | Meals (100%) 10/5/10  J Asmundo - Professionals' meeting working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800105; DATE: 10/7/2010 | $260.76 |
| 10/07/10 | Meals (100%) 10/5/10  B Kahn - Professionals' meeting working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800105; DATE: 10/7/2010 | $116.50 |
| 10/07/10 | Meals (100%) 10/6/10  B Kahn - Committee call working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800105; DATE: 10/7/2010 | $216.39 |
| 10/12/10 | Duplication - In House  Photocopy - Caleca, Ali, NY, 222 page(s) | $22.20 |
| 10/12/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 768088 DATE: 10/17/2010<br>Kahn Brad - Mi Nidito - 10/12/2010 | $37.87 |
| 10/12/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 768088 DATE: 10/17/2010<br>Brauner Sara - Chopt Times Square) - 10/12/2010 | $15.45 |
| 10/12/10 | Travel - Ground Transportation  Medallion cab | $16.90 |
| 10/13/10 | Travel - Airfare  AA; Frosch Travel | $2,314.40 |
| 10/13/10 | Travel - Ground Transportation  Airport to Hotel; Eagle Transportation Services | $102.60 |
| 10/13/10 | Meals - Business  S. Schultz; Auntie Anne's | $3.79 |
| 10/14/10 | Meals (100%) 10/12/10  N Kunen - Committee call working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800106; DATE: 10/14/2010 | $303.11 |
| 10/14/10 | Travel - Parking  Parking at DFW; NTTA | $20.00 |
| 10/14/10 | Travel - Lodging (Hotel, Apt, Other)  Hotel; Hotel DuPont | $438.90 |
| 10/14/10 | Meals - Business  S, Schultz; Hotel DuPont | $24.60 |
| 10/14/10 | Meals - Business  S. Schultz; Admirals Club | $9.55 |
| 10/14/10 | Travel - Ground Transportation  Hotel to Airport; Seacoast Cab Company | $85.00 |
| 10/15/10 | Duplication - In House  Photocopy - Kahn, Brad, NY, 40 page(s) | $4.00 |
| 10/15/10 | Duplication - In House  Photocopy - Woodson, Jenny, NY, 160 page(s) | $16.00 |
| 10/15/10 | Travel - Ground Transportation  Medallion cab | $18.17 |
| 10/18/10 | Duplication - In House  Photocopy - | $1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1339754

| Date | Description | Amount |
|------|-------------|--------|
| | Sprofera, Peter, NY, 12 page(s) | |
| 10/19/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 45 page(s) | $4.50 |
| 10/21/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 56 page(s) | $5.60 |
| 10/22/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 478 page(s) | $47.80 |
| 10/22/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E430 DATE: 10/23/2010 TRACKING #: 1Z02E52EPG50567746; PICKUP DATE: 10/22/2010; SENDER: Brad Kahn /KB; RECEIVER: Unknown - Lawrence Miller; | $26.58 |
| 10/26/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 3540 page(s) | $354.00 |
| 10/26/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 3860 page(s) | $386.00 |
| 10/26/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 5 page(s) | $0.50 |
| 10/26/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 5480 page(s) | $548.00 |
| 10/26/10 | Duplication - In House Photocopy - Davis, Blake, NY, 24 page(s) | $2.40 |
| 10/26/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 4810 page(s) | $481.00 |
| 10/27/10 | Duplication - In House Photocopy - Sprofera, Peter, NY, 51 page(s) | $5.10 |
| 10/27/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 398 page(s) | $39.80 |
| 10/27/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 504 page(s) | $50.40 |
| 10/27/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 36 page(s) | $3.60 |
| 10/27/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 760 page(s) | $76.00 |
| 10/27/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 4373 page(s) | $437.30 |
| 10/27/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 615 page(s) | $61.50 |
| 10/27/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 1070 page(s) | $107.00 |
| 10/27/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 10/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $65.06 |
| 10/27/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $18.98 |
| 10/28/10 | Duplication - In House REQUESTOR: B KHAN; DESCRIPTION: COLOR COPIES; QUANTITY: 310; DATE ORDERED: 10/5/10 | $310.00 |
| 10/28/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 289 page(s) | $28.90 |
| 10/28/10 | Duplication - In House Photocopy - | $231.70 |

| | | |
|---|---|---|
| Kahn, Brad, NY, 2317 page(s) | | |
| ) Duplication - In House  Photocopy - Kahn, Brad, NY, 1920 page(s) | $192.00 | |
| ) Duplication - In House  Photocopy - Brauner, Sara, NY, 800 page(s) | $80.00 | |
| ) Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 10/29/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $385.78 | |
| ) Duplication - In House  Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 | |

Current Expenses                                                    $15,082.70

R SUMMARY OF TIME BILLED BY TASK :

| | HOURS | VALUE |
|---|---|---|
| General Case Administration | 4.90 | $3,029.00 |
| Akin Gump Fee Application/Monthly Billing Reports | 14.30 | $6,004.50 |
| Analysis of Other Professionals Fee Applications/Reports | 8.70 | $4,725.00 |
| Retention of Professionals | 42.70 | $21,808.50 |
| Creditors Committee Meetings | 62.90 | $39,595.50 |
| Court Hearings | 20.50 | $10,182.50 |
| General Claims Analysis/Claims Objections | 5.80 | $2,576.00 |
| Canadian Proceedings/Matters | 15.00 | $10,082.50 |
| General Adversary Proceedings | 6.00 | $4,364.50 |
| Labor Issues/Employee Benefits | 36.50 | $26,746.50 |
| Real Estate Issues/Leases | 2.90 | $1,835.50 |
| Asset/Stock Transaction/Business Liquidations | 58.10 | $36,598.50 |
| Travel | 10.00 | $5,792.00 |
| Avoidance Actions | 7.30 | $3,970.50 |
| Non-Debtor Affiliates | 9.20 | $4,557.00 |
| Intercompany Analysis | 669.30 | $412,400.00 |
| European Proceedings/Matters | 9.50 | $5,996.00 |
| Intellectual Property | 61.50 | $36,942.00 |
| TOTAL | 1045.10 | $637,206.00 |

**Total Amount of This Invoice**                          $652,288.70