# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 21.50 | $20,425.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 115.40 | $100,975.00 |
| Paul B. Hewitt | Partner for 27 years; Admitted in 1974; Litigation Department | $780 | 8.10 | $6,318.00 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 70.80 | $69,030.00 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 7.20 | $4,644.00 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 53.70 | $41,617.50 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 45.10 | $35,629.00 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $775 | 32.60 | $25,265.00 |
| Randall N. Ratner | Partner for 24 years; Admitted in 1979; Real Estate Department | $650 | 3.10 | $2,015.00 |
| Sarah Link Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 89.70 | $57,408.00 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 95.50 | $64,462.50 |
| David T. Blonder | Counsel for 2 years; Admitted in 2001; Litigation Department | $550 | 2.50 | $1,375.00 |

100382900 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 19.00 | $11,400.00 |
| Dionisia Kaloudis | Counsel for 2 years; Admitted in 2005; Financial Restructuring Department | $625 | 3.70 | $2,312.50 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 19.20 | $10,560.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003; Financial Restructuring Department | $600 | 24.40 | $14,640.00 |
| Laura T. Geyer | Senior Attorney for 2 years; Admitted in 1998; Intellectual Property Department | $430 | 13.00 | $5,590.00 |
| Sara L. Brauner | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $350 | 54.70 | $19,145.00 |
| Diana L. Gillis | Associate for 1 year; Not Yet Admitted; Litigation Department | $325 | 7.30 | $2,372.50 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 209.30 | $94,185.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 13.90 | $6,950.00 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 84.80 | $29,680.00 |
| Alexandra R. Caleca | Legal Assistant for 1 year; Financial Restructuring Department | $200 | 11.20 | $2,240.00 |
| Lok Fung Cau | Legal Assistant for 4 years; Litigation Department | $205 | 10.20 | $2,091.00 |
| Blake T. Davis | Legal Assistant for 1 year; Litigation Department | $195 | 1.00 | $195.00 |

100382900 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brenda R. Kemp | Legal Assistant for 12 years; Financial Restructuring Department | $200 | 3.60 | $720.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $220 | 4.20 | $924.00 |
| James Ma | Legal Assistant for 11 years; Litigation Department | $225 | 5.50 | $1,237.50 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 14.90 | $3,799.50 |

Total Amount of Fees:   $637,206.00
Total Number of Hours:  1,045.10
Blended Hourly Rate:    $609.71