## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: Dec. 15, 2010 at 10:00 a.m. (ET)** |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:  August 1, 2010 through October 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $1,970,342.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $61,329.76

This is (a)n: __X__ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October 2010 monthly fee applications are incorporated herein by reference.

of Fee Applications for Compensation Period:

| | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| '10 '6 | 8/1/10 – 8/31/10 | $720,036.50 | $19,953.51 | $576,029.20 | $19,953.51 | $144,007.30 |
| /10 :7 | 9/1/10 - 9/30/10 | $613,100.25 | $26,293.55 | $490,480.20 | $26,293.55 | $122,620.05 |
| /10 D] | 10/1/10 - 10/31/10 | $637,206.00 | $15,082.70 | Pending Obj deadline $509,764.80 | Pending Obj deadline $15,082.70 | $127,441.20 |
| | | $1,970,342.75 | $61,329.76 | $1,576,274.20[3] | $61,329.76[4] | $394,068.55 |

of any Objections to Fee Applications: None.

vember 24, 2010
:w York, New York

Fred S. Hodara (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.

mount reflected in this column includes amounts pending approval.

:mount reflected in this column includes amounts pending approval.