# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: December 15, 2010 at 10:00 a.m. (ET) |
| | ) |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:  August 1, 2010 through October 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $2,071,241.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $51,257.17

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's August, September and October 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 10/12/10 Docket No. 4145 | 8/1/10 to 8/31/10 | $696,506.00 | $14,821.73 | $557,204.80 | $14,821.73 | $139,301.20 |
| Date Filed: 11/17/10 Docket No. 4343 | 9/1/10 to 9/30/10 | $666,451.50 | $23,463.81 | Pending Obj. Deadline $533,161.20 | Pending Obj. Deadline $23,463.81 | $133,290.30 |
| Date Filed: 11/23/10 Docket No. 4407 | 10/1/10 to 10/31/10 | $708,284.00 | $12,971.63 | Pending Obj. Deadline $566,627.20 | Pending Obj. Deadline $12,971.63 | $141,656.80 |
| **TOTALS:** | | $2,071,241.50 | $51,257.17 | $1,656,993.20 | $51,257.17 | $414,248.30 |

Summary of any Objections to Fee Applications: None.

Dated: November 23, 2010
New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*