# EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

August 1, 2010 Through October 31, 2010

## Summary of Services Rendered by Project

| Project | Project Description | August – October |
|---|---|---|
| 1 | Pension Advisory | 46.75 |
| 2 | Fee Applications | 4.50 |
| **TOTAL** | | **51.25** |

## Summary of Services Rendered by Professional

| Name | August – October |
|---|---|
| Richard Jones (Principal – London) | 9.00 |
| James Saunders (Principal – London) | 7.50 |
| Ryan McGlothlin (Managing Director – Boston) | 5.00 |
| Lorant Porkolab (Principal – London) | 7.50 |
| Chris Parlour (Associate Director – London) | 10.50 |
| Martin Hunter (Associate – London) | 11.75 |
| **TOTAL** | **51.25** |

7

Punter Southall LLC
Time Detail
August 1, 2010 through October 31, 2010

| Description of Work | Time | Activity | Professional |
|---|---|---|---|
| Document Review | 0.5 | 1 | JS |
| Document Review | 2.0 | 1 | RJ |
| Document Review | 1.0 | 1 | JS |
| Internal Discussions | 0.5 | 1 | JS |
| Internal Discussions | 0.5 | 1 | RJ |
| Document Drafting | 0.5 | 1 | MH |
| Document Drafting | 1.5 | 1 | JS |
| Document Drafting | 1.5 | 1 | MH |
| Document Review | 0.5 | 1 | CP |
| Document Drafting | 6.8 | 1 | MH |
| Document Drafting | 1.5 | 1 | CP |
| Document Drafting | 0.3 | 1 | MH |
| Document Drafting | 0.5 | 1 | CP |
| Document Drafting | 1.5 | 1 | MH |
| Internal Discussions / Emails | 0.5 | 1 | RJ |
| Internal Discussions / Emails | 0.5 | 1 | RDM |
| Document Drafting | 0.3 | 1 | MH |
| Document Review | 0.5 | 1 | JS |
| Document Drafting | 2.0 | 1 | JS |
| Internal Discussions | 1.0 | 1 | RJ |
| Internal Discussions | 1.0 | 1 | JS |
| Internal Discussions | 1.0 | 1 | MH |
| Internal Discussions | 1.0 | 1 | CP |
| Document Review | 2.0 | 1 | LP |
| Internal Discussions | 0.5 | 1 | JS |
| Internal Discussions | 0.5 | 1 | LP |
| Internal Discussions | 0.5 | 1 | RJ |
| Internal Discussions | 0.5 | 1 | JS |
| Conference Calls/Emails | 1.5 | 1 | RJ |
| Conference Calls/Emails | 1.5 | 1 | LP |
| Conference Calls/Emails | 1.5 | 1 | CP |
| Document Review | 0.5 | 1 | LP |
| Document Review | 1.5 | 1 | RJ |
| Document Review | 2.5 | 1 | CP |
| Document Review / Drafting | 3.0 | 1 | CP |
| Document Review / Drafting | 3.0 | 1 | LP |
| Document Review / Drafting | 1.0 | 1 | RJ |
| **Total Activity 1** | **46.8** | | |

| Description of Work | Time | Activity | Professional |
|---|---|---|---|
| Revision of fee affidavit | 1.0 | 2 | RDM |
| Revision of fee affidavit | 1.0 | 2 | RDM |
| Preparation of May-July & Fifth Quarter filings | 2.0 | 2 | RDM |
| Preparation of May-July & Fifth Quarter filings | 0.5 | 2 | RDM |
| **Total Activity 2** | **4.5** | | |

| | | | |
|---|---|---|---|
| **Total Activity 1 & 2** | **51.25** | | |