# EXHIBIT D

## List of Professionals and Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co.  LLC**
**October 1, 2010 - October 31, 2010**
**Summary of Services Rendered by Project**

| Project # | Project Description | Oct |
|:---:|:---|---:|
| 1 | Interface with Company Personnel | 13.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 42.1 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 1.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 92.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 2.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **151.1** |

**Summary of Services Rendered by Professional**

| Name | Oct |
|:---|---:|
| Terry Savage, Managing Director | 4.1 |
| Michael Murray, Managing Director | 6.5 |
| David Descoteaux, Managing Director | 45.0 |
| Matthew Hart, Director | 11.0 |
| Colin Keenan, Associate | 37.5 |
| Justin Lux, Analyst | 47.0 |
| **TOTAL** | **151.1** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 10/04/10 | IP call with advisors | 1.1 | 2 |
| 10/12/10 | IP call with advisors | 1.2 | 2 |
| 10/19/10 | IP call with advisors | 0.8 | 2 |
| 10/26/10 | IP call with advisors | 1.0 | 2 |
| **OCTOBER HOURS** | | **4.1** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/10 | Calls | 0.5 | 8 |
| 10/04/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 10/05/10 | Calls, Correspondence | 0.5 | 8 |
| 10/12/10 | Calls, Correspondence | 0.5 | 8 |
| 10/14/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 10/15/10 | Calls, Correspondence | 0.5 | 8 |
| 10/18/10 | Calls, Correspondence | 0.5 | 8 |
| 10/19/10 | Calls, Correspondence | 0.5 | 8 |
| 10/21/10 | Calls, Correspondence | 0.5 | 8 |
| 10/25/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 10/26/10 | Calls, Correspondence | 0.5 | 8 |
| 10/27/10 | Calls, Correspondence | 0.5 | 8 |
| | **OCTOBER HOURS** | **6.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 10/04/10 | calls, general process, emails | 3.5 | 2 |
| 10/05/10 | calls, general process, emails | 4.0 | 8 |
| 10/06/10 | calls, general process, emails | 1.5 | 8 |
| 10/07/10 | calls, general process, emails | 2.0 | 8 |
| 10/11/10 | calls, general process, emails | 2.0 | 1 |
| 10/12/10 | calls, general process, emails | 1.5 | 2 |
| 10/13/10 | calls, general process, emails | 2.5 | 8 |
| 10/14/10 | calls, general process, emails | 1.5 | 8 |
| 10/15/10 | calls, general process, emails | 2.5 | 8 |
| 10/18/10 | mgmt prep, general process, meetings, calls | 4.0 | 2 |
| 10/19/10 | mgmt prep, general process, meetings, calls | 3.0 | 2 |
| 10/20/10 | calls, general process, emails | 3.5 | 1 |
| 10/21/10 | calls, general process, emails | 1.0 | 8 |
| 10/22/10 | calls, general process, emails | 4.0 | 1 |
| 10/25/10 | event, calls, general process, emails | 3.0 | 8 |
| 10/26/10 | calls, general process, emails | 1.0 | 8 |
| 10/27/10 | calls, general process, emails | 3.5 | 8 |
| 10/29/10 | calls, general process, emails | 1.0 | 2 |
| | **OCTOBER HOURS** | **45.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/04/10 | Meeting w/all parties re. IP | 1.0 | 2 |
| 10/05/10 | Weekly IP working group call | 1.0 | 2 |
| 10/07/10 | Call w/mgmt, GIP re. IP | 0.8 | 8 |
| 10/12/10 | Weekly IP working group call | 1.0 | 2 |
