# EXHIBIT E

## Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**October 1, 2010 - October 31, 2010**

## Fee Calculation

| Item | Amount Incurred |
|------|----------------|
| Monthly Fees: October 1, 2010 - October 31, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|------|----------------|
| Car Services and Taxis | $667.18 |
| Courier/Shipping | 33.75 |
| Electronic Information Service | 48.13 |
| Employee Meals | 218.33 |
| Meals-Meetings/Travel | 78.98 |
| Photocopying Costs | 590.31 |
| Telephone/Telex/Fax-Usage | 14.95 |
| Travel | 3,336.69 |
| **TOTAL** | **$4,988.32** |

[1]    *Additional expense detail will be furnished upon request.*

Nortel_Oct 10.xlsx

Expense Detail

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 10/27/2010 | Descoteaux-R 09/29/2010 10:50 Origin: 50 W 50TH ST Dest: 1 LIBERTY PLAZA / ROYAL DISPATCH | | 27.72 |
| | 10/1/2010 | Hart-Taxi from meeting to office 08/17/2010 | | 16.60 |
| | 10/1/2010 | Hart-Taxi from meeting to office 08/18/2010 | | 19.50 |
| | 10/1/2010 | Hart-Taxi from office to meeting 08/17/2010 | | 17.60 |
| | 10/1/2010 | Hart-Taxi from office to meeting 08/18/2010 | | 15.40 |
| | 10/27/2010 | Holmes-R 09/14/2010 01:02 Origin: 50 W 50TH ST Dest: QUEENS / ROYAL DISPATCH | | 42.13 |
| | 10/22/2010 | Keenan-Cab9/20MonLateOffice-Home 09/20/2010 | | 11.50 |
| | 10/27/2010 | Keenan-R 09/21/2010 09:44 Origin: 49 W 49TH ST Dest: 1 LIBERTY PLAZA / ROYAL DISPATCH | | 27.72 |
| | 10/22/2010 | Keenan-TAXI 10/2Sat.Office-Home 10/02/2010 | | 16.20 |
| | 10/22/2010 | Keenan-TAX09/28TuesLateOffice-Home 09/29/2010 | | 11.50 |
| | 10/6/2010 | Mehra-Boston-Taxi home 09/21/2010 | | 17.00 |
| | 10/6/2010 | Mehra-Boston-Taxi home 09/22/2010 | | 20.00 |
| | 10/21/2010 | Mehra-NYC-Taxi-LGA to hotel 09/23/2010 | | 47.45 |
| | 10/6/2010 | Mehra-Taxi-NYC-mtg to LGA 09/24/2010 | | 65.00 |
| | 10/6/2010 | Mehra-Taxi-office to BOS 09/23/2010 | | 23.00 |
| | 9/13/2010 | Murray-08/31/10 PHL- airport transfer to hotel in Wilmington- NT hearing/ CAREY INTERNATIONAL | | 50.95 |
| | 10/26/2010 | Murray-10/01/10 Wilmington to airport in PHL / CAREY INTERNATIONAL | | 50.25 |
| | 10/11/2010 | Murray-9/30/10 Phl to Wilmington for hearing / CAREY INTERNATIONAL | | 53.24 |
| | 10/12/2010 | Zhang-Boston-taxi home-Saturday 09/18/2010 | | 25.00 |
| | 10/12/2010 | Zhang-Boston-taxi to work-Saturday 09/18/2010 | | 25.00 |
| | 10/12/2010 | Zhang-Boston-taxi-office to home 08/18/2010 | | 16.25 |
| | 10/12/2010 | Zhang-Boston-taxi-office to home 09/08/2010 | | 25.00 |
| | 10/29/2010 | Zhang-NYC-taxi-LGA to mtg 09/23/2010 | | 43.17 |
| | | | Subtotal: | 667.18 |
| **Couriers / Shipping** | | | | |
| | 10/20/2010 | MESSENGER SERVICE / N.Y. MINUTE MESSENGER | | 33.75 |
| | | | Subtotal: | 33.75 |
| **Electronic Information Service** | | | | |
| | 10/8/2010 | DATMNTR CBKS 09-7/10 ESHEL,P / DATAMONITOR INC. | | 23.20 |
| | 10/8/2010 | DATAMONITOR CHRBKS 2009-7/2010 / DATAMONITOR INC. | | 19.33 |
| | 10/21/2010 | JUL-SEP30,2010 PACER Q3 / PACER SERVICE CENTER | | 5.60 |
| | | | Subtotal: | 48.13 |
| **Employee Meals** | | | | |
| | 10/26/2010 | Keenan-M 20-SEP-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | | 26.02 |
| | 10/26/2010 | Keenan-M 22-SEP-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | | 25.39 |
| | 10/26/2010 | Lax-M 20-SEP-2010 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | | 17.35 |
| | 10/26/2010 | Lax-M 24-SEP-2010 Angelo's Pizza / SEAMLESSWEB PROFESSIONAL | | 26.03 |

