IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: December 15, 2010 at 10:00 a.m.** |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: August 1, 2010 through October 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary: CDN. $1,111,330.78 Equivalent to USD $1,084,325.44[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: CDN. $23,183.64 Equivalent to USD $22,620.28[3]

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's August, 2010, September, 2010 and October, 2010 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on November 23, 2010 was CDN. $1.00 : U.S. $0.9757

:9111989_1.DOC.

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed:10/15/10 Docket No. 4171 | 8/1/10 - 8/31/10 | $342,998.78 | $10,566.29 | $274,399.02 | $10,566.29 | $68,599.76 |
| Date Filed: 11/19/10 Docket No. 4371 | 9/1/10 - 9/30/10 | $526,638.00 | $9,926.73 | $421,310.40 Pending Obj. Deadline December 9th, 2010 | $9,926.73 Pending Obj. Deadline December 9th, 2010 | $105,327.60 |
| Date Filed: 11/23/10 Docket No. 4412 | 10/1/10 - 10/31/10 | $241,694.00 | $2,690.62 | $193,355.20 Pending Obj. Deadline December 13th, 2010 | $2,690.62 Pending Obj. Deadline December 13th, 2010 | $48,338.80 |
| **TOTALS:** | All amounts in CDN.$ | $1,111,380.78 | $23,183.64 | $889,064.62 | $23,183.64 | $222,266.16 |

Summary of any Objections to Fee Applications: None.

Dated: November 24th, 2010
Wilmington, Delaware

*/s/ Michael J. Wunder*
Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

:9111989_1.DOC.