## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*                       :      Chapter 11

Nortel Networks Inc., *et al.*,[1]       :      Case No. 09-10138 (KG)

               Debtors.     :      Jointly Administered

                                                 :      Hearing Date:  December 15, 2010 at 10:00 a.m. (ET)

-------------------------------------------------------X

### SIXTH QUARTERLY FEE APPLICATION REQUEST OF PUNTER SOUTHALL LLC, PENSION CO-ADVISOR[2] TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD AUGUST 1, 2010 THROUGH OCTOBER 31, 2010</u>

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly Compensation Order</u>"), Punter Southall LLC ("<u>Punter Southall</u>") hereby submits its Sixth Quarterly Fee Application Request (the "<u>Request</u>") for the period August 1, 2010 through and including October 31, 2010[3] (the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     On September 9, 2010, the *Supplemental Declaration of Ryan D. McGlothlin in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Palisades Capital Advisors LLC and Punter Southall LLC as Pension Co-Advisors to the Debtors* (D.I.3893) was filed.  In accordance with the Supplemental Declaration, there has been further revision to the Engagement Letter and the Co-Advisors' retention.  Starting on June 2010, the Monthly Advisory Fee will be $30,000, with sixty-five percent payable to Punter Southall and thirty-five percent payable to Palisades.  In subsequent months the Fee will be $19,500, with one-hundred percent payable to Punter Southall.  This Application reflects these revised terms.

[3]     Exhibits A and B attached to the monthly applications Docket Item No. 3895 contain detailed listing of Punter Southall's requested fees and expenses for the Application Periods.

"Application Period")

Punter Southall seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/24/10 D.I. 4426 | 8/1/10 – 10/31/10 | $58,500.00 | $0 | Pending | $46,800.00 | $0 | $11,700.00 |
| **TOTAL** | | **$58,500.00** | **$0.00** | | **$46,800.00** | **$0.00** | **$11,700.00** |

In accordance with the Monthly Compensation Order, Punter Southall seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Punter Southall respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Punter Southall such other and further relief as is just and proper.

Dated:  November 23, 2010
Framingham, MA

PUNTER SOUTHALL LLC

*/s/ Ryan D. McGlothlin*
Ryan D. McGlothlin
Managing Director
Punter Southall LLC
161 Worcester Rd., Suite 503
Framingham MA 01701
(508.424.2576)
Pension Co-Advisor to the Debtor

## CUMULATIVE SUMMARY OF SERVICES BY PROJECT

| Project | Project Description | August – October |
|---------|---------------------|------------------|
| 1 | Pension Advisory | 46.75 |
| 2 | Fee Applications | 4.50 |
| **TOTAL** | | **51.25** |

### Summary of Services Rendered by Professional

| Name | August – October |
|------|-------------------|
| Richard Jones (Principal – London) | 9.00 |
| James Saunders (Principal – London) | 7.50 |
| Ryan McGlothlin (Managing Director – Boston) | 5.00 |
| Lorant Porkolab (Principal – London) | 7.50 |
| Chris Parlour (Associate Director – London) | 10.50 |
| Martin Hunter (Associate – London) | 11.75 |
| **TOTAL** | **51.25** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]