# EXHIBIT A

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 August 2010 to 31 October 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| Claims | | | | | |
| 05/08/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Email Cleary re employee issues |
| 06/08/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Reviewing documents re employee issues |
| 09/08/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Emails re employee issues |
| 16/08/2010 | Mark Blyth | 1.00 | 700.00 | 700.00 | Emails re employee issues |
| 23/08/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Review documents and email re same with Cleary |
| 31/08/2010 | Mark Blyth | 0.80 | 700.00 | 560.00 | Email Cleary re documents and review same |
| 31/08/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Telephone call re employee issues |
| 02/09/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Research re employee issues |
| 07/09/2010 | Edward Rasp | 0.40 | 365.22 | 146.09 | Meeting re employee issues |
| 08/09/2010 | Edward Rasp | 0.70 | 365.22 | 255.65 | Prepare for and attend calls with M. Blyth and D. Buell re employee issues |
| 08/09/2010 | Mark Blyth | 2.30 | 700.00 | 1,610.00 | Review email - email internal re same - email Cleary re employee issues - internal discussions and email re same |
| 08/09/2010 | Sean Zoltek | 2.30 | 243.48 | 560.00 | Drafted document re employee issues |
| 14/09/2010 | Edward Rasp | 1.20 | 365.22 | 438.26 | Draft, review and revise document |
| 15/09/2010 | Edward Rasp | 0.50 | 365.22 | 182.61 | Discussions re draft documents (.1); review comments re same (.4). |
| 16/09/2010 | Edward Rasp | 1.70 | 365.22 | 620.87 | Calls with M. Blyth re document (.2); draft, review and revise correspondence re same (.8); draft, review and revise document (.7). |
| 17/09/2010 | Edward Rasp | 1.50 | 365.22 | 547.83 | Calls with M. Blyth re document (.3); review and revise same (1.1); emails with Cleary re same (.1). |
| 17/09/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Draft document re employee issues - email internal re same |
| 20/09/2010 | Edward Rasp | 0.40 | 365.22 | 146.09 | Review comments and revise documents |
| 21/09/2010 | Edward Rasp | 0.30 | 365.22 | 109.57 | Revise document and correspond with Cleary re same. |
| 21/09/2010 | Mark Blyth | 1.10 | 700.00 | 770.00 | Email from Cleary re meeting |
| 21/09/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Email Cleary re possible meeting |
| 21/09/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Tel Cleary and email Cleary re meeting |
| 21/09/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Discussing meeting, and emails with Cleary re same |
| 23/09/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Review outline for meeting - email Cleary re same |
| 23/09/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email Cleary re meeting |
| 24/09/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Meeting logistics - discuss with Cleary |
| 28/09/2010 | Mark Blyth | 9.50 | 700.00 | 6,650.00 | Emails re arrangements for meeting with Cleary - travel to and attend meetings in Brighton and London |
| 30/09/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email from Cleary |
| 30/09/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email Cleary re discussions |
| 30/09/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Telecon re progress |
| 04/10/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email Cleary re documents |
| 04/10/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Email Cleary re documents |
| 05/10/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Emails with Cleary and internally re documents |
| 06/10/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Emails with Cleary and internal re documents |
| 07/10/2010 | Edward Rasp | 0.10 | 365.22 | 36.52 | Attend to documents |
| 07/10/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Draft document - execute and email Ed Rasp |
| 13/10/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Conf call with Cleary |

A12741092

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 August 2010 to 31 October 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 13/10/2010 | Mark Blyth | 1.20 | 700.00 | 840.00 | Telecon with Cleary and emails |
| 13/10/2010 | Mark Blyth | 0.70 | 700.00 | 490.00 | Telephone outside employee issues party - email Cleary re conf call - email and documents |
| 15/10/2010 | Mark Blyth | 5.70 | 700.00 | 3,990.00 | Research re employee issues |
| 15/10/2010 | Sangeeta Mahi | 1.80 | 225.00 | 405.00 | Research re employee issues |
| 18/10/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Email Cleary re employee issues - telephone call with outside employee issues party - email Cleary re same |
| 18/10/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Research re employee issues |
| 18/10/2010 | Sangeeta Mahi | 6.30 | 225.00 | 1,417.50 | Research re employee issues |
| 19/10/2010 | Mark Blyth | 0.80 | 700.00 | 560.00 | Con call with Cleary - email to Cleary re same |
| 19/10/2010 | Mark Blyth | 4.00 | 700.00 | 2,800.00 | Research re employee issues |
| 20/10/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Telephone call re employee issues |
| 20/10/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Telecon Cleary re employee issues |
| 21/10/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email Cleary re employee issues |
| 22/10/2010 | Mark Blyth | 0.80 | 700.00 | 560.00 | Review documents; email Cleary re same |
| 22/10/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Telephone call re employee issues - email Cleary re same |
| 23/10/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Email Cleary re employee issues |
| 25/10/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Organise cover for holiday |
| 26/10/2010 | Jennifer Masterson | 0.40 | 495.00 | 198.00 | Review background material from Mark Blyth |
| 26/10/2010 | Jennifer Masterson | 0.70 | 495.00 | 346.50 | Disc M Blyth re background; organise papers post meeting. |
| 26/10/2010 | Jennifer Masterson | 0.30 | 495.00 | 148.50 | Review emails and background materials from M Blyth |
| 26/10/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Meeting to brief J Masterson |
| 26/10/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Internal emails re briefing - emails to Cleary |

Fee Applications

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 07/09/2010 | Jared Oyston | 1.00 | 360.00 | 360.00 | Preparing draft fee applications |
| 08/09/2010 | Jared Oyston | 0.20 | 360.00 | 72.00 | Preparing draft fee applications |
| 09/09/2010 | Jared Oyston | 0.20 | 360.00 | 72.00 | Preparing third monthly and second quarterly fee application |
| 09/09/2010 | Jared Oyston | 0.70 | 360.00 | 252.00 | Preparing third monthly and second quarterly fee application; discussion with Nancy Picknally |
| 09/09/2010 | Jared Oyston | 2.70 | 360.00 | 972.00 | Preparing third monthly and second quarterly fee application |
| 10/09/2010 | Jared Oyston | 1.10 | 360.00 | 396.00 | Finalising and sending fee applications |
| 28/09/2010 | Jared Oyston | 0.20 | 360.00 | 72.00 | Arranging attendance at fee hearing |

| Total | | 62.10 | | 33,832.49 | |

A12741092