# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 Through October 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying | | £11.30 |
| Taxis | | £376.50 |
| **Grand Total Expenses** | | **£387.80** (US$615.09) |

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 August 2010 to 31 October 2010

## Other Service Item (OSI) Section

| Date | OSIS. Type | Quantity | OSIS.Value | Description |
|---|---|---|---|---|
| 07/09/2010 | O001_TAXIS | | 21.20 | 070910, MR J OYSTON, N7, 2212 |
| 01/10/2010 | O001_TAXIS | | 355.30 | 27 SEP M BLYTH DRIVING SERVICES |
| 27/10/2010 | PHOTO_COLOUR_A4 | 50 | 90.00 | Copying Colour A4 |
| **Total** | | | **466.50** | |

Copying charges are adjusted down in the application to reflect a rate of no more than $0.10 per page.

Page 1 of 1

A12741092