IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
                                              :
*In re*                                       :    Chapter 11
                                              :
Nortel Networks Inc., *et al.*,[1]            :    Case No. 09-10138 (KG)
                                              :
                          Debtors.            :    Jointly Administered
                                              :
                                              :    **Hearing Date: December 15, 2010 at 10:00 am**
                                              :
----------------------------------------------------------X

SEVENTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2010 THROUGH OCTOBER 31, 2010

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Seventh Quarterly Fee

Application Request (the "Request") for the period August 1, 2010 through and including

October 31, 2010 (the "Application Period").[2]

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]       Exhibits A and B attached to the monthly applications for August [D.I. 4060], September [D.I. 4249] and October [D.I. 4420] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/1/2010 [D.I. 4060] | 8/1/10 – 8/31/10 | $4,768,299.00 | $68,351.89 | 10/26/2010 [D.I. 4207] | $ 3,814,639.20 | $ 68,351.89 | $953,659.80 |
| 11/4/2010 [D.I. 4249] | 9/1/10 – 9/30/10 | 5,064,338.00 | 101,664.93 | Pending | 4,051,470.40 | 101,664.93 | 1,012,867.60 |
| 11/24/10 [D.I. 4420] | 10/1/10 – 10/31/10 | 5,283,347.50 | 184,289.11 | Pending | 4,226,678.00 | 184,289.11 | 1,056,669.50 |
| TOTAL | | $15,115,984.50 | $354,305.93 | | $12,092,787.60 | $354,305.93 | $3,023,196.90 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: November 24, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 through October 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JASON RYLANDER | Temporary Attorney | $180 | 839.70 | $151,146.00 |
| STEPHEN ROSE | Temporary Attorney | 180 | 830.00 | 149,400.00 |
| NIKKISHA SCOTT | Temporary Attorney | 180 | 811.80 | 146,124.00 |
| DENNIS BODDEN | Temporary Attorney | 180 | 806.10 | 145,098.00 |
| DANIEL CLARKIN | Temporary Attorney | 180 | 771.10 | 138,798.00 |
| HEE SON HONG | Temporary Attorney | 180 | 757.50 | 136,350.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 995 | 723.60 | 719,982.00 |
| JUSTIN CAVANAGH | Temporary Attorney | 180 | 710.50 | 127,890.00 |
| EMILY A. BUSSIGEL | Associate | 450 | 563.40 | 253,530.00 |
| JOAN KIM | Paralegal | 215 | 556.80 | 119,712.00 |
| ROBIN BAIK | Associate | 570 | 548.00 | 312,360.00 |
| TAMARA J. BRITT | Associate | 450 | 535.20 | 240,840.00 |
| NICOLE CUSACK | Temporary Attorney | 180 | 519.70 | 93,546.00 |
| HEENA SHAIKH | Temporary Attorney | 180 | 517.50 | 93,150.00 |
| LOUIS LIPNER | Associate | 515 | 515.00 | 265,225.00 |
| SARA L. GOTTLIEB | Associate | 515 | 513.60 | 264,504.00 |
| JODI ERICKSON | Associate | 325 | 512.70 | 166,627.50 |
| STEVEN NAROW | Temporary Attorney | 180 | 493.40 | 88,812.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 905 | 487.90 | 441,549.50 |
| GREGG TIVEN | Temporary Attorney | 180 | 475.10 | 85,518.00 |
