# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 29, 2010 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) Teleconference - Scheduling issues re Verizon Communications and Discovery Issues with the EMEA Debtors
   **R / M #:**   0 / 0

2) **ADM: 09-11972-KG**
   Teleconfernce Scheduling  Issues
   **R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

TELECONFERENCE HEARING HELD.
Chpt 15 - Parties have worked out discovery issues,  hearing would be January 12, 2011 @ 9:30 am on Recognition;  Counsel for Canadian Monitor will be able to attend deposition and ask questions as long as there is sufficient time;
Chpt 11 - Motion to go to Arbitratration  - to be heard 12/15;  All Jurisdiction matters will be heard on 12/8/10 @ 10:00 am;