# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 11/29/2010
Calendar Time: 10:00 AM ET

1st Revision 11/24/2010 11:27 AM

09-11972
09-10138

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Derek C. Abbott | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Luke Barefoot | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Botter | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | James Bromley | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Blair Connelly | Latham & Watkins | Creditor, Gen Bend Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Ann C. Cordo | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Edwin Harron | Young, Conaway Stargatt & Taylor, | Interested Party, Joint Administrators and Foreign Representaives for Nortel Networks UK Ltd / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Heller | Latham & Watkins | Creditor, Gen Bend Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David H. Herrington | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brad Kahn | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Eli Kay-Oliphant | Latham & Watkins | Creditor, Gen Bend Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Lisa Kraidin | Allen & Overy, LLP | Creditor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Jaime Luton | Young, Conaway Stargatt & Taylor, | Interested Party, Foreign Administrators for the Foreign Debtors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Mona A. Parikh Mary Calloway | Buchanan Ingersoll & Rooney | Creditor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Abid Qureshi | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Sommer L. Ross | Duane Morris LLP | Creditor, Gen Bend Inc. / LIVE |

Raymond Reyes    CourtConfCal2009    Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | Chris Samis | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |