# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 23, 2010 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) OMNIBUS HEARING
   **R / M #:**   4,386 / 0

2) **ADM: 09-11972-KG**
   Discovery Issues
   **R / M #:**   72 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #3 - Continued
#4 - CNO Filed and Order Signed
#5 - ORDER SIGNED
#6 - ORDER SIGNED
#7 - Adjourned to 12/8/10 @ 10:00 am
#8 -ORDER SIGNED
#9 - Matter taken under advisement; Teleconference scheduled 11/29 @ 10:00 am;
#10 - Continued to 12/15 & 1/27/11;
#11 - ORDER SIGNED
CHAPTER 15 - #1 ORDER SIGNED