# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks  
**CASE NO.:** 09-10138- KG  09-11972  
**COURTROOM LOCATION:** 3  
**DATE:** November 23, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathy Milk | Smith Katzenstein | Verizon |
| Daryl Laddin | Arnall Golden | Verizon |
| Len Schyfa | Verizon | Verizon |
| Kevin Collins | Bifferato LLC | CS Strategic Partners/Ambrook |
| Janet Weiss (telephonic) | " | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Jane Kim | " | " |
| Megan Fleming-Delacruz | " | " |
| Russell Eckenrod | " | " |
| Luke Barefoot | " | " |
| Neil Forest | " | " |
| Robin Baik | " | " |
| Lisa Kraidin | Allen & Overy | Monitor of the Canadian debtors |
| Ed Tavian | UCST | Administrators |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks  
**CASE NO.:** 09-10138- KG / 09-11972  
**COURTROOM LOCATION:** 3  
**DATE:** November 23, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jaime Luton | MCST | Administrators |
| Chris Samis | Richards, Layton & Finger | Committee |
| David Botter | Akin Gump | D |
| Brad Kahn | | C |
| Abid Qureshi | | D |
| Sommer L. Ross | Duane Morris LLP | GeoBond Inc. |
| R. Stephen McNeill | Potter Anderson & Corroon | The Coca-Cola Company |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Mona Parikh | Buchanan Ingersoll & Rooney PC | EF |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross Courtroom

Calendar Date: 11/23/2010
Calendar Time: 10:00 AM ET

*Amended Calendar 11/23/2010 06:45 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Heller | | Latham & Watkins | Creditor, Gen Bend Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Eli Kay-Oliphant | | Latham & Watkins | Creditor, Gen Bend Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Janet M. Weiss | | Gibson, Dunn & Crutcher | Creditor, Credit Suisse Strategic Partners / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Whiteoak | | Herbert Smith | Interested Party, Nortel Networks UK Ltd. / LISTEN ONLY |

Peggy Drasal    CourtConfCal2009    Page 1 of 1