

# State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 379
TRENTON, NEW JERSEY 08625-0379

Chris Christie
Governor

Kim Guadagno
Lieutenant Governor

Harold J Wirths
Commissioner



November 22, 2010

Clerk Bankruptcy Court
824 Market St. 3rd floor
Wilmington, DE 19801

Re: NORTEL NETWORKS INC

Case No: 09-10138

Ein: 042-486-332

Dear Sir:

    Please withdraw the Proof of Claim filed by this agency, on or about 01/14/2010, in the amount of $2,250.00, in the above-captioned proceedings.

Very truly yours,

Mary Lou Ireton
Supervisor of Legal Processes

By *Michele Onorati*
Michele Onorati
Tax Examiner
(609)633-6400 Ext. 3427

MLI:MO

