# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) Chapter 11 |
| | ) |
| In re: | ) Case No.: 09-10138 (KG) |
| | ) |
| NORTEL NETWORKS INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) TRANSFER OF CLAIM |
| | ) BANKRUPTCY RULE 3001(E)(2) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that the general unsecured claim of DTEL NETWORK SOLUTIONS INC (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $22,780.00, as set forth in proof of claim number 2140 filed 8/24/2009 and all claims of Transferor filed by the debtor and all general unsecured of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery IIA, LLC, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $22,780.00 and has not been previously objected to, sold, or satisfied. Other than as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** DTEL NETWORK SOLUTIONS INC

Print Name: Len Anderson    Title: President + CEO

Signature: _____    Date: Nov 23, 2010

Corrected Address (if req.): 425 Legget Drive, Kanata, Ont K2K 2W2

Phone: 613-271-2438    E-Mail: Landerson @ dtelnetworksolutions.com

**TRANSFEREE:**
United States Debt Recovery IIA, LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

2.22.10 034 B III GU Mailing 2.22.10 epiq

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) Chapter 11 |
| | ) |
| In re: | ) Case No.: 09-10138 (KG) |
| | ) |
| NORTEL NETWORKS INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) **TRANSFER OF CLAIM** |
| | ) **BANKRUPTCY RULE 3001(E)(2)** |
| | ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)**

**Name of Proposed Transferor:**
DTEL NETWORK SOLUTIONS INC
10-1642 EAST GEORGIA ST
VANCOUVER, BC V5L 2B2
CANADA

**Name of Transferee:**
United States Debt Recovery IIA, LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

> **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
>
> 824 North Market Street
> 3rd Floor
> Wilmington, Delaware 19801
> 302-252-2900
> **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court
records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____      Transferee_____
Debtor's Attorney_____


_____
Deputy Clerk