## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Withdrawal of Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities** was caused to be made on November 30, 2010, in the manner indicated upon the entities identified below and on the attached service list.

Date: November 30, 2010

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

**VIA FIRST CLASS MAIL**:

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section, P.O. Box 10457
Des Moines, Iowa 50306

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

James D. Newbold, Esq.
Assistant Attorney General
Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601

Jan M. Geht
William Bradley Russell Jr.
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

3915325.1