**337**

appropriate proceedings and **which are set forth on Schedule [•], in each case,** for which adequate reserves have been established in accordance with GAAP, other than Liens that ~~may~~**will** be discharged at Closing pursuant to the terms of the Canadian Approval and Vesting Order and the U.S. Sale Order; (ii) mechanics', carriers', workers', repairers', landlords', warehouses and similar Liens arising or incurred in the Ordinary Course for sums not yet delinquent or overdue or which are being contested in good faith by appropriate proceedings and for which adequate reserves have been established to the extent required by GAAP; (iii) Liens arising hereunder or under any Assigned Contracts (after giving effect to the assignment hereunder); (iv) any Liens imposed by any Bankruptcy Court in connection with the Bankruptcy Proceedings that are to be discharged at Closing pursuant to the terms of the Canadian Approval and Vesting Order and the U.S. Sale Order; (v) any other Liens set forth in Section 1.1(g) of the Sellers Disclosure Schedule; and (vi) zoning, entitlement, building and land use regulations, customary covenants, defects of title, easements, rights of way, restrictions and other similar charges or encumbrances which [do not impair in any material respect the use or value of the related assets in the Business as currently conducted.

"**Person**" means an individual, a partnership, a corporation, an association, a limited or unlimited liability company, a joint stock company, a trust, a joint venture, an unincorporated organization or other legal entity or Government Entity.

"**Petition Date**" means January 14, 2009, except with respect to Nortel Networks (CALA) Inc. in which case "Petition Date" shall mean July 14, 2009.

"**Plan of Record**" means the CVAS Products **[and CVAS Services]** under development by the Sellers as of the date hereof, as set forth in the "Plan of Record" portion of Section 1.1(b) of the Sellers Disclosure Schedule.

"**Post-Closing Taxable Period**" means any taxable period or portion thereof beginning after the Closing Date.

"**Pre-Closing Taxable Period**" means any taxable period or portion thereof ending on or prior to the Closing Date.

[**"Prepaid Expenses**" means prepaid expenses specifically identified as relating to the Business as indicated in the Adjusted Net Working Capital Statement.][21]

[**"Prepaid Expenses Amount**" means, as of any given date, the amounts classified as Prepaid Expenses of the Business, determined in a manner consistent with the Nortel Accounting Principles.]

"**Primary Party**" means (i) each of the Main Sellers, on the one hand, and (ii) the Purchaser, on the other hand.

---

[21] ~~Note to Purchaser: Treatment of these prepaid expenses to be discussed. This draft anticipates that these Prepaid Expenses would be included in the Working Capital Adjustment, but Sellers intent is to manage such Prepaid Expenses down to zero pre-Closing.~~

NY\1582469.7

**Error! Unknown document property name.**

[New York #2071434 v4]

**338**

["**Property Taxes**" means all real property Taxes, personal property Taxes and similar ad valorem Taxes.]

"**Provider**" has the meaning set forth in the Transition Services Agreement.

["**Provider's Cost**" has the meaning set forth in the Transition Services Agreement.]

"**Purchase Price**" has the meaning set forth in Section 2.2.1.

"**Purchaser**" has the meaning set forth in the preamble to this Agreement.

"**Purchaser Audited Financial Statements**" has the meaning set forth in Section 3.4(a).

"**Purchaser Authorized Canadian Agent**" has the meaning set forth in Section 10.6(c).

~~"**Purchaser Cure Costs**" means any Cure Costs allocable to Purchaser in accordance with Section 2.1.7.~~

"**Purchaser Disclosure Schedule**" means the disclosure schedule delivered by the Purchaser to the Sellers on the date hereof.

"**Purchaser Employee Plan**" means any "employee benefit plan" within the meaning of Section 3(3) of ERISA and any other employee benefit plan, including any profit sharing plan, savings plan, bonus plan, performance awards plan, incentive compensation plan, deferred compensation plan, stock purchase plan, stock option plan, vacation plan, leave of absence plan, employee assistance plan, automobile leasing/subsidy/allowance plan, expense reimbursement plan, meal allowance plan, redundancy or severance plan, termination or retirement indemnity plan, relocation plan, family support plan, pension plan, supplemental pension plan, retirement plan, early or ill health retirement plan, retirement savings plan, post-retirement plan, medical, health, hospitalization or life insurance plan, disability plan, sick leave plan, retention plan, education assistance plan, expatriate assistance plan, compensation arrangement, including any base salary arrangement, overtime, on-call or call-in policy, death benefit plan, or any other similar plan, program, arrangement or policy that is maintained or otherwise contributed to, or required to be maintained or contributed to, by or on behalf of the Purchaser or any of its Subsidiaries or Affiliates with respect to their employees employed in those countries where they will employ Transferred Employees pursuant to this Agreement.

"**Purchaser Financial Statements**" has the meaning set forth in Section 3.4(b).

"**Purchaser Supply Agreement**" means the agreement between the Purchaser and/or any Designated Purchasers, on the one hand, and the relevant Sellers, on the other hand, that the relevant Parties will use their **commercially** reasonable ~~best~~ efforts to negotiate among

**339**

themselves on the basis of the term sheet attached hereto as Exhibit P and execute on or before the Closing pursuant to Section 5.23.[2230]

"**Purchaser Unaudited Financial Statements**" has the meaning set forth in Section 3.4(b).

"**Qualified Expenditures**" has the meaning set forth in Section 6.5(b).

["**Real Estate Agreements**" means the leases, sub-leases or license agreements between the relevant Sellers, on the one hand, and the Purchaser and/or any Designated Purchasers, on the other hand, to be executed on or prior to the Closing.]

["**Real Estate Lease**" means any Seller Contract that is a lease, sublease, license or other agreements for occupancy of real estate.]

"**Records Custodian**" means Deloitte & Touche LLP or in case such firm is unable to carry out its duties for whatever reason, such other auditing firm of international reputation that is acceptable to each of the Purchaser and the Sellers, each acting reasonably.

"**Regulatory Approvals**" means the Antitrust Approvals and the ICA Approval.

"**Release**" when used in conjunction with Hazardous Materials, means any spilling, leaking, pumping, emitting, emptying, pouring, discharging, depositing, injecting, escaping, leaching, migrating, dumping, or disposing of Hazardous Materials (including the abandonment or discarding of barrels, containers or other receptacles containing Hazardous Materials) into the environment.

**"Relevant Antitrust Authorities" has the meaning set forth in the definition of "Mandatory Antitrust Approvals" above.**

"**Replacement Financing**" has the meaning set forth in Section 3.3(b).

"**Representatives**" has the meaning set forth in Section 5.29.

"**Respective Affiliates**" has the meaning set forth in Section 10.15(c).

"**Restricted Assets**" has the meaning set forth in Section 5.26(a).

~~"**Restricted Information**" has the meaning set forth in Section 5.6(d).~~

"**Restricted Liabilities**" has the meaning set forth in Section 5.26(b).

"**Restricted Seller**" has the meaning set forth in Section 5.26(b).

---

[2230] Note to Purchaser:  This agreement may govern the supply by the Purchaser and/or any Designated Purchasers to the relevant Sellers of certain required products and services if necessary or applicable for a limited period of time ([•] days).

340

"**Restricted Technical Records**" means the Livelink database or any other similar database containing only all necessary documents with respect to the technical aspects of the Qualified Expenditures of NNTC or NNL in their 2002 and subsequent taxation years.

"**Royalty Liability Amount**" means, as of any given date, the amount of the royalty liabilities, net of applicable provisions, determined in accordance with the Nortel Accounting Principles.

["**Schedule 1 Included Services**" has the meaning set forth in Section 5.27(a).]

["**Scope Guidelines**" has the meaning set forth in Section 5.27(a).]

"~~**Securities Disclosure Documents**~~**Security Deposits**" has the meaning set forth in ~~ARTICLE IV~~**Section 5.20(a)(i)(A)**.

"**Seller Authorized Agent**" has the meaning set forth in Section 10.6(d).

"**Seller Authorized Canadian Agent**" has the meaning set forth in Section 10.6(d).

"**Seller Authorized U.S. Agent**" has the meaning set forth in Section 10.6(d).

"**Seller Bid**" has the meaning set forth in Section 2.1.1(k).

"**Seller Consents**" has the meaning set forth in Section 2.1.1(j)

"**Seller Contracts**" means (i) those Contracts of a Seller that relate exclusively to the Business or to the Assets (including Inbound License Agreements that are used, as of the date hereof, exclusively in connection with the Business or any Asset, but excluding any other licenses of Intellectual Property), and (ii) the Contracts of a Seller listed in Section 1.1(h) of the Sellers Disclosure Schedule.

"**Seller Employee Plan**" means (i) any "employee benefit plan" within the meaning of Section 3(3) of ERISA and any other employee benefit plan including any profit sharing plan, savings plan, bonus plan, performance awards plan, incentive compensation plan, deferred compensation plan, stock purchase plan, stock option plan, vacation plan, leave of absence plan, employee assistance plan, automobile leasing/subsidy/allowance plan, expense reimbursement plan, meal allowance plan, redundancy or severance plan, relocation plan, family support plan, pension plan, supplemental pension plan, retirement plan, retirement savings plan, post retirement plan, medical, health, hospitalization or life insurance plan, disability plan, sick leave plan, retention plan, education assistance plan, expatriate assistance plan, compensation arrangement, including any base salary arrangement, overtime, on-call or call-in policy, death benefit plan, or any other similar plan, program, arrangement or policy that is maintained or otherwise contributed to, or required to be maintained or contributed to, by or on behalf of the Sellers or any of their Subsidiaries or Affiliates (other than the EMEA Sellers) with respect to Employees, and (ii) any other employee benefit plan with respect to which the Purchaser or any

**Error! Unknown document property name.**

**34/**

of its Affiliates could have any Liability as a result of the Sellers or any of their Subsidiaries or Affiliates (other than the EMEA Sellers) maintaining such plan prior to the Closing Date.

