IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF
## JENNIFER L. PARISI, PARALEGAL

STATE OF DELAWARE:
                      SS:
NEW CASTLE COUNTY:

    I, Jennifer L. Parisi, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on December 1, 2010. I certify further that the service of the following:

**RESPONSE, REQUEST FOR JOINT HEARING AND RESERVATION OF RIGHTS OF THE CANADIAN NORTEL DEBTORS TO THE MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION**

was made on the following parties on the attached list via hand delivery and first class mail.

                                                                            */s/ Jennifer L. Parisi*
                                                                           Jennifer L. Parisi

SWORN AND SUBSCRIBED before me this __/s/__ day of December 2010.

                                                                           *Tammy Renee Rogers*
                                                                           NOTARY

*[Notary Seal: TAMMY RENEE ROGERS, MY COMMISSION EXPIRES APRIL 27 2012, NOTARY PUBLIC STATE OF DELAWARE]*

#1014388-v32

Service List

Michael R. Lastowski
Sommer L. Ross
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

Blair Connelly
Eli J. Kay-Oliphant
Latham & Watkins LLP
885 Third Avenue, Suite 1200
New York, New York 10022