**EXHIBIT A**



August 6, 2010


**Nortel Networks Corporation and Nortel Networks Limited**
5945 Airport Road, Suite 360
Mississauga, Ontario, Canada L4V 1R9
Facsimile: +1-905-863-2057
Attn: Anna Ventresca,
  *General Counsel-Corporate and Corporate Secretary*
Attn: Khush Dadyburjor,
  *Vice President, Mergers and Acquisitions*

**Nortel Networks Inc.**
Legal Department
220 Athens Way, Suite 300
Nashville, Tennessee, USA  37228
Facsimile: +1-615-432-4413
Attn: Lynn C. Egan, Secretary


Dear Ladies and Gentlemen,

As you may know, in recent weeks we have made several oral and e-mail requests of you for books and records of the CVAS business.  As of the time of our delivery of this letter, we have not yet been provided these materials in full.

Pursuant to Section 2.1.1(g) of the Asset Sale Agreement by and among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., the other entities identified therein as Sellers, GENBAND Inc., and the other Designated Purchasers that became party thereto, dated December 22, 2009, as amended from time to time (the "ASA"), the Sellers were required at the closing of our transaction to provide to us the tangible embodiments of the "Business Information."  Furthermore, pursuant to Section 5.22(b) of the ASA, the Sellers are required to provide us with access to records related to the CVAS business.

Despite our previous requests for outstanding Business Information and copies of certain records related to the CVAS business, we have not yet been provided access to such materials. While a full transfer of all Business Information and the previously requested records that you have not yet delivered to us is an important priority, it is particularly important to us that you provide copies of all of the materials described on Annex A to this letter as soon as possible.  In addition to requiring these materials for the proper operation of our business, they are necessary for our completion of the Closing Statement pursuant to the ASA.  To the extent that any of the requested materials do not exist, we seek the records of the data necessary to create these materials.

**GENBAND**
**August 6, 2010**
**Page 2**

      We believe it is in our mutual best interests for us to be able to provide you the Closing Statement as soon as possible, and therefore we seek these materials as promptly as possible. Please contact us as soon as possible to discuss the most efficient method to transmit these requested materials.

      Sincerely,

*[signature]*

Shauna Martin, General Counsel
**GENBAND**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Facsimile: +1-972-265-3581

cc:

Nortel Networks Limited and Nortel Networks Inc.
5270 Sycamore Avenue
Bronx, New York  10471
*Attn:  Robert Fishman, Senior Counsel*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: +1-212-225-3999
*Attn: Laurent Alpert*

Ogilvy Renault LLP
200 Bay Street
Suite 3800, P.O. Box 84
Royal Bank Plaza, South Tower
Toronto, Ontario M5J 2Z4
Canada
Facsimile: +1-416-216-3930
*Attn: Michael Lang*

Latham & Watkins LLP
885 Third Avenue
New York NY 10022
Facsimile: +1-212-751-4864
*Attn: David S. Allinson, Esq.*

# Annex A

GENERAL
- As of 5/28 (immediately preceding the divestiture of the business), please provide Balance Sheet (unaudited) by country – similar to 3/31 Balance Sheet already provided

UNBILLED ACCOUNTS RECEIVABLE (CIP)
- As of 5/28 (immediately preceding the divestiture of the business), please provide detail list of unbilled A/R ending balance by company code, G/L account, and by customer/contract/NTID

DEFERRED REVENUE
- As of 4/30 and 5/28 (immediately preceding the divestiture of the business), please provide detail list of the components comprising the CVAS **deferred revenue balance**, including: Company code, General Ledger Account, Customer Name, end-user country, Contract Number, NTID / ROOTID, Product Type and Revenue Indicator, as shown on the books and records of Nortel-CVAS.
- As of 4/30 and 5/28 (immediately preceding the divestiture of the business), please provide detail list of the components comprising the CVAS **deferred cost balance**, including: Company code, General Ledger Account, Customer Name, end-user country, Contract Number, NTID / ROOTID, Product Type and Revenue Indicator, as shown on the books and records of Nortel-CVAS.
- As of 4/30 and 5/28 (immediately preceding the divestiture of the business), please provide the Life-to-Date (LTD Report) for the **deferred revenue balances** by NTID/ROOT ID including: end-user country, Contract Value (CV), Revenue, Billings, Deferred Revenue, COGS, EAC (total budget costs), and Remaining Budget
- For each customer with a **deferred revenue balance** greater than $500k on the 4/30 and 5/28 (immediately preceding the divestiture of the business) trial balances provide supporting package including: contracts, quotes, POs, packing slips, shipping confirmation, software confirmation, memos, checklist (if any), and actual PSI or COT costs.

ACCRUED VACATION and SPECIFIED EMPLOYEE LIABILITIES
- As a follow up to a prior request for sample employees chosen by Genband: 1 remaining Italy sample selection & 4 France sample employees chosen by Genband, please provide support for each component of the calculation of the accrual that was transferred to Genband. (For instance: Salary * Hours accrued = accrued vacation; we would need HR system support for salary of the employee and hours of vacation accrued which ties to the actual amount being calculated)

OTHERS LT (a.k.a TFR or other pension liabilities)

- Obtain most recent US GAAP actuarial report(s) for each country's employee benefit plan. None were available as part of the electronic data room access recently provided. Report does not need to list amounts specific to individual employees, only needed for the overall plan as transferred to Genband.
- Contact details for the administrator/provider for pension plans in Russia, France, Israel, and Portugal.

JULY ADJUSTMENTS TO GOODWILL BOOKED IN TSA COMPANY CODES
- Details and journal entry support for each entry that was booked to 255001 or 137899 (if not already provided).
- Understanding of whether these entries are included in the current web forum lead sheets
- Close these accounts for posting upon Genband's request