**EXHIBIT I**



**NORTEL**

November 10, 2010

GENBAND US LLC
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Attention: Shauna Martin, General Counsel
Facsimile: +1-972-461-7516

Ladies and Gentlemen:

Reference is made to the Asset Sale Agreement by and among Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Inc. ("NNI"), the other entities identified therein as Sellers (together with NNC, NNL and NNC, "Nortel"), GENBAND US LLC ("GENBAND"), dated December 22, 2009, as amended from time to time (the "ASA"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA.

Nortel has received the letters from Shauna Martin, General Counsel of GENBAND, dated October 25, 2010 and November 9, 2010. As you know, it is Nortel's position that the primary dispute between the parties does not involve any accounting matter subject to resolution by an Accounting Arbitrator under Section 2.2.3.1(b), and accordingly the fifteen day period for resolving agreements under Section 2.2.3.1(c) is inapplicable. Instead, the dispute arises from GENBAND's attempt to ignore the ASA's clear definition of "Deferred Profit Amount," which is to be calculated based on "deferred revenues for services to be performed or products to be provided by the Business after the Closing Date." GENBAND's effort to rewrite this text is plainly a matter for the Bankruptcy Court, not an Accounting Arbitrator.

Nortel does not intend to waive, and expressly reserves our right to pursue, any and all available remedies with respect to the matters in dispute.

Sincerely,

Robert Fishman, Esq.
Nortel Networks Inc.

Copies to:

Latham & Watkins LLP
885 Third Avenue
New York NY 10022
United States
Attention: David S. Allinson, Esq.
Facsimile: +1-212-751-4864

Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Attention: Don J. McDermett, Jr., Esq.
Curt Anderson, Esq.
Facsimile: +1-214-661-4454
+1-214-661-4900

Stikeman Elliott LLP
445 Park Avenue 7th Floor
New York, New York 10022
Attention: Ron Ferguson, Esq.
+1-212-371-7087