IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4340-4342, 4345 & 4346 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2010, I caused to be served the:

   a. "Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 831 filed by Mack Thorpe, Jr.," dated November 17, 2010, to which was attached the "Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 831 filed by Mack Thorpe, Jr.," dated November 17, 2010 [Docket No. 4340], (the "Thorpe Motion"),

   b. "Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 494 filed by Pamela D. Richardson," dated November 17, 2010, to which was attached the "Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 494 filed by Pamela D. Richardson," dated November 17, 2010 [Docket No. 4341], (the "Richardson Motion"),

   c. "Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the Proofs of Claim Filed by Syselog SA," dated November 17, 2010, to which was attached the "Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\9019 Motions, Sale Motion & Redacted Motion_DI 4340-4324, 4345 & 4346_AFF_UNDER SEAL_11-17-10.doc

Proofs of Claim Filed by Syselog SA," dated November 17, 2010 [Docket No. 4342], (the "Syselog Motion"),

d. "Notice of Debtors' Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Application Solutions Business, and Directing the Release of Certain Escrowed Funds," dated November 17, 2010, to which was attached the "Debtors' Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Application Solutions Business, and Directing the Release of Certain Escrowed Funds," dated November 17, 2010 [Docket No. 4345], (the "Sale Motion"), and

e. "Notice of Debtors' Motion for Entry of an Order Authorizing the Debtors to File under Seal and in Redacted Form Certain Portions of the Debtors' Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Application Solutions Business, and Directing the Release of Certain Escrowed Funds," dated November 17, 2010, to which was attached the "Debtors' Motion for Entry of an Order Authorizing the Debtors to File under Seal and in Redacted Form Certain Portions of the Debtors' Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Application Solutions Business, and Directing the Release of Certain Escrowed Funds," dated November 17, 2010 [Docket No. 4346], (the Redacted Motion"),

by causing true and correct copies of the:

i. Thorpe Motion, Richardson Motion, Syselog Motion, Sale Motion and Redacted Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Thorpe Motion, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to Mack Thorpe, Jr., 225 E. Worthington Ave, Suite 200, Charlotte, NC 28203-4886,

iii. Richardson Motion, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to Pamela D. Richardson, C/O Thomas McCarthy, SR., ESQ., 917 Ravens Head Road, Annapolis, MD 21405,

iv. Syselog Motion, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to Syselog SA, C/O Howard A. Cohen, Drinker Biddle & Reath LLP, 1100 N. Market Street, Suite 1000, Wilmington, DE 19801, and

v. Redacted Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               Pete Caris

Sworn to before me this
19th day of November, 2010

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

- 3 -