IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4381, 4401, 4403, 4404 & 4435 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 24, 2010, I caused to be served the:

   a. "Order Pursuant to 11 U.S.C. § 327 (e) Authorizing the Retention and Employment of Torys LLP as Special Canadian Counsel *Nunc Pro Tunc* to October 28, 2010," dated November 22, 2010 [Docket No. 4381], (the "Torys Order"),

   b. "First Supplement to the Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)," dated November 23, 2010 [Docket No. 4401], (the "1st Supplement of 13th Omnibus Objection"),

   c. "First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)," dated November 23, 2010 [Docket No. 4403], (the "1st Supplement of 15th Omnibus Objection"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Torys Ord,1st Supp 13th Omni Obj, 1st Supp 15th Omni Obj, Lazard Ord, Addrex Fee App_DI 4381, 4401, 4403, 4404 & 4435_AFF_11-24-10_PM.doc

d. "Order (I) Authorizing the Debtors to Enter into the Lazard Side Agreement and (II) Authorizing Debtors to Direct the Escrow Agents to Release Funds to NNL Reimbursement of Certain Professional Fees," dated November 23, 2010 [Docket No. 4404], (the "Lazard Order"), and

e. "Notice of Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Addrex, Inc. *Nunc Pro Tunc* to November 24, 2010," dated November 24, 2010, to which was attached the "Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Addrex, Inc. *Nunc Pro Tunc* to November 24, 2010," dated November 24, 2010 [Docket No. 4435], (the "Addrex Retention Application"),

by causing true and correct copies of the:

i. Torys Order, 1st Supplement of 13th Omnibus Objection, 1st Supplement of 15th Omnibus Objection, Lazard Order, and Addrex Retention Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Torys Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. 1st Supplement of 13th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit C, and

iv. 1st Supplement of 15th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis

Sworn to before me this
30th day of November, 2010

/s/ Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

- 2 -

T:\Clients\NORTEL\Affidavits\Torys Ord,1st Supp 13th Omni Obj, 1st Supp 15th Omni Obj, Lazard Ord, Addrex Fee App_DI 4381, 4401, 4403, 4404 & 4435_AFF_11-24-10_PM.doc