**EXHIBIT B**

NNI TORYS ORDER 4381 11-24-10

TORYS LLP
TONY DEMARINIS
79 WELLINGTON STREET WEST
SUITE 3000
BOX 270, TD CENTRE
TORONTO, ON  M5K 1N2
CANADA

NNI TORYS ORDER 4381 11-24-10

TORYS LLP
WILLIAM F. GRAY, JR.
237 PARK AVENUE
NEW YORK, NY  10017