**EXHIBIT C**

NNI COKE ORDER 4401 11-24-10

THE COCA-COLA COMPANY
ATTN: JOE JOHNSON, NAT 2008
P.O. BOX 1734
ATLANTA, GA  30313