**EXHIBIT D**

NNI ELECTRO ORDER 4403 11-24-10

ELECTRO RENT CORPORATION
C/O JEFFREY KURTZMAN, ESQ.
KLEHR HARRISON HARVEY BRANZBURG &
ELLERS
260 S BROAD STREET
PHILADELPHIA, PA  19102