**<u>EXHIBIT A</u>**

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**
APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**SUPPLEMENTAL MOTION RECORD**
**(returnable December 15, 2010)**

December 1, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC# 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

*Updated as of Wednesday, December 1, 2010*

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:    **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Tony Reyes
Jennifer Stam

Email:    dtay@ogilvyrenault.com
treyes@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:    416.216.4000
Fax:    416.216.3930

Lawyers for the Applicants

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:  nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:    416.943.3300

AND
TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email:  jcarfagnini@goodmans.ca
        jpasquariello@goodmans.ca
        grubenstein@goodmans.ca
        fmyers@goodmans.ca
        carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:    416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO: **OSLER HOSKIN AND HARCOURT
LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON  M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email:  lbarnes@osler.com
        rchartrand@osler.com
        esellers@osler.com
        ahirsh@osler.com

Tel:    416.362.2111
Fax:    416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO: **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email:  dmilner@fasken.com
        akauffman@fasken.com
        elamek@fasken.com
        jlevin@fasken.com

Tel:    416.868.3538
Fax:    416.364.7813

Lawyers for Export Development Canada

- 3 -

AND
TO:
**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON  K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:     613.597.8651
Fax:     613.598.3113

AND
TO:
**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON  M5K 1K7

Robert I. Thornton
Rachelle Moncur
Leanne M. Williams

Email:   rthornton@tgf.ca
         rmoncur@tgf.ca
         lwilliams@tgf.ca

Tel:     416.304.1616
Fax:     416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND
TO:
**McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:   john.stringer@mcinnescooper.com
         stephen.kingston@mcinnescooper.com

Tel:     902.425.6500
Fax:     902.425.6350

Lawyers for Convergys EMEA Limited

AND
TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart

Email:   jcarhart@millerthomson.com

Tel:     416.595.8615/8577
Fax:     416.595.8695

Lawyers for Toronto-Dominion Bank

AND
TO:
**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

Tel.:    416.495.3776
Fax:     416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

AND
TO:
**BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC  V7X 1S8

R. Hoops Harrison

Email:   hharrison@boughton.ca

Tel:     604.687.6789
Fax:     604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.,
in its capacity as duly authorized agent for
Holdings 1506 Enterprises Ltd.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:  mmacnaughton@blgcanada.com
Tel:    416. 367.6646
Fax:    416. 682.2837

Email:  rjaipargas@blgcanada.com
Tel:    416.367.6266
Fax:    416.361.7067

Email:  srappos@blgcanada.com
Tel:    416.367.6033
Fax:    416.361.7306

Lawyers for Bell Canada

AND
TO:

**SISKINDS LLP**
680 Waterloo Street
London, ON  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email:  ray.leach@siskinds.com
        dimitri.lascaris@siskinds.com
        monique.radlein@siskinds.com

Tel:    519.672.2121
Fax:    519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND
TO:

**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON M5J 2T7

John Contini
Aaron Rousseau

Email   jcontini@langmichener.ca
Tel:    416.307.4148
Fax:    416.304.3767

Email   arousseau@langmichener.ca
Tel:    416.307.4081
Fax:    416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email:  zychk@bennettjones.com
Tel:    416.777.5738
Fax:    416.863.1716

Email:  orzyr@bennettjones.com
Tel:    416.777.5737
Fax:    416.863.1716

Email:  finlaysong@bennettjones.com
Tel:    416.777.5762
Fax:    416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

| AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, ON M5H 3R3 | AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, ON M5H 3R3 |
|---|---|---|---|

<table>
<tr><td></td><td>

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

</td><td></td><td>

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

</td></tr>
</table>

| | | | |
|---|---|---|---|
| Email: | mzigler@kmlaw.ca | Email: | mzigler@kmlaw.ca |
| Tel: | 416.595.2090 | Tel: | 416.595.2090 |
| Fax: | 416.204.2877 | Fax: | 416.204.2877 |
| | | | |
| Email: | sphilpott@kmlaw.ca | Email: | sphilpott@kmlaw.ca |
| Tel: | 416.595.2104 | Tel: | 416.595.2104 |
| Fax: | 416.204.2882 | Fax: | 416.204.2882 |
| | | | |
| Email: | dyiokaris@kmlaw.ca | Email: | dyiokaris@kmlaw.ca |
| Tel: | 416.595.2130 | Tel: | 416.595.2130 |
| Fax: | 416.204.2810 | Fax: | 416.204.2810 |
| | | | |
| Email: | amckinnon@kmlaw.ca | Email: | amckinnon@kmlaw.ca |
| Tel: | 416.595.2150 | Tel: | 416.595.2150 |
| Fax: | 416.204.2874 | Fax: | 416.204.2874 |
| | | | |
| Email: | cpoltak@kmlaw.ca | Email: | cpoltak@kmlaw.ca |
| Tel: | 416.595.2701 | Tel: | 416.595.2701 |
| Fax: | 416.204.2909 | Fax: | 416.204.2909 |

Lawyers for the Former Employees of Nortel          Lawyers for the LTD Beneficiaries

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email: jcarhart@millerthomson.com
Tel: 416.595.8615
Fax: 416.595.8695

Email: msims@millerthomson.com
Tel: 416.595.8577
Fax: 416.595.8695

Email: jmklotz@millerthomson.com
Tel: 416.595.4373
Fax: 416.595.8695

Lawyers for LG Electronics Inc.

