**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON DECEMBER 6, 2010 AT 1:00 P.M. (ET)[2]**

ADVERSARY PROCEEDING:

Nortel Networks Inc., A Delaware Corporation v. Communications Test Design, Inc., A Pennsylvania Corporation, Adv. Proc. No. 10-53065

1. Motion To Dismiss Amended Complaint (D.I. 22, Filed 11/15/10).

Related Documents:

(a) Complaint (D.I. 1, Filed 9/21/10);

(b) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (D.I. 2, Filed 9/21/10);

(c) Motion To Dismiss (D.I. 14, Filed 10/27/10);

(d) Amended Complaint (D.I. 20, Filed 11/12/10);

(e) Certification Of Counsel Regarding Briefing Schedule For Defendant's Motion To Dismiss The Amended Complaint (D.I. 21, Filed 11/15/10);

(f) Amended Scheduling Order (D.I. 23, Entered 11/17/10); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

(g) Defendant's Reply Memorandum In Support Of Motions To Dismiss Amended Complaints And In Response To Plaintiffs' Opening Memorandum Of Law (D.I. 31, Filed 11/2910).

Objection Deadline: Defendant's opening brief due by November 15, 2010. Plaintiff's answering brief due by November 18, 2010. Defendant's reply brief due by November 29, 2010.

Responses Received:

(a) Plaintiff Nortel Networks Inc.'s Memorandum Of Law In Opposition To Defendant's Motion To Dismiss The Amended Complaint (D.I. 27, Filed 11/18/10); and

(b) Declaration Of David H. Herrington In Support Of Plaintiff Nortel Networks Inc.'s Opposition To Motion To Dismiss (D.I. 28, Filed 11/18/10).

Status: This matter is going forward.

Dated: December 2, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*