IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>)<br>) Re: Dkt. 4423, 4424, 4425 & 4428<br>)<br>) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　：
　　　　　　　　　　　： SS.
NEW CASTLE COUNTY　：

　　　Marisa DeCarli, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 24th day of November, 2010, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

**Twenty-First Monthly Application of Akin Gump Strauss Hauer & Feld, LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from October 1, 2010 through October 31, 2010 [Dkt. No. 4423]**

**Notice of Seventh Interim Fee Application Request of Akin Gump Strauss Hauer & Feld, LLP [Dkt. No. 4424]**

**Notice of Seventh Interim Fee Application Request of Capstone Advisory Group, LLC [Dkt. No. 4425]**

**Notice of Seventh Interim Fee Application Request of Fraser Milner Casgrain LLP [Dkt. No. 4428]**

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1 3632266v. 1

_/s/ Marisa DeCarli_
Marisa DeCarli
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 30th day of November, 2010.

_/s/ Lesley A. Morris_
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3632266v. 1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

## VIA HAND DELIVERY

*(United States Trustee)*
Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

## VIA FIRST CLASS MAIL

*(Debtors)*
Gordon A. Davies
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1 3521845v. 1