## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Thirteenth Supplement Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on December 2, 2010, in the manner indicated upon the parties on the attached service list.

Dated: December 2, 2010

                                                                                          Ann C. Cordo (No. 4817)

3931992.1