## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
 **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.: 09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 11/29/2010 was filed on 11/30/2010 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/21/2010 .

If a request for redaction is filed, the redacted transcript is due 1/3/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/28/2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 11/30/10

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Brandon              Page 1 of 1            Date Rcvd: Nov 30, 2010
Case: 09-10138                 Form ID: ntcBK             Total Noticed: 20

The following entities were noticed by first class mail on Dec 02, 2010.
db          +Nortel Networks Inc., et al.,    2221 Lakeside Boulevard,    Richardson, TX 75082-4305
aty          Andrew R. Remming,    Morris, Nichols, Arsht & Tunnell,    1201 North Market Street,
              P.O. Box 1347,    Wilmington, DE  19899-1347
aty          Ann C. Cordo,    Morris Nichols Arsht & Tunnell LLP,    1201 N. Market Street,    P.O. Box 1347,
              Wilmington, DE  19899-1347
aty         +Derek C. Abbott,    Morris Nichols Arsht & Tunnell,    1201 N. Market Street,
              Wilmington, DE 19801-1146
aty         +Elihu Ezekiel Allinson, III,    Sullivan Hazeltine Allinson LLC,    4 East 8th Street,    Suite 400,
              Wilmington, DE 19801-3553
aty         +Eric D. Schwartz,    Morris, Nichols, Arsht & Tunnell,    1201 N.Market Street,    P. O. Box 1347,
              Wilmington, DE 19899-1347
aty         +James Croft,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +James L. Bromley,    Cleary Gottlieb Steen & Hamilton,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Jennifer M. Westerfield,    Cleary Gottlieb Steen & Hamilton, LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Juliet A. Drake,    Cleary Gottlieb Steen & Hamilton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Mary Caloway,    Buchanan Ingersoll & Rooney PC,    1000 West Street,    Ste 1410,
              Wilmington, DE 19801-1054
aty         +Mona A. Parikh,    Buchanan Ingersoll & Rooney PC,    1000 West Street,    Suite 1410,
              Wilmington, DE 19801-1054
aty         +Nancy G. Everett,    Winston & Strawn LLP,    35 W. Wacker Drive,    Chicago, IL 60601-1695
aty         +Neil P Forrest,    Cleary Gottlieb Steen & Hamiton LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Peter James Duhig,    Buchanan Ingersoll & Rooney PC,    The Brandywine Building,
              1000 West Street,    Suite 1410, P.O. Box 1397,    Wilmington, DE 19801-1050
aty         +Raymond Howard Lemisch,    Benesch Friedlander Coplan & Aronoff, LL,    222 Delaware Avenue,
              Suite 801,    Wilmington, DE 19801-1611
aty         +Robin J. Baik,    Cleary Gottlieb Steen & Hamilton LLP,    One Liverty Plaza,
              New York, NY 10006-1470
aty         +Thomas F. Driscoll, III,    Morris, Nichols, Arsht & Tunnell LLP,    1201 North Market Street,
              Wilmington, DE 19801-1146
ust         +Thomas Patrick Tinker,    Office of the U.S. Trustee,    844 King Street Suite 2207,
              Wilmington, DE 19801-3519
frep        +Allen & Overy LLP,,    1221 Avenue of the Americas,    New York, NY 10020-1001

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**                            **Signature:** _Joseph Speetjens_