IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
            Debtors.          :   Jointly Administered
                                                            :
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2005

The Hamilton County Treasurer hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 2005).

Dated: Noblesville, Indiana
       December 2, 2010

                                        Hamilton County Treasurer

                                        */s/ Kim Good*
                                        Kim Good
                                        33 N. 9th St. Ste 112
                                        Noblesville, IN 46060
                                        Tel. 317-770-8868
                                        Fax 317-776-9685
                                        Susan Byer- Bankruptcy Clerk
                                        susan.byer@hamiltoncounty.in.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.