<u>**CERTIFICATE OF SERVICE**</u>

        I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply In Further Support Of Their Motion To Enforce The CVAS Sale Order And For Related Relief** was caused to be made on December 3, 2010, in the manner indicated upon the entities identified below.

Date: December 3, 2010       /s/Ann C. Cordo
    Ann C. Cordo (# 4817)

<u>**VIA HAND DELIVERY**</u>

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Michael R. Lastowksi, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Mary F. Caloway, Esq.
Mona A. Parikh, Esq.
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

<u>**VIA FIRST CLASS MAIL**</u>

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Blair Connelly, Esq.
Eli J. Kay-Oliphant, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1200
New York, NY 10022-4834

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

3925390