**EXHIBIT A**

## Malone, Thomas (NY)

**From:** Casey J Davison [cdavison@cgsh.com]
**Sent:** Monday, August 16, 2010 10:53 PM
**To:** Croswell, Alexandra (NY)
**Cc:** Woods, Mark (NY); Malone, Thomas (NY)
**Subject:** Re: GENBAND / Nortel - Disclosure Schedule 1.1(e) (Nortel Accounting Principles)
**Attachments:** Nortel Accounting Principles.zip

Alex,

Please see attached. Hope you have had a pleasant summer.

Best,
Casey

---

Casey J. Davison
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2566 | f: +1 212 225 3999

www.clearygottlieb.com | cdavison@cgsh.com


**Alexandra.Croswell@lw.com**

12 August 2010  01:14 PM

To cdavison@cgsh.com
cc Thomas.Malone@lw.com, Mark.Woods@lw.com
Subject GENBAND / Nortel - Disclosure Schedule 1.1(e) (Nortel Accounting Principles)


Casey,

I hope all is well.  On Schedule 1.1(e) of the Sellers Disclosure Schedule (Nortel Accounting Principles) we make reference to several documents that are in the data site.  I attempted to locate these documents today, but could not find them.  Could you please send me the files referenced below or direct me to their location in the VDR?   Schedule 1.1(e) is set forth below for your reference.

Thanks in advance,

Alex

### Schedule 1.1(e)

**Merrill Data room Location     Document Name**
1.1.1.15        FPG2007  Appendix C Determining the Arrangement
1.1.1.16        FPG2013 Global Revenue Governance Documentation Requirements
1.1.1.17        FPG2013 Determining the Appropriate Revenue Recognition
1.1.1.18        AG1009 - Appendix A - Basic Revenue Recognition Criteria
1.1.1.19        AG1009 - Appendix B - Revenue Risk Indicators
1.1.1.20        AG1009 - Appendix C - Examples of Basic Revenue Recognition Criteria

1

| | | |
|---|---|---|
| 1.1.1.21 | AG1009 - Appendix D - Example of Inconsequential or Perfunctory Designation | |
| 1.1.1.22 | AG1009 - Appendix E - FAQ on Inconsequential or Perfunctory Designation | |
| 1.1.1.23 | AG1009 - Appendix F - Bill and Hold Transactions | |
| 1.1.1.24 | AG1009 - Appendix G - Service Elements - Undelivered Element Accounting | |
| 1.1.1.25 | AG1009 - Revenue Recognition - General Overview (SAB 104) | |
| 1.1.1.26 | AG1010 - Appendix A - Example of Percentage of Completion Method | |
| 1.1.1.27 | AG1010 - Revenue Recognition - Contract Revenue | |
| 1.1.1.28 | AG1011 - Appendix A -  FAQ on Separately Priced Extended Warranty & Maintenance Contracts | |
| 1.1.1.29 | AG1011 - Appendix B - Example of Service Revenue | |
| 1.1.1.30 | AG1011 - Revenue Recognition - Services Revenue (FTB 90-1) | |
| 1.1.1.31 | AG1013 - Revenue Recognition - Customer Acceptance | |
| 1.1.1.32 | AG1014 - Revenue Recognition - Contractual Penalties | |
| 1.1.1.33 | AG1014 Appendix A - Flowchart of Contractual Penalties in Single & Multiple Unit of Accounting Arrangements | |
| 1.1.1.34 | AG1014 Appendix B - Flowchart of Product Performance Contractual Penalties | |
| 1.1.1.35 | AG1014 Appendix C - Flowchart of Contractual Penalties in SOP 81-1 Arrangements | |
| 1.1.1.36 | AG1015 - Appendix A - Example Cash Incentives | |
| 1.1.1.37 | AG1015 - Appendix B - Examples of Non Cash Incentives | |
| 1.1.1.38 | AG1015 - Appendix C - FAQ on Breakage | |
| 1.1.1.39 | AG1015 - Appendix D - Accounting for Concessions | |
| 1.1.1.40 | AG1015 - Revenue Recognition - Cash and Non-Cash Incentives | |
| 1.1.1.41 | AG1016 - Appendix A - Identification of Upgrades, PCS & Software Products | |
| 1.1.1.42 | AG1016 - Appendix B - Examples of Specified & Unspecified Software Upgrades | |
| 1.1.1.43 | AG1016 - Appendix C - FAQ on Catch-up Accounting of Undelivered Service Elements | |
| 1.1.1.44 | AG1016 - Appendix D - FAQ on Corrections of Errors in Software (Bug Fixes or Patches) | |
| 1.1.1.45 | AG1016 - Appendix E - FAQ on Overcoming Implicit PCS | |
| 1.1.1.46 | AG1016 - Appendix F - Example of Basic Revenue Recognition Criteria (SOP 97-2) | |
| 1.1.1.47 | AG1016 - Appendix G - Basic Revenue Recognition Criteria | |
| 1.1.1.48 | AG1016 - Revenue Recognition - Software Revenue (SOP 97-2) | |
| 1.1.1.49 | AG1017 - Revenue Recognition - Cost Deferrals | |
| 1.1.1.50 | AG1026 - Appendix A - Flowchart of Criteria for Determining Unit(s) of Accounting (EITF 00-21) | |
| 1.1.1.51 | AG1026 - Appendix B - Example of No VSOE for Undelivered Services | |
| 1.1.1.52 | AG1026 - Multiple Element Arrangements (EITF 00-21) | |
| 1.1.1.53 | CP 303.44  Evidencing Fair Value in Revenue Arrangements | |

1.1.2.1 302 Appendix A.doc
1.1.2.2 302 Appendix B.doc
1.1.2.3 302 Appendix C.doc
1.1.2.4 302 Appendix D.doc
1.1.2.5 302 Appendix E.doc
1.1.2.6 302 Appendix F.doc
1.1.2.7 AG 1033 Inventory Cost of Sales fv1 0
1.1.2.8 CP 302-47 Revaluation of Inventory
1.1.2.9 AG1004 - Appendix A - Example of E&O Provision Process
1.1.2.10       AG1004 - Excess and Obsolete Inventory Provision
1.1.4.1 AG1001 - Appendix A – Examples of Expense Accruals
1.1.4.2 AG1001 - Expense Accruals
1.1.4.3 AG1002 - Appendix A - Example of Contingency
1.1.4.4 AG1002 - Contingencies
1.1.4.5 AG1003 - Appendix A - Example of KPD Provision
1.1.4.6 AG1003 - Appendix B - Example of Non-KPD Warranty Provision
1.1.4.7 AG1003 - Warranty Provision
1.1.4.8 AG1007 - Allowance for Doubtful Accounts
1.1.4.9 AG1007 - Appendix A - Examples of Allowance for Doubtful Account Provisions
1.1.4.10       AG1008 - Appendix A - Example of Financial Statement Translation
1.1.4.11       AG1008 - Appendix B - Example of Foreign Currency Transaction

| | | |
|---|---|---|
| 1.1.4.12 | AG1008 - Foreign Exchange |
| 1.1.4.13 | AG1028 - Research and Development Activities |
| 1.1.4.14 | AG1020 - Internal-Use Software and Other Intangibles |
| 1.1.4.15 | FPG2009 Intercompany Markup |

**Alexandra H. Croswell**

**LATHAM & WATKINS** LLP

885 Third Avenue

New York, NY 10022-4834

Direct Dial: +1.212.906.4615

Fax: +1.212.751.4864

Email: alexandra.croswell@lw.com

http://www.lw.com

```
*****************************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax issues
in this
e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid
any penalties
imposed under the Internal Revenue Code or (ii) to promote, market or recommend to
another party any
transaction or matter addressed herein.

For more information please go to  http://www.lw.com/docs/irs.pdf
*****************************************************************************

This email may contain material that is confidential, privileged and/or attorney work
product for
the sole use of the intended recipient.  Any review, reliance or distribution by others
or forwarding
without express permission is strictly prohibited.  If you are not the intended recipient
please
contact the sender and delete all copies.

Latham & Watkins LLP


This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.
```