IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | CASE NO. 09-10138 |
| NORTEL NETWORKS, INC. ET AL. | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | | |

**WITHDRAWAL OF ALDINE INDEPENDENT SCHOOL
DISTRICT'S PROOF OF CLAIM (CLAIM NO. 921)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Aldine Independent School District (hereinafter referred to as "Aldine"), a party-in-interest in the above referenced Chapter 11 case, and files this Withdrawal its Proof of Claim, and in support thereof, would show the Court as follows:

1. On or about April 13, 2009, Aldine filed its Proof of Claim for ad valorem taxes. The claim was assigned Claim No. 921.

2. The claim has been paid.

          Respectfully submitted,

          ALDINE INDEPENDENT SCHOOL DISTRICT

          /s/ Susan R. Fuertes
          Susan R. Fuertes
          Texas Bar No. 00790895
          Admissions No. 18051
          14910 Aldine-Westfield Road
          Houston, Texas 77032
          (281) 985-6319; FAX (281) 985-6321

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Proof of Claim was served upon counsel of record for the Debtor(s),Derek C. Abbott, electronically by the Clerk of the Court, or by mailing same first class mail, postage prepaid, and properly addressed on December 3, 2010.

/s/ Susan R. Fuertes
SUSAN R. FUERTES