**EXHIBIT B**

DTEL NETWORK SOLUTIONS INC., 10-1642 EAST GEORGIA ST, VANCOUVER, BC  V5L 2B2 CANADA