# EXHIBIT C

UNITED STATES DEBT RECOVERY IIA, LLC, 940 SOUTHWOOD BLVD., SUITE 101, INCLINE VILLAGE, NV 89451