IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
In re                                              | Chapter 11
                                                   |
NORTEL NETWORKS Inc., et al.,                      | Bankr. Case No. 09-10138 (KG)
                                                   |
                                  Debtors.         | (Jointly Administered)
---------------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned attorney for Exide Technologies, Matthew N. Kleiman, Esq., hereby submits this Notice of Appearance and Request for Service in connection with the above-caption chapter 11 proceeding. Pursuant to Federal Rules of Bankruptcy Procedure, the undersigned hereby provides this notice of his office and e-mail address and telephone numbers, and requests that same be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned:

> Matthew N. Kleiman, P.C.
> Matthew N. Kleiman, Esq.
> 2506 North Clark Street, Suite 307
> Chicago, Illinois 60614
> Telephone: (312) 543-0412
> Facsimile: (773) 868-4844
> Email: mkleiman@mnkpc.com

This Notice of Appearance and Request for Notice is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this Notice of Appearance and Request for Notice, the above-referenced party in interest is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose and expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which it may be a party.

Dated: December 6, 2010          MATTHEW N. KLEIMAN, P.C.
                                 Matthew N. Kleiman
                                 2506 North Clark Street, Suite 307
                                 Chicago, IL 60614
                                 Telephone: (312) 543-0412

                                 /s/ Matthew N. Kleiman

## CERTIFICATION OF FILING AND SERVICE

      The undersigned hereby certifies that the foregoing Notice of Appearance has been filed with the Clerk of the U.S. Bankruptcy Court for the District of Delaware and that a copy was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case:

Dated: December 6, 2010                    MATTHEW N. KLEIMAN, P.C.
                                                    Matthew N. Kleiman
                                                    2506 North Clark Street, Suite 307
                                                    Chicago, IL  60614
                                                    Telephone:  (312) 543-0412

                                                    /s/ Matthew N. Kleiman