*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

### 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 464248 | Aricent Technologies (Holdings) Limited | N/A | 6200005920 | 1/5/2009 | 25,645.56 | Payment | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | N/A | 6200005763 | 12/16/2008 | 218,058.15 | Payment | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | N/A | 6200005580 | 12/1/2008 | 171,405.34 | Payment | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | N/A | 6200005420 | 11/17/2008 | 62,040.71 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | $477,149.76 | | |

### Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 464248 | Aricent Technologies (Holdings) Limited | 9000001157 | 6200005920 | 11/7/2008 | 10,758.06 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 1100004274 | 6200005920 | 11/4/2008 | 14,887.50 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 9000001159A | 6200005763 | 10/30/2008 | 78,058.15 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 9000001074 | 6200005763 | 9/30/2008 | 100,000.00 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 1100004160 | 6200005763 | 9/30/2008 | 40,000.00 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 9000001047A | 6200005580 | 10/13/2008 | 171,405.34 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 1100004151 | 6200005420 | 9/30/2008 | 15,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 464248 | Aricent Technologies (Holdings) Limited | 1100004152 | 6200005420 | 9/30/2008 | 500.12 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 9000001022 | 6200005420 | 9/30/2008 | 11,116.67 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 1100004052 | 6200005420 | 9/22/2008 | 6,692.86 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 1100004051 | 6200005420 | 9/22/2008 | 17,273.00 | Invoice | Nortel Networks Inc. |
| 464248 | Aricent Technologies (Holdings) Limited | 90000000965 | 6200005420 | 9/22/2008 | 10,758.06 | Invoice | Nortel Networks Inc. |
| Total 12 | | | | | $477,149.76 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.