*Nortel Networks Inc., et al.*                          *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 457723 | Axerra Networks, Inc. | N/A | 6100009914 | 1/7/2009 | 450.00 | Payment | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | N/A | 6200005908 | 1/5/2009 | 6,300.00 | Payment | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | N/A | 6100009242 | 11/18/2008 | 13,950.00 | Payment | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | N/A | 6100008930 | 11/4/2008 | 13,950.00 | Payment | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | N/A | 6200005232 | 11/3/2008 | 116,941.50 | Payment | Nortel Networks Inc. |
| Total | 5 | | | | $151,591.50 | | |
| **Invoices** | | | | | | | |
| 457723 | Axerra Networks, Inc. | US500241 | 6200005908 | 10/23/2008 | 6,300.00 | Invoice | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | 500222 | 6200005232 | 8/25/2008 | 9,000.00 | Invoice | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | 500221 | 6200005232 | 8/14/2008 | 107,941.50 | Invoice | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | US500239 | 6100009914 | 10/13/2008 | 450.00 | Invoice | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | 500190 | 6100009242 | 12/16/2007 | 13,950.00 | Invoice | Nortel Networks Inc. |
| 457723 | Axerra Networks, Inc. | 500191 | 6100008930 | 12/16/2007 | 13,950.00 | Invoice | Nortel Networks Inc. |
| Total | 6 | | | | $151,591.50 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.