*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 440561 | Citrix Systems, Inc. | N/A | 6100009191 | 11/18/2008 | 6,988.00 | Payment | Nortel Networks Inc. |
| | 355517 | Citrix Systems, Inc. | N/A | 6100009060 | 11/14/2008 | 676,719.40 | Payment | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | N/A | 6100008882 | 11/4/2008 | 22,711.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $706,418.40 | | |
| Invoices | | | | | | | | |
| | 440561 | Citrix Systems, Inc. | 90787828 | 6100009191 | 9/30/2008 | 1,747.00 | Invoice | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | 90787827 | 6100009191 | 9/30/2008 | 1,747.00 | Invoice | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | 90787904 | 6100009191 | 9/30/2008 | 3,494.00 | Invoice | Nortel Networks Inc. |
| | 355517 | Citrix Systems, Inc. | Q32008CITRIX | 6100009060 | 11/7/2008 | 676,719.40 | Invoice | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | 90779704 | 6100008882 | 9/15/2008 | 8,735.00 | Invoice | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | 90779763 | 6100008882 | 9/15/2008 | 3,494.00 | Invoice | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | 90779700 | 6100008882 | 9/15/2008 | 8,735.00 | Invoice | Nortel Networks Inc. |
| | 440561 | Citrix Systems, Inc. | 90779699 | 6100008882 | 9/15/2008 | 1,747.00 | Invoice | Nortel Networks Inc. |
| Total | 8 | | | | | $706,418.40 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.