*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

**90-Day Payments**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368702 | CoAMS, Inc. | N/A | 6200001258 | 7/2/2009 | 4,500.00 | Payment | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200001230 | 6/19/2009 | 4,264.95 | Payment | Nortel Networks (CALA) Inc. |
| 449529 | CoAMS, Inc. | N/A | 6200001212 | 6/15/2009 | 1,133.68 | Payment | Nortel Networks (CALA) Inc. |
| 449529 | CoAMS, Inc. | N/A | 6200001202 | 6/8/2009 | 1,126.84 | Payment | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200001154 | 5/21/2009 | 12,534.56 | Payment | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200001149 | 5/19/2009 | 3,395.25 | Payment | Nortel Networks (CALA) Inc. |
| 449529 | CoAMS, Inc. | N/A | 6200001125 | 5/11/2009 | 1,134.26 | Payment | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200001063 | 4/20/2009 | 15,228.70 | Payment | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005974 | 1/7/2009 | 235,219.54 | Payment | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | N/A | 6200005791 | 12/19/2008 | 44,014.97 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005781 | 12/17/2008 | 163,451.59 | Payment | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | N/A | 6200005649 | 12/10/2008 | 17,250.04 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005641 | 12/10/2008 | 48,937.40 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005640 | 12/10/2008 | 12,180.13 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005597 | 12/3/2008 | 258,688.87 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005489 | 11/26/2008 | 43,497.65 | Payment | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | N/A | 6200005451 | 11/19/2008 | 37,000.00 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005443 | 11/19/2008 | 200,109.95 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005311 | 11/12/2008 | 169,810.41 | Payment | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449529 | CoAMS, Inc. | N/A | 6200005128 | 10/31/2008 | 41,697.89 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005083 | 10/22/2008 | 70,344.04 | Payment | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | N/A | 6200005082 | 10/22/2008 | 1,585.00 | Payment | Nortel Networks Inc. |
| Total | | 22 | | | $1,387,105.72 | | |
| Invoices | | | | | | | |
| 368702 | CoAMS, Inc. | 559 | 6200005974 | 12/22/2008 | 95,694.53 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 555 | 6200005974 | 12/15/2008 | 139,525.01 | Invoice | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | 552 | 6200005791 | 12/10/2008 | 44,014.97 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 549 | 6200005781 | 12/8/2008 | 163,451.59 | Invoice | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | 546 | 6200005649 | 12/3/2008 | 17,250.04 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 545 | 6200005641 | 12/1/2008 | 48,937.40 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 23028 | 6200005640 | 12/1/2008 | 1,585.00 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 23106 | 6200005640 | 12/1/2008 | 10,595.13 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 542 | 6200005597 | 11/24/2008 | 258,688.87 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 22977 | 6200005489 | 11/1/2008 | 10,506.84 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 22886 | 6200005489 | 11/1/2008 | 1,585.00 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 22830 | 6200005489 | 10/1/2008 | 10,520.12 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 22682 | 6200005489 | 9/1/2008 | 10,392.49 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 22547 | 6200005489 | 8/1/2008 | 10,493.20 | Invoice | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | 536 | 6200005451 | 11/11/2008 | 37,000.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.* *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368702 | CoAMS, Inc. | 538 | 6200005443 | 11/17/2008 | 152,063.07 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 534 | 6200005443 | 11/10/2008 | 48,046.88 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 531 | 6200005311 | 11/3/2008 | 54,716.73 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 527 | 6200005311 | 10/27/2008 | 115,093.68 | Invoice | Nortel Networks Inc. |
| 449529 | CoAMS, Inc. | 524 | 6200005128 | 10/27/2008 | 41,697.89 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 522 | 6200005083 | 10/20/2008 | 70,344.04 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 22740 | 6200005082 | 10/1/2008 | 1,585.00 | Invoice | Nortel Networks Inc. |
| 368702 | CoAMS, Inc. | 610 | 6200001258 | 5/18/2009 | 4,500.00 | Invoice | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | 600 | 6200001230 | 5/5/2009 | 4,264.95 | Invoice | Nortel Networks (CALA) Inc. |
| 449529 | CoAMS, Inc. | 23851 | 6200001212 | 5/1/2009 | 1,133.68 | Invoice | Nortel Networks (CALA) Inc. |
| 449529 | CoAMS, Inc. | 23722 | 6200001202 | 4/1/2009 | 1,126.84 | Invoice | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | 590 | 6200001154 | 4/6/2009 | 12,534.56 | Invoice | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | 579 | 6200001149 | 3/10/2009 | 3,395.25 | Invoice | Nortel Networks (CALA) Inc. |
| 449529 | CoAMS, Inc. | 23579 | 6200001125 | 3/1/2009 | 1,134.26 | Invoice | Nortel Networks (CALA) Inc. |
| 368702 | CoAMS, Inc. | 575 | 6200001063 | 2/23/2009 | 15,228.70 | Invoice | Nortel Networks (CALA) Inc. |

Total 30 $1,387,105.72

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.