*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 428249 | Continuous Computing Corporation | N/A | 6100009877 | 1/7/2009 | 20,500.00 | Payment | Nortel Networks Inc. |
| 428249 | Continuous Computing Corporation | N/A | 6100009175 | 11/18/2008 | 287,768.00 | Payment | Nortel Networks Inc. |
| 428249 | Continuous Computing Corporation | N/A | 6100009009 | 11/12/2008 | 126,275.00 | Payment | Nortel Networks Inc. |
| 463278 | Continuous Computing Corporation | N/A | 6100008960 | 11/4/2008 | 5,712.00 | Payment | Nortel Networks Inc. |
| Total 4 | | | | | $440,255.00 | | |
| **Invoices** | | | | | | | |
| 428249 | Continuous Computing Corporation | 33640 | 6100009877 | 11/19/2008 | 20,500.00 | Invoice | Nortel Networks Inc. |
| 428249 | Continuous Computing Corporation | 33130 | 6100009175 | 9/26/2008 | 51,704.00 | Invoice | Nortel Networks Inc. |
| 428249 | Continuous Computing Corporation | 33129 | 6100009175 | 9/26/2008 | 236,064.00 | Invoice | Nortel Networks Inc. |
| 428249 | Continuous Computing Corporation | Q32008CONTINUOUS | 6100009009 | 11/7/2008 | 126,275.00 | Invoice | Nortel Networks Inc. |
| 463278 | Continuous Computing Corporation | 32858 | 6100008960 | 9/11/2008 | 5,712.00 | Invoice | Nortel Networks Inc. |
| Total 5 | | | | | $440,255.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.