*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009976 | 1/13/2009 | 13,933.69 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6200005940 | 1/8/2009 | 160.84 | Payment | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009930 | 1/7/2009 | 73,527.36 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6200005694 | 12/19/2008 | 73.88 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009361 | 12/19/2008 | 5,794.30 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6200005519 | 12/4/2008 | 839.47 | Payment | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009510 | 12/2/2008 | 148,343.97 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100008772 | 11/21/2008 | 9,288.98 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009068 | 11/21/2008 | 1,400.00 | Payment | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Exhibit A

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6200005350 | 11/20/2008 | 533.30 | Payment | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009263 | 11/18/2008 | 270.48 | Payment | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100009262 | 11/18/2008 | 8,899.92 | Payment | Nortel Networks Inc. |
| 370963 | Insight Direct USA, Inc. | N/A | 6000010750 | 11/10/2008 | 75,000.00 | Payment | Nortel Networks Inc. |
| 461254 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100008949 | 11/5/2008 | 50,604.20 | Payment | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100008950 | 11/4/2008 | 11,306.12 | Payment | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100008513 | 10/23/2008 | 9,610.09 | Payment | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | N/A | 6100008676 | 10/17/2008 | 90,170.79 | Payment | Nortel Networks Inc. |
| Total | 17 | | | | $499,757.39 | | |
| Invoices | | | | | | | |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9489857 | 6200005940 | 10/21/2008 | 80.45 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9489859 | 6200005940 | 10/21/2008 | 79.33 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9368254 | 6200005694 | 6/26/2008 | 73.86 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9459343 | 6200005519 | 9/23/2008 | 992.35 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9367080 | 6200005350 | 6/26/2008 | 600.80 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9367065 | 6200005350 | 6/26/2008 | (519.66) | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9233961 | 6200005350 | 3/5/2008 | 675.33 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9513404 | 6100009976 | 11/13/2008 | 308.13 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9512106 | 6100009976 | 11/12/2008 | 502.75 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9510269 | 6100009976 | 11/11/2008 | 6,638.96 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9502383 | 6100009976 | 11/3/2008 | 1,237.40 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9502382 | 6100009976 | 11/3/2008 | 3,463.00 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9225139 | 6100009976 | 2/28/2008 | 856.40 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9165139 | 6100009976 | 1/9/2008 | 927.05 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9511839 | 6100009930 | 11/12/2008 | 452.30 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9509115 | 6100009930 | 11/10/2008 | 279.06 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9504064 | 6100009930 | 11/4/2008 | 72,773.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9502069 | 6100009930 | 11/3/2008 | 23.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9486858 | 6100009510 | 10/17/2008 | 20.46 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9485397 | 6100009510 | 10/16/2008 | 139.53 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9485394 | 6100009510 | 10/16/2008 | 139.53 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9484243 | 6100009510 | 10/15/2008 | 18.90 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9482193 | 6100009510 | 10/14/2008 | 372.81 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9479606 | 6100009510 | 10/10/2008 | 172.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9475881 | 6100009510 | 10/7/2008 | 147,480.74 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9483608 | 6100009361 | 10/15/2008 | 1,119.30 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9479490 | 6100009361 | 10/9/2008 | 3,250.00 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9478978 | 6100009361 | 10/9/2008 | 1,425.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9471274 | 6100009263 | 10/1/2008 | 270.48 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9465715 | 6100009262 | 9/29/2008 | 800.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9465399 | 6100009262 | 9/29/2008 | 137.78 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9461098 | 6100009262 | 9/24/2008 | 185.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9460236 | 6100009262 | 9/24/2008 | 69.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9460169 | 6100009262 | 9/24/2008 | 7,708.14 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9445202 | 6100009068 | 9/9/2008 | 1,400.00 | Invoice | Nortel Altsystems Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9455177 | 6100008950 | 9/18/2008 | 137.78 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9455179 | 6100008950 | 9/18/2008 | 2,436.70 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9455178 | 6100008950 | 9/18/2008 | 3,053.48 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9450241 | 6100008950 | 9/15/2008 | 78.94 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9451553 | 6100008950 | 9/15/2008 | 1,033.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9448632 | 6100008950 | 9/12/2008 | 24.90 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9448404 | 6100008950 | 9/11/2008 | 393.27 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9442616 | 6100008950 | 9/8/2008 | 270.48 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9443359 | 6100008950 | 9/8/2008 | 2,158.02 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9438849 | 6100008950 | 9/3/2008 | 230.57 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9418602 | 6100008950 | 8/13/2008 | 1,488.98 | Invoice | Nortel Networks Inc. |
| 461254 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9454879 | 6100008949 | 9/18/2008 | 59,106.59 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9455083 | 6100008772 | 9/18/2008 | 2,550.00 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9454494 | 6100008772 | 9/18/2008 | 6,738.98 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9435181 | 6100008676 | 8/29/2008 | 640.00 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9436613 | 6100008676 | 8/29/2008 | 311.76 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
**90-day Payments and Related Invoices**

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9430942 | 6100008676 | 8/26/2008 | 28.15 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9428057 | 6100008676 | 8/22/2008 | 137.78 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9426961 | 6100008676 | 8/21/2008 | 2,572.40 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9425419 | 6100008676 | 8/20/2008 | 38,540.70 | Invoice | Nortel Networks Inc. |
| 461255 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9423457 | 6100008676 | 8/19/2008 | 47,940.00 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9423202 | 6100008513 | 8/19/2008 | 5,875.29 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9423501 | 6100008513 | 8/19/2008 | 1,077.50 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9422180 | 6100008513 | 8/18/2008 | 138.00 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9422179 | 6100008513 | 8/18/2008 | 1,448.19 | Invoice | Nortel Networks Inc. |
| 250766 | Insight Enterprises, Inc. (doing business as Software Spectrum Inc., an Insight Company) | 9402373 | 6100008513 | 7/30/2008 | 1,071.11 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 370963 | Insight Direct USA, Inc. | 203099322 | 6000010750 | 7/20/2008 | 75,000.00 | Invoice | Nortel Networks Inc. |
| Total | 62 | | | | $508,634.75 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.