*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 248461 | Intel Americas, Inc. | N/A | 6100008771 | 11/4/2008 | 498,750.00 | Payment | Nortel Networks Inc. |
| | 248461 | Intel Americas, Inc. | N/A | 6100008512 | 10/17/2008 | 312,000.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $810,750.00 | | |
| Invoices | | | | | | | | |
| | 248461 | Intel Americas, Inc. | 6710970 | 6100008771 | 8/15/2008 | 498,750.00 | Invoice | Nortel Networks Inc. |
| | 248461 | Intel Americas, Inc. | 6710971 | 6100008512 | 8/15/2008 | 166,250.00 | Invoice | Nortel Networks Inc. |
| | 248461 | Intel Americas, Inc. | 6710789 | 6100008512 | 8/12/2008 | 109,312.50 | Invoice | Nortel Networks Inc. |
| | 248461 | Intel Americas, Inc. | 6710790 | 6100008512 | 8/12/2008 | 36,437.50 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | | $810,750.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.