*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 219509 | Layne Communications, LP | N/A | 6100009973 | 1/7/2009 | 98,532.01 | Payment | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | N/A | 6000011204 | 1/7/2009 | 82,342.50 | Payment | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | N/A | 6000010978 | 11/26/2008 | 29,570.00 | Payment | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | N/A | 6000010720 | 11/7/2008 | 41,570.00 | Payment | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | N/A | 6000010419 | 10/24/2008 | 33,461.74 | Payment | Nortel Networks Inc. |
| Total | 5 | | | | | $285,476.25 | | |
| Invoices | 219509 | Layne Communications, LP | 8826 | 6100009973 | 11/6/2008 | 39,052.01 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8804 | 6100009973 | 10/27/2008 | 29,440.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8805 | 6100009973 | 10/27/2008 | 30,040.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8768 | 6000011204 | 9/29/2008 | 7,760.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8769 | 6000011204 | 9/29/2008 | 26,880.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8763 | 6000011204 | 9/26/2008 | 3,900.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8762 | 6000011204 | 9/25/2008 | 1,620.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8756 | 6000011204 | 9/22/2008 | 38,207.50 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8748 | 6000011204 | 9/16/2008 | 3,975.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8746 | 6000010978 | 9/15/2008 | 26,880.00 | Invoice | Nortel Networks Inc. |
| | 219509 | Layne Communications, LP | 8743 | 6000010978 | 9/10/2008 | 2,690.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 219509 | Layne Communications, LP | 8722 | 6000010720 | 8/29/2008 | 26,880.00 | Invoice | Nortel Networks Inc. |
| 219509 | Layne Communications, LP | 8719 | 6000010720 | 8/22/2008 | 450.00 | Invoice | Nortel Networks Inc. |
| 219509 | Layne Communications, LP | 8714 | 6000010720 | 8/19/2008 | 14,240.00 | Invoice | Nortel Networks Inc. |
| 219509 | Layne Communications, LP | 8708 | 6000010419 | 8/15/2008 | 26,880.00 | Invoice | Nortel Networks Inc. |
| 219509 | Layne Communications, LP | 8697 | 6000010419 | 8/6/2008 | 3,266.74 | Invoice | Nortel Networks Inc. |
| 219509 | Layne Communications, LP | 8698 | 6000010419 | 8/6/2008 | 3,315.00 | Invoice | Nortel Networks Inc. |
| Total | | | | | $285,476.25 | | |
| 17 | | | | | | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.