*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 448328 | LTS Managed Technical Services LLC | N/A | 6200005962 | 1/6/2009 | 295,602.15 | Payment | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | N/A | 6200005743 | 12/16/2008 | 21,625.17 | Payment | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | N/A | 6200005563 | 12/1/2008 | 313,893.90 | Payment | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | N/A | 6200005398 | 11/17/2008 | 48,796.48 | Payment | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | N/A | 6200005221 | 11/3/2008 | 380,514.79 | Payment | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | N/A | 6200005028 | 10/16/2008 | 449,861.98 | Payment | Nortel Networks Inc. |
| Total 6 | | | | | $1,510,294.47 | | |
| **Invoices** | | | | | | | |
| 448328 | LTS Managed Technical Services LLC | 15831 | 6200005962 | 11/1/2008 | 274,156.50 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15626 | 6200005962 | 10/15/2008 | 21,445.65 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15625 | 6200005743 | 10/15/2008 | 12,695.17 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15536 | 6200005743 | 10/1/2008 | 8,930.00 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15540 | 6200005563 | 10/1/2008 | 34,108.75 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15535 | 6200005563 | 10/1/2008 | 261,503.90 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15262 | 6200005563 | 9/15/2008 | 18,281.25 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15261 | 6200005398 | 9/15/2008 | 5,822.85 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15263 | 6200005398 | 9/15/2008 | 30,122.31 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15259 | 6200005398 | 9/1/2008 | 8,930.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 448328 | LTS Managed Technical Services LLC | 15045 | 6200005398 | 8/14/2008 | 540.00 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 14519 | 6200005398 | 6/16/2008 | 3,381.32 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15258 | 6200005221 | 9/1/2008 | 329,081.89 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15044 | 6200005221 | 8/14/2008 | 51,432.90 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15043 | 6200005028 | 8/14/2008 | 20,491.51 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15046 | 6200005028 | 8/14/2008 | 17,825.03 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 15000 | 6200005028 | 8/10/2008 | 8,930.00 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 14999 | 6200005028 | 8/10/2008 | 325,196.89 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 14720 | 6200005028 | 7/14/2008 | 270.00 | Invoice | Nortel Networks Inc. |
| 448328 | LTS Managed Technical Services LLC | 14718 | 6200005028 | 7/14/2008 | 77,148.55 | Invoice | Nortel Networks Inc. |

Total 20 $1,510,294.47

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.