*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

**90-Day Payments**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453675 | Manning Global, Inc. | N/A | 6200001268 | 7/6/2009 | 21,310.80 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001254 | 6/30/2009 | 30,145.20 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001246 | 6/26/2009 | 20,647.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001244 | 6/25/2009 | 21,956.96 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001228 | 6/18/2009 | 2,624.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001221 | 6/16/2009 | 103,117.14 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001185 | 6/4/2009 | 4,673.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001181 | 6/3/2009 | 9,120.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001170 | 5/29/2009 | 14,898.62 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001167 | 5/28/2009 | 7,825.50 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001160 | 5/26/2009 | 49,928.61 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001156 | 5/22/2009 | 2,180.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001155 | 5/21/2009 | 352.80 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001147 | 5/18/2009 | 52,006.40 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001135 | 5/12/2009 | 6,270.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001119 | 5/8/2009 | 43,824.85 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001111 | 5/7/2009 | 101,848.91 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001107 | 5/6/2009 | 3,542.00 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001100 | 5/4/2009 | 3,715.23 | Payment | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
90-day Payments and Related Invoices

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453675 | Manning Global, Inc. | N/A | 6200001078 | 4/24/2009 | 6,337.80 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001072 | 4/22/2009 | 72,968.21 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001069 | 4/21/2009 | 17,222.61 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001067 | 4/20/2009 | 14,716.80 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001059 | 4/16/2009 | 5,125.35 | Payment | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | N/A | 6200001061 | 4/16/2009 | 12,161.85 | Payment | Nortel Networks (CALA) Inc. |
| Total | 25 | | | | $628,519.64 | | |
| Invoices | | | | | | | |
| 453675 | Manning Global, Inc. | 30905015 | 6200001268 | 5/31/2009 | 4,814.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904040A | 6200001268 | 4/30/2009 | (4,814.00) | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904015 | 6200001268 | 4/30/2009 | 21,310.80 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905010 | 6200001254 | 5/31/2009 | 14,300.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905014 | 6200001254 | 5/31/2009 | 8,646.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905004 | 6200001254 | 5/31/2009 | 4,360.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905007 | 6200001246 | 5/31/2009 | 2,839.20 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905021 | 6200001246 | 5/27/2009 | 9,097.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905009 | 6200001246 | 5/27/2009 | 11,550.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905001 | 6200001244 | 5/25/2009 | 4,150.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905013 | 6200001244 | 5/20/2009 | 5,829.56 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904042 | 6200001244 | 5/13/2009 | 7,221.00 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*                                         *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453675 | Manning Global, Inc. | 30905011 | 6200001244 | 4/6/2009 | 4,756.40 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903038 | 6200001228 | 3/31/2009 | 2,624.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905002 | 6200001221 | 5/25/2009 | (4,150.00) | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905020 | 6200001221 | 5/25/2009 | 313.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905005 | 6200001221 | 5/25/2009 | 447.30 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904037 | 6200001221 | 5/13/2009 | 13,204.80 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904038 | 6200001221 | 5/13/2009 | 14,381.40 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904028 | 6200001221 | 5/13/2009 | 65,436.23 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904039 | 6200001221 | 5/13/2009 | 7,284.41 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904008 | 6200001221 | 4/30/2009 | 5,760.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30902005 | 6200001221 | 2/25/2009 | 440.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905018 | 6200001185 | 5/20/2009 | 313.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30905003 | 6200001185 | 5/20/2009 | 4,360.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903031 | 6200001181 | 3/31/2009 | 6,720.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903011 | 6200001181 | 3/17/2009 | 2,400.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904016 | 6200001170 | 4/30/2009 | 5,895.60 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904004 | 6200001170 | 4/30/2009 | 9,003.02 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904043 | 6200001167 | 5/14/2009 | 2,184.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904035 | 6200001167 | 4/30/2009 | 3,601.50 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904036 | 6200001167 | 4/30/2009 | 2,040.00 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453675 | Manning Global, Inc. | 30904018 | 6200001160 | 4/30/2009 | 11,440.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904027 | 6200001160 | 4/30/2009 | 27,000.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904003 | 6200001160 | 4/29/2009 | 11,488.61 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904032 | 6200001156 | 5/8/2009 | 2,180.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904012 | 6200001155 | 5/11/2009 | 352.80 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904005 | 6200001147 | 5/8/2009 | 600.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904014 | 6200001147 | 4/30/2009 | 4,796.40 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904011 | 6200001147 | 4/30/2009 | 8,220.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904031 | 6200001147 | 4/30/2009 | 3,400.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904033 | 6200001147 | 4/30/2009 | 19,000.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904024 | 6200001147 | 4/30/2009 | 2,832.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904022 | 6200001147 | 4/30/2009 | 4,400.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904034 | 6200001147 | 4/30/2009 | 1,760.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904002 | 6200001147 | 4/30/2009 | 4,814.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904007 | 6200001135 | 4/29/2009 | 2,184.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904009 | 6200001119 | 4/23/2009 | 6,270.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904013 | 6200001119 | 4/23/2009 | 3,866.10 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904026 | 6200001119 | 4/23/2009 | 13,940.25 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30902001 | 6200001119 | 2/25/2009 | 32,560.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 8012044KCR | 6200001119 | 12/31/2008 | (6,541.50) | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453675 | Manning Global, Inc. | 30904001 | 6200001111 | 4/23/2009 | 7,408.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904023 | 6200001111 | 4/23/2009 | 6,596.61 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904006 | 6200001111 | 4/23/2009 | 2,184.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904010 | 6200001111 | 4/23/2009 | 7,378.80 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903026 | 6200001111 | 4/8/2009 | 2,832.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903035 | 6200001111 | 3/31/2009 | 7,968.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903012 | 6200001111 | 3/20/2009 | 814.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903013 | 6200001111 | 3/20/2009 | 10,780.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903014 | 6200001111 | 3/20/2009 | 23,166.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903015 | 6200001111 | 3/20/2009 | 4,004.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30901012 | 6200001111 | 2/9/2009 | 28,717.50 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904019 | 6200001107 | 4/20/2009 | 1,292.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30904020 | 6200001107 | 4/20/2009 | 2,250.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903006 | 6200001100 | 3/16/2009 | 2,398.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30901011 | 6200001100 | 2/9/2009 | 1,317.23 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903037 | 6200001078 | 4/8/2009 | 4,221.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903039 | 6200001078 | 4/8/2009 | 2,116.80 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903019 | 6200001072 | 3/31/2009 | 8,883.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903028 | 6200001072 | 3/31/2009 | 7,332.75 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903025 | 6200001072 | 3/31/2009 | 20,160.00 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453675 | Manning Global, Inc. | 30903024 | 6200001072 | 3/31/2009 | 9,680.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903034 | 6200001072 | 3/31/2009 | 951.54 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903016 | 6200001072 | 3/31/2009 | 11,550.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903021 | 6200001072 | 3/31/2009 | 3,469.69 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903032 | 6200001072 | 3/31/2009 | 2,184.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903017 | 6200001072 | 3/30/2009 | 7,440.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30901011B | 6200001072 | 3/26/2009 | 1,317.23 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903036 | 6200001069 | 3/31/2009 | 17,222.61 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903030 | 6200001067 | 3/31/2009 | 4,233.60 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903029 | 6200001067 | 3/31/2009 | 6,262.20 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903023 | 6200001067 | 3/31/2009 | 4,221.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903020 | 6200001061 | 3/31/2009 | 12,161.85 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903033 | 6200001059 | 3/31/2009 | 448.28 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903027 | 6200001059 | 3/30/2009 | 360.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30903004 | 6200001059 | 3/16/2009 | 5,634.30 | Invoice | Nortel Networks (CALA) Inc. |
| 453675 | Manning Global, Inc. | 30901011K | 6200001059 | 2/9/2009 | (1,317.23) | Invoice | Nortel Networks (CALA) Inc. |

Total 88                                                                $628,519.64

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.