*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 460050 | Monster Worldwide, Inc. | N/A | 6100009924 | 1/7/2009 | 221,442.50 | Payment | Nortel Networks Inc. |
| | 460050 | Monster Worldwide, Inc. | N/A | 6100008942 | 11/4/2008 | 73,437.50 | Payment | Nortel Networks Inc. |
| | 460050 | Monster Worldwide, Inc. | N/A | 6100008669 | 10/17/2008 | 148,005.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $442,885.00 | | |
| Invoices | 460050 | Monster Worldwide, Inc. | 35059394 | 6100009924 | 2/5/2008 | 148,005.00 | Invoice | Nortel Networks Inc. |
| | 460050 | Monster Worldwide, Inc. | 35059384 | 6100009924 | 2/5/2008 | 73,437.50 | Invoice | Nortel Networks Inc. |
| | 460050 | Monster Worldwide, Inc. | 35059383 | 6100008942 | 2/5/2008 | 73,437.50 | Invoice | Nortel Networks Inc. |
| | 460050 | Monster Worldwide, Inc. | 35059393 | 6100008669 | 2/5/2008 | 148,005.00 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | | $442,885.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.