*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 457853 | NSG Technology Inc. | N/A | 6100009822 | 12/29/2008 | 152,732.83 | Payment | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | N/A | 6100009318 | 11/28/2008 | 176,393.61 | Payment | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | N/A | 6100008660 | 10/17/2008 | 257,416.92 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $586,543.36 | | |
| Invoices | | | | | | | | |
| | 457853 | NSG Technology Inc. | 6204000597 | 6100009822 | 12/22/2008 | (43,249.41) | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6204000568 | 6100009822 | 11/17/2008 | (10,314.86) | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6206008196 | 6100009822 | 11/3/2008 | 206,297.10 | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6204000570 | 6100009318 | 11/17/2008 | (8,863.88) | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6204000569 | 6100009318 | 11/17/2008 | (420.00) | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6206008213 | 6100009318 | 11/10/2008 | 8,399.99 | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6209022380 | 6100009318 | 10/28/2008 | 177,277.50 | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6209020853A | 6100008660 | 7/29/2008 | 253,250.33 | Invoice | Nortel Networks Inc. |
| | 457853 | NSG Technology Inc. | 6209020853B | 6100008660 | 7/29/2008 | 4,166.59 | Invoice | Nortel Networks Inc. |
| Total | 9 | | | | | $586,543.36 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.