*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 29581 | TTI Team Telecom International Inc. | N/A | 6100009833 | 1/13/2009 | 172,750.00 | Payment | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | N/A | 6100009896 | 1/7/2009 | 127,493.67 | Payment | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | N/A | 6100009469 | 12/2/2008 | 127,489.67 | Payment | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | N/A | 6100009215 | 11/18/2008 | 59,700.00 | Payment | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | N/A | 6100008903 | 11/4/2008 | 127,489.67 | Payment | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | N/A | 6100008632 | 10/17/2008 | 59,700.00 | Payment | Nortel Networks Inc. |
| **Total** 6 | | | | | **$674,623.01** | | |
| **Invoices** | | | | | | | |
| 450452 | TTI Team Telecom International Inc. | 08100154A | 6100009896 | 11/30/2008 | 31,840.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100153 | 6100009896 | 11/30/2008 | 29,816.67 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100151 | 6100009896 | 11/30/2008 | 65,837.00 | Invoice | Nortel Networks Inc. |
| 29581 | TTI Team Telecom International Inc. | 08100145A | 6100009833 | 10/30/2008 | 172,750.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100141 | 6100009469 | 10/30/2008 | 65,833.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100144 | 6100009469 | 10/30/2008 | 31,840.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100143 | 6100009469 | 10/30/2008 | 29,816.67 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100122 | 6100009215 | 9/26/2008 | 59,700.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100121 | 6100008903 | 9/26/2008 | 65,833.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100124 | 6100008903 | 9/26/2008 | 29,816.67 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 450452 | TTI Team Telecom International Inc. | 8100123 | 6100008903 | 9/26/2008 | 31,840.00 | Invoice | Nortel Networks Inc. |
| 450452 | TTI Team Telecom International Inc. | 8100108 | 6100008632 | 8/30/2008 | 59,700.00 | Invoice | Nortel Networks Inc. |
| Total | 12 | | | | $674,623.01 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.