IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES FOR THE NORTEL LTD GROUP PARTICIPANTS

**PLEASE TAKE NOTICE THAT** certain Nortel LTD Group Participants (the "LTD Group") in the above-captioned case (the "Case"), hereby appears in the Case by its counsel, Elliott Greenleaf, and such counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). See Exhibit A.

Such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this Case be given and served upon them at the following:

Rafael X. Zahralddin-Aravena
Theodore A. Kittila
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: tak@elliottgreenleaf.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) the LTD Group's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the LTD Group's right to trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case, (3) the LTD Group's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the LTD Group may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the LTD Group expressly reserves.

Dated: December 6, 2010

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE 4166)
Theodore A. Kittila (DE 3963)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: tak@elliottgreenleaf.com