*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 455992 | PMC-Sierra, Inc. | N/A | 6200005412 | 11/17/2008 | 275,040.00 | Payment | Nortel Networks Inc. |
| 455992 | PMC-Sierra, Inc. | N/A | 6200005229 | 11/3/2008 | 174,960.00 | Payment | Nortel Networks Inc. |
| Total 2 | | | | | $450,000.00 | | |
| **Invoices** | | | | | | | |
| 455992 | PMC-Sierra, Inc. | INV0192082 | 6200005412 | 10/6/2008 | 275,040.00 | Invoice | Nortel Networks Inc. |
| 455992 | PMC-Sierra, Inc. | INV 0190829 | 6200005229 | 9/17/2008 | 174,960.00 | Invoice | Nortel Networks Inc. |
| Total 2 | | | | | $450,000.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.