*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 439552 | RADVISION Inc. | N/A | 6100009039 | 11/13/2008 | 136,948.44 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $136,948.44 | | |
| Invoices | 439552 | RADVISION Inc. | Q32008RADVISION | 6100009039 | 11/10/2008 | 136,948.44 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | | $136,948.44 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.