*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 453083 | Real Time Monitors, Inc. | N/A | 6100009478 | 12/2/2008 | 144,000.00 | Payment | Nortel Networks Inc. |
| | 453083 | Real Time Monitors, Inc. | N/A | 6100008909 | 11/4/2008 | 135,316.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $279,316.00 | | |
| Invoices | 453083 | Real Time Monitors, Inc. | 6300 | 6100009478 | 9/5/2008 | 144,000.00 | Invoice | Nortel Networks Inc. |
| | 453083 | Real Time Monitors, Inc. | 6295 | 6100008909 | 8/20/2008 | 135,316.00 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | | $279,316.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.