# Exhibit A

Sheet 1

| First name | Last name |
|---|---|
| MICHAEL | ALMS |
| GUSSIE | ANDERSON |
| FAYE | BROWN |
| ROGER | CARLSEN |
| JOHN | ELLIOTT |
| NANETTE | FAISON |
| BERT | FLETCHER |
| BARBARA | GALLAGHER |
| GARY | GARRETT |
| LAURA | HALE |
| JANETTE | HEAD |
| BRAD | HENRY |
| MARK | JANIS |
| WILLIAM | JOHNSON |
| DEBORAH (Margaret) | JONES |
| PETER | LAWRENCE |
| JAMES | LEE |
| FRED | LINDOW |
| DAVID | LITZ |
| KERRY | LOGAN |
| ROBERT | MARTEL |
| TERRY | MASSENGILL |
| REID | MULLETT |
| PAMELA | POWELL |
| FRANKIE | PROCTOR |
| JANIE | PROCTOR |
| CAROL | RAYMOND |
| WILLIAM | REED |
| RONALD | ROSE JR |
| CHARLES | SANDNER |
| CYNTHIA | SCHMIDT |
| WAYNE (POA-Tim Steele) | SCHMIDT |
| MANUEL | SEGURA |
| LEOLIA | STRICKLAND |
| MICHAEL | STUTTS |
| CARMEL | TOTMAN |
| CLAUDIA | VIDMER |
| SUSAN | WIDENER |
| VADA | WILSON |