*Nortel Networks Inc., et al.* *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 463953 | SecureLogix Corporation | N/A | 6100009518 | 12/2/2008 | 97,490.10 | Payment | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | N/A | 6100009277 | 11/18/2008 | 248,638.35 | Payment | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | N/A | 6100008961 | 11/4/2008 | 101,030.36 | Payment | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | N/A | 6100008688 | 10/17/2008 | 4,823.10 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | | $451,981.91 | | |
| Invoices | 463953 | SecureLogix Corporation | 2810048 | 6100009518 | 10/30/2008 | 97,490.10 | Invoice | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | 2810031 | 6100009277 | 10/17/2008 | 248,638.35 | Invoice | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | 2809074 | 6100008961 | 9/29/2008 | 91,342.72 | Invoice | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | 2805022 | 6100008961 | 5/15/2008 | 4,844.41 | Invoice | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | 2805023 | 6100008961 | 5/15/2008 | 4,843.23 | Invoice | Nortel Networks Inc. |
| | 463953 | SecureLogix Corporation | 2809046 | 6100008688 | 9/16/2008 | 4,823.10 | Invoice | Nortel Networks Inc. |
| Total | 6 | | | | | $451,981.91 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.