*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 388515 | Westcon Group (North America), Inc. | N/A | 6000011498 | 12/26/2008 | 73,667.00 | Payment | Nortel Networks Inc. |
| 388515 | Westcon Group (North America), Inc. | N/A | 6000010755 | 11/18/2008 | 73,667.00 | Payment | Nortel Networks Inc. |
| 388515 | Westcon Group (North America), Inc. | N/A | 6000010457 | 10/23/2008 | 73,667.00 | Payment | Nortel Networks Inc. |
| Total 3 | | | | | $221,001.00 | | |
| **Invoices** | | | | | | | |
| 388515 | Westcon Group (North America), Inc. | 1543519RI | 6000011498 | 10/7/2008 | 73,667.00 | Invoice | Nortel Networks Inc. |
| 388515 | Westcon Group (North America), Inc. | 1517758RI | 6000010755 | 8/26/2008 | 73,667.00 | Invoice | Nortel Networks Inc. |
| 388515 | Westcon Group (North America), Inc. | 1499727RI | 6000010457 | 7/28/2008 | 73,667.00 | Invoice | Nortel Networks Inc. |
| Total 3 | | | | | $221,001.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.