*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 406573 | Spirent Communications Inc. | N/A | 6100009867 | 1/7/2009 | 8,400.00 | Payment | Nortel Networks Inc. |
| | 406573 | Spirent Communications Inc. | N/A | 6100009157 | 11/18/2008 | 194,115.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $202,515.00 | | |
| Invoices | 406573 | Spirent Communications Inc. | 86829 | 6100009867 | 11/1/2008 | 8,400.00 | Invoice | Nortel Networks Inc. |
| | 406573 | Spirent Communications Inc. | 85356 | 6100009157 | 8/30/2008 | 15,860.00 | Invoice | Nortel Networks Inc. |
| | 406573 | Spirent Communications Inc. | 85152 | 6100009157 | 8/25/2008 | 2,550.00 | Invoice | Nortel Networks Inc. |
| | 406573 | Spirent Communications Inc. | 85052 | 6100009157 | 8/19/2008 | 175,705.00 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | | $202,515.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.