*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 468552 | Queens Ballpark Company, L.L.C. | N/A | 6200006000 | 1/13/2009 | 500,000.00 | Payment | Nortel Networks Inc. |
| | 465372 | Sterling Mets, L.P. | N/A | 6000011087 | 12/5/2008 | 19,134.50 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $519,134.50 | | |
| Invoices | | | | | | | | |
| | 468552 | Queens Ballpark Company, L.L.C. | 39814 | 6200006000 | 12/24/2008 | 500,000.00 | Invoice | Nortel Networks Inc. |
| | 465372 | Sterling Mets, L.P. | 745513 | 6000011087 | 9/19/2008 | 19,134.50 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | | $519,134.50 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.