*Nortel Networks Inc., et al.*                                                                                                                                              *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| Zhone Technologies | Zhone Technologies, Inc. | N/A | 8_Egypt | 11/24/2008 | 12,297.73 | Payment | Nortel Networks Inc. |
| Zhone Technologies | Zhone Technologies, Inc. | N/A | 7_Egypt | 11/5/2008 | 155,133.00 | Payment | Nortel Networks Inc. |
| Total 2 | | | | | $167,430.73 | | |
| **Invoices** | | | | | | | |
| Zhone Technologies | Zhone Technologies, Inc. | 260241 | 8_Egypt | 11/24/2008 | 12,297.73 | Invoice | Nortel Networks Inc. |
| Zhone Technologies | Zhone Technologies, Inc. | 263120 | 7_Egypt | 9/15/2008 | 155,133.00 | Invoice | Nortel Networks Inc. |
| Total 2 | | | | | $167,430.73 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.