*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

### 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005966 | 1/9/2009 | 1,849.93 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005965 | 1/6/2009 | 14,583.50 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005815 | 12/24/2008 | 12,343.45 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005814 | 12/22/2008 | 106,873.00 | Payment | Nortel Networks Inc. |
| 462029 | The Advertising Checking Bureau, Inc. | N/A | 6200005796 | 12/17/2008 | 22,075.09 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005669 | 12/17/2008 | 10,817.80 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005632 | 12/10/2008 | 2,341.03 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005631 | 12/8/2008 | 13,622.50 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005618 | 12/8/2008 | 4,250.31 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005617 | 12/3/2008 | 27,879.00 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005477 | 11/27/2008 | 20,431.46 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005476 | 11/24/2008 | 260,547.00 | Payment | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005438 | 11/20/2008 | 12,396.93 | Payment | Nortel Networks Inc. |
| 462029 | The Advertising Checking Bureau, Inc. | N/A | 6200005460 | 11/19/2008 | 22,353.63 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005437 | 11/18/2008 | 36,151.00 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005291 | 11/13/2008 | 11,166.63 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005290 | 11/10/2008 | 44,622.00 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005255 | 11/6/2008 | 12,233.65 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005254 | 11/4/2008 | 36,991.50 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005146 | 10/30/2008 | 1,318,240.00 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005105 | 10/29/2008 | 4,306.60 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005104 | 10/27/2008 | 25,598.50 | Payment | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | N/A | 6200005067 | 10/22/2008 | 17,167.16 | Payment | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | N/A | 6200005066 | 10/20/2008 | 45,441.00 | Payment | Nortel Networks Inc. |

Total: $2,084,282.67

Invoices: 24

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 462031 | The Advertising Checking Bureau, Inc. | AC169 | 6200005966 | 1/5/2009 | 1,849.94 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU169 | 6200005965 | 1/5/2009 | 14,583.50 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC168 | 6200005815 | 12/19/2008 | 12,343.43 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU168 | 6200005814 | 12/19/2008 | 21,401.50 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU167 | 6200005814 | 12/12/2008 | 52,315.50 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | RUGA136 | 6200005814 | 12/4/2008 | 33,156.00 | Invoice | Nortel Networks Inc. |
| 462029 | The Advertising Checking Bureau, Inc. | 4054704 | 6200005796 | 10/11/2008 | 22,075.09 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC167 | 6200005669 | 12/12/2008 | 10,817.81 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC166 | 6200005632 | 12/5/2008 | 2,341.03 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU166 | 6200005631 | 12/5/2008 | 13,622.50 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC165 | 6200005618 | 12/1/2008 | 4,250.31 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU165 | 6200005617 | 12/1/2008 | 27,879.00 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC164 | 6200005477 | 11/21/2008 | 20,431.47 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 462030 | The Advertising Checking Bureau, Inc. | RUGA135 | 6200005476 | 11/21/2008 | 41,490.00 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU164 | 6200005476 | 11/21/2008 | 38,286.00 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | RUGA134 | 6200005476 | 11/20/2008 | 180,771.00 | Invoice | Nortel Networks Inc. |
| 462029 | The Advertising Checking Bureau, Inc. | 4054612 | 6200005460 | 9/11/2008 | 22,353.63 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC163 | 6200005438 | 11/14/2008 | 12,396.93 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU163 | 6200005437 | 11/14/2008 | 36,151.00 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC162 | 6200005291 | 11/7/2008 | 10,962.53 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | RC159 | 6200005291 | 11/7/2008 | 204.10 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU162 | 6200005290 | 11/7/2008 | 44,622.00 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC161 | 6200005255 | 10/31/2008 | 14,321.88 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU161 | 6200005254 | 10/31/2008 | 36,991.50 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | RUGA131 | 6200005146 | 10/20/2008 | 1,318,240.00 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC160 | 6200005105 | 10/24/2008 | 4,067.67 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 462031 | The Advertising Checking Bureau, Inc. | RC158 | 6200005105 | 10/24/2008 | 238.94 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | RU161 | 6200005104 | 10/24/2008 | 250.00 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU160 | 6200005104 | 10/24/2008 | 25,348.50 | Invoice | Nortel Networks Inc. |
| 462031 | The Advertising Checking Bureau, Inc. | AC159 | 6200005067 | 10/16/2008 | 17,167.16 | Invoice | Nortel Networks Inc. |
| 462030 | The Advertising Checking Bureau, Inc. | AU159 | 6200005066 | 10/16/2008 | 45,441.00 | Invoice | Nortel Networks Inc. |
| Total | 31 | | | | $2,086,370.92 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.