# EXHIBIT A

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*  

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 451307 | Sourcefire, Inc. | N/A | 6100009474 | 12/2/2008 | 105,084.00 | Payment | Nortel Networks Inc. |
| | 451307 | Sourcefire, Inc. | N/A | 6100009030 | 11/12/2008 | 81,775.60 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $186,859.60 | | |
| Invoices | | | | | | | | |
| | 451307 | Sourcefire, Inc. | 10540 | 6100009474 | 9/30/2008 | 105,084.00 | Invoice | Nortel Networks Inc. |
| | 451307 | Sourcefire, Inc. | Q32008SOURCEFIRE | 6100009030 | 11/7/2008 | 81,775.60 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | | $186,859.60 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.