*Nortel Networks Inc., et al.* *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 450431 | Trapeze Networks, Inc. | N/A | 6100009468 | 12/2/2008 | 12,317.00 | Payment | Nortel Networks Inc. |
| | 450431 | Trapeze Networks, Inc. | N/A | 6100009029 | 11/12/2008 | 675,323.00 | Payment | Nortel Networks Inc. |
| | 450431 | Trapeze Networks, Inc. | N/A | 6100008631 | 10/17/2008 | 3,944.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $691,584.00 | | |
| Invoices | | | | | | | | |
| | 450431 | Trapeze Networks, Inc. | INV06632 | 6100009468 | 10/13/2008 | 12,317.00 | Invoice | Nortel Networks Inc. |
| | 450431 | Trapeze Networks, Inc. | Q32008TRAPEZE | 6100009029 | 11/7/2008 | 675,323.00 | Invoice | Nortel Networks Inc. |
| | 450431 | Trapeze Networks, Inc. | INV06070 | 6100008631 | 8/29/2008 | 3,944.00 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | | $691,584.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.