*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 456951 | ZOHO Corporation f/k/a AdventNet Inc | N/A | 6100009033 | 11/12/2008 | 238,070.00 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $238,070.00 | | |
| **Invoices** | | | | | | | | |
| | 456951 | ZOHO Corporation f/k/a AdventNet Inc | Q32008ADVENTNET | 6100009033 | 11/7/2008 | 238,070.00 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | | $238,070.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.