*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 213060 | Accton Technology Corporation | N/A | 6200001095 | 5/1/2009 | 500.00 | Payment | Nortel Networks (CALA) Inc. |
| | 213060 | Accton Technology Corporation | N/A | 6200005873 | 1/5/2009 | 118,166.00 | Payment | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | N/A | 6200005692 | 12/16/2008 | 357,709.00 | Payment | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | N/A | 6200005516 | 12/1/2008 | 23,069.85 | Payment | Nortel Networks Inc. |
| | 364942 | Accton Technology Corporation | N/A | 6200005530 | 12/1/2008 | 79,837.61 | Payment | Nortel Networks Inc. |
| | 466929 | Accton Technology Corporation | N/A | 6200005586 | 12/1/2008 | 169.00 | Payment | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | N/A | 6200005347 | 11/17/2008 | 49,016.16 | Payment | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | N/A | 6200005179 | 11/3/2008 | 143,541.19 | Payment | Nortel Networks Inc. |
| | 466929 | Accton Technology Corporation | N/A | 6200005248 | 11/3/2008 | 1,448.00 | Payment | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | N/A | 6200004976 | 10/16/2008 | 48,566.80 | Payment | Nortel Networks Inc. |
| | 466929 | Accton Technology Corporation | N/A | 6200005050 | 10/16/2008 | 864.00 | Payment | Nortel Networks Inc. |
| Total | 11 | | | | | $822,887.61 | | |
| Invoices | | | | | | | | |
| | 213060 | Accton Technology Corporation | JIF8101320 | 6200005873 | 10/30/2008 | 25,320.00 | Invoice | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | JIF8101005 | 6200005873 | 10/23/2008 | 18,506.88 | Invoice | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | JIF8100889 | 6200005873 | 10/21/2008 | 24,333.12 | Invoice | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | JIF8100844 | 6200005873 | 10/21/2008 | 23,821.04 | Invoice | Nortel Networks Inc. |
| | 213060 | Accton Technology Corporation | JIF8100843 | 6200005873 | 10/21/2008 | 26,003.12 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 213060 | Accton Technology Corporation | JIF8100842 | 6200005873 | 10/21/2008 | 181.84 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JB506185 | 6200005692 | 10/29/2008 | (4,111.80) | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | IRE8100008 | 6200005692 | 10/16/2008 | 340,000.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8100596 | 6200005692 | 10/16/2008 | 19,456.88 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8100594 | 6200005692 | 10/16/2008 | 2,363.92 | Invoice | Nortel Networks Inc. |
| 466929 | Accton Technology Corporation | IRW8090008 | 6200005586 | 9/18/2008 | 169.00 | Invoice | Nortel Networks Inc. |
| 364942 | Accton Technology Corporation | IRE8100002 | 6200005530 | 10/1/2008 | 79,837.61 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8091630 | 6200005516 | 9/30/2008 | 727.36 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8091555 | 6200005516 | 9/30/2008 | 3,636.80 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JF8091359 | 6200005516 | 9/26/2008 | 1,454.72 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8091358 | 6200005516 | 9/26/2008 | 1,091.04 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8091344 | 6200005516 | 9/26/2008 | 3,255.84 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | IM80900044 | 6200005516 | 9/22/2008 | 524.35 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090885 | 6200005516 | 9/19/2008 | 3,780.63 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090904 | 6200005516 | 9/19/2008 | 430.10 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090886 | 6200005516 | 9/19/2008 | 8,193.36 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | IM80900044A | 6200005516 | 6/10/2008 | (24.35) | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090190 | 6200005347 | 9/8/2008 | 36,726.12 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090189 | 6200005347 | 9/8/2008 | 11,704.80 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIR8060167 | 6200005347 | 6/20/2008 | 585.24 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 466929 | Accton Technology Corporation | IRW8080008 | 6200005248 | 8/14/2008 | 1,448.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090084 | 6200005179 | 9/4/2008 | 9,363.84 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8090085 | 6200005179 | 9/4/2008 | 8,101.35 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081348 | 6200005179 | 9/2/2008 | 10,801.80 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081347 | 6200005179 | 9/2/2008 | 21,603.60 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081323 | 6200005179 | 9/2/2008 | 58,524.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081320 | 6200005179 | 8/29/2008 | 7,306.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081342 | 6200005179 | 8/29/2008 | 23,133.60 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081324 | 6200005179 | 8/29/2008 | 131.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081321 | 6200005179 | 8/29/2008 | 1,204.28 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8081322 | 6200005179 | 8/29/2008 | 3,096.72 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8080960 | 6200005179 | 8/25/2008 | 209.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8080783 | 6200005179 | 8/20/2008 | 66.00 | Invoice | Nortel Networks Inc. |
| 466929 | Accton Technology Corporation | IRW8070020 | 6200005050 | 8/5/2008 | 864.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8080183 | 6200004976 | 8/7/2008 | 3,454.96 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8080200 | 6200004976 | 8/7/2008 | 41,811.84 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | JIF8080199 | 6200004976 | 8/7/2008 | 3,300.00 | Invoice | Nortel Networks Inc. |
| 213060 | Accton Technology Corporation | IRE9040019 | 6200001095 | 4/21/2009 | 500.00 | Invoice | Nortel Networks (CALA) Inc. |

Total 43    $822,887.61

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.