*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 406255 | Algo Communication Products Ltd. | N/A | 6200005951 | 1/6/2009 | 134,754.30 | Payment | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | N/A | 6200005719 | 12/16/2008 | 38,976.00 | Payment | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | N/A | 6200005539 | 12/1/2008 | 77,820.40 | Payment | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | N/A | 6200005373 | 11/17/2008 | 16,415.20 | Payment | Nortel Networks Inc. |
| 25519 | Algo Communication Products Ltd. | N/A | 6200005344 | 11/17/2008 | 177.90 | Payment | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | N/A | 6200005202 | 11/5/2008 | 60,837.60 | Payment | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | N/A | 6200005003 | 10/16/2008 | 82,398.00 | Payment | Nortel Networks Inc. |
| Total 7 | | | | | $411,379.40 | | |
| **Invoices** | | | | | | | |
| 406255 | Algo Communication Products Ltd. | IN000316091 | 6200005951 | 11/20/2008 | 7,308.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000316051 | 6200005951 | 11/18/2008 | 12,180.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315981 | 6200005951 | 11/14/2008 | 7,308.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315970 | 6200005951 | 11/13/2008 | 7,308.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315950 | 6200005951 | 11/12/2008 | 7,308.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315893 | 6200005951 | 11/7/2008 | 10,962.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315894 | 6200005951 | 11/7/2008 | 6,090.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315862 | 6200005951 | 11/5/2008 | 9,744.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN000315819 | 6200005951 | 11/4/2008 | 6,090.00 | Invoice | Nortel Networks Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 406255 | Algo Communication Products Ltd. | IN0000315770 | 6200005951 | 11/3/2008 | 42,186.30 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315771 | 6200005951 | 11/3/2008 | 18,270.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315740 | 6200005719 | 10/31/2008 | 3,654.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315742 | 6200005719 | 10/31/2008 | 3,654.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315718 | 6200005719 | 10/30/2008 | 7,308.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315695 | 6200005719 | 10/29/2008 | 13,398.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315667 | 6200005719 | 10/28/2008 | 7,308.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315642 | 6200005719 | 10/27/2008 | 3,654.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315297 | 6200005539 | 10/7/2008 | 74,112.40 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315293 | 6200005539 | 10/7/2008 | 3,708.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | CN0000100755 | 6200005373 | 11/3/2008 | (46,393.20) | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315745 | 6200005373 | 10/31/2008 | 46,393.20 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315043 | 6200005373 | 9/24/2008 | 3,654.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315010 | 6200005373 | 9/22/2008 | 2,963.20 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315054 | 6200005373 | 9/22/2008 | 9,798.00 | Invoice | Nortel Networks Inc. |
| 25519 | Algo Communication Products Ltd. | IN0000314327 | 6200005344 | 8/13/2008 | 177.90 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000315042 | 6200005202 | 9/24/2008 | 13,452.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314908 | 6200005202 | 9/16/2008 | 20,706.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314762 | 6200005202 | 9/8/2008 | 8,889.60 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314761 | 6200005202 | 9/8/2008 | 17,790.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 406255 | Algo Communication Products Ltd. | IN0000314655 | 6200005003 | 8/29/2008 | 2,436.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314656 | 6200005003 | 8/29/2008 | 3,708.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314630 | 6200005003 | 8/28/2008 | 17,790.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314637 | 6200005003 | 8/28/2008 | 4,872.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314604 | 6200005003 | 8/26/2008 | 17,052.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314488 | 6200005003 | 8/20/2008 | 26,796.00 | Invoice | Nortel Networks Inc. |
| 406255 | Algo Communication Products Ltd. | IN0000314493 | 6200005003 | 8/20/2008 | 9,744.00 | Invoice | Nortel Networks Inc. |

Total 36  $411,379.40

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.