*Nortel Networks Inc., et al.*                                                             *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| Kinnarps Project Solutions | Kinnarps Project Solutions LLC | N/A | 181_UAE | 12/24/2008 | 353,646.38 | Payment | Nortel Networks Inc. |
| **Total** | | | | | **$353,646.38** | | |
| **1** | | | | | | | |
| **Invoices** | | | | | | | |
| Kinnarps Project Solutions | Kinnarps Project Solutions LLC | 502/08 | 181_UAE | 10/9/2008 | 311,998.83 | Invoice | Nortel Networks Inc. |
| Kinnarps Project Solutions | Kinnarps Project Solutions LLC | 502/08 | 181_UAE | 10/9/2008 | 41,647.54 | Invoice | Nortel Networks Inc. |
| **Total** | | | | | **$353,646.38** | | |
| **2** | | | | | | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.