*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 439356 | Macadamian Technologies Inc. | N/A | 6200005893 | 1/5/2009 | 177,447.89 | Payment | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | N/A | 6200005730 | 12/16/2008 | 712,792.82 | Payment | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | N/A | 6200005555 | 12/1/2008 | 232,473.13 | Payment | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | N/A | 6200005385 | 11/17/2008 | 307,183.56 | Payment | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | N/A | 6200005211 | 11/3/2008 | 157,318.00 | Payment | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | N/A | 6200005016 | 10/16/2008 | 156,732.34 | Payment | Nortel Networks Inc. |
| **Total** 6 | | | | | **$1,743,947.74** | | |
| **Invoices** | | | | | | | |
| 439356 | Macadamian Technologies Inc. | 100314 | 6200005893 | 11/21/2008 | 27,308.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100316 | 6200005893 | 11/21/2008 | 11,929.68 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100313 | 6200005893 | 11/21/2008 | 48,333.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100301 | 6200005893 | 11/14/2008 | 7,079.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100302 | 6200005893 | 11/14/2008 | 19,426.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100300 | 6200005893 | 11/7/2008 | 12,339.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100299 | 6200005893 | 11/7/2008 | 16,930.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100303 | 6200005893 | 11/7/2008 | 13,761.21 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100327 | 6200005893 | 11/7/2008 | 20,342.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100348 | 6200005730 | 12/8/2008 | (8.00) | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439356 | Macadamian Technologies Inc. | 100276 | 6200005730 | 10/31/2008 | 10,875.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100310 | 6200005730 | 10/31/2008 | 10,632.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100277 | 6200005730 | 10/31/2008 | 33,174.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100275 | 6200005730 | 10/31/2008 | 77,333.34 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100312 | 6200005730 | 10/31/2008 | 27,716.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100269 | 6200005730 | 10/24/2008 | 52,267.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100309 | 6200005730 | 10/24/2008 | 11,584.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100270 | 6200005730 | 10/24/2008 | 53,921.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100259 | 6200005730 | 10/10/2008 | 15,010.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100257 | 6200005730 | 10/10/2008 | 18,719.56 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100255 | 6200005730 | 10/10/2008 | 74,878.24 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100256 | 6200005730 | 10/10/2008 | 56,158.68 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100260 | 6200005730 | 10/10/2008 | 40,610.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100258 | 6200005730 | 9/30/2008 | 33,305.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100248 | 6200005730 | 9/26/2008 | 16,875.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100221A | 6200005730 | 9/12/2008 | 9,637.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100210A | 6200005730 | 8/31/2008 | 24,488.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100191 | 6200005730 | 8/31/2008 | 16,875.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100166 | 6200005730 | 8/15/2008 | 18,341.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100147 | 6200005730 | 7/31/2008 | 16,875.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439356 | Macadamian Technologies Inc. | 100156 | 6200005730 | 7/31/2008 | 16,662.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100159A | 6200005730 | 7/25/2008 | 16,440.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100158A | 6200005730 | 7/11/2008 | 31,333.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100098 | 6200005730 | 6/30/2008 | 16,875.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100157A | 6200005730 | 5/30/2008 | 12,216.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100308 | 6200005555 | 10/17/2008 | 35,942.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100262 | 6200005555 | 10/17/2008 | 13,645.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100263 | 6200005555 | 10/17/2008 | 15,921.13 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100261 | 6200005555 | 10/17/2008 | 9,174.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100307 | 6200005555 | 10/10/2008 | 37,969.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100311 | 6200005555 | 10/10/2008 | 23,485.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100306 | 6200005555 | 9/30/2008 | 69,882.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100305 | 6200005555 | 9/12/2008 | 26,455.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100267 | 6200005385 | 10/3/2008 | 7,022.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100249 | 6200005385 | 9/30/2008 | 77,333.34 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100223 | 6200005385 | 9/30/2008 | 10,874.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100241 | 6200005385 | 9/30/2008 | 23,716.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100266 | 6200005385 | 9/26/2008 | 39,685.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100222 | 6200005385 | 9/26/2008 | 10,548.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100219 | 6200005385 | 9/26/2008 | 22,675.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439356 | Macadamian Technologies Inc. | 100220 | 6200005385 | 9/26/2008 | 115,330.22 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100216 | 6200005211 | 9/19/2008 | 11,704.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100215 | 6200005211 | 9/19/2008 | 53,091.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100211 | 6200005211 | 9/12/2008 | 28,555.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100209 | 6200005211 | 9/5/2008 | 54,360.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100208 | 6200005211 | 8/15/2008 | 9,608.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100190 | 6200005016 | 8/31/2008 | 8,800.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100193 | 6200005016 | 8/31/2008 | 22,638.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100195 | 6200005016 | 8/31/2008 | 12,010.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100194 | 6200005016 | 8/22/2008 | 22,751.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100189 | 6200005016 | 8/20/2008 | 13,200.00 | Invoice | Nortel Networks Inc. |
| 439356 | Macadamian Technologies Inc. | 100148 | 6200005016 | 7/31/2008 | 77,333.34 | Invoice | Nortel Networks Inc. |

Total  62     $1,743,947.74

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.