*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 443908 | Avotus Corporation | N/A | 6200005735 | 12/16/2008 | 340,000.00 | Payment | Nortel Networks Inc. |
| | 443908 | Avotus Corporation | N/A | 6200005294 | 11/10/2008 | 289,899.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $629,899.00 | | |
| Invoices | | | | | | | | |
| | 443908 | Avotus Corporation | Q32008A | 6200005735 | 12/12/2008 | 340,000.00 | Invoice | Nortel Networks Inc. |
| | 443908 | Avotus Corporation | Q32008AVOTUS CORP | 6200005294 | 11/7/2008 | 289,899.00 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | | $629,899.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.