*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | N/A | 6200005923 | 1/5/2009 | 50,896.00 | Payment | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | N/A | 6200005813 | 12/22/2008 | 65,000.00 | Payment | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | N/A | 6200005583 | 12/1/2008 | 40,953.00 | Payment | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | N/A | 6200005424 | 11/17/2008 | 23,786.00 | Payment | Nortel Networks Inc. |
| Total 4 | | | | | $180,635.00 | | |
| **Invoices** | | | | | | | |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 20080094 | 6200005923 | 11/1/2008 | 16,800.00 | Invoice | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 20080085 | 6200005923 | 10/24/2008 | 31,000.00 | Invoice | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 20080086 | 6200005923 | 10/24/2008 | 3,096.00 | Invoice | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 20080082 | 6200005813 | 10/9/2009 | 65,000.00 | Invoice | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 22080077 | 6200005583 | 9/23/2008 | 27,000.00 | Invoice | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 20080071 | 6200005583 | 9/19/2008 | 13,953.00 | Invoice | Nortel Networks Inc. |
| 465486 | SVA-BizSphere Entwicklungs - und Vertriebs AG (n/k/a BizSphere AG) | 20080063 | 6200005424 | 8/31/2008 | 23,786.00 | Invoice | Nortel Networks Inc. |
| Total 7 | | | | | $180,635.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.