*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 464751 | OrangeFrance d/b/a Orange Business Services | N/A | 6200005304 | 11/10/2008 | 225,530.00 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $225,530.00 | | |
| Invoices | | | | | | | | |
| | 464751 | OrangeFrance d/b/a Orange Business Services | Q32008ORANGEBUSI | 6200005304 | 11/7/2008 | 237,400.00 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | | $237,400.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.