**EXHIBIT B**

COMPLIANCE WORLDWIDE INC., 357 MAIN STREET, SANDOWN, NH  03873

PDS COMMUNICATIONS INC, 1879 BUERKLE ROAD, WHITE BEAR LAKE, MN  55110