# EXHIBIT C

CLAIMS RECOVERY GROUP LLC, 92 UNION AVENUE, CRESSKILL, NJ  07626