*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| Prime Carrier | Prime Carrier Ltd. | N/A | 34_Egypt | 12/22/2008 | 8,105.60 | Payment | Nortel Networks Inc. |
| Prime Carrier | Prime Carrier Ltd. | N/A | 37_Egypt | 12/22/2008 | 32,110.00 | Payment | Nortel Networks Inc. |
| Prime Carrier | Prime Carrier Ltd. | N/A | 36_Egypt | 11/18/2008 | 44,770.00 | Payment | Nortel Networks Inc. |
| Prime Carrier | Prime Carrier Ltd. | N/A | 35_Egypt | 10/22/2008 | 80,950.00 | Payment | Nortel Networks Inc. |
| **Total** 4 | | | | | $165,935.60 | | |
| **Invoices** | | | | | | | |
| Prime Carrier | Prime Carrier Ltd. | 100457 | 37_Egypt | 10/16/2008 | 32,110.00 | Invoice | Nortel Networks Inc. |
| Prime Carrier | Prime Carrier Ltd. | 100461 | 36_Egypt | 7/24/2008 | 44,770.00 | Invoice | Nortel Networks Inc. |
| Prime Carrier | Prime Carrier Ltd. | 100429 | 35_Egypt | 7/24/2008 | 80,950.00 | Invoice | Nortel Networks Inc. |
| Prime Carrier | Prime Carrier Ltd. | 100462 | 34_Egypt | 10/16/2008 | 8,105.60 | Invoice | Nortel Networks Inc. |
| **Total** 4 | | | | | $165,935.60 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.