*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| Spellbound Media and Advertising | Spellbound Media & Advertising | N/A | 155_UAE | 12/11/2008 | 46,367.71 | Payment | Nortel Networks Inc. |
| Spellbound Media and Advertising | Spellbound Media & Advertising | N/A | 154_UAE | 12/11/2008 | 10,096.01 | Payment | Nortel Networks Inc. |
| Spellbound Media and Advertising | Spellbound Media & Advertising | N/A | 157_UAE | 12/4/2008 | 6,403.87 | Payment | Nortel Networks Inc. |
| Spellbound Media and Advertising | Spellbound Media & Advertising | N/A | 156_UAE | 11/8/2008 | 120,458.02 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | $183,325.60 | | |
| **Invoices** | | | | | | | |
| Spellbound Media and Advertising | Spellbound Media & Advertising | 4210 | 157_UAE | 11/2/2008 | 6,403.87 | Invoice | Nortel Networks Inc. |
| Spellbound Media and Advertising | Spellbound Media & Advertising | 617 | 156_UAE | 10/6/2008 | 120,458.02 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| Spellbound Media and Advertising | Spellbound Media & Advertising | 657 | 155_UAE | 11/12/2008 | 46,367.71 | Invoice | Nortel Networks Inc. |
| Spellbound Media and Advertising | Spellbound Media & Advertising | 656 | 154_UAE | 11/12/2008 | 10,096.01 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | $183,325.60 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.