*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 416801 | TECOM Co., LTD. | N/A | 6200005954 | 1/6/2009 | 297,822.10 | Payment | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | N/A | 6200005721 | 12/16/2008 | 35,961.30 | Payment | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | N/A | 6200005540 | 12/1/2008 | 175,762.10 | Payment | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | N/A | 6200005375 | 11/17/2008 | 122,995.50 | Payment | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | N/A | 6200005203 | 11/3/2008 | 331,357.00 | Payment | Nortel Networks Inc. |
| Total | 5 | | | | $963,898.00 | | |
| **Invoices** | | | | | | | |
| 416801 | TECOM Co., LTD. | HTM08B0023A | 6200005954 | 11/6/2008 | 1,509.10 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM08B0023 | 6200005954 | 11/6/2008 | 130,356.80 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM08B0024 | 6200005954 | 11/6/2008 | 64,351.80 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM08B0023CR | 6200005954 | 11/6/2008 | (1,509.10) | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM08A0101 | 6200005954 | 10/30/2008 | 12,872.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM08A0143 | 6200005954 | 10/23/2008 | 23,997.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM08A0142 | 6200005954 | 10/23/2008 | 66,244.50 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | CNNS02 | 6200005721 | 12/8/2008 | (1,892.70) | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0870068 | 6200005721 | 7/15/2008 | 37,854.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0890114 | 6200005540 | 9/19/2008 | 78,385.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0860097 | 6200005540 | 6/18/2008 | 97,377.10 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 416801 | TECOM Co., LTD. | HTM0890055 | 6200005375 | 9/12/2008 | 52,818.50 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0870124 | 6200005375 | 7/21/2008 | 70,177.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0880102 | 6200005203 | 8/19/2008 | 142,390.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0880101 | 6200005203 | 8/19/2008 | 77,232.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0880100 | 6200005203 | 8/19/2008 | 17,100.00 | Invoice | Nortel Networks Inc. |
| 416801 | TECOM Co., LTD. | HTM0880104 | 6200005203 | 8/19/2008 | 94,635.00 | Invoice | Nortel Networks Inc. |

Total    17             $963,898.00

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.