*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| Cupola Teleservices | Cupola Teleservices Ltd | N/A | 6_UAE | 12/11/2008 | 102,919.03 | Payment | Nortel Networks Inc. |
| Total 1 | | | | | $102,919.03 | | |
| **Invoices** | | | | | | | |
| Cupola Teleservices | Cupola Teleservices Ltd | 13877 | 6_UAE | 9/29/2008 | 102,919.03 | Invoice | Nortel Networks Inc. |
| Total 1 | | | | | $102,919.03 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.