*Nortel Networks Inc., et al.*     *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 440847 | Danet GmbH (n/k/a Devoteam Danet GmbH) | N/A | 6200005732 | 12/16/2008 | 10,000.00 | Payment | Nortel Networks Inc. |
| | 440847 | Danet GmbH (n/k/a Devoteam Danet GmbH) | N/A | 6200005387 | 11/17/2008 | 142,900.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $152,900.00 | | |
| Invoices | | | | | | | | |
| | 440847 | Danet GmbH (n/k/a Devoteam Danet GmbH) | ODS08093 | 6200005732 | 9/30/2008 | 10,000.00 | Invoice | Nortel Networks Inc. |
| | 440847 | Danet GmbH (n/k/a Devoteam Danet GmbH) | ODS08092 | 6200005387 | 9/18/2008 | 132,900.00 | Invoice | Nortel Networks Inc. |
| | 440847 | Danet GmbH (n/k/a Devoteam Danet GmbH) | ODS08081 | 6200005387 | 8/7/2008 | 10,000.00 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | | $152,900.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.