*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 465305 | Empresa de Telecomunicaciones de Bogota S.A. | N/A | 6200001062 | 4/17/2009 | 243,651.82 | Payment | Nortel Networks (CALA) Inc. |
| Total | 1 | | | | | $243,651.82 | | |
| Invoices | 465305 | Empresa de Telecomunicaciones de Bogota S.A. | 4396 | 6200001062 | 1/15/2009 | 243,651.82 | Invoice | Nortel Networks (CALA) Inc. |
| Total | 1 | | | | | $243,651.82 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.