# EXHIBIT A

Nortel Networks Inc., et al.
90-day Payments and Related Invoices

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | N/A | 6100001078 | 5/6/2009 | 81,854.26 | Payment | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | N/A | 6100001028 | 4/16/2009 | 16,791.48 | Payment | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | N/A | 6100009850 | 1/7/2009 | 96,200.00 | Payment | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | N/A | 6100009120 | 11/18/2008 | 139,700.00 | Payment | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | N/A | 6100008548 | 10/17/2008 | 260,900.00 | Payment | Nortel Networks Inc. |
| **Total** | 5 | | | | $595,445.74 | | |
| **Invoices** | | | | | | | |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802835 RAO | 6100009850 | 10/28/2008 | (8,800.00) | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802863 RAO | 6100009850 | 10/28/2008 | (8,800.00) | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802312 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720801548 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803283 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802972 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803379 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803366 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803354 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803378 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803352 OAO | 6100009850 | 8/26/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803346 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802978 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803317 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803220 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803282 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803281 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803246 OAO | 6100009850 | 8/26/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803245 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803243 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803231 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803225 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803380 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803183 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803227 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803229 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803230 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803218 OAO | 6100009850 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803498 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803528 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803526 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803525 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Nortel Networks Inc., et al.
90-day Payments and Related Invoices

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803534 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803532 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803497 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803382 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803504 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803505 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803156 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803465 OAO | 6100009120 | 8/26/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803533 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803155 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803384 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803385 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803386 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*

*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033389 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033390 OAO | 6100009120 | 8/26/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033391 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033458 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033530 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033358 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033241 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07200803515O AO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033527 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033514 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033524 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033523 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008033522 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803521 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803518 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803517 OAO | 6100009120 | 8/26/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802968 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802829 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802899 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802940 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802917 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802919 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802877 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802886 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802938 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802898 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802865 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802867 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802965 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802823 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802907 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802862 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802761 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802866 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802668 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802678 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802967 OAO | 6100008548 | 7/28/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802681 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802713 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802918 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802924 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802910 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802715 OAO | 610008548 | 7/28/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802911 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802935 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802912 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802914 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802714 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802834 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802762 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802916 OAO | 610008548 | 7/28/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802816 OAO | 610008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008302980 OAO | 6100008548 | 7/28/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303212 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303136 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008302828 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303188 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008302766 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008302981 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303137 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303158 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303159 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008031650 AO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303166 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772008303167 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802685 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080803168 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080803177 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080803186 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080801599 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802496 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802456 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802581 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802360 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802669 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080802466 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080803169 OAO | 6100008548 | 7/28/2008 | 3,700.00 | Invoice | Nortel Networks Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 0772080804425 OAO | 6100001078 | 12/31/2008 | 8,152.37 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720805578 OAO | 6100001078 | 12/31/2008 | 9,959.25 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720805577 OAO | 6100001078 | 12/31/2008 | 7,008.36 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720805579 OAO | 6100001078 | 12/31/2008 | 8,152.37 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720804096 OAO | 6100001078 | 11/25/2008 | 7,909.15 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720804097 OAO | 6100001078 | 11/25/2008 | 5,411.95 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803357 OAO | 6100001078 | 8/26/2008 | 7,734.84 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802370 OAO | 6100001078 | 7/28/2008 | 7,454.69 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803210 OAO | 6100001078 | 7/28/2008 | 12,254.00 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802906 OBO | 6100001078 | 7/3/2008 | 7,817.28 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720804253 OAO | 6100001028 | 11/25/2008 | 3,604.63 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720803457 OAO | 6100001028 | 8/26/2008 | 3,456.47 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802367 OAO | 6100001028 | 7/28/2008 | 4,865.19 | Invoice | Nortel Networks (CALA) Inc. |
| 358435 | Right Management Inc. fka Right Management Consultants Inc. | 07720802567 OAO | 6100001028 | 7/28/2008 | 4,865.19 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Total        136                                                                                    $595,445.74

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.