*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449682 | Ian Martin Technology Staffing, Inc. | 8400356 | 6200005902 | 10/28/2008 | 1,776.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400357 | 6200005902 | 10/28/2008 | 27,072.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400355 | 6200005902 | 10/28/2008 | 29,028.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400383 | 6200005902 | 10/26/2008 | 10,304.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400384 | 6200005902 | 10/26/2008 | 13,024.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400387A | 6200005902 | 10/26/2008 | 9,920.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400318 | 6200005902 | 10/20/2008 | 2,400.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400316 | 6200005902 | 10/20/2008 | 33,812.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400321 | 6200005902 | 10/20/2008 | 14,976.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400319 | 6200005902 | 10/20/2008 | 4,800.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400249A | 6200005902 | 9/28/2008 | 9,920.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401410A | 6200005902 | 6/29/2008 | 12,400.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401412A | 6200005902 | 6/29/2008 | 8,320.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401411A | 6200005902 | 6/29/2008 | 12,819.76 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400386 | 6200005875 | 10/26/2008 | 7,080.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400429 | 6200005875 | 10/26/2008 | 1,860.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400385 | 6200005875 | 10/26/2008 | 7,936.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400289 | 6200005748 | 10/10/2008 | 960.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400290 | 6200005748 | 10/10/2008 | 21,811.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449682 | Ian Martin Technology Staffing, Inc. | 8400251 | 6200005748 | 10/7/2008 | 40,971.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400250 | 6200005748 | 10/7/2008 | 15,168.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400252 | 6200005748 | 10/7/2008 | 960.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400358 | 6200005748 | 10/1/2008 | 12,400.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400226 | 6200005748 | 9/29/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400227 | 6200005748 | 9/29/2008 | 40,223.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400246 | 6200005748 | 9/28/2008 | 10,304.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400194 | 6200005748 | 9/22/2008 | 16,170.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400141A | 6200005748 | 8/31/2008 | 12,400.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400259 | 6200005693 | 10/9/2008 | 6,138.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400248 | 6200005693 | 9/28/2008 | 2,124.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400253 | 6200005567 | 9/29/2008 | 49,200.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400196 | 6200005567 | 9/22/2008 | 720.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400193 | 6200005567 | 9/22/2008 | 27,264.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400195 | 6200005567 | 9/22/2008 | 32,002.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400192 | 6200005567 | 9/22/2008 | 31,764.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400167 | 6200005567 | 9/16/2008 | 32,244.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400168 | 6200005567 | 9/16/2008 | 480.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401405 | 6200005567 | 6/29/2008 | 11,431.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8107209 | 6200005518 | 10/26/2008 | 299.52 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Exhibit A

Nortel Networks Inc., et al.
90-day Payments and Related Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 249999 | Ian Martin Limited | 8400352 | 6200005518 | 10/1/2008 | 1,800.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400245 | 6200005518 | 9/28/2008 | 66,228.30 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 7401409 | 6200005518 | 6/29/2008 | 10,856.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400144 | 6200005405 | 9/10/2008 | 4,385.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400143 | 6200005405 | 9/10/2008 | 48,942.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400142 | 6200005405 | 9/10/2008 | 960.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400103 | 6200005405 | 8/31/2008 | 82,866.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400102 | 6200005405 | 8/31/2008 | 1,200.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400136 | 6200005405 | 8/31/2008 | 12,300.40 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400137 | 6200005405 | 8/31/2008 | 37,360.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400072 | 6200005405 | 8/26/2008 | 14,592.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401509 | 6200005405 | 7/28/2008 | 34,243.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401406 | 6200005405 | 6/29/2008 | 40,400.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400106 | 6200005404 | 9/3/2008 | 9,920.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400169 | 6200005349 | 9/15/2008 | 9,900.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400140 | 6200005349 | 8/31/2008 | 9,676.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 7127267 | 6200005349 | 6/29/2008 | 11,260.35 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 7401408 | 6200005349 | 6/29/2008 | 9,424.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400138 | 6200005348 | 8/31/2008 | 4,300.87 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400101 | 6200005224 | 8/31/2008 | 17,280.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449682 | Ian Martin Technology Staffing, Inc. | 8400073 | 6200005224 | 8/26/2008 | 44,800.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400071 | 6200005224 | 8/25/2008 | 13,315.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400050 | 6200005224 | 8/18/2008 | 34,598.50 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400052 | 6200005224 | 8/18/2008 | 17,765.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400051 | 6200005224 | 8/18/2008 | 1,440.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400020 | 6200005224 | 8/12/2008 | 652.80 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400019 | 6200005224 | 8/12/2008 | 35,242.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 8400021 | 6200005224 | 8/12/2008 | 15,360.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8104878 | 6200005180 | 9/28/2008 | 8,985.60 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8400139 | 6200005180 | 8/31/2008 | 14,420.00 | Invoice | Nortel Networks Inc. |
| 3023 | Ian Martin Technology Staffing, Inc. | 7401557 | 6200005175 | 8/13/2008 | 9,920.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401553 | 6200005032 | 7/31/2008 | 35,538.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401558 | 6200005032 | 7/31/2008 | 11,055.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401552 | 6200005032 | 7/31/2008 | 720.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401511 | 6200005032 | 7/29/2008 | 15,360.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401508 | 6200005032 | 7/28/2008 | 4,080.00 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401542 | 6200005032 | 7/27/2008 | 9,788.80 | Invoice | Nortel Networks Inc. |
| 449682 | Ian Martin Technology Staffing, Inc. | 7401543 | 6200005032 | 7/27/2008 | 35,368.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8103122 | 6200004979 | 8/31/2008 | 2,312.77 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 8102463 | 6200004979 | 8/31/2008 | 8,978.46 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 249999 | Ian Martin Limited | 7401556 | 6200004979 | 8/13/2008 | 7,524.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 7401546 | 6200004979 | 7/27/2008 | 3,658.00 | Invoice | Nortel Networks Inc. |
| 249999 | Ian Martin Limited | 7401544 | 6200004978 | 7/27/2008 | 5,265.21 | Invoice | Nortel Networks Inc. |
| 3023 | Ian Martin Technology Staffing, Inc. | 7401547 | 6200004972 | 7/27/2008 | 9,920.00 | Invoice | Nortel Networks Inc. |
| Total | 83 | | | | $1,348,122.34 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.