# EXHIBIT A

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 467267 | Siemens Enterprise Communications, Inc. | N/A | 610001232 | 6/29/2009 | 31,032.00 | Payment | Nortel Networks (CALA) Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | N/A | 6100009955 | 1/7/2009 | 38,500.00 | Payment | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | N/A | 6100009526 | 12/2/2008 | 16,911.90 | Payment | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | N/A | 6100009288 | 11/18/2008 | 2,254.73 | Payment | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | N/A | 6100008975 | 11/4/2008 | 99,615.68 | Payment | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | N/A | 6100008700 | 10/17/2008 | 53,773.36 | Payment | Nortel Networks Inc. |
| **Total** | | | | | **$242,087.67** | | |
| **6** | | | | | | | |
| **Invoices** | | | | | | | |
| 467267 | Siemens Enterprise Communications, Inc. | 30517 | 6100009955 | 9/26/2008 | 38,500.00 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 30111 | 6100009526 | 9/15/2008 | 16,911.90 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 30023 | 6100009288 | 8/31/2008 | 1,230.14 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 30015 | 6100009288 | 8/29/2008 | 1,024.59 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 29964 | 6100008975 | 8/19/2008 | 1,996.40 | Invoice | Nortel Networks Inc. |

Footnotes:  
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 467267 | Siemens Enterprise Communications, Inc. | 29838 | 6100008975 | 7/31/2008 | 45,108.14 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 29837 | 6100008975 | 7/31/2008 | 30,123.68 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 29839 | 6100008975 | 7/31/2008 | 22,387.46 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 29836 | 6100008700 | 7/31/2008 | 52,458.53 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 29825 | 6100008700 | 7/30/2008 | 1,314.83 | Invoice | Nortel Networks Inc. |
| 467267 | Siemens Enterprise Communications, Inc. | 10017676 | 6100001232 | 6/12/2009 | 31,032.00 | Invoice | Nortel Networks (CALA) Inc. |
| Total | 11 | | | | $242,087.67 | | |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.