# EXHIBIT A

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 450288 | Prudential Relocation Inc. | N/A | 6200005996 | 1/12/2009 | 870,534.85 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005820 | 12/24/2008 | 995,986.86 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005667 | 12/15/2008 | 325,097.07 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005630 | 12/8/2008 | 191,325.32 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005592 | 12/2/2008 | 628,781.72 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005475 | 11/24/2008 | 141,129.51 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005435 | 11/18/2008 | 509,861.93 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005289 | 11/10/2008 | 414,126.99 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005253 | 11/4/2008 | 150,076.11 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005106 | 10/28/2008 | 247,460.80 | Payment | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | N/A | 6200005072 | 10/21/2008 | 928,390.17 | Payment | Nortel Networks Inc. |
| Total 90-Day Payments 11 | | | | | $5,402,771.33 | | |
| 450288 | Prudential Relocation Inc. | SF0906778501 | 6200005996 | 1/9/2009 | 870,534.85 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2866006785 | 6200005820 | 12/19/2008 | 995,986.86 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2848506785 | 6200005667 | 12/12/2008 | 325,097.07 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2822106785 | 6200005630 | 12/5/2008 | 191,325.32 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2810406785 | 6200005592 | 11/26/2008 | 628,781.72 | Invoice | Nortel Networks Inc. |
| Total Invoices 11 | | | | | | | |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 450288 | Prudential Relocation Inc. | 2781806785 | 6200005475 | 11/21/2008 | 141,129.51 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2772906785 | 6200005435 | 11/14/2008 | 509,861.93 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2751706785 | 6200005289 | 11/7/2008 | 249,766.83 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | SF080678544 | 6200005289 | 11/5/2008 | 164,360.16 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2728506785 | 6200005253 | 10/31/2008 | 150,076.11 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2714106785 | 6200005106 | 10/24/2008 | 247,460.80 | Invoice | Nortel Networks Inc. |
| 450288 | Prudential Relocation Inc. | 2704106785 | 6200005072 | 10/17/2008 | 928,390.17 | Invoice | Nortel Networks Inc. |

Total   12                                                                                 $5,402,771.33

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.