# EXHIBIT A

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | N/A | 6100009887 | 1/7/2009 | 351,456.54 | Payment | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | N/A | 6000011538 | 12/24/2008 | 425,533.80 | Payment | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | N/A | 6100009452 | 12/2/2008 | 40,545.00 | Payment | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | N/A | 6100009193 | 11/18/2008 | 2,934.20 | Payment | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | N/A | 6100008885 | 11/4/2008 | 714,741.00 | Payment | Nortel Networks Inc. |
| Total 5 | | | | | $1,535,210.54 | | |
| **Invoices** | | | | | | | |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114771 | 6100009887 | 11/6/2008 | 765.00 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114741 | 6100009887 | 11/5/2008 | 309,207.29 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114747 | 6100009887 | 11/3/2008 | 4,401.30 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114647 | 6100009887 | 10/27/2008 | 37,082.95 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114203 | 6100009452 | 9/26/2008 | 37,995.00 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114161 | 6100009452 | 9/24/2008 | 2,550.00 | Invoice | Nortel Networks Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114024 | 610009193 | 9/15/2008 | 2,934.20 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 113902 | 610008885 | 9/4/2008 | 195,750.00 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 113886 | 610008885 | 9/3/2008 | 24,600.00 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 112800 | 610008885 | 6/18/2008 | 494,391.00 | Invoice | Nortel Networks Inc. |
| 440696 | Starent Networks LLC fka Starent Networks Corporation | 114782 | 600011538 | 10/10/2008 | 425,533.80 | Invoice | Nortel Networks Inc. |
| Total | | 11 | | | $1,535,210.54 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.