*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

## 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | N/A | 6100009513 | 12/2/2008 | 140,900.00 | Payment | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | N/A | 6100009266 | 11/18/2008 | 72,530.32 | Payment | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | N/A | 6100009265 | 11/18/2008 | 137,051.22 | Payment | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | N/A | 6100008953 | 11/4/2008 | 447,295.35 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | $797,776.89 | | |

## Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010421220 | 6100009513 | 9/19/2008 | 126,400.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010420944 | 6100009513 | 9/16/2008 | 14,500.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010420236 | 6100009266 | 9/8/2008 | 14,500.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010416986 | 6100009266 | 7/22/2008 | 10,775.53 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010416981 | 6100009266 | 7/22/2008 | 46,500.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010415696 | 6100009266 | 7/8/2008 | 754.79 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010420261 | 6100009265 | 9/8/2008 | 1,915.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010419622 | 6100009265 | 8/29/2008 | 726.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010419624 | 6100009265 | 8/29/2008 | 7,876.07 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010419598 | 6100009265 | 8/29/2008 | 126,400.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010419324 | 6100009265 | 8/28/2008 | 133.65 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010415071 | 6100008953 | 6/27/2008 | 687.66 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414846 | 6100008953 | 6/25/2008 | 8,172.75 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414845 | 6100008953 | 6/25/2008 | 126,400.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414844 | 6100008953 | 6/25/2008 | 126,400.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414745 | 6100008953 | 6/24/2008 | 2,407.25 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414756 | 6100008953 | 6/24/2008 | 3,157.00 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414755 | 6100008953 | 6/24/2008 | 9,817.34 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414757 | 6100008953 | 6/24/2008 | 43,853.35 | Invoice | Nortel Networks Inc. |
| 461698 | CMGRP, Inc. (d/b/a Weber Shandwick) | 1010414739 | 6100008953 | 6/24/2008 | 126,400.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 20 | | | | | $797,776.89 | | |
| Total | | | | | | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.