**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100009890 | 1/7/2009 | 89,246.80 | Payment | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100009871 | 1/7/2009 | 206,929.93 | Payment | Nortel Networks Inc. |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100009459 | 12/2/2008 | 26,631.99 | Payment | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100009429 | 12/2/2008 | 285,034.50 | Payment | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100009168 | 11/18/2008 | 103,737.02 | Payment | Nortel Networks Inc. |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100008894 | 11/4/2008 | 48,649.03 | Payment | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100008855 | 11/4/2008 | 221,656.40 | Payment | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | N/A | 6100008591 | 10/17/2008 | 234,454.19 | Payment | Nortel Networks Inc. |
| **Total** 8 | | | | | $1,216,339.86 | | |
| **Invoices** | | | | | | | |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800481 | 6100009890 | 11/14/2008 | 55,896.80 | Invoice | Nortel Networks Inc. |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800483 | 6100009890 | 11/14/2008 | 33,350.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800480 | 6100009871 | 11/14/2008 | 131,244.93 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800482 | 6100009871 | 11/14/2008 | 52,185.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800484 | 6100009871 | 11/14/2008 | 23,500.00 | Invoice | Nortel Networks Inc. |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800441 | 6100009459 | 10/10/2008 | 26,631.99 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800440 | 6100009429 | 10/10/2008 | 183,366.56 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800443 | 6100009429 | 10/10/2008 | 12,000.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804319 | 6100009429 | 10/10/2008 | 89,667.94 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800442 | 6100009168 | 10/10/2008 | 35,000.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804317 | 6100009168 | 10/1/2008 | 57,416.53 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804318 | 6100009168 | 10/1/2008 | 1,034.98 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804320 | 6100009168 | 10/1/2008 | 10,285.51 | Invoice | Nortel Networks Inc. |
| 446206 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800401 | 6100008894 | 9/10/2008 | 48,649.03 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800404 | 6100008855 | 9/10/2008 | 64,500.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800403 | 6100008855 | 9/10/2008 | 41,985.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800400 | 6100008855 | 9/10/2008 | 115,171.40 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | SCI010800402 | 6100008591 | 9/10/2008 | 67,360.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804008 | 6100008591 | 9/1/2008 | 64,536.92 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804014 | 6100008591 | 9/1/2008 | 982.70 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804011 | 6100008591 | 9/1/2008 | 10,200.00 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804009 | 6100008591 | 9/1/2008 | 1,026.38 | Invoice | Nortel Networks Inc. |
| 423907 | Dell Services Corporation f/k/a Perot Systems Corporation | PSC010804010 | 6100008591 | 9/1/2008 | 90,348.19 | Invoice | Nortel Networks Inc. |

Total 23 $1,216,339.86

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.