*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

**90-Day Payments**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 469015 | McCann-Erickson Worldwide, Inc. | N/A | 6200001275 | 7/9/2009 | 5,286.83 | Payment | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | N/A | 6200001208 | 6/11/2009 | 28,393.26 | Payment | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | N/A | 6200001200 | 6/8/2009 | 1,899.10 | Payment | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | N/A | 6200001128 | 5/11/2009 | 30.00 | Payment | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | N/A | 6200001074 | 4/22/2009 | 3,459.72 | Payment | Nortel Networks (CALA) Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100009926 | 1/7/2009 | 422,501.26 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100009823 | 12/26/2008 | 130,543.56 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100009819 | 12/22/2008 | 250,000.00 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100009817 | 12/18/2008 | 167,168.95 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6000011304 | 12/11/2008 | 401,233.00 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6200005623 | 12/4/2008 | 22,926.00 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6200005624 | 12/4/2008 | 49,870.00 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100009507 | 12/2/2008 | 2,762,726.27 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100009257 | 11/18/2008 | 1,094,767.89 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100008944 | 11/4/2008 | 830,109.70 | Payment | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | N/A | 6100008670 | 10/17/2008 | 598,685.74 | Payment | Nortel Networks Inc. |

Total: 16    $6,769,601.28

Invoices

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 460268 | McCann-Erickson Worldwide, Inc. | 1108AMEDIA | 6200005624 | 11/24/2008 | 13,555.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1108EPRODUCTION | 6200005624 | 11/20/2008 | 36,315.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1108DPRODUCTION | 6200005623 | 11/18/2008 | 13,926.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1108CPRODUCTION | 6200005623 | 11/17/2008 | 9,000.00 | Invoice | Nortel Networks Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 20216J | 6200001275 | 4/30/2009 | 8,536.83 | Invoice | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 19404J | 6200001275 | 12/12/2008 | (3,250.00) | Invoice | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 20096J | 6200001208 | 4/1/2009 | 1,431.82 | Invoice | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 19908J | 6200001208 | 2/28/2009 | 26,961.44 | Invoice | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 20028J | 6200001200 | 3/31/2009 | 740.00 | Invoice | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 20029J | 6200001200 | 3/31/2009 | 324.70 | Invoice | Nortel Networks (CALA) Inc. |
| 469015 | McCann-Erickson Worldwide, Inc. | 20092J | 6200001200 | 3/31/2009 | 834.40 | Invoice | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | M024010 | 6200001128 | 2/28/2009 | 30.00 | Invoice | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | 19636J | 6200001074 | 12/31/2008 | 400.00 | Invoice | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | 19621J | 6200001074 | 12/31/2008 | 5,298.77 | Invoice | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | 19111JREV | 6200001074 | 10/31/2008 | (4,928.77) | Invoice | Nortel Networks (CALA) Inc. |
| 467069 | McCann-Erickson Worldwide, Inc. | 19110JA | 6200001074 | 10/31/2008 | 2,689.72 | Invoice | Nortel Networks (CALA) Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1008CPRODUCTION | 6100009926 | 10/23/2008 | 31,805.64 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 10086BPRODUCTION | 6100009926 | 10/23/2008 | 20,277.62 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 460268 | McCann-Erickson Worldwide, Inc. | 1008APRODUCTION1 | 6100009926 | 10/23/2008 | 133,113.78 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1008RETAINERFEE | 6100009926 | 10/8/2008 | 237,304.22 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1008VPRODUCTION | 6100009823 | 10/23/2008 | 130,543.56 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1208RETAINERFEE | 6100009819 | 11/18/2008 | 250,000.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1008AMEDIA | 6100009817 | 10/21/2008 | 167,168.95 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0908CMEDIA | 6100009507 | 9/23/2008 | 2,147,454.10 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0808APRODUCTION | 6100009507 | 9/10/2008 | 577.15 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0808BPRODUCTION | 6100009507 | 9/10/2008 | 30,305.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0908BMEDIA | 6100009507 | 9/10/2008 | 562,271.40 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0808ACONSOLIDATE | 6100009507 | 9/10/2008 | 22,118.62 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1108BPRODUCTION | 6100009257 | 11/13/2008 | 3,333.50 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 1108APRODUCTION | 6100009257 | 11/13/2008 | 9,082.78 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0908AMEDIA | 6100009257 | 9/16/2008 | 488,482.25 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0908RETAINERFEES | 6100009257 | 9/1/2008 | 237,304.22 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0808RETAINER | 6100009257 | 8/31/2008 | 71,500.56 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 460268 | McCann-Erickson Worldwide, Inc. | 0808RETAINERFEEE | 6100009257 | 8/1/2008 | 17,777.76 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0808RETAINERFEES | 6100009257 | 8/1/2008 | 237,304.22 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0408APRODUCTION | 6100009257 | 4/28/2008 | 29,982.60 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | NRL80120 | 6100008944 | 8/18/2008 | 150,771.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0708BPRODUCTION | 6100008944 | 7/30/2008 | 17,944.19 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0708CPRODUCTION | 6100008944 | 7/30/2008 | 6,326.50 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0708DPRODUCTION | 6100008944 | 7/30/2008 | 30,163.39 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0708AMEDIA | 6100008944 | 7/23/2008 | 620,204.62 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0608CMEDIA | 6100008944 | 6/24/2008 | 4,700.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0708RETAINERFEES | 6100008670 | 7/30/2008 | 577,989.55 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0708APRODUCTION | 6100008670 | 7/30/2008 | 20,696.19 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | FORTUNEMEDIA | 6000011304 | 9/19/2008 | 250,000.00 | Invoice | Nortel Networks Inc. |
| 460268 | McCann-Erickson Worldwide, Inc. | 0808BMEDIA | 6000011304 | 9/10/2008 | 151,233.00 | Invoice | Nortel Networks Inc. |

Total 46     $6,769,601.28

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.