*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

### 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 463206 | Razorfish, LLC | N/A | 6100009943 | 1/7/2009 | 120,000.00 | Payment | Nortel Networks Inc. |
| 463206 | Razorfish, LLC | N/A | 6100009276 | 11/18/2008 | 390,000.00 | Payment | Nortel Networks Inc. |
| 463206 | Razorfish, LLC | N/A | 6100008687 | 10/17/2008 | 2,339.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | $512,339.00 | | |

### Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 463206 | Razorfish, LLC | 295063A | 6100009943 | 10/15/2008 | 120,000.00 | Invoice | Nortel Networks Inc. |
| 463206 | Razorfish, LLC | 290596 | 6100009276 | 9/30/2008 | 30,000.00 | Invoice | Nortel Networks Inc. |
| 463206 | Razorfish, LLC | 290374 | 6100009276 | 9/25/2008 | 360,000.00 | Invoice | Nortel Networks Inc. |
| 463206 | Razorfish, LLC | 285903 | 6100008687 | 8/31/2008 | 839.00 | Invoice | Nortel Networks Inc. |
| 463206 | Razorfish, LLC | 285834 | 6100008687 | 8/28/2008 | 1,500.00 | Invoice | Nortel Networks Inc. |
| Total | 5 | | | | $512,339.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.