*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 467386 | WIND Telecom, S.A. | N/A | 6100001233 | 6/29/2009 | 264,183.94 | Payment | Nortel Networks (CALA) Inc. |
| Total 1 | | | | | $264,183.94 | | |
| **Invoices** | | | | | | | |
| 467386 | WIND Telecom, S.A. | SETTLEMENT3 | 6100001233 | 3/16/2009 | 264,183.94 | Invoice | Nortel Networks (CALA) Inc. |
| Total 1 | | | | | $264,183.94 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.