**EXHIBIT A**

CUMULATIVE COMPENSATION BY PROJECT
<u>CATEGORY FOR APPLICATION PERIOD</u>

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2010 through November 30, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 11/1/2010  End Date 11/30/2010

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 11.9 | $470.00 | $5,593.00 |
| 2 | Reviewing operational management of transition services | 17.9 | $470.00 | $8,413.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 164.5 | $470.00 | $77,315.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 3.3 | $470.00 | $1,551.00 |
| 5 | Fee Applications | 8.4 | $470.00 | $3,948.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 12.0 | $235.00 | $2,820.00 |
| | **Hours/Billing Amount for Period:** | **218.0** | | **$99,640.00** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/1/2010 | Weekly call re case management | 3 | 1.3 |
| 11/1/2010 | NBS matters | 2 | 0.8 |
| 11/1/2010 | Mediation statement review and mark up | 3 | 2.5 |
| 11/1/2010 | Communicate with RLKS re wind down matters; budgeting | 3 | 0.8 |
| 11/1/2010 | Review matters re chapter 15 | 3 | 0.8 |
| 11/1/2010 | Fee app preparation | 5 | 2.7 |
| 11/2/2010 | NBS call | 2 | 3.5 |
| 11/2/2010 | IP calls with leadership team and creditors | 3 | 2.5 |
| 11/2/2010 | APAC | 1 | 1.0 |
| 11/2/2010 | Mediation statement review | 3 | 2.5 |
| 11/2/2010 | APAC | 1 | 0.3 |
| 11/2/2010 | Lazard, and carve out fee motion | 3 | 0.5 |
| 11/3/2010 | IP internet addresses | 3 | 0.7 |
| 11/3/2010 | Mediation materials; review of pension claims | 3 | 3.5 |
| 11/3/2010 | Call with Cleary re case management/mediation | 3 | 0.5 |
| 11/3/2010 | Call with Cleary re claims | 3 | 1.0 |
| 11/3/2010 | Mediation meeting | 3 | 3.3 |
| 11/4/2010 | Call re customs and review of material re same | 3 | 1.5 |
| 11/4/2010 | Call re IP and other items with FTI and Capstone | 4 | 1.3 |
| 11/4/2010 | Mediation reply briefs | 3 | 3.5 |
| 11/4/2010 | Revisions to material re insurance and call with Cleary re underwriters meeting | 2 | 1.0 |
| 11/4/2010 | Fee app preparation | 5 | 2.5 |
| 11/4/2010 | Case management matters, including documents, Japan financials, carling, genband dispute, preferences, conflict disclosures | 1 | 4.5 |
| 11/8/2010 | APAC call | 1 | 1.0 |
| 11/8/2010 | CVAS issues; customs matters | 3 | 0.3 |
| 11/8/2010 | Flight to NY | 7 | 4.0 |
| 11/8/2010 | Mediation matters | 3 | 7.5 |
| 11/8/2010 | Tory's retention | 3 | 0.3 |
| 11/9/2010 | Mediation preparation with Cleary and Chilmark | 3 | 9.0 |
| 11/9/2010 | IP call | 3 | 0.8 |
| 11/10/2010 | Meeting with Marsh re insurance matters for NBS | 2 | 3.5 |
| 11/10/2010 | Mediation preparation with Cleary and Chilmark | 3 | 13.0 |
| 11/11/2010 | Mediation | 3 | 14.0 |
| 11/12/2010 | Mediation | 3 | 14.0 |
| 11/13/2010 | Call with Cleary; mediation preparation | 3 | 4.0 |
| 11/14/2010 | Mediation | 3 | 14.0 |
| 11/14/2010 | Review final complaint | 3 | 0.5 |
| 11/15/2010 | Mediation | 3 | 14.0 |
| 11/16/2010 | Mediation | 3 | 12.0 |
| 11/16/2010 | Richardson matter | 3 | 0.5 |
| 11/17/2010 | Budget matters and claims schedule | 3 | 0.5 |
| 11/17/2010 | Claims data preservation | 3 | 0.5 |
| 11/17/2010 | IP matters review | 3 | 0.5 |
| 11/17/2010 | Flight from NY | 7 | 4.0 |
| 11/17/2010 | Liquidation of Europe sales/Shannon | 3 | 0.3 |
| 11/17/2010 | Customs matters; call with M O'Rourke | 3 | 0.5 |
| 11/18/2010 | Approvals to settlements and 9019 motions | 3 | 0.8 |
| 11/18/2010 | Richardson materials re sale or lease | 3 | 1.0 |
| 11/18/2010 | Liquidation matters and call with Cleary | 3 | 1.7 |
| 11/18/2010 | IP call with UCC; prep for call re valuations | 4 | 2.0 |
| 11/18/2010 | Fee app preparartion - quarterly | 5 | 3.2 |
| 11/19/2010 | Call with NBS re various matters related to budget, headcount and receivables | 2 | 1.5 |
| 11/19/2010 | Call with Cleary re customs and follow up call with O'Rourke | 3 | 1.3 |
| 11/19/2010 | Call re wind down of non debtor subs | 3 | 1.5 |
| 11/19/2010 | Verizon call re claim and settlement | 3 | 1.3 |
| 11/19/2010 | Subsidiary wind down call | 3 | 1.3 |
| 11/19/2010 | Call with RLKS relative to wind down, documents and IT needs | 3 | 1.8 |
| 11/22/2010 | NBS call | 3 | 1.0 |
| 11/22/2010 | Call with Marsh re insurance | 2 | 1.0 |
| 11/22/2010 | Case status call | 3 | 0.8 |
| 11/22/2010 | Further call re Richardson and review data from proposed transaction | 3 | 2.0 |
| 11/22/2010 | Follow up with Tim Ross related to various budget, benefits, headcount | 3 | 1.5 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/22/2010 | Execution of documents related to NNI | 3 | 0.5 |
| 11/22/2010 | Chapter 15 proceedings | 1 | 1.0 |
| 11/22/2010 | D&O policy extension review and terms; communicate with Marsh | 2 | 1.5 |
| 11/23/2010 | IP call; review of letter to bidders; call with other entities re same | 3 | 1.8 |
| 11/23/2010 | D&O policy revisions to terms; consult with Marsh | 2 | 2.5 |
| 11/23/2010 | Richardson materials re sale or lease | 3 | 0.8 |
| 11/24/2010 | D&O policy changes; call with JD re Ireland, insurance, NNI loan and Japan LRD | 1 | 1.5 |
| 11/24/2010 | Denuo agreement | 3 | 1.5 |
| 11/24/2010 | Insurance matters; call to discuss changes and follow up | 2 | 1.8 |
| 11/24/2010 | Liquidation of non debtors | 3 | 1.0 |
| 11/24/2010 | Execution of various documents | 3 | 0.8 |
| 11/24/2010 | NNI III matter | 1 | 1.3 |
| 11/28/2010 | Review process letter IP | 3 | 0.6 |
| 11/29/2010 | NBS call | 2 | 0.8 |
| 11/29/2010 | Weekly case management call | 3 | 0.8 |
| 11/29/2010 | Richardson lease review | 3 | 1.0 |
| 11/29/2010 | Call with Cleary re allocation | 3 | 1.3 |
| 11/29/2010 | Intercompany balances; review of outstanding amounts | 1 | 0.8 |
| 11/29/2010 | Various case management matters re preferences, lawyer assignment | 3 | 0.8 |
| 11/30/2010 | IP call | 3 | 0.8 |
| 11/30/2010 | Asia cash call | 3 | 0.6 |
| 11/30/2010 | Creditor IP call | 3 | 0.3 |
| 11/30/2010 | Richardson matters | 3 | 1.3 |
| 11/30/2010 | Call with EY and Cleary | 1 | 0.5 |
| 11/30/2010 | Flight to NY | 7 | 4.0 |
| 11/30/2010 | Prepare for Wed/Thurs meetings related to liquidation, wind down, budgets, claims | 3 | 3.5 |