**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2010 through November 30, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 961.40 |
| Travel – Lodging | | 6,405.44 |
| Travel – Meals | | 234.05 |
| Travel – Car Service | | 375.00 |
| Travel – Parking | | 188.00 |
| Office supplies, shipping, and other office related expenses | | 179.87 |
| PACER | | 4.64 |
| TOTAL | | $ 8,348.40 |

# Nortel Expense Report

PERIOD: November 1, 2010 through November 30, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/2/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 12/2/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 12/1/2010 | New York Trip - Meal | | | $ 41.27 | | | | | $ 41.27 |
| 12/3/2010 | New York Trip - Business center | | $ 10.89 | | | | | | $ 10.89 |
| 12/3/2010 | New York Trip - Parking | | | | | $ 49.00 | | | $ 49.00 |
| 12/3/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 12/3/2010 | New York Trip - Car service | | | | $ 75.00 | | | | $ 75.00 |
| 11/22/2010 | Flight change charge | $ 150.00 | | | | | | | $ 150.00 |
| 11/18/2010 | Shipping | | | | | | $ 33.17 | | $ 33.17 |
| 11/30/2010 | PACER | | | | | | | $ 4.64 | $ 4.64 |

# Nortel Expense Report

PERIOD: November 1, 2010 through November 30, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2010 | New York Trip - Airfare | $ 356.70 | | | | | | | $ 356.70 |
| 11/8/2010 | New York Trip - Car service to RSW | | | | $ 75.00 | | | | $ 75.00 |
| 11/8/2010 | New York Trip - Car service from LGA | | | | $ 75.00 | | | | $ 75.00 |
| 11/8/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/8/2010 | New York Trip - Internet | | | | | | $ 59.95 | | $ 59.95 |
| 11/8/2010 | New York Trip - Meal | | | $ 45.00 | | | | | $ 45.00 |
| 11/9/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/10/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/10/2010 | New York Trip - Meal | | | $ 10.89 | | | | | $ 10.89 |
| 11/11/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/12/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/12/2010 | New York Trip - Meal | | | $ 14.99 | | | | | $ 14.99 |
| 11/13/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/13/2010 | New York Trip - Meal | | | $ 62.90 | | | | | $ 62.90 |
| 11/14/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/15/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/15/2010 | New York Trip - Meal | | $ 14.99 | | | | | | $ 14.99 |
| 11/16/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/17/2010 | New York Trip - Car service | | | | $ 75.00 | | | | $ 75.00 |
| 11/17/2010 | New York Trip - Parking | | | | | $ 139.00 | | | $ 139.00 |
| 11/17/2010 | New York Trip - Hotel Business Center | | $ 141.00 | | | | | | $ 141.00 |
| 11/5/2010 | Aircell charge | | | | | | $ 34.95 | | $ 34.95 |
| 11/3/2010 | Additional Air Collection | $ 98.00 | | | | | | | $ 98.00 |
| 11/30/2010 | New York Trip - Airfare | $ 356.70 | | | | | | | $ 356.70 |
| 11/30/2010 | New York Trip - Car service | | | | $ 75.00 | | | | $ 75.00 |
| 11/30/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 11/30/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 12/1/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 12/1/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 12/1/2010 | New York Trip - Meal | | | $ 59.00 | | | | | $ 59.00 |