IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket No. 4211 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2010, I caused to be served the "Order Authorizing and Approving Settlement Procedures to Settle Certain Avoidance Claims," dated October 27, 2010 [Docket No. 4211], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos
Konstantina Haidopoulos

Sworn to before me this
28th day of October, 2010

/s/ Notary
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Settlement Order_DI 4211_AFF_10-27-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACME PACKET, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 100 CROSBY DRIVE BEDFORD MA 01730 |
| ACME PACKET, INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| ASTEELFLASH CALIFORNIA, INC. | C/O SULLIVAN HAZELTINE ALLINSON LLC ATTN: WILLIAM D. SULLIVAN 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| ASTEELFLASH CALIFORNIA, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 4050 STARBOARD DRIVE FREMONT CA 94538 |
| ASTEELFLASH CALIFORNIA, INC. | ATTN: GEORGE GARIC 4211 STARBOARD DRIVE FREMONT CA 94538 |
| AUTOMOTIVE RENTALS, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 9000 MIDLANTIC DRIVE MT. LAUREL NJ 08054 |
| AUTOMOTIVE RENTALS, INC. | C/O KATHERINE A. MULLIN 7411 MAPLE AVENUE P. O. BOX 1400 PENNSAUKEN NJ 08109 |
| CAMIANT, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 200 NICKERSON ROAD 2ND FLOOR MARLBOROUGH MA 01752-4603 |
| CAMIANT, INC. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CSWL, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 39465 PASEO PADRE PARKWAY SUITE 2900 FREMONT CA 94538 |
| CSWL, INC. | C/O SREEDHAR SANTOSH 39465 PASEO PADRE PARKWAY FREMONT CA 94538 |
| ELTEK ENERGY LLC | ATTN: OFFICER, MANAGING OR GENERAL AGENT 115 ERICK STREET CRYSTAL LAKE IL 60014 |
| ELTEK VALERE INC. | C/O N.PERNICK, S.BHATNAGAR, ESQS. COLE,SCHOTZ,MEISEL,FORMAN & LEONARD, PA 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| ELTEK VALERE INC. | C/O CHRISTOPHER J. HORVAY, ESQ. GOULD & RATNER LLP 222 N. LASALLE STREET, SUITE 800 CHICAGO IL 60601 |
| ELTEK VALERE INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 1303 EAST ARAPAHO ROAD RICHARDSON TX 75081 |
| GAIL & RICE, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 21301 CIVIC CENTER DRIVE SOUTHFIELD MI 48076 |
| GAIL & RICE, INC. | C/O TIMOTHY RICE 21301 CIVIC CENTER DRIVE SOUTHFIELD MI 48076 |
| GREEN HILLS SOFTWARE, INC. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| GREEN HILLS SOFTWARE, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 30 SOLA STREET SANTA BARBARA CA 93101 |
| GREEN HILLS SOFTWARE, INC. | C/O DANIEL O'DOWD 30 SOLA STREET SANTA BARBARA CA 93101 |
| INGRAM MICRO INC. | C/O CT CORPORATION SYSTEM 818 W. 7TH STREET LOS ANGELES CA 90017 |
| INGRAM MICRO INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 1600 E. ST. ANDREW PLACE SANTA ANA CA 92705 |
| JUDGE TECHNICAL SERVICES, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 300 CONSHOHOCKEN STATE ROAD WEST CONSHOHOCKEN PA 19428 |
| JUDGE TECHNICAL SERVICES, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 2 BALA PLAZA, SUITE 800 BALA CYNWYD PA 19004 |
| MERCURY AMERICAS USA, CORP. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 21225 ESCONDIDO WAY NORTH BOCA RATON FL 33433-2507 |
| MERCURY AMERICAS USA, CORP. | C/O MANUEL DREYFUS 21225 ESCONDIDO WAY NORTH BOCA RATON FL 33433-2507 |
| NATHANSON AND COMPANY, LLC | ATTN: OFFICER, MANAGING OR GENERAL AGENT 10 MINUTEMAN HILL WESTPORT CT 06880-2700 |
| NATHANSON AND COMPANY, LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| OPNEXT SUBSYSTEMS, INC. | C/O CORPORATION SERVICE COMPANY 2730 GATEWAY OAKS DRIVE, SUITE 100 SACRAMENTO CA 95833 |
| OPNEXT SYSTEMS, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| OPNEXT SYSTEMS, INC. | F/K/A STRATALIGHT COMMUNICATIONS INC. ATTN: OFFICER, MANAGING OR GENERAL AGENT 151 ALBRIGHT WAY LOS GATOS CA 95032 |
| PICO ATLANTA, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 5361 ROYAL WOODS PARKWAY TUCKER GA 30084 |

| Claim Name | Address Information |
|---|---|
| POWERSTEERING SOFTWARE, INC. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| POWERSTEERING SOFTWARE, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 25 FIRST STREET, SUITE 201 CAMBRIDGE MA 02141 |
| SPRINGWELL CAPITAL PARTNERS LLC | ATTN: OFFICER, MANAGING OR GENERAL AGENT SIX LANDMARK SQUARE, 4TH FLOOR STAMFORD CT 06901-2701 |
| SPRINGWELL CAPITAL PARTNERS LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| STMICROELECTRONICS N.V. | ATTN: OFFICER, MANAGING OR GENERAL AGENT WTC SCHIPHOL AIRPORT SCHIPHOL BOULEVARD 265 1118 BH SCHIPHOL AIRPORT NETHERLANDS |
| STMICROELECTRONICS N.V. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 39 CHEMIN DU CHAMP DES FILLES 1228 PLAN-LES-OUATES GENEVA SWITZERLAND |
| STMICROELECTRONICS N.V. | C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY NY 12207 |
| STMICROELECTRONICS N.V. | C/O J. MARK CHEVALLIER MCGUIRE, CRADDOCK & STROTHER, P.C. 2501 N. HARWOOD STREET, SUITE 1800 DALLAS TX 75201 |
| STMICROELECTRONICS, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 1310 ELECTRONICS DRIVE CARROLLTON TX 75006 |

**Total Creditor count  41**

**NNI – DI 4211 – 10-27-10**

AVEA İLETIŞIM HIZMETLERI A.Ş.
Abdi İpekçi Cad. No. 75
Maçka – Şişli
34367  İstanbul,
Turkey

**NNI – DI 4211 – 10-27-10**

MARITZ CANADA INC.
6900 Maritz Drive
Mississauga, Ontario
L5W 1L8
Canada

**NNI – DI 4211 – 10-27-10**

CELESTICA HOLDINGS PTE LTD.
1 Sophia Road
#05-03  Peace Centre
Singapore (228149)

**NNI – DI 4211 – 10-27-10**

BWCS, Ltd.
6 Worcester Road
Ledbury
Herfordshire
HR8 1PL
United Kingdom

**NNI – DI 4211 – 10-27-10**

CELESTICA THAILAND LTD.
49/18 Moo 5,
Laem Chabang Industrial Estate, Tungsukla
Sriracha, Chon Buri
Thailand 20230

**NNI – DI 4211 – 10-27-10**

INFORMATICS INTERNATIONAL LTD
104, Kitulwatta Road,
Colombo 8
Sri Lanka

**NNI – DI 4211 – 10-27-10**

ACE TECHNOLOGIES CORP.
24B-4L Namdong Industrial Complex
Nonhyeon-dong
Namdong-gu
Incheon-si, 405-849
South Korea

**NNI – DI 4211 – 10-27-10**

ACE TECHNOLOGIES CORP.
156B 6L, 727-5, Kojan-Dong
Namdong-Gu
Incheon Kwangyuk-Shi, 405-310
South Korea