## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fourth Supplemental Declaration of James J. Regan In Support Of The Application Of The Debtors Pursuant to 11 U.S.C. § 327(e) To Retain And Employ Crowell & Moring LLP As Special Counsel For Debtors *Nunc Pro Tunc* To January 14, 2009** was caused to be made on December 9, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: December 9, 2010

                                    */s/ Ann C. Cordo*
                                    Ann C. Cordo (No. 4817)

3953503.1