**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF (I) SECOND SUPPLEMENTAL MOTION RECORD, (II) BOOK OF AUTHORITIES, AND (III) FACTUM OF THE APPLICANTS FILED IN THE CANADIAN PROCEEDINGS IN SUPPORT OF ENFORCEMENT OF <u>SALE AGREEMENT WITH GENBAND INC.</u>**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on December 10, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel, filed in the above-captioned cases the (i) Second Supplemental Motion Record of the Applicants, (ii) Book of Authorities of the Applicants, and (iii) Factum of the Applicants, each filed in the Canadian Proceedings in support of the enforcement of the terms of a sale agreement with GENBAND Inc. and respectively annexed hereto as <u>Exhibits A-C</u> (together, the "**GENBAND Support Documents**"). A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on December 15, 2010.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that copies of the GENBAND Support Documents are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: December 10, 2010      **BUCHANAN INGERSOLL & ROONEY PC**
      Wilmington, Delaware

/s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 North Market Street
Suite 1900
Wilmington, Delaware 19801-1228
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email:  mary.caloway@bipc.com
      mona.parikh@bipc.com

-and-

Ken Coleman
Lisa Kraidin
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email:  ken.coleman@allenovery.com
      lisa.kraidin@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*