# <u>EXHIBIT B</u>

Commercial List Court File No. 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

# FACTUM OF THE APPLICANTS

CVAS Dispute
(Motion returnable December 15, 2010)

December 9, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC#: 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

TO:    The Service List

*November, 2010*

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO: **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Tony Reyes
Jennifer Stam

Email: dtay@ogilvyrenault.com
treyes@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel: 416.216.4000
Fax: 416.216.3930

Lawyers for the Applicants

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON M5K 1J7

Murray McDonald
Brent Beekenkamp

Email: nortel.monitor@ca.ey.com

Tel: 416.943.3016
Fax: 416.943.3300

AND TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email: jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
fmyers@goodmans.ca
carmstrong@goodmans.ca

Tel: 416.597.4107
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND TO: **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email: lbarnes@osler.com
rchartrand@osler.com
esellers@osler.com
ahirsh@osler.com

Tel: 416.362.2111
Fax: 416.862.6666

Lawyers for the Boards of Directors of Nortel Networks Corporation and Nortel Networks Limited

AND TO: **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email: dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel: 416.868.3538
Fax: 416.364.7813

Lawyers for Export Development Canada

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email: jsullivan@edc.ca

Tel: 613.597.8651
Fax: 613.598.3113

AND TO: **THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON M5K 1K7

Robert I. Thornton
Rachelle Moncur
Leanne M. Williams

Email: rthornton@tgf.ca
rmoncur@tgf.ca
lwilliams@tgf.ca

Tel: 416.304.1616
Fax: 416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email: john.stringer@mcinnescooper.com
stephen.kingston@mcinnescooper.com

Tel: 902.425.6500
Fax: 902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart

Email: jcarhart@millerthomson.com

Tel: 416.595.8615/8577
Fax: 416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email: barry.wadsworth@caw.ca
lewis.gottheil@caw.ca

Tel.: 416.495.3776
Fax: 416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

AND TO: **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email: hharrison@boughton.ca

Tel: 604.687.6789
Fax: 604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd., in its capacity as duly authorized agent for Holdings 1506 Enterprises Ltd.

AND TO: **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email: mmacnaughton@blgcanada.com
Tel: 416. 367.6646
Fax: 416. 682.2837

Email: rjaipargas@blgcanada.com
Tel: 416.367.6266
Fax: 416.361.7067

Email: srappos@blgcanada.com
Tel: 416.367.6033
Fax: 416.361.7306

Lawyers for Bell Canada

AND TO: **LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON M5J 2T7

John Contini
Aaron Rousseau

Email jcontini@langmichener.ca
Tel: 416.307.4148
Fax: 416.304.3767

Email arousseau@langmichener.ca
Tel: 416.307.4081
Fax: 416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND TO: **SISKINDS LLP**
680 Waterloo Street
London, ON N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email: ray.leach@siskinds.com
dimitri.lascaris@siskinds.com
monique.radlein@siskinds.com

Tel: 519.672.2121
Fax: 519.672.6065

Lawyers for Indiana Electrical Workers Pension Trust Fund IBEW, Laborers Local 100 and 397 Pension Fund, and Bruce William Lapare

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email: zychk@bennettjones.com
Tel: 416.777.5738
Fax: 416.863.1716

Email: orzyr@bennettjones.com
Tel: 416.777.5737
Fax: 416.863.1716

Email: finlaysong@bennettjones.com
Tel: 416.777.5762
Fax: 416.863.1716

Canadian Lawyers for The Informal Nortel Noteholder Group

AND TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email: mzigler@kmlaw.ca
Tel: 416.595.2090
Fax: 416.204.2877

Email: sphilpott@kmlaw.ca
Tel: 416.595.2104
Fax: 416.204.2882

Email: dyiokaris@kmlaw.ca
Tel: 416.595.2130
Fax: 416.204.2810

Email: amckinnon@kmlaw.ca
Tel: 416.595.2150
Fax: 416.204.2874

Email: cpoltak@kmlaw.ca
Tel: 416.595.2701
Fax: 416.204.2909

Lawyers for the Former Employees of Nortel

AND TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email: mzigler@kmlaw.ca
Tel: 416.595.2090
Fax: 416.204.2877

Email: sphilpott@kmlaw.ca
Tel: 416.595.2104
Fax: 416.204.2882

Email: dyiokaris@kmlaw.ca
Tel: 416.595.2130
Fax: 416.204.2810

Email: amckinnon@kmlaw.ca
Tel: 416.595.2150
Fax: 416.204.2874

Email: cpoltak@kmlaw.ca
Tel: 416.595.2701
Fax: 416.204.2909

Lawyers for the LTD Beneficiaries

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:    416.595.8695

Email:   msims@millerthomson.com
Tel:     416.595.8577
Fax:    416.595.8695

Email:   jmklotz@millerthomson.com
Tel:     416.595.4373
Fax:    416.595.8695

Lawyers for LG Electronics Inc.

AND
TO:

**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:   joseph.kim@lge.com

Tel:     +82.2.3777.3171
Fax:    +82.2.3777.5345

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:    416.595.8695

Email    msims@millerthomson.com
Tel:     416.595.8577
Fax:    416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND
TO:

**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:   harvey@chaitons.com

Tel:     416.218.1129
Fax:    416.218.1849

Lawyers for IBM Canada Limited

AND TO:   **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:   ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:     416.646.4301

Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

AND TO:   **FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
           Alex.macfarlane@fmc-law.com
           Michael.wunder@fmc-law.com
           ryan.jacobs@fmc-law.com

Tel:      416.863.4511
Fax:     416.863.4592

Canadian Lawyers for the Official Committee of Unsecured Creditors

AND TO:   **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:   patrick.shea@gowlings.com

Tel:      416.369.7399
Fax:     416.862.7661

Lawyers for Westcon Group

AND TO:   **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:   rslattery@mindengross.com
           dullmann@mindengross.com
Tel:      416.369.4149
Fax:     416.864.9223

Lawyers for Verizon Communications Inc.

AND TO: **AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Harry Fogul
Peter K. Czegledy

Email: hfogul@airdberlis.com
Tel: 416.865.7773
Fax: 416.863.1515

Email: pczegledy@airdberlis.com
Tel: 416.865.7749
Fax: 416.863.1515

Lawyers for Microsoft Corporation

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email: renglish@airdberlis.com
smitra@airdberlis.com

Tel: 416.863.1500
Fax: 416.863.1515

Lawyers for Tata Consultancy Services Limited and Tata America International Corporation

AND TO: **ALEXANDER HOLBURN BEAUDIN & LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia V7Y 1B8

Sharon M. Urquhart

Email: surquhart@ahbl.ca
Tel: 604.484.1757
Fax: 604.484.1957

Lawyers for Algo Communication Products Ltd.

AND TO: **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email: jwigley@gardiner-roberts.com
Tel: 416.865.6655
Fax: 416.865.6636

Email: vdare@foglers.com
Tel: 416.865.6641
Fax: 416.865.6636

Lawyers for Andrew, LLC

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel: 416.865.7726
Fax: 416.863.1515

Email: iaversa@airdberlis.com
Tel: 416.865.3082
Fax: 416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Maurice Fleming

Email: mfleming@millerthomson.com
Tel: 416.595.8686
Fax: 416.595.8695

Lawyers for Verint Americas Inc. and Verint Systems, Inc.

AND TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:    bdarlington@davis.ca
Tel:       416.365.3529
Fax:      416.369.5210

Email:    jdavissydor@davis.ca
Tel:       416.941.5397
Fax:      416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services


AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:    sgraff@airdberlis.com
Tel:       416.865.7726
Fax:      416.863.1515

Email:    iaversa@airdberlis.com
Tel:       416.865.3082
Fax:      416.863.1515

Lawyers for Perot Systems Corporation


AND TO:
**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:    dgrieve@casselsbrock.com
Tel:       416.860.5219
Fax:      416.350.6923

Lawyers for Alvarion Ltd.


AND TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:    andrew.kent@mcmillan.ca
Tel:       416.865.7160
Fax:      416.865.7048

Email:    hilary.clarke@mcmillan.ca
Tel:       416.865.7286
Fax:      416.865.7048

Email:    tushara.weerasooriya@mcmillan.ca
Tel:       416.865.7262
Fax:      416.865.7048

Lawyers for Royal Bank of Canada


AND TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:    lawrence.crozier@mcmillan.ca
Tel:       416.865.7178
Fax:      416.865.7048

Email:    adam.maerov@mcmillan.ca
Tel:       416.865.7285
Fax:      416.865.7048

Lawyers for Citibank


AND TO:
**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:    dmagisano@blaney.com
Tel:       416.593.2996
Fax:      416.593.5437

Lawyers for Expertech Network Installation Inc.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:     416.865.6636

Email:   vdare@foglers.com
Tel:      416.865.6641
Fax:     416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:   smitra@airdberlis.com

Tel:      416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Aaron Rousseau

Email:   arousseau@langmichener.ca
Tel:      416.307.4081
Fax:     416.365.1719

Lawyer for Right Management Inc.

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:   bleonard@casselsbrock.com
            hgarman@casselsbrock.com
            mcasey@casselsbrock.com

Tel:      416.860.6455
Fax:     416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND
TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:    pklepsoe@mcfarlanelaw.com

Tel:      613.233.2679
Fax:      613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management,
Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:    theintzm@mccarthy.ca
Tel:      416.601.7627
Fax:      416.868.0673

Email:    jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:      416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:

**COLBY, MONET DEMERS, DELAGE &
CREVIER LLP**
Tour McGill College
1501 McGill College Avenue
Suite 2900
Montreal, Quebec  H3A 3M8

David J. Dropsy

Email:    ddropsy@colby-monet.com
Tel:      514.284.3663
Fax:      514.284.1961

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:    janice.payne@nelligan.ca
          steven.levitt@nelligan.ca
          christopher.rootham@nelligan.ca

Tel:      613.231.8245
Fax:      613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND TO: **BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario M5J 2T3

Chris Besant
Lydia Salvi

Email: chris.besant@bakernet.com

Tel: 416.865.2318
Fax: 416.863.6275

Email: lydia.salvi@bakernet.com

Tel: 416.865.6944
Fax: 416.863.6275

Lawyers for Jabil Circuit Inc.

AND TO: **SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec H9S 2A5

Dan Goldstein
Marco Gaggino

Email: dgoldstein@schneidergaggino.com
mgaggino@schneidergaggino.com

Tel: 514.631.8787
Fax: 514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND TO: **EURODATA**
2574 Sheffield Road
Ottawa, Ontario K1B 3V7

Nanci Shore

Email: nanci@eurodata.ca
Tel: 613.745.0921
Fax: 613.745.1172

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email: ryanbellr@bennettjones.com
laugesenm@bennettjones.com

Tel: 416.863.1200
Fax: 416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and Tel-e Connect Systems (Toronto) Ltd.

AND TO: **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario M5H 4G2

Timothy R. Dunn

Email: tdunn@mindengross.com
Tel: 416.369.4335
Fax: 416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO: **BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email: Ibrady@baldwinlaw.ca
Tel: 613.771.9991
Fax: 613.771.9998

Lawyers for Sydney Street Properties Corp.

AND
TO:
**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:      714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND
TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:  iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :   416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :   416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:
**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :   jysimard@lavery.ca
Tel :      514.871.1522
Fax :      514.871.8977

Lawyers for Texas Landlords to Nortel
Networks Inc.

AND
TO:
**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:      714.998.4351

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:  david.cohen@gowlings.com

Tel:    416.369.6667
Fax:    416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:    bdarlington@davis.ca
Tel:      416.365.3529
Fax:      416.369.5210

Email:    jdavissydor@davis.ca
Tel:      416.941.5397
Fax:      416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:  rschwill@dwpv.com
Tel:    416.863.0900
Fax:    416.863.0871

Email:  mgottlieb@dwpv.com
Tel:    416.863.0900
Fax:    416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:

**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Lawyers for William A. Owens

AND TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:  lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:    416.863.6275

Lawyers for Wipro Limited

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:     416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:     416.865.3082
Fax:    416.863.1515

Lawyers for the Current and Former Employees of Nortel Networks Inc. who are or were Participants in the Long-Term Investment Plan Sponsored by Nortel Networks Inc.

AND TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:     416.601.8342
Fax:    416.868.0673

Lawyers for Hitachi Communications Technologies, Ltd.

AND TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:  sbomhof@torys.com
Tel:     416.865.7370
Fax:    416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:     416.973.3172
Fax:    416.973.0810

AND TO:

**LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email:  sseigel@langmichener.ca
Tel:     416.307.4063
Fax:    416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson
(publ)

AND
TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Email:  rstabile@mccarthy.ca
Tel:    416.601.8335
Fax:    416.868.0673

Lawyers for Avaya Inc.

AND
TO:
**SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario  M5G 2G8

James McDonald
Darrell Brown

Email:  jmcdonald@sgmlaw.com
Tel:    416.979.6425
Fax:    416.591.7333

Email:  dbrown@sgmlaw.com
Tel:    416.979.4050
Fax:    416.591.7333

Lawyers for Edmund Fitzgerald

AND
TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:  jspiegelman@foglers.com
Tel:     416.864.9700
Fax:    416.941.8852

Lawyers for Belden (Canada) Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:  gncameron@stikeman.com
Tel:     212.845.7464
Fax:    212.371.7087

Email:  rferguson@stikeman.com
Tel:     212.845.7477
Fax:    212.371.7087

Lawyers for GENBAND Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:  sdunphy@stikeman.co m
Tel:     416.869.5662
Fax:    416.947.0866

Lawyers for GENBAND Inc.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:  jmarshall@blgcanada.com
Tel:     416.367.6024
Fax:    416.361.2763

Email:  chill@blgcanada.com
Tel:     416.367.6156
Fax:    416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:     613.241.2701
Fax:    613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND
TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:  jrochon@rochongenova.com
Tel:     416.363.1867
Fax:    416.363.0263

Lawyers for the Opposing LTD Employees

AND TO: **BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:   pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:   jeremy.forgie@blakes.com
Tel:     416.863.3888
Fax:     416.863.2653

Lawyers for The Northern Trust Company,
Canada

AND TO: **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:   lschweitzer@cgsh.com
         jbromley@cgsh.com
Tel:     212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND TO: **LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email:   wpepall@lerners.ca
Tel:     416.601.2352
Fax:     416.867.2415

Lawyers for the Former Employees in Respect
of the Distribution of the Corpus of the Health
and Welfare Trust

AND TO: **MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:   kyle.kashuba@macleoddixon.com
Tel:     403.267.8399
Fax:     403.264.5973

Constellation NewEnergy Canada Inc.

AND TO: **SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:   pengelmann@sgmlaw.com
Tel:     613-482-2452
Fax:     613-235-3041

Email:   fcampbell@sgmlaw.com
Tel:     613-482-2451
Fax:     613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the
Distribution of the Corpus of the Health and Welfare
Trust

AND TO: **LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

D. Brent McPherson

Email:   bmcpherson@langmichener.ca
Tel:     416.307.4103
Fax:     416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to Wachovia
Bank, N.A., in its capacity as Servicer for the Nortel
Networks Pass-Through Trust, Series 1-1

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

Barbara J. Boake
James D. Gage

E-mail: bboake@mccarthy.ca
Tel: 416.601.7557
Fax: 416.868.0673

Email: jgage@mccarthy.ca
Tel: 416.601.7539
Fax: 416.686.0673

Lawyers for Morneau Sobeco Limited Partnership

AND TO: **DAVID STEER**
10 Cypress Court
Nepean, ON K2H 8Z8

E-mail: davidsteer127@sympatico.ca

**COURTESY COPIES:**

AND TO: **LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email: sbrown@lrlaw.com

Tel: 602.262.5321
Fax: 602.734.3866

Lawyers for The Prudential Insurance Company of America

AND TO: **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail: sreisman@curtis.com
jdrew@curtis.com

Tel: 212.696.6000
Fax: 212-697-1559

Lawyers for Flextronics International

AND TO: **AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara

Email: fhodara@akingump.com

Tel: 212.872.1000
Fax: 212.872.1002

U.S. Lawyers for the Official Committee of Unsecured Creditors

AND TO: **MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email: DDunne@milbank.com
Tel: 212.530.5770
Fax: 212.530.5219

Email: ALeblanc@milbank.com
Tel: 212.835.7574
Fax: 212.530.5219

Email: APisa@milbank.com
Tel: 212.530.5319
Fax: 212.530.5219

U.S. Lawyers for The Informal Nortel Noteholder Group

AND
TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:      212.407.6920
Fax:     212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND
TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta  T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :  andrew.robertson@macleoddixon.com
            caylee.rieger@macleoddixon.com

Tel :    403.267.8222
Fax :   403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND
TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:   eric.prezant@bryancave.com
Tel:       312.602.5033
Fax:      312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :   212.906.1373
Fax :   212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

# FACTUM OF THE APPLICANTS CVAS DISPUTE (MOTION RETURNABLE DECEMBER 15, 2010)

## PART I - OVERVIEW

1. On March 3, 2010, this Court made an Order (the "Approval and Vesting Order") approving the Asset Sale Agreement dated as of December 22, 2009, by and among Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Inc. ("NNI") and the other parties identified therein as "Sellers", as sellers,[1] and Genband Inc. (n/k/a Genband US LLC) ("Genband"), as purchaser, as amended (the "Sale Agreement"). The U.S. Court[2] also approved the Sale Agreement on the same day.[3]

---

[1] For ease of reference and for the purposes of this motion only, all of the Nortel selling parties are referred to collectively herein as "Nortel".
[2] As defined below.
[3] Doolittle Affidavit sworn November 30, 2010 ("Doolittle Affidavit"), Motion Record, Tab 2, p. 32, para. 12.

2.    The Sale Agreement provided for the sale of Nortel's Carrier Voice Over IP and Application Solutions business (the "CVAS Business") to Genband.[4]

3.    The Sale Agreement anticipated a post-closing adjustment of the purchase price.[5] A dispute has arisen over the adjustment.  The Applicants ask for this Court's determination that:

      (a)    the dispute as to the proper interpretation of the Sale Agreement approved by this Court is within the jurisdiction of this Court; and

      (b)    the correct final purchase price (the "Final Purchase Price") is $182,052,761.[6]

4.    A similar motion is pending before the United States Bankruptcy Court (the "U.S. Court") in NNI's Chapter 11 proceedings.  Genband has also brought a cross-motion in the U.S. Court for a determination that the dispute is subject to the accounting arbitration provision of the Sale Agreement.[7]

5.    By agreement of the parties, the motion is proceeding in two stages:

      (a)    A threshold determination as to jurisdiction; and

      (b)    A subsequent determination of the merits of the correct purchase price amount.

---

[4] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at para. 12.
[5] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at para. 13.
[6] Note: The Doolittle Affidavit refers to the Final Purchase Price as being $179,508,745.  However, the associated calculations have been further revised, and as referred to in the Debtors' Objection to Motion of Genband Inc. for Entry of Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration ("Debtors' Objection to Genband Motion"), Second Supplemental Motion Record, Tab 1D, p. 200 (footnote 4), Nortel's Final Purchase Price is now $182,0525,761.
[7] Doolittle Affidavit, Motion Record, Tab 2, p. 37, para. 31

6.      Ultimately, the dispute before this Court is one of contract and law, not arithmetic and accounting.  Prior to Closing (as defined below), Genband and Nortel agreed to the applicable contract principles and calculations and established an estimated purchase price (the "Estimated Purchase Price Statement").  In calculating the Estimated Purchase Price, the parties applied the clear terms of the definition of Deferred Profit Amount that deducted only "deferred revenues for services to be performed or products to be provided by the Business after the Closing Date."[8]

7.      Notwithstanding its prior agreement, Genband delivered a written closing statement (the "Closing Statement") directly contrary to these principles.  Without explanation, Genband's calculation of the Final Purchase Price in the Closing Statement ignored the contract and expropriates to Genband the benefit of services performed before Closing.[9]

8.      Genband has, to date, filed no evidence before this Court.  Indeed, its sole position[10] is that because the parties differ upon the final number, the debate is entirely subject to the accounting arbitration provision of the Sale Agreement.

9.      The scope of an arbitration clause in a commercial agreement that directs all inter-parties disagreements to arbitration is to be interpreted broadly.  Conversely, where the parties have expressly reserved the Court's jurisdiction, an arbitration clause must be carefully circumscribed to its proper subject matter.  In these circumstances, a contest over contractual

---

[8] Doolittle Affidavit, Motion Record, Tab 2, p. 32 , at para. 13.

[9] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at para. 16, and p. 35, at para. 22.

[10] As expressed in Genband's materials filed in the U.S. Court: Motion of Genband Inc. for Entry of an Order Pursuant to to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration, Supplemental Motion Record, Tab 1A.

principles cannot be converted to an "accounting dispute" by the mere fact of differing numbers arising from that contest.

## PART II - THE FACTS

### A. Background

10. On January 14, 2009, NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") by Order of this Honourable Court.[11]

11. On that same day, NNC's U.S. subsidiaries, including NNI (the "U.S. Debtors"), made voluntary filings in the U.S. Court under Chapter 11 of the United States Bankruptcy Code (the "Code").[12]

12. On January 15, 2009, Nortel Networks UK ("NNUK") and certain subsidiaries of the Nortel group incorporated in Europe, the Middle East or Africa obtained an administration order for the appointment of administrators from the High Court of England and Wales under the Insolvency Act 1986.[13]

### B. Sale of the CVAS Business

#### i. The Undisputed Estimated Purchase Price

13. On January 6, 2010, this Court granted an Order (the "Bidding Procedures Order") approving the Sale Agreement among Genband and Nortel as well as certain bidding

---

[11] Doolittle Affidavit, Motion Record, Tab 2, p. 31, at para. 5.
[12] Doolittle Affidavit, Motion Record, Tab 2, p. 31, at para. 5.
[13] Doolittle Affidavit, Motion Record, Tab 2, p. 31, at paras. 6 and 7.

procedures for a sales process of the CVAS Business to Genband. After obtaining the Bidding Procedures Order, Nortel implemented the sales process.[14]

14. Following the sales process, this Court and the U.S. Court approved the Sale Agreement by granting the Approval and Vesting Order in Canada, and the U.S. Sale Order in the U.S.[15]

15. As contemplated by the Sale Agreement, on May 25, 2010, Nortel delivered the Estimated Purchase Price Statement to Genband. The Estimated Purchase Price Statement provided for an estimated Deferred Profit Amount (as defined below) of $37,867,000 and an estimated Purchase Price of $182,649,000. In calculating the Estimated Purchase Price, Nortel applied the definition of Deferred Profit Amount sought to be enforced in this Motion; only "deferred revenues for services to be performed or products to be provided by the Business after the Closing Date" were included.[16]

16. Genband accepted the Estimated Purchase Price Statement from Nortel without reservation or qualification.[17]

17. The sale of the CVAS Business to Genband closed on May 28, 2010 (the "Closing").[18]

---

[14] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at paras. 11-12.
[15] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at para. 12.
[16] Doolittle Affidavit, Motion Record, Tab 2, p. 31, at para. 5.
[17] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at para. 13.
[18] Doolittle Affidavit, Motion Record, Tab 2, p. 32, at para. 13.

### ii. Principles for Establishment of the Deferred Profit Amount

18. The provisions for arriving at a purchase price adjustment under the Sale Agreement are set out in the Sale Agreement. Section 2.2.3.1(a) of the Sale Agreement provides that the purchase price adjustment shall be calculated by adding various assets, and subtracting various liabilities, one of which is the Deferred Profit Amount, from the Base Purchase Price of $282,000,000.[19] "Deferred Profit Amount" is defined in the Sale Agreement as:

> both short term and long term (i) deferred revenues for services to be performed or products to be provided by the Business after the Closing Date but for which an account receivable has been recorded or cash has been received prior to the Closing Date minus (ii) associated deferred costs to the extent incurred by the Business prior to the Closing Date in connection with such products or services, in each case, that would be required to be reflected on a balance sheet of the Business..[f]or the avoidance of doubt, the Deferred Profit Amount will include advance billings and deferred revenue consistent with Nortel Accounting Principles.[20] [emphasis added]

In effect, the Deferred Profit Amount adjustments provides that Genband should be entitled to reduce the purchase price where Nortel had already received value for services to be provided after Closing.

### iii. The Closing Statement

19. On September 15, 2010, Genband delivered the Closing Statement to Nortel. The Closing Statement contained Genband's statement of the post-closing purchase price adjustments.

---

[19] Sale Agreement, Motion Record, Tab 2A, p. 93.
[20] Sale Agreement, Motion Record, Tab 2A, p. 56.

20.    The Deferred Profit Amount in the Closing Statement reflects deferred revenues for services to be performed or products to be provided by the Business before the Closing Date. Instead of ascribing value to Genband for work it had to do or has to do, Genband has attempted to extract value for work already done by Nortel. [21]

21.    As a result of Genband's inclusion of such amounts, the Final Purchase Price is reduced from the Base Purchase Price of $282,000,000 to $142,904,000.

### iv.    The Disagreement Notice

22.    On October 13, 2010, Nortel delivered to Genband a written disagreement notice. Nortel subsequently delivered to Genband a corrected disagreement notice to account for certain small calculation errors that are not relevant to the within dispute (the "Disagreement Notice").

23.    In the Disagreement Notice, Nortel asserts that the Deferred Profit Amount in the Closing Statement should be reduced by $38,829,424[22], in order to remove the inappropriately included deferred revenues in Genband's calculation. Thus, the final purchase price in the Disagreement Notice according to Nortel' calculation is $182,052,761[23].

24.    The Deferred Profit Amount in the Disagreement Notice was arrived at by applying the same criteria as was used to arrive at the Deferred Profit Amount in the Estimated Purchase Price Statement.

---

[21] Doolittle Affidavit, Motion Record, Tab 2, p. 34, at para. 16.
[22] This number has been updated to reflect the revised amount as contained in Debtors' Objection to Genband Motion, Second Supplemental Motion Record, Tab 2D, p. 200 (footnote 4).
[23] This number has been updated to reflect the revised amount as contained in Debtors' Objection to Genband Motion, Second Supplemental Motion Record, Tab 2D, p. 200 (footnote 4).

- 38 -

### v. Events Since The Disagreement Notice

25. On November 17, 2010, the U.S. Debtors filed a motion (the "U.S.Motion") to have the U.S. Court enforce the terms of the Sale Agreement. The Applicants' brought this companion motion on November 30, 2010. On December 1, 2010, Genband objected to the U.S. Motion, and subsequently on December 3, 2010, the U.S. Debtors filed a response to Genband's objection.[24]

26. On November 18, 2010, Genband filed a motion (the "Genband Motion") for relief from the stay under the Code and to compel arbitration of the dispute. In its motion, Genband neither addresses nor acknowledges the earlier-filed motion of the U.S. Debtors, but instead sought to demand that the Court refer the matter to an accounting arbitrator without offering any explanation of its calculation of the Deferred Profit Amount. To date, Genband has not brought a similar motion in Canada. On December 1, 2010, the U.S. Debtors and the Applicants filed objections to the Genband motion.[25]

27. In the U.S. Debtors' Objection to Genband's motion, Nortel reported that employees of the U.S. Debtors and Genband, working together, had recently agreed upon the calculation of certain other accounting deferred revenue line items relating to a Telus Communications contract which was substantially completed as of the Closing Date that generate an additional adjustment to the Deferred Profit Amount and result in a revision of the Nortel Final Purchase

---

[24] Objection of Genband Inc to the Debtors' Motion for Entry of an order Enforcing the Order Authorizing the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Application Solutions Business, and Directing the Release of Certain Escrowed Funds, Second Supplemental Motion Record, Tab 1B; Debtors' Reply in Further Support of their Motion to Enforce the CVAS Sale Order and for Related Relief ("Debtors Reply"); Second Supplemental Motion Record, Tab 1C.

[25] Debtors' Objection to Genband Motion, Second Supplemental Motion Record, Tab 1D; Response, Request for Joint Hearing and Reservation of Rights of the Canadian Nortel Debtors to the Motion of Genband Inc. for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration, Supplemental Motion Record, Tab 1A.

Price calculation. After such a revision, Nortel's Final Purchase Price calculation is $182,052,761. Nortel intends to serve an amended Disagreement Notice on Genband to reflect this additional amount.[26]

## PART III - ISSUE

28. Can Genband, by the mere assertion of differing final amounts, avoid this Court's jurisdiction over the Sale Agreement?

## PART IV - THE LAW

### A. Court's authority to enforce the Sale Agreement

29. Genband is effectively attempting to rewrite its obligations under the Sale Agreement. The result is a drastic reduction to the purchase price contrary to the expectations of the parties and stakeholders at the time of execution of the Sale Agreement, approval by this Court and the U.S. Court, and Closing. The Court necessarily retains its jurisdiction to adjudicate such efforts to rewrite agreements approved under its Orders.

30. The sale of the CVAS Business occurred as a component of the Applicants' CCAA proceedings. This Court approved the Sale Agreement within the context of those proceedings and retains jurisdiction over it.

31. Moreover, section 10.6(b) of the Sale Agreement provides that any relief sought by a party to the Sale Agreement in relation to the Sale Agreement or the transaction it contemplates <u>shall</u> be brought in front of this Court or the U.S. Court:

---

[26] Debtors' Objection to Genband Motion, Second Supplemental Motion Record, Tab 1D, p. 200 (footnote 4).

> To the fullest extent permitted by applicable Law, each Party: (i) agrees that any claim, action or proceeding by such Party seeking any relief whatsoever arising out of, or in connection with, this Agreement, or the transactions contemplated hereby shall be brought only in (a) either the U.S. Bankruptcy Court, if brought prior to the entry of a final decree closing the Chapter 11 Cases, or the Canadian Court, if brought prior to the termination of the CCAA Cases,...[27]

32. Any claim for arbitration is, moreover, restricted to and circumscribed by the precise provisions of the arbitration clause itself and the scheme of the Sale Agreement.[28]

33. There is no general arbitration clause in the Sale Agreement, such as is found in many commercial agreements. There is, in fact, only one exception to the Submission to Jurisdiction Clause: Section 2.2.3.1(c) (the "Arbitration Provision").

34. Courts routinely distinguish between broad arbitration clauses and narrow arbitration clauses. [29] Here, the Arbitration Provision is narrow in scope. It carves out a specific category of dispute concerning accounting expertise to be arbitrated by an Accounting Arbitrator:

> If the Main Sellers, the EMEA Sellers and the Purchaser are unable to resolve any disagreement as contemplated by Section 2.2.3.1(b) within fifteen (15) days after delivery of a Disagreement Notice by the Main Sellers and EMEA Sellers, the Independent Auditor shall serve as arbitrator (the "**Accounting Arbitrator**") to resolve such disagreement. The Primary Parties and the Joint Administrators on behalf of the EMEA Sellers shall instruct the Accounting Arbitrator to consider only those items and amounts set forth in the Closing Statement as to which the Main Sellers, the EMEA Sellers and the Purchaser have not resolved their disagreement and to

---

[27] Sale Agreement, Motion Record, Tab 2A, p.176.

[28] *Ontario v. Abilities Frontier Co-operative Homes Inc.*, [1996] O.J. No. 2586 at paras. 28-29 (Gen. Div.), leave to appeal refused [1997] O.J. No. 238 (C.A.) ("*Abilities Frontier Co-operative*").

[29] *T1T2 Limited Partnership v. Canada*, [1994] O.J. No. 2614 (Gen. Div.), at para. 13.

> conduct such proceedings as it considers necessary to resolve such disagreement.[30]

35. It is well established that parties to an agreement containing an arbitration clause are not presumed to have agreed to submit all matters which may take place between them to arbitration.[31] The scope of an arbitration agreement is limited to disputes falling within its terms, and that other disputes must be dealt with by a court.

36. The arbitration provision must be interpreted to determine whether the parties have agreed that a particular issue will be submitted to arbitration.[32] Such a determination can not be made without considering the context: "the scope of each arbitration clause has to be determined in light of its particular language and the nature of the relationship between the parties".[33] This is particularly so when dealing with narrow arbitration provisions.[34] The law in the U.S. is substantively similar in this regard.[35]

37. Under the plain language of the Sale Agreement, this dispute, while clearly involving dollar amounts, is fundamentally legal in nature. The issue involves the proper interpretation of the Sale Agreement and, in particular, the appropriate interpretation of "Deferred Profit Amount" under the Agreement, and possibly also the question of whether oral discussions

---

[30] Asset Sale Agreement, Motion Record, Tab 2A, p. 94
[31] *Cut & Run Holdings Ltd. v. Booze Bros. Holdings Inc.*, [2005] B.C.J. No. 229 (B.C.S.C.) ("*Cut & Run*"), at para. 40.
[32] *Cut & Run*, at para. 40.
[33] *Abilities Frontier Co-operative*, paras. 28 and 33 (Gen. Div.), leave to appeal refused [1997] O.J. No. 238 (C.A.).
[34] *Abilities Frontier Co-operative*, at paras. 28-29 and 33; *Cut & Run*, at para. 41.
[35] Debtors' Reply, Supplemental Motion Record, Tab 1C, see pp. 190-193; see for example: *E*Trade Fin. Corp. v. Deutsche Bank AG*, 420 F. Supp. 2d 273, 285 (S.D.N.Y. 2006), *Trap Rock Indus., Inc v Local 825, Int'l Union of Operating Eng'rs, AFL-CIO*, 982 F.2d 884, 888 n.5 (3d Cir. 1992), *RCM Techs, Inc. v. Construction Servs. Assocs, Inc.*, 149 F. Supp. 2d 109 (D. N.J. 2001), *HDS Inv. Holding Inc. v. Home Depot, Inc.*, CIV.A. 3968-CC, 2008 WL 4606262, at *5 (Del. Ch. Oct. 17, 2008).

between the parties prior to the signing of the Agreement can displace or inform the above definition.[36] These legal questions are both beyond the expertise of an accounting arbitrator, and necessarily beyond the narrow scope of the Arbitration Provision.

38. Genband relies on the fact that the parties agreed to arbitrate "any disagreement" concerning the determination of the Closing Statement. However, Genband ignores the fact that there must be a disagreement over accounting principles or that requires accounting expertise; Genband has not provided any evidence to show that the calculation of the Deferred Profit Amount in the Estimated Purchase Price was incorrect.

39. At the nub of Genband's Closing Statement is a deliberate strategem by Genband to re-write the Sale Agreement approved by both this Honourable Court and the U.S. Court. Such issues are squarely within the Court's supervisory jurisdiction.

## PART V - ORDER REQUESTED

40. The Applicants therefore seek an Order declaring that Genband's calculation of the Deferred Profit Amount in the Closing Statement is not a dispute that is subject to determination by an Accounting Arbitrator as a purchase price adjustment dispute pursuant to Section 2.2.3.1.(c) of the Sale Agreement and that this Court together with the U.S. Court have the exclusive authority and jurisdiction to hear the dispute relating to the Deferred Profit Amount.

[36] Doolittle Affidavit, Motion Record, Tab 2, p. 36, at para. 26.

**ALL OF WHICH IS RESPECTFULLY SUBMITTED**

December 9 , 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

**SCHEDULE "A"**
**LIST OF AUTHORITIES**

1. *Cut & Run Holdings Ltd. v. Booze Bros. Holdings Inc.*, [2005] B.C.J. No. 229 (B.C.S.C.).

2. *Ontario v. Abilities Frontier Co-operative Homes Inc.*, [1996] O.J. No. 2586 at para. 29 (Gen. Div.), leave to appeal refused [1997] O.J. No. 238 (C.A.).

3. *T1T2 Limited Partnership v. Canada*, [1994] O.J. No. 2614 (Gen. Div.).

## SCHEDULE "B"

## LIST OF US AUTHORITIES

1. *E*Trade Fin. Corp. v. Deutsche Bank AG*, 420 F. Supp. 2d 273, 285 (S.D.N.Y. 2006),
2. *Trap Rock Indus., Inc v Local 825, Int'l Union of Operating Eng'rs, AFL-CIO*, 982 F.2d 884, 888 n.5 (3d Cir. 1992),
3. *RCM Techs, Inc. v. Construction Servs. Assocs, Inc.*, 149 F. Supp. 2d 109 (D. N.J. 2001),
4. *HDS Inv. Holding Inc. v. Home Depot, Inc.*, CIV.A. 3968-CC, 2008 WL 4606262, at *5 (Del. Ch. Oct. 17, 2008).

**IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**FACTUM OF THE APPLICANTS**
**CVAS DISPUTE**
**(RETURNABLE DECEMBER 15, 2010)**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC#: 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants