**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                   Debtors. : Jointly Administered
:
:
---------------------------------------------------------------X

### STIPULATION RESOLVING PROOFS OF CLAIM NOS. 124 AND 1059

This stipulation (the "Stipulation") is entered into by and between Nortel Networks, Inc. (the "NNI Debtor") and City of Richardson ("Claimant", and together with the NNI Debtor, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, on January 14, 2009 and July 14, 2009 (the "Petition Dates"), the NNI Debtor and its affiliated debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (Case No. 09-10138 (KG) (Jointly Administered)); and

WHEREAS, the Bankruptcy Court established the general bar dates of September 30, 2009 (other than for claims against Nortel Networks (CALA) Inc.) and January 25, 2010 (for claims against Nortel Networks (CALA) Inc.) for filing proofs of claim in these cases; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, on January 15, 2009, the Bankruptcy Court entered an Order Pursuant to Sections 105(a), 363(b), 507(a)(8), and 541 of the Bankruptcy Code Authorizing Debtors to Remit and Pay Certain Taxes and Fees that, along with an Order Supplementing Certain of the First Day Orders issued on January 30, 2009 and a Supplemental Order Authorizing Debtors to Remit and Pay Certain Taxes and Fees issued on March 25, 2009 (together, "Tax Orders"), authorizes the NNI Debtor to remit and pay certain Taxes and Fees consistent with its customary practices in the ordinary course of business, including personal property and real property taxes;

WHEREAS, on or about February 2, 2009, Claimant filed secured proof of claim number 124 in the amount of $1,736,847.18 ("Claim No. 124"); and

WHEREAS, on or about April 30, 2009, Claimant filed secured proof of claim number 1059 in the amount of $868,423.59 ("Claim No. 1059"); and

WHEREAS, pursuant to the Tax Orders, the NNI Debtor made payments to Claimant in partial satisfaction of Claims 124 and 1059 (the "Claims"); and

WHEREAS, the Parties have engaged in arm's-length negotiations and, in order to avoid the cost and risk inherent in litigating the Claims, the Parties have agreed to this Stipulation to resolve their disputes; and

WHEREAS, the Parties have agreed that Claims No. 124 and 1059 will be withdrawn by Claimant upon receipt of payment by the NNI Debtor in the amount of $4,625.04 (the "Settlement Amount"), which amount represents unpaid post-petition interest.

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Resolution of Claims. Within five days of the approval of this Stipulation by the Bankruptcy Court and the expiration or waiver of the 14-day stay set forth in Rule 6004(h) of the

Federal Rules of Bankruptcy Procedure, the NNI Debtor will pay Claimant the Settlement Amount.

2. <u>Withdrawal of Claims</u>: Within five days of payment by the NNI Debtor of the Settlement Amount, Claimant will withdraw the Claims using the form attached hereto as Exhibit A.

3. <u>Release</u>. Upon the approval of this Stipulation by the Bankruptcy Court and the expiration or waiver of the 14-day stay set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, Claimant releases and forever discharges the Debtors and their respective current and former affiliates, subsidiaries, shareholders, directors, officers, employees, agents, attorneys, and their personal representatives, successors and assigns, from any and all liability from any claims, defenses, demands, liabilities and obligations, damages, actions, causes of action, setoffs, recoupments, costs and expenses (including, without limitation, attorney's fees), known or unknown, past or present, fixed or contingent, liquidated or unliquidated which Claimant now has or hereafter may have arising from or related to the Claims.

4. <u>No Further Claims</u>. Upon the approval of this Stipulation by the Court, Claimant shall be forever barred from filing any further proofs of claim against any of the Debtors in the Debtors' Chapter 11 cases arising out of pre-petition liabilities of the Debtors to the Claimant.

5. <u>Binding Effect</u>. This Stipulation and the Order approving the Stipulation shall be binding upon any successors or assigns of the Parties, including any trustee or receiver subsequently appointed in the Debtors' Chapter 11 cases.

6. <u>Entire Agreement</u>. This Stipulation constitutes the entire agreement between the Parties and supersedes all prior or contemporaneous written or oral communications,

understandings, and agreements with respect to the subject matter hereof and this Stipulation cannot be amended except by an authorized agreement between the Parties.

7. <u>No Transfer</u>. Claimant represents that it has not sold, assigned or otherwise transferred the Claims to a third party.

8. <u>No Admissions</u>. Each Party acknowledges and agrees that nothing in this Stipulation constitutes an admission or concession of any legal issue raised in or relating to the Claims.

9. <u>Costs and Expenses</u>. Each Party agrees to bear its own costs, expenses and attorneys' fees incurred in connection with the negotiations related to and preparation of this Stipulation and to not seek from each other reimbursement of any such costs, expenses or attorneys' fees.

10. <u>Jurisdiction</u>. The Bankruptcy Court shall retain jurisdiction over the implementation of this Stipulation and any disputes arising hereunder.

11. <u>Manner of Execution</u>. This Stipulation may be executed in counterparts, each of which shall be an original, and such counterparts shall be construed together as one instrument. Facsimile or pdf signatures shall be deemed original signatures.

12. <u>Court Approval</u>. All provisions of this Stipulation are subject to the approval of the Bankruptcy Court. In the event this Stipulation is not approved, the Parties reserve all of their rights and defenses with respect to the Claims and this proposed settlement shall not constitute an admission by the Debtors or their affiliates regarding the validity of the Claims or that they have any liability thereunder.

4

13. <u>Claims Register</u>. The Debtors, the Debtors claims' agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of the Court are authorized to take all necessary and appropriate actions to give effect to this Stipulation.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the Parties have executed this Stipulation.

Dated: December 7, 2010

| Nortel Networks Inc. | City of Richardson |
|---|---|
| By: *(signature)* <br> Jeff Wood <br> Director of Tax | By:_____ <br> Elizabeth Weller <br> Attorney for City of Richardson |

13. **Claims Register.** The Debtors, the Debtors claims' agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of the Court are authorized to take all necessary and appropriate actions to give effect to this Stipulation.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the Parties have executed this Stipulation.

Dated: December 7, 2010

Nortel Networks Inc.                                City of Richardson

By: _____              By: *Elizabeth Weller*
Jeff Wood                                                    Elizabeth Weller
Director of Tax                                         Attorney for City of Richardson

5

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                            :    Chapter 11
                                                 :
Nortel Networks Inc., *et al.*,[1]               :    Case No. 09-10138 (KG)
                                                 :
                    Debtors.                     :    Jointly Administered
                                                 :
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

City of Richardson hereby withdraws its proofs of claim with prejudice in the above-captioned cases (Proofs of Claim Nos. 124 and 1059).

Dated: [insert city and state]
       [insert date], 2010

                                                  Linebarger Goggan Blair & Sampson, LLP

                                                  Elizabeth Weller
                                                  2323 Bryan Street Suite 1600
                                                  Dallas, TX 75201
                                                  Tel. (214) 880-0089
                                                  Fax (469) 221-5002
                                                  dallas.bankruptcy@publicans.com

                                                  Counsel for City of Richardson

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.