**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE of the new mailing address for counsel to Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group:

>Buchanan Ingersoll & Rooney PC
>1105 North Market Street
>Suite 1900
>Wilmington, Delaware 19801-1228

Date: December 10, 2010
     Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

   /s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 North Market Street
Suite 1900
Wilmington, Delaware 19801-1228
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: mary.caloway@bipc.com
       mona.parikh@bipc.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

#1019017-v1