IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4552-4554 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2010, I caused to be served the:

   a. "Order Approving the Stipulation Resolving Proof of Claim No. 831 filed by Mack Thorpe, Jr.," dated December 7, 2010 [Docket No. 4552], (the "Thorpe Order"),

   b. "Order Approving the Stipulation Resolving Proof of Claim No. 494 filed by Pamela D. Richardson," dated December 7, 2010 [Docket No. 4553], (the "Richardson Order"),

   c. "Order Approving the Stipulation Resolving Proofs of Claim filed by Syselog SA," dated December 7, 2010 [Docket No. 4554], (the "Syselog Order"),

   by causing true and correct copies of the:

   i. Thorpe Order, Richardson Order and Syselog Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. Thorpe Order, to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to Mack Thorpe, Jr., 225 E. Worthington Avenue, Suite 200, Charlotte, NC 28203-4886,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Thorpe Ord, Richardson Ord, Syselog Ord_DI 4552-4554_AFF_12-7-10.doc

    iii.    Richardson Order, to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to Pamela D. Richardson, C/O Thomas McCarthy, Sr., Esq., 917 Ravens Head Road, Annapolis, MD 21405, and

    iv.    Syselog Order, to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to Syselog SA, C/O Howard A. Cohen, Drinkle Biddle & Reath LLP, 1100 N. Market Street, Suite 1000, Wilmington, DE 19801.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         Panagiota Manatakis

Sworn to before me this
8th day of December, 2010

Notary ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014