IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                Debtors.            :   Jointly Administered
                                                               :
                                                               :   Re: D.I. 4567
---------------------------------------------------------------X

## ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND AT&T REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

Upon consideration of the *Stipulation Between the Debtors and AT&T Regarding Production of Confidential Information* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, as agreed between Nortel Networks Inc. ("NNI") and AT&T (as defined in the Stipulation) (together, the "Parties");

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Dec. 10, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE