**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al*. | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 4347** |

**AFFIDAVIT OF MISTY KAWECKI IN SUPPORT OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION**

STATE OF TEXAS       )
                     )  ss:
COUNTY OF COLLIN    )

Misty Kawecki, CPA, being duly sworn, hereby deposes and says:

1. I am Corporate Controller and Vice President of Finance for GENBAND Holdings Company ("GENBAND Holding"). In that role, it is my responsibility to oversee all accounting applications and controls for subsidiaries of GENBAND Holding, including GENBAND US LLC ("GENBAND"). I have 15 years of accounting experience, having worked previously for McAfee, Inc (as Senior Director, Worldwide Revenue), Electronic Data Systems (as US GAAP Consultant), and Ernst & Young LLP (Assurance and Advisory Services).

2. I submit this affidavit (the "Affidavit") in support of GENBAND's *Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration* ("GENBAND's Motion") [D.I. 4347] and to aid the Court in interpreting the terms of the Asset Sale Agreement, dated as of December 22, 2009, by

and among Nortel Networks Inc. (collectively, with Nortel Networks Corporation and Nortel Networks Limited, "Nortel,"), GENBAND, and the entities identified as sellers therein (the "ASA"), approved by this Court's *Order Authorizing and Approving (A) the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Communications Solutions Business Free and Clear of All Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts*.  All terms not otherwise defined herein shall have the meaning ascribed to them under the ASA, which was attached as Exhibit B to GENBAND's Motion.

3. Deferred Profit Amount is defined on page 11 of the ASA as:

> as of the Closing date, both short term and long term (i) deferred revenues for services to be performed or products to be provided by the Business after the Closing Date but for which an account receivable has been recorded or cash has been received prior to the Closing Date *minus* (ii) associated deferred costs to the extent incurred by the Business prior to the Closing Date in connection with such products or services, in each case, that would be required to be reflected on a balance sheet of the Business as of such date prepared in accordance with GAAP applied in a manner consistent with the Nortel Accounting Principles (to the extent consistent with GAAP).  For the avoidance of doubt, the Deferred Profit Amount will include advance billings and deferred revenue consistent with Nortel Accounting Principles.

4. Calculating the Deferred Profit Amount thus requires calculation of deferred revenue "consistent with Nortel Accounting Principles."  Additionally, calculating deferred revenue requires reference to the Nortel Accounting Principles and generally accepted accounting principles ("GAAP") and determination of what "would be required to be reflected on a balance sheet of the Business" as of the Closing Date if "prepared in accordance with GAAP applied in a manner consistent with the Nortel Accounting Principles," to the extent they are consistent with GAAP.  As such, this calculation requires reference to balance sheets

provided by Nortel and creation of balance sheets in accordance with the Nortel Accounting Principles and GAAP.

5.  GAAP are the accounting rules used to prepare financial statements for publicly traded companies and many private companies in the United States.  The term "generally accepted accounting principles" has a specific meaning for accountants and financial statements auditors trained in the study of accounting.  In order for an accountant to competently interpret and apply GAAP to an entity's financial statements or elements of financial statements, the accountant must: 1) have extensive college training in the field of accounting and auditing; 2) gain years of on-the-job-training under the supervision of a certified public accountant ("CPA"); 3) obtain CPA certification; and 4) annually obtain continued professional education in the field of accounting and auditing.

6.  "Deferred revenue" is an accounting concept based on the proper time to recognize revenue with regards to a financial statement account.  Recognition of revenue is based on numerous accounting standards, pronouncements, and interpretations as promulgated by both authoritative accounting bodies and the Securities Exchange Commission in the United States and requires extensive accounting study and competency in applying revenue recognition principles.  The revenue recognition treatment for differing types of transactions are governed by distinct authoritative guidance, and within a particular type of transaction, the specific facts and circumstances may often govern the treatment of revenue recognition treatment within the authoritative guidance.  At its most fundamental level, "the recognition of revenue and gains of an entity during a period involves consideration of the following two factors, with sometimes one and sometimes the other being the more important consideration: a) being realized or

NY\1714224.8

realizable and b) being earned." Financial Accounting Standards Board, Accounting Standards Codification, Subtopic 605-10, Section 25, Paragraph 1.

7. The revenue recognition treatment for transactions involving the sale of software are, in addition to the fundamental criteria, governed by further accounting pronouncements and interpretations. For transactions involving the sale of software, revenue generally is realized or realizable and earned when all of the following criteria are met: 1) persuasive evidence of an arrangement exists, 2) delivery has occurred or services have been rendered, 3) the seller's price to the buyer is fixed or determinable, and 4) collectability is reasonably assured, with further consideration given to vendor specific evidence for each element within an arrangement. Financial Accounting Standards Board, Accounting Standards Codification, Subtopic 985-605, Section 25, Paragraph 3 (formerly referenced in Securities and Exchange Commission Staff Accounting Bulletin No. 104). It should be noted that deferred revenue is the result of billings that have occurred when revenue recognition criteria have not been met.

8. "Nortel Accounting Principles" is defined in the ASA as "the accounting principles employed in the preparation of the Unaudited Financial Statements." ASA at 11. The term "Unaudited Financial Statements" is defined as "the unaudited management statements of certain assets and liabilities of the Business as of September 30, 2009 and the related unaudited management statements of income of the Business for the nine (9) month period ended on September 30, 2009." *Id.* at 33, 65.

9. The Nortel Accounting Principles consist of several hundred pages of accounting rules that contain extensive instructions and guidelines for calculating various items, including revenue recognition. Under the Nortel Accounting Principles, revenue may be

recognized in similar fashion to as under GAAP.  *See, e.g.*, *Basic Revenue Recognition Criteria*, Nortel Accounting Principles, at 1.1.1.18, Section 1.0(d) ("As presented in SAB 104, the SEC staff believes that revenue generally is not realized or realizable and earned until *all* of the following criteria are met: i) Persuasive evidence of an Arrangement exists; ii) Delivery has occurred or services have been rendered; iii) The seller's price to the buyer is fixed or determinable; and iv) Collectability is reasonably assured.  This Appendix provides detailed guidance on each of these criteria.").

10. GAAP provides extensive guidance as to how to determine an arrangement and identify the elements or deliverables within that arrangement and allocation of revenue when there are multiple elements within an arrangement.

11. Nortel's interpretation of Deferred Profit Amount seeks to provide Nortel revenue for services to be performed and products to be provided before the Closing Date but for which revenue should not properly be recognized pursuant to the Nortel Accounting Principles and GAAP.  Nortel's interpretation of Deferred Profit Amount, with focus only on the first part of the first sentence of that term's definition, is inconsistent with both the Nortel Accounting Principles and GAAP because it would require bifurcation of every account in the Business in order to determine revenue owed to Nortel for accounts that should not recognize revenue on or before the Closing Date.  That approach defies the commonly-understood meaning of deferred revenue under both the Nortel Accounting Principles and GAAP.

12. GENBAND's interpretation of Deferred Profit Amount, on the other hand, is consistent with both the Nortel Accounting Principles and GAAP because it maintains that revenue should be recognized only when appropriate under those principles, and not before.  Simply put, under the Nortel Accounting Principles and GAAP, revenue that is appropriately

NY\1714224.8

recognized after the Closing Date is rightfully GENBAND's, not Nortel's, regardless of whether Nortel may have performed some services or provided some products on those accounts prior to the Closing Date.

13.     In addition to the above-described disagreement concerning the application of accounting rules, the parties disagree about the proper calculations of the amounts at issue.  In an attempt to understand the calculations that Nortel has done with regards to Deferred Profit Amount, I supervised an audit for GENBAND that requested a sample of Nortel's work in an attempt to understand its approach and to check its calculations.  As part of that process, my team identified calculation errors in Nortel's work, which create accounting disagreements even under Nortel's interpretation.

14.     The foregoing is true and correct to the best of my knowledge, information, and belief.

NY\1714224.8

Sworn to before me this
10th day of December 2010

_____
Notary Public

VIRGINIA ANN WRIGHT
Notary Public,
State of Texas
Comm. Exp. 03-12-1?

By: _____
Misty Kawecki