# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Re: Docket No. 4573** |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

**PLEASE TAKE NOTICE** that on December 10, 2010, GENBAND US LLC (formerly GENBAND Inc., ("GENBAND") filed the *Affidavit of Shauna Martin In Support Of Genband's Motion For Entry Of An Order Granting Relief from the Automatic Stay to Compel Arbitration* [D.I. 4347] (the "Martin Declaration").

**PLEASE TAKE NOTICE** that GENBAND hereby withdraws the Martin Declaration.

A revised declaration will be filed in its place.

Dated:  December 10, 2010         Respectfully submitted,
            Wilmington, Delaware

                                  /s/ *Michael R. Lastowski*
                                  Michael R. Lastowski (No. 3892)
                                  Sommer L. Ross (No. 4598)
                                  DUANE MORRIS, LLP
                                  1100 North Market Street, Suite 1200
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 657-4900
                                  Facsimile: (302) 657-4901
                                  E-mail:    mlastowski@duanemorris.com
                                             slross@duanemorris.com

                                  and

2

        Blair Connelly (Admitted *Pro Hac Vice*)
        Eli J. Kay-Oliphant (Admitted *Pro Hac Vice*)
        LATHAM & WATKINS LLP
        885 Third Avenue, Suite 1200
        New York, New York 10022-4834
        Telephone:  (212) 906-1200
        Facsimile:  (212) 751-4864
        E-mail:   blair.connelly@lw.com
                eli.kay-oliphant@lw.com

        *Counsel for GENBAND US LLC*