**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| _____ ) | Chapter 11 |
| In re: ) | |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No. 4347** |
| ) | |
| _____ ) | |

**AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT OF GENBAND'S MOTION FOR**
**ENTRY OF AN ORDER PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY**
**CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL**
**ARBITRATION**

|  |  |  |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss: |
| COUNTY OF COLLIN | ) | |

Shauna Martin, being duly sworn, hereby deposes and says:

1.      I am the Executive Vice President and General Counsel of GENBAND

US LLC (Formerly Genband Inc., "GENBAND").  As such, I am familiar with GENBAND's

day-to-day operations, businesses, and financial affairs.

2.      I submit this affidavit (the "Affidavit") in support of GENBAND's *Motion*

*for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from*

*the Automatic Stay to Compel Arbitration* ("GENBAND's Motion") [D.I. 4347] and to aid the

Court in interpreting the terms of the Asset Sale Agreement, dated as of December 22, 2009, by

and among Nortel Networks Inc. (collectively, with Nortel Networks Corporation and Nortel

Networks Limited, "Nortel,"), GENBAND, and the entities identified as sellers therein (the

"ASA"), approved by this Court's *Order Authorizing and Approving (A) the Sale of Certain*

*Assets of the Debtors' Carrier Voice Over IP and Communications Solutions Business Free and Clear of All Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts.*  All terms not otherwise defined herein shall have the meaning ascribed to them under the ASA, which was attached as Exhibit B to GENBAND's Motion.

3.    A true and correct copy of a December 7, 2009 email I received from Khush Dadyburjor of Nortel Networks is annexed to this Affidavit as Exhibit 1.

4.    A true and correct copy of the Nortel CVAS Working Capital Review – Q3-2009 Update, dated December 1, 2009, is annexed to this Affidavit as Exhibit 2.  I have verified that this document was posted to the datasite hosted by Nortel on November 30, 2009, and is hosted at index number 14.2.13.7.1.

5.    The foregoing is true and correct to the best of my knowledge, information, and belief.

NY\1714204.3

Sworn to before me this
10th day of December 2010

_Karen Eves_
Notary Public

KAREN EVES
Notary Public, State of Texas
My Commission Expires
July 09, 2013

By: _Shauna Martin_
Shauna Martin

# **<u>EXHIBIT 1</u>**

**[Document to be Filed Under Seal]**

# **<u>EXHIBIT 2</u>**

**[Document to be Filed Under Seal]**