IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* | ) ) | Jointly Administered |
| Debtors. | ) ) | **Re: Docket No. 4573, 4575** |
| | ) | |

**AMENDED NOTICE OF WITHDRAWAL OF AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that on December 10, 2010, GENBAND US LLC (formerly GENBAND Inc., ("GENBAND")) filed the *Affidavit of Shauna Martin In Support Of Genband's Motion For Entry Of An Order Granting Relief from the Automatic Stay to Compel Arbitration* [D.I. 4573] (the "Martin Declaration").

**PLEASE TAKE NOTICE** that GENBAND hereby withdraws the Martin Declaration and requests that the images be redacted and/or removed from the docket as the exhibits to the Martin Declaration are confidential. A motion has been filed requesting that the exhibits be filed under seal. A revised declaration was filed on December 13, 2010 [D.I. 4576].

Dated:  December 13, 2010
         Wilmington, Delaware

Respectfully submitted,

/s/ *Michael R. Lastowski*
Michael R. Lastowski (No. 3892)
Sommer L. Ross (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:   mlastowski@duanemorris.com

slross@duanemorris.com

and

Blair Connelly (Admitted *Pro Hac Vice*)
Eli J. Kay-Oliphant (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail:    blair.connelly@lw.com
           eli.kay-oliphant@lw.com

*Counsel for GENBAND US LLC*