VAL MANDEL, P.C.
80 Wall Street, Suite 1115
New York, NY 10005
(212)668-1700
Attorneys for Creditor, ITC Networks SRL

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------ :
                               :
In RE:                         :    Case No. 09-10138 (KG)
                               :
NORTEL NETWORKS INC, et al.    :    Chapter 11 Proceeding
                               :
         Debtor.               :
                               :
------------------------------ :
```

### NOTICE OF WITHDRAWL OF APPEARANCE

Please take notice that the undersigned hereby withdraws as counsel of creditor ITC Networks SRL.

Request is hereby made that no further pleadings and other documents be served upon the undersigned and that it be removed from all service lists.

Dated: December 13, 2010          VAL MANDEL, P.C.
                                  80 Wall Street, Suite 1115
                                  New York, NY 10005
                                  212-668-1700

                                  By: _____
                                      Val Mandel (VM-1191)