# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.* ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Related to Docket No. 4576, 4577 and 4578 |

## ORDER GRANTING MOTION PURSUANT TO LOCAL RULE 9006-1(E) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE MOTION OF GENBAND'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING GENBAND TO FILE UNDER SEAL THE EXHIBITS TO THE AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

Upon consideration of the motion (the "Motion to Shorten Time")[1] of GENBAND Inc. ("GENBAND") for entry of an order providing that the applicable notice period for the relief requested in the *Motion for an Entry of an Order Authorizing GENBAND to File Under Seal the Exhibits to the Affidavit of Shauna Martin in Support of GENBAND's Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration* [D.I. 4577] (the "Motion to Seal") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and the Court

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten Time.

having determined that granting the relief requested in the Motion to Shorten Time is appropriate; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Time is GRANTED.

2. The Motion to Seal shall be heard by the Court at the hearing currently scheduled for December 15, 2010 at 10:00 a.m. (Prevailing Eastern Time).

3. Any objections to the relief requested in the Motion to Seal shall be filed no later than December 15, 2010 at 9:00 a.m. (Prevailing Eastern Time).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 13, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE