# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 15, 2010 at 10:00 a.m.** |

## AMENDED NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                     Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:                Official Committee of Unsecured Creditors

Date of Retention:                     March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:         August 1, 2010 through October 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:      CDN. $1,069,919.50 Equivalent to USD $1,043,920.46[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    CDN. $22,207.78 Equivalent to USD $21,668.13[3]

This is (a)n: __X__ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's August, 2010, September, 2010 and October, 2010 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on November 23, 2010 was CDN. $1.00 : U.S. $0.9757

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed:10/15/10 Docket No. 4171 | 8/1/10 - 8/31/10 | $326,665.50 | $10,063.13 | $261,332.40 | $10,063.13 | $65,333.10 |
| Date Filed: 11/19/10 Docket No. 4371 | 9/1/10 - 9/30/10 | $501,560.00 | $9,454.03 | $401,248.00 Pending Obj. Deadline December 9th, 2010 | $9,454.03 Pending Obj. Deadline December 9th, 2010 | $100,312.00 |
| Date Filed: 11/23/10 Docket No. 4412 | 10/1/10 - 10/31/10 | $241,694.00 | $2,690.62 | $193,355.20 Pending Obj. Deadline December 13th, 2010 | $2,690.62 Pending Obj. Deadline December 13th, 2010 | $48,338.80 |
| **TOTALS:** | All amounts in CDN.$ | $1,069,919.50 | $22,207.78 | $855,935.60 | $22,207.78 | $213,983.90 |

Summary of any Objections to Fee Applications: None.

Dated: _December 13_, 2010
Wilmington, Delaware

_/s/ Michael J. Wunder_
Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

2

:9111989_2.DOC.