UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 09-10138 (KG)<br>)<br>) Jointly Administered<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)**<br>)<br>) |

PLEASE TAKE NOTICE that the claim of United States Debt Recovery V, LP (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $ 3,524,461.63, as filed by GN CLAIM SUB, LLC on June 6, 2009 as claim number 1472 has been partially transferred, sold and assigned (absolutely and not for security) to two separate entities;  5.81% to United States Debt Recovery IIA, LLC; 8.02% to United States Debt Recovery VIII, LP.  United States Debt Recovery V, LP retains 86.17%. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim.  Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**  United States Debt Recovery V, LP

Print Name: NATHAN JONES    Title: Managing Director
Signature: /s/ Nate Jones    Date: 12-13-2010
Corrected Address (if req.): _____
Phone: 775 832-5250    E-Mail: Nate@USDRLLC.com

TRANSFEREE:
United States Debt Recovery IIA, LLC
United States Debt Recovery VIII, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: /s/ Nate Jones
Nathan E. Jones, Managing Director
United States Debt Recovery IIA, LLC
United States Debt Recovery V, LP
United States Debt Recovery VIII, LP