**<u>EXHIBIT A</u>**

**(Proposed Order)**

068476.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ X
                                          :
In re:                                    :   Chapter 11
                                          :
NORTEL NETWORKS INC., et al.,¹            :   Case No. 09-10138 (KG)
                                          :
                          Debtors.        :   (Jointly Administered)
                                          :
------------------------------------------------------------------ X
```

### ORDER SHORTENING NOTICE PERIOD FOR
### CONSIDERATION OF THE EMEA ADMINISTRATORS' MOTION
### FOR LIMITED RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion")[2] filed by the court-appointed administrators

and authorized foreign representatives (collectively, the "EMEA Administrators")[3] for

Nortel Networks UK Limited ("NNUK"), Nortel Networks (Ireland) Limited ("NN Ireland")

and certain of its affiliates (collectively, the "EMEA Debtors") in proceedings (the "UK

Proceedings") under the *Insolvency Act 1986* pending before the High Court of Justice of

England and Wales (the "English Court"), pursuant to section 102(1) of the Bankruptcy

Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period for the

hearing on the *EMEA Administrators' Motion for Limited Relief from the Automatic Stay*

---

[1]. The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc (collectively, the "U.S. Debtors").

[2]. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

[3]. The Administrators in the UK Proceedings for all of the Debtors, with the exception of Nortel Networks (Ireland) Limited are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Administrators in the UK Proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

(the "Stay Relief Motion"); and adequate notice of this Motion and the Stay Relief Motion

having been given; and it appearing that no other or further notice is necessary; and the Court

having jurisdiction to consider the Motion and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined

that the legal and factual bases set forth in the Motion establish just cause for the relief

requested in the Motion, and that such relief is in the best interests of the U.S. Debtors, their

estates, their creditors and the parties in interest; and the Court having determined that

"cause" exists to shorten the notice period related to the Stay Relief Motion; and upon the

record in these proceedings; and after due deliberation, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that a hearing on the Stay Relief Motion will be held before this

Court on December 20, 2010 at 3:30 p.m. (Eastern Time); and it is further

ORDERED that objections, if any, to the Stay Relief Motion shall be filed and

served in accordance with the Local Rules of this Court by no later than December 16, 2010

at 4:00 p.m. (Eastern Time); and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters

arising from or related to the implementation of this Order.


Dated: Wilmington, Delaware

_____, 2010



_____

THE HONORABLE KEVIN GROSS

UNITED STATES BANKRUPTCY JUDGE