**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>               Debtors. | ) Chapter 11<br>)<br>) Jointly Administered<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) Hearing Date: December 15, 2010 at 10:00 a.m.<br>) Objection Deadline: December 15, 2010 at 9:00 a.m.<br>)<br>) Related Docket Nos. 4576, 4577, 4578 and 4582 |

**NOTICE OF HEARING ON GENBAND'S MOTION FOR ENTRY OF
AN ORDER AUTHORIZING GENBAND TO FILE UNDER SEAL THE
EXHIBITS TO THE AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT
OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO
SECTION 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF
FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that on December 13, 2010, GENBAND US LLC ("<u>GENBAND</u>"), by and through its undersigned counsel, filed *GENBAND's Motion For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration* [Docket No. 4577] (the "<u>Motion to Seal</u>"). **You were previously served with a copy of the Motion to Seal.**

**PLEASE TAKE FURTHER NOTICE** that in connection with the Motion to Seal, GENBAND filed a *Motion Pursuant To Local Rule 9006-1(E) For An Order Shortening The*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

*Time For Notice Of The Motion Of GENBAND For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration* [Docket No. 4578] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that on December 13, 2010, the Court entered an *Order Granting Motion Pursuant to Local Rule 9006-1(e) For An Order Shortening The Time For Notice Of The Motion Of GENBAND's Motion For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration* [Docket No. 4582] (the "Order"). Pursuant to the Order, a hearing on the Motion to Seal will be held before the Honorable Kevin Gross on **December 15, 2010 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any responses or objections to the approval of the Motion to Seal must be filed no later than **December 15, 2010 at 9:00 a.m. (Prevailing Eastern Time)**.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND/OR RAISED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 14, 2010
Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (No.3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
   SLRoss@duanemorris.com

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: blair.connelly@lw.com
   eli.kay-oliphant@lw.com

*Counsel to GENBAND Inc.*