# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Jointly Administered <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) Related to D.I. 4582 and 4594 |
| NORTEL NETWORKS INC., et al.,[1] | |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 14th day of December, 2010, I caused a true and correct copy of the following to be served upon counsel on the attached service list in the manner indicated thereon: (i) **Order Granting Motion For An Order Shortening The Time For Notice Of The Motion Of GENBAND's Motion For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Granting Relief From The Automatic Stay To Compel Arbitration** [Docket No. 4582]; and (ii) **Notice Of Hearing On GENBAND's Motion For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration** [Docket No. 4594].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

Dated: December 14, 2010
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (No.3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
        SLRoss@duanemorris.com

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: blair.connelly@lw.com
       eli.kay-oliphant@lw.com

*Counsel to GENBAND US LLC*

**SERVICE LIST**

**VIA HAND DELIVERY**
Derek C. Abbott Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
18th Floor
Wilmington, DE 19801

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

**VIA AIR MAIL**
Jennifer   Stam
Ogilvy Renault LLP
200 Bay Street Suite 3800
Royal Bank Plaza South Tower
Toronto Ontario  M5J 2Z4
CANADA