# EXHIBIT A



# N♡RTEL

May 25, 2010

**GENBAND Inc.**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Attention: General Counsel
Facsimile: +1-972-265-3581

**BY FACSIMILE**

Re: <u>Estimated Purchase Price Statement pursuant to Section 2.2.2 of the Asset Sale Agreement</u>

Ladies and Gentlemen:

    Reference is made to the Asset Sale Agreement, dated as of December 22, 2009, as may be amended from time to time in accordance with its terms (the "<u>Agreement</u>"), by and among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and the Affiliates of the foregoing listed in Exhibit A to the Agreement (collectively, the "<u>Sellers</u>") and GENBAND Inc. (the "<u>Purchaser</u>"). Capitalized terms used and not otherwise defined herein shall have the meanings given to such terms in the Agreement.

    Pursuant to Section 2.2.2 of the Agreement, the Sellers enclose herewith a statement setting forth (i) the Estimated Closing Inventory Value, (ii) the Estimated Warranty Provision Amount, (iii) the Estimated Unbilled Accounts Receivable Amount, (iv) the Estimated Prepaid Expenses Amount, (v) the Estimated Contractual Liabilities Amount, (vi) the Estimated Royalty Liability Amount, (vii) the Estimated Product Exposures Amount, (viii) the Estimated Adjusted Net Working Capital, (ix) the Estimated Closing Accrued Vacation Amount, (x) the Estimated Specified Employee Liabilities Amount, (xi) the Estimated Deferred Profit Amount, (xii) the Estimated Aggregate EMEA Downward Adjustment, (xiii) the Estimated Aggregate Downward Adjustment, (xiv) the Estimated Excess ARD Employees Amount, (xv) the Estimated TFR Amount, (xvi) the Estimated EMEA Holiday Downward Adjustment, (xvii) the Estimated French Excess ARD Employees Amount, (xviii) the Estimated Pre-Close Employment Payments Amount, and (xix) the Estimated Purchase Price.

*[Remainder of page intentionally left blank.]*

Very truly yours,

**NORTEL NETWORKS CORPORATION**

By: _____
Name: John Doolittle
Title: Senior Vice-President, Corporate Services and Chief Financial Officer

By: _____
Name: Clarke Glaspell
Title: Controller

**NORTEL NETWORKS LIMITED**

By: _____
Name: John Doolittle
Title: Senior Vice-President, Corporate Services and Chief Financial Officer

By: _____
Name: Clarke Glaspell
Title: Controller

**NORTEL NETWORKS INC.**

By: _____
Name: Lynn C. Egan
Title: Secretary

cc
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
United States
Attention: David S Allinson, Esq.
Facsimile: +1-212-751-4864

cc:
Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Attention: Don J. McDermett, Jr., Esq.
          Curt Anderson, Esq.
Facsimile: +1-214-661-4454
           +1-214-661-4900

cc:
Stikeman Elliott LLP
445 Park Avenue, 7th Floor
New York, New York 10022
Attnention: Ron Ferguson, Esq.
Facsimile: +1-212-371-7087

Signature Page to Estimated Purchase Price Statement

## Estimated Purchase Price Statement

### May 25, 2010

This Estimated Purchase Price Statement is being provided pursuant to Section 2.2.2(a) of the Asset Sale Agreement by and among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and the other entities identified therein as Sellers and GENBAND Inc., dated as of December 22, 2009 (the "ASA"). Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the ASA. The following amounts are estimates determined as of the date first listed above in accordance with Section 2.2.2 of the ASA and prepared in good faith in accordance with the Nortel Accounting Principles and the terms of the ASA.

**Estimated Adjusted Net Working Capital:**

| | |
|---|---|
| Estimated Closing Inventory Value, plus | US$15,173,000.00 |
| Estimated Unbilled Accounts Receivable Amount, plus | US$26,041,000.00 |
| Estimated Prepaid Expenses Amount; minus | US$419,000.00 |
| Estimated Contractual Liabilities Amount, minus | US$932,000.00 |
| Estimated Royalty Liability Amount; minus | US$150,000.00 |
| Estimated Warranty Provision Amount; minus | US$25,710,000.00 |
| Estimated Product Exposures Amount | US$400,000.00 |
| **Estimated Adjusted Net Working Capital** | **US$14,441,000.00** |

**Estimated Purchase Price:**

| | |
|---|---|
| Base Purchase Price, plus | US$282,000,000.00 |
| The difference, which may be positive or negative, equal to the Estimated Adjusted Net Working Capital minus Target Working Capital; minus | US$(58,559,000.00) |
| Estimated Aggregate EMEA Downward Adjustment (if any); minus | US$0.00 |
| Estimated Aggregate Downward Adjustment (if any); minus | US$0.00 |
| Estimated Deferred Profit Amount; minus | US$37,867,000.00 |
| Estimated Closing Accrued Vacation Amount; minus | US$1,529,000.00 |
| Estimated Specified Employee Liabilities Amount; minus | US$540,000.00 |
| Estimated TFR Amount, minus | US$472,000.00 |
| Estimated Excess ARD Employees Amount, minus | US$0.00 |
| Estimated EMEA Holiday Downward Adjustment, minus | US$384,000.00 |
| Estimated French Excess ARD Employees Amount, minus | US$0.00 |
| Estimated Pre-Close Employment Payments Amount | US$0.00 |
| **Estimated Purchase Price** | **US$182,649,000.00** |

# hp LaserJet 4345mfp series 

## Fax Call Report    1

CLEARY GOTTLIEB NEW YORK
212-225-3999
2010-May-25 08.35 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 129 | 2010-May-25 08:34 PM | Send | 919722653581 | 1 12 | 0 | No answer ( 0 ) |

*(handwritten annotation: DELIVERED BY EMAIL TO SHAUNA MARTIN)*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000

### FACSIMILE

| From: | Aaron Meyers | Date: | May 25, 2010 |
|---|---|---|---|
| Sender's direct dial | +1 212 225-2844 | For retransmission: | |
| Sender's fax | +1 212 225 3999 | Total pages sent: | 4 |
| To: | GENBAND Inc.<br>Attention: General Counsel | Fax: +1 972 265 3581 | Phone: |
| cc: | Latham & Watkins LLP<br>David S. Allinson, Esq. | Fax: +1 212 751 4864 | |
| cc: | Baker Botts LLP<br>Don J. McDermett, Jr., Esq.<br>Curt Anderson, Esq. | Fax: +1 214 661 4454<br>+1 214 661 4900 | |
| cc: | Stikeman Elliott LLP<br>Ron Ferguson, Esq. | Fax: +1 212 371 7087 | |

**Please disregard the Estimated Purchase Price Statement delivered by facsimile earlier today, which is superseded by the enclosed, revised Estimated Purchase Price Statement.**

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

# hp LaserJet 4345mfp series



## Fax Call Report | 1

CLEARY GOTTLIEB NEW YORK
212-225-3999
2010-May-25 08 37 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 130 | 2010-May-25 08:35 PM | Send | 912127514864 | 1·15 | 4 | Success |

### CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000

### FACSIMILE

| From: | Aaron Meyers | Date: | May 25, 2010 |
|---|---|---|---|
| Sender's direct dial | +1 212 225-2844 | For retransmission: | |
| Sender's fax | +1 212 225 3999 | Total pages sent: | 4 |
| To: | GENBAND Inc.<br>Attention: General Counsel | Fax: +1 972 265 3581 | Phone: |
| cc: | Latham & Watkins LLP<br>David S. Allinson, Esq. | Fax: +1 212 751 4864 | |
| cc: | Baker Botts LLP<br>Don J. McDermett, Jr., Esq.<br>Curt Anderson, Esq. | Fax: +1 214 661 4454<br>+1 214 661 4900 | |
| cc: | Stikeman Elliott LLP<br>Ron Ferguson, Esq. | Fax: +1 212 371 7087 | |

**Please disregard the Estimated Purchase Price Statement delivered by facsimile earlier today, which is superseded by the enclosed, revised Estimated Purchase Price Statement.**

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

# hp LaserJet 4345mfp series 

## Fax Call Report | 1

CLEARY GOTTLIEB NEW YORK
212-225-3999
2010-May-25 08·38 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 131 | 2010-May-25 08 37 PM | Send | 912146614454 | 1·25 | 4 | Success |

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000

### FACSIMILE

| From: | Aaron Meyers | Date: | May 25, 2010 |
|---|---|---|---|
| Sender's direct dial | +1 212 225-2844 | For retransmission: | |
| Sender's fax | +1 212 225 3999 | Total pages sent: | 4 |
| To: | GENBAND Inc.<br>Attention: General Counsel | Fax: +1 972 265 3581 | Phone: |
| cc: | Latham & Watkins LLP<br>David S. Allinson, Esq. | Fax: +1 212 751 4864 | |
| cc: | Baker Botts LLP<br>Don J. McDermett, Jr., Esq.<br>Curt Anderson, Esq. | Fax: +1 214 661 4454<br>+1 214 661 4900 | |
| cc: | Stikeman Elliott LLP<br>Ron Ferguson, Esq. | Fax: +1 212 371 7087 | |

**Please disregard the Estimated Purchase Price Statement delivered by facsimile earlier today, which is superseded by the enclosed, revised Estimated Purchase Price Statement.**

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

# hp LaserJet 4345mfp series



## Fax Call Report                                                                                                         1

CLEARY GOTTLIEB NEW YORK
212-225-3999
2010-May-25 08:40 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 132 | 2010-May-25 08 38 PM | Send | 912146614900 | 1 25 | 4 | Success |

### CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000

### FACSIMILE

| From: | Aaron Meyers | Date: | May 25, 2010 |
|---|---|---|---|
| Sender's direct dial | +1 212 225-2844 | For retransmission: | |
| Sender's fax | +1 212 225 3999 | Total pages sent: | 4 |
| To: | GENBAND Inc.<br>Attention: General Counsel | Fax: +1 972 265 3581 | Phone: |
| cc: | Latham & Watkins LLP<br>David S. Allinson, Esq. | Fax: +1 212 751 4864 | |
| cc: | Baker Botts LLP<br>Don J. McDermett, Jr., Esq.<br>Curt Anderson, Esq. | Fax: +1 214 661 4454<br>        +1 214 661 4900 | |
| cc: | Stikeman Elliott LLP<br>Ron Ferguson, Esq | Fax: +1 212 371 7087 | |

**Please disregard the Estimated Purchase Price Statement delivered by facsimile earlier today, which is superseded by the enclosed, revised Estimated Purchase Price Statement.**

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

# hp LaserJet 4345mfp series



## Fax Call Report — 1

CLEARY GOTTLIEB NEW YORK
212-225-3999
2010-May-25 08:41 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 133 | 2010-May-25 08 40 PM | Send | 912123717087 | 0.54 | 4 | Success |

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000

### FACSIMILE

| From: | Aaron Meyers | Date: | May 25, 2010 |
|---|---|---|---|
| Sender's direct dial | +1 212 225-2844 | For retransmission: | |
| Sender's fax | +1 212 225 3999 | Total pages sent: | 4 |
| To: | GENBAND Inc.<br>Attention: General Counsel | Fax: +1 972 265 3581 | Phone: |
| cc: | Latham & Watkins LLP<br>David S. Allinson, Esq. | Fax: +1 212 751 4864 | |
| cc: | Baker Botts LLP<br>Don J. McDermett, Jr., Esq.<br>Curt Anderson, Esq. | Fax: +1 214 661 4454<br>+1 214 661 4900 | |
| cc: | Stikeman Elliott LLP<br>Ron Ferguson, Esq. | Fax: +1 212 371 7087 | |

**Please disregard the Estimated Purchase Price Statement delivered by facsimile earlier today, which is superseded by the enclosed, revised Estimated Purchase Price Statement.**

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.