# EXHIBIT B

**Glass, David (RICH2:8452)**

| | |
|---|---|
| **From:** | Kawecki, Misty GENBAND (External:EXTRNL:GENBAND) |
| **Sent:** | Friday, October 22, 2010 9:22 AM |
| **To:** | Glass, David (RICH2:8452) |
| **Cc:** | Collin Moore; Lieu, Crystal GENBAND (External:EXTRNL:GENBAND); Julian, David GENBAND (External:EXTRNL:GENBAND) |
| **Subject:** | Deferred Profit calculation |
| **Attachments:** | Genband Consolidate Opening Balances Sept 20 2010 v31 (chgs).xls |

David,

As a follow up to our discussion on Wednesday, it appears our ~$200K difference we had noted was primarily due to a duplicated adjustment in Jane's schedule v31.

As noted in Jane's e-mail below, v31 should have changed by $1.4M for Canada advance billings and $9.066M for AT&T deferred revenue, both of which I believe we agree. However, as per the attached, deferred revenue actually changed by $9.289M (see tie-out at bottom right of v31), difference of $222k to what was expected for deferred revenue. The bulk of this difference appears to be a duplicated $219k adjustment, which was removed as part of the $9.289M adjustment on v31 but is also shown independently as an adjustment unto itself within the same cell.

I wanted to see if you agree.

Kind regards,

Misty



Misty Kawecki
Vice President and Corporate Controller

**GENBAND**
3605 E. Plano Parkway
Plano, TX  75074 USA
office    +1 (972) 265-3867
mobile   +1 (972) 880-0439
misty.kawecki@genband.com

**From:** David Glass [mailto:glassd@nortel.com]
**Sent:** Wednesday, October 20, 2010 3:30 PM
**To:** Crystal Lieu; David Julian; Misty Kawecki
**Subject:** V31 details (2 of 2)

1

All,

Please see enclosures for V31 and the additional supporting details for the version change.

Regards,

DJG

M&A Control Manager

---

**From:** Davison, Jane (GWRTP:3768)
**Sent:** Monday, September 20, 2010 4:08 PM
**To:** McRitchie, Michael (RICH1:5585)
**Cc:** Glass, David (RICH2:8452)
**Subject:** RE: Opening Balance

Here you are...

I made two changes:

#1 347115 (for Canada) adjusted by 1,430,786

#2 358005 (for US) adjusted by $9,066,308.01

See enclosures for specifics on each adjustment:

<<FW: Contract Assurance transfer methodology discussion>> <<FW: ERROR FOUND ON THE OB FOR GB>>

<<Genband Consolidate Opening Balances Sept 20 2010 v31.xls>>

Regards -

Jane Davison, PMP

Leader, Finance Processes & Systems

Office 919-905-4160

Cell   919-389-5364

2

jdavison@nortel.com

3