UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Jointly Administered <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) Related to D.I. 4347 |

**NOTICE OF GENBAND US LLC PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL ENCLOSING COURTESY COPIES OF DOCUMENTS FILED WITH THE ONTARIO SUPERIOR COURT OF JUSTICE RELATED TO THE MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER PURSUANT TO 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol approved in the above-captioned chapter cases [Docket No. 18], GENBAND US LLC ("GENBAND") hereby lodges with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the following documents (collectively, the "GENBAND Canadian Application and Record") which have been filed with the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court") related to the *Motion of GENBAND Inc. for Entry of an Order Pursuant to 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration* [Docket No. 4347], which is pending before the Bankruptcy Court and scheduled for a hearing on December 15, 2010:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

DM3\1575908.1

(A) Motion Record of the Applicants dated November 30, 2010 (Vol. 1);

(B) Motion Record of the Applicants dated November 30, 2010 (Vol. 2);

(C) Supplemental Motion Record dated December 1, 2010;

(D) Motion Record of the Applications dated December 9, 2010;

(E) Second Supplemental Motion Record of the Applicants dated December 9, 2010;

(F) Book of Authorities of the Applicants dated December 9, 2010;

(G) Factum of the Applicants dated December 9, 2010;

(H) Book of Authorities of GENBAND US LLC (Vol. 1) dated December 10, 2010;

(I) Book of Authorities of GENBAND US LLC (Vol. 2) dated December 10, 2010; and

(J) Factum of GENBAND US LLC dated December 10, 2010

**PLEASE TAKE FURTHER NOTICE** that copies of the GENBAND Canadian Application and Record are also available upon request to GENBAND's counsel.

Dated: December 14, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ *Michael R. Lastowski*
Michael R. Lastowski (No.3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
SLRoss@duanemorris.com

-and-

DM3\1575908.1

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: blair.connelly@lw.com
        eli.kay-oliphant@lw.com

*Counsel to GENBAND US LLC*