# EXHIBIT D

Court File No.  09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE - COMMERCIAL LIST

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION,  NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. c-36, AS AMENDED

MOTION RECORD
(Returnable December 15, 2010)

December 9, 2010

STIKEMAN ELLIOTT LLP
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Canada  M5L 1B9

**Sean F. Dunphy  LSUC#: 24941J**
Tel: (416) 869-5662
**Alexander D. Rose  LSUC#: 49415P**
Tel: (416) 869-5261
**Erica Tait   LSUC#: 55996O**
Tel: (416) 869-6805
Fax: (416) 947-0866

Lawyers for the Moving Party,
Genband US LLC

TO:  ATTACHED SERVICE LIST

*Updated as of Monday, November 29, 2010*

Court File No. 09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

### SERVICE LIST

TO:     **OGILVY RENAULT LLP**
        Royal Bank Plaza, South Tower
        200 Bay Street, Suite 3800
        Toronto, Ontario M5J 2Z4

        Derrick Tay
        Tony Reyes
        Jennifer Stam

        Email:   dtay@ogilvyrenault.com
                 treyes@ogilvyrenault.com
                 jstam@ogilvyrenault.com

        Tel:     416.216.4000
        Fax:     416.216.3930

        Lawyers for the Applicants

DOCSTOR: 1600901\3

- 2 -

TO:    **ERNST & YOUNG INC.**
       Ernst & Young Tower
       222 Bay Street, P.O. Box 251
       Toronto, ON  M5K 1J7

       Murray McDonald
       Brent Beekenkamp

       Email:   nortel.monitor@ca.ey.com

       Tel:     416.943.3016
       Fax:     416.943.3300

AND    **GOODMANS LLP**
TO:    Bay Adelaide Centre
       333 Bay Street, Suite 3400
       Toronto, ON  M5H 2S7

       Jay Carfagnini
       Joseph Pasquariello
       Gail Rubenstein
       Fred Myers
       Chris Armstrong

       Email:   jcarfagnini@goodmans.ca
                jpasquariello@goodmans.ca
                grubenstein@goodmans.ca
                fmyers@goodmans.ca
                carmstrong@goodmans.ca

       Tel:     416.597.4107
       Fax:     416.979.1234

       Lawyers for the Monitor, Ernst & Young Inc.

AND    **OSLER HOSKIN AND HARCOURT**
TO:    **LLP**
       100 King Street West
       1 First Canadian Place
       Suite 6100
       P.O. Box 50
       Toronto, ON  M5X 1B8

       Lyndon Barnes
       Rupert Chartrand
       Edward Sellers
       Adam Hirsh

       Email:   lbarnes@osler.com
                rchartrand@osler.com
                esellers@osler.com
                ahirsh@osler.com

       Tel:     416.362.2111
       Fax:     416.862.6666

       Lawyers for the Boards of Directors of
       Nortel Networks Corporation and Nortel
       Networks Limited

AND    **FASKEN MARTINEAU DUMOULIN LLP**
TO:    66 Wellington Street West
       Toronto Dominion Bank Tower
       P.O. Box 20, Suite 4200
       Toronto, ON  M5K 1N6

       Donald E. Milner
       Aubrey Kauffman
       Edmond Lamek
       Jon Levin

       Email:   dmilner@fasken.com
                akauffman@fasken.com
                elamek@fasken.com
                jlevin@fasken.com

       Tel:     416.868.3538
       Fax:     416.364.7813

       Lawyers for Export Development Canada

- 3 -

AND TO:

**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:     613.597.8651
Fax:     613.598.3113

AND TO:

**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON M5K 1K7

Robert I. Thornton
Rachelle Moncur
Leanne M. Williams

Email:   rthornton@tgf.ca
         rmoncur@tgf.ca
         lwilliams@tgf.ca

Tel:     416.304.1616
Fax:     416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO:

**McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:   john.stringer@mcinnescooper.com
         stephen.kingston@mcinnescooper.com

Tel:     902.425.6500
Fax:     902.425.6350

Lawyers for Convergys EMEA Limited

AND TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart

Email:   jcarhart@millerthomson.com

Tel:     416.595.8615/8577
Fax:     416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO:

**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

Tel.:    416.495.3776
Fax:     416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

AND TO:

**BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email:   hharrison@boughton.ca

Tel:     604.687.6789
Fax:     604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd., in its capacity as duly authorized agent for Holdings 1506 Enterprises Ltd.

- 4 -

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:   mmacnaughton@blgcanada.com
Tel:      416. 367.6646
Fax:     416. 682.2837

Email:   rjaipargas@blgcanada.com
Tel:      416.367.6266
Fax:     416.361.7067

Email:   srappos@blgcanada.com
Tel:      416.367.6033
Fax:     416.361.7306

Lawyers for Bell Canada

AND
TO:

**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

John Contini
Aaron Rousseau

Email    jcontini@langmichener.ca
Tel:      416.307.4148
Fax:     416.304.3767

Email    arousseau@langmichener.ca
Tel:      416.307.4081
Fax:     416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND
TO:

**SISKINDS LLP**
680 Waterloo Street
London, ON  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email:   ray.leach@siskinds.com
          dimitri.lascaris@siskinds.com
          monique.radlein@siskinds.com

Tel:      519.672.2121
Fax:     519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email:   zychk@bennettjones.com
Tel:      416.777.5738
Fax:     416.863.1716

Email:   orzyr@bennettjones.com
Tel:      416.777.5737
Fax:     416.863.1716

Email:   finlaysong@bennettjones.com
Tel:      416.777.5762
Fax:     416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

| | | | | |
|---|---|---|---|---|
| AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, ON  M5H 3R3 | | AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, ON  M5H 3R3 |

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:     416.204.2882

Email:   dyiokaris@kmlaw.ca
Tel:      416.595.2130
Fax:     416.204.2810

Email:   amckinnon@kmlaw.ca
Tel:      416.595.2150
Fax:     416.204.2874

Email:   cpoltak@kmlaw.ca
Tel:      416.595.2701
Fax:     416.204.2909

Lawyers for the Former Employees of Nortel

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:     416.204.2882

Email:   dyiokaris@kmlaw.ca
Tel:      416.595.2130
Fax:     416.204.2810

Email:   amckinnon@kmlaw.ca
Tel:      416.595.2150
Fax:     416.204.2874

Email:   cpoltak@kmlaw.ca
Tel:      416.595.2701
Fax:     416.204.2909

Lawyers for the LTD Beneficiaries

- 6 -

AND
TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:  jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email:  msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Email:  jmklotz@millerthomson.com
Tel:     416.595.4373
Fax:     416.595.8695

Lawyers for LG Electronics Inc.

AND
TO:
**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:  joseph.kim@lge.com

Tel:     +82.2.3777.3171
Fax:     +82.2.3777.5345

AND
TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:  jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email   msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND
TO:
**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:  harvey@chaitons.com

Tel:     416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

DOCSTOR: 1600901\3

- 7 -

AND
TO:
**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:  ken.rosenberg@paliareroland.com
Tel:    416.646.4304
Fax:    416.646.4301

Email:  max.starnino@paliareroland.com
Tel:    416.646.7431
Fax:    416.646.4301

Email:  lily.harmer@paliareroland.com
Tel:    416.646.4326
Fax:    416.646.4301

Email:  tina.lie@paliareroland.com
Tel:    416.646.4332
Fax:    416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:
**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:  Shayne.kukulowicz@fmc-law.com
        Alex.macfarlane@fmc-law.com
        Michael.wunder@fmc-law.com
        ryan.jacobs@fmc-law.com

Tel:    416.863.4511
Fax:    416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:  patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group

AND
TO:
**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:  rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

DOCSTOR: 1600901\3

- 8 -

AND TO:
**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:   hfogul@airdberlis.com
Tel:     416.865.7773
Fax:     416.863.1515

Email:   pczegledy@airdberlis.com
Tel:     416.865.7749
Fax:     416.863.1515

Lawyers for Microsoft Corporation

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:   renglish@airdberlis.com
         smitra@airdberlis.com

Tel:     416.863.1500
Fax:     416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND TO:
**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia V7Y 1B8

Sharon M. Urquhart

Email:   surquhart@ahbl.ca
Tel:     604.484.1757
Fax:     604.484.1957

Lawyers for Algo Communication Products Ltd.

AND TO:
**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:     416.865.6655
Fax:     416.865.6636

Email:   vdare@foglers.com
Tel:     416.865.6641
Fax:     416.865.6636

Lawyers for Andrew, LLC

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Maurice Fleming

Email:   mfleming@millerthomson.com
Tel:     416.595.8686
Fax:     416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

- 9 -

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:     416.365.3529
Fax:     416.369.5210

Email:   jdavissydor@davis.ca
Tel:     416.941.5397
Fax:     416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services


AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Perot Systems Corporation


AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:   dgrieve@casselsbrock.com
Tel:     416.860.5219
Fax:     416.350.6923

Lawyers for Alvarion Ltd.


AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:   andrew.kent@mcmillan.ca
Tel:     416.865.7160
Fax:     416.865.7048

Email:   hilary.clarke@mcmillan.ca
Tel:     416.865.7286
Fax:     416.865.7048

Email:   tushara.weerasooriya@mcmillan.ca
Tel:     416.865.7262
Fax:     416.865.7048

Lawyers for Royal Bank of Canada


AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:   lawrence.crozier@mcmillan.ca
Tel:     416.865.7178
Fax:     416.865.7048

Email:   adam.maerov@mcmillan.ca
Tel:     416.865.7285
Fax:     416.865.7048

Lawyers for Citibank


AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:   dmagisano@blaney.com
Tel:     416.593.2996
Fax:     416.593.5437

Lawyers for Expertech Network Installation Inc.

DOCSTOR: 1600901\3

- 10 -

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:    jwigley@gardiner-roberts.com
Tel:        416.865.6655
Fax:       416.865.6636

Email:    vdare@foglers.com
Tel:        416.865.6641
Fax:       416.865.6636

Lawyers for Amphenol Corporation


AND
TO:

**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Aaron Rousseau

Email:    arousseau@langmichener.ca
Tel:        416.307.4081
Fax:       416.365.1719

Lawyer for Right Management Inc.


AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:    smitra@airdberlis.com

Tel:        416.863.1500
Fax:       416.863.1515

Lawyers for Enbridge Gas Distribution Inc.


AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:    bleonard@casselsbrock.com
              hgarman@casselsbrock.com
              mcasey@casselsbrock.com

Tel:        416.860.6455
Fax:       416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

DOCSTOR: 1600901\3

- 11 -

| | |
|---|---|
| AND TO: | **MCFARLANE LEPSOE**<br>Barristers & Solicitors<br>70 Gloucester Street, Third Floor<br>Ottawa, Ontario  K2P 0A2<br><br>Paul K. Lepsoe<br><br>Email:   pklepsoe@mcfarlanelaw.com<br><br>Tel:      613.233.2679<br>Fax:     613.233.3774<br><br>Lawyers for Iron Mountain Canada Corporation and Iron Mountain Information Management, Inc. | AND TO: | **COLBY, MONET DEMERS, DELAGE & CREVIER LLP**<br>Tour McGill College<br>1501 McGill College Avenue<br>Suite 2900<br>Montreal, Quebec  H3A 3M8<br><br>David J. Dropsy<br><br>Email:   ddropsy@colby-monet.com<br>Tel:      514.284.3663<br>Fax:     514.284.1961<br><br>Lawyers for GFI INC., a division of Thomas & Betts Manufacturing Inc. |

| | |
|---|---|
| AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6<br><br>Thomas G. Heintzman<br>Junior Sirivar<br><br>Email:   theintzm@mccarthy.ca<br>Tel:      416.601.7627<br>Fax:     416.868.0673<br><br>Email:   jsirivar@mccarthy.ca<br>Tel:      416.601.7750<br>Fax:     416.868.0673<br><br>Lawyers for Frank Andrew Dunn | AND TO: | **NELLIGAN O'BRIEN PAYNE LLP**<br>Barristers and Solicitors<br>50 O'Connor Street<br>Suite 1500<br>Ottawa, Ontario  K1P 6L2<br><br>Janice B. Payne<br>Steven Levitt<br>Christopher Rootham<br><br>Email:   janice.payne@nelligan.ca<br>             steven.levitt@nelligan.ca<br>             christopher.rootham@nelligan.ca<br><br>Tel:      613.231.8245<br>Fax:     613.788.3655<br><br>Lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009 |

DOCSTOR: 1600901\3

- 12 -

| | | | | |
|---|---|---|---|---|
| AND TO: | **BAKER & McKENZIE LLP**<br>Brookfield Place, P.O. Box 874<br>181 Bay Street, Suite 2100<br>Toronto, Ontario  M5J 2T3 | | AND TO: | **BENNETT JONES LLP**<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario  M5X 1A4 |

AND
TO:        **BAKER & McKENZIE LLP**
           Brookfield Place, P.O. Box 874
           181 Bay Street, Suite 2100
           Toronto, Ontario  M5J 2T3

           Chris Besant
           Lydia Salvi

           Email:   chris.besant@bakernet.com

           Tel:     416.865.2318
           Fax:     416.863.6275

           Email:   lydia.salvi@bakernet.com

           Tel:     416.865.6944
           Fax:     416.863.6275

           Lawyers for Jabil Circuit Inc.

AND
TO:        **BENNETT JONES LLP**
           1 First Canadian Place
           Suite 3400
           Toronto, Ontario  M5X 1A4

           Robyn M. Ryan Bell
           Mark Laugesen

           Email:   ryanbellr@bennettjones.com
                    laugesenm@bennettjones.com

           Tel:     416.863.1200
           Fax:     416.863.1716

           Lawyers for Tel-e Connect Systems Ltd. and
           Tel-e Connect Systems (Toronto) Ltd.

AND
TO:        **SCHNEIDER & GAGGINO**
           375 Lakeshore Drive
           Dorval, Quebec  H9S 2A5

           Dan Goldstein
           Marco Gaggino

           Email:   dgoldstein@schneidergaggino.com
                    mgaggino@schneidergaggino.com

           Tel:     514.631.8787
           Fax:     514.631.0220

           Lawyers for the Teamsters Quebec Local 1999

AND
TO:        **MINDEN GROSS LLP**
           145 King Street West, Suite 2200
           Toronto, Ontario  M5H 4G2

           Timothy R. Dunn

           Email:   tdunn@mindengross.com
           Tel:     416.369.4335
           Fax:     416.864.9223

           Lawyers for 2748355 Canada Inc.

AND
TO:        **EURODATA**
           2574 Sheffield Road
           Ottawa, Ontario  K1B 3V7

           Nanci Shore

           Email:   nanci@eurodata.ca
           Tel:     613.745.0921
           Fax:     613.745.1172

AND
TO:        **BALDWIN LAW PROFESSIONAL
           CORPORATION**
           54 Victoria Avenue
           Belleville, Ontario K8N 5J2

           Ian W. Brady

           Email:   lbrady@baldwinlaw.ca
           Tel:     613.771.9991
           Fax:     613.771.9998

           Lawyers for Sydney Street Properties Corp.

- 13 -

AND
TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351
Fax:      714.998.7142

Lawyers for AETL Testing, Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:      416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:      416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:

**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :   jysimard@lavery.ca
Tel :     514.871.1522
Fax :     514.871.8977

Lawyers for Texas Landlords to Nortel
Networks Inc.

AND
TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351

- 14 -

AND TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:     416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:     416.365.3529
Fax:     416.369.5210

Email:   jdavissydor@davis.ca
Tel:     416.941.5397
Fax:     416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND TO:
**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:     416.863.0900
Fax:     416.863.0871

Email:   mgottlieb@dwpv.com
Tel:     416.863.0900
Fax:     416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND TO:
**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Lawyers for William A. Owens

- 15 -

AND TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:  lydia.salvi@bakernet.com

Tel:  416.865.6944
Fax:  416.863.6275

Lawyers for Wipro Limited

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:  416.865.7726
Fax:  416.863.1515

Email:  iaversa@airdberlis.com
Tel:  416.865.3082
Fax:  416.863.1515

Lawyers for the Current and Former Employees
of Nortel Networks Inc. who are or were
Participants in the Long-Term Investment Plan
Sponsored by Nortel Networks Inc.

AND TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:  416.601.8342
Fax:  416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:  sbomhof@torys.com
Tel:  416.865.7370
Fax:  416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:  416.973.3172
Fax:  416.973.0810

AND TO:

**LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email:  sseigel@langmichener.ca
Tel:  416.307.4063
Fax:  416.365.1719

Lawyers for The Bank of New York Mellon

DOCSTOR: 1600901\3

- 16 -

<table>
<tr><td>AND TO:</td><td>

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson (publ)

</td><td>AND TO:</td><td>

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers LLC, MatlinPatterson Global Opportunities Partners III L.P. and MatlinPatterson Opportunities Partners (Cayman) III L.P.

</td></tr>
<tr><td>AND TO:</td><td>

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Email:  rstabile@mccarthy.ca
Tel:    416.601.8335
Fax:    416.868.0673

Lawyers for Avaya Inc.

</td><td>AND TO:</td><td>

**SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario  M5G 2G8

James McDonald
Darrell Brown

Email:  jmcdonald@sgmlaw.com
Tel:    416.979.6425
Fax:    416.591.7333

Email:  dbrown@sgmlaw.com
Tel:    416.979.4050
Fax:    416.591.7333

Lawyers for Edmund Fitzgerald

</td></tr>
</table>

DOCSTOR: 1600901\3

- 17 -

AND TO:
**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com
Tel:      416.864.9700
Fax:     416.941.8852

Lawyers for Belden (Canada) Inc.

AND TO:
**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:   gncameron@stikeman.com
Tel:      212.845.7464
Fax:     212.371.7087

Email:   rferguson@stikeman.com
Tel:      212.845.7477
Fax:     212.371.7087

Lawyers for GENBAND Inc.

AND TO:
**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:   sdunphy@stikeman.com
Tel:      416.869.5662
Fax:     416.947.0866

Lawyers for GENBAND Inc.

AND TO:
**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:      416.367.6024
Fax:     416.361.2763

Email:   chill@blgcanada.com
Tel:      416.367.6156
Fax:     416.631.7301

Lawyers for the U.K. Pensions Regulator

AND TO:
**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:      613.241.2701
Fax:     613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND TO:
**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:   jrochon@rochongenova.com
Tel:      416.363.1867
Fax:     416.363.0263

Lawyers for the Opposing LTD Employees

- 18 -

AND TO:
**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:     416.863.3888
Fax:     416.863.2653

Lawyers for The Northern Trust Company, Canada

AND TO:
**MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:  kyle.kashuba@macleoddixon.com
Tel:     403.267.8399
Fax:     403.264.5973

Constellation NewEnergy Canada Inc.

AND TO:
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:  lschweitzer@cgsh.com
          jbromley@cgsh.com
Tel:     212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND TO:
**SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:  pengelmann@sgmlaw.com
Tel:     613-482-2452
Fax:     613-235-3041

Email:  fcampbell@sgmlaw.com
Tel:     613-482-2451
Fax:     613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND TO:
**LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email:  wpepall@lerners.ca
Tel:     416.601.2352
Fax:     416.867.2415

Lawyers for the Former Employees in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND TO:
**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

D. Brent McPherson

Email:  bmcpherson@langmichener.ca
Tel:     416.307.4103
Fax:     416.304.3769

Lawyers for Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., in its capacity as Servicer for the Nortel Networks Pass-Through Trust, Series 1-1

- 19 -

| | | | |
|---|---|---|---|
| AND TO: | **McCARTHY TETRAULT LLP** <br> Suite 5300, Toronto Dominion Bank Tower <br> Toronto, Ontario  M5K 1E6 | AND TO: | **DAVID STEER** <br> 10 Cypress Court <br> Nepean, ON  K2H 8Z8 |

AND     **McCARTHY TETRAULT LLP**     AND     **DAVID STEER**
TO:     Suite 5300, Toronto Dominion Bank Tower     TO:     10 Cypress Court
     Toronto, Ontario  M5K 1E6     Nepean, ON  K2H 8Z8

     Barbara J. Boake     E-mail:  davidsteer127@sympatico.ca
     James D. Gage

     E-mail:  bboake@mccarthy.ca
     Tel:     416.601.7557
     Fax:     416.868.0673

     Email:     jgage@mccarthy.ca
     Tel:     416.601.7539
     Fax:     416.686.0673

     Lawyers for Morneau Sobeco Limited
     Partnership

- 20 -

## COURTESY COPIES:

AND
TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email:  sbrown@lrlaw.com

Tel:    602.262.5321
Fax:    602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND
TO:

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara

Email:  fhodara@akingump.com

Tel:    212.872.1000
Fax:    212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
         jdrew@curtis.com

Tel:    212.696.6000
Fax:    212-697-1559

Lawyers for Flextronics International

AND
TO:

**MILBANK, TWEED, HADLEY
McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email:  DDunne@milbank.com
Tel:    212.530.5770
Fax:    212.530.5219

Email:  ALeblanc@milbank.com
Tel:    212.835.7574
Fax:    212.530.5219

Email:  APisa@milbank.com
Tel:    212.530.5319
Fax:    212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

- 21 -

| | |
|---|---|
| AND TO: | **VEDDER PRICE P.C.**<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |

AND TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019

Michael L. Schein

Email: mschein@vedderprice.com

Tel: 212.407.6920
Fax: 212.407.7799

U.S. Lawyers for Telmar Network Technology, Inc. and Precision Communication Services, Inc.

AND TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Eric S. Prezant

Email: eric.prezant@bryancave.com
Tel: 312.602.5033
Fax: 312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email : andrew.robertson@macleoddixon.com
caylee.rieger@macleoddixon.com

Tel : 403.267.8222
Fax : 403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers for the Steering Committee of Recently Severed Canadian Nortel Employees and lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009

AND TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel : 212.906.1373
Fax : 212.751.4864

U.S. Lawyers for The Bank of New York Mellon

DOCSTOR: 1600901\3

# INDEX

Court File No.  09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE - COMMERCIAL LIST

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION,  NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

**MOTION RECORD**
**(Returnable December 15, 2010)**
**INDEX**

| TAB | DOCUMENT | PAGE # |
|---|---|---|
| 1. | Notice of Motion returnable December 15, 2010 | 1-8 |
| 2. | Affidavit of Shauna Martin sworn December 9, 2010 | 9-14 |
| A. | Nortel letter dated October 13, 2010, without attachments | 15-31 |
| B. | E-mail from Nortel to Genband dated October 15, 2010 | 32-33 |
| C. | Genband Letter dated October 25, 2010 | 34-35 |
| D. | Genband Letter dated November 9, 2010 | 36-41 |
| E. | Nortel Letter dated November 10, 2010 | 42-43 |

- 2 -

# TAB 1

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE - COMMERCIAL LIST**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT,*
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF NORTEL NETWORKS CORPORATION,  NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT,*
**R.S.C. 1985, c. c-36, AS AMENDED**

**NOTICE OF MOTION**
**(returnable December 15, 2010)**

Genband US LLC, formerly Genband Inc. ("**Genband**"), will make a motion to Justice Morawetz of the Ontario Superior Court of Justice (Commercial List) on Wednesday, December 15, 2010, at 10:00 a.m., or as soon after that time as the motion can be heard, at 330 University Avenue, Toronto, Ontario.

PROPOSED METHOD OF HEARING: The motion is to be heard orally.

THE MOTION IS FOR:

(a)     An Order abridging the time for service of this Notice of Motion and Motion Record, if necessary, and directing that any further service of this Notice of Motion and Motion Record be dispensed with;

(b)     An Order requiring Nortel to submit the disagreement relating to the Closing Statement disclosed in its Disagreement Notice (the "**PPA Dispute**") delivered pursuant to the Asset Sale Agreement dated December 22, 2009 (the "**ASA**") to the Accounting Arbitrator pursuant

2

to s. 2.2.3.1 of the ASA, the whole without regard to whether Nortel characterizes such disagreement as legal, arithmetic or otherwise;

(c)     If required, an Order lifting the stay of proceedings herein and directing Nortel to instruct the Accounting Arbitrator to proceed to resolve the PPA Dispute pursuant to section 2.2.3.1 of the ASA; and

(d)     Such further and other relief as counsel may advise and to this Court seems just.

THE GROUNDS FOR THE MOTION ARE:

**The CCAA and Other Insolvency Proceedings**

(e)     On January 14, 2009, certain corporations and subsidiaries of the Nortel global enterprise filed separate insolvency and bankruptcy proceedings in Canada, the United States and England and Wales, as follows:

(i)     In Canada, Nortel Networks Corporation ("**NNC**"), Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "**Applicants**") applied for and were granted protection from their creditors under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") pursuant to an initial order of the Ontario Superior Court of Justice (Commercial List) (the "**Court**").

(ii)    In the United States, certain of NNC and NNL's subsidiaries, including Nortel Networks Inc. ("**NNI**") filed proceedings under Chapter 11 of the United States Bankruptcy Code (the "**Code**")

in the United States Bankruptcy Court for the District of Delaware (the "**U.S. Court**").

(iii)   In England and Wales, certain European, Middle Eastern and African subsidiaries (the "**EMEA Debtors**") obtained administration orders from the High Court of England and Wales under the Insolvency Act 1986.

(f)   By Order dated January 14, 2009, this Honourable Court also granted an order recognizing the Chapter 11 cases as "foreign proceedings" and giving effect to the automatic stay under the Code in Canada (the "**Recognition Order**").

(g)   The CCAA proceedings were recognized by the U.S. Court as "foreign main proceedings" under Chapter 15 of the Code on February 27, 2009.

**The Asset Sale Agreement**

(h)   On December 22, 2009, Genband and the Sellers, including NNC, NNL and NNI (collectively, "**Nortel**" and together with Genband, the "**Parties**") entered into the ASA, pursuant to which Genband agreed to acquire certain assets of the Sellers' Carrier Voice Over IP and Application Solutions Business.[1]

(i)   This Court approved the ASA, including the Mandatory Arbitration Provision (defined below), on two separate occasions: on January 6, 2010, it granted an order approving the ASA as a stalking horse agreement and on March 3, 2010, it granted an approval and vesting

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the ASA.

*4*

order approving the ASA and the sale to Genband (the "**Approval and Vesting Order**").

(j)     The Purchase Price agreed to in the ASA is subject to a purchase price adjustment to reflect, among other adjustments, the difference between the Estimated Purchase Price, as prepared and delivered by the Sellers prior to Closing and the Final Purchase Price as prepared and delivered by Genband after Closing.

**Purchase Price Adjustment Dispute Is Governed by the Mandatory Arbitration Provision**

(k)     On September 15, 2010, Genband delivered a letter and written statement to Nortel (and the other Sellers) containing its calculation of the Final Purchase Price (the "**Closing Statement**") as required by section 2.2.3.1(a) of the ASA.

(l)     On October 13, 2010, Nortel objected to the certain aspects of Genband's Closing Statement, and as required by section 2.2.3.1(b) of the ASA, delivered a letter and written statement to Genband setting forth its disagreement.   On November 16, 2010 Nortel delivered an amended disagreement notice (the "**Disagreement Notice**") to Genband.

(m)     The Parties resolved some of the disputes raised by Nortel in the Disagreement Notice but have been unable to resolve the PPA Dispute in its entirety.

(n)     Upon realizing that the Parties would be unable to resolve the balance of the PPA Dispute through good faith negotiations, Genband proposed that the Parties begin to prepare for arbitration in accordance with section 2.2.3.1 of the ASA.  Nortel refused.

(o)     Section 2.2.3.1.(c) of the ASA requires the Parties to submit *"any disagreement"* regarding the Closing Statement to the Independent Auditor who shall serve as Accounting Arbitrator, if the same is not resolved through good faith negotiations within fifteen (15) days after delivery of a Disagreement Notice (the **"Mandatory Arbitration Provision"**).

(p)     The Mandatory Arbitration Provision applies to *any disagreement* relating to the Closing Statement and is final and binding upon the Parties. The Accounting Arbitrator has complete jurisdiction to resolve any such disagreement.

(q)     The Court's jurisdiction to resolve disputes between the Parties is expressly limited by the terms of the ASA, including the Mandatory Arbitration Provision and section 10.6(e) (which provisions were approved by this Court when the ASA was approved).

**Nortel Refuses to Comply with the Mandatory Arbitration Provision**

(r)     Having attempted but failing to resolve entirely the PPA Dispute through good faith negotiations, Genband requested that the Parties proceed to have the PPA Dispute resolved by the Accounting Arbitrator in accordance with section 2.2.3.1.(c) of the ASA.

(s)     Despite the mandatory nature of, and the Parties' prior compliance with, the dispute resolution mechanisms under the ASA, Nortel refuses to proceed to have the PPA Dispute resolved by the Accounting Arbitrator as required under the ASA, and instead seeks to have this Court and the U.S. Court resolve the dispute.

(t)     If required, lifting the stay of proceedings to allow Genband to enforce the Mandatory Arbitration Provision in the ASA, and to require Nortel to comply with the same, is fair and equitable in the circumstances.

(u)     There is no prejudice to Nortel from proceeding in accordance with the Mandatory Arbitration Provision.  Rather, requiring Nortel to comply with the agreement it made, which was approved by the Court, is consistent with the interests of justice.

(v)     By comparison, failing to give effect to the Mandatory Arbitration Provision will deprive Genband of the benefit of a final and more efficient dispute resolution process that it specifically negotiated  for under the ASA.

(w)     Sections 11(4) and 11(6) of the CCAA.

(x)     Such further and other grounds as counsel may advise and this Court may permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a)     The Affidavit of Shauna Martin, sworn December 9, 2010; and

(b)     Such further and other materials as counsel may advise and this Court may permit.

December 9, 2010                    STIKEMAN ELLIOTT LLP
                                    Barristers & Solicitors
                                    5300 Commerce Court West
                                    199 Bay Street
                                    Toronto, Canada  M5L 1B9

**Sean F. Dunphy  LSUC#: 24941J**
Tel: (416) 869-5662
**Alexander D. Rose  LSUC#: 49415P**
Tel: (416) 869-5261
**Erica Tait   LSUC#: 55996O**
Tel: (416) 869-6805
Fax: (416) 947-0866

Lawyers for the Moving Party,
Genband US LLC

TO:       Attached Service List

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED

Court File No: 09-CL-7950

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

---

*ONTARIO*
**SUPERIOR COURT OF JUSTICE - COMMERCIAL LIST**

Proceeding commenced at Toronto

---

**NOTICE OF MOTION
(RETURNABLE DECEMBER 15, 2010)**

---

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Canada  M5L 1B9

**Sean F. Dunphy  LSUC#: 24941J**
Tel: (416) 869-5662
**Alexander D. Rose  LSUC#: 49415P**
Tel: (416) 869-5261
**Erica Tait  LSUC#: 55996O**
Tel: (416) 869-6805
Fax: (416) 947-0866

Lawyers for the Moving Party,
Genband US LLC

- 3 -

# TAB 2

Court File No.  09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE - COMMERCIAL LIST

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED

## AFFIDAVIT OF SHAUNA MARTIN
### (sworn December 9, 2010)

I, Shauna Martin, of the City of Frisco in the State of Texas, **MAKE OATH AND SAY:**

### Introduction

1.      I have been the Executive Vice President and General Counsel of Genband US LLC (formerly Genband Inc., "**Genband**") since April 1, 2008.   As such, I have knowledge of the matters herein deposed, except where stated to be based on information and belief and, where so stated, I verily believe same to be true.

2.      By my swearing this affidavit, Genband does not intend to waive any privilege over any communications, including communications between Genband

and me or Genband's external counsel, Latham & Watkins LLP and Stikeman Elliott LLP.

3.      Capitalized terms used herein but not otherwise defined have the meanings ascribed to them in the Asset Sale Agreement dated December 22, 2009 (the "**ASA**").

**The CCAA and Other Insolvency Proceedings**

4.      On January 14, 2009, certain corporations and subsidiaries of the Nortel global enterprise filed separate insolvency and bankruptcy proceedings in Canada, the United States and England and Wales, as follows:

     (a)    In Canada, Nortel Networks Corporation ("**NNC**"), Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "**Applicants**") applied for and were granted protection from their creditors under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") pursuant to an initial order of the Ontario Superior Court of Justice (Commercial List) (the "**Court**").

     (b)    In the United States, certain of NNC and NNL's subsidiaries, including Nortel Networks Inc. ("**NNI**") commenced proceedings under Chapter 11 of the United States Bankruptcy Code (the "**Code**") in the United States Bankruptcy Court for the District of Delaware (the "**U.S. Court**").

     (c)    In England and Wales, certain European, Middle Eastern and African subsidiaries (the "**EMEA Debtors**") obtained administration orders from the High Court of England and Wales under the Insolvency Act 1986.

5.      On January 14, 2009, the Court also issued an order recognizing the Chapter 11 cases as "foreign proceedings" in Canada and gave effect in Canada to the automatic stay under the Code (the "**Recognition Order**").

6.       The CCAA proceedings were recognized by the U.S. Court as "foreign main
proceedings" under Chapter 15 of the Code on February 27, 2009.

**The Asset Sale Agreement**

7.       On December 22, 2009, Genband and the Sellers, including NNC, NNL and
NNI (collectively, **"Nortel"** and together with Genband, the **"Parties"**) entered into
the ASA, pursuant to which Genband agreed to acquire certain assets of the Sellers'
Carrier Voice Over IP and Application Solutions Business.  A copy of the ASA is
appended Exhibit A to the Affidavit of John Doolittle, sworn November 30, 2010 and
filed on behalf of Nortel in support of its motion, returnable December 15, 2010 (the
**"Doolittle Affidavit"**).

8.       This Court considered the ASA on two separate occasions: on January 6, 2010,
it granted an order approving the ASA as a stalking horse agreement and, on March
3, 2010, it granted an approval and vesting order approving the ASA and the sale
transaction to Genband (the **"Approval and Vesting Order"**).  A copy of the
Approval and Vesting Order is appended as Exhibit D to the Doolittle Affidavit.  The
ASA was subsequently amended pursuant to Amendment No. 1 to the ASA dated
May 28, 2010 to address provisions not relevant to the matters described herein.

**Purchase Price Adjustment Dispute Is Governed by the Mandatory Arbitration
Provision**

9.       In connection with the sale of the CVAS Business, Wells Fargo Bank, National
Association, Nortel and Genband entered into an escrow agreement dated as of

January 6, 2010 and amended on May 28, 2010, a copy of which is appended as Exhibit F to the Doolittle Affidavit.

10.     On May 25, 2010, Nortel provided Genband with an Estimated Purchase Price statement as contemplated by section 2.2.2 of the ASA, a copy of which is appended as Exhibit E to the Doolittle Affidavit.

11.     On May 28, 2010, the sale of the CVAS Business to Genband closed.

12.     On September 15, 2010, Genband delivered a letter and written statement to Nortel (and the other Sellers) containing its final calculation of the Final Purchase Price (the "**Closing Statement**") as required by section 2.2.3.1(a) of the ASA.  A copy of the Closing Statement is appended as Exhibit G to the Doolittle Affidavit.

13.     On October 13, 2010, Nortel objected to the certain aspects of Genband's Closing Statement, and as required by section 2.2.3.1(b) of the ASA, delivered a written disagreement notice to Genband.  On November 16, 2010, Nortel delivered to Genband an amended disagreement notice, a copy of which is appended as Exhibit H to the Doolittle Affidavit. (the "**Disagreement Notice**").

14.     The Parties resolved certain of the disputes raised by Nortel in the Disagreement Notice but were unable to resolve the disagreement relating to the Closing Statement disclosed in its Disagreement Notice (the "**PPA Dispute**") in its entirety.

- 5 -

*13*

### Nortel Refuses to Comply with the Mandatory Arbitration Provision

15.     Having attempted but failing to resolve entirely the PPA Dispute through good faith negotiations, Genband requested that the Parties proceed to have the PPA Dispute resolved by the Accounting Arbitrator in accordance with section 2.2.3.1.(c) of the ASA.   Despite the Parties' prior compliance with the dispute resolution mechanisms under the ASA, Nortel has refused to proceed to have the PPA Dispute resolved by the Accounting Arbitrator.

16.     Both in the covering letter to the original disagreement notice dated October 13, 2010 and by email dated October 15, 2010, Nortel advised me that it was not prepared to submit the PPA Dispute to the Accounting Arbitrator in accordance with the ASA.  Copies of the October 13, 2010 letter, without attachments, and the October 15, 2010 email are appended hereto as **Exhibits "A"** and **"B"**, respectively.

17.     On October 25, 2010 and November 9, 2010 I sent the letters appended hereto as **Exhibits "C"** and **"D"**, respectively, to Nortel.  I did not receive a specific response to my October 25, 2010 letter, but received a responding letter from Nortel on November 10, 2010 addressing both of my letters, a copy of which is appended hereto as **Exhibit "E"**.

SWORN BEFORE ME at the City of
_Frisco_, on December 9,
2010.



_____
Commissioner for Taking Affidavits

_____
Shauna Martin

KAREN EVES
Notary Public, State of Texas
My Commission Expires
July 09, 2013

# EXHIBIT "A"



# N⊘RTEL

October 13, 2010

<u>VIA FACSIMILE</u>

GENBAND US LLC
GENBAND Inc.
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Attn: General Counsel

Ladies and Gentlemen:

Reference is made to the Asset Sale Agreement by and among Nortel Networks Corporation ("<u>NNC</u>"), Nortel Networks Limited ("<u>NNL</u>"), Nortel Networks Inc. ("<u>NNI</u>"), the other entities identified therein as Sellers (together with NNC, NNL and NNI, "<u>Nortel</u>"), GENBAND Inc. ("<u>GB</u>") and the other Designated Purchasers that became parties thereto (together with GB, "<u>GENBAND</u>"), dated December 22, 2009, as amended from time to time (the "<u>ASA</u>"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA, save that the terms "EMEA Non-Debtor Seller Directors", "Israeli Assets", "Israeli Company" and "Israeli Liabilities" have the meanings ascribed to them in the EMEA Asset Sale Agreement.

We are in receipt of the Closing Statement prepared by GENBAND dated September 15, 2010 (the "<u>GB Closing Statement</u>"). Pursuant to Section 2.2.3.1(b) of the ASA, please find attached hereto as <u>Annex A</u> a Disagreement Notice from Nortel and the EMEA Sellers in respect of the GB Closing Statement. We note that the disagreement with the Closing Deferred Profit Amount in the GB Closing Statement arises primarily from differences between GENBAND and Nortel in the interpretation of the definition of "Deferred Profit Amount" in the ASA, rather than differences over calculations. Accordingly, any disagreement over the interpretation of the "Deferred Profit Amount" definition is a matter of contractual interpretation and we do not intend to waive and expressly reserves our right to pursue all available remedies to resolve any disputes over the Deferred Profit Amount, whether by recourse to judicial relief or otherwise.

In addition, NNI hereby reiterates its position as set forth in its letter to GENBAND dated August 13, 2010 (attached hereto as <u>Annex B</u> for your reference) with respect to the Verizon Receivables, as defined in such letter.

Notwithstanding that this letter shall have been signed by the Joint Administrators and the Joint Israeli Administrators both in their capacities as administrators of the EMEA Debtors for and on behalf of the EMEA Debtors and of the Israeli Company for and on behalf of the Israeli Company, respectively, and in their personal capacities, it is hereby expressly declared that no personal Liability, or any Liability whatsoever, under or in connection with this letter shall fall on the Joint Administrators, the Joint Israeli Administrators or their respective firm, partners, employees, agents, advisers or representatives whether such Liability would arise under paragraph 99(4) of schedule B1 to the Insolvency Act, or otherwise howsoever.

The Joint Administrators and the Joint Israeli Administrators are signatories to this letter in their personal capacities only for the purpose of receiving the benefit of the previous paragraph. Otherwise, for all purposes of this letter, the Joint Administrators and Joint Israeli Administrators act without personal liability as agents of the EMEA Debtors and the Israeli Company, respectively.

It is hereby expressly declared that no personal Liability, or any Liability whatsoever, under or in connection with this letter shall fall on any of the EMEA Non-Debtor Seller Directors howsoever such Liability should arise.

2

17   4/2

08/28/2007 23:45   6154324413          LYNN AT NORTEL          PAGE 01/01

Very truly yours,

NORTEL NETWORKS INC.

By _____
   Name: Lynn C. Egan
   Title: Secretary


NORTEL NETWORKS CORPORATION


By _____
   Name:
   Title:


By _____
   Name:
   Title:


NORTEL NETWORKS LIMITED


By _____
   Name:
   Title:


By _____
   Name:
   Title:

Very truly yours,

NORTEL NETWORKS INC.

By _____
   Name:
   Title:


NORTEL NETWORKS CORPORATION

By _____
   Name: John Doolittle
   Title:  Senior Vice President,
           Corporate Services and
           Chief Financial Officer


By _____
   Name: Clarke Glaspell
   Title:  Controller


NORTEL NETWORKS LIMITED

By _____
   Name: John Doolittle
   Title:  Senior Vice President,
           Corporate Services and
           Chief Financial Officer


By _____
   Name: Clarke Glaspell
   Title:  Controller

*19*

Oct·13·2010 01:05 PM CLEARY GOTTLIEB NEW YORK 212·225·3999

SIGNED for and on behalf of Nortel Networks   )
UK Limited (in administration) by             )
Alan Bloom                                    )
as Joint Administrator (acting as agent and   )
without personal liability) in the presence of: )

Alan Bloom

Witness signature

..........................................   )
Name:      WILMA  GRAHAM                       )
Address:                                       )
          1 More London Place
          London
          SE1 2AF

SIGNED for and on behalf of Nortel GmbH       )
(in administration) by                        )
Alan Bloom                                    )
as Joint Administrator (acting as agent and   )
without personal liability) in the presence of: )

Alan Bloom

Witness signature

..........................................   )
Name:      WILMA  GRAHAM                       )
Address:                                       )
          1 More London Place
          London
          SE1 2AF

SIGNED for and on behalf of Nortel Networks   )
SpA (in administration) by                    )
Alan Bloom                                    )
as Joint Administrator (acting as agent and   )
without personal liability) in the presence of: )

Alan Bloom

Witness signature

..........................................   )
Name:      WILMA  GRAHAM                       )
Address:                                       )
          1 More London Place
          London
          SE1 2AF



SIGNED for and on behalf of Nortel Networks )
Hispania S.A. (in administration) by )
Alan Bloom )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:

Alan Bloom

Witness signature

...................................................... )
Name:    WILMA GRAHAM )
Address: )
                1 More London Place
                London
SIGNED for and on behalf of Nortel Networks )
B.V. (in administration) by )
Alan Bloom )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:

Alan Bloom

Witness signature

...................................................... )
Name:    WILMA GRAHAM )
Address: )
                1 More London Place
                London
                SE1 2AF
SIGNED for and on behalf of Nortel Networks )
N.V. (in administration) by )
Alan Bloom )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of:

Alan Bloom

Witness signature

...................................................... )
Name:    WILMA GRAHAM )
Address: )

                1 More London Place
                London
                SE1 2AF

**SIGNED** for and on behalf of Nortel Networks ⟩ ............................................................
(Austria) GmbH (in administration) by ⟩ Alan Bloom
Alan Bloom ⟩
as Joint Administrator (acting as agent and ⟩
without personal liability) in the presence of: ⟩

Witness signature

.................. W. Graham .....................
Name:       WILMA GRAHAM
Address:    ...STRV.....D
            1 More London Place
            London
            SE1 2AF

**SIGNED** for and on behalf of Nortel Networks ⟩ ............................................................
Polska Sp. z.o.o. (in administration) by ⟩ Alan Bloom
Alan Bloom ⟩
as Joint Administrator (acting as agent and ⟩
without personal liability) in the presence of: ⟩

Witness signature

.................. W. Graham .....................
Name:       WILMA GRAHAM
Address:    ................ LLP
            1 More London Place
            London
            SE1 2AF

**SIGNED** for and on behalf of Nortel Networks ⟩ ............................................................
Portugal S.A. (in administration) by ⟩ Alan Bloom
Alan Bloom ⟩
as Joint Administrator (acting as agent and ⟩
without personal liability) in the presence of: ⟩

Witness signature

.................. W. Graham .....................
Name:       WILMA GRAHAM
Address:    ................ LLP
            1 More London Place
            London
            SE1 2AF

*22*

SIGNED for and on behalf of Nortel Networks        )
AB (in administration) by                          )     ............................................
Alan Bloom                                         )     Alan Bloom
as Joint Administrator (acting as agent and        )
without personal liability) in the presence of:    )

Witness signature

............................................
Name:        WILMA GRAHAM
Address:     _____
             1 More London Place
             London

SIGNED for and on behalf of Nortel Networks        )
Slovensko s.r.o. (in administration) by            )     ............................................
Alan Bloom                                         )     Alan Bloom
as Joint Administrator (acting as agent and        )
without personal liability) in the presence of:    )

Witness signature

............................................
Name:        WILMA GRAHAM
Address:     _____
             1 More London Place
             London
             SE1 2AF

SIGNED for and on behalf of Nortel Networks        )
s.r.o. (in administration) by                      )     ............................................
Alan Bloom                                         )     Alan Bloom
as Joint Administrator (acting as agent and        )
without personal liability) in the presence of:    )

Witness signature

............................................
Name:        WILMA GRAHAM
Address:     _____
             1 More London Place
             London
             SE1 2AF

23

SIGNED for and on behalf of Nortel Networks     )
Romania S.R.L. (in administration) by .          )      .................................................
Alan Bloom                                       )      Alan Bloom
as Joint Administrator (acting as agent and      )
without personal liability) in the presence of:  )


Witness signature

.............................................................     )
Name:        WILMA GRAHAM                                         )
Address:                                                          )
             1 More London Place
             Londra
             SE1 2AF

*24*

SIGNED for and on behalf of Nortel Networks          )
France S.A.S. (in administration) by                 )          _____
Kerry Trigg                                          )          Kerry Trigg
acting as authorised representative for              )
Christopher Hill                                     )
as Joint Administrator (acting as agent and
without personal liability) in the presence of:


Witness signature,
_____          )
Name: SHARON PERLMUTTER          )
Address:                          )

          ERNST & YOUNG LLP
          1 More London Place
          London
          SE1 2AF

SIGNED for and on behalf of Nortel Networks    )
(Ireland) Limited (in administration) by        )
DAVID HUGHES                                    )
as Joint Administrator (acting as agent and     )
without personal liability) in the presence of:

Witness signature

Name:    Niall O'Sweeney
Address:    % Ernst + Young
            Harcourt Centre
            Harcourt St. Dublin 2

2C

SIGNED by Richard Banbury              )
duly authorised for and on behalf of Nortel    )
Networks o.o.o. in the presence of:        )        Richard Banbury


Witness signature


Name: *Vel'gzheva Galina*   )
Address: *127603 moscow Russia*
*Svetlovskoye shosse*
*52-377*

SIGNED by Simon Freemantle                    )
duly authorised for and on behalf of Nortel   )     Simon Freemantle
Networks AG in the presence of:               )


Witness Signature

Name: Anthony Platt                           )
Address: 31 Hermitage Dr                      )
         Thetford                             )
         Barnes
         RG10 9HT

SIGNED for and on behalf of Nortel Networks )
Israel (Sales and Marketing) Limited (in )
administration) by Yaron Har-Zvi and Avi D. )
Pelossof as Joint Israeli Administrators (acting )
jointly and without personal liability) in )
connection with the Israeli Assets and Israeli )
Liabilities: )
                                          )
                                          )

הנאמן בהקפאת הליכים

Yaron Har-Zvi

בהקפאת הליכים

Avi D. Pelossof

Witness signature אמיר לוזון עו"ד

                                          )
Name: Itay Lou                            )
Address: 20 Lincoln st,                   )
         Tel-Aviv, Israel

**SIGNED** by Alan Bloom                                   )
                                                           )    .................................................
                                                           )    Alan Bloom
in his own capacity and on behalf of the Joint
Administrators without personal liability and
solely for the benefit of the provisions of this
letter expressed to be conferred on or given to
the Joint Administrators:


Witness signature

..................... W. Graham .....................     )
Name:      WILMA   GRAHAM                                  )
Address:   [...........................]                   )
           1 More London Place
           London
           SE1 2AF



SIGNED by Yaron Har-Zvi

In his own capacity and on behalf of the Joint
Israeli Administrators without personal liability
and solely for the benefit of the provisions of
this letter expressed to be conferred on or given
to the Joint Israeli Administrators:

)
)
)

Yaron Har-Zvi

Witness signature

Name: Itay Lavi
Address: 20 Lincoln St.
Tel Aviv, Israel

SIGNED by Avi D. Pelossof

in his own capacity and on behalf of the Joint
Israeli Administrators without personal liability
and solely for the benefit of the provisions of
this letter expressed to be conferred on or given
to the Joint Israeli Administrators:

)
)
)
)
)

Avi D. Pelossof

Witness signature

Name: Itay Lavi
Address: 20 Lincoln st.
Tel-Aviv, Israel

)
)

cc:    Latham & Watkins LLP
       885 Third Avenue
       New York, New York 10002
       United States
       Attention: David S. Allinson, Esq.

       Baker Botts LLP
       2001 Ross Avenue, Suite 600
       Dallas, Texas 75201
       Attention: Don J. McDermett, Jr., Esq.
               Curt Anderson, Esq.

       Stikeman Elliott LLP
       445 Park Avenue, 7th Floor
       New York, New York 10022
       Attention: Ron Ferguson, Esq.

*For the companies listed below (the "Companies"), The Institute of Chartered Accountants in England and Wales authorises A R Bloom, S Harris and C Hill to act as Insolvency Practitioners under section 390(2)(a) of the Insolvency Act 1986 and the Association of Chartered Certified Accountants authorises A M Hudson to act as an Insolvency Practitioner under section 390(2)(a) of the Insolvency Act 1986.*

*The affairs, business and property of the Companies are being managed by the Joint Administrators, A R Bloom, S Harris, AM Hudson and C Hill who act as agents of the Companies only and without personal liability.*

*The Companies are Nortel Networks UK Limited; Nortel Networks SA; Nortel GmbH; Nortel Networks France SAS; Nortel Networks NV; Nortel Networks SpA; Nortel Networks BV; Nortel Networks Polska SP Zoo; Nortel Networks Hispania SA; Nortel Networks (Austria) GmbH; Nortel Networks sro; Nortel Networks Engineering Service Kft; Nortel Networks Portugal SA; Nortel Networks Slovensko sro; Nortel Networks Oy; Nortel Networks Romania SRL; Nortel Networks AB; Nortel Networks International Finance & Holding BV.*

*The affairs, business and property of Nortel Networks (Ireland) Limited are being managed by the Joint Administrators, A R Bloom and D Hughes, who act as agents of Nortel Networks (Ireland) Limited only and without personal liability.*

# EXHIBIT "B"

**From:** Fishman, Robert (EAST:9791)
**Sent:** Friday, October 15, 2010 9:27 PM
**To:** Shauna Martin
**Cc:** Dadyburjor, Khush (APORT:0066); Schweitzer, Lisa CLEARY (External:EXTRNL:CLEARY); 'John P McGill'; Glass, David (RICH2:8452); Egan, Lynn (NASHF:9792)
**Subject:** Your 10/15 voice mail

Shauna,

Sorry I missed your call today. I was on vacation.

33

I'm available on Monday for a call and have copied those from Nortel and Cleary who should also be on the call for them to advise of their availability. If we intend to get into the "details", we'll need David Glass, as well on the call, but he will not be available until Wednesday because of a death in his family.

With respect to your comment concerning the "major" issue, it is Nortel's position that this issue is not subject to resolution by arbitration, as set forth in our most recent letter to GB.

Robert

# EXHIBIT "C"

11/09/10  18:40 FAX 212 906 3008          LATHAM & WATKINS                    006

34



October 25, 2010

**Nortel Networks Corporation and Nortel Networks Limited**
5945 Airport Road, Suite 360
Mississauga, Ontario, Canada L4V 1R9
Facsimile: +1-905-863-2057
Attn: Anna Ventresca,
 *General Counsel-Corporate and Corporate Secretary*
Attn: Khush Dadyburjor,
 *Vice President, Mergers and Acquisitions*

**Nortel Networks Inc.**
Legal Department
220 Athens Way, Suite 300
Nashville, Tennessee, USA  37228
Facsimile: +1-615-432-4413
Attn: Lynn C. Egan
 *Secretary*

Ladies and Gentlemen,

        We are in receipt of your letter, dated October 13, 2010 (the "October 13 Letter") and the subsequent email that Robert Fishman sent me on October 15, 2010 (the "October 15 Email"). I write regarding the dispute resolution procedure provided for in that certain Asset Sale Agreement by and among Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Inc. ("NNI"), the other entities identified therein as Sellers (together with NNC, NNL, and NNI, "Nortel"), GENBAND Inc. ("GB") and the other Designated Purchasers that became parties thereto (together with GB, "GENBAND"), dated December 22, 2009, as amended from time to time (the "ASA"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA.

        During the conference call we had the morning of October 20, 2010 (the "October 20 Conference Call"), we discussed your Disagreement Notice, dated October 13, 2010 (the "Disagreement Notice"), which was attached to the October 13 Letter, and GENBAND's Closing Statement, dated September 15, 2010 (the "Closing Statement"). As you know, and per the dispute resolutions procedure outlined in the ASA, the Closing Statement and the Disagreement Notice were properly and timely provided with respect to each party's disagreement with the other with regards to the Purchase Price Adjustment, pursuant to Sections 2.2.3.1(a) and Section 2.2.3.1(b) of the ASA, respectively. Any disagreements between the parties after the fifteen (15) day period following delivery of the Disagreement Notice must be submitted to an arbitrator pursuant to Section 2.2.3.1(c) of the ASA.



We were surprised by your statements in the October 13 Letter, the October 15 Email, and on the October 20 Conference Call that you are not prepared to begin the process of submitting all disagreements to arbitration. To be completely clear, Section 2.2.3.1(c) of the ASA provides the exclusive procedure available: "If [Nortel] . . . and [GENBAND] are unable to resolve <u>any disagreement</u> as contemplated by Section 2.2.3.1(b) within fifteen (15) days after delivery of a Disagreement Notice by [Nortel], the Independent Auditor shall serve as arbitrator . . . to resolve such disagreement." (emphasis added).

You gave no reason why you would not prepare for this contractually-mandated arbitration, other than to suggest that you did not think the arbitrator would be up to the task. When we asked why our disagreement would not fall within the category of "any disagreement" as discussed above, you could not point to any provision in the ASA that justifies your position.

As you know, GENBAND bargained, negotiated, and paid for the arbitration clause associated with the Purchase Price Adjustment which provides for an efficient, fast, and final process for resolving these disputes. Nortel's threatened attempt to avoid arbitration with regard to a disagreement over the Purchase Price Adjustment therefore would constitute a breach of the ASA, and would deprive us of the benefit of that bargain.

The fifteen-day timeframe for the parties to resolve any disagreements relating to the calculation of the Purchase Price is currently ongoing, but the October 20 Conference Call made clear that the disagreements likely will not be resolved within that time. As such, both parties should prepare for arbitration. We would welcome the opportunity to discuss arbitrators with you, because although KPMG is named as the arbitrator in the ASA, we question whether they will be able to do so. As such, this question should be resolved and potential alternative arbitrators should be discussed. If Nortel is not willing to move forward with preparing for arbitration, or if Nortel interferes with or frustrates the arbitration in any way, we reserve all rights, including without limitation to seek recovery of any costs and attorneys fees incurred in enforcing the arbitration provision.

We appreciate that you agree with us that the issues regarding Verizon Receivables, raised in the October 13 Letter, which do not relate to the Closing Statement, are not subject to arbitration. Our failure to comment on any statement in the October 13 Letter does not constitute our acceptance with or agreement to it. GENBAND expressly reserves all of its rights and remedies.

Sincerely,

Shauna Martin, General Counsel
**GENBAND**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Facsimile: +1-972-461-7516

# EXHIBIT "D"

11/09/10  18:38 FAX 212 906 3008          LATHAM & WATKINS          ☑002

36



November 9, 2010

**Nortel Networks Corporation and Nortel Networks Limited**
5945 Airport Road, Suite 360
Mississauga, Ontario, Canada L4V 1R9
Facsimile: +1-905-863-2057
Attn: Anna Ventresca,
  *General Counsel-Corporate and Corporate Secretary*
Attn: Khush Dadyburjor,
  *Vice President, Mergers and Acquisitions*

**Nortel Networks Inc.**
Legal Department
220 Athens Way, Suite 300
Nashville, Tennessee, USA 37228
Facsimile: +1-615-432-4413
Attn: Lynn C. Egan
  *Secretary*

Ladies and Gentlemen,

    I write regarding the dispute resolution procedure provided for in that certain
Asset Sale Agreement by and among Nortel Networks Corporation ("NNC"), Nortel
Networks Limited ("NNL"), Nortel Networks Inc. ("NNI"), the other entities identified
therein as Sellers (together with NNC, NNL, and NNI, "Nortel"), GENBAND Inc.
("GB") and the other Designated Purchasers that became parties thereto (together with
GB, "GENBAND"), dated December 22, 2009, as amended from time to time (the
"ASA"). Terms used but not defined in this letter have the meanings ascribed to them in
the ASA.

    As stated in the letter we sent you on October 25, 2010 (the "October 25 Letter"),
attached hereto as Exhibit A, the dispute resolution process with regards to the Purchase
Price Adjustment is unambiguous. Section 2.2.3.1(c) of the ASA provides that "If
[Nortel] . . . and [GENBAND] are unable to resolve any disagreement as contemplated
by Section 2.2.3.1(b) within fifteen (15) days after delivery of a Disagreement Notice by
[Nortel], the Independent Auditor shall serve as arbitrator . . . to resolve such
disagreement." (emphasis added).

    You did not respond to the October 25 Letter. Additionally, you have provided
no explanation as to why, in the face of this completely clear contractual obligation to
arbitrate, you stated, first, in your letter to GENBAND on October 13, 2010 (the
"October 13 Letter"), second, in an email from Robert Fishman to me on October 15,
2010 (the "October 15 Email"), and third, during our conference call held on October 20,
2010 (the "October 20 Conference Call") that you are not prepared to begin the process

37

of submitting all disagreements to arbitration. You have not pointed to any provision in the ASA that justifies your position because you cannot. You have not taken the opportunity provided in the October 25 Letter to discuss preferred arbitrators. Rather, during telephone conversations between Robert Fishman and myself on November 2, 2010, you stated again that Nortel is unwilling to proceed to arbitration and requested an extension of the fifteen-day period to resolve disputes. These statements and the statements in the October 13 Letter, the October 15 Email, and the October 20 Conference Call constitute breaches of Section 2.2.3.1(c) of the ASA.

The Disagreement Notice was sent on October 13, 2010. The fifteen-day period for resolving disputes has lapsed. Pursuant to Section 2.2.3.1(c), any disagreement regarding the Purchase Price Adjustment must be submitted to arbitration. This efficient, fast, and final process is what GENBAND bargained, negotiated, and paid for. You are in breach of the ASA, and we have no option other than to enforce our rights in Bankruptcy Court.

We otherwise reserve all rights, including without limitation to seek recovery of any costs and attorneys fees incurred in enforcing the arbitration provision. Our failure to comment on any statement in the October 13 Letter does not constitute our acceptance with or agreement to it. GENBAND expressly reserves all of its rights and remedies.

Sincerely,

Shauna Martin, General Counsel
**GENBAND**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Facsimile: +1-972-265-3581



Copies to:

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
United States
Attention:     David S. Allinson, Esq.
Facsimile:     +1-212-751-4864

Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Attention:     Don J. McDermett, Jr., Esq.
               Curt Anderson, Esq.
Facsimile:     +1-214-661-4454
               +1-214-661-4900

Stikeman Elliott LLP
445 Park Avenue 7th Floor
New York, New York 10022
Attention:     Ron Ferguson, Esq.
Facsimile:     +1-212-371-7087

**Nortel Networks Limited and Nortel Networks Inc.**
5270 Sycamore Avenue
Bronx, New York 10471
Attention:     Robert Fishman
               Senior Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
United States
Attention:     Laurent Alpert
Facsimile:     +1-212-225-3999

Ogilvy Renault LLP
200 Bay Street
Suite 3800, P.O. Box 84
Royal Bank Plaza, South Tower
Toronto, Ontario M5J 2Z4
Canada
Attention:     Michael Lang
Facsimile:     +1-416-216-3930

39

## Exhibit A





October 25, 2010

**Nortel Networks Corporation and Nortel Networks Limited**
5945 Airport Road, Suite 360
Mississauga, Ontario, Canada L4V 1R9
Facsimile: +1-905-863-2057
Attn: Anna Ventresca,
 *General Counsel-Corporate and Corporate Secretary*
Attn: Khush Dadyburjor,
 *Vice President, Mergers and Acquisitions*

**Nortel Networks Inc.**
Legal Department
220 Athens Way, Suite 300
Nashville, Tennessee, USA 37228
Facsimile: +1-615-432-4413
Attn: Lynn C. Egan
 *Secretary*

Ladies and Gentlemen,

        We are in receipt of your letter, dated October 13, 2010 (the "October 13 Letter") and the subsequent email that Robert Fishman sent me on October 15, 2010 (the "October 15 Email"). I write regarding the dispute resolution procedure provided for in that certain Asset Sale Agreement by and among Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Inc. ("NNI"), the other entities identified therein as Sellers (together with NNC, NNL, and NNI, "Nortel"), GENBAND Inc. ("GB") and the other Designated Purchasers that became parties thereto (together with GB, "GENBAND"), dated December 22, 2009, as amended from time to time (the "ASA"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA.

        During the conference call we had the morning of October 20, 2010 (the "October 20 Conference Call"), we discussed your Disagreement Notice, dated October 13, 2010 (the "Disagreement Notice"), which was attached to the October 13 Letter, and GENBAND's Closing Statement, dated September 15, 2010 (the "Closing Statement"). As you know, and per the dispute resolutions procedure outlined in the ASA, the Closing Statement and the Disagreement Notice were properly and timely provided with respect to each party's disagreement with the other with regards to the Purchase Price Adjustment, pursuant to Sections 2.2.3.1(a) and Section 2.2.3.1(b) of the ASA, respectively. Any disagreements between the parties after the fifteen (15) day period following delivery of the Disagreement Notice must be submitted to an arbitrator pursuant to Section 2.2.3.1(c) of the ASA.

We were surprised by your statements in the October 13 Letter, the October 15 Email, and on the October 20 Conference Call that you are not prepared to begin the process of submitting all disagreements to arbitration. To be completely clear, Section 2.2.3.1(c) of the ASA provides the exclusive procedure available: "If [Nortel] . . . and [GENBAND] are unable to resolve <u>any disagreement</u> as contemplated by Section 2.2.3.1(b) within fifteen (15) days after delivery of a Disagreement Notice by [Nortel], the Independent Auditor shall serve as arbitrator . . . to resolve such disagreement." (emphasis added).

You gave no reason why you would not prepare for this contractually-mandated arbitration, other than to suggest that you did not think the arbitrator would be up to the task. When we asked why our disagreement would not fall within the category of "any disagreement" as discussed above, you could not point to any provision in the ASA that justifies your position.

As you know, GENBAND bargained, negotiated, and paid for the arbitration clause associated with the Purchase Price Adjustment which provides for an efficient, fast, and final process for resolving these disputes. Nortel's threatened attempt to avoid arbitration with regard to a disagreement over the Purchase Price Adjustment therefore would constitute a breach of the ASA, and would deprive us of the benefit of that bargain.

The fifteen-day timeframe for the parties to resolve any disagreements relating to the calculation of the Purchase Price is currently ongoing, but the October 20 Conference Call made clear that the disagreements likely will not be resolved within that time. As such, both parties should prepare for arbitration. We would welcome the opportunity to discuss arbitrators with you, because although KPMG is named as the arbitrator in the ASA, we question whether they will be able to do so. As such, this question should be resolved and potential alternative arbitrators should be discussed. If Nortel is not willing to move forward with preparing for arbitration, or if Nortel interferes with or frustrates the arbitration in any way, we reserve all rights, including without limitation to seek recovery of any costs and attorneys fees incurred in enforcing the arbitration provision.

We appreciate that you agree with us that the issues regarding Verizon Receivables, raised in the October 13 Letter, which do not relate to the Closing Statement, are not subject to arbitration. Our failure to comment on any statement in the October 13 Letter does not constitute our acceptance with or agreement to it. GENBAND expressly reserves all of its rights and remedies.

Sincerely,

Shauna Martin, General Counsel
**GENBAND**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Facsimile: +1-972-461-7516

# EXHIBIT "E"

42



NØRTEL

November 10, 2010

**GENBAND US LLC**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Attention: Shauna Martin, General Counsel
Facsimile: +1-972-461-7516

Ladies and Gentlemen:

Reference is made to the Asset Sale Agreement by and among Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Inc. ("NNI"), the other entities identified therein as Sellers (together with NNC, NNL and NNC, "Nortel"), GENBAND US LLC ("GENBAND"), dated December 22, 2009, as amended from time to time (the "ASA"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA.

Nortel has received the letters from Shauna Martin, General Counsel of GENBAND, dated October 25, 2010 and November 9, 2010. As you know, it is Nortel's position that the primary dispute between the parties does not involve any accounting matter subject to resolution by an Accounting Arbitrator under Section 2.2.3.1(b), and accordingly the fifteen day period for resolving agreements under Section 2.2.3.1(c) is inapplicable. Instead, the dispute arises from GENBAND's attempt to ignore the ASA's clear definition of "Deferred Profit Amount," which is to be calculated based on "deferred revenues for services to be performed or products to be provided by the Business after the Closing Date." GENBAND's effort to rewrite this text is plainly a matter for the Bankruptcy Court, not an Accounting Arbitrator.

Nortel does not intend to waive, and expressly reserves our right to pursue, any and all available remedies with respect to the matters in dispute.

Sincerely,

Robert Fishman, Esq.
Nortel Networks Inc.

11/10/2010 20:00 FAX 212 225 3999        CLEARY GOTTLIEB                    ✆003 43

Copies to:

Latham & Watkins LLP
885 Third Avenue
New York NY 10022
United States
Attention:      David S. Allinson, Esq.
Facsimile:      +1-212-751-4864

Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Attention:      Don J. McDermett, Jr., Esq.
                Curt Anderson, Esq.
Facsimile:      +1-214-661-4454
                +1-214-661-4900

Stikeman Elliott LLP
445 Park Avenue 7th Floor
New York, New York 10022
Attention:      Ron Ferguson, Esq.
                +1-212-371-7087

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED

Court File No:  09-CL-7950

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

---

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

Proceeding commenced at Toronto

---

**MOTION RECORD**
**(RETURNABLE DECEMBER 15, 2010)**

---

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Canada  M5L 1B9

**Sean F. Dunphy  LSUC#: 24941J**
Tel: (416) 869-5662
**Alexander D. Rose  LSUC#: 49415P**
Tel: (416) 869-5261
**Erica Tait  LSUC#: 55996O**
Tel: (416) 869-6805
Fax: (416) 947-0866

Lawyers for the Moving Party,
Genband US LLC