**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                                                        :
In re                                                   :        Chapter 11
                                                        :
Nortel Networks Inc., et al.,[1]                        :        Case No. 09-10138 (KG)
                                                        :
            Debtors.                                    :        Jointly Administered
                                                        :
--------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 15, 2010 AT 10:00 A.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.      Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of
        Administrative Claim (D.I. 2857, Filed 4/12/10).

        Related Pleadings:  None.

        Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET).  Extended to January 6, 2011 at 4:00
        p.m. (ET) for Nortel and for the Committee.

        Responses Received:  None at this time.

        Status:  The hearing on this matter has been adjourned to the hearing scheduled for
        January 27, 2011 at 10:00 a.m. (ET).

2.      Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability
        Claims, Reduce and Allow Claim, and Redundant Bond Claims) (D.I. 3846, Filed
        8/31/10).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
        Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
        Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
        Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
        Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
        International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and
        Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
        available at http://dm.epiq11.com/nortel.

[2]     **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th
        Floor, Courtroom #3, Wilmington, Delaware 19801.

Related Pleadings:

(a)     Debtors' Reply To The Response Of The Coca-Cola Company To Debtors'
        Thirteenth Omnibus Objection (Substantive) (D.I. 4022, Filed 9/27/10);

(b)     Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) To Certain
        Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond
        Claims) (D.I. 4053, Entered 9/30/10);

(c)     Certification Of Counsel Regarding [Proposed] Order Approving Stipulation By
        and Between Debtors and the Coca-Cola Company Regarding Briefing Schedule
        (D.I. 4333, Filed 11/15/10);

(d)     Order Approving Stipulation By and Between Debtors and the Coca-Cola
        Company Regarding Briefing Schedule (D.I. 4338, Filed 11/15/10); and

(e)     First Supplement To The Order Granting Debtors' Thirteenth Omnibus Objection
        (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claim,
        And Redundant Bond Claims) (D.I. 4401, Filed 11/23/10).

Objection Deadline:  September 23, 2010 at 4:00 p.m. (ET).

Remaining Response Received:

(a)     Objection Of Creditor Ventura County Treasurer-Tax Collector To Debtors'
        Thirteenth Omnibus Objection (Substantive) To Claims Under Title 11 United
        States Code, Section 502, Federal R. Bankruptcy P. 3007 And Local Rule 3007-1
        (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims)
        Filed by County of Ventura, State of California (D.I. 4000, Filed 9/23/10).

Status:  The hearing with respect to the Objection filed by the Ventura County Treasurer-
Tax Collector has been adjourned to the hearing scheduled for January 12, 2011 at 9:30
a.m. (ET).

3.      Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11
        U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce
        And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-
        Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

Related Pleading:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain
        Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-
        1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied
        Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified
        503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Objection Deadline:  October 7, 2010 at 4:00 p.m. (ET).

3958507.1

Remaining Response Received:

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Status:  The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for January 27, 2011 at 9:30 a.m. (ET).  The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for January 27, 2011 at 9:30 a.m. (ET).

4.      Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims)  (D.I. 4126, Filed 10/8/10).

Related Pleadings:

(a)     Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Objection Deadline:   October 25, 2010 at 4:00 p.m. (ET).  Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m.  Extended Red Hat to November 1, 2010. Extended for GE Fanuc to a date and time to be determined.

Remaining Responses Received:

(a)     Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)     Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Status:  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for January 27, 2011 at 9:30 a.m. (ET).  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for February 22, 2011 at 9:30 a.m. (ET).

UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

5.     Application Of The Debtors Pursuant To 11 U.S.C. §  327(a) To Retain And Employ Addrex, Inc. *Nunc Pro Tunc* To November 24, 2010 (D.I. 4435, Filed 11/24/10).

Related Pleadings:

(a)     Supplemental Declaration Of Charles M. Lee In Support Of the Application Of The Debtors To Retain And Employ Addrex, Inc. (D.I. 4569, Filed 12/10/10).

Objection Deadline:  December 8, 2010 at 4:00 p.m. (ET).

Response Received:  Informal comments from the United States Trustee.

Status:  A revised proposed form of Order will be handed up at the hearing resolving the comments of the United States Trustee.

6.     Seventh Quarterly Fee Hearing.

Related Pleading:

(a)     See Exhibit A.

Objection Deadline:   N/A.

Responses Received:  None.

Status:  This matter is going forward.

7.     GENBAND's Motion For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4577, Filed 12/13/10).

Related Pleadings:

(a)    Affidavit of Shauna Martin in Support of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4576, Filed 12/13/10);

(b)    Motion Pursuant To Local Rule 9006-1(e) For An Order Shortening The Time For Notice Of The Motion Of GENBAND's For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4578, Filed 12/13/10);

**(c)    Order Granting Motion Pursuant To Local Rule 9006-1(e) For An Order Shortening The Time For Notice Of The Motion Of GENBAND's For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4582, Filed 12/13/10); and**

**(d)    Notice Of Hearing On GENBAND's Motion For Entry Of An Order Authorizing GENBAND To File Under Seal The Exhibits To The Affidavit Of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4594, Filed 12/14/10).**

Objection Deadline:  December 15, 2010 at 9:00 a.m. (ET).

Response Received:  None, as of the filing of this agenda.

Status:  **This matter is going forward.**

CONTESTED MATTERS GOING FORWARD:

8.     Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

Related Pleadings:

(a)     Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3788, Filed 8/16/10);

(b)     Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10);

(c)     Order Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3799, Entered 8/18/10);

(d)     Order (First Supplemental) Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 4049, Filed 9/30/10);

(e)     Notice Of Withdrawal of Claim, filed by The Tennessee Department Of Revenue (D.I. 4331, Filed 11/15/10); and

(f)     Notice Of Withdrawal Of Twelfth Omnibus Objection (Substantive) Solely With Respect To Claim No. 5896 Filed By Nortel Networks Inc., Et Al. (D.I. 4352, Filed 11/18/10).

Objection Deadline:  July 28, 2010 at 4:00 p.m. (ET).  Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

Remaining Response Received:

(a)     Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

(b)     Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

(c)     Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

<u>Status</u>:   The status conference with respect to the response filed by SNMP Research International, Inc. **has been adjourned to the hearing scheduled for January 12, 2011 at 9:30 a.m. (ET)**.

9.     Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Application Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 4345, Filed 11/17/10).

<u>Related Pleadings</u>:

(a)     Motion For Entry Of An Order Authorizing The Debtors To Filed Under Seal And In Redacted Form Certain Portions of The Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Application Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 4346, Filed 11/17/10);

(b)     Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing of Motion Record Filed In The Canadian Proceedings To Enforce Sale Agreement With GENBAND Inc. (D.I. 4448, Filed 12/1/10);

(c)     Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Supplemental Motion Record Filed In The Canadian Proceedings To Enforce Sale Agreement With GENBAND Inc. (D.I. 4460, Filed 12/2/10);

(d)     Debtors' Reply In Further Support Of Their Motion To Enforce The CVAS Sale Order And For Related Relief (D.I. 4470, Filed 12/3/10);

(e)     Joinder Of The Official Committee Of Unsecured Creditors Of Nortel Networks Inc., *Et Al* To The Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale OF Certain Assets Of The Debtors' Carrier Voice Over IP And Application Solutions Business And Directing The Release Of Certain Escrowed Funds, And Related Pleadings (D.I. 4561, Filed 12/9/10);

(f)     Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of (i) Second Supplemental Motion Record, (ii) Book Of Authorities, And (iii) Factum Of The Application Filed In The Canadian Proceedings In Support Of Enforcement of Sale Agreement With GENBAND Inc. (D.I. 4565, Filed 12/10/10); **and**

**(g)     Declaration Of David Glass In Support Of Debtors' Motion To Enforce The CVAS Sale Order And For Related Relief (D.I. 4598, Filed 12/14/10).**

<u>Objection Deadline</u>:   December 1, 2010 at 4:00 p.m. (ET).

Responses Received:

(a)     Objection Of GENBAND Inc. To The Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Application Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 4452, Filed 12/1/10).

Status:  The hearing on this matter is going forward.

10.    Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4347, Filed 11/18/10).

Related Pleadings:

(a)     Reply Of GENBAND US LLC To Debtors' Objection To Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 326(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4471, Filed 12/3/10);

(b)     Affidavit of Shauna Martin in Support of Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4573, Filed 12/10/10);

(c)     Affidavit of Misty Kawecki in Support of Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4574, Filed 12/10/10);

(d)     Notice Of Withdrawal of Shauna Martin In Support Of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4575, Filed 12/10/10); and

(e)     Affidavit of Shauna Martin in Support of GENBAND's Motion For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4576, Filed 12/13/10).

Objection Deadline:  December 1, 2010 at 4:00 p.m. (ET).

Responses Received:

(a)     Response, Request For Joint Hearing And Reservation Of Rights Of The Canadian Nortel Debtors To The Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4449, Filed 12/1/10); and

    (b)    Debtors' Objection To Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration (D.I. 4451, Filed 12/1/10).

Status:  The hearing on this matter is going forward.

Dated:  December 14, 2010
         Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley (admitted *pro hac vice*)
                Lisa M. Schweitzer (admitted *pro hac vice*)
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Alissa T. Gazze*
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                 Ann C. Cordo (No. 4817)
                Alissa T. Gazze (No. 5338)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                *Counsel for the Debtors and Debtors in Possession*