## EXHIBIT A

### Nortel Networks Inc, Bankruptcy Case No. 09-10138
### Summary of Fees and Expenses for the Period
### From August 1, 2010 through October 31, 2010, unless otherwise specified

### Hearing: December 15, 2010 at 10:00 a.m. (Eastern Time)

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A. Seventh Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2010 Through October 31, 2010 (D.I. 4424, Filed 11/24/10).

    1. Nineteenth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 3996, Filed 9/22/10);

    2. Certification Of No Objection Regarding Nineteenth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4165, Filed 10/14/10);

    3. Twentieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010 (D.I. 4227, Filed 10/29/10);

    4. Certification Of No Objection Regarding Twentieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010 (D.I. 4384, Filed 11/22/10); and

    5. Twenty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2010 Through October 31, 2010 (D.I. 4423, Filed 11/24/10).

Ashurst LLP

B.  Seventh Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period August 1, 2010 Through October 31, 2010  (D.I. 4406, Filed 11/23/10).

   1.  Nineteenth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4024, Filed 9/27/10);

   2.  Certification Of No Objection Regarding Nineteenth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4180, Filed 10/20/10);

   3.  Twentieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010  (D.I. 4228, Filed 10/29/10);

   4.  Certification Of No Objection Regarding Twentieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010  (D.I. 4385, Filed 11/22/10); and

   5.  Twenty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2010 Through October 31, 2010 (D.I. 4395, Filed 11/23/10).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.  First Monthly And First Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From September 17, 2010 Through October 31, 2010 (D.I. 4374, Filed 11/22/10).

Capstone Advisory Group, LLC

D.  Seventh Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period August 1, 2010 Through October 31, 2010 (D.I. 4425, Filed 11/24/10).

1. Nineteenth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4145, Filed 10/12/10);

2. Certification Of No Objection Regarding Nineteenth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4238, Filed 11/3/10);

3. Twentieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010 (D.I. 4343, Filed 11/17/10); and

4. Certification Of No Objection Regarding Twentieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010 [Docket No. 4343] (No Order Required)  (D.I. 4570, Filed 12/10/10)

5. Twenty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2010 Through October 31, 2010 (D.I. 4407, Filed 11/23/10).

<u>Chilmark Partners LLC</u>

E. Third Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4415, Filed 11/23/10).

1. Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses (D.I. 4011, Filed 9/23/10);

2. Certificate Of No Objection Regarding Docket No. 4011 (D.I. 4181, Filed 10/20/10);

3. Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses (D.I. 4177, Filed 10/19/10);

4. Certificate Of No Objection Regarding Docket No. 4177 (D.I. 4319, Filed 11/11/10); and

5. Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2010 Through October 31, 2010 (D.I. 4370, Filed 11/19/10).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F. Seventh Quarterly Fee Application Request Of Cleary As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4434, Filed 11/24/10).

1. Twentieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 4060, Filed 10/1/10);

2. Certificate Of No Objection Regarding Docket No. 4060 (D.I. 4207, Filed 10/26/10);

3. Twenty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4249, Filed 11/4/10);

4. Certificate Of No Objection Regarding Docket No. 4249 (D.I. 4443, Filed 11/29/10); and

5. Twenty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4420, Filed 11/24/10).

Crowell & Moring LLP

G.    Seventh Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4373, Filed 11/19/10).

    1.    Twentieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 4366, Filed 11/19/10);

    2.    Twenty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4367, Filed 11/19/10); and

    3.    Twenty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4368, Filed 11/19/10).

Ernst & Young LLP

H.    Seventh Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of August 1, 2010 Through October 31, 2010 (D.I. 4422, Filed 11/24/10).

    1.    Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2010 Through October 31, 2010 (D.I. 4421, Filed 11/24/10).

Fraser Milner Casgrain LLP

I.    Sixth Interim Fee Application Request Of Fraser Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2010 Through October 31, 2010 (D.I. 4428, Filed 11/24/10).

    1.    Nineteenth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4171, Filed 10/15/10);

2. Certification Of No Objection Regarding Nineteenth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2010 Through August 31, 2010 (D.I. 4310, Filed 11/9/10);

3. Twentieth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2010 Through September 30, 2010 (D.I. 4371, Filed 11/19/10); and

4. Twenty-First Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2010 Through October 31, 2010 (D.I. 4412, Filed 11/23/10).

<u>Huron Consulting Group</u>

J. Seventh Quarterly Application Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For Compensation And Reimbursement Of Expenses For The Period August 1, 2010 Through October 31, 2010 (D.I. 4389, Filed 11/22/10).

1. Nineteenth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 4028, Filed 9/27/10);

2. Certificate Of No Objection Regarding Docket No. 4028 (D.I. 4182, Filed 10/20/10);

3. Twentieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4183, Filed 10/20/10);

4. Certificate Of No Objection Regarding Docket No. 4183 (D.I. 4320, Filed 11/11/10); and

5. Twenty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4369, Filed 11/19/10).

Jackson Lewis LLP

K.   Seventh Quarterly Fee Application Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through September 30, 2010 (D.I. 4353, Filed 11/18/10).

   1.   Twentieth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 4059, Filed 10/1/10);

   2.   Certificate Of No Objection Regarding Docket No. 4059 (D.I. 4196, Filed 10/25/10);

   3.   Twenty-First Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4253, Filed 11/5/10); and

   4.   Certificate Of No Objection Regarding Docket No. 4253 (D.I. 4545, Filed 12/6/10).

Jeffries & Company, Inc

L.   Seventh Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period August 1, 2010 Through October 31, 2010 (D.I. 4375, Filed 11/22/10).

   1.   Nineteenth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period August 1, 2010 Through August 31, 2010 (D.I. 4363, Filed 11/19/10);

   2.   Twentieth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period September 1, 2010 Through September 30, 2010  (D.I. 4364, Filed 11/19/10); and

   3.   Twenty-First Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period October 1, 2010 Through October 31, 2010  (D.I. 4365, Filed 11/19/10).

John Ray

M.  Fourth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2010 through October 31, 2010 (D.I. 4391, Filed 11/22/10).

   1.  Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 3878, Filed 9/7/10);

   2.  Amended Certificate Of No Objection Regarding Docket No. 3878 (D.I. 4114, Filed 10/7/10);

   3.  Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4115, Filed 10/7/10);

   4.  Certificate Of No Objection Regarding Docket No. 4115 (D.I. 4229, Filed 10/29/10);

   5.  Tenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4244, Filed 11/4/10); and

   6.  Certificate Of No Objection Regarding Docket No. 4244 (D.I. 4544, Filed 12/6/10).

Lazard Freres & Co. LLC

N.  Seventh Quarterly Fee Application Of Lazard Freres & Co. LLC, Financial Advisor And Investment Banker To The Debtors For The Period August 1, 2010 Through October 31, 2010 (D.I. 4430, Filed 11/24/10).

   1.  Seventeenth Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2010 Through August 31, 2010 (D.I. 4311, Filed 11/9/10);

   2.  Certificate Of No Objection Regarding Docket No. 4311 (D.I. 4546, Filed 12/6/10);

   3.  Eighteenth Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period September 1, 2010 Through September 30, 2010 (D.I. 4312, Filed 11/9/10);

4. Certificate Of No Objection Regarding Docket No. 4312 (D.I. 4547, Filed 12/6/10); and

5. Nineteenth Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period October 1, 2010 Through October 31, 2010 (D.I. 4427, Filed 11/24/10).

Linklaters LLP

O. Third Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4433, Filed 11/24/10).

1. Fourth Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through October 31, 2010 (D.I. 4431, Filed 11/24/10).

Mercer (US) Inc.

P. Sixth Quarterly Fee Application Request Of Mercer (US) Inc. As Compensation Specialist To The Debtors For The Period Of May 1, 2010 Through July 31, 2010 (D.I. 4409, Filed 11/23/10).

1. Sixth Interim Application Of Mercer (US) Inc. As Compensation Specialist To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2010 Through July 31, 2010 (D.I. 4408, Filed 11/23/10).

Q. Seventh Quarterly Fee Application Request Of Mercer (US) Inc. As Compensation Specialist To The Debtors For The Period Of August 1, 2010 Through October 31, 2010 (D.I. 4411, Filed 11/23/10).

1. Seventh Interim Application Of Mercer (US) Inc. As Compensation Specialist To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of August 1, 2010 Through October 31, 2010 (D.I. 4410, Filed 11/23/10).

Morris, Nichols, Arsht & Tunnell LLP

R. Seventh Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4436, Filed 11/24/10).

1. Twentieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 4063, Filed 10/1/10);

2. Certificate of No Objection Regarding Docket No. 4063 (D.I. 4199, Filed 10/25/10);

3. Twenty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4191, Filed 10/22/10);

4. Certificate Of No Objection Regarding Docket No. 4191 (D.I. 4392, Filed 11/23/10);

5. Twenty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4344, Filed 11/17/10); and

6. Certificate Of No Objection Regarding Docket No. 4344 (D.I. 4562, Filed 12/9/10).

Punter Southall LLC

S. Sixth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2010 Through October 31, 2010 (D.I. 4429, Filed 11/24/10).

1. Eighth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2010 Through October 31, 2010 (D.I. 4426, Filed 11/24/10).

RLKS Executive Solutions, LLC

T. Second Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4390, Filed 11/22/10).

1. Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through August 31, 2010 (D.I. 3908, Filed 9/9/10);

2. Certificate Of No Objection Regarding Docket No. 3908 (D.I. 4088, Filed 10/4/10);

3.  Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2010 Through September 30, 2010 (D.I. 4314, Filed 11/10/10);

4.  Certificate Of No Objection Regarding Docket No. 4314 (D.I. 4548, Filed 12/6/10);

5.  Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4336, Filed 11/15/10); and

6.  Certificate Of No Objection Regarding Docket No. 4336 (D.I. 4555, Filed 12/8/10)

<u>Richards, Layton & Finger, PA</u>

U.  Seventh Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2010 Through October 31, 2010 (D.I. 4383, Filed 11/22/10).

   1.  Nineteenth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2010 Through August 31, 2010 (D.I. 4051, Filed 9/30/10);

   2.  Certification Of No Objection Regarding Nineteenth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2010 Through August 31, 2010 (D.I. 4198, Filed 10/25/10);

   3.  Twentieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2010 Through September 30, 2010 (D.I. 4188, Filed 10/22/10);

   4.  Certification Of No Objection Regarding Twentieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2010 Through September 30, 2010 (D.I. 4335, Filed 11/15/10); and

5. Twenty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2010 Through October 31, 2010 (D.I. 4372, Filed 11/19/10).

<u>Shearman & Sterling, LLP</u>

V. Seventh Quarterly Fee Application Of Shearman & Sterling, LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period August 1, 2010 Through October 31, 2010 (D.I. 4414, Filed 11/23/10).

1. Seventh Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2010 Through October 31, 2010 (D.I. 4413, Filed 11/23/10).