# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 15, 2010 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

FEE APPLICATIONS & OMNIBUS HEARING (w/Canadian Court)

**R / M #:** 4,600 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #4 -  Matters cont'd to 1/27/11 @ 9:30 am
#5 -  ORDER SIGNED
#6 -  FEE APPLICATIONS - ORDER SIGNED
#7 -  ORDER SIGNED
#8 -  This matter may be mute once ruling is issued
#9 -  Judge will issue an opinion
#10 -  Judge will issue an opinion