Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/02/10 | EH | Coordinate payment of pro hac admission fee for K. Wilson-Milne | 0.10 |
| 11/02/10 | EH | File K. Wilson-Milne pro hac motion; coordinate delivery to Judge Gross' chambers | 0.30 |
| 11/02/10 | EH | Draft pro hac motion for K. Wilson-Milne; email to K. Wilson-Milne for review and signature | 0.30 |
| 11/03/10 | JRH | Meeting with E. Hein and R. Lemisch regarding agenda | 0.20 |
| 11/03/10 | JRH | Meeting with R. Lemisch regarding status | 0.10 |
| 11/03/10 | EH | Review email from E. Bussigel regarding 11/08/10 hearing agenda; discuss with J. Hoover | 0.30 |
| 11/04/10 | JRH | E-mail with E. Bussigel regarding status of certification of counsel | 0.10 |
| 11/04/10 | JRH | Telephone call received from E. Bussigel regarding certification of counsel | 0.10 |
| 11/04/10 | JRH | Review e-mail from E. Hein regarding open items | 0.10 |
| 11/04/10 | EH | Review agenda for 11/08/10 hearing | 0.20 |
| 11/05/10 | EH | Review ECF notices and download order approving K. Wilson-Milne pro hac admission; email to K. Wilson-Milne | 0.20 |
| 11/08/10 | JRH | Review agenda, items for hearing | 0.50 |
| 11/08/10 | JRH | Meeting with Cleary Gottlieb and attend omnibus hearing | 1.00 |
| 11/08/10 | EH | Review minutes of 11/08/10 pretrial conference | 0.10 |
| 11/08/10 | EH | Review amended agenda for 11/08/10 hearing; discuss with J. Hoover | 0.20 |
| 11/08/10 | EH | Prepare hearing binder for 11/08/10 hearing | 0.30 |
| 11/11/10 | JRH | Conference call with J. Palmer regarding filing of certification of counsel as related to protective order | 0.10 |
| 11/15/10 | RHL | Review certificate of counsel and contact Cleary regarding my comments | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/15/10 | JRH | Meeting with R. Lemisch regarding status of open items | 0.10 |
| 11/16/10 | JRH | Meeting with R. Lemisch regarding open items | 0.10 |
| 11/22/10 | RHL | Received correspondence from D. Livshiz regarding confidentially order | 0.10 |
| 11/29/10 | RHL | Coordinate call with Cleary regarding claims' objections - speak to J. Hoover | 0.20 |
| 11/30/10 | RHL | Received correspondence regarding conference call for Friday | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.70 | $416.50 |
| | | | 0.70 | $416.50 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 2.40 | $912.00 |
| | | | 2.40 | $912.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 2.00 | $470.00 |
| | | | 2.00 | $470.00 |
| | | TOTAL: | 5.10 | $1,798.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/01/10 | JRH | Telephone call made to L. Behra regarding fee application | 0.10 |
| 11/02/10 | LMS | Review and revise time relative to monthly fee application | 0.30 |
| 11/03/10 | JRH | E-mail regarding conflicts | 0.10 |
| 11/04/10 | EH | Draft CNO for BFCA employment application | 0.20 |
| 11/04/10 | EH | File CNO for BFCA employment application | 0.20 |
| 11/04/10 | EH | Email to A. Gazze regarding 11/08/10 hearing agenda and CNO for BFCA employment application | 0.10 |
| 11/05/10 | JRH | E-mail with L. Behra regarding preparation of fee applications and procedure | 0.20 |
| 11/05/10 | LMS | Telephone call with E. Campbell at Morris Nichols regarding procedures for fee applications | 0.20 |
| 11/08/10 | LMS | Telephone call with J. Hoover regarding fee application | 0.20 |
| 11/08/10 | LMS | Preparation of BFCA first fee application | 0.50 |
| 11/08/10 | EH | Review ECF notices and download order approving BFCA employment application; email to R. Lemisch and L. Behra | 0.20 |
| 11/09/10 | JRH | Conference call with L. Behra regarding fee application | 0.10 |
| 11/09/10 | JRH | Telephone call received from A. Cordo regarding fee applications | 0.10 |
| 11/09/10 | LMS | Telephone call with J. Hoover regarding fee application | 0.10 |
| 11/09/10 | LMS | Preparation of BFCA first monthly and interim fee application | 1.50 |
| 11/10/10 | RHL | Edit time for fee application | 0.30 |
| 11/11/10 | LMS | Preparation of first fee application and forward same to J. Hoover | 0.20 |
| 11/11/10 | LMS | Email to E. Hein regarding first fee application and BFCA letter agreement | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/11/10 | EH | Review and respond to email from L. Behra regarding letter agreement/fee arrangement; follow-up email to J. Hoover regarding same | 0.10 |
| 11/12/10 | JRH | Telephone call made to A. Cordo regarding fee application procedures | 0.10 |
| 11/15/10 | JRH | Review and revise monthly fee application, including time detail, and conference call with L. Behra regarding same (.7), email correspondence with L. Behra regarding comments to monthly fee application (.1) | 0.80 |
| 11/15/10 | JRH | Conference call with A. Cordo, discuss coordination of fee application process | 0.20 |
| 11/15/10 | JRH | Meeting with R. Lemisch regarding fee application | 0.20 |
| 11/15/10 | LMS | Preparation of BFCA First Monthly and Interim Fee Application | 0.60 |
| 11/15/10 | LMS | Telephone call with J. Hoover regarding first interim fee application | 0.10 |
| 11/17/10 | JRH | Email with A. Cordo related to employment application | 0.10 |
| 11/18/10 | RHL | Review first interim fee application | 0.20 |
| 11/19/10 | JRH | Meeting with R. Lemisch regarding fee application procedures | 0.20 |
| 11/22/10 | LMS | Prepare and file First Monthly and Quarterly Fee Application | 0.80 |
| 11/22/10 | EH | Review agenda for 11/23/10 hearing | 0.10 |
| 11/22/10 | EH | Review ECF notices and download BFCA first quarterly fee application | 0.10 |
| 11/22/10 | EH | Track hearing date and objection deadline for BFCA first quarterly fee application | 0.10 |
| 11/23/10 | JRH | Email with A. Cordo regarding various conflict issues | 0.10 |
| 11/24/10 | JRH | Emails with A. Cordo regarding various conflict issues | 0.10 |
| 11/24/10 | JRH | Follow up regarding retention and fee applications | 0.30 |
| 11/29/10 | JRH | Conference call with A. Cordo, Esquire regarding estimate of fees; meeting with R. Lemisch regarding same | 0.40 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.50 | $297.50 |
| | | | 0.50 | $297.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 3.10 | $1,178.00 |
| | | | 3.10 | $1,178.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 4.60 | $897.00 |
| ELIZABETH HEIN | (EH ) | $235.00 | 1.10 | $258.50 |
| | | | 5.70 | $1,155.50 |
| | | TOTAL: | 9.30 | $2,631.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/12/10 | RHL | Speak to J. Hoover regarding conference call on preference claims | 0.20 |
| 11/24/10 | JRH | Follow up regarding potential claims objections, etc. | 0.20 |
| 11/29/10 | RHL | Review analysis for administrative claims issues | 0.20 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.40 | $238.00 |
| | | | 0.40 | $238.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.20 | $76.00 |
| | | | 0.20 | $76.00 |
| | | TOTAL: | 0.60 | $314.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/01/10 | RHL | Review revised motion to file under seal | 0.20 |
| 11/01/10 | JRH | Follow-up e-mail regarding status of complaint | 0.10 |
| 11/01/10 | EH | Calculate and track response and reply deadlines for CTDI motion to dismiss | 0.10 |
| 11/02/10 | RHL | Review blacklined motion to file under seal | 0.20 |
| 11/02/10 | RHL | Speak to E. Hein regarding filing cert regarding scheduling order | 0.10 |
| 11/02/10 | RHL | Telephone call received from D. Livshiz regarding scheduling order issues | 0.30 |
| 11/02/10 | RHL | Speak to J. Hoover regarding status; wanting to hear from K. Spiering; ok to file complaint | 0.20 |
| 11/02/10 | RHL | Confirm process regarding scheduling order presentation to court | 0.20 |
| 11/02/10 | JRH | Meeting with R. Lemisch and E. Hein regarding general status of litigation | 0.30 |
| 11/02/10 | JRH | Conference call with M. Samsa, regarding status of Nortel | 0.10 |
| 11/02/10 | JRH | E-mail with K. Spiering regarding revised draft complaint and motion to file under seal | 0.10 |
| 11/02/10 | JRH | Meeting with E. Hein and review e-mail regarding scheduling order | 0.10 |
| 11/02/10 | EH | Discuss filing procedure for redacted complaint with R. Lemisch and J. Hoover | 0.20 |
| 11/02/10 | EH | Email to D. Livshiz regarding status of certification of counsel submitting CTDI scheduling order(s) | 0.10 |
| 11/02/10 | EH | Review and respond to email from K. Wilson-Milne regarding pro hac admission and submission of CTDI scheduling order under certification of counsel; discuss with J. Hoover | 0.20 |
| 11/02/10 | EH | Discuss submission of CTDI scheduling order under certification of counsel with R. Lemisch | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/03/10 | RHL | Discuss scheduling order process with E. Hein | 0.20 |
| 11/03/10 | JRH | Meeting with R. Lemisch regarding status of complaint | 0.20 |
| 11/03/10 | JRH | Telephone call received from K. Spiering regarding comments to motion to file under seal | 0.20 |
| 11/03/10 | JRH | Telephone call received from E. Bussigel regarding pretrial conference Monday and language for agenda | 0.10 |
| 11/03/10 | JRH | Various e-mails with E. Bussigel regarding agenda, follow-up etc | 0.30 |
| 11/03/10 | JRH | Conference call with M. Samsa regarding motion to file under seal and complaint | 0.20 |
| 11/03/10 | JRH | Review Cleary comments to motion to file under seal, telephone call made to K. Spiering | 0.30 |
| 11/03/10 | JRH | E-mails with D. Culver regarding preference action | 0.20 |
| 11/03/10 | JRH | Review list of additional preference defendants | 0.30 |
| 11/03/10 | MJS | Conference with J. Hoover regarding Cleary revisions to motion to seal | 0.20 |
| 11/04/10 | JRH | Further revise motion to file under seal | 0.50 |
| 11/04/10 | JRH | Revise motion to file under seal and prepare form of order | 0.50 |
| 11/04/10 | EH | Review email from J. Hoover regarding status of filing of certification of counsel submitting agreed NDCI scheduling order | 0.10 |
| 11/04/10 | EH | Review and respond to email from K. Wilson-Milne regarding final form of certification of counsel submitting CTDI scheduling order | 0.10 |
| 11/04/10 | EH | File certification of counsel submitting CDTI scheduling order; coordinate delivery to Judge Gross | 0.30 |
| 11/05/10 | JRH | E-mail with J. Ray and D. Powers regarding revised compliant and motion to file under seal | 0.20 |
| 11/05/10 | JRH | E-mail with D. Culver regarding preference action | 0.10 |
| 11/08/10 | RHL | Speak to David H. regarding strategy issues, mediation | 0.50 |
| 11/08/10 | EH | Review ECF notices and download CTDI scheduling order | 0.10 |
| 11/09/10 | JRH | Telephone call received from K. Spiering regarding complaint | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/09/10 | EH | Review scheduling order; track discovery deadlines, pretrial conference and trial dates | 0.70 |
| 11/10/10 | JRH | Conference call with R. Lemisch and email with D. Culver regarding preference actions | 0.20 |
| 11/10/10 | JRH | Email with J. Ray regarding amended and redacted complaint | 0.10 |
| 11/10/10 | EH | Review local rules for font requirements of briefs filed in adversary proceedings; email to J. Hoover | 0.10 |
| 11/11/10 | RHL | Telephone call received from D. Livshiz regarding motion to dismiss issues | 0.20 |
| 11/11/10 | RHL | Received correspondence regarding conference call to discuss preferences | 0.10 |
| 11/11/10 | JRH | Conference call with E. Bussigel regarding CTDI litigation | 0.10 |
| 11/11/10 | JRH | Email correspondence with E. Bussigel regarding procedural issues related to motion to dismiss | 0.10 |
| 11/11/10 | JRH | Emails related to new engagement in Nortel related to AT&T and manner to proceed thereon | 0.20 |
| 11/12/10 | RHL | Speak to J. Hoover regarding Nokia complaint status | 0.20 |
| 11/12/10 | JRH | Emails with C. Gottlieb regarding AT & T proposed form of order | 0.10 |
| 11/12/10 | JRH | Conference call with J. Smith, D. Culver, and Cleary Gottlieb regarding preference actions and manner to proceed | 0.70 |
| 11/12/10 | JRH | Meeting with J. Smith to discuss follow up regarding preference actions | 0.20 |
| 11/12/10 | JRH | Various emails and phone calls with D. Livshiz regarding filing of amended complaint, review amended complaint, coordinate filing with E. Hein | 0.50 |
| 11/12/10 | JRH | Review draft form of preference complaint and related documents | 0.50 |
| 11/12/10 | JES | Conference call with Cleary and MNAT regarding timeline for sending letters and filing complaints | 0.70 |
| 11/12/10 | JES | Discuss next steps for preference actions with J. Hoover | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/12/10 | EH | Telephone call from D. Livshiz regarding amended complaint and summons; review local and federal rules for procedure | 0.30 |
| 11/12/10 | EH | Review and respond to email from K. Wilson-Milne regarding filing of amended complaint; email to J. Hoover regarding same | 0.20 |
| 11/12/10 | EH | Prepare certificate of service for amended complaint | 0.20 |
| 11/12/10 | EH | File and serve amended complaint; email to D. Livshiz | 0.50 |
| 11/12/10 | EH | Review emails from J. Hoover and D. Livshiz regarding service of amended complaint | 0.20 |
| 11/13/10 | RHL | Received correspondence regarding preference from K. Roberts | 0.10 |
| 11/13/10 | RHL | Amnesty letter procedures | 0.10 |
| 11/13/10 | RHL | Received correspondence from J. Ray - Nokia complaint is okay to file | 0.10 |
| 11/15/10 | RHL | Telephone call made to M. Samsa regarding service of complaint | 0.20 |
| 11/15/10 | JRH | Review various emails from Cleary Gottlieb regarding preference complaint procedure | 0.20 |
| 11/15/10 | JRH | Review and coordinate filing of certification of counsel | 0.20 |
| 11/15/10 | EH | Review emails from K. Wilson-Milne and R. Lemisch regarding certification of counsel submitting CTDI amended scheduling order | 0.10 |
| 11/15/10 | EH | File certification of counsel submitting amended CTDI scheduling order; email to K. Wilson-Milne | 0.30 |
| 11/15/10 | EH | Review and respond to email from K. Wilson-Milne regarding CTDI's motion to dismiss amended complaint | 0.10 |
| 11/16/10 | RHL | Speak to J. Hoover regarding filing of notice, complaint and service of same | 2.00 |
| 11/16/10 | JRH | Review issues related to AT & T certification of counsel | 0.40 |
| 11/16/10 | EH | Review ECF notices and download CTDI's motion to dismiss amended complaint | 0.10 |
| 11/16/10 | EH | Coordinate delivery of updated CTDI amended scheduling order to Judge Gross | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/16/10 | EH | Telephone call from Judge Gross' chambers regarding 1/27/10 status conference and amended scheduling order for CTDI adversary proceeding; email to K. Wilson-Milne regarding same | 0.20 |
| 11/17/10 | JRH | Review AT & T certification of counsel and email with Jennifer Palmer, Esq. | 0.20 |
| 11/17/10 | JRH | Follow up related to Nokia complaint, finalize for filing, meeting with R. Lemisch and coordinate filing with E. Hein | 1.00 |
| 11/17/10 | EH | Review email from E. Bussigel regarding notice of service of first document production request directed to CTDI | 0.10 |
| 11/17/10 | EH | Prepare notice of service of first document production requests directed to CTDI | 0.20 |
| 11/17/10 | EH | File notice of service of first document production requests directed to CTDI | 0.20 |
| 11/17/10 | EH | Review ECF notices and download amended CTDI scheduling order | 0.10 |
| 11/17/10 | EH | Discuss filing of redacted Nokia complaint with J. Hoover | 0.20 |
| 11/17/10 | EH | Discuss revisions to redacted Nokia complaint with J. Hoover | 0.20 |
| 11/17/10 | EH | Review and respond to email from E. Bussigel regarding notice of service of Nortel's first document production request | 0.10 |
| 11/18/10 | RHL | Review brief in opposition to motion to dismiss | 0.30 |
| 11/18/10 | JRH | Telephone call and email with D. Livshiz regarding motion to dismiss and filing thereof | 0.20 |
| 11/18/10 | JRH | Various email correspondences with Cleary regarding filing of response to motion to dismiss | 0.30 |
| 11/18/10 | JRH | Email with D. Powers - copy of complaint as filed | 0.10 |
| 11/18/10 | JRH | Attend to filing of response to opposition to motion to dismiss and coordinate with Cleary Gottlieb | 0.70 |
| 11/18/10 | JRH | Review draft opposition to motion to dismiss and briefing rules related thereto | 0.70 |
| 11/18/10 | EH | Coordinate filing and service of opposition to motion to dismiss; discuss with J. Hoover | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/18/10 | EH | Discuss status of opposition to motion to dismiss CTDI amended complaint and upcoming discovery deadlines with J. Hoover | 0.20 |
| 11/18/10 | EH | Review email from D. Livshiz regarding proposed order for opposition to CTDI motion to dismiss; discuss with J. Hoover | 0.10 |
| 11/18/10 | EH | File redacted complaint against Nokia | 0.50 |
| 11/18/10 | EH | File motion to file unredacted Nokia complaint under seal | 0.30 |
| 11/18/10 | EH | Review and respond to emails from E. Bussigel regarding status of opposition to motion to dismiss | 0.10 |
| 11/18/10 | EH | Email to J. Hoover regarding filing of Nokia complaint and motion to file complaint under seal | 0.10 |
| 11/18/10 | EH | Prepare pleading binder for Nokia adversary | 0.20 |
| 11/18/10 | EH | Track response deadline for first document production request directed to CTDI | 0.10 |
| 11/18/10 | EH | Review ECF notices and download notice of service of CTDI's first document production request; track response deadline | 0.10 |
| 11/18/10 | EH | Track extended response and reply deadlines for CTDI motion to dismiss amended complaint | 0.10 |
| 11/18/10 | EH | Update CTDI adversary pleading binder | 0.20 |
| 11/19/10 | RHL | Coordinate preparation and filing of amnesty letters and preference complaints | 0.60 |
| 11/19/10 | RHL | Review and analyze service of Nokia complaint | 0.20 |
| 11/19/10 | JRH | Review items related to preference complaints and amnesty letters and telephone call made to C. Brown | 0.50 |
| 11/19/10 | JRH | Follow up related to opposition to motion to dismiss and service | 0.40 |
| 11/19/10 | JRH | Email with C. Brown regarding information needed from Huron in preparation of complaints and amnesty letters | 0.20 |
| 11/19/10 | JRH | Meeting with R. Lemisch and J. Smith regarding preference actions and amnesty letters | 0.60 |
| 11/19/10 | JRH | Emails with MNAT and Cleary related to claims objection procedures | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/19/10 | JRH | Various e-mails and telephone call with E. Bussigel related to initial disclosures | 0.20 |
| 11/19/10 | JES | Meet and confer with R. Lemisch and J. Hoover regarding preparing complaints and amnesty letters; follow up with J. Hoover regarding task distribution and timeline | 0.80 |
| 11/19/10 | EH | Review email from E. Bussigel regarding service of CTDI initial disclosures | 0.10 |
| 11/21/10 | RHL | Received correspondence from M. Green regarding 26(f) disclosures and review 26(f) disclosures | 0.20 |
| 11/22/10 | RHL | Telephone call made to J. Hoover regarding caption issue | 0.10 |
| 11/22/10 | EH | Review and respond to email from K. Caruso regarding message from clerk's office requesting amendment of redacted complaint filed in Nokia adversary | 0.20 |
| 11/22/10 | EH | Review email from T. Clark regarding deficient initial disclosures served on CTDI | 0.10 |
| 11/22/10 | EH | Review email from M. Green regarding CTDI initial disclosures | 0.10 |
| 11/22/10 | EH | Review and respond to email from E. Bussigel regarding service of initial disclosures in CTDI adversary | 0.10 |
| 11/22/10 | EH | Prepare notice of service of discovery regarding initial disclosures in CTDI adversary | 0.20 |
| 11/22/10 | EH | File notice of service of discovery regarding initial disclosures in CTDI adversary; email to E. Bussigel | 0.20 |
| 11/23/10 | RHL | Received correspondence from D. Livshiz regarding 26(f) conference and initial disclosure | 0.10 |
| 11/23/10 | RHL | Coordinate complaint issues | 0.20 |
| 11/23/10 | JRH | Meeting with J. Smith, Esquire regarding preparation of complaints and amnesty letters | 0.30 |
| 11/23/10 | JRH | Conference call with Coley Brown regarding preference analysis and exhibits | 0.30 |
| 11/23/10 | MJS | Revise redacted complaint and send to E. Hein | 1.80 |
| 11/23/10 | JES | Review invoices and communications and compile spreadsheet for 11 companies with information from invoices | 2.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/23/10 | JES | Meet and confer with J. Hoover regarding documents from Huron and strategy for organizing information | 0.30 |
| 11/23/10 | EH | Telephone call from clerk's office regarding amendment to Nokia complaint; follow-up email to M. Samsa regarding same | 0.30 |
| 11/23/10 | EH | Telephone call to clerk's office regarding amendment of redacted complaint filed in Nokia adversary | 0.10 |
| 11/23/10 | EH | Email to T. Southerland regarding amended caption for Nokia complaint | 0.10 |
| 11/24/10 | JES | Perform corporate look up of Delaware entity | 0.20 |
| 11/24/10 | JES | Confer with J. Hoover regarding results of corporate look up | 0.10 |
| 11/24/10 | EH | Perform Delaware entity/registered agent search for Nokia Siemens Network US LLC; discuss with J. Hoover | 0.20 |
| 11/24/10 | EH | Prepare Nokia summons and notice of pretrial conference | 0.50 |
| 11/24/10 | EH | Discuss service of redacted Nokia complaint on registered agent with J. Hoover | 0.20 |
| 11/24/10 | EH | Review emails from M. Green and D. Livshiz regarding CTDI proposed 26(f) report and initial disclosures | 0.20 |
| 11/29/10 | RHL | Speak to J. Hoover regarding status of preference actions | 0.10 |
| 11/29/10 | JRH | Follow up on items related to preference actions and amnesty letters | 0.20 |
| 11/29/10 | JRH | Various meetings with J. Smith regarding status of preference complaints, amnesty letters, etc. | 0.50 |
| 11/29/10 | JRH | Conference call with E. Hein regarding summons, email with C. Brown regarding exhibits | 0.20 |
| 11/29/10 | JES | Meet and confer with J. Hoover regarding corporate look ups | 0.20 |
| 11/29/10 | JES | Email L. Behra outling needed research in connection with corporate look ups | 0.20 |
| 11/29/10 | JES | Conversation with L. Behra regarding research parameters and timeline | 0.10 |
| 11/29/10 | JES | Email C. Brown regarding receipt of invoices and exhibits to complaints and amnesty letters | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/29/10 | JES | Investigate principal place of business and registered agent addresses for 11 entities | 2.40 |
| 11/29/10 | JES | Research names of chief financial officers for 6 entities and corporate names for 6 entities | 0.70 |
| 11/29/10 | JES | Draft amnesty letters to 5 entities | 1.60 |
| 11/29/10 | JES | Draft settlement agreements to accompany amnesty letters to 5 entities | 1.50 |
| 11/29/10 | LMS | Internet and Secretary of State searches relative to corporate name and registered agent information for service of complaint | 2.20 |
| 11/29/10 | EH | Review ECF notices and download CTDI reply in support of motion to dismiss amended complaint | 0.10 |
| 11/30/10 | JRH | Email with Katie Roberts regarding status of preference actions, meeting with J. Smith to discuss status | 0.30 |
| 11/30/10 | JES | Draft 6th amnesty letter and settlement agreement | 0.40 |
| 11/30/10 | JES | Review and revise chart of corporate names and addresses for 5 complaints and 6 amnesty letters | 1.80 |
| 11/30/10 | JES | Review 12 proof of claims in connection with complaints and amnesty letters | 0.90 |
| 11/30/10 | JES | Revise and supplement 6 amnesty letters | 1.70 |
| 11/30/10 | LMS | Review claims agent website regarding claims filed by parties to potential litigation | 1.30 |
| 11/30/10 | EH | Review email from M. Green regarding CTDI reply brief in support of motion to dismiss | 0.10 |
| 11/30/10 | EH | Review emails from D. Livshiz and M. Green regarding revised Rule 26(f) report and protective order in CTDI adversary | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 6.70 | $3,986.50 |
| | | | 6.70 | $3,986.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 14.50 | $5,510.00 |
| MATTHEW J SAMSA | (MJS) | $225.00 | 2.00 | $450.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 16.20 | $4,050.00 |
| | | | 32.70 | $10,010.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 3.50 | $682.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 10.80 | $2,538.00 |
| | | | 14.30 | $3,220.50 |
| | | TOTAL: | 53.70 | $17,217.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/02/10 | EH | Document Reproduction 4 copies | 0.72 |
| 11/04/10 | EH | Document Reproduction 14 copies | 2.52 |
| 11/08/10 | EH | Document Reproduction 65 copies | 11.70 |
| 11/15/10 | EH | Document Reproduction 16 copies | 2.88 |
| 11/22/10 | LMS | Document Reproduction 140 copies | 25.20 |
| 11/22/10 | LMS | Document Reproduction 70 copies | 12.60 |
| | | TOTAL: | $55.62 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/10/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 10/15 TO SKADDEN ARPS | 5.00 |
| 11/19/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 11/2 TO US DISTRICT COURT | 15.00 |
| 11/19/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 11/2 TO JUDGE K. GROSS | 5.00 |
| 11/30/10 | JRH | Delivery Fee - Outside - Vendor: Reliable Wilmington 11/16 | 5.00 |
| 11/30/10 | JRH | Delivery Fee - Outside - Vendor: Reliable Wilmington 11/16 | 5.00 |
| 11/30/10 | JRH | Delivery Fee - Outside - Vendor: Reliable Wilmington 11/18 | 5.00 |
| 11/30/10 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 11/8 | 40.00 |
| 11/30/10 | JRH | Reversal from Void Check Number: 112602 Bank ID: 02 Voucher ID: 468799 Vendor: Reliable Wilmington | (5.00) |

TOTAL:  $75.00

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 11/05/10 | RHL | Outside Professional Services - Vendor: PARCELS, INC | 1,524.77 |
| | | TOTAL: | $1,524.77 |

**Filing Fees**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/19/10 | RHL | Filing Fees - Vendor: AMERICAN EXPRESS<br>FILING FEE OF PLEADING 9/21 | 250.00 |
| | | TOTAL: | $250.00 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/21/10 | MJS | Computer Research - Westlaw | 255.92 |
| 10/25/10 | MJS | Computer Research - Westlaw | 136.85 |
| | | TOTAL: | $392.77 |

**Fax**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/08/10 | EH | Fax 25pages > 12122253999 LD = 7.06 | 19.56 |
| | | TOTAL: | $19.56 |