# Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | 09/17/10 – 10/31/10 | $34,755.00 | $27,804.00 | $6,951.00 | $537.94 | $35,292.94 | $0.00 | $35,292.94 | $35,292.94 | $35,292.94 |
| Chilmark Partners, LLC | 08/01/10 – 10/31/10 | $750,000.00 | $600,000.00 | $150,000.00 | $34,280.52 | $784,280.52 | 0.00 | $784,280.52 | $2,068,544.77 | $2,068,544.77 |
| Cleary Gottlieb Stein & Hamilton LLP | 08/01/10 – 10/31/10 | $15,115,984.50 | $12,092,787.60 | $3,023,196.90 | $354,305.93 | $15,470,290.43 | 0.00 | $15,470,290.43 | $102,771,430.70 | $102,771,430.70 |
| Crowell & Moring LLP | 08/01/10 – 10/31/10 | $104,052.60 | $83,242.08 | $20,810.52 | $1,523.79 | $105,576.39 | 0.00 | $105,576.39 | $457,085.97 | $457,085.97 |
| Ernst & Young LLP | 08/01/10 – 10/31/10 | $260,941.00 | $208,752.80 | $52,188.20 | $954.00 | $261,895.00 | 0.00 | $261,886.00 | $1,385,353.49 | $1,385,353.49 |
| Huron Consulting Group | 08/01/10 – 10/31/10 | $819,643.73 | $655,714.98 | $163,928.75 | $62,812.77 | $882,456.50 | 0.00 | $882,456.50 | $6,178,003.71 | $6,178,003.71 |
| Jackson Lewis LLP | 08/01/10 – 09/30/10 | $12,055.00 | $9,644.00 | $2,411.00 | $14.25 | $12,069.25 | 0.00 | $12,069.25 | $286,919.25 | $286,919.25 |

---

1 Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| John Ray | 08/01/10 – 10/31/10 | $264,774.50 | $211,819.60[2] | $52,954.90[3] | $26,232.87 | $291,007.37 | 0.00 | $291,007.37 | $910,690.30 | $910,690.30 |
| Linklaters LLP | 08/01/10 – 10/31/10 | £33,832.49[4] ($53,661.71) | £27,065.99 ($42,932.07) | £6,766.50 ($10,736.41) | £387.80 ($615.09) | £34,220.29 ($54,276.80) | 0.00 | £34,220.29 ($54,276.80) | £530,393.50 ($789,999.45) | £530,393.50 ($789,999.45) |
| Lazard Freres & Co. | 08/01/10 – 10/31/10 | $750,000.00 | $600,000.00 | $150,000.00 | $18,618.61 | $768,618.61 | 0.00 | $768,618.61 | $20,959,099.65 | $20,959,099.65 |
| Mercer | 05/01/10 – 10/31/10 | $52,609.48 | $42,087.58 | $10,521.90 | $8,446.60 | $61,056.08 | 0.00 | $61,056.08 | $717,621.21 | $717,621.21[5] |
| Morris, Nichols, Arsht & Tunnell LLP | 08/01/10 – 10/31/10 | $328,335.50 | $262,668.40 | $65,667.10 | $44,058.32 | $372,393.82 | 0.00 | $372,393.82 | $2,513,045.79 | $2,513,045.79 |
| Punter Southall LLC | 08/01/10 – 10/31/10 | $58,500.00 | $46,800.00 | $11,700.00 | $0.00 | $58,500.00 | 0.00 | $58,500.00 | $909,193.50 | $909,193.50 |
| RLKS Executive Solutions, LLC | 08/01/10 – 10/31/10 | $97,470.00 | $77,976.00 | $19,494.00 | $9,674.51[6] | $107,144.51 | 0.00 | $107,144.51 | $123,709.15 | $123,709.15 |
| Shearman & Sterling LLP | 08/01/10 – 10/31/10 | $10,636.00 | $8,508.80 | $2,127.20 | $1,209.70 | $11,845.70 | 0.00 | $11,845.70 | $388,833.88 | $388,833.88 |
| **TOTALS** | | **$18,659,757.31 £53,661.71** | **$14,927,805.84 £42,932.07** | **$3,731,951.47 £10,736.41** | **$562,669.81 £615.09** | **$19,222,427.12 £54,276.80** | **$ 0.00** | **$19,222,427.12 £54,276.80** | **$139,704, 824.31 £789,999.45** | **$139,704, 824.31 £789,999.45** |

2 Pursuant to the agreement between Mr. Ray and the Debtors, 50% of Mr. Ray's fees, which is inclusive of the 20% holdback are not currently payable to Mr. Ray. Accordingly, 50% of the total compensation of $132,387.25, plus 100% of Mr. Ray's allowed expense reimbursement shall be payable upon approval of the Request. The remaining 50% of the total compensation shall be payable by the terms of such retention agreement without further order of the Court.

3 See Footnote No. 2.

4 The amounts stated in parentheses are for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.58 as published by Bloomberg.com on the date of the application.

5 At the request of the UST, $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts during the periods from May 1, 2009 through April 30, 2010 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

6 Pursuant to the engagement agreement approved in the Order Authorizing Employment and Retention of RLKS Executive Solutions LLC as Consultants to the Debtors Nunc Pro Tunc to July 9,2010 [D.I. 3800] the Debtors paid RLKS an expense retainer in the amount of $15,000. RLKS' net expenses paid by the Debtors will reflect the application of the unapplied payment to the total authorized amount resulting in a net expense payment of $0.00.