## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Related to Docket No. 4576 and 4577** |

### ORDER GRANTING MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER AUTHORIZING GENBAND TO FILE UNDER SEAL THE EXHIBITS TO THE AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

Upon the motion dated December 13, 2010 (the "Motion to Seal"),[1] of GENBAND Inc. ("GENBAND") for entry of an order, pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing the Debtors to file under seal and in redacted form the exhibits to the *Affidavit of Shauna Martin in Support of GENBAND's Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration*; and adequate notice of the Motion to Seal having been given, and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Seal.

the Motion to Seal is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief requested in the Motion to Seal, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED.

2. The exhibits to the Martin Affidavit shall be omitted from the public filing in their entirety.

3. Notwithstanding any provision of the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) GENBAND is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) GENBAND may, in its discretion and without further delay, take any action and perform any act authorized under this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 15, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE