| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Jointly Administered )<br>) Case No. 09-10138 (KG) )<br>) Related Docket No. 4577 ) |
| NORTEL NETWORKS INC., et al., | |
| Debtors. | |

*RECEIVED / FILED DEC 15 2010 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

**EXHIBITS TO THE AFFIDAVIT OF SHAUNA MARTIN IN SUPPORT OF GENBAND'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION [D.I. 4576]**

# PORTIONS FILED UNDER SEAL

*Opened and Resealed — Judge Gross* (handwritten)

Michael R. Lastowski (No. 3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
       SLRoss@duanemorris.com

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: blair.connelly@lw.com
        eli.kay-oliphant@lw.com

*Counsel to GENBAND Inc.*