# NORTEL/GENBAND SERVICE LIST 12/14/2010

**VIA E-MAIL**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
   Email: collins@rlf.com
   samis@rlf.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
   Email: ljones@pszjlaw.com
   tcairns@pszjlaw.com

Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801
   Email: mlastowski@duanemorris.com

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
1 First Canadian Place
100 King Street West
Floor 42
Toronto, Ontario  M5X 1B2
CANADA
   Email: michael.wunder@fmc-law.com
   shayne.kukulowicz@fmc-law.com
   alex.macfarlane@fmc-law.com

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068
   Email: david.allinson@lw.com
   thomas.malone@lw.com
   alexandra.croswell@lw.com

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
   Email: fhodara@akingump.com
   rjacobs@akingump.com

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley
   & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
   Email: ddunne@milbank.com
   tkreller@milbank.com
   apisa@milbank.com
   aleblanc@milbank.com

Don J. McDermett, Jr., Esq.
Curt Anderson, Esq.
Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Suite 600
Dallas, TX  75201
   Email: judith.ross@bakerbotts.com

3959288.1