# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                       :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]            :   Case No. 09-10138 (KG)
:
          Debtors.    :   Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 4600]

PLEASE TAKE NOTICE that on December 14, 2010, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On December 15, 2010 At 10:00 A.M. (ET)** (D.I. 4600, Filed 12/14/10) were served in the manner indicated upon the entities identified on the attached service list.

Dated:  December 15, 2010
       Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (admitted *pro hac vice*)
    Lisa M. Schweitzer (admitted *pro hac vice*)
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2000
    Facsimile:  (212) 225-3999

    - and –

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3945677.2