# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,[1]

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:        **United States Debt Recovery V, LP**
           **940 Southwood Blvd., Suite 101**
           **Incline Village, NV  89451**

Your claim, in the amount of **$204,771.22** has been transferred, unless previously expunged by Court Order, to:

           **United States Debt Recovery IIA, LLC**
           **940 Southwood Blvd., Suite 101**
           **Incline Village, NV  89451**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **4588** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By      /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage prepaid on December 15, 2010