# EXHIBIT B

UNITED STATES DEBT RECOVERY V, LP, 940 SOUTHWOOD BLVD., SUITE 101, INCLINE VILLAGE, NV  89451