IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4564, 4566, 4569 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2010, I caused to be served the:

    a. "Notice of Debtors' Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Stipulation Resolving Claim No. 5047 Filed By BSI Sub, Inc.," dated December 10, 2010, to which is attached the "Debtors' Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Stipulation Resolving Claim No. 5047 Filed By BSI Sub, Inc.," dated December 10, 2010 [Docket No. 4564], (the "BSI Sub Motion"),

    b. "Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim Nos. 124 and 1059 Filed by the City of Richardson," dated December 10, 2010, to which is attached the "Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim Nos. 124 and 1059 Filed by the City of Richardson," dated December 10, 2010 [Docket No. 4566], (the "Richardson Notice"), and

    c. "Supplemental Declaration of Charles M. Lee In Support of the Application of the Debtors to Retain and Employ Addrex, Inc.," dated December 10, 2010 [Docket No. 4569], (the "Declaration of Lee"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\BSI Mtn, Richardson Ntc, Dec of Lee_DI 4564, 4566, 4569_AFF_12-10-10.doc

    by causing true and correct copies of the:

        i. BSI Sub Motion, Richardson Notice and Declaration of Lee, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

        ii. BSI Sub Motion, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit B</u>, and

        iii. Richardson Notice to be enclosed securely in a separate postage pre-paid envelopes and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Panagiota Manatakis*

Sworn to before me this
14th day of December, 2010

*/s/ Notary Public*

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```