**EXHIBIT B**

NNI 4564 12-10-10

GOODWIN PROCTER LLP
ATTN: GINA LYNN MARTIN, ESQ.
EXCHANGE PLACE
53 STATE STREET
BOSTON, MA  02109