# EXHIBIT C

NNI 4566 12-10-10

CITY OF RICHARDSON
C/O LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
ELIZABETH WELLER
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201