IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THIRD SUPPLEMENTAL MOTION RECORD FILED IN THE CANADIAN PROCEEDINGS TO ENFORCE SALE AGREEMENT WITH GENBAND INC.**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on December 16, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel, filed in the above-captioned cases the Third Supplemental Motion Record of the Applicants filed in the Canadian Proceedings in support of the enforcement of the terms of a sale agreement with GENBAND Inc. (the "**Third Supplemental Motion Record**"). A joint hearing was held in the Canadian Proceedings and the above-captioned cases on December 15, 2010. A copy of the Third Supplemental Motion Record is annexed hereto as Exhibit A.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that copies of the Third Supplemental Motion Record are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

| | |
|---|---|
| Dated: December 16, 2010<br>Wilmington, Delaware | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>/s/ Mona A. Parikh<br>Mary F. Caloway (No. 3059)<br>Mona A. Parikh (No. 4901)<br>1105 North Market Street<br>Suite 1900<br>Wilmington, Delaware 19801-1228<br>Telephone: (302) 552-4200<br>Facsimile: (302) 552-4295<br>Email:  mary.caloway@bipc.com<br>          mona.parikh@bipc.com<br><br>         -and-<br><br>Ken Coleman<br>Lisa Kraidin<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, New York  10020<br>Telephone: (212) 610-6300<br>Facsimile: (212) 610-6399<br>Email:  ken.coleman@allenovery.com<br>          lisa.kraidin@allenovery.com<br><br>*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group* |