# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 12/17/2010 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 22 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty      Alissa T. Gazze      agazze@mnat.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nortel Networks Inc., et al.      2221 Lakeside Boulevard      Richardson, TX 75082
frep      Allen &Overy LLP,      1221 Avenue of the Americas      New York, NY 10020
ust      Thomas Patrick Tinker      Office of the U.S. Trustee      844 King Street Suite 2207      Wilmington, DE 19801
aty      Andrew R. Remming      Morris, Nichols, Arsht &Tunnell      1201 North Market Street      P.O. Box 1347      Wilmington, DE 19899−1347
aty      Ann C. Cordo      Morris Nichols Arsht &Tunnell LLP      1201 N. Market Street      P.O. Box 1347      Wilmington, DE 19899−1347
aty      Derek C. Abbott      Morris Nichols Arsht &Tunnell      1201 N. Market Street      Wilmington, DE 19899
aty      Elihu Ezekiel Allinson, III      Sullivan Hazeltine Allinson LLC      4 East 8th Street      Suite 400      Wilmington, DE 19801
aty      Eric D. Schwartz      Morris, Nichols, Arsht &Tunnell      1201 N.Market Street      P. O. Box 1347      Wilmington, DE 19801
aty      James Croft      Cleary Gottlieb Steen &Hamilton LLP      One Liberty Plaza      New York, NY 10006
aty      James L. Bromley      Cleary Gottlieb Steen &Hamilton      One Liberty Plaza      New York, NY 10006
aty      Jennifer M. Westerfield      Cleary Gottlieb Steen &Hamilton, LLP      One Liberty Plaza      New York, NY 10006
aty      Juliet A. Drake      Cleary Gottlieb Steen &Hamilton LLP      One Liberty Plaza      New York, NY 10006
aty      Mary Caloway      Buchanan Ingersoll &Rooney PC      1105 North Market Street      Suite 1900      Wilmington, DE 19801−1228
aty      Mona A. Parikh      Buchanan Ingersoll &Rooney PC      1105 North Market Street      Suite 1900      Wilmington, DE 19801−1228
aty      Nancy G. Everett      Winston &Strawn LLP      35 W. Wacker Drive      Chicago, IL 60601
aty      Neil P Forrest      Cleary Gottlieb Steen &Hamiton LLP      One Liberty Plaza      New York, NY 10006
aty      Peter James Duhig      Buchanan Ingersoll &Rooney PC      1105 North Market Street      Suite 1900      Wilmington, DE 19801−1228
aty      Raymond Howard Lemisch      Benesch Friedlander Coplan &Aronoff, LL      222 Delaware Avenue      Suite 801      Wilmington, DE 19801
aty      Robin J. Baik      Cleary Gottlieb Steen &Hamilton LLP      One Liverty Plaza      New York, NY 10006
aty      Thomas F. Driscoll, III      Morris, Nichols, Arsht &Tunnell LLP      1201 North Market Street      Wilmington, DE 19801

TOTAL: 20