# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NORTEL NETWORKS INC., et al.,[1] | ) Jointly Administered |
|  | ) |
|  | ) Case No. 09-10138 (KG) |
| Debtors. | ) |
|  | ) **Related to D.I. 4599** |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 14th day of December, 2010, I caused a true and correct copy of the *Notice Of Genband US LLC Pursuant To Section 12(d) Of The Cross-Border Insolvency Protocol Enclosing Courtesy Copies Of Documents Filed With The Ontario Superior Court Of Justice Related To The Motion Of GENBAND Inc. For Entry Of An Order Pursuant To 362(D) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration* [D.I. No. 4599] to be served upon the following counsel in the manner indicated:

*BY HAND DELIVERY*
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
18th Floor
Wilmington, DE 19801

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

DM3\1573226.1

*BY HAND DELIVERY*
Mark D. Collins Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*BY HAND DELIVERY*
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

Dated:  December 17, 2010
        Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (No.3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
       SLRoss@duanemorris.com

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: blair.connelly@lw.com
        eli.kay-oliphant@lw.com

*Counsel to GENBAND US LLC*