IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

          Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

*Re Dkt #4590*

------------------------------------------------------------X

### ORDER APPROVING STIPULATION AMONG THE DEBTORS AND THE JOINT ADMINISTRATORS ON BEHALF OF NORTEL NETWORKS UK LIMITED AND NORTEL NETWORKS (IRELAND) LIMITED REGARDING TOLLING OF CERTAIN CLAIMS

Upon consideration of the *Stipulation Between the Debtors and the Joint Administrators on Behalf of Nortel Networks UK Limited and Nortel Networks (Ireland) Limited* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, as agreed between the Debtors and Alan Robert Bloom, Stephen John Harris, Christopher John Wilkinson Hill, David Martin Hughes and Alan Michael Hudson,[2] the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") on behalf of Nortel Networks UK

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris are the Joint Administrators for NNUK. The Joint Administrators for NN Ireland are Alan Robert Bloom and David Martin Hughes.

Limited ("NNUK") and Nortel Networks (Ireland) Limited ("NN Ireland") (the Debtors, the Joint Administrators, NNUK and NN Ireland collectively referred to as the "Parties");

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Dec. 17, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

NEWYORK:2326571.7