IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Jefferies & Company, Inc., being duly sworn according to law, deposes and says that on December 14, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Motion for Limited Relief from the Automatic Stay [D.I. 4590]

Declaration of John Haydn Whiteoak in Support of Motion for Limited Relief from the Automatic Stay [D.I. 4591]

Motion to Shorten Notice for Hearing on the Motion for Limited Relief from the Automatic Stay [D.I. 4592]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 14 day of December 2010.

_____
Notary Public
My Commission Expires:

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

YCST01:7976360.4                                                                                                    068126.1001

## SERVICE LIST

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Co-Counsel to the Chapter 11 Debtors)
*Federal Express*

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, Ontario, M9C 5K1
(Debtor)
*Federal Express (International)*

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Counsel for Ernst & Young Inc., as Monitor
*Federal Express*

Fred S. Hodara, Esq.
David Botter, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Co-Counsel to the Official Committee of Unsecured Creditors)
*Federal Express*