IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.* | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: January 12, 2011 at 9:30 a.m. (ET)** |
| | ) **Objection Deadline: January 5, 2011 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF ELTEK VALERE, INC. TO PERMIT FILING OF LATE CLAIM

**To:** **All parties listed on the attached service list.**

On December 17, 2010, Eltek Valere, Inc. ("Eltek Valere") filed the **Motion of Eltek Valere, Inc. to Permit Filing of Late Claim** (the "Motion").

You are required to file any response to the Motion **on or before 4:00 p.m. on January 5, 2011**.

At the same time, you must also serve a copy of any response upon movant's attorneys, at the address listed below, so that it is received by **4:00 p.m. on January 5, 2011**.

| | |
|---|---|
| Norman L. Pernick, Esq. | Christopher J. Horvay, Esq., |
| Sanjay Bhatnagar, Esq. | **Gould & Ratner LLP** |
| **COLE, SCHOTZ, MEISEL,** | 222 N. LaSalle Street, Suite 800 |
| **FORMAN & LEONARD, P.A.** | Chicago, Illinois 60601 |
| 500 Delaware Avenue, Suite 1410 | |
| Wilmington, DE 19801 | |

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 12, 2011 AT 9:30 A.M.** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM 3, WILMINGTON, DE 19801.

46865/0001-7248833v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 17, 2010

Respectfully submitted,

By: /s/ Sanjay Bhatnagar
Norman L. Pernick (No. 2290)
Sanjay Bhatnagar (No. 4829)
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

- and –

Christopher J. Horvay, Esq.,
**Gould & Ratner LLP**
222 N. LaSalle Street, Suite 800
Chicago, Illinois 60601
Telephone: 312-899-1624
Facsimile: 312-236-3241
chorvay@gouldratner.com

Counsel to ELTEK VALERE, INC.