IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc, et al.,<br><br>　　　　　Debtors. | Case No. 09-10138 (KG) |

## AFFIDAVIT OF CHRISTOPHER J. HORVAY IN SUPPORT OF MOTION OF ELTEK VALERE, INC. TO ALLOW LATE FILING OF ITS PROOF OF CLAIM

Christopher J. Horvay, having been duly sworn under oath, hereby state the following:

1.　I am a partner in the Chicago, Illinois law firm of Gould & Ratner LLP, duly licensed to practice law in the State of Illinois, have personal knowledge of the facts set forth herein and have filed this affidavit in support of the motion of my client, Eltek Valere, Inc., to allow late filing of Eltek Valere's proof of claim.

2.　I first became aware of the Nortel Networks, Inc. Chapter 11 Proceeding in January 2009, when I asserted a Section 503(b)(9) Reclamation claim on behalf of Eltek Valere against Nortel Networks, Inc. in the approximate amount of $16,500. Subsequent thereto, in or about April 2009 I engaged the Delaware law firm of Cole Schotz who filed my appearance on behalf of Eltek Valere.

3.　The § 503(b)(9) claim of Eltek Valere was resolved in late September 2009 by and through a stipulation between Eltek Valere and the Debtor, whereunder Eltek Valere agreed to accept a payment of $4,000 and waive its remaining claims relating to the invoices that were the subject of the reclamation claim.

477634.3 106480.001　　　　　　　　　　　1

4. On or about July 15, 2009 Debtors filed a motion to establish a deadline for filing proofs of claim (the "Bar Date Motion"). An Order establishing deadlines for filing proofs of claim ("the Bar Date Order") was entered on or about August 4, 2009. I was not aware of the entry of the Bar Date Order because its entry occurred on August 4, 2009, during a week when I was absent from my office on account of a scheduled vacation. Due to an oversight on my part, I failed to review the electronic mail reflecting the entry of the Bar Date Order and consequently failed to docket the September 30, 2009 Bar Date on my firm's internal docket and on my individual calendar.

5. I first learned of the September 30, 2009 Bar Date in early November 2010, after Eltek Valere was named as a defendant in adversary proceeding No. 10-53170, a preference recovery complaint. Before that I was unaware of the September 30, 2009 Bar Date or the Bar Date Order.

6. Upon learning of the Bar Date Order, I reviewed the Debtors' schedules to ascertain how Eltek Valere's pre-petition unsecured claim was treated by the Debtors. Debtors scheduled my client's predecessor entity Eltek Energy, LLC, as an unsecured creditor holding a claim in the amount of $126,747.27 and listed such claim as "disputed". It also listed my client, Eltek Valere, Inc. as an unsecured creditor in an unknown amount with its claim listed as "contingent", "unliquidated" and "disputed." See page 93 of Schedule F, attached hereto as Exhibit 1.

7. The Debtors' schedules are in error insofar as they list Eltek Energy, LLC as the holder of the unsecured claim in question. On January 31, 2008, Eltek Energy, LLC merged into Valere Power Inc., which on that same date changed its name to Eltek Valere, Inc. Hence, Eltek Valere, Inc., not Eltek Energy, LLC, is the holder of the unsecured claim in question.

8. To the best of my knowledge, there is no dispute whatsoever concerning the amount or validity or Eltek Valere's unsecured claim. Attached hereto and made a part hereof as Exhibit 2 is a copy of Eltek Valere, Inc.'s unsecured claim in the amount of $150,383.53, which is based upon goods sold and delivered to the Debtor by Eltek Valere, Inc. as to which an account stated was created prior to the Debtors' petition date.

Further Affiant Sayeth Not.

December 15, 2010

_____
Christopher J. Horvay

Subscribed and Sworn to
before me this 17th
day of December 2010.

_____
Notary Public

My Commission expires: 4/2/2014

```
OFFICIAL SEAL
MARLENE WALSTRA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-2-2014
```

# EXHIBIT 1 TO AFFIDAVIT

In re NORTEL NETWORKS INC.  
Debtor

Case No. 09-10138 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ELKINGTON & FIFE <br> PROSPECT HOUSE, 8 PEMBROKE ROAD <br> SEVENOAKS, KENT TN13 1XR <br> UNITED KINGDOM | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> ELLEN BOVARNICK <br> 120 MATTISON COVE NE <br> ATLANTA, GA 30319 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO. <br> ELLEN BOVARNICK <br> 120 MATTISON COVE NE <br> ATLANTA, GA 30319 | | | DEFERRED COMPENSATION | X | X | | $304,249.86 |
| ACCOUNT NO. <br> ELLIS SINYOR <br> 3571 N 55 AVENUE <br> HOLLYWOOD, FL 33021 | | | RESTORATION PLAN | | X | | UNKNOWN |
| ACCOUNT NO. <br> ELMWOOD MEDICAL ASSOC <br> 220 LINDEN OAKS # 100 <br> ROCHESTER, NY 14625 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 434854 <br> ELTEK ENERGY LLC <br> 115 ERICK STREET <br> CRYSTAL LAKE, IL 60014 | | | TRADE PAYABLE | | X | | $126,747.27 |
| ACCOUNT NO. 433840 <br> ELTEK VALERE INC <br> 1303 E ARAPAHO RD <br> RICHARDSON, TX 75081 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 457187 <br> EMBARQ <br> PO BOX 96064 <br> CHARLOTTE, NC 28296-0064 | | | TRADE PAYABLE | | X | | $893.85 |
| ACCOUNT NO. 457879 <br> EMBARQ <br> PO BOX 660068 <br> DALLAS, TX 75266-0068 | | | TRADE PAYABLE | | X | | $1,194.91 |
| ACCOUNT NO. 295820 <br> EMBARQ LOGISTICS <br> 600 NEW CENTURY PARKWAY <br> NEW CENTURY, KS 66031-8001 | | | TRADE PAYABLE | | X | | $903,000.27 |

Sheet no. 93 of 527 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $1,336,086.16

## EXHIBIT 2 TO AFFIDAVIT

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Nortel Neworks, Inc. | Case Number:<br>09-10138 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Eltek Valere | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Christopher J. Horvay/Gould & Ratner LLP<br>222 N. LaSalle St., Suite 800<br>Chicago, IL 60601<br><br>Telephone number:<br>(312) 899-1624 | Court Claim Number: _____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>Eltek Valere, Inc.<br>Attn: Charles Bailey - VP Finance<br>1303 E. Arapaho Rd. Richardson, TX 75081<br><br>Telephone number:<br>(469) 330-3234 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**    $ _____ 150,383.53

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ___See Exhibit A Attached___
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
    **3a. Debtor may have scheduled account as:** Eltek Energy LLC (refer to Ex. B)
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12/15/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Eltek Valere, Inc., By: /s/Christopher J. Horvay, One of its attorneys | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## EXHIBIT A

Goods sold to Nortel Networks, Inc., giving rise to account stated totaling $166,977.27 (see attached statement of account), less invoices totaling $16,593.74, settled pursuant to post-petition stipulation with Debtor, resulting in net amount of $150,383.53.

477705.1 106480.004

| Cust # | Customer Name | Series Id | Invoice No | Invoice Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 100359 | NORTEL NETWORKS | CD | 75765 | 11/19/08 | - | - | 1,076.00 | - | - | 1,076.00 |
| 100359 | NORTEL NETWORKS | CD | 80112 | 01/07/09 | 540.00 | - | - | - | - | 540.00 |

| Cust # | Customer Name | Series Id | Invoice No | Invoice Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 53361 | 03/25/08 | - | - | - | - | 12,210.00 | 12,210.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 71618 | 10/13/08 | - | - | 1,403.39 | - | - | 1,403.39 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 72429 | 10/22/08 | - | - | 1,403.07 | - | - | 1,403.07 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 73444 | 10/29/08 | - | 3,362.37 | - | - | - | 3,362.37 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 73445 | 10/29/08 | - | 2,797.26 | - | - | - | 2,797.26 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 73446 | 10/29/08 | - | 2,797.26 | - | - | - | 2,797.26 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 73447 | 10/29/08 | - | 1,422.26 | - | - | - | 1,422.26 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74090 | 10/31/08 | - | 2,537.96 | - | - | - | 2,537.96 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74199 | 10/31/08 | - | 650.95 | - | - | - | 650.95 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74200 | 10/31/08 | - | 650.95 | - | - | - | 650.95 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74201 | 10/31/08 | - | 650.96 | - | - | - | 650.96 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74202 | 10/31/08 | - | 650.96 | - | - | - | 650.96 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74203 | 10/31/08 | - | 650.96 | - | - | - | 650.96 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74206 | 10/31/08 | - | 454.88 | - | - | - | 454.88 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 73744 | 10/31/08 | - | 20,828.91 | - | - | - | 20,828.91 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74433 | 11/06/08 | - | 4,208.43 | - | - | - | 4,208.43 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 74620 | 11/07/08 | - | 270.00 | - | - | - | 270.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 76632 | 11/21/08 | - | 7,548.00 | - | - | - | 7,548.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 76633 | 11/21/08 | - | 3,145.00 | - | - | - | 3,145.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 76805 | 11/24/08 | - | 8,177.00 | - | - | - | 8,177.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 76881 | 11/25/08 | - | 13,926.66 | - | - | - | 13,926.66 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 77162 | 11/26/08 | - | 13,750.00 | - | - | - | 13,750.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 76880 | 11/26/08 | - | 266.30 | - | - | - | 266.30 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 77160 | 11/28/08 | 18,870.00 | - | - | - | - | 18,870.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 77161 | 11/28/08 | 27,750.00 | - | - | - | - | 27,750.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 77739 | 12/04/08 | 218.00 | - | - | - | - | 218.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 77984 | 12/09/08 | 260.00 | - | - | - | - | 260.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 77985 | 12/09/08 | 190.00 | - | - | - | - | 190.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 78188 | 12/11/08 | 6,290.00 | - | - | - | - | 6,290.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 78189 | 12/11/08 | 1,887.00 | - | - | - | - | 1,887.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 78190 | 12/11/08 | 6,290.00 | - | - | - | - | 6,290.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 78536 | 12/15/08 | 393.74 | - | - | - | - | 393.74 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 79288 | 12/22/08 | 629.00 | - | - | - | - | 629.00 |
| 101511 | NORTEL NETWORKS INCORPORATED | CD | 79289 | 12/23/08 | 436.00 | - | - | - | - | 436.00 |

| Cust # | Customer Name | Series Id | Invoice No | Invoice Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 41950 | 03/12/07 | - | - | - | - | 456.00 | 456.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 76806 | 11/24/08 | - | 8,806.00 | - | - | - | 8,806.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 76807 | 11/24/08 | - | 629.00 | - | - | - | 629.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 76882 | 11/25/08 | - | 1,375.00 | - | - | - | 1,375.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 76883 | 11/25/08 | - | 1,375.00 | - | - | - | 1,375.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 77224 | 11/28/08 | 1,375.00 | - | - | - | - | 1,375.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 77222 | 11/28/08 | 4,125.00 | - | - | - | - | 4,125.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 77225 | 11/28/08 | 1,375.00 | - | - | - | - | 1,375.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 78191 | 12/11/08 | 629.00 | - | - | - | - | 629.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 78769 | 12/16/08 | 1,258.00 | - | - | - | - | 1,258.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 79648 | 12/29/08 | 1,887.00 | - | - | - | - | 1,887.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 79649 | 12/29/08 | 4,125.00 | - | - | - | - | 4,125.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 79847 | 12/30/08 | 13,750.00 | - | - | - | - | 13,750.00 |
| 101921 | NORTEL NETWORKS UK LTD (0710) | CD | 79907 | 12/31/08 | 18,241.00 | - | - | - | - | 18,241.00 |
| | Totals | | | | | | | | | |

## EXHIBIT B

On January 31, 2008, Eltek Energy LLC, a Delaware limited liability company, merged into Valere Power, Inc., a Delaware corporation, which on that same date, changed its name to Eltek Valere, Inc.

477706.1 106480.004