IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No.** |

## ORDER PERMITTING FILING OF LATE CLAIM

Upon the motion (the "Motion")[2] of Eltek Valere for entry of an Order permitting filing of late claim and upon consideration of the Horvay Affidavit; and the Court finding that notice of the Motion was due and proper; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted.

2. Eltek Valere is permitted to file the Claim *instanter*; and

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: January __, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.