IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      :     SS
NEW CASTLE COUNTY     :

Sandi Van Dyk, being duly sworn according to law, deposes and says that she is employed as a Paralegal at the law firm Cole, Schotz, Meisel, Forman & Leonard, P.A., counsel to Eltek Valere, Inc. in the within captioned matter, and that on December 17, 2010, she caused a copy of the **Motion of Eltek Valere, Inc. to Permit Filing of Late Claim** to be served via First Class Mail, upon all parties listed on the attached service list.

Sandi Van Dyk
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

SWORN TO AND SUBSCRIBED
before me this 17th day of December 2010.

Notary Public
KIMBERLY A. STAHL
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 1/26/2011

# NORTEL 2002 SERVICE LIST

Karen C. Bifferato, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Elihi E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

John V. Fiorella, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Camiant, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Matthew L. Hinker, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Mary E. Augustine, Esq.
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P. O. Box 1028
Wilmington, DE 19801

James S. Green, Sr., Esq.
Jared T. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899

Actuate Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

AMCC Sales Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 1500
1313 North Market Street
Wilmington, DE 19801

Cognizant Technology Solutions US Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801

Jack Morton Worldwide, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Daniel C. Kerrick, Esq.
Ciconte Wasserman & Scerba, LLC
1300 King Street
Wilmington, DE 19801

Amy D. Brown, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Sumitomo Electric Device Innovations, U.S.A., Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Henry J. Jaffe, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 1500
1313 North Market Street
Wilmington, DE 19899-1709

William C. Smith, Jr., Esq.
Manning, Fulton & Skinner, P.A.
3605 Glenwood Avenue, Suite 500
P. O. Box 20389
Raleigh, NC 27619-0389

Ace Technologies Corp.
Kate K. Simon, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Avea Iletisim Hizmetleri A.S.
Jeffrey M. Carbino, Esq.
Patrick W. Carothers, Esq.
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

Camiant, Inc.
Attn: Officer, Managing or General Agent
200 Nickerson Road
2nd Floor
Marlborough, MA 01752-4603

Celestica Holdings PTE Ltd. And Celestica Thailand Ltd.
CSWL, Inc.
Attn: Officer, Managing or General Agent
39465 Paseo Padre Parkway
Suite 2900
Fremont, CA 94538

CSWL, Inc.
c/o Sreedhar Santosh
39465 Paseo Padre Parkway
Suite 2900
Fremont, CA 94538

Christopher J. Horvay, Esq.
Gould & Ratner LLP
222 North LaSalle Street
Suite 800
Chicago, IL 60601

Gail & Rice, Inc.
Attn: Officer, Managing or General Agent
21301 Civic Center Drive
Southfield, MI 48076

Gail & Rice, Inc.
c/o Timothy Rice
21301 Civic Center Drive
Southfield, MI 48076

Frank E. Merideth, Esq.
Paul R. Glassman, Esq.
Kevin P. Garland, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Informatics International Ltd.
Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Judge Technical Services, Inc.
Attn: Officer, Managing or General Agent
300 Conshohocken State Road
West Conshohocken, PA 19428

Arthur C. Neiwirth, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
One East Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33301

Opnext Subsystems, Inc. f/k/a Stratalight Communications Inc.
Attn: Officer, Managing or General Agent
151 Albright Way
Los Gatos, CA 95032

Opnext Systems, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Opnext Subsystems, Inc.
c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 10
Sacramento, CA 95833

Kenneth S. Leonetti, Esq.
Richard G. Baldwin, Esq.
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

Springwell Capital Partners LLC
Attn: Officer, Managing or General Agent
Six Landmark Square, 4th Floor
Stamford, CT 06901-2701

Springwell Capital Partners LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

J. Mark Chevallier, Esq.
David L. Woods, Esq.
McGuire, Craddock & Strother, P.C.
2501 North Harwood, Suite 1800
Dallas, TX 75201

STMicroelectronics, Inc.
Attn: Officer, Managing or General Agent
1310 Electronics Drive
Carrollton, TX 75006

Abacus Solutions, LLC
c/o Spiegel & Ultera, P.A.
9 East Lockerman Street, Suite 3A
Dover, DE 19901

Abacus Solutions, LLC
c/o Clayton O. Carmack
326 Roswell Street
Marietta, GA 30060

Abacus Solutions, LLC
Attn: Officer, Managing or General Agent
1190 Kennestone Cir. NW, Suite 120
Marietta, GA 30066

Actuate Corporation
Attn: Officer, Managing or General Agent
2207 Bridgepointe Parkway, Suite 500
San Mateo, CA 94404

Actuate Corporation
c/o CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017

AMCC Sales Corporation
Attn: Officer, Managing or General Agent
215 Moffett Park Drive
Sunnyvale, CA 94089

Kelly G. Williams, Esq.
Aviat Networks, Inc.
637 Davis Drive
Morrisville, NC 27560

William E. Brewer, Esq.
The Brewer Law Firm
311 East Edenton Street
Raleigh, NC 27601

Beeline.com, Inc.
Attn: Officer, Managing or General Agent
1 Independent Drive, Suite 800
Jacksonville, FL 32202

Beeline.com, Inc.
Attn: Jenny Lee
1 Independent Drive, Suite 2500
Jacksonville, FL 32202

Beeline.com, Inc.
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Dan Merrett
Jones Day
1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309

Beeline.com, Inc.
Attn: Officer, Managing or General Agent
12724 Gran Bay Parkway West, Suite 200
Jacksonville, FL 32258-4467

Bick Group, Inc.
Attn: Officer, Managing or General Agent
12969 Manchester Road
St. Louis, MO 63131

Bick Group, Inc.
c/o James P. Bick, Jr.
1600 S. Hanley, Suite 101
Brentwood, MO 63144

CDMA Development Group, Inc.
Attn: Officer, Managing or General Agent
575 Anton Blvd., Suite 560
Costa Mesa, CA 92626

CDMA Development Group, Inc.
c/o Perry Laforce
575 Anton Blvd., Suite 560
Costa Mesa, CA 92626

Jason Housinger
Director of Credit
CDW Direct, LLC
200 North Milwaukee Avenue
Vernon Hills, IL 60061

Cognizant Technology Solutions US Corporation
Attn: Officer, Managing or General Agent
500 Frank W. Burr Boulevard
Teaneck, NJ 07666

Jeffrey T. Wegner, Esq.
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

Demand Wave Solutions, Inc.
Attn: Officer, Managing or General Agent
1015 South Wall Street, Suite G
Calhoun, GA 30701

Demand Wave Solutions, Inc.
c/o Alexander Simon
2604 Main Street
Richmond, VA 23220

Demand Wave Solutions, Inc.
Attn: Officer, Managing or General Agent
192 Ballard Court, Suite 201
Virginia Beach, VA 23462

Dr. Kalai Kalaichelvan, CEO
EION Inc.
320 March Road, Suite 500
Ottawa, Ontario K2K 2E3
Canada

Matthew N. Kleiman, Esq.
Matthew N. Kleiman P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

Amos U. Priester IV, Esq.
Smith, Anerson, Blount, Dorsett, Mitchell & Jernigan L.L.P.
250 Wachovia Capital Center
150 Fayetteville Street
Raleigh, NC 27601

Gilmore Global Logistics Services, Inc.
c/o CT Corporation System
150 Fayetteville Street
Box 1011
Raleigh, NC 27601

Gilmore Global Logistics Services, Inc.
Attn: Officer, Managing or General Agent
101 Southcenter Court, Suite 100-E
Morrisville, NC 27560

Ixia
Attn: Officer, Managing or General Agent
26601 W. Agoura Road
Calabasas, CA 91302

Ms. Katherine F. Aston
Ixia
120 Broadway, Suite 300
Santa Monica, CA 90401

Jack Morton Worldwide, Inc.
Attn: Officer, Managing or General Agent
142 Berkeley Street

Kodiak Technology Partners, LLC
Attn: Officer, Managing or General Agent
82 Lewellen Drive
Marietta, GA 30064

Mr. Michael Hugh Taylor
82 Lewellen Drive
Marietta, GA 30064

Timothy F. Nixon, Esq.
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

McKinsey & Company, Inc.
Attn: Officer, Managing or General Agent
55 East 22nd Street, 21st Floor
New York, NY 10022

McKinsey & Company, Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Richard H. Golubow, Esq.
Winthrop Couchot P.C.
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660

Carren Shulman
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

NeoPhotonics Corporation
Attn: Officer, Managing or General Agent
2911 Zanker Road
San Jose, CA 95134

NeoPhotonics Corporation
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

NeoPhotonics Corporation
c/o James D. Fray
2911 Zanker Road
San Jose, CA 95134

Nera, Inc.
Attn: Officer, Managing or General Agent
1303 East Arapaho Road, Suite 202
Richardson, TX 75081

Nera, Inc.
c/o Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, TX 78701

Thomas A. Lerner, Esq.
Stokes Lawrence, P.S
800 fifth Avenue, Suite 4000
Seattle, WA 98104

Oplink Communications, Inc.
Attn: Officer, Managing or General Agent
46335 Landing Pkwy
Fremont, CA 94538

Oplink Communications, Inc.
Attn: Officer, Managing or General Agent
3469 North First Street
San Jose, CA 95134-1803

Oplink Communications, Inc.
c/o Joe Liu
46335 Landing Pkwy
Fremont, CA 94538

Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

Luis M. Lluberas-Oliver, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

Revonet, Inc.
Attn: Officer, Managing or General Agent
125 Elm Street
New Canaan, CT 06840

Revonet, Inc.
125 Elm Street, Suite 2
New Canaan, CT 06840

SAS Institute, Inc.
Attn: Officer, Managing or General Agent
100 SAS Campus Drive
Cary, NC 27513

SAS Institute, Inc.
c/o Boswell, John G.
Attn: Legal Department
SAS Campus Drive
Cary, NC 27513-8000

SAS Institute, Inc.
Attn: Howard Browne
SAS Campus Drive
Cary, NC 27513-8000

SBA Network Services, Inc.
Attn: Officer, Managing or General Agent
5900 Broke Sound Parkway
NW Boca Raton, FL 33487

Sigma Systems Canada Inc.
55 York Street, Suite 1100
Toronto, Ontario M5J 1R7
Canada

Michael Wilson
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Sumitomo Electric Device Innovations, U.S.A., Inc.
Attn: Officer, Managing or General Agent
2355 Zanker Road
San Jose, CA 95131-1138

Sumitomo Electric Device Innovations, U.S.A., Inc.
Attn: Officer, Managing or General Agent
4021 Stirrup Creek Drive, Suite 200
Durham, NC 27703

Sumitomo Electric Device Innovations, U.S.A., Inc.
Attn: Chris Finch
4021 Stirrup Creek Drive, Suite 200
Durham, NC 27703

Sumitomo Electric Device Innovations, U.S.A., Inc.
c/o CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

Sumitomo Electric Device Innovations, U.S.A., Inc.
c/o CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017

Stephen K. Dexter
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO 80202-5607

TEKsystems Inc.
c/o Randall D. Sones, Esq.
7301 Parkway Drive
Hanover, MD 21076

TEKsystems Inc.
Attn: Officer, Managing or General Agent
7437 Race Road
Hanover, MD 21076

TEKsystems Inc.
Attn: Matt Hudson
7437 Race Road
Hanover, MD 21076

Matthew E. Hoffman, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

John A. Golieb, Esq.
Muchnick, Golieb & Golieb, P.C.
200 Park Avenue South, Suite 1700
New York, NY 10003