# EXHIBIT A

## No Liability Claims

## Exhibit A

### No Liability Claims

#### Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| COX, JOSEPH<br>56 HALL ST.<br>DUNSTABLE, MA  01827 | 1664<br>8/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>$2,400.00 (P)<br>- (U)<br>$2,400.00 (T) | Claim asserts invoices which are due from a 3rd party which is a not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ESQUADRA PUBLICITARIA<br>AV BOLIVAR NO 353, SUITE 2-K<br>EDIF. PROFESIONAL ELAM'S II, GAZCUE<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC | 2316<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,635.60 (U)<br>$1,635.60 (T) | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim, as the purchase order relating to the claimed invoice was cancelled. |
| KEY MANAGEMENT SERVICES LIMITED<br>VICE PRESIDENT<br>30 VICTORIA STREET<br>HAMILTON  HM 12<br>BERMUDA | 6822<br>1/21/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| MOTOROLA, INC<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5402<br>9/30/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5395<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5396<br>9/30/09<br>09-10141<br>Alteon WebSystems<br>International, Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 5397<br>9/30/09<br>09-10140<br>Nortel Altsystems, Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 5398<br>9/30/09<br>09-10143<br>Sonoma Systems | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 5399<br>9/30/09<br>09-10142<br>Xros, Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 5400<br>9/30/09<br>09-10144<br>Qtera Corporation | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 5401<br>9/30/09<br>09-10145<br>CoreTek, Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5403<br>9/30/09<br>09-10147<br>Nortel Networks<br>Optical Components<br>Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5404<br>9/30/09<br>09-10148<br>Nortel Networks<br>HPOCS Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5405<br>9/30/09<br>09-10149<br>Architel Systems<br>(U.S.) Corporation | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5406<br>9/30/09<br>09-10150<br>Nortel Networks<br>International Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL  60606 | 5407<br>9/30/09<br>09-10151<br>Northern Telecom<br>International Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MOTOROLA, INC. WILDMAN HARROLD ALLEN & DIXON, LLP C/O JONATHAN W. YOUNG, MARY OLSON 225 WEST WACKER DRIVE CHICAGO, IL  60606 | 5408 9/30/09 09-10152 Nortel Networks Cable Solutions Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC. WILDMAN HARROLD ALLEN & DIXON, LLP C/O JONATHAN W. YOUNG, MARY OLSON 225 WEST WACKER DRIVE CHICAGO, IL  60606 | 5409 9/30/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC. WILDMAN HARROLD ALLEN & DIXON, LLP C/O JONATHAN W. YOUNG, MARY OLSON 225 WEST WACKER DRIVE CHICAGO, IL  60606 | 5410 9/30/09 09-10139 Nortel Networks Capital Corporation | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| MOTOROLA, INC. (2) WILDMAN HARROLD ALLEN & DIXON, LLP C/O JONATHAN W. YOUNG, MARY OLSON 225 WEST WACKER DRIVE CHICAGO, IL  60606 | 6710 1/14/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| QWEST COMMUNICATION COMPANY, LLC C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ REED SMITH LLP 1201 N. MARKET ST., SUITE 1500 WILMINGTON, DE  19801 | 4789 9/29/09 09-10138 Nortel Networks Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |

# Exhibit A

## No Liability Claims

### Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL, INC.<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON,, DE  19801 | 4791<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| QWEST CORPORATION<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESQ.<br>REED SMITH LLP<br>1201 N. MARKET ST. SUITE 1500<br>WILMINGTON, DE  19801 | 4788<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| QWEST GOVERNMENT SERVICES, INC.<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON,, DE  19801 | 4792<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| QWEST SERVICES CORPORATION<br>C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE  19801 | 4790<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is redundant of another No Liability Claim filed by the claimant or its affiliate asserting the same purported liability. |
| RFMW LTD<br>90 GREAT OAKS BLVD<br>SUITE 107<br>SAN JOSE, CA  95119-1314 | 2311<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,333.36 (U)<br>$1,333.36 (T) | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim, and claimant could not provide further support when contacted by Debtors. |

# Exhibit A

## No Liability Claims

### Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| YANKEE GROUP RESEARCH, INC.<br>1 LIBERTY SQ STE 7<br>BOSTON, MA  21094868 | 1186<br>5/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,300.00 (U)<br>$42,300.00 (T) | Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim, as claimant has not provided proper support for the invoice to a 3rd party billing service responsible for payment of such amounts. |
| Totals:                              27  Claims | | - (S)<br>- (A)<br>$2,400.00 (P)<br>$45,268.96 (U)<br>$47,668.96 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.