# EXHIBIT B

**Reduce and Allow Claims**

# Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON  L4K 4N9<br>CANADA | 2401<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,544.60 (U)<br>$2,544.60 (T) | - (S)<br>- (A)<br>- (P)<br>$2,370.99 (U)<br>$2,370.99 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $173.61 in interest charges as valid liabilities of any Debtor in these chapter 11 cases, as Debtors are not liable for interest accrued post-petition. |
| ACCULOGIC INC<br>175 RIVIERA DR<br>MARKHAM, ON  L3R 5J6<br>CANADA | 2394<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$18,487.68 (U)<br>$18,487.68 (T) | - (S)<br>- (A)<br>- (P)<br>$998.68 (U)<br>$998.68 (T) | Partially Satisfied Claim. Claim should be modified to remove $17,489.00 in invoices that have already been paid on 12/1/08, check #210622. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 5601<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$133,392.00 (U)<br>$133,392.00 (T) | - (S)<br>- (A)<br>- (P)<br>$100,632.00 (U)<br>$100,632.00 (T) | Partial Redundant Invoice Claim.  Claim is redundant of claim #5602 for the same invoices filed by the claimant. Based on careful review of the Debtors' Books and Records, the Debtors believe $100,632.00 to be properly allocable to this claim, which asserts a general unsecured priority. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 5602<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$133,392.00 (A)<br>- (P)<br>- (U)<br>$133,392.00 (T) | - (S)<br>$32,760.00 (A)<br>- (P)<br>- (U)<br>$32,760.00 (T) | Partial Redundant Invoice Claim.  Claim is redundant of claim #5601 for the same invoices filed by the claimant. Based on careful review of the Debtors' Books and Records, the Debtors believe $32,760.00 to be properly allocable to this claim, which asserts 503(b)(9) administrative priority. |
| CHRYSALIS SOFTWARE, INC<br>126 CLOCK TOWER PLACE STE 215<br>CARMEL, CA  93923 | 1011<br>4/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$14,085.10 (U)<br>$14,085.10 (T) | - (S)<br>- (A)<br>- (P)<br>$12,892.50 (U)<br>$12,892.50 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $1,192.60 as valid liabilities of any Debtor in these chapter 11 cases, as claimant has overbilled the purchase order by that amount. |
| INGATE SYSTEMS INC<br>7 FARLEY ROAD<br>HOLLIS, NH  03049-5916 | 1871<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,514.00 (U)<br>$20,514.00 (T) | - (S)<br>- (A)<br>- (P)<br>$17,904.00 (U)<br>$17,904.00 (T) | Partially Satisfied Claim. Claim should be modified to remove $2,610.00 in invoices that have already been paid on 12/16/08, payment #6000011610. |
| INROADS, INC<br>ATTN: JILL HATCH<br>10 SOUTH BROADWAY SUITE 300<br>SAINT LOUIS, MO  63102 | 1010<br>4/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$125,100.00 (U)<br>$125,100.00 (T) | - (S)<br>- (A)<br>- (P)<br>$75,200.00 (U)<br>$75,200.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $49,900.00 on invoice #CB-09-900 as valid liabilities of any Debtor in these chapter 11 cases, and the claimant failed to provide additional documentation to support such liability when contacted by the Debtors. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| NEMERTES RESEARCH<br>19225 BLACKHAWK PARKWAY<br>MOKENA, IL 60448 | 6741<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,200.73 (U)<br>$1,200.73 (T) | - (S)<br>- (A)<br>- (P)<br>$850.73 (U)<br>$850.73 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $350.00 for which no support is provided by claimant as valid liabilities of any Debtor in these chapter 11 cases. |
| NEWCOMM 2000<br>SABANA SECA<br>PR 00952<br>PUERTO RICO, PR 00952-1314 | 6543<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$21,879.50 (U)<br>$21,879.50 (T) | - (S)<br>- (A)<br>- (P)<br>$12,864.50 (U)<br>$12,864.50 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $9,015.00 on invoice #IN002152 as valid liabilities of any Debtor in these chapter 11 cases, and claimant did not respond to a request for further support. |
| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | 492<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,577.14 (U)<br>$40,577.14 (T) | - (S)<br>- (A)<br>- (P)<br>$37,703.73 (U)<br>$37,703.73 (T) | Partial Redundant Invoice Claim. Claim asserts a face value of $40,577.14, but the supporting documentation provided by claimant provides a sum of only $37,703.73. Claim is overstated by $2,873.41, which amount is accounted for in claimant's previously-allowed claim #1847. |
| **Totals:** | 10 Claims | - (S)<br>$133,392.00 (A)<br>- (P)<br>$377,780.75 (U)<br>$511,172.75 (T) | - (S)<br>$32,760.00 (A)<br>- (P)<br>$261,417.13 (U)<br>$294,177.13 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed