# EXHIBIT C

**Redundant Claims**

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| AASTRA TELECOM INC<br>155 SNOW BLVD<br>CONCORD, ON  L4K 4N9<br>CANADA | 2400<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,544.60 (U)<br>$2,544.60 (T) | AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON  L4K 4N9<br>CANADA | 2401<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,544.60 (U)<br>$2,544.60 (T) | Claim is redundant of claim 2401 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AASTRA TELECOM INC<br>155 SNOW BOULEVARD<br>CONCORD, ON  L4K 4N9<br>CANADA | 2402<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,523.26 (U)<br>$2,523.26 (T) | AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON  L4K 4N9<br>CANADA | 2401<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,544.60 (U)<br>$2,544.60 (T) | The liabilities asserted in claim 2402, and the documentation attached thereto in support of such liabilities, are fully contained within claim 2401, also filed by the claimant or an affiliate of the claimant. |
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON  L4K 4N9<br>CANADA | 2403<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,523.26 (U)<br>$2,523.26 (T) | AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON  L4K 4N9<br>CANADA | 2401<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,544.60 (U)<br>$2,544.60 (T) | The liabilities asserted in claim 2403, and the documentation attached thereto in support of such liabilities, are fully contained within claim 2401, also filed by the claimant or an affiliate of the claimant. |
| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON  L3R 5J6<br>CANADA | 2393<br>9/1/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$39,986.00 (U)<br>$39,986.00 (T) | ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON  L3R 5J6<br>CANADA | 657<br>3/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$79,047.18 (U)<br>$79,047.18 (T) | The liabilities asserted in claim 2393, and the documentation attached thereto in support of such liabilities, are fully contained within claim 657, also filed by the claimant or an affiliate of the claimant. |
| AMREP<br>AMREP VENDOR INSPECTION SERVICE PTE LTD<br>10031 PINES BOULEVARD<br>PEMBROKE PINES, FL  33024 | 6198<br>12/7/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,260.00 (U)<br>$3,260.00 (T) | AMREP VENDOR INSPECTION SERVICE PTE<br>10031 PINES BOULEVARD, SUITE 213<br>PEMBROKE PINES, FL  33024 | 6197<br>12/7/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,260.00 (U)<br>$3,260.00 (T) | Claim is redundant of claim 6197 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| ANDREW CORPORATION<br>TY E. SHAFFER, ESQ.<br>ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 4848<br>9/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$2,250.00 (A)<br>- (P)<br>$810.00 (U)<br>$3,060.00 (T) | ANDREW LLC<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6129<br>11/16/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$2,250.00 (A)<br>- (P)<br>$810.00 (U)<br>$3,060.00 (T) | Claim is redundant of claim 6129 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ANDREW CORPORATION<br>TY E. SHAFFER, ESQ.<br>ROBINSON, BRADSHAW, & HINSON, PA<br>101 N. TRYON ST., SUITE 1900<br>CHARLOTTE, NC 28246 | 4849<br>9/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$2,250.00 (A)<br>- (P)<br>- (U)<br>$2,250.00 (T) | ANDREW LLC<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6129<br>11/16/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$2,250.00 (A)<br>- (P)<br>$810.00 (U)<br>$3,060.00 (T) | Claim is redundant of claim 6129 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ANDREW LLC<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 N. TRYON ST., SUITE 1900<br>CHARLOTTE, NC 28246 | 6130<br>11/16/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>$2,250.00 (A)<br>- (P)<br>- (U)<br>$2,250.00 (T) | ANDREW LLC<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6129<br>11/16/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$2,250.00 (A)<br>- (P)<br>$810.00 (U)<br>$3,060.00 (T) | Claim is redundant of claim 6129 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ANDREW TELECOM LLC<br>TY E. SHAFFER, ESQ.<br>ROBINSON, BRADSHW, HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 4850<br>9/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,130.00 (A)<br>- (P)<br>$2,218.00 (U)<br>$3,348.00 (T) | ANDREW TELECOMMUNICATIONS PRODUCTS<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6126<br>11/16/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,130.00 (A)<br>- (P)<br>$2,218.00 (U)<br>$3,348.00 (T) | Claim is redundant of claim 6126 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ANDREW TELECOM LLC<br>TY E. SHAFFER, ESQ.<br>ROBINSON, BRADSHW, HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 4851<br>9/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,130.00 (A)<br>- (P)<br>- (U)<br>$1,130.00 (T) | ANDREW TELECOMMUNICATIONS PRODUCTS<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6126<br>11/16/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,130.00 (A)<br>- (P)<br>$2,218.00 (U)<br>$3,348.00 (T) | Claim is redundant of claim 6126 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| ANDREW TELECOMMUNICATIONS PRODUCTS<br>TY. E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 N. TRYON ST., SUITE 1900<br>CHARLOTTE, NC 28246 | 6127<br>11/16/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>$1,130.00 (A)<br>- (P)<br>- (U)<br>$1,130.00 (T) | ANDREW TELECOMMUNICATIONS PRODUCTS<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6126<br>11/16/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,130.00 (A)<br>- (P)<br>$2,218.00 (U)<br>$3,348.00 (T) | Claim is redundant of claim 6126 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 968<br>4/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$81,180.00 (U)<br>$81,180.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 1009<br>4/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$85,500.00 (U)<br>$85,500.00 (T) | The liabilities asserted in claim 968, and the documentation attached thereto in support of such liabilities, are fully contained within claim 1009, also filed by the claimant or an affiliate of the claimant. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 2199<br>8/26/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$32,266.74 (U)<br>$32,266.74 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 561<br>3/12/09<br>09-10138<br>Nortel Networks Inc. | $32,266.74 (S)<br>- (A)<br>- (P)<br>- (U)<br>$32,266.74 (T) | Claim is redundant of claim 561 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA 29590<br>SPAIN | 3074<br>9/17/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$33,631.50 (U)<br>$33,631.50 (T) | AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA 29590<br>SPAIN | 3075<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$33,631.50 (A)<br>- (P)<br>- (U)<br>$33,631.50 (T) | Claim is redundant of claim 3075 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG | 1112<br>5/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,454.30 (U)<br>$1,454.30 (T) | CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD<br>WANCHAI<br>HONG KONG<br>CHINA | 2623<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,400.30 (U)<br>$36,400.30 (T) | The liabilities asserted in claim 1112, and the documentation attached thereto in support of such liabilities, are fully contained within claim 2623, also filed by the claimant or an affiliate of the claimant. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: SAFETY CERTIFIED INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | 2020<br>8/24/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,187.50 (U)<br>$3,187.50 (T) | CLAIMS RECOVERY GROUP, LLC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | 6381<br>12/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,187.50 (U)<br>$3,187.50 (T) | Claim is redundant of claim 6381 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| CONLEY ROSE PC<br>600 TRAVIS<br>HOUSTON, TX 77002 | 6912<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$43,626.00 (U)<br>$43,626.00 (T) | CONLEY ROSE, P.C.<br>ATTN: RODNEY B. CARROLL<br>5601 GRANITE PARKWAY, SUITE 750<br>PLANO, TX 75024 | 1571<br>7/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$43,626.00 (U)<br>$43,626.00 (T) | Claim is redundant of claim 1571 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | 630<br>2/17/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>$112,557.86 (A)<br>- (P)<br>- (U)<br>$112,557.86 (T) | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW, LLC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | 5904<br>10/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$80,171.60 (A)<br>- (P)<br>- (U)<br>$80,171.60 (T) | The Corresponding Remaining Claim 5904 reflects an intervening amendment by the claimant to the amount claimed against the Debtor with regard to the same underlying liability. |
| HARTE-HANKS, INC ET AL<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A. KUHNS, ESQ<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | 5336.01<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$13,200.46 (U)<br>$13,200.46 (T) | HARTE-HANKS, INC. AND ITS AFFILIATED COMPANIES., C/O SAUL EWING LLP ATTENTION: JOYCE A. KUHNS, ESQUIRE<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | 6947<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$39,270.76 (U)<br>$39,270.76 (T) | Claim is redundant of claim 6947 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| HARTE-HANKS, INC ET AL<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A. KUHNS, ESQ<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | 5336.02<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$22,928.23 (U)<br>$22,928.23 (T) | HARTE-HANKS, INC. AND ITS AFFILIATED COMPANIES., C/O SAUL EWING LLP ATTENTION: JOYCE A. KUHNS, ESQUIRE<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | 6947<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$39,270.76 (U)<br>$39,270.76 (T) | Claim is redundant of claim 6947 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| INGATE SYSTEMS, INC<br>7 FARLEY ROAD<br>HOLLIS, NH 03049 | 65<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,064.00 (U)<br>$19,064.00 (T) | INGATE SYSTEMS INC<br>7 FARLEY ROAD<br>HOLLIS, NH 03049-5916 | 1871<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,514.00 (U)<br>$20,514.00 (T) | The liabilities asserted in claim 65, and the documentation attached thereto in support of such liabilities, are fully contained within claim 1871, also filed by the claimant or an affiliate of the claimant. |
| ITOH INTERNATIONAL PATENT OFFICE<br>TADAHIKO ITOH<br>32ND FL. YGPTOWER, 20-3<br>EBISU, 4-CHOME<br>SHIBUYA-KU<br>TOKYO 150-6032<br>JAPAN | 1365<br>6/15/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$4,743.41 (U)<br>$4,743.41 (T) | ITOH INTERNATIONAL PATENT OFFICE<br>32ND FL YEBISU GARDEN PL TOWER<br>20-3 EBISU 4-CHOME, SHIBUYA-KU<br>TOKYO 150-6032<br>JAPAN | 2678<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,743.41 (U)<br>$4,743.41 (T) | Claim is redundant of claim 2678 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MOLEX INC<br>ATTN: MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL 60532 | 1766<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,967.84 (A)<br>- (P)<br>- (U)<br>$11,967.84 (T) | MOLEX<br>ATTN : MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL 60532 | 5465<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,967.84 (A)<br>- (P)<br>$1,600.00 (U)<br>$13,567.84 (T) | The liabilities asserted in claim 1766, and the documentation attached thereto in support of such liabilities, are fully contained within claim 5465, also filed by the claimant or an affiliate of the claimant. |
| NEMERTES RESEARCH<br>19225 BLACKHAWK PARKWAY<br>MOKENA, IL 60448 | 61<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,200.73 (U)<br>$1,200.73 (T) | NEMERTES RESEARCH<br>19225 BLACKHAWK PARKWAY<br>MOKENA, IL 60448 | 6741<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,200.73 (U)<br>$1,200.73 (T) | Claim is redundant of claim 6741 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| NEW HORIZONS<br>NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645 | 3479<br>9/23/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$78,212.82 (U)<br>$78,212.82 (T) | NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645-6739 | 3481<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$78,212.82 (U)<br>$78,212.82 (T) | Claim is redundant of claim 3481 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| NEW HORIZONS TELECOM INC<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK  99645-6739 | 3478<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$78,212.82 (U)<br>$78,212.82 (T) | NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK  99645-6739 | 3481<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$78,212.82 (U)<br>$78,212.82 (T) | Claim is redundant of claim 3481 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| NEW HORIZONS TELECOM INC<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK  99645-6739 | 3480<br>9/23/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$78,212.82 (U)<br>$78,212.82 (T) | NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK  99645-6739 | 3481<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$78,212.82 (U)<br>$78,212.82 (T) | Claim is redundant of claim 3481 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| NORTH STATE COMMUNICATIONS<br>111 N MAIN ST, PO BOX 2326<br>HIGH POINT, NC  27261-2326 | 1758<br>8/17/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$23.64 (U)<br>$23.64 (T) | NORTH STATE COMMUNICATIONS<br>GINNY WALTER<br>LINWOOD FOSTER<br>111 N MAIN ST<br>HIGH POINT, NC  27261-2326 | 6465<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$23.64 (U)<br>$23.64 (T) | Claim is redundant of claim 6465 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| REEDSMITH LLP<br>PO BOX 360074M<br>PITTSBURGH, PA  15251-6074 | 5916<br>10/7/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,060.10 (U)<br>$2,060.10 (T) | REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA  152222716 | 370<br>2/23/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,060.10 (U)<br>$2,060.10 (T) | Claim is redundant of claim 370 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| REEDSMITH LLP<br>PO BOX 360074M<br>PITTSBURGH, PA  15251-6074 | 7103<br>2/8/10<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,060.10 (U)<br>$2,060.10 (T) | REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA  152222716 | 370<br>2/23/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,060.10 (U)<br>$2,060.10 (T) | Claim is redundant of claim 370 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>NAC UNI EDIF MANSION BLANCA P5<br>QUITO<br>ECUADOR | 5842<br>10/2/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$6,720.00 (P)<br>- (U)<br>$6,720.00 (T) | TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO<br>ECUADOR | 6829<br>1/21/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,720.00 (A)<br>- (P)<br>- (U)<br>$6,720.00 (T) | Claim is redundant of claim 6829 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL<br>SALVADOR 1082 NACIONES<br>UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO<br>ECUADOR | 5843<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,720.00 (A)<br>- (P)<br>- (U)<br>$6,720.00 (T) | TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO<br>ECUADOR | 6829<br>1/21/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,720.00 (A)<br>- (P)<br>- (U)<br>$6,720.00 (T) | Claim is redundant of claim 6829 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL<br>SALVADOR 108<br>QUITO<br>ECUADOR | 6828<br>1/21/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,720.00 (P)<br>- (U)<br>$6,720.00 (T) | TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO<br>ECUADOR | 6829<br>1/21/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,720.00 (A)<br>- (P)<br>- (U)<br>$6,720.00 (T) | Claim is redundant of claim 6829 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 4853<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,893.05 (U)<br>$24,893.05 (T) | UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 6128<br>11/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,893.05 (U)<br>$24,893.05 (T) | Claim is redundant of claim 6128 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 4854<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$648,684.56 (U)<br>$648,684.56 (T) | UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 6125<br>11/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$648,684.56 (U)<br>$648,684.56 (T) | Claim is redundant of claim 6125 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| Totals: | 35 Claims | - (S)<br>$141,385.70 (A)<br>$13,440.00 (P)<br>$1,222,707.90 (U)<br>$1,377,533.60 (T) | | | $32,266.74 (S)<br>$156,070.94 (A)<br>- (P)<br>$1,286,698.35 (U)<br>$1,475,036.03 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed