# EXHIBIT D

## Wrong Debtor Claims

# Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| ASM CAPITAL III, L.P. TRANSFEROR: TELCORDIA TECHNOLOGIES, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 764 3/30/09 NO DEBTOR | - (S) - (A) - (P) $514,154.45 (U) $514,154.45 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $514,154.45 (U) $514,154.45 (T) |
| ASM CAPITAL III, L.P. TRANSFEROR: TELCORDIA TECHNOLOGIES, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 950 4/15/09 NO DEBTOR | - (S) - (A) - (P) $65,525.00 (U) $65,525.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $65,525.00 (U) $65,525.00 (T) |
| CHUCK DRAKE OF PWCS EDU 8217 SUNSET DRIVE MANASSAS, VA 20110-3813 | 6941 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $500.00 (U) $500.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $500.00 (U) $500.00 (T) |
| CIT TECHNOLOGY FINANCING SERVICES, INC. WELTMAN, WEINBERG & REIS, CO. 175 S. THIRD ST., SUITE 900 COLUMBUS, OH 43215 | 107 2/9/09 09-10140 Nortel Altsystems, Inc. | - (S) - (A) - (P) $799,270.29 (U) $799,270.29 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $799,270.29 (U) $799,270.29 (T) |
| COMMFUSION LLC BLAIR PLEASANT 1510 MISTY CLOUD PLACE SANTA ROSA, CA 95409 | 454 3/3/09 NO DEBTOR | - (S) - (A) - (P) $2,995.00 (U) $2,995.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,995.00 (U) $2,995.00 (T) |
| ESQUADRA PUBLICITARIA AV BOLIVAR NO 353, SUITE 2-K EDIF. PROFESIONAL ELAM'S II, GAZCUE SANTO DOMINGO DOMINICAN REPUBLIC | 2317 8/28/09 NO DEBTOR | - (S) - (A) - (P) $7,817.67 (U) $7,817.67 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $7,817.67 (U) $7,817.67 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| ESQUADRA PUBLICITARIA AV BOLIVAR NO 353, SUITE 2-K EDIF. PROFESIONAL ELAM'S II, GAZCUE SANTO DOMINGO DOMINICAN REPUBLIC | 2318 8/28/09 NO DEBTOR | - (S) - (A) - (P) $7,450.64 (U) $7,450.64 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $7,450.64 (U) $7,450.64 (T) |
| ESQUADRA PUBLICITARIA AV BOLIVAR NO 353, SUITE 2-K EDIF. PROFESSIONAL ELAM'S II, GAZCUE SANTO DOMINGO DOMINICAN REPUBLIC | 4017 9/28/09 NO DEBTOR | - (S) - (A) - (P) $4,732.80 (U) $4,732.80 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $4,732.80 (U) $4,732.80 (T) |
| HARTE-HANKS, INC. AND ITS AFFILIATED COMPANIES., C/O SAUL EWING LLP ATTENTION: JOYCE A. KUHNS, ESQUIRE 500 E. PRATT STREET BALTIMORE, MD 21202 | 6947 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $39,270.76 (U) $39,270.76 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,270.76 (U) $39,270.76 (T) |
| INROADS, INC ATTN: JILL HATCH 10 SOUTH BROADWAY SUITE 300 SAINT LOUIS, MO 63102 | 1010 4/24/09 NO DEBTOR | - (S) - (A) - (P) $125,100.00 (U) $125,100.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $75,200.00 (U) $75,200.00 (T) |
| NUANCE COMMUNICATIONS, INC TIM STEVENSON ONE WAYSIDE RD BURLINGTON, MA 01803-4609 | 3266 9/21/09 NO DEBTOR | - (S) - (A) - (P) $961,637.94 (U) $961,637.94 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $961,637.94 (U) $961,637.94 (T) |
| PDX, INC 101 JIM WRIGHT FREEWAY SUITE 200 FORT WORTH, TX 76108-2253 | 2598 9/3/09 NO DEBTOR | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| RAND TECHNOLOGY INC 15225 ALTON PARKWAY, SUITE 100 IRVINE, CA 92618-2351 | 3559 9/24/09 NO DEBTOR | - (S) - (A) - (P) $38,591.00 (U) $38,591.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $38,591.00 (U) $38,591.00 (T) |
| SINGER, DONNA 218 FAIRFIELD DRIVE EAST HOLBROOK, NY 11741 | 6078 10/30/09 NO DEBTOR | - (S) - (A) $616.00 (P) - (U) $616.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) $616.00 (P) - (U) $616.00 (T) |
| TMFECUADOR CIA. LTDA. REPUBLICA DEL SALVADOR 1082 NACIONES UNIDAS EDIF. MANSION BLANCA P5 QUITO ECUADOR | 6829* 1/21/10 09-10138 Nortel Networks Inc. | - (S) $6,720.00 (A) - (P) - (U) $6,720.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $6,720.00 (U) $6,720.00 (T) |
| VANDYKE SOFTWARE 4848 TRAMWAY RIDGE DR. NE, SUITE 101 ALBUQUERQUE, NM 87111 | 2674 9/8/09 NO DEBTOR | - (S) - (A) - (P) $190.00 (U) $190.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $190.00 (U) $190.00 (T) |
| VANDYKE SOFTWARE 4848 TRAMWAY RIDGE DR. NE, SUITE 101 ALBUQUERQUE, NM 87111 | 2676 9/8/09 NO DEBTOR | - (S) - (A) - (P) $1,245.00 (U) $1,245.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,245.00 (U) $1,245.00 (T) |
| WESBELL ASSET RECOVERY CENTER WESBELL GROUP OF COMPANIES INC 2365 MATHESON BLVD EAST MISSISSAUGA, ON L4W 5C2 CANADA | 5535 9/30/09 NO DEBTOR | - (S) - (A) - (P) $441,841.30 (U) $441,841.30 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $441,841.30 (U) $441,841.30 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| Totals: | 18  Claims | - (S) | | | - (S) |
| | | $6,720.00 (A) | | | - (A) |
| | | $616.00 (P) | | | $616.00 (P) |
| (S) - Secured | | $3,020,321.85 (U) | | | $2,977,141.85 (U) |
| (A) - Administrative | | $3,027,657.85 (T) | | | $2,977,757.85 (T) |
| (P) - Priority | | | | | |
| (U) - Unsecured | | | | | |
| (T) - Total Claimed | | | | | |

\*  This claim is also subject to the Debtors' Seventeenth Omnibus Claims Objection, filed concurrently with this Objection.