# EXHIBIT E

## No-Basis 503(b)(9) Claims

## Exhibit E

### No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed |
| ACCULOGIC INC<br>175 RIVIERA DR<br>MARKHAM, ON  L3R 5J6<br>CANADA | 2873<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$39,986.00 (A)<br>- (P)<br>- (U)<br>$39,986.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 657 filed by the claimant asserting the same liability. | 657<br>3/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$79,047.18 (U)<br>$79,047.18 (T) |
| ACCULOGIC INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON  L3R 5J6<br>CANADA | 2395<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$18,487.68 (A)<br>- (P)<br>- (U)<br>$18,487.68 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2394 filed by the claimant asserting the same liability. | 2394<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$18,487.68 (U)<br>$18,487.68 (T) |
| AMREP VENDOR INSPECTION SERVICE PTE LTD.<br>10031 PINES BOULEVARD<br>STE. 213<br>PEMBROKE PINES, FL  33024 | 6199<br>12/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,260.00 (A)<br>- (P)<br>- (U)<br>$3,260.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6197 filed by the claimant asserting the same liability. | 6197<br>12/7/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,260.00 (U)<br>$3,260.00 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 2198<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$32,266.74 (A)<br>- (P)<br>- (U)<br>$32,266.74 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 561 filed by the claimant asserting the same liability. | 561<br>3/12/09<br>09-10138<br>Nortel Networks Inc. | $32,266.74 (S)<br>- (A)<br>- (P)<br>- (U)<br>$32,266.74 (T) |
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA  95409 | 2592<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2591 filed by the claimant asserting the same liability. | 2591<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA  95409 | 2594<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$2,995.00 (A)<br>- (P)<br>- (U)<br>$2,995.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 454 filed by the claimant asserting the same liability. | 454<br>3/3/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,995.00 (U)<br>$2,995.00 (T) |
| CHINA PATENT AGENT H K LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG<br>CHINA | 2624<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$36,400.30 (A)<br>- (P)<br>- (U)<br>$36,400.30 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2623 filed by the claimant asserting the same liability. | 2623<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,400.30 (U)<br>$36,400.30 (T) |

# Exhibit E

## No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed |
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON  L5T 2Y9<br>CANADA | 4387<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,602.22 (A)<br>- (P)<br>- (U)<br>$3,602.22 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4346 filed by the claimant asserting the same liability. | 4346<br>9/28/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,602.22 (U)<br>$3,602.22 (T) |
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON  L5T 2Y9<br>CANADA | 4388<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,339.84 (A)<br>- (P)<br>- (U)<br>$1,339.84 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4347 filed by the claimant asserting the same liability. | 4347<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,339.84 (U)<br>$1,339.84 (T) |
| HARTE-HANKS MARKET INTELLIGENCE INC<br>9980 HUENNEKENS STREET<br>SUITE 100<br>SAN DIEGO, CA  92121 | 1768<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$37,000.00 (A)<br>- (P)<br>- (U)<br>$37,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1769 filed by the claimant asserting the same liability. | 1769<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,000.00 (U)<br>$37,000.00 (T) |
| INGATE SYSTEMS INC.<br>7 FARLEY ROAD<br>HOLLIS, NH  03049-5916 | 1872<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$20,514.00 (A)<br>- (P)<br>- (U)<br>$20,514.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1871 filed by the claimant asserting the same liability. | 1871<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,514.00 (U)<br>$20,514.00 (T) |
| ITOH INTERNATIONAL PATENT OFFICE<br>32ND FL. YEBISU GARDEN PLACE TOWER<br>20-3 EBISU, 4-CHOME<br>SHIBUYA-KU<br>TOKYO  150-6032<br>JAPAN | 2679<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,743.41 (A)<br>- (P)<br>- (U)<br>$4,743.41 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2678 filed by the claimant asserting the same liability. | 2678<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,743.41 (U)<br>$4,743.41 (T) |
| NEMERTES RESEARCH<br>19225 BLACKHAWK PARKWAY<br>MOKENA, IL  60448 | 6740<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,200.73 (A)<br>- (P)<br>- (U)<br>$1,200.73 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6741 filed by the claimant asserting the same liability. | 6741<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,200.73 (U)<br>$1,200.73 (T) |
| NEW HORIZONS<br>5400 S. MIAMI BLVD<br>SUITE 140<br>DURHAM, NC  27703-8465 | 1909<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,254.14 (A)<br>- (P)<br>- (U)<br>$3,254.14 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1910 filed by the claimant asserting the same liability. | 1910<br>8/20/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,254.14 (U)<br>$3,254.14 (T) |

# Exhibit E

## No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
| PDX, INC<br>101 JIM WRIGHT FREEWAY<br>SUITE 200<br>FORT WORTH, TX  76108-2253 | 2599<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2598 filed by the claimant asserting the same liability. | 2598<br>9/3/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| PDX, INC.<br>101 JIM WRIGHT FREEWAY,<br>SUITE 200<br>FORT WORTH, TX  76108-2253 | 6575<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2598 filed by the claimant asserting the same liability. | 2598<br>9/3/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| SASKEN COMMUNICATION TECHNOLOGIES LTD<br>139/25 DOMLUR RING ROAD<br>BANGALORE 560071<br>INDIA | 2874<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$27,339.00 (A)<br>- (P)<br>- (U)<br>$27,339.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2793 filed by the claimant asserting the same liability. | 2793<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$27,339.00 (U)<br>$27,339.00 (T) |
| SEDIN S.A.<br>PO BOX 6211<br>GENEVA 6  CH-1211<br>SWITZERLAND | 6570<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$829.04 (A)<br>- (P)<br>- (U)<br>$829.04 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6569 filed by the claimant asserting the same liability. | 6569<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$829.04 (U)<br>$829.04 (T) |
| SEDIN, S.A.<br>PO BOX 6211<br>GENEVA 6, CH  1211<br>SWITZERLAND | 2409<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$710.69 (A)<br>- (P)<br>- (U)<br>$710.69 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2408 filed by the claimant asserting the same liability. | 2408<br>9/1/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$710.69 (U)<br>$710.69 (T) |
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE<br>#101<br>ALBUQUERQUE, NM  87111 | 2675<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,245.00 (A)<br>- (P)<br>- (U)<br>$1,245.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2676 filed by the claimant asserting the same liability. | 2676<br>9/8/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,245.00 (U)<br>$1,245.00 (T) |

## Exhibit E

### No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed |
| Totals: | 20  Claims | - (S)<br>$265,173.79 (A)<br>- (P)<br>- (U)<br>$265,173.79 (T) | | | $32,266.74 (S)<br>- (A)<br>- (P)<br>$271,968.23 (U)<br>$304,234.97 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed