# EXHIBIT A

## Reclassify Claims

# Exhibit A

## Reclassify Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Asserted Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| ASM CAPITAL AS PURCHASER OF DAITO PRECISION, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 3836<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | $27,750.00 | Administrative / 503(b)(9) | Unsecured | None of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $27,750 from administrative priority to general unsecured status. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 561<br>3/12/09<br>09-10138<br>Nortel Networks Inc. | $32,266.74 | Secured / 506 | Unsecured | Claimant checked the "Other" box on the proof of claim form indicating a security interest, but provided no support for such assertion. The Debtors do not recognize any right to secured status in their Books and Records. Accordingly, the claim should be reclassified to general unsecured status. |
| CATER TIME VENDING & DISTRIBUTING, INC.<br>430 E US HWY 69<br>CLAYCOMO, MO 64119 | 1952<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | $620.75 | Administrative / 503(b)(9) | $33.14 Administrative / 503(b)(9);<br>$587.61 Unsecured | Only $33.14 of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $587.61 from administrative priority to general unsecured status. |
| DIGI-KEY CORPORATION<br>PO BOX 677<br>THIEF RIVER FALLS, MN 56701 | 2377<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | $703.52 | Administrative / 503(b)(9) | Unsecured | None of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $703.52 from administrative priority to general unsecured status. |
| FRY'S ELECTRONICS, INC.<br>ATTN: LEGAL DEPT<br>600 EAST BROKAW ROAD<br>SAN JOSE, CA 95112 | 2880<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | $3,887.96 | Administrative / 503(b)(9) | $2,181.52 Administrative / 503(b)(9);<br>$1,706.44 Unsecured | Only $2,181.52 of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $1,706.44 from administrative priority to general unsecured status. |
| GRANDMONT CONSULTING INC<br>1350 ERINDALE CRESCENT<br>LONDON, ON N5X 1V9<br>CANADA | 4139<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | $10,320.00 | $8,000.00 Wages / 507(a)(4);<br>$2,320.00 Unsecured | Unsecured | None of the claimed amount satisfies the criteria of section 507(a)(4), as the claimant is not an individual employee. Reclassify $8,000 from 507(a)(4) priority to general unsecured status. |
| GRANDMONT CONSULTING INC<br>1350 ERINDALE CRESCENT<br>LONDON, ON N5X 1V9<br>CANADA | 4140<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | $14,620.00 | $10,000.00 Wages / 507(a)(4);<br>$4,620.00 Unsecured | Unsecured | None of the claimed amount satisfies the criteria of section 507(a)(4), as the claimant is not an individual employee. Reclassify $10,000 from 507(a)(4) priority to general unsecured status. |
| MARKETSOURCE, INC.<br>STEPHEN K DEXTER<br>LATHROP & GAGE LLP<br>370 17TH STREET SUITE 4650<br>DENVER, CO 80202-5607 | 5443<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | $1,966,984.39 | $731,016.23 Wages / 507(a)(4);<br>$1,235,968.16 Unsecured | Unsecured | None of the claimed amount satisfies the criteria of section 507(a)(4), as the claimant is not an individual employee. Reclassify $731,016.23 from 507(a)(4) priority to general unsecured status. |

# Exhibit A

## Reclassify Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Asserted Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO<br>ECUADOR | 6829*<br>1/21/10<br>09-10138<br>Nortel Networks Inc. | $6,720.00 | Administrative /<br>503(b)(9) | Unsecured | None of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $6,720.00 from administrative priority to general unsecured status. |
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE #101<br>ALBUQUERQUE, NM 87111 | 2673<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | $149.00 | Administrative /<br>503(b)(9) | Unsecured | None of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $149.00 from administrative priority to general unsecured status. |
| VIRTUAL CONSOLE, LLC<br>70-35 LOUBET ST.<br>FOREST HILLS, NY 11375 | 1773<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | $3,098.00 | Administrative /<br>503(b)(9) | $2,149.00 Administrative / 503(b)(9);<br>$949.00 Unsecured | Only $2,149 of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $949 from administrative priority to general unsecured status. |
| WI-FI ALLIANCE<br>3925 W BRAKER LANE<br>AUSTIN, TX 78759 | 2465<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | $575.34 | Administrative /<br>503(b)(9) | Unsecured | None of the claimed amount satisfies the criteria of section 503(b)(9). Reclassify $575.34 from administrative priority to general unsecured status. |
| **Totals:** | **12 Claims** | **$2,067,695.70** | | | |

\* This claim is also subject to the Debtors' Sixteenth Omnibus Claims Objection, filed concurrently with this Objection.