# EXHIBIT B

**Ray Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          : Chapter 11
:
Nortel Networks Inc., et al.,[1]                               : Case No. 09-10138 (KG)
:
                Debtors.                         : Jointly Administered
:
:
:
---------------------------------------------------------------X

### DECLARATION OF JOHN J. RAY, III IN SUPPORT OF DEBTORS' SEVENTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3001 AND 3007 AND DEL. L.R. 3007-1 (RECLASSIFY CLAIMS)

I, John J. Ray, III, hereby declare as follows:

### BACKGROUND

1.  I am the Principal Officer for the Debtors. I hereby make this declaration on behalf of the Debtors in support of the Debtors' Seventeenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3001 and 3007 and Del. L.R. 3007-1 (Reclassify Claims) (the "Objection").[2]

2.  I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs and Books and Records and am responsible for overseeing the review and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

analysis of all claims filed in the Debtors' chapter 11 cases. All facts set forth herein are based on my personal knowledge and on my review of the claims, the Books and Records and other relevant documents or information provided to me by the Debtors' employees and advisors. If I were called upon to testify, I could and would testify competently and accurately to each of the facts set forth herein.

## COMPLIANCE WITH LOCAL RULE 3007-1

3. I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, the Objection is in compliance therewith, as modified by the order of the Bankruptcy Court dated December 14, 2009 [D.I. 2125].

## BASES FOR OBJECTION

4. I, or one or more of the Debtors' employees or advisors operating under my supervision and/or at my direction, have reviewed each of the claims identified in Exhibit A to the Objection, the Claims Register and the facts and circumstances set forth in the Objection regarding such claim. Based upon this review, I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the claims identified in Exhibit A to the Objection should be reclassified as described in the Objection.

5. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

*[Signature page follows.]*

Executed on December 17, 2010

_____
John J. Ray, III
Principal Officer for the Debtors

*[Signature Page – Declaration of John J. Ray, III in Support of
Debtors' Seventeenth Omnibus Objection (Substantive)
to Certain Claims Pursuant to 11 U.S.C. § 502,
Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1
(Reclassify Claims)]*

3