# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

**CHILMARK PARTNERS, LLC**
November 1, 2010 - November 30, 2010

### Summary of Services Rendered by Project

| Project Code | Nature of Services | November 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 32.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | 11.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 8.0 |
| 6 | Committee Matters and Creditor Meetings | 9.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 507.0 |
| 15 | Travel | 36.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **603.0** |

### Summary of Services Rendered by Professional

| Name | November 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 194.0 |
| Michael Kennedy, Member | 202.0 |
| Aaron Taylor, Vice President | 207.0 |
| Michael Sabo, Associate | - |
| **TOTAL** | **603.0** |

**Nortel Networks, Inc**
November 1, 2010 - November 30, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | November 2010 Hours | Code |
|---|---|---|---|
| 11/1/2010 | Calls, meetings and analysis re mediation rebuttal | 12.0 | 14 |
| 11/2/2010 | Calls, meetings and analysis re mediation rebuttal | 11.0 | 14 |
| 11/3/2010 | Calls, meetings and analysis re mediation rebuttal | 14.0 | 14 |
| 11/4/2010 | Calls, meetings and analysis re mediation rebuttal | 8.0 | 14 |
| 11/5/2010 | Calls, meetings and analysis re prepare for mediation | 10.0 | 14 |
| 11/6/2010 | Calls, meetings and analysis re prepare for mediation | 5.0 | 14 |
| 11/7/2010 | Calls, meetings and analysis re prepare for mediation | 3.0 | 14 |
| 11/8/2010 | Travel to New York | 3.0 | 15 |
| 11/8/2010 | Calls, meetings and analysis re prepare for mediation | 5.0 | 14 |
| 11/9/2010 | Calls, meetings and analysis re prepare for mediation | 12.0 | 14 |
| 11/10/2010 | Calls, meetings and analysis re prepare for mediation | 16.0 | 14 |
| 11/11/2010 | Mediation | 14.0 | 14 |
| 11/12/2010 | Mediation | 14.0 | 14 |
| 11/13/2010 | Calls, meetings and analysis re prepare for mediation | 3.0 | 14 |
| 11/14/2010 | Mediation | 12.0 | 14 |
| 11/15/2010 | Mediation | 14.0 | 14 |
| 11/16/2010 | Mediation | 12.0 | 14 |
| 11/17/2010 | Return travel to Chicago | 4.0 | 15 |
| 11/18/2010 | Mediation follow-up | 3.0 | 14 |
| 11/19/2010 | Mediation follow-up | 2.0 | 14 |
| 11/22/2010 | Mediation follow-up | 3.0 | 14 |
| 11/29/2010 | Calls and meetings re case management and allocation | 5.0 | 3 |
| 11/30/2010 | Reveiew materials re case management and allocation | 4.0 | 3 |
| 11/30/2010 | Travel to NYC | 5.0 | 15 |

**November 2010 Total**     **194.0**

**Nortel Networks, Inc**
November 1, 2010 - November 30, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | November 2010 Hours | Code |
|---|---|---|---|
| 11/1/2010 | Conference calls with Cleary | 2.0 | 5 |
| 11/1/2010 | Review and prepare materials for mediation rebuttal | 11.0 | 14 |
| 11/2/2010 | Call w/ Cleary re: CVAS | 1.0 | 1 |
| 11/2/2010 | Review materials for mediation rebuttal | 12.0 | 14 |
| 11/3/2010 | Review materials for mediation rebuttal | 11.0 | 14 |
| 11/3/2010 | Call with UCC Advisors | 2.0 | 6 |
| 11/4/2010 | Prepare materials for mediation rebuttal | 12.0 | 14 |
| 11/5/2010 | Prepare materials for mediation rebuttal | 10.0 | 14 |
| 11/7/2010 | Review and prepare materials for mediation | 2.0 | 14 |
| 11/8/2010 | Review and prepare materials for mediation | 8.0 | 14 |
| 11/9/2010 | Travel to NY | 4.0 | 15 |
| 11/9/2010 | Meetings and preparation for mediation | 11.0 | 14 |
| 11/10/2010 | Meetings and preparation for mediation | 8.0 | 14 |
| 11/10/2010 | Meeting w/ UCC | 5.0 | 6 |
| 11/11/2010 | Mediation and related meetings | 10.0 | 14 |
| 11/12/2010 | Mediation and related meetings | 13.0 | 14 |
| 11/13/2010 | Meetings and preparation for mediation | 3.0 | 14 |
| 11/14/2010 | Mediation and related meetings | 12.0 | 14 |
| 11/15/2010 | Mediation and related meetings | 14.0 | 14 |
| 11/16/2010 | Mediation and related meetings | 12.0 | 14 |
| 11/16/2010 | Travel from NY | 4.0 | 15 |
| 11/17/2010 | Mediation follow-up - review of analysis | 3.0 | 14 |
| 11/18/2010 | Mediation follow-up - review of analysis | 5.0 | 14 |
| 11/19/2010 | Mediation follow-up - review of analysis | 3.0 | 14 |
| 11/20/2010 | Conference calls with Cleary | 2.0 | 5 |
| 11/22/2010 | Mediation follow-up | 2.0 | 14 |
| 11/23/2010 | Mediation follow-up | 2.0 | 14 |
| 11/27/2010 | Conference calls with Cleary | 2.0 | 5 |
| 11/29/2010 | Calls and meetings re allocation | 8.0 | 1 |
| 11/30/2010 | FA Monthly Call | 1.0 | 3 |
| 11/30/2010 | Review materials re allocation | 7.0 | 1 |

**November 2010 Total**  202.0

Nortel Networks, Inc
November 1, 2010 - November 30, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | November 2010 Hours | Code |
|---|---|---|---|
| 11/1/2010 | Conference calls with Cleary | 2.0 | 5 |
| 11/1/2010 | Review and prepare materials for mediation rebuttal | 11.0 | 14 |
| 11/2/2010 | Review and prepare materials for mediation rebuttal | 14.0 | 14 |
| 11/3/2010 | Review and prepare materials for mediation rebuttal | 11.0 | 14 |
| 11/3/2010 | Call with UCC Advisors | 2.0 | 6 |
| 11/4/2010 | Review and prepare materials for mediation rebuttal | 10.0 | 14 |
| 11/5/2010 | Review and prepare materials for mediation | 11.0 | 14 |
| 11/6/2010 | Review and prepare materials for mediation | 4.0 | 14 |
| 11/7/2010 | Review and prepare materials for mediation | 2.0 | 14 |
| 11/8/2010 | Review and prepare materials for mediation | 8.0 | 14 |
| 11/9/2010 | Travel to NY | 4.0 | 15 |
| 11/9/2010 | Meetings and preparation for mediation | 12.0 | 14 |
| 11/10/2010 | Meetings and preparation for mediation | 15.0 | 14 |
| 11/11/2010 | Mediation and related meetings | 15.0 | 14 |
| 11/12/2010 | Mediation and related meetings | 10.0 | 14 |
| 11/12/2010 | Travel from NY | 4.0 | 15 |
| 11/13/2010 | Review and prepare materials for mediation | 3.0 | 14 |
| 11/14/2010 | Mediation and related meetings | 2.0 | 14 |
| 11/14/2010 | Travel to NY | 4.0 | 15 |
| 11/15/2010 | Mediation and related meetings | 14.0 | 14 |
| 11/16/2010 | Mediation and related meetings | 10.0 | 14 |
| 11/16/2010 | Travel from NY | 4.0 | 15 |
| 11/17/2010 | Mediation follow-up | 3.0 | 14 |
| 11/18/2010 | Mediation follow-up | 3.0 | 14 |
| 11/19/2010 | Mediation follow-up | 5.0 | 14 |
| 11/22/2010 | Mediation follow-up | 4.0 | 14 |
| 11/23/2010 | Mediation follow-up | 3.0 | 14 |
| 11/29/2010 | Calls and meetings re allocation | 8.0 | 1 |
| 11/30/2010 | FA Monthly Call | 1.0 | 3 |
| 11/30/2010 | Reveiew materials re allocation | 8.0 | 1 |

**November 2010 Total**     207.0