# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 through November 30, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 11/8/10-11/17/10 | Flight to New York, NY (Airpass one-way) | $ 481.17 |
| Matt Rosenberg | 11/8/10-11/17/10 | Flight to New York, NY | $ 300.70 |
| Matt Rosenberg | 11/8/10-11/17/10 | Hotel (nine nights) | $ 5,659.98 |
| Matt Rosenberg | 11/8/10-11/17/10 | Ground transportation | $ 135.00 |
| Matt Rosenberg | 11/8/10-11/17/10 | Meals (one lunch & three dinners) | $ 357.21 |
| Mike Kennedy | 11/9/10-11/16/10 | Flight to New York, NY | $ 672.40 |
| Mike Kennedy | 11/9/10-11/16/10 | Hotel (seven nights) | $ 4,402.21 |
| Mike Kennedy | 11/9/10-11/16/10 | Ground transportation | $ 80.00 |
| Mike Kennedy | 11/9/10-11/16/10 | Parking | $ 248.00 |
| Mike Kennedy | 11/9/10-11/16/10 | Meals (one breakfast, one lunch & two dinners0 | $ 202.56 |
| Aaron Taylor | 11/9/10-11/12/10 | Flight to New York, NY | $ 736.40 |
| Aaron Taylor | 11/9/10-11/12/10 | Hotel (three nights) | $ 1,898.15 |
| Aaron Taylor | 11/9/10-11/12/10 | Ground transportation | $ 80.00 |
| Aaron Taylor | 11/14/10-11/16/10 | Flight to New York, NY | $ 1,002.40 |
| Aaron Taylor | 11/14/10-11/16/10 | Hotel (two nights) | $ 1,257.78 |
| Aaron Taylor | 11/14/10-11/16/10 | Ground transportation | $ 126.11 |
| Aaron Taylor | 11/14/10-11/16/10 | Meals (one dinner) | $ 26.13 |
| Aaron Taylor | various | Ground transportation | $ 62.42 |
| Chilmark | various | FedEx | $ 65.16 |
| **Total Expenses** | | | **$ 17,793.78** |