# SCHEDULE A
## TWENTY-SECOND INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/01/10 | RET | .5 | Teleconference with Ron Kilgard, plaintiffs' counsel, regarding long form settlement and issues related thereto |
| 10/07/10 | RET | .2 | Communicate with Laurel Van Allen regarding participant data needed for distributions |
| 10/07/10 | RET | .3 | Communicate with Hewitt regarding participant data needed for distributions |
| 10/07/10 | RET | .2 | Teleconference with Ron Kilgard regarding participant data needed for distributions |
| 10/07/10 | RET | .2 | Email from and to Ron Kilgard regarding stipulation of settlement and exhibits |
| 10/08/10 | RET | .3 | Communications with Laurel Van Allen and plaintiffs' counsel regarding participant data needed for settlement distribution |
| 10/12/10 | RET | .3 | Communications with plaintiffs' counsel and Lexecon regarding participant data needed for settlement distribution |
| 10/12/10 | RET | .2 | Communications with plaintiffs' counsel regarding settlement documents |
| 10/12/10 | RET | .2 | Communications with plaintiffs' counsel regarding settlement documents |
| 10/13/10 | RET | .9 | Prepare for and call with plaintiffs' counsel and Lexecon regarding participant data |
| 10/13/10 | RET | .2 | Communications with plaintiffs' counsel and Laurel Van Allen regarding participant data |
| 10/13/10 | RET | .4 | Work on issues raised by Lexecon's refusal to turn over data until it is paid |
| 10/15/10 | RET | .9 | Work on settlement issues |
| 10/18/10 | RET | .3 | Communications with Steve Tenai regarding Kate Stevenson |
| 10/19/10 | RET | .3 | Communicate with Peter Bisio regarding outstanding Lexecon bills and how to respond to their refusal to turn over participant data until bills are paid |

| | | |
|---|---|---|
| 10/19/10 RET | .3 | Communications with Laurel Van Allen regarding outstanding Lexecon bills and their refusal to turn over participant data until bills are paid |
| 10/19/10 RET | .3 | Call with Peter Bisio regarding outstanding Lexecon bills and their refusal to turn over participant data until bills are paid |
| 10/19/10 RET | .3 | Teleconference with plaintiffs' counsel regarding outstanding Lexecon bills and how to respond to their refusal to turn over participant data until bills are paid |
| 10/19/10 RET | .3 | Communications with plaintiffs' counsel regarding issue related to Lexecon data and payment of their outstanding invoices before they will release the data needed for settlement |
| 10/19/10 RET | .4 | Receive and analyze emails from Laurel Van Allen between Lexecon and Nortel regarding outstanding Lexecon bills |
| 10/19/10 RET | .2 | Additional communications with Steve Tenai regarding status of the ERISA suits |
| 10/20/10 RET | 1.1 | Work on settlement issues |
| 10/20/10 JMS7 | .3 | Discuss with Rene' Thorne settlement planning and next steps (approved by Sandy Illmer) |
| 10/21/10 RET | .3 | Communications with plaintiffs' counsel regarding issue related to Lexecon data and payment of their outstanding invoices before they will release the data needed for settlement |
| 10/22/10 RET | .4 | Communications with Peter Bisio regarding Lexecon's refusal to turn over participant data until outstanding invoices are paid and attaching and explaining information related to same |
| 10/22/10 RET | .8 | Work on settlement issues |
| 10/25/10 RET | .3 | Communications with Peter Bisio regarding issue related to Lexecon data and payment of their outstanding invoices before they will release the data needed for settlement |
| 10/27/10 RET | .2 | Communications with Natalie Kossak from IFS regarding status of settlement |
| 10/28/10 RET | 1.9 | Begin review and edit of 33 page Stipulation of Settlement |
| 10/29/10 RET | .3 | Communications with plaintiffs' counsel regarding Stipulation of Settlement |
| 10/29/10 RET | 1.7 | Continue editing 33 page Stipulation of Settlement |
| 10/29/10 RET | .2 | Additional communications with plaintiffs' counsel regarding Stipulation of Settlement |

**SUB TOTAL     7,327.50**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/22/10 | JMS7 | .2 | Review e-mail exchange between Rene' Thorne and Nick Deroma regarding settlement (approved by Sandy Illmer) |
| 10/13/10 | JMS7 | .4 | Think through how to keep settlement on track in view of Lexecon's claim that payment is overdue and holding data hostage |
| 10/19/10 | JMS7 | .2 | Communicate with Don Powers regarding discovery obligations |
| 10/19/10 | JMS7 | .4 | Review files to provide answer to Don Powers regarding preservation obligations |
| 10/19/10 | JMS7 | .2 | Communicate with Don Powers regarding preservation obligations |
| 10/21/10 | JMS7 | .5 | Communicate with Don Powers regarding discovery obligations |
| 10/21/10 | JMS7 | .9 | Review assorted pleadings, court orders, and related documents concerning discovery obligations report to Don Powers |
| 10/25/10 | JMS7 | .2 | Communicate with Don Powers regarding settlement letters to individual defendants |
| 10/26/10 | JMS7 | .2 | Review bankruptcy court orders for case update (approved by Sandy Illmer) |
| 10/28/10 | JMS7 | .3 | Communicate with Don Powers regarding bankruptcy billing issues |

**SUB TOTAL     1,487.50**

**TOTAL HOURS: 18.20**
**FEE GRAND TOTAL:     $8,815.00**
**NORTEL'S 50% TOTAL:  $4,407.50**

3

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation – Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS         DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 10/01/10 | RET | .30 | Receive and analyze Sixth Omnibus Fee Order and communicate with Annie Cordo regarding same |
| 10/01/10 | DSH | .30 | Draft form invoice to Don Powers of Nortel Networks in connection with Jackson Lewis' twentieth interim fee application |
| 10/01/10 | DSH | .20 | Review e-mail from Annie Cordo of Morris, Nichols Arsht & Tunnel regarding Judge Gross' Sixth Omnibus Fee Order |
| 10/01/10 | DSH | .10 | Receive e-mail from Annie Cordo of Morris, Nichols in connection with Jackson Lewis' Twentieth Interim Fee Application |
| 10/01/10 | DSH | .20 | Draft e-mail to Annie Cordo of Morris, Nichols in connection with Jackson Lewis' Twentieth Interim Fee Application with attachments |
| 10/01/10 | DSH | .20 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' twentieth interim fee application |
| 10/01/10 | DSH | .30 | Review Judge Gross' Sixth Omnibus Fee Order granting the release of withheld funds to Jackson Lewis for the months of May, June and July 2010 |
| 10/21/10 | DSH | .20 | Review e-mail received from Marge McNally regarding the twenty-first interim fee application |
| 10/26/10 | DSH | .40 | Review e-mail correspondence and latest certificate of no objection from the Delaware Bankruptcy Court received from Annie Cordo of Morris, Nichols, Arsht & Tunnel |
| 10/27/10 | RET | .40 | Receive and analyze CNO filed for August and communications with Annie Cordo regarding same |
| 10/27/10 | JMS7 | .20 | Review account balance information to ensure bankruptcy applications are correct |
| 10/27/10 | DSH | .30 | Review Notice of Hearing on Motion for an Order Enforcing the Order Approving Cross-Border Claims Protocol and Claims Resolution Order of the Ontario Court and Notice of Hearing on Motion for an Order Enforcing the Order of the Ontario Court Approving the Sale of Certain Assets for any case deadlines that need to be calculated |
| 10/28/10 | JMS7 | .50 | Review account balance information to ensure bankruptcy applications are correct |
| 10/29/10 | DSH | 1.20 | Begin drafting Exhibit A to twenty-first interim fee application for time and expenses for the month of September 2010 |

4

| | | |
|---|---|---|
| 10/29/10 DSH | 1.10 | Begin drafting twenty-first interim fee application for time and expenses for the month of September 2010 |
| 10/29/10 DSH | .50 | Draft Exhibit B to twentieth interim fee application for time and expenses for the month of September 2010 |

          SUB TOTAL    1,397.50

**TOTAL SERVICES**    $ 1,397.50

**TOTAL HOURS: 6.40**

**FEE GRAND TOTAL:**    $ 1,397.50

4844-3825-2552, v. 1