# SCHEDULE B
## TWENTY-SECOND INTERIM FEE APPLICATION

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2010 Through October 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Postage | In-house | 1.22 | |
| Photocopying | In-house | 7.80 | |
| Photocopying | In-house | | |
| | | | |
| Total Expenses | | | |
| **Grand Total:** | | | **9.02** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

## TOTAL EXPENSES DUE: $9.02

## Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

TOTAL DISBURSEMENTS:            $0.00

**NORTEL'S 50% TOTAL:**            **$0.00**

**NORTEL (non-insurance)**

DISBURSEMENTS

|  |  |
|---|---|
| Postage: | 1.22 |
| Photocopying | 7.80 |

TOTAL DISBURSEMENTS:            $9.02

**TOTAL EXPENSES DUE:**            **$9.02**

4835-1734-8104, v.  1