**EXHIBIT B**

SELTECH ELECTRONICS INC., 342 BRONTE STREET SOUTH, UNIT 6, MILTON, ON  L9T 5B7 CANADA

INTERNATIONAL TECHNOLOGY SOLUTIONS, 11635 CAPITAL BOULEVARD, WAKE FOREST, NC 27587