IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALTEON WEBSYSTEMS, INC. ) | Case No. 09-10140 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### WITHDRAWAL OF CLAIM NUMBERS 1824 AND 1850 FILED BY THE EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA

Now comes the Employment Security Commission of North Carolina, by and through its attorney, and withdraws its Claim Numbers 1824 and 1850 filed/received by Epiq Bankruptcy Solutions, LLC on August 20, 2009 in the above-captioned matter for recovery of a priority claim in the total amount of $151.31 for 1st quarter 2003 tax and interest, and a general claim in the total amount of 11.19 for 1st quarter 2003 penalties. It has been determined that all amounts owed for 1st quarter 2003 have now been paid.

This the 14th day of December, 2010.

EMPLOYMENT SECURITY COMMISSION
OF NORTH CAROLINA

/s/ Sharon A. Johnston
Sharon A. Johnston, Attorney
NCSB # 16841
Legal Services Division
Post Office Box 25903
Raleigh, North Carolina 27611-5903
Telephone: (919)733-4636
sharon.johnston@ncmail.net

## CERTIFICATE OF SERVICE

The undersigned further certifies that a copy of the foregoing WITHDRAWAL OF CLAIM NUMBERS 1824 AND 1850 FILED BY THE EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA was served on the undersigned by depositing a copy thereof in the United States mail, postage prepaid.

This the 14th day of December, 2010.

EMPLOYMENT SECURITY COMMISSION
OF NORTH CAROLINA

/s/ Sharon A. Johnston
Sharon A. Johnston, Attorney
NCSB # 16841
Legal Services Division
Employment Security Commission
  Of NC
Post Office Box 25903
Raleigh, North Carolina 27611-5903
Telephone: (919)733-4636

**SERVED BY MAIL:**

Alteon WebSystems, Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell
Post Office Box 1347
Wilmington, DE 19899-1347

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035