## <u>CERTIFICATE OF SERVICE</u>

I, David L. McCombs, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Statement Of David L. McCombs Pursuant To Fed R. Bankr. P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The Ordinary Course** was caused to be made on December 22, 2010, in the manner indicated upon the entities identified below.

Dated:  December 22, 2010

*/s/  David L. McCombs*
David L. McCombs, Partner

**<u>VIA FIRST CLASS U.S. MAIL:</u>**
Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036.

4

d-1883647