# EXHIBIT A

RLF1 3748792v. 1

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 22, 2010
Invoice 370159
Page 3
Client #  732310

Matter # 165839

For services through November 30, 2010
relating to  Case Administration

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/10 | Review dockets (.2); Review and revise critical dates (.2); E-mail to distribution re: same (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 11/04/10 | Maintain original pleadings | | | | | |
| | | Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 11/08/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 11/09/10 | Maintain original pleadings | | | | | |
| | | Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 11/15/10 | Copied electronic media for distribution. | | | | | |
| | | Litigation | Michael L. Collins | 0.40 hrs. | 200.00 | $80.00 |
| 11/16/10 | Maintain original pleadings | | | | | |
| | | Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 11/16/10 | Review docket (.1); Review and revise critical dates (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 11/17/10 | Maintain original pleadings | | | | | |
| | | Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 11/19/10 | Maintain original pleadings | | | | | |
| | | Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 11/19/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 4  
Client #  732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/10<br>Associate | Review revised draft critical dates calendar | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 11/22/10<br>Paralegal | Maintain original pleadings | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 11/30/10<br>Paralegal | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Total Fees for Professional Services     $561.50

TOTAL DUE FOR THIS INVOICE     **$561.50**  
BALANCE BROUGHT FORWARD     $676.50  

**TOTAL DUE FOR THIS MATTER**     **$1,238.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 5  

Client #  732310  

Matter #  165839  

For services through November 30, 2010  
relating to  Use, Sale of Assets

| Date | Description | | | | |
|---|---|---|---|---|---|
| 11/05/10 | Email to B. Kahn re: preparation of joinder to Debtors notice of joint hearing dispute for Carling sale hearing | | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | | $31.50 |

Total Fees for Professional Services         $31.50

TOTAL DUE FOR THIS INVOICE         **$31.50**  
BALANCE BROUGHT FORWARD         $1,329.30  

**TOTAL DUE FOR THIS MATTER**         **$1,360.80**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | December 22, 2010<br>Invoice 370159<br>Page 6<br>Client #  732310<br><br>Matter #  165839 |

For services through November 30, 2010
relating to Claims Administration

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/10 | Call from B. Kahn re: primer on substantive objections to claims in DE and outcome of allocation mediation | | | | |
| Associate | Christopher M. Samis | | 0.40 hrs. | 315.00 | $126.00 |
| 11/22/10 | Meeting with C. Samis re: research re: amending substantive claims objections (.2); Research re: same (.3) | | | | |
| Associate | Drew G. Sloan | | 0.50 hrs. | 315.00 | $157.50 |
| 11/23/10 | Continue research re: amending substantive objections (.9); Draft memo re: same (.4) | | | | |
| Associate | Drew G. Sloan | | 1.30 hrs. | 315.00 | $409.50 |
| 11/29/10 | Review research on amending substantive claims objections (.2); Email to B. Kahn re: research on amending substantive claims objections (.1) | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 315.00 | $94.50 |
| 11/29/10 | Continue research and drafting of memo re: amending substantive claims objection (.6); Email to C. Samis re: same (.1); Discussion with C. Samis re: same (.2) | | | | |
| Associate | Drew G. Sloan | | 0.90 hrs. | 315.00 | $283.50 |

| | |
|---|---|
| Total Fees for Professional Services | $1,071.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,071.00** |
| BALANCE BROUGHT FORWARD | $119.70 |
| **TOTAL DUE FOR THIS MATTER** | **$1,190.70** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | December 22, 2010<br>Invoice 370159<br>Page 7<br>Client #  732310<br><br>Matter #  165839 |

For services through November 30, 2010
relating to  Court Hearings

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/04/10 | Retrieve re: 11/8/10 agenda (.1); Review re: same (.1); Circulate to distribution re: same (.1); Prepare 11/8/10 hearing binder (.5) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 11/04/10 | Email to B. Witters re: preparation for 11/8/10 hearing (.1); Review agenda for 11/8/10 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 11/08/10 | Retrieve re: 11/8/10 amended agenda (.1); Review re: same (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: telephonic appearances for B. Kahn, S. Schultz and D. Botter (.3); E-mail to distribution re: same (.1); Retrieve additional 11/8/10 agenda pleadings (.2); Revise 11/8/10 hearing binder for C. Samis (.2) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 11/08/10 | Review amended agenda for 11/8/10 hearing (.2); Prepare for 11/8/10 hearing (1.1); Attend 11/8/10 hearing (1.2); Email to B. Kahn re: strategy for 11/8/10 hearing (.1) | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 315.00 | $819.00 |
| 11/08/10 | Review email from B. Kahn re: telephonic appearance at 11/8/10 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 11/19/10 | Retrieve and review re: 11/23/10 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 11/19/10 | Prepare 11/23/10 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 2.80 hrs. | 100.00 | $280.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 8  
Client #  732310

Matter #  165839

---

| Date | Description | | | |
|---|---|---|---|---|
| 11/23/10 | Prepare 11/23/10 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 1.20 hrs. | 100.00 | $120.00 |
| 11/23/10 | Prepare for 11/23/10 hearing (1.5); Attend 11/23/10 hearing (3.7) | | | |
| Associate | Christopher M. Samis | 5.20 hrs. | 315.00 | $1,638.00 |
| 11/23/10 | Call with chambers to get permission to sign up F. Hodara for a telephonic appearance for 11/23/10 hearing (.1); Call with Courtcall to set up same (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| 11/24/10 | Call with Courtcall to set up C. Samis, David Botter, Abid Qureshi and Brad Kahn for a telephonic appearance for 11/29/10 status conference. | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services  $3,502.00

**TOTAL DUE FOR THIS INVOICE**  **$3,502.00**  
BALANCE BROUGHT FORWARD  $5,294.70

**TOTAL DUE FOR THIS MATTER**  **$8,796.70**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 9  

Client #  732310  

Matter #  165839  

For services through November 30, 2010  
relating to Litigation/Adversary Proceedings  

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/01/10 | | Review and execute jurisdiction reservation stipulation for allocation/valuation mediation (.5); Emails to A. Cordo and A. Gazze re: comments to and execution of jurisdiction reservation stipulation for allocation/valuation mediation (.2); Call from A. Cordo re: comments to and execution of jurisdiction reservation stipulation for allocation/valuation mediation (.1) | | | |
| Associate | Christopher M. Samis | | 0.80 hrs. | 315.00 | $252.00 |
| 11/15/10 | | Email to B. Kahn re: deposition notice for A. Bloom (.1); Review and execute deposition notice for A. Bloom (.2); Email to A. Cordo re: executed notice of deposition for A. Bloom (.1) | | | |
| Associate | Christopher M. Samis | | 0.40 hrs. | 315.00 | $126.00 |
| 11/16/10 | | E-mail to C. Samis re: pdfs of deposition notices x3 | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 195.00 | $19.50 |
| 11/16/10 | | Review, revise and finalize notice of deposition for Clement (.3); Review, revise and finalize notice of deposition for Rolston (.3); Review, revise and finalize notice of deposition for Bloom (.3); Review, revise and finalize motion to compel discovery of EMEA debtors/administrators (.5); Emails to B. Kahn and A. Qureshi re: approval of and execution of EMEA notices of deposition and EMEA motion t compel (.4); Emails to A. Cordo re: approval of and execution of EMEA notices of deposition and EMEA motion t compel (.4); Email to M. Fleming-Delacruz re: approval of notices of deposition of Bloom, Clement and Rolston (.1) | | | |
| Associate | Christopher M. Samis | | 2.30 hrs. | 315.00 | $724.50 |
| 11/29/10 | | Prepare for 11/29/10 telephonic hearing re: EMEA discovery disputes | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 315.00 | $94.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 10  
Client #  732310

Matter # 165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/30/10 | Email to A. Quereshi and B. Kahn re: approval of 30(b)(6) notice to EMEA debtors (.1); Emails to D. Sloan re: execution and approval of 30(b)(6) notice to EMEA debtors (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 11/30/10 | Discussion with C. Samis re: filing of discovery papers (.1); Review email from C. Samis re: same (.1); Review draft of deposition notice (.2); Email to C. Samis re: same (.1); Review revised draft deposition notice re: same (.2); Review email from B. Kahn re: same (.1); Email to A. Cordo re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.90 hrs. | 315.00 | $283.50 |

Total Fees for Professional Services         $1,563.00

TOTAL DUE FOR THIS INVOICE         **$1,563.00**
BALANCE BROUGHT FORWARD         $1,847.40

**TOTAL DUE FOR THIS MATTER**         **$3,410.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 11  
Client #  732310

Matter # 165839

For services through November 30, 2010  
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/10 | E-mail to B. Kahn re: estimated RLF fees and expenses for October | Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 11/09/10 | Review RLF October bill memo | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 11/15/10 | Prepare cno re: RLF September fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 11/15/10 | Review and execute certificate of no objection re: RLF monthly fee application; Review October 2010 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 11/16/10 | Prepare letter to A. Stout re: RLF September fees (.1); Coordinate to A. Stout re: RLF September fee application and cno (.1) | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 11/18/10 | Review RLF October fee application | Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 11/19/10 | Prepare notice of application re: RLF October fee application (.2); Prepare cos re: same (.2); Prepare RLF sixth interim fee application (.3); E-mail to accounting re: same (.1) | Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 11/19/10 | Finalize and efile RL&Fs twenty-first fee application (.2); Coordinate service of same fee application (.1) | Paralegal | Janel Gates | 0.30 hrs. | 195.00 | $58.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 12  
Client #  732310  

Matter # 165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/10 | Review and execute RLF interim fee application (.3); Discussion with M. DeCarli re: filing same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 11/22/10 | File seventh interim RLF fee application request (.1); Serve same (.2); Draft affidavit of service regarding same (.1) | Paralegal | Marisa C. DeCarli | 0.40 hrs. | 195.00 | $78.00 |
| 11/23/10 | File affidavit of service regarding 7th interim fee request of RLF | Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |

Total Fees for Professional Services $868.50

TOTAL DUE FOR THIS INVOICE **$868.50**  
BALANCE BROUGHT FORWARD $827.10  

**TOTAL DUE FOR THIS MATTER** $1,695.60

| | | | | |
|---|---|---|---|---|
| Nortel Creditors Committee | | | December 22, 2010 | |
| c/o Fred S. Hodara, Esq. | | | Invoice 370159 | |
| Akin Gump Strauss Hauer Feld LLP | | | Page 13 | |
| One Bryant Park | | | | |
| New York NY  10036 | | | Client #  732310 | |
| | | | Matter # 165839 | |

For services through November 30, 2010
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 11/02/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| | | | | |
| 11/03/10 | Prepare cno re: Capstone August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 11/03/10 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| | | | | |
| 11/08/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| | | | | |
| 11/09/10 | Prepare cno re: Fraser Milner August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 11/09/10 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| | | | | |
| 11/16/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| | | | | |
| 11/17/10 | Attention to e-mail re: Capstone September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 14  
Client #  732310  

Matter #  165839

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/10 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 11/17/10 | Efile 20th monthly fee application of Capstone Advisory Group (.3); Coordinate service of same (.3) | Paralegal | Jamie E. Schairer | 0.60 hrs. | 195.00 | $117.00 |
| 11/19/10 | Attention to e-mail re: Fraser Milner September fee application (.1); Retrieve and prepare re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Prepare cno re: Ashurst September fee application (.2); Prepare cno re: Akin Gump September fee application (.2) | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 11/19/10 | Review, revise and finalize 21st RL&F retention application (.3); Review, revise and finalize 20th Fraser Milner fee application (.2) | Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 11/19/10 | Finalize and efile Faser Milner Casgrain's twentieth fee application (.2); Coordinate service of same fee application (.1) | Paralegal | Janel Gates | 0.30 hrs. | 195.00 | $58.50 |
| 11/22/10 | File CNO regarding 20th Fee Application of Ashurst (.1); File CNO regarding 20th Fee Application of Akin Gump (.1) | Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| 11/23/10 | Review emails (x2) from B. Kahn re: filing of Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Email to B. Kahn re: docket numbers re: Ashurst interim fee application (.1); Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Review Ashurst interim fee application (.1); Review email from C. Samis re: Fraser monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with M. DeCarli re: same (.1) | Associate | Drew G. Sloan | 1.40 hrs. | 315.00 | $441.00 |

Nortel Creditors Committee                                              December 22, 2010
c/o Fred S. Hodara, Esq.                                                Invoice 370159
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                                         Page 15
New York NY  10036                                                      Client #  732310

                                                                        Matter #  165839

---

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/23/10 | Draft notice of 21st monthly Ashurst fee application (.2); Emails with D. Sloan regarding same (.1); Draft certificate of service regarding service of same (.1); File 21st monthly Ashurst fee application (.2); Serve same (.1); Draft notice of 21st monthly Capstone fee application (.2); File 21st monthly Capstone fee application (.1); Serve same (.1); File 7th interim Ashurst fee application (.1); Serve same (.1); Draft affidavit of service regarding same (.1); Draft notice of 21st monthly Fraser Milner fee application (.2); File 21st monthly Fraser Milner fee application (.2); Serve same (.2) | Paralegal | Marisa C. DeCarli | 2.00 hrs. | 195.00 | $390.00 |
| 11/24/10 | Review email from B. Kahn re: filing Akin Gump fee applications (.1); Email to B. Kahn re: same (.1); Review Akin Gump monthly fee application (.2); Review and execute notice re: same (.1); Review Akin Gump interim fee application (.1); Discussion with M. DeCarli re: filing and service of same (.1); Review Capstone interim fee application (.1); Email to M. Wunder re: Fraser interim fee application (.1); Review Fraser interim fee application (.1) | Associate | Drew G. Sloan | 1.00 hrs. | 315.00 | $315.00 |
| 11/24/10 | File affidavit of service regarding Interim Application for Compensation of (Seventh) Ashurst LLP for the period August 1, 2010 to October 31, 2010 (.1); Draft notice of 21st monthly Akin Gump fee application (.1); File 7th interim fee request of Akin Gump (.1); Serve same (.1); File 21st monthly fee application of Akin Gump (.1); Serve same (.1); File 7th interim fee request of Capstone (.1); Serve same (.1); Draft affidavit of service for service of all of the above (.1); File 7th interim fee request of Fraser Milner (.1); Serve same (.1) | Paralegal | Marisa C. DeCarli | 1.10 hrs. | 195.00 | $214.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $2,577.00 |

|  |  |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$2,577.00** |
| BALANCE BROUGHT FORWARD | $3,713.10 |
| **TOTAL DUE FOR THIS MATTER** | **$6,290.10** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 16  
Client #  732310

### Summary of Hours

|                       | Hours | Rate/Hr | Dollars   |
|-----------------------|-------|---------|-----------|
| Amy B. Anderson       | 0.60  | 100.00  | 60.00     |
| Barbara J. Witters    | 9.60  | 195.00  | 1,872.00  |
| Brenda D. Tobin       | 4.00  | 100.00  | 400.00    |
| Christopher M. Samis  | 13.40 | 315.00  | 4,221.00  |
| Drew G. Sloan         | 7.90  | 315.00  | 2,488.50  |
| Jamie E. Schairer     | 0.60  | 195.00  | 117.00    |
| Janel Gates           | 0.60  | 195.00  | 117.00    |
| Marisa C. DeCarli     | 4.20  | 195.00  | 819.00    |
| Michael L. Collins    | 0.40  | 200.00  | 80.00     |
| TOTAL                 | 41.30 | $246.36 | 10,174.50 |

**TOTAL DUE FOR THIS INVOICE**                                   $11,459.86

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310