# EXHIBIT B

RLF1 3748792v. 1


**RICHARDS LAYTON & FINGER**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

December 22, 2010
Invoice 370159

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through November 30, 2010
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $8.00 |
| Business Meals | $18.55 |
| Court Reporter Services | $97.50 |
| Document Retrieval | $288.08 |
| Filing Fees | $30.00 |
| Long distance telephone charges | $8.34 |
| Messenger and delivery service | $99.85 |
| Photocopying/Printing<br>4,247 @ $.10 pg./ 2,672 @ $.10/pg. | $691.90 |
| Postage | $43.14 |

Other Charges $1,285.36

TOTAL DUE FOR THIS INVOICE **$1,285.36**
BALANCE BROUGHT FORWARD $880.56

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 2  
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER** $2,165.92

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 22, 2010
Invoice 370159
Page 17

Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc
Matter: Nortel - Representation of Creditors Committee
       Case Administration
       Use, Sale of Assets
       Claims Administration
       Court Hearings
       Litigation/Adversary Proceedings
       RLF Fee Applications
       Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 10/01/10 | PACER | | DOCRETRI |
| | | Amount = $11.36 | |
| 10/08/10 | PACER | | DOCRETRI |
| | | Amount = $4.00 | |
| 10/12/10 | PACER | | DOCRETRI |
| | | Amount = $22.24 | |
| 10/12/10 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 10/13/10 | PACER | | DOCRETRI |
| | | Amount = $10.48 | |
| 10/20/10 | PACER | | DOCRETRI |
| | | Amount = $0.56 | |
| 10/22/10 | PACER | | DOCRETRI |
| | | Amount = $7.84 | |
| 10/26/10 | PACER | | DOCRETRI |
| | | Amount = $8.80 | |
| 10/27/10 | PACER | | DOCRETRI |
| | | Amount = $14.72 | |
| 10/27/10 | PACER | | DOCRETRI |
| | | Amount = $0.56 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 22, 2010  
Invoice 370159  
Page 18  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/29/10 | PACER | | DOCRETRI |
| | Amount = | $5.52 | |
| 10/29/10 | PACER | | DOCRETRI |
| | Amount = | $0.80 | |
| 11/01/10 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 11/03/10 | PACER | | DOCRETRI |
| | Amount = | $13.04 | |
| 11/04/10 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $4.00 | |
| 11/04/10 | Photocopies | | DUP.10CC |
| | Amount = | $47.00 | |
| 11/04/10 | PACER | | DOCRETRI |
| | Amount = | $43.36 | |
| 11/04/10 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 11/04/10 | Printing | | DUP.10CC |
| | Amount = | $6.70 | |
| 11/04/10 | Printing | | DUP.10CC |
| | Amount = | $6.40 | |
| 11/04/10 | Printing | | DUP.10CC |
| | Amount = | $5.20 | |
| 11/04/10 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 11/05/10 | PACER | | DOCRETRI |
| | Amount = | $5.76 | |
| 11/08/10 | PACER | | DOCRETRI |
| | Amount = | $75.20 | |
| 11/08/10 | Printing | | DUP.10CC |
| | Amount = | $19.10 | |
| 11/09/10 | PACER | | DOCRETRI |
| | Amount = | $7.12 | |
| 11/10/10 | PACER | | DOCRETRI |
| | Amount = | $5.04 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 19  
Client #  732310  

| Date | Description | Code |
|---|---|---|
| 11/15/10 | Akin Gump Strauss Hauer & Feld  LLP - Messenger and delivery<br>Amount =   $10.70 | MESS |
| 11/15/10 | Photocopies<br>Amount =   $1.30 | DUP.10CC |
| 11/15/10 | 12128727453 Long Distance<br>Amount =   $1.39 | LD |
| 11/15/10 | PACER<br>Amount =   $2.40 | DOCRETRI |
| 11/16/10 | COURTCALL LLC: CCDA 05-1619/ Services 11/8-11/19<br>Amount =   $30.00 | FLFEE |
| 11/16/10 | NORTEL NETWORKS - Messenger and delivery<br>Amount =   $15.55 | MESS |
| 11/16/10 | Printing<br>Amount =   $4.60 | DUP.10CC |
| 11/17/10 | Photocopies<br>Amount =   $37.00 | DUP.10CC |
| 11/17/10 | Postage<br>Amount =   $8.76 | POST |
| 11/17/10 | Printing<br>Amount =   $6.90 | DUP.10CC |
| 11/17/10 | Printing<br>Amount =   $6.90 | DUP.10CC |
| 11/17/10 | Printing<br>Amount =   $6.90 | DUP.10CC |
| 11/17/10 | Printing<br>Amount =   $1.90 | DUP.10CC |
| 11/17/10 | Printing<br>Amount =   $1.90 | DUP.10CC |
| 11/17/10 | Printing<br>Amount =   $7.40 | DUP.10CC |
| 11/18/10 | 18177101016 Long Distance<br>Amount =   $2.78 | LD |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 20  
Client #  732310  

| Date | Description | Code |
|---|---|---|
| 11/18/10 | 11/17/10 - TO MORRIS NICHOLS ARSHT - JZS | MESS |
| | Amount = $6.00 | |
| 11/18/10 | 11/17/10 - TO US TRUSTEE - JZS | MESS |
| | Amount = $6.00 | |
| 11/18/10 | Messenger and delivery 11/17/2010, From Olive Garden, JZS | MEALSCL |
| | Amount = $18.55 | |
| 11/19/10 | Photocopies | DUP.10CC |
| | Amount = $78.50 | |
| 11/19/10 | Photocopies | DUP.10CC |
| | Amount = $0.10 | |
| 11/19/10 | Photocopies | DUP.10CC |
| | Amount = $149.20 | |
| 11/19/10 | PACER | DOCRETRI |
| | Amount = $42.16 | |
| 11/19/10 | Postage | POST |
| | Amount = $8.76 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $2.10 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $8.40 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $1.60 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $1.10 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $1.50 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $4.10 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $1.40 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $6.70 | |
| 11/19/10 | Printing | DUP.10CC |
| | Amount = $2.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 21  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $10.60 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $4.30 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $4.60 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $11.10 | |
| 11/19/10 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 11/21/10 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $4.00 | |
| 11/21/10 | Photocopies | | DUP.10CC |
| | Amount = | $10.80 | |
| 11/22/10 | Messenger and delivery 11/19/2010, Morris Nichols, JH | | MESS |
| | Amount = | $6.00 | |
| 11/22/10 | Messenger and delivery 11/19/2010, US Trustee, JH | | MESS |
| | Amount = | $6.00 | |
| 11/22/10 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/23/10 | DIAZ DATA SERVICES/ Transcript of 11/23/2010 | | CTRPT |
| | Amount = | $97.50 | |
| 11/23/10 | Photocopies | | DUP.10CC |
| | Amount = | $19.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 22, 2010  
Invoice 370159  
Page 22  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 11/23/10 | Photocopies | | DUP.10CC |
| | Amount = $1.80 | | |
| 11/23/10 | Photocopies | | DUP.10CC |
| | Amount = $39.00 | | |
| 11/23/10 | PACER | | DOCRETRI |
| | Amount = $2.56 | | |
| 11/23/10 | Postage | | POST |
| | Amount = $4.17 | | |
| 11/23/10 | Postage | | POST |
| | Amount = $6.39 | | |
| 11/23/10 | Printing | | DUP.10CC |
| | Amount = $3.80 | | |
| 11/23/10 | Printing | | DUP.10CC |
| | Amount = $3.60 | | |
| 11/23/10 | Printing | | DUP.10CC |
| | Amount = $7.10 | | |
| 11/23/10 | Printing | | DUP.10CC |
| | Amount = $7.40 | | |
| 11/23/10 | Printing | | DUP.10CC |
| | Amount = $7.20 | | |
| 11/23/10 | Printing | | DUP.10CC |
| | Amount = $38.50 | | |
| 11/24/10 | Photocopies | | DUP.10CC |
| | Amount = $41.00 | | |
| 11/24/10 | Delivery expense 11/23/10 | | MESS |
| | Amount = $12.80 | | |
| 11/24/10 | Messenger and delivery 11/23/10 Bankruptcy Court/Judge Gross CXS | | MESS |
| | Amount = $7.50 | | |
| 11/24/10 | Messenger and delivery 11/23/10 from Bankruptcy Court CXS | | MESS |
| | Amount = $7.50 | | |
| 11/24/10 | PACER | | DOCRETRI |
| | Amount = $3.76 | | |
| 11/24/10 | Postage | | POST |
| | Amount = $5.70 | | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | December 22, 2010 |
| c/o Fred S. Hodara, Esq. | | Invoice 370159 |
| Akin Gump Strauss Hauer Feld LLP | | Page 23 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |

| Date | Description | | Code |
|---|---|---|---|
| 11/24/10 | Postage | | POST |
| | Amount = $1.05 | | |
| 11/24/10 | Postage | | POST |
| | Amount = $1.32 | | |
| 11/24/10 | Postage | | POST |
| | Amount = $6.99 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $7.40 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $7.20 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $12.50 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $12.20 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $6.20 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $6.10 | | |
| 11/24/10 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 11/29/10 | Delivery expense 11/24-11/28 | | MESS |
| | Amount = $12.80 | | |
| 11/29/10 | Messenger and delivery 11/24/2010, Morris Nichols, MXD/DZS | | MESS |
| | Amount = $4.50 | | |
| 11/29/10 | Messenger and delivery 11/24/2010, US Trustee, MXD/DZS | | MESS |
| | Amount = $4.50 | | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,285.36