# Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **21 December 2010**     Our Ref: **GDB/CCN01.00001**           Invoice No.: **300924**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 137,649.50 |
| For the period to 30 November 2010, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 450.32 |
| **Disbursements:** (NT) |  |  |  |
| Court Fees | 0.00 | 0.00 | 20.00 |
| External Photocopying Charges | 0.00 | 0.00 | 138.80 |
| International Travel, Hotel and Related Expenses | 0.00 | 0.00 | 7,862.46 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 387.02 |
| Search Fees | 0.00 | 0.00 | 7.94 |
|  | 0.00 |  | 146,516.04 |
|  |  | VAT | 0.00 |
|  |  | Total | 146,516.04 |
|  |  | **Balance Due** | **146,516.04** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.**: 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 300924 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI   BRUSSELS   DUBAI   FRANKFURT   HONG KONG   LONDON   MADRID   MILAN

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2010**

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.70 | 455.00 | (C0007) |
|  |  | 1.00 | 650.00 | (C0019) |
|  |  | 10.60 | 6,890.0 | (C0031) |
|  |  | **12.30** | **7,995.00** |  |
| Partner: | Ben Tidswell | 3.00 | 1,950.00 | (C0012) |
|  |  | **3.00** | **1,950.00** |  |
| Partner: | Angela Pearson | 20.10 | 12,562.50 | (C0012) |
|  |  | 1.80 | 1,125.00 | (C0019) |
|  |  | **21.90** | **13,687.50** |  |
| Partner: | Eric Bouffard | 4.50 | 2,812.50 | (C0012) |
|  |  | **4.50** | **2,812.50** |  |
| Partner: | Steven Hull | 1.80 | 1,125.00 | (C0019) |
|  |  | **1.80** | **1,125.00** |  |
| Counsel: | Nataline Fleury | 0.50 | 280.00 | (C0012 |
|  |  | **0.50** | **280.00** |  |
| Senior Associate: | Marcus Fink | 3.30 | 1,699.50 | (C0012) |
|  |  | 1.70 | 875.50 | (C0019) |
|  |  | **5.00** | **2,575.00** |  |
| Associate: | Paul Bagon | 10.00 | 3,500.00 | (C0003) |
|  |  | 3.10 | 1,085.00 | (C0007) |
|  |  | 116.30 | 40,705.00 | (C0012) |
|  |  | 7.30 | 2,555.00 | (C0019) |
|  |  | 27.00 | 9,450.00 | (C0025) |
|  |  | 6.00 | 2,100.00 | (C0031) |
|  |  | **169.70** | **59,395.00** |  |
| Associate: | Antonia Croke | 74.60 | 26,110.00 | (C0012) |
|  |  | 8.40 | 2,940.00 | (C0019) |
|  |  | **83.00** | **29,050.00** |  |
| Associate: | Michelle Egbosimba | 26.60 | 7,714.00 | (C0012) |
|  |  | **26.60** | **7,714.00** |  |
| Professional Development | Nathalie Legendre | 3.70 | 1,794.50 | (C0012) |
|  |  | **3.70** | **1,794.50** |  |
| Trainee: | George Stancliffe | 1.00 | 185.00 | (C0012) |
|  |  | **1.00** | **185.00** |  |

| | | | | |
|---|---|---:|---:|---|
| Trainee: | Andrew Martin | 0.80 | 148.00 | (C0012) |
| | | **0.80** | **148.00** | |
| Trainee: | Sophie Law | 13.60 | 2,516.00 | (C0012) |
| | | **13.60** | **2,516.00** | |
| Trainee: | Cecily Carroll | 6.00 | 1,110.00 | (C0012) |
| | | 2.90 | 536.50 | (C0019) |
| | | 3.00 | 555.00 | (C0025) |
| | | **11.90** | **2,201.50** | |
| Trainee: | Jennifer Moore | 4.80 | 888.00 | (C0012) |
| | | 2.60 | 481.00 | (C0019) |
| | | 0.40 | 74.00 | (C0025) |
| | | **7.80** | **1,443.00** | |
| Trainee: | Edward Arden | 12.70 | 2,349.50 | (C0031) |
| | | **12.70** | **2,349.50** | |
| Trainee: | Christine Abou Assali | 2.20 | 407.00 | (C0031) |
| | | **2.20** | **407.00** | |
| Paralegal | Claude Vernusse | 0.30 | 21.00 | (C0012) |
| | | **0.30** | **21.00** | |
| | **TOTAL** | **382.30** | **137,649.50** | |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2010

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>     <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 10.00 | 350.00 | 3,500.00 |
| | | | Total | 3,500.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 22/11/2010 | Paul Bagon | DRFT | Ashurst fee app. | 5.00 | 350.00 | 1,750.00 |
| 23/11/2010 | Paul Bagon | DRFT | finalising and sending out Ashurst monthly and interim fee apps. | 5.00 | 350.00 | 1,750.00 |
| | | | | | | 3,500.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0007 | Creditors Committee Meetings | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| GDB | Giles Boothman | | 0.70 | 650.00 | 455.00 |
| **Associates** | | | | | |
| PDB | Paul Bagon | | 3.10 | 350.00 | 1,085.00 |
| | | | | Total | 1,540.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/11/2010 | Paul Bagon | PHON | UCC weekly meeting. | 1.00 | 350.00 | 350.00 |
| 10/11/2010 | Giles Boothman | ATTD | Committee call | 0.70 | 650.00 | 455.00 |
| 10/11/2010 | Paul Bagon | ATTD | Attending UCC weekly meeting in person | 1.00 | 350.00 | 350.00 |
| 23/11/2010 | Paul Bagon | PHON | UCC weekly meeting. | 1.10 | 350.00 | 385.00 |
| | | | | | | 1,540.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

### C0012     General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 20.10 | 625.00 | 12,562.50 |
| BJT | Ben Tidswell | 3.00 | 650.00 | 1,950.00 |
| ERB | Eric Bouffard | 4.50 | 625.00 | 2,812.50 |
| GDB | Giles Boothman | 1.00 | 650.00 | 650.00 |
| **Counsel** | | | | |
| NAF | Nataline Fleury | 0.50 | 560.00 | 280.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 3.30 | 515.00 | 1,699.50 |
| **Associates** | | | | |
| ACROKE | Antonia Croke | 74.60 | 350.00 | 26,110.00 |
| PDB | Paul Bagon | 116.30 | 350.00 | 40,705.00 |
| **Junior Associate** | | | | |
| MVE | Michelle Egbosimba | 26.60 | 290.00 | 7,714.00 |
| **Professional Development** | | | | |
| NZL | Nathalie Legendre | 3.70 | 485.00 | 1,794.50 |
| **Trainee** | | | | |
| AMARTI | Andrew Martin | 0.80 | 185.00 | 148.00 |
| CTC | Cecily Carroll | 6.00 | 185.00 | 1,110.00 |
| GSTAN | George Stancliffe | 1.00 | 185.00 | 185.00 |
| JMOORE | Jennifer Moore | 4.80 | 185.00 | 888.00 |
| SLAW | Sophie Law | 13.60 | 185.00 | 2,516.00 |
| **Other** | | | | |
| CVERNU | Claude Vernusse | 0.30 | 70.00 | 21.00 |

                                                                     **Total   101,146.00**

## Matter: CCN01.00001 - BANKRUPTCY

### C0012  General Claims Analysis/Claims Objections

|  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2010 | Antonia Croke | DRFT | Draft to summary table of EMEA Heads of Claims, Legal bases and points for rebuttal; confer with P Bagon and AMP re: same | 11.30 | 350.00 | 3,955.00 |
| 01/11/2010 | Andrew Martin | INTD | With PDB | 0.20 | 185.00 | 37.00 |
| 01/11/2010 | Andrew Martin | RSCH | Query re. substantive consolidation for PDB | 0.60 | 185.00 | 111.00 |
| 01/11/2010 | Angela Pearson | READ | Review ACROKE draft | 2.00 | 625.00 | 1,250.00 |
| 01/11/2010 | Angela Pearson | INTD | Discussion with ACROKE | 0.50 | 625.00 | 312.50 |
| 01/11/2010 | Angela Pearson | READ | Review of Mediation Statement | 1.00 | 625.00 | 625.00 |
| 01/11/2010 | Angela Pearson | READ | Emails, etc. | 1.50 | 625.00 | 937.50 |
| 01/11/2010 | Michelle Egbosimba | DRFT | Research re De facto directors/shadow directors/Discussions with AC and amendments | 5.20 | 290.00 | 1,508.00 |
| 01/11/2010 | Michelle Egbosimba | INTD | Discussions with PDB | 0.20 | 290.00 | 58.00 |
| 01/11/2010 | Paul Bagon | RSCH | substantive consolidation | 0.50 | 350.00 | 175.00 |
| 01/11/2010 | Paul Bagon | LETT | rebuttal arguments summary and related discussions with AG. | 11.40 | 350.00 | 3,990.00 |
| 01/11/2010 | Sophie Law | LETT | Additions to US claims table, research re debt claims elements | 1.10 | 185.00 | 203.50 |
| 02/11/2010 | Antonia Croke | INTD | Consider issues with AMP re: disclosure list | 0.20 | 350.00 | 70.00 |
| 02/11/2010 | Antonia Croke | READ | Consider MVE draft memo re: defacto/shadow directors of parent/sub-group, client amendments to note | 1.20 | 350.00 | 420.00 |
| 02/11/2010 | Antonia Croke | PHON | Additional conference call with US Counsel re: mediation analysis | 1.50 | 350.00 | 525.00 |
| 02/11/2010 | Antonia Croke | READ | Consider statute of case law on parent company being deemed a defactor or shadow director of subsidiary | 2.30 | 350.00 | 805.00 |
| 02/11/2010 | Antonia Croke | READ | Consider documents for disclosure list | 0.40 | 350.00 | 140.00 |
| 02/11/2010 | Antonia Croke | READ | Consider attachments to proposed draft NNI reply | 0.40 | 350.00 | 140.00 |
| 02/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: directors note and document request | 0.40 | 350.00 | 140.00 |
| 02/11/2010 | Antonia Croke | READ | Consider correspondence re: exchange of mediation statements and pensions correspondence | 0.50 | 350.00 | 175.00 |
| 02/11/2010 | Angela Pearson | INTD | Discussion with P Bagon | 0.30 | 625.00 | 187.50 |
| 02/11/2010 | Angela Pearson | INTD | Discussion with ACROKE | 0.30 | 625.00 | 187.50 |
| 02/11/2010 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 02/11/2010 | Angela Pearson | INTD | Discussion BJT | 0.20 | 625.00 | 125.00 |
| 02/11/2010 | Angela Pearson | CASE | Emails/documents for ACROKE | 0.50 | 625.00 | 312.50 |
| 02/11/2010 | Claude Vernusse | RSCH | Obtaining Kbis extract re French Nortel entities | 0.30 | 70.00 | 21.00 |
| 02/11/2010 | Eric Bouffard | DRFT | Amending draft memo re de facto manager | 4.00 | 625.00 | 2,500.00 |
| 02/11/2010 | Michelle Egbosimba | RSCH | Researching and drafting email re de facto and shadow directors | 2.70 | 290.00 | 783.00 |
| 02/11/2010 | Nataline Fleury | LETT | Review and finalize with E Bouffard memorandum regarding de facto directors | 0.50 | 560.00 | 280.00 |
| 02/11/2010 | Nathalie Legendre | READ | Research and reviewing case law relating to de facto directorship that would be relevant for a parent company. Drafting memo re: the same | 3.00 | 485.00 | 1,455.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 02/11/2010 | Nathalie Legendre | DRFT | Internal discussions with ERB regarding the draft memorandum re: de facto management. Review of the K Bis extracts of Nortel Networks SA and Nortel Networks SAS. Amendments to the memorandum following discussions with ERB. | 0.70 | 485.00 | 339.50 |
| 02/11/2010 | Paul Bagon | PHON | professional call (in part) re rebuttal arguments | 2.00 | 350.00 | 700.00 |
| 02/11/2010 | Paul Bagon | READ | reviewing shadow director / de facto director memos and sending out to AG. | 4.50 | 350.00 | 1,575.00 |
| 02/11/2010 | Paul Bagon | CASE | case management. | 2.50 | 350.00 | 875.00 |
| 02/11/2010 | Paul Bagon | READ | rebuttal arguments. | 3.00 | 350.00 | 1,050.00 |
| 03/11/2010 | Antonia Croke | PHON | Attend conference call with Akin Gump and Cleary Gottlieb re: NNI reply | 1.50 | 350.00 | 525.00 |
| 03/11/2010 | Antonia Croke | READ | Consider Pensions Act 2004 re: disclosure of relevant documents for Pensions Claim to US creditors; confer P Bagon and M Fink re: same | 0.90 | 350.00 | 315.00 |
| 03/11/2010 | Antonia Croke | INTD | Consider issues with AMP re: document disclosure list | 0.20 | 350.00 | 70.00 |
| 03/11/2010 | Antonia Croke | INTD | Consider issues with SLAW re: application of MRDA | 0.20 | 350.00 | 70.00 |
| 03/11/2010 | Antonia Croke | READ | Consider UK Pensions Regulator MS, Witness Statements and determinations panel decision re: document request; draft amendments to document list | 4.70 | 350.00 | 1,645.00 |
| 03/11/2010 | Antonia Croke | READ | Consider US rule 2004 examination | 0.30 | 350.00 | 105.00 |
| 03/11/2010 | Angela Pearson | INTD | Discussion P Bagon | 0.30 | 625.00 | 187.50 |
| 03/11/2010 | Angela Pearson | INTD | Discussion with ACROKE | 0.30 | 625.00 | 187.50 |
| 03/11/2010 | Angela Pearson | READ | Review comments on Mediation Submission | 3.00 | 625.00 | 1,875.00 |
| 03/11/2010 | Angela Pearson | READ | Review comments on disclosure list | 1.00 | 625.00 | 625.00 |
| 03/11/2010 | Eric Bouffard | CASE | Review final version memo + disc NZL | 0.50 | 625.00 | 312.50 |
| 03/11/2010 | George Stancliffe | RSCH | Research into Rule 2004 Notice. | 1.00 | 185.00 | 185.00 |
| 03/11/2010 | Marcus Fink | LETT | research into whether UK Regulator can refuse to disclose documents used to produce FSD warning notice. Internal call to discuss position and provide detailed summary of findings | 3.30 | 515.00 | 1,699.50 |
| 03/11/2010 | Michelle Egbosimba | INTD | Discussion with AC | 0.10 | 290.00 | 29.00 |
| 03/11/2010 | Michelle Egbosimba | READ | Review of Cleary Mediation Reply | 1.00 | 290.00 | 290.00 |
| 03/11/2010 | Paul Bagon | PHON | professionals calls re draft rebuttal brief. | 1.00 | 350.00 | 350.00 |
| 03/11/2010 | Sophie Law | LETT | Calls with Cleary Gottlieb | 1.00 | 185.00 | 185.00 |
| 04/11/2010 | Antonia Croke | PHON | Telephone conference with B Kahn re: NNI reply; emails re: same | 0.50 | 350.00 | 175.00 |
| 04/11/2010 | Antonia Croke | READ | Consider NNI reply to EMEA Mediation Statement; consider equitable law principles and relevant case law; draft amendments; email re: same | 4.20 | 350.00 | 1,470.00 |
| 04/11/2010 | Antonia Croke | DRFT | Draft further amendments to NNI Reply; email re: same; consider same with P Bagon | 0.80 | 350.00 | 280.00 |
| 04/11/2010 | Antonia Croke | INTD | Consider issues with AMP re: draft NNI reply to EMEA Mediation Statement | 0.20 | 350.00 | 70.00 |
| 04/11/2010 | Angela Pearson | INTD | Discussion with ACROKE | 0.30 | 625.00 | 187.50 |
| 04/11/2010 | Angela Pearson | READ | Review draft mediation brief | 1.00 | 625.00 | 625.00 |
| 04/11/2010 | Angela Pearson | READ | Review email | 0.30 | 625.00 | 187.50 |
| 04/11/2010 | Angela Pearson | INTD | Emails ACROKE | 0.20 | 625.00 | 125.00 |
| 04/11/2010 | Paul Bagon | READ | reviewing US mediation reply and related internal discussions with AC and calls and emails with AG. | 4.00 | 350.00 | 1,400.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012      General Claims Analysis/Claims Objections

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 04/11/2010 | Paul Bagon | PREP | prep for mediation | 6.00 | 350.00 | 2,100.00 |
| 05/11/2010 | Paul Bagon | PREP | prep for mediation. | 9.00 | 350.00 | 3,150.00 |
| 08/11/2010 | Antonia Croke | PHON | Conference call with Giles Boothman, Ben Tidswell and AMP re: global litigation strategy | 1.00 | 350.00 | 350.00 |
| 08/11/2010 | Angela Pearson | READ | Review Mediation Statements | 2.00 | 625.00 | 1,250.00 |
| 08/11/2010 | Angela Pearson | INTD | Re mediation statements | 0.10 | 625.00 | 62.50 |
| 08/11/2010 | Ben Tidswell | CASE | Consider issues and meeting with AMP/GDB/PDB | 1.50 | 650.00 | 975.00 |
| 08/11/2010 | Giles Boothman | ATTD | Internal meeting re. outcome if mediation not settled. | 1.00 | 650.00 | 650.00 |
| 08/11/2010 | Paul Bagon | PREP | Prep for mediation | 4.00 | 350.00 | 1,400.00 |
| 08/11/2010 | Paul Bagon | INTD | with GDB, AMP, BJT & ACROKE re jurisdiction issues re litigation. | 1.00 | 350.00 | 350.00 |
| 09/11/2010 | Michelle Egbosimba | RSCH | Research on the implications of parallel proceedings being run in the UK and US | 4.80 | 290.00 | 1,392.00 |
| 10/11/2010 | Antonia Croke | INTD | Consider issues with SLAW re: US stay | 0.40 | 350.00 | 140.00 |
| 10/11/2010 | Antonia Croke | READ | Consider issues re: Parallel proceedings and conflicting judgment | 0.50 | 350.00 | 175.00 |
| 10/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: mediation | 0.20 | 350.00 | 70.00 |
| 10/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: UCC Committee call | 0.30 | 350.00 | 105.00 |
| 10/11/2010 | Antonia Croke | INTD | Consider issues with MVW re: parallel proceedings | 0.40 | 350.00 | 140.00 |
| 10/11/2010 | Michelle Egbosimba | DRFT | Research and drafting note on the implications of parallel proceedings being run in the UK and US | 7.40 | 290.00 | 2,146.00 |
| 10/11/2010 | Paul Bagon | ATTD | Attending meeting at Cleary Gottlieb to discuss mediation strategy | 4.00 | 350.00 | 1,400.00 |
| 10/11/2010 | Sophie Law | LETT | research into administration orders and enforceable in UK; fsds and enforceability INTD with A CROKE | 3.10 | 185.00 | 573.50 |
| 11/11/2010 | Antonia Croke | READ | Consider emails re: mediation update and UK order | 0.30 | 350.00 | 105.00 |
| 11/11/2010 | Antonia Croke | INTD | Consider issues with MVE re: conflicting judgments | 0.20 | 350.00 | 70.00 |
| 11/11/2010 | Antonia Croke | INTD | Consider issues with SLAW re: research on European and worldwide insolvency regulations | 0.40 | 350.00 | 140.00 |
| 11/11/2010 | Angela Pearson | INTD | Emails to Paul Bagon etc. | 0.50 | 625.00 | 312.50 |
| 11/11/2010 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 11/11/2010 | Michelle Egbosimba | DRFT | Amendment to Advice on parallel proceedings/Discussion with AC | 1.20 | 290.00 | 348.00 |
| 11/11/2010 | Paul Bagon | LETT | Attending mediation | 11.00 | 350.00 | 3,850.00 |
| 11/11/2010 | Sophie Law | LETT | INTD with ACROKE; research re US/Canadian bankruptcy procedure and potential effect of us stay on UK proceedings | 1.80 | 185.00 | 333.00 |
| 12/11/2010 | Antonia Croke | INTD | Consider issues with MVE re: conflict of laws | 0.30 | 350.00 | 105.00 |
| 12/11/2010 | Antonia Croke | INTD | Consider issues with SLAW re: US stay; worldwide effect and EU Regs | 0.50 | 350.00 | 175.00 |
| 12/11/2010 | Antonia Croke | DRFT | Consider MVE memo and parallel proceedings and conflicting foreign judgments; and draft amendments | 0.90 | 350.00 | 315.00 |
| 12/11/2010 | Antonia Croke | DRFT | Consider SLAW memo and US stay and EU Regulations on global enforcement | 0.70 | 350.00 | 245.00 |
| 12/11/2010 | Antonia Croke | READ | Consider conflict of laws re: parallel proceedings and conflicting US and UK judgments; enforcement of US stay in the UK; strategies available to US. | 4.40 | 350.00 | 1,540.00 |
| 12/11/2010 | Angela Pearson | LETT | Email to Linklaters | 0.50 | 625.00 | 312.50 |
| 12/11/2010 | Jennifer Moore | READ | Proof reading of note | 0.80 | 185.00 | 148.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**     **General Claims Analysis/Claims Objections**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/11/2010 | Michelle Egbosimba | DRFT | Amending note of advice on parallel proceedings | 3.60 | 290.00 | 1,044.00 |
| 12/11/2010 | Paul Bagon | ATTD | Attending mediation | 9.00 | 350.00 | 3,150.00 |
| 12/11/2010 | Sophie Law | RSCH | research - ch 11/15, enforcement of order in UK, memo to A CROKE | 4.00 | 185.00 | 740.00 |
| 14/11/2010 | Paul Bagon | ATTD | Attending mediation | 11.00 | 350.00 | 3,850.00 |
| 15/11/2010 | Antonia Croke | DRFT | Draft memorandum of advice on: parallel proceedings, conflicting judgments, enforcement of US stay - global | 4.60 | 350.00 | 1,610.00 |
| 15/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: mediation | 0.20 | 350.00 | 70.00 |
| 15/11/2010 | Antonia Croke | READ | Consider case law on dual US and UK proceedings between similar parties | 1.30 | 350.00 | 455.00 |
| 15/11/2010 | Angela Pearson | MISC | Review/response to emails | 1.00 | 625.00 | 625.00 |
| 15/11/2010 | Michelle Egbosimba | READ | Review of note re parallel proceedings | 0.40 | 290.00 | 116.00 |
| 15/11/2010 | Paul Bagon | LETT | Attending mediation | 10.80 | 350.00 | 3,780.00 |
| 15/11/2010 | Sophie Law | RSCH | Cases, articles re memo on Art11 etc; INTD with ACROKE | 0.80 | 185.00 | 148.00 |
| 16/11/2010 | Antonia Croke | READ | Consider mediation materials | 1.20 | 350.00 | 420.00 |
| 16/11/2010 | Paul Bagon | ATTD | Attending mediation | 9.00 | 350.00 | 3,150.00 |
| 16/11/2010 | Paul Bagon | ATTD | Update email to team | 0.50 | 350.00 | 175.00 |
| 17/11/2010 | Antonia Croke | INTD | Consider issues with SLAW re: interplay between enforcement of foreign judgments and bankruptcy law | 0.40 | 350.00 | 140.00 |
| 17/11/2010 | Antonia Croke | READ | Consider commentary of enforcement of foreign judgments in bankruptcy | 3.70 | 350.00 | 1,295.00 |
| 17/11/2010 | Antonia Croke | READ | Consider application of CBIR in UK | 0.80 | 350.00 | 280.00 |
| 17/11/2010 | Antonia Croke | READ | Consider issue of forum for potential UK/US conflicting proceedings | 1.20 | 350.00 | 420.00 |
| 17/11/2010 | Angela Pearson | DRFT | Review/comment on note | 1.00 | 625.00 | 625.00 |
| 17/11/2010 | Angela Pearson | INTD | Discussion ACROKE | 0.50 | 625.00 | 312.50 |
| 17/11/2010 | Sophie Law | RSCH | research re "Eurofinance" case - enforcement of foreign bankruptcy judgments | 1.80 | 185.00 | 333.00 |
| 18/11/2010 | Antonia Croke | INTD | Consider issues with J Marone re: escrow agreement and need for arbitration order | 0.70 | 350.00 | 245.00 |
| 18/11/2010 | Antonia Croke | READ | Consider issues on conflict of laws in insolvency proceedings and recent CBIR case law | 4.20 | 350.00 | 1,470.00 |
| 18/11/2010 | Antonia Croke | DRFT | Draft amendments to Memo of advice on parallel US and UK proceedings and conflicting judgments in global insolvency | 2.20 | 350.00 | 770.00 |
| 18/11/2010 | Angela Pearson | READ | Review email/document | 0.50 | 625.00 | 312.50 |
| 19/11/2010 | Paul Bagon | INTD | re mediation update. | 0.50 | 350.00 | 175.00 |
| 19/11/2010 | Paul Bagon | LETT | reviewing escrow agreements. | 1.00 | 350.00 | 350.00 |
| 19/11/2010 | Paul Bagon | READ | jurisdiction note. | 1.00 | 350.00 | 350.00 |
| 22/11/2010 | Antonia Croke | INTD | Consider issues with J Moore re: Escrow Agreement | 0.30 | 350.00 | 105.00 |
| 22/11/2010 | Antonia Croke | READ | Consider Escrow Agreement re: distribution of funds | 2.20 | 350.00 | 770.00 |
| 22/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: mediation update | 0.80 | 350.00 | 280.00 |
| 22/11/2010 | Antonia Croke | ATTD | Attend UCC conference call with Akin Gump re: litigation | 1.60 | 350.00 | 560.00 |
| 22/11/2010 | Jennifer Moore | DRFT | Research on arbitration, consideration of the Escrow Agreement and drafted a note summarising the relevant clauses | 1.80 | 185.00 | 333.00 |
| 22/11/2010 | Paul Bagon | INTD | ACROKE re mediation update. | 1.00 | 350.00 | 350.00 |
| 22/11/2010 | Paul Bagon | PHON | professionals post-mediation strategy call (in part). | 2.50 | 350.00 | 875.00 |

## Matter: CCN01.00001 – BANKRUPTCY

### C0012      General Claims Analysis/Claims Objections

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 23/11/2010 | Antonia Croke | READ | Consider commentary on Rubin case re: relevance for Nortel facts | 1.10 | 350.00 | 385.00 |
| 23/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: UCC strategy | 0.20 | 350.00 | 70.00 |
| 23/11/2010 | Antonia Croke | DRFT | Review J Moore note and draft amendments re: application of Escrow Agreement | 1.70 | 350.00 | 595.00 |
| 23/11/2010 | Antonia Croke | READ | Consider application and enforcement of escrow | 0.80 | 350.00 | 280.00 |
| 23/11/2010 | Paul Bagon | RSCH | case law re US UK cross border insolvency protocols. | 1.50 | 350.00 | 525.00 |
| 24/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: UCC | 0.40 | 350.00 | 140.00 |
| 24/11/2010 | Antonia Croke | DRFT | Consider J Moore memo on escrow agreement and draft amendments re: same | 0.70 | 350.00 | 245.00 |
| 24/11/2010 | Paul Bagon | READ | amending note on jurisdiction issues. | 4.30 | 350.00 | 1,505.00 |
| 25/11/2010 | Antonia Croke | INTD | Consider issues with BJT re: memo on parallel proceedings | 0.60 | 350.00 | 210.00 |
| 25/11/2010 | Antonia Croke | LETT | Email - J Moore | 0.10 | 350.00 | 35.00 |
| 25/11/2010 | Antonia Croke | LETT | Email - P Bagon | 0.10 | 350.00 | 35.00 |
| 25/11/2010 | Antonia Croke | READ | Consider issues re: practical enforcement of escrow and insolvency jurisdiction | 0.70 | 350.00 | 245.00 |
| 25/11/2010 | Ben Tidswell | CASE | Consider note; INTD ACROKE | 1.50 | 650.00 | 975.00 |
| 26/11/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: enforcement | 0.30 | 350.00 | 105.00 |
| 26/11/2010 | Antonia Croke | READ | Consider further amendments to memo | 0.30 | 350.00 | 105.00 |
| 26/11/2010 | Paul Bagon | INTD | ACROKE re jurisdictions note. | 0.30 | 350.00 | 105.00 |
| 29/11/2010 | Angela Pearson | LETT | Emails re: hearing | 0.30 | 625.00 | 187.50 |
| 29/11/2010 | Cecily Carroll | LETT | Attend court | 6.00 | 185.00 | 1,110.00 |
| 30/11/2010 | Jennifer Moore | ATTD | Nortel court hearing and drafting related note | 2.20 | 185.00 | 407.00 |

                                                                **101,146.00**

**Matter: CCN01.00001 – BANKRUPTCY**

### C0019     Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.80 | 625.00 | 1,125.00 |
| SEH | Steven Hull | 1.80 | 625.00 | 1,125.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 1.70 | 515.00 | 875.50 |
| **Associates** | | | | |
| ACROKE | Antonia Croke | 8.40 | 350.00 | 2,940.00 |
| PDB | Paul Bagon | 7.30 | 350.00 | 2,555.00 |
| **Trainee** | | | | |
| CTC | Cecily Carroll | 2.90 | 185.00 | 536.50 |
| JMOORE | Jennifer Moore | 2.60 | 185.00 | 481.00 |
| | | | Total | **9,638.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0019      Labor Issues/Employee Benefits

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2010 | Paul Bagon | LETT | email to group re French employee claims. | 0.80 | 350.00 | 280.00 |
| 02/11/2010 | Marcus Fink | LETT | review document request list from TPR re mediation hearings. Call with PG and litigation re the same | 1.10 | 515.00 | 566.50 |
| 03/11/2010 | Paul Bagon | DRFT | Internal discussions re AG Q re UK pension authority and disclosure. Reviewing Ashurst advice and sending out. | 1.50 | 350.00 | 525.00 |
| 03/11/2010 | Steven Hull | INTD | Discussion with Marcus Fink regarding section 82 of the Pensions Act 2004 re: TPR disclosures; analysis of law and review Marcus Fink emails regarding same; review Antonia Croke email regarding Ball 2004 examination under bankruptcy code and related matters; review Marcus Fink summary of the law to Paul Bagon and Antonia Croke and review Paul Bagon email to Lisa Beckerman re: same and comments on documentation attached; review further Lisa Beckerman email and review attached list of document requests relating to mediation and related matters | 1.00 | 625.00 | 625.00 |
| 05/11/2010 | Steven Hull | LETT | Review email correspondence in connection with requirements for corporate insolvency law and information in connection with same | 0.20 | 625.00 | 125.00 |
| 11/11/2010 | Marcus Fink | LETT | review summary from first day of mediation hearing | 0.60 | 515.00 | 309.00 |
| 11/11/2010 | Steven Hull | LETT | Review Paul Bagon Nortel mediation update and review Angela Pearson e-mail re. same | 0.20 | 625.00 | 125.00 |
| 15/11/2010 | Steven Hull | LETT | Review Angela Pearson and Giles Boothman e-mails regarding Nortel roundup and e-mail commentary in connection with the same | 0.40 | 625.00 | 250.00 |
| 30/11/2010 | Antonia Croke | INTD | Consider issues with A Person and P Bagon re: Nortel Court Hearing | 0.40 | 350.00 | 140.00 |
| 30/11/2010 | Antonia Croke | INTD | Consider issues with J Moore and C Carroll re: Nortel Court hearing | 0.40 | 350.00 | 140.00 |
| 30/11/2010 | Antonia Croke | INTD | Consider issues re: transcripts of proceedings; confer AEVE re: same | 0.30 | 350.00 | 105.00 |
| 30/11/2010 | Antonia Croke | INTD | Consider newspaper articles on Nortel Pension Court Hearing | 0.90 | 350.00 | 315.00 |
| 30/11/2010 | Antonia Croke | DRFT | Draft email to UCC advisors re: outcome of UK Pensions Court Hearing; confer A Pearson and P Bagon re: same | 2.80 | 350.00 | 980.00 |
| 30/11/2010 | Antonia Croke | JUDG | Attend Nortel Pensions Regulators Court Hearing at The High Court | 3.60 | 350.00 | 1,260.00 |
| 30/11/2010 | Angela Pearson | INTD | Internal discussion re: Nortel proceedings | 1.00 | 625.00 | 625.00 |
| 30/11/2010 | Angela Pearson | PHON | Telephone conversation with Linklaters | 0.50 | 625.00 | 312.50 |
| 30/11/2010 | Angela Pearson | READ | Review of Nortel email | 0.30 | 625.00 | 187.50 |
| 30/11/2010 | Cecily Carroll | ATTD | Attend court | 2.50 | 185.00 | 462.50 |
| 30/11/2010 | Cecily Carroll | LETT | call with A. Croke on court hearing- update | 0.40 | 185.00 | 74.00 |
| 30/11/2010 | Jennifer Moore | DRFT | Researched press articled on Nortel case and wrote up note on the morning hearing | 2.60 | 185.00 | 481.00 |
| 30/11/2010 | Paul Bagon | DRFT | coordinating, reviewing and sending out note re UK Nortel / Lehman pensions hearing. | 5.00 | 350.00 | 1,750.00 |

9,638.00

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>C0025</u> | Travel | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 27.00 | 350.00 | 9,450.00 |
| **Trainee** | | | | |
| CTC | Cecily Carroll | 3.00 | 185.00 | 555.00 |
| JMOORE | Jennifer Moore | 0.40 | 185.00 | 74.00 |
| | | | Total | **10,079.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/11/2010 | Paul Bagon | TRAV | Travelling to NY for the mediation. | 12.00 | 350.00 | 4,200.00 |
| 10/11/2010 | Paul Bagon | PHON | Travelling to and back from Cleary Gottlieb | 0.50 | 350.00 | 175.00 |
| 11/11/2010 | Paul Bagon | TRAV | Travel | 0.50 | 350.00 | 175.00 |
| 12/11/2010 | Paul Bagon | TRAV | Travelling to mediation | 0.50 | 350.00 | 175.00 |
| 14/11/2010 | Paul Bagon | TRAV | Travelling to mediation | 0.50 | 350.00 | 175.00 |
| 15/11/2010 | Paul Bagon | TRAV | Travel | 0.50 | 350.00 | 175.00 |
| 16/11/2010 | Paul Bagon | TRAV | Travel | 0.50 | 350.00 | 175.00 |
| 17/11/2010 | Paul Bagon | TRAV | Returning to UK from US. | 12.00 | 350.00 | 4,200.00 |
| 29/11/2010 | Cecily Carroll | TRAV | To court | 1.50 | 185.00 | 277.50 |
| 30/11/2010 | Cecily Carroll | TRAV | Attend court | 1.50 | 185.00 | 277.50 |
| 30/11/2010 | Jennifer Moore | TRAV | Travelling to court | 0.40 | 185.00 | 74.00 |
| | | | | | | **10,079.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0031** | **European Proceedings/Matters** | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 10.60 | 650.00 | 6,890.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 6.00 | 350.00 | 2,100.00 |
| **Trainee** | | | | |
| CABOUA | Christine Abou Assali | 2.20 | 185.00 | 407.00 |
| EARDEN | Edward Arden | 12.70 | 185.00 | 2,349.50 |
| | | | Total | **11,746.50** |

## Matter: CCN01.00001 - BANKRUPTCY

### C0031    European Proceedings/Matters

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2010 | Giles Boothman | PHON | Fred Hodora re. mediation arrangements | 0.20 | 650.00 | 130.00 |
| 01/11/2010 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 02/11/2010 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 02/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 02/11/2010 | Giles Boothman | LETT | Fred Hodara | 0.10 | 650.00 | 65.00 |
| 03/11/2010 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 03/11/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 03/11/2010 | Paul Bagon | LETT | various emails. | 0.50 | 350.00 | 175.00 |
| 03/11/2010 | Paul Bagon | CASE | case management. | 1.00 | 350.00 | 350.00 |
| 04/11/2010 | Christine Abou Assali | CASE | Attending High Court for the submission of an application to take copies of the administration orders in relation to the relevant Nortel companies | 2.20 | 185.00 | 407.00 |
| 04/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 04/11/2010 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 05/11/2010 | Edward Arden | MISC | Calling High Court to find out procedure for obtaining administration orders. Writing letter of representation. Phoning up to find references for administration orders. Obtaining cheques. | 3.10 | 185.00 | 573.50 |
| 05/11/2010 | Edward Arden | MISC | Attending the bankruptcy registry to submit application for copy administration orders. | 2.20 | 185.00 | 407.00 |
| 05/11/2010 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 05/11/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 09/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 10/11/2010 | Edward Arden | MISC | Contacting Bankruptcy Registry for update on office copy requests. Requesting cheques and going to RCJ to collect copy orders. Scanning in and emailing to PDB. | 4.10 | 185.00 | 758.50 |
| 10/11/2010 | Giles Boothman | READ | Emails/consider issues | 0.30 | 650.00 | 195.00 |
| 10/11/2010 | Paul Bagon | PHON | Post UCC committee call | 2.00 | 350.00 | 700.00 |
| 11/11/2010 | Edward Arden | MISC | Contacting court to chase correct office copies. Attending court to collect copies. Emailing PDFs to PDB. | 3.10 | 185.00 | 573.50 |
| 11/11/2010 | Giles Boothman | INTD | PDB - catch up re. Mediation | 0.30 | 650.00 | 195.00 |
| 11/11/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 12/11/2010 | Giles Boothman | READ | Emails re mediation | 0.50 | 650.00 | 325.00 |
| 15/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 15/11/2010 | Giles Boothman | INTD | Paul/Angela | 0.50 | 650.00 | 325.00 |
| 16/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 17/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 18/11/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 19/11/2010 | Giles Boothman | INTD | PDB - update | 0.50 | 650.00 | 325.00 |
| 19/11/2010 | Paul Bagon | LETT | various emails. | 1.00 | 350.00 | 350.00 |
| 22/11/2010 | Giles Boothman | ATTD | Professionals call | 1.00 | 650.00 | 650.00 |
| 22/11/2010 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 23/11/2010 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**     **European Proceedings/Matters**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 23/11/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 24/11/2010 | Giles Boothman | READ | Emails/docs | 0.30 | 650.00 | 195.00 |
| 29/11/2010 | Edward Arden | MISC | Filing receipts and orders received from high court for PDB. | 0.20 | 185.00 | 37.00 |
| 29/11/2010 | Paul Bagon | LETT | various emails and calls re UK court proceedings. | 0.50 | 350.00 | 175.00 |
| 30/11/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 30/11/2010 | Paul Bagon | PHON | professionals pre-call. | 1.00 | 350.00 | 350.00 |

                                                                                                                                **11,746.50**