**Exhibit C**

### DISBURSEMENT SUMMARY
### NOVEMBER 01, 2010 THROUGH NOVEMBER 30, 2010

| | |
|---|---|
| Document Production | £589.12 |
| Meals | £10.75 |
| Travel Expenses – Ground Transportation | £333.75 |
| Travel Expenses – Air Transportation | £3,829.47 |
| Travel Expenses – Accommodation | £4,032.99 |
| Telephonic | £42.52 |
| Search Fees | £7.94 |
| Court Fees | £20.00 |
| **TOTAL** | **£8,866.54** |

21