**Exhibit D**

## Disbursements Detailed Breakdown

### Court Fees (Court Fees)

| | | |
|---|---|---|
| 10/11/2010 | PAYEE: HMCS; REQUEST#: 414924; DATE: 10/11/2010. - Copies of admin orders | 5.00 |
| 10/11/2010 | PAYEE: HMCS; REQUEST#: 414927; DATE: 10/11/2010. - Copies of admin costs | 5.00 |
| 12/11/2010 | PAYEE: Petty Cash; REQUEST#: 415289; DATE: 12/11/2010. > Petty Cash for court fees | 10.00 |

### Document Production

450.32

### External Photocopying Charges (Outside Photocopying Charges)

| | | |
|---|---|---|
| 05/11/2010 | PAYEE: HMCS; REQUEST#: 414452; DATE: 05/11/2010. - Cheque re office copy request1 - copies of administration orders | 120.00 |
| 11/11/2010 | PAYEE: Smith, Helen; REQUEST#: 415111; DATE: 11/11/2010. - BACS payment to reimburse expenses Helen Smith copy of case from Law Society for MVE | 18.80 |

### Fares, Courier Charges and Incidental Expenses (Miscellaneous UK Travel (inc. Bus, train, Tube and Internal Air Fares))

| | | |
|---|---|---|
| 29/11/2010 | PAYEE: Bagon, Paul; REQUEST#: 417374; DATE: 29/11/2010. - BACS payment to reimburse expenses PDB Heathrow Express 18.11.10 | 18.00 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| | | |
|---|---|---|
| 05/11/2010 | PAYEE: Petty Cash; REQUEST#: 414464; DATE: 05/11/2010. - Petty Cash for dinner working late | 10.75 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 01/11/2010 | PAYEE: Petty Cash; REQUEST#: 414005; DATE: 01/11/2010. - Petty Cash for taxi fare | 26.00 |
| 03/11/2010 | PAYEE: Petty Cash; REQUEST#: 414198; DATE: 03/11/2010. - Petty Cash for taxi fare | 28.00 |
| 05/11/2010 | PAYEE: Petty Cash; REQUEST#: 414464; DATE: 05/11/2010. - Petty Cash for taxi fare | 7.00 |
| 10/11/2010 | PAYEE: Petty Cash; REQUEST#: 414975; DATE: 10/11/2010. - Petty Cash for taxi fares | 26.00 |
| 10/11/2010 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 24001; DATE: 10/11/2010. - TAXI - PDB (Britten Clo to Paddington Station) 09/11/10 | 107.45 |
| 12/11/2010 | PAYEE: Petty Cash; REQUEST#: 415289; DATE: 12/11/2010. - Petty Cash for taxi fares to/from RCJ | 24.00 |
| 12/11/2010 | PAYEE: Petty Cash; REQUEST#: 415289; DATE: 12/11/2010. - Petty Cash for taxi fares to/from RCJ to collect admin orders | 20.60 |
| 22/11/2010 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 24441; DATE: 22/11/2010. - TAXI - RIVE (Appold Street to E14) 19/11/10 | 31.70 |
| 29/11/2010 | PAYEE: Bagon, Paul; REQUEST#: 417374; DATE: 29/11/2010. - BACS payment to reimburse expenses PDB taxi fare 18.11.10 | 20.00 |
| 29/11/2010 | PAYEE: Petty Cash; REQUEST#: 417514; DATE: 29/11/2010. - Petty Cash for taxi fare. | 25.00 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| | | |
|---|---|---|
| 01/11/2010 | VENDOR: Meetingzone Ltd; INVOICE#: 000348537; DATE: 01/11/2010 - Conference call on 12/10/10 | 42.52 |

### International Travel, Hotel and Related Expenses (Currency)

| | | |
|---|---|---|
| 15/11/2010 | VENDOR: FX Currency Services Ltd; INVOICE#: 12627; DATE: 15/11/2010 - Deal No.599926 - 870 US Dollars for 8/11/2010 (RQ2766) | 562.12 |

### International Travel, Hotel and Related Expenses (Hotel Expenses)

| | | |
|---|---|---|
| 29/11/2010 | PAYEE: Bagon, Paul; REQUEST#: 417374; DATE: 29/11/2010. - BACS payment to reimburse expenses PDB 11.11.10 | 289.72 |

## Disbursements Detailed Breakdown

| | | |
|---|---|---|
| 29/11/2010 | PAYEE: Bagon, Paul; REQUEST#: 417374; DATE: 29/11/2010.  -  BACS payment to reimburse expenses PDB hotel 9-17.11.10 (US $ 5,013.61 @ 1.5761) | 3,181.15 |

**International Travel, Hotel and Related Expenses (Travel Expenses (Inc. International Air Fares and Eurostar))**

| | | |
|---|---|---|
| 09/11/2010 | VENDOR: Reed & Mackay Travel Ltd INVOICE#: R1982520 DATE: 05/11/2010 MEETING LONDON – HEATHROW->JOHN F KENNEDY->LONDON – HEATHROW TRAVEL DATE 09/11/2010 PAUL BAGON | 3,829.47 |

**Search Fees (Search Fees)**

| | | |
|---|---|---|
| 02/11/2010 | Doc internet NZL 2 kbis versailles | 7.94 |

| | |
|---|---|
| | 8,866.54 |