## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2010 THROUGH NOVEMBER 30 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 12.30 | 7,995.00 |
| Ben Tidswell | Partner for 10 years; Admitted in 1994; Litigation Group, UK | £650 | 3.00 | 1,950.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £625 | 21.90 | 13,687.50 |
| Eric Bouffard | Partner for 4 years; Admitted in 1996 (France); Litigation and Restructuring Paris | £625 | 4.50 | 2,812.50 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 1.80 | 1,125.00 |
| Nataline Fleury | Counsel, Admitted in 2000; Employment Group, France | £560 | 0.50 | 280.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 5.00 | 2,575.00 |
| Antonia Croke | Associate for 3 years; Admitted in 2007 in New South Wales, Australia, Litigation Group, UK | £350 | 83.00 | 29,110.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 169.70 | 59,395.00 |
| Michelle Egbosimba | Associate for 1 year; Admitted in 2010; Litigation Group, UK | £290 | 26.60 | 7,714.00 |
| Natalie Legendre | Professional Development Attorney; Admitted in 1994; Corporate Group, France | £485 | 3.70 | 1,794.50 |
| George Stancliffe | Trainee Solicitor; Litigation Group, UK | £185 | 1.00 | 185.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Andrew Martin | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 0.80 | 148.00 |
| Sophie Law | Trainee Solicitor; Litigation Group, UK | £185 | 13.60 | 2,516.00 |
| Cecily Carroll | Trainee Solicitor; Employment, Incentives and Pensions Group, UK | £185 | 11.90 | 2,201.50 |
| Jennifer Moore | Trainee Solicitor; Litigation Group, UK | £185 | 7.80 | 1,443.00 |
| Edward Arden | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 1.60 | 296.00 |
| Christine Abou Assali | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 2.20 | 407.00 |
| Claude Vernusse | Paralegal; Corporate Group, France | £70 | 0.30 | 21.00 |
| TOTAL | | | 382.30 | 137,649.50 |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 01, 2010 THROUGH NOVEMBER 30, 2010

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 10.00 | 3,500.00 |
| Creditors Committee Meetings | 3.80 | 1,540.00 |
| General Claims Analysis / Claims Objections | 280.10 | 101,146.00 |
| Labor Issues / Employee Benefits | 26.50 | 9,638.00 |
| Travel | 30.40 | 10,079.00 |
| European Proceedings/Matters | 31.50 | 11,746.50 |
| TOTAL | 382.30 | 137,649.50 |