# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/18/2010 | Brian Heinimann | Airfare | Airfare to and from NY for a client meeting: Southwest: MDW / LGA 11/29/2010 to 12/02/2010. | 419.40 |
| 11/11/2010 | Coley P. Brown | Airfare | Airfare to and from ORD/LGA for week of 11/14-11/19.: United: ORD / LGA 11/14/2010 to 11/19/2010. | 843.40 |
| 11/23/2010 | Coley P. Brown | Airfare | Airfare to and from ORD/LGA for week of 11/28-12/2.: United: ORD / LGA 11/28/2010 to 12/02/2010. | 963.40 |
| 11/8/2010 | Lee A. Sweigart | Airfare | Flight for work in Huron Chicago office: SOUTHWEST AIRLINES: IND/MDW 11/09/2010 to 11/11/2010. | 283.40 |
| 11/19/2010 | Lee A. Sweigart | Airfare | Flight to NYC for meetings at Cleary's offices: DELTA AIR LINES: IND/LGA 11/29/2010 to 12/02/2010. | 1,103.19 |
| 11/30/2010 | Matthew J. Fisher | Airfare | Travel to New York to meet with Debtors' attorneys and J. Ray, T. Ross (Nortel): Southwest: MDW/LGA 11/29/2010 to 12/02/2010. | 419.40 |
| 11/3/2010 | Michael E. Scannella | Airfare | Airfare to Huron Chicago Office.: Continental: EWR/ORD 11/08/2010 to 11/11/2010. | 979.40 |
| 11/1/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to client site: Yellow Cab: Residence / MDW | 45.00 |
| 11/2/2010 | Brian Heinimann | Ground Transportation | Cab to residence from MDW after return from visit to client site: Yellow Cab: Residence / MDW | 45.00 |
| 11/17/2010 | Brian Heinimann | Ground Transportation | Cab after working late in office to residence: Yellow Cab: Office / Residence | 20.00 |
| 11/18/2010 | Brian Heinimann | Ground Transportation | Cab after working late in office to residence: Yellow Cab: Office / Residence | 20.00 |
| 11/19/2010 | Brian Heinimann | Ground Transportation | Cab after working late in office to residence: Yellow Cab: Office / Residence | 20.00 |
| 11/23/2010 | Brian Heinimann | Ground Transportation | Cab after working late in office to residence: Yellow Cab: Office / Residence | 20.00 |
| 11/28/2010 | Brian Heinimann | Ground Transportation | Cab to residence from office after working on Nortel matters: Yellow Cab: Office / Residence | 20.00 |
| 11/28/2010 | Brian Heinimann | Ground Transportation | Cab to office for Nortel matters: Yellow Cab: Residence / Office | 20.00 |
| 11/29/2010 | Brian Heinimann | Ground Transportation | Cab to office in NYC: Yellow Cab: LGA / Huron | 32.00 |
| 11/29/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to meetings in NYC: Yellow Cab: Residence / MDW | 45.00 |
| 11/4/2010 | Coley P. Brown | Ground Transportation | Cab from Huron office in Chicago to residence after working late on Nortel matters.: Cab: Office / Residence | 20.00 |
| 11/5/2010 | Coley P. Brown | Ground Transportation | Cab from Huron office in Chicago to residence after working late on Nortel matters.: Cab: Office / Residence | 20.00 |
| 11/14/2010 | Coley P. Brown | Ground Transportation | Cab from LGA to hotel in NY for travel on Nortel.: Cab: LGA / Hotel | 40.00 |
| 11/14/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/19/2010 | Coley P. Brown | Ground Transportation | Cab from hotel to LGA for travel on Nortel.: Cab: Hotel / LGA | 40.00 |
| 11/19/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 11/28/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 11/28/2010 | Coley P. Brown | Ground Transportation | Cab from LGA to hotel for travel on Nortel.: Cab: LGA / Hotel | 40.00 |
| 11/9/2010 | Lee A. Sweigart | Ground Transportation | Ride from MDW to Huron Chicago office: YELLOW SERVICES INC: MDW/Huron | 40.55 |
| 11/9/2010 | Lee A. Sweigart | Ground Transportation | Ride to hotel from Huron's office: Cab: Chicago | 13.00 |
| 11/11/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron's office from hotel: Cab: Chicago | 13.00 |
| 11/11/2010 | Lee A. Sweigart | Ground Transportation | Ride to MDW from Huron's office: Cab: Chicago | 37.00 |
| 11/29/2010 | Lee A. Sweigart | Ground Transportation | Car service from LGA to Huron office: NYC Car Service: LGA/NYC | 65.00 |
| 11/29/2010 | Matthew J. Fisher | Ground Transportation | Transportation to airport (MDW) from residence (1464 S. Michigan): Taxi: Residence/airport | 32.00 |
| 11/8/2010 | Michael E. Scannella | Ground Transportation | Car from home to airport for travel on Nortel.: A1: Montville/EWR | 88.00 |
| 11/8/2010 | Michael E. Scannella | Ground Transportation | Car from ORD to hotel while traveling on Nortel.: Chicago Cab: ORD/Hotel | 44.35 |
| 11/9/2010 | Michael E. Scannella | Ground Transportation | Cab to Huron office from hotel.: Chicago Cab: Hotel/Office | 13.00 |
| 11/9/2010 | Michael E. Scannella | Ground Transportation | Roundtrip cab to dinner while traveling.: Chicago Cab: Hotel/Dinner | 18.00 |
| 11/10/2010 | Michael E. Scannella | Ground Transportation | Cab from hotel to office while traveling.: Chicago Cab: Hotel/Office | 11.00 |
| 11/11/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport after travel for Nortel.: Dial 7: EWR/Hoboken | 62.00 |
| 11/18/2010 | Michael E. Scannella | Ground Transportation | Cab home after working late on Nortel matters.: Yellow Taxi: NYC/NJ | 57.50 |
| 11/2/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site: Sheraton: Durham 11/01/2010 to 11/02/2010, 1 night. | 153.56 |
| 11/15/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Manhattan hotel in New York for 1 night.: Sheraton Manhattan: New York 11/14/2010 to 11/15/2010. | 241.26 |
| 11/19/2010 | Coley P. Brown | Hotel/Lodging | Four Points hotel in New York for 4 nights.: Four Points: New York 11/15/2010 to 11/19/2010. | 1,293.96 |
| 11/29/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Manhattan in New York for 1 night.: Sheraton Manhattan: New York 11/28/2010 to 11/29/2010. | 259.62 |
| 11/2/2010 | James Lukenda | Hotel/Lodging | Nortel-one night at Sheraton RTP (153.56) and maid tip (5): Sheraton: RTP 11/01/2010 to 11/02/2010. | 158.56 |
| 11/5/2010 | Lee A. Sweigart | Hotel/Lodging | Stay for work in Huron Chicago office: W LAKESHORE 39: CHICAGO 11/03/2010 to 11/04/2010., 1 night. | 218.50 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/12/2010 | Lee A. Sweigart | Hotel/Lodging | Stay for work in Huron Chicago office: W LAKESHORE 39: CHICAGO 11/09/2010 to 11/11/2010., 2 nights. | 496.24 |
| 11/11/2010 | Michael E. Scannella | Hotel/Lodging | Hotel, 3 nights, room + tip.: W Lakeshore: Chicago 11/08/2010 to 11/11/2010. | 650.50 |
| 11/1/2010 | Brian Heinimann | Meals | Breakfast in MDW airport while en route to client: Potbelly: Chicago, 1 person. | 9.21 |
| 11/2/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 5.77 |
| 11/2/2010 | Brian Heinimann | Meals | Dinner in RDU while en route from visit to client site: Greenleaf's: Raleigh, 1 person. | 13.27 |
| 11/17/2010 | Brian Heinimann | Meals | Dinner while working late in Huron office: Potbelly's: Chicago, 1 person. | 9.47 |
| 11/18/2010 | Brian Heinimann | Meals | Dinner while working late in Huron office: Beggar's Pizza: Chicago, 1 person. | 11.27 |
| 11/19/2010 | Brian Heinimann | Meals | Dinner while working late in Huron office: Potbelly's: Chicago, 1 person. | 12.61 |
| 11/23/2010 | Brian Heinimann | Meals | Dinner while working late in Huron office: Beggar's Pizza: Chicago, 1 person. | 17.21 |
| 11/29/2010 | Brian Heinimann | Meals | Dinner while visiting NYC for Nortel meetings: Alto: NYC Attendees: Brian Heinimann, Matthew J. Fisher, Lee A. Sweigart | 150.00 |
| 11/29/2010 | Brian Heinimann | Meals | Breakfast in MDW en route to NYC for visit for Nortel meetings: Potbelly: Chicago | 7.22 |
| 11/30/2010 | Brian Heinimann | Meals | Dinner while visiting NYC for Nortel meetings: China Grill: NYC Attendees: Brian Heinimann, Matthew J. Fisher, Lee A. Sweigart | 150.00 |
| 11/4/2010 | Coley P. Brown | Meals | Dinner at D'Agostinos for Coley Brown (1 person) after working late on Nortel matters.: D'Agostinos: Chicago | 22.38 |
| 11/12/2010 | Coley P. Brown | Meals | Dinner at Sushi Mura for Coley Brown (1 person) after working late on Nortel matters. | 24.06 |
| 11/14/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe at ORD for Coley Brown (1 person).: Berghoff Cafe: Chicago | 23.29 |
| 11/15/2010 | Coley P. Brown | Meals | Breakfast at Manhattan Cafe for Coley Brown (1 person).: Manhattan Cafe: New York | 15.00 |
| 11/15/2010 | Coley P. Brown | Meals | Dinner at Manhattan Cafe for Coley Brown (1 person).: Manhattan Cafe: New York | 24.72 |
| 11/16/2010 | Coley P. Brown | Meals | Dinner at Manhattan Cafe for Coley Brown (1 person).: Manhattan Cafe: New York | 23.64 |
| 11/16/2010 | Coley P. Brown | Meals | Breakfast at New Star Cafe for Coley Brown (1 person).: New Star Cafe: New York | 15.00 |
| 11/17/2010 | Coley P. Brown | Meals | Breakfast at New Star Cafe for Coley Brown (1 person).: New Star Cafe: New York | 15.00 |
| 11/17/2010 | Coley P. Brown | Meals | Dinner at Manhattan Cafe for Coley Brown (1 person).: Manhattan Cafe: New York | 22.88 |
| 11/18/2010 | Coley P. Brown | Meals | Dinner at Connolly's Pub for Coley Brown (1 person).: Connolly's Pub: New York | 50.00 |
| 11/18/2010 | Coley P. Brown | Meals | Breakfast at New Star Cafe for Coley Brown (1 person).: New Star Cafe: New York | 15.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/19/2010 | Coley P. Brown | Meals | Breakfast at New Star Cafe for Coley Brown (1 person).: New Star Cafe: New York | 15.00 |
| 11/28/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe at ORD for Coley Brown (1 person).: Berghoff Cafe: Chicago | 24.01 |
| 11/29/2010 | Coley P. Brown | Meals | Breakfast at Manhattan Cafe for Coley Brown (1 person).: Manhattan Cafe: New York | 15.00 |
| 11/29/2010 | Coley P. Brown | Meals | Dinner at the Long Room for Coley Brown (1 person).: Long Room: New York | 24.91 |
| 11/30/2010 | Coley P. Brown | Meals | Breakfast at New Star Cafe for Coley Brown (1 person).: New Star Cafe: New York | 15.00 |
| 11/30/2010 | Coley P. Brown | Meals | Dinner at the Sal's Pizza and nearby cafe for Coley Brown (1 person).: Long Room: New York | 20.69 |
| 11/1/2010 | James Lukenda | Meals | Nortel-Capital City Chop House - evening meal for two (2): Capital City Chop House: RTP Attendees: James Lukenda, Brian Heinimann | 91.98 |
| 11/3/2010 | Lee A. Sweigart | Meals | Dinner at Bistro Pacific: BISTRO PACIFIC CUISINE: CHICAGO, 1 person. | 32.53 |
| 11/3/2010 | Lee A. Sweigart | Meals | Breakfast during trip to Chicago: Starbucks: Chicago, 1 person. | 10.26 |
| 11/9/2010 | Lee A. Sweigart | Meals | Breakast at IND airport: Starbucks: IND, 1 person. | 9.34 |
| 11/10/2010 | Lee A. Sweigart | Meals | Breakfast on 11/10 and 11/11 at Starbucks: Starbucks: Chicago, 1 person. | 9.53 |
| 11/11/2010 | Lee A. Sweigart | Meals | Dinner at MDW airport prior to flight: MDW airport: Chicago, 1 person. | 15.67 |
| 11/12/2010 | Lee A. Sweigart | Meals | Dinner at Wave restaurant - 11/09: W LAKESHORE 39: CHICAGO | 50.00 |
| 11/29/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport prior to flight to NYC: IND airport: IND, 1 person. | 7.34 |
| 11/30/2010 | Lee A. Sweigart | Meals | Breakfast at Starbucks: Starbucks: NYC, 1 person. | 6.90 |
| 11/29/2010 | Matthew J. Fisher | Meals | Breakfast at airport: Harry Carays: Chicago | 15.00 |
| 11/29/2010 | Matthew J. Fisher | Meals | Dinner out of town: Rosie OGrady's: New York Attendees: Matthew J. Fisher, Lee A. Sweigart, Brian Heinimann, 3 people. | 62.00 |
| 11/9/2010 | Michael E. Scannella | Meals | Dinner while traveling, 1 person.: Benny's: Chicago | 50.00 |
| 11/9/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 7.96 |
| 11/10/2010 | Michael E. Scannella | Meals | Dinner, 4 people.: Texas de Brazil: Chicago Attendees: Michael E. Scannella, Brian Heinimann, Matthew J. Fisher, Lee A. Sweigart | 200.00 |
| 11/10/2010 | Michael E. Scannella | Meals | Breakfast while traveling, 1 person.: Starbucks: Chicago | 8.47 |
| 11/11/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 7.50 |
| 11/11/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Wolfgang: ORD | 19.36 |
| 11/16/2010 | Michael E. Scannella | Meals | Dinner while working late on Nortel matters, 1 person.: Karma Kafe: Hoboken. | 22.47 |
| 11/1/2010 | James Lukenda | Mileage | Nortel-mileage to EWR: Mont-EWR-Mont 11/01/2010 to 11/02/2010. | 15.50 |
| 11/4/2010 | Lee A. Sweigart | Mileage | Drive to Chicago for work in Huron office: IND/Chicago 11/03/2010 to 11/04/2010. | 180.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/9/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage from home to IND airport: IND 11/09/2010 to 11/11/2010. | 25.00 |
| 11/2/2010 | James Lukenda | Parking & Tolls | Nortel-Parking at EWR (66) and GSP toll (.35): PANYNJ, GSP: EWR 11/01/2010 to 11/02/2010. | 66.35 |
| 11/3/2010 | Lee A. Sweigart | Parking & Tolls | Parking at Huron's Chicago office: People's Parking: Chicago 11/03/2010 to 11/03/2010. | 16.00 |
| 11/4/2010 | Lee A. Sweigart | Parking & Tolls | Parking at Huron's Chicago office: Peoples Parking: Chicago 11/04/2010 to 11/04/2010. | 16.00 |
| 11/5/2010 | Lee A. Sweigart | Parking & Tolls | Parking at W Hotel: W LAKESHORE 39: CHICAGO 11/03/2010 to 11/04/2010. | 53.00 |
| 11/11/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport for trip to Chicago: PARKING SOLUTIONS INC: IND 11/09/2010 to 11/11/2010. | 63.00 |
| 11/2/2010 | Brian Heinimann | Rental Car | Rental car while visiting client site: National: Raleigh 11/01/2010 to 11/02/2010. | 170.99 |
| 11/4/2010 | Corporate Accounts Payable | Research | PACER research related to Nortel matters. | 228.64 |
| 11/4/2010 | Corporate Accounts Payable | Wireless Voice & Data | Wireless Voice & Data - VERIZON | 48.61 |
| 11/24/2010 | Corporate Accounts Payable | Wireless Voice & Data | Wireless Voice & Data - VERIZON | 48.07 |

Total Expenses    $11,854.27