# **EXHIBIT C**



December 23, 2010

Allen Stout
Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

Dear Mr. Stout:

Enclosed is Huron Consulting Group's statement for November 1, 2010 through November 30, 2010.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this twenty-second monthly statement by January 12, 2010, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($207,954.73) and 100% of the expenses ($11,854.27) for a total amount due of $219,808.45.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Jim Lukenda, the engagement Managing Director, at (646) 277-2207.

Very truly yours,

*Clarissa D. Tuttle*
Clarissa Tuttle
Billing Coordinator



# FEES SUMMARY

| Professional | Title | Hours | | Rate | Total |
|---|---|---|---|---|---|
| James Lukenda | Managing Director | 32.90 | hrs | $ 725 / hr | $23,852.50 |
| Matthew J. Fisher | Director | 90.80 | hrs | $ 555 / hr | $50,394.00 |
| Lee Sweigart | Director | 60.50 | hrs | $ 555 / hr | $33,577.50 |
| Brian Heinimann | Manager | 159.80 | hrs | $ 410 / hr | $65,518.00 |
| Coley P. Brown | Manager | 160.00 | hrs | $ 410 / hr | $65,600.00 |
| Michael Scannella | Associate | 162.20 | hrs | $ 335 / hr | $54,337.00 |
| Total Fees | | 666.20 | | | $293,279.00 |

Reduction for Travel Time Charges (50%)                                                    ($4,453.75)
Agreed Accommodation on Monthly Invoice (10%)                          ($28,882.52)

**Net Fees:**                                                                                         $259,942.73

Blended Hourly Rate:      $            390.19



# EXPENSE SUMMARY

| Cost Type | Amount |
|---|---|
| Airfare[1] | $5,011.59 |
| Ground Transportation | $1,061.40 |
| Hotel/Lodging | $3,472.20 |
| Meals | $1,377.92 |
| Mileage | $220.50 |
| Wireless Voice & Data | $96.68 |
| Parking & Tolls | $214.35 |
| Research | $228.64 |
| Rental Car | $170.99 |
| **Total Expenses** | **$11,854.27** |

---

[1] All airfare is purchased at coach rates.



Invoice Date: 12/15/10

Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

DUE UPON RECEIPT
INVOICE #: 178675
JOB NUMBER: 01675
HURON TAX ID#: 01-0666453

### HURON CONSULTING SERVICES LLC

*For Professional Services Rendered within the United States with the exception of Task Code 11 – Asset Sale & Disposition Support for the period November 1, 2010 Through November 30, 2010 (All amounts are in US dollars):*

| | | |
|---|---|---:|
| Total Fees | $ | 256,189.73 |
| Total Expenses | $ | 11,854.27 |
| **Total Amount Due:** | **$** | **268,044.00** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---:|
| Fees 80% | $ | 204,951.78 |
| Expenses 100% | $ | 11,854.27 |
| **Amount Due for this period** | **$** | **216,806.05** |
| Holdback of 20% until final court approval | $ | 51,237.95 |

> To ensure proper credit please
> refer to invoice number 178675
>
> FEDERAL TAX ID # 01-0666453
>
> **REMITTANCE COPY**

<u>Payment by wire transfer:</u>
Bank of America
Chicago, Illinois
Routing No. 0260-0959-3
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

<u>Payment by ACH/EFT:</u>
Bank of America
Chicago, Illinois
Routing No. 071000039
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

Comments: (Include Invoice Number to ensure proper credit)



Invoice Date: 12/15/10

Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

DUE UPON RECEIPT
INVOICE #: 178678
JOB NUMBER: 01675
HURON TAX ID#: 01-0666453

### HURON CONSULTING SERVICES LLC

*For Professional Services Rendered within the United State for Task Code 11 – Asset Sale & Disposition Support regarding the sale of Nortel's Enterprise Solutions business to Avaya, Inc. for the period November 1, 2010 Through November 30, 2010 (All amounts are in US dollars):*

Fees 100%................................................................................................. $     590.40

### Per Interim Compensation Order amount due after 20 day objection period is:

Fees 80%................................................................................................... $     472.32

Holdback of 20% until final court approval         $     118.08

> To ensure proper credit please
> refer to invoice number 178678
>
> FEDERAL TAX ID # 01-0666453
>
> **REMITTANCE COPY**

Payment by wire transfer:                               Payment by ACH/EFT:
Bank of America                                         Bank of America
Chicago, Illinois                                       Chicago, Illinois
Routing No. 0260-0959-3                                 Routing No. 071000039
Account Title: Huron Consulting Services, LLC           Account Title: Huron Consulting Services, LLC
Account Number: 5800297276                              Account Number: 5800297276

Comments: (Include Invoice Number to ensure proper credit)



Invoice Date: 12/15/10

Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

DUE UPON RECEIPT
INVOICE #: 178679
JOB NUMBER: 01675
HURON TAX ID#: 01-0666453

### HURON CONSULTING SERVICES LLC

*For Professional Services Rendered within the United States for Task Code 11 – Asset Sale & Disposition Support regarding the sale of Nortel's Metro Ethernet Networks business to Ciena Corporation for the period November 1, 2010 Through November 30, 2010 (All amounts are in US dollars):*

Fees 100%..................................................................................................... $   184.50

### Per Interim Compensation Order amount due after 20 day objection period is:

Fees 80%....................................................................................................... $   147.60

Holdback of 20% until final court approval          $    36.90

> To ensure proper credit please
> refer to invoice number 178679
>
> FEDERAL TAX ID # 01-0666453
>
> ## REMITTANCE COPY

**Payment by wire transfer:**
Bank of America
Chicago, Illinois
Routing No. 0260-0959-3
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

**Payment by ACH/EFT:**
Bank of America
Chicago, Illinois
Routing No. 071000039
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

Comments: (Include Invoice Number to ensure proper credit)



Invoice Date: 12/15/10

Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

DUE UPON RECEIPT
INVOICE #: 178680
JOB NUMBER: 01675
HURON TAX ID#: 01-0666453

### HURON CONSULTING SERVICES LLC

*For Professional Services Rendered within the United States for Task Code 11 – Asset Sale & Disposition Support regarding the sale of Nortel's Multiservice Switching business to Ericsson for the period November 1, 2010 Through November 30, 2010 (All amounts are in US dollars):*

Fees 100%................................................................................................... $ 2,978.10

### Per Interim Compensation Order amount due after 20 day objection period is:

Fees 80%..................................................................................................... $ 2,382.48

Holdback of 20% until final court approval           $       595.62

> To ensure proper credit please
> refer to invoice number 178680
>
> FEDERAL TAX ID # 01-0666453
>
> **REMITTANCE COPY**

| Payment by wire transfer: | Payment by ACH/EFT: |
| --- | --- |
| Bank of America | Bank of America |
| Chicago, Illinois | Chicago, Illinois |
| Routing No. 0260-0959-3 | Routing No. 071000039 |
| Account Title: Huron Consulting Services, LLC | Account Title: Huron Consulting Services, LLC |
| Account Number: 5800297276 | Account Number: 5800297276 |

Comments: (Include Invoice Number to ensure proper credit)