IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4635, 4638 & 4639 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2010, I caused to be served the:

   a. "Notice of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending the Time for the IRS to Complete an Examination," dated December 22, 2010, to which was attached the "Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(B)(2) Extending the Time for the IRS to Complete an Examination," dated December 22, 2010 [Docket No. 4635], (the "IRS Motion"),

   b. "Notice of Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan," dated December 22, 2010, to which was attached the "Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S.. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan," dated December 22, 2010 [Docket No. 4638], (the "Stipulation Motion"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\IRS Mtn, Stipulation Mtn, Funding Mtn_DI 4635, 4638 & 4639_AFF_12-22-10.doc

  c. "Notice of Debtors' Motion for Entry of an Order Authorizing the Debtors to Fund Certain Subsidiary and Affiliate Wind-Down Costs," dated December 22, 2010, to which was attached the "Debtors' Motion for Entry of an Order Authorizing the Debtors to Fund Certain Subsidiary and Affiliate Wind-Down Costs," dated December 22, 2010 [Docket No. 4639], (the "Funding Motion"),

by causing true and correct copies of the:

  i. IRS Motion, Stipulation Motion and Funding Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

  ii. Stipulation Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
23rd day of December, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARDENT LAW GROUP | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ,AMANDA M WINFREE ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX |

| Claim Name | Address Information |
|---|---|
| BROWN MCCARROLL LLP | 78701 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 N. MARKET STREET, SUITE 1900 WILMINGTON DE 19801 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEWEY & LEBOEUF | LAWRENECE E. MILLER 125 WEST 55TH STREET NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. COUNSEL TO GENBAND INC. 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST STE. 4000 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA; THEODORE A. KITTILA COUNSEL TO THE LTD GROUP 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONOTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |

| Claim Name | Address Information |
|---|---|
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP  COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ROGER G. SCHWARTZ; ADAM J. GOLDBERG 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LATHAM & WATKINS LLP | J. DOUGLAS BACON; ALICE DECKER BURKE; JOSEPH A. SIMEI 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. 370 17TH ST, STE 4650 DENVER CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR. 100 SOUTH BROAD STREET, SUITE 1530 PHILADELPHIA PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

| Claim Name | Address Information |
|---|---|
| MATTHEW N. KLEIMAN, P.C. | MATTHEW N. KLEIMAN, ESQ. COUNSEL TO EXIDE TECHNOLOGIES 2506 NORTH CLARK STREET, SUITE 307 CHICAGO IL 60614 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JONATHAN L. HOWELL 3800 LINCOLN PLAZA, 500 N AKARD ST DALLAS TX 75201-6659 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: HILLA URIBE; RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER | ATTN: DANA S. PLON ESQ. 123 S. BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |

| Claim Name | Address Information |
|---|---|
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ. 80 WALL ST, STE 1115 NEW YORK NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 1001 PO BOX 708 WILMINGTON DE 19899 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  186**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABOU-ARRAGE, GEORGE | 1333 HARLEY CIRCLE THE VILLIAGES FL 32162 |
| ADAMS, DAVID | 2 BARBARA'S PATH UPTON MA 01568 |
| ADAMYK, GORDON | 137 BROADMEADOW RD GROTON MA 01450 |
| ALLAN, JAY | 21912 BARBADOS MISSION VIEJO CA 92692 |
| ALTROGGE, DENNIS | 151 CALDERON AVE APT 179 MOUNTAIN VIEW CA 94041 |
| ALVI, JOHN | 3913 BENTLEY BROOK DRIVE RALEIGH NC 27612 |
| ANDERSON, STUART | 225 CROSS ST BELMONT MA 02478 |
| BADOWSKI, ERIC | 4204 GRANDBROOK LN PLANO TX 75074 |
| BANDROWCZAK, STEVEN | 104 CHARMWOOD CT CARY NC 27518-7102 |
| BARBER-MOYE, DARNELL | 8715 CRESTGATE CIRCLE ORLANDO FL 32819 |
| BARNES, WILLIAM | 2958 SYRACUSE ST APT 101 DENVER CO 80238 |
| BARRAN, DANIEL | 2616 N. E. 27TH TERRACE FT. LAUDERDALE FL 33306 |
| BASU, KALYAN | 3605 SAGE BRUSH TRL PLANO TX 75023 |
| BAXTER, TIMOTHY | 404 WHISPERWOOD DR CARY NC 27518 |
| BAYNO, FRANK | 3509 LACOSTA WAY RALEIGH NC 27610 |
| BINGAMAN, PETER | 47 INDIAN HILL ROAD WILTON CT 06897 |
| BINNER, SCOTT | 2505 JAKIN WAY NW SUWANEE GA 30024 |
| BLESI, GLEN | 3481 DOGWOOD LANE PLACERVILLE CA 95667 |
| BOMMAKANTI, SURYA | 1220 SAN SABA CT ALLEN TX 75013 |
| BORCHGREVINK, JACK | 12006 TIDESWEPT COURT HOUSTON TX 77095 |
| BOTTORFF, PAUL A | 135 FOXWOOD DR. PORTOLA VALLEY CA 94028 |
| BOVARNICK, ELLEN | 120 MATTISON COVE NE ATLANTA GA 30319 |
| BREWER, DAVE | 9075 OLD KEITH BRIDGE ROAD GAINESVILLE GA 30506-6201 |
| BRIDGES, STEPHEN | 5020 RED CEDAR RD RALEIGH NC 27613 |
| BROUGHAL, KELLY | 80 LARK STREET PEARL RIVER NY 10965 |
| BROWER, KOLLEN | 1206 MORROW LN ALLEN TX 75002 |
| BUDIHARDJO, PETER | 103 LOCHFIELD DRIVE CARY NC 27518 |
| BULENGO, RAYMOND | 748 HERITAGE WAY WESTON FL 33326 |
| BURKEY, MARTHA | 104 MEADOWSTONE CT CARY NC 27513 |
| BUSHNELL, ROGER | 101 MAYBANK COURT DURHAM NC 27713 |
| CABOT, GERRY | 5452 GOLDEN CURRANT WAY PARKER CO 80134 |
| CAGIANNOS, ELIAS | 87 WOODLAND ROAD MADISON NJ 07940 |
| CALKINS, DAVID | 300 NORTHVIEW DR RICHARDSON TX 75080 |
| CALLANAN, RICHARD | 29 SYCAMORE LN RIDGEFIELD CT 06877 |
| CAMMILLERI, ANGELO | 6191 SHAMROCK LN EAST AMHERST NY 14051 |
| CARLIN, SONJA | 89 PAMPLONA ALISO VIEJO CA 92656 |
| CASSIDY, PETER | 6206 BELLE RIVE DRIV BRENTWOOD TN 37027 |
| CAVASSO, DANA | 3704 ARBOR VISTA DR PLANO TX 75093 |
| CELLARIUS, PETER | 6591 LITTLE FALLS DR SAN JOSE CA 95120 |
| CHANG, TONY | 621 WATER OAK PLANO TX 75025 |
| CHATTOS, DANIEL | 4616 WINTER PARK DR RICHARDSON TX 75082 |
| CHAVEZ, TOM | 6408 CALLE LOMAS EL PASO TX 79912 |
| CHEZEM, ANDREW | 5694 BLACKFOOT TR CARMEL IN 46033 |
| CHIMA, MANMOHAN | 4041 LASER LANE PLANO TX 75023 |
| CICCARELLI, LAWRENCE | 8 JULIA CIRCLE EAST SETAUKET NY 11733 |
| CLARK, DOUGLAS | 234 SPADINA RD. TORONTO ON M5R 2V1 CANADA |
| CLARK, GEORGE | 53 BRATTLE STREET WORCESTER MA 01606 |
| CLARK-SELLERS, KATHRYN | 3005 LATTYES LANE RALEIGH NC 27613 |
| CLARKE, EGBERT | 16405 DIAMOND PLACE WESTON FL 33331 |

| Claim Name | Address Information |
|---|---|
| CLOWERS, JEFF | 2248 CONSTITUTION DR SAN JOSE CA 95124 |
| COLEMAN, DEBRA | 5017 STOCKTON DRIVE RALEIGH NC 27606 |
| CONNOLLY, DANIEL | 20310 KIAWAH ISLAND DRIVE ASHBURN VA 20147 |
| CONNOR, DANIEL | 13282 TORRINGTON FRISCO TX 75035 |
| CONROY, MARK | 20 ROBIN HOOD DR LONDONDERRY NH 03053 |
| COOPER, MICHAEL | 4509 STATEN ISLAND CT PLANO TX 75024 |
| CORREIA, FRANK | 21 SACHEM RD BRISTOL RI 02809 |
| COTTON, RODNEY | 13215 FRED DRIVE POWAY CA 92064 |
| COVEY, NIEL | 23314 SE 13TH CT SAMMAMISH WA 98075 |
| COZYN, MARTIN | 2363 BUCKINGHAM LANE LOS ANGELES CA 90077 |
| CRAMER, CARL | 106 PITCHSTONE COVE GEORGETOWN TX 78628 |
| CREAMER JR, BOYCE | 27 GATE 11 CAROLINA SHORES NC 28467 |
| CRISLER, CHARLA | #3 WOODY CREST CIRCLE FAIRVIEW TX 75069 |
| CROWL, JOHN | 13921 GARNETT ST OVERLAND PARK KS 66221 |
| CROZIER, MAUREEN | 1247 MALLARD COURT BOULDER CO 80303 |
| CURRAN, JOHN | 8 ALGONQUIN AVENUE ANDOVER MA 01810 |
| CVJETKOVIC, MAURICIO | 19701 E COUNTRY CLUB DR #5-106 AVENTURA FL 33180 |
| D'AMOUR, BARRY | 1001 KELTON COTTAGE WAY MORRISVILLE NC 27560 |
| DANIEL, RICHARD | P O BOX 4276 CARY NC 27519 |
| DAS, PRABIR | 2237 FLANDERS LN PLANO TX 75025 |
| DASSANI, JAGDISH | 5317 WOOD VALLEY DRIVE RALEIGH NC 27613 |
| DATTATREYA, MOHAN | 1569 BLACKHAWK DRIVE SUNNYVALE CA 94087 |
| DAUTENHAHN, DAVID | 13913 HAYES OVERLAND PARK KS 66221 |
| DAVIES, J.D.M. | 7201 LONGWOOD DRIVE BETHESDA MD 20817 |
| DAVIS, PATRICK | 3000 FOWNES COURT RALEIGH NC 27613 |
| DAVY, ERRINGTON | 1501 NW 108 AVE APT 329 PLANTATION FL 33322 |
| DEBOER, DONALD | 1223 PINKERTON LANE ALLEN TX 75002 |
| DECKER III, JAMES D | 2332 INVERNESS CIRCLE JAMISON PA 18929 |
| DENEEN, JEFFREY | 53 WYN OAK NASHVILLE TN 37205-5000 |
| DHONDT, LUC | 1604 HOPE DRIVE - APT 137 SANTA CLARA CA 95054 |
| DIBURRO, LAWRENCE | 9 GLENWOOD CIRCLE HAVERHILL MA 01830 |
| DODD, RANDY | 14009 HAYES ST OVERLAND PARK KS 66221 |
| DOSSA, CHRIS | 328 DEERPARK COURT WALNUT CREEK CA 94598 |
| DOWNING, DAVID | 4820 LUDWELL BRANCH COURT RALEIGH NC 27612 |
| EGAN, LYNN | 9413 ATHERTON COURT BRENTWOOD TN 37027-8700 |
| EISWIRTH, RICHARD | 8913 WOOD VINE CT RALEIGH NC 27613 |
| ELY, RICHARD J | 9 MINUTEMAN LN SUDBURY MA 01776 |
| ENG, EDWARD | 6 BLACKHORSE DR ACTON MA 01720 |
| ERKEL, ENIS | 117 LAKE PINE DRIVE CARY NC 27511 |
| EVERSMEYER, CLAUDIA | 8601 BRAEWOOD BAY LITTLE ELM TX 75068 |
| FARMER, CECIL | 621 A STREET NE WASHINGTON DC 20002 |
| FARRANTO, PETER | 1716 WITHMERE WAY ATLANTA GA 30338 |
| FAX, RUTH | 148 MILL ST NEWTON MA 02459 |
| FEDYK, DONALD | 220 HAYDEN RD GROTON MA 01450 |
| FISHMAN, ROBERT | 5270 SYCAMORE AVENUE BRONX NY 10471 |
| FORTH, DOUGLAS | 2205 CIMMARRON ROAD MCKINNEY TX 75070 |
| FOULOIS, MARA | 10910 BELMONT BLVD LORTON VA 22079 |
| FRADETTE, MAURICE | 36 GLENWOOD RD WEST HARTFORD CT 06107 |
| FRYDACH, RONALD | 101 FOX BRIAR LANE CARY NC 27518 |

| Claim Name | Address Information |
|---|---|
| GARBIS, FRANK | 18295 CANFIELD PLACE SAN DIEGO CA 92128 |
| GARITO, NICOLA | 19164 NE 44TH CT SAMMAMISH WA 98074 |
| GARNICA, KEVIN T | 120 LINCOLNSHIRE LN SPRINGBORO OH 45066 |
| GARRICK, LYNN | 13330 RAVENS CAW CYPRESS TX 77429 |
| GELINAS, GREGG | 1409 CREEK POINTE FARMINGTON NY 14425 |
| GIGLIOTTI, THOMAS | 2520 PENNYSHIRE LANE RALEIGH NC 27606 |
| GOSNELL, CHRISTOPHER | 101 ELIOT LN GOLDEN CO 80403 |
| GRAHAM, ROBERT | PO BOX 9096 RANCHO SANTA FE CA 92067 |
| GRANT, DAVID | 205 REEDHAM WAY RALEIGH NC 27615 |
| GRAY-PRESTON, CARROLL | 101 HALLEY'S CT MORRISVILLE NC 27560 |
| GRELCK, KENNETH | 117 TARKINGTON CT MORRISVILLE NC 27560 |
| GRONWALL, TERYL | 5853 JOE BEAR DRIVE HONEOYE NY 14471-9523 |
| GUNDECHA, CHAND | 11309 RIDGEGATE DRIVE RALEIGH NC 27617 |
| GUPTA, SANJEEV | 350 NORTH SECOND STREET , #143 SAN JOSE CA 95112 |
| GUREVITCH, MORRIS | 17890 ABERDEEN WAY BOCA RATON FL 33496 |
| HABOSIAN, LEVON | 11 DOUGLAS RD WESTFORD MA 01886 |
| HAMILTON, MARK | 438 PLUMWOOD WAY FAIRVIEW TX 75069 |
| HANKEL, MARK | 8 FOX HOLLOW PLAISTOW NH 03865 |
| HART, RICHARD | 35 RIDGE BROOK DRIVE STAMFORD CT 06903 |
| HATFIELD, GARY | PO BOX 1475 SELINA TX 75009 |
| HAWKINS, SHERMAN | 1045 PINE GROVE POINTE DRIVE ROSWELL GA 30075 |
| HEARN, JOHN MARK | 1556 WATERSIDE CT DALLAS TX 75218 |
| HESLOP, MICHAEL | 8404 WEST 127 CR OVERLAND PARK KS 66213 |
| HICKEY, KEVIN | 2828 FYNE DR WALNUT CREEK CA 94598 |
| HILBIG, DAVID | 1420 FARINGDON DR PLANO TX 75075 |
| HINZ, LORNE | 7309 LOUGHEED PLAZA PLANO TX 75025 |
| HO, STEPHANIE | 703 ALLEN DRIVE EULESS TX 76039 |
| HOKANSON, DALE A | 640 SWEET GUM FORREST LANE ALPHARETTA GA 30005 |
| HOLMES, ROBERT | 104 FINNWAY LANE CARY NC 27519 |
| HOPE, STEVE F | 16562 ELM STREET OMAHA NE 68130 |
| HORN, KENNETH | 6708 FOXFIRE PLACE RALEIGH NC 27615 |
| HORNE, ROBERT | 10015 HIGH FALLS POINTE ALPHARETTA GA 30022 |
| HOROWITZ, STEVEN | 5908 ST AGNES DR PLANO TX 75093 |
| HOWELL, MICHAEL | 1205 W YAKIMA AVE SELAH WA 98942 |
| HOY, GREGORY | 430 HIGHLAND OAKS CIRCLE SOUTHLAKE TX 76092 |
| HUFF, ROBERT | 10192 SCARLET OAK DR. INDEPENDENCE KY 41051 |
| IACOVIELLO, VINCE | 20 BROADVIEW AVE MADISON NJ 07940 |
| IBRAHIM, TAREK | 224 HUDSON ST APT 4B HOBOKEN NJ 07030 |
| ISOM, RONALD | 1127 N SHANNON DR FARMINGTON UT 84025 |
| JAMOUSSI, BILEL | 7 JARED CIRCLE NASHUA NH 03063 |
| JANIS, MARK | 193 VIA SODERINI APTOS CA 95003 |
| JOHNSON, J | 2230 BENT CREEK MANOR ALPHARETTA GA 30005 |
| JOHNSON, KENNETH | 14425 MAPLE OVERLAND PARK KS 66223 |
| JONES, NATHAN | 812 SNAPDRAGON LN PLANO TX 75075 |
| JUNG, ERIKA | 4311 NE 20TH AVE OAKLAND PARK FL 33308 |
| JUST, TERESA | 719 NORTH 400 WEST CENTERVILLE UT 84014 |
| KALEGARIC, STEPHEN | 386 RIVER WAY UNIT #2 BOSTON MA 02115 |
| KALFA, JOHN | 75 JOHNSON PL WOODMERE NY 11598 |
| KAPIL, VIVEK | 2712 MERLIN DR LEWISVILLE TX 75056 |

| Claim Name | Address Information |
|---|---|
| KARIA, ARVINDKUMAR | 3517 LAKEBROOK DR PLANO TX 75093 |
| KEATES, ROB | 10519 138 ST NW EDMONTON AB T5N 2J5 CANADA |
| KEEGAN, SUSAN M | 8 QUAIL RIDGE DRIVE FLEMINGTON NJ 08822 |
| KENNEDY, SCOTT | 58 ADLER COURT ROCKAWAY NJ 07866 |
| KHANNA, BAKUL | 58 BLAKE ROAD LEXINGTON MA 02420 |
| KIELY, WILLIAM | 185 SNOW CREST ROAD LOS GATOS CA 95033 |
| KING, JOSEPH | 8311  SAN BENITO WAY DALLAS TX 75218 |
| KLEIN, BRUCE | 8220 FOUNTAIN PARK RALEIGH NC 27613 |
| KNAPP, WILLIAM | 506 DEKEMONT LANE BRENTWOOD TN 37027 |
| KNUDSEN, PAUL | 801 SADDLEBROOK DRIVE LUCAS TX 75002 |
| KO, DAVID | 920 BROOKLINE WAY ALPHARETTA GA 30022 |
| KOEHLER JR, EDWIN C | 7319 FURNACE ROAD ONTARIO NY 14519 |
| KOHNHORST, BART | 5724 CEDAR GROVE CR. PLANO TX 75093 |
| KUTAC, GARY | 1552 SAN SABA DRIVE DALLAS TX 75218 |
| LA-ANYANE, MICHAEL | 18330 CAPISTRANO WAY MORGAN HILL CA 95037 |
| LABADAN, RENATO | 7800 SEVEN LOCKS RD BETHESDA MD 20817 |
| LACERTE, RICHARD | PO BOX 10428 BEDFORD NH 03110 |
| LAFAURIE, CESAR | 101 WILLOWCREEK BLVD SWEETWATER TN 37874 |
| LAGIOS, GREGORY | 22 DEER RUN DRIVE FREEDOM NH 03836 |
| LAKSHMINARAYAN, SANKARA | 9815 AUTRY FALLS DR ALPHARETTA GA 30022 |
| LANIER, GAYLE | 2112 OAKTON DRIVE RALEIGH NC 27606-8908 |
| LASKIN, LEE | 863 NEVADA AVE SAN JOSE CA 95125 |
| LAU, STEPHEN | 982 SANDALRIDGE CT MILPITAS CA 95035 |
| LAVIAN, TAL | 1640 MARIANI SUNNYVALE CA 94087 |
| LAYNE, SAMUEL | 9317 W 139TH STREET OVERLAND PARK KS 66221 |
| LEE, YU-TEN | 949 MARLINTON CT SAN JOSE CA 95120 |
| LEE, YUET C | 2195 CANYON OAK LN DANVILLE CA 94506 |
| LEGER, ANTHONY | 9409 STONE MOUNTAIN RD RALEIGH NC 27613 |
| LEKICH, IVO | 1235 VICTORIA LANE WEST CHESTER PA 19380 |
| LEONARD, BRIAN | 1030 CHASEWOOD TRAIL ALPHARETTA GA 30005 |
| LEWIS, PATRICK | 7009 S NETHERLAND WAY AURORA CO 80016 |
| LI, XUEWEN | 102 MANOR GARDEN WAY CARY NC 27513 |
| LIN, YUAN-HAO | 219 RINCONADA AVE PALO ALTO CA 94301-3728 |
| LLANES, RODOLFO | 7279 SW 112TH CR MIAMI FL 33173 |
| LOCKHART, LEWIS | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LONG, JAMES R | 2348 S. OCEAN BLVD HIGHLAND BEACH FL 33487 |
| LONGAKER, DAVID | 1446 Q ST. NW WASHINGTON DC 20009 |
| LOWE, JOHN | 228 HEIN DRIVE CLAYTON NC 27527 |
| MACKINNON, PETER | 706 BANDERA DRIVE ALLEN TX 75013 |
| MACLAREN, PETER | 1496 WEST HILL ROAD WARREN VT 05674 |
| MAGINLEY, RONALD | 621 JOHN CLOSE MURPHY TX 75094 |
| MALZAHN, MARK | 1013 TIMBERLINE LN ALLEN TX 75002 |
| MARK, RAYMOND | 1336 S.FINLEY ROAD, APT. 1 LOMBARD IL 60148 |
| MARSONIA, RAJPRIYA | 400 CAPELLAN ST. WAKE FOREST NC 27587 |
| MARYAK, JENIFER | 10720 DUNHILL TER RALEIGH NC 27615 |
| MATHENY, SCOTT | 155 BAY DR HENDERSONVILLE TN 37075 |
| MATNI, DEEDEE | 2109 BEL AIR AVENUE SAN JOSE CA 95128 |
| MAY, JENNIFER | 1326 HOOVER ST #10 MENLO PARK CA 94025 |
| MCCABE, ROBERT | 2009 MISSION RD EDMOND OK 73034 |

| Claim Name | Address Information |
|---|---|
| MCCOLGAN, GILLIAN | 2 BIRCH RD WILMINGTON MA 01887 |
| MCCUNE, BRIAN | 1638 MATTHEWS AVE VANCOUVER BC V6J 2T2 CANADA |
| MCDONOUGH, MICHAEL | 31 OLDE YORK RD RANDOLPH NJ 07869-2720 |
| MCDOUGALL, RONALD | 51 MUIRFIELD CIR WHEATON IL 60187 |
| MCEVOY, SEAN | 120 PEACEABLE STREET RIDGEFIELD CT 06877 |
| MCLAUGHLIN, ROBERT | 602 WILMES DRIVE AUSTIN TX 78752 |
| MCLEAN, LORI | 614 WEST MAIN STREET, APT 201 DURHAM NC 27701 |
| MCLEISH, JAMES | 498 NORTH STREET TEWKSBURG MA 01876 |
| MCNITT, STEVEN | 3441 SUNDANCE DR GAINESVILLE GA 30506 |
| MCNULTY, KEITH | 793 BEDFORD OAKS DRIVE MARIETTA GA 30068 |
| MEAD, JOHN | 349 BAYBERRY COMMONS FREMONT CA 94539 |
| MENDONCA, TIMOTHY | 490 FOREST PARK RD OLDSMAR FL 34677 |
| MERCURE, JIM | 210 CELLARS WAY WALLACE NC 28466 |
| MERRITT, GREGORY | 2711 CREEK RUN COURT CHAPEL HILL NC 27514 |
| MILLER, CLYDE | 1680 CENTER GROVE CHURCH ROAD MONCURE NC 27559 |
| MISSINI, DENNIS | 616 RUSSETWOOD LN POWDER SPRINGS GA 30127 |
| MOLINA JR, LAWRENCE S | 6178 MCPHERSON AVE. ST. LOUIS MO 63112 |
| MONDOR, DAN | 3650 NEWPORT BAY DRIVE ALPHARETTA GA 30005 |
| MONGA, INDERMOHAN | 6 ROSE COURT ACTON MA 01720 |
| MONTGOMERY, GEORGE | 9808 ST ANNES DR PLANO TX 75025 |
| MOSELEY, ROBERT J | 7718 MEADOWHAVEN DR. DALLAS TX 75254 |
| MULIK, JAMES | 6300 BATTLEVIEW DRIVE RALEIGH NC 27613 |
| MUNSON, GEORGE | 49 WYANDOTTE ST SELDEN NY 11784 |
| MURASH, BARRY | 1021 GROGAN'S MILL DRIVE CARY NC 27519 |
| MURASHIGE, DAVID | 2604 RUTGERS COURT PLANO TX 75093 |
| MURPHY, PETER | 5555 GROVE POINT RD ALPHARETTA GA 30022 |
| NASH, DALE | 14 LAUREL CIRCLE SUDBURY MA 01776 |
| NATIUK, EDWARD | 6143 NW 124TH DRIVE CORAL SPRINGS FL 33076 |
| NG, MAN-FAI | 3713 MOUNT PLEASANT LN PLANO TX 75025 |
| NGUYEN, HOI | 207 PACIFICA WY MILPITAS CA 95035 |
| NOY, ANA | 10202 SW 158TH CT MIAMI FL 33196 |
| ONART, ADNAN | 23 BAY STATE RD UNIT 4 BOSTON MA 02215 |
| ORBE, JOHN F | 2008 KEHRSBORO DRIVE CHESTERFIELD MO 63005 |
| ORDER, KIM | 15 DANE CIR TYNGSBORO MA 01879 |
| OSTASZEWSKI, JOHN | 1933 CAMBORNE CRESCENTS OTTAWA ON K1H 7B6 CANADA |
| OWEN, ARLENE | 101 EAST CARNABY CT CARY NC 27513 |
| PAGE, BRIAN | 1108 REDFIELD RIGDE DUNWOODY GA 30338 |
| PALMER, CAROLYN | 3171 WINDING LAKE DR GAINESVILLE GA 30504 |
| PAPANTONIS, BASIL | 515 BIRCHINGTON CLOSE ALPHARETTA GA 30022 |
| PARKER, TIMOTHY | 730 SUGAR PINE RD. SCOTTS VALLEY CA 95066 |
| PATEL, GIRISHKUMAR | 3905 JEFFERSON CIR PLANO TX 75023 |
| PATEL, JAGDISH | 4413 LAIRD CIRCLE SANTA CLARA CA 95054 |
| PECOT, KENNETH | 4401 WHITE CHAPEL WAY RALEIGH NC 27615 |
| PEREZ, ANTHONY | 23 MARYETTA CT SYOSSET NY 11791 |
| PEREZ, MILTON | 3042 SW 189TH AVE MIRAMAR FL 33029 |
| PETERS, SCOTT | 5520 CLAIRE ROSE LANE, N.W. ATLANTA GA 30327 |
| PHILLIPS, DOUGLASS | 916 STONE FALLS TRAIL RALEIGH NC 27614 |
| PILLOW, TIMOTHY | 575 LOVE HENRY COURT SOUTHLAKE TX 76092 |
| PIRIH, ANTHONY | 900 ANDERSON DRIVE GREEN OAKS IL 60048-4506 |

| Claim Name | Address Information |
|---|---|
| PLASTINA, FRANCO | 306 POND BLUFF WAY CARY NC 27513 |
| PRAKASH, MYSORE | 5212 LAKE CREEK CT PLANO TX 75093 |
| RACZYNSKI, MARK | 5590 TOURNAMENT DRIVE HAYMARKET VA 20169 |
| RANKIN, THOMAS | 2005 STERLING SILVER APEX NC 27502 |
| RAUBOLT, EDMUND | 26824 KOERBER SAINT CLAIR SHORES MI 48081 |
| RAYNOR, CECIL | 1508 BRIARWOOD PL. RALEIGH NC 27614 |
| REDDISH, RICHARD | 2126 PALERMO COURT ORANGE CA 92867 |
| REICHERT, GEORGE | 220 BEACON FALLS CT. CARY NC 27519 |
| REID, ALAN | 2900 SHADYWOOD LANE PLANO TX 75023 |
| RICKS, RICHARD | 2751 MARSHALL LAKE DRIVE OAKTON VA 22124 |
| RITCHIE, BRYAN | 370 FAIRLEAF CT ALPHARETTA GA 30022 |
| ROCK, TERENCE | 856 BELLEVILLE DRIVE VALLEY COTTEGE NY 10989 |
| RODGERS, DEBORAH | 127 SHADOW RIDGE PL CHAPEL HILL NC 27516 |
| ROSE, RICHARD | 17 THERESA BLVD WAPPINGERS FALLS NY 12590 |
| RYAN JR., JOHN | 5 JOSEPH ROAD HOPKINTON MA 01748 |
| SACCO, DONALD | 336 LAKEVIEW AVE E BRIGHTWATERS NY 11718 |
| SALB, RALPH | 4216 249TH COURT SE ISSAQUAH WA 98029 |
| SCHECTER, ROGER | 3 BLACKBERRY RD NASHVILLE TN 37215 |
| SCHEER, JOHN | 5736 CHADWICK LN BRENTWOOD TN 37027 |
| SCHMIDT, CYNTHIA | PO BOX 119 OREGON HOUSE CA 95962 |
| SCHMIDT, JONATHAN | 202 CLIFFSIDE SAN ANTONIO TX 78231 |
| SCHOFIELD, BRUCE A | 15 FARWELL RD TYNGSBORO MA 01879 |
| SEAMAN, HAROLD | 118 WEST CODA CIRCLE DELRAY BEACH FL 33444 |
| SEARLES, STEVEN | 19119 STREAM CROSSING CT. LEESBURG VA 20176 |
| SELBREDE, KENT | 4716 ANGEL FIRE DR. RICHARDSON TX 75082 |
| SELIGSON, JOHN | 1311 CROCKER DRIVE EL DORADO HILLS CA 95762 |
| SENNA, STEVEN | 29 WESTRIDGE DR BOLTON CT 06043 |
| SHARMA, JAG | 113 COUNCIL GAP COURT CARY NC 27513 |
| SHEKOKAR, PRAVEEN | 3521 WILLETT PL. SANTA CLARA CA 95051 |
| SHEPHERD, FRANK | 2426-1 SHIPS MECHANIC ROW GALVESTON TX 77550 |
| SHEPPARD, JOHN | 4808 WOOD VALLEY DR RALEIGH NC 27613 |
| SHIELDS, MARK | 55 WOODBROOKE DR COATESVILLE PA 19320 |
| SILVERNALE, ROBERT | P.O. BOX 1032 MERRIMACK NH 03054-1032 |
| SIMCOE, MITCHELL | 1085 TIMBERLINE PL ALPHARETTA GA 30005 |
| SIVAJI, SELVA | 4008 STAG HORN LANE WESTON FL 33331 |
| SKIDMORE, THOMAS | 16743 W 157TH TER OLATHE KS 66062 |
| SLATTERY, STEVE | 507 LAREDO CR ALLEN TX 75013 |
| SMITH, DOUGLAS | 4703 KINSMON PL MARIETTA GA 30062 |
| SOBERAY, DETLEF | 18980 COUNTY RD 50 HAMBURG MN 55339 |
| SOWARDS, ALAN | 103 LINDENTHAL CT CARY NC 27513 |
| SPRADLEY, SUSAN | 2 DORSET PLACE DALLAS TX 75229 |
| STACY, MARK | 895 E SCHIRRA DR PALATINE IL 60074 |
| STANDEL, JR., RICHARD | 8231 BAY COLONY DR. APT. #303 NAPLES FL 34108 |
| STODDARD, ALAN | 8104 GREENSBORO DR. PLANO TX 75025-2587 |
| STRASSBURGER, RAYMOND | 2805 PINE HOLLOW RD OAKTON VA 22124 |
| STUKEL, MARK | 14601 HOWE DR LEAWOOD KS 66224 |
| SUBRAMANIAN, RAVI | 4420 TAYLOR LANE RICHARDSON TX 75082 |
| SUN, MOSES | 9208 STONEBROOK DR COLLEGE STATION TX 77845 |
| SUTCLIFFE, ANDREW | 34300 LANTERN BAY DR UNIT 50 DANA POINT CA 92629 |

| Claim Name | Address Information |
|---|---|
| TAN-ATICHAT, EDDIE | 46879 CRAWFORD ST FREMONT CA 94539 |
| TARIQ, MASOOD | 12325 RICHMOND RUN DRIVE RALEIGH NC 27614-6413 |
| TAYLOR, KENNETH | 9401 SHADOW OAK WAY RALEIGH NC 27615 |
| TELLEZ, RAUL | 6927 TREERIDGE DRIVE CINCINNATI OH 45244 |
| TELLO, ARMANDO | 2545 WINDSOR LN NORTHBROOK IL 60062 |
| THOMPSON, GEOFFREY | 158 PASEO COURT MOUNTAIN VIEW CA 94043-5286 |
| TIMMONS, JAY | 1411 ANDOVER STREET TEWKSBURY MA 01876 |
| TO, PAUL | 904 THERESA CT MENLO PARK CA 94025 |
| TOLVE, JR., FRANK | 380 EDGEWOOD ROAD SAN MATEO CA 94402 |
| TOWNLEY, JEFFREY | 4109 ENGLISH GARDEN WAY RALEIGH NC 27612 |
| TRYLOVICH, KAREN | 221 SPALDING GATE DR ATLANTA GA 30328 |
| TSENG, HSU-DOUNG | TAIWN DEPT TWGM PO BOX 13955 RTP NC 27709 |
| TURNER, MARGARET | 2306 MARCHURST ROAD KANATA ON 00K2K- 1X7 CANADA |
| TWYNHAM, ANDREW | 10451 BIG CANOE JASPER GA 30143 |
| VALDES, HERIBERTO | 14965 S.W. 37 STREET DAVIE FL 33331 |
| VALDEZ, JR., CIRIACO | 13208 WEST 129TH TER OVERLAND PARK KS 66213 |
| VALENTINE, JOHN | 719 QUARTERSTAFF ROAD WINSTON-SALEM NC 27104 |
| VAUGHN, DON | 3825 RIDGETOP LANE PLANO TX 75074 |
| WADE, GWYNNE | 8 SNUFFYS LANE LEBANON NJ 08833 |
| WARREN, BEN | 677 WAVERLEY ST PALO ALTO CA 94301 |
| WATSON, RICHARD | 2504 BROWN DR FLOWER MOUND TX 75028 |
| WERKOFF, DIDIER | 81 ELLSWORTH ST SAN FRANCISCO CA 94110 |
| WHITEHURST, MICHAEL | 801 SILVERPOINT ROAD CHAPIN SC 29036 |
| WILCOX, REGINALD | 22 EWING COURT LUCAS TX 75002 |
| WINJE, NORA | 678 COOLEDGE AVE ATLANTA GA 30306 |
| WOHLFORD, ROBERT | 30 ALEXANDER PLACE PITTSBURGH PA 15243 |
| WONG, WING | 3016 BONSAI DR. PLANO TX 75093 |
| WOODRUFF, PAUL | 1489 RAMON DR SUNNYVALE CA 94087 |
| YEE, MENG | 1506 SOMERSET PL RICHARDSON TX 75081 |
| YOUNG, MASON | 2984 FRANKLIN OAKS DRIVE OAK HILL VA 20171-2254 |
| YOUNG, ROBERT | 313 PROMENADE SOUTH MONTGOMERY TX 77356 |

**Total Creditor count  325**

| | |
|---|---|
| NNI US DEF COMP MOT 12-22-10<br><br>BUCHANAN INGERSOLL & ROONEY PC<br>MONA A. PARIKH<br>COUNSEL TO ERNST & YOUNG INC.<br>1105 NORTH MARKET STREET, SUITE 1900<br>WILMINGTON, DE  19801 | NNI US DEF COMP MOT 12-22-10<br><br>ALLEN & OVERY LLP<br>KEN COLEMAN<br>COUNSEL TO ERNST & YOUNG INC.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| NNI US DEF COMP MOT 12-22-10<br><br>U.S. BANK INSTITUTIONAL TRUST & CUSTODY<br>ANN ROEMER<br>111 SW 5TH AVENUE<br>PL6<br>PORTLAND, OR 97204 | NNI US DEF COMP MOT 12-22-10<br><br>U.S. BANK NATIONAL ASSOCIATION<br>GREG GATTI, COUNSEL<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 |
| NNI US DEF COMP MOT 12-22-10<br><br>OGILVY RENAULT LLP<br>DERRICK TAY<br>200 BAY STREET<br>P.O. BOX 4<br>TORONTO, ON  M5J 2Z4<br>CANADA | NNI US DEF COMP MOT 12-22-10<br><br>OGILVY RENAULT LLP<br>JENNIFER STAM<br>200 BAY STREET<br>P.O. BOX 84<br>TORONTO, ON  M5J 2Z4<br>CANADA |