# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 Through November 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 5,750.00 |
| Transcripts | | 681.70 |
| Photos/Art/ Spec Duplicating | | 7,887.31 |
| Meals | | 538.20 |
| Messenger Service | | 48.00 |
| Courier/Delivery Service | | 2,479.86 |
| Computer Research | Westlaw | 256.18 |
| Duplicating | In Office | 1,896.30 |
| Postage | | 832.48 |
| Facsimile | | 2,363.45 |
| Pacer | | 427.68 |
| Paralegal Overtime | | 124.22 |
| Paralegal Overtime Expense | | 15.08 |
| **Grand Total Expenses** | | **$23,300.46** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/22/10 13:08:36

PRO FORMA 263130    AS OF 11/30/10    INVOICE# *******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 841319 | 10/05/10 | B | 5,750.00 | Court Costs AMERICAN EXPRESS' COURTS/ USBC - DE - 10/05/10 | 503 | 203 | 175370 |
| 839631 | 11/15/10 | B | 16.20 | Transcripts - DIAZ DATA SERVICES' CASE #10-13372 - COPY OF TRANSCRIPT | 506 | 904 | 175231 |
| 842585 | 11/29/10 | B | 332.75 | Transcripts - DIAZ DATA SERVICES' CASE 09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 175559 |
| 842586 | 11/29/10 | B | 332.75 | Transcripts - DIAZ DATA SERVICES' CASE 09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 175560 |
| 838709 | 11/02/10 | B | 620.15 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 175005 |
| 838710 | 11/03/10 | B | 2,641.33 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 175006 |
| 841288 | 11/16/10 | B | 1,781.35 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 175356 |
| 842291 | 11/19/10 | B | 980.28 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 904 | 175475 |
| 842290 | 11/22/10 | B | 978.74 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 175474 |
| 842579 | 11/24/10 | B | 281.65 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 546 | 175555 |
| 843234 | 11/30/10 | B | 603.81 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS, POSTAGE, ENVELOPES, AND HAND DELIVERY | 510 | 546 | 175621 |
| 842075 | 11/22/10 | B | 538.20 | Meals - DEREK C. ABBOTT' REIMBURSEMENT OF WORKING DINNER AT VINOTECA WITH FORREST, BAREFOOT, GAZZE, CORDO, BUILE, JESSE, AND FLEMING - 11/22/10 | 512 | 322 | 175464 |
| 842982 | 11/01/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 842983 | 11/02/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843042 | 11/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843050 | 11/04/10 | B | 9.00 | Messenger Service | 513S | 546 | |
| 843056 | 11/05/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 843073 | 11/06/10 | B | 3.00 | Messenger Service | 513S | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/22/10 13:08:36

PRO FORMA  263130          AS OF 11/30/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 843079 | 11/08/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843084 | 11/08/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843093 | 11/09/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843095 | 11/09/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843108 | 11/10/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843109 | 11/10/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 843124 | 11/11/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 841315 | 09/28/10 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/28/10 | 514 | 597 | 175370 |
| 841323 | 10/12/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 10/12/10 | 514 | 904 | 175370 |
| 841333 | 10/25/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 10/25/10 | 514 | 904 | 175370 |
| 839574 | 10/27/10 | B | 56.89 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 175200 |
| 838741 | 11/03/10 | B | 6.13 | Courier/Delivery Service | 514 | 000 | 175031 |
| 838742 | 11/04/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175031 |
| 838743 | 11/04/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175031 |
| 838744 | 11/04/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175031 |
| 839092 | 11/04/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 175139 |
| 838739 | 11/04/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175031 |
| 838740 | 11/04/10 | B | 50.81 | Courier/Delivery Service | 514 | 000 | 175031 |
| 839093 | 11/04/10 | B | 27.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175139 |
| 838743 | 11/04/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 175031 |
| 838737 | 11/04/10 | B | 14.72 | Courier/Delivery Service | 514 | 597 | 175031 |
| 838738 | 11/04/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 175031 |
| 839504 | 11/06/10 | B | 124.65 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 175194 |
| 839583 | 11/10/10 | B | 26.33 | Courier/Delivery Service | 514 | 000 | 175201 |
| 839584 | 11/10/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175201 |
| 841302 | 11/10/10 | B | 54.66 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 597 | 175368 |
| 841018 | 11/15/10 | B | 17.72 | Courier/Delivery Service | 514 | 000 | 175346 |
| 841017 | 11/15/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175346 |
| 841028 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841032 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841033 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841034 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841030 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841137 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 175347 |
| 841138 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/22/10 13:08:36

PRO FORMA 263130     AS OF 11/30/10     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 841139 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841140 | 11/16/10 | B | 12.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841141 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841142 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841131 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841132 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841133 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841134 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841135 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841136 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841125 | 11/16/10 | B | 17.18 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841126 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841127 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841128 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841129 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841130 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841119 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841120 | 11/16/10 | B | 12.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841121 | 11/16/10 | B | 17.18 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841122 | 11/16/10 | B | 21.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841123 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841124 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841113 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841114 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841115 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841116 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841117 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841118 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841107 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841108 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841109 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841110 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841111 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841112 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841101 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841102 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841103 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841104 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/22/10 13:08:36

PRO FORMA 263130     AS OF 11/30/10     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 841105 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841106 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841095 | 11/16/10 | B | 17.18 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841096 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841097 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841098 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841099 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841100 | 11/16/10 | B | 12.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841089 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841090 | 11/16/10 | B | 12.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841091 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841092 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841093 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841094 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841083 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841084 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841085 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841086 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841087 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841088 | 11/16/10 | B | 12.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841077 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841078 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841079 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841080 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841081 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841082 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841071 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841072 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841073 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841074 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841075 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841076 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841065 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841066 | 11/16/10 | B | 17.18 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841067 | 11/16/10 | B | 17.18 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841068 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841069 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841070 | 11/16/10 | B | 15.55 | Courier/Delivery Service | 514 | 904 | 175347 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/22/10 13:08:36

PRO FORMA 263130   AS OF 11/30/10   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 841059 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841060 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841061 | 11/16/10 | B | 15.98 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841062 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841063 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841064 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841053 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841054 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841055 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841056 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841057 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841058 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841047 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841048 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841049 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841050 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841051 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841052 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841041 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841042 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841043 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841044 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841045 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841046 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841035 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841036 | 11/16/10 | B | 17.77 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841037 | 11/16/10 | B | 17.18 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841038 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841039 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841040 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 904 | 175347 |
| 841577 | 11/16/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 175378 |
| 841578 | 11/16/10 | B | 27.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175378 |
| 841029 | 11/16/10 | B | 14.72 | Courier/Delivery Service | 514 | 000 | 175347 |
| 841031 | 11/16/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 175347 |
| 841579 | 11/16/10 | B | 27.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175378 |
| 841580 | 11/16/10 | B | 37.14 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 175379 |
| 841581 | 11/16/10 | B | 38.70 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175379 |
| 842326 | 11/16/10 | B | 17.77 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175509 |

Nortel Networks, Inc.
63989-DIP
DATE: 12/22/10 13:08:36

PRO FORMA 263130       AS OF 11/30/10       INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 842462 | 11/19/10 | B | 121.97 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 175519 |
| 842475 | 11/20/10 | B | 15.45 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 175519 |
| 844362 | 11/23/10 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 175520 |
| 844994 | 11/23/10 | B | 26.84 | Courier/Delivery Service | 514 | 000 | 175727 |
| 843135 | 11/24/10 | B | 8.59 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175847 |
| 839811 | 11/01/10 | B | 31.99 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | 175582 |
| 839812 | 11/04/10 | B | 79.14 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | |
| 842662 | 11/18/10 | B | 38.24 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 845154 | 11/30/10 | B | 18.77 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 845153 | 11/30/10 | B | 88.04 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 837546 | 11/01/10 | B | 0.10 | In-House Duplicating | 519 | 594 | |
| 837545 | 11/01/10 | B | 1.40 | In-House Duplicating | 519 | 597 | |
| 838305 | 11/02/10 | B | 9.70 | In-House Duplicating | 519 | 605 | |
| 838304 | 11/02/10 | B | 2.50 | In-House Duplicating | 519 | 594 | |
| 838421 | 11/03/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 838422 | 11/03/10 | B | 4.50 | In-House Duplicating | 519 | 597 | |
| 838423 | 11/03/10 | B | 6.70 | In-House Duplicating | 519 | 597 | |
| 838580 | 11/04/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 838581 | 11/04/10 | B | 5.60 | In-House Duplicating | 519 | 597 | |
| 838587 | 11/04/10 | B | 1.30 | In-House Duplicating | 519 | 605 | |
| 838583 | 11/04/10 | B | 30.40 | In-House Duplicating | 519 | 597 | |
| 838585 | 11/04/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 838582 | 11/04/10 | B | 7.20 | In-House Duplicating | 519 | 670 | |
| 838586 | 11/04/10 | B | 0.80 | In-House Duplicating | 519 | 670 | |
| 843373 | 11/04/10 | B | 214.70 | In-House Duplicating | 519 | 554 | |
| 838584 | 11/04/10 | B | 8.00 | In-House Duplicating | 519 | 546 | |
| 838771 | 11/05/10 | B | 27.50 | In-House Duplicating | 519 | 605 | |
| 838772 | 11/05/10 | B | 10.00 | In-House Duplicating | 519 | 605 | |
| 838902 | 11/08/10 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 838903 | 11/08/10 | B | 17.60 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　　PRO FORMA  263130　　　　　AS OF 11/30/10　　　　INVOICE# ******
63989-DIP
DATE: 12/22/10 13:08:36

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 838904 | 11/08/10 | B | 31.50 | In-House Duplicating | 519 | 554 | |
| 838905 | 11/08/10 | B | 9.60 | In-House Duplicating | 519 | 623 | |
| 839047 | 11/09/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 839048 | 11/09/10 | B | 1.50 | In-House Duplicating | 519 | 597 | |
| 839049 | 11/09/10 | B | 39.20 | In-House Duplicating | 519 | 605 | |
| 839382 | 11/10/10 | B | 8.80 | In-House Duplicating | 519 | 605 | |
| 839375 | 11/10/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 839376 | 11/10/10 | B | 1.30 | In-House Duplicating | 519 | 597 | |
| 839377 | 11/10/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 839372 | 11/10/10 | B | 75.00 | In-House Duplicating | 519 | 554 | |
| 839373 | 11/10/10 | B | 20.10 | In-House Duplicating | 519 | 554 | |
| 839374 | 11/10/10 | B | 0.60 | In-House Duplicating | 519 | 554 | |
| 839378 | 11/10/10 | B | 4.10 | In-House Duplicating | 519 | 554 | |
| 839379 | 11/10/10 | B | 5.60 | In-House Duplicating | 519 | 554 | |
| 839380 | 11/10/10 | B | 1.00 | In-House Duplicating | 519 | 554 | |
| 839381 | 11/10/10 | B | 6.70 | In-House Duplicating | 519 | 554 | |
| 843387 | 11/11/10 | B | 6.80 | In-House Duplicating | 519 | 532 | |
| 839459 | 11/11/10 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 839650 | 11/12/10 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 839651 | 11/12/10 | B | 0.60 | In-House Duplicating | 519 | 554 | |
| 839730 | 11/15/10 | B | 1.10 | In-House Duplicating | 519 | 594 | |
| 839729 | 11/15/10 | B | 1.00 | In-House Duplicating | 519 | 670 | |
| 839731 | 11/15/10 | B | 8.80 | In-House Duplicating | 519 | 623 | |
| 840268 | 11/16/10 | B | 15.00 | In-House Duplicating | 519 | 670 | |
| 840266 | 11/16/10 | B | 1.70 | In-House Duplicating | 519 | 597 | |
| 840267 | 11/16/10 | B | 15.00 | In-House Duplicating | 519 | 597 | |
| 843399 | 11/17/10 | B | 48.80 | In-House Duplicating | 519 | 597 | |
| 841203 | 11/17/10 | B | 14.30 | In-House Duplicating | 519 | 594 | |
| 841204 | 11/17/10 | B | 71.70 | In-House Duplicating | 519 | 594 | |
| 841202 | 11/17/10 | B | 11.10 | In-House Duplicating | 519 | 623 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/22/10 13:08:36

PRO FORMA  263130          AS OF 11/30/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 841256 | 11/18/10 | B | 3.60 | In-House Duplicating | 519 | 605 | |
| 841528 | 11/19/10 | B | 71.60 | In-House Duplicating | 519 | 605 | |
| 841529 | 11/19/10 | B | 3.60 | In-House Duplicating | 519 | 605 | |
| 841525 | 11/19/10 | B | 11.70 | In-House Duplicating | 519 | 670 | |
| 841526 | 11/19/10 | B | 4.20 | In-House Duplicating | 519 | 670 | |
| 841527 | 11/19/10 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 841518 | 11/19/10 | B | 8.00 | In-House Duplicating | 519 | 626 | |
| 841519 | 11/19/10 | B | 4.40 | In-House Duplicating | 519 | 626 | |
| 841520 | 11/19/10 | B | 56.70 | In-House Duplicating | 519 | 626 | |
| 841521 | 11/19/10 | B | 26.30 | In-House Duplicating | 519 | 626 | |
| 841522 | 11/19/10 | B | 32.60 | In-House Duplicating | 519 | 626 | |
| 841523 | 11/19/10 | B | 10.40 | In-House Duplicating | 519 | 626 | |
| 841524 | 11/19/10 | B | 3.30 | In-House Duplicating | 519 | 626 | |
| 841802 | 11/22/10 | B | 14.00 | In-House Duplicating | 519 | 948 | |
| 841803 | 11/22/10 | B | 0.90 | In-House Duplicating | 519 | 594 | |
| 841804 | 11/22/10 | B | 16.20 | In-House Duplicating | 519 | 579 | |
| 841801 | 11/22/10 | B | 2.00 | In-House Duplicating | 519 | 594 | |
| 841800 | 11/22/10 | B | 0.90 | In-House Duplicating | 519 | 594 | |
| 841799 | 11/22/10 | B | 3.80 | In-House Duplicating | 519 | 594 | |
| 841798 | 11/22/10 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 841797 | 11/22/10 | B | 1.00 | In-House Duplicating | 519 | 546 | |
| 843169 | 11/23/10 | B | 2.40 | In-House Duplicating | 519 | 594 | |
| 842362 | 11/24/10 | B | 3.60 | In-House Duplicating | 519 | 579 | |
| 843170 | 11/24/10 | B | 4.20 | In-House Duplicating | 519 | 546 | |
| 843171 | 11/24/10 | B | 0.90 | In-House Duplicating | 519 | 546 | |
| 843172 | 11/24/10 | B | 1.50 | In-House Duplicating | 519 | 546 | |
| 842360 | 11/24/10 | B | 0.90 | In-House Duplicating | 519 | 546 | |
| 842361 | 11/24/10 | B | 1.90 | In-House Duplicating | 519 | 546 | |
| 843199 | 11/24/10 | B | 6.20 | In-House Duplicating | 519 | 622 | |
| 842359 | 11/24/10 | B | 54.40 | In-House Duplicating | 519 | 637 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/22/10 13:08:36

PRO FORMA   263130   AS OF 11/30/10   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 843175 | 11/30/10 | B | 0.80 | In-House Duplicating | 519 | 594 | |
| 843173 | 11/30/10 | B | 4.60 | In-House Duplicating | 519 | 676 | |
| 843174 | 11/30/10 | B | 15.80 | In-House Duplicating | 519 | 676 | |
| 843136 | 11/10/10 | B | 830.38 | Postage | 520 | 203 | |
| 843138 | 11/19/10 | B | 2.10 | Postage | 520 | 597 | |
| 843429 | 11/11/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843523 | 11/15/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843462 | 11/15/10 | B | 1.00 | Facsimile | 522 | 651 | |
| 843483 | 11/15/10 | B | 1.00 | Facsimile | 522 | 546 | |
| 843547 | 11/17/10 | B | 1.00 | Facsimile | 522 | 594 | |
| 843549 | 11/17/10 | B | 2.00 | Facsimile | 522 | 651 | |
| 843571 | 11/18/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843562 | 11/18/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843563 | 11/18/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843577 | 11/18/10 | B | 5.00 | Facsimile | 522 | 597 | |
| 843558 | 11/18/10 | B | 1.00 | Facsimile | 522 | 594 | |
| 843598 | 11/22/10 | B | 1.00 | Facsimile | 522 | 203 | |
| 843590 | 11/22/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843591 | 11/22/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843604 | 11/23/10 | B | 1.00 | Facsimile | 522 | 597 | |
| 843642 | 11/24/10 | B | 1.00 | Facsimile | 522 | 546 | |
| 843643 | 11/24/10 | B | 1.00 | Facsimile | 522 | 546 | |
| 843647 | 11/29/10 | B | 1.00 | Facsimile | 522 | 546 | |
| 838826 | 11/04/10 | B | 714.00 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 597 | 175055 |
| 839235 | 11/05/10 | B | 1,019.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 175168 |
| 841892 | 11/22/10 | B | 594.00 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 594 | 175451 |
| 841783 | 11/22/10 | B | 13.20 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 546 | 175423 |
| 841375 | 10/31/10 | B | 174.08 | Pacer charges for the month of October | 529 | 000 | |
| 845731 | 11/30/10 | B | 253.60 | Pacer charges for the month of November | 529 | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/22/10 13:08:36

PRO FORMA   263130          AS OF 11/30/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 839192 | 11/02/10 | B | 13.20 | Paralegal Overtime | 530S | 594 | |
| 841901 | 11/17/10 | B | 31.09 | Paralegal Overtime | 530S | 594 | |
| 841902 | 11/18/10 | B | 12.43 | Paralegal Overtime | 530S | 594 | |
| 844628 | 11/22/10 | B | 13.40 | Paralegal Overtime | 530S | 594 | |
| 844631 | 11/23/10 | B | 16.08 | Paralegal Overtime | 530S | 594 | |
| 844642 | 11/29/10 | B | 20.00 | Paralegal Overtime | 530S | 546 | |
| 844632 | 11/30/10 | B | 18.02 | Paralegal Overtime | 530S | 594 | |
| 842453 | 10/01/10 | B | 15.08 | Paralegal Overtime Expense - GROTTO'S PIZZA' E. CAMPBELL OT MEAL - 10/01/10 | 531 | 597 | 175518 |
| 837142 | 10/08/10 | B | 311.00 | In-House Duplicating - color | 534 | 554 | |
| 843386 | 11/11/10 | B | 459.50 | In-House Duplicating - color | 534 | 554 | |

23,300.46