**Exhibit A**

**Debtors' Seventh Ordinary Course Professional Quarterly Statement for July 1, 2010 – September 30, 2010**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $947.70 | $0.00 | $0.00 | $0.00 | $218.70 | $0.00 | $0.00 | $0.00 | **$1,166.40** |
| Call Jensen & Ferrell | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $6,173.50 | $8.00 | $4,977.50 | $13.40 | $0.00 | $0.00 | $0.00 | $0.00 | **$11,151.00** |

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper US LLP | International trade compliance | $1,001.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,001.00** |
| Ernst & Young LLP[1] | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services; tax advisory and compliance assistance, and IRS account analysis | $0.00[2] | $0.00 | $0.00 | $0.00 | $260,941.50[3] | $954.00 | $0.00 | $0.00 | **$260,941.50** |

---

[1]  Ernst & Young LLP exceeded the Annual Cap (as defined in the OCP Order) in 2010. As a result, Ernst & Young LLP has filed fee applications for 2010 in accordance with the OCP Order. Therefore, the amounts reflected for Ernst & Young LLP in this Seventh Ordinary Course Professional Quarterly Statement are those reflected in the fee applications filed by Ernst & Young LLP and the payment of Ernst & Young LLP's fees, disbursements and expenses for professional services provided to the Debtors is fully subject to the fee application process.

[2]  The Sixth Ordinary Course Professional Quarterly Statement [D.I. 4035] disclosed that Ernst & Young LLP filed a fee application [D.I. 3906] on August 9, 2010 seeking $230,428.50 in fees and $674.09 in disbursements and expenses for professional services provided to the Debtors from May 1, 2010 through July 31, 2010. The Sixth Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I.4048] authorized the payment of these fees, disbursements and expenses

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $13,914.50 | $1,222.89 | $6,962.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$20,876.50** |

---

[3] Ernst & Young LLP filed a fee application [D.I. 4421] on November 24, 2010 seeking $260,941.50 in fees and $954.00 in disbursements and expenses for professional services provided to the Debtors from August 1, 2010 through October 31, 2010. The Seventh Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I.4605] authorized the payment of these fees, disbursements and expenses.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $178.50 | $1.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$178.50** |
| Herzog, Fox and Neeman | Legal counsel with regard to Nortel Networks Israel (Sales and Marketing) Ltd. (in administration) scheme of arrangement; representation in various court hearings. | $0.00 | $0.00 | $4,490.82 | $10.14 | $0.00 | $0.00 | $7,666.10[4] | $13.14 | **$12,156.92** |
| Hiscock & Barclay LLP | Legal representation in several litigations pending in New York State courts | $95.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$95.00** |
| Jimenez De Arechaga Viana & Brause | Corporate legal services | $915.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$915.00** |

---

[4] Herzog, Fox and Neeman incurred $7,666.10 in fees for professional services provided to the Debtors during June 2010. Herzog, Fox and Neeman incurred $13.14 in disbursements and expenses for professional services provided to the Debtors during June 2010.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| KPMG LLP | 401k, VEBA and retirement income plan | $7,102 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $98,858.00[5] | $0.00 | **$105,960.00** |
| Lex Caribbean Limited | Corporate law | $1,500.00 | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,500.00** |
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $1,140.00 | $0.00 | $835.00 | $0.72 | $780.00 | $0.00 | $1,412.50[6] | $11.35 | **$4,167.50** |
| O'Bryon & Schnabel, PLC | Litigation services | $0.00 | $0.00 | $217.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$217.50** |
| Prieto & Carrizosa SA | Advice on Colombian legal matters in connection with corporate law | $15,363.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$15,363.04** |

---

[5]  KPMG LLP incurred the following fees for professional services provided to the Debtors: $41,411.00 during April 2010, $20,085.00 during May 2010 and $37,362.00 during June 2010.  KPMG incurred the following disbursements and expenses for professional services provided to the Debtors: $647.00 during April 2010, $1,059.00 during May 2010 and $3,235.00 during June 2010.

[6]  McKenna Long & Aldridge LLP incurred $747.50 in fees for professional services provided to the Debtors during January 2010 and $665.00 in fees for professional services provided to the Debtors during March 2010.  McKenna Long & Aldridge LLP incurred $11.35 in disbursements and expenses for professional services provided to the Debtors during March 2010.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Waller Landsen Dortch & Davis LLP | General labor and employment legal services, including representation in employment and employee benefit matters before administrative agencies and federal and state courts | $186.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,182.00[7] | $31.03 | **$8,368.00** |

---

[7]    Waller Landsen Dortch & Davis LLP the following fees for professional services provided to the Debtors: $8,030.00 during the period from January through March 2010, $76.00 during April 2010 and $76.00 during June 2010.  Waller Landsen Dortch & Davis LLP incurred $31.03 in disbursements and expenses for professional services provided to the Debtors during the period from January through March 2010.