IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
---------------------------------------------------------X

**EIGHTH SUPPLEMENTAL DECLARATION PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

James Scott deposes and says:

1. I am a partner of Ernst & Young LLP ("EY LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299. I provide this eighth supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in further support of the retention of EY LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order"). This Supplemental Affidavit supplements my original affidavit filed on March 12, 2009, as supplemented by my first supplemental affidavit filed on June 1, 2009, my second supplemental affidavit filed on July 9, 2009, my third supplemental affidavit filed on

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

November 9, 2009, my fourth supplemental affidavit filed on April 6, 2009, my fifth supplemental affidavit filed on July 6, 2010. my sixth supplemental affidavit filed on September 14, 2010 and my seventh supplemental affidavit filed on or around October 27, 2010.

2. Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of EY LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

## ADDITIONAL SERVICES

3. The Debtors and E&Y LLP have agreed to a new engagement letter and statement of work attached hereto as <u>Exhibit 1</u> (the "Expatriate Tax Engagement Agreement") for E&Y LLP to provide expatriate tax services (the "Expatriate Tax Services").[2] The Expatriate Tax Services include various tax return, amended return, form, calculation, extension and application services and are described in detail in the Expatriate Tax Engagement Agreement.

4. The Debtors have filed their Notice Of Supplement to List of Ordinary Course Professionals, expanding the scope of their retention of E&Y LLP to include the Expatriate Tax Services.

---

[2] In the event of any conflict between the description of the terms of the Expatriate Tax Engagement Agreement in this Supplemental Declaration and the actual terms of the Expatriate Tax Engagement Agreement, the latter shall control.

5. The fees payable to E&Y LLP for the Expatriate Tax Services are a variety of flat fees (ranging from $150-2,250) and hourly rates for specified services as set forth in Attachment 1 to the Expatriate Tax Engagement Agreement.

6. The Debtors have also agreed to reimburse E&Y LLP for any direct expenses incurred by E&Y LLP in connection with E&Y LLP's performance of the Expatriate Tax Services.

7. All compensation and expenses will continue to be sought in accordance with the OCP Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/24, 2010

*James Scott* [signature]

James Scott