**Exhibit 1**

**Expatriate Tax Engagement Agreement**



**ᴤ ERNST & YOUNG**

Ernst & Young LLP
5 Times Square
New York, New York 10036-6530

Tel: (212)773-3000

December 24, 2010

Nortel Networks Inc.
c/o Julie Graffam Kaplan, Director
Human Resources Operations
600 Technology Park Drive
Billerica, MA 01821

Dear Julie:

Thank you for choosing Ernst & Young LLP ("we" or "EY") to perform professional services (the "Services") for Nortel Networks Inc. ("you" or "Client"). We appreciate the opportunity to assist you and look forward to working with you.

The enclosed Statement of Work describes the particular Services that we will perform in this engagement, as well as any advice, presentations, or filings to be made, our fees therefore, and any other arrangements for this engagement. All of the Services will be subject to the terms and conditions of this letter, its attachments, including the General Terms and Conditions, and that Statement of Work (together, this "Agreement"). Except for a claim seeking solely injunctive relief, any dispute or claim arising out of or relating to this Agreement, the Services or any other services provided by us or on our behalf to you shall be resolved by mediation and arbitration as set forth in this Agreement.

Please sign this letter in the space provided below to indicate your agreement with these arrangements and return it to Gregory Schupp at your earliest convenience. If you have any questions about any of these materials, please do not hesitate to contact David Moskowitz so that we can address any issues you identify before we begin to provide any Services.

Very truly yours,

*Ernst & Young LLP*

AGREED:

Nortel Networks Inc.

By: _____
Randal Izzard, DIRECTOR, INDIRECT PROCUREMENT

# General Terms and Conditions

## Our relationship with you

1. We will perform the Services in accordance with applicable professional standards, including those established by the American Institute of Certified Public Accountants ("AICPA"). We will perform the Services using reasonable diligence and that degree of skill and judgment possessed by an international accounting firm experienced in providing the same or similar services.

2. We are a member of the global network of Ernst & Young firms ("EY Firms"), each of which is a separate legal entity.

3. We will provide the Services to you as an independent contractor and not as your employee, agent, partner or joint venturer. Neither you nor we have any right, power or authority to bind the other.

4. We may subcontract portions of the Services to other EY Firms, who may deal with you directly. Nevertheless, we alone will be responsible to you for the Reports (as defined in Section 11), the performance of the Services, and our other obligations under this Agreement. From time to time, non-CPA personnel may perform the Services.

5. We will not assume any of your management responsibilities in connection with the Services. We will not be responsible for the use or implementation of the output of the Services, although we may otherwise provide advice and recommendations to assist you in your management functions and making decisions.

## Your responsibilities

6. You shall assign a qualified person to oversee the Services. You are responsible for all management decisions relating to the Services, the use or implementation of the output of the Services and for determining whether the Services are appropriate for your purposes.

7. You shall provide (or cause others to provide) to us, promptly, the information, resources and assistance (including access to records, systems, premises and people) that we reasonably require to perform the Services.

8. To the best of your knowledge, all information provided by you or on your behalf ("Client Information") will be accurate and complete in all material respects. The provision of Client Information to us will not infringe any copyright or other third-party rights.

9. We will rely on Client Information made available to us and, unless we expressly agree otherwise, will have no responsibility to evaluate or verify it.

10. You shall be responsible for your personnel's compliance with your obligations under this Agreement.

## Our Reports

11. Any information, advice, recommendations or other content of any reports, presentations or other communications we provide under this Agreement ("Reports"), other than Client Information, are for your internal use only (consistent with the purpose of the particular Services).

12. You may not disclose a Report (or any portion or summary of a Report) externally (including to your affiliates) or refer to us or to any other EY Firm in connection with the Services, except:

    (a) to your lawyers (subject to these disclosure restrictions), who may use it only to give you advice relating to the Services,

    (b) to the extent, and for the purposes, required by subpoena or similar legal process (of which you will promptly notify us),

    (c) to other persons (including your affiliates) with our prior written consent, who have executed an access letter substantially in the form prescribed by the applicable Statement of Work and who may use it only as we have specified in our consent, or

    (d) to the extent it contains Tax Advice, as set forth in Section 13.

    If you are permitted to disclose a Report (or a portion thereof) externally, you shall not alter, edit or modify it from the form we provided.

13. You may disclose to anyone a Report (or a portion thereof) solely to the extent that it relates to tax matters, including tax advice, tax opinions, tax returns, or the tax treatment or tax structure of any transaction to which the Services relate ("Tax Advice"). With the exception of tax authorities, you shall inform those to whom you disclose Tax Advice that they may not rely on it for any purpose without our prior written consent.

14. You may incorporate into documents that you intend to disclose externally EY summaries, calculations or tables based on Client Information contained in a Report, but not our recommendations, conclusions or findings. However, you must assume sole responsibility for the

contents of those documents and not refer to us or any other EY Firm in connection with them. This provision does not affect your ability to circulate Reports internally.

15. You may not rely on any draft Report. We shall not be required to update any final Report for circumstances of which we become aware, or events occurring, after its delivery.

## Limitations

16. You (and any others for whom Services are provided) may not recover from us, in contract or tort, under statute or otherwise, any consequential, incidental, indirect, punitive or special damages in connection with claims arising out of this Agreement or otherwise relating to the Services, including any amount for loss of profit, data or goodwill, whether or not the likelihood of such loss or damage was contemplated.

17. You (and any others for whom Services are provided) may not recover from us, in contract or tort, under statute or otherwise, aggregate damages in excess of the fees actually paid for the Services that directly caused the loss in connection with claims arising out of this Agreement or otherwise relating to the Services. This limitation will not apply to losses caused by our fraud or willful misconduct or to the extent prohibited by applicable law or professional regulations.

18. You shall make any claim relating to the Services or otherwise under this Agreement no later than one year after you became aware (or ought reasonably to have become aware) of the facts giving rise to any alleged such claim and in any event, no later than two years after the completion of the particular Services. This limitation will not apply to the extent prohibited by applicable law or professional regulations.

19. You may not make a claim or bring proceedings relating to the Services or otherwise under this Agreement against any other EY Firm or our or its subcontractors, members, shareholders, directors, officers, partners, principals or employees ("**EY Persons**"). You shall make any claim or bring proceedings only against us. The limitations in Sections 16 through 18 and this Section 19 are intended to benefit the other EY Firms and all EY Persons, who shall be entitled to enforce them.

## Indemnity

20. To the fullest extent permitted by applicable law and professional regulations, you shall indemnify us, the other EY Firms and the EY Persons against all claims by third parties (including your affiliates) and resulting liabilities, losses, damages, costs and expenses (including reasonable external and internal legal costs) arising out of the third party's use of or reliance on any

Report (including Tax Advice) disclosed to it by or through you or at your request.

## Intellectual property rights

21. We may use data, software, designs, utilities, tools, models, systems and other methodologies and know-how ("**Materials**") that we own or license in performing the Services. Notwithstanding the delivery of any Reports, we retain all intellectual property rights in the Materials (including any improvements or knowledge developed while performing the Services), and in any working papers compiled in connection with the Services (but not Client Information reflected in them).

22. Upon payment for particular Services, you may use any Materials included in the Reports relating to those Services, as well as the Reports themselves, as permitted by this Agreement.

## Confidentiality

23. Except as otherwise permitted by this Agreement (including as required in your chapter 11 case), neither of us may disclose to third parties the contents of this Agreement or any information (other than Tax Advice) provided by or on behalf of the other that ought reasonably to be treated as confidential and/or proprietary. Either of us may, however, disclose such information to the extent that it:

(a) is or becomes public other than through a breach of this Agreement,

(b) is subsequently received by the recipient from a third party who, to the recipient's knowledge, owes no obligation of confidentiality to the disclosing party with respect to that information,

(c) was known to the recipient at the time of disclosure or is thereafter created independently,

(d) is disclosed as necessary to enforce the recipient's rights under this Agreement, or

(e) must be disclosed under applicable law, legal process or professional regulations.

24. Either of us may use electronic media to correspond or transmit information and such use will not in itself constitute a breach of any confidentiality obligations under this Agreement.

25. Unless prohibited by applicable law, we may disclose Client Information to other EY Firms and EY Persons to facilitate performance of the Services, to comply with regulatory requirements, to check conflicts, or for

quality, risk management or financial accounting purposes.

26.    With respect to any Services, if U.S. Securities and Exchange Commission auditor independence requirements apply to the relationship between you or any of your associated entities and any EY Firm, you represent, to the best of your knowledge, as of the date of this Agreement and as of the date of each Statement of Work hereunder, that neither you nor any of your affiliates has agreed, either orally or in writing, with any other advisor to restrict your ability to disclose to anyone the tax treatment or tax structure of any transaction to which the Services relate. An agreement of this kind could impair an EY Firm's independence as to your audit or that of any of your affiliates, or require specific tax disclosures as to those restrictions. Accordingly, you agree that the impact of any such agreement is your responsibility.

## Data protection

27.    We may collect, use, transfer, store or otherwise process (collectively, "**Process**") Client Information that can be linked to specific individuals ("**Personal Data**"). We may Process Personal Data in various jurisdictions in which we and the other EY Firms operate (which are listed at www.ey.com). We will Process Personal Data in accordance with applicable law and professional regulations, including, where applicable, the European Union Safe Harbor program of the U.S. Department of Commerce, in which EY participates. We will require any service provider that Processes Personal Data on our behalf to adhere to such requirements. If any Client Information is protected health information under the Health Insurance Portability and Accountability Act, as amended, this Agreement is deemed to incorporate all of the terms otherwise required to be included in a business associate contract relating to such information.

28.    You warrant that you have the authority to provide the Personal Data to us in connection with the performance of the Services. If you become legally obligated to require us to implement or maintain certain policies or practices relating to data privacy or data security in connection with our provision of particular Services ("Data Privacy Requirements"), you shall notify us of the Data Privacy Requirements. We shall either (i) comply with the Data Privacy Requirements or (ii) notify you of our determination that we are unable to do so, in which case either of us may terminate EY's provision of the relevant Services.

## Fees and expenses generally

29.    You shall pay our professional fees and specific expenses in connection with the Services as detailed in the applicable Statement of Work. You shall also reimburse us for other reasonable expenses incurred in performing the Services. Our fees are exclusive of taxes

or similar charges, as well as customs, duties or tariffs imposed in respect of the Services, all of which you shall pay (other than taxes imposed on our income generally). We may receive rebates in connection with certain purchases, which we use to reduce charges that we would otherwise pass on to you.

30.    We may charge additional professional fees if events beyond our control (including your acts or omissions) affect our ability to perform the Services as originally planned or if you ask us to perform additional tasks.

31.    If we are required by applicable law, legal process or government action to produce information or personnel as witnesses with respect to the Services or this Agreement, you shall reimburse us for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, unless we are a party to the proceeding or the subject of the investigation.

## Force majeure

32.    Neither you nor we shall be liable for breach of this Agreement (other than payment obligations) caused by circumstances beyond your or our reasonable control.

## Term and termination

33.    This Agreement applies to all Services performed at any time (including before the date of this Agreement).

34.    This Agreement shall terminate upon the completion of the Services. Either of us may terminate it, or any particular Services, earlier upon 30 days' prior written notice to the other. In addition, we may terminate this Agreement, or any particular Services, immediately upon written notice to you if we reasonably determine that we can no longer provide the Services in accordance with applicable law or professional obligations.

35.    You shall pay us for all work-in-progress, Services already performed, and expenses incurred by us up to and including the effective date of the termination of this Agreement. Payment is due within 30 days following receipt of our invoice for these amounts.

36.    The provisions of this Agreement, including Section 14 and otherwise with respect to Reports, that give either of us rights or obligations beyond its termination shall continue indefinitely following the termination of this Agreement, except that our respective confidentiality obligations (other than those relating to Reports or under Section 14) shall continue thereafter for three years only.

## Governing law and dispute resolution

37. This Agreement, and any non-contractual matters or obligations arising out of this Agreement or the Services, including (without limitation) claims arising in tort, fraud, under statute or otherwise relating to the Services, or questions relating to the scope or enforceability of this Section 37, shall be governed by, and construed in accordance with, the laws of New York applicable to agreements made, and fully to be performed, therein by residents thereof. Except as otherwise expressly provided in the Cover Letter, any dispute relating to this Agreement or the Services shall be resolved as set forth in Appendix 1 to these Terms and Conditions.

## Miscellaneous

38. This Agreement constitutes the entire agreement between us as to the Services and the other matters it covers, and supersedes all prior agreements, understandings and representations with respect thereto, including any confidentiality agreements previously delivered.

39. Both of us may execute this Agreement (including Statements of Work), as well as any modifications thereto, by electronic means and each of us may sign a different copy of the same document. Both of us must agree in writing to modify this Agreement or any Statement of Work hereunder.

40. You represent that the person signing this Agreement and any Statement of Work hereunder on your behalf is expressly authorized to execute it and to bind you and any of your affiliates or others for whom Services are performed to its terms. You also represent that this Agreement has, if necessary, been considered and approved by your Audit Committee.

41. You agree that we and the other EY Firms may, subject to professional obligations, act for other clients, including your competitors.

42. Neither of us may assign any of our rights, obligations or claims under this Agreement.

43. If any provision of this Agreement (in whole or part) is held to be illegal, invalid or otherwise unenforceable, the other provisions shall remain in full force and effect.

44. If there is any inconsistency between provisions in different parts of this Agreement, those parts shall have precedence as follows (unless expressly agreed otherwise): (a) the Cover Letter, (b) the applicable Statement of Work and any attachments thereto, (c) these General Terms and Conditions, and (d) other attachments to this Agreement.

45. We may use your name publically to identify you as a client, but we may refer to you in connection with the Services only if it is a matter of public knowledge that we are providing them (or have provided them).

46. For administrative reasons, you may from time to time ask that fees and expenses for Services performed for your international affiliates or at international locations be invoiced to you or your designate there, in local currency. You guarantee the timely payment of all those invoices by your affiliates. In addition, from time to time, an affiliate of ours, providing Services as a subcontractor to us, may bill you directly for fees incurred for work outside the US, in local currency or otherwise.

# Appendix 1

## Dispute resolution procedures

### Mediation

A party shall submit a dispute to mediation by written notice to the other party or parties. The mediator shall be selected by the parties. If the parties cannot agree on a mediator, the International Institute for Conflict Prevention and Resolution ("CPR") shall designate a mediator at the request of a party. Any mediator must be acceptable to all parties and must confirm in writing that he or she is not, and will not become during the term of the mediation, an employee, partner, executive officer, director, or substantial equity owner of any EY audit client.

The mediator shall conduct the mediation as he/she determines, with the agreement of the parties. The parties shall discuss their differences in good faith and attempt, with the mediator's assistance, to reach an amicable resolution of the dispute. The mediation shall be treated as a settlement discussion and shall therefore be confidential. The mediator may not testify for either party in any later proceeding relating to the dispute. The mediation proceedings shall not be recorded or transcribed.

Each party shall bear its own costs in the mediation. The parties shall share equally the fees and expenses of the mediator.

If the parties have not resolved a dispute within 90 days after written notice beginning mediation (or a longer period, if the parties agree to extend the mediation), the mediation shall terminate and the dispute shall be settled by arbitration. In addition, if a party initiates litigation, arbitration, or other binding dispute resolution process without initiating mediation, or before the mediation process has terminated, an opposing party may deem the mediation requirement to have been waived and may proceed with arbitration.

### Arbitration

The arbitration will be conducted in accordance with the procedures in this document and the CPR Rules for Non-Administered Arbitration ("Rules") as in effect on the date of the Agreement, or such other rules and procedures as the parties may agree. In the event of a conflict, the provisions of this document will control.

The arbitration will be conducted before a panel of three arbitrators, to be selected in accordance with the screened selection process provided in the Rules. Any issue concerning the extent to which any dispute is subject to arbitration, or concerning the applicability, interpretation, or enforceability of any of these procedures, shall be governed by the Federal Arbitration Act and resolved by the arbitrators. No potential arbitrator may be appointed unless he or she has agreed in writing to these procedures and has confirmed in writing that he or she is not, and will not become during the term of the arbitration, an employee, partner, executive officer, director, or substantial equity owner of any EY audit client.

The arbitration panel shall have no power to award non-monetary or equitable relief of any sort or to make an award or impose a remedy that (i) is inconsistent with the agreement to which these procedures are attached or any other agreement relevant to the dispute, or (ii) could not be made or imposed by a court deciding the matter in the same jurisdiction.

Discovery shall be permitted in connection with the arbitration only to the extent, if any, expressly authorized by the arbitration panel upon a showing of substantial need by the party seeking discovery.

All aspects of the arbitration shall be treated as confidential. The parties and the arbitration panel may disclose the existence, content or results of the arbitration only in accordance with the Rules or applicable professional standards. Before making any such disclosure, a party shall give written notice to all other parties and shall afford them a reasonable opportunity to protect their interests, except to the extent such disclosure is necessary to comply with applicable law, regulatory requirements or professional standards.

The result of the arbitration shall be binding on the parties, and judgment on the arbitration award may be entered in any court having jurisdiction.



Ernst & Young LLP
5 Times Square
New York, New York 10036-6530

Tel: (212)773-3000

December 24, 2010

Nortel Networks Inc.
c/o Julie Graffam Kaplan, Director
Human Resources Operations
600 Technology Park Drive
Billerica, MA 01821

## Statement of Work

This Statement of Work, dated November 2, 2010 (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and Nortel Networks Inc. (you" or "Client"), pursuant to the Agreement, dated December 24, 2010 (the "Agreement"), between EY and Nortel Networks Inc.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the expatriate tax Services covered by this SOW and not to Services covered by any other Statement of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW have the meanings in the Agreement, and references in the Agreement to "you" or "Client" shall be deemed references to you.

### Scope of Services

We will provide the following expatriate tax services to you starting November 1, 2010 and ending December 31, 2011. Specifically, EY will provide to Client the Services described in Attachment 1.

EY will provide the Services for authorized participants in Client's expatriate tax program, including, when so determined by Client, employees of Client's subsidiaries and affiliates, who (1) have been identified to EY by Client as participants, (2) have elected to use EY's services and have executed an agreement in form similar to Attachment 2 ("Participants"), and (3) have executed a consent authorizing EY to disclose the Participant's tax return information to other members of the EY global network that will assist in preparing the Participant's home and host country income tax returns. EY will provide the Services using information submitted by Participants and Client. EY will send a tax data organizer to each Participant that must be completed and returned in a timely manner by such Participant.

### Your obligations

We draw your attention to the reservations set out in paragraph 5 of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph 6, and your representation, as of the date hereof, under paragraph 26 thereof. You have obtained the prior approval of your Audit Committee for these Services, as applicable.

Management of Client is responsible for establishing and maintaining its expatriate tax policies and, in that connection, it will:

▸ Designate the appropriate individual to be responsible for the expatriate tax function within Client. Based on our prior discussions, we understand that Angie Lannom will be designated to perform that role.

▸ Determine the participants in its expatriate tax program for whom EY will perform *Services* pursuant to this engagement, and ensure that each participant complies with Client's requirements for participation in the expatriate tax program, including if necessary, providing a consent (including, where applicable, a consent from the participant's spouse) authorizing EY to disclose the participant's tax return information to Client in connection with EY's assistance in determining tax equalization/reimbursement payments and other services relating to the expatriate tax program.

▸ Provide EY with accurate and timely data, and other appropriate resources, and require Client employees who are participants in the expatriate tax program to provide EY with accurate and timely data and information.

**Additional terms and conditions**

With respect to Paragraph 17 of the General Terms and Conditions of the Agreement, if the basis of such claim relates to Services provided for one Participant for a given year, EY liability shall be limited to the fees received with respect to such Participant for that year.

Notwithstanding anything contained in the General Terms and Conditions of the Agreement to the contrary, neither party may terminate this SOW without cause unless 90 days prior written notice is given to the other party.

To facilitate performance of the Services, we may (and may, subject to additional terms and conditions, including license agreements, permit your authorized representatives to) use certain software and tools that allow us to collaborate with you electronically, including Ernst & Young *eRoom* (collectively, "Collaboration Tools"). You shall not, and shall not permit third parties to, copy or modify any Collaboration Tools, or decompile, reverse engineer, or in any way derive any source code from, or create any derivative work of, any Collaboration Tools. COLLABORATION TOOLS ARE PROVIDED "AS IS," AND NONE OF EY OR ANY OTHER PARTY INVOLVED IN THE CREATION, PRODUCTION OR DELIVERY OF ANY COLLABORATION TOOL MAKES ANY WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY COLLABORATION TOOL, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, NON-INFRINGEMENT, TITLE, OR ANY WARRANTY THAT THE OPERATION OF ANY COLLABORATION TOOL WILL BE UNINTERRUPTED, ERROR FREE OR THAT IT WILL BE COMPATIBLE WITH ANY OF YOUR HARDWARE OR SOFTWARE. EY WILL NOT SUPPORT, MAINTAIN OR UPGRADE ANY COLLABORATION TOOL. YOU ASSUME SOLE RESPONSIBILITY FOR THE USE OF ANY COLLABORATION TOOL AND THE RESULTS THEREOF. Your use of Collaboration Tools (or

use on your behalf) is not a substitute for any documentation or system of records you must create or maintain pursuant to law, including, without limitation, Internal Revenue Code Section 6001. You alone are responsible for maintaining separate copies of any documentation you input into any Collaboration Tool.

**Contacts**

You have identified Angie Lannom as your contact with whom we should communicate about these Services. Your contact at EY for these Services will be David Moskowitz.

**Fees**

The General Terms and Conditions of the Agreement address our fees and expenses generally.

The fees for EY's services pursuant to this SOW are set forth in Attachment 1 hereto. Our professional fees will be subject to the Consumer Price Index ("CPI") adjustment described below. EY will invoice Client on a monthly interim basis with quarterly reconciliations. Payment of each invoice is due upon receipt of the invoice. Nonpayment of undisputed fees for more than 30 days shall be grounds for termination of the contract. You shall also pay any potential value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

For purposes of this SOW, "CPI", as of any month, will mean the Consumer Price Index for All Urban Consumers, U.S. City Average, for all Items published by the Bureau of Labor Statistics of the Department of Labor, for such month. If, starting on the second anniversary of this SOW and continuing on each subsequent anniversary, the CPI ("Current Index") is higher than the prior anniversary's CPI ("Base Index"), then, effective as of such anniversary, the fees payable (as may have previously been adjusted pursuant to this paragraph) will increase by the percentage that the Current Index increased from the Base Index. This increase will be effective on the first calendar month following such anniversary; provided, however, that until the Current Index is announced, we will invoice Client at the previously established amounts of fees and, upon such announcement, will include on our next succeeding invoice an amount equal to the net increase in such amounts since the effective date of the increase.

Fees for the preparation of host country (non-U.S.) individual income tax returns will be based on the customary charges for these services by the Ernst & Young International, Ltd. or Ernst & Young Global Limited member firm providing the Services and will vary by country. Unless billed and paid locally, all amounts billed in foreign currency will be converted to U.S. dollars at the time of settlement. We will provide fee quotes by country, as requested.

In the case of any change in the assumptions and/or Client responsibilities set forth in this SOW or a substantial reduction in the number of Participants to be served by EY, Client and EY agree to

renegotiate EY's fees. If the parties do not reach an agreement on the renegotiated fees within thirty (30) days after EY has initiated negotiations with respect to its fees with Client, EY shall have the right to terminate this SOW. For purposes of this paragraph, "substantial reduction" shall mean a reduction of 20% or more of the initial Participant population used to determine the initial contract fees. A substantial reduction will also include a change in the type of assignments such as less long-term and more short-term assignments where such change is 20% or more of the population. The initial population size is 25 individuals for tax services.

EY's commitment to provide the Services for the fees set out in Attachment 1 is based upon the following conditions:

▸ EY receives from each Participant an executed agreement in the form attached hereto as Attachment 2 that documents the commitment of the Participant to cooperate fully in the process. Full cooperation means that each Participant will provide EY in a timely manner with a properly completed electronic tax data organizer (unless EY has agreed to accept information in an alternative format and it and Client have agreed on the additional compensation attendant to such alternative), and will be responsive to requests for additional information. EY will bring to Client's attention any situation in which EY is not receiving full cooperation. EY will not be responsible for more than 3 attempts to secure information and at that time will escalate such issues to Client and Client will assume responsibility for obtaining the missing information from the Participant. In such instances where Client requests EY to continue to attempt to secure missing information, an additional charge will apply at our agreed rates.

▸ EY receives complete and accurate compensation information from the Client on a timely basis in a format that can be imported into our compensation bridging system.

▸ EY receives from each Participant and, where applicable, the Participant's spouse, an executed consent authorizing the disclosure of the Participant's tax return information to other members of the EY global network that will assist in the preparation of the Participant's home and host country income tax returns.

▸ There are no material changes to applicable current U.S. federal and state laws and, where non-U.S. returns are to be prepared by Ernst & Young International, Ltd. or Ernst & Young Global Limited member firms, applicable laws of the foreign country.

In witness whereof, the parties have executed this SOW as of the date set forth above.

Ernst & Young LLP

*Ernst & Young LLP*

Nortel Networks Inc.


By: _____

Name: RANDAL S. IZZARD

Title: DIRECTOR, INDIRECT PROCUREMENT

## Attachment 1

### Scope of Services and fees

| Fee (in local currency) | Fee (in USD) | Country where work to be performed | Service performed | Scope of Service performed | Some assumptions | Client/expatriate responsibility |
|---|---|---|---|---|---|---|
| $750 | - | US | Amended Federal Tax Return | The preparation of an amended Federal tax return. | EY will prepare amended tax returns as authorized by Client. The expatriate will need to provide information as necessary for the preparation of the return. | Provision of any necessary information as can be provided by Client for the preparation of the amended return. |
| $150 | - | US | Amended State Tax Return(s) | Each additional amended state tax return would be completed at a fee of $150 per return. | EY will prepare amended tax returns as authorized by Client. The expatriate will need to provide information as necessary for the preparation of the return. | Provision of any necessary information as can be provided by Client for the preparation of the amended return. |
| $2,250 | - | US | Annual Expatriate Federal and State Tax Return | Preparation of Federal tax return and 1 state tax return. | Expatriate to complete Tax Organizer, as provided by EY, by agreed upon date with Client. Return to be completed within 20 business days after reciving all necessary return data. | Client and expatriate to provide all data timely. |
| $350 | - | US | Annual Expatriate tax return – Additional State Filings | Preparation of additional state and local tax returns would be billed at $150 per tax filing. | Expatriate to complete Tax Organizer, as provided by EY, by agreed upon date with Client. | Client and expatriate to provide all data timely. |
| $250 | - | US | Annual Foreign Bank Account Reporting Form | Preparation of Form TD F 90-22.1 Report of Foreign Bank and Financial Accounts. | EY will prepare this form for up to 3 reportable accounts. Any additional accounts will be charged at $100 per account. | Expatriate to provide all data timely. |
| $750 | - | US | Arrival Tax Meeting | Meeting (either face to face or via telephone between EY & expatriate regarding host country tax implications of assignment); Assumes 1 hour meeting, preparation for the meeting, and the completion of a meeting checklist. | Expatriate to be contacted within 48 hours of receipt of information from relocation vendor. | Client to provide assignment letter and expatriate contact information in a timely fashion. |
| $400 | - | US | Certificates of Coverage | Preparation and filing of Application for Certificate of Coverage | Turnaround dependent on tax authority. | Client and expatriate to provide full information. |

| Fee (in local currency) | Fee (in US$) | Country where work to be performed | Service performed | Scope of Service performed | Scope assumptions | Client/expatriate responsibility |
|---|---|---|---|---|---|---|
| $750 | - | US | Departure Tax Meeting | Meeting (either face to face or via telephone between EY & expatriate regarding tax implications in host country upon departure); Assumes 1 hour meeting, preparation for the meeting, and the completion of a meeting checklist. | Expatriate to be contacted within 48 hours of receipt of information from relocation vendor. | Client to provide assignment letter and expatriate contact information in a timely fashion. |
| $750 | - | US | Gross-Up Calculation | Preparation of a US gross-up calculation at the request of Client. | Turnaround time estimated at 5 business days. | Client to provide complete information. |
| $750 | - | US | Home Country Hypothetical Tax Calculation | Preparation of one hypo calculation at the start of assignment. If amended calculations are required, additional fee would be agreed to with Client. | Prepared in connection with start of assignment. Additional calculations completed based on request of Client. | Client to provide complete compensation summary and assumptions to be used. |
| $500 | - | US | Home Country Tax Equalization Calculation | Preparation of tax equalization calculation in accordance with Client tax equalization policy. | To be completed within two business days from completion of annual tax return. | Client to provide complete compensation breakdown, including gross-ups and policy. |
| $500 | - | US | Quarterly Compensation Review | Gather and review of of quarterly compensation data for agreed upon assignees. | N/A | Client to provide complete information. |
| $300 | - | US | Amended Home Country Tax Equalization Calculation | The preparation of an amended tax equalization calculation. | EY will prepare amended tax equalization as authorized by Client. | Client to provide complete compensation breakdown, including gross-ups and policy. |
| $300 | - | US | Request for Extension Including Detailed Calculation/Estimate | The preparation of Federal or State extension including a detailed tax calculation/estimate to determine possible payment to be made. | EY will prepare extensions prior to the filing due date(s) and will make sure to keep the expatriate in compliance with US filing deadlines. | Client to provide detailed compensation information and expatriate to provide data necessary to be able to calculate tax estimate. |
| - | - | US | Request for Extension of Time to File | The preparation of Federal and State extensions as applicable, assuming no detailed calculations required. Each additional extension requested (Federal & State) past August 15th would be billed at $300 per extension. | EY will prepare extensions prior to the filing due date(s) and will make sure to keep the expatriate in compliance with US filing deadlines. | Basic information to be provided by Client and/or expatriate to complete extension. |
| - | - | US | Response to Tax Authority Notice | Review and response to notices issued by the taxing authority. To be billed at pre-agreed upon fee. | EY will undertake the prompt review of notices received from the tax authority, and timely rectification or clarification of any issues arising. | Client and/or expatriate to provide information as requested. |

| Fee (in local currency) | Fee (in USD) | Country where work to be performed | Service performed | Scope of Service performed | Some assumptions | Client/expatriate responsibility |
|---|---|---|---|---|---|---|
| $150 | - | US | ITIN Application | Preparation of ITIN application to be submitted on behalf of expatriates' dependents. | To be completed with the annual tax return. | Expatriate to provide necessary information to complete application. |
| $500 | - | US | Preparation of Arrival/Departure Forms | Preparation of forms such as Form W-4, Form 673, Change of Address Form, etc. related to the arrival/departure of expatriate to/from the US. | To be completed in connection with the arrival or departure tax meeting | Client/Expatriate to provide full information. |

Note: Our professional fees will be subject to the Consumer Price Index ("CPI"). See body of SOW.

**SERVICES NOT COVERED:**

- Federal State and Local Income Tax Returns involving complex forms, schedules or transactions
- State and Local Income Tax Returns not due to Client Assignment
- Children's or other dependents' Tax Returns
- Retirement, Insurance, Financial or Estate Planning
- Personal Tax Planning
- Gift Tax Returns
- Financial Counseling Concerning Stock Options
- Investment Advice
- Advice on Rental of Non-Principal Residence
- U.S. Domicile Ruling Requests
- Non-U.S. Tax Returns, other than Host Country unless specifically agreed by Client, the Participant and EY
- Tax Returns relating to household employees
- Returns that include more than 3 Schedule K-1s
- Returns that include more than 1 rental property
- Returns that include more than 10 capital gain transactions

## Attachment 2

**Form of Terms of Service Agreement for Human Capital Services**

In this Terms of Service Agreement for Human Capital Services, Ernst & Young LLP, which is engaged by your employer to provide you with human capital services, is referred to herein as "Ernst & Young."

Ernst & Young will perform certain Human Capital services ("Services") for you and, if applicable, for your spouse or spousal equivalent and other family members (each referred to as "you"), as agreed in the engagement agreement with your employer or one of its affiliates (collectively "your employer") and provided to you under their Human Capital services program.

Ernst & Young may also provide other services to your employer under your employer's Human Capital services program. All services provided under your employer's Human Capital services program, including the services provided to you, are collectively referred to herein as "Services." The terms of the Human Capital services program are set out in an engagement agreement between Ernst & Young and your employer ("Engagement Agreement").

**The Ernst & Young Network**

Ernst & Young is an independent member of Ernst & Young Global Limited ("EYGL") which acts as the central coordinating body of the Ernst & Young network of independent firms ("EY Network"). No member of the EY Network other than Ernst & Young assumes any responsibility to you in connection with the Services we provide to you. You acknowledge that Ernst & Young is not the agent of any member of the EY Network and that none of those other entities are agents of Ernst & Young.

You agree that (i) any claim arising out of or in connection with the Services we provide to you shall be brought only against Ernst & Young and (ii) not to bring any proceedings arising out of or in connection with the Services personally against any other persons involved in the performance of the Services. You agree not to bring any proceedings arising out of or in connection with the Services in any jurisdiction against any member of the EY Network (other than Ernst & Young) or any partner or staff thereof.

Each member of the EY Network and each partner or member of staff thereof and each of our partners or members of staff shall have the express benefit of this section and shall have the right to rely on and enforce any of its terms.

**Scope of Services**

In accordance with the terms of the Engagement Agreement between Ernst & Young and your employer, Ernst & Young will provide to you such of the Services as set out in Annex 1 hereto as you shall elect. From time to time during the term of the engagement these Services may be varied. We will notify you of a variation to the Services where such variation is applicable or relevant to you.

**Provision of Services**

In order for Ernst & Young to provide the Services to you, you agree to provide to Ernst & Young in a timely manner the information that Ernst & Young reasonably requires from you, which could, for example, include details with respect to your personal income or copies of your tax returns (collectively, your "Data"). You also acknowledge and confirm that you have authorized your employer to provide Ernst & Young with any Data we may require from your employer in order to provide the Services to you. In addition, you agree to provide Ernst & Young with an executed consent authorizing the disclosure of your tax return information to other members of the EY Network that will assist in the preparation of your home and host country tax returns.

Where your employer has transferred the provisioning of the Services to Ernst & Young from another service provider, you agree that Ernst & Young may contact your previous service provider in order to obtain your Data and you will complete an appropriate consent form in order to facilitate this process.

All advice and other services Ernst & Young provides pursuant to this engagement are intended solely for the benefit of you and/or your employer and are not for the benefit of anyone else. From time to time, and depending on the circumstances, non-CPA personnel, including non-CPA owners of affiliated firms, as well as independent contractors and consultants to Ernst & Young, may participate in the services we provide to you.

**Tax authority notice**

You acknowledge that the taxpayer is responsible for compliance with the tax law. The obligations of the taxpayer include maintaining records and providing accurate and complete information to the tax authorities as required by the tax law. Penalties may be imposed by the tax authorities on the taxpayer for failure to comply with the tax law.

**Reportable Transaction questionnaire**

Treasury regulations require individuals to file disclosure statements with the IRS relating to certain tax strategies/transactions that the IRS has identified as a Listed Transaction or Transaction of Interest, any transaction that is substantially similar to a Listed Transaction or Transaction of Interest, and Other Reportable Transactions. The disclosure statements must be filed with the proper tax return and also sent separately to the IRS. In addition, some states have enacted tax shelter legislation requiring taxpayers to file reportable transaction disclosure statements with the appropriate state income and franchise tax returns. Failure to properly disclose any of these transactions/strategies in which you directly or indirectly participated may result in the imposition of penalties. During the process of gathering data to prepare your tax return(s), you will be provided with a questionnaire regarding Listed Transactions, Transactions of Interest and Other Reportable Transactions that you must complete and return in order for Ernst & Young to prepare your tax return(s). Ernst & Young will not be liable for any penalties resulting from your failure to accurately and timely respond to the questionnaire or to timely file the required disclosure statements.

**Communication by email**

Unless otherwise agreed in writing with you, we may correspond by means of the Internet or other electronic media or provide information to you in electronic form. Because of the inherent risks associated with the electronic transmission of information on the Internet or otherwise, we cannot guarantee the confidentiality and integrity of any unencrypted electronic communications or information which are sent or received in relation to the Services once they are outside of our firewalls.

Although it is our policy to check our e-mail correspondence and other electronic information with anti-virus software, we similarly cannot guarantee that transmissions or other electronic information will be free from infection.

**Terms of use of technology**

Ernst & Young may provide you with access to our proprietary software tool myEYOnline for the purpose of delivering documents to you and assisting you to provide information to Ernst & Young. You may also be entitled to download and use our offline calendar application and Microsoft excel organizers (the "Software"). In such event, your access to and use of the Software will be subject to the terms and conditions which are contained within the myEYOnline site.

**Limitation of liability**

Ernst & Young will not be liable for any claim for damages arising out of or in connection with any services provided hereunder for you or your employer in an amount greater than the amount of fees actually received by Ernst & Young with respect to the services performed on your behalf and directly relating to and forming the basis of such claim.

No party to this agreement will, in any event, be liable to the other, for any reason, for any consequential, incidental, special, punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

**Governing law**

This agreement shall be governed by, and construed in accordance with, the laws of the State of New York applicable to agreements made and fully performed therein by residents thereof.

**Dispute resolution**

Any controversy or claim arising out of or relating to the services covered by this agreement and provided to you shall be submitted first to voluntary mediation, and if mediation is not successful, then to binding arbitration, in accordance with the Rules for Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution ("Rules") as in effect on the date of this agreement. Judgment on any arbitration award may be entered in any court of appropriate jurisdiction.

**Consent to Terms of Service within this notice**

Upon your signed acceptance below, this agreement is deemed effective as of the date of that acceptance for the whole period Ernst & Young is engaged to provide Services to you.

**Acknowledgement**

I acknowledge and agree that the terms of this Terms of Service Agreement for Human Capital Services forms a binding agreement between myself and Ernst & Young. I confirm that I am authorized to accept these terms on behalf of my spouse or spousal equivalent and other family members where applicable.

_____
Signature

_____                    _____
Name (please print)                                  Date

Nortel Networks Inc.

Annex 1

## Scope of Services

### Services included

Preparation of:

- Annual U.S. Federal Income Tax Returns
- State and Local Income Tax Return(s)
- Preparation of foreign bank account reporting forms
- Annual Tax Reimbursement calculation, as required
- Tax Gross-ups, as required
- Tax Return Extension Requests, as required
- Annual Basic Foreign Tax Return of assignment Host Country
- Responses to Correspondence Audits/Inquiries by Federal, State and foreign tax authorities regarding returns prepared by Ernst & Young

### Services not covered

Nortel Networks Inc. sponsored service does not include providing personal tax advice. Should you require assistance with personal tax matters, we will be pleased to discuss our service capabilities and separate billing arrangements with you. Some examples are:

- Preparation of any Estimated Income Tax Payments (e.g., Form 1040-ES)
- Contacting third parties (i.e., your realtor, broker or other agents) to gather certain information (e.g., real estate or securities transactions) in order to complete your tax return
- Children's or other dependents' Tax Returns
- Retirement, Insurance, Financial or Estate Planning
- Personal Tax Planning
- Gift Tax Returns
- Financial Counseling
- Investment Advice
- Foreign Tax Returns, other than Host Country unless specifically agreed by the Company, the Participant and E&Y
- Tax Returns relating to household employees
- Preparation of Forms 5471 & 8621 to report foreign gifts or foreign ownership in trusts, partnerships and/or corporations