CHRISS W.STREET
ORANGE COUNTY TREASURER-TAX COLLECTOR
Office of the Orange County Tax Collector
12 Civic Center Plaza, Room G40
Post Office Box 1438
Santa Ana, CA 92702-1438

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re:  NORTEL NETWORKS INC

Debtor(s).

Case No.:  09-10138-KG
Chapter:  7

**WITHDRAWAL OF PROOF OF CLAIM
FILED BY ORANGE COUNTY
TREASURER-TAX COLLECTOR**

**[NO HEARING DATE]**

TO ALL INTERESTED PERSONS AND THEIR COUNSEL OF RECORD, IF ANY:

The undersigned claimant hereby withdraws that certain proof of claim:

Dated  9/7/10    in the amount of $       2,117.18

filed herein on       9/8/10        Claim Number   7405

Dated this  December 3, 2010

CHRISS W. STREET
Orange County Treasurer-Tax Collector

By: _____
Melissa J Richards
Deputy

WITHDRAWAL OF PROOF OF CLAIM

1

PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:    Withdrawal of Proof of Claim

On ____December 2, 2008__, I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

| X | (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for. |

| X | (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |

Executed on ___December 3, 2010_____

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
Alissa T Gazze
Morris Nichols Arsht & Tunnell, LLP
1201 N Market St
Wilmington, DE 19801

*Claims Agent*
Epiq Bankruptcy Solutions, LLC
757 Third Ave, 3rd Floor
New York, NY 10017

WITHDRAWAL OF PROOF OF CLAIM