UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    §

Nortel Networks, Inc                      §
                                             CASE NO. 09-10138-KG
Debtor(s)                                 §       (Chapter 11)

                                          §

### WITHDRAWAL

NOW COMES, City of Grapevine in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 9/7/10(Claim no. 7403) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
R. BRUCE MEDLEY
State Bar No. 13895835
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 21st day of December, 2010:

| Derek C Abbott | U S Trustee |
| --- | --- |
| 1201 N Market Street | 844 King Street |
| Wilmington, DE 19899 | Room 2207, Lockbox #35 |
|  | Wilmington, DE 19801 |

_____
ELIZABETH BANDA CALVO
R. BRUCE MEDLEY

| United States Bankruptcy Court District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Name Of Debtor: NORTEL NETWORKS, INC | Case Number: 9-10138-KG<br>Chapter: 11 | Claim # 7403 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense my be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
**CITY OF GRAPEVINE**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P. O. BOX 13430

ARLINGTON, TX 76094-0430
Telephone: (817) 461-3344
Facsimile: (817) 860-6509
E-Mail: ebcalvo@pbfcm.com

☐ Check Box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court

**This Space is for Court Use Only**

Account or other number by which creditor identifies debtor:
Please See Attached Statement(s)

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated:

**1. Basis For Claim:**
Ad Valorem Property Taxes

**2. Date debt was incurred:**
January 1st of each tax year, pursuant to Sections 32.01 and 32.07 of the Texas Property Tax Code.

**3. If court judgment, date obtained:**

**4. Total amount of claim at time case filed:** $152.42

if all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**Make checks payable to:** CITY OF GRAPEVINE

**Mail payments to:** C/O PERDUE BRANDON FIELDER ET AL, P O BOX 13430, ARLINGTON, TX 76094-0430

**5. Secured Claim:**

☒ Check this box if your claim is secured by collateral (including a right of setoff). Claim secured by statutory tax lien provided by Sections 32.01 and 32.05 of the Texas Property Tax Code and Art. 8, Section 15 of the Texas Constitution.

Amount entitled to Secured Classification: **$152.42**

Brief Description Of Collateral:

☐ Real Estate    ☐ Motor Vehicle
☒ Other: BUSINESS PERSONAL PROPERTY

Value Of Collateral: Fully Secured
Amount of arrearage and other charges at time case filed included in secured claim, if any:

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priorty claim. Amount entitled to priority:
Taxes or penalties owed to government units - 11 U.S.C. § 507(a)(8) to the extent of any shortfall in collateral value and for personal liability.

**7. General Unsecured Claim:**
Amount entitled to General Unsecured Classification:
$0.0

**8. Credits:**
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. This claim is not subject to any setoff or counterclaim.

**9. Supporting Documents:**
Tax Statements On which this claim is founded are attached.

**This Space is for Court Use Only**

Date: 8/31/2010
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attorneys At Law

By: /s/ Elizabeth Banda Calvo
Elizabeth Banda Calvo
Attorneys For Claimant
SBN: 24012238

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152,3571

# Tax Statement

## CITY OF GRAPEVINE

C/O GRAPEVINE-COLLEYVILLE TAX OFFICE
3072 MUSTANG DRIVE
GRAPEVINE, TX 76051
Telephone: (817) 481-1242

NORTEL
319 GILLETTE DR
FRANKLIN, TN 37069-4195

Taxpayer ID: 15147
BA=Y

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| | Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|---|
| CITY OF GRAPEVINE | | | | |
| Legal: NORTEL   BUSINESS PERSONAL PROPERTY
GEO Code: 10741038   Client Property Code: | | | | |
| | 2007 | $106.89 | $45.53 | $152.42 |

CITY OF GRAPEVINE TOTAL --> $152.42

*Total If Paid By 1/31/2009*   $152.42

Page 1