**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

NORTEL NETWORKS INC., et al.,              Chapter 11
                                            Case No. 09-10138 (KG)
            Debtor(s).
_____/

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the State of Michigan, Department of Treasury hereby notify the Clerk of the Court that they are substituting Herman G. Petzold III, Assistant Attorney General in place of Deborah Waldmeir, Assistant Attorney General as their counsel of record in the above captioned Chapter 11 case. Such counsel hereby requests that copies of all notices and pleadings given or filed in this case be give and served upon Herman G. Petzold III, Assistant Attorney General.

/s/ Herman G. Petzold III
Herman G. Petzold III (P41760)
Assistant Attorney General
State of Michigan
3030 West Grand Blvd
Ste 10-200
Detroit, MI 48202
(313) 456-0140

Dated: December 29, 2010