**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

NORTEL NETWORKS INC., et al.,              Chapter 11
                                            Case No. 09-10138 (KG)
            Debtor(s).
_____/

**CERTIFICATE OF SERVICE**
**NOTICE OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY CERTIFIED that on December 29, 2010, a copy of the *Notice of Substitution of Counsel* and *Certificate of Service* was served via electronic mail of on the counsel of record in this case.

I declare that the statements above are true to the best of my information, knowledge and belief.

/s/ Heather Donald
Heather L. Donald
Assistant Attorney General
State of Michigan
3030 West Grand Blvd
Ste 10-200
Detroit, MI  48202
(313) 456-0140

Dated:  December 29, 2010