**EXHIBIT B**

SYSELOG SA, ATTN: HOWARD A. COHEN, DRINKER BIDDLE & REATH LLP, 1100 N. MARKET
STREET, SUITE 1000, WILMINGTON, DE  19801