**EXHIBIT C**

HAIN CAPITAL HOLDINGS, LLC, ATTN: GANNA LIBERCHUK, 301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ  07070