**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    Mack Thorpe Jr.
225 E Worthington Ave., Suite 200
Charlotte, NC 28203

Transferee:    Hain Capital Holdings, LLC
c/o Hain Capital Holdings, Ltd
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070

Your transfer is defective for the reason checked below:

**Amount on Transfer Agreement does not match Claim amount**

Docket Number: 4640        Date: 12/23//2010

By    /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 23, 2010