# EXHIBIT B

MACK THORPE JR., 225 E WORTHINGTON AVE., SUITE 200, CHARLOTTE, NC  28203