# EXHIBIT C

## DISBURSEMENT SUMMARY
## NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,435.44 |
| Conference Call /Telephone Charges | $5,013.20 |
| Courier Service/Postage | $337.26 |
| Duplicating (@ $0.10 per page) | $637.40 |
| Meals/Committee Meeting Expenses | $4,212.92 |
| Travel Expenses – Airfare | $4,426.20 |
| Travel Expenses – Ground Transportation | $2,302.96 |
| Travel Expenses – Lodging | $5,331.37 |
| Travel Expenses – Parking | $43.00 |
| Travel Expenses – Telephone & Fax | $19.90 |
| Travel Expenses – Train Fare | $1,205.00 |
| **TOTAL** | **$25,964.65** |

Error! Unknown document property name.