# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1344184 |
| ATTN: JOHN DOLITTLE | Invoice Date 12/17/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/11/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660670 DATE: 8/20/2010 Vendor: Executive Royal Voucher #: 234045 Date: 08/11/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 234045 Date: 08/11/2010 Name: Brad Kahn | $26.93 |
| 08/26/10 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 08/30/10 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 09/07/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 661613 DATE: 9/17/2010 Vendor: Executive Royal Voucher #: 248004 Date: 09/07/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 248004 Date: 09/07/2010 Name: Brad Kahn | $29.81 |
| 09/28/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: OCT100010761500001 DATE: 10/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $10.33 |
| 09/29/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: OCT10- | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | 53062500000206 DATE: 10/28/2010 PASSENGER: BELL GRAEME TICKET #: 0527872551 DEPARTURE DATE: 09/29/2010 ROUTE: NYP WIL NYP | |
| 09/29/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: BELL GRAEME TICKET #: 03A756 DEPARTURE DATE: 09/30/2010 ROUTE: NYP WIL NYP | $343.00 |
| 09/29/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: KAHN BRAD M TICKET #: 0527870817 DEPARTURE DATE: 09/29/2010 ROUTE: NYP WIL NYP | $37.00 |
| 09/29/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: KAHN BRAD M TICKET #: 03A4C7 DEPARTURE DATE: 09/30/2010 ROUTE: NYP WIL NYP | $343.00 |
| 09/30/10 | Meals - Business Working lunch; B. Kahn; Quiznos Restaurant | $7.68 |
| 10/04/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $9.10 |
| 10/05/10 | Document Retrieval Usage From: 7/1/10 to 9/30/10 VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-AK0004; DATE: 10/5/2010 - Account ID: AK0004 | $16.96 |
| 10/11/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: KAHN BRAD M TICKET #: 0528206816 DEPARTURE DATE: 10/11/2010 ROUTE: NYP WIL NYP | $37.00 |
| 10/11/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: KAHN BRAD M TICKET #: 14D35E DEPARTURE DATE: 10/14/2010 ROUTE: NYP WIL NYP | $381.00 |
| 10/13/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1108846 DATE: 11/3/2010 Vendor: Dial Car Voucher #: DLA3218503 Date: 10/13/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3218503 Date: 10/13/2010 Name: Lisa Beckerman | $109.39 |
| 10/14/10 | Travel - Ground Transportation Taxi | $10.00 |

| Date | Description | Amount |
|---|---|---|
| | from train station to courthouse; FS Taxi Service | |
| 10/18/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 769421 DATE: 10/24/2010 Kahn Brad - Aceluck - 10/18/2010 | $18.12 |
| 10/18/10 | Travel - Ground Transportation Medallion cab | $14.60 |
| 10/19/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 769421 DATE: 10/24/2010 Kahn Brad - Szechuan Gourmet - 10/19/2010 | $27.31 |
| 10/20/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 769421 DATE: 10/24/2010 Kahn Brad - Fresh Basil's - 10/20/2010 | $26.47 |
| 10/21/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 769421 DATE: 10/24/2010 Feuerstein Tony - Subway 46th St) - 10/21/2010 | $12.49 |
| 10/21/10 | Meals (100%) 10/18/2010 - N KUNEN - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800107; DATE: 10/21/2010 - CUSTOMER NUMBER: F203380000 | $115.41 |
| 10/21/10 | Meals (100%) 10/19/2010 - P SANCHEZ - Team meeting working meal - breakfast (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800107; DATE: 10/21/2010 - CUSTOMER NUMBER: F203380000 | $143.72 |
| 10/21/10 | Meals (100%) 10/19/2010 - P SANCHEZ - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800107; DATE: 10/21/2010 - CUSTOMER NUMBER: F203380000 | $137.18 |
| 10/21/10 | Travel - Ground Transportation Medallion | $11.80 |
| 10/21/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1109267 DATE: 11/10/2010 Vendor: Dial Car Voucher #: DLA3219629 Date: 10/21/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3219629 Date: 10/21/2010 Name: Abid Qureshi | $74.60 |
| 10/21/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $128.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1344184

Page 4  
December 17, 2010

| Date | Description | Amount |
|---|---|---|
| | 1109267 DATE: 11/10/2010 Vendor: Dial Car Voucher #: DLA3226000 Date: 10/21/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3226000 Date: 10/21/2010 Name: David Botter | |
| 10/21/10 | Travel - Ground Transportation  Taxi to Cleary offices; Taxi receipt | $10.60 |
| 10/21/10 | Travel - Ground Transportation  Working late. Taxi from One Bryant Park to 50 Franklin Street.; Taxi Receipt | $20.52 |
| 10/22/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 376281 DATE: 10/29/2010 SENDER'S NAME: ; JOB NUMBER: 4220512; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 10/22/2010 | $27.19 |
| 10/25/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 775264 DATE: 10/31/2010 Brauner Sara - Pita Grill of Hell's Kitchen - 10/25/2010 | $20.62 |
| 10/25/10 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 810; DATE ORDERED: 10/25/10 | $81.00 |
| 10/26/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 376281 DATE: 10/29/2010 SENDER'S NAME: ; JOB NUMBER: 4235803; PICKUP: 1 BRYANT PARK; DESTINATION: 104 W 40TH ST; DATE: 10/26/2010 | $15.17 |
| 10/26/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 376281 DATE: 10/29/2010 SENDER'S NAME: ; JOB NUMBER: 4235831; PICKUP: 1 BRYANT PARK; DESTINATION: 520 MADISON AVE; DATE: 10/26/2010 | $15.17 |
| 10/26/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 775264 DATE: 10/31/2010 Kahn Brad - Aki Sushi West - 10/26/2010 | $31.60 |
| 10/26/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1109267 DATE: 11/10/2010 Vendor: Dial Car Voucher #: DLA3205907 Date: 10/26/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3205907 Date: 10/26/2010 Name: Lisa Beckerman | $61.87 |
| 10/26/10 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $8.52 |

| Date | Description | Amount |
|---|---|---|
| 10/27/10 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 376281 DATE: 10/29/2010 SENDER'S NAME: ; JOB NUMBER: 4241263; PICKUP: 1 BRYANT PARK; DESTINATION: 104 W 40TH ST; DATE: 10/27/2010 | $27.19 |
| 10/27/10 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 376281 DATE: 10/29/2010 SENDER'S NAME: ; JOB NUMBER: 4241321; PICKUP: 1 BRYANT PARK; DESTINATION: 520 MADISON AVE; DATE: 10/27/2010 | $27.19 |
| 10/27/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 775264 DATE: 10/31/2010 Woodson Jenny Jennifer) - Hummus Kitchen - 10/27/2010 | $14.04 |
| 10/27/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 775264 DATE: 10/31/2010 Feuerstein Tony - Subway 46th St) - 10/27/2010 | $12.49 |
| 10/27/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 775264 DATE: 10/31/2010 Catering Akin Gump - Mendy's at Rock Center - 10/27/2010 | $23.08 |
| 10/27/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 775264 DATE: 10/31/2010 Kahn Brad - Blockheads Burritos WW) - 10/27/2010 | $20.69 |
| 10/27/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 663646 DATE: 11/5/2010 Vendor: Executive Royal Voucher #: 971580 Date: 10/27/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 971580 Date: 10/27/2010 Name: Brad Kahn | $26.93 |
| 10/27/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1109539 DATE: 11/17/2010 Vendor: Dial Car Voucher #: DLA3275812 Date: 10/27/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3275812 Date: 10/27/2010 Name: Lisa Beckerman | $63.91 |
| 10/27/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Vinnie's | $50.00 |
| 10/28/10 | Document Production - In House | $9.80 |

| Date | Description | Amount |
|---|---|---|
| | REQUESTOR: S KUHN; DESCRIPTION: COLOR COPIES; QUANTITY: 98; DATE ORDERED: 10/28/10 | |
| 10/28/10 | Meals (100%) 10/25/10: S. Brauner - Professionals meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800108; DATE: 10/28/2010 | $350.31 |
| 10/28/10 | Meals (100%) 10/27/10: P. Sanchez - Professionals meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800108; DATE: 10/28/2010 | $309.48 |
| 10/28/10 | Meals (100%) 10/28/10: P. Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800108; DATE: 10/28/2010 | $391.13 |
| 10/29/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E440 DATE: 10/30/2010 TRACKING #: 1Z02E52EPG493 18099; PICKUP DATE: 10/29/2010; SENDER: Brad Kahn/D.A.; RECEIVER: David Botter - N/A; | $26.58 |
| 10/31/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 10/31/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $94.29 |
| 10/31/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Charrito's | $49.22 |
| 11/01/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 46 page(s) | $4.60 |
| 11/01/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 11/1/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.17 |
| 11/01/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1109539 DATE: 11/17/2010 Vendor: Dial Car Voucher #: DLA2233867 Date: 11/01/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA2233867 Date: 11/01/2010 Name: Lisa Beckerman | $61.87 |
| 11/01/10 | Meals - Business S. Schultz; The Red Flame | $18.70 |
| 11/02/10 | Duplication - In House Photocopy - User # 990100, NY, 418 page(s) | $41.80 |
| 11/02/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 663858 DATE: 11/12/2010 Vendor: Executive Royal Voucher #: | $26.93 |

| Date | Description | Amount |
|---|---|---|
| 11/02/10 | 281253 Date: 11/02/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 281253 Date: 11/02/2010 Name: Brad Kahn Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1109539 DATE: 11/17/2010 Vendor: Dial Car Voucher #: DLA3226034 Date: 11/02/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3226034 Date: 11/02/2010 Name: Lisa Beckerman | $61.87 |
| 11/02/10 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 440; DATE ORDERED; 11/2/10 | $44.00 |
| 11/02/10 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 300; DATE ORDERED; 11/2/10 | $30.00 |
| 11/03/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 2 page(s) | $0.20 |
| 11/03/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 22 page(s) | $2.20 |
| 11/03/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 777754 DATE: 11/7/2010 Catering Akin Gump - Mendy's at Rock Center - 11/03/2010 | $23.08 |
| 11/03/10 | Travel - Train Fare Subway fare to/from Cleary meeting.; Subway fare | $4.50 |
| 11/03/10 | Travel - Train Fare Subway fare for D. Botter and Mr. Hyland of Capstone from Cleary meeting.; Subway fare | $4.50 |
| 11/04/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 120 page(s) | $12.00 |
| 11/04/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 1930 page(s) | $193.00 |
| 11/04/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 777754 DATE: 11/7/2010 Kahn Brad - Whym Restaurant - 11/04/2010 | $35.79 |
| 11/04/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 777754 DATE: 11/7/2010 Brauner Sara - Pita Grill of Hell's Kitchen - 11/04/2010 | $14.88 |
| 11/04/10 | Meals (100%) 10/29/10 B Kahn - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800109; DATE: 11/4/2010 | $116.50 |

| Date | Description | Amount |
|---|---|---|
| 11/04/10 | Meals (100%) 11/2/10 B Kahn - Professionals meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800109; DATE: 11/4/2010 | $359.29 |
| 11/04/10 | Meals (100%) 11/3/10 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800109; DATE: 11/4/2010 | $293.96 |
| 11/04/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 663858 DATE: 11/12/2010 Vendor: Executive Royal Voucher #: 252341 Date: 11/04/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 252341 Date: 11/04/2010 Name: Fred Hodara | $33.58 |
| 11/04/10 | Travel - Ground Transportation Medallion cab | $15.10 |
| 11/04/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $9.90 |
| 11/05/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 336 page(s) | $33.60 |
| 11/05/10 | Duplication - In House Photocopy - User # 990100, NY, 36 page(s) | $3.60 |
| 11/05/10 | Duplication - In House Photocopy - User # 990100, NY, 214 page(s) | $21.40 |
| 11/05/10 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES: QUANTITY: 426; DATE ORDERED; 11/5/10 | $42.60 |
| 11/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 11001-54901-10; DATE: 11/5/2010 | $4,972.87 |
| 11/07/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/7/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $115.40 |
| 11/07/10 | Travel - Ground Transportation Car Service - Home to DFW; Concierge Services, LLC | $77.00 |
| 11/07/10 | Meals - Business S. Schultz; Admirals Club | $12.77 |
| 11/08/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 11/8/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $224.72 |
| 11/08/10 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 11/8/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $143.58 |
| 11/08/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL | $14.88 |

| Date | Description | Amount |
|---|---|---|
| | SOLUTIONS INVOICE#: 783731 DATE: 11/14/2010 Brauner Sara - Pita Grill of Hell's Kitchen - 11/08/2010 | |
| 11/08/10 | Travel - Ground Transportation Car home; Medallion cab | $14.70 |
| 11/08/10 | Travel - Ground Transportation Airport to Hotel; Taxi - MED# SBV191 | $32.72 |
| 11/08/10 | Telephone - Long Distance Court Call | $30.00 |
| 11/08/10 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to 50 Franklin Avenue.; Taxi Reciept | $10.92 |
| 11/09/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 11/9/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $831.98 |
| 11/09/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/9/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $14.61 |
| 11/09/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 783731 DATE: 11/14/2010 Kahn Brad - Whym Restaurant - 11/09/2010 | $35.04 |
| 11/09/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 783731 DATE: 11/14/2010 Catering Akin Gump - Mendy's at Rock Center - 11/09/2010 | $23.08 |
| 11/09/10 | Meals - Business S. Schultz, A. Blaylock, B. Lohan; Blue Fin | $50.00 |
| 11/09/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $8.52 |
| 11/09/10 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to 50 Franklin Street.; Taxi Reciept | $19.68 |
| 11/10/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 64 page(s) | $6.40 |
| 11/10/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 260 page(s) | $26.00 |
| 11/10/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 20 page(s) | $2.00 |
| 11/10/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1109539 DATE: 11/17/2010 Vendor: Dial Car Voucher #: DLA3159369 Date: 11/10/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3159369 Date: 11/10/2010 Name: Abid Qureshi | $33.58 |
| 11/10/10 | Travel - Train Fare Fare to/from mediation.; Subway fare | $4.50 |
| 11/10/10 | Meals - Business S. Schultz; Starbucks | $6.80 |
| 11/10/10 | Travel - Parking Parking re: mediation.; Nortel - Parking | $14.00 |

| Date | Description | Amount |
|---|---|---|
| 11/10/10 | Travel - Ground Transportation Taxi from Cleary meeting to office; Taxi receipt | $14.80 |
| 11/11/10 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 379078 DATE: 11/12/2010 SENDER'S NAME: ; JOB NUMBER: 4312640; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 11/11/2010 | $15.17 |
| 11/11/10 | Meals (100%) 11/5/10 P Sanchez - Team meeting working meal - breakfast (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380010; DATE: 11/11/2010 | $127.93 |
| 11/11/10 | Meals (100%) 11/10/10 S Brauner - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380010; DATE: 11/11/2010 | $391.13 |
| 11/11/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664063 DATE: 11/19/2010 Vendor: Executive Royal Voucher #: 232864 Date: 11/11/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 232864 Date: 11/11/2010 Name: Brad Kahn | $33.58 |
| 11/11/10 | Travel - Train Fare Fare to/from mediation.; Subway fare | $4.50 |
| 11/11/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010 Vendor: Dial Car Voucher #: DLA3257994 Date: 11/11/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3257994 Date: 11/11/2010 Name: Abid Qureshi | $61.30 |
| 11/11/10 | Travel - Parking Parking re: mediation.; Nortel - Parking | $29.00 |
| 11/12/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 11/12/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: BOTTER DAVID TICKET #: 7921510226 DEPARTURE DATE: 09/29/2010 ROUTE: LGA/MSN/LGA | $899.40 |
| 11/12/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: PAGE SHARON TICKET #: 0527820064 DEPARTURE DATE: 09/28/2010 ROUTE: LGA/MSN/LGA | $45.00 |

| Date | Description | Amount |
|---|---|---|
| 11/12/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: PAGE SHARON TICKET #: 7921510227 DEPARTURE DATE: 09/29/2010 ROUTE: LGA/MSN/LGA | $899.40 |
| 11/12/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664063 DATE: 11/19/2010  Vendor: Executive Royal Voucher #: 250393 Date: 11/12/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 250393 Date: 11/12/2010 Name: Fred Hodara | $101.75 |
| 11/12/10 | Travel - Ground Transportation  Hotel to Cleary; Taxi - MED#7H91 | $14.16 |
| 11/12/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010  Vendor: Dial Car Voucher #: DLA3257001 Date: 11/12/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3257001 Date: 11/12/2010 Name: Abid Qureshi | $81.25 |
| 11/12/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010  Vendor: Dial Car Voucher #: DLA3286431 Date: 11/12/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3286431 Date: 11/12/2010 Name: David Botter | $132.52 |
| 11/14/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/14/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $48.20 |
| 11/14/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664063 DATE: 11/19/2010  Vendor: Executive Royal Voucher #: 273480 Date: 11/14/2010 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: 273480 Date: 11/14/2010 Name: Kevin Rowe | $98.39 |
| 11/14/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664063 DATE: 11/19/2010  Vendor: Executive Royal Voucher #: 151965 Date: 11/14/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 151965 Date: 11/14/2010 Name: Fred Hodara | $99.51 |
| 11/14/10 | Travel - Ground Transportation  Cab home from mediation; Medallion cab | $27.12 |

| Date | Description | Amount |
|---|---|---|
| 11/14/10 | Travel - Train Fare Fare to/from mediation.; Subway fare | $4.50 |
| 11/14/10 | Travel - Ground Transportation Taxi to office weekend work; Taxi receipt | $11.76 |
| 11/15/10 | Computerized Legal Research - Westlaw User: FISHER,DANIEL Date: 11/15/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $32.63 |
| 11/15/10 | Travel - Train Fare Fare to/from mediation.; Subway fare | $4.50 |
| 11/15/10 | Travel - Ground Transportation Hotel to Cleary; I Love NY - Taxi | $16.80 |
| 11/15/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010 Vendor: Dial Car Voucher #: DLA3195683 Date: 11/15/2010 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3195683 Date: 11/15/2010 Name: David Botter | $123.67 |
| 11/15/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010 Vendor: Dial Car Voucher #: DLA3286820 Date: 11/15/2010 Name: Abid Qureshi‖Car Service, Vendor: Dial Car Voucher #: DLA3286820 Date: 11/15/2010 Name: Abid Qureshi | $49.10 |
| 11/15/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $13.00 |
| 11/16/10 | Computerized Legal Research - Westlaw User: FISHER,DANIEL Date: 11/16/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $210.80 |
| 11/16/10 | Travel - Airfare Changed - Service Fee - #1000595; AA; Frosch Travel | $39.00 |
| 11/16/10 | Travel - Airfare Changed - Service Fee #1000720; AA; Frosch Travel | $25.00 |
| 11/16/10 | Travel - Airfare Changed - Service Fee - #1001335; AA; Frosch Travel | $25.00 |
| 11/16/10 | Travel - Airfare Changed - #1001598; AA; Frosch Travel | $1,246.70 |
| 11/16/10 | Travel - Airfare Changed - #1002019; AA; Frosch Travel | $1,246.70 |
| 11/16/10 | Travel - Ground Transportation Car Service - DFW to Home; Concierge Services, LLC | $77.00 |
| 11/16/10 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel New York | $5,331.37 |
| 11/16/10 | Meals - Business S. Schultz; Sofitel (11/7/10 through 11/16/10) New York | $165.66 |
| 11/16/10 | Travel - Telephone & Fax Sofitel New York | $19.90 |
| 11/16/10 | Travel - Ground Transportation Hotel to Cleary; Taxi - MED#1F75 | $24.15 |
| 11/16/10 | Meals - Business S. Schultz; American Airlines Ad | $21.48 |
| 11/16/10 | Travel - Ground Transportation | $28.03 |

| Date | Description | Amount |
|---|---|---|
| 11/16/10 | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664363 DATE: 11/26/2010 Vendor: Executive Royal Voucher #: 251575 Date: 11/16/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 251575 Date: 11/16/2010 Name: Fred Hodara Travel - Ground Transportation | $63.51 |
| 11/16/10 | VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010 Vendor: Dial Car Voucher #: DLA3255580 Date: 11/16/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3255580 Date: 11/16/2010 Name: Abid Qureshi Travel - Ground Transportation | $128.10 |
| 11/16/10 | VENDOR: DIAL CAR INC INVOICE#: 1110601 DATE: 12/1/2010 Vendor: Dial Car Voucher #: DLA3272440 Date: 11/16/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3272440 Date: 11/16/2010 Name: David Botter Travel - Ground Transportation | $28.03 |
| 11/16/10 | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664581 DATE: 12/3/2010 Vendor: Executive Royal Voucher #: 238798 Date: 11/16/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 238798 Date: 11/16/2010 Name: Fred Hodara Travel - Ground Transportation Taxi from office; Taxi receipt | $8.70 |
| 11/16/10 | Travel - Ground Transportation Taxi.; Taxi Receipt | $22.32 |
| 11/17/10 | Computerized Legal Research - Westlaw User: FISHER,DANIEL Date: 11/17/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $103.34 |
| 11/17/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/17/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $43.94 |
| 11/18/10 | Computerized Legal Research - Westlaw User: FISHER,DANIEL Date: 11/18/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $201.70 |
| 11/18/10 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 11/18/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $167.08 |
| 11/18/10 | Meals (100%) 11/18/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800111; DATE: 11/18/2010 | $358.47 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1344184

Page 14
December 17, 2010

| Date | Description | Amount |
|---|---|---|
| 11/18/10 | Meals - Business Lunch with Chris Kearns and Jay Borow of Capstone and Fred Hodara.; D. Botter, F. Hodara, C. Kearns, J. Borow; Nortel - Koi | $282.44 |
| 11/19/10 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 11/19/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $145.04 |
| 11/22/10 | Duplication - In House Photocopy - Krasa-Berstell, Dagmar, NY, 212 page(s) | $21.20 |
| 11/22/10 | Courier Service/Messenger Service- Off Site 11/16/10: To Brad Kahn VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 7-301-36828; DATE: 11/22/2010 | $45.90 |
| 11/22/10 | Courier Service/Messenger Service- Off Site 11/16/10: To Brad Kahn VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 7-301-36828; DATE: 11/22/2010 | $45.90 |
| 11/22/10 | Courier Service/Messenger Service- Off Site 11/16/10: To Brad Kahn VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 7-301-36828; DATE: 11/22/2010 | $45.90 |
| 11/22/10 | Courier Service/Messenger Service- Off Site 11/16/10: To Brad Kahn VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 7-301-36828; DATE: 11/22/2010 | $45.90 |
| 11/22/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 664581 DATE: 12/3/2010 Vendor: Executive Royal Voucher #: 265587 Date: 11/22/2010 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 265587 Date: 11/22/2010 Name: Peter Sprofera | $31.36 |
| 11/23/10 | Duplication - In House Photocopy - User # 990100, NY, 126 page(s) | $12.60 |
| 11/23/10 | Duplication - In House Photocopy - User # 990100, NY, 474 page(s) | $47.40 |

Current Expenses                                           $25,964.65

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1344184

MATTER SUMMARY OF TIME BILLED BY TASK:

| Code | Description | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 8.10 | $2,011.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 16.80 | $7,904.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.10 | $1,081.00 |
| 0006 | Retention of Professionals | 14.40 | $7,435.00 |
| 0007 | Creditors Committee Meetings | 61.20 | $38,264.00 |
| 0008 | Court Hearings | 28.70 | $18,032.00 |
| 0012 | General Claims Analysis/Claims Objections | 20.80 | $8,491.00 |
| 0014 | Canadian Proceedings/Matters | 20.30 | $11,474.00 |
| 0016 | Lift Stay Litigation | 4.90 | $2,215.00 |
| 0017 | General Adversary Proceedings | 2.30 | $1,577.50 |
| 0018 | Tax Issues | 11.40 | $6,410.00 |
| 0019 | Labor Issues/Employee Benefits | 13.00 | $8,815.00 |
| 0020 | Real Estate Issues/Leases | 2.30 | $1,791.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 31.60 | $16,606.50 |
| 0025 | Travel | 14.75 | $9,227.00 |
| 0026 | Avoidance Actions | 12.00 | $5,181.00 |
| 0028 | Non-Debtor Affiliates | 3.30 | $1,751.00 |
| 0029 | Intercompany Analysis | 865.00 | $607,256.50 |
| 0031 | European Proceedings/Matters | 30.30 | $16,327.50 |
| 0032 | Intellectual Property | 31.70 | $19,230.00 |
| | TOTAL | 1194.95 | $791,081.50 |

Total Amount of This Invoice $817,046.15