# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 7.40 | $7,030.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 144.05 | $126,043.75 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 121.30 | $118,267.50 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 3.50 | $2,257.50 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 93.90 | $72,772.50 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 68.50 | $54,115.00 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $775 | 92.15 | $71,416.25 |
| Sarah Link Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 117.20 | $75,008.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 2.50 | $1,950.00 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 101.00 | $68,175.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 16.00 | $9,600.00 |
| Dionisia Kaloudis | Counsel for 2 years; Admitted in 2005; Financial Restructuring Department | $625 | 2.80 | $1,750.00 |

100447355 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 26.80 | $14,740.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003; Financial Restructuring Department | $600 | 25.80 | $15,480.00 |
| Laura T. Geyer | Senior Attorney for 2 years; Admitted in 1998; Intellectual Property Department | $430 | 4.50 | $1,935.00 |
| Daniel H. Fisher | Associate for 5 years; Admitted in 2006; Litigation Department | $525 | 14.70 | $7,717.50 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 209.35 | $94,207.50 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 15.10 | $7,550.00 |
| Sara L. Brauner | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $350 | 73.70 | $25,795.00 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $325 | 20.10 | $6,532.50 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 10.00 | $3,500.00 |
| Alexandra R. Caleca | Legal Assistant for 1 year; Financial Restructuring Department | $200 | 2.50 | $500.00 |
| Ashlee J. Cherne | Legal Assistant for 1 year; Corporate Department | $200 | 5.00 | $1,000.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $220 | 4.20 | $924.00 |
| Massai Leonard | Legal Assistant for 4 years; Litigation Department | $205 | 7.50 | $1,537.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Christine Raphael | Legal Assistant for 4 years; Litigation Department | $215 | 2.50 | $537.50 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 2.90 | $739.50 |

Total Amount of Fees:     $791,081.50
Total Number of Hours:   1,194.95
Blended Hourly Rate:       $662.02

100447355 v1