IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| In re: | Chapter 15 |
| Nortel Networks Corporation, et al., | Case No. 09-10164 (KG) |
| Foreign Applicants in Foreign Proceedings. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON JANUARY 5, 2011 AT 2:00 P.M. (ET)

ADVERSARY PROCEEDING:

Nortel Networks Inc., A Delaware Corporation v. Communications Test Design, Inc., A Pennsylvania Corporation, Adv. Proc. No. 10-53065

1. Motion To Dismiss Amended Complaint (D.I. 22, Filed 11/15/10).

   Related Documents:

   a) Complaint (D.I. 1, Filed 9/21/10);

   b) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (D.I. 2, Filed 9/21/10);

   c) Motion To Dismiss (D.I. 14, Filed 10/27/10);

   d) Amended Complaint (D.I. 20, Filed 11/12/10);

   e) Certification Of Counsel Regarding Briefing Schedule For Defendant's Motion To Dismiss The Amended Complaint (D.I. 21, Filed 11/15/10);

   f) Amended Scheduling Order (D.I. 23, Entered 11/17/10); and

   g) Defendant's Reply Memorandum In Support Of Motions To Dismiss Amended Complaints And In Response To Plaintiffs' Opening Memorandum Of Law (D.I. 31, Filed 11/29/10).

   Objection Deadline: Defendant's opening brief due by November 15, 2010. Plaintiff's answering brief due by November 18, 2010. Defendant's reply brief due by November 29, 2010.

Responses Received:

(a) Plaintiff Nortel Networks Inc.'s Memorandum Of Law In Opposition To Defendant's Motion To Dismiss The Amended Complaint (D.I. 27, Filed 11/18/10); and

(b) Declaration Of David H. Herrington In Support Of Plaintiff Nortel Networks Inc.'s Opposition To Motion To Dismiss (D.I. 28, Filed 11/18/10).

Status:  This matter is going forward.

Nortel Networks Limited v. Communications Test Design, Inc., 10-53066 (KG)

2. Motion to Dismiss Amended Complaint (D.I. 27, Filed 11/15/10).

Related Documents:

(a) Complaint (D.I. 1, Filed 9/21/10).

(b) Summons and Notice of Pretrial Conference (D.I. 4, Filed 9/22/10).

(c) Motion to Dismiss (D.I. 13, Filed 10/27/10).

(d) Memorandum of Law in Support of Defendant Communication Test Design Inc's Motion to Dismiss (D.I. 14, Filed 10/27/10).

(e) Declaration of Yosef Ibrahimi (D.I. 15, Filed 10/27/10).

(f) Amended Complaint (D.I. 25, Filed 10/27/10).

(g) Amended Scheduling Order (D.I. 28, Filed 11/17/10); and

(h) Supplemental Reply Memorandum of Defendant in Support of Motions to Dismiss Amended Complaints and in Response to Plaintiff Nortel Networks Limited's Opposing Memorandum of Law (D.I. 38, Filed 11//29/10).

Objection Deadline:  Defendant's opening brief due by November 15, 2010.  Plaintiff's answering brief due by November 18, 2010. Defendant's reply brief due by November 29, 2010.

Responses Received:

(a) Supplemental Memorandum of Law of Plaintiff Nortel Networks Limited in Opposition to Defendant's Motion to Dismiss (D.I. 32, Filed 11/18/10).

Status:  This matter is going forward.

| | |
|---|---|
| Dated:  January 3, 2011 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>David H. Herrington (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Alissa T. Gazze*         <br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

4000014.1