# EXHIBIT A

CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 1, 2010 through December 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 12/1/2010  End Date 12/30/2010

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 14.7 | $470.00 | $6,909.00 |
| 2 | Reviewing operational management of transition services | 7.3 | $470.00 | $3,431.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 101.1 | $470.00 | $47,517.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 7.3 | $470.00 | $3,431.00 |
| 5 | Fee Applications | 5.3 | $470.00 | $2,491.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 4.0 | $235.00 | $940.00 |
| | **Hours/Billing Amount for Period:** | **139.7** | | **$64,719.00** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/1/2010 | IP call status; review of materials | 3 | 1.0 |
| 12/1/2010 | Claims meetings with Cleary and NNI staff | 3 | 4.5 |
| 12/1/2010 | Review of budget structure for NBS and wind down of US estate | 3 | 4.0 |
| 12/1/2010 | Richardson matters related to sale/lease | 3 | 0.8 |
| 12/2/2010 | Meetings at Cleary re subsidiary non debtor dissolutions. Review of various benefit plans and decisions thereof | 3 | 6.0 |
| 12/2/2010 | Call with Marsh re insurance | 3 | 1.0 |
| 12/2/2010 | Meet with Akin re allocation and other matters | 4 | 3.5 |
| 12/3/2010 | Flight from NY | 7 | 4.0 |
| 12/3/2010 | Customs matters | 3 | 0.5 |
| 12/3/2010 | Letter to EMEA | 3 | 0.3 |
| 12/3/2010 | D&O endorsement review and comments | 3 | 1.0 |
| 12/3/2010 | Review of IP address documents | 3 | 1.5 |
| 12/3/2010 | Handling various administrative matters and approvals; execute documents | 1 | 1.0 |
| 12/3/2010 | Richardson sale | 3 | 1.8 |
| 12/5/2010 | Matter regarding Denuo retention | 3 | 0.3 |
| 12/5/2010 | Fee application preparation | 5 | 2.3 |
| 12/6/2010 | Fee application preparation | 5 | 2.0 |
| 12/6/2010 | APAC trust revisions | 3 | 0.8 |
| 12/6/2010 | IP call status; review of materials | 3 | 1.0 |
| 12/6/2010 | Weekly status call | 3 | 1.0 |
| 12/6/2010 | Call with NBS; review of inventory issues and inter-estate allocations | 2 | 2.8 |
| 12/6/2010 | Call with RLKS regarding various pending matters | 3 | 1.0 |
| 12/6/2010 | October MOR | 3 | 0.5 |
| 12/7/2010 | Mediation matters | 3 | 1.0 |
| 12/7/2010 | Bar date and UK claims amended | 3 | 2.0 |
| 12/7/2010 | Richardson matters | 3 | 1.5 |
| 12/7/2010 | Resolutions related to benefit plans and execute certain banking documents | 3 | 1.0 |
| 12/8/2010 | Insurance call with Chartis and multiple follow up emails and documents related to coverage options | 3 | 3.0 |
| 12/8/2010 | Employee benefit matters | 3 | 0.8 |
| 12/8/2010 | Mediation matters | 3 | 0.8 |
| 12/8/2010 | Reconciliation of major claim; discussions with claims personnel and review of back up | 3 | 1.5 |
| 12/8/2010 | Japan LRD; non debtor sub liquidations and collection matter for NBS | 3 | 2.5 |
| 12/9/2010 | Communications with Marsh related to insurance renewals and options; review of endorsements | 3 | 3.5 |
| 12/9/2010 | Termination of various benefit plans | 2 | 1.3 |
| 12/9/2010 | NNI loan matters | 1 | 1.8 |
| 12/9/2010 | Review and approval of various preference matters strategy | 3 | 2.0 |
| 12/9/2010 | Richardson matter re sale/lease | 3 | 1.5 |
| 12/10/2010 | Employee benefits matters and call with NBS and Cleary re same | 2 | 2.5 |
| 12/10/2010 | Call with Capstone and Akin re Richardson | 4 | 1.3 |
| 12/10/2010 | Carling matter, customs matters, invoice approvals and various case management administration | 1 | 3.8 |
| 12/10/2010 | Chapter 15 matters | 1 | 0.5 |
| 12/10/2010 | CTDI litigation | 3 | 0.5 |
| 12/10/2010 | Internet address sale | 3 | 0.5 |
| 12/13/2010 | Insurance call and review of endorsement changes and binder | 3 | 1.5 |
| 12/13/2010 | NBS call | 2 | 0.7 |
| 12/13/2010 | Call with Cleary and Chilmark re case management | 3 | 1.3 |
| 12/13/2010 | Sale of misc assets | 3 | 0.3 |
| 12/13/2010 | Claims review; omnibus filings and large claims settlements review | 3 | 2.5 |
| 12/13/2010 | Internet address sale | 3 | 0.3 |
| 12/13/2010 | Call with customs counsel related to status | 3 | 1.0 |
| 12/13/2010 | Review communications related to employee benefits | 3 | 1.0 |
| 12/13/2010 | Carling sale matters | 3 | 0.3 |
| 12/13/2010 | Ciena escrow | 3 | 0.3 |
| 12/13/2010 | Review of IRS matters | 3 | 0.8 |
| 12/14/2010 | IP call | 3 | 0.8 |
| 12/14/2010 | Large claim reconciliation | 3 | 0.8 |
| 12/14/2010 | Employee benefit matters; call with Cleary | 3 | 2.5 |
| 12/14/2010 | Mark up of customs correspondence | 3 | 1.5 |
| 12/14/2010 | Insurance matters | 3 | 2.3 |
| 12/14/2010 | Various administration including carling release | 3 | 1.5 |
| 12/15/2010 | China matters | 1 | 0.3 |
| 12/15/2010 | Internet address | 3 | 0.4 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/15/2010 | Omnibus hearing | 3 | 3.5 |
| 12/15/2010 | Mediation; review of Chilmark materials | 3 | 1.5 |
| 12/15/2010 | NNII tax issues | 1 | 0.5 |
| 12/15/2010 | Call with capstone re large claim and Asia matter | 3 | 0.5 |
| 12/15/2010 | Execution of documents related to insurance matters, closing docs review for MSS and other administrative matters | 1 | 1.5 |
| 12/16/2010 | Call with Chilmark and Cleary re mediation | 3 | 2.2 |
| 12/16/2010 | Call with Akin and Capstone re mediation | 4 | 2.5 |
| 12/16/2010 | Non debtor subsidiary matters | 3 | 1.5 |
| 12/16/2010 | Preference matters and review of settlements | 3 | 1.3 |
| 12/16/2010 | Canada tolling agreement and chapter 15 matters | 1 | 1.3 |
| 12/16/2010 | Employee benefit matters | 3 | 1.7 |
| 12/17/2010 | Preference review and review of filing of complaint re certain creditor | 3 | 0.5 |
| 12/17/2010 | Non debtor subsidiaries liquidation | 3 | 0.8 |
| 12/17/2010 | Amendments to various benefit programs | 3 | 1.0 |
| 12/17/2010 | Omnibus 16 and 17 | 3 | 1.2 |
| 12/17/2010 | Call with J Hyland re avoidance actions | 3 | 0.3 |
| 12/17/2010 | EMEA tolling agreement review | 1 | 1.0 |
| 12/17/2010 | Lazard side agreement execute docs | 3 | 0.3 |
| 12/17/2010 | Flex inventory buy back imbalance with NNL and EMEA | 1 | 0.7 |
| 12/17/2010 | Asia NNI partial release of liens | 1 | 0.5 |
| 12/20/2010 | CSC review of PO's and follow up call with Primes; call with Cleary | 3 | 1.0 |
| 12/20/2010 | Call with NBS re various matters | 3 | 0.7 |
| 12/20/2010 | Weekly case management call re various matters with Cleary and Chilmark | 3 | 1.0 |
| 12/20/2010 | Subsidiary liquidation matters and call with Primes | 3 | 1.3 |
| 12/20/2010 | Execution of escrow releases for Lazard fees and other disbursements | 3 | 0.7 |
| 12/20/2010 | NNI release re Asia | 1 | 0.3 |
| 12/20/2010 | Preference and avoidance action settlement strategy and review | 3 | 1.5 |
| 12/20/2010 | Canada tolling agreement review | 3 | 0.7 |
| 12/21/2010 | Review motion to pay non debtor wind down costs | 3 | 1.3 |
| 12/21/2010 | Administrative matters related to execution of closing documents for VC funds, escrows | 3 | 0.7 |
| 12/21/2010 | Review motion related to deferred compensation; rabbi trust | 3 | 1.5 |
| 12/21/2010 | Interco accounting imbalances in receivables from affiliates | 1 | 1.5 |
| 12/22/2010 | Non debtor subsidiaries; respond to questions re cash available | 3 | 0.5 |
| 12/22/2010 | Respond to various settlement proposals | 3 | 1.3 |
| 12/22/2010 | IP process review and follow up calls | 3 | 2.1 |
| 12/22/2010 | Turnover motion re rabbi trust | 3 | 1.0 |
| 12/26/2010 | VC stock sale updates; approvals | 3 | 0.5 |
| 12/28/2010 | Review of preference strategy re suits | 3 | 0.5 |
| 12/29/2010 | Claims settlement approvals; procedures for resolving claims | 3 | 0.3 |
| 12/30/2010 | Fee application preparation | 5 | 1.0 |