**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 1, 2010 through December 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ - |
| Travel – Lodging | | 10.89 |
| Travel – Meals | | - |
| Travel – Car Service | | 40.80 |
| Travel – Parking | | - |
| Office supplies, shipping, and other office related expenses | | 132.39 |
| PACER | | 3.84 |
| TOTAL | | $ 187.92 |

# Nortel Expense Report

PERIOD: December 1, 2010 through December 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2010 | Aircell charge | | | | | | $ 34.95 | | $ 34.95 |
| 12/4/2010 | New York Trip - Additional hotel charge | | $ 10.89 | | | | | | $ 10.89 |
| 12/1/2010 | New York Trip - Cab fare | | | | $ 7.40 | | | | $ 7.40 |
| 12/2/2010 | New York Trip - Cab fare | | | | $ 17.50 | | | | $ 17.50 |
| 8/19/2010 | New York Trip - Cab fare | | | | $ 15.90 | | | | $ 15.90 |
| 12/31/2010 | Shipping | | | | | | $ 97.44 | | $ 97.44 |
| 12/31/2010 | PACER | | | | | | | $ 3.84 | $ 3.84 |