## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                           §

Nortel Networks, Inc                             §        CASE NO. 09-10138-KG

Debtor(s)                                        §             (Chapter 11)

                                                 §

## WITHDRAWAL

   NOW COMES, City of Grapevine in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 9/7/10(Claim no. 7403) in this bankruptcy case.

                              Respectfully Submitted,

                              **PERDUE, BRANDON, FIELDER,**
                              **COLLINS & MOTT, L.L.P.**
                              Attorneys for Claimant

                              By: _____
                              ELIZABETH BANDA CALVO
                              State Bar No. 24012238
                              R. BRUCE MEDLEY
                              State Bar No. 13895835
                              P.O. Box 13430
                              Arlington, Texas 76094-0430
                              Phone: (817) 461-3344
                              Fax: (817) 860-6509
                              Email: ebcalvo@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 21st day of December, 2010:

| | |
|---|---|
| Derek C Abbott<br>1201 N Market Street<br>Wilmington, DE 19899 | U S Trustee<br>844 King Street<br>Room 2207, Lockbox #35<br>Wilmington, DE 19801 |

                              ELIZABETH BANDA CALVO
                              R. BRUCE MEDLEY