IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| In re: | Chapter 15 |
| Nortel Networks Corporation, et al., | Case No. 09-10164 (KG) |
| Foreign Applicants in Foreign Proceedings. | (Jointly Administered) |

## NOTICE OF SERVICE [RE: D.I. NOS. 4667, 376 and A.D.I. 51]

PLEASE TAKE NOTICE that on January 3, 2011, copies of the **Notice Of Agenda Of Matters Scheduled For Hearing On January 5, 2011 At 2:00 P.M. (ET)** (D.I. 4667, 376 and A.D.I. 51, Filed 1/3/11) were served in the manner indicated upon the entities identified on the attached service list.

Dated: January 3, 2011
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　　　　　　- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3862067.11