# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | | | |
|---|---|---|---|
| **Debtor:** | Nortel Networks Corporation, et al., | | |
| **Case Number:** | 09-10164-KG | **Chapter:** | 15 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 05, 2011 02:00 PM CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matters:

1) Motion to Dismiss in Adversary
   **R / M #:** 376 / 0

2) **ADV: 1-10-53066**
   **Nortel Networks Limited vs Communications Test Design, Inc.**
   Motion to Dismiss
   **R / M #:** 27 / 0

3) **ADV: 1-10-53065**
   **Nortel Networks, Inc. vs Communications Test Design, Inc.**
   Motion to Dismiss
   **R / M #:** 51 / 0

4) **ADM: 09-10138-KG**
   Omnibus
   **R / M #:** 0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:

   Judge Gross will issue a ruling in both matters.

#1 - A-10-53065 -
#2 - A-10-53066 -