# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Corp.

**COURTROOM LOCATION: 3**

**CASE NO.:** 09-10164/09-10138/10-53065/10-53066 - KG

**DATE:** 1/5/11

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paul Keller | Allen Overy LLP | Nortel Networks Ltd. |
| Jessica Lubarsky | '' | '' |
| Mona Parikh | Buchanan Ingersoll + Rooney PC | '' |
| Anthony Clark | Skadden Arps et al | CTDI |
| Michelle Green | '' | '' |
| Yosef Ibrahimi | '' | '' |
| David Herrington | Cleary Gottlieb | Nortel Networks Inc. |
| Jennifer Holmes | Benesch Friedlander etc | '' |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 01/05/2011

Calendar Time: 02:00 PM ET

*2nd Revision 01/05/2011 06:23 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Matthew Ford | | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Thomas Matz / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Melanie A. McLaughlin | | Milbank, Tweed, Hadley & McCloy, | Creditor, The Bond Holders / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Ungberg | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LISTEN ONLY |

Raymond Reyes