*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 466663 | Covergence, Inc. | N/A | 6100009951 | 1/7/2009 | 1,142,124.50 | Payment | Nortel Networks Inc. |
| | 466663 | Covergence, Inc. | N/A | 6000011640 | 12/24/2008 | 77,310.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $1,219,434.50 | | |
| Invoices | | | | | | | | |
| | 466663 | Covergence, Inc. | 1608 | 6100009951 | 12/31/2008 | 1,142,124.50 | Invoice | Nortel Networks Inc. |
| | 466663 | Covergence, Inc. | 1474 | 6000011640 | 9/29/2008 | 18,102.00 | Invoice | Nortel Networks Inc. |
| | 466663 | Covergence, Inc. | 1452 | 6000011640 | 9/23/2008 | 59,208.00 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | | $1,219,434.50 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.