IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. |  |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                     : SS.
NEW CASTLE COUNTY :

Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 13th day of December, 2010, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Amended Seventh Interim Fee Application Request for Fraser Milner Casgrain LLP for the Period August 1, 2010 through October 31, 2010* [Docket No. 4585]

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1 3698541v.1

                    */s/ Barbara J. Witters*
                    Barbara J. Witters
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    P.O. Box 551
                    Wilmington, DE  19899
                    (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 16th day of December, 2010.

                    */s/ Lesley C. Morris*
                    Notary Public

                        LESLEY A. MORRIS
                      Notary Public - State of Delaware
                      My Comm. Expires April 17, 2011

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

*(Debtors)*
Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228-1304

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036