IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                Debtors. : Jointly Administered
: 
: 
---------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING REVISED STIPULATION BETWEEN THE DEBTORS AND AT&T REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

        I, Raymond H. Lemisch, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Proposed Order Approving Revised Stipulation Between the Debtors and AT&T Regarding Production of Confidential Information* (the "Proposed Order"), attached as **Exhibit A** hereto:

        1.    On September 30, 2009, AT&T Corp., on behalf of itself and its subsidiaries and affiliates, including, but not limited to, AT&T Services, Inc., SBC Services, Inc., BellSouth Corporation, BellSouth Telecommunications, Inc., BellSouth Long Distance, Inc., BellSouth Communications Systems, LLC, Pacific Bell/Nevada Bell, Bell Telephone Company and Cingular Wireless LLC (collectively, "AT&T"), filed a proof of claim against

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

NNI, which is marked in the Debtors' claims register as claim number 5351 (the "Proof of Claim").

2. Thereafter, the Debtors and AT&T negotiated a stipulation regarding the production of confidential information (the "Stipulation") in order to facilitate production of confidential information underlying AT&T's proof of claim to the Debtors and with a view to potential consensual resolution of the Proof of Claim. The Stipulation was approved by order of this Court dated December 10, 2010 [D.I. 4572].

3. Following approval of the Stipulation, the Debtors and AT&T determined that certain revisions to the Stipulation were necessary and appropriate. Accordingly, the Debtors and AT&T have negotiated the Proposed Order attached hereto in order to seek this Court's approval of the revised Stipulation.

4. The Proposed Order has been circulated to counsel to the Official Committee of Unsecured Creditors (the "Committee"), and the Office of the United States Trustee (the "UST"). The Committee and UST do not object to the entry of the Proposed Order.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the revised Stipulation among the parties and (ii) grant such other and further relief as is just and proper.

Dated:  January 7, 2011
       Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esq. (No. 4204)
Jennifer R. Hoover, Esq. (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone:  (302) 442-7010
Facsimile: (302) 442-7012
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

- and -

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*