IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 09-10138 |
| NORTEL NETWORKS, INC., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | **Hearing Date: February 9, 2011 at 9:30 a.m. ET** |
| | ) | **Objection Due: January 24, 2011 at 4:00 p.m. ET** |

<u>**MOTION OF IOWA DEPARTMENT OF REVENUE**</u>
<u>**FOR LEAVE TO FILE LATE CLAIM**</u>

The Iowa Department of Revenue (IDR) states as follows for its Motion for Leave to File Late Claim:

1.       This Court has jurisdiction pursuant to 28 U.S.C. §157(b)(2)(B) and 1334(a). This is a core proceeding under 28 US.C. §157(b)(2)(B).

2.       Nortel Networks, Inc., ("Nortel") and certain related entities (collectively with Nortel, "the Debtors") filed petitions under Chapter 11 of the Bankruptcy Code on January 14, 2009.  The deadline for filing claims was September 30, 2009.

3.       Iowa Administrative Code § 701-52.3(4) requires taxpayers to file amended returns to report Internal Revenue Service adjustments:

> If it becomes known to the taxpayer that the amount of income reported to be federal net income or Iowa taxable income was erroneously stated on the Iowa return, or changed by Internal Revenue Service audit, or otherwise, the taxpayer shall file an amended Iowa return along with supporting schedules, to include the amended federal return and a copy of the federal revenue agent's report if applicable.  A copy of the federal revenue agent's report and notification of final federal adjustments provided by the taxpayer will be acceptable in lieu of an amended return.

4.       On May 28, 2010, Nortel filed amended Iowa corporation income tax returns for 2004 and 2005.  The amended returns revealed additional tax liabilities resulting from

adjustments to their federal tax returns.

5.      The Debtors filed a proposed Plan of Reorganization on or about July 12, 2010, but it has not been approved.

6.      With penalty and interest computed through January 14, 2009, Nortel has a 2004 Iowa income tax liability in the amount of $7,930.95 and a 2005 liability in the amount of $23,674.30.  A copy of the IDR's proposed claim is attached as Exhibit A.

7.      Pursuant to Bankruptcy Rule 9006(b)(1), the Court may permit a late claim in a Chapter 11 case upon a showing of "excusable neglect."  When determining whether neglect is excusable, the court must consider all relevant facts surrounding the omission including prejudice to the debtor, length of delay and its potential impact on the case, the reason for the delay, and whether the creditor acted in good faith. Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380, 395 (1993).  Excusable neglect has been found where the debtor failed to file returns within a sufficient time period to allow the taxing authority to file a timely claim. In re Prime Motor Inns, Inc., 144 B.R. 554 (Bankr. S.D. Fla.), reconsideration denied, 147 B.R. 605 (1992).

8.      The danger of prejudice to the Debtors is limited since they were well aware that Nortel's federal income tax returns were being reviewed and that any IRS adjustments might increase the state tax liability.   Additionally, the amount of the claim is not large in comparison to the total claims.  Furthermore, the Debtors have yet to confirm a plan of reorganization.  Since the Debtors are liquidating, allowance should not have any effect on their ability to confirm a plan.

9.      The IDR's failure to file a timely claim was primarily caused by the absence of

amended returns and the IDR's good faith belief that there was no liability.

## Notice

10.     Notice of the Motion has been given via first class mail to all parties on the Local

Rule 2002-1(c) service list.

## No Prior Request

11.     No prior request for the relief sought herein has been made to this or any other

court.

WHEREFORE, the IDR requests that the Court grant leave to file a proof of claim for the

2004 and 2005 income taxes and that such claim be deemed timely filed.  A proposed order is

attached.

IOWA DEPARTMENT OF REVENUE

By:  /s/ John Waters – Monday, January 10, 2011
     JOHN WATERS, Attorney At Law
     Iowa Department of Revenue and Finance
     Collections Section
     P.O. Box 10457
     Des Moines, Iowa 50306
     (515) 281-6427
     Fax: (515) 281-0763