| UNITED STATES BANKRUPTCY COURT<br>**District of Delaware** | | PROOF OF CLAIM |
|---|---|---|

| | |
|---|---|
| Name of Debtor:<br>**Nortel Networks Inc** | Case No.  09-10138<br>Chapter    11 |

Name of Creditor:

State of Iowa

Name and address where notices should be sent:

    Iowa Department of Revenue
    Attn: Bankruptcy Unit
    P.O. Box 10471
    Des Moines, IA  50306

Telephone Number: (515) 281-6763

☐ Check box if you are aware that anyone else filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

xxxxx9363

Check here if this claim ☐ Replaces ☐ Amends    a previously filed claim, dated

**1.  Basis for Claim:**

  ☑ Taxes

  ☐ Other

THE DEPARTMENT DOES NOT WAIVE ITS RIGHT TO SET-OFF TAX REFUNDS OR OTHER DEBTS OWED BY THE STATE OF IOWA TO THE DEBTOR.

**2.  Date debt was incurred:**
    Due date of tax return

**3.  If court judgment, date obtained:**

**4.  Classification of Claim.** Check the appropriate boxes that best describe your claim and state the amount of the claim at the time case filed.

**Unsecured Nonpriority Claim**    $288.00

☑ Check this box if: a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**   $31,317.25

☑ Check this box if you have unsecured priority claim.

  Specify the priority of the claim:

    ☑ Taxes or penalties owed to governmental units -

    11 U.S.C. § 507(a)(8).

    ☐ Other - Administrative Expense - 11 U.S.C. § 507(a)(1).

    ☐ Other - Post-Petition - 11 U.S.C. § 1305(a).

**Secured Claim**    $0.00

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle    ☐ Other **

** All of Debtor's property pursuant to Iowa Code § 422.26

| 5. Total Amount of Claim at Time Case Filed: | $288.00<br>(Unsecured) | $0.00<br>(Secured) | $31,317.25<br>(Priority) | $31,605.25<br>(Total) |
|---|---|---|---|---|

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all other interest charges.

**6.   Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7.   Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.   Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| Date:     12/27/10<br>Acct No.   xxxxx9363 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim. |
| Prepared by:  AR<br>Typed by:     AR | /s/Amy Reichenbacker      Monday, December 27, 2010<br>Amy Reichenbacker - Bankruptcy Examiner |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

EXHIBIT

A

### For the Department of Revenue
### Itemized Statement

For the              District of   Delaware

In Re:      Nortel Networks Inc

| | | | |
|---|---|---|---|
| Employer ID Number: | 04-2486332 | Case Number: | 09-10138 |
| Social Security Number | | Petition Date: | 01/14/09 |
| Permit Number: | | Chapter: | 11 |
| Account Number: | xxxxx9363 | | |

The debtor is indebted for taxes due pursuant to the revenue laws of the State of Iowa as follows:

**A. SECURED CLAIMS (Secured by a tax lien, or security interest as noted below) ***

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE NOTICE OF LIEN FILED |
|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | Secured Total |

**B. PRIORITY UNSECURED CLAIMS**

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE TAX ASSESSED |
|---|---|---|---|---|---|---|---|
| Corp. | 12/31/04 | $5,777.00 | | $1,865.95 | | $7,642.95 | 08/30/2010 |
| Corp. | 12/31/05 | $18,864.00 | | $4,810.30 | | $23,674.30 | 08/30/2010 |
| | | | | | | $31,317.25 | Priority Total |

**C. GENERAL UNSECURED CLAIMS**

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE TAX ASSESSED |
|---|---|---|---|---|---|---|---|
| Corp. | 12/31/04 | | $288.00 | | | $288.00 | 08/30/2010 |
| | | | | | | $288.00 | Unsecured Total |
| | | | | | | $31,605.25 | GRAND TOTAL |

*To the extent that the security interest, or lien, described above is insufficient to satisfy the department's claim in full, the balance is a priority or a general unsecured claim.