IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 09-10138 |
| NORTEL NETWORKS, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | **Hearing Date: February 9, 2011 at 9:30 a.m. ET** |
| ) | **Objection Due: January 24, 2011 at 4:00 p.m. ET** |

## NOTICE OF MOTION

TO:   All parties listed on the attached service list.

On January 10, 2011, the Iowa Department of Revenue filed the **Motion of Iowa Department of Revenue for Leave to File Late Claim** (the Motion).

You are required to file any response to the Motion **on or before 4:00 p.m. Eastern Standard Time on January 24, 2011.**

At the same time, you must serve a copy of any response on upon the movant's attorney:

John Waters
Iowa Department of Revenue
PO Box 10457
Des Moines, IA 50306

A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 9, 2011, AT 9:30 A.M. EASTERN STANDARD TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 10, 2011

        IOWA DEPARTMENT OF REVENUE

By: /s/ John Waters – Monday, January 10, 2011
    JOHN WATERS, Attorney At Law
    Iowa Department of Revenue and Finance
    Collections Section
    P.O. Box 10457
    Des Moines, Iowa 50306
    (515) 281-6427
    Fax: (515) 281-0763