IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 09-10138 |
| NORTEL NETWORKS, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | **Re: Docket No. _____** |
| ) | |

## ORDER GRANTING THE IOWA DEPARTMENT OF REVENUE
## LEAVE TO FILE LATE CLAIM

Upon consideration of the Iowa Department of Revenue's Motion for Leave to File Late Claim dated January 10, 2011 (the Motion), the Court finds that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and finds that Notice of the Motion was due and proper. The Court, after due deliberation, having determined that the legal and factual bases set forth in Motion establish just cause for relief requested in the Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Iowa Department of Revenue is permitted to file its late claim for 2004 and 2005 Iowa income taxes.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: _____, 2011

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE