IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 09-10138 |
| NORTEL NETWORKS, INC., et al., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Motion of Iowa Department of

Revenue for Leave to File Late Claim, along with the Notice of Motion and Proposed Order, was

mailed to the persons listed on the attached service list at the addresses indicated, stamped with

the appropriate postage for ordinary mail and deposited on the 10th day of January 2011, in a

United States Post Office mail receptacle in Des Moines, Iowa.

IOWA DEPARTMENT OF REVENUE

By:     /S/ John Waters – Monday, January 10, 2011
        JOHN WATERS
        Attorney At Law
        Iowa Department of Revenue
        Collections Section
        P.O. Box 10457
        Des Moines, Iowa 50306
        (515) 281-6427
        Fax: (515) 281-0763

Tobey M. Daluz, Esq.
Ballard& Spahr
919 Market Street
11th Floor
Wilmington, DE  19801

Henry Jaffe, Esq.
Pepper & Hamilton, LLP
1313 Market Street, Ste. 5100
Wilmington, DE  19801

William D. Sullivan, Esq.
Sullivan, Hazeltine, Allinson, LLC
4 E 8th Street, Ste. 400
Wilmington, DE  19801

Carl N. Kunz, Esq.
Morris & James, LLP
500 Delaware Ave., Ste.1500
Wilmington, DE  19801

Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Rachel B. Mersky, Esq.
Monzack, Mersky, McLaughlin
  And Browder, P.A.
1201 N. Orange Street, Ste. 400
Wilmington, DE  19801

John V. Fiorella, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Ste. 1370
Wilmington, DE  19801

Maria Aprile Sawczuk, Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

Ian Connor Bifferato
Bifferato, LLC
800 N. King Street, First Street
Wilmington, DE  19801

Christopher A. Ward, Esq.
Polsinelli & Shughart, PC
222 Delaware Avenue, Ste. 1101
Wilmington, DE  19801

Joanne B. Wills, Esq.
Klehr & Harrison
919 Market Street, Ste. 1000
Wilmington, DE  19801

Mary F. Caloway, Esq.
Buchanan, Ingersoll & Rooney
1105 N. Market Street, Ste. 1900
Wilmington, DE  19801-1228

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

Ricardo Palacio, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE  19801

Jeffrey S. Wisler, Esq.
Connolly Bove
The Nemours Building
1007 N. Orange St.
Wilmington, DE  19801

Charles J. Brown III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Ste. 1370
Wilmington, DE  19801

Laura Davis Jones
Pachulski & Stang
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

Gregg M. Galardi
Skadden, Arps, Slate, Meagher &
  Flom, LLP
One Rodney Square, PO Box 636
Wilmington, DE  19899-0636

David B. Stratton, Esq.
Pepper & Hamilton, LLP
1313 Market Street, Ste. 5100
Wilmington, DE  19801

Marla R. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Ste. 300
Wilmington, DE  19801

Brett D. Fallon, Esq.
Morris & James, LLP
500 Delaware Avenue, Ste. 1500
Wilmington, DE  19801

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE  19801-3519

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow
800 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Charlene D. Davis, Esq.
Bayard, P.A.
222 Delaware Avenue, Ste. 900
Wilmington, DE  19801

Kurt F. Gwynne, Esq.
Reed & Smith, LLP
1201 N. Market Street, Ste.1500
Wilmington, DE  19801

James L. Patton
Young & Conaway
The Brandywine Building
1000West Street, 17th Floor
Wilmington, DE  19801

Norman L. Pernick
Cole, Schotz, Meisel Forman &
  Leonard
500 Delaware Avenue, Ste. 1410
Wilmington, DE  19801

Christopher P. Simon
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

Jennifer Stam
Ogilvy & Renault, LLP
Royal Bank Plaza South Tower
200 Bay Street, Ste. 3800
Toronto, Ontario
CANADA M5J 2Z4

Stephen Gale
Herbert Smith
Exchange House
Primrose Street
London, UK
ENGLAND EC2A2HS

Secretary of State Div. of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Rod Anderson, Esq.
Holland & Knight, LLP
P.O. Box 1288
Tampa, FL 33601-1288

L.A. County Treasurer & Tax
Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Jan M. Geht, Esq.
U.S. Dept. of Justice-Tax Division
P.O. Box 227
Washington, DC 20044

Dana S. Plon, Esq.
Sirlin, Gallogly & Lesser
123 S. Broad Street, Ste. 2100
Philadelphia, PA 19109

Joseph E. Shickich Jr., Esq.
Riddell & Williams, P.S.
1001-4th Avenue, Ste. 4500
Seattle, WA 98154-1192

David A. Rosenzweig, Esq.
Fulbright & Jaworski, LLP
666-5th Avenue
New York, NY 10103-3198

Stuart M. Brown
Edwards, Angell, Palmer & Dodge
919 N. Market Street, Ste. 1500
Wilmington, DE 19801

Michael J. Wunder
Fraser, Milner & Casgrain, LLP
1 First Canadian Place
100 King Street West, Floor 42
Toronto, Ontario
CANADA M5X 1B2

Minoru, Inayoshi, Gen Mgr. of M&A
Hitachi, Lt. Telecommunications &
  Network Systems Division
216 Totsuka-cho
Totsuka-ku, Yokohamashi
JAPAN 244-8567

Sheryl L. Moreau, Esq.
Missouri Dept. of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO 65105-0475

Amos U. Priester IV, Esq.
Smith, Anderson, Blount, Dorsett,
  Mitchell & Jernigan, LLP
P.O. Box 2611
Raleigh, NC 27602-2611

Laura L. McCloud, Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

Vicente Matias Murrell, Esq.
Pension Benefit Guaranty Corp.
1200 K Street NW
Washington, DC 20005-4026

Ramona Neal, Esq.
HP Company
11307 Chinden Blvd., MS 314
Boise, ID 83714

Carren B. Shulman, Esq.
Sheppard, Mullin, Richter &
  Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Michael R. Lastowski
Duane & Morris, LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario
CANADA K1A 1K3

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

John P. Dillman, Esq.
Linebarger, Goggan, Blair &
  Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Seth B. Shapiro, Esq.
U.S. Dept. of Justice-Civil Div.
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Edward C. Wetmore, VP & Gen. Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

David G. Aelvoet, Esq.
Linebarger, Goggan, Blair & Sampson,
LLP
Travis Bldg., Ste. 300
711 Navarro
San Antonio, TX 78205

Alistar Bambach
SEC NY Regional Offc., Bnkrtcy.
Div.
3 World Financial Center, Ste. 400
New York, NY 10281-1022

Michael L. Schein, Esq.
Vedder & Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Michelle McMahon, Esq.
Bryan & Cave, LLP
1290 Avenue of the Americas
New York, NY  10104

Ken Coleman, Esq.
Allen & Overy, LLP
1221 Avenue of the Americas
20th Floor
New York, IA  10020

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosie,
LLP
101 Park Avenue
New York, NY  10178-0061

Marc Abrams
Willkie, Farr & Gallagher, LLP
787-7th Avenue
New York, NY  10019-6099

Kristin S. Elliott
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178

Stephen C. Stapleton
Dykema & Gossett, PPLC
1717 Main Street, Ste. 4000
Dallas, TX  75201-7332

Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Ste. 1530
Philadelphia, PA  19110

Alan S. Kopit, Esq.
Hahn, Loeser & Parks, LLP
200 Public Square, Ste. 2800
Cleveland, OH  44114

Dustin P. Branch, Esq.
Katten, Muchin, Rosenman, LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA  90067-3012

Raniero D'Aversa Jr., Esq.
Orrick, Herrington &
 Sutcliffe, LLP
666 Fifth Avenue
New York, NY  10103-0001

N. Thodore Zink Jr., Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY  10112

Val Mandel, Esq.
Van Mandel, P.C.
80 Wall Street, Ste. 1115
New York, NY  10005

Nicolas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY  10036

Robert J. Rosenberg
Latham & Watkins, LLP
885 Third Avenue, Ste. 1000
New York, NY  10022-4068

Fred S. Hodara, Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place, Ste. 3700
Dallas, TX 75202-2799

Carol E. Momjian, Esq.
PA Senior Deputy Atty. Gen.
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr., Ste. 400
Littleton, CO  80124

John C. Vigano, Esq.
Schiff & Hardin, LLP
6600 Sears Tower
Chicago, IL  60606-6473

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Alan Kolod
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Edmond P. O'Brien, Esq.
Stempel, Bennett, Claman &
 Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY  10017

Jeremy E. Crystal, Esq.
Willkie, Farr & Gallagher, LLP
787-7th Avenue
New York, NY  10019

David S. Allinson
Latham & Watkins, LLP
885 Third Avenue, Ste. 1000
New York, NY  10022-4068

Kenneth E. Noble, Esq.
Katten, Muchin & Rosenman, LLP
575 Madison Avenue
New York, NY  10022-2585

Jonathan L. Howell, Esq.
Munsch, Hardt, Kopf & Harr P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201-6659

David L. Pollack, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
51st Floor Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Terry Zale
Flextronics International
305 Interlocken Pkwy.
Broomfield, CO  80021

Eric S. Prezant, Esq.
Bryan & Cave, LLP
161 N. Clark Street, Ste. 4300
Chicago, IL  60601

Melissa A. Mickey
Mayer & Brown, LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

David L. Uranga
Bell Microproducts, Inc.
201 Monroe Street, Ste. 300
Montgomery, AL  36104

Doug Goin, CFO
APC Workforce Solutions, LLC
420 South Orange Ave., 6th Floor
Orlando, FL  32801

Randall D. Crocker, Esq.
Von Briesen & Roper, S.C.
411 E. Wisconsin Avenue, Ste. 700
Milwaukee, WI  53202

Elizabeth Weller, Esq.
Linebarger, Goggan, Blair &
  Sampson, LLP
2323 Bryan Street, Ste. 1600
Dallas, TX  75201

Scott K. Brown, Esq.
Lewis and Roca, LLP
40 North Central Ave., Ste. 1900
Phoenix, AZ  85004

Frank F. McGinn, Esq.
Bartlett, Hackett & Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

David I. Swan, Esq.
McGuire & Woods, LLP
1750 Tysons Blvd., Ste. 1800
McLean, VA  22102-4215

Stephen K. Dexter, Esq.
Lathrop & Gage, LLP
370-17th Street, Ste. 4650
Denver, CO  80202

Donald K. Ludman, Esq.
Brown & Connery, LLP
6 North Broad Street, Ste. 1000
Woodbury, NJ  08096

Jill L. Murch, Esq.
Foley & Lardner, LLP
321 North Clark Street, Ste. 2800
Chicago, IL  60654-5313

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree St. NE, Ste. 800
Atlanta, GA  30309

Joyce A. Kuhns
Saul & Ewing, LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

Shawn M. Christianson, Esq.
Buchalter & Memer
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

James C. Waggoner, Esq.
Davis, Wright & Tremaine, LLP
1300 SW 5th Avenue, Ste. 2300
Portland, OR  97201-5630

Nicholas Skiles, Esq.
Swartz & Campbell, LLC
One S. Church Street, Ste. 400
West Chester, PA  19382

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

J. Scott Douglass, Esq.
909 Fannin, Ste. 1800
Houston, TX  77010

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins &
  Mott, LLP
4025 Woodland Park Blvd., Ste. 300
Arlington, TX  76013

Travelers
1 Tower Square, 5MN
Hartford, CT  06183-4044

Attn:  Chantel Pinnock

Cullen K. Kuhn, Esq.
Bryan & Cave, LLP
211 N. Broadway, Ste. 3600
St. Louis, MO  63102

Darryl S. Laddin, Esq.
Arnall, Golden & Gregory, LLP
171-17th Street NW, Ste. 2100
Atlanta, GA  30363-1031

Richard M. Kremen, Esq.
DLA Piper, LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Merle C. Meyer, Esq.
Meyers Law Group, P.C.
44 Montgomery Street, Ste. 1010
San Francisco, CA  94104

Rachel S. Budke, Esq.
FPL Law Department
700 Universe Blvd.
Juno Beach, FL  33408

Jennifer V. Doran Esq
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA  02109

David M. Schilli, Esq.
Robinson, Bradshaw &
  Hinson, P.A.
101 North Tryon Street, Ste. 1900
Charlotte, NC  28246

Brian W. Bisignani, Esq.
Post & Schell, P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Andrew Herenstein
Monarch Alternative Capital, LP
535 Madison Avenue
New York, NY  10022

Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman &
 Dicker, LLP
3 Gannett Drive
White Plains, NY  10604

Ann Groninger, Esq.
Patterson & Harkavy
225 E. Worthington Ave., Ste. 200
Charlotte, NC  28203

Vincent A. D'Agostino, Esq.
Lowenstein & Sandler, P.C.
65 Livingston Avenue
Roseland, NJ  07068

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Deborah B. Waldmeir, Esq.
State of MI, Dept. of Treasury
3030 W Grand Blvd., Ste. 10-200
Cadillac Place
Detroit, MI  48202

Aaron L. Hammer, Esq.
Freeborn & Peters, LLP
311 South Wacker Dr., Ste. 3000
Chicago, IL  60606

Michael Luskin
Hughes & Hubbard
One Battery Park Plaza
New York, NY  10004

Stephen C. Tingey, Esq.
Ray, Quinney & Nebeker, P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT  84145-0385

Max Taylor, Asst. City Attorney
Municipal Operations
201 W. Colfax Avenue, Dept. 1207
Denver, CO  80202-5332

David Capozzi, Acting General Counsel
Universal Service Administrative Co.
2000 L Street NW, Ste. 200
Washington, DC  20036

Robert S. McWhorter, Esq.
Nossaman, LLP
915 L Street, Ste. 1000
Sacramento, CA  95814

Hubert H. Kuo, Esq.
Buus, Kim, Kuo & Tran, LLP
4675 MacArthur Ct., Ste. 590
Newport Beach, CA  92660

Michael S. Etkin
Lowenstien & Sandler, P.C.
65 Livingston Avenue
Roseland, NJ  07068

Securities & Exchange
Commission
100 F Street NE
Washington, DC  20549

Ernie Holling, President
The In Tech Group, Inc.
305 Exton Commons
Exton, PA  19341

Soren E. Gisleson
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA  70113

Christopher J. Horvay, Esq.
Gould & Ratner, LLP
222 N Lasalle Street, Ste. 800
Chicago, IL  60601

Devin Lawton-Palmer
Boylan & Brown
2400 Chase Square
Rochester, NY  14604

Jennifer Feldsher
Bracewell & Guiliani, LLP
1177 Avenue of the Americas
New York, NY  10036-2714

Kell C. Mercer
Brown & McCarroll, LLP
111 Congress Avenue, Ste. 1400
Austin, TX  78701

Chris Finch, Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

R.S. Stahel
IBM Corp., Legal Dept.
1503 LBJ Freeway, 3rd Floor
Dallas, TX  75234

Samuel H. Rudman
Robbins, Geller, Rudman & Dowd, LLP
58 S. Service Road, Ste. 200
Melville, NY  11747

SEC NY Regional Office
233 Broadway
New York, NY  10279

Attn:  Nathan Fuchs

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY  10005

Shannon E. Hoff
Poyner & Spruill, LLP
301 S. College Street, Ste. 2300
Charlotte, NC  28202

Robert N. Brier
Brier, Irish, Hubbard &
 Erhard, PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ  85016-2115

Robert E. Nies, Esq.
Wolff & Samson, P.C.
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Mark I. Bane
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY  10036-8704

Denise A. Mertz, UC Tax Agent
PA Dept. of Labor & Industry
Reading Bnkrptcy & Compl. Unit
625 Cherry Street, Room 203
Reading, PA  19602-1184

Susan R. Fuertes, Esq.
Aldine Independent School Dist.
14910 Aldine-Westfield Road
Houston, TX  77032

Jeffrey B. Rose
Tishler & Walk, Ltd.
200 S. Wacker Drive, Ste. 3000
Chicago, IL  60606

James H. Lister
Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue NW, Ste. 1200
Washington, DC  20036

Ronald Rowland, Esq.
EMC Corporation
c/o Receivable Management Services
307 International Circle, Ste. 270
Hunt Valley, MD  21094

Ernest S. Wechsler
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Adam G. Landis, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

James E. Van Horn
McGuire Woods, LLP
7 Saint Paul Street, Ste. 1000
Baltimore, MD  21202-1671

Mohsin N. Khambati
Dewey & LeBoeuf, LLP
Two Prudential Plaza
180 N. Stetson Avenue, Ste. 3700
Chicago, IL  60601-6710

Tiffany Strelow-Cobb
Vorys, Sater, Seymour & Pease
55 East Gay Street
Columbus, OH  43215

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

James M. Wilton
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

Amy D. Brown
Margolis & Edelstein
750 Shipyard Drive, Ste. 102
Wilmington, DE  19801

Office of Unemployment
Insurance Contributions Div.
MD Dept. of Labor Licensing & Reg.
1100 N Etaw Steet, Room 401
Baltimore, MD  21201

Lawrence E. Miller, Esq.
Dewey & LeBoeuf, LLP
125 W 55th Street
New York, NY  10019

Judith W. Ross
Baker & Botts, LLP
2001 Ross Avenue
Dallas, TX  75201

J. Douglas Bacon
Latham & Watkins, LLP
233 South Wacker Dr., Ste. 5800
Chicago, IL  60606

Hilla Uribe
Paul, Hastings, Janofsky & Walker, LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL  60606

Thomas A. Lerner
Stokes & Lawrence, P.S.
800 Fifth Avenue, Ste. 4000
Seattle, WA  98104