# EXHIBIT B

## Taylor Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :    Chapter 11
*In re*                                                  :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :    Jointly Administered
                    Debtors.                             :
                                                         :
                                                         :
---------------------------------------------------------X

### DECLARATION OF MARK TAYLOR IN SUPPORT OF DEBTOR NORTEL NETWORK INC.'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE AUTOMATIC STAY AGAINST AUTOMOTIVE RENTALS, INC.

I, Mark Taylor, do hereby declare as follows:

1. I am a Senior Category Manager, Real Estate and Travel, for the Nortel Indirect Procurement group, a position that I have held since October 2009. I have served in various capacities in the Nortel Indirect Procurement group for approximately twenty-three years. In my current position, I am responsible for managing supplier contracts, including issues regarding payment terms and performance, relating to Nortel's relationships with suppliers globally. Except as otherwise noted, all facts set forth in this Declaration are based upon my personal

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226), (collectively the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.



knowledge or information that I learned from reviewing relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

2. I submit this Declaration in support of the Motion of Debtor Nortel Networks Inc. ("NNI") for Entry of an Order Enforcing the Automatic Stay Against Automotive Rentals, Inc. ("ARI").[2]

### ARI Withholds Amounts Due to NNI

3. My responsibilities with respect to ARI began on July 7, 2009, when Randal Izzard, a Nortel employee, requested that I monitor the ARI relationship with respect to ongoing payments and any issues under an existing Master Lease Agreement between NNI and ARI. Subsequent to that time, I exchanged several emails with Richard E. Moyer, a Credit & Litigation Supervisor for ARI, regarding payment and other issues relating to particular vehicles leased under the Master Lease Agreement. By September 2009, as a result of the return of many NNI-leased vehicles to ARI, substantial amounts were due from ARI to NNI. From my review of Nortel's records kept by Chris Panger, then an employee of Nortel, in the ordinary course of business, I understood that ARI had not paid any of these amounts.

4. In December 2009, I had a telephone conversation with Mr. Moyer. To my knowledge, no other person participated in that conversation.

5. During our telephone conversation, I noted ARI's failure to pay the amounts owed to NNI. Mr. Moyer declined to pay the amounts owed, but it was agreed that ARI would continue to provide an ongoing statement of account (the "Reconciliation Statement") to NNI reflecting all amounts owed to NNI.

---

[2] Capitalized terms not defined herein have the same meanings as in the Motion.



6. I understand, from my ongoing communication first with Ms. Panger and subsequently with Grayson Frisby, who had replaced Ms. Panger at Nortel, that Mr. Moyer had continued to send updated versions of the Reconciliation Statement to them until August of 2010. Mr. Frisby provided me with the final version of the Reconciliation Statement, dated August 9, 2010. Attached hereto as **Exhibit A** is a true and correct copy of the final Reconciliation Statement provided to me by Mr. Frisby.

7. In September 2010, I had another telephone conversation with Mr. Moyer. To my knowledge, no other person participated in that conversation.

8. During our conversation, I had mentioned to Mr. Moyer that I presented the statement of accounts to Nortel's Internal Contract Management Council and I was instructed to request the amount owing to NNI to be paid. Mr. Moyer stated that ARI would not pay any amount owed to NNI until NNL paid approximately $100,000 to ARI for amounts allegedly owed by NNC to ARI. I stated to Mr. Moyer that the amounts could not be offset as they were different entities from different countries. At no time did I agree to any offset. I then requested contact information for ARI's counsel so that NNI's counsel could conduct any further discussion that ARI wished to have with NNI regarding the amounts owed. At no time during this or any prior conversation with Mr. Moyer did he tell me that he considered the Master Lease Agreement to have been terminated or rejected, and I am not aware of any such termination or rejection.

9. Following our phone conversation of September 2010, I have had no further contact with Mr. Moyer or any other employee of ARI regarding amounts owed to NNI.

3



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2011.

*Mark Taylor*

4

**EXHIBIT A**



| Prepared by: R.E. Moyer | | Nortel Networks Inc. Lessee # 0454 Statement of Account | | | | | |
|---|---|---|---|---|---|---|---|

CH-11, Filed, 1/14/2009
Case No.: 09-10138-KG
District of Delaware

| Lessee | Division | Date | Invoice No. | Due Date | Original Amt. | Amount Due | Pre-Petition | Post-Petition |
|---|---|---|---|---|---|---|---|---|
| 0454 | 01 | 2/2/2009 | A65316 | 2/12/2009 | 66.25 | 66.25 | 66.25 | 0.00 |
| 0454 | 01 | 6/16/2009 | A66037 | 6/26/2009 | 768.11 | 768.11 | 768.11 | 0.00 |
| 0454 | 01 | 7/24/2009 | A66227 | 8/3/2009 | 50.00 | 50.00 | 50.00 | 0.00 |
| 0454 | 01 | 8/28/2009 | A66336 | 9/7/2009 | (138.47) | (138.47) | (138.47) | 0.00 |
| 0454 | 01 | 9/18/2009 | A66418 | 9/28/2009 | 149.44 | 149.44 | 149.44 | 0.00 |
| 0454 | 01 | 9/23/2009 | A66461 | 10/3/2009 | 796.82 | 796.82 | 796.82 | 0.00 |
| 0454 | 01 | 12/31/2009 | A67107 | 1/10/2010 | 438.30 | 438.30 | 438.30 | 0.00 |
| 0454 | 01 | 1/8/2010 | A67135 | 1/18/2010 | (1,034.21) | (1,034.21) | (1,034.21) | 0.00 |
| 0454 | 01 | 4/7/2010 | A67519 | 4/17/2010 | 151.25 | 151.25 | 151.25 | 0.00 |
| 0454 | 01 | 5/1/2009 | T30714 | 5/15/2009 | 30.00 | 30.00 | 30.00 | 0.00 |
| 0454 | 01 | 10/1/2009 | T30752 | 10/15/2009 | 15.20 | 15.20 | 15.20 | 0.00 |
| 0454 | 01 | 12/25/2008 | B26714 | 1/31/2009 | 237,715.44 | 107,355.36 | 107,355.36 | 130,360.08 |
| 0454 | 01 | 12/26/2008 | M64546 | 1/31/2009 | 104,639.48 | 104,639.48 | 104,639.48 | 0.00 |
| 0454 | 02 | 12/25/2008 | B26714 | 1/31/2009 | 2,637.00 | 189.62 | 189.62 | 2,447.38 |
| 0454 | 06 | 12/25/2008 | B26714 | 1/31/2009 | 911.68 | 411.73 | 411.73 | 499.95 |
| 0454 | 01 | 1/27/2009 | M82694 | 2/28/2009 | 57,522.59 | 26,311.15 | 26,311.15 | 31,211.44 |
| 0454 | 01 | 2/26/2009 | M01362 | 3/31/2009 | 115,521.83 | (10,022.76) | (10,022.76) | 125,544.59 |
| 0454 | 01 | 3/27/2009 | M19771 | 4/30/2009 | 79,152.64 | (41,074.00) | (41,074.00) | 120,226.64 |
| 0454 | 01 | 4/27/2009 | M38619 | 5/31/2009 | (699.34) | (109,227.80) | (109,227.80) | 108,528.46 |
| 0454 | 01 | 5/26/2009 | M57246 | 6/30/2009 | 68,189.99 | (52,013.99) | (52,013.99) | 120,203.98 |
| 0454 | 01 | 6/27/2009 | M76117 | 7/31/2009 | 142,569.66 | (17,964.88) | (17,964.88) | 160,534.54 |
| 0454 | 01 | 7/27/2009 | M95201 | 8/31/2009 | 108,049.94 | (9,760.28) | (9,760.28) | 117,810.22 |
| 0454 | 01 | 9/27/2009 | M32694 | 11/5/2009 | 30,381.25 | (91,560.13) | (91,560.13) | 121,941.38 |
| 0454 | 01 | 10/27/2009 | M52011 | 11/30/2009 | 23,364.68 | (90,012.28) | (90,012.28) | 113,376.96 |
| 0454 | 01 | 11/27/2009 | M70503 | 12/31/2009 | 95,832.07 | (25,576.42) | (25,576.42) | 121,408.49 |
| 0454 | 01 | 12/24/2009 | B11667 | 1/31/2010 | (88,100.48) | 0.00 | | (88,100.48) |
| 0454 | 01 | 12/26/2009 | M88635 | 1/31/2010 | (77,355.60) | (112,408.28) | (112,408.28) | 35,052.68 |
| 0454 | 01 | 1/27/2010 | M07054 | 2/28/2010 | 72,560.89 | 0.00 | 56,367.73 | 16,193.16 |
| 0454 | 01 | 3/27/2010 | M43354 | 4/30/2010 | (1,934.97) | (15,421.40) | (15,421.40) | 13,486.43 |
| 0454 | 01 | 4/27/2010 | M62215 | 5/31/2010 | (34,085.54) | (41,866.89) | (41,866.89) | 7,781.35 |
| 0454 | 01 | 5/26/2010 | M80844 | 6/30/2010 | 949.97 | (2,721.38) | (2,721.38) | 3,671.35 |
| 0454 | 01 | 6/26/2010 | B89077 | 7/31/2010 | (5,503.52) | (5,503.52) | | (5,503.52) |
| 0454 | 01 | 6/26/2010 | M99695 | 7/31/2010 | (40,573.73) | (40,573.73) | | (40,573.73) |
| 0454 | 02 | 6/26/2010 | B89077 | 7/31/2010 | (18.85) | (18.85) | | (18.85) |
| 0454 | 50 | 12/26/2009 | M83767 | 2/7/2010 | (580.27) | (580.27) | | (580.27) |
| 0454 | 50 | 2/24/2010 | M20509 | 4/9/2010 | (8,573.21) | (8,573.21) | | (8,573.21) |
| 0454 | 50 | 4/27/2010 | M57661 | 5/31/2010 | (4,746.03) | (4,746.03) | | (4,746.03) |
| 0454 | 50 | 5/26/2010 | M76386 | 6/30/2010 | 2,234.01 | 2,234.01 | | 2,234.01 |
| 0454 | 50 | 6/26/2010 | M94990 | 7/31/2010 | (4,922.99) | (4,922.99) | | (4,922.99) |
| 0454 | 01 | 2/24/2010 | M25206 | 3/31/2010 | 27,728.07 | 0.00 | 14,754.90 | 12,973.17 |
| 0454 | 01 | 8/27/2009 | M14133 | 9/30/2009 | 105,564.19 | (35,137.83) | (35,137.83) | 140,702.02 |
| 0454 | 01 | 7/24/2010 | B01202 | 8/31/2010 | (18.85) | (18.85) | | (18.85) |
| 0454 | 01 | 7/27/2010 | M14133 | 8/31/2010 | (7,427.85) | (7,427.85) | (11,803.80) | 4,375.95 |
| | | | | | 1,002,276.84 | (484,699.58) | (355,249.46) | 1,357,526.30 |



f/n: C:\Data\Nortel-0454-STMT
tab: STMT 07 26 10 (MOD-3)

Page 1 of 1

8/9/2010

Prepared by: R.E. Moyer    Nortel Networks Inc.    CH-11, Filed, 1/14/2009
Lessee # 7A50 Canada    Case No.: 09-10138-KG
Statement of Account    District of Delaware

| Lessee | Division | Date | Invoice No. | Due Date | Amount | Amount Due | Pre-Petition | Post Petition |
|---|---|---|---|---|---|---|---|---|
| 7A50 | 01 | 12/25/2008 | B27340 | 1/31/2009 | 39,578.57 | 17,874.19 | 17,874.19 | 21,704.38 |
| 7A50 | 01 | 12/26/2008 | M61681 | 1/31/2009 | 31,293.34 | 31,293.34 | 31,293.34 | 0.00 |
| 7A50 | 01 | 1/27/2009 | M79907 | 2/28/2009 | 47,709.53 | 36,514.27 | 36,514.27 | 11,195.26 |
| 7A50 | 01 | 2/26/2009 | M97419 | 3/31/2009 | 23,002.16 | (2,658.12) | (2,658.12) | 25,660.28 |
| 7A50 | 01 | 3/27/2009 | M15819 | 4/30/2009 | 29,485.55 | (1,653.97) | (1,653.97) | 31,139.52 |
| 7A50 | 01 | 4/27/2009 | M34798 | 5/31/2009 | 9,567.07 | (4.70) | (4.70) | 9,571.77 |
| 7A50 | 01 | 5/26/2009 | M53322 | 6/30/2009 | 28,560.38 | 0.00 | 0.00 | 28,560.38 |
| 7A50 | 01 | 6/27/2009 | M72199 | 7/31/2009 | 34,333.01 | 1,161.20 | 1,161.20 | 33,171.81 |
| 7A50 | 01 | 7/27/2009 | M90940 | 8/31/2009 | 28,052.38 | 0.00 | 0.00 | 28,052.38 |
| 7A50 | 01 | 8/26/2009 | B52873 | 9/30/2009 | 40,726.73 | 0.00 | 0.00 | 40,726.73 |
| 7A50 | 01 | 8/27/2009 | M09655 | 9/30/2009 | 17,229.35 | (12,122.88) | (12,122.88) | 29,352.23 |
| 7A50 | 01 | 10/29/2009 | M28385 | 10/31/2009 | 27,022.39 | (5,113.37) | (5,113.37) | 32,135.76 |
| 7A50 | 01 | 10/27/2009 | M47561 | 11/30/2009 | 5,757.03 | (10,071.88) | (10,071.88) | 15,828.91 |
| 7A50 | 01 | 11/27/2009 | M66966 | 12/31/2009 | 35,269.02 | (3,142.31) | (3,142.31) | 38,411.33 |
| 7A50 | 01 | 12/24/2009 | B12420 | 1/31/2010 | (11,672.50) | (11,672.50) | 0.00 | (11,672.50) |
| 7A50 | 01 | 12/26/2009 | M85043 | 1/31/2010 | 73,649.12 | 68,934.83 | 57,262.33 | 16,386.79 |
| 7A50 | 01 | 1/27/2010 | M03556 | 2/28/2010 | 25,519.21 | 0.00 | 17,843.42 | 7,675.79 |
| 7A50 | 01 | 2/24/2010 | M21767 | 3/31/2010 | 9,523.06 | 0.00 | 4,461.24 | 5,061.82 |
| 7A50 | 01 | 3/27/2010 | M39919 | 4/30/2010 | 6,980.47 | 2,128.12 | 2,128.12 | 4,852.35 |
| **7A50** | **01** | **3/27/2010** | **M39919** | **4/30/2010** | **(745.55)** | **(745.55)** | **(745.55)** | **0.00** |
| 7A50 | 01 | 4/27/2010 | M58867 | 5/31/2010 | 7,232.67 | 2,968.04 | 2,968.04 | 4,264.63 |
| 7A50 | 01 | 5/26/2010 | M77474 | 6/30/2010 | 2,040.60 | 0.00 | 0.00 | 2,040.60 |
| 7A50 | 01 | 6/26/2010 | B90181 | 7/31/2010 | (2,021.63) | (2,021.63) | 0.00 | (2,021.63) |
| 7A50 | 01 | 6/26/2010 | M96195 | 7/31/2010 | (12,123.90) | (12,123.90) | (12,569.56) | 445.66 |
| 7A50 | 01 | 7/27/2010 | M15661 | 8/31/2010 | 598.94 | 598.94 | 0.00 | 598.94 |
| | | | Total A/R Balance | | | 100,142.12 | 127,181.52 | 373,143.19 |

Invoice M39919 Credit for Late Payment Interest Charge