## CERTIFICATE OF SERVICE

        I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtor Nortel Networks Inc.'s Motion For Entry Of An Order Enforcing The Automatic Stay Against Automotive Rentals, Inc.** was caused to be made on January 10, 2011, in the manner indicated upon the party identified below and the parties identified on the attached service list.

Dated:  January 10, 2011

                                      Alissa T. Gazze (No. 5338)

## BY FIRST CLASS MAIL

Mr. John V. Fiorella
Archer and Griner P.C.
One Centennial Square
33 East Euclid Avenue
Haddonfield, NJ 08033

4029751.1