```
                  IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                         )    Case No. 09-10164 (KG)
                               )
NORTEL NETWORKS CORPORATION,   )    ADV: 1-10-53066
et al.                         )    ADV: 1-10-53065
                               )    ADM: 09-10138 (KG)
                               )
                               )    Chapter 11
                               )
                               )    Courtroom 3
                               )    824 Market Street
            Debtors.           )    Wilmington, Delaware
                               )
                               )    January 5, 2011
                               )    10:15 a.m.


                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Nortel Networks, Inc.:     Cleary, Gottlieb, Steen &
                               Hamilton
                               BY: DAVID HERRINGTON, ESQ.
                               BY: JAMES BROMLEY, ESQ.
                               BY: ANDREW UNGBERG, ESQ.
                               One Liberty Plaza
                               New York, NY 10006
                               (212) 225-2000
                                    -AND-
                               Benesch
                               BY: JENNIFER HOOVER, ESQ.
                               222 Delaware Avenue, Suite 801
                               Wilmington, DE 19801-1611
                               (302) 442-7010


ECRO:                          Ginger Mace

Transcription Service:         DIAZ DATA SERVICES
                               331 Schuylkill Street
                               Harrisburg, Pennsylvania 17110
                               (717) 233-6664
                               www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Nortel Networks, LTD:        Allen & Overy, LLP
                                 BY: PAUL KELLER, ESQ.
                                 BY: JESSICA LUBARSKY, ESQ.
                                 1221 Avenue of the Americas
                                 New York, NY 10020
                                 (212) 610-6414
                                      -AND-
                                 Buchanan, Ingersoll & Rooney
                                 BY: MONA PARIKH, ESQ.
                                 1105 North Market Street
                                 Suite 1900
                                 Wilmington, DE 19801-1054
                                 (302) 552-4200

For CTDI:                        Skadden, Arps, Slate, Meagher
                                 & Flom, LLP & Affiliates
                                 BY: ANTHONY CLARK, ESQ.
                                 BY: MICHELLE GREEN, ESQ.
                                 BY: YOSEF IBRAHIMI, ESQ.
                                 One Rodney Square
                                 P.O. Box 636
                                 Wilmington, DE 19899
                                 (302) 651-3000

For the Committee:               Akin, Gump, Strauss, Hauer
                                 & Feld
                                 BY: BRAD KAHN, ESQ.
                                 One Bryant Park
                                 New York, NY 10036
                                 (212) 872-1000

For Bondholders Group:           Milbank, Tweed, Hadley &
                                 McCloy, LLP
                                 BY: MELANIE MCLAUGHLIN, ESQ.
                                 One Chase Manhattan Plaza
                                 New York, NY 10005-1413
                                 (212) 530-5885

For Thomas Matz:                 Milbank, Tweed, Hadley &
                                 McCloy, LLP
                                 BY: THOMAS MATZ, ESQ.
                                 One Chase Manhattan Plaza
                                 New York, NY 10005-1413
                                 (212) 530-5885

For Farallon Capital Mgmt:       Farallon Capital Management
                                 BY: MATTHEW FORD
                                 One Maritime Plaza, Suite 2100
                                 San Francisco, CA 94111
                                 (415) 421-2132

 1  WILMINGTON, DELAWARE, WEDNESDAY, JANUARY 5, 2011, 2:03 P.M.

 2              THE CLERK:  Please rise.

 3              THE COURT:  Good afternoon, everyone.  Thank you

 4  and --

 5              MR. HERRINGTON:  Good afternoon, Your Honor.

 6              THE COURT:  -- please be seated.

 7              MR. CLARK:  Good afternoon, Your Honor.

 8              THE COURT:  We are ready to proceed on the motion

 9  to dismiss and I have spent a lot of time preparing.

10              Good afternoon, Mr. Clark.

11              MR. CLARK:  Good afternoon, Your Honor.  We're

12  ready to proceed on it, too, but I have one housekeeping

13  matter --

14              THE COURT:  Yes.

15              MR. CLARK:  -- if I may take it up with the

16  Court.  I don't' know if it crossed your desk real or

17  virtual yet, but about eight o'clock last night we filed

18  under certification of counsel an agreed upon

19  confidentiality protective order.

20              THE COURT:  Yes.

21              MR. CLARK:  It's a gating issue to get things

22  moving along, so if you hadn't seen it yet and you hadn't

23  signed it yet, I would like to --

24              THE COURT:  I saw it --

25              MR. CLARK:  -- pass it up.

1          THE COURT:  -- and I signed it.

2          MR. CLARK:  Great.

3          THE COURT:  So it hasn't hit the docket, but it

4   will shortly.

5          MR. CLARK:  Very good.  Thank you, Your Honor.

6          With the Court's permission my colleague,

7   Michelle Green, will present the motion.

8          THE COURT:  All right.  Thank you, Mr. Clark.

9          MR. CLARK:  Thank you.

10         THE COURT:  Ms. Green, good afternoon.

11         MS. GREEN:  Good afternoon, Your Honor.

12         THE COURT:  Good afternoon.

13         MS. GREEN:  Michelle Green for Communications

14  Test Design, Inc., CTDI for short.  I'm going to try to be

15  brief, Your Honor, because at best this is a breach of

16  contract claim.  Despite the half dozen or so claims

17  advanced by the plaintiffs, these are sophisticated parties

18  doing business over a decade together setting forth the

19  terms of their agreements in three distinct contract.

20         THE COURT:  Yes.

21         MS. GREEN:  The first being the 1994 technical

22  information agreement; the second being the 1999 repair

23  services agreement; the third being the 2006 technical

24  information agreement.  The running theme here is that the

25  contracts control CTDI's use of Nortel's proprietary

1    information.  All this other nasty stuff:  Fraud, trademark

2    infringement, misappropriation of trade secrets, all those

3    claims arise from CTDI's alleged misuse of Nortel's

4    proprietary information.  Again, the contracts occupy the

5    field, so to speak.  As a matter of law, Nortel's recovery

6    is limited to the contracts and the other claims must be

7    dismissed.

8              Turning to the breach of contract claim itself,

9    Nortel has failed to state a plausible breach of contract

10   claim here.  Nortel's made this broad allegation that under

11   no set of circumstances whatsoever can CTDI sell

12   remanufactured phones or offer its repair services to third

13   parties.  But that's not what the contracts say.

14             The contracts expressly permit CTDI to do so so

15   long as Technical Information, capital T, capital I, is not

16   misused.  That Technical Information, capital T, capital I

17   is carefully, precisely, specifically delineated within the

18   contracts.  Nortel can't come into court and get a better

19   deal than what they secured at the bargaining table, which

20   was that CTDI was permitted to remanufacture phones and to

21   sell to third -- sell its repair services to third parties

22   provided that technical information was not misused, not

23   this broad overarching obligation that it could not do so

24   whatsoever.

25             Nortel, therefore, has failed to state a breach

1  of an obligation actually imposed by the contracts.  That's

2  black letter law.  They have no plausible breach of contract

3  claim.  They failed to allege in the complaints, and then

4  when they got a second bite at the apple in the amended

5  complaints, they still didn't state that the contract was

6  breached in this respect; that Technical Information,

7  capital T, capital I was misused.

8           The final point I want to make, Your Honor, is

9  that Nortel should be judicially estopped from asserting the

10 claims in this case.

11          THE COURT:  That's what I need a little more help

12 on, is having read the papers, your judicial estoppel

13 argument.

14          MS. GREEN:  Okay, Your Honor.

15          They -- they're trying to get a double recovery

16 here.  In the Atlanta Telephone Company litigation they

17 alleged that Atlanta Telephone Company was selling

18 counterfeit phones.  They got at least $10 million from

19 Atlanta Telephone Company that we know of.  The other

20 settlement papers are under seal.  But the Court can take

21 judicial notice of the public records and they raised these

22 -- these cases in their complaint and in the amended

23 complaint.

24          You can't get double recovery -- you can't switch

25 positions and sort of sweep these other cases under the rug

1    to recover from a perceived deeper pocket here.  They've

2    said that the Atlanta Telephone Company sold the counterfeit

3    telephones and now they're coming into this court and

4    saying, well, CTDI sold the counterfeit telephones.  You

5    can't play fast and loose with the courts, as was set forth

6    in our brief.

7            THE COURT:  Does it matter that there was not a

8    judicial determination in the -- in the Atlanta Telephone

9    Company case, but rather a settlement?

10            MS. GREEN:  No, Your Honor.  As our cases pointed

11    out, you don't need an express judicial finding, and at the

12    very minimum there was, indeed, some sort of finding because

13    they were granted the search and seizure.

14            THE COURT:  Okay.

15            MS. GREEN:  Unless Your Honor has any further

16    questions, I'll turn the podium over to plaintiffs.

17            THE COURT:  All right.  And I will reserve

18    questions for you until later, and you, obviously, will have

19    the opportunity to reply.

20            MS. GREEN:  Thank you, Your Honor.

21            THE COURT:  Thank you.

22            MR. HERRINGTON:  Good afternoon, Your Honor.

23            THE COURT:  Good to see you again.

24            MR. HERRINGTON:  I -- I confess.  I don't think

25    I'll manage to be as brief as -- as counsel for CTDI.  I had

1  planned to address the issues and, particularly since in the

2  brief -- the order of briefing CTDI has the last word on

3  paper and the reply brief and --

4          THE COURT:  Yes.

5          MR. HERRINGTON:  -- they've made some points and

6  some concessions that I would like to address this

7  afternoon.

8          THE COURT:  And, of course, we're dealing today -

9  - really, it's the complaint that's on trial rather than the

10 actual underlying merits of the case.  So that is obviously

11 something that I think we all have in mind.

12         MR. HERRINGTON:  Thank -- thank you, Your Honor.

13 Understood.

14         If I may address a question that -- that it's for

15 CTDI's counsel, but I'll address it to the Court first.  In

16 CTDI's reply brief, it seemed to acknowledge --

17         THE COURT:  It's Mr. Herrington by the way.  I

18 just wanted --

19         MR. HERRINGTON:  I --

20         THE COURT:  -- I'm sorry.

21         MR. HERRINGTON:  This is David Herrington of

22 Clearly, Gottlieb, Steen and Hamilton for Nortel Networks,

23 Inc., which we'll be referring to as NNI.  Mr. Keller of

24 Allen and Overy --

25         THE COURT:  Good afternoon.

1          MR. HERRINGTON:  -- he's here for NNL.

2          THE COURT:  Yes.

3          MR. HERRINGTON:  And the way we had organized

4    things, as we did with the briefing, is that I will address

5    the issues common to both complaints.  NNL has in its

6    complaint Lanham Act claims which are unique to its

7    complaint or not --

8          THE COURT:  Right.

9          MR. HERRINGTON:  -- in the NNI complaint and --

10          THE COURT:  Right.

11          MR. HERRINGTON:  -- therefore, Mr. Keller

12   certainly will address those, and if he has anything to say

13   about the other issues that are common to both complaints,

14   then he would address those as well.

15          My question about the judicial estoppel issue is

16   that it appeared to us in CTDI's reply that they recognized

17   that the argument could only apply at -- at most -- and we

18   don't think it does apply -- but at most to the Lanham Act

19   claims, which are being asserted by NNL.

20          And if I may, Your Honor, ask CTDI whether that's

21   correct or not.  If it's not -- if it's correct, then I

22   won't address it.  If not, I will address it.

23          THE COURT:  Ms. Green.

24          MS. GREEN:  Your Honor, our position is that it

25   applies to the Lanham Act claims as well as the fraud

1  claims.

2          THE COURT:  Okay.

3          MR. HERRINGTON:  I'm -- I'm not sure how I see

4  that it would apply to the fraud claims.  Let me think about

5  that, Your Honor, if I may and after Mr. Keller speaks if --

6  if that means there is something that I feel we should say

7  with respect to NNI and judicial estoppel I'll come back to

8  that.

9          THE COURT:  Very well.

10         MR. HERRINGTON:  Okay.  Thank you, Your Honor.

11         THE COURT:  Okay.

12         MR. HERRINGTON:  And I will --

13         THE COURT:  And after -- after Ms. Green

14  addresses that issue on reply, if she does, then I -- then I

15  will give you an opportunity --

16         MR. HERRINGTON:  Okay.  Thank you, Your Honor.

17         THE COURT:  -- to -- to further address it.

18         MR. HERRINGTON:  Let me just note, just to be

19  clear on the judicial estoppel issue.  It sort -- the 2006

20  litigation against ATC --

21         THE COURT:  Yes.

22         MR. HERRINGTON:  -- which is the one that

23  resulted in this consent order that provided for a certain

24  amount of money -- it doesn't mean that amount of money was

25  paid -- that suit had nothing to do with CTDI at all.  That

1   -- there was no reference to CTDI.  It was about ATC taking

2   -- we manufactured phones which are described in the

3   pleadings as having come from other companies not --

4            THE COURT:  Right.

5            MR. HERRINGTON:  -- not CTDI and having changed

6   the packaging on those phones, so nothing to do with CTDI at

7   all and certainly nothing to do -- and this is true of the

8   2008 litigation -- to do with using Nortel technical know-

9   how to manufacture or remanufacture phones.  Nobody alleged

10  that ATC was doing that.  Nobody alleged that SWB was doing

11  that.  That was not at issue at all in those cases, the use

12  of technology, Nortel proprietary technology to manufacture

13  or remanufacture telephones.

14           THE COURT:  When you refer to know-how --

15           MR. HERRINGTON:  Yes, Your Honor.

16           THE COURT:  -- Nortel know-how, as I looked at

17  the complaint it's a defined term.  Does that include, and I

18  assume it includes the capital T, Technical, capital I,

19  Information?

20           MR. HERRINGTON:  It absolutely does include that,

21  Your Honor.  And why don't I turn to that and I -- I'll turn

22  to our --

23           THE COURT:  I didn't mean to disrupt your

24  argument --

25           MR. HERRINGTON:  Well --

1               THE COURT:  -- but you had just used the phrase

2  and --

3               MR. HERRINGTON:  So let me just say -- and I'll

4  come back to that.

5               THE COURT:  Yes.

6               MR. HERRINGTON:  I certainly do want to address

7  that issue.

8               THE COURT:  Yes.

9               MR. HERRINGTON:  With the judicial estoppel

10  point, CTDI concedes in their papers that this trade secret

11  misappropriation claim, the claim that deals with the

12  technical know-how was not at issue in those other lawsuits

13  and so there's no judicial estoppel argument as to those.

14  So I think that's clear and clean and that's why I had not

15  planned to address it.  There's simply no conflict at all

16  between the claims that NNI is asserting here and, frankly,

17  the claims that NNL is asserting and anything that happened

18  in those other lawsuits.

19               There also was not any kind of judicial

20  determination in those lawsuits and the Supreme Court made

21  clear in the Reed versus Elseviar (phonetic) case that that

22  ordinarily is a requirement for judicial estoppel to apply

23  and, in fact, that was the reason why judicial estoppel did

24  not apply in that case in the Supreme Court is because they

25  said, there were some conflicting statements that the party

1   against whom estoppel was asserted had said different-- had

2   taken the opposite position below, but that position hadn't

3   prevailed, it hadn't been accepted by a court.  Therefore,

4   estoppel couldn't apply because you couldn't have a

5   situation where two Courts were reaching opposite

6   conclusions.

7           So it -- it certainly is a requirement and

8   there's no argument that that requirement is satisfied here.

9           THE COURT:  Well, assuming even that there had

10  been a judicial determination, as I look at it that wouldn't

11  exclude liability by any other party.

12          MR. HERRINGTON:  Absolutely, Your Honor.

13  Absolutely.  The -- the cases where judicial estoppel

14  applies are binary situations.

15          THE COURT:  Yes.

16          MR. HERRINGTON:  There's a case where a widow had

17  first said that her husband committed suicide, which the

18  facts seemed to support and argued that it was stress --

19  occupational stress-related suicide.  Later, she sued the

20  insurance company and said, no.  It wasn't suicide.  It was

21  something else, and that's binary.  You can't have it both

22  ways.

23          THE COURT:  Right.

24          MR. HERRINGTON:  Another situation was where

25  someone sued for disability and said I can't perform my

1  work.  Two weeks later they -- they sue their employer and

2  say, you should reinstate me because I can perform my work.

3  Binary situations that are contradictory, using involving

4  the exact same parties.  That's not the situation here.

5       And so as Your Honor has said, it -- it couldn't

6  possibly be a basis for cutting off a claim against a party

7  who was not involved in that earlier litigation,

8  particularly since the claim against CTDI is based on

9  different facts and different legal violations.

10       With that, Your Honor, I will turn to the breach

11  of contract claims.

12       The complaints set out, in detail, how each of

13  the agreements between Nortel and CTDI provided for Nortel,

14  number one, to disclose proprietary technical know-how to

15  CTDI.  And, Your Honor, the reason we use different

16  terminology is that the -- we use -- we define the term

17  "know-how" is that there are several different agreements

18  and they use different terminology.  Some of them use the

19  term technical information.  The 1999 master contract repair

20  services agreement uses -- does not use technical

21  information.  It uses product information as the term.

22       So in order to make a reasonably efficient

23  complaint, we defined the term "know-how" and used that term

24  throughout.

25       As the allegations in the complaint set out, each

1  agreement expressly provides that CTDI could use this

2  technical know-how solely to repair products and not for any

3  other purpose.  As the allegation -- as the complaints

4  allege, CTDI did exactly what these agreements said it could

5  not do.  It used the Nortel technical know-how that was

6  provided to it under these agreements to manufacture and to

7  remanufacture products and sell them into the market.

8         Now, Your Honor, in CTDI's moving papers, in

9  their brief in support of their motion they made two

10 arguments.  They said Nortel didn't identify what provisions

11 of the contract CTDI breached, and our response to that was

12 the complaint spells out in detail the provisions in every

13 single agreement that say you can only use this to repair.

14 You cannot do anything else with it.  You can't manufacture

15 products.  You can't remanufacture products.

16        And, Your Honor, it -- we've used the term

17 "remanufacture."  As Your Honor may be familiar, and it's

18 defined in one of the agreements, what that means is taking

19 an existing product and doing some kind of repair to it and

20 then reselling that existing product into the market.

21 Nothing in these agreements allowed CTDI to do that.  They

22 all very specifically said the only thing you can do for

23 third parties is repair.

24        THE COURT:  Right.

25        MR. HERRINGTON:  And when you do repair with our

1  know-how, you have to pay us a royalty.  Obviously, Nortel

2  did not provide technical information to CTDI and say, go

3  ahead.  Do what you will with this and do it for free.  You

4  don't have to pay us a royalty.  You can make products.  You

5  can remanufacture products and sell them into market.  This

6  is our gift to you.  There's nothing in the agreements that

7  says that, say that, and there's certainly nothing in our

8  complaint that says that.

9          So our complaints spell out the provisions in

10 each agreement that say all you can do with the know-how

11 we're giving you is repair work, and those are the

12 provisions that CTDI breached by manufacturing and

13 remanufacturing using this technology.

14         Now the other argument that CTDI made in its

15 moving papers -- and CTDI's counsel did not repeat today and

16 it's -- it's reply brief does not repeat -- is an argument

17 that the agreements actually permit it to manufacture Nortel

18 products using Nortel know-how.

19         THE COURT:  Yes.

20         MR. HERRINGTON:  And it -- it cited -- it

21 partially quoted a provision from the 2006 TIA and said --

22 which referred to, at least the part they quoted, the

23 ability to remanufacture products.  Well, the part that they

24 didn't quote that gets full quoted later in the brief, but

25 they didn't quote it when they first made the argument said,

1  well, so long as you don't use our know-how, right.  And

2  that's exactly what we're alleging.

3         As we also pointed out, that language only

4  addressed the issue of remanufacturing.  There's nothing in

5  the agreements at all that says you are allowed to

6  manufacture Nortel products, and the complaints allege that

7  CTDI did that as well.  They were both taking parts and

8  components and creating new products, as we understand it,

9  and they were using Nortel know-how and components to

10  remanufacture products and then sell them off into the

11  market, in both cases without telling Nortel what it was

12  doing and without compensating Nortel in any way.

13         Now in its reply brief, CTDI gave up on those two

14  arguments and made the argument that its counsel has -- has

15  repeated this afternoon and said, well, the problem is you

16  haven't said that -- that the know-how we were using was the

17  know-how that was covered by the agreement.  Frankly, that

18  is not a possible or fair reading of the complaint.

19         Again, the complaint -- for one thing, to accept

20  that argument, the Court would have to make a finding or

21  accept a proposition that, number one, Nortel disclosed

22  proprietary technical information to CTDI that was not

23  covered or restricted by these agreements.

24         And, number two, the Court would have to conclude

25  that when the complaint talks about CTDI using Nortel

1   proprietary know-how in a way it wasn't supposed to do, that

2   it was talking about some know-how that wasn't covered by

3   the agreements.

4           And with all respect, Your Honor, those are

5   simply not conclusions that could possibly be supported in a

6   fair reading of the complaint, particularly given the rule

7   that when you read a complaint on a motion to dismiss you

8   accept everything as true and you draw all inferences in

9   favor of the non-movant, in favor of the claimant.

10          THE COURT:  All plausible inferences --

11          MR. HERRINGTON:  All plausible --

12          THE COURT:  -- I suppose.

13          MR. HERRINGTON:  -- inferences, Your Honor.

14          Again, what does the complaint allege:  That

15  Nortel disclosed technical know-how to CTDI; that the

16  agreement's expressly restricted; CTDI's ability to use this

17  know-how to repair; and that CTDI, instead, used this know-

18  how, this technical information, to manufacture and

19  remanufacture.

20          So the notion that you could read that as saying

21  we haven't alleged that CTDI was using the know-how that was

22  covered by and restricted by the agreement simply doesn't

23  bear out.

24          THE COURT:  There are a number of citations to

25  the various agreements within the complaint and quotes --

1          MR. HERRINGTON:  Yes, Your Honor.

2          THE COURT:  -- and quotes from this --

3          MR. HERRINGTON:  There absolutely are.  And,

4    again, if you read our complaint -- let me just turn to it.

5          Paragraphs 2 to 4 really set out the story.  We

6    could have stopped there.  It sets out the allegation, just

7    as I said, that these agreements provided for Nortel to

8    provide proprietary know-how to CTDI.  They said you can use

9    this only to repair, but what CTDI did is instead use that

10   know-how to manufacture and remanufacture, selling into the

11   market to -- in the amount that we know of as -- as of today

12   of $30 million in telesets and another $30 million in

13   circuit packs.

14         So, again, very clearly alleging that the know-

15   how they used was the know-how that was provided under the

16   agreements and that was restricted under the agreements.

17         So that's Paragraph 2 to 4 that set out the --

18   the base -- the overall story.  Paragraphs 13 to 17 describe

19   the types of proprietary technical information that are

20   involved, and then Paragraphs 18 to 32 go through all of the

21   provisions in the agreement that say, here's the know-how

22   we're providing to you.  You can use it only to repair.  You

23   can't do anything else with it.  The agreements are very

24   clear and our complaints are very clear in spelling all of

25   that out.

1          Your Honor, just to kind of sample what the

2    complaints allege, let me turn to Paragraphs 23, 27 and 28.

3          Does Your Honor have a --

4          THE COURT:  Yes, I have --

5          MR. HERRINGTON:  -- copy of the complaint?

6          THE COURT:  -- it right in front of me.  Thank

7    you, Mr. Herrington.

8          MR. HERRINGTON:  Paragraph 23 says:

9          "In connection with the opportunity to repair

10         Nortel products, CTDI was provided with access to

11         Nortel's confidential and proprietary information

12         related to Nortel's intellectual property,

13         including the Nortel know-how."

14         That's MCRSA Section 122.

15         "CTDI acknowledged that it did not have a right

16    to use" -- and we've used the defined term here -- "what the

17    agreement says is Nortel's intellectual property" -- meaning

18    any intellectual property that you've gotten access to --

19    "including, without limitation, product information" --

20    which is the defined term under the agreement.  So you can't

21    use this for any purpose other than providing the services

22    contemplated by the MCRSA.  That's Section 1.3 of the

23    agreement.

24         And Paragraphs 27 and 28 refer to a 2007

25    amendment that the parties signed that confirmed those

1 obligations and those limitations.

2         Picking up with Paragraph 27:

3         "In September 2007, the parties entered into an

4         amendment to the MCRSA to address CTDI performing

5         authorized repair of Nortel products for third

6         parties with the requirement that CTDI pay Nortel

7         a royalty of fifteen percent or twenty percent,

8         depending on the type of Nortel product being

9         repaired on all revenue derived from such

10        authorized repair activity."  See MCRSA Amendment

11        14.

12        The amendment is included in the declaration of

13 Mr. Ibrahimi that was submitted by CTDI in its moving

14 papers.  It has a copy of the MCRSA and then behind that it

15 has all of the various amendments and this is -- this is the

16 fourteenth amendment.  It had nothing to do with civil

17 rights or the Civil War.

18        THE COURT:  I understand.

19        MR. HERRINGTON:  Continuing on in Paragraph 28:

20        "In executing this amendment to the MCRSA, CTDI

21        affirmatively misrepresented and concealed its

22        current and intended use of the licensed know-

23        how.  The amendment confirmed that 'CTDI

24        acknowledged that in its relationship as a

25        service provider to Nortel and in performing the

1                    services under this agreement, it will have

2                    access to Nortel intellectual property,

3                    including, without limitation, product

4                    information which is owned by Nortel and which

5                    CTDI does not have a right to use for any purpose

6                    other than providing such services subject to the

7                    provisions of the 1994 TIA."

8            So this is very broad, as is the other language

9  of the agreements, and says, you are entering into this

10 relationship, CTDI, with us and in that relationship you

11 will have access to Nortel intellectual property, not a

12 defined term meaning any kind of intellectual property,

13 saying -- and then it says, including without limitation

14 product information, meaning the specific technology that we

15 plan to provide to you so that you can repair the products

16 covered by this agreement.

17           And CTDI acknowledges that it does not have a

18 right to use, for any purpose that -- this technology other

19 than providing such services.  The services are defined as

20 repair, repair for Nortel when Nortel sends a product to

21 CTDI to repair or repair for a third party, and when it

22 repairs -- when it repairs for a third party it has to pay

23 Nortel royalties on that.

24           So continuing on with the allegations in

25 Paragraph 28, it states:

1           "But, in fact, as Nortel discovered later and is

2           detailed below, CTDI knew that its

3           representations to Nortel were false.  Before,

4           during and after CTDI affirmed that it has no

5           right to use Nortel's intellectual property and

6           product information for any purpose other than

7           providing authorized repair services, CTDI, in

8           fact, was using Nortel's intellectual property

9           and product information" -- so, again, using the

10          defined term of the agreement  -- "for other

11          unauthorized purposes including the manufacture

12          and sale of Nortel products to other parties.

13          "By falsely representing that it could not and

14          would not use Nortel's proprietary technology for

15          any other purposes, CTDI was able to maintain its

16          scheme of improperly using that technology."

17          So that's just a sample from the complaint in

18  which we clearly allege the know-how -- we can call it

19  technical information or product information as the MCRSA

20  calls it, the know-how that they were provided was the know-

21  how that was covered by the agreement and the know-how that

22  was restricted by the agreement, and that's the know-how

23  that they improperly used to manufacture and remanufacture

24  products and sell them into the market.

25          THE COURT:  Now you indicated, Mr. Herrington,

1  that the agreement would have permitted them to manufacture

2  and sell the product provided that it didn't involve,

3  include Nortel information, proprietary information.  Is

4  that correct?

5          MR. HERRINGTON:  Well, the only -- it's

6  remanufacture, and the only agreement that addresses that is

7  the 2006 TIA.

8          THE COURT:  Right.

9          MR. HERRINGTON:  But, yes.  Yes, Your Honor.

10          THE COURT:  How could they have -- how could they

11  have done it without Nortel proprietary information?

12          MR. HERRINGTON:  Your Honor, that's an excellent

13  question and I -- I can't imagine that there would be any

14  answer to that.

15          THE COURT:  Okay.

16          MR. HERRINGTON:  And, certainly, this is a motion

17  to dismiss --

18          THE COURT:  Yes.

19          MR. HERRINGTON:  -- where we're looking at our

20  complaint, our allegations, accepting them as true and the

21  idea that you would say, aha, well, maybe CTDI has some

22  other way of using Nortel technology that's not covered by

23  the agreement.  It really doesn't make sense and it's not

24  something you can derive from a fair reading of our

25  complaints.

1          THE COURT:  Okay.

2          (Pause)

3          MR. HERRINGTON:   Your Honor, if it would be

4    helpful, I could go through each of the agreements in some

5    detail, but I won't do that unless Your Honor would like me

6    to.  But let me do point out that when the agreements talk

7    about technical information or product information, they

8    define it very broadly, meaning -- well, let me just give an

9    example.  This is the definition in the 1994 TIA.

10         THE COURT:  Okay.

11         MR. HERRINGTON:  And you will find it in Appendix

12   B to the agreement.

13              "Technical information includes assembly

14              drawings, stock lists, circuit schematics,

15              functional descriptions, general specifications,

16              test specifications, history charts, release

17              control records, product release modification

18              instructions, design change information," and it

19              goes on and on.

20         The definition was meant to be very broad to

21   cover all kinds of technical information that was developed

22   by Nortel, is owned and is proprietary to Nortel, and is

23   saying, look, we're going to let you have this, but for a

24   very specific purpose.

25         THE COURT:  Repair.

1          MR. HERRINGTON:  Repair.

2          Your Honor, the MCRSA has a similarly broad

3    definition of product information.  Let me just pull out the

4    -- the definition.

5          For the MCRSA I will point out CTDI submitted in

6    its papers the body of the agreement, but it didn't submit

7    the exhibits -- Numbered Exhibit 1, which has the

8    definitions, sort of oddly structured agreement; rather than

9    having definitions in the first ten pages it says, look in

10   Exhibit 1.  Exhibit 1 is attached to the hearings and

11   declaration as Exhibit A to that declaration.  So that's

12   where you go to find --

13          THE COURT:  Okay.

14          MR. HERRINGTON:  -- the definitions.

15          And the definition of product information says:

16          "Product information means all know-how,

17          processes and procedures, product architecture,

18          specifications, designs, design information,

19          drawings, artwork, manufacturing information and

20          data, circuit schematics, stock lists, assembly

21          drawings, drill data, wiring diagrams, functional

22          schematics, piece part drawings, magnetic, sheet

23          metal and cable assembly, tooling and test

24          routines, programs and data, and any other

25          information and materials, functional

1             description, and technical or business

2             information or data, computer programs,

3             technology, inventions, discoveries, techniques

4             which may be disclosed orally, visually, in

5             writing, in machine recognizable form, or in any

6             other fixed form relating to the products or

7             their materials and required for the repair of

8             any products."

9         So, again, a very broad definition of this is the

10 universe of things that we'll be providing to you, and this

11 is the universe of things that you can't use for anything

12 but repair.

13        So the notion that there's something else out

14 there that somehow CTDI got its hands on or that Nortel gave

15 to it that isn't embraced by the definitions in the

16 agreement and is not embraced by the restrictions in the

17 agreement really, again, makes no sense.

18        The 2006 TIA, I won't read the definition, but

19 it's similarly broad.  It's in Schedule A.  And I would note

20 that the 2006 TIA applies to optical and wireless products.

21 So far the products that we're aware of in this case are not

22 wireless and optical.  They are wire line and enterprise.

23 Wire line and enterprise are covered by the 1999 MCRSA and

24 the 1994 TIA.  So those are the applicable agreements for

25 the products that we know about.  If it's discovered that --

1    that CTDI was selling optical and wireless products as well,

2    the 2006 TIA would govern that, and it has exactly the same

3    structure, exactly the same restrictions and the same very

4    broad definition of technical information which, again, is

5    in Schedule A to that agreement.

6            So, Your Honor, that's -- if Your Honor has any

7    questions about the contract argument, but, again, as I

8    understand it from CTDI's reply and from their remarks

9    today, you -- their argument is, well, again, you didn't

10   allege that the know-how that we were using was the know-how

11   covered by the agreements and, Your Honor, I think that just

12   can't bear up under a reading of the complaint.

13           I do also want to address the overarching point

14   that the counsel for CTDI made in the beginning saying, this

15   is really just a contract claim and there is nothing else.

16           First of all, there's a very important trade

17   secret misappropriation claim and the law is very clear that

18   when you have a license -- you know, if I have a license to

19   use your trade secrets and I go beyond the license and use

20   it for something that I'm not licensed to do, I'm liable for

21   infringing your intellectual property.

22           Example we give in the brief is if somebody has

23   trade secrets that cover manufacture of TV and manufacture

24   of radios, but they give a limited license to someone to use

25   it for manufacturing radios, that party goes outside the

1   license and says, well, I'm going to use this to manufacture

2   televisions, it's liable for infringing the IP because it

3   doesn't have the protection of the license.

4           A license is like a covenant not to sue.  It is a

5   covenant not to sue and says, as long as you stay within the

6   boundary lines of what I've licensed you to do, I'm not

7   going to -- you're not infringing my IP.  But as soon you

8   step outside that, you are infringing my IP.

9           And the case law is very clear.  We cite it in

10  our brief, I think, Pages 31 to 35, that when you step

11  outside the scope of a license you are liable for infringing

12  that IP.  Therefore, that -- CTDI is liable for infringing

13  the trade secrets that it was given, but allowed to use only

14  in a very restricted way.

15          Similarly, as I suspect Mr. Keller will address,

16  to the extent they were misusing trademarks without any

17  license to do it, they are liable for infringing the

18  trademarks.

19          Your Honor, another claim that is asserted, a

20  very important claim, and while not addressed in any

21  specific way today, it is addressed in the papers and that's

22  our fraud claim.

23          THE COURT:  Yes.  And I --

24          MR. HERRINGTON:  Okay.  So let me -- let me turn

25  to that if I may.

1          THE COURT:  Please.  Because I think the fraud

2   claim, to some extent, connects with the statute of

3   limitations argument as well.

4          MR. HERRINGTON:  It does, Your Honor, and I'll

5   speak to that and I can -- may come back to it.  But on the

6   statute of limitations, the -- again, it's clearly

7   established that we -- you don't apply the statute of

8   limitations when the defendant's fraudulent concealment kept

9   the plaintiff from discovering --

10          THE COURT:  Right.

11          MR. HERRINGTON:  -- what was happening.  We made

12   that point.  We cited cases with facts right on point with

13   ours.  In CTDI's reply, they didn't dispute that point at

14   all.  They don't say anything about fraudulent concealment.

15   They don't -- they just repeated the argument that if the

16   statute of limitations applies, then you can't get recovery

17   for anything before January of 2006.

18          THE COURT:  Right.

19          MR. HERRINGTON:  So -- and fraudulent concealment

20   certainly tolls the statute of limitations certainly on a

21   motion to dismiss.  We've adequately alleged fraudulent

22   concealment and, therefore, there is no time bar as to

23   anything.

24          As we also pointed out, even if there -- even

25   without fraudulent concealment, if the limitations period

1    did apply, we could still recover on our claims for

2    everything that happened after January '06 --

3              THE COURT:  Right.

4              MR. HERRINGTON:  -- and the bulk of the activity

5    that we know about and have addressed in the complaint

6    happened after January 2006.

7              Your Honor, the correct -- that the IP cases that

8    stand for the point that you infringe IP if you go beyond

9    the license are Pages 21 to 24 of our brief.

10             So the fraud claim, the primary argument that

11   CTDI makes in its papers is that we can't state a fraud

12   claim because there's a contract here.  It is established,

13   and we don't quarrel with this proposition, if all you're

14   doing is alleging a breach of a contract, then that itself

15   can't be a fraud claim.

16             Our fraud claim is based on at least three

17   separate predicates that go beyond the scope of the contract

18   and are collateral to the contract.

19             Number one, CTDI fraudulently misled Nortel each

20   time it provided royalty reports because those royalty

21   reports purported to represent what CTDI was doing with

22   Nortel's technology, and they didn't say anything about this

23   $30 million worth of manufacture and remanufacture of

24   telesets or the $30 million of circuit packs that it was

25   performing work and testing on using Nortel technology and

1  then selling off into the market.

2          So that is a separate fraud and it's a fraud that

3  kept Nortel from discovering what CTDI was up to because if

4  it had, it would have ended the relationship and CTDI knew

5  that.  So each time it provided royalty report, that was

6  another fraud.  And, again, it's not a question of not

7  paying royalties that are due.  It's a question of hiding

8  the truth, misrepresenting the truth, saying, here's a

9  report of what we've been doing, but that report is false

10  and it conceals what they've really been doing.

11          THE COURT:  Unless they thought that they

12  legitimately had the right to sell the product, then they

13  wouldn't have included that information in the royalty

14  report.

15          MR. HERRINGTON:  I -- we accept that, Your Honor.

16  If that -- if the fact -- this is a motion to dismiss --

17          THE COURT:  Absolute --

18          MR. HERRINGTON:  -- and our complaint alleged,

19  you know, what we understand --

20          THE COURT:  Right.

21          MR. HERRINGTON:  -- and what we're alleging.  If

22  the facts develop --

23          THE COURT:  Yes.

24          MR. HERRINGTON:  -- that it believed it didn't

25  have fraudulent intent, then, you know, they may have a

1    defense, if not on summary judgment, then perhaps a trial.

2           All we know is -- is what we know and what we've

3    been told from discussions we've had, and we haven't seen

4    any justification for what they've done.

5           THE COURT:  Okay.

6           MR. HERRINGTON:  And all the facts that we know

7    and all the facts we've alleged in the complaint they had to

8    know that they weren't allowed to do this, and one of the

9    things that we've said about that is if they thought they

10   were allowed to do what they did, using Nortel proprietary

11   technology, you would have thought they would have discussed

12   it with Nortel and paid royalties.  The idea that they could

13   do all this, generating $30 million of revenue without

14   telling Nortel at all and without paying anything for it,

15   again, doesn't make any sense from anything we understand

16   and from what the agreements provide.

17          So that's one fraud predicate that certainly is

18   outside the scope of the -- of the contracts or collateral

19   to the scope of the contracts.

20          Number two, every time they ordered components,

21   they were allowed to get components and parts for the

22   authorized repair activity and there's a process for doing

23   that.  To the extent they were going to authorize Nortel

24   suppliers, which is the only place they could get Nortel

25   products, they would have had to do it under the guise of

1  getting these parts for their permitted repair activity.

2  They knew that.  So every time they were ordering those

3  parts and concealing what they were really doing with those

4  parts, they were committing fraud.

5        The third does relate to agreements, but it's not

6  just a question of a breach of the agreement, and that is

7  the fact that in 2006 and 2007 during the period when we

8  know -- we've only learned about what they've done back to

9  2005.  We haven't gotten discovery beyond that.  It may be

10  they were doing this even earlier.  But we know as of 2005

11  and in carrying forward to 2009, they were using Nortel

12  technology not just to do repairs, but to remanufacture and

13  manufacture products.

14        In 2006 and in 2007, CTDI signed agreements that

15  expressly stated, we know the only thing we can do with this

16  technology is repair.  And let me read -- it's actually the

17  same fourteenth amendment that I read before.  It was signed

18  in 2007.

19              "CTDI acknowledges that in its relationship as a

20              service provider to Nortel and in performing the

21              services under this agreement, it will have

22              access to Nortel intellectual property,

23              including, without limitation, product

24              information, which is owned by Nortel and which

25              CTDI does not have a right to use for any purpose

1           other than providing such services."

2           So in the midst of doing exactly what this --

3    this provision it signed says it won't do, it signed these

4    contracts saying we know -- we know that all we can do is

5    repairs.  If it hadn't signed those, it's not just a

6    question of a breach.  It's a question of knowing when you

7    sign it that it's false and it's part of a fraudulent scheme

8    of concealing what it's doing in its royalty reports and its

9    ordering of -- of components, and affirmatively telling

10   Nortel, well, we know that all we can do with this

11   technology is repair, all the while doing exactly what it

12   wasn't supposed to do.  If it hadn't kept up this fraudulent

13   scheme if -- and allowed Nortel to discover what was really

14   going on, Nortel would have cut it off.

15          So these agreements are not just a question of

16   breaching a contract.  They're a question of a part of a

17   fraudulent scheme of leading Nortel to believe that CTDI was

18   complying with its obligations, all the while knowing that

19   that was a fraud, that was untrue.

20          Now courts have repeatedly sustained fraud claims

21   in circumstances just like this.  A case that we discuss in

22   our brief is the Orthavida (phonetic) case.  That's at 2008

23   Westlaw 423 446, and then the -- what the Court says -- that

24   was a case involving an employee who claimed that he was

25   being loyal and respecting his obligations, but on the side

1   was taking the company's intellectual property and starting

2   a new venture.  That violated his -- his contractual

3   obligations to the company.

4         And so when -- when the company sued him for

5   fraud and misappropriation and breach of contract, the

6   defendant said, well, I was -- you're -- what you're

7   alleging is I breached my -- my employment agreement so

8   that's a contract claim.  Where do you get a fraud claim.

9   What the Court said is:

10        "The plaintiff alleged that the former employee

11        had 'fraudulently misrepresented' that he

12        remained a loyal employee and, accordingly, the

13        company did not terminate his employment, but

14        continued to allow him to participate in meetings

15        involving Orthavida's business strategy.  Because

16        Orthavida expressly asserts that the defendant

17        made misrepresentations which resulted in his

18        continued employment and access to proprietary

19        information, such facts, if proven, are

20        analytically separate from the breach of the

21        contract claim itself.  Orthavida's fraud claim

22        reaches beyond the bounds of the employment

23        contract and will not be dismissed."

24        And it's exactly the same here.  CTDI was making

25   representations to create the impression that it was in

1    compliance with the restrictions under these agreements;

2    that all it could do was repair activity, all the while, in

3    fact, using it to do what it wasn't allowed to do.  Just as

4    in Orthavida, that resulted in continued employed, here

5    continued relationship with Nortel and continued access to

6    proprietary information.

7              That's classic fraud and the kind of fraud that

8    has been upheld even when there is a contract claim between

9    -- a contract and a contract claim between the parties.

10             We cite two other cases on Page 26 of our brief

11   that stand for the same point.

12             Now, Your Honor, I can briefly discuss the case

13   law that -- that CTDI cites.  They cite the Retail Brand

14   Alliance case.  This on the reply at Page 17.  That case

15   talks about the same gist of the action doctrine that

16   Orthavida does.  It simply finds on the facts there that

17   there was nothing collateral to the contract; that what the

18   plaintiff was calling fraud was exactly the same as the

19   contract claim.  Again, same analytical standards and

20   principles, which we accept, but very different facts.

21             The Polymer Dynamics case applied to the gist of

22   the action doctrine and fraud claim could be stated because

23   there were fraudulent misrepresentations that went beyond

24   the contract.

25             They cite the Inner Wave case and say, well,

1  because there's an integration clause -- this only relates

2  to one of our three grounds for fraud, the two agreements

3  that were signed -- and they say because there is an

4  integration clause you can't allege fraud in the inducement.

5         Well, we're not arguing that Nortel was

6  fraudulently induced to enter into these two agreements, the

7  fourteenth amendment and the 2006 TIA because of some

8  extraneous representation that CTDI made that wasn't -- that

9  didn't find its way into the agreement.  Right.  That's what

10 an integration clause --

11        THE COURT:  Right.

12        MR. HERRINGTON:  -- addresses.  The claim with

13 respect to these agreements is that -- that CTDI made these

14 representations in the agreement that it knew were false

15 when made; that it had no right to use the license know-how

16 for anything other than authorized repair services.  But it

17 was already doing exactly what it represented that it

18 wouldn't and couldn't do, and this was part of a fraudulent

19 scheme to conceal its misconduct.

20        Now there's a case that we cite, Fox's Foods,

21 Inc. versus K-Mart Corp, 870 F.Sup. 599, and this is at Page

22 609 that addresses that kind of situation and sustained a

23 fraud claim when -- this is quoting from the opinion --

24 "when sufficient evidence exists in the record for a jury to

25 believe that K-Mart, the Defendant intended not to perform

1   when the promises -- when the promise was made."  So if you

2   make a promise knowing that you're not going to perform,

3   knowing that you're already in breach, that can be a fraud

4   claim.

5          So, too, here.  CTDI knew it was committing fraud

6   when it represented that it had no right to use Nortel's

7   know-how for anything other than repair.  And this was part

8   of a fraudulent scheme to keep up its ability to gain access

9   to Nortel's technology while pretending that it was doing

10  what it was supposed to do and not doing -- not going beyond

11  the authorized repair activity.

12         THE COURT:  And whether or not Nortel could have

13  known, should have known, that is something, I assume, that

14  is again to be developed --

15         MR. HERRINGTON:  Absolutely, Your Honor.

16         THE COURT:  -- later.

17         MR. HERRINGTON:  You know, this is a motion to

18  dismiss.

19         THE COURT:  Right.

20         MR. HERRINGTON:  CTDI will have its day.  If

21  there are facts to support its story that justify it, it

22  will present those.  We haven't heard them, but discovery is

23  beginning.  There will be a trial.  This is a motion to

24  dismiss.  It, frankly, was a little surprising to us that

25  CTDI would try to address these claims and issues on a

1   motion to dismiss.  It's very rare to have claims dismissed

2   at the pleading stage.

3           When you accept all the allegations as true, you

4   draw all inferences in favor of the plaintiff and you say is

5   there any plausible basis for a claim.  There certainly is

6   here.  This is a more detailed complaint than I think one

7   would ordinarily find.  It spells out what the agreements

8   provide.  It spells out the basis of the fraud.

9           To say that on a motion to dismiss you would get

10  rid of these claims at the pleading stage, I would submit is

11  meritless.

12          Let me address, Your Honor, just very briefly the

13  9(b) issue.

14          THE COURT:  Yes.

15          MR. HERRINGTON:  The -- as the Third Circuit said

16  in the Seville case that we cite on Page 27, that, yes.

17  It's true that allegations of date, place or time fulfill

18  Rule 9(b)'s function of giving defendants notice of the

19  fraudulent conduct that is alleged, but nothing in the rule

20  requires them.

21          "Instead, plaintiffs" -- and this is the quote

22  from the Third Circuit -- "are free to use alternative means

23  of injecting precision and some measure of substantiation

24  into their allegations of fraud."

25          Now Nortel allegations satisfy those standards

1   and each of these frauds that -- or predicates for fraud

2   that we've addressed in the complaints are all things where

3   CTDI is acting as a corporation.  Again, it's filing false

4   royalty reports.  So where was the fraud?  It was in every

5   single false royalty report that CTDI filed as a company.

6          So it's not one of those situations where you say

7   somebody at this company said something and we think it was

8   fraudulent.  Well, who was it; when did they say it; where

9   was the meeting.  You don't have those uncertainties here.

10  You have a very clear cut act.

11         If CTDI has an argument that it's not fraud

12  because they thought it was -- doing this was okay or some

13  other reason, it can make those arguments, but it doesn't

14  have the Rule 9(b) problem of saying, I don't understand

15  what you're accusing me of.  It's very clear.  We're saying

16  every single royalty report you filed that said nothing

17  about this manufacturing and remanufacturing activity was a

18  fraud.  So there's not a 9(b) problem.

19         Same thing with the ordering of components.

20  Every single time you ordered components knowing that your

21  real purpose was to use them for manufacturing and

22  remanufacturing, that was a fraud.  There's no uncertainty

23  about what it is we're alleging or how it's fraudulent and -

24  - or who did it or why.  It's every time you sent in an

25  order it was a fraud.

1        And, of course, the third predicate is the

2   agreement.  Well, there's no question there what it is we're

3   pointing to.  And we -- if you want to talk about who signed

4   the agreements, their signatures are on the contracts.

5        So none of these situations present the Rule 9(b)

6   problem where the defendant really can't defend itself

7   because it doesn't know what it is you're talking about.

8   There's just -- it's just too sketchy.  You know, where --

9   who said it, when, you know, what are the facts here.

10        Nortel -- CTDI in its motion to dismiss says

11   well, you didn't lay out the elements of fraud.  And I can

12   go through that, Your Honor, but I -- to save some time I

13   would recommend the Court to Pages 28 through 29 where we go

14   through how, with respect to each of these predicates for

15   fraud, you know, why the statement was false, why CTDI says,

16   well, you haven't alleged that we knew it was false.  We

17   allege specifically that CTDI knew it was false, but we also

18   allege the facts that show why they knew it was false, and

19   it's a simple fact.  The agreements say you can only use

20   this technology to repair.  You can't do anything else with

21   it.

22        They say, well, we didn't allege that Nortel was

23   unaware that these representations were false.  Our

24   complaint says that we were unaware.  This is at Paragraph

25   54 of the NNI complaint and Paragraph 39 of the NNL

1    complaint.  They say, well, you didn't allege that CTDI

2    meant to deceive Nortel.

3            But in Paragraph 54 of the NNI complaint we say,

4    CTDI knew that the representations described above were

5    false and intended Nortel to rely on these false

6    representations and the concealing of the truth in order to

7    enable CTDI to procure proprietary Nortel components and to

8    continue getting access and the ability to use Nortel's

9    know-how and technical information.

10           So we do allege -- this is, again, in 54 of the

11   NNI complaint, Paragraph 84 of the NNL complaint that --

12   that there was an intent to deceive and an intent for Nortel

13   to rely on these misrepresentations.  And then, again, they

14   allege Nortel was unaware -- in Paragraph 55 and 85 we

15   specifically allege that Nortel was unaware of what CTDI was

16   actually doing.

17           So, again, these pages of our brief lay out the

18   very specific allegations that, again, put CTDI on notice of

19   what we're saying was the fraud, but also address each of

20   the elements of a fraud claim.

21           Your Honor, I think the other -- the only other

22   claims that have not been addressed are the unjust

23   enrichment claim --

24           THE COURT:  Right.

25           MR. HERRINGTON:  -- and, analytically, that's

1   very much the same as the trade secret misappropriation

2   claim.  You know, you've got -- we're giving you this

3   valuable property, our Nortel proprietary technology.  We're

4   saying you can do X with it.  That's all you can do.  That's

5   all you're permitted to do.  If you then take this property

6   and do something else, then you're outside the scope of the

7   protection that you're given and you're infringing Nortel's

8   trade secrets.  You're also unjustly enriching yourself

9   because you're taking Nortel property and using it to

10  generate $60 million in revenue and giving Nortel nothing.

11          So that's a classic unjust enrichment claim.  The

12  fact that there is a contract doesn't mean that you can't

13  also state unjust enrichment when you go beyond the scope of

14  the contract.

15          The -- finally, the claim for implied covenant of

16  good faith and fair dealing.  As both parties, I think,

17  acknowledge that when you've got a clear cut breach of a

18  contract, you don't need the implied covenant of good faith

19  and fair dealing.  We certainly don't believe we need it

20  here.  But this is still at the pleading stage.  CTDI is

21  making arguments about what it thought, what it understood,

22  what it thinks the agreements mean.

23          It's just too early in the case to say implied

24  covenant of good faith and fair dealing won't come into this

25  case.  Perhaps at a summary judgment stage after the facts

1  have been developed and the positions have been further

2  developed, then we can look at that and say, yes.  That's a

3  superfluous claim.  It's not needed because the contract

4  claim governs.  But at this early stage we would submit it's

5  premature to take that claim out of the case as a matter of

6  law on a motion to dismiss.

7          So, Your Honor, I think that addresses all the

8  claims including the statute of limitation issue.  If Your

9  Honor has any questions that we haven't addressed, I would

10  be happy to answer them.

11          THE COURT:  Thank you, Mr. Herrington.  You've --

12  you've covered a lot of my questions.  So --

13          MR. HERRINGTON:  Okay.  Thank you.

14          THE COURT:  -- thank you, sir.

15          Mr. Keller.

16          MR. KELLER:  Thank you, Your Honor.

17          THE COURT:  Take your time.  Get set --

18          (Laughter)

19          THE COURT:  Get set up.

20          MR. KELLER:  Just for the record, my name is Paul

21  Keller.  I'm with Allen and Overy representing NNL and for

22  the benefit of timing I will be somewhat shorter than Mr.

23  Herrington and somewhat longer than CTDI's counsel.  And I

24  would like to start, as Mr. Herrington indicated, focusing

25  on the counterfeiting claims in relation to the Lanham Act.

1          And I'll first start with some of the issues that

2    Your Honor had with the judicial estoppel arguments and then

3    go back to the argument that CTDI's counsel began with, this

4    the breach of contract occupies the field argument.

5          THE COURT:  Yes.

6          MR. KELLER:  The judicial estoppel argument,

7    judicial estoppel, as Your Honor is no doubt aware, is a

8    unique tool that Courts have to address 180 degree changes

9    in behavior during the course of a case that are -- and

10   changes that are implausible or --

11         THE COURT:  Yes.

12         MR. KELLER:  -- are unacceptable to believe that

13   the party at issue has somehow played fast and loose with

14   the facts and the law of the case, and with the -- with the

15   Court's time.  This is simply not the case here.

16         But today we've -- we've heard only one version

17   of CTDI's judicial estoppel story and it's the story that

18   began -- that was started in their opening brief.  It

19   changed a little bit in their reply brief, and I would like

20   to address both as they relate specifically to the

21   counterfeiting allegations.

22         Judicial estoppel, as I think both parties

23   recognize out of the Montrose(phonetic) case in the Third

24   Circuit that there's a three-part test that the Courts use

25   to figure out if judicial estoppel applies.

1          The first is, is there this irreconcilable

2    change.

3          THE COURT:  Right.

4          MR. KELLER:  And the second is, was there bad

5    faith in making that change; and then the third is does the

6    Court need to apply this doctrine because it's such an

7    affront to the Court's authority that this -- this doctrine

8    needs to be used to address it.

9          THE COURT:  That -- yeah.  That's right.  That

10   one of the Courts was mislead, in effect.

11         MR. KELLER:  Exactly.

12         So the first story that CTDI comes to -- to this

13   Court is in their opening paper and they say because Nortel

14   went after ATC and SWB for selling counterfeit products,

15   selling counterfeit products and got money from that, that

16   somehow CTDI -- now Nortel cannot go after CTDI for making

17   those products.  I understand that CTDI wants to merge the

18   fact that we're saying CTDI is making and in some way

19   selling as well to downstream suppliers who may then sell it

20   to other downstream suppliers and so on to the final

21   customer in the marketplace.

22         But the reality is, our allegations here are that

23   CTDI was making counterfeit goods.  Some of those goods may

24   have gotten to ATC.  A lot of them may not have.  Some of

25   them may have gone to SWB.  Some of them may not have.  But

1   in the first chapter of the CTDI story, the fact that SWB

2   and ATC are selling is not -- is certain allegations that --

3   that Nortel made in the past, but is certainly not

4   irreconcilably different from saying that CTDI made

5   counterfeiting -- counterfeit products.

6           The similar is true that with the second prong

7   there's no bad faith identified in either of the opening or

8   the reply brief about the selling story from CTDI, and as a

9   result there's no indication that the Court needs to wield

10  this unusual instrument to address any affront to Your

11  Honor.

12          THE COURT:  How about the concern raised by CTDI

13  about duplicate recovery?  In other words --

14          MR. KELLER:  Sure.

15          THE COURT:  -- that you shouldn't be able to

16  recover twice for the same damages or -- or partially twice.

17          MR. KELLER:  A legitimate conversation to have at

18  some point during the course of this case.  Now,

19  respectfully, is not that time.  If CTDI would like to

20  acknowledge that X number of products that it made were the

21  X number of products that ATC made and -- and paid X dollars

22  for, then we could talk about whether that is double

23  recovery and whether it needs to be included in -- included

24  in our damages bucket coming -- coming to us.

25          Remedially, though, we're not only entitled to --

1    under counterfeiting statute we're entitled to a number of

2    different types of damages.  It's unclear from CTDI's papers

3    what particular products it thinks it sold that we think ATC

4    has now paid for.

5            It also -- clearly, what we're also entitled to,

6    and this is something CTDI does not acknowledge, is that the

7    settlement papers and the consent decrees that were entered

8    in in those cases gives Nortel a certain amount of certainty

9    about what ATC and SWB are not going to do.  We don't have

10    the same situation with CTDI yet.  If an injunction is ever

11    granted in this case, which we believe we're entitled to,

12    that would address some of the torts that we think took

13    place here, but it has nothing to do with the double

14    counting issues.

15            So I hope that addresses Your Honor's --

16            THE COURT:  Yes.

17            MR. KELLER:  -- question.

18            THE COURT:  Yes.

19            MR. KELLER:  All right.

20            The second version of the CTDI story appears in

21    its reply for the first time, and this version of the story

22    is that in Nortel's complaint against ATC and CWB we somehow

23    represented that we believe that ATC and CWB were selling

24    genuine products and it was our allegation that having sold

25    genuine products, they removed labeling from those products

1  and then put them in the marketplace as their own.

2            I'm having trouble finding where Nortel said that

3  we believe that these were genuine products.  We understand

4  that ATC and SWB believe they were genuine, but not that --

5  not that Nortel was representing that, yes, indeed, these

6  were genuine products.

7            But let's -- let's take CTDI's story at -- at

8  value.  What -- so what they are saying is that the fact

9  that we said in 2006 and 2008, I believe, the other two

10  prior matters, is that because we said in the complaint that

11  ATC and SWB were selling genuine products and removed

12  labels, through the course of that case we couldn't find out

13  that we were, in fact, wrong; that we learned through the

14  discovery process, through representations that were made

15  from us that, in fact, CTDI was manufacturing products,

16  maybe not sold to ATC, maybe some were, maybe not sold to

17  SWB, maybe some were.

18            But that S -- but CTDI was, in fact, involved in

19  counterfeit -- counterfeiting behavior and that now we

20  somehow cannot go after CTDI.  Maybe one of the links in

21  this counterfeiting scheme is, frankly, implausible and

22  certainly does not address the first prong of the judicial

23  estoppel test that requires some irreconcilable difference.

24  There simply is not one.

25            On the second story that CTDI is providing now

1   that genuine -- that genuine -- that we said -- that Nortel

2   said genuine products, that ATC and SWB had genuine products

3   but took off the labels, there's also no indication that our

4   -- the fact that we learned new information during the

5   course of that case and came after CTDI is somehow being

6   done in bad faith.

7          What they say in their reply brief is the fact

8   that we met -- that they -- they allege that because they

9   showed the first prong, they somehow magically meet the

10  second prong of bad faith as well.  Simply saying because

11  there's an irreconcilable change, then that's an indication

12  of bad faith.  That's simply not the case.  There's no --

13  there's no evidence here of -- that we're playing fast and

14  loose with the facts to such an extent that these -- even

15  though there's no irreconcilable change in the first place

16  that requires the application of judicial estoppel in this

17  matter.

18          And so that's, in sum, I think where the judicial

19  estoppel arguments come from, and CTDI in the opening brief

20  and reply brief.

21          The last, of course, issue, and maybe very well

22  should be the first because it was mentioned a number of

23  times today is that whatever these issues may be on the

24  judicial estoppel and whatever fights we may have on this

25  issue, now is frankly not the time.

1              Whatever facts and issues CTDI wants to develop

2    about what exactly we said, when did we say it, are facts

3    they can develop during the course of the case.  Were we

4    acting in bad faith when we changed our -- our position are

5    facts that can develop during the course of the case, and

6    it's, respectfully, not a proper forum now to decide, as you

7    mentioned, that the trial of the complaint is simply not the

8    forum.

9              But if there are any other questions on the

10   judicial estoppel argument, I'll -- I'll move on --

11             THE COURT:  No.

12             MR. KELLER:  -- and answer --

13             THE COURT:  That was helpful, Mr. Keller.  Thank

14   you.

15             MR. KELLER:  Okay.

16             The other argument was the breach of contract

17   kind of occupies the field argument as -- as CTDI's counsel

18   opened with.

19             THE COURT:  Right.

20             MR. KELLER:  The story appears to be from CTDI

21   that because Nortel had this close business relationship,

22   contractual relationship with CTDI, that as a result of that

23   CTDI can never be found to be a counterfeiter; that after

24   hours manufacturing with its own products that it never paid

25   Nortel for is okay behavior and that they are not exposed --

1   CTDI is -- it can't be exposed to the damages under the

2   Lanham Act because of this contract.

3           Now as a matter of kitchen logic, that sounds

4   like it's -- it's wrong.  But, in addition, the trademark

5   law itself somewhat addresses this issue in the Lanham Act

6   in recognizing that counterfeiting in this country is a

7   substantial problem and needs to be addressed in usual ways.

8           And then, of course, counterfeiting is

9   specifically identified as prohibited behavior in 15 U.S.C.

10  114(a).  But more importantly was the remedies that are

11  available to victims of counterfeiting and that's found in

12  15 U.S.C. 1117(b).  And in that it recognizes that in

13  counterfeiting cases where intent is found, the Court shall

14  -- not may or should consider -- but shall treble the

15  damages and award attorneys' fees, plainly recognizing that

16  this type of behavior is unacceptable and as a result,

17  providing unique remedies to the victims o the -- of this

18  type of behavior in order to address that.

19          CTDI's argument, of course, is that we're not

20  entitled to those remedies; that this is simply a breach of

21  contract matter and we're -- and as a business relationship

22  we could never go after CTDI or any other -- other party to

23  an agreement for counterfeiting activities.

24          Nortel understands the motivation for making this

25  type of argument, understands that no company would like to

1  be faced with the possible trebling of damages if found to

2  be a willful counterfeiter.

3         The reality, though, is the legal standard here

4  is whether when resolving the breach of contract issue for

5  either party, do you resolve the trademark issues at the

6  same time.

7         In this case, the answer is plainly no.  If you -

8  - even if you resolve the breach of contract issues in favor

9  of Nortel, the counterfeiting claims, the remedies that are

10  available to us under -- under 15 U.S.C. is still an issue

11  that remains.  We need to prove not only that there was

12  counterfeiting, but also that it was an intentional act.

13  And so the breach of contract allegations and the elements

14  that go under breach of contract do not address those

15  issues.  They're above and beyond that.

16         And so as a result, you can't -- they can't just

17  -- they can't just simply come and say that the breach of

18  contract issue occupies the entire field.  It does not.

19  This is, in truth, a counterfeit case with a lot of

20  contractual issues in the background.

21         With that, Your Honor, we have nothing further

22  unless you have any questions.

23         THE COURT:  And the jurisdiction issue that was

24  raised, I think, in passing whether the Court has

25  jurisdiction to determine the -- these claims?

1       MR. KELLER:  Frankly, all of that is subsumed in

2   what I just said --

3       THE COURT:  Okay.

4       MR. KELLER:  -- is that -- except for one of --

5   one other issue and it's a rather minor one, but it's --

6   it's pretty -- because of the different nature of the

7   counterfeiting claims and the different requirements that

8   Nortel has to prove them and the different remedies that it

9   has, if it proves them that are very different from the

10  breach of contract actions, they're -- this Court clearly

11  has subject matter jurisdiction over the Lanham Act claims

12  and, therefore, has federal question jurisdiction.

13      Besides that, though, these are diverse

14  companies, and so if there's any issue on the -- at the end

15  of the day of whether these actions -- these questions

16  should be in front of this Court, these are from parties of

17  two different states and you have diversity jurisdiction as

18  well.

19      THE COURT:  All right.  Thank you, Mr. Keller.

20      MR. CLARK:  Your Honor, I -- I rise very briefly

21  --

22      THE COURT:  Yes, Mr. Clark.

23      MR. CLARK:  -- since Nortel's counsel are double

24  -- double teaming my colleague, Ms. Green --

25      THE COURT:  Yes.

1              MR. CLARK:  -- I think that makes it a fair

2    fight.  But --

3              THE COURT:  All right.  Anytime.

4              MR. CLARK:  -- I wanted to get up and make one

5    brief point about something that I think is important and,

6    frankly, scandalous and I want to make that point.  Ms.

7    Green will address some of the others.

8              Your Honor, this -- I lost count of how many

9    times the word "counterfeiting" was used --

10             THE COURT:  Yes.

11             MR. CLARK:  -- in the briefs and then again

12   today.  That's -- that is scandalous stuff.  We take it very

13   seriously and what is it that these complaints say that

14   Nortel -- that CTDI did that was this scandalous

15   counterfeiting thing.

16             I think the best way to address that is to look

17   at what they said -- and this is the judicial estoppel.

18             THE COURT:  Okay.

19             MR. CLARK:  Mr. Herrington talks about a binary

20   analysis here, either you said in one case that today is

21   Wednesday and you said in the other case it's Thursday.  It

22   can't be both.  One of them had to be a lie, that kind of

23   thing.  And I don't necessarily disagree with that

24   structural analysis.  So what's the binary question here

25   that's being addressed differently in this case than it was

1  in some other case?

2          Well, in the ATC case, take a look at what they

3  alleged there and most particular in the Petabone (phonetic)

4  declaration that they didn't bother to talk about in their -

5  - in their pleading, but we found it when we went to the

6  docket of the case.  Actually, it wasn't even in their

7  pleading that there was a 2006 case.  We had to go find that

8  out ourselves.  But I think it's fairly before the Court

9  because it's subject to judicial notice.

10         So you take a look at that Petabone declaration.

11  This Ms. Petabone was a former -- and they offered this to

12  the federal court in Atlanta, okay.  This wasn't somebody

13  else.  She was a former ATC employee and she explained --

14  and they accused ATC of counterfeiting --

15             THE COURT:  Right.

16             MR. CLARK:  -- scandalous stuff.  And they

17  explained exactly what it was that ATC did that constituted

18  counterfeiting.  What was it?

19         Well, they went out and they bought Nortel phones

20  that were labeled properly, legally, accurately as

21  remanufactured telephones and then in the dark of night with

22  a hot iron, they went in the back room and they heated up

23  that label and they stripped it off carefully and they had

24  some other guy in a print shop print up fake labels that

25  said, new Nortel phones, good as new, are new, and they

1  slapped it on there and they sold it as new.  That's

2  counterfeiting.

3           THE COURT:  Right.

4           MR. CLARK:  No question about it.  A blind man

5  could see it.

6           What do they say in this case?  Nortel sold

7  counterfeit phones.  Nortel engaged in counterfeiting

8  activity.  What was it?  What was it we did?  Did we put a

9  false label on a phone that said it was new when it wasn't?

10 No.  They don't say that.  Did we remove labels off of

11 phones that said one thing and put a false label on over it

12 in its place?  No.  We didn't do that.  What did we do?

13          Mr. Keller just said -- they don't even say,

14 although it was -- seemed to me in their complaints that

15 they were saying that CTDI sold phones that got to ATC that

16 ATC then sold in a -- as counterfeit new phones.  But today

17 he says, maybe CTDI sold phones to SWB, maybe they didn't.

18 Maybe they sold them to ATC.  We don't know.  Okay.  So what

19 is it that CTDI did as alleged in these complaints -- four

20 of them, not just one, not just two, they've got four

21 complaints now, four pleadings -- where is it that they

22 explain what CTDI did that was counterfeiting?

23          I'll tell you where, Your Honor.  Nowhere.  They

24 use the word.  It's used as a conclusion.  They tie it to

25 this scandalous stuff that ATC clearly did and that we would

1   have -- we had nothing to do with and we pointed that out in

2   our briefs.  But they try and tar us with the brush that

3   they use on ATC.  That's the inconsistency.  ATC went out

4   and did this counterfeiting stuff, and now they're trying to

5   -- without saying it, they're trying to have you infer from

6   their complaints that we engaged in that activity, that we -

7   - we somehow participated.  We knew about it.  We encouraged

8   it.  We did something, but they don't say any of that stuff

9   in their complaints, and they've had two shots at it.

10          So, Your Honor, I think that should be dismissed.

11  It should be dismissed with prejudice and, frankly, I think

12  they should be ordered to issue an apology for making that

13  kind of an allegation against honorable people in this

14  Court.

15          And I'm sorry.  I get a little carried away

16  sometimes, Your Honor, but I am --

17          THE COURT:  I understand.

18          MR. CLARK:  -- my clients are personally upset

19  about this and they're getting on me.  I'm upset about it,

20  too.

21          And thank you, Your Honor.

22          THE COURT:  Thank you, Mr. -- thank you, Mr.

23  Clark.

24          I've always appreciated Mr. Clark's zealous

25  advocacy, I can assure you.

1          MR. CLARK:  I should have been an actor, Your

2   Honor.

3          (Laughter)

4          THE COURT:  Ms. Green.

5          MS. GREEN:  I assure you, Your Honor, you would

6   appreciate the zealous advocacy as a junior associate as

7   well.

8          THE COURT:  I can imagine.

9          MS. GREEN:  Just to follow up on a couple of

10  points, beginning with the -- the judicial estoppel stuff.

11         THE COURT:  Yes.

12         MS. GREEN:  I just want to turn to Page 12 of

13  their brief --

14         THE COURT:  Okay.

15         MS. GREEN:  -- if we can.

16         (Pause)

17         THE COURT:  I am ready for you.

18         MS. GREEN:  Okay.  About halfway down the page,

19  the paragraph begins that Nortel brought suit against ATC.

20  ATC was dressing up these phones with phony labels.

21         THE COURT:  Yes.

22         MS. GREEN:  Phony labels, phony phones.  Then at

23  the very bottom it says that Nortel learned that SWB

24  acquired these phones from CTDI.  So I don't understand the

25  distinction that these aren't the same phones or that these

1  aren't inconsistent positions.

2          In the prior litigation they're saying they --

3  they received the phones from the supplier.  They mislabeled

4  them.  They counterfeited them, and now they're saying CTDI

5  did it.  That's where the inconsistency lies, right there in

6  their brief.

7          Similarly --

8          THE COURT:  Okay.

9          MS. GREEN:  Similarly, turning to the -- back to

10 the breach of contract claims, if we could go to Paragraph

11 25 of the amended complaint --

12         THE COURT:  Yes.

13         MS. GREEN:  -- the -- Paragraph 25 of the --

14         UNIDENTIFIED:  Which brief, inc. or limited?

15         MS. GREEN:  NNI.

16         THE COURT:  That's what I've got.  Yes.

17         MS. GREEN:  Thank you, Your Honor.

18         The last sentence reads:

19         "Nothing in the MCRSA or any other agreement

20          permits CTDI to use Nortel's proprietary

21          technical information or components to

22          manufacture or remanufacture Nortel products for

23          sale to other parties."

24         Full stop.  Period.  There -- that allegation is

25 that CTDI cannot do anything else but repair Nortel products

1   for Nortel.  This goes back to my first argument was that

2   the contract explicitly grants CTDI permission to sell

3   remanufactured phones and repair services to third parties

4   provided that Technical Information, capital T, capital I is

5   not misused.  This allegation is broader than what the

6   contract grants and the amended complaint has not alleged a

7   breach of the obligation that's in the contract.  That's not

8   a plausible breach of contract claim.  It must be dismissed.

9          THE COURT:  Help me out because I'm not seeing

10  the distinction, Ms. Green.  I apologize to you, but you're

11  -- as I read this provision in Paragraph 25, it says that

12  nothing permits CTDI to use Nortel's technical information

13  to sell to other parties.

14         MS. GREEN:  Correct, Your Honor.

15         THE COURT:  As -- as opposed to repair for other

16  parties.  So --

17         MS. GREEN:  I think my point, Your Honor, was

18  that the contract says CTDI can do so, so long as this very

19  explicit technical information is not misused.

20         THE COURT:  Okay.

21         MS. GREEN:  That's not the allegation in the

22  complaint.  The allegation in the complaint is that you

23  cannot do it.  Full stop.  Period.

24         THE COURT:  Oh.

25         MS. GREEN:  End of story.

1              THE COURT:  Okay.

2              MS. GREEN:  But the contract says you can do it

3    so long as this technical information is not misused.

4              THE COURT:  All right.  So you would -- for sale

5    to other parties.  Okay.  I under -- I see the -- I see your

6    argument.

7              MS. GREEN:  Thank you, Your Honor.

8              THE COURT:  Thank you.

9              MS. GREEN:  The last point I want to make here on

10   the fraud -- turning to the fraud claim.

11             THE COURT:  Yes.

12             MS. GREEN:  You cannot fraudulently conceal

13   information that you had access to for over a decade.  As we

14   set forth in our brief, Nortel had unlimited access to

15   CTDI's records, facilities, at any moment could have

16   inspected the -- the royalty reports, and they didn't do so.

17   They sat on their hands.  You can't have those kinds of

18   rights, sit on it, and ten years later come back and claim

19   fraud.

20             The second point is that the fraud claim cannot

21   be based on performance of the contract.  That was in our

22   case law and is set forth in our brief.  And I'm -- I'm not

23   going to go over every point made in our briefs.  That's

24   what briefs are for.

25             THE COURT:  Right.  That's why we read them.

1           MS. GREEN:  Yeah.  Thank you, Your Honor.

2           The last point -- and I think that plaintiff's

3   counsel was dismissive on this, is that the Third Circuit

4   requires you to identify the speaker of the fraudulent

5   statement.  We've got Third Circuit case law in our brief

6   that says you need to identify specific member of

7   management.  You can't just make the broad allegation that

8   someone over at the company said something.

9           There -- and not -- they have not indentified a

10  single individual or even a title of an individual where a

11  false representation was made.  They've failed to comply

12  with the requirements of 9(b).

13          THE COURT:  Okay.

14          MS. GREEN:  Unless Your Honor has any further

15  questions?

16          THE COURT:  No, Ms. Green.  Thank you.

17          MS. GREEN:  Thank you, Your Honor.

18          THE COURT:  Thank you very much.

19          Any further response?

20          MR. HERRINGTON:  You want to go first?

21          MR. KELLER:  Yes.

22          Yes, Your Honor.

23          THE COURT:  You know, when I ask a question, it's

24  really a question.  It's not an argument.  But on the last -

25  - on the point that Ms. Green just most recently made that

 1  Nortel could have taken steps to determine the accuracy of

 2  the -- of the reports submitted with -- on the royalty, the

 3  royalty reports, what about that?

 4          MR. HERRINGTON:  Well --

 5          MR. KELLER:  I offer Mr. Herrington, Your Honor.

 6          THE COURT:  All right.

 7          MR. HERRINGTON:  Yes.  Your Honor, on that --

 8          THE COURT:  Yes.

 9          MR. HERRINGTON:  And we'll do a little bit of, I

10  guess, ping pong because I was going to let Mr. Keller

11  address the first point that Mr. Clark made and then I was

12  going to address a couple of the --

13          THE COURT:  Okay.

14          MR. HERRINGTON:  -- the Lanham Act claims.

15          Your Honor, again, as a factual matter, Nortel

16  had no reason to suspect that CTDI was up to this.  They had

17  -- you know, they filed royalty reports that said nothing

18  about this.  They ordered invoices and parts saying nothing

19  about what they were up to.  This was something that, you

20  know --

21          THE COURT:  There was a presumption of good

22  faith --

23          MR. HERRINGTON:  There's a presumption of good

24  faith.  They signed --

25          THE COURT:  -- I suppose between contractual

1  parties.

2          MR. HERRINGTON:  -- the agreements that said we

3  know all we can do is prepare.  So to say, well, you should

4  have smelled something fishy and come and found out what we

5  were up to is simply not well-founded.  Plus, this is a

6  motion to dismiss.  We've made our allegations.

7          THE COURT:  Right.

8          MR. HERRINGTON:  We didn't know that they were

9  doing this.  Frankly, if we had, why would we let them sell

10  $30 million of our products using our technology and doing

11  nothing.  $60 million, in fact, when you include the

12  surrogate packs.  We've alleged that we didn't know.  If

13  they have some facts that suggest otherwise, they can bring

14  those facts forward.

15          This is a motion to dismiss the complaint in

16  which you accept all of our allegations as true, and

17  accepting those allegations as true, they stay the claim.

18          THE COURT:  Thank you.  Thank you, Mr.

19  Herrington.

20          Now Mr. Keller, the counterfeiting issue.

21          MR. KELLER:  Yes, Your Honor.

22          And to be very, very clear, Nortel takes these

23  issues very, very seriously.  And that's demonstrated by, at

24  a minimum, that Nortel believes something clearly has been

25  going on that's wrong here.  It found that from ATC.  It

1   found that out from SWB.  And there's no question that

2   Nortel is not only interested in, but probably has an

3   obligation to continue finding out who -- who might have

4   been involved in any type of counterfeiting activity of its

5   -- of its products, over what time period, and to seek a

6   remedy for it.

7              It certainly is scandalous behavior, we agree,

8   and that's why we're here, to address it.  On Mr. -- CTDI's

9   counsel particularly raised the issue of the counterfeiting

10  and move to dismiss it.  Frankly, Your Honor, this is a new

11  argument that I have not seen on paper.  It seems to be now

12  it's a motion for a more particular statement about what the

13  counterfeiting is that we haven't seen in the course of the

14  briefing, and so it's inappropriate for us to try to address

15  it now.

16             The issue, though, seems to be that Mr. -- that

17  CTDI's counsel seems to have a relative -- relatively

18  limited view about what counterfeiting actually is.

19  Counterfeiting is not just making a product and that --

20  making a product in your garage that you know is -- is not

21  from others' quality and then selling it as that -- that

22  particular company's product.

23             I'm from New York City so Louie Vuitton on the

24  street corner comes to mind --

25             THE COURT:  Yes.

1          MR. KELLER:  -- where these bags come from all

2   around the country, including Manhattan downtown and near

3   Canal Street where these products are made in back rooms and

4   made with inferior products and then sold to all these other

5   characters in New York City who sell them off as Louie

6   Vuitton bags.  That's one type of counterfeiting.

7          There's also after manufacturing counterfeiting.

8   These are counterfeits that actually happen in Louie

9   Vuitton's facilities where after hours the staff comes back

10  in and makes bags, and then sells them to whoever for

11  whatever to make their own dime.  Same product, same quality

12  maybe, but came out of the same facility with all the same

13  stuff that comes with these bags.  That is counterfeiting,

14  too, and it costs companies tens of millions of dollars.

15         And there's a reason why that's counterfeiting.

16  Most importantly is that there's a certain amount of

17  customer service and quality service that comes with

18  counterfeiting -- that comes with -- with buying a

19  particular product and using a particular mark.

20         The Nortels of the world want to make sure that -

21  - that every phone that goes on the market meets its

22  particular quality standards; that if a customer has a

23  product -- a problem with a product, that Nortel knows which

24  the product is, it can refer to it in some online way or in

25  its references, and address what that particular phone, what

1 | that particular problem may be.  If it -- when it -- once it
2 | loses control, once a product is made, even if it's with the
3 | same parts, it goes off the Nortel grid.  It loses that
4 | customer service and quality control, and Courts recognize
5 | that that's a very important part of the trademark purposes
6 | and a very important part of the quality control process of
7 | these products.
8 |             Again, happy to discuss that in additional
9 | briefing if there ever becomes a motion for a more
10 | particular statement.  But I want -- I thought it was
11 | important that Your Honor should understand the -- the
12 | breadth of counterfeiting --
13 |             THE COURT:  Okay.
14 |             MR. KELLER:  -- and what really is involved.
15 |             THE COURT:  All right.
16 |             MR. KELLER:  The judicial estoppel argument was
17 | the last issue --
18 |             THE COURT:  Yes.
19 |             MR. KELLER:  -- and I'm not really positive what
20 | more to say on this particular point.  Counsel referred back
21 | to the ATC SWB selling products made from CTDI.  Going back
22 | to the analogy in Manhattan with the counterfeiting ring,
23 | CTDI seems to suggest that because we went after the guys on
24 | the street and recovered whatever we recovered, we can't go
25 | after the folks down on Canal Street.  As a matter of

1   kitchen logic, they simply can't be right.

2          And so I think this -- and there's certainly not

3   any record -- it's not irreconcilable positions.  And so, in

4   addition to that anecdote, I guess, in addition to my

5   earlier statements, I think we have nothing more to say on

6   the issue.

7          THE COURT:  All right.  Thank you, Mr. Keller.

8          Mr. Clark.

9          MR. CLARK:  Briefly, Your Honor.

10         THE COURT:  You bet.

11         MR. CLARK:  On this -- first of all, the examples

12  that Mr. Keller just gave you, I'm -- I'm not sure what they

13  have to do with this case.  It's not in the complaint

14  anywhere.  There's nothing in the complaint about Nortel

15  falsely labeling anything.  ATC falsely labeled stuff and

16  they say ATC and CTDI in the same sentences, but they don't

17  say CTDI did it.  They want you to believe that we had

18  something to do with it, but they don't say it because they

19  can't say it.

20         THE COURT:  Well, as I understand Mr. Keller's

21  argument, it's that the unauthorized production of

22  something, of a product.

23         MR. CLARK:  Actually, what he said was it's

24  counterfeiting to use Nortel's facilities to -- after hours

25  to make Nortel stuff and then sell it to somebody without

1    authority from the company.  Where -- that's not in the

2    complaint and nobody thinks that we did anything like; that

3    that we sort of snuck down into some facility of Nortel's.

4           And on this last point, his sort of philosophical

5    point about why we have laws against counterfeiting, well,

6    that -- I don't think anybody was arguing that we shouldn't.

7           THE COURT:  Right.

8           MR. CLARK:  But the explanation was that you know

9    they've got -- Nortel's got a legitimate interest in

10   controlling the quality of its products that are sold out in

11   the market by others or by anybody, right.  Nortel -- and

12   the contract -- and I'm not telling you anything that's not

13   in the record.  The contracts tell you this.  Nortel hired

14   CTDI because Nortel had a problem with its own quality

15   control on repair, refurbishment and remanufacturing

16   services.  So they brought us into do it because they

17   couldn't do it very well.

18          Last point, Judge, is the first point I started

19   with a few minutes ago when I got up.  After hearing

20   everything everybody has to say, after reading everything

21   that everyone's written here, Your Honor is not going to

22   find word one in anything that says here's what Nortel did

23   that constitutes counterfeiting.  You find it for ATC and

24   that's the judicial estoppel, Judge.  They said ATC did the

25   counterfeiting and now they say we're guilty of

1  counterfeiting.  But they don't say that we did something

2  different or in addition to whatever it is that ATC did.

3           So if ATC was out there falsely -- taking phones,

4  maybe that they bought directly or indirectly from us, and

5  changing the packaging that we put on it that was truthful

6  according to their own papers in Atlanta, and then calling

7  them something that they weren't, okay.  That's

8  counterfeiting.

9           THE COURT:  Right.

10          MR. CLARK:  But what -- what the heck has that

11  got to do with us?  Nothing.

12          I'm happy to address any --

13          THE COURT:  No.  No.  I --

14          MR. CLARK:  -- any questions you might have, Your

15  Honor.

16          THE COURT:  I understand your argument, Mr.

17  Clark.

18          MR. CLARK:  Thanks very much, Your Honor.

19          THE COURT:  I certainly do.

20          MR. HERRINGTON:  Your Honor, if I may.

21          THE COURT:  Mr. Herrington, as long as we make

22  sure that Mr. Clark gets the last word.

23          MR. CLARK:  I'm going to try.

24          THE COURT:  Yes.

25          MR. HERRINGTON:  Well, I'm not going to address

1  the issues that he was addressing, this counterfeit

2  business.

3        Although I would just say very briefly it's not

4  our -- NNI's claim, but for somebody -- for CTDI to either

5  manufacture products that -- not Nortel manufacturing, CTDI

6  manufacturing or remanufacture and sell them out to the

7  market under the Nortel name, well that's if not

8  counterfeiting, I don't know what it is.  Right.  It's not a

9  genuine Nortel produced or sanctioned product.  It's a CTDI

10 produced product and yet it is abusing the Nortel name,

11 telling the market, oh, this is a Nortel product.  That, to

12 my mind, is -- and I think as a matter of law -- is

13 counterfeiting.

14        THE COURT:  Was that in the complaint, that it

15 was being sold as a Nortel product?

16        MR. HERRINGTON:  Yes, Your Honor.  Absolutely.

17        THE COURT:  I know that -- I know -- I'll go back

18 -- I'll have to go back.  If you -- if you can just point

19 that out to me, it would be helpful.

20        MR. HERRINGTON:  Well --

21        THE COURT:  I know the -- I know the allegation

22 is that you were remanufacturing or you manufacturing

23 phones.

24        MR. HERRINGTON:  Right.

25        THE COURT:  But --

1        MR. HERRINGTON:  Well, we'll have a look.

2        THE COURT:  Okay.

3        MR. HERRINGTON:  And if it -- if it's not and

4    there's a question of that being an allegation that needs to

5    be alleged to support any claim, we'll certainly spell that

6    out in -- in an amended complaint to fix that issue because,

7    certainly, these were being sold as Nortel products.  They

8    had the Nortel name on them.  They were seized down in

9    Georgia or Tennessee and we've got samples of the phones.

10   They say Nortel on them.

11       But, Your Honor, and sorry to, you know, do the

12   kind of ping pong, but what I meant to let Mr. Keller go

13   first to address Mr. Clark because he had gone first, and

14   then I was going to address two points that -- that Ms.

15   Green made.

16       One, Your Honor, is -- is Ms. Green referred to

17   Paragraph 25 of our complaint and --

18       THE COURT:  Yes.

19       MR. HERRINGTON:  -- and I think was making again

20   the argument that one should read our complaint as not

21   alleging -- that the know-how that was covered, the

22   technical information, whatever term you want to use that

23   was covered by the agreements is the technical information

24   that they were using improperly and that's something we

25   discussed -- I discussed at length; that there's no other

1  way to read our complaint but that.  The same technical

2  information, the same know-how that Nortel was providing

3  under these agreements and saying you could only use it for

4  repair is the know-how and technical information that CTDI

5  was using to manufacture and remanufacture.

6          But I would also like to note, again, just how

7  broad these agreements are in saying, look.  You're getting

8  access to our -- our goods, our crown jewels, our

9  intellectual property and you understand and promise you

10  won't do anything but -- with this but the authorized

11  services under these agreements.  This is Section 1.3 of the

12  MCRSA.

13          THE COURT:  Right.

14          MR. HERRINGTON:  And it's the MCRSA that's being

15  discussed in Paragraph 25 that Ms. Green read.

16          If I may, I'll read it:

17          "Contract or parent acknowledges that in its

18          relationship as the service provider to Nortel

19          Networks, and in performing services under this

20          agreement, it will have access to intellectual

21          property including, without limitation, product

22          information."

23          Okay.  So intellectual property, just very

24  broadly.  You're coming into the fold.  You're going to be

25  getting access to our intellectual property, including,

1    without limitation, the specific thing of product

2    information.

3              And, Your Honor, remembers product information,

4    we read the definition, is extremely broad.

5              THE COURT:  Yes.

6              MR. HERRINGTON:  It's everything under the sun,

7    but saying:

8                   "Intellectual property including, without

9                   limitation, product information which is owned by

10                  NNC and which contract or parent" -- which is

11                  CTDI -- "does not have a right to use for any

12                  purpose other than providing such services under

13                  this agreement."

14             And, again, they are repair services.

15             So it could not be more clear in saying you're

16   coming into the fold.  You're getting access to our IP.

17   You're getting access to our know-how, to our technical

18   information.  You agree you can't do anything with it but

19   repair services that you're authorized to do.  It's very

20   broad and it's very clear.

21             Your Honor, on the Rule 9(b) point, go back to

22   what the Third Circuit said in the Seville case, and this is

23   742 F.2nd 786, and, actually, I'll read a part of it that I

24   hadn't read before because I -- I think it's important.

25             It says:

1               "We approach the 9(b) question mindful of our

2               recent admonition that in applying Rule 9(b)" --

3               and this is a quote from another Third Circuit

4               case -- "focusing exclusively on its

5               particularity language is too narrow an approach

6               and fails to take account of the general

7               simplicity and flexibility contemplated by the

8               rules."

9               This is at 6 -- 742 F.2d. at 791.  And it says,

10    again:

11              "It's certainly true the allegations of date,

12              place or time fulfill these functions of putting

13              the defendant on notice, but nothing in the rule

14              requires them."

15              And then it says, "Plaintiffs are free to use

16    alternative means of injecting precision and some measure of

17    substantiation into their allegations of fraud."

18              Again, here our allegations are very clear and

19    it's -- it's all statements by the company.  I mean,

20    somebody signed the -- maybe somebody signed the royalty

21    report, probably not, but CTDI as a company provided that

22    royalty report to Nortel.  That was fraud.  CTDI as a

23    company placed orders for our components under the guise of

24    doing what they were supposed to do with them, repair

25    activity, knowing that was false.

1           THE COURT:  Hmm.

2           MR. HERRINGTON:  It was taking these parts and

3    doing something else it wasn't allowed to do.  CTDI as the

4    company was the speaker.  Certainly, the two agreements, the

5    2006 TIA and the 2007 amendment to the MCRSA, CTDI as a

6    company signed those.

7           So there's no question about who the speaker was,

8    and there's certainly no 9(b) concern that, gosh, we don't

9    know how to defend ourselves because we don't know what

10   you're talking about.  They know exactly what we're --

11   they're talking about.  They may have their arguments about

12   why it wasn't fraud, why they didn't have bad intent.  Fine.

13   But we don't have a 9(b) problem here.  They know exactly

14   what we're alleging is the fraud.  So --

15          THE COURT:  All right.  At this stage, it is the

16   question for all of this is whether or not there is a

17   pleading problem as opposed to a proof problem.  And --

18          MR. HERRINGTON:  Exactly, Your Honor.

19          THE COURT:  And, obviously, they're --

20          MR. HERRINGTON:  Exactly.

21          THE COURT:  -- they're distinguishable.

22          MR. HERRINGTON:  Okay.  All right.  Thank you,

23   Your Honor.

24          THE COURT:  Yes.

25          MS. GREEN:  Your Honor --

1          THE COURT:  Ms. Green.

2          MS. GREEN:  -- if I may.

3          THE COURT:  Please.

4          MS. GREEN:  Maybe Mr. Clark's going to give you

5   the last word.

6          Just going back to the last point counsel made,

7   he was talking about the <u>Seville</u> case --

8          THE COURT:  Yes.

9          MS. GREEN:  -- which is a Third Circuit case from

10  1994.  We cited <u>Klein</u> (phonetic), Third Circuit, 1999.  The

11  quote from our brief is, "the complaint fails to attribute

12  the statement to any specific member of GNC management."

13          9(b) requires, at a minimum, that the plaintiff

14  identify the speaker of the allegedly fraudulent

15  statements."  They're trying to get around 9(b).  It's very

16  clear in the Third Circuit what's required and they're

17  saying, oh, but, you know, they know what we're talking

18  about.

19          THE COURT:  Is that -- was it an oral statement

20  in <u>Klein</u>?

21          MS. GREEN:  This is a quote from the -- the

22  opinion, Your Honor.

23          THE COURT:  But, I mean, is -- was it an oral

24  statement that was alleged to have been fraudulent, an oral

25  misrepresentation?

1                    MS. GREEN:  That I will have to check on, Your

2    Honor.

3                    THE COURT:  Okay.  All right.  I'll -- and I'll

4    do likewise.

5                    MS. GREEN:  We will follow-up --

6                    THE COURT:  Yes.

7                    MS. GREEN:  -- Your Honor.

8                    Any further questions for me?

9                    THE COURT:  No.  No, Ms. Green.  Thank you.

10                   MR. HERRINGTON:  Just very, very briefly, Your

11   Honor.  I believe that was the kind of setting where, again,

12   it's -- you know, during the course of negotiations or

13   during the course of meetings that somebody said X, but we

14   can't tell you --

15                   THE COURT:  Right.

16                   MR. HERRINGTON:  -- who.

17                   THE COURT:  That's what I was wondering.

18                   MR. HERRINGTON:  Well, here, it was CTDI that

19   said it.  I mean, again, I -- probably nobody signed the

20   royalty report.  CTDI signed it.  You can't say that's not

21   fraud because there's no single person who signed that

22   royalty report.  It's CTDI.  It's a piece of paper.  That

23   was fraud.

24                   And as Your Honor was going to, it's in writing,

25   so there's no question about, did it exist?

1          THE COURT:  Did it exist.

2          MR. HERRINGTON:  Was it done or not done.  It was

3    done.

4          THE COURT:  Right.

5          MR. HERRINGTON:  Same thing with the ordering of

6    parts and certainly the same thing with the two contracts

7    they signed.

8          THE COURT:  And that's what I meant --

9          MR. HERRINGTON:  So --

10         THE COURT:  -- by whether it was an oral

11   statement or not.

12         MR. HERRINGTON:  Exactly.  We don't --

13         THE COURT:  Here there's no question that there

14   was a statement.

15         MR. HERRINGTON:  Precisely, Your Honor.

16         THE COURT:  And in the other case perhaps -- and

17   I don't know.  I'll go back and read it myself -- there was

18   a -- there was -- it was disputed whether or not anyone

19   said --

20         MR. HERRINGTON:  Right.  Exactly.

21         THE COURT:  -- what was alleged to have been said

22   and in that case, obviously, you need date, time, place that

23   the statement was made.

24         MR. HERRINGTON:  I think that's precisely right.

25   There's a particularity problem and the defendant doesn't --

1    can't defend itself because there's not enough detail.

2    Here --

3                THE COURT:  Right.

4                MR. HERRINGTON:  -- there simply is not.  It's in

5    writing.  It's by the company.  No doubt about it, so I

6    think there's not a 9(b) problem.

7                THE COURT:  Okay.

8                MR. HERRINGTON:  Thank you, Your Honor.

9                THE COURT:  All right.

10               MR. CLARK:  Your Honor --

11               THE COURT:  Mr. Clark.

12               MR. CLARK:  -- with permission on these last

13   points --

14               THE COURT:  Yes.

15               MR. CLARK:  -- about what these cases say and

16   what they stand for, I would like the Court's permission to

17   submit a very brief, two, three-page letter and address

18   that.

19               THE COURT:  That would be fine.

20               MR. CLARK:  Thank you, Your Honor.

21               THE COURT:  I have no problem with that.  If --

22   and if it creates an issue for the plaintiff, I -- I would

23   also welcome a response.  I'm going to go back and

24   obviously --

25               MR. HERRINGTON:  Thank you, Your Honor.

1          THE COURT:  -- consider all of the arguments.  I

2   think it was an excellent argument.  I thought the briefing

3   was excellent.  I understand the sensitivity of the case.

4   And I'm not -- I won't say more at the moment.

5          But I thank you and we'll stand in recess.

6          MR. CLARK:  Thank you, Your Honor.

7          THE COURT:  And good day to all of you.

8          MR. HERRINGTON:  Thank you, Your Honor.

9          THE COURT:  Thank you.

10     (Whereupon at 3:38 p.m., the hearing was adjourned)

11

12                      CERTIFICATION

13          I  certify  that  the  foregoing  is  a  correct

14   transcript  from  the  electronic  sound  recording  of  the

15   proceedings in the above-entitled matter.

16

17

18  Sherri Breach                    January 10, 2011

19  AAERT Cert. No. 397

20  Certified Court Transcriptionist

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **9(b)'s**(1) 40:18 | | **affiliates**(1) 2:19 | | **also**(15) 12:19 17:3 28:13 30:24 42:17 | | **and** (187) 49:6 49:7 49:9 49:21 49:22 | |
| **a.m**(1) 1:18 | | **affirmatively**(2) 21:21 35:9 | | 43:19 44:8 44:13 49:5 49:5 51:3 54:12 | | 49:23 49:24 50:1 50:4 50:9 50:11 50:11 | |
| **ability**(4) 16:23 18:16 39:8 43:8 | | **affirmed**(1) 23:4 | | 68:7 75:6 82:23 | | 50:19 50:21 51:2 51:5 51:13 51:18 51:19 | |
| **able**(2) 23:15 48:15 | | **affront**(2) 47:7 48:10 | | | | 51:20 51:21 51:24 52:2 52:5 52:12 52:25 | |
| **about**(51) 3:17 9:13 9:15 10:4 11:1 17:25 | | **after**(20) 10:5 10:13 10:13 23:4 31:2 31:6 | | **alternative**(2) 40:22 77:16 | | 53:7 53:8 53:11 53:12 53:15 53:16 53:21 | |
| 18:2 25:7 27:25 28:7 30:14 31:5 31:22 | | 44:25 47:14 47:16 50:20 51:5 52:23 53:2 | | **although**(2) 58:14 73:3 | | 53:21 54:13 54:13 54:15 54:16 54:17 | |
| 33:9 34:8 37:15 41:17 41:23 42:3 42:7 | | 68:7 68:9 69:23 69:25 70:24 71:19 71:20 | | **always**(1) 59:24 | | 54:23 55:5 56:7 55:8 55:12 55:14 55:17 | |
| 44:21 48:8 48:12 48:13 48:22 49:9 52:2 | | | | **amended**(5) 6:4 6:22 61:11 62:6 74:6 | | 56:4 56:5 56:6 56:11 56:13 56:17 56:21 | |
| 56:5 56:19 57:4 58:4 59:7 59:19 59:19 | | **afternoon**(12) 3:3 3:5 3:7 3:10 3:11 4:10 | | **amendment**(10) 20:25 21:4 21:10 21:12 | | 56:23 57:3 57:11 57:13 57:14 57:16 57:19 | |
| 60:18 65:3 65:18 65:19 67:12 67:18 70:14 | | 4:11 4:12 7:22 8:7 8:25 17:15 | | 21:16 21:20 21:23 34:17 38:7 78:5 | | 57:21 57:22 57:23 57:23 57:25 58:1 58:11 | |
| 71:5 78:7 78:10 78:11 78:11 79:7 79:18 | | | | | | 58:25 59:1 59:2 59:4 59:4 59:9 59:11 | |
| 80:25 82:5 82:15 | | **again**(32) 5:4 7:23 17:19 18:14 19:4 19:14 | | **amendments**(1) 21:15 | | 59:15 59:19 59:21 61:4 62:3 62:6 63:16 | |
| | | 23:9 27:9 27:17 28:4 28:7 28:9 30:6 32:6 | | **americas**(1) 2:7 | | 63:18 63:18 63:22 63:22 64:2 64:9 65:9 | |
| **above**(4) 43:4 54:15 | | 33:15 37:19 39:14 41:3 43:10 43:13 43:1 | | **amount**(5) 10:24 10:24 19:11 49:8 68:16 | | 65:11 65:18 66:4 66:4 66:10 66:16 66:22 | |
| **above-entitled**(1) 83:15 | | 43:18 56:11 65:15 69:8 74:19 75:6 76:14 | | **analogy**(1) 69:22 | | 66:23 67:1 67:5 67:8 67:10 67:14 67:19 | |
| **absolute**(1) 32:17 | | 77:10 77:18 80:11 80:19 | | **analysis**(2) 56:20 56:24 | | 67:21 68:2 68:3 68:4 68:10 68:10 68:14 | |
| **absolutely**(6) 11:20 13:12 13:13 19:3 | | | | **analytical**(1) 37:19 | | 68:15 68:17 68:19 68:25 69:4 69:4 69:6 | |
| 39:15 73:16 | | **against**(8) 10:20 13:1 14:6 14:8 49:22 | | **analytically**(2) 36:20 43:25 | | 69:14 69:19 69:24 70:2 70:2 70:3 70:15 | |
| | | 59:13 60:19 71:5 | | **and**(301) 1:34 2:10 3:4 3:9 3:22 4:1 5:6 | | 70:16 70:25 71:2 71:4 71:11 71:12 71:15 | |
| **abusing**(1) 73:10 | | | | 5:18 5:20 6:3 6:21 6:22 6:25 7:3 7:3 7:5 | | 71:23 71:25 72:4 72:6 73:6 73:10 73:12 | |
| **accept**(7) 17:19 17:21 18:8 32:15 37:20 | | **ago**(1) 71:19 | | 7:11 7:13 7:17 7:18 8:1 8:3 8:3 8:5 8:8 | | 74:3 74:3 74:9 74:11 74:13 74:17 74:19 | |
| 40:3 66:16 | | **agree**(2) 67:7 76:18 | | 8:22 8:24 9:3 9:9 9:12 9:17 9:20 10:5 | | 74:24 75:3 75:4 75:5 75:9 75:9 75:14 | |
| | | **agreed**(1) 3:18 | | 10:7 10:12 10:13 11:5 11:7 11:7 11:17 | | 75:19 76:1 76:10 76:14 76:20 76:22 76:23 | |
| **accepted**(1) 13:3 | | **agreement**(37) 4:22 4:23 4:24 14:20 15:1 | | 11:21 11:21 12:2 12:3 12:13 12:14 12:14 | | 77:3 77:6 77:7 77:9 77:15 77:16 77:18 | |
| **accepting**(2) 24:20 66:17 | | 15:13 16:10 17:17 18:22 19:21 20:17 | | 12:16 12:17 12:20 12:23 13:7 13:18 13:20 | | 78:2 78:5 78:8 78:17 78:19 79:16 80:3 | |
| **access**(16) 20:10 20:18 22:2 22:11 34:22 | | 20:20 20:23 22:1 22:16 23:10 23:23 23:2 | | 13:21 13:25 14:1 14:5 14:9 14:13 14:15 | | 80:24 81:6 81:8 81:16 81:16 81:17 81:22 | |
| 36:18 37:5 39:8 43:8 63:13 63:14 75:8 | | 24:1 24:6 24:23 25:12 26:6 26:8 27:16 | | 14:18 14:23 15:2 15:6 15:7 15:11 15:16 | | 81:25 82:15 82:17 82:22 82:23 83:4 83:5 | |
| 75:20 75:25 76:16 76:17 | | 27:17 28:5 34:6 34:21 36:7 38:9 38:14 | | 15:17 15:19 15:19 15:25 16:2 16:3 16:5 | | 83:7 | |
| | | 42:2 53:23 61:19 75:20 76:13 | | 16:7 16:11 16:16 16:15 16:15 16:20 16:2 | | | |
| **according**(1) 72:6 | | | | 17:1 17:6 17:7 17:8 17:9 17:9 17:10 | | **andrew**(1) 1:30 | |
| **accordingly**(1) 36:12 | | **agreement's**(1) 18:16 | | 17:12 17:14 17:15 17:24 18:4 18:8 18:17 | | **anecdote**(1) 70:4 | |
| **account**(1) 77:6 | | **agreements**(40) 4:19 14:13 14:17 15:4 | | 18:18 18:22 18:25 19:2 19:3 19:10 19:12 | | **another**(5) 13:24 19:12 29:19 32:6 77:3 | |
| **accuracy**(1) 65:1 | | 15:6 15:18 15:21 16:6 16:17 17:5 17:23 | | 19:16 19:20 19:24 20:2 20:11 20:16 20:24 | | **answer**(4) 24:14 45:10 52:12 54:7 | |
| **accurately**(1) 57:20 | | 18:3 18:25 19:7 19:16 19:16 19:23 22:9 | | 20:24 21:1 21:14 21:15 21:21 21:22 21:25 | | **anthony**(1) 2:20 | |
| **accused**(1) 57:14 | | 25:4 25:6 27:24 28:11 33:16 34:5 34:14 | | 22:4 22:9 22:10 22:13 22:17 23:21 23:22 | | **any**(42) 7:15 12:19 13:11 15:2 17:12 | |
| **accusing**(1) 41:15 | | 35:15 37:1 38:2 38:6 38:13 40:7 42:4 | | 22:22 22:25 23:9 23:12 23:13 23:21 23:22 | | 20:18 20:21 22:5 22:12 22:18 23:6 23:15 | |
| **acknowledge**(4) 8:16 44:17 48:20 49:6 | | 42:19 44:22 66:2 74:23 75:3 75:7 75:11 | | 23:23 23:24 24:2 24:6 24:13 24:16 24:20 | | 24:13 26:24 27:5 27:8 28:6 29:16 29:20 | |
| **acknowledged**(2) 20:15 21:24 | | 78:4 | | 24:23 25:11 25:18 25:19 25:22 25:22 | | 33:4 33:15 34:25 40:5 45:9 48:10 52:9 | |
| **acknowledges**(3) 22:17 34:19 75:17 | | | | 26:10 26:15 26:17 26:19 26:23 26:23 | | 53:22 54:22 55:14 59:8 61:19 63:15 64:14 | |
| **acquired**(1) 60:24 | | **aha**(1) 24:21 | | 26:24 26:24 26:25 27:1 27:7 27:10 27:16 | | 64:19 67:4 70:3 72:12 72:14 74:5 76:11 | |
| **act**(10) 9:6 9:18 9:25 41:10 45:25 53:2 | | **ahead**(1) 16:3 | | 27:19 27:20 27:22 27:22 27:23 27:23 28 | | 79:12 80:8 | |
| 53:5 54:12 55:11 65:14 | | **akin**(1) 2:28 | | 28:2 28:3 28:8 28:11 28:15 28:17 28:19 | | **anybody**(2) 71:6 71:11 | |
| | | **all**(64) 4:8 5:1 5:2 7:17 8:11 10:25 11:7 | | 28:19 28:23 29:1 29:5 29:9 29:20 29:22 | | **anyone**(1) 81:18 | |
| **acting**(2) 41:3 52:4 | | 11:11 12:15 15:22 16:10 17:5 18:4 18:8 | | 29:23 30:4 30:5 30:19 30:22 31:4 31:5 | | **anything**(21) 9:12 12:17 15:14 19:23 | |
| **action**(2) 37:15 37:22 | | 18:10 18:11 19:20 19:24 21:9 21:15 25:2 | | 31:13 31:18 31:22 31:23 31:25 31:25 32:2 | | 27:11 30:14 30:17 30:23 31:22 33:14 | |
| **actions**(2) 55:10 55:15 | | 26:16 28:16 30:14 31:13 33:1 33:6 33:7 | | 32:4 32:6 32:10 32:18 32:21 33:2 33:3 | | 33:15 38:16 39:7 42:20 61:25 70:15 71:2 | |
| **activities**(1) 53:23 | | 33:13 33:14 35:4 35:10 35:1 35:18 37:2 | | 33:6 33:7 33:8 33:12 33:23 33:25 33:25 | | 71:12 71:22 75:10 76:18 | |
| **activity**(11) 21:10 31:4 33:22 34:1 37:2 | | 37:2 40:3 40:4 41:2 44:4 44:5 45:7 49:19 | | 33:22 34:3 34:6 34:7 34:11 34:12 34:14 | | | |
| 39:11 41:17 58:8 59:6 67:4 77:25 | | 55:1 55:19 56:3 63:4 65:6 66:3 66:16 | | 34:16 34:20 34:24 35:7 35:8 35:9 35:13 | | **anytime**(1) 56:3 | |
| | | 68:1 68:4 68:12 69:15 70:7 70:11 77:19 | | 35:23 35:25 36:1 36:4 36:5 36:5 36:12 | | **anywhere**(1) 70:14 | |
| **actor**(1) 60:1 | | 78:15 78:16 78:22 80:3 82:9 83:1 83:7 | | 36:18 36:23 36:24 37:5 37:7 37:9 37:19 | | **apologize**(1) 62:10 | |
| **actual**(1) 8:10 | | | | 37:22 37:25 38:3 38:7 38:18 38:18 38:21 | | **apology**(1) 59:12 | |
| **actually**(9) 6:1 16:7 34:16 43:16 57:6 | | **allegation**(12) 5:10 15:3 19:6 49:24 59:13 | | 38:22 39:7 39:10 39:12 39:25 40:4 40:21 | | **appeared**(1) 9:16 | |
| 67:18 68:8 70:23 76:23 | | 61:24 62:5 62:21 62:22 64:7 73:21 74:4 | | 40:23 41:1 41:7 41:17 41:21 41:23 42:1 | | **appears**(2) 49:20 52:20 | |
| | | | | 42:3 42:11 42:18 42:25 43:5 43:6 43:7 | | **appendix**(1) 25:11 | |
| **addition**(4) 53:4 70:4 70:4 72:2 | | **allegations**(18) 14:25 22:24 24:20 40:3 | | 43:8 43:9 43:13 43:12 43:13 43:14 43:25 44:6 | | **apple**(1) 6:4 | |
| **additional**(1) 69:8 | | 40:17 40:24 40:25 43:18 46:21 47:22 48: | | 44:7 44:9 44:10 44:16 44:19 44:24 45:1 | | **applicable**(1) 27:24 | |
| **address**(38) 8:1 8:6 8:14 8:15 9:4 9:12 | | 54:13 66:6 66:16 66:17 77:11 77:17 77:18 | | 45:2 45:21 45:21 45:23 45:23 46:1 46:2 | | **application**(1) 51:16 | |
| 9:14 9:22 9:22 10:17 12:6 12:15 21:4 | | | | 46:9 46:13 46:14 46:14 46:17 46:19 47:4 | | **applied**(1) 37:21 | |
| 28:13 29:15 39:25 40:12 43:19 44:6 44:20 | | **allege**(16) 6:3 15:4 17:6 18:14 20:2 23:18 | | 47:5 47:13 47:14 47:15 47:18 47:20 48:2 | | **applies**(5) 9:25 13:14 27:20 30:16 46:25 | |
| 47:8 48:10 49:12 50:22 53:18 54:14 56:7 | | 28:10 38:4 42:17 42:18 42:22 43:1 43:10 | | 48:8 48:21 48:21 48:23 | | **apply**(9) 9:17 9:18 10:4 12:22 12:24 13:4 | |
| 56:16 65:11 65:12 67:8 67:14 68:25 72:12 | | 43:14 43:15 51:8 | | | | 30:7 31:1 47:6 | |
| 72:25 74:13 74:14 82:17 | | | | | | | |
| | | **alleged**(18) 5:3 6:17 11:9 11:10 18:21 | | | | **applying**(1) 77:2 | |
| **addressed**(9) 17:4 29:20 29:21 31:5 41:2 | | 30:21 32:18 33:7 36:10 40:19 42:16 57:3 | | | | **appreciate**(1) 60:6 | |
| 43:22 45:9 53:7 56:25 | | 58:19 62:6 66:14 74:5 79:24 81:21 | | | | **appreciated**(1) 59:24 | |
| | | | | | | **approach**(2) 77:1 77:5 | |
| **addresses**(7) 10:14 24:6 38:12 38:22 45:7 | | **allegedly**(1) 79:14 | | | | **architecture**(1) 26:17 | |
| 49:15 53:5 | | **alleging**(8) 17:2 19:14 31:14 32:21 36:7 | | | | **are**(65) 3:8 4:17 6:20 9:6 9:13 9:19 11:2 | |
| | | 41:23 74:21 78:14 | | | | 13:14 14:3 14:17 16:11 17:5 18:4 18:24 | |
| **addressing**(1) 73:1 | | | | | | 19:3 19:19 19:23 19:24 22:9 22:19 27:21 | |
| **adequately**(1) 30:21 | | **allen**(3) 2:4 8:24 45:21 | | | | 27:22 27:23 27:24 29:9 29:11 29:17 31:9 | |
| **adjourned**(1) 83:10 | | **alliance**(1) 37:14 | | | | 31:18 32:7 35:15 36:19 39:21 40:22 41:2 | |
| **adm**(1) 1:9 | | **allow**(1) 36:14 | | | | 42:4 42:9 43:22 46:6 46:10 46:12 47:22 | |
| **admonition**(1) 77:2 | | **allowed**(9) 15:21 17:5 29:13 33:8 33:10 | | | | 48:2 49:9 50:8 52:2 52:4 52:9 52:25 | |
| **adv**(2) 1:7 1:8 | | 33:21 35:13 37:3 78:3 | | | | 53:10 54:9 55:9 55:13 55:16 55:23 57:25 | |
| **advanced**(1) 4:17 | | | | | | 59:18 63:24 68:3 68:8 71:10 75:7 76:14 | |
| **advocacy**(2) 59:25 60:6 | | **along**(1) 3:22 | | | | 77:15 77:18 | |
| **aert**(1) 83:19 | | **already**(2) 38:17 39:3 | | | | | |
| | | | | | | **aren't**(2) 60:25 61:1 | |
| | | | | | | **argued**(1) 13:18 | |

| Word | Page:Line |
|---|---|

**arguing**(2) 38:5 71:6

**argument**(33) 6:13 9:17 11:24 12:13 13:8 16:14 16:16 16:25 17:14 17:20 28:7 28:9 30:3 30:15 31:10 41:11 46:3 46:4 46:6 52:10 52:16 52:17 53:19 53:25 62:1 63:6 64:24 67:11 69:16 70:21 72:16 74:20 83:2

**arguments**(8) 15:10 17:14 41:13 44:21 46:2 51:19 78:11 83:1

**arise**(1) 5:3
**around**(2) 68:2 79:15
**arps**(1) 2:18
**artwork**(1) 26:19
**ask**(2) 9:20 64:23
**assembly**(3) 25:13 26:20 26:23
**asserted**(3) 9:19 13:1 29:19
**asserting**(3) 6:9 12:16 12:17
**asserts**(1) 36:16
**associate**(1) 60:6
**assume**(2) 11:18 39:13
**assuming**(1) 13:9
**assure**(2) 59:25 60:5

**atc**(32) 10:20 11:1 11:10 47:14 47:24 48:21 48:21 49:3 49:9 49:22 49:23 50:4 50:16 51:2 57:2 57:13 57:14 57:17 58:15 58:18 58:25 59:3 59:3 60:19 66:25 69:21 70:15 70:16 71:23 71:24 72:2 72:3

**atlanta**(7) 6:16 6:17 6:19 7:2 7:8 57:12 72:6

**attached**(1) 26:10
**attorneys**(1) 53:15
**attribute**(1) 79:11
**authority**(2) 47:7 71:1
**authorize**(1) 33:23
**authorized**(8) 21:5 21:10 23:7 33:22 38:16 39:11 75:10 76:19

**available**(2) 53:11 54:10
**avenue**(2) 1:37 2:7
**award**(1) 53:15
**aware**(2) 27:21 46:7
**away**(1) 59:15

**back**(19) 10:7 12:4 30:5 34:8 46:3 57:22 61:9 62:1 63:18 68:3 68:9 69:20 69:21 73:17 73:18 76:21 79:6 81:17 82:23

**background**(1) 54:20
**bad**(7) 47:4 48:7 51:6 51:10 51:12 52:4 78:12

**bags**(4) 68:1 68:6 68:10 68:13
**bankruptcy**(2) 1:1 1:22
**bar**(1) 30:22
**bargaining**(1) 5:19
**base**(1) 19:18
**based**(3) 14:8 31:16 63:21
**basis**(3) 14:6 40:5 40:8
**bear**(2) 18:23 28:12

**because**(41) 4:15 7:12 12:24 13:4 14:2 29:2 30:1 31:12 31:20 32:3 36:15 37:22 38:1 38:3 38:7 41:12 42:7 44:9 45:3 47:6 47:13 50:10 51:8 51:10 51:10 52:22 52:21 53:2 55:6 57:9 62:9 65:10 69:23 70:18 71:14 71:16 74:6 74:13 76:24 78:9 80:21 82:1

**becomes**(1) 69:9
**been**(13) 3:13 13:10 32:9 32:10 33:3 37:8 43:22 45:1 45:1 60:1 66:24 67:4 79:24 81:21
**before**(6) 1:21 23:3 30:17 34:17 57:8
**began**(2) 46:3 46:18
**beginning**(3) 28:14 39:23 60:10
**begins**(1) 60:19
**behavior**(7) 46:9 50:19 52:25 53:9 53:16 53:18 67:7

**behind**(1) 21:14
**being**(12) 4:21 4:22 4:23 9:19 21:8 35:25 51:5 56:25 73:15 74:4 74:7 75:14

**believe**(11) 35:17 38:25 44:19 46:12 49:17 49:23 50:3 50:4 50:9 70:17 80:11

**believed**(1) 32:24
**believes**(1) 66:24
**below**(2) 13:2 23:2
**benefit**(1) 45:22
**benesch**(1) 1:35
**besides**(1) 55:13
**best**(2) 4:15 56:16
**bet**(1) 70:10
**better**(1) 5:18
**between**(5) 12:16 14:13 37:8 37:9 65:25
**beyond**(9) 28:19 31:8 31:17 34:9 36:22 37:23 39:10 44:13 54:15

**binary**(5) 13:14 13:21 14:3 56:19 56:24
**bit**(2) 46:19 65:9
**bite**(1) 6:4
**black**(1) 6:2
**blind**(1) 58:4
**body**(1) 26:6
**bondholders**(1) 2:35
**both**(9) 9:5 9:13 13:21 17:7 17:11 14:16 46:20 46:22 56:22

**bother**(1) 57:4
**bottom**(1) 60:23
**bought**(2) 57:19 72:4
**boundary**(1) 29:6
**bounds**(1) 36:22
**box**(1) 2:24
**brad**(1) 2:30
**brand**(1) 37:13

**breach**(26) 4:15 5:8 5:9 5:25 6:2 14:10 31:14 34:6 35:6 36:5 36:20 39:3 44:17 46:4 52:16 53:20 54:4 54:8 54:13 54:14 54:17 55:10 61:10 62:7 62:8 83:18

**breached**(4) 6:6 15:11 16:12 36:7
**breaching**(1) 35:16
**breadth**(1) 69:12
**brief**(31) 4:15 7:6 7:25 8:2 8:3 8:16 15:9 16:16 16:24 17:13 28:22 29:10 31:9 35:2 37:10 43:17 46:18 46:19 48:8 51:7 51:19 51:20 56:5 60:13 61:6 61:14 63:14 63:22 64:5 79:11 82:17

**briefing**(5) 8:2 9:4 67:14 69:9 83:2
**briefly**(6) 37:12 40:12 55:20 70:9 73:3 80:10

**briefs**(4) 56:11 59:2 63:23 63:24
**bring**(1) 66:13
**broad**(12) 5:10 5:23 22:8 25:20 26:2 27:9 27:19 28:4 64:7 75:7 76:4 76:20
**broader**(1) 62:5
**broadly**(2) 25:8 75:24
**bromley**(1) 1:29
**brought**(2) 60:19 71:16
**brush**(1) 59:2
**bryant**(1) 2:31
**buchanan**(1) 2:11
**bucket**(1) 48:24
**bulk**(1) 31:4
**business**(6) 4:18 27:1 36:15 52:21 53:21 73:2

**but**(94) 3:12 3:17 4:3 5:13 6:20 7:9 8:15 9:18 12:11 13:2 16:24 19:9 23:1 24:9 25:5 25:6 25:23 26:6 27:12 27:18 28:7 28:24 29:7 29:13 30:5 32:9 34:5 34:10 34:12 35:25 36:13 37:20 38:16 39:22 40:19 41:13 42:12 42:17 43:3 43:19 44:20 45:4 46:16 47:22 47:25 48:3 49:13 50:4 50:7 50:18 50:18 51:3 52:9 53:10 53:14 54:12 55:5 56:2 57:5 57:8 58:16 59:2 59:8 59:16 61:25 62:10 63:2 64:24 67:2 68:12 69:10 70:16 70:18 71:8 72:1 72:10 73:4 73:25 74:11 74:12 75:1 75:6 75:10 75:10 76:7 76:18 77:13 77:21 78:13 79:11 79:23 80:13 83:5

**buying**(1) 68:18
**cable**(1) 26:23
**call**(1) 23:18
**calling**(2) 37:18 72:6
**calls**(1) 23:20
**came**(2) 51:5 68:12
**can**(37) 5:11 6:20 14:2 15:13 15:22 16:4 16:5 16:10 19:8 19:22 22:15 23:18 24:24 30:5 34:15 35:4 35:13 37:12 39:3 41:13 42:11 42:19 44:4 44:4 45:2 52:3 52:5 52:23 55:25 60:8 60:15 62:18 63:2 66:3 66:13 68:24 73:18

**can't**(34) 5:18 6:24 6:24 7:5 13:21 13:25 15:14 15:15 19:23 20:20 24:13 27:11 28:12 30:16 31:11 31:15 38:4 42:6 42:20 44:12 53:1 54:16 54:16 54:17 56:22 63:11 64:7 69:24 70:1 70:19 76:18 80:14 80:20 82:1

**canal**(2) 68:3 69:25
**cannot**(7) 15:14 47:16 50:20 61:25 62:23 63:12 63:20
**capital**(12) 2:49 2:49 5:15 5:15 5:16 5:16 6:7 6:7 11:18 11:18 62:4 62:4

**carefully**(2) 5:17 57:23
**carried**(1) 59:15
**carrying**(1) 34:11
**case**(53) 1:5 6:10 7:9 8:10 12:21 12:24 13:16 27:21 29:9 35:21 35:22 35:24 37:12 37:14 37:14 37:21 37:25 38:20 40:16 44:23 44:25 45:5 46:9 46:14 46:15 46:23 48:18 49:11 50:12 51:5 51:12 52:3 52:5 54:7 54:19 56:20 56:21 56:25 57:1 57:2 57:6 57:7 58:6 63:22 64:5 70:13 76:22 77:4 79:7 79:9 81:16 81:22 83:3

**cases**(12) 6:22 6:25 7:10 11:11 13:13 17:11 30:12 31:7 37:10 49:8 53:13 82:15
**cert**(1) 83:19
**certain**(4) 10:23 48:2 49:8 68:16
**certainly**(22) 9:12 11:7 12:6 13:7 16:7 24:16 30:20 30:20 33:17 40:5 44:19 48:3 50:22 67:7 70:2 72:19 74:5 74:7 77:11 78:4 78:8 81:6

**certainty**(1) 49:8
**certification**(2) 3:18 83:12
**certify**(1) 83:13
**change**(5) 25:18 47:2 47:5 51:11 51:15
**changed**(3) 11:5 46:19 52:4
**changes**(2) 46:8 46:10
**changing**(1) 72:5
**chapter**(2) 1:11 48:1
**characters**(1) 68:5
**charts**(1) 25:16
**chase**(2) 2:38 2:45
**check**(1) 80:1
**circuit**(14) 19:13 25:14 26:20 31:24 40:15 40:22 46:24 64:3 64:5 76:22 77:3 79:9 79:10 79:16

**circumstance**(2) 5:11 35:21

**citations**(1) 18:24
**cite**(9) 29:9 37:10 37:13 37:25 38:20 40:16
**cited**(3) 16:20 30:12 79:10
**cites**(1) 37:13
**city**(2) 67:23 68:5
**civil**(2) 21:16 21:17
**claim**(45) 4:16 5:8 6:3 12:11 12:11 14:6 14:8 28:15 28:17 29:17 29:20 29:22 30:2 31:10 31:12 31:15 31:16 36:8 36:8 36:21 36:21 37:8 37:19 37:22 38:12 38:23 39:4 40:5 43:20 43:23 44:2 44:11 44:15 45:3 45:4 45:5 62:8 63:10 63:18 63:20 66:17 73:4 74:5

**claimant**(1) 18:9
**claimed**(1) 35:24
**claims**(26) 4:16 5:3 5:6 6:10 9:6 9:19 9:25 10:1 10:4 12:16 12:17 14:11 31:1 35:20 39:25 40:1 40:10 43:22 45:8 45:25 54:9 54:25 55:7 55:11 61:10 65:14

**clark**(42) 2:20 3:7 3:10 3:11 3:13 3:21 3:25 4:2 4:5 4:8 4:9 55:20 55:22 55:23 56:1 56:4 56:11 56:19 57:16 58:4 59:18 59:23 60:1 65:11 70:8 70:9 70:11 70:23 71:8 72:10 72:14 72:17 72:18 72:22 72:23 74:13 82:10 82:12 82:15 82:20 83:6

**clark's**(2) 59:24 79:4
**classic**(2) 37:7 44:11
**clause**(3) 38:1 38:4 38:10
**clean**(1) 12:14
**clear**(15) 10:19 12:14 12:21 19:24 19:24 28:17 29:9 41:10 41:15 44:17 66:22 76:15 76:20 77:18 79:16

**clearly**(8) 8:22 19:14 23:18 30:6 49:5 55:10 58:25 66:24

**cleary**(1) 1:26
**clerk**(1) 3:2
**clients**(1) 59:18
**close**(1) 52:21
**collateral**(3) 31:18 33:18 33:17
**colleague**(2) 4:6 55:24
**come**(11) 5:18 10:7 11:3 12:4 30:5 44:24 51:19 54:17 63:18 66:4 68:1
**comes**(6) 47:12 67:24 68:9 68:13 68:17 68:18

**coming**(5) 7:3 48:24 48:24 75:24 76:16
**committed**(1) 13:17
**committee**(1) 2:28
**committing**(2) 34:4 39:5
**common**(2) 9:5 9:13
**communications**(1) 4:13
**companies**(3) 11:3 55:14 68:14
**company**(20) 6:16 6:19 7:2 7:9 13:20 36:3 36:4 36:13 41:5 41:7 53:25 64:8 71:1 77:19 77:21 77:23 78:4 78:6 82:5
**company's**(2) 36:1 67:22
**compensating**(1) 17:12
**complain**(50) 6:22 6:23 8:9 9:6 9:7 9:9 11:17 14:23 14:25 15:12 16:18 17:17 17:19 17:25 18:6 18:7 18:14 18:25 19:4 20:5 23:17 24:20 28:12 31:5 32:18 33:7 40:6 42:24 42:25 43:1 43:3 43:11 43:11 49:22 50:10 52:7 61:11 62:22 62:22 66:15 70:13 70:14 71:2 73:14 74:6 74:17 74:20 75:1 79:11

**complaints**(18) 6:5 6:5 9:5 9:13 14:12 15:3 16:9 17:6 19:24 20:2 24:25 41:2 56:13 58:14 58:19 58:21 59:6 59:9

**compliance**(1) 37:1
**comply**(1) 64:11
**complying**(1) 35:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **components**(10) 17:8 17:9 33:20 33:21 35:9 41:19 41:20 43:7 61:21 77:23 | | **counterfeiting**(43) 45:25 46:21 48:5 49:1 50:19 50:21 53:6 53:8 53:11 53:13 53:23 54:9 54:12 55:7 56:9 56:15 57:14 57:18 58:2 58:7 58:22 59:4 66:20 67:4 67:9 67:13 67:18 67:19 68:6 68:7 68:13 68:15 68:18 69:12 69:22 70:24 71:5 71:23 71:25 72:1 72:18 73:8 73:13 | | **ctdi**(138) 2:18 4:14 5:11 5:14 5:20 7:4 7:25 8:2 9:20 10:25 11:1 11:5 11:6 12:10 14:8 14:13 14:15 15:1 15:4 15:11 15:21 16:2 16:12 16:14 17:7 17:13 17:22 17:25 18:15 18:17 18:21 19:8 19:9 20:10 20:15 21:14 21:6 21:13 21:20 21:23 22:5 22:10 22:17 22:21 23:2 23:4 23:7 23:15 24:21 26:5 27:14 28:1 28:14 29:12 31:11 31:19 31:21 32:3 32:4 34:14 34:19 34:25 35:17 36:24 37:13 38:8 38:13 39:5 39:20 39:25 41:3 41:5 41:11 42:10 42:15 42:17 43:1 43:4 43:7 43:15 43:18 44:20 47:12 47:16 47:17 47:18 47:23 48:1 48:4 48:8 48:12 48:19 49:9 49:10 49:20 50:15 50:17 50:20 50:25 51:5 51:19 52:1 52:20 52:22 52:23 53:1 53:22 56:14 58:15 58:17 58:19 58:22 60:24 61:4 61:20 61:25 62:2 62:12 62:18 65:16 69:21 69:23 70:16 70:17 71:14 73:4 73:5 73:9 75:4 76:11 77:21 77:22 78:3 78:5 80:18 80:20 80:22 | | **detail**(4) 14:12 15:12 25:5 82:1 |
| | | | | | | **detailed**(2) 23:2 40:6 |
| | | | | | | **determination**(3) 7:8 12:20 13:10 |
| **computer**(1) 17:24 | | **counterfeits**(1) 68:8 | | | | **determine**(2) 54:25 65:1 |
| **conceal**(2) 38:19 63:12 | | **counting**(1) 49:14 | | | | **develop**(4) 32:22 52:1 52:3 52:5 |
| **concealed**(1) 21:21 | | **country**(2) 53:6 68:2 | | | | **developed**(4) 25:21 39:14 45:1 45:2 |
| **concealing**(3) 34:3 35:8 43:6 | | **couple**(2) 60:9 65:12 | | | | **diagrams**(1) 26:21 |
| **concealment**(5) 30:8 30:14 30:19 30:22 30:25 | | **course**(14) 8:8 42:1 46:9 48:18 50:12 51:3 51:21 52:3 52:5 53:8 53:19 67:13 80:12 80:13 | | | | **diaz**(1) 1:43 |
| | | | | | | **did**(34) 9:4 12:23 15:4 16:2 16:15 17:7 19:9 20:15 31:1 32:16 36:13 41:8 41:24 52:2 56:14 57:17 58:8 58:8 58:10 58:12 58:19 58:22 58:25 59:4 59:8 61:5 70:17 71:2 71:22 71:24 72:1 72:2 80:25 81:1 |
| **conceals**(1) 32:10 | | **court**(211) 1:11 3:3 3:6 3:8 3:14 3:16 3:20 3:24 4:1 4:3 4:8 4:10 4:12 4:20 5:18 6:1 6:20 7:3 7:7 7:14 7:17 7:21 7:23 8:4 8:8 8:15 8:17 8:20 8:25 9:2 9:8 9:10 9:23 10:2 10:9 10:11 10:13 10:17 11:14 11:14 11:16 11:23 12:1 12:5 12:8 12:20 12:24 13:3 13:9 13:15 13:23 15:24 16:19 17:20 17:24 18:10 18:12 18:24 19:2 20:4 20:6 21:18 23:25 24:8 24:10 24:15 24:18 25:1 25:6 25:22 26:13 29:23 30:1 30:10 30:18 31:3 32:11 32:17 32:20 32:23 33:5 35:23 36:9 38:11 39:12 39:16 39:19 40:1 42:13 43:24 45:15 45:14 45:17 45:19 46:2 46:11 47:3 47:6 47:9 47:13 48:9 48:12 48:15 49:16 49:18 52:11 52:13 52:19 53:13 54:23 54:24 55:3 55:10 55:16 55:15 55:22 55:25 56:3 56:10 56:18 57:8 57:12 57:15 58:3 59:14 59:17 59:22 60:4 60:8 60:11 60:14 60:17 60:21 61:8 61:12 61:16 62:9 62:15 62:20 62:24 63:1 63:4 63:8 63:11 63:25 64:13 64:16 64:18 64:23 65:6 65:8 65:13 65:21 65:25 66:7 66:18 67:25 69:13 69:15 69:18 70:7 70:10 70:20 71:7 72:9 72:13 72:16 72:19 72:21 72:24 73:1 73:17 73:21 73:25 74:2 74:18 75:13 76:5 78:1 78:15 78:19 78:21 78:24 79:1 79:3 79:9 79:19 79:23 80:3 80:6 80:9 80:15 80:17 81:1 81:4 81:8 81:10 81:13 81:16 81:21 82:3 82:7 82:9 82:11 82:14 82:19 82:21 83:1 83:7 83:9 | | **current**(1) 21:22 | | **didn't**(21) 6:5 11:23 15:10 16:24 16:25 24:2 26:6 28:9 30:13 31:22 32:24 38:9 42:11 42:22 47:8 58:12 58:17 63:16 66:8 66:12 78:12 |
| **concedes**(1) 12:10 | | | | **customer**(4) 47:21 68:17 68:22 69:4 | | **didn't**(1) 43:1 |
| **concern**(2) 48:12 78:8 | | | | **cut**(3) 35:14 41:10 44:17 | | **difference**(1) 50:23 |
| **concessions**(1) 8:6 | | | | **cutting**(1) 14:6 | | **different**(15) 13:1 14:9 14:9 14:15 14:17 14:18 37:20 48:4 49:2 55:6 55:7 55:8 55:9 55:17 72:2 |
| **conclude**(1) 17:24 | | | | **cwb**(2) 49:22 49:23 | | **differently**(1) 56:25 |
| **conclusion**(1) 58:24 | | | | **damages**(8) 48:16 48:24 49:2 53:1 53:15 54:1 | | **dime**(1) 68:11 |
| **conclusions**(2) 13:6 18:5 | | | | | | **directly**(1) 72:4 |
| **conduct**(1) 40:19 | | **court's**(4) 4:6 46:15 47:7 82:16 | | **dark**(1) 57:21 | | **disability**(1) 13:25 |
| **confess**(1) 7:24 | | **courtroom**(1) 1:13 | | **data**(5) 1:43 26:20 26:21 26:24 27:2 | | **disagree**(1) 56:23 |
| **confidential**(1) 20:11 | | **courts**(7) 7:5 13:5 35:20 46:8 46:24 47:10 69:4 | | **date**(3) 40:17 77:11 81:22 | | **disclose**(1) 14:14 |
| **confidentiality**(1) 3:19 | | | | **david**(2) 1:28 8:21 | | **disclosed**(3) 17:21 18:15 27:4 |
| **confirmed**(2) 20:25 21:23 | | **covenant**(5) 29:4 29:5 44:15 44:18 44:24 | | **day**(3) 39:20 55:15 83:7 | | **discover**(1) 35:13 |
| **conflict**(1) 12:15 | | **cover**(2) 25:21 28:23 | | **deal**(1) 5:19 | | **discovered**(2) 23:1 27:25 |
| **conflicting**(1) 12:25 | | **covered**(12) 17:17 17:23 18:2 18:22 22:16 23:21 24:22 27:23 28:11 45:12 74:21 74:23 | | **dealing**(4) 8:8 44:16 44:19 44:24 | | **discoveries**(1) 27:3 |
| **connection**(1) 20:9 | | | | **deals**(1) 12:11 | | **discovering**(2) 30:9 32:3 |
| **connects**(1) 30:2 | | **create**(1) 36:25 | | **debtors**(1) 1:15 | | **discovery**(3) 34:9 39:22 50:14 |
| **consent**(2) 10:23 49:7 | | **creates**(1) 82:22 | | **decade**(2) 4:18 63:13 | | **discuss**(3) 35:21 37:12 69:8 |
| **consider**(2) 53:14 83:1 | | **creating**(1) 17:8 | | **deceive**(2) 43:2 43:12 | | **discussed**(4) 33:11 74:25 74:25 75:15 |
| **constituted**(1) 57:17 | | **crossed**(1) 3:16 | | **december**(1) 1:17 | | **discussions**(1) 33:3 |
| **constitutes**(1) 71:23 | | **crown**(1) 75:8 | | **decide**(1) 52:6 | | **dismiss**(14) 3:9 18:7 24:17 30:21 32:16 39:18 39:24 40:1 40:9 42:10 45:6 66:6 66:15 67:10 |
| **contemplated**(2) 20:22 77:7 | | | | **declaration**(5) 21:12 26:11 26:11 57:4 | | |
| **continue**(2) 43:8 67:3 | | | | **decrees**(1) 49:7 | | |
| **continued**(6) 2:2 36:14 36:18 37:4 37:5 37:5 | | | | **deeper**(1) 7:1 | | **dismissed**(6) 5:7 36:23 40:1 59:10 59:11 62:8 |
| | | | | **defend**(3) 42:6 78:9 82:1 | | |
| **continuing**(2) 21:19 22:24 | | | | **defendant**(6) 36:6 36:16 38:25 42:6 77:13 81:25 | | **dismissive**(1) 64:3 |
| **contract**(55) 4:16 4:19 5:8 5:9 6:2 6:5 14:11 14:19 15:11 28:7 28:15 31:12 31:17 31:17 31:18 35:16 36:4 36:21 36:23 37:8 37:9 37:9 37:17 37:19 37:24 44:12 44:14 44:18 45:3 46:4 52:16 53:2 53:21 54:4 54:8 54:13 54:14 54:18 55:10 61:10 62:2 62:6 62:7 62:8 62:18 63:2 63:21 71:12 75:17 76:10 | | | | **defendant's**(1) 30:8 | | **dispute**(1) 30:13 |
| | | | | **defendants**(1) 40:18 | | **disputed**(1) 81:18 |
| | | | | **defense**(1) 33:1 | | **disrupt**(1) 11:23 |
| | | | | **define**(2) 14:16 25:8 | | **distinct**(1) 4:19 |
| **contracts**(13) 4:25 5:4 5:6 5:13 5:14 5:18 6:1 33:18 33:19 35:4 42:4 71:13 81:6 | | | | **defined**(8) 11:17 14:23 15:18 20:16 20:20 22:12 22:19 23:10 | | **distinction**(2) 60:25 62:10 |
| | | | | | | **distinguishable**(1) 78:21 |
| **contractual**(4) 36:2 52:22 54:20 65:25 | | | | **definition**(9) 25:9 25:20 26:3 26:4 26:15 27:9 27:18 84:4 76:4 | | **district**(1) 1:2 |
| **contradictory**(1) 14:3 | | | | | | **diverse**(1) 55:13 |
| **control**(6) 4:25 25:17 69:2 69:4 69:6 71:1 | | | | **definitions**(4) 26:8 26:9 26:14 27:15 | | **diversity**(1) 55:17 |
| **controlling**(1) 71:10 | | | | **degree**(1) 46:8 | | **docket**(2) 4:3 57:6 |
| **conversation**(1) 48:17 | | | | **delaware**(4) 1:2 1:15 1:37 3:1 | | **doctrine**(4) 37:15 37:22 47:6 47:7 |
| **copy**(2) 20:5 21:14 | | | | **delineated**(1) 5:17 | | **does**(20) 7:7 9:10 10:14 11:17 11:20 14:20 16:16 18:14 20:3 22:25 22:17 30:4 34:5 34:25 37:16 47:5 49:6 50:22 54:18 76:11 |
| **corner**(1) 67:24 | | | | **demonstrated**(1) 66:23 | | |
| **corp**(1) 38:21 | | | | **depending**(1) 21:8 | | |
| **corporation**(2) 1:7 41:3 | | | | **derive**(1) 24:24 | | |
| **correct**(6) 9:21 9:21 24:4 31:7 62:14 83:1 | | | | **derived**(1) 21:9 | | **doesn't**(8) 18:22 24:23 29:3 33:15 41:13 42:7 44:12 81:25 |
| **costs**(1) 68:14 | | | | **describe**(1) 19:18 | | |
| **could**(25) 5:23 9:17 15:1 15:4 18:5 18:20 19:6 23:13 24:10 24:10 25:4 31:1 33:12 33:24 37:2 37:22 39:12 48:22 53:22 58:5 61:10 63:15 65:1 75:3 76:15 | | | | **described**(2) 11:2 43:4 | | **doesn't**(1) 10:24 |
| | | | | **description**(1) 27:1 | | **doing**(24) 4:18 11:10 11:10 15:19 17:12 31:14 31:21 32:9 32:10 33:22 34:3 34:10 35:2 35:8 35:11 38:17 39:9 39:10 41:12 43:16 66:9 66:10 77:24 78:3 |
| | | | | **descriptions**(1) 25:15 | | |
| | | | | **design**(3) 4:14 25:18 26:18 | | |
| **couldn't**(5) 13:4 13:4 14:5 38:18 50:12 | | | | **designs**(1) 26:18 | | |
| **couldn't**(1) 71:17 | | | | **desk**(1) 3:16 | | |
| **counsel**(15) 3:18 7:25 8:15 16:15 17:14 28:14 45:23 46:3 52:17 55:23 64:3 67:9 67:17 69:20 79:6 | | | | **despite**(1) 4:16 | | **dollars**(2) 48:21 68:14 |
| | | | | | | **don't**(29) 7:11 7:24 9:18 11:21 17:1 30:7 30:14 30:15 31:13 41:9 41:14 44:18 44:19 49:9 56:23 58:10 58:13 58:18 59:8 60:24 70:16 70:18 72:1 73:8 78:8 78:9 78:13 81:12 81:17 |
| **count**(1) 56:8 | | | | | | |
| **counterfeit**(12) 6:18 7:2 7:4 47:14 47:15 47:23 48:5 50:19 54:19 58:7 58:16 73:1 | | | | | | |
| **counterfeited**(1) 61:4 | | | | | | |
| **counterfeiter**(2) 52:23 54:2 | | | | | | |

| Word | Page:Line |
|---|---|

**done**(7) 24:11  33:4  34:8  51:6  81:2  81:2  81:3

**don't**(3) 3:16  16:4  71:6

**double**(6) 6:15  6:24  48:22  49:13  55:23  55:24

**doubt**(2) 46:7  82:5
**down**(4) 60:18  69:25  71:3  74:8
**downstream**(2) 47:19  47:20
**downtown**(1) 68:2
**dozen**(1) 4:16
**draw**(2) 18:8  40:4
**drawings**(4) 25:14  26:19  26:21  26:22
**dressing**(1) 60:20
**drill**(1) 26:21
**due**(1) 32:7
**duplicate**(1) 48:13
**during**(9) 23:4  34:7  46:9  48:18  51:4  52:3  52:5  80:12  80:13

**dynamics**(1) 37:21
**each**(9) 14:12  14:25  16:10  25:4  31:19  32:5  41:1  42:14  43:19

**earlier**(3) 14:7  34:10  70:5
**early**(2) 44:23  45:4
**ecro**(1) 1:41
**effect**(1) 47:10
**efficient**(1) 14:22
**eight**(1) 3:17
**either**(4) 48:7  54:5  56:20  73:4
**electronic**(2) 1:49  83:14
**elements**(3) 42:11  43:20  54:13
**else**(10) 13:21  15:14  19:23  27:13  28:15  42:20  44:6  57:13  61:25  78:3

**elsevian**(1) 12:21
**embraced**(2) 27:15  27:16
**employed**(1) 37:4
**employee**(4) 35:24  36:10  36:12  57:13
**employer**(1) 14:1
**employment**(4) 36:7  36:13  36:18  36:22
**enable**(1) 43:7
**encouraged**(1) 59:7
**end**(2) 55:14  62:25
**ended**(1) 32:4
**engaged**(2) 58:7  59:6
**enough**(1) 82:1
**enriching**(1) 44:8
**enrichment**(3) 43:23  44:11  44:13
**enter**(1) 38:6
**entered**(2) 21:3  49:7
**entering**(1) 22:9
**enterprise**(2) 27:22  27:23
**entire**(1) 54:18
**entitled**(5) 48:25  49:1  49:5  49:11  53:20
**esq**(13) 1:28  1:29  1:30  1:36  2:5  2:6  2:12  2:20  2:21  2:22  2:30  2:37  2:44

**established**(2) 30:7  31:12
**estopped**(1) 6:9
**estoppel**(26) 6:12  9:15  10:7  10:19  12:9  12:13  12:22  12:23  13:1  13:4  13:13  46:2  46:6  46:7  46:17  46:22  46:25  50:23  51:16  51:19  51:24  52:10  56:17  60:10  69:16  71:24
**even**(11) 13:9  30:24  30:24  34:10  37:8  51:14  54:8  57:6  58:13  64:10  69:2

**ever**(2) 49:10  69:3
**every**(9) 15:12  33:20  34:2  41:4  41:16  41:20  41:24  63:23  68:21

**everybody**(1) 71:20
**everyone**(1) 3:3
**everyone's**(1) 71:21
**everything**(5) 18:8  31:2  71:20  71:20  76:6
**evidence**(2) 38:24  51:13

**exact**(1) 14:4
**exactly**(18) 15:4  17:2  28:2  28:3  35:2  35:11  36:24  37:18  38:17  47:11  52:2  57:17  78:10  78:13  78:18  78:20  81:12  81:20

**example**(2) 25:9  28:22
**examples**(1) 70:11
**excellent**(3) 24:12  83:2  83:3
**except**(1) 55:4
**exclude**(1) 13:11
**exclusively**(1) 77:4
**executing**(1) 21:20
**exhibit**(4) 26:7  26:10  26:10  26:11
**exhibits**(1) 26:7
**exist**(2) 80:25  81:1
**existing**(2) 15:19  15:20
**exists**(1) 38:24
**explain**(1) 58:22
**explanation**(2) 57:13  57:17
**explanation**(1) 71:8
**explicit**(1) 62:19
**explicitly**(1) 62:2
**exposed**(2) 52:25  53:1
**express**(1) 7:11
**expressly**(5) 5:14  15:1  18:16  34:15  36:16
**extent**(4) 29:16  30:2  33:23  51:14
**extraneous**(1) 38:8
**extremely**(1) 76:4
**f.2d**(1) 77:9
**f.2nd**(1) 76:23
**f.sup**(1) 38:21
**faced**(1) 54:1
**facilities**(3) 63:15  68:9  70:24
**facility**(2) 68:12  71:3
**fact**(17) 12:23  23:1  23:8  32:16  34:7  37:3  42:19  44:12  47:18  48:1  50:8  50:13  50:15  50:18  51:4  51:7  66:11

**facts**(20) 13:18  14:9  30:12  32:22  33:6  33:7  36:19  37:16  37:20  39:21  42:9  44:25  46:14  51:14  52:1  52:2  52:5  66:13  66:14
**factual**(1) 65:15
**failed**(4) 5:9  5:25  6:3  64:11
**fails**(2) 77:6  79:11
**fair**(7) 17:18  18:6  24:24  44:16  44:19  44:24  56:1

**fairly**(1) 57:8
**faith**(11) 44:16  44:18  44:24  47:5  48:7  51:6  51:10  51:12  52:4  65:22  65:24

**fake**(1) 57:24
**false**(17) 23:3  32:9  35:7  38:14  41:3  41:5  42:15  42:16  42:17  42:18  42:23  43:5  43:5  58:9  58:11  64:11  77:25

**falsely**(4) 23:13  70:15  70:15  72:3
**familiar**(1) 15:17
**far**(1) 27:21
**farallon**(2) 2:49  2:49
**fast**(3) 7:5  46:13  51:13
**favor**(4) 18:9  18:9  40:4  54:8
**federal**(2) 55:12  57:12
**feel**(1) 10:6
**fees**(1) 53:15
**feld**(1) 2:29
**few**(1) 71:19
**field**(4) 5:5  46:4  52:17  54:18
**fifteen**(1) 21:7
**fight**(1) 56:2
**fights**(1) 51:24
**figure**(1) 46:25
**filed**(4) 3:17  41:5  41:16  65:17
**filing**(1) 41:3
**final**(2) 6:8  47:20
**finally**(1) 44:15

**find**(8) 25:11  26:12  38:9  40:7  50:12  57:7  71:22  71:23

**finding**(5) 7:11  7:12  17:20  50:2  67:3
**finds**(1) 37:16
**fine**(2) 78:12  82:19
**first**(22) 4:21  8:15  13:17  16:25  26:9  28:16  46:1  47:1  47:12  48:1  49:21  50:22  51:9  51:15  51:22  62:1  64:20  65:11  70:11  71:18  74:13  74:13

**fishy**(1) 66:4
**fix**(1) 74:6
**fixed**(1) 27:6
**flexibility**(1) 77:7
**flom**(1) 2:19
**focusing**(2) 45:24  77:4
**fold**(2) 75:24  76:16
**folks**(1) 69:25
**follow**(1) 60:9
**follow-up**(1) 80:5
**foods**(1) 38:20
**for**(105) 1:2  1:26  2:4  2:18  2:28  2:35  2:42  2:49  4:13  4:14  7:18  7:25  8:14  8:22  9:1  10:23  12:22  13:25  14:6  14:22  15:2  15:22  16:3  17:19  19:7  20:21  21:5  22:5  22:18  22:20  22:21  22:22  23:6  23:10  23:14  25:22  26:5  27:7  27:11  27:24  28:14  28:20  28:20  28:25  29:2  29:11  29:12  29:17  30:17  31:1  31:8  33:4  33:14  33:21  33:22  34:1  34:25  36:4  37:11  38:2  38:16  38:24  40:5  41:1  41:21  42:14  43:12  44:15  45:20  45:2  47:14  47:16  48:16  48:22  49:4  49:21  52:2  52:21  62:15  63:4  63:13  63:24  67:6  67:12  67:14  68:10  69:9  71:23  73:4  77:6  77:12  76:11  77:23  78:16  80:8  82:16  82:22

**ford**(1) 2:50
**foregoing**(1) 83:13
**form**(2) 27:5  27:6
**former**(3) 36:10  57:11  57:13
**forth**(4) 4:18  7:5  63:14  63:22
**forum**(2) 52:6  52:8
**forward**(2) 34:11  66:14
**found**(8) 52:23  53:11  53:13  54:1  57:5  66:4  66:25  67:1

**four**(3) 58:19  58:20  58:21
**fourteenth**(3) 21:16  34:17  38:7
**fox's**(1) 38:20
**francisco**(1) 2:52
**frankly**(10) 12:16  17:17  39:24  50:21  51:25  55:1  56:6  59:11  66:9  67:10

**fraud**(50) 5:1  9:25  10:4  29:22  30:1  31:10  31:11  31:15  31:16  32:2  32:2  32:3  33:17  34:4  35:19  35:20  36:5  36:8  36:21  37:7  37:7  37:18  37:22  38:2  38:4  38:23  39:3  39:5  40:8  40:24  41:1  41:4  41:11  41:18  41:22  41:25  42:11  42:15  43:19  43:20  63:10  63:10  63:19  63:20  77:17  77:22  78:12  78:14  80:21  80:23

**frauds**(1) 41:1
**fraudulent**(18) 30:8  30:14  30:19  30:21  30:25  32:25  35:7  35:12  35:17  37:23  38:18  39:8  40:19  41:8  41:23  64:4  77:19  78:16
**fraudulently**(4) 31:19  36:11  38:6  63:12
**free**(3) 16:3  40:22  77:15
**from**(46) 5:3  6:9  6:18  7:1  11:3  16:21  19:2  21:9  23:17  24:24  28:8  28:8  30:9  32:3  33:3  33:15  33:16  36:20  38:23  40:22  47:15  48:4  48:8  49:2  49:25  50:15  51:19  52:20  55:9  55:16  59:5  60:24  61:3  66:25  67:1  67:21  67:23  68:1  69:21  71:1  72:4  77:3  79:9  79:11  79:21  83:14

**front**(2) 20:6  55:16

**fulfill**(2) 40:17  77:12
**full**(3) 16:24  61:24  62:23
**function**(1) 40:18
**functional**(3) 25:15  26:21  26:25
**functions**(1) 77:12
**further**(7) 7:15  10:17  45:1  54:21  64:14  64:19  80:8

**gain**(1) 39:8
**garage**(1) 67:20
**gating**(1) 3:21
**gave**(3) 17:13  27:14  70:12
**general**(2) 25:15  77:6
**generate**(1) 44:10
**generating**(1) 33:13
**genuine**(11) 49:24  49:25  50:3  50:4  50:6  50:11  51:1  51:1  51:2  51:2  73:9

**georgia**(1) 74:9
**get**(14) 3:21  5:18  6:15  6:24  30:16  33:21  33:24  36:8  40:9  45:17  45:19  56:4  59:15  79:15
**gets**(2) 16:24  72:22
**getting**(7) 34:1  43:8  59:19  75:7  75:25  76:16  76:17

**gift**(1) 16:6
**ginger**(1) 1:41
**gist**(2) 37:15  37:21
**give**(5) 10:15  25:8  28:22  28:24  79:4
**given**(3) 18:6  29:13  44:7
**gives**(1) 49:8
**giving**(4) 16:11  40:18  44:2  44:10
**gnc**(1) 79:12
**goes**(5) 25:19  28:25  62:6  68:21  69:3
**going**(23) 4:14  25:23  29:1  29:7  33:23  35:14  39:2  39:10  49:9  63:23  65:10  65:12  66:25  69:21  71:21  72:23  72:25  74:14  75:24  79:4  79:6  80:24  82:23

**gone**(2) 47:25  74:13
**good**(19) 3:3  3:5  3:7  3:10  3:11  4:5  4:10  4:11  4:12  7:22  7:23  8:25  44:16  44:18  44:24  57:25  65:21  65:23  83:7

**goods**(3) 47:23  47:23  75:8
**gosh**(1) 78:8
**got**(15) 6:4  6:18  27:14  44:2  44:17  47:15  58:15  58:20  61:16  64:5  71:9  71:9  71:19  72:11  74:9

**gotten**(3) 20:18  34:9  47:24
**gottlieb**(2) 1:26  8:22
**govern**(1) 28:2
**governs**(1) 45:4
**granted**(2) 7:13  49:11
**grants**(2) 62:2  62:6
**great**(1) 4:2
**green**(54) 2:21  4:7  4:10  4:11  4:13  4:13  4:21  6:14  7:10  7:15  7:20  9:23  9:24  10:13  55:24  56:7  60:4  60:5  60:9  60:12  60:15  60:18  60:22  61:9  61:13  61:15  61:17  62:10  62:14  62:17  62:21  62:25  63:2  63:7  63:9  63:12  64:1  64:14  64:16  64:17  64:25  74:15  74:16  75:15  78:25  79:1  79:2  79:4  79:9  79:21  80:1  80:5  80:7  80:9

**grid**(1) 69:3
**gross**(1) 1:21
**grounds**(1) 38:2
**group**(1) 2:35
**guess**(2) 65:10  70:4
**guilty**(1) 71:25
**guise**(2) 33:25  77:23
**gump**(1) 2:28
**guy**(1) 57:24
**guys**(1) 69:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**had(35)** 7:25 9:3 10:25 12:1 12:14 13:1 13:1 13:9 13:16 21:16 32:4 32:12 33:3 33:25 36:11 38:15 39:6 46:2 51:2 52:21 56:22 57:7 57:23 59:1 59:9 63:13 63:14 65:16 65:16 66:9 70:17 71:14 74:8 74:13

**hadley(2)** 2:35 2:42

**hadn't(7)** 3:22 3:22 13:2 13:3 35:5 35:12 76:24

**half(1)** 4:16

**halfway(1)** 60:18

**hamilton(1)** 1:27 8:22

**hands(2)** 27:14 63:17

**happen(1)** 68:8

**happened(3)** 12:17 31:2 31:6

**happening(1)** 30:11

**happy(3)** 45:10 69:8 72:12

**harrisburg(1)** 1:45

**has(37)** 5:9 5:25 7:15 8:2 9:5 9:12 14:5 17:14 17:14 21:14 21:15 22:22 23:4 24:21 26:2 26:7 28:2 28:6 28:22 37:8 41:11 45:9 46:13 49:4 49:13 54:24 55:8 55:9 55:11 55:12 62:6 64:14 66:24 67:2 68:22 71:20 72:10

**hasn't(1)** 4:3

**hauer(1)** 2:28

**have(86)** 3:9 3:12 6:2 7:18 8:11 13:4 13:21 16:1 16:4 17:20 17:24 19:6 20:3 20:4 20:15 22:1 22:5 22:11 22:17 24:1 24:10 24:11 25:23 28:18 28:18 29:3 31:5 32:4 32:13 32:25 32:25 33:11 33:11 33:25 34:21 34:25 35:14 35:20 39:12 39:13 39:20 40:1 41:9 41:10 41:14 43:22 45:1 45:1 46:8 47:24 47:24 47:25 47:25 48:17 49:9 51:24 54:22 55:17 59:1 59:5 60:1 63:15 63:17 64:9 65:1 66:4 66:13 67:3 67:11 67:17 70:5 70:13 71:5 72:14 73:18 74:1 75:20 76:11 78:11 78:12 78:13 79:24 80:11 82:1 82:21

**haven't(8)** 17:16 18:21 33:3 34:9 39:22 42:16 45:9 67:13

**having(6)** 6:12 11:3 11:5 26:9 49:24 50:2

**he's(1)** 9:1

**heard(3)** 39:22 46:16

**hearing(2)** 71:19 83:10

**hearings(1)** 26:10

**heated(1)** 57:22

**heck(1)** 72:10

**help(2)** 6:11 62:9

**helpful(3)** 25:4 52:13 73:19

**her(1)** 13:17

**here(33)** 4:24 5:10 6:16 7:1 9:1 12:16 13:8 14:4 29:16 34:3 37:4 37:4 39:5 40:6 41:9 42:9 44:20 46:15 47:22 49:13 51:13 54:3 56:20 56:24 63:9 66:25 67:8 71:21 77:18 78:13 80:18 81:13 82:2

**here's(3)** 19:21 32:8 71:22

**herrington(110)** 1:28 3:5 7:22 7:24 8:5 8:12 8:17 8:19 8:21 8:21 9:1 9:3 9:9 9:1 10:3 10:10 10:12 10:16 10:18 10:22 11:5 11:15 11:20 11:25 12:3 12:6 12:9 13:12 13:16 13:24 15:25 16:20 18:13 18:13 19:3 20:5 20:7 20:8 21:19 23:25 24:5 24:9 24:12 24:16 24:19 25:3 25:11 26:1 26:14 29:24 30:4 30:11 30:19 31:4 32:15 32:18 32:21 32:24 33:6 38:12 39:15 39:1 39:20 40:15 43:25 45:11 45:13 45:23 45:24 56:19 64:20 65:4 65:5 65:7 65:9 65:14 65:23 66:2 66:8 66:19 72:20 72:21 72:25 73:16 73:20 73:24 74:1 74:3 74:9 75:14 76:6 78:2 78:18 78:20 78:22 80:10 80:16 80:18 81:2 81:5 81:9 81:12 81:15 81:20 81:24 82:4 82:8 82:25 83:8

**hiding(1)** 32:7

**him(2)** 36:4 36:14

**hired(1)** 71:13

**his(6)** 35:25 36:2 36:2 36:13 36:17 71:4

**history(1)** 25:16

**hit(1)** 4:3

**hmm(1)** 78:1

**honor(103)** 3:5 3:7 3:11 4:5 4:11 4:15 6:8 6:14 7:10 7:15 7:20 7:22 8:12 9:20 9:24 10:5 10:10 10:16 11:15 11:21 13:12 14:5 14:10 14:15 15:8 15:16 15:17 18:4 18:13 19:1 20:1 20:3 24:9 24:12 25:3 25:5 26:2 28:6 28:6 28:11 29:19 30:4 31:7 32:15 37:12 39:15 40:12 42:12 43:21 45:7 45:9 45:16 46:2 46:7 48:11 54:21 55:20 56:8 58:23 59:10 59:16 59:21 60:2 60:5 61:17 62:14 62:17 63:7 64:1 64:14 64:17 64:22 65:5 65:7 65:15 66:21 67:10 69:11 70:9 71:21 72:15 72:18 72:20 73:16 74:11 74:16 76:3 76:21 78:18 78:23 78:25 79:2 80:2 80:7 80:11 80:24 81:15 82:8 82:10 82:20 82:25 83:6 83:8

**honor's(1)** 49:15

**honorable(2)** 1:21 59:13

**hoover(1)** 1:36

**hope(1)** 49:15

**hot(1)** 57:22

**hours(5)** 52:24 68:9 70:24

**housekeeping(1)** 3:12

**how(15)** 10:3 11:9 14:12 18:18 19:15 21:23 23:21 24:10 24:10 41:23 42:14 48:12 56:8 75:6 78:9

**husband(1)** 13:17

**i'll(18)** 7:16 7:25 8:15 10:7 11:21 12:3 30:4 46:1 52:10 58:23 73:17 73:18 75:16 76:23 80:3 80:3 81:17

**i'm(24)** 4:14 8:20 10:3 10:3 28:20 28:20 29:1 29:6 45:21 59:15 59:19 62:9 63:22 63:22 67:23 69:19 70:12 70:12 71:12 72:12 72:22 72:25 82:23 83:4

**i've(3)** 29:6 59:24 61:16

**ibrahimi(2)** 2:22 21:13

**idea(2)** 24:21 33:12

**identified(2)** 48:7 53:9

**identify(4)** 15:10 64:4 64:9 79:14

**imagine(2)** 24:13 60:8

**implausible(2)** 46:10 50:21

**implied(3)** 44:15 44:18 44:23

**important(7)** 28:16 29:20 56:5 69:5 69:6 69:11 76:24

**importantly(2)** 53:10 68:16

**imposed(1)** 6:1

**impression(1)** 36:25

**improperly(3)** 23:16 23:23 74:24

**inappropriate(1)** 67:14

**inc(5)** 1:26 4:14 8:23 38:21 61:14

**include(4)** 11:17 11:20 24:3 66:11

**included(4)** 21:12 32:13 48:23 48:23

**includes(2)** 11:18 25:13

**including(11)** 20:13 20:19 22:3 22:13 23:11 34:23 45:8 68:2 75:21 75:25 76:8

**inconsistency(1)** 59:3 61:5

**inconsistent(1)** 61:1

**indeed(2)** 7:12 50:5

**indentified(1)** 64:9

**indicated(2)** 23:25 45:24

**indication(3)** 48:9 51:3 51:11

**indirectly(1)** 72:4

**individual(2)** 64:10 64:10

**induced(1)** 38:6

**inducement(1)** 38:4

**infer(1)** 59:5

**inferences(4)** 18:8 18:10 18:13 40:4

**inferior(1)** 68:4

**information(61)** 4:22 4:24 5:1 5:4 5:15 5:16 5:22 6:6 11:19 14:21 14:21 16:2 17:22 18:18 19:19 20:11 20:19 22:4 22:14 23:6 23:9 23:19 23:19 24:3 24:3 24:11 25:7 25:7 25:13 25:18 25:21 26:3 26:15 26:16 26:18 26:19 26:25 27:2 28:4 32:13 34:24 36:19 37:6 43:9 51:4 61:21 62:4 62:12 62:19 63:3 63:13 74:22 74:23 75:2 75:4 75:22 76:2 76:3 76:9 76:18

**infringe(1)** 31:8

**infringement(1)** 5:2

**infringing(8)** 28:21 29:2 29:7 29:8 29:11 29:12 29:17 44:7

**ingersoll(1)** 2:11

**injecting(2)** 40:23 77:16

**injunction(1)** 49:10

**inner(1)** 37:25

**inspected(1)** 63:16

**instead(3)** 18:17 19:9 40:21

**instructions(1)** 25:18

**instrument(1)** 48:10

**insurance(1)** 13:20

**integration(3)** 38:1 38:4 38:10

**intellectual(16)** 20:12 20:17 20:18 22:2 22:11 22:12 23:5 23:8 28:21 34:22 36:1 75:9 75:20 75:23 75:25 76:8

**intended(3)** 21:22 38:25 43:5

**intent(5)** 32:25 43:12 43:12 53:13 78:12

**intentional(1)** 54:12

**interest(1)** 71:9

**interested(1)** 67:2

**into(20)** 5:18 7:3 15:7 15:20 16:5 17:10 19:10 21:3 22:9 23:24 32:1 38:6 38:9 40:24 44:24 71:3 71:16 75:24 76:16 77:17

**inventions(1)** 27:3

**invoices(1)** 65:18

**involve(1)** 24:2

**involved(5)** 14:7 19:20 50:18 67:4 69:14

**involving(3)** 14:3 35:24 36:15

**iron(1)** 57:22

**irreconcilable(5)** 47:1 50:23 51:11 51:15 70:3

**irreconcilably(1)** 48:4

**isn't(1)** 27:15

**issue(28)** 3:21 9:15 10:14 10:19 11:11 12:7 12:12 17:4 40:13 45:8 46:13 51:21 51:25 53:5 54:4 54:10 54:18 54:23 55:5 55:14 59:12 66:20 67:9 67:16 69:17 70:6 74:6 82:22

**issues(14)** 8:1 9:5 9:13 39:25 46:1 49:14 51:23 52:1 54:5 54:8 54:15 54:20 66:23 73:1

**it's(82)** 3:21 8:9 8:14 8:17 9:21 9:21 11:17 15:17 16:16 16:16 24:5 24:23 27:19 27:19 27:25 29:2 30:6 32:3 32:7 34:5 34:16 35:5 35:6 35:7 35:7 35:8 36:24 40:1 40:17 41:3 41:6 41:11 41:15 41:23 41:24 42:8 42:19 44:23 45:3 45:4 46:17 47:6 49:2 52:6 53:4 53:4 55:5 55:5 55:6 56:21 57:8 57:9 58:24 62:3 64:24 67:12 67:14 69:2 70:3 70:13 70:21 70:23 73:3 73:8 73:9 74:3 75:14 76:6 76:19 76:20 76:24 77:11 77:19 77:19 79:15 80:12 80:22 80:22 80:24 82:4 82:5

**its(36)** 5:12 5:21 9:5 9:6 16:14 17:13 17:14 21:13 21:21 21:24 23:2 23:15 26:6 27:14 31:11 34:19 35:8 35:18 38:9 38:19 39:8 39:20 39:21 42:10 49:21 52:9 58:12 67:4 67:5 68:21 68:25 71:10 71:14 75:17 77:4

**itself(6)** 5:8 31:14 36:21 42:6 53:5 82:1

**i'm(1)** 50:2

**james(1)** 1:29

**january(5)** 3:1 30:17 31:2 31:6 83:18

**jennifer(1)** 1:36

**jessica(1)** 2:25

**jewels(1)** 75:8

**judge(3)** 1:22 71:18 71:24

**judgment(2)** 33:1 44:25

**judicial(30)** 6:12 6:21 7:8 7:11 9:15 10:7 10:19 12:13 12:19 12:22 12:23 13:10 13:13 46:2 46:6 46:7 46:17 46:22 46:25 50:22 51:16 51:18 51:24 52:10 56:17 57:9 60:10 69:16 71:24

**judicially(1)** 6:9

**junior(1)** 60:6

**jurisdiction(5)** 54:23 54:25 55:11 55:12 55:17

**jury(1)** 38:24

**just(43)** 8:18 10:18 10:18 12:1 12:3 19:4 19:6 20:1 23:17 25:8 26:3 28:11 28:15 30:15 34:6 34:12 35:5 35:15 35:21 37:3 40:12 42:8 42:8 44:23 45:20 54:16 54:17 55:2 58:13 58:20 58:20 60:9 60:12 64:7 64:25 67:19 70:12 73:3 73:18 75:6 75:23 79:6 80:10

**justification(1)** 33:4

**justify(1)** 39:21

**k-mart(2)** 38:21 38:25

**kahn(1)** 2:30

**keep(1)** 39:8

**keller(37)** 2:5 8:23 9:11 10:5 29:15 45:15 45:16 45:20 45:21 46:6 46:12 47:4 47:11 48:14 48:17 49:17 49:19 52:12 52:13 52:15 52:20 55:1 55:4 55:19 58:13 64:21 65:5 65:10 66:20 66:21 68:1 69:14 69:16 69:19 70:7 70:12 74:12

**keller's(1)** 70:20

**kept(3)** 30:8 32:3 35:12

**kevin(1)** 1:21

**kind(11)** 12:19 15:19 20:1 22:12 37:7 38:22 52:17 56:22 59:13 74:12 80:11

**kinds(2)** 25:21 63:17

**kitchen(2)** 53:3 70:1

**klein(2)** 79:10 79:10

**knew(10)** 23:2 32:4 34:2 38:14 39:5 42:16 42:17 42:18 43:4 59:7

**know(52)** 3:16 6:19 11:8 18:17 19:11 19:14 21:22 23:20 27:25 28:18 31:5 32:19 32:25 33:2 33:2 33:6 33:8 34:10 34:15 35:4 35:4 35:10 39:17 42:7 42:8 42:9 42:15 44:2 58:18 64:23 65:17 65:20 66:3 66:8 66:12 67:20 71:8 73:8 73:17 73:17 73:21 74:11 78:9 78:9 79:8 79:10 80:12 81:17

**know-how(49)** 11:14 11:16 12:12 14:14 14:17 14:23 15:2 15:5 16:1 16:10 16:18 17:1 17:9 17:16 17:17 18:1 18:2 18:15 18:17 18:21 19:8 19:10 19:15 19:21 20:13 23:18 23:20 23:21 23:22 26:16 28:10 28:10 38:15 39:7 43:9 74:21 75:2 75:6 76:17

**knowing(6)** 35:6 35:18 39:2 39:3 41:20 77:25

**known(2)** 39:13 39:13

**knows(1)** 68:23

**label(3)** 57:23 58:9 58:11

**labeled(2)** 57:20 70:15

**labeling(2)** 49:25 70:15

**labels(6)** 50:12 51:3 57:24 58:10 60:20 60:22

**language(3)** 17:3 22:8 77:5

**lanham(8)** 9:6 9:18 9:25 45:25 53:2 53:5 55:11 65:14

| Word | Page:Line |
|------|-----------|

last(14) 3:17 8:2 51:21 61:18 63:9 64:2 64:24 69:17 71:4 71:18 72:22 79:5 79:6 82:12
later(7) 7:18 13:19 14:1 16:24 23:1 39:16 63:18
laughter(2) 45:18 60:3
law(11) 5:5 6:2 28:17 29:9 37:13 45:6 46:14 53:5 63:22 64:5 73:12
laws(1) 71:5
lawsuits(3) 12:12 12:18 12:20
lay(2) 42:11 43:17
leading(1) 35:17
learned(4) 34:8 50:13 51:4 60:23
least(5) 6:18 16:22 31:16
legal(2) 14:9 54:3
legally(1) 57:20
legitimate(2) 48:17 71:9
legitimately(1) 32:12
length(1) 74:25
let(16) 10:4 10:18 12:3 19:4 20:2 25:6 25:8 25:23 26:3 29:24 29:24 34:16 40:12 65:10 66:9 74:12
let's(2) 50:7 50:7
letter(2) 6:2 82:17
liability(1) 13:11
liable(5) 28:20 29:2 29:11 29:12 29:17
liberty(1) 1:31
license(11) 28:18 28:18 28:19 28:24 29:1 29:3 29:4 29:11 29:17 31:9 38:15
licensed(3) 21:22 28:20 29:6
lie(1) 56:22
lies(1) 61:5
like(13) 3:23 8:6 25:5 29:4 35:21 45:24 46:19 48:19 53:4 53:25 71:2 75:6 82:16
likewise(1) 80:4
limitation(8) 20:19 22:3 22:13 34:23 45:8 75:21 76:1 76:9
limitations(7) 21:1 30:3 30:6 30:8 30:16 30:20 30:25
limited(4) 5:6 28:24 61:14 67:18
line(2) 27:22 27:23
lines(1) 29:9
links(1) 50:20
lists(2) 25:14 26:20
litigation(5) 6:16 10:20 11:8 14:7 61:2
llp(4) 2:4 2:19 2:36 2:43
little(5) 6:11 39:24 46:19 59:15 65:9
logic(2) 53:3 70:1
long(6) 5:15 17:1 29:5 62:18 63:3 72:21
longer(1) 45:23
look(9) 13:10 15:23 26:9 45:2 56:16 57:2 57:10 74:1 75:7
looked(1) 11:16
looking(1) 24:19
loose(3) 7:5 46:13 51:14
loses(2) 69:2 69:3
lost(1) 56:8
lot(4) 3:9 45:12 47:24 54:19
louie(3) 67:23 68:5 68:8
loyal(2) 35:25 36:12
ltd(1) 2:4
lubarsky(1) 2:6
mace(1) 1:41
machine(1) 27:5
made(31) 5:10 8:5 12:20 15:9 16:14 16:25 17:14 28:14 30:11 36:17 38:8 38:13 38:1 39:1 48:3 48:4 48:20 48:21 50:14 63:23 64:11 64:25 65:11 66:6 68:3 68:4 69:2 69:21 74:15 79:6 81:23
magically(1) 51:9

magnetic(1) 26:22
maintain(1) 23:15
make(16) 6:8 14:22 16:4 17:20 24:23 33:15 39:2 41:13 56:4 56:6 63:9 64:7 68:11 68:20 70:25 72:21
makes(4) 27:17 31:11 56:1 68:10
making(11) 36:24 44:21 47:5 47:16 47:18 47:23 53:24 59:12 67:19 67:20 74:19
man(1) 58:4
manage(1) 7:25
management(3) 2:49 64:7 79:12
manhattan(4) 2:38 2:45 68:2 69:22
manufac(19) 11:9 11:12 15:6 15:14 16:17 17:6 18:18 19:10 23:11 23:23 24:1 28:23 28:23 29:1 31:23 34:13 61:22 73:5 75:5
manufactured(1) 11:2
manufacturing(11) 16:12 26:19 28:25 41:17 41:21 50:15 52:24 68:7 73:5 73:6 73:22
many(1) 56:8
maritime(1) 2:51
mark(1) 68:19
market(13) 1:14 2:13 15:7 15:20 16:5 17:11 19:11 23:24 32:1 68:21 71:11 73:7 73:11
marketplac(2) 47:21 50:1
master(1) 14:19
matter(12) 3:13 5:5 7:7 45:5 51:17 53:3 53:21 55:11 65:15 69:25 73:12 83:15
matters(1) 50:10
matthew(1) 2:50
matz(2) 2:42 2:44
may(23) 3:15 8:14 9:20 10:5 15:17 27:4 29:25 30:5 32:25 34:9 47:18 47:23 47:24 47:25 47:25 51:23 51:24 53:14 69:1 72:24 75:16 78:11 79:2
maybe(14) 24:21 50:16 50:16 50:16 50:17 50:20 51:21 58:17 58:17 58:18 68:12 72:20 77:20 79:4
mccloy(2) 2:36 2:43
mclaughlin(1) 2:37
mcrsa(14) 20:14 20:22 21:4 21:10 21:20 23:19 26:2 26:5 27:23 61:19 75:12 75:14 78:5
meagher(1) 2:18
mean(7) 10:24 11:23 44:12 44:22 77:19 79:23 80:19
meaning(4) 20:17 22:12 22:14 25:8
means(5) 10:6 15:18 26:16 40:22 77:16
meant(4) 25:20 43:2 74:12 81:8
measure(2) 40:23 77:16
meet(1) 51:9
meeting(1) 41:9
meetings(2) 36:14 80:13
meets(1) 68:21
melanie(1) 2:37
member(2) 64:6 79:12
mentioned(2) 51:22 52:7
merge(1) 41:17
meritless(1) 40:11
merits(1) 8:10
met(1) 51:8
metal(1) 26:23
mgmt(1) 2:49
michelle(3) 2:21 4:7 4:13
midst(1) 35:2
might(2) 67:3 72:14
milbank(2) 2:35 2:42

million(9) 6:18 19:12 19:12 31:23 31:24 33:13 44:10 66:10 66:11
millions(1) 68:14
mind(3) 8:11 67:24 73:12
mindful(1) 77:1
minimum(3) 7:12 66:24 79:13
minor(1) 55:5
minutes(1) 71:19
misappropriation(5) 5:2 12:11 28:17 36:5 44:1
misconduct(1) 38:19
mislabeled(1) 61:3
misled(1) 47:10
misled(1) 31:19
misrepresentation(1) 79:25
misrepresentation(3) 36:17 37:23 43:13
misrepresented(2) 21:21 36:11
misrepresenting(1) 32:8
misuse(1) 5:3
misused(6) 5:16 5:22 6:7 62:5 62:19 63:3
misusing(1) 29:16
modification(1) 25:17
moment(2) 63:15 83:4
mona(1) 2:12
montrose(phonetic)(1) 46:23
more(9) 6:11 40:6 53:10 67:12 69:9 69:20 70:5 76:15 83:4
most(5) 9:17 9:18 57:3 64:25 68:16
motion(17) 3:8 4:7 15:9 18:7 24:16 30:21 32:16 39:17 39:23 40:1 40:9 42:10 45:6 66:6 66:15 67:12 69:9
motivation(1) 53:24
move(2) 52:10 67:10
moving(2) 3:22 15:8 16:15 21:13
much(3) 44:1 64:18 72:18
must(2) 5:6 62:8
myself(1) 81:17
name(4) 45:20 73:7 73:10 74:8
narrow(1) 77:5
nasty(1) 5:1
nature(1) 55:6
near(1) 68:2
necessarily(1) 56:23
need(6) 6:11 7:11 44:18 44:19 47:6 54:11 64:6 81:22
needed(1) 45:3
needs(5) 47:8 48:9 48:23 53:7 74:4
negotiations(1) 8:9
networks(5) 1:7 1:26 2:4 8:22 75:19
never(3) 52:23 52:24 53:22
new(17) 1:32 2:8 2:32 2:39 2:46 17:8 36:2 51:4 57:25 57:25 57:25 58:1 58:9 58:16 67:10 67:23 68:5
night(2) 3:17 57:21
nnc(1) 76:10
nni(8) 8:23 9:9 10:7 12:16 42:25 43:3 43:11 61:15
nni's(1) 73:4
nnl(7) 9:1 9:5 9:19 12:17 42:25 43:11 45:21
nobody(4) 11:9 11:10 71:2 80:19
non-movant(1) 18:9
none(1) 42:5

nortel(126) 1:7 1:26 2:4 5:9 5:18 5:25 6:9 8:22 11:8 11:12 11:16 14:13 14:13 15:5 15:10 16:1 16:17 16:18 17:6 17:9 17:11 17:12 17:21 17:25 18:15 19:7 20:10 20:13 21:5 21:6 21:8 21:25 22:2 22:4 22:11 22:20 22:20 22:23 23:1 23:3 23:12 24:3 24:11 24:22 25:22 25:22 27:14 31:19 31:25 32:3 33:10 33:12 33:14 33:23 33:24 34:11 34:20 34:22 34:24 35:10 35:13 35:14 35:17 37:5 38:5 39:12 40:22 42:10 42:22 43:2 43:5 43:7 43:12 43:14 43:15 44:3 44:9 44:10 47:13 47:16 48:3 49:8 49:8 50:2 50:5 51:1 52:21 52:25 53:24 54:9 55:8 56:14 57:19 57:25 58:6 58:7 60:19 60:23 61:22 61:25 62:1 63:14 65:1 65:15 66:22 66:24 67:2 68:23 69:3 70:14 70:25 71:11 71:13 71:14 71:22 73:5 73:7 73:9 73:10 73:11 73:15 74:7 74:8 74:10 75:2 75:18 77:22
nortel's(22) 4:25 5:3 5:5 5:10 20:11 20:12 20:17 23:5 23:8 23:14 31:22 39:6 39:9 43:8 44:7 49:22 55:23 61:20 62:12 70:24 71:3 71:9
nortels(1) 68:20
north(1) 2:13
not(137) 5:13 5:15 5:22 5:22 5:23 7:7 9:7 9:21 9:21 9:22 10:3 11:3 11:5 11:11 12:12 12:14 12:19 12:24 14:4 14:7 14:20 15:2 15:5 16:2 16:15 16:16 17:18 17:22 18:5 20:15 22:21 22:17 23:13 23:14 24:22 24:23 27:16 27:21 28:20 29:4 29:5 29:6 29:7 29:20 32:6 32:6 33:1 34:5 34:12 34:25 35:5 35:15 36:13 36:23 38:5 38:25 39:2 39:10 39:10 39:12 41:6 41:11 41:18 43:22 45:3 46:15 47:24 47:25 48:2 48:3 48:19 48:25 49:6 49:9 50:4 50:5 50:16 50:16 50:22 50:24 51:12 51:25 52:6 52:7 52:25 53:14 53:19 54:11 54:14 54:18 58:20 58:20 62:5 62:6 62:7 62:9 62:19 62:21 63:3 63:22 64:9 64:24 66:5 67:2 67:11 67:19 67:20 69:19 70:2 70:3 70:12 70:13 71:1 71:12 71:12 71:21 72:25 73:3 73:5 73:7 73:8 74:3 74:20 76:11 76:15 77:12 78:6 80:20 81:2 81:11 81:18 82:1 82:4 82:6 83:4
note(3) 10:18 27:19 75:6
notice(5) 6:21 40:18 43:18 57:9 77:13
notion(2) 18:20 27:13
now(24) 7:3 15:8 16:14 17:13 23:25 35:20 37:12 38:20 40:25 47:16 48:18 49:4 50:19 50:25 51:25 52:6 53:3 58:21 59:4 61:4 66:20 67:11 67:15 71:25
nowhere(1) 58:23
number(10) 14:14 17:21 17:24 18:24 31:19 33:20 48:20 48:21 49:1 51:22
numbered(1) 26:7
o'clock(1) 3:17
obligation(5) 5:23 6:1 62:7 67:3
obligations(4) 21:1 35:18 35:25 36:3
obviously(6) 7:18 8:10 16:1 78:19 81:22 82:24
occupational(1) 13:19
occupies(3) 46:4 52:17 54:18
occupy(1) 5:4
oddly(1) 26:8
off(9) 14:6 17:10 32:1 35:14 51:3 57:23 58:10 68:5 69:9
offer(2) 5:12 65:5

| Word | Page:Line |
| --- | --- |

offered(1) 57:11
okay(35) 6:14 7:14 10:2 10:10 10:11 10:16 24:15 25:1 25:10 26:13 29:24 33:5 41:12 45:13 52:15 52:25 55:3 56:18 57:12 58:18 60:14 60:18 61:8 62:20 63:1 63:5 64:13 65:13 69:13 72:7 74:2 75:23 78:22 80:3 82:7
once(2) 69:1 69:2
one(34) 1:31 2:23 2:31 2:38 2:45 2:51 3:12 10:22 14:14 15:18 17:9 17:21 31:19 33:8 33:17 38:2 40:6 41:6 46:16 47:10 50:20 50:24 55:4 55:5 55:5 56:4 56:20 56:22 58:11 58:20 68:6 71:22 74:16 74:20

online(1) 68:24
only(20) 9:17 15:13 15:22 17:3 19:9 19:22 24:5 24:6 29:13 33:24 34:8 34:15 38:1 42:19 43:21 46:16 48:25 54:11 67:2 75:3

opened(1) 52:18
opening(4) 46:18 47:13 48:7 51:19
opinion(2) 38:23 79:22
opportunity(3) 7:19 10:15 20:9
opposed(2) 62:15 78:17
opposite(2) 13:2 13:5
optical(3) 27:20 27:22 28:1
oral(4) 79:19 79:23 79:24 81:10
orally(1) 27:4
order(7) 3:19 8:2 10:23 14:22 41:25 43:6 53:18

ordered(4) 33:20 41:20 59:12 65:18
ordering(4) 34:2 35:9 41:19 81:5
orders(1) 77:23
ordinarily(2) 12:22 40:7
organized(1) 9:3
orthavida(4) 35:22 36:16 37:4 37:16
orthavida's(2) 36:15 36:21
other(49) 5:1 5:6 6:19 6:25 9:13 11:3 12:12 12:18 13:11 15:3 16:14 20:21 22:6 22:8 22:18 23:6 23:10 23:12 23:15 24:22 26:24 27:6 35:1 37:10 38:16 39:7 41:13 43:21 43:21 47:20 48:13 50:9 52:9 52:16 53:22 53:22 55:5 56:21 57:1 57:24 61:19 61:23 62:13 62:15 63:5 68:4 74:25 76:12 81:16
others(3) 56:7 67:21 71:11
otherwise(1) 66:13
our(59) 7:6 7:10 10:9 11:22 15:11 15:25 16:6 16:7 16:9 17:1 19:4 19:24 24:19 24:20 24:24 29:10 29:22 31:1 31:9 31:16 32:18 35:22 37:10 38:2 42:23 43:17 44:3 47:22 48:24 49:24 51:3 52:4 52:4 59:2 63:14 63:21 63:22 63:23 64:5 66:6 66:10 66:10 66:16 73:4 74:17 74:20 75:1 75:8 75:8 75:8 75:25 76:16 76:16 76:17 77:1 77:18 77:23 79:11
ours(1) 30:13
ourselves(2) 57:8 78:9
out(38) 7:11 14:12 14:25 15:12 16:9 17:3 18:23 19:5 19:6 19:17 19:25 25:6 26:3 26:5 27:13 30:24 40:7 40:8 42:11 43:17 45:5 46:23 46:25 50:12 57:8 57:19 59:1 59:3 62:9 66:4 67:1 67:3 68:12 71:10 72:3 73:6 73:19 74:6

outside(5) 28:25 29:8 29:11 33:18 44:6
over(8) 4:18 7:16 55:11 58:11 63:13 63:23 64:8 67:5

overall(1) 19:18
overarching(2) 5:23 28:13
overy(3) 2:4 8:24 45:21
own(5) 50:1 52:24 68:11 71:14 72:6
owned(4) 22:4 25:22 34:24 76:9
p.m(2) 3:1 83:10
p.o(1) 2:24
packaging(2) 11:6 72:5
packs(3) 19:13 31:24 66:12

page(6) 37:10 37:14 38:21 40:16 60:12 60:18

pages(5) 26:9 29:10 31:9 42:13 43:17
paid(5) 10:25 33:12 48:21 49:4 52:24
papers(3) 8:7 47:13 67:11 80:22
papers(12) 6:12 6:20 12:10 15:8 16:15 21:14 26:6 29:21 31:11 49:2 49:7 72:6

paragraph(16) 19:17 20:8 21:2 21:19 22:25 42:24 42:25 43:3 43:11 43:14 60:16 61:10 61:13 62:11 74:17 75:15

paragraphs(5) 19:5 19:18 19:20 20:2 20:7
parent(2) 75:17 76:10
parikh(1) 2:12
park(1) 2:31
part(10) 16:22 16:23 26:22 35:7 35:16 38:18 39:7 69:5 69:6 76:23

partially(2) 16:21 48:16
participate(1) 36:14
participated(1) 59:7
particular(11) 49:3 57:3 67:12 67:22 68:19 68:19 68:22 68:25 69:1 69:10 69:24
particularity(2) 77:5 81:25
particularly(4) 8:1 14:8 18:6 67:9
parties(19) 4:17 5:13 5:21 14:4 15:7 20:25 21:3 21:24 37:9 44:16 46:22 55:16 61:23 62:3 62:13 62:16 63:5 66:1

parts(4) 17:7 33:21 34:1 34:3 34:4 65:18 69:3 78:2 81:6

party(9) 12:25 13:11 14:6 22:21 22:22 28:25 46:13 53:22 54:5

pass(1) 3:25
passing(1) 54:24
past(1) 48:3
paul(2) 2:5 45:20
pause(2) 25:2 60:16
pay(4) 16:1 16:4 21:6 22:22
paying(2) 32:7 33:14
pennsylvania(1) 1:45
people(1) 59:13
perceived(1) 7:1
percent(2) 21:7 21:7
perform(4) 13:25 14:2 38:25 39:2
performance(1) 63:21
performing(5) 21:4 21:25 31:25 34:20 75:19

perhaps(3) 33:1 44:25 81:16
period(5) 30:25 34:7 61:24 62:23 67:5
permission(4) 4:6 62:2 82:12 82:16
permit(2) 5:14 16:17
permits(1) 61:20 62:12
permitted(5) 5:20 24:1 34:1 44:5
person(1) 80:21
personally(1) 59:18
petabone(3) 57:3 57:10 57:11
philosophical(1) 71:4
phone(3) 58:9 68:21 68:25
phones(22) 5:12 5:20 6:18 11:2 11:6 11:9 57:19 57:25 58:7 58:11 58:15 58:16 58:17 60:20 60:22 60:24 60:25 61:3 62:3 72:3 73:23 74:9

phonetic(4) 12:21 35:22 57:3 79:10
phony(3) 60:20 60:22 60:22
phrase(1) 12:1
picking(1) 3:25
piece(2) 26:22 80:22
ping(2) 65:10 74:12
place(5) 73:22 34 40:17 49:13 51:15 58:12 77:12 81:22

placed(1) 77:23
plainly(2) 53:15 54:7
plaintifl(6) 30:9 36:10 37:18 40:4 79:13 82:22

plaintiff's(1) 64:2
plaintiffs(4) 4:17 7:16 40:21 77:15
plan(1) 22:15
planned(1) 12:15
plausible(6) 5:9 6:2 18:10 18:11 40:5 62:8
play(1) 7:5
played(1) 46:13
playing(1) 51:13
plaza(4) 1:31 2:38 2:45 2:51
pleading(6) 40:2 40:10 44:20 57:5 57:7 78:17

pleadings(2) 11:3 58:21
please(3) 3:2 3:6 30:1 79:3
plus(1) 66:5
pocket(1) 7:1
podium(1) 7:16
point(28) 6:8 12:10 25:6 26:5 28:13 30:12 30:12 30:13 31:8 37:11 48:18 56:5 56:6 62:17 63:9 63:20 63:23 64:2 64:25 65:11 69:20 71:4 71:5 71:18 71:18 73:18 76:21 79:6
pointed(4) 7:10 17:3 30:24 59:1
pointing(1) 42:3
points(4) 8:5 60:10 74:14 82:13
polymer(1) 71:9
pong(2) 65:10 74:12
position(4) 9:24 13:22 13:2 52:4
positions(4) 6:25 45:1 61:1 70:3
positive(1) 69:19
possible(2) 17:18 54:1
possibly(2) 14:6 18:5
ppearances(1) 1:24 2:1
precisely(5) 5:17 81:15 81:24
precision(2) 40:23 77:16
predicate(2) 33:17 42:1
predicates(3) 31:17 41:1 42:14
prejudice(1) 59:11
premature(1) 45:5
prepare(1) 66:3
preparing(1) 3:9
present(3) 4:7 39:22 42:5
presumption(2) 65:21 65:23
pretending(1) 39:9
pretty(1) 55:6
prevailed(1) 13:3
primary(1) 31:10
principles(1) 37:20
print(2) 57:24 57:24
prior(2) 50:10 61:2
probably(3) 67:2 77:21 80:19
problem(14) 17:15 41:14 41:18 42:6 53:7 68:23 69:1 71:14 78:13 78:17 78:17 81:25 82:6 82:21

procedures(1) 26:17
proceed(2) 3:8 3:12
proceedings(3) 1:20 1:49 83:15
process(3) 33:22 50:14 69:6
processes(1) 26:17
procure(1) 43:7
produced(1) 1:50 73:9 73:10
product(38) 14:21 15:19 15:20 20:19 21:8 22:3 22:14 22:20 23:6 23:9 23:19 24:2 25:7 25:17 26:3 26:15 26:16 26:17 32:12 34:23 47:19 67:20 67:22 68:11 68:19 68:23 68:23 68:24 69:2 70:22 73:9 73:10 73:11 73:15 75:21 76:1 76:3 76:9

production(1) 70:21

products(52) 15:2 15:7 15:15 15:15 16:4 16:5 16:18 16:23 17:6 17:8 17:10 20:10 21:5 22:15 23:12 23:24 27:6 27:8 27:20 27:21 27:25 28:1 33:25 34:13 47:14 47:15 47:17 48:5 48:20 48:21 49:3 49:24 49:25 49:25 50:3 50:6 50:11 50:15 51:2 51:2 52:24 52:25 66:10 67:5 68:3 68:4 69:7 69:21 71:10 73:5 74:7

programs(2) 26:24 27:2
prohibited(1) 53:9
promise(3) 39:1 39:2 75:9
promises(1) 39:1
prong(4) 48:6 50:22 51:9 51:10
proof(1) 78:17
proper(1) 52:6
properly(1) 57:20
property(19) 20:12 20:17 20:18 22:2 22:11 22:12 23:5 23:8 28:21 34:22 36:1 44:3 44:5 44:9 75:9 75:21 75:23 75:25 76:8

proposition(2) 17:21 31:13
proprietary(19) 4:25 5:4 11:12 14:14 17:22 18:1 19:8 19:19 20:11 23:14 24:3 24:11 25:22 33:10 36:18 37:6 43:7 44:3 61:20
protection(2) 29:3 44:7
protective(1) 3:19
prove(2) 54:11 55:8
proven(1) 36:19
proves(1) 55:9
provide(5) 16:2 19:8 22:15 33:16 40:8
provided(13) 5:22 10:3 14:13 15:6 19:7 19:15 20:10 23:20 24:2 31:20 32:5 62:4 77:21
provider(3) 21:25 34:20 75:18
provides(1) 15:1
providing(11) 19:22 20:21 22:6 22:19 23:7 27:10 35:1 50:25 53:17 75:2 76:12

provision(3) 16:21 35:3 62:11
provisions(6) 15:10 15:12 16:9 16:12 19:21 22:7

public(1) 6:21
pull(1) 26:3
purported(1) 31:21
purpose(9) 15:3 20:21 22:5 22:18 23:6 25:24 34:25 41:21 76:12

purposes(3) 23:11 23:15 69:5
put(5) 43:18 50:1 58:8 58:11 72:5
putting(1) 77:12

quality(8) 67:21 68:11 68:17 68:22 69:4 69:6 71:10 71:14

quarrel(1) 81:13
question(24) 8:14 9:15 24:13 32:6 32:7 34:6 35:6 35:6 35:15 35:16 42:2 49:17 55:12 56:24 58:4 64:23 64:24 67:1 74:4 77:1 78:7 78:16 80:25 81:13

questions(11) 7:16 7:18 28:7 45:9 45:12 52:9 54:22 55:15 64:15 72:14 80:8

quote(6) 16:24 16:25 40:21 77:3 79:11 79:21

quoted(3) 16:21 16:22 16:24
quotes(2) 18:25 19:2
quoting(1) 38:23
radios(2) 28:24 28:25
raised(4) 6:21 48:12 54:24 67:9
rare(1) 40:1
rather(4) 7:9 8:9 26:8 55:5
reaches(1) 36:22
reaching(1) 13:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **read**(17) 6:12 18:7 18:20 19:4 27:18 34:16 34:17 62:11 63:25 74:20 75:1 75:15 75:16 76:4 76:23 76:24 81:17 | | **repairs**(4) 22:22 22:22 34:12 35:5 | | **said**(47) 7:2 12:25 13:1 13:17 13:20 13:25 14:5 15:4 15:10 15:22 16:21 16:25 17:15 17:16 19:7 19:8 33:9 36:6 36:9 40:15 41:7 41:16 42:9 50:2 50:9 50:10 51:1 51:2 52:2 55:2 56:20 56:21 57:25 58:9 58:11 58:13 64:8 65:17 66:2 70:23 71:24 76:22 80:13 80:19 81:19 81:21 | | **sense**(3) 24:23 27:17 33:15 | |
| | | **repeat**(2) 16:15 16:16 | | | | **sensitivity**(1) 83:3 | |
| | | **repeated**(2) 17:15 30:15 | | | | **sent**(1) 41:24 | |
| **reading**(5) 17:18 18:6 24:24 28:12 71:20 | | **repeatedly**(1) 35:20 | | | | **sentence**(1) 61:18 | |
| **reads**(1) 61:18 | | **reply**(15) 7:19 8:3 8:16 9:16 10:14 16:16 17:13 28:8 30:13 37:14 46:19 48:8 49:21 51:7 51:20 | | | | **sentences**(1) 70:16 | |
| **ready**(3) 3:8 3:12 60:17 | | | | **sale**(3) 23:12 61:23 63:4 | | **separate**(3) 31:17 32:2 36:20 | |
| **real**(2) 3:16 41:21 | | | | | | **september**(1) 21:3 | |
| **reality**(2) 47:22 54:3 | | **report**(10) 32:5 32:9 32:9 32:14 41:5 41:16 77:21 77:22 80:20 80:22 | | **same**(26) 14:4 28:2 28:3 28:3 34:17 36:24 37:11 37:15 37:18 37:19 41:19 44:1 48:16 49:10 54:6 60:25 68:11 68:11 68:12 68:1 69:3 70:16 71:5 75:2 81:5 81:6 | | **seriously**(2) 56:13 66:23 | |
| **really**(12) 8:9 19:5 24:23 27:17 28:15 32:10 34:3 35:13 42:6 64:24 69:14 69:19 | | **reports**(8) 31:20 31:21 35:8 41:4 63:16 65:2 65:3 65:17 | | | | **service**(8) 1:43 1:50 21:25 34:20 68:17 68:17 69:4 75:18 | |
| | | | | | | **services**(21) 1:43 4:23 5:12 5:21 14:20 20:21 22:1 22:6 22:19 22:19 23:7 34:21 35:1 38:16 62:3 71:16 75:11 75:19 76:12 76:14 76:19 | |
| **reason**(5) 12:23 14:15 41:13 65:16 68:15 | | **represent**(1) 31:21 | | **sample**(2) 20:1 23:17 | | | |
| **reasonably**(1) 14:22 | | **representation**(2) 38:8 64:11 | | **samples**(1) 74:9 | | | |
| **received**(1) 61:3 | | **representations**(7) 23:3 36:25 38:14 42:23 43:4 43:6 50:14 | | **san**(1) 2:52 | | | |
| **recent**(1) 77:2 | | | | **sanctioned**(1) 73:9 | | **set**(10) 5:11 7:5 14:12 14:25 19:5 19:17 45:17 45:19 63:14 63:22 | |
| **recently**(1) 64:25 | | | | **sat**(1) 63:17 | | | |
| **recess**(1) 83:5 | | **represented**(3) 38:17 39:6 49:23 | | **satisfied**(1) 13:8 | | **sets**(1) 19:6 | |
| **recognizable**(1) 27:5 | | **representing**(3) 23:13 45:21 50:5 | | **satisfy**(1) 40:25 | | **setting**(2) 4:18 80:11 | |
| **recognize**(2) 46:23 69:4 | | **required**(2) 27:7 79:16 | | **saw**(1) 3:24 | | **settlement**(3) 6:20 7:9 49:7 | |
| **recognized**(1) 9:16 | | **requirement**(4) 12:22 13:7 13:8 21:6 | | **say**(49) 5:13 9:12 10:6 12:3 14:2 15:13 16:2 16:7 16:10 19:21 24:21 30:14 31:22 37:25 38:3 40:4 40:9 41:6 41:8 42:19 42:22 43:1 43:3 44:23 45:2 47:13 51:7 52:2 54:17 56:13 58:6 58:10 58:13 59:8 66:3 69:20 70:5 70:16 70:17 70:18 70:19 71:20 71:25 72:1 73:3 74:10 80:20 82:15 83:4 | | **several**(1) 14:17 | |
| **recognizes**(1) 53:12 | | **requirements**(2) 55:7 64:12 | | | | **seville**(3) 40:16 76:22 79:7 | |
| **recognizing**(2) 53:6 53:15 | | **requires**(6) 40:20 50:23 51:16 64:4 77:14 79:13 | | | | **shall**(2) 53:13 53:14 | |
| **recommend**(1) 42:13 | | | | | | **she**(4) 10:14 13:19 57:13 57:13 | |
| **record**(4) 38:24 45:20 70:3 71:13 | | | | | | **sheet**(1) 26:22 | |
| **recorded**(1) 1:49 | | **reselling**(1) 15:20 | | | | **sherri**(1) 83:18 | |
| **recording**(2) 1:49 83:14 | | **reserve**(1) 7:17 | | **saying**(25) 7:4 18:20 22:13 25:23 28:14 32:8 35:4 41:14 41:15 43:9 44:4 47:18 48:4 50:8 51:10 58:15 59:5 61:2 61:4 65:18 75:3 75:7 76:7 76:15 79:17 | | **shop**(1) 57:24 | |
| **records**(3) 6:21 25:17 63:15 | | **resolve**(2) 54:5 54:8 | | | | **short**(1) 4:14 | |
| **recover**(3) 7:1 31:1 48:16 | | **resolving**(1) 54:4 | | | | **shorter**(1) 45:22 | |
| **recovered**(2) 69:24 69:24 | | **respect**(5) 6:6 10:7 18:4 38:13 42:14 | | | | **shortly**(1) 4:4 | |
| **recovery**(6) 5:5 6:15 6:24 30:16 48:13 48:23 | | **respectfully**(2) 48:19 52:6 | | | | **shots**(1) 59:9 | |
| | | **respecting**(1) 35:25 | | **says**(26) 16:7 16:8 17:5 20:8 20:17 22:9 22:13 26:9 26:15 29:1 29:5 35:3 35:23 42:10 42:15 42:24 58:17 60:23 62:11 62:18 63:2 64:6 71:22 76:25 77:9 77:15 | | **should**(14) 6:9 10:6 14:2 39:13 51:22 53:14 55:16 59:10 59:11 59:12 60:1 66:3 69:11 74:20 | |
| **reed**(1) 12:21 | | **response**(3) 15:11 64:19 82:23 | | | | **shouldn't**(1) 71:6 | |
| **refer**(3) 11:14 10:24 68:24 | | **restricted**(6) 17:23 18:16 18:22 19:16 23:22 29:14 | | | | **shouldn't**(1) 48:15 | |
| **reference**(1) 11:1 | | | | | | **show**(1) 42:18 | |
| **references**(1) 68:25 | | | | | | **showed**(1) 51:9 | |
| **referred**(3) 16:22 69:20 74:16 | | **restrictions**(3) 27:16 28:3 37:1 | | **scandalous**(6) 56:6 56:12 56:14 57:16 58:25 67:7 | | **side**(1) 35:25 | |
| **referring**(1) 8:23 | | **result**(4) 48:9 52:22 53:16 54:16 | | | | **sign**(1) 35:7 | |
| **refurbishment**(1) 71:15 | | **resulted**(3) 10:23 36:17 37:4 | | | | **signatures**(1) 42:4 | |
| | | **retail**(3) 37:13 | | **schedule**(2) 27:19 28:5 | | **signed**(18) 3:23 4:1 10:25 34:14 34:17 35:3 35:3 35:5 38:3 42:3 65:24 77:20 77:20 78:6 80:19 80:20 80:21 81:7 | |
| **reinstate**(1) 14:2 | | **revenue**(3) 21:9 33:13 44:10 | | **schematics**(3) 25:14 26:20 26:22 | | | |
| **relate**(2) 34:5 46:20 | | **rid**(1) 40:10 | | **scheme**(7) 23:16 35:7 35:13 35:17 38:19 39:8 50:21 | | | |
| **related**(1) 20:12 | | **right**(59) 4:8 7:17 9:8 9:10 11:4 13:23 15:24 17:1 20:6 20:15 22:5 22:18 23:5 24:8 30:10 30:12 30:18 31:2 34:25 34:25 38:9 38:11 38:15 39:6 39:19 43:24 47:3 47:9 49:19 52:19 55:19 56:3 57:15 58:3 61:5 63:4 63:25 65:6 66:7 69:15 70:1 70:7 71:7 71:11 71:12 72:9 73:8 73:24 75:13 76:11 78:15 78:22 80:3 80:15 81:4 81:20 81:24 82:3 82:9 | | | | **similar**(1) 48:6 | |
| **relates**(1) 38:1 | | | | **schuylkill**(1) 1:44 | | **similarly**(5) 26:2 27:19 29:15 61:7 61:9 | |
| **relating**(1) 27:6 | | | | **scope**(6) 29:11 31:17 33:18 33:19 44:6 44:13 | | **simple**(1) 42:19 | |
| **relation**(1) 45:25 | | | | | | **simplicity**(1) 77:7 | |
| **relationship**(10) 21:24 22:10 22:10 32:4 34:19 37:5 52:21 52:22 53:21 75:18 | | | | **seal**(1) 6:20 | | **simply**(14) 12:15 18:5 18:22 37:16 46:15 50:24 51:10 51:12 52:7 53:20 54:17 66:5 70:1 82:4 | |
| | | **rights**(2) 21:17 63:18 | | **search**(1) 7:13 | | | |
| **relative**(1) 67:17 | | **ring**(1) 69:22 | | **seated**(1) 3:6 | | **since**(3) 8:1 14:8 55:23 | |
| **relatively**(1) 67:17 | | **rise**(2) 3:2 55:20 | | **second**(8) 4:22 6:4 47:4 48:6 49:20 50:25 51:10 63:20 | | **single**(6) 15:13 41:5 41:16 41:20 64:10 80:21 | |
| **release**(2) 25:16 25:17 | | **rodney**(1) 2:23 | | | | | |
| **rely**(2) 43:5 43:13 | | **room**(1) 57:22 | | **secret**(3) 12:10 28:17 44:1 | | **sir**(1) 45:14 | |
| **remained**(1) 36:12 | | **rooms**(1) 68:3 | | **secrets**(5) 5:2 28:19 28:23 29:13 44:8 | | **sit**(1) 63:18 | |
| **remains**(1) 54:11 | | **rooney**(1) 2:11 | | **section**(3) 20:14 20:22 75:11 | | **situation**(3) 13:5 13:24 14:4 38:22 49:10 | |
| **remanufacture**(18) 5:20 11:9 11:13 15:7 15:15 15:17 16:5 16:23 17:10 18:19 19:10 23:23 24:6 31:23 34:12 61:22 73:6 75:5 | | **routines**(1) 26:24 | | **secured**(1) 5:19 | | **situations**(4) 13:14 14:3 41:6 42:5 | |
| | | **royalties**(3) 22:23 32:7 33:12 | | **see**(6) 7:23 10:3 21:10 58:5 63:5 63:5 | | **skadden**(1) 2:18 | |
| **remanufacture**(1) 5:12 57:21 62:3 | | **royalty**(19) 16:1 16:4 21:7 31:20 31:20 32:5 32:13 35:8 41:4 41:5 41:16 63:16 65:2 65:3 65:17 77:20 77:22 80:20 80:22 | | **seeing**(1) 62:9 | | **sketchy**(1) 42:8 | |
| **remanufacturing**(6) 16:13 17:4 41:17 41:22 71:15 73:22 | | | | **seek**(1) 67:5 | | **slapped**(1) 58:1 | |
| | | | | **seemed**(3) 8:16 13:18 58:14 | | **slate**(1) 2:18 | |
| **remarks**(1) 28:8 | | | | **seems**(4) 67:11 67:16 67:17 69:23 | | **smelled**(1) 66:4 | |
| **remedially**(1) 48:25 | | **rug**(1) 6:25 | | **seen**(4) 3:22 33:3 67:11 67:13 | | **snuck**(1) 71:3 | |
| **remedies**(5) 53:10 53:17 53:20 54:9 55:8 | | **rule**(8) 18:6 40:18 40:19 41:14 42:5 76:21 77:2 77:13 | | **seized**(1) 74:8 | | **sold**(16) 7:2 7:4 49:3 49:24 50:16 50:16 58:1 58:6 58:15 58:16 58:17 58:18 68:4 71:10 73:15 74:7 | |
| **remedy**(1) 67:6 | | | | **seizure**(1) 7:13 | | | |
| **remembers**(1) 76:3 | | | | **sell**(16) 5:1 5:1 5:21 15:7 16:5 17:10 23:24 24:2 32:12 47:19 62:2 62:13 66:9 68:5 70:25 73:6 | | | |
| **remove**(1) 58:10 | | | | | | **solely**(1) 15:2 | |
| **removed**(2) 49:25 50:11 | | **rules**(1) 77:8 | | | | | |
| **repair**(43) 4:22 5:12 5:21 14:19 15:2 15:13 15:19 15:23 15:25 16:11 18:17 19:5 19:22 20:9 21:5 21:10 22:15 22:20 22:20 22:21 22:21 23:7 25:25 26:1 27:7 27:12 33:22 34:1 34:16 35:11 37:2 38:16 39:7 42:10 62:20 61:25 62:3 62:15 71:15 75:4 76:14 76:19 77:24 | | **running**(1) 4:24 | | **selling**(13) 6:17 19:10 28:1 32:1 47:14 47:15 47:19 48:2 48:8 49:23 50:11 67:21 69:21 | | | |
| | | | | **sells**(1) 68:10 | | | |
| **repaired**(1) 21:9 | | | | **sends**(1) 22:20 | | | |

| Word | Page:Line |
|---|---|
| some(31) | 7:12 8:5 8:6 12:25 14:18 15:19 18:2 24:21 25:4 30:2 38:7 40:23 41:12 42:12 46:1 47:18 47:23 47:24 47:25 48:1 49:12 50:16 50:17 50:23 56:7 57:1 57:24 66:13 68:24 71:3 71:6 |
| somebody(8) | 28:22 41:7 57:12 70:25 73:4 77:20 77:20 80:13 |
| somehow(8) | 27:14 46:13 47:16 49:22 50:20 51:5 51:9 59:7 |
| someone(3) | 13:25 28:24 64:8 |
| something(22) | 8:11 10:6 13:21 24:24 27:13 28:20 39:13 41:7 44:6 49:6 56:5 59:8 64:8 65:19 66:4 66:24 70:18 70:22 72:1 72:7 74:24 78:3 |
| sometime(1) | 59:16 |
| somewhat(3) | 45:22 45:23 53:5 |
| soon(1) | 29:7 |
| sophisticated(1) | 4:17 |
| sorry(3) | 8:20 59:15 74:11 |
| sort(6) | 6:25 7:12 10:19 26:8 71:3 71:4 |
| sound(2) | 1:49 83:14 |
| sounds(1) | 53:3 |
| speak(2) | 5:5 30:5 |
| speaker(4) | 64:4 78:4 78:7 79:14 |
| speaks(1) | 10:5 |
| specific(7) | 22:14 25:24 29:21 43:18 64:6 76:1 79:12 |
| specifically(6) | 5:17 15:22 42:17 43:15 46:20 53:9 |
| specifications(3) | 25:15 25:16 26:18 |
| spell(2) | 16:9 74:5 |
| spelling(1) | 19:24 |
| spells(3) | 15:12 40:7 40:8 |
| spent(1) | 3:9 |
| square(1) | 2:23 |
| staff(1) | 68:9 |
| stage(6) | 40:2 40:10 44:20 44:25 45:4 |
| stand(3) | 31:8 37:11 82:16 83:5 |
| standard(1) | 54:3 |
| standards(3) | 37:19 40:25 68:22 |
| start(2) | 45:24 46:1 |
| started(2) | 46:18 71:18 |
| starting(1) | 36:1 |
| state(5) | 5:9 5:25 6:5 31:11 44:13 |
| stated(2) | 34:15 37:22 |
| statement(10) | 42:15 64:5 67:12 69:10 79:12 79:19 79:24 81:11 81:14 81:23 |
| statements(4) | 12:25 70:5 77:19 79:15 |
| states(4) | 1:1 1:22 22:25 55:17 |
| statute(7) | 30:2 30:6 30:7 30:16 30:20 45:8 49:1 |
| stay(2) | 29:5 66:17 |
| steen(2) | 1:26 8:22 |
| step(2) | 29:8 29:10 |
| steps(1) | 65:1 |
| still(4) | 6:5 31:1 44:20 54:10 |
| stock(2) | 25:14 26:20 |
| stop(2) | 61:24 62:23 |
| stopped(1) | 19:6 |
| story(14) | 19:5 19:18 39:21 46:17 46:17 47:12 48:1 48:8 49:20 49:21 50:7 50:25 52:20 62:25 |
| strategy(1) | 36:15 |
| strauss(1) | 2:28 |
| street(7) | 1:14 1:44 2:13 67:24 68:3 69:24 69:25 |
| stress(1) | 13:18 |
| stress-related(1) | 13:19 |
| stripped(1) | 57:23 |
| structural(1) | 56:24 |
| structure(1) | 28:3 |
| structured(1) | 26:8 |
| stuff(10) | 5:1 56:12 57:16 58:25 59:4 59:8 60:10 68:13 70:15 70:25 |
| subject(3) | 22:6 55:11 57:9 |
| submit(4) | 26:6 40:10 45:4 82:17 |
| submitted(2) | 21:13 26:5 65:2 |
| substantial(1) | 53:7 |
| substantiation(2) | 40:23 77:17 |
| subsumed(1) | 55:1 |
| such(8) | 21:9 22:6 22:19 35:1 36:19 47:6 51:14 76:12 |
| sue(3) | 14:1 29:4 29:5 |
| sued(3) | 13:19 13:25 36:4 |
| sufficient(1) | 38:24 |
| suggest(2) | 66:13 69:23 |
| suicide(3) | 13:17 13:19 13:20 |
| suit(2) | 10:25 60:19 |
| suite(3) | 1:37 2:14 2:51 |
| sum(1) | 51:18 |
| summary(2) | 33:1 44:25 |
| sun(1) | 76:6 |
| superfluous(1) | 45:3 |
| supplier(1) | 61:3 |
| suppliers(3) | 33:24 47:19 47:20 |
| support(4) | 13:18 15:9 39:21 74:5 |
| supported(1) | 18:5 |
| suppose(2) | 18:12 65:25 |
| supposed(4) | 18:1 35:12 39:10 77:24 |
| supreme(2) | 12:20 12:24 |
| sure(5) | 10:3 48:14 68:20 70:12 72:22 |
| surprising(1) | 39:24 |
| surrogate(1) | 66:12 |
| suspect(2) | 29:15 65:16 |
| sustained(1) | 25:12 |
| swb(13) | 11:10 47:14 47:25 48:1 49:9 50:4 50:11 50:17 51:2 58:17 60:23 67:1 69:21 |
| sweep(1) | 6:25 |
| switch(1) | 6:24 |
| table(1) | 5:19 |
| take(10) | 3:15 6:20 44:5 45:5 45:17 50:7 56:12 57:2 57:10 77:6 |
| taken(1) | 13:2 65:1 |
| takes(1) | 66:22 |
| taking(7) | 11:1 15:18 17:7 36:1 44:9 72:3 78:2 |
| talk(4) | 25:6 42:3 48:22 57:4 |
| talking(6) | 18:2 42:7 78:10 78:11 79:7 |
| talks(3) | 17:25 37:15 56:19 |
| tar(1) | 59:2 |
| teaming(1) | 55:24 |
| technical(36) | 4:21 4:23 5:15 5:16 5:22 6:6 11:8 11:18 12:12 14:14 14:19 14:20 15:2 15:5 16:2 17:22 18:15 18:18 19:19 23:19 25:7 25:13 25:21 27:1 28:4 43:9 61:21 62:4 62:12 62:19 63:3 74:22 74:23 75:1 75:4 76:17 |
| techniques(1) | 27:3 |
| technology(19) | 11:12 11:12 16:13 22:14 22:18 23:14 23:16 24:22 27:3 31:22 31:25 33:11 34:12 34:16 35:11 39:9 42:20 44:3 66:10 |
| telephone(5) | 6:16 6:17 6:19 7:2 7:8 |
| telephones(4) | 7:3 7:4 11:13 57:21 |
| telesets(2) | 19:12 31:24 |
| televisions(1) | 29:2 |
| tell(3) | 58:23 71:13 80:14 |
| telling(5) | 17:11 33:14 35:9 71:12 73:11 |
| ten(2) | 26:9 63:18 |
| tennessee(1) | 74:9 |
| tens(1) | 68:14 |
| term(12) | 11:17 14:16 14:19 14:21 14:23 14:23 15:16 20:16 20:20 22:12 23:10 74:22 |
| terminate(1) | 36:13 |
| terminology(2) | 14:16 14:18 |
| terms(1) | 4:19 |
| test(5) | 4:14 25:16 26:23 46:24 50:23 |
| testing(1) | 31:25 |
| than(16) | 5:19 8:9 20:21 22:6 22:19 23:6 26:8 35:1 38:16 39:7 40:6 45:22 45:23 56:25 62:5 76:12 |
| thank(39) | 3:3 4:5 4:8 4:9 7:20 7:21 8:12 8:12 10:10 10:16 20:6 45:11 45:13 45:14 45:16 52:13 55:19 59:21 59:22 59:22 61:17 63:7 63:8 64:1 64:16 64:17 64:18 66:18 66:18 70:7 78:22 80:9 82:8 82:20 82:25 83:5 83:6 83:8 83:9 |
| thanks(1) | 72:18 |
| that(301) | 4:24 5:10 5:16 5:20 5:22 5:23 6:5 6:6 6:9 6:17 6:19 7:2 7:7 8:6 8:10 8:11 8:14 8:14 9:4 9:13 9:16 9:16 9:17 9:24 10:4 10:5 10:6 10:6 10:8 10:14 10:22 10:23 10:24 10:25 10:25 11:10 11:10 11:10 11:11 11:11 11:17 11:20 11:21 12:4 12:7 12:10 12:11 12:16 12:17 12:17 12:21 12:21 12:23 12:24 12:25 13:2 13:8 13:8 13:9 13:10 13:17 13:18 14:3 14:7 14:10 14:16 14:17 14:23 15:1 15:5 15:11 15:13 15:18 15:20 15:21 16:6 16:7 16:7 16:8 16:8 16:9 16:12 16:14 16:17 16:23 16:24 17:3 17:5 17:6 17:7 17:14 17:16 17:16 17:17 17:17 17:20 17:21 17:22 17:25 18:1 18:2 18:5 18:7 18:14 18:15 18:17 18:20 18:20 18:21 19:7 19:19 19:11 19:14 19:15 19:16 19:17 19:19 19:21 19:25 20:15 20:18 20:25 20:25 21:6 21:13 21:14 21:23 21:24 22:10 22:14 22:15 22:17 22:18 22:23 23:2 23:4 23:13 23:16 23:20 23:21 23:21 23:23 24:1 24:2 24:4 24:6 24:6 24:13 24:14 24:21 25:5 25:6 25:21 26:1 27:10 27:11 27:13 27:14 27:14 27:15 27:20 27:21 27:25 27:25 28:1 28:2 28:5 28:10 28:10 28:11 28:14 28:17 28:20 28:23 28:25 29:8 29:10 29:12 29:12 29:13 29:19 29:25 30:5 30:7 30:12 30:13 30:15 31:2 31:5 31:7 31:7 31:8 31:10 31:11 31:14 31:17 31:24 32:2 32:2 32:5 32:24 33:6 33:8 33:9 33:9 33:12 33:17 33:23 34:2 34:6 34:7 34:9 34:14 34:17 34:19 35:4 35:7 35:10 35:7 35:18 35:19 35:19 35:21 35:23 35:24 36:2 36:10 36:1 36:16 36:25 37:2 37:4 37:7 37:11 37:13 37:13 37:14 37:15 37:16 37:17 37:23 38:3 38:5 38:8 38:8 38:8 38:13 38:14 38:15 38:17 38:20 38:22 38:22 38:25 39:2 39:3 39:3 39:6 39:9 39:13 39:21 41:2 41:5 41:5 41:11 41:16 41:20 41:22 42:12 42:16 42:17 42:18 42:22 42:23 42:24 43:1 43:4 43:11 43:12 43:15 43:18 43:22 44:7 44:12 44:12 |
| that(288) | 44:17 45:2 45:5 45:7 45:9 46:1 46:3 46:8 46:9 46:10 46:12 46:17 46:18 46:24 46:24 47:5 47:7 47:9 47:9 47:12 47:15 47:15 47:17 47:18 47:22 48:1 48:2 48:3 48:4 48:6 48:9 48:15 48:19 48:20 48:20 48:21 48:22 49:3 49:6 49:7 49:12 49:12 49:15 49:22 49:23 49:23 49:24 50:2 50:3 50:4 50:4 50:5 50:5 50:8 50:9 50:10 50:10 50:12 50:13 50:13 50:14 50:15 50:18 50:19 50:23 50:25 51:1 51:1 51:1 51:1 51:2 51:3 51:3 51:4 51:5 51:8 51:8 51:13 51:14 51:16 51:23 52:5 52:7 52:13 52:21 52:22 52:22 52:23 52:24 52:25 53:3 53:6 53:10 53:12 53:12 53:15 53:18 53:19 53:20 53:25 54:9 54:11 54:11 54:12 54:14 54:15 54:17 54:21 54:23 55:1 55:4 55:7 55:8 55:9 55:13 56:1 56:5 56:6 56:12 56:13 56:13 56:14 56:14 56:16 56:20 56:22 56:23 57:4 57:7 57:7 57:10 57:17 57:17 57:20 57:23 57:24 58:9 58:10 58:11 58:12 58:14 58:15 58:15 58:15 58:19 58:21 58:22 58:25 58:25 59:1 59:2 59:6 59:6 59:6 59:8 59:10 59:12 60:19 60:23 60:23 60:25 60:25 61:24 61:25 62:1 62:4 62:11 62:18 62:22 63:13 63:20 63:21 64:2 64:3 64:6 64:7 64:25 64:25 65:3 65:7 65:11 65:16 65:17 65:19 66:2 66:8 66:12 66:13 66:24 66:25 67:1 67:1 67:11 67:13 67:16 67:16 67:19 67:20 67:21 67:21 68:8 68:13 68:13 68:16 68:17 68:18 68:20 68:21 68:21 68:22 68:23 68:25 69:1 69:3 69:5 69:8 69:11 69:23 70:4 70:12 70:17 70:21 71:2 71:2 71:3 71:6 71:6 71:8 71:10 71:21 71:22 71:23 72:1 72:2 72:4 72:5 72:5 72:7 72:10 72:22 73:1 73:5 73:11 73:14 73:14 73:17 73:19 73:22 74:4 74:4 74:5 74:6 74:14 74:14 74:20 74:21 74:21 74:22 74:24 74:25 75:1 75:2 75:4 75:15 75:17 76:19 76:23 77:2 77:21 77:22 77:25 78:8 79:13 79:19 79:24 80:1 80:11 80:13 80:18 80:21 80:22 81:13 81:22 81:22 82:18 82:19 82:21 83:13 |
| that's(62) | 5:13 6:1 6:11 8:9 9:20 12:14 12:14 13:21 14:4 17:12 19:17 20:14 20:22 23:17 23:22 24:12 24:22 26:11 28:6 29:21 33:17 35:22 36:8 37:7 38:9 43:25 44:4 44:4 44:11 45:2 47:9 51:11 51:12 51:18 53:11 56:12 56:25 58:1 59:3 61:5 61:16 62:7 62:7 62:21 63:23 63:25 66:23 66:25 67:8 68:15 69:5 71:1 71:12 71:24 72:7 73:7 74:24 75:14 80:17 80:20 81:8 81:24 |
| that's(1) | 68:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(301) 1:1  1:2  1:21  2:7  2:28  3:2  3:3  3:8  3:8  3:14  3:15  3:20  3:24  4:1  4:3  4:3  4:6  4:7  4:8  4:10  4:12  4:16  4:17  4:18  4:20  4:21  4:21  4:22  4:22  4:23  4:23  4:24  4:24  5:4  5:4  5:6  5:6  5:8  5:13  5:14  5:17  5:19  6:1  6:3  6:4  6:4  6:5  6:8  6:9  6:11  6:12  6:16  6:19  6:20  6:21  6:22  6:25  7:2  7:2  7:5  7:7  7:8  7:8  7:11  7:13  7:14  7:16  7:17  7:19  7:21  7:23  8:1  8:1  8:2  8:2  8:3  8:4  8:8  8:9  8:9  8:10  8:15  8:17  8:17  8:20  8:23  9:2  9:3  9:4  9:5  9:8  9:9  9:9  9:10  9:13  9:15  9:17  9:18  9:23  9:25  9:25  10:2  10:4  10:9  10:11  10:13  10:17  10:19  10:19  10:21  10:22  11:2  11:4  11:6  11:7  11:11  11:14  11:16  11:17  11:18  11:23  12:1  12:1  12:5  12:8  12:9  12:11  12:11  12:16  12:17  12:20  12:21  12:23  12:24  12:25  13:2  13:9  13:13  13:13  13:15  13:17  13:19  13:23  14:4  14:4  14:8  14:10  14:12  14:13  14:15  14:16  14:18  14:18  14:19  14:21  14:23  14:25  15:3  15:3  15:5  15:7  15:11  15:12  15:12  15:16  15:18  15:20  15:22  15:24  16:6  16:9  16:10  16:11  16:14  16:17  16:19  16:21  16:22  16:22  16:23  16:24  16:25  17:4  17:5  17:6  17:10  17:14  17:15  17:16  17:16  17:17  17:18  17:19  17:20  17:24  17:25  18:3  18:6  18:6  18:9  18:9  18:10  18:12  18:14  18:15  18:20  18:21  18:22  18:24  18:25  18:25  19:4  19:5  19:6  19:10  19:11  19:14  19:15  19:15  19:16  19:17  19:18  19:18  19:19  19:20  19:21  19:21  19:23  20:1  20:4  20:5  20:6  20:9  20:13  20:16  20:16  20:20  20:20  20:21  20:22  20:22  20:25  21:3  21:4  21:6  21:8  21:12  21:12  21:14  21:15  21:15  21:17  21:18  21:20  21:22  21:23  21:25  22:6  22:7  22:8  22:9  22:12  22:14  22:15  22:19  23:20  23:10  23:11  23:17  23:18  23:19  23:20  23:20  23:21  23:21  23:22  23:22  23:24  23:25  24:1  24:2  24:5  24:6  24:7  24:8  24:10  24:15  24:18  24:20  24:23  25:1  25:4  25:6  25:9  25:10  25:12  25:20  25:25

**the**(301) 26:2  26:3  26:4  26:5  26:6  26:6  26:7  26:7  26:9  26:10  26:13  26:14  26:15  27:6  27:7  27:9  27:11  27:13  27:15  27:15  27:16  27:16  27:18  27:18  27:20  27:21  27:23  27:24  27:24  27:25  28:2  28:2  28:3  28:3  28:7  28:10  28:10  28:11  28:12  28:13  28:14  28:14  28:17  28:19  28:22  28:25  29:3  29:3  29:5  29:9  29:11  29:13  29:16  29:17  29:21  29:23  30:1  30:1  30:2  30:5  30:6  30:7  30:8  30:9  30:10  30:15  30:15  30:18  30:20  30:25  31:3  31:4  31:4  31:5  31:7  31:7  31:8  31:9  31:10  31:10  31:17  31:17  31:18  31:24  32:1  32:4  32:8  32:8  32:11  32:12  32:12  32:13  32:16  32:17  32:20  32:22  32:23  33:5  33:6  33:7  33:7  33:8  33:12  33:16  33:18  33:18  33:18  33:19  33:21  33:23  33:24  33:25  34:5  34:6  34:7  34:7  34:15  34:16  34:20  35:2  35:5  35:8  35:22  35:23  35:23  35:25  36:1  36:3  36:30  36:30  36:9  36:10  36:10  36:10  36:22  36:24  36:25  37:15  37:15  37:17  37:16  37:17  37:17  37:18  37:18  37:21  37:21  37:22  37:24  37:25  38:2  38:4  38:6  38:7  38:9  38:11  38:12  38:14  38:15  38:23  38:24  38:25  39:1  39:1  39:11  39:12  39:16  39:19  40:2  40:3  40:4  40:7  40:8  40:8  40:10  40:12  40:14  40:15  40:15  40:16  40:18  40:19  40:21  40:22  41:2  41:4  41:9  41:14  41:19  42:1  42:4  42:4  42:5  42:6  42:9  42:11  42:13  42:15  42:18  43:8  43:10  43:11  43:17  43:19  43:20  43:22  43:23  43:24  44:1  44:1  44:4  44:6  44:6  44:11  44:13  44:14  44:14  44:15  44:15  44:18  44:20  44:22  44:23  44:25  45:1  45:3  45:5  45:7  45:8  45:11  45:14  45:17  45:19  45:20  45:22  45:25  45:25  46:1  46:2  46:3  46:4  46:4  46:5  46:6  46:9  46:11  46:13  46:14  46:16  46:16  46:14  46:14  46:15  46:17  46:20  46:23  46:23  46:24  47:1  47:3  47:4  47:5  47:5  47:7  47:9  47:10  47:12  47:17  47:20  47:21  47:22  48:1  48:1  48:1  48:3  48:6  48:6  48:7  48:8  48:8  48:9

**the**(301) 48:12  48:12  48:15  48:16  48:18  48:20  49:6  49:7  49:10  49:12  49:13  49:16  49:18  49:20  49:20  49:21  49:21  50:1  50:8  50:9  50:10  50:12  50:13  50:20  50:22  50:25  51:3  51:4  51:4  51:7  51:9  51:9  51:12  51:14  51:15  51:16  51:18  51:19  51:21  51:22  51:23  51:25  52:3  52:3  52:5  52:5  52:7  52:7  52:7  52:9  52:11  52:13  52:16  52:16  52:17  52:19  52:20  53:1  53:1  53:4  53:5  53:10  53:13  53:13  53:17  53:24  54:1  54:3  54:3  54:4  54:5  54:5  54:7  54:8  54:9  54:9  54:13  54:14  54:17  54:18  54:20  54:23  54:23  54:24  54:25  55:3  55:6  55:6  55:7  55:8  55:9  55:11  55:14  55:14  55:15  55:19  55:22  55:25  56:3  56:7  56:9  56:10  56:16  56:17  56:18  56:21  56:24  57:2  57:3  57:5  57:6  57:8  57:12  57:15  57:21  57:22  58:3  58:24  59:2  59:3  59:17  59:22  60:4  60:6  60:8  60:10  60:10  60:11  60:14  60:17  60:18  60:19  60:21  60:23  60:24  60:27  61:3  61:3  61:5  61:8  61:9  61:10  61:11  61:12  61:13  61:13  61:16  61:18  61:19  62:2  62:5  62:6  62:7  62:7  62:9  62:10  62:15  62:18  62:20  62:21  62:21  62:22  62:22  62:24  63:1  63:2  63:4  63:5  63:8  63:9  63:10  63:10  63:11  63:16  63:16  63:20  63:20  63:21  63:25  64:2  64:3  64:4  64:4  64:7  64:8  64:12  64:13  64:16  64:18  64:23  64:24  64:25  65:1  65:2  65:2  65:2  65:6  65:8  65:11  65:12  65:13  65:14  65:21  65:25  66:2  66:7  66:11  66:15  66:17  66:18  66:20  67:9  67:9  67:12  67:13  67:13  67:16  67:23  67:25  68:2  68:9  68:12  68:12  68:20  68:20  68:21  68:24  69:2  69:3  69:5  69:6  69:11  69:11  69:13  69:15  69:16  69:17  69:18  69:21  69:22  69:22  69:23  69:24  69:25  70:6  70:7  70:10  70:11  70:13  70:14  70:16  70:20  70:21  71:1  71:7  71:8  71:10  71:11  71:12  71:13  71:13  71:18  71:24  71:24  72:5  72:9  72:10  72:13  72:16  72:19  72:21  72:22  72:24  73:1  73:6  73:7  73:10  73:11  73:14  73:14  73:17  73:21  73:21  73:25  74:2  74:8  74:9  74:11  74:18  74:20  74:21  74:21  74:23  74:23

**the**(103) 75:1  75:2  75:4  75:10  75:11  75:13  75:14  75:18  75:24  76:1  76:4  76:5  76:6  76:16  76:21  76:22  77:2  77:1  77:6  77:7  77:11  77:13  77:13  77:19  77:20  77:20  77:23  78:1  78:3  78:4  78:4  78:5  78:5  78:7  78:14  78:15  78:15  78:19  78:21  78:25  79:1  79:3  79:5  79:6  79:7  79:8  79:10  79:11  79:12  79:13  79:14  79:14  79:16  79:19  79:21  79:21  79:23  80:3  80:6  80:9  80:11  80:12  80:13  80:15  80:17  80:19  81:1  81:4  81:5  81:6  81:8  81:11  81:10  81:13  81:16  81:16  81:21  81:23  81:25  82:3  82:5  82:7  82:9  82:11  82:14  82:16  82:19  82:22  82:23  83:1  83:2  83:3  83:3  83:4  83:7  83:9  83:10  83:13  83:14  83:15

**their**(30) 4:19  6:22  12:10  14:1  15:9  15:9  27:7  28:8  28:9  34:1  40:24  42:4  46:18  46:19  47:13  50:1  51:7  57:4  57:5  57:6  58:14  59:6  59:9  60:13  61:6  63:17  68:11  72:6  77:7  78:11

**them**(32) 14:18  15:7  16:5  17:10  23:24  24:1  24:20  39:22  40:20  41:21  45:10  47:24  47:25  47:25  50:1  55:8  55:9  56:22  58:18  58:20  61:4  61:4  63:25  66:9  68:5  68:10  72:7  73:6  74:8  74:10  77:14  77:24

**theme**(1) 4:24

**then**(40) 6:3  9:14  9:21  10:14  10:14  15:20  17:10  19:20  21:14  22:13  30:16  31:14  32:1  32:12  32:25  33:1  35:23  43:13  44:5  44:6  45:2  46:2  47:5  47:19  48:22  50:1  51:11  53:8  56:11  57:21  58:16  60:22  65:11  67:21  68:4  68:10  70:25  72:6  74:14  77:15

**there**(47) 7:7  7:12  10:6  11:1  12:19  12:25  13:9  14:17  18:24  19:3  19:6  24:13  27:14  28:15  30:22  30:24  37:8  37:16  37:17  37:23  38:3  39:21  39:23  40:5  40:5  42:2  43:12  44:12  47:11  47:4  50:24  52:9  54:11  57:3  57:7  58:1  61:5  61:24  64:9  65:21  69:9  72:3  78:16  81:13  81:17  81:18  82:4

**there's**(43) 12:13  12:15  13:8  13:16  16:6  16:7  17:4  27:13  28:16  31:12  33:22  38:1  38:20  41:18  41:22  42:2  42:8  46:24  48:7  48:9  51:3  51:11  51:12  51:13  51:15  55:14  65:23  67:1  68:7  68:15  68:16  70:2  70:14  74:4  74:25  78:7  78:8  80:21  80:25  81:13  81:25  82:1  82:6

**therefore**(6) 5:25  9:11  13:3  29:12  30:22  55:12

**these**(55) 4:17  6:21  6:22  6:25  15:4  15:6  15:21  17:23  19:7  34:1  35:3  35:15  37:1  38:6  38:13  38:13  39:25  40:10  41:1  42:5  42:14  42:23  43:5  43:13  43:17  50:3  50:5  51:14  51:23  54:25  55:13  55:15  55:15  55:16  56:13  58:19  60:20  60:24  60:25  60:25  66:22  68:1  68:3  68:4  68:8  68:13  69:7  74:7  75:3  75:7  75:11  77:12  78:2  82:12  82:15

**they**(155) 5:19  6:2  6:3  6:4  6:5  6:15  6:16  6:18  6:21  7:13  9:16  12:24  14:1  14:1  14:18  15:9  15:10  15:21  16:22  16:23  16:25  16:25  17:7  17:9  19:8  19:15  23:20  23:23  24:10  24:10  25:7  27:22  28:24  29:16  29:17  30:13  30:14  30:15  30:15  31:22  32:11  32:11  32:12  32:25  33:7  33:8  33:9  33:9  33:10  33:11  33:12  33:20  33:21  33:23  33:24  33:25  34:2  34:2  34:3  34:4  34:10  34:11  37:13  37:25  38:3  41:8  41:12  42:18  42:22  43:1  43:3  46:21  47:13  49:25  50:4  50:8  51:7  51:8  51:8  51:8  51:9  52:3  52:25  54:16  54:17  56:17  57:2  57:4  57:11  57:16  57:19  57:19  57:22  57:22  57:23  57:23  57:25  58:1  58:6  58:10  58:13  58:15  58:17  58:18  58:21  58:23  58:24  59:2  59:3  59:8  59:12  61:2  61:3  61:3  61:4  63:16  63:17  64:9  65:16  65:17  65:18  65:19  65:24  66:8  66:13  66:16  66:17  70:1  70:12  70:16  70:16  70:17  70:18  70:18  71:16  71:16  71:24  71:25  72:1  72:4  72:7  74:7  74:8  74:10  74:24  76:14  77:24  78:10  78:11  78:12  78:13  79:17  81:7  82:16

**they're**(15) 6:15  7:3  35:16  54:15  55:10  59:4  59:5  59:19  61:2  61:4  78:11  78:19  78:21  79:15  79:16

**they've**(9) 7:1  8:5  32:10  33:4  34:8  58:20  59:9  64:11  71:9

**thing**(10) 15:22  17:19  34:15  41:19  56:15  56:23  58:11  76:1  81:5  81:6

**things**(6) 3:21  9:4  27:10  27:11  33:9  41:2

**think**(35) 7:24  8:11  9:18  10:4  12:14  28:11  29:10  30:1  40:6  41:7  43:21  44:16  45:7  46:22  49:3  49:12  51:18  54:24  56:1  56:5  56:16  57:8  59:10  59:11  62:17  64:2  70:2  70:5  71:6  73:12  74:19  76:24  81:24  82:6  83:2

**thinks**(3) 44:22  49:3  71:2

**third**(22) 4:23  5:12  5:21  5:21  15:23  21:5  22:21  22:22  34:5  40:15  40:22  42:1  46:23  47:5  62:3  64:3  64:5  76:22  77:3  79:9  79:10  79:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**this**(144) 4:15 5:1 5:10 5:23 6:6 6:10 7:3 8:6 8:21 10:23 11:7 12:10 15:1 15:13 16:3 16:5 16:13 17:15 18:16 18:17 18:18 19:2 19:9 20:21 21:5 21:15 21:20 22:1 22:8 22:9 22:16 22:18 24:16 25:9 25:23 27:9 27:10 27:21 28:14 29:1 31:13 31:22 32:16 33:8 33:13 34:10 34:15 34:21 35:2 35:3 35:10 35:12 35:21 37:14 38:1 38:18 38:21 38:23 39:7 39:17 39:23 40:6 40:21 41:7 41:12 41:17 42:20 42:24 43:10 44:2 44:5 44:20 44:24 45:4 46:3 46:15 47:1 47:6 47:7 47:7 47:12 48:10 48:18 49:6 49:11 49:21 50:21 51:16 51:24 52:21 53:2 53:5 53:6 53:16 53:17 53:20 53:24 54:7 54:19 55:10 55:16 56:8 56:14 56:17 56:25 57:11 57:11 57:12 58:6 58:25 59:4 59:13 59:19 62:1 62:5 62:11 62:18 63:3 64:3 65:16 65:18 65:19 66:6 66:9 66:15 67:10 69:20 70:2 70:11 70:13 71:4 71:13 73:1 73:11 75:10 75:11 75:19 76:13 76:22 77: 77:9 78:15 78:16 79:21

**thomas**(2) 2:42 2:44
**those**(34) 5:2 9:12 9:14 11:6 11:11 12:12 12:13 12:18 12:20 16:11 17:13 18:4 20:23 21:1 27:24 31:20 34:2 34:3 35:5 39:22 40:25 41:6 41:9 41:13 47:17 47:23 49:8 49:25 53:20 54:14 63:17 66:14 66:17 78:6

**though**(5) 48:25 51:15 54:3 55:13 67:16
**thought**(7) 32:11 33:9 33:11 41:12 44:21 69:10 83:2

**three**(3) 4:19 31:16 38:2
**three-page**(1) 82:17
**three-part**(1) 46:24
**through**(8) 19:20 25:4 42:12 42:13 42:14 50:12 50:13 50:14

**throughout**(1) 14:24
**tia**(10) 16:21 22:7 24:7 25:9 27:18 27:20 27:24 28:2 38:7 78:5

**tie**(1) 58:24

**time**(19) 3:9 30:22 31:20 32:5 33:20 34:2 40:17 41:20 41:24 42:12 45:17 46:15 48:19 49:21 51:25 54:6 67:5 77:12 81:22

**times**(2) 51:23 56:9
**timing**(1) 45:22
**title**(1) 64:10
**today**(10) 8:8 16:15 19:11 28:9 29:21 46:16 51:3 56:12 56:20 58:16

**together**(1) 4:18
**told**(1) 33:3
**tolls**(1) 30:20
**too**(7) 3:12 39:5 42:8 44:23 59:20 68:14 77:5

**took**(2) 49:12 51:3
**tool**(1) 46:8
**tooling**(1) 26:23
**torts**(1) 49:12
**trade**(8) 5:2 12:10 28:16 28:19 28:23 29:13 44:1 44:8

**trademark**(4) 5:1 53:4 54:5 69:5
**trademarks**(2) 29:16 29:18
**transcript**(3) 1:20 1:50 83:14
**transcription**(1) 1:43 1:50
**treble**(1) 53:14
**trebling**(1) 54:1
**trial**(4) 8:9 33:1 39:23 52:7
**trouble**(1) 50:2
**true**(9) 11:7 18:8 24:20 40:3 40:17 48:6 66:16 66:17 77:11

**truth**(4) 32:8 32:8 43:6 54:19

**truthful**(1) 72:5
**try**(5) 4:14 39:25 59:2 67:14 72:23
**trying**(4) 6:15 59:4 59:5 79:15
**turn**(8) 7:16 11:21 11:21 14:10 19:4 20:2 29:24 60:12

**turning**(3) 5:8 61:9 63:10
**tweed**(2) 2:35 2:42
**twenty**(1) 21:7
**twice**(2) 48:16 48:16
**two**(17) 13:5 14:1 15:9 17:13 17:24 33:20 37:10 38:2 38:6 50:9 55:17 58:20 59:9 74:14 78:4 81:6 82:17

**type**(6) 21:8 53:16 53:18 53:25 67:4 68:6
**types**(2) 19:19 49:2
**u.s.c**(3) 53:9 53:12 54:10
**unacceptable**(2) 46:12 53:16
**unauthorized**(2) 23:11 70:21
**unaware**(4) 42:23 42:24 43:14 43:15
**uncertainties**(1) 41:9
**uncertainty**(1) 41:22
**unclear**(1) 49:2
**under**(26) 3:18 5:10 6:20 6:25 15:6 19:15 19:16 20:20 22:1 28:12 33:25 34:21 37:1 49:1 53:1 54:10 54:10 54:14 63:5 73:7 75:3 75:11 75:19 76:6 76:12 77:23

**underlying**(1) 8:10
**understand**(15) 17:8 21:18 28:8 32:19 33:15 41:14 47:17 50:3 59:17 60:24 69:1 70:20 72:16 75:9 83:3

**understands**(2) 53:24 53:25
**understood**(2) 8:13 44:21
**ungberg**(1) 1:30
**unidentified**(1) 61:14
**unique**(3) 9:6 46:8 53:17
**united**(2) 1:1 1:22
**universe**(2) 27:10 27:11
**unjust**(3) 43:22 44:11 44:13
**unjustly**(1) 44:8
**unless**(5) 7:15 25:5 32:11 54:22 64:14
**unlimited**(1) 63:14
**until**(1) 7:18
**untrue**(1) 35:19
**unusual**(1) 48:10
**upheld**(1) 57:19
**upon**(1) 3:18
**upset**(2) 59:18 59:19
**use**(44) 4:25 11:11 14:15 14:16 14:18 14:18 14:20 15:1 15:13 17:1 18:16 19:8 19:9 19:22 20:16 20:21 21:22 22:5 22:18 23:5 23:14 27:11 28:19 28:24 29:1 29:13 34:25 38:15 39:6 40:22 41:21 42:15 43:8 46:24 58:24 59:3 61:20 62:12 70:24 74:22 75:3 76:1 77:15

**used**(11) 12:1 14:23 15:5 15:16 18:17 19:15 20:16 23:23 47:8 56:9 58:24
**uses**(2) 14:20 14:21
**using**(22) 11:8 14:3 16:13 16:18 17:9 17:16 17:25 18:21 23:8 23:9 23:16 24:22 28:10 32:25 33:10 34:11 37:3 44:9 46:10 68:19 74:24 75:5

**usual**(1) 53:7
**valuable**(1) 44:3
**value**(1) 50:8
**various**(2) 18:25 21:15
**venture**(1) 36:2
**version**(3) 46:16 49:20 49:21
**versus**(2) 12:21 38:21

**very**(49) 4:5 7:12 10:9 15:22 19:14 19:23 19:24 22:8 25:8 25:20 25:24 27:9 28:3 28:16 28:17 29:9 29:14 29:20 37:20 40:1 40:12 41:10 41:15 43:18 44:1 51:21 55:9 55:20 56:12 60:23 62:18 64:18 66:22 66:22 66:23 66:23 69:5 69:6 71:17 72:18 73:3 75:23 76:19 76:20 77:18 79:15 80:10 80:10 82:17

**victims**(2) 53:11 53:17
**view**(1) 67:18
**violated**(1) 36:2
**violations**(1) 14:9
**virtual**(1) 3:17
**visually**(1) 27:4
**vuitton**(2) 67:23 68:6
**vuitton's**(1) 68:9
**want**(12) 6:8 12:6 28:13 42:3 56:6 60:12 63:9 64:20 68:20 69:10 70:17 74:22

**wanted**(2) 8:18 56:4
**wants**(2) 47:17 52:1
**war**(1) 21:17
**was**(178) 5:20 5:20 5:22 6:5 6:7 6:17 7:5 7:7 7:12 10:24 11:1 11:1 11:10 11:10 11:11 12:12 12:19 12:23 13:1 13:18 13:20 13:24 14:7 15:5 15:11 17:11 17:16 17:17 17:22 18:2 18:21 18:21 19:15 19:15 19:16 20:10 21:13 23:8 23:15 23:20 23:21 23:22 23:24 32:3 32:5 34:17 35:13 35:17 35:19 35:19 35:24 35:24 36:1 36:6 36:24 36:25 37:2 37:17 37:18 37:18 38:5 38:17 38:18 39:1 39:5 39:7 39:9 39:10 39:24 41:4 41:4 41:7 41:8 41:9 41:12 41:12 41:17 41:21 41:22 41:25 42:15 42:16 42:17 42:18 42:22 43:12 43:14 43:15 43:15 43:19 46:18 47:4 47:10 47:23 49:24 50:5 50:15 50:18 51:22 52:13 52:16 53:10 54:11 54:12 54:23 56:9 56:14 56:25 57:7 57:11 57:13 57:17 57:18 58:8 58:8 58:9 58:14 58:22 60:20 62:1 62:17 63:21 64:3 64:11 65:10 65:11 65:16 65:19 65:21 69:10 69:16 70:23 71:6 71:8 72:3 72:5 73:1 73:14 73:15 74:14 74:19 74:21 74:22 75:2 75:5 77:22 77:25 78:2 78:4 78:7 79:7 79:19 79:23 79:24 80:11 80:17 80:18 80:23 80:24 81:2 81:2 81:10 81:14 81:17 81:18 81:18 81:21 81:23 82:3 83:10

**wasn't**(11) 13:20 18:1 18:2 35:12 37:3 38:8 57:6 57:12 58:9 78:3 78:12

**wave**(1) 37:25
**way**(12) 8:17 9:3 17:12 18:1 24:22 29:14 31:20 38:9 47:18 56:16 68:24 75:1

**ways**(2) 13:22 53:7
**we'll**(6) 8:23 27:10 65:9 74:1 74:5 83:5
**we're**(29) 3:11 8:8 16:11 17:2 19:22 24:19 25:23 27:21 32:21 38:5 41:15 41:23 42:2 43:19 44:2 44:3 47:18 48:25 49:1 49:5 49:11 51:13 53:19 53:21 67:8 71:25 78:10 78:14 79:17

**we've**(16) 15:16 20:16 30:21 32:9 33:2 33:3 33:7 33:9 34:8 41:2 46:16 46:16 64:5 66:6 66:12 74:9

**wednesday**(2) 3:1 56:21
**weeks**(1) 14:1
**welcome**(1) 82:23
**well**(44) 7:4 9:14 9:25 10:9 11:25 13:9 16:23 17:1 17:7 17:15 24:5 24:21 25:8 28:1 28:9 29:1 30:3 35:10 36:6 37:25 38:5 41:8 42:2 42:11 42:16 42:22 43:1 47:19 51:10 51:21 55:18 57:2 57:19 60:7 65:4 66:3 70:20 71:5 71:17 72:25 73:7 73:20 74:1 80:18

**well-founded**(1) 66:5
**went**(7) 37:23 47:14 57:5 57:19 57:22 59:3 69:23

**were**(46) 7:13 12:25 13:5 17:7 17:9 17:16 23:3 23:20 28:10 29:16 33:10 33:21 33:23 34:2 34:3 34:4 34:10 34:11 37:23 38:3 38:14 42:23 42:24 43:8 44:20 49:7 49:23 50:3 50:4 50:6 50:11 50:13 50:14 50:16 50:17 52:3 57:20 58:15 65:19 66:5 66:8 73:22 74:7 74:8 74:24 74:25

**weren't**(2) 33:8 72:7
**westlaw**(1) 35:23
**what**(101) 5:13 5:19 6:11 15:4 15:10 15:18 16:3 17:2 17:11 18:14 19:9 20:1 20:16 29:6 30:11 31:21 32:3 32:9 32:10 32:19 32:21 33:2 33:2 33:4 33:10 33:16 34:3 34:8 35:2 35:8 35:11 35:13 35:23 36:6 36:9 37:3 37:17 38:7 38:17 39:10 40:7 41:15 41:23 42:2 42:7 42:9 43:15 43:19 44:21 44:21 44:22 49:3 49:5 49:9 50:8 50:8 51:7 52:2 55:2 56:13 56:17 57:2 57:17 57:18 58:6 58:8 58:8 58:12 58:18 58:22 61:16 62:5 63:24 65:3 65:19 66:4 67:5 67:12 67:18 68:25 68:25 69:14 69:19 70:12 70:23 71:22 72:10 72:10 73:8 74:12 76:22 77:24 78:9 78:10 78:14 79:17 80:17 81:8 81:21 82:15 82:16

**what's**(2) 56:24 79:16
**whatever**(7) 51:23 51:24 52:1 68:11 69:24 72:2 74:22

**whatsoever**(2) 5:11 5:24
**when**(38) 6:4 11:14 15:25 16:25 17:25 18:7 22:20 22:21 22:22 25:6 28:18 29:10 30:8 34:7 35:6 36:4 36:4 37:8 38:15 38:23 38:24 39:1 39:1 39:6 40:3 41:8 42:9 44:13 44:17 52:2 52:4 54:4 57:5 58:9 64:23 66:11 69:1 71:19

**where**(26) 13:5 13:13 13:16 13:24 24:19 26:12 36:8 41:2 41:4 41:6 41:8 42:6 42:8 42:13 50:2 51:18 53:13 58:21 58:23 61:5 64:10 68:1 68:3 68:9 71:1 80:11

**whereupon**(1) 83:10
**whether**(10) 9:20 39:12 48:22 48:23 54:4 54:24 55:11 78:16 81:10 81:18

**which**(28) 5:19 8:23 9:6 9:19 10:22 11:2 13:17 16:22 20:20 22:4 22:4 23:18 26:7 27:4 28:4 33:24 34:24 34:24 36:17 37:20 49:11 61:14 66:16 68:23 76:9 76:10 76:10 79:9

**while**(5) 29:20 35:11 35:18 37:2 39:9
**who**(13) 14:7 35:24 41:8 41:24 42:3 42:9 47:19 67:3 67:18 68:5 78:7 80:16 80:21

**whoever**(1) 68:10
**whom**(1) 13:1
**why**(14) 11:21 12:14 12:23 41:24 42:15 42:15 42:18 63:25 66:9 67:8 68:15 71:5 78:12 78:12

**widow**(1) 13:16
**wield**(1) 48:9
**will**(26) 4:4 4:7 7:17 7:18 9:4 9:12 9:22 10:12 10:15 14:10 16:4 22:1 22:11 25:11 26:5 29:15 34:21 36:23 39:20 39:22 39:23 45:22 56:7 75:20 80:1 80:5

**willful**(1) 54:2
**wilmington**(5) 1:15 1:38 2:15 2:25 3:1
**wire**(2) 27:22 27:23
**wireless**(3) 27:20 27:22 28:1
**wiring**(1) 26:21

| Word | Page:Line |
|---|---|
| **with**(88) | 3:15  4:6  7:5  9:4  10:7  10:25  11:6  11:8  12:9  12:11  14:10  15:14  15:25  16:3  16:10  18:4  19:23  20:9  20:10  21:2  21:6  21:16  22:10  22:24  30:2  30:12  30:12  31:11  31:21  33:12  34:3  34:15  35:10  35:18  37:1  37:5  38:12  41:19  42:14  42:20  44:4  45:21  46:1  46:2  46:3  46:13  46:14  46:14  48:6  49:10  49:13  51:14  52:18  52:22  52:24  54:  54:19  54:21  56:23  57:21  59:1  59:2  59:11  60:10  60:20  64:12  65:2  68:4  68:12  68:13  68:17  68:18  68:18  68:23  69:2  69:22  70:13  70:18  71:14  71:19  72:11  75:10  76:18  77:24  81:5  81:6  82:12  82:21 |
| **within**(3) | 5:17  18:25  29:5 |
| **without**(16) | 17:11  17:12  20:19  22:3  22:13  24:11  29:16  30:25  33:13  33:14  34:23  59:5  70:25  75:21  76:1  76:8 |
| **won't**(7) | 9:22  25:5  27:18  35:3  44:24  75:10  83:4 |
| **wondering**(1) | 80:17 |
| **word**(6) | 8:2  56:9  58:24  71:22  72:22  79:5 |
| **words**(1) | 48:13 |
| **work**(4) | 14:1  14:2  16:11  31:25 |
| **world**(1) | 68:20 |
| **worth**(1) | 31:23 |
| **would**(41) | 3:23  8:6  9:14  10:4  17:20  17:24  23:14  24:1  24:13  24:21  25:3  25:5  27:19  28:2  32:4  33:11  33:11  33:25  35:14  39:25  40:7  40:9  40:10  42:13  45:4  45:9  45:24  46:19  48:19  49:12  53:25  58:25  60:5  63:4  66:9  73:3  73:19  75:6  82:16  82:19  82:22 |
| **wouldn't**(2) | 13:10  38:18 |
| **wouldn't**(1) | 32:13 |
| **writing**(3) | 27:5  80:24  82:5 |
| **written**(1) | 71:21 |
| **wrong**(3) | 50:13  53:4  66:25 |
| **www.diazdata.com**(1) | 1:47 |
| **yeah**(2) | 47:9  64:1 |
| **years**(1) | 63:18 |
| **yes**(49) | 3:14  3:20  4:20  8:4  9:2  10:21  11:15  12:5  12:8  13:15  16:19  19:1  20:4  24:9  24:9  24:18  29:23  32:23  40:14  40:16  45:2  46:5  46:11  49:16  49:18  50:5  55:22  55:25  56:10  60:11  60:21  61:12  61:16  63:11  64:21  64:22  65:7  65:8  66:21  67:25  69:18  72:24  73:16  74:18  76:5  78:24  79:8  80:6  82:14 |
| **yet**(5) | 3:17  3:22  3:23  49:10  73:10 |
| **york**(7) | 1:32  2:8  2:32  2:39  2:46  67:23 |
| **yosef**(1) | 2:22 |

| Word | Page:Line |
|---|---|
| **you**(202) | 3:3  3:22  3:22  4:5  4:8  4:9  6:24  6:24  7:4  7:11  7:18  7:18  7:20  7:21  7:23  8:12  10:10  10:15  10:16  11:14  12:1  13:4  13:21  14:2  15:13  15:14  15:14  15:15  15:22  15:25  16:1  16:3  16:3  16:4  16:4  16:6  16:10  16:11  17:1  17:5  17:15  18:7  18:7  18:8  18:20  19:4  19:8  19:22  19:22  19:22  20:7  20:20  22:9  22:10  22:15  22:15  23:25  24:21  24:24  25:11  25:23  26:12  27:10  27:11  28:9  28:9  28:18  28:18  29:5  29:6  29:7  29:8  29:10  29:11  30:7  30:16  31:8  31:8  32:19  32:25  33:11  35:6  36:8  38:4  39:1  39:17  40:3  40:3  40:4  40:9  41:6  41:9  41:10  41:16  41:20  41:24  42:3  42:8  42:9  42:11  42:15  42:16  42:19  42:20  43:1  44:2  44:2  44:4  44:4  44:5  44:12  44:13  44:18  45:11  45:13  45:14  45:16  48:15  52:6  52:14  54:5  54:7  54:8  54:16  54:22  55:17  55:19  56:20  56:21  57:10  58:23  59:5  59:21  59:22  59:22  59:25  60:5  60:5  60:17  61:17  62:10  62:22  63:2  63:4  63:7  63:8  63:12  63:13  63:17  64:1  64:4  64:6  64:7  64:16  64:17  64:18  64:20  64:23  65:17  65:19  66:3  66:11  66:16  66:18  66:18  67:20  70:7  70:10  70:12  70:17  71:8  71:12  71:13  71:23  72:14  73:18  73:18  73:22  73:22  74:11  74:22  75:3  75:9  75:9  76:18  76:18  78:22  79:4  79:17  80:9  80:12  80:14  80:20  81:22  82:8  82:20  82:25  83:5  83:6  83:7  83:8  83:9 |
| **you're**(23) | 29:7  31:13  36:6  36:6  39:2  39:3  41:15  42:7  44:5  44:6  44:7  44:7  44:8  44:9  62:10  75:7  75:24  75:24  76:15  76:16  76:17  76:19  78:10 |
| **you've**(5) | 20:18  44:2  44:17  45:11  45:12 |
| **your**(114) | 3:5  3:7  3:11  3:16  4:5  4:11  4:15  6:8  6:12  6:14  7:10  7:15  7:20  7:22  8:12  9:20  9:24  10:5  10:10  10:16  11:15  11:21  11:23  13:12  14:5  14:10  14:15  15:8  15:16  15:17  18:4  18:13  19:1  20:1  20:3  24:9  24:12  25:3  25:5  26:2  28:6  28:6  28:11  28:19  28:21  29:19  30:4  31:7  32:15  37:12  39:15  40:12  41:20  42:12  43:21  45:7  45:8  45:16  45:17  46:2  46:7  48:10  49:15  54:21  55:20  56:8  58:23  59:10  59:16  59:21  60:1  60:5  61:17  62:14  62:17  63:5  63:7  64:1  64:14  64:17  64:22  65:5  65:7  65:15  66:21  67:10  67:20  69:11  70:9  71:21  72:14  72:16  72:18  72:20  73:14  74:11  74:16  76:3  76:21  78:18  78:23  78:25  79:22  80:1  80:7  80:10  80:24  81:15  82:8  82:10  82:20  82:25  83:6  83:8 |
| **yourself**(1) | 44:8 |
| **zealous**(2) | 59:24  60:6 |