IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re*                                             : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                  : Case No. 09-10138 (KG)
:
           Debtors.                     : Jointly Administered
:
: Re: D.I. 4681, 4572
------------------------------------------------------------X

**ORDER APPROVING REVISED STIPULATION BETWEEN THE DEBTORS AND AT&T REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION**

Upon consideration of the revised *Stipulation Between the Debtors and AT&T Regarding Production of Confidential Information* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, as agreed between Nortel Networks Inc. ("NNI") and AT&T (as defined in the Stipulation) (together, the "Parties");

IT IS HEREBY ORDERED THAT:

1. The revised Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. The Order entered on December 10, 2010 approving a prior version of the Stipulation [D.I. 4572] is VACATED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Jan. 10, 2011
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE