IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 4692** |
| Nortel Networks Inc. v Acme Packet, Inc. | Adv. Pro. No. 10-53165 **RE: D.I. 16** |
| Nortel Networks Inc. v. Asteelflash California, Inc. | Adv. Pro. No. 10-53166 **RE: D.I. 7** |
| Nortel Networks Inc. v. Automotive Rentals, Inc. | Adv. Pro. No. 10-53167 **RE: D.I. 8** |
| Nortel Networks Inc. v. Camiant, Inc. | Adv. Pro. No. 10-53168 **RE: D.I. 6** |
| Nortel Networks Inc. v. CSWL, Inc. | Adv. Pro. No. 10-53169 **RE: D.I. 12** |
| Nortel Networks Inc. v. Eltek Valere Inc., et al. | Adv. Pro. No. 10-53170 **RE: D.I. 12** |
| Nortel Networks Inc. v. Gail & Rice, Inc. | Adv. Pro. No. 10-53171 **RE: D.I. 5** |
| Nortel Networks Inc. v. Green Hills Software, Inc. | Adv. Pro. No. 10-53172 **RE: D.I. 6** |
| Nortel Networks Inc. v. Ingram Micro Inc. | Adv. Pro. No. 10-53173 **RE: D.I. 9** |
| Nortel Networks Inc. v. Judge Technical Services, Inc. | Adv. Pro. No. 10-53174 **RE: D.I. 5** |
| Nortel Networks (CALA) Inc. v Mercury Americas USA, Corp. | Adv. Pro. No. 10-53175 **RE: D.I. 10** |

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Nathanson and Company, LLC | Adv. Pro. No. 10-53176<br>RE: D.I. 6 |
| Nortel Networks Inc. v. PowerSteering Software, Inc. | Adv. Pro. No. 10-53179<br>RE: D.I. 6 |
| Nortel Networks Inc. v. STMicroelectronics N.V. | Adv. Pro. No. 10-53181<br>RE: D.I. 7 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 11, 2011, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On January 12, 2011 At 9:30 A.M. (ET)** were served in the manner indicated upon the entities identified on the attached service list.

Dated: January 11, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

4032294.2