# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** Nortel Networks Inc., et al.
**Case Number:** 09-10138-KG    **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, JANUARY 12, 2011 02:00 PM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:**
**Reporter / ECR:** N/A

## Matter:

1) OMNIBUS; Pretrial Conference; Recognition
   **R / M #:** 4,692 / 0
   **VACATED: All matters adjourned to 1/27/11 @ 9:30 am**

2) **ADM: 09-11972-KG**
   Recognition hearing
   **R / M #:** 103 / 0
   **VACATED: All matters adjourned to 1/27/11 @ 9:30 am**

## Appearances:

NONE

## Proceedings:

VACATED: All matters adjourned to 1/27/11 @ 9:30 am