*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001251 | 7/7/2009 | 492.31 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001214 | 6/24/2009 | 33.86 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001169 | 6/5/2009 | 61.56 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001152 | 6/2/2009 | 657.07 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001122 | 5/21/2009 | 190.91 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001106 | 5/14/2009 | 85.55 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001098 | 5/12/2009 | 102.82 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001082 | 5/7/2009 | 8.97 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100001030 | 4/16/2009 | 10.28 | Payment | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100009895 | 1/13/2009 | 61.16 | Payment | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100009214 | 11/21/2008 | 24,129.46 | Payment | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100008901 | 11/21/2008 | 1,088.45 | Payment | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100008489 | 10/23/2008 | 46.18 | Payment | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | N/A | 6100008629 | 10/23/2008 | 36,896.29 | Payment | Nortel Networks Inc. |
| **Total** 14 | | | | | $63,864.87 | | |
| **Invoices** | | | | | | | |
| 449748 | Staples Contract & Commercial, Inc. | 3096434408 | 6100009895 | 1/5/2008 | 61.16 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3090648749 | 6100009214 | 9/1/2008 | 16.22 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814232 | 6100009214 | 8/30/2008 | 75.77 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814261 | 6100009214 | 8/30/2008 | 151.32 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814326 | 6100009214 | 8/30/2008 | 31.61 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814262 | 6100009214 | 8/30/2008 | 387.35 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814271 | 6100009214 | 8/30/2008 | 112.34 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814269 | 6100009214 | 8/30/2008 | 20.93 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814278 | 6100009214 | 8/30/2008 | 54.09 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814174 | 6100009214 | 8/30/2008 | 85.88 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814300 | 6100009214 | 8/30/2008 | 9.78 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814256 | 6100009214 | 8/30/2008 | 60.31 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814276 | 6100009214 | 8/30/2008 | 89.74 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814179 | 6100009214 | 8/30/2008 | 44.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814195 | 6100009214 | 8/30/2008 | 25.05 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814211 | 6100009214 | 8/30/2008 | 155.94 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814183 | 6100009214 | 8/30/2008 | 700.04 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814206 | 6100009214 | 8/30/2008 | 53.47 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814291 | 6100009214 | 8/30/2008 | 250.54 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814283 | 6100009214 | 8/30/2008 | 83.88 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814259 | 6100009214 | 8/30/2008 | 119.51 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814303 | 6100009214 | 8/30/2008 | 42.12 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814321 | 6100009214 | 8/30/2008 | 131.28 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814227 | 6100009214 | 8/30/2008 | 97.89 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814266 | 6100009214 | 8/30/2008 | 178.82 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814325 | 6100009214 | 8/30/2008 | 82.02 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814292 | 6100009214 | 8/30/2008 | 106.26 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814184 | 6100009214 | 8/30/2008 | 32.44 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814243 | 6100009214 | 8/30/2008 | 126.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814175 | 6100009214 | 8/30/2008 | 67.50 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814313 | 6100009214 | 8/30/2008 | 318.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814279 | 6100009214 | 8/30/2008 | 3.43 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814312 | 6100009214 | 8/30/2008 | 59.38 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814197 | 6100009214 | 8/30/2008 | 47.80 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814252 | 6100009214 | 8/30/2008 | 105.36 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814314 | 6100009214 | 8/30/2008 | 56.71 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814202 | 6100009214 | 8/30/2008 | 150.40 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814273 | 6100009214 | 8/30/2008 | 186.24 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814257 | 6100009214 | 8/30/2008 | 69.29 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814319 | 6100009214 | 8/30/2008 | 107.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814187 | 6100009214 | 8/30/2008 | 72.13 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814274 | 6100009214 | 8/30/2008 | 8.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814224 | 6100009214 | 8/30/2008 | 50.88 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814253 | 6100009214 | 8/30/2008 | 148.91 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814244 | 6100009214 | 8/30/2008 | 17.73 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814302 | 6100009214 | 8/30/2008 | 246.06 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814189 | 6100009214 | 8/30/2008 | 326.45 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814296 | 6100009214 | 8/30/2008 | 145.28 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814267 | 6100009214 | 8/30/2008 | 96.98 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814172 | 6100009214 | 8/30/2008 | 10.09 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814242 | 6100009214 | 8/30/2008 | 138.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814203 | 6100009214 | 8/30/2008 | 8.29 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814275 | 6100009214 | 8/30/2008 | 29.08 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814237 | 6100009214 | 8/30/2008 | 90.19 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814178 | 6100009214 | 8/30/2008 | 70.35 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814238 | 6100009214 | 8/30/2008 | 43.30 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814247 | 6100009214 | 8/30/2008 | 15.11 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814316 | 6100009214 | 8/30/2008 | 220.35 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814199 | 6100009214 | 8/30/2008 | 79.69 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814191 | 6100009214 | 8/30/2008 | 94.10 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814194 | 6100009214 | 8/30/2008 | 41.36 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814229 | 6100009214 | 8/30/2008 | 143.05 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814231 | 6100009214 | 8/30/2008 | 29.97 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814270 | 6100009214 | 8/30/2008 | 20.09 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814239 | 6100009214 | 8/30/2008 | 127.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814268 | 6100009214 | 8/30/2008 | 34.99 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814272 | 6100009214 | 8/30/2008 | 80.11 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814306 | 6100009214 | 8/30/2008 | 53.65 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814258 | 6100009214 | 8/30/2008 | 64.28 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814287 | 6100009214 | 8/30/2008 | 33.51 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814245 | 6100009214 | 8/30/2008 | 150.20 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814295 | 6100009214 | 8/30/2008 | 17.36 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814234 | 6100009214 | 8/30/2008 | 451.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814200 | 6100009214 | 8/30/2008 | 65.38 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814263 | 6100009214 | 8/30/2008 | 70.00 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814251 | 6100009214 | 8/30/2008 | 98.14 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814225 | 6100009214 | 8/30/2008 | 46.46 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814228 | 6100009214 | 8/30/2008 | 166.14 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814207 | 6100009214 | 8/30/2008 | 2.73 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814254 | 6100009214 | 8/30/2008 | 255.43 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814217 | 6100009214 | 8/30/2008 | 93.80 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814308 | 6100009214 | 8/30/2008 | 27.42 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814240 | 6100009214 | 8/30/2008 | 69.45 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814250 | 6100009214 | 8/30/2008 | 209.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814282 | 6100009214 | 8/30/2008 | 13.63 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814289 | 6100009214 | 8/30/2008 | 32.59 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814215 | 6100009214 | 8/30/2008 | 60.39 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814301 | 6100009214 | 8/30/2008 | 32.76 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814212 | 6100009214 | 8/30/2008 | 37.74 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814255 | 6100009214 | 8/30/2008 | 326.20 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814309 | 6100009214 | 8/30/2008 | 657.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814223 | 6100009214 | 8/30/2008 | 359.45 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814277 | 6100009214 | 8/30/2008 | 78.13 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814204 | 6100009214 | 8/30/2008 | 97.67 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814290 | 6100009214 | 8/30/2008 | 63.59 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814294 | 6100009214 | 8/30/2008 | 233.18 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814186 | 6100009214 | 8/30/2008 | 119.40 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814310 | 6100009214 | 8/30/2008 | 188.94 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814230 | 6100009214 | 8/30/2008 | 102.10 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814286 | 6100009214 | 8/30/2008 | 2,454.11 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814181 | 6100009214 | 8/30/2008 | 177.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814320 | 6100009214 | 8/30/2008 | 177.39 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814322 | 6100009214 | 8/30/2008 | 122.77 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814193 | 6100009214 | 8/30/2008 | 843.97 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814318 | 6100009214 | 8/30/2008 | 30.11 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814236 | 6100009214 | 8/30/2008 | 279.57 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814198 | 6100009214 | 8/30/2008 | (47.80) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814218 | 6100009214 | 8/30/2008 | 58.28 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814233 | 6100009214 | 8/30/2008 | 85.80 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814190 | 6100009214 | 8/30/2008 | 55.48 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814241 | 6100009214 | 8/30/2008 | 141.00 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814220 | 6100009214 | 8/30/2008 | 172.16 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814327 | 6100009214 | 8/30/2008 | 234.33 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814260 | 6100009214 | 8/30/2008 | 104.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814264 | 6100009214 | 8/30/2008 | 42.68 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814305 | 6100009214 | 8/30/2008 | 14.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814304 | 6100009214 | 8/30/2008 | 104.94 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814177 | 6100009214 | 8/30/2008 | 1,416.33 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814311 | 6100009214 | 8/30/2008 | 35.04 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814265 | 6100009214 | 8/30/2008 | 166.99 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814209 | 6100009214 | 8/30/2008 | 715.47 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814222 | 6100009214 | 8/30/2008 | 112.96 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3107814201 | 6100009214 | 8/30/2008 | 25.24 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814213 | 6100009214 | 8/30/2008 | 103.20 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814281 | 6100009214 | 8/30/2008 | 8.86 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814298 | 6100009214 | 8/30/2008 | 144.82 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814226 | 6100009214 | 8/30/2008 | 158.40 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814288 | 6100009214 | 8/30/2008 | 166.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814299 | 6100009214 | 8/30/2008 | 655.95 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814208 | 6100009214 | 8/30/2008 | 43.29 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814248 | 6100009214 | 8/30/2008 | 173.31 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814249 | 6100009214 | 8/30/2008 | 8.01 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814214 | 6100009214 | 8/30/2008 | 47.77 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814246 | 6100009214 | 8/30/2008 | 343.08 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814235 | 6100009214 | 8/30/2008 | 172.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814205 | 6100009214 | 8/30/2008 | 2,353.27 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814324 | 6100009214 | 8/30/2008 | 40.00 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814323 | 6100009214 | 8/30/2008 | 372.61 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814280 | 6100009214 | 8/30/2008 | 436.19 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814307 | 6100009214 | 8/30/2008 | 11.25 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814219 | 6100009214 | 8/30/2008 | 57.20 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3107814221 | 6100009214 | 8/30/2008 | 142.40 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3110893755 | 6100008901 | 11/1/2008 | (129.40) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3110893811 | 6100008901 | 11/1/2008 | (166.43) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3110893753 | 6100008901 | 11/1/2008 | (11.63) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3110893815 | 6100008901 | 11/1/2008 | (6.83) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3110893725 | 6100008901 | 11/1/2008 | (93.29) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515542 | 6100008901 | 10/4/2008 | (90.45) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371261 | 6100008901 | 3/1/2008 | (112.96) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 8008857451 | 6100008901 | 2/2/2008 | (453.25) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3097975099 | 6100008901 | 2/2/2008 | 768.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3093688035 | 6100008901 | 11/3/2007 | (4.21) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282432 | 6100008901 | 10/6/2007 | 60.84 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282344 | 6100008901 | 10/6/2007 | 233.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282343 | 6100008901 | 10/6/2007 | 9.70 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3090648704 | 6100008901 | 9/1/2007 | 42.04 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3088066684 | 6100008901 | 7/7/2007 | 1,042.01 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515687 | 6100008629 | 10/4/2008 | (41.23) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515558 | 6100008629 | 10/4/2008 | (532.51) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515548 | 6100008629 | 10/4/2008 | (85.88) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515557 | 6100008629 | 10/4/2008 | (700.04) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515555 | 6100008629 | 10/4/2008 | (177.60) | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3109515560 | 6100008629 | 10/4/2008 | (79.83) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515563 | 6100008629 | 10/4/2008 | (42.68) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515549 | 6100008629 | 10/4/2008 | (67.50) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515562 | 6100008629 | 10/4/2008 | (145.72) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515553 | 6100008629 | 10/4/2008 | (44.75) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3109515552 | 6100008629 | 10/4/2008 | (70.35) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524726 | 6100008629 | 8/2/2008 | 238.82 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524688 | 6100008629 | 8/2/2008 | 9.70 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524697 | 6100008629 | 8/2/2008 | 16.08 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524727 | 6100008629 | 8/2/2008 | 171.25 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524724 | 6100008629 | 8/2/2008 | 65.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524732 | 6100008629 | 8/2/2008 | 7.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524721 | 6100008629 | 8/2/2008 | 18.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524702 | 6100008629 | 8/2/2008 | 28.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524686 | 6100008629 | 8/2/2008 | 124.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524719 | 6100008629 | 8/2/2008 | 92.71 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524635 | 6100008629 | 8/2/2008 | 187.98 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524718 | 6100008629 | 8/2/2008 | 80.98 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524607 | 6100008629 | 8/2/2008 | 428.07 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524714 | 6100008629 | 8/2/2008 | 27.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524676 | 6100008629 | 8/2/2008 | 80.98 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524624 | 6100008629 | 8/2/2008 | 19.61 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524663 | 6100008629 | 8/2/2008 | 251.92 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524701 | 6100008629 | 8/2/2008 | 22.00 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524666 | 6100008629 | 8/2/2008 | 167.73 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524671 | 6100008629 | 8/2/2008 | 101.05 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524722 | 6100008629 | 8/2/2008 | 288.94 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524678 | 6100008629 | 8/2/2008 | 97.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524677 | 6100008629 | 8/2/2008 | 40.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524672 | 6100008629 | 8/2/2008 | 61.79 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524729 | 6100008629 | 8/2/2008 | 47.67 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524614 | 6100008629 | 8/2/2008 | 321.83 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524638 | 6100008629 | 8/2/2008 | 167.77 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524742 | 6100008629 | 8/2/2008 | 38.09 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524739 | 6100008629 | 8/2/2008 | 145.72 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524630 | 6100008629 | 8/2/2008 | 72.16 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524723 | 6100008629 | 8/2/2008 | 412.50 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524645 | 6100008629 | 8/2/2008 | 79.83 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524728 | 6100008629 | 8/2/2008 | 105.39 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524745 | 6100008629 | 8/2/2008 | 138.46 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524631 | 6100008629 | 8/2/2008 | 7.82 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524628 | 6100008629 | 8/2/2008 | 45.74 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524696 | 6100008629 | 8/2/2008 | 19.36 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524693 | 6100008629 | 8/2/2008 | 186.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524704 | 6100008629 | 8/2/2008 | 60.61 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524699 | 6100008629 | 8/2/2008 | 50.85 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524738 | 6100008629 | 8/2/2008 | 65.50 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524585 | 6100008629 | 8/2/2008 | 699.99 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524621 | 6100008629 | 8/2/2008 | 10.19 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524664 | 6100008629 | 8/2/2008 | 11.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524668 | 6100008629 | 8/2/2008 | 106.30 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524684 | 6100008629 | 8/2/2008 | 98.25 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524685 | 6100008629 | 8/2/2008 | 28.29 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524603 | 6100008629 | 8/2/2008 | 149.15 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524637 | 6100008629 | 8/2/2008 | 69.95 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524673 | 6100008629 | 8/2/2008 | 142.48 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524595 | 6100008629 | 8/2/2008 | 21.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524629 | 6100008629 | 8/2/2008 | 823.66 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524612 | 6100008629 | 8/2/2008 | 57.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524712 | 6100008629 | 8/2/2008 | 79.93 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524657 | 6100008629 | 8/2/2008 | 26.24 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524743 | 6100008629 | 8/2/2008 | 15.36 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524599 | 6100008629 | 8/2/2008 | 75.36 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524617 | 6100008629 | 8/2/2008 | 15.45 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524598 | 6100008629 | 8/2/2008 | 73.59 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524600 | 6100008629 | 8/2/2008 | 246.38 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524632 | 6100008629 | 8/2/2008 | 459.78 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524618 | 6100008629 | 8/2/2008 | 44.09 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524644 | 6100008629 | 8/2/2008 | 112.96 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524698 | 6100008629 | 8/2/2008 | 12.35 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524695 | 6100008629 | 8/2/2008 | 122.06 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524740 | 6100008629 | 8/2/2008 | 158.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524711 | 6100008629 | 8/2/2008 | 100.35 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524679 | 6100008629 | 8/2/2008 | 66.84 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524659 | 6100008629 | 8/2/2008 | 51.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524713 | 6100008629 | 8/2/2008 | 59.15 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524703 | 6100008629 | 8/2/2008 | 176.50 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524730 | 6100008629 | 8/2/2008 | 97.58 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524652 | 6100008629 | 8/2/2008 | 56.76 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524744 | 6100008629 | 8/2/2008 | 71.93 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524620 | 6100008629 | 8/2/2008 | 7.18 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524622 | 6100008629 | 8/2/2008 | 61.04 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524670 | 6100008629 | 8/2/2008 | 118.96 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524633 | 6100008629 | 8/2/2008 | 37.32 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524725 | 6100008629 | 8/2/2008 | 60.02 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524733 | 6100008629 | 8/2/2008 | 5.76 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524737 | 6100008629 | 8/2/2008 | 70.24 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524734 | 6100008629 | 8/2/2008 | 23.48 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524707 | 6100008629 | 8/2/2008 | 104.38 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524700 | 6100008629 | 8/2/2008 | 170.44 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524627 | 6100008629 | 8/2/2008 | 682.55 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524708 | 6100008629 | 8/2/2008 | 26.42 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524736 | 6100008629 | 8/2/2008 | 19.00 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524646 | 6100008629 | 8/2/2008 | 72.70 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524667 | 6100008629 | 8/2/2008 | 9.43 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524705 | 6100008629 | 8/2/2008 | 119.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524710 | 6100008629 | 8/2/2008 | 71.93 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524680 | 6100008629 | 8/2/2008 | 61.84 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524639 | 6100008629 | 8/2/2008 | 329.12 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524616 | 6100008629 | 8/2/2008 | 84.12 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524692 | 6100008629 | 8/2/2008 | 108.03 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524641 | 6100008629 | 8/2/2008 | 127.18 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524689 | 6100008629 | 8/2/2008 | 78.24 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524604 | 6100008629 | 8/2/2008 | 520.46 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524619 | 6100008629 | 8/2/2008 | 481.08 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524716 | 6100008629 | 8/2/2008 | 381.17 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524658 | 6100008629 | 8/2/2008 | 1,135.33 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524615 | 6100008629 | 8/2/2008 | 73.53 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524613 | 6100008629 | 8/2/2008 | 110.60 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524623 | 6100008629 | 8/2/2008 | 30.58 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524611 | 6100008629 | 8/2/2008 | 14.09 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524647 | 6100008629 | 8/2/2008 | 79.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524662 | 6100008629 | 8/2/2008 | 170.48 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524594 | 6100008629 | 8/2/2008 | 362.83 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524656 | 6100008629 | 8/2/2008 | 128.48 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524588 | 6100008629 | 8/2/2008 | 5.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524608 | 6100008629 | 8/2/2008 | 186.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524640 | 6100008629 | 8/2/2008 | 173.70 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524634 | 6100008629 | 8/2/2008 | 236.23 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524648 | 6100008629 | 8/2/2008 | 74.84 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524715 | 6100008629 | 8/2/2008 | 47.80 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524610 | 6100008629 | 8/2/2008 | 85.74 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524592 | 6100008629 | 8/2/2008 | 409.40 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524636 | 6100008629 | 8/2/2008 | 26.06 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524593 | 6100008629 | 8/2/2008 | 31.25 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524741 | 6100008629 | 8/2/2008 | 39.42 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524650 | 6100008629 | 8/2/2008 | 269.17 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524747 | 6100008629 | 8/2/2008 | 20.34 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524687 | 6100008629 | 8/2/2008 | 106.84 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524642 | 6100008629 | 8/2/2008 | 66.55 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524655 | 6100008629 | 8/2/2008 | 35.72 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524735 | 6100008629 | 8/2/2008 | 350.53 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524654 | 6100008629 | 8/2/2008 | 74.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524682 | 6100008629 | 8/2/2008 | 1,031.87 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524731 | 6100008629 | 8/2/2008 | 31.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524746 | 6100008629 | 8/2/2008 | 89.11 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524706 | 6100008629 | 8/2/2008 | 44.08 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524691 | 6100008629 | 8/2/2008 | 1.97 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524690 | 6100008629 | 8/2/2008 | 328.01 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524651 | 6100008629 | 8/2/2008 | 83.81 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Exhibit A

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3106524605 | 6100008629 | 8/2/2008 | 22.44 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524674 | 6100008629 | 8/2/2008 | 140.21 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524681 | 6100008629 | 8/2/2008 | 102.05 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524625 | 6100008629 | 8/2/2008 | 17.74 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524683 | 6100008629 | 8/2/2008 | 46.79 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524649 | 6100008629 | 8/2/2008 | 25.13 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524694 | 6100008629 | 8/2/2008 | 87.97 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524709 | 6100008629 | 8/2/2008 | 46.85 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524675 | 6100008629 | 8/2/2008 | 232.31 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524609 | 6100008629 | 8/2/2008 | 1,023.34 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3106524665 | 6100008629 | 8/2/2008 | 16.58 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3105222785 | 6100008629 | 7/5/2008 | 55.75 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3103653066 | 6100008629 | 5/31/2008 | 314.42 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3102433036A | 6100008629 | 5/3/2008 | 111.53 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3101041227 | 6100008629 | 4/5/2008 | 40.95 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371369 | 6100008629 | 3/1/2008 | (47.35) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371371 | 6100008629 | 3/1/2008 | 982.85 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371396 | 6100008629 | 3/1/2008 | (104.99) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371502A | 6100008629 | 3/1/2008 | 378.70 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371548A | 6100008629 | 3/1/2008 | 68.28 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3099371520A | 6100008629 | 3/1/2008 | 575.10 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3099371407A | 6100008629 | 3/1/2008 | 954.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3097975086 | 6100008629 | 2/2/2008 | 322.32 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3097975098 | 6100008629 | 2/2/2008 | 31.44 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3097975105 | 6100008629 | 2/2/2008 | 81.90 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3097975127 | 6100008629 | 2/2/2008 | (52.08) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434450 | 6100008629 | 1/5/2008 | 101.46 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434410 | 6100008629 | 1/5/2008 | 338.28 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434433 | 6100008629 | 1/5/2008 | 11,808.00 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434390 | 6100008629 | 1/5/2008 | (491.57) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434447 | 6100008629 | 1/5/2008 | 167.47 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434476 | 6100008629 | 1/5/2008 | 378.01 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434426 | 6100008629 | 1/5/2008 | 19.20 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3096434414 | 6100008629 | 1/5/2008 | 50.67 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3094949601 | 6100008629 | 12/1/2007 | 316.48 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3094949688 | 6100008629 | 12/1/2007 | 94.61 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3093688077 | 6100008629 | 11/3/2007 | 118.56 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3093688079 | 6100008629 | 11/3/2007 | 39.78 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3093688078 | 6100008629 | 11/3/2007 | 455.35 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3093688034 | 6100008629 | 11/3/2007 | 407.47 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3093688180 | 6100008629 | 11/3/2007 | 76.62 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282574 | 6100008629 | 10/6/2007 | 85.88 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282561 | 6100008629 | 10/6/2007 | 53.15 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282411 | 6100008629 | 10/6/2007 | 272.01 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282352 | 6100008629 | 10/6/2007 | (29.52) | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3090648784 | 6100008629 | 9/1/2007 | 71.42 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3090648750 | 6100008629 | 9/1/2007 | 48.71 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3090648760 | 6100008629 | 9/1/2007 | 236.39 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3092282560 | 6100008629 | 6/10/2007 | 63.11 | Invoice | Nortel Networks Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3093688161 | 6100008489 | 11/3/2007 | 46.18 | Invoice | Nortel Altsystems Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3120472614 | 6100001251 | 6/6/2009 | 492.31 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3119759897 | 6100001214 | 5/23/2009 | 33.86 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3113328526 | 6100001169 | 1/3/2009 | 61.56 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3118773930 | 6100001152 | 5/2/2009 | 346.85 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3118492613 | 6100001152 | 4/25/2009 | 77.75 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3118257066 | 6100001152 | 4/18/2009 | 61.41 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3117485871 | 6100001152 | 4/4/2009 | 15.36 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3117199001 | 6100001152 | 3/28/2009 | 155.70 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3116696405 | 6100001122 | 3/14/2009 | 64.37 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3116696403 | 6100001122 | 3/14/2009 | 126.54 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449748 | Staples Contract & Commercial, Inc. | 3116469191 | 6100001106 | 3/7/2009 | 85.55 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3115918172 | 6100001098 | 2/28/2009 | 102.82 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3115918185 | 6100001082 | 2/28/2009 | 8.97 | Invoice | Nortel Networks (CALA) Inc. |
| 449748 | Staples Contract & Commercial, Inc. | 3115164202 | 6100001030 | 2/7/2009 | 10.28 | Invoice | Nortel Networks (CALA) Inc. |
| Total 366 | | | | | $63,864.87 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.