*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | N/A | 6200005894 | 1/5/2009 | 3,967,311.75 | Payment | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | N/A | 6200005731 | 12/16/2008 | 347,773.48 | Payment | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | N/A | 6200005556 | 12/1/2008 | 2,877,024.56 | Payment | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | N/A | 6200005212 | 11/3/2008 | 607,055.17 | Payment | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | N/A | 6200005017 | 10/16/2008 | 1,930,672.92 | Payment | Nortel Networks Inc. |
| **Total** 5 | | | | | $9,729,837.88 | | |
| **Invoices** | | | | | | | |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552661 | 6200005894 | 11/21/2008 | 43,432.56 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552659 | 6200005894 | 11/21/2008 | 39,274.56 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552821 | 6200005894 | 11/21/2008 | 19,637.28 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552822 | 6200005894 | 11/21/2008 | 164,693.28 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552556 | 6200005894 | 11/21/2008 | 196,372.80 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552063 | 6200005894 | 11/20/2008 | 5,866.39 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552068 | 6200005894 | 11/20/2008 | 412,382.88 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552066 | 6200005894 | 11/20/2008 | 255,284.64 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90552064 | 6200005894 | 11/20/2008 | 176,735.52 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551836 | 6200005894 | 11/19/2008 | 9,455.79 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551835 | 6200005894 | 11/19/2008 | 9,455.79 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551839 | 6200005894 | 11/19/2008 | 216,010.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551838 | 6200005894 | 11/19/2008 | 294,559.20 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551609 | 6200005894 | 11/18/2008 | 5,429.07 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551608 | 6200005894 | 11/18/2008 | 5,429.07 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551607 | 6200005894 | 11/18/2008 | 82,346.64 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551606 | 6200005894 | 11/18/2008 | 9,455.79 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551377 | 6200005894 | 11/17/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551372 | 6200005894 | 11/17/2008 | 22,196.60 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551373 | 6200005894 | 11/17/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551374 | 6200005894 | 11/17/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551375 | 6200005894 | 11/17/2008 | 5,549.15 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551376 | 6200005894 | 11/17/2008 | 61,759.98 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551379 | 6200005894 | 11/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551380 | 6200005894 | 11/17/2008 | 11,732.78 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551381 | 6200005894 | 11/17/2008 | 9,455.79 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551382 | 6200005894 | 11/17/2008 | 47,278.95 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551383 | 6200005894 | 11/17/2008 | 37,823.16 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551384 | 6200005894 | 11/17/2008 | 21,716.28 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551378 | 6200005894 | 11/17/2008 | 82,346.64 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551161 | 6200005894 | 11/14/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90551160 | 6200005894 | 11/14/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550762 | 6200005894 | 11/13/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550756 | 6200005894 | 11/13/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550758 | 6200005894 | 11/13/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550759 | 6200005894 | 11/13/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550760 | 6200005894 | 11/13/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550761 | 6200005894 | 11/13/2008 | 82,346.64 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550757 | 6200005894 | 11/13/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550769 | 6200005894 | 11/13/2008 | 38,023.12 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550764 | 6200005894 | 11/13/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550765 | 6200005894 | 11/13/2008 | 47,528.90 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550766 | 6200005894 | 11/13/2008 | 47,528.90 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550767 | 6200005894 | 11/13/2008 | 47,528.90 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550768 | 6200005894 | 11/13/2008 | 47,528.90 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550763 | 6200005894 | 11/13/2008 | 82,346.64 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90550341 | 6200005894 | 11/11/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549894 | 6200005894 | 11/7/2008 | 5,866.39 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549498 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549493 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549494 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549495 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549496 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549497 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549502 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549492 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549499 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549501 | 6200005894 | 11/6/2008 | 11,098.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549503 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549504 | 6200005894 | 11/6/2008 | 5,549.15 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549506 | 6200005894 | 11/6/2008 | 5,549.15 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549505 | 6200005894 | 11/6/2008 | 9,455.79 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549500 | 6200005894 | 11/6/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90549208 | 6200005894 | 11/5/2008 | 5,549.15 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90548649 | 6200005894 | 11/3/2008 | 18,895.17 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90548067 | 6200005731 | 10/30/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90547127 | 6200005731 | 10/28/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90547129 | 6200005731 | 10/28/2008 | 61,759.98 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90547128 | 6200005731 | 10/28/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90545599 | 6200005731 | 10/24/2008 | 18,386.92 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90544132 | 6200005731 | 10/22/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90544131 | 6200005731 | 10/22/2008 | 82,346.64 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90544130 | 6200005731 | 10/22/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542004 | 6200005556 | 10/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542001 | 6200005556 | 10/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542003 | 6200005556 | 10/17/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542005 | 6200005556 | 10/17/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542006 | 6200005556 | 10/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542008 | 6200005556 | 10/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542009 | 6200005556 | 10/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542010 | 6200005556 | 10/17/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542007 | 6200005556 | 10/17/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90542002 | 6200005556 | 10/17/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541038 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541030 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541031 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541032 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541033 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541034 | 6200005556 | 10/16/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541035 | 6200005556 | 10/16/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541037 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541039 | 6200005556 | 10/16/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541040 | 6200005556 | 10/16/2008 | 82,346.64 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90541036 | 6200005556 | 10/16/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90539186 | 6200005556 | 10/14/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90539184 | 6200005556 | 10/14/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90539185 | 6200005556 | 10/14/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90539187 | 6200005556 | 10/14/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90537385 | 6200005556 | 10/10/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90537390 | 6200005556 | 10/10/2008 | 61,759.98 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90537386 | 6200005556 | 10/10/2008 | 102,933.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90537387 | 6200005556 | 10/10/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90537389 | 6200005556 | 10/10/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90537388 | 6200005556 | 10/10/2008 | 61,759.98 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536233 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536237 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536236 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536245 | 6200005556 | 10/9/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536234 | 6200005556 | 10/9/2008 | 11,098.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536243 | 6200005556 | 10/9/2008 | 21,834.54 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536242 | 6200005556 | 10/9/2008 | 87,338.16 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536244 | 6200005556 | 10/9/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536235 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536238 | 6200005556 | 10/9/2008 | 11,098.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536240 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536260 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536241 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90532648 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536249 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536250 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536247 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536231 | 6200005556 | 10/9/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536239 | 6200005556 | 10/9/2008 | 27,745.75 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536263 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536273 | 6200005556 | 10/9/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 905362725 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536271 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536270 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536269 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536268 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536267 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536266 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536262 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536264 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536261 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536246 | 6200005556 | 10/9/2008 | 65,503.62 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536251 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536252 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536253 | 6200005556 | 10/9/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536254 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536255 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536256 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536257 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536258 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536259 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90536265 | 6200005556 | 10/9/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90535206 | 6200005556 | 10/8/2008 | 5,549.15 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90535205 | 6200005556 | 10/8/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90535204 | 6200005556 | 10/8/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90534307 | 6200005556 | 10/7/2008 | 43,669.08 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90520490 | 6200005212 | 9/16/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90514603 | 6200005212 | 9/11/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90514602 | 6200005212 | 9/11/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90514600 | 6200005212 | 9/11/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90514599 | 6200005212 | 9/11/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90514598 | 6200005212 | 9/11/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90514597 | 6200005212 | 9/11/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513287 | 6200005212 | 9/5/2008 | 65,503.62 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513281 | 6200005212 | 9/5/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513282 | 6200005212 | 9/5/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513283 | 6200005212 | 9/5/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513284 | 6200005212 | 9/5/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513286 | 6200005212 | 9/5/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513288 | 6200005212 | 9/5/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90513285 | 6200005212 | 9/5/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90512343 | 6200005212 | 9/2/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90506329 | 6200005212 | 8/1/2008 | 6,298.39 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90511670 | 6200005017 | 8/28/2008 | 36,773.84 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90511674 | 6200005017 | 8/28/2008 | 20,586.66 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90511676 | 6200005017 | 8/28/2008 | 26,610.09 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90511675 | 6200005017 | 8/28/2008 | 41,173.32 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510888 | 6200005017 | 8/23/2008 | 133,050.45 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510871 | 6200005017 | 8/23/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510872 | 6200005017 | 8/23/2008 | 24,611.09 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510873 | 6200005017 | 8/23/2008 | 123,055.45 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510874 | 6200005017 | 8/23/2008 | 98,444.36 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510882 | 6200005017 | 8/23/2008 | 26,610.09 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510883 | 6200005017 | 8/23/2008 | 26,610.09 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510884 | 6200005017 | 8/23/2008 | 133,050.45 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510890 | 6200005017 | 8/23/2008 | 9,193.46 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510887 | 6200005017 | 8/23/2008 | 26,610.09 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510889 | 6200005017 | 8/23/2008 | 106,440.36 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510885 | 6200005017 | 8/23/2008 | 133,050.45 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510886 | 6200005017 | 8/23/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510616 | 6200005017 | 8/22/2008 | 9,193.46 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510739 | 6200005017 | 8/22/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510738 | 6200005017 | 8/22/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510736 | 6200005017 | 8/22/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510735 | 6200005017 | 8/22/2008 | 26,610.09 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510615 | 6200005017 | 8/22/2008 | 202,256.12 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510737 | 6200005017 | 8/22/2008 | 18,386.92 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510740 | 6200005017 | 8/22/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510741 | 6200005017 | 8/22/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90510531 | 6200005017 | 8/22/2008 | 18,895.17 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509957 | 6200005017 | 8/20/2008 | 18,386.92 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509958 | 6200005017 | 8/20/2008 | 9,193.46 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509468 | 6200005017 | 8/18/2008 | 36,773.84 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509467 | 6200005017 | 8/18/2008 | 45,967.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509466 | 6200005017 | 8/18/2008 | 45,967.30 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509465 | 6200005017 | 8/18/2008 | 27,580.38 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509464 | 6200005017 | 8/18/2008 | 53,220.18 | Invoice | Nortel Networks Inc. |
| 439842 | BreconRidge Corporation (SCI Brockville Corp. as successor in interest) | 90509463 | 6200005017 | 8/18/2008 | 79,830.27 | Invoice | Nortel Networks Inc. |

Total  202

$9,729,837.88

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.