# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.,* :
: Jointly Administered
:
Debtors. :
:
---------------------------------------------------------X

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective November 1, 2010, Smith, Katzenstein & Furlow LLP, changed its name to Smith, Katzenstein & Jenkins LLP. The address, phone numbers and fax numbers have not been affected by this change.

Dated: January 13, 2011            SMITH, KATZENSTEIN & JENKINS LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: kmiller@skjlaw.com
Please note new email address.

*Counsel for Verizon*

09032|PLDG|10130585.DOC}