**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

## 90-Day Payments

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-1 | Thomas & Betts MFG GFI Division | N/A | 6200005810 | 12/19/2008 | 1,563,289.38 | Payment | Nortel Networks Inc. |
| 2189-1 | Thomas & Betts MFG GFI Division | N/A | 6200005673 | 12/16/2008 | 1,089,292.24 | Payment | Nortel Networks Inc. |
| 2189-1 | Thomas & Betts MFG GFI Division | N/A | 6200005504 | 12/1/2008 | 232,400.02 | Payment | Nortel Networks Inc. |
| 2189-1 | Thomas & Betts MFG GFI Division | N/A | 6200005329 | 11/17/2008 | 824,978.50 | Payment | Nortel Networks Inc. |
| 2189-1 | Thomas & Betts MFG GFI Division | N/A | 6200005285 | 11/5/2008 | 1,325,163.81 | Payment | Nortel Networks Inc. |
| 2189-1 | Thomas & Betts MFG GFI Division | N/A | 6200004965 | 10/16/2008 | 431,254.20 | Payment | Nortel Networks Inc. |
| **Total** 6 | | | | | **$5,466,378.15** | | |

## Invoices

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 329904 | 6200005810 | 11/21/2008 | 35,399.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329909 | 6200005810 | 11/21/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329911 | 6200005810 | 11/21/2008 | 2,317.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329910 | 6200005810 | 11/21/2008 | 1,204.97 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329906 | 6200005810 | 11/21/2008 | 8,849.76 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329908 | 6200005810 | 11/21/2008 | 1,245.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329907 | 6200005810 | 11/21/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329730 | 6200005810 | 11/20/2008 | 3,972.72 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329727 | 6200005810 | 11/20/2008 | 3,635.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329726 | 6200005810 | 11/20/2008 | 90,897.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 329725 | 6200005810 | 11/20/2008 | 5,899.84 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329723 | 6200005810 | 11/20/2008 | 35,399.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329728 | 6200005810 | 11/20/2008 | 2,204.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329729 | 6200005810 | 11/20/2008 | 12,207.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329684 | 6200005810 | 11/19/2008 | 855.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329686 | 6200005810 | 11/19/2008 | 41,885.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329683 | 6200005810 | 11/19/2008 | 358.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329681 | 6200005810 | 11/19/2008 | 8,276.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329682 | 6200005810 | 11/19/2008 | 1,329.36 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329687 | 6200005810 | 11/19/2008 | 18,311.70 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329685 | 6200005810 | 11/19/2008 | 2,204.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329560 | 6200005810 | 11/18/2008 | 5,780.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329562 | 6200005810 | 11/18/2008 | 3,995.92 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329559 | 6200005810 | 11/18/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329557 | 6200005810 | 11/18/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329558 | 6200005810 | 11/18/2008 | 1,112.28 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329556 | 6200005810 | 11/18/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329564 | 6200005810 | 11/18/2008 | 4,469.31 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329561 | 6200005810 | 11/18/2008 | 24,974.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329412 | 6200005810 | 11/17/2008 | 71,648.75 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturine. Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | | 329410 | 6200005810 | 11/17/2008 | 641.62 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329408 | 6200005810 | 11/17/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329409 | 6200005810 | 11/17/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329407 | 6200005810 | 11/17/2008 | 7,241.14 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329346 | 6200005810 | 11/14/2008 | 11,087.23 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329351 | 6200005810 | 11/14/2008 | 36,779.38 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329350 | 6200005810 | 11/14/2008 | 20,649.44 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329349 | 6200005810 | 11/14/2008 | 7,789.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329348 | 6200005810 | 11/14/2008 | 36,140.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329347 | 6200005810 | 11/14/2008 | 26,171.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329352 | 6200005810 | 11/14/2008 | 1,997.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329190 | 6200005810 | 11/13/2008 | 4,155.69 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329189 | 6200005810 | 11/13/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329185 | 6200005810 | 11/13/2008 | 100,307.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329188 | 6200005810 | 11/13/2008 | 254.43 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329191 | 6200005810 | 11/13/2008 | 14,749.60 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329186 | 6200005810 | 11/13/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329184 | 6200005810 | 11/13/2008 | 1,649.88 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329108 | 6200005810 | 11/12/2008 | 50.46 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 329109 | 6200005810 | 11/12/2008 | 1,069.75 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturine. Inc.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 329110 | 6200005810 | 11/12/2008 | 197,271.22 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329111 | 6200005810 | 11/12/2008 | 23,405.06 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 329050 | 6200005810 | 11/12/2008 | 1,069.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328947 | 6200005810 | 11/11/2008 | 9,587.24 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328946 | 6200005810 | 11/11/2008 | 29,600.55 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328794 | 6200005810 | 11/10/2008 | 40,595.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328675 | 6200005810 | 11/7/2008 | 32,894.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328671 | 6200005810 | 11/7/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328673 | 6200005810 | 11/7/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328670 | 6200005810 | 11/7/2008 | 1,021.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328676 | 6200005810 | 11/7/2008 | 8,818.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328672 | 6200005810 | 11/7/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328674 | 6200005810 | 11/7/2008 | 83,589.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328580 | 6200005810 | 11/6/2008 | 11,157.84 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328579 | 6200005810 | 11/6/2008 | 5,719.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328577 | 6200005810 | 11/6/2008 | 304.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328578 | 6200005810 | 11/6/2008 | 140,430.36 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328440 | 6200005810 | 11/5/2008 | 15,497.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328445 | 6200005810 | 11/5/2008 | 2,479.52 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328441 | 6200005810 | 11/5/2008 | 113,681.72 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 328443 | 6200005810 | 11/5/2008 | 10,593.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328439 | 6200005810 | 11/5/2008 | 1,026.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328442 | 6200005810 | 11/5/2008 | 6,992.86 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328338 | 6200005810 | 11/4/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328342 | 6200005810 | 11/4/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328340 | 6200005810 | 11/4/2008 | 1,262.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328345 | 6200005810 | 11/4/2008 | 13,374.32 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328337 | 6200005810 | 11/4/2008 | 2,108.18 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328343 | 6200005810 | 11/4/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328347 | 6200005810 | 11/4/2008 | 11,987.76 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328341 | 6200005810 | 11/4/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328336 | 6200005810 | 11/4/2008 | 1,833.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328339 | 6200005810 | 11/4/2008 | 311.45 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328346 | 6200005810 | 11/4/2008 | 17,981.64 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328181 | 6200005810 | 11/3/2008 | 36,359.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328179 | 6200005810 | 11/3/2008 | 1,974.06 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328177 | 6200005810 | 11/3/2008 | 43,913.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328175 | 6200005810 | 11/3/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328176 | 6200005810 | 11/3/2008 | 2,311.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328178 | 6200005810 | 11/3/2008 | 2,317.25 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

**Nortel Networks Inc, et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 328174 | 6200005810 | 11/3/2008 | 458.30 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328117 | 6200005673 | 10/31/2008 | 19,797.10 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328116 | 6200005673 | 10/31/2008 | 36,359.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 328115 | 6200005673 | 10/31/2008 | 17,817.39 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327991 | 6200005673 | 10/30/2008 | 31,675.36 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327989 | 6200005673 | 10/30/2008 | 17,636.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327994 | 6200005673 | 10/30/2008 | 1,426.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327990 | 6200005673 | 10/30/2008 | 11,878.26 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327993 | 6200005673 | 10/30/2008 | 741.78 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327903 | 6200005673 | 10/29/2008 | 26,454.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327905 | 6200005673 | 10/29/2008 | 183.32 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327907 | 6200005673 | 10/29/2008 | 255.35 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327906 | 6200005673 | 10/29/2008 | 4,399.68 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327733 | 6200005673 | 10/28/2008 | 30,994.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327734 | 6200005673 | 10/28/2008 | 767.69 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327729 | 6200005673 | 10/28/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327735 | 6200005673 | 10/28/2008 | 987.03 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327732 | 6200005673 | 10/28/2008 | 49,492.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327731 | 6200005673 | 10/28/2008 | 3,476.13 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327642 | 6200005673 | 10/27/2008 | 274.98 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas  Betts Manufacturing. Inc.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 327639 | 6200005673 | 10/27/2008 | 1,374.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327641 | 6200005673 | 10/27/2008 | 96,963.82 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327640 | 6200005673 | 10/27/2008 | 15,366.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327537 | 6200005673 | 10/24/2008 | 1,245.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327528 | 6200005673 | 10/24/2008 | 86,933.08 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327539 | 6200005673 | 10/24/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327540 | 6200005673 | 10/24/2008 | 24,974.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327533 | 6200005673 | 10/24/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327530 | 6200005673 | 10/24/2008 | 7,789.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327529 | 6200005673 | 10/24/2008 | 33,435.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327535 | 6200005673 | 10/24/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327531 | 6200005673 | 10/24/2008 | 916.60 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327536 | 6200005673 | 10/24/2008 | 365.10 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327532 | 6200005673 | 10/24/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327534 | 6200005673 | 10/24/2008 | 1,754.72 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327538 | 6200005673 | 10/24/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327179 | 6200005673 | 10/21/2008 | 6,331.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327177 | 6200005673 | 10/21/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327178 | 6200005673 | 10/21/2008 | 1,864.39 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 327180 | 6200005673 | 10/21/2008 | 30,994.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas  Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 326984 | 6200005673 | 10/20/2008 | 21,695.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326985 | 6200005673 | 10/20/2008 | 684.72 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326983 | 6200005673 | 10/20/2008 | 12,662.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326980 | 6200005673 | 10/20/2008 | 255.35 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326986 | 6200005673 | 10/20/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326982 | 6200005673 | 10/20/2008 | 6,215.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326981 | 6200005673 | 10/20/2008 | 2,769.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326979 | 6200005673 | 10/20/2008 | 2,769.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322170 | 6200005673 | 8/25/2008 | 5,608.08 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322163 | 6200005673 | 8/25/2008 | 1,781.01 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322167 | 6200005673 | 8/25/2008 | 2,996.94 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322169 | 6200005673 | 8/25/2008 | 12,707.54 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322171 | 6200005673 | 8/25/2008 | 47,513.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322168 | 6200005673 | 8/25/2008 | 24,974.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322164 | 6200005673 | 8/25/2008 | 4,490.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322173 | 6200005673 | 8/25/2008 | 1,077.60 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322165 | 6200005673 | 8/25/2008 | 4,490.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322172 | 6200005673 | 8/25/2008 | 5,939.13 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322166 | 6200005673 | 8/25/2008 | 1,796.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322005 | 6200005673 | 8/22/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 322012 | 6200005673 | 8/22/2008 | 554.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322009 | 6200005673 | 8/22/2008 | 2,749.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322007 | 6200005673 | 8/22/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322010 | 6200005673 | 8/22/2008 | 4,490.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322004 | 6200005673 | 8/22/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322006 | 6200005673 | 8/22/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322008 | 6200005673 | 8/22/2008 | 662.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322013 | 6200005673 | 8/22/2008 | 32,357.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322002 | 6200005673 | 8/22/2008 | 986.16 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322011 | 6200005673 | 8/22/2008 | 4,490.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322003 | 6200005673 | 8/22/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321872 | 6200005673 | 8/21/2008 | 18,490.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321876 | 6200005673 | 8/21/2008 | 256.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321873 | 6200005673 | 8/21/2008 | 2,058.16 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321881 | 6200005673 | 8/21/2008 | 35,634.78 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321878 | 6200005673 | 8/21/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321880 | 6200005673 | 8/21/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321875 | 6200005673 | 8/21/2008 | 919.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321879 | 6200005673 | 8/21/2008 | 824.94 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 321877 | 6200005673 | 8/21/2008 | 824.94 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas  Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | | 321874 | 6200005673 | 8/21/2008 | 257.46 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321786 | 6200005673 | 8/20/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321781 | 6200005673 | 8/20/2008 | 27,735.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321776 | 6200005673 | 8/20/2008 | 244.10 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321778 | 6200005673 | 8/20/2008 | 408.56 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321784 | 6200005673 | 8/20/2008 | 91.66 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321783 | 6200005673 | 8/20/2008 | 1,466.56 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321780 | 6200005673 | 8/20/2008 | 7,789.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321787 | 6200005673 | 8/20/2008 | 2,317.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321785 | 6200005673 | 8/20/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321777 | 6200005673 | 8/20/2008 | 554.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321782 | 6200005673 | 8/20/2008 | 13,867.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321779 | 6200005673 | 8/20/2008 | 14,954.88 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321775 | 6200005673 | 8/20/2008 | 1,069.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321672 | 6200005673 | 8/19/2008 | 57,781.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321673 | 6200005673 | 8/19/2008 | 5,899.84 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321674 | 6200005673 | 8/19/2008 | 34,668.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321549 | 6200005673 | 8/18/2008 | 8,063.58 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321548 | 6200005673 | 8/18/2008 | 2,208.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | | 321544 | 6200005673 | 8/18/2008 | 1,718.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 GFI | | 321539 | 6200005673 | 8/18/2008 | 1,711.50 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321540 | 6200005673 | 8/18/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321545 | 6200005673 | 8/18/2008 | 898.00 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321551 | 6200005673 | 8/18/2008 | 11,062.20 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321550 | 6200005673 | 8/18/2008 | 2,212.44 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321543 | 6200005673 | 8/18/2008 | 1,718.00 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321552 | 6200005673 | 8/18/2008 | 7,374.80 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321541 | 6200005673 | 8/18/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321547 | 6200005673 | 8/18/2008 | 2,694.00 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321542 | 6200005673 | 8/18/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321538 | 6200005673 | 8/18/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321546 | 6200005673 | 8/18/2008 | 2,694.00 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 321461 | 6200005673 | 8/15/2008 | 6,146.50 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 320546 | 6200005673 | 8/4/2008 | 1,426.50 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 326784 | 6200005504 | 10/16/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 326788 | 6200005504 | 10/16/2008 | 8,632.50 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 326787 | 6200005504 | 10/16/2008 | 2,020.00 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 326783 | 6200005504 | 10/16/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 326785 | 6200005504 | 10/16/2008 | 123.27 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 326381 | 6200005504 | 10/10/2008 | 662.12 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 326380 | 6200005504 | 10/10/2008 | 877.36 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326383 | 6200005504 | 10/10/2008 | 1,967.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326382 | 6200005504 | 10/10/2008 | 2,749.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326377 | 6200005504 | 10/10/2008 | 101,805.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326378 | 6200005504 | 10/10/2008 | 2,961.09 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 326379 | 6200005504 | 10/10/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325921 | 6200005504 | 10/7/2008 | 4,228.65 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325922 | 6200005504 | 10/7/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325916 | 6200005504 | 10/7/2008 | 1,068.34 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325919 | 6200005504 | 10/7/2008 | 575.26 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325918 | 6200005504 | 10/7/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325917 | 6200005504 | 10/7/2008 | 1,232.70 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325920 | 6200005504 | 10/7/2008 | 21,143.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325838 | 6200005504 | 10/6/2008 | 37,614.49 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325839 | 6200005504 | 10/6/2008 | 6,992.86 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325837 | 6200005504 | 10/6/2008 | 7,918.84 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325836 | 6200005504 | 10/6/2008 | 22,976.54 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325684 | 6200005329 | 10/3/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325683 | 6200005329 | 10/3/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325675 | 6200005329 | 10/3/2008 | 2,417.10 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 325696 | 6200005329 | 10/3/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325685 | 6200005329 | 10/3/2008 | 311.45 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325698 | 6200005329 | 10/3/2008 | 23,756.52 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325679 | 6200005329 | 10/3/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325697 | 6200005329 | 10/3/2008 | 451.99 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325680 | 6200005329 | 10/3/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325677 | 6200005329 | 10/3/2008 | 60,184.44 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325682 | 6200005329 | 10/3/2008 | 6,445.56 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325695 | 6200005329 | 10/3/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325676 | 6200005329 | 10/3/2008 | 13,540.70 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325692 | 6200005329 | 10/3/2008 | 1,643.60 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325691 | 6200005329 | 10/3/2008 | 5,300.61 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325681 | 6200005329 | 10/3/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325678 | 6200005329 | 10/3/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325688 | 6200005329 | 10/3/2008 | 50.46 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325693 | 6200005329 | 10/3/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325687 | 6200005329 | 10/3/2008 | 1,021.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325694 | 6200005329 | 10/3/2008 | 1,027.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325686 | 6200005329 | 10/3/2008 | 766.05 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 325689 | 6200005329 | 10/3/2008 | 151.38 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2  GFI | | 325261 | 6200005329 | 9/30/2008 | 88,736.40 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 325071 | 6200005329 | 9/29/2008 | 1,081.28 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 325070 | 6200005329 | 9/29/2008 | 2,371.62 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 325073 | 6200005329 | 9/29/2008 | 1,557.25 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 325072 | 6200005329 | 9/29/2008 | 510.70 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 325069 | 6200005329 | 9/29/2008 | 6,647.55 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324997 | 6200005329 | 9/26/2008 | 87,261.60 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324927 | 6200005329 | 9/26/2008 | 12,434.72 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324926 | 6200005329 | 9/26/2008 | 13,516.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324995 | 6200005329 | 9/26/2008 | 3,635.90 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324996 | 6200005329 | 9/26/2008 | 3,635.90 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324924 | 6200005329 | 9/26/2008 | 3,635.90 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324925 | 6200005329 | 9/26/2008 | 14,543.60 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324873 | 6200005329 | 9/25/2008 | 87,261.60 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324874 | 6200005329 | 9/25/2008 | 10,359.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324871 | 6200005329 | 9/25/2008 | 1,008.26 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324872 | 6200005329 | 9/25/2008 | 120,368.88 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324870 | 6200005329 | 9/25/2008 | 508.86 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324713 | 6200005329 | 9/24/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324716 | 6200005329 | 9/24/2008 | 1,931.54 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas  Betts Manufacturing. Inc.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 324717 | 6200005329 | 9/24/2008 | 1,069.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324718 | 6200005329 | 9/24/2008 | 2,182.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324721 | 6200005329 | 9/24/2008 | 40,122.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324715 | 6200005329 | 9/24/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324712 | 6200005329 | 9/24/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324714 | 6200005329 | 9/24/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324719 | 6200005329 | 9/24/2008 | 1,611.39 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324711 | 6200005329 | 9/24/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324720 | 6200005329 | 9/24/2008 | 1,781.01 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324774 | 6200005329 | 9/24/2008 | 1,316.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324661 | 6200005329 | 9/23/2008 | 60,184.44 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324588 | 6200005329 | 9/23/2008 | 406.64 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324589 | 6200005329 | 9/23/2008 | 270.72 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324660 | 6200005329 | 9/23/2008 | 6,146.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324539 | 6200005329 | 9/22/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324546 | 6200005329 | 9/22/2008 | 40,122.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324549 | 6200005329 | 9/22/2008 | 560.61 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324547 | 6200005329 | 9/22/2008 | 20,061.48 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324544 | 6200005329 | 9/22/2008 | 323.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324548 | 6200005329 | 9/22/2008 | 339.24 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 324542 | 6200005329 | 9/22/2008 | 1,283.24 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324540 | 6200005329 | 9/22/2008 | 780.71 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324537 | 6200005329 | 9/22/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324545 | 6200005329 | 9/22/2008 | 1,283.24 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324538 | 6200005329 | 9/22/2008 | 2,120.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324543 | 6200005329 | 9/22/2008 | 4,308.02 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324541 | 6200005329 | 9/22/2008 | 575.26 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 320277 | 6200005329 | 7/30/2008 | 2,038.52 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324416 | 6200005285 | 9/19/2008 | 2,917.39 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324412 | 6200005285 | 9/19/2008 | 13,531.68 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324415 | 6200005285 | 9/19/2008 | 1,191.61 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324414 | 6200005285 | 9/19/2008 | 554.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324411 | 6200005285 | 9/19/2008 | 36,973.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324413 | 6200005285 | 9/19/2008 | 4,302.55 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324213 | 6200005285 | 9/18/2008 | 7,611.57 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324208 | 6200005285 | 9/18/2008 | 1,211.04 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324207 | 6200005285 | 9/18/2008 | 2,532.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324212 | 6200005285 | 9/18/2008 | 3,382.92 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324209 | 6200005285 | 9/18/2008 | 1,924.86 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 324211 | 6200005285 | 9/18/2008 | 2,291.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2  GFI | | 324214 | 6200005285 | 9/18/2008 | 2,537.19 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324210 | 6200005285 | 9/18/2008 | 2,474.82 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324215 | 6200005285 | 9/18/2008 | 2,215.85 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324154 | 6200005285 | 9/17/2008 | 996.64 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324157 | 6200005285 | 9/17/2008 | 7,819.50 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324089 | 6200005285 | 9/17/2008 | 3,202.40 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324156 | 6200005285 | 9/17/2008 | 7,588.50 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324086 | 6200005285 | 9/17/2008 | 9,834.40 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324151 | 6200005285 | 9/17/2008 | 1,261.50 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324150 | 6200005285 | 9/17/2008 | 33,655.07 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324152 | 6200005285 | 9/17/2008 | 370.76 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324149 | 6200005285 | 9/17/2008 | 614.65 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324158 | 6200005285 | 9/17/2008 | 2,523.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324085 | 6200005285 | 9/17/2008 | 19,668.80 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324153 | 6200005285 | 9/17/2008 | 1,281.25 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 324155 | 6200005285 | 9/17/2008 | 17,666.58 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323855 | 6200005285 | 9/15/2008 | 3,716.80 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323859 | 6200005285 | 9/15/2008 | 33,655.07 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323856 | 6200005285 | 9/15/2008 | 23,182.39 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323858 | 6200005285 | 9/15/2008 | 33,655.07 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 323857 | 6200005285 | 9/15/2008 | 7,055.51 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323854 | 6200005285 | 9/15/2008 | 1,889.59 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323717 | 6200005285 | 9/12/2008 | 203.32 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323714 | 6200005285 | 9/12/2008 | 55,460.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323704 | 6200005285 | 9/12/2008 | 18,179.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323715 | 6200005285 | 9/12/2008 | 5,457.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323702 | 6200005285 | 9/12/2008 | 614.65 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323703 | 6200005285 | 9/12/2008 | 13,531.68 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323716 | 6200005285 | 9/12/2008 | 339.24 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323614 | 6200005285 | 9/11/2008 | 2,212.44 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323618 | 6200005285 | 9/11/2008 | 16,224.56 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323619 | 6200005285 | 9/11/2008 | 11,878.26 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323615 | 6200005285 | 9/11/2008 | 10,148.76 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323617 | 6200005285 | 9/11/2008 | 13,274.64 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323613 | 6200005285 | 9/11/2008 | 18,437.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323612 | 6200005285 | 9/11/2008 | 43,630.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323620 | 6200005285 | 9/11/2008 | 9,688.14 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323555 | 6200005285 | 9/10/2008 | 25,451.30 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323557 | 6200005285 | 9/10/2008 | 1,946.49 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323554 | 6200005285 | 9/10/2008 | 17,976.52 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturing, Inc.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 323547 | 6200005285 | 9/10/2008 | 2,015.86 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323553 | 6200005285 | 9/10/2008 | 16,982.66 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323558 | 6200005285 | 9/10/2008 | 1,997.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323550 | 6200005285 | 9/10/2008 | 2,049.60 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323549 | 6200005285 | 9/10/2008 | 3,959.42 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323551 | 6200005285 | 9/10/2008 | 375.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323552 | 6200005285 | 9/10/2008 | 3,412.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323546 | 6200005285 | 9/10/2008 | 25,198.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323548 | 6200005285 | 9/10/2008 | 17,817.39 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323556 | 6200005285 | 9/10/2008 | 1,390.35 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323406 | 6200005285 | 9/9/2008 | 7,991.84 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323398 | 6200005285 | 9/9/2008 | 17,410.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323400 | 6200005285 | 9/9/2008 | 2,317.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323404 | 6200005285 | 9/9/2008 | 15,497.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323403 | 6200005285 | 9/9/2008 | 31,675.36 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323405 | 6200005285 | 9/9/2008 | 21,977.56 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323399 | 6200005285 | 9/9/2008 | 2,317.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323401 | 6200005285 | 9/9/2008 | 926.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323402 | 6200005285 | 9/9/2008 | 19,797.10 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 323397 | 6200005285 | 9/9/2008 | 72,718.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2  GFI | | 323256 | 6200005285 | 9/8/2008 | 9,668.40 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323247 | 6200005285 | 9/8/2008 | 737.48 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323248 | 6200005285 | 9/8/2008 | 8,457.30 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323255 | 6200005285 | 9/8/2008 | 2,204.30 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323250 | 6200005285 | 9/8/2008 | 746.66 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323253 | 6200005285 | 9/8/2008 | 11,527.72 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323249 | 6200005285 | 9/8/2008 | 7,466.60 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323254 | 6200005285 | 9/8/2008 | 22,605.66 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323251 | 6200005285 | 9/8/2008 | 1,826.75 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323252 | 6200005285 | 9/8/2008 | 1,582.75 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323131 | 6200005285 | 9/5/2008 | 10,030.74 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323134 | 6200005285 | 9/5/2008 | 22,864.32 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323130 | 6200005285 | 9/5/2008 | 25,835.04 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323132 | 6200005285 | 9/5/2008 | 31,203.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323128 | 6200005285 | 9/5/2008 | 2,020.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323129 | 6200005285 | 9/5/2008 | 786.80 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323127 | 6200005285 | 9/5/2008 | 10,453.24 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 323133 | 6200005285 | 9/5/2008 | 31,203.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 322978 | 6200005285 | 9/4/2008 | 27,735.00 | Invoice | Nortel Networks Inc. |
| 2189-2  GFI | | 322969 | 6200005285 | 9/4/2008 | 27,735.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 322970 | 6200005285 | 9/4/2008 | 4,917.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322972 | 6200005285 | 9/4/2008 | 10,324.72 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322979 | 6200005285 | 9/4/2008 | 36,980.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322977 | 6200005285 | 9/4/2008 | 5,535.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322975 | 6200005285 | 9/4/2008 | 2,523.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322976 | 6200005285 | 9/4/2008 | 15,745.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322973 | 6200005285 | 9/4/2008 | 4,424.88 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322971 | 6200005285 | 9/4/2008 | 4,917.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322880 | 6200005285 | 9/3/2008 | 80,245.92 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322879 | 6200005285 | 9/3/2008 | 35,177.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322753 | 6200005285 | 9/2/2008 | 912.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322755 | 6200005285 | 9/2/2008 | 463.45 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322748 | 6200005285 | 9/2/2008 | 1,678.08 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322754 | 6200005285 | 9/2/2008 | 185.38 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322756 | 6200005285 | 9/2/2008 | 39.34 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322750 | 6200005285 | 9/2/2008 | 2,208.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322749 | 6200005285 | 9/2/2008 | 28,580.40 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322752 | 6200005285 | 9/2/2008 | 1,426.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322751 | 6200005285 | 9/2/2008 | 2,208.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 320109 | 6200005285 | 7/25/2008 | 2,208.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas Betts Manufacturing, Inc.

**Exhibit A**

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 | GFI | 322658 | 6200004965 | 8/29/2008 | 868.19 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322657 | 6200004965 | 8/29/2008 | 25,404.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322659 | 6200004965 | 8/29/2008 | 30,092.22 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322660 | 6200004965 | 8/29/2008 | 1,276.75 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322534 | 6200004965 | 8/28/2008 | 549.96 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322502 | 6200004965 | 8/28/2008 | 35,177.00 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322503 | 6200004965 | 8/28/2008 | 15,477.88 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322504 | 6200004965 | 8/28/2008 | 855.90 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322535 | 6200004965 | 8/28/2008 | 2,474.82 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322487 | 6200004965 | 8/28/2008 | 19,699.12 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322533 | 6200004965 | 8/28/2008 | 93,620.24 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322536 | 6200004965 | 8/28/2008 | 22,229.20 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322537 | 6200004965 | 8/28/2008 | 32,543.70 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322486 | 6200004965 | 8/28/2008 | 1,426.50 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322342 | 6200004965 | 8/27/2008 | 745.92 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322341 | 6200004965 | 8/27/2008 | 2,749.80 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322340 | 6200004965 | 8/27/2008 | 80,245.92 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322339 | 6200004965 | 8/27/2008 | 560.61 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322222 | 6200004965 | 8/26/2008 | 2,804.25 | Invoice | Nortel Networks Inc. |
| 2189-2 | GFI | 322224 | 6200004965 | 8/26/2008 | 1,577.25 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint, GFI is a division of Thomas  Betts Manufacturing, Inc.

*Exhibit A*

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name (2) | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 2189-2 GFI | | 322226 | 6200004965 | 8/26/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 322220 | 6200004965 | 8/26/2008 | 29,695.65 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 322225 | 6200004965 | 8/26/2008 | 987.03 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 322219 | 6200004965 | 8/26/2008 | 1,979.71 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 322221 | 6200004965 | 8/26/2008 | 2,722.00 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 322223 | 6200004965 | 8/26/2008 | 20,006.28 | Invoice | Nortel Networks Inc. |
| 2189-2 GFI | | 322218 | 6200004965 | 8/26/2008 | 2,741.75 | Invoice | Nortel Networks Inc. |
| Total 437 | | | | | $5,466,378.15 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.
[2] As described in the Complaint. GFI is a division of Thomas Betts Manufacturing. Inc.