*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 3030 | International Business Machines Corporation | N/A | 6100010061 | 1/8/2009 | 7,860.00 | Payment | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | N/A | 6100010062 | 1/8/2009 | 1,929.16 | Payment | Nortel Networks Inc. |
| | 445318 | International Business Machines Corporation | N/A | 6100010075 | 1/8/2009 | 35,147.85 | Payment | Nortel Networks Inc. |
| | 346871 | International Business Machines Corporation | N/A | 6100010064 | 1/8/2009 | 152,440.81 | Payment | Nortel Networks Inc. |
| | 465650 | IBM Credit LLC | N/A | 6100010085 | 1/8/2009 | 12,193.47 | Payment | Nortel Networks Inc. |
| | 384431 | International Business Machines Corporation | N/A | 6100010068 | 1/8/2009 | 134,500.00 | Payment | Nortel Networks Inc. |
| | 393623 | International Business Machines Corporation | N/A | 6100009864 | 1/7/2009 | 18,678.00 | Payment | Nortel Networks Inc. |
| | 30991 | International Business Machines Corporation | N/A | 6000011675 | 12/22/2008 | 8,946.00 | Payment | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | N/A | 6100009799 | 12/18/2008 | 332,460.04 | Payment | Nortel Networks Inc. |
| | 346871 | International Business Machines Corporation | N/A | 6100009800 | 12/18/2008 | 139,333.98 | Payment | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | N/A | 6100009551 | 12/11/2008 | 1,048.49 | Payment | Nortel Networks Inc. |
| | 346871 | International Business Machines Corporation | N/A | 6100009553 | 12/11/2008 | 696,862.21 | Payment | Nortel Networks Inc. |
| | 445318 | International Business Machines Corporation | N/A | 6100009541 | 12/4/2008 | 45,398.00 | Payment | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

***Nortel Networks Inc., et al.***
***90-day Payments and Related Invoices***

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 346871 | International Business Machines Corporation | N/A | 6100009534 | 12/4/2008 | 2,301,506.02 | Payment | Nortel Networks Inc. |
| 393623 | International Business Machines Corporation | N/A | 6100009414 | 12/2/2008 | 18,678.00 | Payment | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | N/A | 6100009319 | 11/28/2008 | 57,375.00 | Payment | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | N/A | 6100009321 | 11/28/2008 | 223,890.00 | Payment | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | N/A | 6100009328 | 11/28/2008 | 34,257.00 | Payment | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | N/A | 6100009303 | 11/20/2008 | 8,164.00 | Payment | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | N/A | 6100009298 | 11/20/2008 | 68,329.35 | Payment | Nortel Networks Inc. |
| 465650 | IBM Credit LLC | N/A | 6100009311 | 11/20/2008 | 15,736.58 | Payment | Nortel Networks Inc. |
| 380937 | IBM Canada Limited | N/A | 6200005444 | 11/19/2008 | 12,000.00 | Payment | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | N/A | 6100009041 | 11/13/2008 | 346,821.56 | Payment | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | N/A | 6100009043 | 11/13/2008 | 502,936.33 | Payment | Nortel Networks Inc. |
| 378991 | International Business Machines Corporation | N/A | 6100009045 | 11/13/2008 | 15,642.00 | Payment | Nortel Networks Inc. |
| 450398 | International Business Machines Corporation | N/A | 6100009028 | 11/12/2008 | 127,223.50 | Payment | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | N/A | 6100008987 | 11/6/2008 | 495.00 | Payment | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| | 445318 | International Business Machines Corporation | N/A | 6100008993 | 11/6/2008 | 30,663.00 | Payment | Nortel Networks Inc. |
| | 393623 | International Business Machines Corporation | N/A | 6100008836 | 11/4/2008 | 18,678.00 | Payment | Nortel Networks Inc. |
| | 346871 | International Business Machines Corporation | N/A | 6100008731 | 10/30/2008 | 968.00 | Payment | Nortel Networks Inc. |
| | 445318 | International Business Machines Corporation | N/A | 6100008718 | 10/23/2008 | 23,485.50 | Payment | Nortel Networks Inc. |
| | 465650 | IBM Credit LLC | N/A | 6100008722 | 10/23/2008 | 9,377.80 | Payment | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | N/A | 6100008478 | 10/16/2008 | 355,151.25 | Payment | Nortel Networks Inc. |
| | 445318 | International Business Machines Corporation | N/A | 6100008484 | 10/16/2008 | 4,740.34 | Payment | Nortel Networks Inc. |
| Total | 34 | | | | | $5,762,916.24 | | |
| Invoices | | | | | | | | |
| | 380937 | IBM Canada Limited | 9199090 | 6200005444 | 9/30/2008 | 6,000.00 | Invoice | Nortel Networks Inc. |
| | 380937 | IBM Canada Limited | 9198612 | 6200005444 | 9/29/2008 | 6,000.00 | Invoice | Nortel Networks Inc. |
| | 465650 | IBM Credit LLC | CANFEEOCT2008 | 6100010085 | 11/12/2008 | 1,461.16 | Invoice | Nortel Networks Inc. |
| | 465650 | IBM Credit LLC | USFEEOCT2008 | 6100010085 | 11/12/2008 | 10,732.31 | Invoice | Nortel Networks Inc. |
| | 445318 | International Business Machines Corporation | 6285771 | 6100010075 | 12/8/2008 | 13,356.00 | Invoice | Nortel Networks Inc. |
| | 445318 | International Business Machines Corporation | 6260266 | 6100010075 | 10/31/2008 | 16,440.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 445318 | International Business Machines Corporation | 6260258 | 6100010075 | 10/31/2008 | 4,502.00 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | XCXCKX4M7 | 6100010075 | 10/20/2008 | 849.85 | Invoice | Nortel Networks Inc. |
| 384431 | International Business Machines Corporation | 440677 | 6100010068 | 11/21/2008 | 134,500.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 102008B | 6100010064 | 11/25/2008 | 111,958.54 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6268708 | 6100010064 | 11/12/2008 | 4,360.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6268010 | 6100010064 | 11/11/2008 | 24,976.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | P5PJ921 | 6100010064 | 11/4/2008 | 1,168.27 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6264329 | 6100010064 | 11/3/2008 | 9,978.00 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | N819360 | 6100010062 | 11/20/2008 | 1,929.16 | Invoice | Nortel Networks Inc. |
| 3030 | International Business Machines Corporation | 64742 | 6100010061 | 10/10/2008 | 3,500.00 | Invoice | Nortel Networks Inc. |
| 3030 | International Business Machines Corporation | 64743 | 6100010061 | 10/10/2008 | 4,360.00 | Invoice | Nortel Networks Inc. |
| 393623 | International Business Machines Corporation | Q60128Y | 6100009864 | 12/1/2008 | 18,678.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6263844 | 6100009800 | 11/2/2008 | 4,376.30 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 346871 | International Business Machines Corporation | 6260452 | 6100009800 | 10/31/2008 | 1,579.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6260198 | 6100009800 | 10/31/2008 | 4,376.30 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6258366 | 6100009800 | 10/29/2008 | 21,510.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6256689 | 6100009800 | 10/27/2008 | 3,999.66 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6255374 | 6100009800 | 10/24/2008 | 9,140.25 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 82008B2 | 6100009800 | 10/1/2008 | 94,352.47 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 855984 | 6100009799 | 10/31/2008 | 28,352.16 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 855452 | 6100009799 | 10/31/2008 | 76,655.84 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854349 | 6100009799 | 10/29/2008 | 1,001.94 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854348 | 6100009799 | 10/29/2008 | 21,628.01 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854225 | 6100009799 | 10/29/2008 | 21,873.25 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854343 | 6100009799 | 10/29/2008 | 162,689.66 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854288 | 6100009799 | 10/28/2008 | 12,631.82 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 84563 | International Business Machines Corporation | 854283 | 6100009799 | 10/28/2008 | 3,900.00 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854220 | 6100009799 | 10/27/2008 | 1,528.22 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 854212 | 6100009799 | 10/27/2008 | 2,199.14 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | BC09001 | 6100009553 | 10/30/2008 | 696,397.83 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6255858 | 6100009553 | 10/26/2008 | 464.38 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | N814911 | 6100009551 | 11/11/2007 | 1,048.49 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6264481 | 6100009541 | 11/3/2008 | 4,502.00 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6257389 | 6100009541 | 10/28/2008 | 40,896.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | C08DVT9 | 6100009534 | 10/29/2008 | 56,365.07 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | CO8DVTB | 6100009534 | 10/29/2008 | 1,090,924.75 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 920082 | 6100009534 | 10/29/2008 | 1,080,147.49 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 082008B | 6100009534 | 10/1/2008 | 74,068.71 | Invoice | Nortel Networks Inc. |
| 393623 | International Business Machines Corporation | Q62638U | 6100009414 | 11/1/2008 | 18,678.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 445318 | International Business Machines Corporation | 6256707 | 6100009328 | 10/27/2008 | 20,034.00 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6254700 | 6100009328 | 10/23/2008 | 14,223.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | Q32008 | 6100009321 | 10/1/2008 | 223,890.00 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 6236511 | 6100009319 | 10/1/2008 | 57,375.00 | Invoice | Nortel Networks Inc. |
| 465650 | IBM Credit LLC | CANFEESEP2008 | 6100009311 | 10/3/2008 | 930.03 | Invoice | Nortel Networks Inc. |
| 465650 | IBM Credit LLC | USFEESEP2008 | 6100009311 | 10/3/2008 | 14,806.55 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6251792 | 6100009303 | 10/19/2008 | 8,164.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | BC09005 | 6100009298 | 10/1/2008 | 38,790.49 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | BC09006 | 6100009298 | 10/1/2008 | 23,075.06 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6230815 | 6100009298 | 9/29/2008 | 6,463.80 | Invoice | Nortel Networks Inc. |
| 378991 | International Business Machines Corporation | 6229233 | 6100009045 | 9/27/2008 | 5,844.00 | Invoice | Nortel Networks Inc. |
| 378991 | International Business Machines Corporation | 6228418 | 6100009045 | 9/26/2008 | 9,798.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 9819800 | 6100009043 | 9/23/2008 | 299.42 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 082008A | 6100009043 | 8/27/2008 | 502,636.91 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 84563 | International Business Machines Corporation | 9819890 | 6100009041 | 9/26/2008 | 2,066.60 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819992 | 6100009041 | 9/26/2008 | 75,966.72 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819998 | 6100009041 | 9/26/2008 | 28,097.28 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819982 | 6100009041 | 9/25/2008 | 10,296.52 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819893 | 6100009041 | 9/25/2008 | 19,330.15 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819888 | 6100009041 | 9/25/2008 | 20,577.74 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819897 | 6100009041 | 9/25/2008 | 10,465.00 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819851 | 6100009041 | 9/24/2008 | 177,609.48 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819843 | 6100009041 | 9/24/2008 | 1,436.12 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 9819845 | 6100009041 | 9/24/2008 | 975.95 | Invoice | Nortel Networks Inc. |
| 450398 | International Business Machines Corporation | Q32008OBMCORP | 6100009028 | 11/7/2008 | 127,223.50 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6233165 | 6100008993 | 9/30/2008 | 16,440.00 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6233158 | 6100008993 | 9/30/2008 | 14,223.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 84563 | International Business Machines Corporation | 800703 | 6100008987 | 10/1/2008 | 495.00 | Invoice | Nortel Networks Inc. |
| 393623 | International Business Machines Corporation | Q67918Q | 6100008836 | 10/1/2008 | 18,678.00 | Invoice | Nortel Networks Inc. |
| 346871 | International Business Machines Corporation | 6218540 | 6100008731 | 9/12/2008 | 968.00 | Invoice | Nortel Networks Inc. |
| 465650 | IBM Credit LLC | CANFEEAUG2008 | 6100008722 | 9/5/2008 | 3,305.26 | Invoice | Nortel Networks Inc. |
| 465650 | IBM Credit LLC | USFEEAUG2008 | 6100008722 | 9/5/2008 | 6,072.54 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6224004 | 6100008718 | 9/21/2008 | 9,004.00 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 6224003 | 6100008718 | 9/21/2008 | 8,164.00 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | P102673 | 6100008718 | 8/19/2008 | 6,317.50 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | 8814695 | 6100008484 | 8/12/2008 | 3,029.50 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | P102674 | 6100008484 | 8/12/2008 | 497.34 | Invoice | Nortel Networks Inc. |
| 445318 | International Business Machines Corporation | P102675 | 6100008484 | 8/12/2008 | 1,213.50 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 8822336 | 6100008478 | 8/29/2008 | 1,767.00 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 8823633 | 6100008478 | 8/29/2008 | 26,689.50 | Invoice | Nortel Networks Inc. |
| 84563 | International Business Machines Corporation | 8823268 | 6100008478 | 8/29/2008 | 72,160.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| | 84563 | International Business Machines Corporation | 8822496 | 6100008478 | 8/27/2008 | 14,628.66 | Invoice | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | 8822494 | 6100008478 | 8/27/2008 | 20,898.65 | Invoice | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | 8822492 | 6100008478 | 8/27/2008 | 179,928.18 | Invoice | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | 8822432 | 6100008478 | 8/26/2008 | 35,236.00 | Invoice | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | 8822433 | 6100008478 | 8/26/2008 | 1,300.00 | Invoice | Nortel Networks Inc. |
| | 84563 | International Business Machines Corporation | 8822331 | 6100008478 | 8/25/2008 | 2,542.76 | Invoice | Nortel Networks Inc. |
| | 30991 | International Business Machines Corporation | 6185521 | 6000011675 | 7/24/2008 | 8,946.00 | Invoice | Nortel Networks Inc. |
| Total | 93 | | | | | $5,762,916.24 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.