## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 11/1/10 through 11/30/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $760 | 140.80 | $107,008.00 |
| J. Borow | Executive Director | $760 | 146.60 | $111,416.00 |
| J. Hyland | Executive Director | $575 | 251.90 | $144,842.50 |
| A. Cowie | Managing | $540 | 221.30 | $119,502.00 |
| R. Conroy | Director | $500 | 90.00 | $45,000.00 |
| D. Rothberg | Director | $395 | 248.40 | $98,118.00 |
| L. Ahearn | Director | $360 | 18.60 | $6,696.00 |
| J. Peterson | Consultant | $335 | 269.30 | $90,215.50 |
| M. Lasinski | Managing | $310 | 22.50 | $6,975.00 |
| T. Morilla | Consultant | $305 | 268.90 | $82,014.50 |
| H. Becker | Paraprofessional | $120 | 5.70 | $684.00 |
| N. Backer | Paraprofessional | $120 | 12.00 | $1,440.00 |
| **For the Period 11/1/2010 through 11/30/2010** | | | **1,696.00** | **$813,911.50** |