Case 09-10138-MFW    Doc 4719-3    Filed 01/14/11    Page 1 of 1

## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 11/1/10 through 11/30/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 915.50 | $486,569.50 |
| 05. Professional Retention/Fee Application Preparation | | 28.80 | $6,508.50 |
| 07. Interaction/Meetings with Debtors /Counsel | | 22.60 | $14,143.00 |
| 08. Interaction/Meetings with Creditors/Counsel | | 51.50 | $35,017.00 |
| 09. Employee Issues/KEIP | | 13.80 | $7,208.50 |
| 10. Recovery/SubCon/Lien | | 280.50 | $101,603.00 |
| 11. Claim Analysis/Accounting | | 38.10 | $14,041.50 |
| 13. Intercompany Transactions/Bal | | 58.20 | $24,082.00 |
| 17. Analysis of Historical Results | | 31.10 | $10,728.00 |
| 18. Operating and Other Reports | | 26.10 | $11,715.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 72.00 | $25,643.50 |
| 20. Projections/Business | | 20.50 | $9,027.50 |
| 22. Pref/Avoidance Actions | | 13.40 | $7,428.50 |
| 33. Intellectual Property | | 123.90 | $60,195.50 |
| **For the Period 11/1/2010 through 11/30/2010** | | **1,696.00** | **$813,911.50** |