**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11/1/2010 through 11/30/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 11/1/2010 | J. Hyland | Airfare to NY. | $828.40 |
| 11/8/2010 | J. Hyland | Airfare to NY. | $522.40 |
| 11/11/2010 | J. Peterson | Subway ride to Cleary for mediation. | $2.25 |
| 11/12/2010 | J. Peterson | Subway to Cleary for mediation. | $2.25 |
| 11/13/2010 | J. Hyland | Airfare to NY. | $485.40 |
| 11/14/2010 | J. Peterson | Roundtrip train for work on a Sunday. | $13.50 |
| 11/15/2010 | J. Peterson | Subway ride to Cleary for mediation. | $2.25 |
| 11/16/2010 | J. Hyland | Airfare flight change during NY trip. | $150.00 |
| 11/16/2010 | J. Peterson | Subway ride to Cleary for mediation. | $2.25 |
| 11/29/2010 | J. Hyland | Airline travel agency fee from 11/5/10. | $15.00 |
| 11/30/2010 | J. Borow | Travel to Toronto to meet with monitor. | $1,615.69 |
| **Subtotal - Airfare/Train** | | | **$3,639.39** |
| **Auto Rental/Taxi** | | | |
| 11/1/2010 | J. Hyland | Taxi in NY. | $33.69 |
| 11/2/2010 | D. Rothberg | Car rental in Raleigh. | $116.85 |
| 11/4/2010 | J. Hyland | Taxi during NY trip. | $70.00 |
| 11/4/2010 | J. Hyland | Taxi during NY trip. | $45.00 |

Capstone Advisory Group, LLC
Invoice for the 11/1/2010 - 11/30/2010 Fee Statement

Page 1 of 5

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/5/2010 | T. Morilla | Taxi due to working late. | $10.70 |
| 11/8/2010 | Capstone Expense | Taxi in NY. | $178.85 |
| 11/8/2010 | Capstone Expense | Taxi in NY. | $94.22 |
| 11/8/2010 | Capstone Expense | Taxi in NY. | $83.75 |
| 11/8/2010 | Capstone Expense | Taxi in NY. | $76.61 |
| 11/8/2010 | J. Hyland | Taxi during NY trip. | $43.67 |
| 11/8/2010 | J. Hyland | Taxi during NY trip. | $15.00 |
| 11/10/2010 | J. Hyland | Taxi during NY trip. | $21.25 |
| 11/10/2010 | J. Hyland | Taxi during NY trip. | $16.20 |
| 11/11/2010 | J. Peterson | Taxi from Cleary to Penn Station. | $20.00 |
| 11/12/2010 | J. Peterson | Taxi from Cleary. | $20.00 |
| 11/13/2010 | J. Hyland | Taxi during NY trip. | $46.64 |
| 11/14/2010 | J. Peterson | Taxi to Cleary on Sunday morning. | $20.00 |
| 11/14/2010 | J. Peterson | Taxi from Cleary on Sunday night. | $15.00 |
| 11/15/2010 | J. Hyland | Taxi during NY trip. | $13.00 |
| 11/16/2010 | J. Hyland | Taxi during NY trip. | $70.00 |
| 11/16/2010 | J. Hyland | Taxi during NY trip. | $55.07 |
| 11/16/2010 | T. Morilla | Taxi due to working late. | $16.70 |
| 11/29/2010 | D. Rothberg | Cab home after return from Raleigh. | $32.04 |
| 11/29/2010 | D. Rothberg | Cab home from Cleary. | $11.40 |
| **Subtotal - Auto Rental/Taxi** | | | **$1,125.64** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Hotel** | | | |
| 11/2/2010 | D. Rothberg | Hotel in Raleigh. | $207.03 |
| 11/4/2010 | J. Hyland | Hotel during NY trip. | $1,698.26 |
| 11/10/2010 | J. Hyland | Hotel during NY trip. | $968.87 |
| 11/12/2010 | J. Hyland | Hotel during NY trip for mediation. | $975.50 |
| 11/16/2010 | J. Hyland | Hotel during NY trip. | $1,215.36 |
| **Subtotal - Hotel** | | | **$5,065.02** |
| **Meals** | | | |
| 11/1/2010 | T. Morilla | Meal for J. Peterson and T. Morilla due to working late. | $25.31 |
| 11/1/2010 | J. Hyland | Meal during NY trip. | $11.32 |
| 11/1/2010 | D. Rothberg | Lunch in Raleigh. | $9.77 |
| 11/1/2010 | J. Hyland | Meal during NY trip. | $7.06 |
| 11/1/2010 | J. Hyland | Meal during NY trip. | $6.25 |
| 11/2/2010 | D. Rothberg | Dinner in Raleigh. | $35.64 |
| 11/2/2010 | J. Hyland | Meal during NY trip. | $17.76 |
| 11/2/2010 | D. Rothberg | Breakfast in Raleigh. | $5.62 |
| 11/4/2010 | J. Peterson | Working lunch for C. Kearns, A. Cowie, D. Rothberg, T. Morilla and J. Peterson. | $100.00 |
| 11/4/2010 | D. Rothberg | Dinner with T. Morilla and J. Peterson. | $54.54 |
| 11/4/2010 | T. Morilla | Meal due to working late. | $26.12 |
| 11/4/2010 | J. Hyland | Meal during NY trip. | $5.73 |
| 11/5/2010 | D. Rothberg | Nortel working lunch. | $74.15 |
| 11/6/2010 | T. Morilla | Meal due to working on weekend. | $10.76 |
| 11/7/2010 | T. Morilla | Meal due to working on weekend. | $15.20 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/8/2010 | J. Peterson | Worked late - dinner for T. Morilla and J. Peterson. | $35.33 |
| 11/9/2010 | J. Borow | Breakfast and Lunch for meeting with Capstone, Akin and Jefferies. | $781.06 |
| 11/9/2010 | J. Hyland | Meal during NY trip. | $20.22 |
| 11/9/2010 | J. Hyland | Meal during NY trip. | $10.00 |
| 11/10/2010 | Capstone Expense | Meal for Nortel team. | $83.84 |
| 11/10/2010 | T. Morilla | Meal due to working late. | $24.00 |
| 11/10/2010 | J. Peterson | Dinner due to working late. | $10.13 |
| 11/10/2010 | J. Hyland | Meal during NY trip. | $8.00 |
| 11/12/2010 | T. Morilla | Meal for J. Peterson and T. Morilla due to working late. | $60.63 |
| 11/12/2010 | J. Hyland | Meal during NY trip. | $3.58 |
| 11/13/2010 | T. Morilla | Meal due to working on weekend. | $10.43 |
| 11/13/2010 | T. Morilla | Meal due to working on weekend. | $8.18 |
| 11/13/2010 | J. Hyland | Meal during NY trip. | $3.50 |
| 11/20/2010 | T. Morilla | Breakfast due to working on the weekend. | $5.74 |
| 11/27/2010 | T. Morilla | Meal due to working on weekend. | $10.38 |
| 11/28/2010 | T. Morilla | Meal due to working on weekend. | $16.51 |
| 11/29/2010 | D. Rothberg | Dinner at the mediation. | $12.05 |
| 11/30/2010 | A. Cowie | Dinner for Rothberg, Peterson, and Cowie due to working late. | $109.14 |
| 11/30/2010 | A. Cowie | Breakfast for Nortel meeting on 11/09/10 at Capstone offices. | $28.43 |
| 11/30/2010 | T. Morilla | Meal due to working late. | $10.77 |
| **Subtotal - Meals** | | | **$1,657.15** |

**Mileage**

Capstone Advisory Group, LLC  
Invoice for the 11/1/2010 - 11/30/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/1/2010 | J. Hyland | Local mileage to/from airport. | $21.00 |
| 11/8/2010 | J. Hyland | Local mileage to/from airport for NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$42.00** |

**Parking/Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/1/2010 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 11/8/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 11/29/2010 | J. Hyland | Parking to carry work papers to office. | $32.00 |
| 11/30/2010 | A. Cowie | Parking for weekend mediation session, 11/14/10. | $45.00 |
| **Subtotal - Parking/Tolls** | | | **$80.20** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/3/2010 | Capstone Expense | Conference call for Nortel. | $25.23 |
| 11/11/2010 | Capstone Expense | Telephone charges for Nortel. | $148.00 |
| 11/12/2010 | Capstone Expense | Long distance telecom for Nortel. | $1,685.03 |
| 11/19/2010 | J. Hyland | Telephone charges for cell phone calls with Nortel in Canada. | $36.26 |
| 11/19/2010 | J. Hyland | Long distance calling to Canada. | $7.67 |
| **Subtotal - Telecom** | | | **$1,902.19** |
| **For the Period 11/1/2010 through 11/30/2010** | | | **$13,511.59** |