IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 11, 2011, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

1. Order Authorizing The Debtors to Fund Certain Subsidiary and Affiliate Wind-Down costs [Re: D.I. 4639] (D.I. 4695, Entered 1/11/11);

2. Order Pursuant to 11 U.S.C. § 505(B)(2) Extending the Time for the IRS to Complete an Examination [Re: D.I. 4635] (D.I. 4696, Entered 1/11/11);

3. Order Approving the Stipulation Resolving Claim Nos. 124 and 10589 Filed by the City of Richardson [Re: D.I. 4566] (D.I. 4697, Entered 1/11/11); and

4. Order Approving the Stipulation Resolving Claim No. 5047 Filed by BSI Sub Inc. [Re: D.I. 4564] (D.I. 4698, Entered 1/11/11).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: January 18, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3965957.2