IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*, | ) Bankr. Case No. 09-10138 (KG) |
| | ) **Re: D.I. 4702** |
| Debtors.[1] | ) |
| | ) (Jointly Administered) |
| Nortel Networks Inc. v. Acme Packet, Inc. | ) Adv. Pro. No. 10-53165 (KG) |
| | ) **Re: D.I. 20** |
| Nortel Networks Inc. v. Asteelflash California, Inc. | ) Adv. Pro. No. 10-53166 (KG) |
| | ) **Re: D.I. 10** |
| Nortel Networks Inc. v. Automotive Rentals, Inc. | ) Adv. Pro. No. 10-53167 (KG) |
| | ) **Re: D.I. 11** |
| Nortel Networks Inc. v. Camiant, Inc. | ) Adv. Pro. No. 10-53168 (KG) |
| | ) **Re: D.I. 9** |
| Nortel Networks Inc. v. CSWL, Inc. | ) Adv. Pro. No. 10-53169 (KG) |
| | ) **Re: D.I. 15** |
| Nortel Networks, Inc. *et al.* v. Eltek Valere Inc, *et al.* | ) Adv. Pro. No. 10-53170 (KG) |
| | ) **Re: D.I. 15** |
| Nortel Networks Inc. v. Gail & Rice, Inc. | ) Adv. Pro. No. 10-53171 (KG) |
| | ) **Re: D.I. 8** |
| Nortel Networks Inc. v. Green Hills Software, Inc. | ) Adv. Pro. No. 10-53172 (KG) |
| | ) **Re: D.I. 9** |
| Nortel Networks Inc. v. Ingram Micro, Inc. | ) Adv. Pro. No. 10-53173 (KG) |
| | ) **Re: D.I. 12** |
| Nortel Networks Inc. v. Judge Technical Services, Inc. | ) Adv. Pro. No. 10-53174 (KG) |
| | ) **Re: D.I. 8** |
| Nortel Networks (CALA) Inc. v. Mercury Americas USA, Corp. | ) Adv. Pro. No. 10-53175 (KG) |
| | ) **Re: D.I. 13** |
| Nortel Networks Inc. v. Nathanson and Company LLC | ) Adv. Pro. No. 10-53176 (KG) |
| | ) **Re: D.I. 9** |

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. PowerSteering Software, Inc. | ) Adv. Pro. No. 10-53179 (KG)<br>) **Re: D.I. 9** |
| Nortel Networks Inc. v. STMicroelectronics N.V. | ) Adv. Pro. No. 10-53181 (KG)<br>) **Re: D.I. 10** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 12, 2011, copies of *Notice of Second Amended Agenda of Matters Scheduled for Hearing on January 12, 2011 at 2:00 P.M. (ET) - CANCELLED* was served in the manner indicated on the persons identified on the attached Service List.

Dated: January 18, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Alissa T. Gazze
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Matthew J. Vanek (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors in Possession*

4042835.1