UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11 Case No.
NORTEL NETWORKS, INC. et al.,                       :
                                                    :     09-10138 KG
                                                    :
         Debtors.                                   :     (Jointly Administered)
                                                    :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Stephen C. Jacobs, Esq. of Spectrum Group Management ("Spectrum"), whose office address and telephone number appear herein below, does hereby enter an appearance as General Counsel of Spectrum in the above-styled Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Spectrum requests copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

**David D.R. Bullock**
Spectrum Group Management LLC
1250 Broadway
Suite 810
New York, NY 10001
Email: dbullock@spectrumgp.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This 18th day of January, 2011

Respectfully submitted,

SPECTRUM GROUP MANAGEMENT LLC

Stephen C. Jacobs, Esq.
General Counsel
Spectrum Group Management LLC
1250 Broadway, Suite 810
New York, NY 10001
(212) 687-9555