**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., et al, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**STATEMENT OF REPRESENTATION BY PEPPER HAMILTON LLP OF MORE THAN ONE CREDITOR PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Pepper Hamilton LLP ("Pepper Hamilton") submits this Verified Statement and represents as follows:

1. Pepper Hamilton has been retained to represent multiple parties in the above-referenced bankruptcy cases as described below:

a. **Avaya, Inc.** ("Avaya"), located at 211 Mt. Airy Road, Basking Ridge, New Jersey 07920. Avaya was listed on Nortel Networks, Inc.'s Schedule G and was the successful bidder for the Debtors' Enterprise Solutions Business. This matter is currently being handled primarily by Davis B. Stratton and Michael J. Custer.

b. **Axxion Group Corporation** ("Axxion"), located at 1855 Northwestern Drive, El Paso, Texas 79912. Axxion has been named as a defendant in an adversary action filed by the Debtors for the recovery of $163,051.00. This matter is currently being handled primarily by Henry J. Jaffe and Evelyn J. Meltzer.

c. **Bridgewater Systems Inc.** ("Bridgewater"), located at 303 Terry Fox Drive, Suite 500, Kanata, Ontario K2K 3J1, Canada. Bridgewater has been named as a defendant in an adversary action filed by the Debtors for the recovery of $567,598.35. Pepper

Hamilton represents Bridgewater solely with respect to the adversary action, and this matter is currently being handled primarily by David M. Fournier and Michael J. Custer.

d. **Citrix Systems, Inc.** ("Citrix"), located at 4988 Great America Parkway, Santa Clara, California 95054. Citrix has been named as a defendant in an adversary action filed by the Debtors for the recovery of $706,418.40. Pepper Hamilton represents Citrix solely with respect to the adversary action, and this matter is currently being handled primarily by David M. Fournier and Michael J. Custer.

e. **Critical Path Strategies, Inc.** ("Critical Path"), located at 33 FM 474, Boerne, Texas 78006. Critical Path has been named as a defendant in an adversary action filed by the Debtors for the recovery of $195,433.52. Pepper Hamilton represents Critical Path solely with respect to the adversary action, and this matter is currently being handled primarily by David M. Fournier and Evelyn Meltzer.

f. **Microvision, Inc.** ("Microvision"), located at 6222 185th Avenue NE, Redmond, Washington 98052. Microvision has submitted a claim, in a contingent and unliquidated amount, for amounts due or to become due under a license agreement. This matter is currently being handled primarily by David B. Stratton, Evelyn J. Meltzer and John H. Schanne.

g. **Right Management Inc.** ("Right Management"), located at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, c/o The Prentice Hall Corporation System, Inc. Right Management has submitted a claim in the Debtors' bankruptcy case in the amount of $1,371,800.00 for breach of a Master Services Agreement. Right Management has also been named as a defendant in an adversary action filed by the Debtors for the recovery of

$595,445.74. This matter is currently being handled primarily by Henry J. Jaffe, James C. Carignan, and Evelyn J. Meltzer.

h. **Siemens Enterprise Communications, Inc.** ("Siemens"), located at 1001 Yamato Road, Boca Raton, Florida 33431. Siemens has submitted a claim for $117,719.78 for goods sold to the Debtors, including a claim under 11 U.S.C. § 503(b)(9) for $52,187.47 for goods sold to the Debtors within twenty days of the commencement of the case. Siemens has also been named as a defendant in an adversary action filed by the Debtors for the recovery of $242,087.67. This matter is currently being handled primarily by Todd Feinsmith and Evelyn J. Meltzer.

i. **Weston Solutions, Inc.** ("Weston"), located at 1400 Weston Way, P.O. Box 2653, West Chester, Pennsylvania 19380. Weston has submitted a claim in the Debtors' bankruptcy case in the amount for $410,139.09 for services performed. Weston has also been named as a defendant in an adversary action filed by the Debtors for the recovery of $501,485.65. This matter is currently being handled primarily by Henry J. Jaffe, Evelyn J. Meltzer and Michael J. Custer.

2. After due inquiry, upon information and belief, Pepper Hamilton does not own any claims against or interests in the Debtors.

3. Pepper Hamilton has complied with its ethical obligations with respect to advising its clients with respect to this concurrent representation.

4. Pepper Hamilton's current representation of the parties herein are separate representations. The clients listed above do not compromise a committee of any kind.

5. Pepper Hamilton has no written contracts of representation with the clients listed above other than ordinary and usual retainer/engagement letters.

6. Pepper Hamilton may also represent other clients in matters pertaining to the Debtors and in the future may undertake other engagements. Those representations may or may not result in representations in these jointly administered bankruptcy cases. If additional representations are undertaken, this Statement shall be supplemented.

7. Pepper Hamilton and its clients reserve the right to amend and supplement this document regarding the priority and amount of any claims heretofore or hereafter asserted in the debtors' bankruptcy proceedings. This statement is provided without prejudice to the right of Pepper Hamilton and its clients to assert, file, resolve, settle, and/or litigate any claims, proofs of claim, adversary complaints, documents, notices or pleadings whatsoever in these bankruptcy proceedings, including but not limited to any claim pursuant to 11 U.S.C. § 502(h).

I, Michael J. Custer, after due inquiry, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in this Verified Statement are true and correct to the best of my knowledge, information and belief.

Dated: January 19, 2011
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ Michael J. Custer

Michael J. Custer (DE No. 4843)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390