# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>                 Debtors. | ) Chapter 11<br>)<br>) Jointly Administered<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Duane Morris LLP, co-counsel to GENBAND US LLC ("GENBAND"), has relocated its Wilmington office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to GENBAND, be given to and served upon the undersigned counsel at the address listed below:

                        Michael R. Lastowski, Esquire
                          Sommer L. Ross, Esquire
                            DUANE MORRIS LLP
                            222 Delaware Avenue
                                Suite 1600
                         Wilmington, DE 19801-1659

Dated: January 19, 2011          /s/ Sommer L. Ross
                                          Michael R. Lastowski (No. 3892)
                                          Sommer L. Ross, Esq. (No. 4598)
                                          DUANE MORRIS LLP
                                          222 Delaware Avenue
                                          Suite 1600
                                          Wilmington, Delaware 19801-1659
                                          Telephone: (302) 657-4900
                                          Facsimile: (302) 657-4901
                                          E-mail: rwriley@duanemorris.com
                                                           slross@duanemorris.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.