**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-10138 |
| | § | (JOINTLY ADMINISTERED) |
| NORTEL NETWORKS, INC. | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

**TRAVIS COUNTY'S NOTICE WITHDRAWING**
**TRAVIS COUNTY'S PROOF OF CLAIM (CLAIM NO. 883)**

**TO THE HONORABLE JUDGE OF SAID BANKRUPTCY COURT:**

**COMES NOW,** Nelda Wells Spears, Travis County Tax Collector for and on behalf of the following taxing authorities: Travis County, City of Austin, Central Health Administration, Austin Community College, and Austin Independent School District (hereinafter the "Travis County"), by and through her attorney of record and files this Travis County's Notice Withdrawing Travis County's Proof of Claim (claim no. 883). In support thereof, Travis County would show that on December 29, 2010, Travis County filed its Amended Proof of Claim (claim no. 7545) which superseded Travis County's claim no. 883 filed April 9, 2009.

**WHEREFORE, PREMISES CONSIDERED**, Travis County respectfully withdraws

Travis County's Proof of Claim (claim no. 883), filed on April 9, 2009.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier


By:    */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Assistant County Attorney
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

# CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice Withdrawing Travis County's Proof of Claim (Claim No. 883)** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy's Clerk's Office on or about the time this document was electronically filed with the Clerk on this **21st** day of **January 2011** and mailed by United States First Class Mail to any party listed below that is not registered.

      /s/ Karon Y. Wright

**CLAIMS AGENT**
Nortel Networks Inc Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, New York 10150-5075

**DEBTORS' ATTORNEYS**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899

**UNITED STATES TRUSTEE**

Office of the United States Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801