## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Certification Of Counsel Regarding Omnibus Hearing Dates** was caused to be made on January 21, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  January 21, 2011

_/s/ Ann C. Cordo_____
Ann C. Cordo (No. 4817)

2669071.9