# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Corporation, *et al.*, ) | Case No. 09-10138(KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____ ) | **Re: Dkt No. 4347** |

## ORDER

The Court has before it for decision the Motion of GENBAND Inc. for Entry of an Order Pursuant to Section 362(d) of The Bankruptcy Code Granting Relief From the Automatic Stay to Compel Arbitration (D.I. 4337). The Court reviewed the parties' written submissions and heard argument. For the reasons stated in the accompanying Memorandum Opinion, it is HEREBY ORDERED that the Motion is DENIED.

Dated: January 21, 2011

*/s/ Kevin Gross*
KEVIN GROSS, U.S.B.J.