IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                    Debtors.                                   :    Jointly Administered
---------------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| June 7, 2011 | 9:30 a.m. (Eastern Time) |
| June 21, 2011 | 9:30 a.m. (Eastern Time)[2] |
| July 12, 2011 | 9:30 a.m. (Eastern Time) |
| July 26, 2011 | 9:30 a.m. (Eastern Time) |
| August 9, 2011 | 10:00 a.m. (Eastern Time) |
| August 23, 2011 | 10:00 a.m. (Eastern Time) |
| September 6, 2011 | 10:00 a.m. (Eastern Time) |
| September 21, 2011 | 10:00 a.m. (Eastern Time)[3] |

Dated: Wilmington, Delaware
       January 21, 2011

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Quarterly fee applications for the February 1, 2011 through April 30, 2011 will be heard at the June 21, 2011 omnibus hearing at 9:30 a.m.

[3] Quarterly fee applications for the May 1, 2011 through July 31, 2011 will be heard at the September 21, 2011 omnibus hearing at 10:00 a.m.