UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 09-10138 (KG) ) |
| NORTEL NETWORKS INC, *et al.*,, | ) Jointly Administered ) |
| Debtors. | ) **TRANSFER OF CLAIM PURSUANT TO** ) **BANKRUPTCY RULE 3001(E)(2)** |

PLEASE TAKE NOTICE that the claim(s) of TMW Weltfonds 1500 Concord Terrace L.P., as successor-in-interest to 1500 Concord Terrace LP (creditor or "Transferor"), against the above-captioned Debtor, and its related Debtor affiliates, in the amount of $4,947,863.06, as set forth in proof of claim number 6402 filed December 24, 2009, and all claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, c/o Helios AMC, LLC ("US Bank"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claims. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, here assign and transfer my claims and all rights thereunder to US Bank. The clerk of the court is authorized to change the address and holder of this claim from Transferor of that of the Transferee, US Bank below.

**TRANSFEROR:** TMW Weltfonds 1500 Concord Terrace L.P.

Print Name _Jessica Ziegler_    Title: _Vice President_

Signature _Jessica Ziegler_    Date: _12/21/10_

Corrected Address (if req.) _____

Phone _770.481.3509_    E-mail: _jessica.ziegler@prudential.com_

*Barry Howell*
*President*
_BJM 12/21/10_

**TRANSFEREE:**

U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2

By:   Helios AMC, LLC, acting in its capacity
      as Special Servicer for US Bank

      By: _____
      Name: _Eric Lindner_
      Title: _Managing Director_

Address of Transferee:  c/o Wells Fargo Commercial Mortgage Servicing
1901 Harrison Street, 2nd Floor
Oakland, CA 94612