UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC, *et al.,*,

Debtors.

) Chapter 11
)
) Case No. 09-10138 (KG)
)
) Jointly Administered
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)**

**Name of Proposed Transferor:**
TMW Weltfonds 1500 Concord Terrace L.P.
c/o Thomas J. Leanse, Esq.
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

**Name of Transferee:**
U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2
c/o Wells Fargo Commercial Mortgage Servicing
1901 Harrison Street, 2nd Floor
Oakland, CA 94612

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE

TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:
   **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

   824 North Market Street
   3rd Floor
   Wilmington, Delaware 19801
   302-252-2900
   **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on

INTERNAL CONTROL NO. _____
Copy (check) ____ Claims Agent _____ Transferee _____
Debtor's Attorney _____

Deputy Clerk