**CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, Esquire, hereby certify that on this 24th day of January, 2011, I caused a true and correct copy of the foregoing Transfer of Claim Pursuant to Bankruptcy Rule 3001(e)(2) to be served on the addresses listed on the attached service list in the manner indicated.

Dated: January 24, 2011
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

**SERVICE LIST**

**VIA HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll III, Esquire
Ann C. Cordo, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for the Debtors*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
*Counsel for the Official Committee of Unsecured Creditors*

Thomas Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST-CLASS MAIL**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
*Counsel for the Debtors*

Epiq Bankruptcy Solutions, LLC
ATTN: Nortel Networks, Inc. Claims
Processing Center
757 Third Avenue, 3rd Floor
New York, NY 10017

Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Counsel for the Official Committee of Unsecured Creditors*

TMW Weltfonds 1500 Concord Terrace L.P.
c/o Thomas J. Leanse, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
*Transferor*

U.S. Bank National Association,
as Trustee for the Registered Holders of
Banc of America Commercial Mortgage, Inc.
Commercial Mortgage Pass-Through Certificates, Series 2006-2
c/o Wells Fargo Commercial Mortgage Servicing
1901 Harrison Street, 2nd Floor
Oakland, CA  94612
*Transferee*