

19 January 2011

United States Bankruptcy Court
Attn: Claims
824 Market Street
3rd Floor
Wilmington, DE 19801



RE: Nortel Networks, Inc (Bay Networks), Case No. 09-10138

To Whom It May Concern,

Please let this letter serve as a request to withdraw our proof of claim on behalf of Argonaut Insurance Company in the case of Nortel Networks, Inc (Case No. 09-10138). Please confirm by reply response that this request has been accepted by the United States Bankruptcy Court. Confirmation can be made via one of the following methods: email (keckelman@argogroupus.com), fax (210-344-5852), or mail to:

Argo Group US, Inc.
Attn: Kayse Eckelman
10101 Reunion Place
Suite 500
San Antonio, TX 78216

Thank you,

*Kayse Eckelman*

Kayse Eckelman

Administrative Assistant

210-321-8488