*Darnell D. Barber-Moye*
*8715 Crestgate Circle*
*Orlando, FL 32819*
*703-628-0931*



Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottlieb Steen and Hamilton LLO
One Liberty Plaza
New York, N.Y. 10006

OBJECTION
RE: Nortel Networks Inc. et al.
Case No 09-10138 (KG)
Docket No. 4638

January18, 2011


Dear Sir:

I am writing to **strongly object** to the December 22, 2010 allowing Nortel to re-capture the funds in the Deferred Compensation plan. Contrary to what has been reported, I did not know those funds were unsecure until October 2008 when rumors first surfaced internally that Nortel's financials were in dire straights. When I enrolled in the program in 2001, I was NOT given any plan documents but only a summary document that listed the deduction allowances and investment options. Since the plan was identified as a Trust, it meant to me that monies would be set aside in a safe place and would be returned to me when I meet the conditions for withdrawal.

To further expand on my lack of knowledge, I was an employee of Nortel Government Solutions, Inc, (NGS) a wholly owned subsidiary of Nortel which meant I was further isolated from any information on Nortel's true financial condition. This lack of open communication between Nortel employees and NGS employees were strictly enforced due to a mandatory fire-wall created to protect NGS from Nortel influence in accordance with US Federal Government Security guidelines. The Executive leadership of Nortel Government would report to its staff, I included our financial achievements on a quarterly basis but there was never any feedback on the overall Nortel corporate condition. When internal rumors finally reached me in NGS in late October 2008 about Nortel's true tenuous financial condition and that a large interest payment due on Bonds in January 2009 may be missed, I immediately notified my supervisor that I would be retiring at the end of December 2008. I did this in an attempt to protect the retirement savings I had set aside in the Deferred Compensation plan.

Nortel willfully mislead me and other employees about the dire financial condition by vehemently denying the Wall Street journal article published in November 2008 that the

company was seeking bankruptcy advice. Had the company accurately reported information to employees at that time, I could have requested a withdrawal from the Deferred Compensation program and willingly paid the withdrawal penalty to save some of my money. But the end result was I got a really bad deal – I retired thus leaving my job only to have my Deferred Compensation frozen 14 days later.

Additionally, news surfaced after Nortel's bankruptcy filing that some Nortel Executives exploited their insider knowledge of the companies true financial condition to seek early withdrawals from the Deferred Compensation plan such as was reportedly done by Rich Lowe, President of Nortel Carrier Networks in the Ottawa Citizen. Mr. Lowe is reported to have paid a penalty and withdrew his money from the Deferred Compensation plan on September 30, 2008. This could not have been a coincidence. This alone, in my opinion amount to fraud and misconduct by Sr. Executives who had insider knowledge and did not share this knowledge with other employees like myself who are now suffering the loss of our hard earned savings.

Since the $39M has been set aside in an account at U.S. National Bank all this time, I feel that is would not only be fair but justified for us employees who were mislead and deceived by Nortel to have moneys we had earned and put in the Deferred Compensation Rabbi Trust returned to us.

I strongly object to having these funds turned over and my claim for them reduced to that of an unsecured creditor. I am a single 57yr old black woman who raising two grandkids, one of who is in college. The $224,000 that I had saved in the Deferred Compensation plan over nine years represent a considerable financial sacrifice my grandkids and I made to our day-to-day living standard in an attempt to ensure I would have some income in retirement besides Social Security and a small 401K.

Likewise, I was not a very high paid employee; my base salary at Nortel when I retired was $105,000 after 10 years of work. I was eligible for commissions; however those were capped at around $80,000. In essence, I was not a highly compensated employee as has been reported in the news but a single grandmother who lived with two grandkids on $125K average per year pre-tax in the high cost of living area of Fairfax County, Virginia.

I trust my appeals for these funds to be returned to their rightful owners are given extra consideration. These monies represent a very large portion of my retirement funds and since they have been off-limits for the past two years, I have had to return to full-time employment and the economic downturn has further magnified my situation which now finds me away from home two to three weeks a month working to make ends meet. Clearly this is not what I had envisioned when I started contributing to the Nortel Deferred Compensation plan in 2001 so I again beg you to please re-consider this ruling and return the Deferred Compensation funds to their rightful owners.

Thank you very much

[signature]