From: Peter S. Budihardjo
103 Lochfield Drive
Cary, NC 27518

To:
Clerk
U. S. Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Copy:
James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, N.Y. 10006

## Case No. 09-101138 (KG) Nortel Networks Inc., et.al.

### ref: Docket 4638 dated 12/22/2010

I am currently an active participant in the Nortel Networks Inc. deferred compensation plan ("the plan"), and respectfully submit this objection to the granting of the debtors' December 22 motion for an order to, among other things, transfer assets to Nortel Networks Inc.

Before ruling on this motion, I ask that the Court determine, by means of an evidentiary hearing or otherwise, the validity of the plan including whether it met all the statutory and regulatory requirements of such a plan, and specifically whether participation in the plan was appropriately limited to a select group of management and highly compensated individuals and whether the plan was in fact administered consistent with those requirements.

Based on my understanding, the plan was open to participation by middle managers as well as those whose compensation was well under $200,000 per year, thus putting at issue whether the plan was appropriately limited in scope, as required by statute and regulation.

Respectfully,

Peter S. Budihardjo