January 19, 2011

To: Clerks
US Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**CASE No. 09-101138 (KG) Nortel Networks Inc., et al.**

**Ref: Docket 4638 dated 12/22/2010**

The Honorable Bankruptcy Judge,

I, Girishkumar Patel a former Nortel Networks employee and a pensioner, object to Nortel Networks plan to seize $37.9 million in deferred-compensation program.

Nortel Networks made its deferred-compensation program widely available and encouraged less sophisticated non-executive employees like me, to participate. Nortel Networks overstepped the usual bounds for such accounts by offering them to lower-level employees, almost all mid level managers - Directors and selected Senior Managers. That is, Nortel Network employees making less than $ 150,000.00 a year could be on Nortel Network deferred-compensation program. Note also that such employees were not offered sound financial advice.

I would like to ascertain that Nortel Network deferred-compensation program was not legitimate, and the funds should be protected after all under the federal Employee Retirement Income Security Act, which safeguards pension and 401(k) plans — and the (lower-level) employees might be able to reclaim their contributions in full.

Thank you for reviewing my claims and I am very hopeful of a positive outcome.

Respectfully,

*[signature]*
Girishkumar Patel

Email: grpatel@yahoo.com
Telephone: 972-964-0319
3905 Jefferson Cir
Plano, TX 75023