FILED
11 JAN 24 AM 11:46

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

101 Maybank Court
Durham, N.C. 27713

January 21, 2011

Clerk of United States Bankruptcy Court
For the District of Delaware
824 Market St., Third Floor
Wilmington, Delaware 19801

Re: Nortel Networks Deferred Compensation Claim
Document 4638 for Roger Bushnell  Claim No. 3633

TO WHOM IT MAY CONCERN:

This is to notify that I have just been notified at 7:00 pm, January 21, 2011 that a letter was sent to claimants of the Nortel Networks Deferred Compensation Claim on December 22, 2010. We have not received this letter, and thus were not made aware of today's deadline for response, except through a telephone call from an astute Nortel retiree. As a result, this should in no way jeopardize the claim already recorded for satisfaction of my Deferred Compensation with Nortel Networks.

By this letter sent to you and the faxes being sent this evening to James Bromley of the law firm Cleary, Gottlieb, Stern and Hamilton as well as Derek Abbott of the law firm Morris, Nichols, Arsht and Tunnell I once again, confirm this claim for satisfaction from the bankruptcy court. I would further add that these monies were payment for services rendered that were earned and not collected by myself at the time, and thus warrant payment in full. This deferred compensation is a significant part of my retirement security from a company for which I was employed for over thirty years. Any notifications sent to alter such a claim, should certainly have been sent by certified mail to verify that the Clerk of the Court is in fact representing all interests involved.

Sincerely,

Roger J Bushnell

Roger J Bushnell

P.S. Please Advise you have Received this by telephone contact 919-806-0043