IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
Nortel Networks Inc., et al.,[1]                 :    Case No. 09-10138 (KG)
                                                 :
                                                 :    (Jointly Administered)
                            Debtors.             :
                                                 :    **Re: Docket No. 1205**
-------------------------------------------------x

## MOTION OF SPRINT NEXTEL CORPORATION TO COMPEL DEBTORS TO PAY ADMINISTRATIVE CLAIM

AND NOW comes Sprint Nextel Corporation ("Sprint") and files this Motion, pursuant to Section 503 of the Bankruptcy Code, to compel the Debtors to immediately satisfy Sprint's post-petition administrative claim in the amount of $25,139.91, as follows:

1. On January 14, 2009, the Nortel Networks, Inc. and certain affiliates (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. Sprint has filed a number of pre-petition claims against the Debtors, all of which were resolved and allowed in the total amount of $398,250.00, pursuant to an Agreement Resolving Claims Filed by Sprint Nextel Corporation Against Debtor Nortel Network, Inc. (the "Settlement Agreement"). The Settlement Agreement was approved under procedures adopted by the Court in the Order Authorizing and Approving Settlement Procedures to Settle Certain Prepetition Claims dated September 16, 2010.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5772), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

3. Sprint also filed an administrative claim against the Debtors in an unliquidated amount, which was fixed in the amount of $25,139.91 under the Settlement Agreement.

4. The administrative claim relates to a claim for indemnification under the Fourth Amended and Restated PCS CDMA Product Supply Contract between Nortel Networks, Inc. and Sprint, which contract was assigned to Telefonakticbolaget LM Ericsson ("Ericsson") pursuant to Order of Court dated July 28, 2009 [Docket No. 1205] ("CDMA Sale Order").

5. The CDMA Sale Order provides, in pertinent part, that Ericsson shall be responsible for valid indemnification claims under the CDMA contract due after the Closing Date, and the Debtors shall be responsible for (a) attorneys' fees and expenses arising before the Closing Date, and (b) liabilities, including any settlements and final judgments, due before the Closing Date.

6. It has been determined that there were no settlements or final judgments due before the Closing Date of the CDMA Sale, and that the Debtors' share of attorneys' fees and expenses arising before the Closing Date entitled to indemnification from the Debtors is $25,139.91.

7. Under the terms of the Settlement Agreement, the Debtors agreed not to oppose any request by Sprint to this Court for an order directing payment of the administrative claim.

WHEREFORE, Sprint respectfully requests that this Court direct the Debtors to immediately pay the administrative claim in the amount of $25,139.91.

Dated: January 24, 2011

SPRINT NEXTEL CORPORATION

By: *[signature]*
Brett D. Fallon (DE Bar No. 2480)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
bfallon@morrisjames.com

David I. Swan, Esquire
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
dswan@mcguirewoods.com