IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: February 7, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: February 22, 2011 at 9:30 a.m.** |

## NOTICE OF MOTION

To:   See attached service list.

**PLEASE TAKE NOTICE THAT** the undersigned counsel for Sprint Nextel Corporation ("Sprint") filed the *Motion of Sprint Nextel Corporation to Compel Debtors to Pay Administrative Claim* the ("Motion")[1].

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before February 7, 2011 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **on February 22, 2011 at 9:30 a.m. prevailing Eastern Time** before the Honorable Kevin Gross, Bankruptcy Judge for United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom # 3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[The remainder of this page was intentionally left blank.]

---

[1] A full copy of this Motion has been served on a core group of interested parties while only the notice has been served on the remainder of the 2002 list. If you have not received a full copy of the Motion but would like one, you may obtain one by contacting the undersigned counsel.

2965892/1

Dated: January 24, 2011

MORRIS JAMES LLP

_____
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

David I. Swan, Esquire
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
E-mail: dswan@mcguirewoods.com

*Attorneys for Sprint Nextel Corporation*

2965892/1