IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. ____** |

## ORDER GRANTING MOTION OF SPRINT NEXTEL CORPORATION TO COMPEL DEBTORS TO PAY ADMINISTRATIVE CLAIM

Upon consideration of the Motion of Sprint Nextel Corporation to Compel Debtors to Pay Administrative Claim (the "Motion"), and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that adequate notice of the Motion has been provided and that no other or further notice need be given;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Debtors are directed to pay $25,139.91 to Sprint Nextel Corporation within ten (10) days of the date of this Order.

3. This Court shall retain jurisdiction to consider and resolve any disputes arising under or related to this Order.

Dated:_____      _____
                                    The Honorable Kevin Gross
                                    United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5772), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

2965935/1