IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 24, 2011, I caused service of the following:

**MOTION OF SPRINT NEXTEL CORPORATION TO
COMPEL DEBTORS TO PAY ADMINISTRATIVE CLAIM**

Service was of the entire filing was completed upon the Core Group Service List, and the notice portion only[1] was served upon all other parties listed on the Del. Bankr. L.R. 2002 Service List.

Dated: January 24, 2011

William Weller

SWORN TO AND SUBSCRIBED before me this 24th day of January, 2011.

NOTARY
My commission expires: 12/22/12

---

[1] Any party that received the notice portion only of the filing but would like to receive the complete filing can request a copy from the undersigned to the Motion (bfallon@morrisjames.com) or to this Affidavit of Service (wweller@morrisjames.com).

2966221/1

NORTEL NETWORKS, INC, et al.
Case No. 09-10138 (KG)
Core Group and Del. Bankr. L.R. 2002 Service List

**Core Group Service List:**

Deborah M. Buell, Esq.
Neil P. Forrest, Esq.
Matthew J. Vanek, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
[Counsel for the Debtors and
Debtors-in-Possession]

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

**Del. Bankr. L.R. 2002 Service List:**

Donna L. Culver, Esq.
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
[Counsel to the Official Committee
of Unsecured Creditors]

Tobey M. Daluz, Esq.
Leslie Heilman, Esq.
David T. May, Esq.
Ballard Spahr
919 Market Street
11th Floor
Wilmington, DE 19801

| | |
|---|---|
| Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Polsinelli Shughart PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801 | David B. Stratton, Esq.<br>Henry Jaffe, Esq.<br>Leigh-Anne M. Raport, Esq.<br>Evelyn J. Meltzer, Esq<br>Pepper Hamilton LLP<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 |
| Joanne B. Wills, Esq.<br>Klehr Harrison<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | Marla R. Eskin, Esq.<br>Ayesha S. Chacko, Esq.<br>Campbell & Levine LLC<br>800 N King Street<br>Suite 300<br>Wilmington, DE 19801 |
| William D. Sullivan, Esq.<br>Sullivan Hazeltine Allinson LLC<br>4 E 8th Street<br>Suite 400<br>Wilmington, DE 19801 | Mary F. Caloway, Esq.<br>P.J. Duhig Esq.<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 |
| Duane D. Werb Esq.<br>Werb & Sullivan<br>300 Delaware Avenue<br>13th Floor<br>Wilmington, DE 19801 | Kathleen M. Miller, Esq.<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 |
| William P. Bowden, Esq.<br>Ricardo Palacio, Esq.<br>Gregory A. Taylor, Esq.<br>Amanda M. Winfree, Esq.<br>Benjamin W. Keenan, Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801 | Rachel B. Mersky, Esq.<br>Monzack Mersky McLaughlin and Browder P.A.<br>1201 N Orange Street<br>Suite 400<br>Wilmington, DE 19801 |

Jeffrey S. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis, Esq.
Daniel A. O'Brien, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

John V. Fiorella, Esq.
Charles J. Brown, III, Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801

Maria Aprile Sawczuk, Esq.
Stevens & Lee P.C.
1105 N Market Street
7th Floor
Wilmington, DE  19801

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg
1000 West Street
17th Floor
Wilmington, DE  19801

Ian Connor Bifferato, Esq.
Kevin G. Collins, Esq.
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE  19801

Gregg M. Galardi, Esq.
Sarah E. Pierce, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Norman L. Pernick, Esq.
Sanjay Bhatnagar, Esq.
Cole Schotz Meisel Forman & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

| | |
|---|---|
| Christopher P. Simon, Esq.<br>Cross & Simon LLC<br>913 N. Market Street<br>11th Floor<br>Wilmington, DE 19801 | Stuart M. Brown, Esq.<br>Edwards Angell Palmer & Dodge<br>919 N. Market Street<br>Suite 1500<br>Wilmington, DE 19801 |
| Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801-1659 | Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>J. Landon Ellis, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 |
| Amy D. Brown, Esq.<br>Margolis Edelstein<br>750 Shipyard Drive<br>Suite 102<br>Wilmington, DE 19801 | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Sheryl L. Moreau, Esq.<br>Missouri Dept of Revenue<br>P.O. Box 475<br>Bankruptcy Division<br>Jefferson City, MO 65105-0475 |
| John P. Dillman, Esq.<br>Linebarger Goggan Blair<br>  & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Rod Andrerson, Esq.<br>Noel R. Boeke, Esq.<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 |

| | |
|---|---|
| Amos U. Priester, IV, Esq.<br>Anna B. Osterhout, Esq.<br>Smith Anderson Blount Dorsett<br>  Mitchell & Jernigan LLP<br>P.O. Box 2611<br>Raleigh, NC  27602-2611 | Centralized Insolvency Operation<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| L.A. County Treasurer & Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA  90054-0110 | Laura L. McCloud, Esq.<br>Assistant Attorney General<br>P.O. Box 20207<br>Nashville, TN  37202 |
| Seth B. Shapiro, Esq.<br>U.S. Dept of Justice Civil Div<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC  20044 | Jan M. Geht, Esquire<br>U.S. Dept of Justice Tax Div<br>P.O. Box 227<br>Washington, DC  20044 |
| Janet Fitzpatrick<br>Unisys Corporation<br>P.O. Box 500<br>M/S E8-108<br>Blue Bell, PA  19424 | Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC  28233 |
| Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser<br>123 S. Broad Street<br>Suite 2100<br>Philadelphia, PA  19109 | Vicente Matias Murrell, Esq.<br>Stephen D. Schreiber, Esq.<br>Pension Benefit Guaranty Corp<br>1200 K Street NW<br>Washington, DC  20005-4026 |

| | |
|---|---|
| Edward C. Wetmore<br>VP & Gen Counsel<br>Amphenol Corporation<br>358 Hall Avenue<br>Wallingford, CT  06492 | Joseph E. Shickich Jr., Esq.<br>Riddell Williams P.S.<br>1001 4th Avenue<br>Suite 4500<br>Seattle, WA  98154-1192 |
| Ramona Neal, Esq.<br>HP  Company<br>11307 Chinden Blvd<br>MS 314<br>Boise, ID  83714 | David G. Aelvoet, Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Bldg Suite 300<br>711 Navarro<br>San Antonio, TX  78205 |
| David A. Rosenzweig, Esq.<br>Fulbright & Jaworski LLP<br>666 5th Avenue<br>New York, NY  10103-3198 | Carren B. Shulman, Esq.<br>Kimberly K. Smith, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>24th Floor<br>New York, NY  10112 |
| Alistar Bambach<br>SEC NY Regional Office<br>Bankruptcy Division<br>3 World Financial Center<br>Suite 400<br>New York, NY  10281-1022 | Michael L. Schein, Esq.<br>Vedder Price P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY  10019 |
| Raniero D'Aversa Jr., Esq.<br>Laura D. Metzger, Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY  10103-0001 | Dennis Dunne, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY  10005-1413 |

| | |
|---|---|
| Michelle McMahon, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 | N. Thodore Zink Jr., Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 |
| Alan Kolod, Esq.<br>Christopher J. Caruso, Esq.<br>Kent C. Kolbig, Esq.<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174 | Ken Coleman, Esq<br>Lisa J.P. Kraidin, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY  10020 |
| Edmond P. O'Brien, Esq.<br>Stempel Bennett Claman & Hochberg P.C.<br>675 Third Avenue<br>31st Floor<br>New York, NY  10017 | Steven J. Reisman, Esq.<br>James V. Drew, Esq.<br>Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178-0061 |
| Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas<br>19th Floor<br>New York, NY  10036 | Jeremy E. Crystal, Esq.<br>Marc Abrams, Esq.<br>Brian E. O'Connor, Esq.<br>Sameer Advani, Esq.<br>Willkie Farr & Gallagher LLP<br>787 7th Avenue<br>New York, NY  10019 |
| Robert J. Rosenberg, Esq.<br>Michael J. Riela, Esq.<br>Zachary N. Goldstein, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY  10022-4068 | David S. Allinson, Esq.<br>Thomas Malone, Esq.<br>Alexandra Croswell, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY  10022-4068 |

| | |
|---|---|
| Kristin S. Elliott, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Kenneth E. Noble, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 |
| Stephen C. Stapleton, Esq.<br>Dykema Gossett PLLC<br>1717 Main Street<br>Ste 4000<br>Dallas, TX  75201-7332 | Lynnette R. Warman, Esq.<br>Hunton & Williams<br>1445 Ross Avenue<br>Rountain Place<br>Suite 3700<br>Dallas, TX  75202-2799 |
| Jonathan L. Howell, Esq.<br>Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N Akard Street<br>Dallas, TX  75201-6659 | Robert T. Vance Jr., Esq.<br>Law Offices of Robert T. Vance Jr.<br>100 South Broad Street<br>Suite 1530<br>Philadelphia, PA  19110 |
| Carol E. Momjian, Esq.<br>PA Senior Deputy Atty Gen<br>21 S 12th Street<br>3rd Floor<br>Philadelphia, PA  19107-3603 | David L. Pollack, Esq.<br>Jeffrey Meyers, Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market Street<br>Philadelphia, PA  19103 |
| Alan S. Kopit, Esq.<br>Christopher W. Peer, Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Suite 2800<br>Cleveland, OH  44114 | Linda Boyle<br>TW Telecom Inc..<br>10475 Park Meadows Dr<br>Suite 400<br>Littleton, CO  80124 |

| | |
|---|---|
| Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO  80021 | Dustin P. Branch, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA  90067-3012 |
| John C. Vigano, Esq.<br>Patricia J. Fokuo, Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL  60606-6473 | Eric S. Prezant, Esq.<br>Bryan Cave LLP<br>161 N Clark Street<br>Suite 4300<br>Chicago, IL  60601 |
| Melissa A. Mickey, Esq.<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60604-1404 | Jill L. Murch, Esq.<br>Lars A. Peterson, Esq.<br>Foley & Lardner LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL  60654-5313 |
| Cullen K. Kuhn, Esq.<br>Bryan Cave LLP<br>211 N Broadway<br>Suite 3600<br>St. Louis, MO  63102 | David L. Uranga<br>Bell Microproducts Inc<br>201 Monroe Street<br>Suite 300<br>Montgomery, AL  36104 |
| Jeffrey B. Ellman, Esq.<br>Robbin S. Rahman, Esq.<br>Jones Day<br>1420 Peachtree St NE<br>Ste 800<br>Atlanta, GA  30309 | Darryl S. Laddin, Esq.<br>Frank N. White, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA  30363-1031 |

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL  32801

Joyce A. Kuhns, Esq.
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Richard M. Kremen, Esq.
Dale K. Cathell, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Randall D. Crocker, Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI  53202

Shawn M. Christianson, Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA  94105-2126

Merle C. Meyers, Esq.
Michele Thompson, Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA  94104

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

James C. Waggoner, Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR  97201-5630

Rachel S. Budke, Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Scott K. Brown, Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ  85004

Nicholas Skiles, Esq.
John A. Wetzel, Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA 19382

Jennifer V. Doran, Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
Patrick M. Costello, Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

David M. Schilli, Esq.
Ty E. Shaffer, Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246

J. Scott Douglass, Esq.
909 Fannin
Suite 1800
Houston, TX 77010

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA 17101-1601

Stephen K. Dexter Esq.
Lathrop & Gage LLP
370 17th Street
Ste 4650
Denver, CO 80202

Elizabeth Banda, Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX 76013

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Donald K. Ludman, Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ 08096

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT 06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022

Mark G. Ledwin, Esq.
Wilson Elser Moskowitz
 Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Robert S. McWhorter, Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA 95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

Ann Groninger, Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC 28203

Hubert H. Kuo, Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Suite 590
Newport Beach, CA 92660

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX 75234

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

| | |
|---|---|
| Michael S. Etkin<br>Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Samuel H. Rudman<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 S. Service Road<br>Suite 200<br>Melville, NY 11747 |
| David N. Crapo, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | Securities & Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| Attn: Nathan Fuchs<br>SEC NY Regional Office<br>233 Broadway<br>New York, NY 10279 | Deborah B. Waldmeir, Esq.<br>State of MI Dept of Treasury<br>3030 W Grand Blvd.<br>Suite 10-200<br>Cadillac Place<br>Detroit, MI 48202 |
| Ernie Holling President<br>The InTech Group Inc.<br>305 Exton Commons<br>Exton, PA 19341 | Dennis F. Dunne, Esq.<br>Thomas R. Kreller, Esq.<br>Albert A. Pisa, Esq.<br>Andrew M. Leblanc, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Aaron L. Hammer, Esq.<br>Devon J. Eggert, Esq.<br>Freeborn & Peters LLP<br>311 South Wacker Dr<br>Suite 3000<br>Chicago, IL 60606 | Soren E. Gisleson<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orelans, LA 70113 |

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Christopher J. Horvay, Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601

Robert N. Brier
Brier Irish Hubbard & Erhard PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ  85016-2115

Stephen C. Tingey, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604

Robert E. Nies, Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332

Jennifer Feldsher
Bracewell & Guiliani LLP
1177 Avenue of the Americas
New York, NY  10036-2714

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701

Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671

Office of Unemplmt Insurance Contributions Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Jeffrey B. Rose
Tishler & Walk, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606

Mohsin N. Khambati, Esq.
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL  60601-6710

Lawrence E. Miller, Esq.
Dewey & LeBoeuf LLP
125 W. 55th Street
New York, NY  10019

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC  20036

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH 43215

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD 21094

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

J. Douglas Bacon
Alice Decker Burke
Joseph A. Simei
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Hilla Uribe
Richard Chesley
Paul Hastings Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA 98104

**International Parties:**

Jennifer Stam, Esq.
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario  M5J 2Z4
CANADA

Michael J. Wunder, Esq.
R. Snayne Kukulowicz, Esq.
Alex L. MacFarlane, Esq.
Fraser Milner Casgrain LLP
77 King Street West
Suite 400
Toronto, Ontario  M5K 0A1
CANADA

Derek Austin
Export Development Canada
151 O'Connor Street
Ottawa, Ontario  K1A 1K3
CANADA

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

Minoru Inayoshi, Gen Mgr of M&A
Hitachi, Lt.
Telecommunicatons & Network
  Systems  Division
216 Totsuka-cho
Totsuka-ku, Yokohama
-shi  244-8567
JAPAN