# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtor Nortel Networks Inc.'s Reply In Further Support Of Its Motion To Enforce The Automatic Stay Against Automotive Rentals, Inc.** was caused to be made on January 24, 2011, in the manner indicated upon the entities identified below.

Date:  January 24, 2011

                    /s/Alissa T. Gazze
                  Alissa T. Gazze (No. 5338)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

John V. Fiorella, Esq.
Jennifer L. Story, Esq.
Archer & Greiner
A Professional Corporation
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705

**VIA FIRST CLASS MAIL**

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Dennis F. Dunne, Esq.
Thomas R. Kreller, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

4053915.1