Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/02/10 | RHL | Received correspondence from J. Philbriek regarding changing conference call | 0.10 |
| 12/02/10 | EH | Review agenda for 12/06/10 hearing | 0.10 |
| 12/06/10 | JES | Various emails to J. Hoover, R. Lemisch and D. Herrington to reschedule hearing set for December 6th | 0.20 |
| 12/06/10 | EH | Review amended agenda for 12/06/10 hearing | 0.10 |
| 12/07/10 | EH | Review agenda for 12/08/10 hearing | 0.10 |
| 12/14/10 | EH | Prepare hearing binder for 12/15/10 hearing | 0.20 |
| 12/14/10 | EH | Review agenda for 12/15/10 hearing; discuss with J. Hoover | 0.20 |
| 12/14/10 | EH | Review amended agenda for 12/15/10 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.10 | $59.50 |
| | | | 0.10 | $59.50 |
| **ASSOCIATE** | | | | |
| JENNIFER E. SMITH | (JES) | $250.00 | 0.20 | $50.00 |
| | | | 0.20 | $50.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.80 | $188.00 |
| | | | 0.80 | $188.00 |
| | | TOTAL: | 1.10 | $297.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/05/10 | RHL | Edit time for 2nd monthly fee application | 0.30 |
| 12/07/10 | LMS | Preparation of BFCA monthly fee application | 0.80 |
| 12/08/10 | LMS | Preparation of BFCA monthly fee application for November 2010 | 0.50 |
| 12/13/10 | LMS | Telephone conference with J. Hoover regarding fee application | 0.10 |
| 12/14/10 | JRH | Meeting with E. Hein regarding Nortel fee application hearing | 0.10 |
| 12/14/10 | JRH | Review emails related to fee application hearing and fee orders | 0.20 |
| 12/14/10 | LMS | Respond to email of E. Hein regarding CNO for BFCA fee application | 0.10 |
| 12/14/10 | LMS | Review omnibus order regarding fees and respond to J. Hoover regarding same | 0.20 |
| 12/14/10 | EH | Review docket for status of CNO to BFCA first quarterly fee application; email to J. Hoover and L. Behra regarding same | 0.20 |
| 12/14/10 | EH | Review email from A. Cordo regarding status of 12/15/10 fee application hearing and omnibus fee order; discuss with J. Hoover | 0.20 |
| 12/15/10 | JRH | Review BFCA Nortel fee application and attend hearing thereon | 0.60 |
| 12/15/10 | JRH | Review and revise Nortel second monthly fee application, coordinate with L. Behra, email related thereto | 0.70 |
| 12/15/10 | LMS | Prepare and file BFCA monthly fee application for November 2010 | 0.30 |
| 12/15/10 | EH | Review ECF notices and download BFCA November 2010 fee application; track objection deadline | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.30 | $178.50 |
| | | | 0.30 | $178.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 1.60 | $608.00 |
| | | | 1.60 | $608.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 2.00 | $390.00 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.50 | $117.50 |
| | | | 2.50 | $507.50 |
| | | TOTAL: | 4.40 | $1,294.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/02/10 | JRH | Emails related to claims objections | 0.20 |
| 12/03/10 | RHL | Speak to Cleary folks regarding claims objection procedure | 0.70 |
| 12/03/10 | RHL | Received correspondence from A. Randazzo regarding claims objection procedure | 0.10 |
| 12/15/10 | RHL | Telephone call received from J. Philbrick regarding objection to claim of Nuance | 0.20 |
| 12/15/10 | RHL | Received correspondence from J. Philbrick regarding objecting to claim of Nuance | 0.10 |
| 12/15/10 | EH | Discuss filing of objection to Nuance claim with R. Lemisch | 0.10 |
| 12/16/10 | RHL | Review and revise omnibus objection as to Nuance claim and forward to J. Philbrick | 0.20 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 1.30 | $773.50 |
| | | | 1.30 | $773.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.20 | $76.00 |
| | | | 0.20 | $76.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.10 | $23.50 |
| | | | 0.10 | $23.50 |
| | | TOTAL: | 1.60 | $873.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/01/10 | RHL | Review amnesty letters and procedure before sending same | 0.40 |
| 12/01/10 | RHL | Review local rules of service - "Managing Agent". | 0.20 |
| 12/01/10 | JES | Final review and revision of 6 amnesty letters and settlement agreements after conferring with R. Lemisch regarding same | 1.70 |
| 12/01/10 | JES | Confer with J. Hoffman and coordinate and review amnesty packets | 0.40 |
| 12/01/10 | JES | Conversation with Kamal regarding complaint procedures | 0.20 |
| 12/01/10 | JES | Review complaint, 26(f) letter and scheduling order and begin modifying | 2.20 |
| 12/01/10 | EH | Serve supplemental complaint package on Nokia Siemens Network US; file supplemental certificate of service | 0.20 |
| 12/01/10 | EH | Update Nokia pleading binder | 0.10 |
| 12/01/10 | EH | Track Nokia answer deadline and pretrial conference | 0.10 |
| 12/01/10 | EH | Prepare certificate of service for motion to file Nokia complaint under seal | 0.20 |
| 12/01/10 | EH | File and serve Nokia summons and complaint | 0.20 |
| 12/01/10 | EH | Serve motion to file Nokia complaint under seal; file certificate of service | 0.20 |
| 12/01/10 | EH | Discuss additional service on Nokia Siemens Network US' principal place of business with R. Lemisch | 0.20 |
| 12/01/10 | EH | Finalize summons and ADR notice | 0.20 |
| 12/01/10 | EH | Prepare certificate of service for summons and ADR notice | 0.10 |
| 12/01/10 | EH | Draft supplemental certificate of service for Nokia complaint, summons and motion to file complaint under seal; discuss with R. Lemisch | 0.30 |
| 12/01/10 | EH | Review email from J. Smith regarding service information for five new preference complaints | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/02/10 | RHL | Coordinate completion of preference complaints for wave 3 | 0.30 |
| 12/02/10 | JES | Review, revise and supplement Prudential complaint, 26(f) letter and scheduling order | 2.80 |
| 12/02/10 | JES | Conference call with K. Roberts regarding third wave of complaints to be filed | 0.20 |
| 12/02/10 | JES | Draft Right Management Complaint and 26(f) letter | 1.70 |
| 12/02/10 | JES | Email C. Brown regarding amendments to exhibits to complaints | 0.10 |
| 12/02/10 | EH | Conference with R. Lemisch and J. Smith regarding preparation and filing of new complaints | 0.20 |
| 12/02/10 | EH | Review and respond to email from K. Wilson-Milne regarding status of 12/06/10 hearing and telephonic appearance for J. Bromley | 0.20 |
| 12/02/10 | EH | Coordinate telephonic appearance for J. Bromley at 12/06/10 oral argument on CTDI motion to dismiss | 0.20 |
| 12/03/10 | JRH | Conference call with Cleary Gottlieb regarding claims procedure and objection | 0.70 |
| 12/03/10 | JRH | Various meetings with J. Smith regarding status of preference actions | 0.30 |
| 12/03/10 | JES | Draft four preference complaints | 3.80 |
| 12/03/10 | JES | Research registered agent address for Canadian entity | 0.50 |
| 12/03/10 | JES | Draft 4 (26)f letters after reviewing and confirming service addressees | 2.10 |
| 12/03/10 | JES | Call with K. Roberts to discuss potential business hold | 0.30 |
| 12/03/10 | JES | Call with R. Izzard regarding potential business hold of preference action | 0.30 |
| 12/03/10 | JES | Follow up email to K. Roberts regarding update on business hold of preference action | 0.10 |
| 12/03/10 | EH | Prepare binder for 12/06/10 oral argument on CTDI motion to dismiss | 0.70 |
| 12/03/10 | EH | Update CTDI pleading binder | 0.30 |
| 12/05/10 | RHL | Received correspondence from D. Herrington regarding hearing on motion to dismiss tomorrow; respond; review e-mails from opposing counsel; coordinate coverage for 9:00 a.m. call | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/05/10 | JRH | Emails regarding status of oral argument and need for continuance | 0.10 |
| 12/05/10 | EH | Review emails from D. Herrington and M. Green regarding request for continuance of 12/06/10 oral argument on CTDI motion to dismiss complaint | 0.20 |
| 12/06/10 | RHL | Review preference complaint and discuss issues with J. Smith | 0.50 |
| 12/06/10 | JES | Conference call with chambers and all parties to discuss rescheduling hearing on Nortel v. CTDI oral argument | 0.40 |
| 12/06/10 | JES | Review email from R. Izzard regarding business hold on certain complaint and respond | 0.10 |
| 12/06/10 | JES | Review email from. K. Roberts regarding status of business hold | 0.10 |
| 12/06/10 | JES | Email K. Sidhu regarding general order to be enclosed with 26(f) letter and review general order | 0.20 |
| 12/06/10 | JES | Review, edit, and finalize five complaints for preferential transfers and exhibits to each complaint | 4.80 |
| 12/06/10 | JES | Confer with R. Lemisch regarding approval for complaints and make edits | 0.40 |
| 12/06/10 | EH | File Starent Networks complaint | 0.30 |
| 12/06/10 | EH | Draft summons and notice of pretrial conference for Prudential complaint | 0.20 |
| 12/06/10 | EH | Draft summons and notice of pretrial conference for Right Management complaint | 0.20 |
| 12/06/10 | EH | Draft summons and notice of pretrial conference for Starent complaint | 0.20 |
| 12/06/10 | EH | Draft summons and notice of pretrial conference for Siemens complaint | 0.20 |
| 12/06/10 | EH | Review and respond to email from K. Wilson-Milne regarding service of first set of interrogatories to CTDI | 0.10 |
| 12/06/10 | EH | Discuss ADR notice for new preference actions with J. Smith | 0.10 |
| 12/06/10 | EH | File Sourcefire complaint | 0.60 |
| 12/06/10 | EH | Discuss pretrial conference date for new adversary proceedings with J. Smith | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/06/10 | EH | Discuss status of preparation of new adversary complaints and assembly of service packages with J. Smith | 0.20 |
| 12/06/10 | EH | Review email from J. Smith regarding preparation of summonses for new adversary proceedings | 0.10 |
| 12/06/10 | EH | Review email from R. Lemisch regarding conference call with Judge Gross requesting continuance of 12/06/10 oral argument on motion to dismiss CTDI complaint | 0.10 |
| 12/06/10 | EH | Review final versions of new preference complaint with J. Smith | 0.20 |
| 12/06/10 | EH | Format Right Management complaint | 0.20 |
| 12/06/10 | EH | Draft notice of service of first set of interrogatories directed to CTDI | 0.20 |
| 12/06/10 | EH | File notice of service of first set of interrogatories directed to CTDI; email to K. Wilson-Milne | 0.20 |
| 12/06/10 | EH | Calculate and track CTDI response deadline for first set of interrogatories | 0.10 |
| 12/06/10 | EH | File Right Management complaint | 0.30 |
| 12/06/10 | EH | File Siemens Enterprise Communications complaint | 0.30 |
| 12/06/10 | EH | File Prudential Relocation complaint | 0.30 |
| 12/06/10 | EH | Review email from J. Smith regarding continued date for oral argument on CTDI motion to dismiss complaint; track rescheduled hearing date | 0.10 |
| 12/07/10 | RHL | Memo to H. Jaffe, Esquire, regarding authority to accept service for Right Management | 0.10 |
| 12/07/10 | RHL | H. Jaffe, Esquire, counsel to Right Management regarding how to proceed | 0.20 |
| 12/07/10 | RHL | Discuss SAP issues and how to proceed | 0.50 |
| 12/07/10 | JRH | Meeting with J. Smith and R. Lemisch regarding status of preference complaints and SAP | 0.50 |
| 12/07/10 | JRH | Emails with A. Gazze regarding status of preference complaints | 0.10 |
| 12/07/10 | JRH | Review emails related to CTDI litigation from Cleary Gottlieb | 0.30 |
| 12/07/10 | JES | Review, revise and finalize 26(f) letter, and proposed scheduling order for 5 complaints | 2.90 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/07/10 | JES | Meeting with J. Hoover and R. Lemisch to discuss business hold issues and next steps regarding 2 potential preference actions | 0.50 |
| 12/07/10 | JES | Confer with E. Hein and review summons prior to mailing in connection with 5 complaints | 0.20 |
| 12/07/10 | EH | Discuss assembly of service packages for Sourcefire, Right Management, Prudential, Starent and Siemens complaints with J. Smith | 0.20 |
| 12/07/10 | EH | Assemble and serve Prudential, Siemens, Right Management, Starent and Sourcefire summons and complaint packages | 1.20 |
| 12/07/10 | EH | Finalize and file summons and notice of pretrial conference for Prudential, Siemens, Sourcefire, Right Management and Starent preference actions | 1.00 |
| 12/07/10 | EH | Discuss service of Right Management service package with R. Lemisch | 0.10 |
| 12/07/10 | EH | Prepare Sourcefire summons | 0.20 |
| 12/07/10 | EH | Review and respond to email from J. Smith regarding case number assignment for five new preference actions | 0.20 |
| 12/08/10 | RHL | Review consolidation order and certificate of counsel and respond.  Forward to E. Hein to prepare for filing | 0.20 |
| 12/08/10 | RHL | Speak to K. Spiering regarding confidentially issues related to Nokia complaint | 0.20 |
| 12/08/10 | JES | Respond to email from K. Roberts regarding business hold | 0.10 |
| 12/08/10 | JES | Review over 80 pages of ordinary course and new value analysis for two potential defendants | 1.20 |
| 12/08/10 | JES | Draft memorandum analyzing business hold of two complaints and summarizing steps taken to date | 1.70 |
| 12/08/10 | EH | Update discovery binder | 0.20 |
| 12/08/10 | EH | Review emails from K. Wilson-Milne and R. Lemisch regarding certification of counsel submitting CTDI consolidation order | 0.20 |
| 12/09/10 | RHL | Received correspondence from M. Green and D. Livschiz regarding consolidation order; coordinate filing and service of same | 0.20 |
| 12/09/10 | RHL | Received correspondence from D. Livschiz regarding revised consolidation order | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/09/10 | RHL | Memo to S. Bradley at Nokia forwarding to her complaint and motion to file under seal | 0.30 |
| 12/09/10 | RHL | Coordinate preparation of certificate of counsel for AT&T confidentiality agreement and filing of same | 0.20 |
| 12/09/10 | RHL | Review revised stipulation and certificate of counsel regarding consolidation of adversary proceedings | 0.20 |
| 12/09/10 | RHL | Received correspondence from K. Roberts regarding SAP Canada issues | 0.10 |
| 12/09/10 | RHL | Review revised certificate of counsel regarding consolidation | 0.10 |
| 12/09/10 | JES | Email J. Mulik regarding business hold and review email from J. Mulik in response | 0.20 |
| 12/09/10 | JES | Review email from J. Mulik regarding scheduling conference call in connection with business hold | 0.10 |
| 12/09/10 | JES | Various emails to J. Mulik coordinating conference call | 0.20 |
| 12/09/10 | EH | Review emails from D. Livshiz, M. Green and J. Hoover regarding revisions to consolidation order | 0.20 |
| 12/09/10 | EH | Email to K. Wilson-Milne regarding revisions to order approving consolidation stipulation; discuss with R. Lemisch | 0.20 |
| 12/09/10 | EH | Review and respond to email from K. Wilson-Milne regarding format of CTDI consolidation stipulation and order | 0.20 |
| 12/09/10 | EH | Review and respond to email from J. Palmer regarding revisions to certification of counsel submitting AT&T confidentiality stipulation | 0.20 |
| 12/09/10 | EH | Review emails from J. Lubarsky and M. Green regarding finalization of certification of counsel and order approving CTDI consolidation stipulation | 0.10 |
| 12/09/10 | EH | Review and respond to email from J. Palmer regarding filing of AT&T confidentiality stipulation; discuss with R. Lemisch | 0.20 |
| 12/09/10 | EH | Review Nokia summons and discuss service date with R. Lemisch | 0.10 |
| 12/10/10 | RHL | Memo to K. Milne regarding filing joint C.O.C. and review response and coordinate with NNL's counsel | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/10/10 | RHL | Telephone call received from M. Perikh, Esquire regarding joint stipulation; how to chart case going forward | 0.30 |
| 12/10/10 | RHL | Received correspondence from R. Behan, Esquire at Nokia and respond | 0.20 |
| 12/10/10 | RHL | Telephone call made to K. Spiering regarding status - confidentiality | 0.20 |
| 12/10/10 | RHL | Received correspondence from J. Palmer regarding okay to file confidentiality stipulation on AT&T matter | 0.10 |
| 12/10/10 | RHL | Received correspondence from J. Palmer and E. Hein and respond regarding issues with protective order (various e-mails) | 0.20 |
| 12/10/10 | JRH | Conference call with J. Malik and J. Smith related to potential adversary proceeding against SAP and Business Objects | 0.40 |
| 12/10/10 | JES | Prepare for conference call with J. Mulik by reviewing ordinary course analysis | 0.20 |
| 12/10/10 | JES | Conference call with J. Mulik and J. Hoover regarding business hold of two entities | 0.40 |
| 12/10/10 | EH | File certification of counsel submitting AT&T protective order; email to J. Palmer | 0.40 |
| 12/10/10 | EH | Review and respond to email from J. Palmer regarding filing of certification of counsel submitting AT&T protective order | 0.10 |
| 12/10/10 | EH | Review and respond to multiple emails from J. Palmer and R. Lemisch regarding committee's objection to AT&T protective order and amendment to certification of counsel submitting same | 0.50 |
| 12/10/10 | EH | Telephone call to R. Lemisch regarding committee objection to AT&T protective order and amendment of certification of counsel submitting same | 0.10 |
| 12/10/10 | EH | File joint certification of counsel regarding consolidation order; coordinate delivery to Judge Gross | 0.40 |
| 12/10/10 | EH | Review ECF notices and download order approving AT&T confidentiality stipulation | 0.10 |
| 12/13/10 | RHL | Speak to J. Smith regarding amnesty letters | 0.20 |
| 12/13/10 | RHL | Speak to J. Hoover regarding AT & T confidentiality issues | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/13/10 | JRH | Review various emails from J. Palmer, etc. related to AT&T stipulation | 0.20 |
| 12/13/10 | JES | Various emails to J. Hoover and J. Mulik regarding next meeting and information to be discussed | 0.20 |
| 12/13/10 | JES | Follow up with J. Hoover to set up time for conference call with J. Mulik | 0.10 |
| 12/14/10 | RHL | Speak to J. Hoover regarding status of Nokia matter | 0.20 |
| 12/14/10 | RHL | Coordinate SAP issues with J. Hoover and J. Smith and how to proceed | 0.30 |
| 12/14/10 | JRH | Meeting with J. Smith to discuss status of SAP Canada, SAP Business Objects, voicemail to K. Roberts | 0.20 |
| 12/14/10 | JRH | Conference call with J. Smith and J. Mulik, regarding status of SAP, discuss relationship between Nortel and SAP | 0.50 |
| 12/14/10 | JRH | Meeting with R. Lemisch and J. Smith regarding status of SAP and related issues | 0.50 |
| 12/14/10 | JES | Confer with J. Hoover regarding business hold issues in preparation for call with J. Mulik | 0.20 |
| 12/14/10 | JES | Conference call with J. Mulik and J. Hoover regarding business hold issues and potential impact on Nortel | 0.50 |
| 12/14/10 | JES | Follow up conversation with J. Hoover and R. Lemisch regarding next steps | 0.30 |
| 12/14/10 | EH | Review ECF notices and download CTDI consolidation order; update pleading binder | 0.10 |
| 12/14/10 | EH | Email to J. Hoover and R. Lemisch regarding status of amendment of AT&T protective order | 0.10 |
| 12/15/10 | RHL | Received correspondence from potential preference defendant | 0.10 |
| 12/15/10 | RHL | Memo to R. Behon regarding filing complaint under seal | 0.10 |
| 12/15/10 | RHL | Received correspondence from J Philbrick regarding claims objection and respond | 0.10 |
| 12/15/10 | JRH | Email with J. Palmer regarding status of AT&T order | 0.10 |
| 12/15/10 | JES | Discuss litigation component of business hold issue and send email to K. Roberts regarding same | 0.20 |
| 12/15/10 | JES | Confer with R. Lemisch and J. Hoover regarding hearing on December 16th | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/15/10 | JES | Review agenda and filings in preparation for hearing on December 16th | 0.20 |
| 12/16/10 | RHL | Received correspondence from Todd Feinsmith, Esquire, counsel to Siemens regarding extension to respond and respond | 0.10 |
| 12/16/10 | RHL | Telephone call received from T. Feinsmith, Esquire, counsel to Siemens | 0.20 |
| 12/16/10 | RHL | Speak to J. Hoover regarding Siemens complaint - issues; coordination | 0.20 |
| 12/16/10 | JRH | Review emails related to various Nortel preference actions | 0.20 |
| 12/16/10 | JRH | Meeting with J. Smith regarding status of Nortel preference actions | 0.20 |
| 12/16/10 | JRH | Telephone call received from T. Feinstein regarding Nortel/Siemens preference action | 0.10 |
| 12/16/10 | JRH | Telephone call with K. Roberts to discuss preference strategy and status of SAP | 0.30 |
| 12/16/10 | JRH | Revise preference chart, meetings with R. Lemisch and J. Smith | 0.20 |
| 12/16/10 | JES | Continue drafting memorandum regarding business holds and circulate memo to J. Hoover and R. Lemisch | 1.10 |
| 12/16/10 | JES | Confer with J. Hoover regarding creating spreadsheet of preference actions | 0.10 |
| 12/16/10 | JES | Creat spreadsheet of preference actions and circulate to J. Hoover and R. Lemisch | 1.30 |
| 12/17/10 | RHL | Coordinate preparation of stipulation to extend time to respond for Siemens | 0.30 |
| 12/17/10 | RHL | Received correspondence from R. Behon and respond | 0.10 |
| 12/17/10 | RHL | Received correspondence from T. Feinsmith, Esquire, counsel to Siemens regarding extension to respond | 0.10 |
| 12/17/10 | RHL | Review stipulation certificate of counsel and order regarding Siemens extension to respond | 0.20 |
| 12/17/10 | JRH | Revise memo with regard to SAP/Business Objects business hold, various meetings with J. Smith to discuss same | 1.70 |
| 12/17/10 | JRH | Review emails related to TSAs and business hold on SAP; follow-up with J. Smith | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/17/10 | JES | Confer with R. Lemisch regarding drafting stipulation to extend Defendant Siemen's time to answer complaint | 0.10 |
| 12/17/10 | JES | Draft Stipulation to Extend Time to Answer Complaint for Defendant Siemens | 0.60 |
| 12/17/10 | JES | Draft certification of counsel regarding stipulation to extend time for Defendant Siemens to answer | 0.50 |
| 12/17/10 | JES | Draft proposed form of order approving stipulation to extend time for Defendant Siemens to answer | 0.30 |
| 12/17/10 | JES | Edit memo regarding business hold entities and circulate to J. Hoover and R. Lemisch | 0.30 |
| 12/17/10 | JES | Review Genband Asset Sale Agreement and discuss with J. Hoover in connection with business hold | 0.80 |
| 12/17/10 | JES | Conversation with A. Cordo regarding TSA for two entities in connection with business hold issues | 0.20 |
| 12/17/10 | JES | Email M. Fleming regarding TSA for two entities in connection with business hold issue | 0.10 |
| 12/17/10 | JES | Review spreadsheet circulated by K. Roberts and suggest additions after conferring with J. Hoover | 0.20 |
| 12/17/10 | JES | Email K. Roberts regarding conversations with J. Mulik and providng information to supplement spreadsheet | 0.20 |
| 12/17/10 | JES | Confer with R. Lemisch regarding revisions to Siemens stipulation | 0.10 |
| 12/17/10 | JES | Revise certification of counsel, stipulation and proposed form of order in connection with Siemens adversary proceeding | 0.30 |
| 12/17/10 | JES | Email T. Feinsmith with stipulation and request consent to file | 0.10 |
| 12/17/10 | EH | Review and respond to email from E. Bussigel regarding service of responses and objections to CTDI's first request for document production | 0.10 |
| 12/17/10 | EH | Draft notice of service of discovery for responses to CTDI first request for document production | 0.20 |
| 12/17/10 | EH | File notice of service of discovery for responses to CTDI first request for document production; email to E. Bussigel | 0.30 |
| 12/17/10 | EH | Review email from E. Bussigel serving responses to CTDI first request for document production | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/20/10 | RHL | Received correspondence from J. Palmer, Esquire, regarding confidentiality agreement with AT&T | 0.10 |
| 12/20/10 | RHL | Received correspondence from Emily B. regarding discovery objections | 0.10 |
| 12/20/10 | RHL | Received correspondence from M. Panitch regarding NNC response to discovery | 0.10 |
| 12/20/10 | RHL | Received correspondence from Siemens extension to respond to complaint; respond to E. Hein | 0.20 |
| 12/20/10 | JRH | Various meetings with J. Smith regarding SAP business hold and follow up related thereto | 0.40 |
| 12/20/10 | JRH | Review transition services agreement | 0.70 |
| 12/20/10 | JES | Revise and supplement memo regarding business hold issues after reviewing 3rd Circuit case law regarding ordinary course defense | 2.80 |
| 12/20/10 | JES | Revise Siemen's certification of counsel and confer with E. Hein regarding filing | 0.40 |
| 12/20/10 | JES | Meet with J. Hoover and confer about business hold memorandum and TSAs | 0.30 |
| 12/20/10 | EH | Email to J. Palmer regarding status of discussions with committee regarding AT&T protective order | 0.10 |
| 12/20/10 | EH | Update CTDI adversary pleading binder | 0.20 |
| 12/20/10 | EH | Review and respond to email from J. Smith regarding Siemens stipulation extending time to answer complaint | 0.10 |
| 12/20/10 | EH | Finalize and format certification of counsel, stipulation and proposed form of order regarding extension of Siemens answer deadline; discuss with J. Smith | 0.30 |
| 12/20/10 | EH | File certification of counsel submitting stipulation approving extension of Siemens answer deadline; coordinate delivery to Judge Gross | 0.30 |
| 12/20/10 | EH | Review and respond to email from J. Smith regarding filing of certification of counsel submitting stipulation extending Siemens answer deadline | 0.10 |
| 12/21/10 | RHL | Received correspondence from J. Palmer regarding AT & T confidentiality | 0.20 |
| 12/21/10 | JRH | Review TSA, revise memo and emails with J. Smith regarding memo | 0.70 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/21/10 | JES | Review changes to business hold memo made by J. Hoover | 0.20 |
| 12/21/10 | JES | Email K. Roberts regarding business hold spreadsheet to be sent to J. Ray | 0.10 |
| 12/21/10 | JES | Respond to various emails from J. Hoover regarding revising and circulating business hold memorandum | 0.20 |
| 12/21/10 | JES | Email R. Lemsich regarding business hold memorandum and next steps | 0.10 |
| 12/21/10 | EH | Review and respond to emails from J. Palmer and R. Lemisch regarding procedure for seeking court approval of amendment of AT&T confidentiality order | 0.20 |
| 12/21/10 | EH | Review and respond to email from K. Wilson-Milne regarding service of second set of document production requests directed to CTDI | 0.10 |
| 12/21/10 | EH | Draft notice of service of second request for production of documents directed to CTDI | 0.30 |
| 12/21/10 | EH | File notice of service regarding second set of document production requests directed to CTDI; email to K. Wilson-Milne | 0.20 |
| 12/22/10 | RHL | Received correspondence from J. Whittle at Cooch and Taylor regarding discovery | 0.10 |
| 12/22/10 | RHL | Forward order approving stipulation to extend time to Todd Feinsmith | 0.10 |
| 12/22/10 | RHL | Received correspondence from D. Poyers regarding status update on Nokia and respond | 0.20 |
| 12/22/10 | RHL | Received correspondence from H. Jaffee, Esquire, counsel to Right Management regarding time to respond to complaint and respond | 0.20 |
| 12/22/10 | RHL | Speak to J. Smith regarding amnesty letter recipient issues | 0.30 |
| 12/22/10 | RHL | Speak to J. Hoover (2 calls) regarding Nokia issues and how to proceed | 0.40 |
| 12/22/10 | RHL | Received correspondence from E. Hein to J. Palmer, Esquire regarding converting confidentiality agreement | 0.10 |
| 12/22/10 | RHL | Review litigation memo regarding SAP and business objects and respond to J. Hoover and J. Smith | 0.30 |
| 12/22/10 | JRH | Conference call with R. Lemisch regarding Nokia complaint | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/22/10 | JRH | Telephone call made to N. Monhait regarding representing Nokia | 0.10 |
| 12/22/10 | JRH | Draft email to N. Monhait regarding extension and service issues | 0.20 |
| 12/22/10 | JES | Review order entered by court regarding Siemens extension of time to answer complaint | 0.20 |
| 12/22/10 | JES | Conversation with J. Yar of Lowenstein Sandler regarding Dow Jones amnesty letter | 0.30 |
| 12/22/10 | JES | Conversation with R. Lemsich regarding Dow Jones amnesty letter and potential tolling agreement | 0.20 |
| 12/22/10 | JES | Leave voice mail for K. Roberts regarding Dow Jones | 0.10 |
| 12/22/10 | JES | Review email from K. Roberts and respond | 0.20 |
| 12/22/10 | JES | Review email from R. Lemsich regarding business hold memorandum and respond | 0.20 |
| 12/22/10 | JES | Review email from J. Hoover regarding additional factors to consider in connection with business hold memorandum | 0.10 |
| 12/22/10 | EH | Review ECF notices and download order approving extension of Siemens' answer deadline; email to J. Smith | 0.10 |
| 12/22/10 | EH | Review and respond to email from R. Lemisch regarding inquiry from J. Whittle on CTDI notice of service of discovery received from ECF | 0.10 |
| 12/23/10 | RHL | Received correspondence from N. Manheit regarding acceptance of service for finish company | 0.10 |
| 12/23/10 | JRH | Review emails from K. Milne, and telephone call received from E. Hein regarding potential call with J. Gross regarding discovery disputes | 0.20 |
| 12/23/10 | JRH | Emails with N. Monhait, Esq. regarding extension of time to answer and unredacted complaint | 0.20 |
| 12/23/10 | JES | Review email from K. Milne regarding status of call with court in connection with CTDI case | 0.10 |
| 12/23/10 | JES | Respond to emails from K. Roberts and K. Sidhu regarding Dow Jones amnesty letter | 0.20 |
| 12/23/10 | JES | Conversation with K. Sidhu regarding Dow Jones amnesty letter and next steps | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/23/10 | JES | Email C. Brown regarding back up for transfers identified in Dow Jones amnesty letter | 0.10 |
| 12/23/10 | JES | Confer with E. Hein regarding potential telephonic conference with Judge Gross in CTDI case | 0.20 |
| 12/23/10 | JES | Review email from K. Milne regarding scheduling of call with Judge Gross's chambers in connection with CTDI case | 0.10 |
| 12/23/10 | EH | Review and respond to email from K. Wilson-Milne regarding possible call with Judge Gross regarding CTDI discovery dispute; telephone call to J. Hoover regarding same | 0.30 |
| 12/23/10 | EH | Review and respond to follow-up email from K. Wilson-Milne regarding possible call to chambers regarding CTDI discovery dispute; discuss with J. Smith | 0.20 |
| 12/27/10 | RHL | Received correspondence from N. Monhait regarding copy of unredacted complaint | 0.10 |
| 12/27/10 | RHL | Received correspondence from K. Wilson's office regarding discovery responses and respond | 0.20 |
| 12/27/10 | RHL | Received correspondence from J. Hoover regarding unredacted complaint | 0.10 |
| 12/27/10 | RHL | Telephone call received from J. Hoover regarding providing unredacted complaint; time to respond | 0.20 |
| 12/27/10 | RHL | Review certificate of counsel; stipulation and order with Right Management regarding extending time to respond and respond | 0.20 |
| 12/27/10 | RHL | Memo to J. Hoover and J. Smith - memo to J. Ray and D. Powers regarding SAP issues | 0.10 |
| 12/27/10 | RHL | Received correspondence from J. Smith regarding SAP issues | 0.10 |
| 12/27/10 | RHL | Received correspondence from E. Hein regarding stipulation with Nokia and respond | 0.10 |
| 12/27/10 | JRH | Telephone call with R. Lemisch, Esq. regarding unredacted complaint | 0.10 |
| 12/27/10 | JRH | Email with N. Monhait, Esq. regarding extension and unredacted complaint | 0.10 |
| 12/27/10 | EH | Review and respond to email from K. Wilson-Milne regarding service of responses and objections to CTDI's first set of interrogatories | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/27/10 | EH | Review and respond to email from J. Hoover regarding unredacted Nokia complaint | 0.10 |
| 12/28/10 | RHL | Received correspondence from J. Smith and K. Roberts regarding status of business hold chart | 0.20 |
| 12/28/10 | JES | Review email from K. Roberts regarding time frame for review of business hold with J. Ray | 0.10 |
| 12/28/10 | JES | Email K. Roberts regarding business hold chart and status of discussions with J. Ray | 0.20 |
| 12/28/10 | EH | File notice of service of responses and objections to CTDI's first set of interrogatories; email to K. Wilson-Milne | 0.20 |
| 12/28/10 | EH | Update pleading binder for CTDI adversary | 0.10 |
| 12/28/10 | EH | Review stipulation extending Right Management's answer deadline | 0.10 |
| 12/28/10 | EH | Draft stipulation extending time for Nokia to answer complaint; email to J. Hoover and R. Lemisch | 0.50 |
| 12/28/10 | EH | Review ECF notices and download order approving Right Management stipulation extending time to answer complaint; track extended answer deadline | 0.10 |
| 12/28/10 | EH | Draft notice of service of responses to CTDI first set of interrogatories | 0.20 |
| 12/29/10 | RHL | Received correspondence from Minerva Networks regarding preference demand; review J. Smith response | 0.20 |
| 12/29/10 | RHL | Received correspondence from J. Smith to counsel for Thompson Financial regarding obtaining financial information | 0.10 |
| 12/29/10 | RHL | Received correspondence from J. Smith to Dow Jones regarding preference issues | 0.10 |
| 12/29/10 | JES | Review and redact account statement report in connection with providing back up for Dow Jones amnesty letter to J. Yar | 0.50 |
| 12/29/10 | JES | Email J. Yar regarding back up for transfers to Dow Jones | 0.20 |
| 12/29/10 | JES | Review email from S. Milanovic regarding transfers made to Dow Jones during preference period | 0.10 |
| 12/29/10 | JES | Review voice mail from S. Doerr regarding Thompson Financial amnesty letter | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/29/10 | JES | Various emails to Huron to obtain back up for Thompson Financial transfer | 0.20 |
| 12/29/10 | JES | Conversation with S. Doerr regarding Thompson Financial amnesty letter next steps and potential resolution | 0.30 |
| 12/29/10 | JES | Email S. Doerr to follow up on conversation and provide contact information | 0.10 |
| 12/29/10 | JES | Email S. Doerr with back up for transfer from Nortel to Thompson Information Services | 0.10 |
| 12/30/10 | RHL | Received correspondence from K. Wilson regarding NNL's second set of interrogatories | 0.10 |
| 12/30/10 | RHL | Received correspondence from E. Hein regarding agenda issues and respond | 0.20 |
| 12/30/10 | RHL | Received correspondence from M. Parikh regarding agenda issues and reply | 0.20 |
| 12/30/10 | RHL | Received correspondence from M. Parikh regarding interrogatories and requests for admission of NNL directed to Defendant | 0.10 |
| 12/30/10 | EH | Track CTDI response deadline for second set of interrogatories; update pleading binder | 0.10 |
| 12/30/10 | EH | Review and respond to email from K. Wilson-Milne regarding service of second set of interrogatories directed to CTDI | 0.10 |
| 12/30/10 | EH | Prepare notice of service of discovery for second set of interrogatories directed to CTDI | 0.20 |
| 12/31/10 | JRH | Review emails related to agenda issues, and hearing coordination | 0.20 |
| 12/31/10 | EH | Review and respond to emails from M. Parikh and R. Lemisch regarding preparation of agenda and binder for 1/05/11 oral argument on CTDI motion to dismiss | 0.30 |
| 12/31/10 | EH | Review email from R. Lemisch regarding draft agenda for 1/05/11 oral argument on CTDI motion to dismiss; follow-up emails with M. Parikh regarding same | 0.30 |
| 12/31/10 | EH | Email to A. Gazze regarding preparation of 1/05/11 agenda and hearing binders | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 12.40 | $7,378.00 |
| | | | 12.40 | $7,378.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 9.90 | $3,762.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 46.60 | $11,650.00 |
| | | | 56.50 | $15,412.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 20.20 | $4,747.00 |
| | | | 20.20 | $4,747.00 |
| | | TOTAL: | 89.10 | $27,537.00 |

## Document Reproduction

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/01/10 | EH | Document Reproduction 32 copies | 3.20 |
| 12/01/10 | EH | Document Reproduction 98 copies | 9.80 |
| 12/01/10 | EH | Document Reproduction 30 copies | 3.00 |
| 12/03/10 | EH | Document Reproduction 32 copies | 3.20 |
| 12/03/10 | EH | Document Reproduction 598 copies | 59.80 |
| 12/03/10 | EH | Document Reproduction 132 copies | 13.20 |
| 12/07/10 | EH | Document Reproduction 81 copies | 8.10 |
| 12/07/10 | EH | Document Reproduction 81 copies | 8.10 |
| 12/07/10 | EH | Document Reproduction 114 copies | 11.40 |
| 12/07/10 | EH | Document Reproduction 498 copies | 49.80 |
| 12/07/10 | EH | Document Reproduction 84 copies | 8.40 |
| 12/07/10 | EH | Document Reproduction 108 copies | 10.80 |
| 12/10/10 | EH | Document Reproduction 14 copies | 1.40 |
| 12/10/10 | EH | Document Reproduction 45 copies | 4.50 |
| 12/10/10 | EH | Document Reproduction 9 copies | 0.90 |
| 12/15/10 | LMS | Document Reproduction 78 copies | 7.80 |
| 12/15/10 | LMS | Document Reproduction 156 copies | 15.60 |
| 12/20/10 | EH | Document Reproduction 9 copies | 0.90 |
| 12/29/10 | JES | Document Reproduction 2 copies | 0.20 |
| | | TOTAL: | $220.10 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 12/03/10 | JRH | Delivery Fee - Outside - Vendor: Reliable Wilmington 111610 | 5.00 |
| 12/15/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 11/19 | 5.00 |
| 12/15/10 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 11/16 | 7.50 |
| 12/31/10 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC TO U.S. POST OFFICE | 15.00 |
| 12/31/10 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington HAND DELIVERY - JUDGE GROSS - 12/21/10 | 5.00 |
| 12/31/10 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington HAND DELIVERY -12/14/10 | 10.00 |
| | | TOTAL: | $47.50 |

## Outside Professional Services

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/15/10 | RHL | Outside Professional Services - Vendor: PARCELS, INC 11/19 SERVICES | 30.19 |
| 12/15/10 | RHL | Outside Professional Services - Vendor: PARCELS, INC SERVICES | 95.00 |
| 12/15/10 | RHL | Outside Professional Services - Vendor: PARCELS, INC SERVICES | 135.00 |
| | | TOTAL: | $260.19 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/22/10 | XXX | Federal Express 11/22/10 Carol Thompson to Thomas P. Tink | 10.33 |
| 11/22/10 | XXX | Federal Express 11/22/10 Carol Thompson to Fred S. Hodara | 10.33 |
| 11/22/10 | XXX | Federal Express 11/22/10 CAROL THOMPSON to ANNA VENTRESCA | 35.03 |
| 11/22/10 | XXX | Federal Express 11/22/10 Carol Thompson to M. Collins/C. | 10.33 |
| 11/22/10 | XXX | Federal Express 11/22/10 Carol Thompson to D. Abbot/E. Sc | 10.33 |
| 12/15/10 | XXX | Federal Express 12/15/10 CAROL THOMPSON to ANNA VENTRESCA | 35.37 |
| 12/15/10 | XXX | Federal Express 12/15/10 Carol Thompson to Thomas P. Tink | 10.47 |
| 12/15/10 | XXX | Federal Express 12/15/10 Carol Thompson to M. CollinsC. S | 10.47 |
| 12/15/10 | XXX | Federal Express 12/15/10 Carol Thompson to D. Abbot/E. Sc | 10.47 |
| 12/15/10 | XXX | Federal Express 12/15/10 Carol Thompson to Fred S. Hodara | 10.47 |
| | | TOTAL: | $153.60 |

**Long Distance Calls**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/05/10 | LMS | Long Distance Calls WILMINGT DE - EXT4653<br>3023519319 Duration: 00:05 | 1.75 |
| | | TOTAL: | $1.75 |

**Filing Fees**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 12/23/10 | JRH | Filing Fees - Vendor: AMERICAN EXPRESS<br>FILING FEE COMPLAINT 11/18 DELAWARE CM ECF | 250.00 |
| | | TOTAL: | $250.00 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/20/10 | XXX | Computer Research - Westlaw | 70.00 |
| | | TOTAL: | $70.00 |

**Meals**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/31/10 | JRH | Meals - Vendor: Rat Pack Cafe J. HOOVER - HEARING- LUNCH - - NORTEL | 60.60 |
| 12/31/10 | JRH | Meals - Vendor: Rat Pack Cafe NORTEL HEARING - LUNCH - 12/6 - HEARING CANCEL LAST MINUTE | 91.45 |
| | | TOTAL: | $152.05 |