**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on January 25, 2011, a true and correct copy of the foregoing document was served via overnight delivery upon all parties on the attached list.

Dated: January 25, 2011

                                                **BENESCH, FRIEDLANDER, COPLAN**
                                                   **& ARONOFF LLP**

                               By:     */s/ Raymond H. Lemisch*
                                           Raymond H. Lemisch, Esquire (No. 4204)
                                           Jennifer R. Hoover, Esquire (No. 5111)
                                           222 Delaware Avenue, Suite 801
                                           Wilmington, DE  19801
                                           Telephone:  (302) 442-7006
                                           Facsimile:  (302) 442-7012
                                           rlemisch@beneschlaw.com
                                           jhoover@beneschlaw.com

                                           *Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
PO Box 1347
Wilmington, DE  19899-1347