# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
Debtors.  :  Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S PROOFS OF CLAIM NOs. 1676, 7453, 7518

The Pennsylvania Department of Revenue's Proof of Claim No. 7535 amends and supersedes Proofs of Claim Nos. 1676, 7453, and 7518. It hereby withdraws Proofs of Claim Nos. 1676, 7453, and 7518 with prejudice in the above-captioned cases.

Dated: Philadelphia, Pennsylvania
January 20, 2011

Pennsylvania Department of Revenue

 */s/ Carol E. Momjian*
Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107
Tel. (215)560-2128
Fax (215)560-2202
cmomjian@attorneygeneral.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.