IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        : Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             : Case No. 09-10138 (KG)
                                                               :
                    Debtors.                                   : Jointly Administered
                                                               :
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Ventura County Tax Collector hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 6063).

Dated: Ventura, CA
       January 21, 2011

                                        Ventura County Tax Collector

                                        _____
                                        Don R. Hansen
                                        Assistant Treasurer-Tax Collector
                                        County of Ventura
                                        800 South Victoria Avenue
                                        Ventura, CA 93009-1290
                                        Tel. (805) 654-3771
                                        Fax (805) 654-3766
                                        Email: don.hansen@ventura.org

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## County of Ventura - Treasurer-Tax Collector

## Steven Hintz

## R E C E I P T

| Receipt Number: | 635788 | | Operator: | barnesm |
| --- | --- | --- | --- | --- |
| Date: | 1/21/2011 11:54:00 | | Batch: | 42543 |

**Tax Installment Charges**

| Statement - Installment | Tax Year | Parcel Number | Acct | Charge Type | Amount Due | Amount Paid | Total Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 429373 -1 | 2003 | 0000390015 | 032 | Tax: | $17,499.37 | $17,499.37 | |
| - | | | | Delinquent Penalty: | $1,749.93 | $0.00 ** | |
| - | | | | Monthly Penalty: | $22,836.63 | $0.00 ** | |
| | | | | Total Tax Installment Charges: | | | $17,499.37 |
| | | | | Total Tax Charges: | | | $17,499.37 |

**Additional Charges:**

| Statement | Apn | Acct | Description | Amount Paid |
| --- | --- | --- | --- | --- |
| 429373 | 0000390015 | 032 | UNSECURED COLLECTION FEE | $0.00 |
| | | | Total Additional Charges: | $0.00 |
| | | | Total of All Applicable Charges: | $17,499.37 |

**Paid By:**

| Mode: | Check Number | Name | Amount |
| --- | --- | --- | --- |
| Check | 219934 | NORTEL NETWORKS INC, | $17,499.37 |
| | | Total Amount Tendered: | $17,499.37 |
| | | Change: | $0.00 |
| | | Total Paid: | $17,499.37 |

Recording Request By:
VENTURA COUNTY TAX COLLECTOR
800 S. Victoria Avenue
Ventura, CA 93009

When recorded mail to:
NORTEL NETWORKS INC
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK NC 27709



20110121-00012018-0 1/1
Ventura County Clerk and Recorder
MARK A. LUNN
01/21/2011 02:26:52 PM
484113 $.00 AR

SPACE ABOVE THIS LINE FOR RECORDER'S USE

REMOVAL of INVALID LIEN
No fee required
(GOVT. CODE SEC. 27361.3)
Tax Lien Recorded in Error
Liability Paid or Abated
Prior to Recordation

VENTURA COUNTY TAX COLLECTOR
800 S. Victoria Avenue
Ventura, CA 93009
(805) 654-3744

Lien No: 200402250047481

### RELEASE OF LIEN

I, _____Steven Hintz_____, Tax Collector of Ventura County, State of California, hereby release and certify that there has been released all property from any lien imposed thereon by filing and recording that certain CERTIFICATE OF TAX LIEN for unpaid personal property taxes and penalties for the following:

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| NORTEL NETWORKS INC | 03-04 | | $ 22,410.18 |
| | 000-03-900-15 | 032 | |
| 4001 E CHAPEL HILL-NELSON HWY | | | |
| RESEARCH TRIANGLE PARK NC 27709 | 429373 | 09084 | |

as recorded on __Feb. 25, 2004__ as Document No. __200402250047481__ in the Office of the Recorder of Ventura County.
TR # 635788, ARC # 11UP01

Steven Hintz
Tax Collector

By _____Mary Barnes_____
Deputy

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

The undersigned declares: I am a resident of or employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is Treasurer – Tax Collector, County of Ventura, 800 South Victoria Avenue, Ventura, California 93009-1290.

On **January 21, 2011**, I served the within **Withdrawal of Claim** on:

United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

[ X ] **by addressing an envelope** to each of the above-named person(s) as indicated above, and placed in each envelope a true copy of each of said documents, and by then sealing and depositing said envelope, with postage thereon fully prepaid, in the United States mail at Ventura, California, where is located the office of the attorney for the persons by and for whom said service was made.

[ X ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 21, 2011**, at Ventura, California.

*Mary Barnes*
MARY BARNES