# EXHIBIT A

## Agenda Item No. 7

| | |
|---|---|
| Nortel Networks Inc. v Accton Technology Corporation | Adv. Pro. No. 10-55911<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Ace Technologies Corp. | Adv. Pro. No. 10-53182<br>Re: D.I. 6, Filed 1/10/11 |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Pro. No. 10-55913<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Avea Iletisim Hizmetleri A.S. | Adv. Pro. No. 10-53183<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Avotus Corporation | Adv. Pro. No. 10-55916<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. BizSphere AG (f/k/a SVA-BizSphere AG) | Adv. Pro. No. 10-55918<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | Adv. Pro. No. 10-55175<br>Re: D.I. 6, Filed 1/10/11 |
| Nortel Networks Inc. v. BWCS, Ltd. | Adv. Pro. No. 10-53184<br>Re: D.I. 7, Filed 1/10/11 |
| Nortel Networks Inc. v. Celestica Holdings PTE Ltd. and Celestica Thailand Ltd. | Adv. Pro. No. 10-53185<br>Re: D.I. 7, Filed 1/10/11 |
| Nortel Networks Inc. v. Certicom Corporation | Adv. Pro. No. 10-55923<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v Cupola Teleservices Ltd | Adv. Pro. No. 10-55925<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Devoteam Danet GmbH | Adv. Pro. No. 10-55926<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. EION Inc. | Adv. Pro. No. 10-55204<br>Re: D.I. 5, Filed 1/10/11 |
| Nortel Networks(CALA) Inc. v. Empresa de Telecomunicaciones de Bogota S.A. | Adv. Pro. No. 10-55927<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v Ian Martin Ltd | Adv. Pro. No. 10-55929<br>Re: D.I. 10, Filed 1/10/11 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Informatics International Ltd. | Adv. Pro. No. 10-53186<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. ITC Networks SRL | Adv. Pro. No. 10-55210<br>Re: D.I. 5, Filed 1/10/11 |

| | |
|---|---|
| Nortel Networks Inc. v. Kinnarps Project Solutions LLC | Adv. Pro. No. 10-55914<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | Adv. Pro. No. 10-55915<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Maritz Canada Inc. | Adv. Pro. No. 10-53187<br>Re: D.I. 6, Filed 1/10/11 |
| Nortel Networks Inc. v. Media5 Corporation | Adv. Pro. No. 10-55917<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v Oclaro Technology Ltd | Adv. Pro. No. 10-55919<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v OrangeFrance | Adv. Pro. No. 10-55920<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Prime Carrier Ltd. | Adv. Pro. No. 10-55921<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | Adv. Pro. No. 10-55211<br>Re: D.I. 5, Filed 1/10/11 |
| Nortel Networks Inc. v. Spellbound Media & Advertising | Adv. Pro. No. 10-55922<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. v. STMicroelectronics, N.V. | Adv. Pro. No. 10-53181<br>Re: D.I. 6, Filed 1/10/11 |
| Nortel Networks Inc. v. TECOM Co., LTD. | Adv. Pro. No. 10-55924<br>Re: D.I. 4, Filed 1/10/11 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc., v. Telmar Network Technology, Inc., Precision Communication Services, Inc., and Precision Communication Services Corporation | Adv. Pro. No. 11-50021<br>Re: D.I. 6, Filed 1/10/11 |
| Nortel Networks Inc. v. Thomas & Betts Ltd. | Adv. Pro. No. 10-55940<br>Re: D.I. 5, Filed 1/10/11 |
| Nortel Networks (CALA) Inc. v. WIND Telecom, S.A. | Adv. Pro. No. 10-55939<br>Re: D.I. 5, Filed 1/10/11 |

4051156.1