IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                 Debtors.             :    Jointly Administered
                                                               :
---------------------------------------------------------------X    Objections Due: February 14, 2011 at 4:00 p.m. (ET)

**NOTICE OF TENTH MONTHLY APPLICATION OF CHILMARK PARTNERS, LLC, AS CONSULTING EXPERT TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

      Attached hereto is the **Tenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses** (the "Application").

      You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 14, 2011 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

      At the same time, you must serve such Objection on the Applicant and on counsel for the Debtors so as to be received by the Objection Deadline.

      A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 25, 2011
      Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley (admitted *pro hac vice*)
      Lisa M. Schweitzer (admitted *pro hac vice*)
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

        - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Ann C. Cordo*
      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Ann C. Cordo (No. 4817)
      Alissa T. Gazze (No. 5338)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200
      Facsimile: (302) 425-4663

      Counsel for the Debtors and Debtors in Possession