# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

**CHILMARK PARTNERS, LLC**
December 1, 2010 - Decemebr 31, 2010

### Summary of Services Rendered by Project

| Project Code | Nature of Services | December 2010 Hours |
|:---:|---|:---:|
| 1 | Asset Analysis and Recovery | 301.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | 5.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 9.5 |
| 6 | Committee Matters and Creditor Meetings | 13.0 |
| 7 | Claims Administration and Analysis | 20.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | 2.0 |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 18.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 368.5 |

### Summary of Services Rendered by Professional

| Name | December 2010 Hours |
|---|:---:|
| Matthew Rosenberg, Member | 104.5 |
| Michael Kennedy, Member | 108.0 |
| Aaron Taylor, Vice President | 156.0 |
| Michael Sabo, Associate | - |
| **TOTAL** | 368.5 |

**Nortel Networks, Inc**
December 1, 2010 - Decemebr 31, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | December 2010 Hours | Code |
|------|--------------------|--------------------|------|
| 12/1/2010 | Meetings re case management, claims and allocation | 8.0 | 7 |
| 12/2/2010 | Return travel to Chicago | 5.0 | 15 |
| 12/3/2010 | Calls, meetings and analysis re allocation | 6.0 | 1 |
| 12/6/2010 | Weekly call w/ company and counsel | 1.5 | 5 |
| 12/6/2010 | Review materials re allocation | 3.0 | 1 |
| 12/8/2010 | Calls, meetings and analysis re allocation | 7.0 | 1 |
| 12/9/2010 | Calls, meetings and analysis re allocation | 9.0 | 1 |
| 12/10/2010 | Calls, meetings and analysis re allocation | 7.0 | 1 |
| 12/11/2010 | Review materials re allocation | 4.0 | 1 |
| 12/13/2010 | Review materials re asset sales | 2.0 | 1 |
| 12/13/2010 | Weekly call w/ company and counsel | 2.0 | 5 |
| 12/13/2010 | Calls, meetings and analysis re allocation | 4.0 | 1 |
| 12/14/2010 | Calls, meetings and analysis re allocation | 8.0 | 1 |
| 12/16/2010 | Call w/ company and counsel re allocation | 7.0 | 1 |
| 12/17/2010 | Review materials re asset sales | 3.0 | 1 |
| 12/17/2010 | Calls, meetings and analysis re allocation | 5.0 | 1 |
| 12/20/2010 | Calls, meetings and analysis re allocation | 6.0 | 1 |
| 12/21/2010 | Review materials re asset sales | 2.0 | 1 |
| 12/21/2010 | Calls, meetings and analysis re allocation | 4.0 | 1 |
| 12/22/2010 | Calls, meetings and analysis re allocation | 2.0 | 1 |
| 12/22/2010 | Call w/ UCC re allocation | 3.0 | 6 |
| 12/23/2010 | Calls, meetings and analysis re allocation | 3.0 | 1 |
| 12/26/2010 | Review materials re allocation | 2.0 | 1 |
| 12/29/2010 | Review materials re allocation | 1.0 | 1 |
| | **December 2010 Total** | **104.5** | |

**Nortel Networks, Inc**
December 1, 2010 - Decemebr 31, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | December 2010 Hours | Code |
|------|---------------------|---------------------|------|
| 12/1/2010 | Meeting w/ Cleary re: case management & claims | 8.0 | 7 |
| 12/2/2010 | Meeting w/ UCC advisors | 4.0 | 7 |
| 12/2/2010 | Return travel to Chicago | 4.0 | 15 |
| 12/3/2010 | Call with Capstone | 2.0 | 6 |
| 12/3/2010 | Calls, meetings and analysis re allocation | 6.0 | 1 |
| 12/6/2010 | Review and prepare analysis of global cash balances | 3.0 | 1 |
| 12/6/2010 | Weekly call w/ Cleary and JR | 2.0 | 5 |
| 12/7/2010 | Prepare discussion material for allocation review | 8.0 | 1 |
| 12/9/2010 | Calls and review of discussion material for allocation review | 8.0 | 1 |
| 12/10/2010 | Calls and review of discussion material for allocation review | 5.0 | 1 |
| 12/13/2010 | Review and analyze materials re allocation | 10.0 | 1 |
| 12/14/2010 | Review and analyze materials re allocation | 7.0 | 1 |
| 12/14/2010 | Call w/ Cleary re: CVAS | 2.0 | 1 |
| 12/14/2010 | FA Monthly Call | 2.0 | 3 |
| 12/15/2010 | Nortel Hearing | 2.0 | 13 |
| 12/15/2010 | Review and analyze materials re allocation | 6.0 | 1 |
| 12/16/2010 | Call w. Cleary & JR | 2.0 | 1 |
| 12/16/2010 | Call w/ UCC advisors | 2.0 | 6 |
| 12/16/2010 | Review and analyze materials re allocation | 4.0 | 1 |
| 12/17/2010 | Review EEMA data | 3.0 | 1 |
| 12/17/2010 | Review and analyze materials re allocation | 5.0 | 1 |
| 12/20/2010 | Review and analyze materials re allocation | 5.0 | 1 |
| 12/21/2010 | Review EEMA data | 3.0 | 1 |
| 12/21/2010 | Call w/ Cleary re: discussion material | 1.0 | 1 |
| 12/21/2010 | Review discussion material | 3.0 | 1 |
| 12/22/2010 | Call w/Capstone | 1.0 | 6 |

**December 2010 Total**                                                                              **108.0**

**Nortel Networks, Inc**
December 1, 2010 - Decemebr 31, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | December 2010 Hours | Code |
|------|---------------------|---------------------|------|
| 12/1/2010 | Travel to NY | 5.0 | 15 |
| 12/1/2010 | Review and analyze materials re allocation | 5.0 | 1 |
| 12/1/2010 | Travel from NY | 4.0 | 15 |
| 12/2/2010 | Review and analyze materials re allocation | 8.0 | 1 |
| 12/3/2010 | Review and analyze materials re allocation | 9.0 | 1 |
| 12/6/2010 | Conference call with Cleary | 1.0 | 5 |
| 12/6/2010 | Review and analyze materials re allocation | 9.0 | 1 |
| 12/7/2010 | Review and analyze materials re allocation | 12.0 | 1 |
| 12/8/2010 | Review and analyze materials re allocation | 11.0 | 1 |
| 12/9/2010 | Review and analyze materials re allocation | 10.0 | 1 |
| 12/9/2010 | Meeting with Huron | 1.0 | 3 |
| 12/10/2010 | Review and analyze materials re allocation | 10.0 | 1 |
| 12/13/2010 | Conference call with Cleary | 2.0 | 5 |
| 12/13/2010 | Review and analyze materials re allocation | 10.0 | 1 |
| 12/14/2010 | FA Monthly Call | 2.0 | 3 |
| 12/14/2010 | Review and analyze materials re allocation | 10.0 | 1 |
| 12/15/2010 | Review and analyze materials re allocation | 8.0 | 1 |
| 12/16/2010 | Conference Call with Cleary & JR | 2.0 | 1 |
| 12/16/2010 | Conference Call with UCC advisors | 2.0 | 6 |
| 12/16/2010 | Review and analyze materials re allocation | 4.0 | 1 |
| 12/17/2010 | Review EEMA data | 3.0 | 1 |
| 12/17/2010 | Review and analyze materials re allocation | 5.0 | 1 |
| 12/20/2010 | Review and analyze materials re allocation | 7.0 | 1 |
| 12/20/2010 | Conference Call with Cleary & JR | 1.0 | 5 |
| 12/21/2010 | Review and analyze materials re allocation | 7.0 | 1 |
| 12/21/2010 | Conference call with Cleary | 1.0 | 5 |
| 12/22/2010 | Review and analyze materials re allocation | 4.0 | 1 |
| 12/22/2010 | Conference call with Capstone | 3.0 | 6 |

**December 2010 Total**         **156.0**