# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2010 through December 31, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 11/30/10-12/2/10 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 11/30/10-12/2/10 | Hotel (two nights) | $ 1,395.48 |
| Matt Rosenberg | 11/30/10-12/2/10 | Ground transportation | $ 1,247.61 |
| Matt Rosenberg | 11/30/10-12/2/10 | Meals (two dinners) | $ 66.11 |
| Mike Kennedy | 11/30/10-12/2/10 | Flight to New York, NY | $ 516.40 |
| Mike Kennedy | 11/30/10-12/2/10 | Hotel (two nights) | $ 1,280.72 |
| Mike Kennedy | 11/30/10-12/2/10 | Ground transportation | $ 50.00 |
| Mike Kennedy | 11/30/10-12/2/10 | Parking | $ 81.00 |
| Mike Kennedy | 11/30/10-12/2/10 | Meals (two dinners) | $ 147.34 |
| Aaron Taylor | 12/1/2010 | Flight to New York, NY | $ 559.40 |
| Aaron Taylor | 12/1/2010 | Ground transportation | $ 80.00 |
| Aaron Taylor | 12/1/2010 | Meals (one dinner) | $ 36.00 |
| Chilmark | various | Conference Calls | $ 154.36 |
| **Total Expenses** | | | **$ 6,576.75** |