**CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Application Of Debtors For An Order Authorizing Expanded Employment Of Mercer (US) Inc. As Consultants To The Debtors** *Nunc Pro Tunc* **To December 14, 2010** was caused to be made on January 25, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: January 25, 2011                                                                    */s/Alissa T. Gazze*
                                                                                                          Alissa T. Gazze (No. 5338)

4056092.1