IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
In re                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                 :    Case No. 09-10138 (KG)
:
     Debtors.                                      :    Jointly Administered
-----------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 27, 2011 AT **12:00 P**.M. (EASTERN TIME)[3]

**AT THE REQUEST OF THE COURT, PLEASE NOTE THAT THE HEARING TIME HAS CHANGED FROM 9:30 A.M. (ET) TO 12:00 P.M. (ET)**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.   Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

     Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET).  Extended to February 16, 2011 at 4:00 p.m. (ET) for Nortel and for the Committee.

     Responses Received:  None at this time.

     Related Pleadings:  None.

     Status:  The hearing on this matter has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]   The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

[3]   **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

4056871.1

2.  Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims) (D.I. 3846, Filed 8/31/10).

    Objection Deadline:  September 23, 2010 at 4:00 p.m. (ET).

    Remaining Response Received:

    (a) Objection Of Creditor Ventura County Treasurer-Tax Collector To Debtors' Thirteenth Omnibus Objection (Substantive) To Claims Under Title 11 United States Code, Section 502, Federal R. Bankruptcy P. 3007 And Local Rule 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) Filed by County of Ventura, State of California (D.I. 4000, Filed 9/23/10).

    Related Pleadings:

    (a) Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) (D.I. 4022, Filed 9/27/10);

    (b) Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) (D.I. 4053, Entered 9/30/10);

    (c) Certification Of Counsel Regarding [Proposed] Order Approving Stipulation By and Between Debtors and the Coca-Cola Company Regarding Briefing Schedule (D.I. 4333, Filed 11/15/10);

    (d) Order Approving Stipulation By and Between Debtors and the Coca-Cola Company Regarding Briefing Schedule (D.I. 4338, Filed 11/15/10); and

    (e) First Supplement To The Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) (D.I. 4401, Filed 11/23/10).

    Status:  The hearing with respect to the Objection filed by the Ventura County Treasurer-Tax Collector has been adjourned to the hearing scheduled for February 9, 2011 at 9:30 a.m. (ET).

3.  Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline:  October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol Corporation and its affiliates until February 24, 2011.

Remaining Response Received:

(a) Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a) Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status: The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates, and with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

4. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline: October 25, 2010 at 4:00 p.m. (ET). Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m. Extended for Red Hat to November 1, 2010. Extended for GE Fanuc to February 24, 2011.

Remaining Responses Received:

(a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b) Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Related Pleadings:

(a) Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b) First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status: The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for February 22, 2011 at 9:30 a.m. (ET). The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

5. Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

Objection Deadline: January 5, 2011 at 4:00 p.m. (ET). Extended to March 2, 2011 at 4:00 p.m. (ET) for Nortel.

Responses Received: None at this time.

Related Pleadings: None.

Status: The hearing with respect to this motion has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

6. Debtors' Seventeenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reclassify Claims) (D.I. 4628, Filed 12/18/10).

Objection Deadline: January 13, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 4628] (D.I. 4731, Filed 1/20/11); and

(b) **Order Granting Debtors' Seventeenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reclassify Claims) (D.I. 4758, Entered 1/25/11)**.

Status: **The Order has been entered by the Court**.

7. Debtors' Motion For An Order Establishing Deadline For Service Of Answer Or Responsive Pleading By Defendants In Foreign Avoidance Actions And Confirming That Rule 4(m) Of The Federal Rules Of Civil Procedure Is Not Applicable To Such Actions (D.I. Various, Filed 1/10/11) (See Exhibit A hereto).

Objection Deadline: January 20, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. Various] (D.I. Various, Filed 1/24/11); and

(b) Proposed Form Of Order.

Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

8. Debtors' Sixteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4627, Filed 12/17/10).

Objection Deadline: January 13, 2011 at 4:00 p.m. (ET).

Responses Received:

(a) Informal comments received from Motorola; and

(b) Informal comments received from Qwest.

Related Pleadings: None.

Status: The hearing with respect to this matter is going forward except with respect to the objection to the Claim of Motorola, which has been adjourned to the hearing scheduled for February 22, 2011 at 9:30 a.m. (ET).

CONTESTED MATTERS GOING FORWARD:

9. Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

   Objection Deadline: July 28, 2010 at 4:00 p.m. (ET). Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

   Remaining Responses Received:

   (a) Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

   (b) Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

   (c) Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

   Related Pleadings:

   (a) Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3788, Filed 8/16/10);

   (b) Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10);

   (c) Order Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3799, Entered 8/18/10);

4056871.1

    (d)    Order (First Supplemental) Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 4049, Filed 9/30/10);

    (e)    Notice Of Withdrawal of Claim, filed by The Tennessee Department Of Revenue (D.I. 4331, Filed 11/15/10); and

    (f)    Notice Of Withdrawal Of Twelfth Omnibus Objection (Substantive) Solely With Respect To Claim No. 5896 Filed By Nortel Networks Inc., Et Al. (D.I. 4352, Filed 11/18/10).

Status: The status conference with respect to the response filed by SNMP Research International, Inc. is going forward with respect to scheduling only.

10. Debtor Nortel Networks Inc.'s Motion For Entry Of An Order Enforcing The Automatic Stay Against Automotive Rental, Inc. (D.I. 4689, Filed 1/10/11).

Objection Deadline: January 20, 2011 at 4:00 p.m. (ET).

Response Received:

    (a)    Response And Objection Of Automotive Rentals, Inc. To Motion Of Nortel Networks Inc.'s Motion For Entry Of An Order Enforcing The Automatic Stay Against Automotive Rentals, Inc. (D.I. 4730, Filed 1/20/11).

Related Pleadings:

    (a)    Debtor Nortel Networks Inc.'s Reply In Further Support Of Its Motion To Enforce The Automatic Stay Against Automotive Rentals, Inc. (D.I. 4748, Filed 1/24/11).

Status: **The parties have reached an agreement in principle and have agreed to adjourn the hearing on this matter to the hearing scheduled in these cases for February 9, 2011 at 9:30 a.m. (ET)**.

11. Nortel Networks Inc., A Delaware Corporation v. Communications Test Design, Inc., A Pennsylvania Corporation, Adv. Proc. No. 10-53065.

Objection Deadline: Defendant's opening brief due by November 15, 2010. Plaintiff's answering brief due by November 18, 2010. Defendant's reply brief due by November 29, 2010.

Responses Received:

(a) Plaintiff Nortel Networks Inc.'s Memorandum Of Law In Opposition To Defendant's Motion To Dismiss The Amended Complaint (D.I. 27, Filed 11/18/10);

(b) Declaration Of David H. Herrington In Support Of Plaintiff Nortel Networks Inc.'s Opposition To Motion To Dismiss (D.I. 28, Filed 11/18/10);

(c) Communications Test Design, Inc.'s Answer, Affirmative Defenses & Counterclaims (D.I. 53, Filed 1/3/11); and

(d) Communications Test Design, Inc.'s Answer, Affirmative Defenses & Counterclaims (D.I. 54, Filed 1/3/11).

Related Pleadings:

(a) Complaint (D.I. 1, Filed 9/21/10);

(b) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (D.I. 2, Filed 9/21/10);

(c) Motion To Dismiss (D.I. 14, Filed 10/27/10);

(d) Amended Complaint (D.I. 20, Filed 11/12/10);

(e) Certification Of Counsel Regarding Briefing Schedule For Defendant's Motion To Dismiss The Amended Complaint (D.I. 21, Filed 11/15/10);

(f) Amended Scheduling Order (D.I. 23, Entered 11/17/10);

(g) Defendant's Reply Memorandum In Support Of Motions To Dismiss Amended Complaints And In Response To Plaintiffs' Opening Memorandum Of Law (D.I. 31, Filed 11/29/10);

(h) Certification Of Counsel Regarding Stipulation Extending Time For Plaintiffs To Respond To Counterclaims (D.I. 69, Filed 1/24/11); and

(i) Letter To The Honorable Kevin Gross (D.I. 72, Filed 1/25/11).

<u>Status</u>:  This matter is going forward as a telephonic status conference.

Dated:  January 26, 2011
       Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley (admitted *pro hac vice*)
                Lisa M. Schweitzer (admitted *pro hac vice*)
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Alissa T. Gazze*
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                Alissa T. Gazze (No. 5338)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                *Counsel for the Debtors and Debtors in Possession*