Semra Tariq
12325 Richmond Run Drive
Raleigh, NC 27614

January 23rd, 2011

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 198801

To the Motion with the Clerk:

RE: Chapter 11 Case No. 09-10138 (KG)

My apologies for the late response in filing an objection; however I have just received the Debtor's Motion.

I would like to file an objection to the Motion for an order pursuant to 11 U.S.C.: 105, 541, 542, and 543 and Bankruptcy Rule 9010.

My husband, Mr. Masood Tariq dedicated his life to Nortel for over 30 years. During his last years with Nortel he was diagnosed with metastatic cancer and was forced to retire in 2006 due to his illness. In June of 2007 he sadly passed away leaving myself and our two daughters. Due to my financial situation in December of 2007 I filed a formal request to withdraw all our funds from our U.S. Deferred Compensation Plan. I never received any response and a month later in January 2008 Nortel filed Bankruptcy. That is when our family lost everything due to the Nortel bankruptcy including my husband's pension (which I received a percentage of as his widow and was my only source of income) I was informed I would not be receiving any longer.

My husband had put away money for me in Nortel's Deferred Compensation Plan knowing that his illness was getting worse. He wanted to make sure I would be taken care of after his passing. Now that my pension is gone, I also have no access to the monies in my Deferred Compensation; the money that my husband worked hard for, earned and had put away for our retirement.

Now I am in a position where I am a widow, with zero income. Is this what comes after 30 years of sacrifice, service and loyalty to one company? I plead that the Court look into other options available for the people who were treated unjustly in this case. The money in our Deferred Compensation Plan was money that my husband worked day and night for, the money that he had put away to ensure I would be taken care of even after he had passed.

Please let me know if you need any further information, and/or what the next steps would be in filing an Objection to this Case.

Kindest Regards,

Semra Tariq
semtariq@hotmail.com
Home: 919-562-4414 / Mobile: 919-606-8464

*S. Tariq*