IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Aramark Uniform and Career Apparel, LLC (Means Services, Inc.) hereby withdraws its proof of claim without prejudice in the above-captioned cases (Proof of Claim No. 5380, filed September 30, 2009).

Dated: Burbank, California
    January      04  , 2011

                                        Aramark Uniform and Career Apparel, LLC
                                        (Means Services, Inc.)

                                        Edward Friedler
                                        Aramark Uniform and Career Apparel, LLC
                                        (Means Services, Inc.)
                                        115 North 1st Street, Suite 201
                                        Burbank, CA 91502
                                        Tel: (818) 953-4534

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

41861.0003.2162470.2