# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/6/2010 | Lee A. Sweigart | Airfare | Flight for work in Huron's office: SOUTHWEST AIRLINES: IND/MDW 12/07/2010 to 12/07/2010. | 283.40 |
| 12/13/2010 | Lee A. Sweigart | Airfare | Flight for work in Huron's office: SOUTHWEST AIRLINES: IND/MDW 12/14/2010 to 12/15/2010. | 283.40 |
| 12/7/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR/ORD 12/13/2010 to 12/16/2010. | 1,009.40 |
| 12/1/2010 | Brian Heinimann | Ground Transportation | Cab for team to Huron after return from visit to Cleary offices: Yellow Cab: Cleary / Huron | 25.00 |
| 12/1/2010 | Brian Heinimann | Ground Transportation | Car service for team to Cleary Gottlieb offices: CarmelLimo: Huron / Cleary | 27.00 |
| 12/2/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to NYC: Yellow Cab: MDW / REsidence | 45.00 |
| 12/2/2010 | Brian Heinimann | Ground Transportation | Car for team to LGA after visit to NYC for team meetings: CarmelLimo: Huron / LGA | 70.00 |
| 12/2/2010 | Coley P. Brown | Ground Transportation | Cab from NY office to LGA for travel on Nortel.: Cab: NY Office / LGA | 40.00 |
| 12/2/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 12/14/2010 | Coley P. Brown | Ground Transportation | Cab from dinner to residence after working late on Nortel matters.: Cab: Dinner / Residence | 20.00 |
| 12/1/2010 | James Lukenda | Ground Transportation | Nortel-cab to office, early am from PABT: yellow cab: NYC | 6.00 |
| 12/1/2010 | James Lukenda | Ground Transportation | Nortel-Subway, to/fm meeting at CGSH: MTA: NYC | 4.50 |
| 12/1/2010 | Lee A. Sweigart | Ground Transportation | Cab ride in NYC: NYC Cab: NYC | 20.00 |
| 12/7/2010 | Lee A. Sweigart | Ground Transportation | Ride to MDW from Huron: YELLOW SERVICES INC: Huron/MDW | 36.35 |
| 12/8/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron from MDW: CHICAGO ELITE CAB CORP: MDW/Huron | 31.66 |
| 12/14/2010 | Lee A. Sweigart | Ground Transportation | Ride from Huron office to hotel: Chicago Cab: Huron/Hotel | 15.00 |
| 12/14/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron from MDW: Chicago Cab: MDW/Huron | 32.95 |
| 12/2/2010 | Matthew J. Fisher | Ground Transportation | Transportation from Midway airport to residence in Chicago: Taxi: MDW/Residence | 35.00 |
| 12/13/2010 | Michael E. Scannella | Ground Transportation | Huron office to hotel, Chicago.: Chicago Cab: Office/Hotel | 13.00 |
| 12/13/2010 | Michael E. Scannella | Ground Transportation | Roundtrip fare for CTA.: CTA: ORD/Office | 5.00 |
| 12/13/2010 | Michael E. Scannella | Ground Transportation | Car service to EWR from home.: Dial 7: Hoboken/EWR | 62.00 |
| 12/14/2010 | Michael E. Scannella | Ground Transportation | Chicago office to hotel.: Chicago Cab: Office/Hotel | 13.00 |
| 12/14/2010 | Michael E. Scannella | Ground Transportation | Hotel to Huron office, Chicago.: Chicago Cab: Hotel/Office | 14.00 |
| 12/15/2010 | Michael E. Scannella | Ground Transportation | Cab from Chicago office to dinner.: Chicago Cab: Office/Dinner | 20.00 |
| 12/15/2010 | Michael E. Scannella | Ground Transportation | Hotel to Chicago office.: Chicago Cab: Hotel/Office | 13.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/15/2010 | Michael E. Scannella | Ground Transportation | Cab from dinner to hotel, Chicago.: Chicago Cab: Dinner/Hotel | 13.00 |
| 12/16/2010 | Michael E. Scannella | Ground Transportation | Cab from hotel to Chicago office.: Chicago Cab: Hotel/Office | 13.00 |
| 12/16/2010 | Michael E. Scannella | Ground Transportation | Car service home.: Dial 7: EWR/Hoboken | 60.00 |
| 12/2/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting NYC for team meetings: Manhattan Time Square: NYC 11/29/2010 to 12/02/2010. | 999.18 |
| 12/2/2010 | Coley P. Brown | Hotel/Lodging | Four Points hotel in New York from 11/29-12/2 (3 nights).: Four Points Midtown: New York 11/29/2010 to 12/02/2010. | 1,099.40 |
| 12/3/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel for meetings at Cleary's offices: SHERATON CORPORATION: NEW YORK 11/29/2010 to 12/02/2010. | 999.18 |
| 12/16/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel for work at Huron's Chicago office re: Nortel: W LAKESHORE 39: CHICAGO 12/14/2010 to 12/15/2010. | 213.50 |
| 12/2/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging in NY to prepared for meeting with J. Ray and Debtors councel (Cleary) in south Manhattan: The Manhattan: New York, NY 11/29/2010 to 12/02/2010. | 1,011.04 |
| 12/16/2010 | Michael E. Scannella | Hotel/Lodging | Hotel, 3 nights, room + tip.: W Lakeshore: Chicago 12/13/2010 to 12/16/2010. | 650.50 |
| 12/2/2010 | Brian Heinimann | Meals | Breakfast while in NYC for client meetings: Starbucks: NYC, 1 person. | 7.21 |
| 12/1/2010 | Coley P. Brown | Meals | Breakfast at Star Cafe for Coley Brown (1 person).: Star Cafe: New York | 15.00 |
| 12/1/2010 | Coley P. Brown | Meals | Dinner at Manhattan Cafe for Coley Brown (1 person).: Manhattan Cafe: New York | 23.85 |
| 12/2/2010 | Coley P. Brown | Meals | Breakfast at Star Cafe for Coley Brown (1 person).: Star Cafe: New York | 15.00 |
| 12/2/2010 | Coley P. Brown | Meals | Dinner at LGA cafe for Coley Brown (1 person).: LGA Cafe: New York | 19.66 |
| 12/8/2010 | Coley P. Brown | Meals | Dinner at Messners for Coley Brown (1 person) after working late on Nortel matters.: Messners: Chicago | 50.00 |
| 12/1/2010 | James Lukenda | Meals | Nortel-evening meal for 4 - MF, LS, BH, JML: St Andrews: NYC Attendees: James Lukenda, Matthew J. Fisher, Brian Heinimann, Lee A. Sweigart | 183.42 |
| 12/15/2010 | Lee A. Sweigart | Meals | Dinner at MDW airport prior to fligh: MDW: MDW | 12.70 |
| 11/30/2010 | Lee A. Sweigart | Meals | Breakfast at LGA airport, 1 person. | 2.72 |
| 12/04/2010 | Lee A. Sweigart | Meals | Dinner at LGA, 1 person. | 37.57 |
| 12/07/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport, 1 person. | 7.07 |
| 12/14/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport, 1 person. | 8.15 |
| 12/13/2010 | Michael E. Scannella | Meals | Breakfast while traveling, 1 person.: Starbucks: Chicago | 8.76 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/13/2010 | Michael E. Scannella | Meals | Dinner while traveling, 1 person.: Giordano's: Chicago | 34.25 |
| 12/14/2010 | Michael E. Scannella | Meals | Team dinner while traveling, 3 people.: Capital Grille: Chicago Attendees: Michael E. Scannella, Lee A. Sweigart, Coley P. Brown | 150.00 |
| 12/14/2010 | Michael E. Scannella | Meals | Breakfast while traveling, 1 person.: Starbucks: Chicago | 9.56 |
| 12/15/2010 | Michael E. Scannella | Meals | Dinner, 1 person.: Kirkwood: Chicago | 48.80 |
| 12/16/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 8.87 |
| 12/16/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Wolfgang: ORD | 22.13 |
| 12/1/2010 | James Lukenda | Mileage | Nortel-Early am to nyc-preparation for CGHS meetings: Mont-NYC-Mont 12/01/2010 to 12/01/2010. | 6.50 |
| 12/2/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage from home to IND airport: IND 11/29/2010 to 12/02/2010. | 25.00 |
| 12/7/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage from home to IND airport: IND 12/07/2010 to 12/07/2010. | 25.00 |
| 12/15/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage from home to IND airport: IND 12/14/2010 to 12/15/2010. | 25.00 |
| 12/1/2010 | James Lukenda | Parking & Tolls | Nortel-parking PABT: PABT: NYC 12/01/2010 to 12/01/2010. | 22.50 |
| 12/1/2010 | James Lukenda | Parking & Tolls | Nortel-LT Toll: PANYNJ: Weehawken 12/01/2010 to 12/01/2010. | 6.00 |
| 12/2/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS INC: CARMEL 11/29/2010 to 12/02/2010. | 84.00 |
| 12/7/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS INC: CARMEL 12/07/2010 to 12/07/2010. | 22.00 |
| 12/15/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS INC: CARMEL 12/14/2010 to 12/15/2010. | 44.00 |
| 12/20/2010 | Accounts Payable | Postage and Freight | Shipping of materials related to Nortel matters. | 7.89 |
| 12/20/2010 | Accounts Payable | Postage and Freight | Shipping of materials related to Nortel matters. | 7.89 |
| 12/22/2010 | Accounts Payable | Postage and Freight | Shipping of materials related to Nortel matters. | 12.80 |
| 12/8/2010 | Michael E. Scannella | Postage and Freight | Mailing of supporting invoice images to M. Vanek (Cleary). | 20.71 |
| 12/22/2010 | Accounts Payable | Wireless Voice & Data | Wireless Voice & Data - VERIZON | 36.08 |

**Total Expenses**        **$  8,233.55**