# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2010 Through December 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 13,785.00 |
| Transcripts | | 3,577.34 |
| Photos/Art/ Spec Duplicating | | 615.07 |
| Travel | | 405.00 |
| Meals | | 304.51 |
| Messenger Service | | 111.00 |
| Courier/Delivery Service | | 1,839.83 |
| Computer Research | Westlaw | 271.64 |
| Duplicating | In Office | 931.85 |
| Postage | | 616.57 |
| Facsimile | | 4,439.23 |
| Paralegal Overtime | | 656.07 |
| Conference Calls | | 150.00 |
| **Grand Total Expenses** | | **$27,703.11** |

Nortel Networks, Inc.
63989-DIP
DATE: 01/19/11 09:52:59

PRO FORMA  264568         AS OF 12/31/10                 INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 849780 | 12/06/10 | B | 5,500.00 | Court Costs AMERICAN EXPRESS` COURTS/ USBC - DE - 12/06/10 | 503 | 203 | 176653 |
| 849781 | 12/06/10 | B | 2,000.00 | Court Costs AMERICAN EXPRESS` COURTS/ USBC - DE - 12/06/10 | 503 | 203 | 176653 |
| 849782 | 12/07/10 | B | 3,750.00 | Court Costs AMERICAN EXPRESS` COURTS/ USBC - DE - 12/07/10 | 503 | 203 | 176653 |
| 849783 | 12/07/10 | B | 1,500.00 | Court Costs COURTS/ USBC - 12/07/10 AMERICAN EXPRESS | 503 | 203 | 176653 |
| 849784 | 12/08/10 | B | 1,035.00 | Court Costs AMERICAN EXPRESS` COURTS/ USBC - DE - 12/08/10 | 503 | 203 | 176653 |
| 843226 | 12/01/10 | B | 193.60 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 175613 |
| 845058 | 12/09/10 | B | 175.45 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 175869 |
| 847553 | 12/15/10 | B | 2,255.84 | Transcripts - WILCOX & FETZER, LTD` BANKRUPTCY COURT HEARING, TRANSCRIPTS, AND PD EXHIBITS | 506 F | 904 | 176273 |
| 846231 | 12/20/10 | B | 865.15 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 176103 |
| 848141 | 12/29/10 | B | 87.30 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 176382 |
| 845316 | 12/09/10 | B | 615.07 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 594 | 175937 |
| 847503 | 12/16/10 | B | 405.00 | Travel - DONNA L. CULVER` REIMBURSMENT OF PARKING AND AMTRAK CHARGES FR TRIP TO NY TO ATTEND DEPOSITION - 12/16/10 | 511 OM | 203 | 176228 |
| 847702 | 12/14/10 | B | 15.00 | Meals - PETTY CASH` A. CONWAY OVERTIME MEAL - 12/14/10 | 512 | 594 | 176311 |
| 849434 | 12/14/10 | B | 153.13 | Meals AMERICAN EXPRESS` CAFFE GELATO - 12/14/10 | 512 | 904 | 176479 |
| 849435 | 12/15/10 | B | 65.63 | Meals AMERICAN EXPRESS` CAFFE GELATO - 12/15/10 | 512 | 904 | 176479 |
| 845834 | 12/15/10 | B | 61.25 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 7 - 12/15/10 | 512 | 904 | 176061 |
| 847504 | 12/16/10 | B | 9.50 | Meals DONNA L. CULVER` REIMBURSMENT OF MEALS FROM TRIP TO NY TO ATTE DEPOSITION - 12/16/10 | 512 ND | 203 | 176228 |
| 846115 | 12/01/10 | B | 12.00 | Messenger Service | 513S | 546 | |
| 846103 | 12/01/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 846124 | 12/02/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 846148 | 12/03/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 846141 | 12/03/10 | B | 12.00 | Messenger Service | 513S | 546 | |
| 846167 | 12/07/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 846159 | 12/07/10 | B | 6.00 | Messenger Service | 513S | 651 | |
| 846174 | 12/08/10 | B | 3.00 | Messenger Service | 513S | 924 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/19/11 09:52:59

PRO FORMA  264568                 AS OF 12/31/10                 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 846173 | 12/08/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 846176 | 12/08/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 846180 | 12/08/10 | B | 3.00 | Messenger Service | 513S | 203 | |
| 847754 | 12/10/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 847773 | 12/13/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 847769 | 12/13/10 | B | 3.00 | Messenger Service | 513S | 203 | |
| 847789 | 12/14/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 847798 | 12/15/10 | B | 3.00 | Messenger Service | 513S | 989 | |
| 847818 | 12/16/10 | B | 3.00 | Messenger Service | 513S | 203 | |
| 847975 | 12/17/10 | B | 6.00 | Messenger Service | 513S | 594 | |
| 847996 | 12/17/10 | B | 6.00 | Messenger Service | 513S | 546 | |
| 848034 | 12/27/10 | B | 6.00 | Messenger Service | 513S | 594 | |
| 848043 | 12/28/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 848044 | 12/28/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 848047 | 12/28/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 848064 | 12/30/10 | B | 12.00 | Messenger Service | 513S | 594 | |
| 845868 | 12/01/10 | B | 28.34 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176079 |
| 844295 | 12/02/10 | B | 9.26 | Courier/Delivery Service | 514 | 594 | 175725 |
| 844296 | 12/02/10 | B | 9.26 | Courier/Delivery Service | 514 | 594 | 175725 |
| 844297 | 12/02/10 | B | 9.26 | Courier/Delivery Service | 514 | 594 | 175725 |
| 844298 | 12/02/10 | B | 9.26 | Courier/Delivery Service | 514 | 594 | 175725 |
| 844979 | 12/02/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP.` NEED REFERENCE FROM A. CONWAY | 514 | 594 | 175843 |
| 844299 | 12/02/10 | B | 13.40 | Courier/Delivery Service | 514 | 594 | 175725 |
| 849777 | 12/02/10 | B | 17.40 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM - 12/02/10 | 514 | 904 | 176653 |
| 845869 | 12/03/10 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 594 | 176079 |
| 844991 | 12/06/10 | B | 10.85 | Courier/Delivery Service | 514 | 594 | 175847 |
| 844989 | 12/06/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 175847 |
| 844990 | 12/06/10 | B | 14.93 | Courier/Delivery Service | 514 | 597 | 175847 |
| 844988 | 12/06/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 175847 |
| 844992 | 12/06/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 175847 |
| 844993 | 12/06/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 175847 |
| 845001 | 12/06/10 | B | 28.18 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175848 |

```
Nortel Networks, Inc.                                    PRO FORMA   264568                    AS OF 12/31/10                              INVOICE# ******
63989-DIP
DATE: 01/19/11 09:52:59
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/19/11 09:52:59

PRO FORMA 264568     AS OF 12/31/10     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 849779 | 12/06/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM - 12/06/10 | 514 | 904 | 176653 |
| 845035 | 12/08/10 | B | 40.99 | Courier/Delivery Service | 514 | 000 | 175852 |
| 845344 | 12/10/10 | B | 27.35 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 175954 |
| 845350 | 12/10/10 | B | 16.37 | Courier/Delivery Service | 514 | 000 | 175955 |
| 845351 | 12/10/10 | B | 27.35 | Courier/Delivery Service | 514 | 000 | 175955 |
| 845894 | 12/10/10 | B | 196.27 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176080 |
| 845536 | 12/13/10 | B | 28.18 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 176033 |
| 849793 | 12/13/10 | B | 38.00 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM - 12/13/10 | 514 | 904 | 176653 |
| 847533 | 12/15/10 | B | 68.80 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176264 |
| 845955 | 12/15/10 | B | 8.51 | Courier/Delivery Service | 514 | 948 | 176092 |
| 846249 | 12/16/10 | B | 145.00 | Courier/Delivery Service - PARCELS INC.` BANKRUPTCY SERVICE DELIVERIES | 514 | 594 | 176119 |
| 846250 | 12/16/10 | B | 410.35 | Courier/Delivery Service - PARCELS INC.` 2 DOC SERVICE VIA HANDS AND MAIL | 514 | 594 | 176120 |
| 847873 | 12/23/10 | B | 75.61 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176338 |
| 847513 | 12/27/10 | B | 487.51 | Courier/Delivery Service - PARCELS INC.` 1 DOC SERVICE | 514 | 594 | 176238 |
| 849129 | 12/30/10 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176443 |
| 847624 | 12/15/10 | B | 5.49 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 848273 | 12/29/10 | B | 266.15 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 843690 | 12/01/10 | B | 15.30 | In-House Duplicating | 519 | 546 | |
| 843726 | 12/02/10 | B | 0.80 | In-House Duplicating | 519 | 594 | |
| 843728 | 12/02/10 | B | 7.00 | In-House Duplicating | 519 | 594 | |
| 843727 | 12/02/10 | B | 34.40 | In-House Duplicating | 519 | 637 | |
| 844326 | 12/03/10 | B | 6.60 | In-House Duplicating | 519 | 670 | |
| 846003 | 12/03/10 | B | 121.90 | In-House Duplicating | 519 | 622 | |
| 844328 | 12/03/10 | B | 32.30 | In-House Duplicating | 519 | 594 | |
| 844329 | 12/03/10 | B | 6.60 | In-House Duplicating | 519 | 594 | |
| 844331 | 12/03/10 | B | 0.60 | In-House Duplicating | 519 | 594 | |
| 844327 | 12/03/10 | B | 7.00 | In-House Duplicating | 519 | 554 | |
| 844330 | 12/03/10 | B | 27.30 | In-House Duplicating | 519 | 554 | |
| 844403 | 12/06/10 | B | 3.20 | In-House Duplicating | 519 | 594 | |
| 844404 | 12/06/10 | B | 18.60 | In-House Duplicating | 519 | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/19/11 09:52:59

PRO FORMA 264568       AS OF 12/31/10       INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 844405 | 12/06/10 | B | 2.70 | In-House Duplicating | 519 | 594 | |
| 844407 | 12/06/10 | B | 0.80 | In-House Duplicating | 519 | 594 | |
| 844402 | 12/06/10 | B | 3.10 | In-House Duplicating | 519 | 622 | |
| 844406 | 12/06/10 | B | 6.40 | In-House Duplicating | 519 | 670 | |
| 844408 | 12/06/10 | B | 11.10 | In-House Duplicating | 519 | 605 | |
| 844401 | 12/06/10 | B | 0.60 | In-House Duplicating | 519 | 594 | |
| 844804 | 12/07/10 | B | 16.80 | In-House Duplicating | 519 | 670 | |
| 844805 | 12/07/10 | B | 6.40 | In-House Duplicating | 519 | 670 | |
| 846012 | 12/07/10 | B | 10.20 | In-House Duplicating | 519 | 622 | |
| 844802 | 12/07/10 | B | 2.20 | In-House Duplicating | 519 | 554 | |
| 844806 | 12/07/10 | B | 32.70 | In-House Duplicating | 519 | 554 | |
| 844807 | 12/07/10 | B | 54.00 | In-House Duplicating | 519 | 554 | |
| 844808 | 12/07/10 | B | 1.10 | In-House Duplicating | 519 | 546 | |
| 844801 | 12/07/10 | B | 1.00 | In-House Duplicating | 519 | 546 | |
| 844803 | 12/07/10 | B | 8.40 | In-House Duplicating | 519 | 554 | |
| 846007 | 12/07/10 | B | 109.70 | In-House Duplicating | 519 | 554 | |
| 844809 | 12/07/10 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 844810 | 12/07/10 | B | 3.40 | In-House Duplicating | 519 | 554 | |
| 844811 | 12/07/10 | B | 25.50 | In-House Duplicating | 519 | 554 | |
| 844857 | 12/08/10 | B | 12.00 | In-House Duplicating | 519 | 554 | |
| 846083 | 12/08/10 | B | 17.30 | In-House Duplicating | 519 | 622 | |
| 844858 | 12/08/10 | B | 49.40 | In-House Duplicating | 519 | 597 | |
| 844859 | 12/08/10 | B | 12.20 | In-House Duplicating | 519 | 597 | |
| 844860 | 12/08/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 844861 | 12/08/10 | B | 4.70 | In-House Duplicating | 519 | 597 | |
| 844898 | 12/09/10 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 846087 | 12/09/10 | B | 82.90 | In-House Duplicating | 519 | 554 | |
| 844936 | 12/10/10 | B | 0.80 | In-House Duplicating | 519 | 594 | |
| 844937 | 12/10/10 | B | 0.60 | In-House Duplicating | 519 | 594 | |
| 844938 | 12/10/10 | B | 3.00 | In-House Duplicating | 519 | 594 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/19/11 09:52:59

PRO FORMA   264568          AS OF 12/31/10                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 844939 | 12/10/10 | B | 25.60 | In-House Duplicating | 519 | 594 | |
| 844940 | 12/10/10 | B | 19.90 | In-House Duplicating | 519 | 594 | |
| 848579 | 12/13/10 | B | 1.20 | In-House Duplicating | 519 | 626 | |
| 848580 | 12/13/10 | B | 16.80 | In-House Duplicating | 519 | 626 | |
| 848573 | 12/13/10 | B | 3.00 | In-House Duplicating | 519 | 670 | |
| 848574 | 12/13/10 | B | 9.30 | In-House Duplicating | 519 | 560 | |
| 848581 | 12/13/10 | B | 10.90 | In-House Duplicating | 519 | 560 | |
| 848572 | 12/13/10 | B | 26.30 | In-House Duplicating | 519 | 594 | |
| 848576 | 12/13/10 | B | 1.00 | In-House Duplicating | 519 | 594 | |
| 848577 | 12/13/10 | B | 8.40 | In-House Duplicating | 519 | 594 | |
| 848578 | 12/13/10 | B | 5.10 | In-House Duplicating | 519 | 594 | |
| 848575 | 12/13/10 | B | 1.10 | In-House Duplicating | 519 | 554 | |
| 848118 | 12/30/10 | B | 40.60 | In-House Duplicating | 519 | 622 | |
| 848119 | 12/30/10 | B | 0.20 | In-House Duplicating | 519 | 622 | |
| 848117 | 12/30/10 | B | 0.10 | In-House Duplicating | 519 | 594 | |
| 843794 | 12/01/10 | B | 2.10 | Postage | 520 | 597 | |
| 843792 | 12/01/10 | B | 6.60 | Postage | 520 | 000 | |
| 847790 | 12/07/10 | B | 607.87 | Postage | 520 | 203 | |
| 848072 | 12/15/10 | B | 22.00 | Facsimile | 522 | 594 | |
| 844371 | 12/02/10 | B | 528.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 594 | 175729 |
| 844732 | 12/06/10 | B | 528.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 594 | 175826 |
| 844733 | 12/06/10 | B | 715.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 594 | 175827 |
| 844734 | 12/06/10 | B | 312.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 594 | 175828 |
| 845447 | 12/13/10 | B | 1,198.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 594 | 175989 |
| 845831 | 12/14/10 | B | 1,133.48 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 948 | 176058 |
| 844633 | 12/01/10 | B | 14.41 | Paralegal Overtime | 530S | 594 | |
| 844650 | 12/01/10 | B | 20.00 | Paralegal Overtime | 530S | 546 | |
| 844654 | 12/02/10 | B | 80.00 | Paralegal Overtime | 530S | 546 | |
| 844635 | 12/02/10 | B | 28.83 | Paralegal Overtime | 530S | 594 | |
| 844636 | 12/03/10 | B | 25.22 | Paralegal Overtime | 530S | 594 | |
| 844638 | 12/05/10 | B | 57.66 | Paralegal Overtime | 530S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/19/11 09:52:59

PRO FORMA   264568          AS OF 12/31/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 844655 | 12/05/10 | B | 160.00 | Paralegal Overtime | 530S | 546 | |
| 846265 | 12/06/10 | B | 57.87 | Paralegal Overtime | 530S | 594 | |
| 846266 | 12/07/10 | B | 23.15 | Paralegal Overtime | 530S | 594 | |
| 846269 | 12/08/10 | B | 19.29 | Paralegal Overtime | 530S | 594 | |
| 846275 | 12/10/10 | B | 30.87 | Paralegal Overtime | 530S | 594 | |
| 846276 | 12/12/10 | B | 88.00 | Paralegal Overtime | 530S | 594 | |
| 846278 | 12/13/10 | B | 33.85 | Paralegal Overtime | 530S | 594 | |
| 846281 | 12/14/10 | B | 16.92 | Paralegal Overtime | 530S | 594 | |
| 844862 | 12/08/10 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 849791 | 12/09/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - 12/09/10 | 552H | 904 | 176653 |
| 849786 | 12/09/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - 12/09/10 | 552H | 904 | 176653 |
| 849789 | 12/09/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - 12/09/10 | 552H | 904 | 176653 |
| 849808 | 12/22/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - 12/22/10 | 552H | 904 | 176653 |
| 849809 | 12/22/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - 12/22/10 | 552H | 904 | 176653 |

27,703.11