

**FLORIDA DEPARTMENT OF REVENUE**

Office of the General Counsel
General Tax Administration Section
Post Office Box 6668
Tallahassee, Florida 32314-6668

Marshall C. Stranburg, General Counsel

Executive Director
Lisa Vickers

January 26, 2011

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, New York 10150-5075

    RE:    Nortel Netwrks Inc. et al.
            Chapter 11 Bankruptcy – withdrawal of Claim 01511

To whom it may concern:

    The Florida Department of Revenue herby withdraws claim number 01511 which had been reduced in amount to zero. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

                          Sincerely,

                          Frederick F. Rudzik
                          Chief Assistant General Counsel
                          Bankruptcy Unit

Child Support Enforcement – *Ann Coffin, Director* ● General Tax Administration – *Jim Evers, Director*
Property Tax Oversight – *James McAdams, Director* ● Information Services – *Tony Powell, Director*

TELEPHONE: 850-617-8347        www.myflorida.com/dor        FAX: 850-488-7112