Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **27 January 2011**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **302630**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 63,286.50 |
| For the period to 31 December 2010, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 33.14 |
| **Disbursements:** (NT) |  |  |  |
| Fares and Incidental Expenses | 0.00 | 0.00 | 107.25 |
|  | 0.00 |  | 63,426.89 |
|  |  | VAT | 0.00 |
|  |  | Total | 63,426.89 |
|  |  | **Balance Due** | **63,426.89** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 302630 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN



**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 December 2010**

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 2.50 | 1,625.00 | (C0007) |
|  |  | 5.70 | 3,705.00 | (C0012) |
|  |  | 3.30 | 2,145.00 | (C0031) |
|  |  | **11.50** | **7,475.00** |  |
| Partner: | Angela Pearson | 1.00 | 625.00 | (C0007) |
|  |  | 25.30 | 15,812.50 | (C0012) |
|  |  | 3.00 | 1,875.00 | (C0019) |
|  |  | **29.30** | **18,312.50** |  |
| Partner: | Steven Hull | 6.80 | 4,250.00 | (C0019) |
|  |  | **6.80** | **4,250.00** |  |
| Senior Associate: | Marcus Fink | 7.30 | 3,759.50 | (C0012) |
|  |  | 2.50 | 1,287.50 | (C0019) |
|  |  | **9.80** | **5,047.00** |  |
| Associate: | Paul Bagon | 10.50 | 3,675.00 | (C0003) |
|  |  | 2.40 | 840.00 | (C0007) |
|  |  | 29.30 | 10,255.00 | (C0012) |
|  |  | 5.40 | 1,890.00 | (C0019) |
|  |  | 2.20 | 770.00 | (C0031) |
|  |  | **49.80** | **17,430.00** |  |
| Associate: | Sophie Morphet | 4.80 | 1,680.00 | (C0012) |
|  |  | **4.80** | **1,680.00** |  |
| Associate: | Antonia Croke | 0.90 | 315.00 | (C0007) |
|  |  | 8.50 | 2,975.00 | (C0012) |
|  |  | 0.90 | 315.00 | (C0019) |
|  |  | **10.30** | **3,605.00** |  |
| Junior Associate: | Jonathan Firmston | 1.20 | 348.00 | (C0003) |
|  |  | **1.20** | **348.00** |  |
| Professional Development | Rachel Mulligan | 6.50 | 2,567.50 | (C0012) |
|  |  | **6.50** | **2,567.50** |  |
| Trainee: | Sophie Law | 5.90 | 1,091.50 | (C0012) |
|  |  | **5.90** | **1,091.50** |  |

| | | | | |
|---|---|---|---|---|
| Trainee: | Cecily Carroll | 8.00 | 1,480.00 | (C0019) |
| | | 8.00 | 1,480.00 | |
| | TOTAL | 143.90 | 63,286.50 | |

Matter: CCN01.00001 – BANKRUPTCY

### C0003      Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 10.50 | 350.00 | 3,675.00 |
| **Junior Associate** | | | | |
| JWF | Jonathan Firmston | 1.20 | 290.00 | 348.00 |
| | | | Total | 4,023.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 13/12/2010 | Jonathan Firmston | LETT | Assisting PDB re figures for billings | 0.20 | 290.00 | 58.00 |
| 13/12/2010 | Paul Bagon | LETT | Emails re fees | 1.00 | 350.00 | 350.00 |
| 14/12/2010 | Jonathan Firmston | CASE | Providing information to AG for court papers, re FX calculation | 1.00 | 290.00 | 290.00 |
| 20/12/2010 | Paul Bagon | DRFT | Ashurst fee app. | 4.00 | 350.00 | 1,400.00 |
| 22/12/2010 | Paul Bagon | DRFT | Ashurst fee app. | 3.00 | 350.00 | 1,050.00 |
| 23/12/2010 | Paul Bagon | DRFT | Finalising and sending out Ashurst monthly fee app. | 2.50 | 350.00 | 875.00 |

4,023.00

**Matter: CCN01.00001 – BANKRUPTCY**

### C0007     Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.00 | 625.00 | 625.00 |
| GDB | Giles Boothman | 2.50 | 650.00 | 1,625.00 |
| **Associates** | | | | |
| ACROKE | Antonia Croke | 0.90 | 350.00 | 315.00 |
| PDB | Paul Bagon | 2.40 | 350.00 | 840.00 |
| | | | Total | 3,405.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/12/2010 | Antonia Croke | ATTD | Attend UCC Committee call | 0.90 | 350.00 | 315.00 |
| 01/12/2010 | Paul Bagon | ATTD | UCC weekly call. | 0.60 | 350.00 | 210.00 |
| 09/12/2010 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 350.00 | 350.00 |
| 15/12/2010 | Angela Pearson | PHON | Telephone conversation with committee | 1.00 | 625.00 | 625.00 |
| 15/12/2010 | Giles Boothman | PREP | For UCC call | 1.00 | 650.00 | 650.00 |
| 15/12/2010 | Giles Boothman | ATTD | UCC call | 1.50 | 650.00 | 975.00 |
| 23/12/2010 | Paul Bagon | PHON | UCC weekly call. | 0.80 | 350.00 | 280.00 |
| | | | | | | 3,405.00 |

Matter: CCN01.00001 – BANKRUPTCY

### C0012     General Claims Analysis/Claims Objections

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 25.30 | 625.00 | 15,812.50 |
| GDB | Giles Boothman | 5.70 | 650.00 | 3,705.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 7.30 | 515.00 | 3,759.50 |
| **Associates** | | | | |
| ACROKE | Antonia Croke | 8.50 | 350.00 | 2,975.00 |
| PDB | Paul Bagon | 29.30 | 350.00 | 10,255.00 |
| SLM | Sophie Morphet | 4.80 | 350.00 | 1,680.00 |
| **Professional Development** | | | | |
| RZR | Rachel Mulligan | 6.50 | 395.00 | 2,567.50 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 5.90 | 185.00 | 1,091.50 |
| | | | Total | **41,846.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012      General Claims Analysis/Claims Objections

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2010 | Marcus Fink | LETT | Review amended proof of claim from UK pension scheme trustees and associated documents | 2.10 | 515.00 | 1,081.50 |
| 03/12/2010 | Antonia Croke | DRFT | Consider issues re: jurisdiction; draft amendments to parallel proceedings memo | 3.70 | 350.00 | 1,295.00 |
| 03/12/2010 | Marcus Fink | LETT | Review amended proof of claim and Nortel/Lehman trial notes | 1.10 | 515.00 | 566.50 |
| 06/12/2010 | Angela Pearson | DRFT | Review/amend proof of claim - Trustees | 2.30 | 625.00 | 1,437.50 |
| 06/12/2010 | Angela Pearson | INTD | Email re: research to be done | 0.50 | 625.00 | 312.50 |
| 06/12/2010 | Paul Bagon | RSCH | Re jurisdiction claims issues. | 6.00 | 350.00 | 2,100.00 |
| 06/12/2010 | Sophie Law | RSCH | Research: jurisdiction of UK court (parallel proceedings) | 2.80 | 185.00 | 518.00 |
| 07/12/2010 | Paul Bagon | DRFT | Amending note re jurisdiction matters. | 3.50 | 350.00 | 1,225.00 |
| 08/12/2010 | Angela Pearson | INTD | Emails to CTC | 0.50 | 625.00 | 312.50 |
| 08/12/2010 | Angela Pearson | LETT | Draft email to Nortel | 1.50 | 625.00 | 937.50 |
| 08/12/2010 | Angela Pearson | LETT | Email to Lisa | 0.30 | 625.00 | 187.50 |
| 08/12/2010 | Paul Bagon | DRFT | Memo re jurisdiction. | 4.30 | 350.00 | 1,505.00 |
| 09/12/2010 | Antonia Croke | READ | Consider SLAW memo on UK jurisdiction and application of EU insolvency regulations | 0.40 | 350.00 | 140.00 |
| 09/12/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: jurisdiction in UK | 0.30 | 350.00 | 105.00 |
| 09/12/2010 | Antonia Croke | READ | Consider issues re: judgment | 0.20 | 350.00 | 70.00 |
| 09/12/2010 | Angela Pearson | LETT | Email to L Beckerman | 1.30 | 625.00 | 812.50 |
| 09/12/2010 | Angela Pearson | LETT | Email to L Beckerman | 0.20 | 625.00 | 125.00 |
| 09/12/2010 | Angela Pearson | INTD | Email P Bagon | 0.20 | 625.00 | 125.00 |
| 09/12/2010 | Angela Pearson | INTD | Emails ACROKE | 0.30 | 625.00 | 187.50 |
| 09/12/2010 | Paul Bagon | DRFT | Jurisdiction memo. | 5.00 | 350.00 | 1,750.00 |
| 10/12/2010 | Antonia Croke | READ | Consider judgment of Justice Briggs in Nortel/Lehmans -v- Pensions Regulator case | 1.60 | 350.00 | 560.00 |
| 10/12/2010 | Antonia Croke | DRFT | Draft email to Akin Gump re: summary of judgment in Nortel/Lehmans case; confer | 1.10 | 350.00 | 385.00 |
| 10/12/2010 | Antonia Croke | INTD | Consider issues with P Bagon re: Escrow fund order | 0.40 | 350.00 | 140.00 |
| 10/12/2010 | Antonia Croke | READ | Consider emails from Akin Gump | 0.20 | 350.00 | 70.00 |
| 10/12/2010 | Angela Pearson | LETT | Emails Akin Gump | 0.40 | 625.00 | 250.00 |
| 10/12/2010 | Angela Pearson | INTD | Emails P Bagon | 0.40 | 625.00 | 250.00 |
| 10/12/2010 | Angela Pearson | PHON | Telephone conversation with P Bagon | 0.20 | 625.00 | 125.00 |
| 10/12/2010 | Angela Pearson | READ | Review summary of judgment | 2.00 | 625.00 | 1,250.00 |
| 10/12/2010 | Angela Pearson | READ | Review judgment | 2.80 | 625.00 | 1,750.00 |
| 10/12/2010 | Paul Bagon | DRFT | Jurisdictions memo | 7.00 | 350.00 | 2,450.00 |
| 10/12/2010 | Paul Bagon | LETT | Emails and calls re decision in Nortel Lehman hearing. | 2.50 | 350.00 | 875.00 |
| 10/12/2010 | Sophie Law | JUDG | To court for Judgment in UK Pension Regulator case | 2.40 | 185.00 | 444.00 |
| 10/12/2010 | Sophie Law | LETT | Drafting note on pensions judgment/hearing | 0.70 | 185.00 | 129.50 |
| 11/12/2010 | Angela Pearson | LETT | Email to Akin Gump | 1.20 | 625.00 | 750.00 |
| 11/12/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.40 | 625.00 | 250.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/12/2010 | Angela Pearson | LETT | Emails Akin Gump | 0.40 | 625.00 | 250.00 |
| 12/12/2010 | Giles Boothman | READ | Start reading Lehman/Nortel pension case | 0.70 | 650.00 | 455.00 |
| 13/12/2010 | Angela Pearson | READ | Further review of Nortel case | 3.50 | 625.00 | 2,187.50 |
| 13/12/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.50 | 625.00 | 312.50 |
| 13/12/2010 | Angela Pearson | LETT | Emails GDB | 0.40 | 625.00 | 250.00 |
| 13/12/2010 | Giles Boothman | READ | Lehman/Nortel judgement - further reading | 1.50 | 650.00 | 975.00 |
| 13/12/2010 | Giles Boothman | INTD | Angela/Rachel re. issues on judgement | 0.50 | 650.00 | 325.00 |
| 13/12/2010 | Paul Bagon | LETT | Various emails re Nortel Lehman judgment | 0.50 | 350.00 | 175.00 |
| 13/12/2010 | Sophie Morphet | READ | Reading Nortel Judgment | 1.30 | 350.00 | 455.00 |
| 14/12/2010 | Angela Pearson | READ | Review/revise memo | 1.00 | 625.00 | 625.00 |
| 14/12/2010 | Angela Pearson | LETT | Emails R Mulligan | 0.20 | 625.00 | 125.00 |
| 14/12/2010 | Angela Pearson | INTD | Email Giles Boothman | 0.40 | 625.00 | 250.00 |
| 14/12/2010 | Angela Pearson | PHON | Conference call | 1.30 | 625.00 | 812.50 |
| 14/12/2010 | Giles Boothman | READ | Judgement/prep for call | 2.00 | 650.00 | 1,300.00 |
| 14/12/2010 | Paul Bagon | LETT | Various emails re Nortel Lehman pensions case | 0.50 | 350.00 | 175.00 |
| 14/12/2010 | Rachel Mulligan | INTD | Discussing Nortel judgment | 1.00 | 395.00 | 395.00 |
| 14/12/2010 | Rachel Mulligan | RSCH | Researching insolvency rules and analysing relationship | 2.00 | 395.00 | 790.00 |
| 14/12/2010 | Sophie Morphet | DRFT | Review AMP emails to client | 0.20 | 350.00 | 70.00 |
| 14/12/2010 | Sophie Morphet | LETT | Briggs LJ info | 0.20 | 350.00 | 70.00 |
| 14/12/2010 | Sophie Morphet | INTD | AMP and G Boothman re Akin Gump questions | 0.70 | 350.00 | 245.00 |
| 14/12/2010 | Sophie Morphet | PHON | Con call with Akin Gump | 1.40 | 350.00 | 490.00 |
| 15/12/2010 | Angela Pearson | READ | Review note to Committee | 0.50 | 625.00 | 312.50 |
| 15/12/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.60 | 625.00 | 375.00 |
| 15/12/2010 | Angela Pearson | INTD | Meeting with Giles Boothman | 1.00 | 625.00 | 625.00 |
| 15/12/2010 | Giles Boothman | READ | More reading on Nortel/Lehman pensions case and Insolvency Rules | 1.00 | 650.00 | 650.00 |
| 15/12/2010 | Marcus Pink | LETT | Review Nortel/Lehman judgement and emails re the same and discuss with SH. Attend committee update call | 4.10 | 515.00 | 2,111.50 |
| 15/12/2010 | Rachel Mulligan | RSCH | Re expenses principle | 2.00 | 395.00 | 790.00 |
| 15/12/2010 | Rachel Mulligan | DRFT | Memo crib sheet rule 13.12 and expenses principle | 1.50 | 395.00 | 592.50 |
| 16/12/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.30 | 625.00 | 187.50 |
| 16/12/2010 | Sophie Morphet | DRFT | Review Nortel case | 1.00 | 350.00 | 350.00 |
| 17/12/2010 | Antonia Croke | INTD | Consider issues with AMP re: enforcement | 0.10 | 350.00 | 35.00 |
| 17/12/2010 | Antonia Croke | DRFT | Draft email re: enforcement and escrow fund advice | 0.50 | 350.00 | 175.00 |
| 17/12/2010 | Angela Pearson | INTD | Discussion ACROKE | 0.50 | 625.00 | 312.50 |
| 17/12/2010 | Angela Pearson | INTD | Email ACROKE | 0.20 | 625.00 | 125.00 |

                                                                         **41,846.00**

Matter: CCN01.00001 - BANKRUPTCY

### C0019        Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 3.00 | 625.00 | 1,875.00 |
| SEH | Steven Hull | 6.80 | 625.00 | 4,250.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 2.50 | 515.00 | 1,287.50 |
| **Associates** | | | | |
| ACROKE | Antonia Croke | 0.90 | 350.00 | 315.00 |
| PDB | Paul Bagon | 5.40 | 350.00 | 1,890.00 |
| **Trainee** | | | | |
| CTC | Cecily Carroll | 8.00 | 185.00 | 1,480.00 |
| | | | Total | 11,097.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019      Labor Issues/Employee Benefits**

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2010 | Antonia Croke | INTD | Consider issues with P Bagon and AMP re: UCC call | 0.30 | 350.00 | 105.00 |
| 01/12/2010 | Antonia Croke | READ | Consider emails re: UCC call, prepare material re: same | 0.40 | 350.00 | 140.00 |
| 01/12/2010 | Antonia Croke | LETT | Email to M Blyth at Linklaters re: Court hearing; response re: same | 0.20 | 350.00 | 70.00 |
| 01/12/2010 | Angela Pearson | PREP | Prepare for conference call | 2.50 | 625.00 | 1,562.50 |
| 01/12/2010 | Angela Pearson | PHON | Conference call | 0.50 | 625.00 | 312.50 |
| 01/12/2010 | Paul Bagon | LETT | Re Nortel /Lehman pensions hearing. | 1.00 | 350.00 | 350.00 |
| 01/12/2010 | Steven Hull | INTD | Review Paul Bagon email regarding conference call in respect of update on pensions and review attached agenda; brief discussions with Marcus Fink regarding same; review Paul Bagon email and review attached note to Akin Gump regarding Nortel/Lehman pensions hearing; review further emails regarding same; preparing for and attending conference call and brief discussions with Marcus Fink and Cecily Caroll regarding same | 1.30 | 625.00 | 812.50 |
| 03/12/2010 | Paul Bagon | LETT | Reviewing UK pension documents. | 3.50 | 350.00 | 1,225.00 |
| 06/12/2010 | Marcus Fink | LETT | Review email from A Pearson and set out initial response re issue of breach of duty of Good Faith | 0.40 | 515.00 | 206.00 |
| 06/12/2010 | Paul Bagon | LETT | Emails re UK pensions claims in Canada. | 0.50 | 350.00 | 175.00 |
| 06/12/2010 | Steven Hull | READ | Review Angela Pearson email re breach of obligation of good faith and review attached amended precis of claim re same; responding regarding case law and review Marcus Fink comments re same | 0.50 | 625.00 | 312.50 |
| 07/12/2010 | Cecily Carroll | RSCH | Research into good faith concept extending to parent company and employee pension scheme | 5.00 | 185.00 | 925.00 |
| 07/12/2010 | Marcus Fink | LETT | Considering implied duty of good faith argument raised by trustees and researching point with CC. Reviewing CC draft findings | 2.10 | 515.00 | 1,081.50 |
| 07/12/2010 | Steven Hull | READ | Review Cecily Carroll research re Imperial Group Pension Trust v Imperial Tobacco 1991 and Employer Duty of Good Faith and application to Nortel case; review Angela Pearson response re same. | 0.30 | 625.00 | 187.50 |
| 08/12/2010 | Cecily Carroll | LETT | Updating and adding detail to research on good faith concept | 3.00 | 185.00 | 555.00 |
| 08/12/2010 | Steven Hull | READ | Review email correspondence regarding advice in connection with arguments raised on basis of employer's duty of good faith | 0.40 | 625.00 | 250.00 |
| 09/12/2010 | Paul Bagon | LETT | Various emails re UK pensions authority claims against Canadian Debtors. | 0.40 | 350.00 | 140.00 |
| 09/13/2010 | Steven Hull | READ | Review Angela Pearson advice to Lisa Beckerman regarding arguments pursuant to Imperial Group pension trust case in connection with employer's duty of good faith and review attached case summary; review further email correspondence from Angela Pearson regarding latest position in connection with High Court judgment delivered in TPR case v Nortel and Lehman | 0.80 | 625.00 | 500.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0019     Labor Issues/Employee Benefits

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 10/12/2010 | Steven Hull | INTD | Discussions with Cecily Carroll and Marcus Fink re judgment by High Court in connection with TPR/Nautel/Lehmann FSD hearing and review judgment re same and review press releases from TPR re same and liaising with Angela Pearson re same and review Angela Pearson emails with Lisa Beckerman, Josh Sturm and Fred Hodara regarding impact on case and review Paul Bagon executive summary and general summary regarding judgment and consider questions raised by Fred Hodara in connection with same. | 1.40 | 625.00 | 875.00 |
| 13/12/2010 | Steven Hull | READ | Review Giles Boothman email regarding impact of Nortel/Lehman and arrangements for attending conference call to discuss same; review advice in connection with breach of fiduciary duty limitation periods and email correspondence regarding introduction of legislation and related matters. | 0.40 | 625.00 | 250.00 |
| 14/12/2010 | Steven Hull | PREP | Preparing for and attending conference call to discuss outcome of UK court hearing in connection with Nortel and Lehman FSDs; review Paul Bagon summary and review email correspondence regarding further summary of case. | 1.00 | 625.00 | 625.00 |
| 15/12/2010 | Steven Hull | LETT | Review Paul Bagon email and review attached Brad Kahn email and review attached copy of High Court decision; review agenda for conference call; preparing for and attending conference call regarding impact of decision. | 0.70 | 625.00 | 437.50 |

11,097.50

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0031** | **European Proceedings/Matters** | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| GDB | Giles Boothman | 3.30 | 650.00 | 2,145.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 2.20 | 350.00 | 770.00 |
| | | | Total | 2,915.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/12/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 07/12/2010 | Paul Bagon | PHON | Catch-up call with Brad. | 0.20 | 350.00 | 70.00 |
| 09/12/2010 | Paul Bagon | PHON | Catch-up call with AG London and providing requested documents. | 0.50 | 350.00 | 175.00 |
| 10/12/2010 | Giles Boothman | READ | Emails re. Lehman case | 0.30 | 650.00 | 195.00 |
| 13/12/2010 | Giles Boothman | LETT | Emails re. call | 0.30 | 650.00 | 195.00 |
| 14/12/2010 | Giles Boothman | INTD | Angela/Sophie | 0.50 | 650.00 | 325.00 |
| 14/12/2010 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 14/12/2010 | Giles Boothman | ATTD | Professionals pre-call | 1.40 | 650.00 | 910.00 |
| 14/12/2010 | Paul Bagon | PHON | Professionals pre-call (in part) | 0.50 | 350.00 | 175.00 |
| 22/12/2010 | Paul Bagon | PHON | Professionals' pre-call. | 1.00 | 350.00 | 350.00 |

| | | | | | | 2,915.00 |
|---|---|---|---|---|---|---|