## Exhibit C

## DISBURSEMENT SUMMARY
## DECEMBER 01, 2010 THROUGH DECEMBER 31, 2010

| | |
|---|---:|
| Document Production | £33.14 |
| Travel Expenses – Ground Transportation | £104.40 |
| Telephonic | £2.85 |
| **TOTAL** | **£140.39** |