Exhibit D

## Disbursements Detailed Breakdown

### Document Production

33.14

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 01/12/2010 | PAYEE: Petty Cash; REQUEST#: 417982; DATE: 01/12/2010. - Petty Cash for taxi fares to/from court | 19.40 |
| 06/12/2010 | PAYEE: Petty Cash; REQUEST#: 418246; DATE: 06/12/2010. - Petty Cash for taxi fare | 35.00 |
| 17/12/2010 | PAYEE: Petty Cash; REQUEST#: 419958; DATE: 17/12/2010. - Petty Cash for taxi to/from the RCJ | 20.00 |
| 22/12/2010 | PAYEE: Petty Cash; REQUEST#: 420882; DATE: 22/12/2010. - Petty Cash for taxi fare | 30.00 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 01/12/2010 | VENDOR: Meetingzone Ltd; INVOICE#: 000359889; DATE: 01/12/2010 - Conference call on 04/11/10 | 2.85 |

**140.39**