**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 01, 2010 THROUGH DECEMBER 31 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 11.50 | 7,475.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £625 | 29.30 | 18,312.50 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 6.80 | 4,250.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 9.80 | 5,047.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 49.80 | 17,430.00 |
| Sophie Morphet | Associate for 2 years; Admitted in 2008; Litigation Group, UK | £350 | 4.80 | 1,680.00 |
| Antonia Croke | Associate for 3 years; Admitted in 2007 in New South Wales, Australia, Litigation Group, UK | £350 | 10.30 | 3,605.00 |
| Jonathan Firmston | Associate for 1 year; Admitted in 2010; Restructuring and Special Situations Group, UK | £290 | 1.20 | 348.00 |
| Rachel Mulligan | Professional Development Attorney; Admitted in 2000; Restructuring and Special Situations Group, UK | £395 | 6.5 | 2,567.50 |
| Sophie Law | Trainee Solicitor; Litigation Group, UK | £185 | 5.90 | 1,091.50 |
| Cecily Carroll | Trainee Solicitor; Employment, Incentives and Pensions Group, UK | £185 | 8.00 | 1,480.00 |
| **TOTAL** | | | **143.90** | **63,286.50** |

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 01, 2010 THROUGH DECEMBER 31, 2010**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.70 | 4,023.00 |
| Creditors Committee Meetings | 6.80 | 3,405.00 |
| General Claims Analysis / Claims Objections | 93.30 | 41,846.00 |
| Labor Issues / Employee Benefits | 26.60 | 11,097.50 |
| European Proceedings/Matters | 5.50 | 2,915.00 |
| **TOTAL** | **143.90** | **63,286.50** |