# **EXHIBIT A**

RLF1 3789251v. 1

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | January 27, 2011<br>Invoice 372100<br>Page 2<br>Client #  732310<br>Matter #  165839 |

For services through December 31, 2010
relating to  Case Administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/10 | Paralegal | Maintain original pleadings<br>Amy B. Anderson | 0.20 hrs. | 100.00 | $20.00 |
| 12/06/10 | Paralegal | Maintain original pleadings<br>Amy B. Anderson | 0.30 hrs. | 100.00 | $30.00 |
| 12/15/10 | Paralegal | Maintain original pleadings<br>Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 12/21/10 | Paralegal | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1)<br>Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 12/21/10 | Associate | Review revised draft critical dates calendar<br>Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 12/23/10 | Paralegal | Maintain original pleadings<br>Amy B. Anderson | 0.20 hrs. | 100.00 | $20.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $189.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$189.50** |
|  | $112.30 |
| **TOTAL DUE FOR THIS MATTER** | **$301.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 3  
Client #  732310  

Matter # 165839

For services through December 31, 2010  
relating to Creditor Inquiries

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/17/10 | Call from G. McConnail re: status of cases | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | | $63.00 |
| 12/20/10 | Call from Zeta Communications re: status of bankruptcy proceeding and claim | | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | | $94.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $157.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$157.50** |
| **TOTAL DUE FOR THIS MATTER** | **$157.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100
Page 4
Client #  732310

Matter # 165839

For services through December 31, 2010
relating to  Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 12/14/10 | Participate in teleconference with Court on expedited motion for relief from stay filed by EMEA Debtors (.8); Calls to S. Scaruzzi re: teleconference with Court on expedited motion for relief from stay filed by EMEA Debtors (.4); Email to B. Kahn re: dial-in information for teleconference with Court on expedited motion for relief from stay filed by EMEA Debtors (.1); Email to S. Scaruzzi re: dial-in information for teleconference with Court on expedited motion for relief from stay filed by EMEA Debtors (.1); Email to D. Botter re: teleconference with Court on expedited motion for relief from stay filed by EMEA Debtors (.1); Email to J. Luton re: dial-in information for teleconference with Court on expedited motion for relief from stay filed by EMEA Debtors (.1) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 315.00 | $504.00 |

Total Fees for Professional Services          $504.00

TOTAL DUE FOR THIS INVOICE          **$504.00**

**TOTAL DUE FOR THIS MATTER**          **$504.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 27, 2011  
Invoice 372100  
Page 5  
Client # 732310

Matter # 165839

For services through December 31, 2010  
relating to Use, Sale of Assets

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/10 | Emails to B. Kahn re: joinder to Debtors papers in Genband purchase price dispute (x2) | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 12/06/10 | Review email from B. Kahn re: filing joinder re: GENBAND dispute (.1); Discussion with C. Samis re: same (.1) | Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 12/07/10 | Email to B. Kahn re: filing of joinder to Debtors' papers in Genband purchase price dispute | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 12/08/10 | Review Committee joinder to debtors pleadings in Genband purchase price dispute (.7); Email to B. Kahn re: comments to Committee joinder to debtors pleadings in Genband purchase price dispute (.1) | Associate | Christopher M. Samis | 0.80 hrs. | 315.00 | $252.00 |
| 12/09/10 | Finalize and file joinder of sale Genband motion (.2); Coordinate service re: same (.2); Coordinate to Judge Gross re: same (.1); Prepare aos re: same (.2) | Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 12/09/10 | Email to B. Kahn re: filing of joinder to Debtors' papers on Genband purchase price dispute (.1); Review, revise and finalize joinder to Debtors' papers on Genband purchase price dispute (.4) | Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |

Total Fees for Professional Services       $703.50

TOTAL DUE FOR THIS INVOICE       $703.50

$6.30

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100
Page 6

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$709.80**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 7  
Client #  732310

Matter #  165839

For services through December 31, 2010  
relating to  Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/10 | Retrieve and review re: 12/8/10 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 195.00 | $39.00 |
| 12/06/10 | Prepare 12/08/10 hearing binder | | | | |
| Paralegal | Brenda D. Tobin | | 4.00 hrs. | 100.00 | $400.00 |
| 12/06/10 | Email to B. Kahn re: attending 12/6/10 hearing | | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 315.00 | $31.50 |
| 12/07/10 | Retrieve and review 12/8/10 amended agenda (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: telephonic appearances for B. Kahn. C. Samis, A. Qureshi and D. Botter (.4); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.70 hrs. | 195.00 | $136.50 |
| 12/07/10 | Prepare 12/08/10 hearing binder | | | | |
| Paralegal | Brenda D. Tobin | | 0.40 hrs. | 100.00 | $40.00 |
| 12/07/10 | Review docket and 12/8/10 agenda to confirm cancellation of 12/8/10 hearing (.3); Email to B. Kahn re: logistics of 12/7/10 hearing (.1); Email to B. Witters re: logistics of 12/7/10 hearing (.1) | | | | |
| Associate | Christopher M. Samis | | 0.50 hrs. | 315.00 | $157.50 |
| 12/10/10 | Telephone call to Courtcall re: G. Bell 12/15/10 telephonic appearance (.1); E-mail to G. Bell re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 195.00 | $39.00 |
| 12/13/10 | Retrieve and review re: 12/15/10 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 195.00 | $39.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 8  
Client #  732310

Matter #  165839

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/13/10<br>Paralegal | Prepare 12/15/10 hearing binder<br>Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 12/14/10<br>Paralegal | Telephone call to Courtcall re: telephonic appearance for M. Wunder (.1); E-mail to M. Wunder re: same (.1)<br>Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 12/14/10<br>Paralegal | Prepare 12/15/10 hearing binder<br>Brenda D. Tobin | 3.40 hrs. | 100.00 | $340.00 |
| 12/15/10<br>Paralegal | Update 12/15/10 hearing binders<br>Brenda D. Tobin | 0.90 hrs. | 100.00 | $90.00 |
| 12/15/10<br>Associate | Prepare for 12/15/10 hearing (1.0); Attend 12/15/10 hearing (3.5)<br>Christopher M. Samis | 4.50 hrs. | 315.00 | $1,417.50 |
| 12/22/10<br>Paralegal | Telephone call to Courtcall re: telephonic appearances for C. Samis, B. Kahn & A. Qureshi (.3); E-mail to distribution re: same (.1)<br>Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |

Total Fees for Professional Services  $2,887.00

TOTAL DUE FOR THIS INVOICE  **$2,887.00**

$700.40

**TOTAL DUE FOR THIS MATTER**  **$3,587.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 27, 2011  
Invoice 372100  
Page 9  
Client #  732310  

Matter #  165839  

For services through December 31, 2010  
relating to Litigation/Adversary Proceedings  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/10 | Discussion with C. Samis re: filing of notice of deposition | Associate — Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 12/08/10 | Participate in 12/8/10 teleconference with Court on UK discovery dispute (.7); Prepare for 12/8/10 teleconference with Court on UK discovery dispute (.3) | Associate — Christopher M. Samis | 1.00 hrs. | 315.00 | $315.00 |
| 12/10/10 | Emails to T. Semmelman re: filing and service of Hill deposition notice (.2); Call from B. Kahn re: Hill deposition notice (.2) | Associate — Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 12/10/10 | Conference with C. Samis re: service of discovery (.1); Email correspondence (x6) with B. Kahn (Akin Gump) and A. Cordo (MNAT) re: same (.1) | Associate — Tyler Semmelman | 0.20 hrs. | 240.00 | $48.00 |
| 12/15/10 | Participate in 12/15/10 teleconference on tolling agreement with EMEA Debtors (.4); Prepare for 12/15/10 teleconference on tolling agreement with EMEA Debtors (.2); Email to M. Collins re: information on opposing counsel for litigation evaluation (.1); Email to J. Sturm re: information on opposing counsel for litigation evaluation (.1); Email to B. Kahn re: teleconference on tolling agreement with EMEA Debtors (.1) | Associate — Christopher M. Samis | 0.90 hrs. | 315.00 | $283.50 |
| 12/15/10 | Discussions (x2) with C. Samis re: filing documents and emailing to chambers | Associate — Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 12/16/10 | Teleconference with Court re: tolling agreement with EMEA Debtors (.1); Email to B. Kahn re: tolling agreement with EMEA Debtors (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 10  
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 12/22/10 | Prepare for teleconference with Court re: discovery dispute with UK administrators relating to sealed documents (.2); Participate in teleconference with Court re: discovery dispute with UK administrators relating to sealed documents (.5); Emails to B. Kahn re: logistics of teleconference with Court re: discovery dispute with UK administrators relating to sealed documents (.2) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 315.00 | $283.50 |
| 12/30/10 | Email to B. Kahn re: filing of objection to EMEA debtors' chapter 15 petitions (.1); Review objection to EMEA's debtors' chapter 15 petitions (1.1); Email to B. Kahn re: execution of objection to EMEA's debtors' chapter 15 petitions (.1) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 315.00 | $409.50 |

Total Fees for Professional Services    $1,623.00

TOTAL DUE FOR THIS INVOICE    **$1,623.00**

$312.60

**TOTAL DUE FOR THIS MATTER**    **$1,935.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 11  
Client #  732310

Matter # 165839

For services through December 31, 2010  
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/10 | E-mail to B. Kahn re: RLF November estimates of fees and expenses | Paralegal — Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 12/10/10 | Review email from B. Witters re: draft omnibus fee order (.1); Review same (.2); Email to B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 12/13/10 | Prepare cno re: RLF October fee application (.2); Revise cno re: same (.1); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 12/13/10 | Review and execute certificate of no objection re: RLF monthly fee application | Associate — Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 12/21/10 | Review RLF November bill memos and meal charge | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 12/21/10 | Review November 2010 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | Associate — Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 12/23/10 | Review and revise RLF November fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 12/27/10 | Review emails (x2) from B. Witters re: filing of RLF monthly fee application (.1); Review previous interim fee applications re: same (.3) | Associate — Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 27, 2011  
Invoice 372100  
Page 12  
Client #  732310  

Matter #  165839  

| | |
|---|---:|
| Total Fees for Professional Services | $799.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$799.50** |
| | $173.70 |
| **TOTAL DUE FOR THIS MATTER** | **$973.20** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 13  
Client #  732310  

Matter #  165839

For services through December 31, 2010  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/10 | Update fee status chart | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 12/10/10 | Prepare exhibit re: seventh interim fee applications (1.0); E-mail to D. Sloan re: same (.1); E-mail to B. Kahn re: same (.1); Prepare cno re: Capstone September fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 1.60 hrs. | 195.00 | $312.00 |
| 12/10/10 | Review and execute certificate of no objection re: Capstone monthly fee application | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 12/13/10 | Prepare cno: Fraser Milner September fee application (.2); Finalize and file cno re: same (.2); Finalize and file re: amended seventh interim fee application of Fraser Milner (.2); E-mail to A. Cordo re: same (.1); Coordinate service re: same (.2); Prepare AOS re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 12/13/10 | Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from C. Samis re: revised Fraser Milner interim fee application (.1); Review same (.1); Email to C. Samis re: same (.1); Discussion with B. Witters re: same (.1); Email to M. Wunder re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.60 hrs. | 315.00 | $189.00 |
| 12/14/10 | Revise seventh interim fee order exhibit x2 (.5); E-mail to M. Wunder re: same (.1); E-mail to J. Firmston re: same (.1); E-mail to A. Cordo re: seventh interim fee application exhibit (.1); Attention to e-mail from B. Kahn re: comments to same (.1); Revise seventh interim fee exhibit (.9); E-mail to A. Cordo re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 1.90 hrs. | 195.00 | $370.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 14  

Client #  732310  

Matter #  165839  

| Date | Description | Role / Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/10 | Emails to B. Witters re: revising interim fee order to reflect conversion rates | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 315.00 | $63.00 |
| 12/16/10 | Prepare cno re: Akin Gump October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst October fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 1.60 hrs. | 195.00 | $312.00 |
| 12/16/10 | Review, revise and finalize CNO for October 2010 fee application of Akin (.2); Review, revise and finalize CNO for October 2010 fee application of Capstone (.2); Review, revise and finalize CNO for October 2010 fee application of Fraser (.2); Review, revise and finalize CNO for October 2010 fee application of Ashurst (.2) | | | | |
| | Associate — Christopher M. Samis | | 0.80 hrs. | 315.00 | $252.00 |
| 12/20/10 | E-mail to M. Wunder re: seventh interim fee order | | | | |
| | Paralegal — Barbara J. Witters | | 0.10 hrs. | 195.00 | $19.50 |
| 12/23/10 | Attention to e-mail re: Ashurst November fee application (.1); Review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 0.90 hrs. | 195.00 | $175.50 |
| 12/23/10 | Review, revise and finalize RL&F Fee application for November 2010 (.4); Review, revise and finalize Ashurst fee application for November 2010 (.2); Email to B. Kahn re: filing and service of various fee applications (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.70 hrs. | 315.00 | $220.50 |
| 12/30/10 | Review, revise and finalize November 2010 Akin fee application (.3); Email to M. DeCarli re: filing of November 2010 Akin fee application (.1); Email to B. Kahn re: filing of November 2010 Akin fee application (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.50 hrs. | 315.00 | $157.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 15  
Client #  732310  

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 12/30/10 | Draft notice of 22nd Monthly Akin Gump Fee Application (.2); Prepare 22nd Monthly Akin Gump Fee Application for filing (.1); File 22nd Monthly Akin Gump Fee Application (.1); Serve same (.2); Draft affidavit of service regarding same (.2). | | | |
| Paralegal | Marisa C. DeCarli | 0.80 hrs. | 195.00 | $156.00 |

Total Fees for Professional Services     $2,571.00

**TOTAL DUE FOR THIS INVOICE**     **$2,571.00**

$515.40

**TOTAL DUE FOR THIS MATTER**     **$3,086.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 27, 2011  
Invoice 372100  
Page 16  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 0.80 | 100.00 | 80.00 |
| Barbara J. Witters | 12.70 | 195.00 | 2,476.50 |
| Brenda D. Tobin | 9.10 | 100.00 | 910.00 |
| Christopher M. Samis | 15.70 | 315.00 | 4,945.50 |
| Drew G. Sloan | 2.60 | 315.00 | 819.00 |
| Marisa C. DeCarli | 0.80 | 195.00 | 156.00 |
| Tyler Semmelman | 0.20 | 240.00 | 48.00 |
| **TOTAL** | 41.90 | $225.18 | 9,435.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                    $11,902.63

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310