# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

January 27, 2011
Invoice 372100

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through December 31, 2010
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $40.00 |
| Court Reporter Services | $467.50 |
| Document Retrieval | $170.96 |
| Filing Fees | $324.00 |
| Long distance telephone charges | $15.29 |
| Messenger and delivery service | $200.80 |
| Photocopying/ Printing | $1,061.60 |
| 7,971 @ $.10/pg. / 2,645 @ $.10/pg. | |
| Postage | $187.48 |

Other Charges $2,467.63

TOTAL DUE FOR THIS INVOICE $2,467.63

**TOTAL DUE FOR THIS MATTER** **$2,467.63**

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100
Page 17

Client #  732310

Client:   Official Committee of the Board of Directors of Nortel Networks Inc

Matter:   Nortel - Representation of Creditors Committee
          Case Administration
          Creditor Inquiries
          Automatic Stay/Adequate Protection
          Use, Sale of Assets
          Court Hearings
          Litigation/Adversary Proceedings
          RLF Fee Applications
          Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 09/16/10 | DIAZ DATA SERVICES: Invoice 6483/ Transcript of 9/16/2010/165839 | CTRPT |
| | Amount =   $85.50 | |
| 09/30/10 | DIAZ DATA SERVICES: Invoice 6541/ Transcript of 9/30/2010/165839 | CTRPT |
| | Amount =   $141.00 | |
| 10/18/10 | DIAZ DATA SERVICES: Invoice 6584/ Transcript of 10/14/2010/165839 | CTRPT |
| | Amount =   $199.00 | |
| 10/21/10 | DIAZ DATA SERVICES: Invoice 6613/ Transcript of 10/21/2010/165839 | CTRPT |
| | Amount =   $42.00 | |
| 11/24/10 | PACER | DOCRETRI --- |
| | Amount =   $3.68 | |
| 12/02/10 | PACER | DOCRETRI --- |
| | Amount =   $1.36 | |
| 12/06/10 | Binding/Tabs Velobinding | BIND |
| | Amount =   $40.00 | |
| 12/06/10 | Photocopies | DUP.10CC |
| | Amount =   $0.20 | |
| 12/06/10 | Photocopies | DUP.10CC |
| | Amount =   $28.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

January 27, 2011
Invoice 372100
Page 18

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 12/06/10 | Photocopies | | DUP.10CC |
| | Amount = $325.00 | | |
| 12/06/10 | PACER | | DOCRETRI |
| | Amount = $86.48 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $5.10 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.90 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $3.10 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.60 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $5.10 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.10 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $1.70 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $4.70 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $5.00 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.60 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100
Page 19

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.70 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.70 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $4.10 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.90 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.80 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $2.80 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $11.80 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $4.60 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $3.40 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $5.70 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $8.90 | | |
| 12/06/10 | Printing | | DUP.10CC |
| | Amount = $5.30 | | |
| 12/07/10 | 19196304726 Long Distance | | LD |
| | Amount = $1.39 | | |
| 12/07/10 | PACER | | DOCRETRI |
| | Amount = $1.36 | | |
| 12/08/10 | COURTCALL LLC: CCDA 05-1619/ Services 12/3-12/14 | | FLFEE |
| | Amount = $30.00 | | |
| 12/08/10 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 12/09/10 | COURTCALL LLC: CCDA 05-1619/ Services 12/3-12/14 | | FLFEE |
| | Amount = $97.00 | | |
| 12/09/10 | Photocopies | | DUP.10CC |
| | Amount = $200.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100
Page 20

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 12/09/10 | PACER | | DOCRETRI |
| | | Amount = $17.60 | |
| 12/09/10 | Postage | | POST |
| | | Amount = $174.01 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 12/09/10 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 12/10/10 | 12/09/10 - LOCAL DELIVERY - BJW | | MESS |
| | | Amount = $134.40 | |
| 12/10/10 | Postage | | POST |
| | | Amount = $1.05 | |
| 12/10/10 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 12/13/10 | Photocopies | | DUP.10CC |
| | | Amount = $1.50 | |
| 12/13/10 | Delivery expense 12/10-12/12/2010 | | MESS |
| | | Amount = $3.20 | |
| 12/13/10 | Delivery expense 12/10-12/12/2010 | | MESS |
| | | Amount = $3.20 | |
| 12/13/10 | PACER | | DOCRETRI |
| | | Amount = $13.44 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100

Page 21

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/14/10 | Photocopies | | DUP.10CC |
| | | Amount =  $24.60 | |
| 12/14/10 | Photocopies | | DUP.10CC |
| | | Amount =  $28.20 | |
| 12/14/10 | Photocopies | | DUP.10CC |
| | | Amount =  $91.60 | |
| 12/14/10 | Photocopies | | DUP.10CC |
| | | Amount =  $24.20 | |
| 12/14/10 | Photocopies | | DUP.10CC |
| | | Amount =  $18.00 | |
| 12/14/10 | 12128728121 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 12/14/10 | 121283760000 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 12/14/10 | 12128376086 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 12/14/10 | 12128728121 Long Distance | | LD |
| | | Amount =  $5.56 | |
| 12/14/10 | 12128728121 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 12/14/10 | Messenger and delivery12/13/2010, Morris Nichols, BJW | | MESS |
| | | Amount =  $6.00 | |
| 12/14/10 | Messenger and delivery12/13/2010, US Trustee, BJW | | MESS |
| | | Amount =  $6.00 | |
| 12/14/10 | PACER | | DOCRETRI |
| | | Amount =  $40.40 | |
| 12/14/10 | Printing | | DUP.10CC |
| | | Amount =  $13.30 | |
| 12/14/10 | Printing | | DUP.10CC |
| | | Amount =  $4.00 | |
| 12/14/10 | Printing | | DUP.10CC |
| | | Amount =  $7.30 | |
| 12/14/10 | Printing | | DUP.10CC |
| | | Amount =  $3.70 | |
| 12/14/10 | Printing | | DUP.10CC |
| | | Amount =  $13.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100
Page 22
Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $2.10 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $5.50 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $1.70 | | |
| 12/14/10 | Printing | | DUP.10CC |
| | Amount = $1.70 | | |
| 12/15/10 | PACER | | DOCRETRI EV |
| | Amount = $4.08 | | |
| 12/15/10 | Printing | | DUP.10CC |
| | Amount = $1.20 | | |
| 12/15/10 | Printing | | DUP.10CC |
| | Amount = $2.10 | | |
| 12/15/10 | Printing | | DUP.10CC |
| | Amount = $8.40 | | |
| 12/15/10 | Printing | | DUP.10CC |
| | Amount = $7.20 | | |
| 12/16/10 | Messenger and delivery12/15/2010, To/From Bankruptcy Court (2), CXS | | MESS |
| | Amount = $27.00 | | |
| 12/22/10 | COURTCALL LLC: CCDA 05-1619/ Services for 12/22/10 | | FLFEE |
| | Amount = $60.00 | | |
| 12/23/10 | Photocopies | | DUP.10CC |
| | Amount = $11.60 | | |
| 12/23/10 | Photocopies | | DUP.10CC |
| | Amount = $43.70 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100

Page 23

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 12/23/10 | Postage | | POST |
| | | Amount =   $6.72 | |
| 12/23/10 | Printing | | DUP.10CC |
| | | Amount =   $1.90 | |
| 12/23/10 | Printing | | DUP.10CC |
| | | Amount =   $4.60 | |
| 12/23/10 | Printing | | DUP.10CC |
| | | Amount =   $4.60 | |
| 12/23/10 | Printing | | DUP.10CC |
| | | Amount =   $3.50 | |
| 12/27/10 | Messenger and delivery12/23/2010, Morris Nichols, BJW | | MESS |
| | | Amount =   $6.00 | |
| 12/27/10 | Messenger and delivery12/23/2010, US Trustee, BJW | | MESS |
| | | Amount =   $6.00 | |
| 12/29/10 | COURTCALL LLC: CCDA 05-1619/ Services 12/28-1/4 | | FLFEE |
| | | Amount =   $137.00 | |
| 12/29/10 | PACER | | DOCRETRI |
| | | Amount =   $2.56 | |
| 12/30/10 | Postage | | POST |
| | | Amount =   $5.70 | |
| 12/30/10 | Printing | | DUP.10CC |
| | | Amount =   $4.50 | |
| 12/30/10 | Printing | | DUP.10CC |
| | | Amount =   $1.40 | |
| 12/30/10 | Printing | | DUP.10CC |
| | | Amount =   $39.50 | |
| 12/30/10 | Printing | | DUP.10CC |
| | | Amount =   $7.60 | |
| 12/31/10 | Messenger and delivery12/30/2010, US Trustee, CXS/MXD | | MESS |
| | | Amount =   $4.50 | |
| 12/31/10 | Messenger and delivery12/30/2010, Morris Nichols, CXS/MXD | | MESS |
| | | Amount =   $4.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 27, 2011
Invoice 372100

Page 24

Client #  732310

TOTALS FOR   732310

Official Committee of the Board of Directors of Nortel
Networks Inc

Expenses     $2,467.63