IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 4759** |

| | |
|---|---|
| Nortel Networks Inc. v. Accton Technology Corporation | Adv. Pro. No. 10-55911 Re: D.I. 7 |
| Nortel Networks Inc. v. Ace Technologies Corp. | Adv. Pro. No. 10-53182 Re: D.I. 11 |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Pro. No. 10-55913 Re: D.I. 7 |
| Nortel Networks Inc. v. Avea Iletisim Hizmetleri A.S. | Adv. Pro. No. 10-53183 Re: D.I. 7 |
| Nortel Networks Inc. v. Avotus Corporation | Adv. Pro. No. 10-55916 Re: D.I. 8 |
| Nortel Networks Inc. v. BizSphere AG (f/k/a SVA-BizSphere AG) | Adv. Pro. No. 10-55918 Re: D.I. 11 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | Adv. Pro. No. 10-55175 Re: D.I. 9 |
| Nortel Networks Inc. v. BWCS, Ltd. | Adv. Pro. No. 10-53184 Re: D.I. 10 |
| Nortel Networks Inc. v. Celestica Holdings PTE Ltd. and Celestica Thailand Ltd. | Adv. Pro. No. 10-53185 Re: D.I. 11 |
| Nortel Networks Inc. v. Certicom Corporation | Adv. Pro. No. 10-55923 Re: D.I. 8 |
| Nortel Networks Inc. v. Cupola Teleservices Ltd. | Adv. Pro. No. 10-55925 Re: D.I. 7 |

---

[1]     The Debtors in the Chapter 11 cases are:  Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc.  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Devoteam Danet GmbH | Adv. Pro. No. 10-55926<br>Re: D.I. 7 |
| Nortel Networks Inc. v. EION Inc. | Adv. Pro. No. 10-55204<br>Re: D.I. 8 |
| Nortel Networks(CALA) Inc. v. Empresa de Telecomunicaciones de Bogota S.A. | Adv. Pro. No. 10-55927<br>Re: D.I. 7 |
| Nortel Networks Inc. v. Ian Martin Ltd | Adv. Pro. No. 10-55929<br>Re: D.I. 13 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Informatics International Ltd. | Adv. Pro. No. 10-53186<br>Re: D.I. 7 |
| Nortel Networks Inc. v. ITC Networks SRL | Adv. Pro. No. 10-55210<br>Re: D.I. 8 |
| Nortel Networks Inc. v. Kinnarps Project Solutions LLC | Adv. Pro. No. 10-55914<br>Re: D.I. 7 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | Adv. Pro. No. 10-55915<br>Re: D.I. 7 |
| Nortel Networks Inc. v. Maritz Canada Inc. | Adv. Pro. No. 10-53187<br>Re: D.I. 9 |
| Nortel Networks Inc. v. Media5 Corporation | Adv. Pro. No. 10-55917<br>Re: D.I. 7 |
| Nortel Networks Inc. v. Oclaro Technology Ltd | Adv. Pro. No. 10-55919<br>Re: D.I. 7 |
| Nortel Networks Inc. v. OrangeFrance | Adv. Pro. No. 10-55920<br>Re: D.I. 7 |
| Nortel Networks Inc. v. Prime Carrier Ltd. | Adv. Pro. No. 10-55921<br>Re: D.I. 7 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | Adv. Pro. No. 10-55211<br>Re: D.I. 8 |
| Nortel Networks Inc. v. Spellbound Media & Advertising | Adv. Pro. No. 10-55922<br>Re: D.I. 7 |
| Nortel Networks Inc. v. STMicroelectronics, N.V. | Adv. Pro. No. 10-53181<br>Re: D.I. 17 |
| Nortel Networks Inc. v. TECOM Co., LTD. | Adv. Pro. No. 10-55924<br>Re: D.I. 7 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc., v. Telmar Network Technology, | Adv. Pro. No. 11-50021<br>Re: D.I. 10 |

Inc., Precision Communication Services, Inc.,
and Precision Communication Services
Corporation

| | |
|---|---|
| Nortel Networks Inc. v. Thomas & Betts Ltd. | Adv. Pro. No. 10-55940<br>Re: D.I. 8 |
| Nortel Networks (CALA) Inc. v. WIND<br>Telecom, S.A. | Adv. Pro. No. 10-55939<br>Re: D.I. 9 |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 26, 2011, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On January 27, 2011 At 12:00 P.M. (ET)** were served in the manner indicated upon the entities identified on the attached service list.

Dated:  January 27, 2011
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

-    and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4058830.1