# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 31, 2011 01:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) OMNIBUS HEARING
   **R / M #:**   4,772 / 0

2) **ADM: 09-11972-KG**
   Recognition hearing (moved from 1/12/11)
   **R / M #:**   114 / 0

3) **ADV: 1-10-53065**
   **Nortel Networks, Inc. vs Communications Test Design, Inc.**
   Discovery Issues
   **R / M #:**   84 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to 3/9/11 @ 9:30 am
#2 -   Adjourned to 2/9/11 @ 9:30 am
#3 -  Adjourned to 3/9/11 @ 9:30 am
#4 -  Adjourned to 3/9/11 @ 9:30 am
#5 -  Adjourned to 3/9/11 @ 9:30 am
#6 -#7 - CNO Filed and Order Signed
#8 -  Revised  ORDER SIGNED
#9 - Status Conference -
#10 -  Adjourned to 2/9/11 @ 9:30 am
#11 -  A-10-53065 -  CTDI ordered to  supplement their interrogatories answers-  Parties ordered to mediation - Judge Gross will issue an order

Chapter 15 - 09-11972 -  #1 -  Recognition hearing -  Granted - Revised ORDER SIGNED - Exhibits to be submitted to chambers.