**SIGN - IN - SHEET**

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138; 09-11972; 10-53065 - KG

**COURTROOM LOCATION: 3**
**DATE:** 1/3//11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Deborah Buell | Cleary Gottlieb Steern Hamilton | Debtors |
| Derek Abbutt | Morris Nichols Arsht & Tunnell | " |
| Alissa Gazze | | " |
| Salvatore Bianca | Cleary Gottlieb | " |
| Brad Kahn | Akin Gump Strauss Hauer Feld | Creditors' Committee |
| Lyke A. Barefoot | Cleary Gottlieb | US Debtors |
| Chris Samis | Richards Layton & Finger | Committee |
| Jennifer Hoover | Benesch | Debtors UKPI |
| David Herrington | Cleary Gottlieb Steen Hamilth | Debtors |
| David Livshiz | | " |
| Anthony Clene | | Commic Creditors First |
| Jason Gibson | Skadden Arps et al. | Debtors Cmte. |
| Michelle Green | | |
| Yoreb Ibrahimi | | |
| Mona Parikh | Buchanan Ingersoll Rooney PC | EY / NNI |
| Paul Keller | Allen Overy | |

# S I G N - I N - S H E E T

**CASE NAME:**   Nortel Networks, Inc.

**CASE NO.: 09-10138; 09-11972; 10-53065 - KG**

**COURTROOM LOCATION: 3**

**DATE:**   1/31/11

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Hall | Allen + Overy | E+Y / NNL |
| Ken Coleman | '' | '' |
| Jonathan Cho | '' | '' |
| Andrew Rhys Davies | '' '' | '' |
| Brian Empey | Goodmans | '' |
| Ed Harron | YCST | UK Administ. |
| Tim Cotton | YCST | '' |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 01/31/2011

Calendar Time: 01:00 PM ET

*Amended Calendar 01/31/2011 08:55 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Emily A Bussigel | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Anthony W. Clark | | Skadden Arps Slate Meagher & Flom | Interested Party, CTDI / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Weston T. Eguchi | | Wilkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michelle Green | | Skadden Arps Slate Meagher & Flom | Interested Party, CTDI / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Yosef Ibrahimi | | Skadden Arps Slate Meagher & Flom | Interested Party, CTDI / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jason Liberi | | Skadden Arps Slate Meagher & Flom | Interested Party, CTDI / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kristhy M. Peguero | | Skadden Arps Slate Meagher & Flom | Interested Party, CTDI / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mark Ralston | | Ciardi Ciardi & Astin | Creditor, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jennifer Stam | | Ogilvy Renault, LLP. | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Ungberg | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Katherine L. Wilson-Milne | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LISTEN ONLY |