IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X   Chapter 11
                                                               :
In re                                                          :   Case No. 09-10138 (KG)
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Jointly Administered
                                                               :
        Debtors.                                               :   Re: D.I.'s 3846, 4000, 4752
                                                               :
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) SOLELY WITH RESPECT TO CLAIM NO. 6063 FILED BY THE VENTURA COUNTY TAX COLLECTOR

**PLEASE TAKE NOTICE** that, on or about October 28, 2009, the Ventura County Tax Collector filed proof of claim number 6063 in these proceedings ("Claim No. 6063").

**PLEASE TAKE NOTICE** that, on August 31, 2010, the Debtors filed the *Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 3846) (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, on September 22, 2010, the Ventura County Tax Collector filed the *Objection of Creditor Ventura County Treasurer-Tax Collector to Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 4000) (the "Response").

**PLEASE TAKE FURTHER NOTICE** that, on January 25, 2011, the *Notice of Withdrawal of Proof of Claim* (D.I. 4752), withdrawing Claim No. 6063, was filed by Epiq Bankruptcy Solutions, LLC on behalf of the Ventura County Tax Collector.

**PLEASE TAKE FURTHER NOTICE** that, in light of the withdrawal of Claim No. 6063, the Debtors hereby withdraw the Objection solely with respect to Claim No. 6063.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: January 31, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*