# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: :<br><br>NORTEL NETWORKS INC., *et al.*[1], :<br><br>Debtors. : | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |
| In re: :<br><br>NORTEL NETWORKS CORPORATION, *et al.*, :<br><br>Foreign Applicants in Foreign Proceedings. : | Chapter 15<br><br>Case No. 09-10164 (KG)<br>Jointly Administered |
| NORTEL NETWORKS INC. and NORTEL :<br>NETWORKS LIMITED, :<br><br>Plaintiffs and Counterclaim Defendants, :<br><br>v. :<br><br>COMMUNICATIONS TEST DESIGN, INC., :<br><br>Defendant and Counterclaim Plaintiff. : | Adv. Pro. No. 10-53065 (KG)<br>Jointly Administered<br><br>Re: Docket No. 90 |

## ORDER GRANTING MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO MOTION OF NORTEL NETWORKS INC. TO FILE UNDER SEAL EXHIBIT G TO THE LETTER BRIEF DATED JANUARY 28, 2011

AND NOW, this 31st day of January, 2011, upon consideration of Nortel Networks Inc.'s ("NNI") Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Nortel Networks Inc. to File Under Seal Exhibit G to the Letter Brief Dated January 28, 2011 (the "Motion to Shorten"), it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing (the "Hearing") on the Motion to File Under Seal shall be held on January 31, 2011 at 1:00 p.m., prevailing Eastern Time; and it is further

ORDERED, that any objections to the Motion to File Under Seal shall be presented at the hearing; and it is further

ORDERED, that NNI shall serve a copy of the Motion to File Under Seal and this Order (to the extent entered prior to the hearing) on counsel to the parties to this adversary proceeding by electronic delivery.

BY THE COURT:

_____
HONORABLE KEVIN GROSS