IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., [1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. 4782 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 1, 2011, copies of **Scheduling Order Regarding Claims Filed by SNMP Research International** were served in the manner indicated upon the entities identified on the attached service list.

Dated: February 1, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Via Hand Delivery**

Carl Neff
Ciardi Ciardi & Astin
919 N. Market St.
Wilmington, DE 19801
Counsel to SNMP

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
Counsel to the Committee

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market St.
Wilmington, DE 19899
Counsel to the Bondholders

**Via First Class Mail**

Debbie Buell
Cleary Gottlieb Steen & Hamiton LLP
One Liberty Plaza
New York, NY 10006

Fred. S. Hodara
Ryan C. Jacobs
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Counsel to the Committee

Thomas Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa St., Suite 3000
Los Angeles, CA 90017
Counsel to the Bondholders

4067122.1