## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | **Related to D.I. 4737** |
| | ) | |

## <u>NOTICE OF APPEAL</u>

GENBAND US LLC (Formerly Genband Inc., "<u>GENBAND</u>"), by and through its

undersigned counsel, hereby appeals, pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and

8002(a) of the Federal Rules of Bankruptcy Procedure, the *Order denying the Motion of*

*GENBAND Inc. for Entry of an Order Pursuant to Section 362(d) of The Bankruptcy Code*

*Granting Relief From the Automatic Stay to Compel Arbitration* (the "<u>Order</u>") [D.I. 4737],

entered by the United States Bankruptcy Court for the District of Delaware (Hon. Kevin Gross,

B.J.), on January 21, 2011, including without limitation, any and all judgments, decrees,

decisions, rulings and/or opinions that merged into and/or became part of the Order, that are

related to the Order, and/or upon which the Order is based.  The true and correct copy of the

Order is attached hereto as <u>Exhibit A</u>.

The parties to the Order appealed from and the names and addresses of their respective

attorneys are as follows:

(1)    GENBAND US LLC

**Attorneys for GENBAND US LLC**

Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Attn:   Michael R. Lastowski (No. 3892)
        Sommer L. Ross (No. 4598)
Telephone: (302) 657-4900

Latham & Watkins LLP
885 3rd Avenue, Suite 1200
New York, New York 10022
Attn:   Blair Connelly
        Eli J. Kay-Oliphant
Telephone: (212) 906-1200

Stikeman Elliott LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
445 Park Avenue, 7th Floor
New York. New York 10022
Attn:   Ron Ferguson
Telephone: (212) 371-8856

(2)    Nortel Networks Inc., *et. al.*

**Attorneys for Nortel Networks Inc., *et. al.***

Cleary Gottlieb Stein & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   James L. Bromley
        Lisa M. Schweitzer
        David H. Herrington
Telephone: (212) 225-2000

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Attn:   Derek C. Abbott
        Ann C. Cordo
        Andrew R. Remming
Telephone: (302) 658-9200

(3)    Ernst & Young Inc., in its capacity as Monitor and Foreign Representative of the
        Canadian Nortel Network Group

**Attorneys for Ernst & Young**

Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Attn:   Ken Coleman
        Lisa J.P. Kraidin
Telephone: (212) 610-6300

Buchanan Ingersoll & Rooney PC
100 West Street, Suite 1410
Wilmington, Delaware 19801
Attn:   Mary F. Caloway
Telephone: (302) 552-4200

(4)    Official Committee of Unsecured Creditors of Nortel Networks Inc., *et. al.*

**Attorneys for the Official Committee of Unsecured Creditors, *et. al.***

Akin Gump Strauss Hauer & Feld LLP        Richards, Layton & Finger, P.A.
One Bryant Park                           920 North King Street
New York, NY  10036                       One Rodney Square
Attn:   Fred S. Hodara                    Wilmington, Delaware  19801
        Ryan C. Jacobs                    Attn:   Mark D. Collins
        David H. Botter                           Christopher M. Samis
Telephone: (212) 872-1212                 Telephone: (302) 651-7845

(5)    Office of the United States Trustee

**Attorneys for the Official Committee of Unsecured Creditors, *et. al.***

Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
Attn:   Thomas Patrick Tinker
Telephone: (302) 573-6491

Dated:  February 1, 2011                  Respectfully submitted,
        Wilmington, Delaware


                                          /s/ *Michael R. Lastowski*
                                          Michael R. Lastowski (No. 3892)
                                          Sommer L. Ross (No. 4598)
                                          DUANE MORRIS, LLP
                                          222 Delaware Avenue, Suite 1600
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 657-4900
                                          Facsimile: (302) 657-4901
                                          E-mail:    mlastowski@duanemorris.com
                                                     slross@duanemorris.com

                                          and

Blair Connelly (Admitted *Pro Hac Vice*)
Eli J. Kay-Oliphant (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail:    blair.connelly@lw.com
           eli.kay-oliphant@lw.com

*Counsel for GENBAND US LLC*

**Exhibit A**

Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Corporation, *et al.*, | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re: Dkt No. 4347** |

### ORDER

The Court has before it for decision the Motion of GENBAND Inc. for Entry of an Order

Pursuant to Section 362(d) of The Bankruptcy Code Granting Relief From the Automatic Stay to

Compel Arbitration (D.I. 4337). The Court reviewed the parties' written submissions and heard

argument. For the reasons stated in the accompanying Memorandum Opinion, it is HEREBY

ORDERED that the Motion is DENIED.


Dated: January 21, 2011

KEVIN GROSS, U.S.B.J.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NORTEL NETWORKS INC., et al.,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) Case No. 09-10138 (KG) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 1st day of February, 2011, I caused a true and correct copy of the *Notice of Appeal* to be served upon counsel on the attached service list in the manner indicated therein.

Dated: February 1, 2011
      Wilmington, Delaware

                        */s/ Michael R. Lastowski*
                        Michael R. Lastowski (No. 3892)
                        Sommer L. Ross (No. 4598)
                        Duane Morris LLP
                        222 Delaware Avenue
                        Suite 1600
                        Wilmington, DE 19801-1659
                        Tel: (302) 657-4900
                        Fax: (302) 657-4901
                        Email: MLastoswki@duanemorris.com
                                  SLRoss@duanemorris.com

                        -and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

DM3/1691023

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: blair.connelly@lw.com
        eli.kay-oliphant@lw.com

*Counsel to GENBAND US LLC*

## SERVICE LIST

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
18th Floor
Wilmington, DE 19801

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Fred S. Hodara, Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Cleary Gottlieb Stein & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Ken  Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020