# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
Allen & Overy LLP,

**Case No.:** 09–10138–KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that GENBAND US LLC (formerly Genband Inc., "GENBAND"), filed a Notice of Appeal on 2/1/2011 regarding the Order denying the Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief From the Automatic Stay to Compel Arbitration

The Notice of Appeal may be viewed at docket number 4786. The order on appeal may be viewed at docket number 4737.

David D. Bird
CLERK OF COURT

Date: 2/2/11
(VAN–440)