# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Teresa | Date Created: 2/2/2011 |
| Case: 09−10138−KG | Form ID: van440 | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| ust | Thomas Patrick Tinker | Office of the U.S. Trustee | 844 King Street Suite 2207 | Wilmington, DE 19801 | |
| aty | Derek C. Abbott | Morris Nichols Arsht &Tunnell | 1201 N. Market Street | Wilmington, DE 19899 | |
| aty | James L. Bromley | Cleary Gottlieb Steen &Hamilton | One Liberty Plaza | New York, NY 10006 | |
| aty | Mary Caloway | Buchanan Ingersoll &Rooney PC | 1105 North Market Street | Suite 1900 | Wilmington, DE 19801−1228 |
| aty | Michael R. Lastowski | Duane Morris LLP | 1100 North Market Street | Suite 1200 | Wilmington, DE 19801−1246 |

TOTAL: 5