Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottleib Steen and Hamilton LLO
One Liberty Plaza
New York, N.Y. 10006

Objection Re: Nortel Networks Inc. et al,
Case No 09-10138 (KG)
Docket No. 4638

January 31, 2011

Dear Sir,

Please excuse my late filing of this objection. When Nortel stopped payment of my "long term investment plan" monies, I had to move immediately and rent my home of 25 years to be able to live, and the notification finally reached me from the tenants last week. I had changed address with EPIQ and had received occasional notices, but this one came to the old address?

I would like to make two points, added to the others who have made objections. First, I was never a highly paid officer/executive of Nortel. I was one of hundreds of "directors" who were mid level employees in the company. I think there is a misconception that "deferred compensation" was a way to reward fat cats at the top. For me, it was a calculated way to put 60% of my own money away for retirement. I lived on very little for 9 years to do this, and one year into retirement, Nortel took the money. Secondly, this was marketed as the "long term investment plan" for North American employees. Canadian employees had various non-contributory plans that company funded. This plan was funded by me. It never had a cent contributed by Nortel. My second point relates to the way this class is being treated as unsecured creditors. We should surely be above the Banks and the trade groups who loaned Nortel someone else's money. We should not be in the same category as a large corporation who can well afford and has certainly accrued for such trade losses. This was my money. Earned in real time and foregone for nine years by me. How can it be fair and reasonable to treat this class below that of a bank or a trade creditor?

Nortel was a tragedy, with several of the top execs getting out just before the ninety day limit prior to bankruptcy. Those of us in the "long term savings plan" were not so lucky or privileged. Please don't further punish us of for trying to take care of ourselves. Restore the MullinTBG moneys on the same payouts as before.

Thank you for your consideration,

Ben Warren
37 Crest Lane
Watsonville, Ca 95075
831 786 9085