*James R. Long*

January 31, 2011

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DL 19801

Dear Clerk,

I want to file my objection to the Debtors' Motion in the case of Nortel Networks Inc. Chapter 11, Case No. 09-10138 (KG). Specifically the Motion is for an order pursuant to 11 U.S.C. 105, 541,542 and 543 and bankruptcy rule 9019 directing U.S. Bank National Association to turn over property to NNI and granting related relief to the Nortel Networks U.S. Deferred Compensation Plan.

I retired from Nortel Networks on December 31, 1999 and have over $550,000 of deferred compensation in the subject fund that I was led to believe was safely secured. I filed in a timely manner a claim for these funds with EPIQ (claim 3528), receiving acknowledgment of my claim on January 4, 2010.

These funds represent a substantial portion of my retirement savings and to forego them to large institutional claimants will leave me in distress and seems blatantly unfair. I look to the courts compassion to do the right thing and not approve the surrender of these assets but to distribute them among the many small claimholders whose savings they represent.

I realize my objection is delinquent but I did not receive the notice until late December 2010 and have been away through the holidays, both unaware and unable to respond.

Respectfully,

*James R Long*



*2348 S. Ocean Blvd. Highland Beach, FL 33487*