From: John Kalfa
      75 Johnson Place
      Woodmere NY 11598

To:  Clerk
      U.S Bankruptcy Court
      824 Market Street
      3rd Floor
      Wilmington, Delaware 19801

Copy: James Bromley
      Cleary Gottlieb Steen & Hamilton LLP
      One Liberty Plaza
      New York, NY 1006

              Case No. 09-101138(KG) Nortel Networks Inc., et.al

      Ref: Docket 4638 dated 12/22/2010

I, John Kalfa a former Nortel Networks employee, respectfully submit this objection to the granting of the debtors' December motion for an order to transfer assets to Nortel Networks Inc.

Before ruling on this motion on the deferred compensation program, I ask the court to determine the validity of this plan including if it met the regulatory requirements. This plan was offered to the wide range of lower and mid level management; in addition the program did not offer sound financial advice.

I would further add that these monies were paid as salary and commission compensation to us who were lower and mid management (Sales Representatives, Sales Managers and Sales Directors). This plan was not limited in scope and only offered to a select group. This was not a "rabbi trust" for the executives.

Respectfully

John Kalfa