IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :    Case No. 09-10138 (KG)
                                                         :
        Debtors.                                         :    Jointly Administered
                                                         :
---------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF RESPONSE TO THIRTEENTH OMNIBUS
OBJECTION (SUBSTANTIVE) WITH RESPECT TO CLAIM NO. 6063
FILED BY THE VENTURA COUNTY TAX COLLECTOR**

       **PLEASE TAKE NOTICE** that, on or about October 28, 2009, the Ventura County Tax Collector filed proof of claim number 6063 in these proceedings ("Claim No. 6063").

       **PLEASE TAKE NOTICE** that, on August 31, 2010, the Debtors filed the *Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 3846) (the "Objection").

       **PLEASE TAKE FURTHER NOTICE** that, on September 22, 2010, the Ventura County Tax Collector filed the *Objection of Creditor Ventura County Treasurer-Tax Collector to Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 4000) (the "Response").

       **PLEASE TAKE FURTHER NOTICE** that, on January 25, 2011, the *Notice of Withdrawal of Proof of Claim* (D.I. 4752), withdrawing Claim No. 6063, was filed by Epiq Bankruptcy Solutions, LLC on behalf of the Ventura County Tax Collector.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on January 31, 2011, the Debtors filed the *Notice of Withdrawal of Thirteenth Omnibus Objection (Substantive) Solely With Respect to Claim No. 6063 Filed by the Ventura County Tax Collector* (D.I. 4778).

**PLEASE TAKE FURTHER NOTICE** that, in light of the withdrawal of Claim No. 6063 and the Objection, the Ventura County Tax Collector hereby withdraws the Response.

Dated: February 3, 2011
      Ventura, California

    LEROY SMITH
    County Counsel, County of Ventura

    */s/ John Polich*
    By: JOHN E. POLICH
      Assistant County Counsel
    800 South Victoria Avenue, L/C #1830
    Ventura, CA 93009-1830
    Telephone: (805) 654-2592
    Facsimile: (805) 654-2185

    *Counsel for the Ventura County Tax Collector*