IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :   Jointly Administered
                    Debtors.                                :
                                                            :   **RE: D.I.s 2095, 2249**
                                                            :
                                                            :
------------------------------------------------------------X

### SUPPLEMENTAL DECLARATION OF JOHN RAY IN SUPPORT OF EMPLOYMENT AND RETENTION OF JOHN RAY AS THE DEBTORS' PRINCIPAL OFFICER, *NUNC PRO TUNC* TO DECEMBER 7, 2009

I, John Ray, do hereby declare as follows:

1. On January 6, 2010, upon the motion of Debtors, my retention as the Debtors' Principal Officer was approved by order of this Court, *nunc pro tunc* to December 7, 2009. I also am Senior Managing Director and the sole member of Avidity Partners, LLC. Except as otherwise noted, all facts set forth in this declaration (the "Supplemental Declaration") are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals or learned from reviewing relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2.  I submit this Supplemental Declaration to supplement the Debtors' Motion[2] for entry of an order, pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code") authorizing and approving the employment and retention of John Ray as the Debtors' Principal Officer ("Principal Officer"), *nunc pro tunc* to December 7, 2009 [D.I. 2095] (the "Motion"), and the Declaration of John Ray in Support of Debtor's Motion for an order authorizing and approving the employment and retention of John Ray as the Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009 [D.I. 2095, Ex. B] (the "Initial Declaration").

3.  As set forth in the Initial Declaration, I executed an engagement letter with NNI, dated December 7, 2009 (the "Engagement Letter"), after several weeks of good faith negotiations involving the Debtors, the Official Committee of Unsecured Creditors (the "Committee") and the ad hoc group of bondholders (the "Bondholder Group") organized in these cases, and their representatives, which defined the terms of my retention as the Debtors' Principal Officer, subject to approval by this Court. By order dated January 6, 2010, this Court granted the Motion [D.I. 2249].

4.  Among other things, the Engagement Letter charges me with "directing and overseeing the winding up of the businesses of the Debtors" and "working with all constituents to develop and implement plans . . . to wind down Nortel businesses". Motion ¶ 6. These activities include facilitating the orderly dissolution of the Debtors' non-debtor subsidiaries (the "Non-Debtor Subsidiaries"). To my knowledge, as of the date of this Declaration, none of the Non-Debtor Subsidiaries are debtors in proceedings under the Bankruptcy Code.

---

[2] Capitalized terms not defined herein have the same meanings as in the Motion.

2

5. Effective as of December 31, 2010, John Doolittle and Allan Bifield resigned as directors of certain Non-Debtor Subsidiaries, leaving many of them without a signatory for essential corporate actions, such as to finalize financial statements and tax returns and commence or continue wind-down processes pursuant to local law. To address this situation, the Debtors have determined that it is in the best interests of the Debtors, their estates, their creditors and the parties in interest that I be appointed as one of the directors of certain of these Non-Debtor Subsidiaries. I understand that the Committee and the Bondholder Group have been notified of the Debtors' intent to make these appointments.

6. My appointment as a director of these Non-Debtor Subsidiaries will, by filling positions on what would otherwise be vacant boards of directors, permit the timely wind-down of the operations and other obligations of the Non-Debtor Subsidiaries and facilitate the resolution of intercompany disputes involving such entities, which in turn will avoid unnecessary delays in the administration of the Debtors' Chapter 11 cases. From time to time, as the local needs may change, I may either accept appointment as a director of additional Non-Debtor Subsidiaries, as an officer of one or more Non-Debtor Subsidiaries, or resign from my positions at individual Non-Debtor Subsidiaries as appropriate under the circumstances.

7. My appointment as a director at these Non-Debtor Subsidiaries furthers the scope of services that I may provide to the Debtors as approved by this Court, including, as contemplated in the Engagement Letter, the "overseeing and directing the wind down of the estates of NNI and the other US Debtors."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 3, 2011

/s/ John Ray
John Ray

NEWYORK:2339551.4