IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
*In re*                                              : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
:
            Debtors.         : Jointly Administered
:
:
------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 1409

The County of Santa Clara Tax Collector hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 1409).

Dated: San Jose, CA
      February 2, 2011

                                              County of Santa Clara Tax Collector

                                              */s/ Sandra Quintanilla*
                                              Sandra Quintanilla
                                              County of Santa Clara
                                              Bankruptcy Desk
                                              70 W. Hedding Street 6th floor East wing
                                              Tel. 408-808-7901
                                              Fax 408-279-0357
                                              Sandra.Quintanilla@Tax.SCCGOV.org

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.