Alan B Reid
2900 Shadywood Lane
Plano, TX 75023

Jan 30, 2011

Clerk of the Court,

United States Bankruptcy Court for District of Delaware

824 Market Street, 3rd Floor,

Wilmington, Delaware 19801

Copies to:

Cleary Gottlieb Steen & Hamilton LLP    Attn: James Bromley

One Liberty Plaza,

New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP    Attn: Derek C Abbott

1201 North Market Street

PO Box 1347

Wilmington, Delaware 19801

Dear Sir

I have received a document labeled "Docket 4638 in the Eqip files dated Dec 22 2010 from the United States Bankruptcy Court with focus on Nortel Networks US Deferred Compensation Plan. I wish to file an objection to the filing and in particular to the Motion and Stipulation, as received, and to ask for immediate payment of moneys outstanding as claimed.

My objection is simple. Nortel, nor it's agents, did not make the risk loss under bankruptcy visible or known on more than one conference call aimed at educating prospective plan participants. These conference calls were taken prior to signing up with the intention to learn more about Deferred Compensation Plan. Never on two such calls did this risk of forfeiture on bankruptcy get voiced by Nortel, it's Agents, or call participants.

Second, based on my 29 years for Nortel, I can state with high measure of confidence that the vast majority of those 325 listed can not be considered executives aka Nortel Executive Leadership Team (ELT). The vast majority are typical middle management. In reviewing the list of 325 I can identify only 5 who might be ELT members. The rest are typical middle mangers saving for a rainy day, not seeking extra ordinary to gain from Nortel success as would other creditors.

Third, the funds diverted from my pay cheque to this account were to pay for university fees for my two sons. I now consider this hardship.

I believe the court needs to respect the individuals who participated and do the right thing and restore these to fair and reasonable owners.

With respect
Alan Reid