Enis Erkel
Turk Telekom, Akatlar Mahallesi
Cebeci Cad. No: 10 Etiler, 34335
Istanbul, TURKEY
+90-506-781-5088
eniserkel@yahoo.com

January 31, 2011

Clerk of the Court
US Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Copies to:

Cleary Gottlieb Steen & Hamilton LLP   Attn: James Bromley
One Liberty Plaza
New York, NY 10006

Morris Nichols Arsht & Tunnel LLP   Attn: Derek C. Abbott
1201 North Market St.
PO Box 1347
Wilmington, Delaware 19801

Re:   **Case No. 09-10138 (KG)**
      **Nortel Networks Inc (NNI) et al. Docket 4638**

To:   The Honorable Bankruptcy Judge

I am writing to strongly object to the Motion and Stipulation in Docket 4638, to turn over the employee deferred compensation funds to Nortel and its creditors. I have not received the related correspondence from Epiq Bankruptcy Solutions, although my latest address was entered in their records. Instead, I learned from friends yesterday that it was sent to my old address. Therefore, I am able to respond to the situation only after the deadline and beg that my plea is considered before the Hearing Date on February 9, 2011.

I filed earlier Claim# 6091 with the hope of recovering my hard-earned and deferred income, which was to support me and my family during retirement years. I worked for Nortel, starting as an engineer in 1985, and assumed more responsible roles until my termination in 2009, but I never became a "selected group of management and highly paid employees", whom I feel have betrayed the trust of all the rest of us. When the rumor mill in the company suggested a possible bankruptcy filing, I formally requested partial withdrawal from my vested deferred compensation funds on January 11, 2009, but did not receive any response to date. I only feel like a victim

after 24 years of service at Nortel, contributing to its profitable operations until the end, and yet having lost all my retirement savings, my job, health care coverage and with no severance payment.

I can clearly say that the risks of deferring income was constantly down played by the top executives at Nortel since any possibility of Nortel's bankruptcy, even during the periods of global financial crises, were considered as nil, or so it was portrayed to the employees. It looks like the top execs had withdrawn their deferrals as soon as the bankruptcy consideration was on the table. The funds motioned to be turned over to Nortel now are mostly those that belong to employees like me who were trusting and left in the dark. Therefore, I respectfully recommend the following actions for the sake of fairness:

1. That the Motion and Stipulation are rejected.
2. That the Debtors are encouraged to find a "compromise and settlement" with the remainder of Nortel assets, other than the Trust for the Deferred Compensation Plan.
3. That the Trustee and Mullin TBG be instructed to present a plan to the Court, for the payment of the assets held in Trust to all the employees who participated in the Deferred Compensation Plan and who submitted valid Claims.

I can be reached at the above postal and email addresses and phone number if I can provide further information. I am hoping that my plea is given a fair chance for consideration and the Court hears the human side of this tragedy.

Sincerely yours,

Enis Erkel