| 10/15/10 | Call w/mgmt, GIP re. IP | 0.8 | 8 |
| 10/18/10 | Meeting w/ potential bidder | 1.5 | 2 |
| 10/18/10 | Meeting w/all parties re. IP | 1.0 | 2 |
| 10/19/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 10/19/10 | Weekly IP working group call | 1.0 | 2 |
| 10/26/10 | Weekly IP working group call | 1.0 | 2 |
| 10/27/10 | Meeting w/all parties re. IP | 1.0 | 2 |
| | **OCTOBER HOURS** | 11.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/10 | Side letter discussion | 1.5 | 11 |
| 10/02/10 | IP coordination and logistics | 2.0 | 8 |
| 10/04/10 | Internal discussion re IP | 0.8 | 2 |
| 10/05/10 | IP NLT call | 1.0 | 2 |
| 10/06/10 | IP coordination and logistics | 2.5 | 8 |
| 10/07/10 | Internal discussion re IP | 1.0 | 2 |
| 10/08/10 | IP coordination and logistics | 2.3 | 8 |
| 10/11/10 | IP coordination and logistics | 1.5 | 8 |
| 10/12/10 | IP NLT call | 0.5 | 2 |
| 10/13/10 | IP coordination and logistics | 4.5 | 8 |
| 10/14/10 | IP coordination and logistics | 3.0 | 8 |
| 10/15/10 | Internal discussion re IP | 1.0 | 1 |
| 10/18/10 | Internal discussion re IP | 0.8 | 2 |
| 10/19/10 | IP FA call | 0.5 | 2 |
| 10/20/10 | Discussion with interested party | 2.0 | 2 |
| 10/21/10 | Internal discussion re IP | 1.0 | 2 |
| 10/22/10 | Research re previous NT sale | 1.0 | 3 |
| 10/22/10 | Internal discussion re IP | 1.0 | 2 |
| 10/25/10 | IP coordination and logistics | 2.5 | 2 |
| 10/25/10 | IP coordination and logistics | 2.0 | 8 |
| 10/26/10 | IP NLT call | 0.5 | 2 |
| 10/27/10 | IP NLT call | 1.0 | 2 |
| 10/27/10 | IP coordination and logistics | 2.3 | 8 |
| 10/29/10 | IP coordination and logistics | 1.5 | 8 |
| | **OCTOBER HOURS** | 37.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/04/10 | General process/diligence/emails re. IP | 1.5 | 8 |
| 10/05/10 | General process/diligence/emails re. IP | 1.0 | 8 |
| 10/06/10 | General process/contact log re. IP | 1.5 | 8 |
| 10/08/10 | Internal call re. IP | 0.5 | 1 |
| 10/08/10 | Financial Analysis/model | 2.0 | 8 |
| 10/11/10 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 10/12/10 | General process/diligence/dataroom re. IP | 2.0 | 8 |
| 10/13/10 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 10/13/10 | Financial Analysis/model | 4.0 | 8 |
| 10/14/10 | Internal discussion re IP | 1.0 | 2 |
| 10/14/10 | Financial Analysis/model | 2.5 | 8 |
| 10/15/10 | Internal call re. IP | 1.0 | 1 |
| 10/18/10 | General process/diligence/emails re. IP | 2.5 | 8 |
| 10/19/10 | General process/diligence/emails re. IP | 4.0 | 8 |
| 10/20/10 | General process/diligence/emails re. IP | 3.0 | 8 |
| 10/21/10 | Internal call re. IP | 1.5 | 1 |
| 10/21/10 | Financial Analysis/model | 1.0 | 8 |
| 10/21/10 | Hours/Fee Application Prep | 1.0 | 11 |
| 10/22/10 | Call re. NGS | 0.5 | 2 |
| 10/22/10 | Debt Pricing Update | 0.5 | 8 |
| 10/25/10 | General process/contact log/emails re. IP | 3.0 | 8 |
| 10/25/10 | Financial Analysis/model | 2.5 | 8 |
| 10/26/10 | Weekly IP Call | 1.0 | 2 |
| 10/26/10 | IP call | 0.5 | 2 |
| 10/27/10 | General process/analysis/dataroom re. IP | 4.0 | 8 |
| 10/28/10 | General process/diligence/dataroom re. IP | 3.0 | 8 |
| | **OCTOBER HOURS** | 47.0 | |