Nortel_Oct 10.xlsx

Expense Detail

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 10/26/2010 | Lux-M 27-SEP-2010 Hawaiian Island / SEAMLESSWEB PROFESSIONAL | 26.09 |
| | 10/26/2010 | Lux-M 29-SEP-2010 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | 26.01 |
| | 10/29/2010 | Mehra-FOODLER BOSTON MA 09/15/2010 | 24.64 |
| | 10/7/2010 | Murray-THE UPPER CRUST 0000 BOSTON MA 09/07/2010 | 21.80 |
| | 10/12/2010 | Zhang-FOODLER BOSTON MA 08/31/2010 | 25.00 |
| | | Subtotal: | 218.33 |
| **Meals-Meetings/Travel** | | | |
| | 10/21/2010 | Mehra-Millenium Hilton New York (dinner 1p) 09/25/2010 | 55.00 |
| | 10/21/2010 | Mehra-PHL-lunch-1 attendee 09/30/2010 | 10.02 |
| | 10/21/2010 | Mehra-BOS-meal-1 employee 09/23/2010 | 7.88 |
| | 10/21/2010 | Mehra-BOS-breakfast -1 attendee 09/30/2010 | 6.08 |
| | | Subtotal: | 78.98 |
| **Printing Recovery** | | | |
| | 10/15/2010 | CPYCNTR JOBS DONE IN 09/10 / NON VENDOR (AP JOURNALS) | 590.31 |
| | | Subtotal: | 590.31 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 10/21/2010 | Mehra-Millenium Hilton New York (internet) 09/25/2010 | 14.95 |
| | | Subtotal: | 14.95 |
| **Travel** | | | |
| | 10/13/2010 | Murray-Delaware In@HotelDupont($350/n) 09/02/2010 | 350.00 |
| | 10/13/2010 | Murray-BOSPHL(ch)US Airways 08/31/2010 | 140.70 |
| | 10/13/2010 | Murray-BOSPHL US AIR Amex Svc Fee 08/31/2010 | 36.00 |
| | 10/21/2010 | Mehra-NYC-hotel stay 1 night @ $400 09/25/2010 | 460.00 |
| | 10/21/2010 | Mehra-TKT-BOS-LGA-coach 09/23/2010 | 492.36 |
| | 10/21/2010 | Mehra-TKT-LGA-BOS-coach 09/24/2010 | 298.70 |
| | 10/21/2010 | Mehra-Tkt-BOS-PHL-coach 09/30/2010 | 281.40 |
| | 10/21/2010 | Mehra-Tkt-PHL-BOS-coach 09/30/2010 | 160.70 |
| | 10/21/2010 | Mehra-AmEx Travel fee 09/23/2010 | 36.00 |
| | 10/21/2010 | Mehra-AmEx Travel fee 09/24/2010 | 36.00 |
| | 10/21/2010 | Mehra-AmEx Travel fee 09/24/2010 | 19.00 |
| | 10/21/2010 | Mehra-AmEx Travel fee 09/24/2010 | 19.00 |
| | 10/29/2010 | Zhang-Hotel-NYC-1 night @ $400/night 09/25/2010 | 460.00 |
| | 10/29/2010 | Zhang-tkt to LGA -coach 09/23/2010 | 246.18 |
| | 10/29/2010 | Zhang-tkt to BOS-coach 10/03/2010 | 213.70 |
| | 10/29/2010 | Zhang-AmEx Travel fee 09/23/2010 | 36.00 |
| | 10/29/2010 | Zhang-AmEx Travel fee 10/03/2010 | 36.00 |

Expense Detail

Nortel_Oct 10.xlsx

# L A Z A R D

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 10/29/2010 | Zhang-Hilton Wireless Intr New York 09/23/2010 | 14.95 |
| | | Subtotal: | 3,336.69 |

CLOSING BALANCE as of 10/31/2010    4,988.32