| ERIN MURTY | Temporary Attorney | 180 | 473.30 | 85,194.00 |
| NEIL FORREST | Senior Attorney - Litigation | 770 | 468.90 | 361,053.00 |
| LAUREN L. PEACOCK | Associate | 630 | 468.10 | 294,903.00 |
| KIMBERLY SPIERING | Associate | 630 | 439.90 | 277,137.00 |
| RUSSELL D. ECKENROD | Associate | 570 | 431.90 | 246,183.00 |
| MEGHAN M. SERCOMBE | Associate | 605 | 409.20 | 247,566.00 |
| JAMES CROFT | Associate | 570 | 393.20 | 224,124.00 |
| LAURA GHIRARDI | Temporary Attorney | 180 | 387.90 | 69,822.00 |
| IAN QUA | Paralegal | 240 | 380.00 | 91,200.00 |

---

[3]    Arranged in descending order according to Total Billed Hours.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MEGAN FLEMING-DELACRUZ | Associate | 570 | 379.90 | 216,543.00 |
| DANIEL ILAN | Counsel - Intellectual Property | 675 | 376.70 | 254,272.50 |
| JOSEPH LANZKRON | Associate | 450 | 366.10 | 164,745.00 |
| VINCENT TODARELLO | Temporary Attorney | 180 | 363.70 | 65,466.00 |
| INNA ROZENBERG | Senior Attorney - Litigation | 695 | 356.60 | 247,837.00 |
| JAMES RIM | Temporary Attorney | 180 | 356.00 | 64,080.00 |
| ANTHONY RANDAZZO | Associate | 515 | 349.10 | 179,786.50 |
| KARA HAILEY | Senior Attorney - Corporate, Bankruptcy | 695 | 333.30 | 231,643.50 |
| ANNA KRUTONOGAYA | Associate | 450 | 320.50 | 144,225.00 |
| SALVATORE F. BIANCA | Associate | 630 | 314.00 | 197,820.00 |
| ANTHONY R. CERCEO | Associate | 450 | 303.80 | 136,710.00 |
| ROBERT J. RYAN | Associate | 375 | 303.70 | 113,887.50 |
| JEREMY LACKS | Associate | 515 | 302.40 | 155,736.00 |
| THEODORE GEIGER | Associate | 605 | 301.60 | 182,468.00 |
| CRAIG B. BROD | Partner - Corporate | 995 | 298.50 | 297,007.50 |
| PAUL D. MARQUARDT | Partner - M&A, Corporate, Regulatory | 950 | 293.60 | 278,920.00 |
| ALEXANDRA CAMBOURIS | Associate | 515 | 293.00 | 150,895.00 |
| NANCY PICKNALLY | Associate | 570 | 287.30 | 163,761.00 |
| DEBORAH M. BUELL | Partner - Litigation | 995 | 281.90 | 280,490.50 |
| BRENDA BARRETO | Temporary Attorney | 180 | 274.70 | 49,446.00 |
| ANTONIA CAREW-WATTS | Associate | 450 | 270.20 | 121,590.00 |
| EBUNOLUWA TAIWO | Associate | 515 | 254.60 | 131,119.00 |
| DAISY DE LEMOS | Temporary Attorney | 180 | 243.20 | 43,776.00 |
| HOWARD S. ZELBO | Partner - Litigation | 995 | 236.50 | 235,317.50 |
| JUSTIN SEERY | Associate | 515 | 231.70 | 119,325.50 |
| JESSICA KALLSTROM-SCHRECKENGOST | Associate | 375 | 225.20 | 84,450.00 |
| MIJI KIM | Associate | 450 | 222.20 | 99,990.00 |
| PATRICK MARETTE | Associate | 630 | 210.80 | 132,804.00 |
| KIMBERLY MOSSEL | Associate | 325 | 206.50 | 67,112.50 |
| JENNIFER M. PALMER | Associate | 605 | 193.60 | 117,128.00 |
| CATHERINE BARNARD | Associate | 450 | 185.70 | 83,565.00 |
| JULIET A. DRAKE | Associate | 630 | 183.40 | 115,542.00 |
| DAVID H. HERRINGTON | Counsel - Litigation | 835 | 182.60 | 152,471.00 |
| MEGAN GRANDINETTI | Associate | 515 | 181.70 | 93,575.50 |
| JAMIE R. GALVIN | Associate | 375 | 180.90 | 67,837.50 |
| BRENDAN H. GIBBON | Associate | 630 | 179.90 | 113,337.00 |
| DANIEL J. NORTHROP | Associate | 375 | 175.30 | 65,737.50 |
| KATHLEEN M. O'NEILL | Associate | 605 | 174.90 | 105,814.50 |
| DAVID OLIWENSTEIN | Associate | 515 | 165.50 | 85,232.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TEMPORARY PARALEGAL | Temporary Paralegal | 240 | 162.20 | 38,928.00 |
| KEITH CARPENTER | Paralegal | 215 | 160.10 | 34,421.50 |
| JOHN R. LOATMAN | Associate | 630 | 148.90 | 93,807.00 |
| KAMAL SIDHU | Associate | 375 | 148.90 | 55,837.50 |
| CHRISTOPHER S. CONDLIN | Associate | 450 | 142.10 | 63,945.00 |
| KATHERINE CURRIE | Associate | 450 | 141.70 | 63,765.00 |
| BRIAN J. MORRIS | Associate | 450 | 140.30 | 63,135.00 |
| WILLIAM MCRAE | Partner - Tax | 950 | 140.20 | 133,190.00 |
| COREY M. GOODMAN | Associate | 570 | 131.60 | 75,012.00 |
| JANE KIM | Associate | 630 | 131.50 | 82,845.00 |
| IVY HERNANDEZ | Associate | 605 | 130.00 | 78,650.00 |
| MARIO MENDOLARO | Associate | 605 | 129.00 | 78,045.00 |
| JESSE D.H. SHERRETT | Associate | 375 | 125.90 | 47,212.50 |
| KATHERINE F. SCHULTE | Associate | 570 | 113.60 | 64,752.00 |
| PETER O'KEEFE | Paralegal | 240 | 113.10 | 27,144.00 |
| NATALYA SHNITSER | Associate | 450 | 110.40 | 49,680.00 |
| EUGENE S. KIM | Associate | 450 | 105.60 | 47,520.00 |
| MACEY LEVINGTON | Associate | 450 | 103.30 | 46,485.00 |
| ALEXANDER J. TALSMA | Associate | 450 | 103.10 | 46,395.00 |
| MATTHEW J. VANEK | Associate | 570 | 102.90 | 58,653.00 |
| KATHERINE ROBERTS | Associate | 630 | 102.40 | 64,512.00 |
| KERRIN T. KLEIN | Associate | 450 | 102.00 | 45,900.00 |
| SHIRLEY LO | Associate | 450 | 97.30 | 43,785.00 |
| NESLIHAN GAUCHIER | Associate | 515 | 95.40 | 48,936.00 |
| TIM PHILLIPS | Associate | 450 | 94.70 | 42,615.00 |
| EMILY WEISS | Associate | 450 | 90.20 | 40,590.00 |
| SHANNON DELAHAYE | Associate | 515 | 90.10 | 46,401.50 |
| DAPHNEY FRANCOIS | Associate | 450 | 89.00 | 40,050.00 |
| KEVIN CUNNINGHAM | Associate | 570 | 88.10 | 50,217.00 |
| LUKE STREATFEILD | Associate | 695 | 88.00 | 61,160.00 |
| JEFFREY PENN | Associate | 570 | 84.10 | 47,937.00 |
| LEAH LAPORTE | Associate | 515 | 81.90 | 42,178.50 |
| DAVID LIVSHIZ | Associate | 630 | 81.60 | 51,408.00 |
| ALEXANDRA DEEGE | Associate | 630 | 80.20 | 50,526.00 |
| MEE-JUNG JANG | Associate | 450 | 78.70 | 35,415.00 |
| JADE WAGNER | Associate | 605 | 78.30 | 47,371.50 |
| JOHN W. KONSTANT | Associate | 630 | 76.50 | 48,195.00 |
| SANDRA J. GALVIS | Senior Attorney - Corporate, Bankruptcy | 770 | 75.90 | 58,443.00 |
| CARISSA L. ALDEN | Associate | 515 | 75.80 | 39,037.00 |
| EVAN J. LEITCH | Associate | 450 | 72.40 | 32,580.00 |
| ELIZABETH MANDELL | Associate | 630 | 72.10 | 45,423.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HELEN A. SKINNER | Associate | 515 | 69.30 | 35,689.50 |
| MARTIN N. KOSTOV | Associate | 375 | 69.20 | 25,950.00 |
| NATHAN PIPER | Associate | 450 | 62.60 | 28,170.00 |
| LORIN R. VAN NULAND | Associate | 375 | 60.30 | 22,612.50 |
| PAUL BOZZELLO | Associate | 450 | 58.60 | 26,370.00 |
| JENNIFER LEVY | Staff Attorney | 325 | 57.90 | 18,817.50 |
| AARON J. MEYERS | Associate | 515 | 56.90 | 29,303.50 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 56.30 | 7,882.00 |
| MELISSA K. MARLER | Associate | 630 | 53.60 | 33,768.00 |
| PRABHALYA RAMESH | Temporary Attorney | 180 | 52.50 | 9,450.00 |
| DANIEL P. RILEY | Associate | 515 | 51.90 | 26,728.50 |
| BORIS KHENTOV | Associate | 450 | 51.70 | 23,265.00 |
| REBECCA REEB | Associate | 450 | 50.90 | 22,905.00 |
| LIANA R. VITALE | Associate | 515 | 50.60 | 26,059.00 |
| JUDY KIM-PARK | Associate | 180 | 50.10 | 9,018.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 970 | 48.70 | 47,239.00 |
| ANDREW G. COOMBS | Associate | 450 | 42.80 | 19,260.00 |
| JENNIFER MOCKLER | Paralegal | 240 | 42.50 | 10,200.00 |
| JOHN MCGILL | Senior Attorney - M&A, Corporate | 770 | 41.20 | 31,724.00 |
| MARY ASHBY BROWN | Temporary Attorney | 180 | 39.60 | 7,128.00 |
| KATHERINE L. WILSON-MILNE | Associate | 450 | 39.20 | 17,640.00 |
| MICHAEL KAGAN | Associate | 515 | 38.00 | 19,570.00 |
| ANDREA G. PODOLSKY | Partner - Corporate | 995 | 37.30 | 37,113.50 |
| ALAN AUDI | Associate | 630 | 36.40 | 22,932.00 |
| WILLIAM FITZGERALD | Paralegal | 240 | 36.20 | 8,688.00 |
| JENNIFER MONIZ | Paralegal | 200 | 36.00 | 7,200.00 |
| NATALIE JAMES | Temporary Attorney | 180 | 36.00 | 6,480.00 |
| THOMAS HARE | Solicitor Trainee | 325 | 35.10 | 11,407.50 |
| VICTORIA MARRE | Paralegal | 240 | 34.70 | 8,328.00 |
| ERIN R. OLSHEVER | Associate | 450 | 33.60 | 15,120.00 |
| MARGARET E. SHEER | Associate | 570 | 33.10 | 18,867.00 |
| ALETHEA GROSS | Paralegal | 240 | 32.70 | 7,848.00 |
| RYAN R. WRIGHT | Paralegal | 245 | 31.50 | 7,717.50 |
| JOHN BYAM | Partner - M&A, Corporate | 995 | 29.40 | 29,253.00 |
| JERILIN BUZZETTA | Associate | 450 | 28.10 | 12,645.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 835 | 27.90 | 23,296.50 |
| LAURA PADGETT | Paralegal | 240 | 27.90 | 6,696.00 |
| CASEY DAVISON | Associate | 515 | 26.20 | 13,493.00 |
| JOHNATHAN A. JENKINS | Associate | 515 | 25.80 | 13,287.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 995 | 25.40 | 25,273.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JENNIFER E. PHILBRICK | Associate | 375 | 25.40 | 9,525.00 |
| REBECCA D. WEINSTEIN | Associate | 450 | 25.10 | 11,295.00 |
| EMILY MARSHALL | Solicitor Trainee | 345 | 25.10 | 8,563.50 |
| MATTHEW HOWARD | Associate | 630 | 25.00 | 15,750.00 |
| ROBERT N. HAYES | Associate | 375 | 24.90 | 9,337.50 |
| ANTHONY SHULTS | Summer Law Clerk | 305 | 24.70 | 7,533.50 |
| JOSEPH ROBERTSON | Associate | 450 | 23.80 | 10,710.00 |
| JOSHUA PANAS | Associate | 630 | 22.50 | 14,175.00 |
| MARCEL ANDERSON | Associate | 570 | 21.70 | 12,369.00 |
| OLIVIER DE MOOR | Associate | 570 | 21.00 | 11,970.00 |
| JESSICA KERR | Practice Support Specialist | 225 | 20.80 | 4,680.00 |
| NICOLE LITVACK | Paralegal | 215 | 20.60 | 4,429.00 |
| LAURA BAGARELLA | Associate | 450 | 20.30 | 9,135.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 20.30 | 2,842.00 |
| SANDRA FLOW | Partner - Corporate | 950 | 19.50 | 18,525.00 |
| STEVE BOWNE | Summer Law Clerk | 305 | 19.00 | 5,795.00 |
| IAN BEARDSLEY | Paralegal | 240 | 19.00 | 4,560.00 |
| SHANAZ MUZTAZA | Paralegal | 265 | 18.50 | 4,902.50 |
| JOHN OLSON | Associate | 620 | 18.30 | 11,346.00 |
| JOSHUA KALISH | Associate | 515 | 18.00 | 9,270.00 |
| VICTORIA S. BELYAVSKY | Associate | 375 | 17.70 | 6,637.50 |
| NATALI SEGOVIA | Paralegal | 240 | 17.30 | 4,152.00 |
| TREVOR F. BERRETT | Associate | 450 | 16.40 | 7,380.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 995 | 16.10 | 16,019.50 |
| MEGAN PRUNELLA | Associate | 375 | 15.80 | 5,925.00 |
| ARTHUR KOHN | Partner - Employee Benefits | 995 | 15.60 | 15,522.00 |
| KINGA GUZDEK | Associate | 390 | 15.60 | 6,084.00 |
| DAVID C. RAMSEY | Summer Law Clerk | 305 | 15.60 | 4,758.00 |
| ARON M. ZUCKERMAN | Summer Law Clerk | 305 | 14.20 | 4,331.00 |
| ELI K. BEST | Summer Law Clerk | 305 | 14.10 | 4,300.50 |
| EMILY LIU | Associate | 515 | 13.20 | 6,798.00 |
| PHILBERT ANSON LAU | Associate | 375 | 13.10 | 4,912.50 |
| JESSICA BRENNER | Paralegal | 215 | 12.70 | 2,730.50 |
| MORGAN SCHOFER | Paralegal | 215 | 12.60 | 2,709.00 |
| GEORGINA FLEMING | Paralegal | 240 | 12.50 | 3,000.00 |
| ALEXANDER WU | Associate | 375 | 12.40 | 4,650.00 |
| SEAN MULLEN | Summer Law Clerk | 305 | 12.30 | 3,751.50 |
| CRAIG M. FISCHER | Associate | 375 | 12.00 | 4,500.00 |
| SOO-YEUN LIM | Associate | 515 | 11.80 | 6,077.00 |
| JAMES R. MODRALL | Partner – M&A, Corporate | 995 | 11.60 | 11,542.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 11.30 | 1,582.00 |
| CEYDI RODRIGUEZ | Paralegal | 285 | 10.60 | 3,021.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KEVIN C. JONES | Associate | 605 | 10.20 | 6,171.00 |
| BRYAN G. FAUBUS | Associate | 375 | 10.10 | 3,787.50 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 835 | 9.40 | 7,849.00 |
| LOUISE LE GUILCHET | Stagiaire | 270 | 9.30 | 2,511.00 |
| JASPREET TAKHAR | Summer Law Clerk | 310 | 9.20 | 2,852.00 |
| FABRICE BAUMGARTNER | Partner - Corporate | 995 | 9.10 | 9,054.50 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 970 | 8.80 | 8,536.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 760 | 8.70 | 6,612.00 |
| MEREDITH MANN | Paralegal | 240 | 8.60 | 2,064.00 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 970 | 8.50 | 8,245.00 |
| DANIEL MALECH | Associate | 450 | 8.50 | 3,825.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 8.00 | 1,120.00 |
| JONATHAN KELLY | Partner - Litigation, Arbitration | 995 | 7.90 | 7,860.50 |
| LUKE BAREFOOT | Associate | 630 | 7.70 | 4,851.00 |
| CARSTEN FIEGE | Associate | 630 | 7.60 | 4,788.00 |
| ERBER HERNANDEZ | Paralegal | 240 | 7.50 | 1,800.00 |
| JASON FACTOR | Partner - Tax | 950 | 7.40 | 7,030.00 |
| PAUL S. HAYES | Associate | 630 | 7.20 | 4,536.00 |
| BEVIN A. BUTLER | Associate | 450 | 6.60 | 2,970.00 |
| ANNIE H. LEE | Associate | 450 | 6.50 | 2,925.00 |
| GARRY MANLEY | Associate | 550 | 6.10 | 3,355.00 |
| JONAH C. ABRAMOWITZ | Summer Law Clerk | 305 | 6.00 | 1,830.00 |
| LEIDY VALENCIA | Paralegal | 240 | 6.00 | 1,440.00 |
| MICHELLE BARRAS | Paralegal | 215 | 5.80 | 1,247.00 |
| CHARLES-ANTOINE WAUTERS | Associate | 630 | 5.50 | 3,465.00 |
| RENEE AHLERS | Summer Law Clerk | 295 | 5.40 | 1,593.00 |
| JENNIFER BAERT | Associate | 640 | 5.00 | 3,200.00 |
| ANGELA F. HAMARICH | Summer Law Clerk | 305 | 4.70 | 1,433.50 |
| LYNN ZOUBOK | Reference Librarian | 265 | 4.50 | 1,192.50 |
| BENAZIR TEELUCK | Paralegal | 240 | 4.50 | 1,080.00 |
| ELIZABETH HERRON-SWEET | Paralegal | 240 | 4.50 | 1,080.00 |
| CATHERINE WU | Paralegal | 240 | 4.50 | 1,080.00 |
| FEI XIE | Associate | 610 | 4.00 | 2,440.00 |
| ALEC BARTLETT | Paralegal | 265 | 4.00 | 1,060.00 |
| MELISSA RUHRY | Paralegal | 240 | 4.00 | 960.00 |
| KATHERINE S. ENGLANDER | Paralegal | 215 | 4.00 | 860.00 |
| ALEXANDRA ANGRAND | Assistant Managing Clerk | 140 | 3.90 | 546.00 |
| MELISSA MARTIN | Paralegal | 240 | 3.60 | 864.00 |
| LILIANE KANG | Paralegal | 240 | 3.50 | 840.00 |
| ZACHARY KOLKIN | Associate | 515 | 3.20 | 1,648.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| LILIA TOSON-DYSVICK | Law Clerk | 305 | 3.20 | 976.00 |
| MARK W. NELSON | Partner - Antitrust, M&A | 970 | 3.00 | 2,910.00 |
| JULIAN OSCHMANN | Stagiaire | 270 | 3.00 | 810.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 980 | 2.90 | 2,842.00 |
| NATHALIE RYCKAERT | Associate | 390 | 2.90 | 1,131.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 2.70 | 378.00 |
| GEOFFROY RENARD | Associate | 650 | 2.20 | 1,430.00 |
| MICHAEL FALTER | Associate | 570 | 2.10 | 1,197.00 |
| ELLEN INGERMAN | Reference Librarian | 265 | 2.10 | 556.50 |
| DAVID N. ARMSTRONG | Associate | 375 | 2.00 | 750.00 |
| **TOTAL HOURS:** | | | **33,822.20** | |
| **GRAND TOTAL:** | | | | **$15,115,984.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 through October 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 2,162.60 | $ 1,082,091.00 |
| Case Administration | 17,015.20 | 5,940,568.00 |
| Claims Administration and Objections | 5,578.50 | 2,804,950.50 |
| Debtor in Possession Financing | 1.00 | 515.00 |
| M&A Advice | 2,201.20 | 1,363,096.50 |
| Employee Matters | 1,247.00 | 759,671.50 |
| Customer Issues | 9.30 | 4,798.00 |
| Supplier Issues | 179.30 | 86,145.00 |
| Plan of Reorganization & Disclosure Statement | 1,289.70 | 737,551.50 |
| Tax | 596.30 | 371,780.00 |
| Intellectual Property | 1,253.90 | 766,211.50 |
| Regulatory | 152.70 | 88,906.50 |
| Fee and Employment Applications | 508.00 | 230,653.00 |
| Litigation | 813.50 | 437,462.00 |
| Real Estate | 814.00 | 441,584.50 |
| **TOTAL** | **33,822.20** | **$ 15,115,984.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 through October 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 10,639.37 |
| Travel – Transportation | | 27,204.52 |
| Travel – Lodging | | 5,988.23 |
| Travel – Meals | | 680.73 |
| Mailing and Shipping Charges | | 672.39 |
| Scanning Charges (at $0.10/page) | | 887.50 |
| Duplicating Charges (at $0.10/page) | | 40,320.10 |
| Color Duplicating Charges (at $0.65/page) | | 9,296.95 |
| Facsimile Charges (at $1.00/page) | | 532.00 |
| Legal Research | Lexis | 15,885.77 |
| | Westlaw | 44,682.57 |
| | PACER | 6,725.76 |
| Late Work – Meals | | 18,652.38 |
| Late Work – Transportation | | 52,109.39 |
| Conference Meals | | 71,784.15 |
| Other Charges | | 48,244.12 |
| **Grand Total Expenses** | | **$ 354,305.93** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]