"**Seller Insurance Policies**" means all current or previous insurance policies of the Sellers and their Affiliates, including all environmental, directors' and officers' Liability, fiduciary Liability, employed lawyers, property and casualty flood, ocean marine, contaminated products insurance policies and all other insurance policies or programs arranged or otherwise provided or made available by the Sellers or their Affiliates that cover (or covered) any of the Covered Assets and Persons at any time prior to the Closing.[31]

"**Seller Supply Agreement**" means the agreement between the [**relevant Sellers**], on the one hand, and the [**Purchaser and/or any Designated Purchasers**], on the other hand, governing the supply by the relevant Sellers to the Purchaser and/or any Designated Purchasers of certain products and services on which the Business is dependent as at the Closing Date, that the relevant Parties will use their **commercially** reasonable ~~best~~ efforts to negotiate among themselves on the basis of the term sheet attached hereto as Exhibit Q and execute on or before the Closing pursuant to Section 5.23.[~~23~~32]

"**Sellers**" has the meaning set forth in the preamble to this Agreement.

"**Sellers Disclosure Schedule**" means the disclosure schedule delivered by the Sellers to the Purchaser on the date hereof.

"**Sellers' Trademarks**" has the meaning set forth in Section 5.21.

"**Software**" means any and all (i) computer programs, applications and interfaces, whether in source code or object code, ~~and~~ (ii) computerized databases and compilations**, and (iii) all user manuals and architectural and design specifications, training materials and other documentation relating to any of the foregoing**.

"**Special Arrangements**" has the meaning set forth in Section 4.11(a).

"**Specified Employee Liabilities**" has the meaning set forth in Section 2.1.3(j).

"**Specified Employee Liabilities Amount**" **means [•].**

"**Specified Transferred Employees**" has the meaning set forth in Section 7.1.2(c)(ii).

---

[31] **Note to Seller: Definition (particularly use of the revised "Affiliate" definition) subject to completion of diligence.**

[~~23~~32] Note to Purchaser: It is generally anticipated that Purchaser will be responsible for entering into its own supply arrangements in respect of the Business. To the extent appropriate, Sellers may be able to "unbundle" certain supply agreements and/or provide a continuing supply to Purchaser, in either case, for a limited period of time ([•] days). This agreement may govern the supply by the relevant Sellers to the Purchaser and/or any Designated Purchasers of certain products and services on which the Business is dependent as at the Closing Date, if necessary or applicable. Parties to discuss potential duration.

NY\1582469.7

~~Error! Unknown document property name.~~

[New York #2071434 v4]

*342*

"**Sponsors**" has the meaning set forth in Section 3.3(a).

"**Straddle Period**" has the meaning set forth in Section 6.4(b).

"**Subcontract Agreement**" means one or more agreements between the relevant Sellers, on the one hand, and the Purchaser and/or any Designated Purchasers, on the other hand, that such parties will use their **commercially** reasonable ~~best~~ efforts to negotiate and execute on or prior to the Closing pursuant to Section 5.23 on the basis of the term sheet attached hereto as Exhibit R so as to pass through the benefits and burdens of the underlying Contract with customers as if the Purchaser and applicable Designated Purchaser were party thereto.

"**Subsidiary**" of any Person means any Person Controlled by such first Person.

"**Target Working Capital**" means $[●].

"**Tax**" means (a) any domestic or foreign federal, state, local, provincial, territorial or municipal taxes, fees, levies, assessments or other impositions by or on behalf of any Government Entity, including net income, gross income, individual income, capital, value added, goods and services, gross receipts, **goods and services,** sales, use, **value-added,** ad valorem, business rates, transfer, franchise, profits, business, environmental, real property, personal property, service, service use, withholding, payroll, employment, unemployment, severance, occupation, social security, excise, stamp, stamp duty reserve, customs, and all other taxes, fees, duties, levies, assessments, deductions, withholdings or charges of the same or of a similar nature, however denominated, together with any interest, penalties, additions to tax and additional amounts imposed or assessed with respect thereto, and (b) any obligation to pay any such amounts owing by any Person, whether by contract, as a result of transferee or successor liability, as a result of being a member of an affiliated, consolidated, combined or unitary group for any period or otherwise.

"**Tax Authority**" means any local, municipal, governmental, state, provincial, territorial, federal, including any U.S., Canadian, U.K. or other fiscal, customs or excise authority, body or officials (or any entity or individual acting on behalf of such authority, body or officials) anywhere in the world, including any Government Entity with responsibility for the imposition, collection or administration of any form of Tax or exercising Tax regulatory authority.

"**Tax Credit Purchaser**" has the meaning set forth in Section 6.5(b).

"**Tax Returns**" means all returns, reports (including elections, declarations, **designations,** disclosures, schedules, estimates and information returns) and other information filed or required to be filed with any Tax Authority relating to Taxes, including any amendments thereto.

"**Third Party**" means any Person that is neither a Party nor an Affiliate of a Party.

NY\1582469.7

[New York #2071434 v4]

**Error! Unknown document property name.**

**343**

"**365 Contract**" means any Contract of a U.S. Debtor that is an Executory Contract and was entered into before the Petition Date that can be assumed and assigned by the relevant U.S. Debtor pursuant to Section 365 of the U.S. Bankruptcy Code.

"**365 Customer Contract**" has the meaning set forth in Section 2.1.5(a).

"**365 Customer Contract List**" has the meaning set forth in Section 2.1.5(a).

"**Trademarks**" means, together with the goodwill associated therewith, all trademarks, service marks, trade dress, logos, trade names, corporate names, business names, domain names, whether or not registered, including all common law rights, and registrations, applications for registration and renewals thereof, including, but not limited to, all marks registered in the United States Patent and Trademark Office, the trademark offices of the states and territories of the United States of America, and the trademark offices of other nations throughout the world (including the Canadian Intellectual Property Office), and all rights therein provided by multinational treaties or conventions.

"**Trademark License Agreement**" means the trademark license agreement between the [relevant Sellers], on the one hand, and the Purchaser and/or any Designated Purchasers, on the other hand, in respect of certain Trademarks used in respect of the CVAS Products and/or CVAS Services to be entered into on or before the Closing in the form attached hereto as Exhibit S. [2433]

"**Transaction Documents**" means this Agreement, the EMEA Asset Sale Agreement, the Ancillary Agreements and all other ancillary agreements to be entered into, or documentation delivered by, any Party and/or any Designated Purchaser pursuant to this Agreement or any Local Sale Agreement.

"**Transfer Taxes**" means all goods and services, sales, excise, use, transfer, ~~gross receipts,~~ documentary, filing, recordation, [value-added], stamp, stamp duty reserve, and all other similar Taxes, duties or other like charges, however denominated (including any real property transfer Taxes and conveyance and recording fees and notarial fees **but excluding value-added and similar Taxes, which shall be the subject of Section [•]**), together with interest, penalties and additional amounts imposed with respect thereto.[34]

"**Transfer Tax Returns**" has the meaning set forth in Section 6.7(a).

"**Transferred Employee**" means (i) Employees who accept an offer of employment by, and commence employment with, the Purchaser or a Designated Purchaser in accordance with the terms of Section 7.1 or Section 7.2, and (ii) those Employees whose employment transfers by operation of Law.

---

[2433] Note to Purchaser: It is anticipated that this agreement would provide for the continuing use of certain "Nortel" trademarks for a limited transitional period of time (to sell any existing inventory), as well as use of other trademarks used in the Business for a limited transitional period of time.

[34] **Note to Seller:  Value-added tax to be addressed in a separate provision.**

**344**

["**Transferred Employee Plan**" means any Seller Employee Plan that is (x) established or maintained in accordance with a Collective Labor Agreement that is transferred to the Purchaser or a Designated Purchaser under the terms of Section 7.2, and transferred (or the liabilities of which are transferred) to the Purchaser or Designated Purchaser pursuant to this Agreement or by operation of Law or (y) transferred (or the liabilities of which are transferred) to the Purchaser or Designated Purchaser pursuant to this Agreement or by operation of Law, in each case, excluding the Specified Employee Liabilities assumed by Purchaser pursuant to Section 2.1.3(j).][25][35]

"**Transferred Intellectual Property**" means (i) the Transferred Patents, (ii) the Trademarks set forth in Section 1.1(i) of the Sellers Disclosure Schedule, and (iii) any Intellectual Property (other than Patents or Trademarks) owned by any of the Sellers that is used exclusively in connection with the Business.

"**Transferred Overhead and Shared Services**" means Overhead and Shared Services to be provided to or in support of the Business post-Closing by Transferred Employees as set forth in Section 1.1(j) of the Sellers Disclosure Schedule.

"**Transferred Patents**" means the Patents listed in Section 1.1(k) of the Sellers Disclosure Schedule.[26][36]

"**Transferring Employee**" has the meaning set forth in the EMEA Asset Sale Agreement.

"**Transition Services Agreement**" means an agreement between [the relevant **Sellers or EMEA** Sellers] (or their Affiliates), on the one hand, and the [Purchaser and/or any Designated Purchasers], on the other hand, to be executed on or prior to the Closing Date, in the form attached hereto as Exhibit T, [except that the Schedules to such agreement shall be agreed between the Parties in accordance with Section 5.27 hereof.]

"**2008 Revenues**" **has the meaning set forth in the definition of "Market Value" above**.

["**Type 1 Extra Services**" has the meaning set forth in Section 5.27(b).]

["**Type 2 Extra Services**" has the meaning set forth in Section 5.27(b).]

"**Unaudited Financial Statements**" has the meaning set forth in Section 4.7(b).

---

[25][35] Note to Seller:  Seller's Disclosure Schedule indicates that there are no Transferred Employee Plans.  Subject to confirmation, we will amend the applicable sections accordingly.  Note to Purchaser:  This change is intended to explicitly carve out the India gratuity pay, Australia long service leave/sick leave, and Hong Kong sick leave, which are Specified Employee Liabilities that Sellers are asking Purchaser to assume.  We are awaiting confirmation that with this change, there are no Transferred Employee Plans.

[26][36] Note to Purchaser: It is Seller's intention to transfer all Patents that are predominately used in the Business.

NY\1582469.7

**Error! Unknown document property name.**

[New York #2071434 v4]

**345**

"**Union Employee**" means an Employee whose terms and conditions of employment are covered by a Collective Labor Agreement as specified in Section 4.11(b) of the Sellers Disclosure Schedule.

"**U.S. Bankruptcy Code**" means Title 11 of the United States Code.

"**U.S. Bankruptcy Court**" means the United States Bankruptcy Court for the District of Delaware.

"**U.S. Bankruptcy Rules**" means the U.S. Federal Rules of Bankruptcy Procedure.

"**U.S. Bidding Procedures and Sale Motion**" has the meaning set forth in Section 5.1(a).

"**U.S. Bidding Procedures Order**" has the meaning set forth in Section 5.1(a).

"**U.S. Debtor Contract**" means any Seller Contract to which a U.S. Debtor is a party.

"**U.S. Debtors**" has the meaning set forth in the recitals to this Agreement.

"**U.S. Sale Order**" has the meaning set forth in Section 5.1(a).

"**Visa Employees**" means Employees (other than Employees whose employment transfers by operation of Law) who are identified as having a visa or permit in Section 4.11(b) of the Sellers Disclosure Schedule and whose employment with Purchaser or a Designated Purchaser cannot commence or continue on the Employee Transfer Date solely due to Purchaser or Designated Purchaser's inability to obtain the required visa or permit with respect to such Employee's employment on the Employee Transfer Date.[27][37]

"**WARN Act**" means the Worker Adjustment and Retraining Notification Act of 1989, as amended, or any similar Law relating to plant closing or mass layoff.

"**Warranty Obligations**" means the warranty obligations relating to CVAS Products and CVAS Services assumed by the Purchaser and/or a Designated Purchaser pursuant to Section 2.1.3(b) and Section 2.1.3(e).

"**Warranty Provision Amount**" means the sum of (i) the KPD Provision and (ii) the Non-KPD Warranty Provision.

~~"**Wholly-Owned Subsidiary**" means any Subsidiary all of the capital stock or capital which is held directly or indirectly by the Purchaser, except for any capital stock which is held by a director of such Subsidiary as required by applicable Laws.~~

---

[27][37] Note to Purchaser:  There is an expectation that between signing and Closing Purchaser will try to obtain visas or permits that are required for Purchaser to employ these employees.  If unsuccessful, Purchaser's efforts are expected to continue while the employee is employed pursuant to the Loaned Employee Agreement.

NY\1582469.7

**Error! Unknown document property name.**

[New York #2071434 v4]



Section 1.2.    Interpretation.

1.2.1.    Gender and Number.  Any reference in this Agreement to gender includes all genders and words importing the singular include the plural and vice versa.

1.2.2.    Certain Phrases and Calculation of Time.  In this Agreement (i) the words "including" and "includes" mean "including (or includes) without limitation", (ii) the terms "hereof," "herein," and "herewith" and words of similar import shall, unless otherwise stated, be construed to refer to this Agreement and not to any particular provision of this Agreement, and Article, Section, paragraph, Exhibit and Schedule references are to the Articles, Sections, paragraphs, Exhibits and Schedules to this Agreement unless otherwise specified, (iii) in the computation of periods of time from a specified date to a later specified date, unless otherwise expressly stated, the word "from" means "from and including" and the words "to" and "until" each mean "to but excluding", ~~and (iv~~**(iv) the use of the words "or" and "any" shall not be exclusive, and (v)** in determining whether an asset is "exclusively" used in connection with the Business, incidental, de minimis or casual uses outside the Business shall not be considered.  If the last day of any such period is not a Business Day, such period will end on the next Business Day.  [References to "Assets" and "Assumed Liabilities" in all sections of this Agreement other than Article II, shall omit "at the Closing", "at the Closing Date" and terms of similar meaning from the definitions of such terms.]

When calculating the period of time "within" which, "prior to" or "following" which any act or event is required or permitted to be done, notice given or steps taken, the date which is the reference date in calculating such period is excluded from the calculation.  If the last day of any such period is not a Business Day, such period will end on the next Business Day.

1.2.3.    Headings, etc.  The inclusion of a table of contents, the division of this Agreement into Articles and Sections and the insertion of headings are for convenient reference only and are not to affect or be used in the construction or interpretation of this Agreement.

1.2.4.    Currency.  All monetary amounts in this Agreement, unless otherwise specifically indicated, are stated in United States currency.  All calculations and estimates to be performed or undertaken, unless otherwise specifically indicated, are to be expressed in United States currency.  All payments required under this Agreement shall be paid in United States currency in immediately available funds, unless otherwise specifically indicated herein.  Where another currency is to be converted into United States currency it shall be converted on the basis of the exchange rate published in the *Wall Street Journal* (Eastern Edition) newspaper for the day in question.

1.2.5.    Statutory References.  Unless otherwise specifically indicated, any reference to a statute in this Agreement refers to that statute and to the regulations made under that statute as in force from time to time.

NY\1582469.7

[New York #2071434_v4]

~~Error! Unknown document property name.~~

## ARTICLE II

**347**

### PURCHASE AND SALE OF ASSETS

Section 2.1.    Purchase and Sale.

2.1.1.    Assets.  Subject to the terms and conditions of this Agreement, at the Closing, the Purchaser shall, and shall cause the relevant Designated Purchasers to, purchase or accept assignment and assume from the relevant Sellers [(as set forth in Exhibit 2.1.1)][28,38], and each Seller shall transfer or assign to the Purchaser or the relevant Designated Purchasers [(as set forth in Exhibit 2.1.1)], all of such Seller's right, title and interest in and to the following assets (such assets, excluding the Excluded Assets, the "**Assets**") (x) in the case of Assets that are transferred or assigned by U.S. Debtors, free and clear of all Liens and Claims (other than Permitted Encumbrances, Assumed Liabilities and Liens created by or through the Purchaser, the Designated Purchasers or any of their Affiliates) pursuant to Sections 363 and 365 of the U.S. Bankruptcy Code, (y) in the case of Assets that are transferred or assigned by the Canadian Debtors, free and clear of all Liens (other than Permitted Encumbrances, Assumed Liabilities and Liens created by or through the Purchaser, the Designated Purchasers or any of their Affiliates) pursuant to the Canadian Approval and Vesting Order, when granted, and (z) in the case of Assets that are transferred or assigned by the Non-Debtor Sellers, free and clear of all Liens (other than Permitted Encumbrances, Assumed Liabilities and Liens created by or through the Purchaser, the Designated Purchasers or any of their Affiliates):

       (a)    the Owned Inventory as of the Closing Date;

       (b)    the CIP Receivables as of the Closing Date;

       (c)    the Owned Equipment as of the Closing Date;

       (d)    the Assigned Contracts in force as of the Closing Date;

       (e)    the Prepaid Expenses as of the Closing Date;[29,30]

       (f)    all rights of the Sellers as of the Closing Date under non-disclosure, confidentiality, non-compete or non-solicitation agreements that are Assigned Contracts or, to the extent they relate exclusively to the Business or the Assets, with Transferred Employees (to the extent assignable without the applicable Transferred Employee's consent), contractors and agents of the Sellers or with other Third Parties;

       (g)    the ~~tangible embodiments of the~~ Business Information **(including tangible embodiments thereof)** existing as of the Closing Date, subject to Section 2.1.2(~~g~~**f**);

---

[28,38] Note to Purchaser:  Purchaser to clarify what was intended as Exhibit was not added to the Exhibit list.

[29] ~~Note to Seller:  Please confirm that "Prepaid Expenses" includes prepaid expenses under the Assigned Contracts.~~
[30] ~~Note to Purchaser:  Supplies have been added to the definition of Equipment.~~

**348**

(h)    the Transferred Intellectual Property as of the Closing Date, subject to any and all licenses granted under such Intellectual Property prior to the Closing Date not in violation of Section 5.9, together with (A) all income, royalties, damages and payments due or payable after the Closing Date relating to the Transferred Intellectual Property, (except for ~~(x)~~ any income, royalties, damages and payments from claims asserted prior to the Closing Date or payment obligations accrued for periods prior to the Closing ~~Date, whether or not due or payable after the Closing Date, and (y) any income or royalties payable under any contract, arrangement or agreement other than the Assigned Contracts;~~ **solely to the extent set forth on Section 2.1.1(h) of the Sellers Disclosure Schedule),** (B) the right, if any, to register, prosecute, maintain and defend the Transferred Intellectual Property before any public or private agency or registrar, and (C) the right to sue and recover damages or other compensation for past**, present** or future infringements, dilutions, misappropriations, or other violations thereof, the right so sue and obtain equitable relief in respect of such infringements, dilutions, misappropriations and other violations, and the right to fully and entirely stand in the place of the Sellers in all matters related thereto;

(i)    all rights as of the Closing under all warranties, representations and guarantees made by suppliers, manufacturers, contractors, and Third Parties to the extent related to the Assets;

(j)    to the extent assignable under applicable Law, all Consents of Government Entities exclusively pertaining to the Business, [including the Consents listed in Section 2.1.1(j) of the Sellers Disclosure Schedule] (the **"Seller Consents"**);

(k)    all rights that may be freely transferred as of the Closing Date arising from or in connection with any Bid made prior to the Closing Date by any Seller or by a contractor team or joint venture in which any Seller is participating, which is capable of acceptance after the Closing and, if accepted, would result in the award of a Customer Contract that (if entered into after the date hereof and prior to the Closing Date) would be an Assigned Contract **(that meets the Inclusion Criteria)** hereunder or to which the Purchaser has provided its prior written consent (to the extent required pursuant to Section 5.9) (any such Bid, a **"Seller Bid"**); ~~and~~

(l)    any net insurance proceeds received or to be received in respect of the Owned Equipment, to the extent payable to the Purchaser pursuant to Section ~~5.19~~**5.19; and**

**(m)    any Tax records required by Law to be transferred to the Purchaser or a Designated Purchaser.**

2.1.2.    Excluded Assets. Notwithstanding anything in this Section 2.1 or elsewhere in this Agreement or in any of the other Transaction Documents to the contrary, nothing herein shall be deemed to sell, transfer, assign or convey (or require Sellers to do any of the foregoing as to) the following assets to the Purchaser or any Designated Purchaser, and the Sellers shall retain all of their respective rights, title and interests in and to, and the Purchaser and the Designated Purchasers shall have no rights with respect to, the rights, title and interests of the Sellers in and to, any of the following assets (the **"Excluded Assets"**):

**38**

**349**

(a)    cash and cash equivalents, accounts receivable (including intercompany receivables but excluding CIP Receivables as of the Closing Date), bank account balances and all petty cash of the Sellers;

(b)    all rights to Tax refunds, Tax credits or similar Tax benefits relating to the Assets or the Business allocable to a Pre-Closing Taxable Period or to the portion of a Straddle Period ending on and including the Closing Date~~,~~**, for the avoidance of doubt, excluding any such item with respect to Transfer Taxes, which shall be for the benefit of the Purchaser;**

(c)    without limiting Section 5.28, all claims, causes of action and rights of Sellers or any Subsidiary thereof to the extent relating to any Excluded Liabilities or to any Liabilities for which Sellers are responsible under this Agreement (including rights of set-off, rights to refunds and rights of recoupment from or against any Third Party);

(d)    other than the Assigned Contracts and any other contract rights transferred in connection with the Assets, any rights of the Sellers under any Contract (including, for the avoidance of doubt, and without limiting any rights under, the Subcontract Agreement, the Non-Assigned Contracts (except as provided for in Section 5.13), the Bundled **Contracts, the Excluded 365 Customer Contracts, the Excluded Non-365 Customer** Contracts and the Seller Insurance Policies (except pursuant to Section 2.1.1(l)));

(e)    the minute books, stock ledgers and Tax records of the Sellers **other than the Tax records described in Section 2.1.1(m)**;

(f)    (i) any books, records, files, documentation or sales literature other than the Business Information (subject to clause (iii) of this subsection (f)), (ii) any Employee Records other than those required to be delivered to the Purchaser pursuant to ARTICLE VII and (iii) such portion of the Business Information that the Sellers are required by Law (including Laws relating to privacy but subject to any exemption from those Laws included in the Canadian Approval and Vesting Order or the U.S. Sale Order) or by any agreement with a Third Party to retain and/or not to disclose (provided that copies of such information shall be provided to the Purchaser to the extent permitted by applicable Law or such agreement);

(g)    any right to any Intellectual Property (i) of any Seller (including Sellers' names) or any Affiliates of any Seller, with the exception of (A) the Transferred Intellectual Property, and (B) Intellectual Property to the extent rights are granted thereto pursuant to the Intellectual Property License Agreement or the Trademark License Agreement, and (ii) of any Third Party, except to the extent licensed under an Assigned Contract or otherwise granted pursuant to Section 5.4(c);

(h)    all rights of the Sellers under this Agreement and the other Transaction Documents;

(i)    subject to Section 5.28, all of the rights and claims of the U.S. Debtors available to the U.S. Debtors under the U.S. Bankruptcy Code, of whatever kind or nature, as set forth in Sections 544 through 551, inclusive, 553, 558 and any other applicable provisions

**Error! Unknown document property name.**

**350**

of the U.S. Bankruptcy Code, and any related claims and actions arising under such Sections by operation of Law or otherwise, including any and all proceeds of the foregoing;

(j)    all records prepared in connection with the sale of the Assets;

(k)    all stock or other equity interests in any Person;

(l)    any assets set forth on Section 2.1.2(l) of the Sellers Disclosure Schedule;

(m)    any assets owned by NN Turkey, the LGN Joint Venture or GDNT; and

(n)    any refunds due from, or payments due on, claims with the insurers of any Sellers in respect of losses arising prior to the Closing Date, other than as specified in Section 2.1.1(l);

(o)    [any security deposits made by or on behalf the Sellers (including those relating to Assigned Contracts);][31]39

(p)    any and all other assets and rights of the Sellers not specifically included in Section 2.1.1 (including any assets and rights of entities listed on Exhibit A who are ultimately not deemed to be Other Sellers)~~.~~**; and**

**(q)    any Contract deemed an Excluded 365 Customer Contract or an Excluded Non-365 Customer Contract pursuant to Section 2.1.5 or Section 2.1.6.**

In addition to the above, the Sellers shall have the right to retain, following the Closing, copies of any book, record, literature, list and any other written or recorded information constituting Business Information to which the Sellers in good faith determine they are reasonably likely to need access for bona fide business or legal purposes.

2.1.3.   Assumed Liabilities.  On the terms and subject to the conditions set forth in this Agreement, at the Closing, the Purchaser shall, and shall cause the relevant Designated Purchasers to, assume and become responsible for, and perform, discharge and pay when due the following Liabilities ~~(such,~~ **other than any Excluded Liability (such Liabilities, excluding the Excluded** Liabilities, the "**Assumed Liabilities**"):

(a)    all Liabilities arising after the Closing Date, to the extent related to the conduct, operation or ownership by Purchaser of the Business after the Closing Date, including (i) all such Liabilities with respect to the ownership and operation of the Assets after the Closing Date, (ii) all such Liabilities related to Actions or claims brought against the Business after the Closing Date, (iii) all such Liabilities under any Environmental Laws after the Closing Date, (iv) all such Liabilities under any products liability Laws or similar Laws concerning defective products after the Closing Date, and (v) all such Liabilities under any applicable Laws in relation to telecommunications providers after the Closing Date;

---

[31]39 Note to Purchaser:  To be discussed pending finalization of Real Estate Terms and Conditions.

**40**

**Error! Unknown document property name.**

**351**

(b)    (i) all Liabilities arising from or in connection with the performance of the Assigned Contracts (or breach thereof) or any arrangements entered into pursuant to Section 5.13 or 5.14 (or breach thereof) after the Closing Date, (ii) any Cure Costs payable pursuant to Section 2.1.7, (iii) any obligation under any Assigned Contract to buy back from the relevant resellers the CVAS Products sold by the Business to such resellers under such Assigned Contract, and (iv) any obligations under any warranty ~~and indemnity~~ Liabilities relating to CVAS Products and CVAS Services which have been supplied under any Assigned Contract;

(c)    (i) all Liabilities resulting from any licensing assurances, declarations, agreements or undertakings relating to the Transferred Intellectual Property which the Sellers may have granted or committed to Third Parties, solely to the extent that the terms of such licensing assurances, declarations, agreements, or undertakings require assignees of the Transferred Intellectual Property to assume such Liability, and (ii) Liabilities resulting from the assurances, declarations and undertakings made to standard-setting bodies as listed in Section 2.1.3(c) of the Sellers Disclosure Schedule (including, with respect to such Liabilities, the name of each relevant standard-setting body and, to the extent available, any Patents included in the Transferred Intellectual Property that are subject to such Liability), it being understood that Sellers or their Affiliates may have made other licensing assurances, declarations or undertakings to various standard-setting bodies concerning the Transferred Intellectual Property, the Liabilities for such other assurances, declarations or undertakings are not assumed hereunder but are being referenced merely to provide notice thereof;[3240]

(d)    all Liabilities for, or related to any obligation for, any Tax that the Purchaser or any Designated Purchaser bears under ARTICLE VI;

(e)    all obligations under any warranty liabilities relating to CVAS Products and CVAS Services which have been supplied under any Bundled Contract subcontracted to the Purchaser or any Designated Purchaser under any Subcontract Agreement;

(f)    except to the extent otherwise expressly set forth in ARTICLE VII, all Liabilities related to or arising from any of the following: (i) the Purchaser's or any Designated Purchasers' (or any of their Affiliates') employment or termination of employment (whether or not arising under or in respect of any Purchaser Employee Plan) of Transferred Employees arising on or after the Closing Date; (ii) except where such Liability is attributable ~~primarily~~ to an act or omission of the Sellers, the Purchaser's or relevant Designated Purchasers' (or any of their Affiliates') offer of employment or notice of continued employment (including any Liability, other than a Liability attributable ~~primarily~~ to an act or omission by the Sellers, arising as a result of any breach of applicable employment Law by the Purchaser or relevant Designated Purchaser in connection with any pre-employment screening process), as applicable, to any Employee pursuant to the terms of Section 7.1 ~~or 7.2~~; (iii) the Purchaser's or relevant Designated Purchasers' (or any of their Affiliates') decision to make or not make offers of employment to Employees, to the extent such offer violates applicable Law with

---

[3240] Note to Seller: Parties to discuss. Purchaser requires information regarding the location and value of assets to be transferred in connection with the transaction to complete its tax due diligence.

**41**

**352**

respect to discrimination among employees or potential employees and except where such Liability is attributable ~~primarily~~ to an act or omission of the Sellers, (iv) the employment, prospective employment or termination of employment of any Employee whose employment transfers by operation of Law arising after the Closing Date; and (v) the failure of the Purchaser or any Designated Purchasers or their Affiliates to satisfy their obligations with respect to the Employees, including the Transferred Employees, as set out in ARTICLE VII;

(g)    all Liabilities that relate to or arise from or in connection with any Purchaser Employee Plan;

(h)    [all Liabilities that relate to or arise from or in connection with any Transferred Employee Plan;][341]

(i)    any obligation to provide continuation coverage pursuant to COBRA or any similar Law under any Purchaser Employee Plan that is a "group health plan" (as defined in Section 5000(b)(1) of the Code) to Transferred Employees and/or their qualified beneficiaries who have a qualifying event that occurs on or after such Transferred Employees' Effective Hire Date;

(j)    [all Liabilities related to the Transferred Employees set forth on Section 2.1.3(j) of the Sellers Disclosure Schedule (the "**Specified Employee Liabilities**");][342][42][43]

(k)    all Liabilities related to Transferred Employees expressly assumed by Purchaser or a Designated Purchaser as set out in ARTICLE VII;

(l)    [Liabilities related to the obligation to repurchase Business-related Inventory under contract manufacturing agreements, as specified in the Contract Manufacturing Inventory Agreements;][44]

(m)    all Liabilities relating to executory supply purchase orders for products or services (other than raw materials, manufactured or purchased parts, work in process,

---

[341] Note to Purchaser: Inclusion is subject to confirmation that there are no Transferred Employee Plans.

[342] Note to Seller: Discussion of Specified Employee Liabilities is subject to further revision following review by local counsel. **May be necessary to be expand this definition to include other Employee Liabilities that neither Party can prevent from transferring.**

[42] ~~Note to Purchaser: This schedule will include the liabilities to be assumed by the Purchaser in respect of long service leave and sick leave for Transferred Employees in Australia, gratuity payments in respect of Transferred Employees in India and sick leave for Transferred Employees in Hong Kong.~~

[43] **Note to Purchaser: This schedule will include the liabilities to be assumed by the Purchaser in respect of long service leave and sick leave for Transferred Employees in Australia, gratuity payments in respect of Transferred Employees in India and sick leave for Transferred Employees in Hong Kong. Note to Seller: Purchaser requests that Seller provide information regarding the nature and extent of these liabilities, including estimates thereof.**

[44] Note to Seller: Obligations to be discussed in connection with the negotiation of the Contract Manufacturing Agreements.

**42**

NY\1582469.7

42    **Error! Unknown document property name.**

[New York #2071434 v4]

**353**

packaging, stores, tooling, finished goods or supplies, in each case to be delivered to contract manufacturers), entered into by the Sellers in connection with the Business in the Ordinary Course before the Closing with any Person (other than a contract manufacturer) who is a supplier of the Business as of the date hereof (or a replacement supplier for any such supplier) and under which products and/or services have not been delivered or supplied as of the Closing Date; [45]

        (n)    [all Liabilities reflected in the computation of Adjusted Net Working Capital (including the Contractual Liabilities Amount, the Royalty Liability Amount and the Warranty Provision Amount);][46] and

        (o)    all Liabilities related to a Seller Bid;

        (p)    all other Liabilities listed in Section 2.1.3(p) of the Sellers Disclosure Schedule.

    2.1.4.   <u>Excluded Liabilities</u>.  For the avoidance of doubt, none of the Purchaser or the Designated Purchasers, as applicable, shall assume or be deemed to have assumed any Liabilities of the Sellers or their Affiliates other than the Assumed Liabilities (collectively the "**Excluded Liabilities**"). Without limiting the generality of the foregoing, Excluded Liabilities include:

        (a)    all Indebtedness of the Sellers and their Affiliates;

        (b)    all Liabilities arising out of the Contracts that are not Assigned Contracts;

        (c)    other than as specifically set forth herein, all Liabilities arising out of or relating to the Excluded Assets or the operation by the Sellers of any business other than the Business, whether before, on or after the Closing Date;

        (d)    other than as specifically set forth herein, any Liability relating to events or conditions occurring or existing in connection with, or arising out of, the Business as operated prior to the Closing Date, or the ownership, possession, use, operation or sale or other disposition prior to the Closing Date of the Assets (or any other assets, properties, rights or interests associated, at any time prior to the Closing Date, with the Business) including any liability with respect to Cure Costs payable by the Sellers pursuant to Section 2.1.7(b);

        (e)    other than as specifically set forth herein, litigation and related claims and Liabilities or any other claims against any Seller of any kind or nature whatsoever involving or relating to facts, events or circumstances arising or occurring prior to the Closing, no matter when raised (including Liability for breach, misfeasance or under any other theory relating to any Seller's conduct, performance or non-performance);

---

[45] Note to Seller: Purchaser's acceptance of this liability as drafted makes Purchaser's construction of Section 5.9 particularly important to Purchaser.
[46] Note to Seller: TBD whether this is necessary in connection with other delineated items.

43

NY\1582469.7

[New York #2071434 v4]             43            **Error! Unknown document property name.**

**354**

(f)    all guarantees of Third Party obligations by the Sellers and reimbursement obligations to guarantors of the Sellers' obligations or under letters of credit;

(g)    all accounts payable and trade payables of the Sellers, including intercompany payables (other than with respect to Assigned Contracts);

(h)    all fees or commissions of any brokers, funds or investment banks in connection with the transactions contemplated by this Agreement and the other Transaction Documents based upon arrangements made by or on behalf of the Sellers or any of their Affiliates;

(i)    all Excluded Employee Liabilities;

(j)    all Liabilities for, or related to any obligation for, any Tax that the Sellers are required to bear under ARTICLE VI; **for the avoidance of doubt, the Parties intend that no Purchaser or Designated Purchase shall have any transferee or successor liability for any Tax that the Sellers bear under ARTICLE VI.**

(k)    all obligations to provide continuation ~~health~~ coverage pursuant to COBRA or any similar Law to any Person who has been employed in the Business and who does not become a Transferred Employee**, it being understood that the Sellers will provide such continuation coverage**;

(l)    [except with respect to the Assumed Liabilities, all Liabilities or other obligations arising from Seller Employee Plans other than Transferred Employee Plans; ][37][47]

(m)    any Liability of the Sellers or any ~~of their Affiliates~~**ERISA Affiliate** under Title IV of ERISA;

(n)    any pension or retirement Liability of the Sellers or any ~~of their Affiliates~~**ERISA Affiliate**, which, for purposes of clarification, shall not include the Specified Employee Liabilities assumed by Purchaser pursuant to Section 2.1.3(j);

(o)    all Liabilities of Sellers arising under this Agreement and the Ancillary Agreements; and

(p)    [those Liabilities set forth on Section 2.1.4(p) of the Sellers Disclosure Schedule.]

2.1.5.    Assumption and/or Assignment or Rejection of 365 Contracts.

(a)    Section 2.1.5(a) of the Sellers Disclosure Schedule sets forth a list (the "**365 Customer Contract List**") of substantially all Customer Contracts of a U.S. Debtor that are Executory Contracts and were entered into before the Petition Date (Contracts that may be included on the 365 Customer Contract List, the "**365 Customer Contracts**"), which the

---

[37][47] Note to Purchaser: Inclusion is subject to confirmation that there are no Transferred Employee Plans.

**44**

**Error! Unknown document property name.**

**355**

relevant U.S. Debtor will, **subject to Section 2.1.5(b) and** to the extent permitted by applicable Law, assume and assign to the Purchaser or a Designated Purchaser at Closing pursuant to section 365 of the U.S. Bankruptcy Code.

**(b)    The Purchaser shall have until the Contract Designation Date (but not thereafter) to designate, by written notice to NNI, any 365 Customer Contracts listed on the 365 Customer Contract List (as supplemented and/or updated in accordance with Section 2.1.5(c)), except for those 365 Customer Contracts listed on Exhibit [    ],[48] that do not meet the Inclusion Criteria that the Purchaser wishes to reject, which such 365 Customer Contracts shall be referred to as "Excluded 365 Customer Contracts" and shall not be Assigned Contracts hereunder.**

(c)    ~~(b)~~ Prior to the Closing Date, the Sellers shall be entitled to update and/or supplement the 365 Customer Contract List from time to time by written notices to the Purchaser; provided, that ~~within~~**after** [•____] ~~Business Days of the Closing,~~ **2010,** no update and/or supplement shall be permitted without Purchaser's prior written consent, and provided further that Sellers shall use **commercially** reasonable ~~best~~ efforts to update the 365 Customer Contract List as soon as commercially practicable.  **The Sellers shall make available to the Purchaser and the Purchaser's employees and representatives, complete unredacted copies of any Contract added to the 365 Customer Contract List on the date that is the later of (i) the date that is two (2) Business Days after the date on which the Sellers add the Contract to the 365 Customer Contract List or (ii) the date on which complete unredacted copies of such Contract must be provided pursuant Section 5.6 hereof .**

(d)    ~~(c)~~ The Contracts listed in the 365 Customer Contract List (as updated and/or supplemented) **pursuant to Section 2.1.5(c)), that are not Excluded 365 Customer Contracts,** are collectively referred to as the **"Assumed and Assigned Contracts."**

(e)    ~~(d)~~ The U.S. Debtors shall seek the approval of the U.S. Bankruptcy Court to permit the assumption and assignment of the Assumed and Assigned Contracts as part of the U.S. Sale Order in accordance with Section 5.1.

2.1.6.   Assignment of Non-365 Contracts.

(a)    Section 2.1.6(a) of the Sellers Disclosure Schedule sets forth a list (the **"Non-365 Customer Contract List"**) of all Customer Contracts other than 365 Customer Contracts (Contracts that may be included on the Non-365 Customer Contract List, the **"Non-365 Customer Contracts"**), which the relevant Seller will**, subject to Section 2.1.6(b),** assign to the Purchaser or a Designated Purchaser at Closing.

**(b)    The Purchaser shall have until the Contract Designation Date (but not thereafter) to designate, by written notice to NNI, any Non-365 Customer Contracts listed on the Non-365 Customer Contract List (as supplemented and/or updated in accordance with Section 2.1.6(c)), except for those Non-365 Customer Contracts listed on Exhibit**

[48] **Exhibit will include major CVAS Contracts Purchaser will assume regardless of Inclusion Criteria.**

**45**

NY\1582469.7

45                **Error! Unknown document**

[New York #2071434 v4]                **property name.**

356

[    ], that do not meet the Inclusion Criteria that the Purchaser wishes to reject, which such Non-365 Customer Contracts shall be referred to as "Excluded Non-365 Customer Contracts" and shall not be Assigned Contracts hereunder.

(c)    (b) Prior to the Closing Date, the Sellers shall be entitled to update and/or supplement the Non-365 Customer Contract List from time to time by written notices to the Purchaser; provided, that within**after** [●____] Business Days of the Closing, **2010,** no update and/or supplement shall be permitted without Purchaser's prior written consent**,** and provided further that Sellers shall use **commercially** reasonable best efforts to update the Non-365 Customer Contract List as soon as commercially practicable.[38] **The Sellers shall make available to the Purchaser and the Purchaser's employees and representatives, complete unredacted copies of any Contract added to the Non-365 Customer Contract List on the date that is the later of (i) the date that is two (2) Business Days after the date on which the Sellers add the Contract to the Non-365 Customer Contract List or (ii) the date on which complete unredacted copies of such Contract must be provided pursuant Section 5.6 hereof .**

(d)    (c) The Contracts listed in the Non-365 Customer Contract List (as updated and/or supplemented) **pursuant to Section 2.1.6(c)), that are not Excluded Non-365 Customer Contracts,** are collectively referred to as the "**Designated Non-365 Contracts".."**

(e)    (d) Subject to Section 2.1.7(d), Section 2.1.10 and Section 5.13 and the receipt of any required Consent, all the Designated Non-365 Contracts in effect as of the Closing shall be assigned to the Purchaser or a Designated Purchaser at the Closing pursuant to Section 2.1.1(d).

2.1.7.   Cure Costs; Adequate Assurance; Efforts.

(a)    To the extent that the assumption and assignment of any 365 Customer Contract entails the payment of any Cure Cost, NNI shall, or shall cause the relevant U.S. Debtor to, pay or otherwise provide for payment of such Cure Cost as required by the U.S. Bankruptcy Code and provided in the U.S. Sale Order.

(b)    To the extent that assignment to the Purchaser or a Designated Purchaser of any Non-365 Customer Contract entails the payment of any Cure Cost, the relevant Main Sellers shall, or shall cause the relevant Seller to, pay such amounts directly to such counterparty in a manner agreed between such Main Seller or such relevant Seller, as applicable, and such counterparty or ordered by a court of competent jurisdiction.

(c)    The Sellers shall not be responsible for any other Cure Costs in connection with any other Seller Contract other than as set forth immediately above.

---

[38] Note to Purchaser: Because the Purchaser will assume all Customer Contracts, this date must be sufficiently close to the Closing so as to allow all such contracts to be added to the list and transferred to Purchaser at Closing.

NY\1582469.7

[New York #2071434 v4]    46    **Error! Unknown document property name.**

357

(d)   Prior to the hearing before the U.S. Bankruptcy Court to approve the assumption and assignment of the Assumed and Assigned Contracts, the Purchaser shall provide adequate assurance of its and the relevant Designated Purchasers' future performance under each Assumed and Assigned Contract to the parties thereto (other than the U.S. Debtors) in satisfaction of Section 365(f)(2)(B) of the U.S. Bankruptcy Code and to the extent required by the U.S. Sale Order.

(e)   The Parties shall, and shall cause the Other Sellers and the Designated Purchasers, as applicable, to, use **commercially** reasonable ~~best~~ efforts to obtain all Consents required to permit the assignment to the Purchaser (or, if specified by the Purchaser, a Designated Purchaser) of the Assigned Contracts in force as of the Closing Date; provided, however, that the Sellers shall be under no obligation to seek any such Consent prior to the completion of the Auction (as defined in the Bidding Procedures) or to compromise any right, asset or benefit or to expend any amount or incur any Liability or provide any other consideration in seeking such Consents; provided, further, that the failure to obtain any or all of such Consents shall not in itself entitle the Purchaser to terminate this Agreement or fail to complete the transactions contemplated hereby or entitle the Purchaser to any adjustment to the Purchase Price.

2.1.8.   <u>Local Sale Agreements</u>. Subject to the terms and conditions hereof, to the extent necessary to effect the Closing on the terms hereof, the relevant Sellers shall, and the Purchaser shall, and shall cause the relevant Designated Purchasers to, enter into such agreements or instruments, including bills of sale and/or assignment and assumption agreements (the "**Local Sale Agreements**"), providing for (i) the sale, transfer, assignment or other conveyance to the Purchaser and relevant Designated Purchasers, in accordance with the requirements of applicable local Law, of any Assets located in the countries where such Local Sale Agreements are required, and (ii) the assumption by the Designated Purchasers of any Assumed Liability that the Purchaser intends to allocate to them.  In the event of a conflict between this Agreement and the Local Sale Agreements, this Agreement shall prevail.

2.1.9.   <u>EMEA Asset Sale Agreement</u>.  Except as expressly set forth in [Section 2.2, Section 5.23, Section 9.2, Section 9.3, and Section 10.13] none of the EMEA Sellers or the Joint Administrators shall assume, or be deemed to assume, any Liability whatsoever under this Agreement and nothing in this Agreement (except to the extent expressly incorporated into the EMEA Asset Sale Agreement) shall apply to, or govern, the sale, assignment, transfer, retention or assumption of assets, rights, properties or Liabilities of, or by, any EMEA Sellers or the Joint Administrators in any manner whatsoever.  The only assets, rights, properties and Liabilities of the EMEA Sellers or Joint Administrators that are being sold, assigned or transferred to, and assumed by, the Purchaser or the EMEA Designated Purchasers, and the terms and conditions thereof, and representations with respect thereto, are solely as expressly set forth in the EMEA Asset Sale Agreement.  Neither the Purchaser nor any Designated Purchaser shall be entitled to make any claim under this Agreement, or assert any right hereunder, against any Person other than the Sellers and, with respect to [Section 2.2, Section 5.23, Section 9.2, Section 9.3, and Section 10.13 only, the EMEA Sellers].

47

**Error! Unknown document property name.**

358

2.1.10. <u>Non-Assignable Assets</u>. Notwithstanding anything in this Agreement to the contrary, if a Consent of a Third Party (including a Government Entity) has not been obtained on or prior to Closing, then, unless such Consent is subsequently obtained, this Agreement shall not constitute an agreement to sell, transfer or assign, directly or indirectly, any Asset or any obligation or benefit arising thereunder if an attempted direct or indirect sale, transfer, lease, sublease or assignment thereof, without such Consent (in each case, after taking into account the effect of the U.S. Sale Order, the Canadian Approval and Vesting Order, and any other order of a court of competent jurisdiction), would constitute a breach, default, violation or other contravention of the rights of such Third Party or would be ineffective with respect to any party to a Contract concerning such Asset. For greater certainty, except as explicitly set forth in ARTICLE VIII, failure to obtain any such Consent shall not entitle the Purchaser to terminate this Agreement or fail to complete the transactions contemplated hereby or entitle the Purchaser to any adjustment of the Purchase Price.[3949] [4050]

Section 2.2.    <u>Purchase Price</u>.[4151]

2.2.1.    <u>Purchase Price</u>. Pursuant to the terms and subject to the conditions set forth in this Agreement, in consideration of the purchase, sale, assignment and conveyance of the Sellers' and EMEA Sellers' right, title and interest in, to and under the Assets and the EMEA Assets, respectively, pursuant to the terms hereof, and pursuant to the terms of the EMEA Asset Sale Agreement, respectively, and of the rights granted by certain Sellers and the EMEA Sellers under the Intellectual Property License Agreement and the Trademark License Agreement, the Purchaser, on its own behalf and as agent for the relevant Designated Purchasers, shall (x) assume and become obligated to pay, perform and discharge, when due, the Assumed Liabilities and the EMEA Assumed Liabilities and (y) subject to adjustment following the Closing in accordance with Section 2.2.3.2, pay to the Distribution Agent, as agent for the Sellers and the EMEA Sellers, an amount of cash (the "**Purchase Price**") equal to [●] dollars ($ [●]) (the "**Base Purchase Price**"), as adjusted pursuant to this Agreement and as further adjusted pursuant to Section [●] of the EMEA Asset Sale Agreement.

2.2.2.    <u>Estimated Purchase Price</u>.

(a)    For the purpose of determining the amount of cash to be paid as the Estimated Purchase Price by the Purchaser (on its own behalf and as agent for the Designated Purchasers) to the Distribution Agent as agent for the Sellers and the EMEA Sellers at the Closing pursuant to Section 2.4.2(b), at least three (3) Business Days prior to the Closing Date, the Main Sellers and the EMEA Sellers shall deliver to the Purchaser a statement prepared in good faith in accordance with the Nortel Accounting Principles and the terms hereof setting forth (i) the estimated Inventory Value as of the Closing (the "**Estimated Closing Inventory Value**"), (ii) the estimate of the Warranty Provision Amount as of the Closing (the "**Estimated**

---

[3949] Note to Seller: Consents to be discussed in connection with the provision of schedules. Purchaser needs assurance that all material assets can be transferred.
[4050] Note to Purchaser: In light of the language in Section 5.13 we do not believe this addition is necessary.

[4151] Note to Seller: Purchase price and adjustments thereto to be discussed by the parties.

**359**

Closing Warranty Provision Amount"), (iii) the estimated amount of the CIP Receivables Amount as of the Closing (the "**Estimated CIP Receivables Amount**"), (iv) the estimated Prepaid Expenses Amount as of the Closing (the "**Estimated Prepaid Expenses Amount**"), (v) the estimated Contractual Liabilities Amount as of the Closing (the "**Estimated Contractual Liabilities Amount**"), (vi) an estimate of the Royalty Liability Amount as of the Closing (the "**Estimated Royalty Liability Amount**"), (vii) an estimate of the **Accrued Vacation Amount as of the Closing (the "Estimated Closing Accrued Vacation Amount"), (viii) an estimate of the amount of the Specified Employee Liabilities as of the Closing (the "Estimated Specified Employee Liabilities Amount"), (ix) an estimate of the** Adjusted Net Working Capital at Closing (the "**Estimated Adjusted Net Working Capital**"), (~~viii~~**x**) **an estimate of the Deferred Revenue Amount as of the Closing (the "Estimated Deferred Revenue Amount"), (xi)** an estimate of the aggregate of all EMEA Downward Adjustments (the "**Estimated Aggregate EMEA Downward Adjustment**"), (~~ix~~) ~~an~~ **xii) an** estimate ~~of~~ **of** the aggregate of all EMEA Upward Adjustments (the "**Estimated Aggregate EMEA Upward Adjustment**"), ~~(x~~"**), (xiii)** an estimate of the aggregate of all Downward Adjustments (the "**Estimated Aggregate Downward Adjustment**"), and (~~xi~~**xiv**) the Estimated Purchase Price.

   (b) As used in this Agreement, "**Estimated Purchase Price**" means an amount equal to:[52]

     (i)  the Base Purchase Price; <u>plus</u>

     (ii)  the difference, which may be positive or negative, equal to the Estimated Adjusted Net Working Capital <u>minus</u> Target Working Capital; <u>plus</u>

     (iii)  the Estimated Aggregate EMEA Upward Adjustment (if any);

<u>minus</u>

     (iv)  the Estimated Aggregate EMEA Downward Adjustment (if any);

<u>minus</u>

     (v)  the Estimated Aggregate Downward Adjustment (if any)~~.;~~ [42]**minus**

     <u>**(vi)**</u>  <u>**the Estimated Deferred Revenue Amount.**</u>

   (c) As used in this Agreement and shown in the attached Adjusted Net Working Capital Statement in Exhibit E,[53] the "**Adjusted Net Working Capital**" means an amount equal to:

---

[52] **Note to Seller: Removal of adjustment for unexpected employee transfers subject to completion of diligence that the covenant will protect against this risk.  Also subject to further diligence/discussions confirming that there is a downward adjustment for any transferred employee liabilities.**

[42] ~~Note to Purchaser:  We intend to address the articulated concern regarding advance billing on maintenance contracts in a conduct of business covenant rather than a purchase price adjustment.~~

[53] **Note to Seller: In order to confirm agreement, Purchaser would appreciate a copy of Exhibit E (based upon the latest formulation) as soon as possible.**

**Error! Unknown document property name.**

**360**

<blockquote>

(i)    the Closing Inventory Value; <u>plus</u>

(ii)    the CIP Receivables Amount; <u>plus</u>

(iii)    the Prepaid Expenses Amount; <u>minus</u>

(iv)    the Contractual Liabilities Amount; <u>minus</u>

(v)    the Royalty Liability Amount; <u>minus</u>

(vi)    the Warranty Provision Amount.[43]<u>; **minus**</u>

**(vii)**    **<u>the Accrued Vacation Amount; minus</u>**

**(viii)**    **<u>the Specified Employee Liabilities Amount.</u>**

</blockquote>

2.2.3.  Purchase Price Adjustment.

    2.2.3.1. Closing Statement; Dispute Resolution.

        (a)   As promptly as practicable (and in any event within ~~thirty~~[**ninety** (~~30~~**90**))][54] Business Days after the Closing), the Purchaser shall deliver to the Main Sellers and the EMEA Sellers a written statement (the "**Closing Statement**") that shall contain the Purchaser's final calculation of (i) the Inventory Value as of the Closing (the "**Closing Inventory Value**"), (ii) the Warranty Provision as of the Closing (the "**Closing Warranty Provision Amount**"), (iii) the CIP Receivables Amount as of the Closing (the "**Closing CIP Receivables Amount**"), (iv) the Prepaid Expenses Amount as of the Closing (the "**Closing Prepaid Expenses Amount**"), (v) the Contractual Liabilities Amount as of the Closing (the "**Closing Contractual Liabilities Amount**"), (vi) the Royalty Liability Amount as of the Closing (the "**Closing Royalty Liability Amount**"), (vii) the ~~Adjusted Net Working Capital~~**Accrued Vacation Amount** as of the Closing (the "**Closing ~~Adjusted Net Working Capital~~**"), ~~(viii~~**Accrued Vacation Amount**"), **(viii) the amount of the Specified Employee Liabilities as of the Closing (the "Closing Specified Employee Liabilities Amount"), (ix) the Adjusted Net Working Capital as of the Closing (the "Closing Adjusted Net Working Capital"), (x)** the aggregate of all EMEA Downward Adjustments (the "**Closing Aggregate EMEA Downward Adjustment**"), (~~ix~~**xi**) the aggregate of all EMEA Upward Adjustments (the "**Closing Aggregate EMEA Upward Adjustment**"), (~~x~~**xii**) the aggregate of all Downward Adjustments (the "**Closing Aggregate Downward Adjustment**"); ~~and (xi~~ **(xiii) the Deferred Revenue Amount as of the Closing (the "Closing Deferred Revenue Amount") and (xiv)** the final Purchase Price based on the foregoing which shall be equal to the Base Purchase Price; <u>plus</u> (a) the difference, which may be positive or negative, equal to the Closing Adjusted Net Working Capital <u>minus</u> the Target Working Capital; <u>plus</u> (b) the Closing Aggregate EMEA Upward Adjustment (if any); <u>minus</u> (c) the Closing Aggregate EMEA Downward Adjustment (if any); <u>minus</u> (d) the Closing Aggregate Downward

---

[43] ~~Note to Purchaser: The Accrued Vacation Amount payment concept has been added into Article VII.~~
[54] **Note to Seller: To be discussed in connection with availability of information.**

361

Adjustment (if any); minus (e) the Closing Deferred Revenue Amount (the Purchase Price, so adjusted as provided in this Section 2.2.3.1, the "**Final Purchase Price**").  The Closing Statement shall be prepared in accordance with the Nortel Accounting Principles and the terms hereof.

(b)    If the Main Sellers and the EMEA Sellers disagree with the determination of the Closing Statement, the Main Sellers and the EMEA Sellers shall notify the Purchaser of such disagreement within thirty (30) days after delivery of the Closing Statement (such notice, the "**Disagreement Notice**").  The Disagreement Notice shall set forth, in reasonable detail, any disagreement with, and any requested adjustment to, the Closing Statement.  If the Main Sellers and the EMEA Sellers fail to deliver the Disagreement Notice by the end of such thirty-(30-) day period, the Main Sellers and the EMEA Sellers shall be deemed to have accepted as final the Closing Statement delivered by the Purchaser.  Matters included in the calculations in the Closing Statement to which the Main Sellers or the EMEA Sellers do not object in the Disagreement Notice shall be deemed accepted by the Main Sellers and the EMEA Sellers and shall not be subject to further dispute or review.  Throughout the periods during which the Closing Statement is being prepared and any disputes that may arise under this Section 2.2.3.1(b) are being resolved, the Purchaser shall, promptly upon request, provide the Main Sellers, the EMEA Sellers and their respective accountants access to the books, records and personnel of the Business and all documents, schedules and workpapers used by the Purchaser in the preparation of the Closing Statement or that are otherwise reasonably necessary for the Main Sellers, the EMEA Sellers and their respective accountants to review the Closing Statement (other than any such documents, schedules and workpapers that are subject to attorney-client privilege; it being understood, however, that Purchaser and the Designated Purchasers shall cooperate in any reasonable efforts and requests that would enable otherwise required disclosure to the Main Sellers and the EMEA Sellers or their respective representatives to occur without so jeopardizing privilege).  The Main Sellers, the EMEA Sellers and the Purchaser shall negotiate in good faith to resolve any disagreement with respect to the Closing Statement, and any resolution agreed to in writing by the Main Sellers, the EMEA Sellers and the Purchaser shall be final and binding upon the Parties.

(c)    If the Main Sellers, the EMEA Sellers and the Purchaser are unable to resolve any disagreement as contemplated by Section 2.2.3.1(b) within [●] ([●]) days after delivery of a Disagreement Notice by the Main Sellers and EMEA Sellers, the Independent Auditor shall serve as arbitrator (the "**Accounting Arbitrator**") to resolve such disagreement.  The Primary Parties and NNUK shall instruct the Accounting Arbitrator to consider only those items and amounts set forth in the Closing Statement as to which the Main Sellers, the EMEA Sellers and the Purchaser have not resolved their disagreement and to conduct such hearing as it considers necessary to resolve such disagreement.  The Main Sellers, the EMEA Sellers and the Purchaser shall use their **commercially** reasonable best efforts to cause the Accounting Arbitrator to deliver to the Primary Parties and NNUK, as promptly as practicable (and in no event later than [●] ([●]) days after his or her appointment), a written report setting forth the resolution of any such disagreement determined in accordance with the terms of this Agreement.  Such report and the Closing Statement, as adjusted thereby, shall be final and binding upon the Sellers, the EMEA Sellers, the Purchaser and any Designated Purchaser.  In

NY\1582469.7

[New-York #2071434 v4]

**Error! Unknown document property name.**

*362*

the event the Accounting Arbitrator concludes that the Purchaser was correct as to a majority (by aggregate dollar amount) of the disputed items, then the Sellers and the EMEA Sellers shall share the Accounting Arbitrator's fees, costs and expenses. In the event the Accounting Arbitrator concludes that the Main Sellers and EMEA Sellers were correct as to a majority (by aggregate dollar amount) of the disputed items, then the Purchaser shall pay the Accounting Arbitrator's fees, costs and expenses.

2.2.3.2. Purchase Price Adjustment.

(a)    If the Final Purchase Price, as finally determined in accordance with this Section 2.2.3, is less than the Estimated Purchase Price, (A) the Parties shall cause the Escrow Agent to pay to the Purchaser the lesser of (x) the excess of the Estimated Purchase Price over the Final Purchase Price, or (y) the Escrow Amount, and (B) the Sellers and the EMEA Sellers shall pay the amount of any such excess not paid by the Escrow Agent pursuant to the preceding clause (A); provided, that in the event that the excess of the Estimated Purchase Price over the Final Purchase Price is less than the Escrow Amount, the Parties agree to cause the Escrow Agent to pay to the Distribution Agent the balance of the Escrow Amount; and provided further that in no event shall the Sellers and the EMEA Sellers, in the aggregate, have any obligations to pay any amounts hereunder or under the EMEA Asset Sale Agreement in excess of the Base Purchase Price less the Escrow Amount.

(b)    If the Final Purchase Price, as finally determined in accordance with this Section 2.2.3, exceeds the Estimated Purchase Price, Purchaser shall pay to the Distribution Agent, as distribution agent for the Sellers and the EMEA Sellers, the amount by which the Final Purchase Price exceeds the Estimated Purchase Price and the Escrow Agent shall pay the full Escrow Amount to the Sellers.

(c)    Any payment to be made by a Party under this Section 2.2.3.2 shall be by wire transfer of immediately available U.S. dollar funds to an account designated by the Party receiving payment, within (3) three Business Days after the final determination of the Final Purchase Price, plus interest on such amount, accrued from the Closing Date to the date of such payment at a rate per annum of three percent (3%). Such interest shall accrue from day to day.

### 2.2.4.  Purchase Price Allocation. [●]

### 2.2.5.  ~~2.2.4.~~ Good Faith Deposit.

(a)    ~~On the date hereof~~**Within five (5) Business Days after the entry of the Sale Order (if the Purchaser is the Successful Bidder)**, the Purchaser has**shall** delivered to the ~~Distribution Agent (as agent for the Sellers and the EMEA Sellers)~~**Escrow Agent** an amount in U.S. dollars equal to five percent (5%) of the Base Purchase Price in immediately available funds (such amount, together with the interest accrued thereon prior to the Closing, the **"Good Faith Deposit"**), ~~to be held by the Distribution Agent on behalf of, the Sellers and the EMEA Sellers in an interest bearing account at [Distribution Agent] to serve as earnest money under this Agreement.~~

NY\1582469.7

[New York #2071434 v4]                                    52                         Error! Unknown document property name.

**363**

(b)   The Good Faith Deposit shall:

(i)   be applied to the Estimated Purchase Price to be paid by the Purchaser to the Distribution Agent (as agent of the Sellers and the EMEA Sellers) at Closing pursuant to Section 2.4.2(b); or

(ii)   become property of the Sellers and the EMEA Sellers in the event that this Agreement is terminated by the Main Sellers pursuant to Section 9.1(c)(i) or Section 9.1(e**b)(vii**); or

(iii)   become property of the Sellers and the EMEA Sellers in the event that this Agreement is terminated by any Primary Party pursuant to Section 9.1(b)(v) in the event that the EMEA Asset Sale Agreement is terminated by the EMEA Sellers pursuant to Sections [●] of the EMEA Asset Sale Agreement; or

(iv)   be promptly returned by the Distribution Agent to the Purchaser if this Agreement is terminated for any other reason.

Section 2.3.   [Escrow.

(a)   At or prior to the Closing, each of the Main Sellers and the Purchaser shall enter into the Escrow Agreement with the Escrow Agent in the form of Exhibit G.

(b)   Each of the Main Sellers and the Purchaser hereby undertake to promptly execute and deliver to the Escrow Agent, in accordance with the terms set forth in the Escrow Agreement, instructions to pay to the Sellers or the Purchaser, as applicable, funds from the escrow account established pursuant to the Escrow Agreement any time that such Person becomes entitled to such payment from the escrow account pursuant to Section 2.2.3.2.][55]

Section 2.4.   Closing.

2.4.1.   Closing Date.   The completion of the purchase and sale of the Assets and the assumption of the Assumed Liabilities (the "**Closing**") shall occur simultaneously with the closing of the transactions contemplated by the EMEA Asset Sale Agreement and shall take place at the offices of Cleary Gottlieb Steen & Hamilton LLP in New York, New York, commencing at 10:00 a.m. local time on the date which is five (5) Business Days after the day upon which all of the conditions set forth under ARTICLE VIII (other than conditions which by their nature are to be satisfied at the Closing, but subject to the waiver or fulfillment of those conditions) have been satisfied or, if permissible, waived by the Main Sellers and/or the Purchaser (as applicable), **unless such date is sooner than [         ], 2010, in which case the Closing shall occur on [     ], 2010,**[56] or on such other place, date and time as shall be mutually

---

[55] Note to Seller:  Parties to discuss necessity of additional escrows upon Purchaser's completion of tax due diligence.

[56] Note to Seller:  Subject to completion of diligence.  Purchaser needs to make sure it has ample time to review contracts once they are provided, create local entities and fulfill certain other pre-Closing duties.

agreed upon in writing by the Purchaser, the Main Sellers and the EMEA Sellers (the day on which the Closing takes place being the "**Closing Date**"). 

Legal title, equitable title and risk of loss with respect to the Assets will transfer to the Purchaser or the relevant Designated Purchaser, and the Assumed Liabilities will be assumed by the Purchaser and the relevant Designated Purchasers, at the Closing.

2.4.2.  Closing Actions and Deliveries.

At the Closing:

(a)    the Sellers and the Purchaser shall, and the Purchaser shall cause the Designated Purchasers to, enter into the Ancillary Agreements to which it is contemplated that they will be parties, to the extent such agreements have not yet been entered into and subject to Section 5.23 and [Section 5.27];

(b)    the Purchaser shall deliver:

(i)    to (i) the Distribution Agent, as agent for the Sellers and the EMEA Sellers an amount equal to the Estimated Purchase Price, less the aggregate of the Good Faith Deposit and the Escrow Amount, by wire transfer in immediately available funds to an account or accounts designated at least two (2) Business Days prior to the Closing Date by the Distribution Agent as agent for the Sellers and the EMEA Sellers in a written notice to the Purchaser; and (ii) to the Escrow Agent, an amount equal to the Escrow Amount;

(ii)    [to the Main Sellers, the Pre-Closing Segregation Costs due under Section 5.27 (to the extent then due);]

(iii)    executed counterparts of the Transition Services Agreement, the Intellectual Property License Agreement and the Real Estate Agreements and any other Ancillary Agreements that have been executed at such time;[57]

(iv)    to the Main Sellers, a duly executed certificate of an executive officer of the Purchaser certifying the fulfillment of the conditions set forth in Section 8.2.

(c)    NNI shall deliver or cause to be delivered:

(i)    an updated Section 4.11(b) of the Sellers Disclosure Schedule (if applicable), dated as of a date no earlier than three (3) days prior to the Closing;

(ii)    a duly executed certificate of an executive officer of NNI certifying the fulfillment of the conditions set forth in Section 8.3(a) and Section 8.3(b);

---

[57] **Note to Seller: Loaned Employee Agreement TBD.**

**Error! Unknown document property name.**

365

(iii)    executed counterparts of the Transition Services Agreement, the Intellectual Property License Agreement**, the Trademark License Agreement** and the Real Estate Agreements and any other Ancillary Agreements that have been executed at such time**;**

**(iv)    such bills and instruments of sale, deeds, endorsements, assignments and other good and sufficient instruments of conveyance and transfer, duly executed by the applicable Sellers, in form reasonable satisfactory to the Purchaser, as the Purchaser may reasonably request to vest in the Purchaser all the right, title and interest of the Sellers in, to or under any or all of the Assets**;

**(v)**    ~~(iv)~~ copies of the U.S. Sale Order and the Canadian Approval and Vesting Order;

**(vi)**    ~~(v)~~ true and complete copies of the Closing Unaudited Financial Statements; and

**(vii)**    ~~(vi)~~ in the case of a Seller that is a "United States person" within the meaning of Section 7701 of the Code and applicable Treasury Regulations, a duly executed certificate dated as of the Closing Date and substantially in the form set forth in Treasury Regulations Section 1.1445-2(b)(2)(iv), sworn to under penalties of perjury, setting forth such Person's name, address and federal employer identification number and stating that such Person is not a "foreign person" within the meaning of Section 1445 of the Code.

(d)    each Party shall deliver, or cause to be delivered, to the other any other documents reasonably requested by such other Party in order to effect, or evidence the consummation of, the transactions contemplated herein.

Section 2.5.    Designated Purchaser(s). The Purchaser shall be entitled to designate, in accordance with the terms and subject to the limitations set forth in this Section 2.5, one or more ~~Wholly-Owned Subsidiaries~~**Affiliates** to (i) purchase specified Assets (including specified Assigned Contracts), (ii) assume specified Assumed Liabilities, and/or (iii) employ certain Transferred Employees on and after the Closing Date (any such ~~Subsidiary~~**Affiliate** of the Purchaser that shall be properly designated by the Purchaser in accordance with this clause, a **"Designated Purchaser"**); it being understood and agreed, however, that any such right of the Purchaser to designate a Designated Purchaser is conditioned upon (y) such Designated Purchaser being able to perform the applicable covenants under Section 2.1.7 and ARTICLE VII and demonstrate satisfaction of the applicable requirements of Section 365 of the U.S. Bankruptcy Code (to the extent applicable), including the provision of adequate assurance for future performance, with respect to the Assumed and Assigned Contracts, and (z) any such designation not creating any Liability (including any Liability relating to Taxes) for the Sellers or their Affiliates that would not have existed had the Purchaser purchased the Assets, assumed the Assumed Liabilities and/or employed the Transferred Employees, and which Liability is not fully reimbursed by or on behalf of the Purchaser. No such designation shall relieve the Purchaser of any of its obligations hereunder. Any breach hereof by a Designated Purchaser