AND TO:
**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email: joseph.kim@lge.com

Tel: +82.2.3777.3171
Fax: +82.2.3777.5345

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims

Email: jcarhart@millerthomson.com
Tel: 416.595.8615
Fax: 416.595.8695

Email msims@millerthomson.com
Tel: 416.595.8577
Fax: 416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND TO:
**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON M2N 1M9

Harvey G. Chaiton

Email: harvey@chaitons.com

Tel: 416.218.1129
Fax: 416.218.1849

Lawyers for IBM Canada Limited

AND TO: **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:   ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:      416.646.4301

Email:   max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:      416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:      416.646.4301

Email:   tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:      416.646.4301

Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

AND TO: **FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
         Alex.macfarlane@fmc-law.com
         Michael.wunder@fmc-law.com
         ryan.jacobs@fmc-law.com

Tel:      416.863.4511
Fax:      416.863.4592

Canadian Lawyers for the Official Committee of Unsecured Creditors

AND TO: **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:   patrick.shea@gowlings.com

Tel:      416.369.7399
Fax:      416.862.7661

Lawyers for Westcon Group

AND TO: **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:   rslattery@mindengross.com
         dullmann@mindengross.com
Tel:      416.369.4149
Fax:      416.864.9223

Lawyers for Verizon Communications Inc.

- 8 -

AND
TO:

**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:   hfogul@airdberlis.com
Tel:      416.865.7773
Fax:      416.863.1515

Email:   pczegledy@airdberlis.com
Tel:      416.865.7749
Fax:      416.863.1515

Lawyers for Microsoft Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:   renglish@airdberlis.com
          smitra@airdberlis.com

Tel:      416.863.1500
Fax:      416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND
TO:

**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:   surquhart@ahbl.ca
Tel:      604.484.1757
Fax:      604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:      416.865.6636

Email:   vdare@foglers.com
Tel:      416.865.6641
Fax:      416.865.6636

Lawyers for Andrew, LLC

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Maurice Fleming

Email:   mfleming@millerthomson.com
Tel:      416.595.8686
Fax:      416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email: bdarlington@davis.ca
Tel: 416.365.3529
Fax: 416.369.5210

Email: jdavissydor@davis.ca
Tel: 416.941.5397
Fax: 416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel: 416.865.7726
Fax: 416.863.1515

Email: iaversa@airdberlis.com
Tel: 416.865.3082
Fax: 416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario M5H 3C2

Deborah S. Grieve

Email: dgrieve@casselsbrock.com
Tel: 416.860.5219
Fax: 416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email: andrew.kent@mcmillan.ca
Tel: 416.865.7160
Fax: 416.865.7048

Email: hilary.clarke@mcmillan.ca
Tel: 416.865.7286
Fax: 416.865.7048

Email: tushara.weerasooriya@mcmillan.ca
Tel: 416.865.7262
Fax: 416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email: lawrence.crozier@mcmillan.ca
Tel: 416.865.7178
Fax: 416.865.7048

Email: adam.maerov@mcmillan.ca
Tel: 416.865.7285
Fax: 416.865.7048

Lawyers for Citibank

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario M5C 3G5

Domenico Magisano

Email: dmagisano@blaney.com
Tel: 416.593.2996
Fax: 416.593.5437

Lawyers for Expertech Network Installation Inc.

- 10 -

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:     416.865.6655
Fax:     416.865.6636

Email:   vdare@foglers.com
Tel:     416.865.6641
Fax:     416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:   smitra@airdberlis.com

Tel:     416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Aaron Rousseau

Email:   arousseau@langmichener.ca
Tel:     416.307.4081
Fax:     416.365.1719

Lawyer for Right Management Inc.

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:   bleonard@casselsbrock.com
         hgarman@casselsbrock.com
         mcasey@casselsbrock.com

Tel:     416.860.6455
Fax:     416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

| | | | |
|---|---|---|---|
| AND TO: | **MCFARLANE LEPSOE**<br>Barristers & Solicitors<br>70 Gloucester Street, Third Floor<br>Ottawa, Ontario  K2P 0A2 | AND TO: | **COLBY, MONET DEMERS, DELAGE & CREVIER LLP**<br>Tour McGill College<br>1501 McGill College Avenue<br>Suite 2900<br>Montreal, Quebec  H3A 3M8 |

AND
TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:   pklepsoe@mcfarlanelaw.com

Tel:      613.233.2679
Fax:     613.233.3774

Lawyers for Iron Mountain Canada Corporation and Iron Mountain Information Management, Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:   theintzm@mccarthy.ca
Tel:      416.601.7627
Fax:     416.868.0673

Email:   jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:

**COLBY, MONET DEMERS, DELAGE & CREVIER LLP**
Tour McGill College
1501 McGill College Avenue
Suite 2900
Montreal, Quebec  H3A 3M8

David J. Dropsy

Email:   ddropsy@colby-monet.com
Tel:      514.284.3663
Fax:     514.284.1961

Lawyers for GFI INC., a division of Thomas & Betts Manufacturing Inc.

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
             steven.levitt@nelligan.ca
             christopher.rootham@nelligan.ca

Tel:      613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009

- 12 -

AND TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:   chris.besant@bakernet.com

Tel:     416.865.2318
Fax:     416.863.6275

Email:   lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:     416.863.6275

Lawyers for Jabil Circuit Inc.

AND TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:   ryanbellr@bennettjones.com
         laugesenm@bennettjones.com

Tel:     416.863.1200
Fax:     416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
         mgaggino@schneidergaggino.com

Tel:     514.631.8787
Fax:     514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:   tdunn@mindengross.com
Tel:     416.369.4335
Fax:     416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO:

**EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:   nanci@eurodata.ca
Tel:     613.745.0921
Fax:     613.745.1172

AND TO:

**BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:   lbrady@baldwinlaw.ca
Tel:     613.771.9991
Fax:     613.771.9998

Lawyers for Sydney Street Properties Corp.

AND
TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:     714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:    416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:    416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:

**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :   jysimard@lavery.ca
Tel :     514.871.1522
Fax :     514.871.8977

Lawyers for Texas Landlords to Nortel
Networks Inc.

AND
TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:     714.998.4351

- 14 -

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:    david.cohen@gowlings.com

Tel:      416.369.6667
Fax:      416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:    bdarlington@davis.ca
Tel:      416.365.3529
Fax:      416.369.5210

Email:    jdavissydor@davis.ca
Tel:      416.941.5397
Fax:      416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:    rschwill@dwpv.com
Tel:      416.863.0900
Fax:      416.863.0871

Email:    mgottlieb@dwpv.com
Tel:      416.863.0900
Fax:      416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:

**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:   tosullivan@counsel-toronto.com
Tel:      416.598.1744
Fax:      416.598.3730

Email:    slaubman@counsel-toronto.com
Tel:      416.598.1744
Fax:      416.598.3730

Lawyers for William A. Owens

AND TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:   lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:     416.863.6275

Lawyers for Wipro Limited

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for the Current and Former Employees
of Nortel Networks Inc. who are or were
Participants in the Long-Term Investment Plan
Sponsored by Nortel Networks Inc.

AND TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:   hmeredith@mccarthy.ca
Tel:     416.601.8342
Fax:     416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:   sbomhof@torys.com
Tel:     416.865.7370
Fax:     416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:   dwinters@justice.gc.ca
Tel:     416.973.3172
Fax:     416.973.0810

AND TO:

**LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email:   sseigel@langmichener.ca
Tel:     416.307.4063
Fax:     416.365.1719

Lawyers for The Bank of New York Mellon

AND TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:     416.863.2572
Fax:     416.863.2653

Email:  marc.flynn@blakes.com
Tel:     416.863.2685
Fax:     416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson (publ)

AND TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  milly.chow@blakes.com
Tel:     416.863.2594
Fax:     416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:     416.863.2426
Fax:     416.863.2653

Email:  craig.thorburn@blakes.com
Tel:     416.863.2965
Fax:     416.863.2653

Lawyers for MatlinPatterson Global Advisers LLC, MatlinPatterson Global Opportunities Partners III L.P. and MatlinPatterson Opportunities Partners (Cayman) III L.P.

AND TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:     416.601.7730
Fax:     416.868.0673

Email:  rstabile@mccarthy.ca
Tel:     416.601.8335
Fax:     416.868.0673

Lawyers for Avaya Inc.

AND TO:

**SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario  M5G 2G8

James McDonald
Darrell Brown

Email:  jmcdonald@sgmlaw.com
Tel:     416.979.6425
Fax:     416.591.7333

Email:  dbrown@sgmlaw.com
Tel:     416.979.4050
Fax:     416.591.7333

Lawyers for Edmund Fitzgerald

AND TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com
Tel:      416.864.9700
Fax:     416.941.8852

Lawyers for Belden (Canada) Inc.

AND TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:   sdunphy@stikeman.com
Tel:      416.869.5662
Fax:     416.947.0866

Lawyers for GENBAND Inc.

AND TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:   thomas.wallis@vdg.ca
Tel:      613.241.2701
Fax:     613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:   gncameron@stikeman.com
Tel:      212.845.7464
Fax:     212.371.7087

Email:   rferguson@stikeman.com
Tel:      212.845.7477
Fax:     212.371.7087

Lawyers for GENBAND Inc.

AND TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:      416.367.6024
Fax:     416.361.2763

Email:   chill@blgcanada.com
Tel:      416.367.6156
Fax:     416.631.7301

Lawyers for the U.K. Pensions Regulator

AND TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:   jrochon@rochongenova.com
Tel:      416.363.1867
Fax:     416.363.0263

Lawyers for the Opposing LTD Employees

- 18 -

AND TO:

**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:    416.863.3888
Fax:    416.863.2653

Lawyers for The Northern Trust Company,
Canada

AND TO:

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:  lschweitzer@cgsh.com
        jbromley@cgsh.com
Tel:    212.225.2000
Fax:    212.225.3999

Lawyers for Nortel Networks Inc.

AND TO:

**LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email:  wpepall@lerners.ca
Tel:    416.601.2352
Fax:    416.867.2415

Lawyers for the Former Employees in Respect
of the Distribution of the Corpus of the Health
and Welfare Trust

AND TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:  kyle.kashuba@macleoddixon.com
Tel:    403.267.8399
Fax:    403.264.5973

Constellation NewEnergy Canada Inc.

AND TO:

**SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:  pengelmann@sgmlaw.com
Tel:    613-482-2452
Fax:    613-235-3041

Email:  fcampbell@sgmlaw.com
Tel:    613-482-2451
Fax:    613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the
Distribution of the Corpus of the Health and Welfare
Trust

AND TO:

**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

D. Brent McPherson

Email:  bmcpherson@langmichener.ca
Tel:    416.307.4103
Fax:    416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to Wachovia
Bank, N.A., in its capacity as Servicer for the Nortel
Networks Pass-Through Trust, Series 1-1

- 19 -

| | | | |
|---|---|---|---|
| AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6 | AND TO: | **DAVID STEER**<br>10 Cypress Court<br>Nepean, ON  K2H 8Z8 |

AND
TO:      **McCARTHY TETRAULT LLP**
         Suite 5300, Toronto Dominion Bank Tower
         Toronto, Ontario  M5K 1E6

         Barbara J. Boake
         James D. Gage

         E-mail:  bboake@mccarthy.ca
         Tel:      416.601.7557
         Fax:      416.868.0673

         Email:   jgage@mccarthy.ca
         Tel:      416.601.7539
         Fax:      416.686.0673

         Lawyers for Morneau Sobeco Limited
         Partnership

AND
TO:      **DAVID STEER**
         10 Cypress Court
         Nepean, ON  K2H 8Z8

         E-mail:  davidsteer127@sympatico.ca

## COURTESY COPIES:

| | |
|---|---|
| AND TO: | **LEWIS AND ROCA**<br>40 North Central Avenue<br>Phoenix, Arizona<br>USA 85004-4429<br><br>Scott K. Brown<br><br>Email:  sbrown@lrlaw.com<br><br>Tel:  602.262.5321<br>Fax:  602.734.3866<br><br>Lawyers for The Prudential Insurance Company of America | AND TO: | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY  10036<br><br>Fred S. Hodara<br><br>Email:  fhodara@akingump.com<br><br>Tel:  212.872.1000<br>Fax:  212.872.1002<br><br>U.S. Lawyers for the Official Committee of Unsecured Creditors |

AND TO: **LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email:  sbrown@lrlaw.com

Tel:  602.262.5321
Fax:  602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND TO: **AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:  fhodara@akingump.com

Tel:  212.872.1000
Fax:  212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND TO: **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
           jdrew@curtis.com

Tel:  212.696.6000
Fax:  212-697-1559

Lawyers for Flextronics International

AND TO: **MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email:  DDunne@milbank.com
Tel:  212.530.5770
Fax:  212.530.5219

Email:  ALeblanc@milbank.com
Tel:  212.835.7574
Fax:  212.530.5219

Email:  APisa@milbank.com
Tel:  212.530.5319
Fax:  212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

AND TO:  **VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:    212.407.6920
Fax:    212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND TO:  **MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta  T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :  andrew.robertson@macleoddixon.com
caylee.rieger@macleoddixon.com

Tel :    403.267.8222
Fax :    403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND TO:  **BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:   eric.prezant@bryancave.com
Tel:    312.602.5033
Fax:    312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND TO:  **LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email:  michael.riela@lw.com

Tel :    212.906.1373
Fax :    212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

# INDEX

DOCSTOR: 1680120\1

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**INDEX**

| TAB | DOCUMENT | PAGE |
|---|---|---|
| 1. | Affidavit of Katie Legree, sworn December 1, 2010 | 1 |
| A. | Motion of GENBAND Inc. for Entry of an Order pursuant to Section 362 (d) of the Bankruptcy Code granting relief from the Automatic Stay to Compel Arbitration dated November 18, 2010 | 3 |
| B. | Response, Request for Joint Hearing and Reservation of Rights of the Canadian Nortel Debtors to the Motion of GENBAND Inc. for Entry of an Order pursuant to Section 362(d) of the Bankruptcy Code granting relief from the Automatic Stay to Compel Arbitration dated December 1, 2010 | 12 |

**TAB 1**

Court File No: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**AFFIDAVIT OF KATIE LEGREE**
**(sworn December 1, 2010)**

I, Katie Legree, of the City of Toronto in the Province of Ontario, MAKE OATH AND
SAY:

1.      I am a law clerk at Ogilvy Renault LLP, counsel to Nortel Networks Corporation
("**NNC**"), Nortel Networks Limited ("**NNL**"), Nortel Networks Global Corporation, Nortel
Networks International Corporation and Nortel Networks Technology Corporation (collectively
the "**Applicants**"). As such, I have personal knowledge of the matters to which I hereinafter
depose in this Affidavit. Where I do not possess personal knowledge, I have stated the source of
my information and, in all such cases, believe it to be true.

2.      Attached hereto as Exhibit "A" is a motion (the "**GENBAND Motion**") filed by
GENBAND Inc. ("**GENBAND**") on November 18, 2010, in the proceedings pending before the
United States Bankruptcy Court for the District of Delaware (the "**U.S. Court**") in respect of
Nortel Networks Inc. and certain of its affiliates under Chapter 11 of the United States
Bankruptcy Code purporting to seek relief compelling NNC and NNL (in addition to Nortel
Networks Inc. ("**NNI**")) to arbitrate a purchase price dispute under that certain Asset Sale
Agreement dated as of December 22, 2009,  by and among NNC, NNL, NNI and the other
parties identified therein as "Sellers", as sellers, and GENBAND, as purchaser, as amended.

3.    Attached hereto as Exhibit "B" is a Response, Request for Joint Hearing and Reservation of Rights filed by the Applicants with the U.S. Court on December 1, 2010, in response to the GENBAND Motion.


**SWORN BEFORE ME** at the City of _Toronto_ , in the Province of Ontario on this _1st_ day of December, 2010.

_____
Commissioner for Taking Affidavits or
Notary Public

    L. MIGUEL MENDES

KATIE LEGREE

# TAB A

This is Exhibit ................. referred to in the

affidavit of ....Kim Legree.............

sworn before me, this ...........1st...................

day of ......December............ 20.10.

*A COMMISSIONER FOR TAKING AFFIDAVITS*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
| In re: | ) |  |
|  | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Objection Date: December 1, 2010 at 4:00 p.m.** |
|  | ) | **Hearing Date: December 8, 2010 at 10:00 a.m.** |

## MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

GENBAND Inc. ("GENBAND"), by and through its undersigned counsel, hereby moves

(the "Motion") for entry of an order, substantially in the form attached hereto as Exhibit A (the

"Order"), granting relief from the automatic stay pursuant to Section 105 and 362(d) of Title 11

of the United States Code (the "Bankruptcy Code") and Rules 4001 and 9014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to compel arbitration between Nortel

Networks Corporation, Nortel Networks Limited, and Nortel Networks Inc. (collectively,

"Nortel," and, together with its affiliate filing entities, the "Debtors") and GENBAND pursuant

to the terms of the Asset Sale Agreement, dated as of December 22, 2009, by and among Nortel,

GENBAND and the entities identified as sellers therein (the "ASA"),[1] attached hereto as Exhibit

B. In support of this Motion, GENBAND respectfully states as follows:

### PRELIMINARY STATEMENT

1.      GENBAND seeks relief from the automatic stay to compel arbitration pursuant to

Section 2.2.3.1(c) of the ASA (the "Mandatory Arbitration Provision") for the purpose of

resolving a dispute with respect to the Purchase Price Adjustment (as defined below).

2.    A dispute has arisen between GENBAND and Nortel regarding the Purchase Price Adjustment pursuant to the ASA. The Mandatory Arbitration Provision states that "any disagreement" relating to the Purchase Price Adjustment shall be submitted to arbitration. However, Nortel refuses to do so. GENBAND has therefore been forced to ask this Court to intervene and order Nortel to comply with the promise it made in return for the substantial consideration already paid by GENBAND.

3.    This Court should enforce the Mandatory Arbitration Provision. Third Circuit precedent emphasizes the importance of arbitration provisions, finding that "[w]here an otherwise applicable arbitration clause exits, a bankruptcy court lacks the authority and discretion to deny its enforcement, *unless* the party opposing arbitration can establish congressional intent . . . to preclude waiver of judicial remedies for the statutory rights at issue." *Mintze v. Am. Gen. Fin. Serv., Inc. (In re Mintze)*, 434 F.3d 222, 231 (3d Cir. 2006) (emphasis in original).

4.    The Mandatory Arbitration Provision was negotiated for and contemplated as part of the consideration under the ASA. Neither Nortel nor the Debtors' estate will be prejudiced if compelled to comply with the clear agreement provided for in the Mandatory Arbitration Provision. GENBAND, on the other hand, will suffer substantial hardship if it is denied the quick, efficient, and final process that is the part of the benefit of the bargain it made with Nortel when it entered into the ASA. The plain language of the Mandatory Arbitration Provision leaves no doubt that the parties agreed to arbitrate "*any disagreement*" regarding the Purchase Price Adjustment. It is therefore abundantly clear that GENBAND's claim is not frivolous, which is all GENBAND need show.

---

[1] All terms not otherwise defined herein shall have the meaning ascribed to them under the ASA.

5.    For these reasons, the Court should lift the stay and compel arbitration pursuant to the Mandatory Arbitration Provision.

## JURISDICTION

6.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7.    The statutory bases for the relief sought is Section 362 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014.

## BACKGROUND

8.    On December 22, 2009, Nortel and GENBAND entered into the ASA.

9.    On September 15, 2010, and pursuant to Section 2.2.3.1(a) of the ASA, GENBAND timely delivered to Nortel a letter and written statement (the "Closing Statement"), attached hereto as Exhibit C, which declared GENBAND's position with regards to the purchase price adjustment (the "Purchase Price Adjustment") necessary to determine the final purchase price under the ASA (the "Final Purchase Price").

10.    On October 13, 2010, and pursuant to Section 2.2.3.1(b) of the ASA, Nortel timely delivered to GENBAND a letter and written statement (the "Disagreement Notice"), attached hereto as Exhibit D, which provided Nortel's position with regards to the Purchase Price Adjustment, and which detailed the disputes that Nortel was raising with GENBAND's Closing Statement.

11.    Section 2.2.3.1(b) of the ASA provides, in the event of disagreement between the parties with regards to the Closing Statement, the Disagreement Notice, or the Purchase Price Adjustment, that the parties would negotiate in good faith over a fifteen-day period to resolve such disagreement.

3

12.     Section 2.2.3.1(c) of the ASA provides that if the parties "are unable to resolve *any disagreement* as contemplated by Section 2.2.3.1(b) within fifteen (15) days after delivery of a Disagreement Notice by [Nortel], the Independent Auditor shall serve as arbitrator . . . to resolve such disagreement."

13.     The ASA requires, again under Section 2.2.3.1(c), that the parties use their "commercially reasonable efforts to cause the Accounting Arbitrator to deliver . . . as promptly as practicable (and in no event later than thirty (30) days after his or her appointment), a written report setting forth the resolution of any such disagreement." This provision was intended to ensure that a speedy, efficient and final process would be used to resolve any disputes over the Purchase Price Adjustment.

14.     In the letter included in the Disagreement Notice, Nortel informed GENBAND that it did not intend to waive its right to pursue all available remedies, including judicial relief, in order to resolve disputes in connection with the Purchase Price Adjustment.

15.     In a letter dated October 25, 2010 (the "October 25 Letter"), attached hereto as Exhibit E, GENBAND responded to Nortel's letter included with the Disagreement Notice and stated in no uncertain terms that refusing to arbitrate with regards to the dispute with regards to the Purchase Price Adjustment violated the agreed terms of the ASA. GENBAND notified Nortel, specifically, that pursuant to the express terms of Section 2.2.3.1(b) the ASA, arbitration is the exclusive procedure available for the resolution of *any disagreement* regarding the Purchase Price Adjustment.

16.     Nortel did not respond to the October 25 Letter. In a letter to Nortel dated November 9, 2010 (the "November 9 Letter"), attached hereto as Exhibit F, GENBAND again emphasized its desire to initiate arbitration pursuant to the Mandatory Arbitration Provision.

4

GENBAND noted that Nortel had failed to provide any explanation as to why it was not prepared to begin the arbitration process, and that it could not point to any provision in the ASA that justified its position.

17.    In a letter dated November 10, 2010 (the "November 10 Letter"), attached hereto as Exhibit G, Nortel finally responded to GENBAND and refused to submit to arbitration as required by the ASA.

18.    Nortel has thus repudiated its obligations under the ASA.

**RELIEF REQUESTED**

19.    By this Motion, GENBAND respectfully requests that this Court enter an Order, pursuant to Section 362(d)(1) of the Bankruptcy Code, lifting the automatic stay and compelling Arbitration for the purpose of resolving the dispute with respect to the Purchase Price Adjustment.

**BASIS FOR RELIEF**

20.    When presented with a motion to compel arbitration, courts in this Circuit have considered the strong federal policy that favors the arbitration of disputes. *See In re Mintze*, 434 F.3d at 229 ("The FAA has established a strong policy in favor of arbitration . . . . To overcome enforcement of arbitration, a party must establish congressional intent to create an exception to the FAA's mandate with respect to the party's statutory claims."). "It is well established that arbitration is a favored mechanism for resolving disputes, especially where the parties previously agreed to utilize arbitration." *In the Matter of TEU Holdings, Inc.*, 287 B.R. 26, 36 (Bankr. D. Del. 2002); *see also In re Gurga, d/b/a Source Commcs.*, 176 B.R. 196, 200 (B.A.P. 9th Cir. 1994) (citing *Graham Oil Co. v. ARCO Products, Inc.*, 43 F.3d 1244, 1247 (9th Cir. 1994), for the proposition that "arbitration is a form of dispute resolution that finds favor in the courts").

5

21.    The issues raised in the Arbitration are common state law issues. Where the arbitration is based upon state law claims, "neither the Bankruptcy Code nor its legislative history contain anything which would prevent a court of arbitration from determining whether [a claimant's] claims are valid." *In re Gurga*, 176 B.R. at 200.

22.    In fact, the United States Supreme Court has held that the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, establishes a federal policy favoring arbitration that requires courts to "rigorously enforce agreements to arbitrate." *Shearson/Am. Exp. v. McMahon*, 482 U.S. 220, 226 (1987) (citing *Dean Witter Reynolds Inc. v. Byrd*, 470 U.S. 213, 221 (1985); *see also Hays & Co. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 885 F.2d 1149, 1156 (3d Cir. 1989) (citations omitted). The Court in *McMahon* held that when a dispute is subject to the terms of an arbitration agreement, the FAA requires a court to stay its proceedings and compel arbitration, except in limited circumstances. *McMahon*, 482 U.S. at 226. The Third Circuit, relying on *McMahon*, has held that "[w]here an otherwise applicable arbitration clause exits, a bankruptcy court lacks the authority and discretion to deny its enforcement, *unless* the party opposing arbitration can establish congressional intent . . . to preclude waiver of judicial remedies for the statutory rights at issue." *In re Mintze*, 434 F.3d at 231.

23.    This Court may lift the stay pursuant to Section 362(d) of the Bankruptcy Code, which provides, in relevant part:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (A) of this section, such as by terminating, annulling, modifying or conditioning such stay – (1) for cause, including the lack of adequate protection of an interest in property of such party in interest . . . .

11 U.S.C. § 362(d).

24.    "Cause," undefined by the Bankruptcy Code, must be determined on a case-by-case basis. *See In re Rexene Prods. Co.*, 141 B.R. 574, 576 (Bankr. D. Del. 1992) (citing *Int'l*

6

*Bus. Machines v. Fernstrom Storage and Van Co.*, 938 F.2d 731, 735 (7th Cir. 1991)). The legislative history of Section 362 indicates that "cause may be established by a single factor such as 'a desire to permit an action to proceed . . . in another tribunal,' or 'lack of any connection with or interference with the pending bankruptcy case.'" *Id.* (citing H.R. Rep. No. 95-595, 95th Cong., 1st Sess., 343-44 (1977)).

25.     In determining whether there is "cause" to modify the automatic stay, this Court has considered "whether: (a) [a]ny great prejudice to either the bankrupt estate or the debtor will result from continuation of the civil suit, (b) the hardship to the [non-bankrupt party] by maintenance of the stay considerable outweighs the hardship of the debtor, and (c) the creditor has a probability of prevailing on the merits." *In re Rexene Prods. Co.*, 141 B.R. at 576. *See also In re Downey Fin. Corp*, 428 B.R. 595 (Bankr. D. Del. 2010).

26.     Nortel will not be prejudiced by allowing the Arbitrator to resolve the dispute regarding the Purchase Price Adjustment. The arbitration contemplated by the mutually-agreed-to Section 2.2.3.1(c) of the ASA, would provide an efficient and final determination with regards to the disputes regarding the Purchase Price Adjustment. Such efficient and final resolution would inure to the benefit of Debtors' estate because Debtors would suffer with lengthy and expensive litigation in this Court, which could hinder the Debtors' reorganization efforts and reduce the value of Debtors' estate. The issues in dispute are insubstantial in number and complexity, and the correspondence between the parties demonstrates that little preparation time will be required to proceed to the Arbitration.

27.     On the other hand, continued enforcement of the automatic stay would result in great hardship to GENBAND because it would be denied the benefit of the negotiated Mandatory Arbitration Provision of the ASA. The parties agreed to such provision with the sole

7

*10*

purpose of preventing the type of burdensome litigation that would ensue in the Bankruptcy Court if the stay were enforced. GENBAND would be forced to dedicate valuable time and resources to litigating an issue that it and Nortel expressly agreed to arbitrate, for these very reasons.

28.     In order to demonstrate that it has a probability of prevailing on the merits, GENBAND must show only that its claim is not frivolous. *See In re Levitz Furniture Corp.*, 267 B.R. 516, 523 (Bankr. D. Del. 2000) (citing *In re Rexene Prods. Co.*, 141 B.R. at 578). This Court need not engage in an in-depth review of the merits of the claim because "one of the primary purposes in granting relief from the stay . . . is to economize judicial resources. To require a merits analysis in every case would in large part defeat this objective and frustrate the effort to resolve § 362(d) motions expeditiously." *Peterson v. Cundy (In re Peterson)*, 116 B.R. 247, 250 (D. Colo. 1990).

29.     In this case, the mutually agreed upon Mandatory Arbitration Provision is a valid and enforceable provision of the type typically favored by this Court. GENBAND submits that the Mandatory Arbitration Provision meets the standard set forth in *In re Rexene Prods. Co.*; therefore, the Court should lift the automatic stay and compel arbitration.

## NOTICE

30.     Notice of this Motion has been given to: (a) counsel for the Debtors; (b) counsel for the Committee; (c) counsel for the Office of the United States Trustee; and (d) those parties who have filed and served notices of appearance pursuant to Bankruptcy Rule 2002. No other or further notice is necessary.

## NO PRIOR REQUEST

31.     No prior motion for the relief requested herein has been made to this Court or any other court.

## CONCLUSION

32.    WHEREFORE, GENBAND respectfully requests that the Court enter an Order (i)

lifting the automatic stay pursuant to Sections 105 and 362(d) of the Bankruptcy Code to allow

arbitration to commence, (ii) compelling the commencement of arbitration pursuant to Section

2.2.3.1(c) of the ASA, and (iii) granting such further and other relief as the Court deems just.

Dated:  November 18, 2010                Respectfully submitted,
          Wilmington, Delaware


   */s/ Michael R. Lastowski*
Michael R. Lastowski (No. 3892)
Sommer L. Ross (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:     mlastowski@duanemorris.com
               slross@duanemorris.com

and

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail:    blair.connelly@lw.com
               eli.kay-oliphant@lw.com

*Counsel for GENBAND Inc.*

9

# TAB B

.

*12*

This is Exhibit ......*D*........... referred to in the
affidavit of .....*Richard Leger*...........
sworn before me, this ......*1st*...............
day of .....*December*........... 20.*10*
.....................................................
A COMMISSIONER FOR TAKING AFFIDAVITS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**RESPONSE, REQUEST FOR JOINT HEARING AND
RESERVATION OF RIGHTS OF THE CANADIAN NORTEL DEBTORS
TO THE MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER PURSUANT
TO SECTION 362(d) OF THE BANKRUPTCY CODE GRANTING RELIEF
FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION**

Nortel Networks Corporation ("**NNC**") and certain of its direct and indirect subsidiaries,

Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks

Global Corporation, and Nortel Networks International Corporation (collectively, the "**Canadian**

**Nortel Debtors**"), by and through its undersigned counsel, hereby file this Response, Request

for Joint Hearing and Reservation of Rights (the "**Response**") to the *Motion of Genband Inc. for*

*Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief From the*

*Automatic Stay to Compel Arbitration* (Docket No. 4347) (the "**Motion**"), and respectfully

submit as follows:

---

[1] The Debtors (the "**US Debtors**") in these Chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four
digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital
Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181);
Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications
Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS
Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern
Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc.
(4226).

13

## BACKGROUND

1.      The Canadian Nortel Debtors are subject to proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**").

2.      Certain of the Canadian Nortel Debtors are sellers pursuant to the Asset Sale Agreement dated as of December 22, 2009, by and among Nortel, GENBAND and the entities identified as sellers therein (the "**ASA**"), which was approved by this Court and the Ontario Court on March 3, 2010. The ASA was subsequently amended pursuant to Amendment No. 1 to the ASA dated as of May 28, 2010, to address provisions not relevant to the current dispute.

3.      On November 17, 2010, the US Debtors filed their *Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Application Solutions Business, and Directing the Release of Certain Escrowed Funds* to, among other things, resolve a dispute with GENBAND over the Purchase Price Adjustment (as defined in the Motion) (the "**US Debtors Motion**") (Docket No. 4345). The US Debtors Motion indicated that the Canadian Nortel Debtors would be seeking similar relief from the Ontario Court as that being sought in the US Debtors Motion. On November 18, 2010, GENBAND filed the Motion in this Court seeking to compel arbitration between itself and NNC, NNL and NNI to resolve the dispute.

4.      On November 30, 2010, the Canadian Nortel Debtors filed a motion with the Ontario Court seeking substantially similar relief as that being sought in the US Debtors Motion (i.e. to resolve the dispute over the Purchase Price Adjustment, including that the dispute should be determined by this Court and the Ontario Court) (the "**Canadian Debtors Motion**," and

14

together with the US Debtors Motion, the **"Nortel Motions"**).  The Canadian Nortel Debtors, with the agreement of the US Debtors, are seeking to have the Nortel Motions heard by way of joint hearing before the US and Ontario Courts on December 15, 2010 pursuant to section 10.6(b) of the ASA and the Cross-Border Insolvency Protocol approved in the Canadian Proceedings and these Chapter 11 Cases.[2]

### RESPONSE, RESERVATION OF RIGHTS AND REQUEST FOR JOINT HEARING

5.      By its Motion, GENBAND asks the Court to lift the automatic stay imposed by section 362 of the Bankruptcy Code in order to allow it to compel NNI, as well as NNL and NNC, which are not debtors in proceedings pending before this Court, to arbitrate the dispute over the Purchase Price Adjustment.  GENBAND's motion is vague as to the exact relief, if any, that GENBAND seeks against the Canadian Nortel Debtors.  However, regardless of whether GENBAND is directly seeking in the Motion to compel NNL and NNC to arbitrate the purchase price dispute, the Canadian Nortel Debtors' rights, as Main Sellers under the ASA, would unquestionably be affected by the relief sought in the Motion.  To date, GENBAND has not sought similar relief from the Ontario Court where the Canadian Proceedings are pending. As set forth in the Canadian Debtors Motion[3], the Canadian Nortel Debtors' position is that the dispute over the Purchase Price Adjustment, including whether arbitration of the dispute is appropriate, should be heard by this Court and the Ontario Court.

6.      The Canadian Nortel Debtors understand that GENBAND's Motion is scheduled to be heard by this Court on December 8, 2010.  The Canadian Nortel Debtors respectfully

---

[2] The Cross-Border Insolvency Protocol was approved by this Court in its Order Approving Stipulation of the Debtors and the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., Amending the Cross-Border Court-to-Court Protocol dated June 29, 2009, and by the Ontario Court in its Fourth Amended and Restated Initial Order dated January 14, 2009.

[3] The Motion Record relating to the Canadian Debtors Motion was filed earlier today in the US Debtors' Chapter 11 Cases pursuant to the Cross-Border Protocol (Docket No. 4448).

submit that the most efficient way to resolve the issue of the appropriate forum for resolution of the Purchase Price Adjustment dispute and avoid inconsistent results between this Court and the Ontario Court is for GENBAND's Motion to be adjourned and considered by both courts at the joint hearing scheduled for December 15, 2010, when the related Nortel Motions will also be considered.

7.      In making this request, the Canadian Nortel Debtors rely on section 10.6(b) of the ASA, which provides as follows:

> (b) To the fullest extent permitted by applicable Law, each Party: (i) agrees that any claim, action or proceeding by such Party seeking any relief whatsoever arising out of, or in connection with, this Agreement, or the transactions contemplated hereby shall be brought only in (a) either the U.S. Bankruptcy Court, if brought prior to the entry of a final decree closing the Chapter 11 Cases, or the Canadian Court, if brought prior to the termination of the CCAA Cases, provided that if (X) a final decree closing the Chapter 11 Cases has not been entered and (Y) the CCAA Cases have not terminated, **the U.S. Debtors or the Canadian Debtors may, in accordance with the Cross-Border Protocol, request that the U.S. Bankruptcy Court or the Canadian Court, as case may be, hold a joint hearing of the U.S. Bankruptcy Court and the Canadian Court** to determine the appropriate jurisdiction for such claim, action or proceeding [emphasis added].

In addition, pursuant to the Cross-Border Insolvency Protocol, this Court and the Ontario Court may conduct a joint hearing with respect to any cross-border matter and an interested party in either of these Chapter 11 Cases or the Canadian Proceedings may seek a joint hearing.[4] The Canadian Nortel Debtors respectfully submit that a joint hearing in respect of both the Nortel Motions and GENBAND's Motion is appropriate for two primary reasons: (1) the motions overlap significantly with respect to their subject matter; and (2) disputes in relation to the sale transaction with GENBAND are clearly cross-border matters, in that NNC and NNL were "Main

---

[4] Where the issue of the proper jurisdiction of either Court to determine an issued is raised by an interested party with respect to a motion filed in either Court, the Court before which such motion was initially filed may contact the other Court to determine an appropriate process by which the issue of jurisdiction will be determined, which process shall be subject to submissions by the "Core Parties" (which includes, among others, the US Debtors, the Canadian Nortel Debtors and the Monitor), the U.S. Trustee and any interested party prior to a determination on the issue of jurisdiction being made by either Court. See paras. 12(b) and 12(d) of the Cross-Border Insolvency Protocol.

Sellers" under the ASA, and the Ontario Court maintains exclusive jurisdiction over the Canadian Nortel Debtors and shared jurisdiction with this Court with respect to interpreting and enforcing the ASA.

8.    In the event that GENBAND's Motion proceeds on December 8, 2010, the Canadian Nortel Debtors reserve all rights under the ASA, applicable law and in the Canadian Proceedings with respect to the dispute over the Purchase Price Adjustment and the relief purportedly being sought by GENBAND against the Canadian Debtors, including whether such dispute should be arbitrated or determined by this Court and the Ontario Court.

Dated: December 1, 2010
    Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email:  mary.caloway@bipc.com
       mona.parikh@bipc.com

-and-

Ken Coleman
Lisa Kraidin
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email:  ken.coleman@allenovery.com
       lisa.kraidin@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

17

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**AFFIDAVIT OF KATIE LEGREE**
**(sworn December 1, 2010)**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC#: 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 2070709\1

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION,
NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. C-36, AS AMENDED

| |
|---|
| *ONTARIO* |
| SUPERIOR COURT OF JUSTICE |
| (COMMERCIAL LIST) |
| Proceeding commenced at Toronto |

| |
|---|
| **SUPPLEMENTAL MOTION RECORD** |
| **(returnable December 15, 2010)** |

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC: #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants