February 2, 2011

Elias Cagiannos
87 Woodland Rd,
Madison, NJ 07940

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP         Attn: James Bromley
One Liberty Plaza,
New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP            Attn: Derek C Abbott
1201 North Market St,
PO Box 1347
Wilmington, Delaware 19801

## Chapter 11
## Case No. 09-101138 (KG)
## Nortel Networks Inc (NNI) et al

Dear Sir or Madam,

In an objection letter I previously submitted (dated January 30, 2011) I outlined several concerns regarding the Nortel Networks Deferred Compensation Plan. In the second section **"Disclosure of the Plan's risk and accuracy of information"** I referenced presentations that were used to communicate Plan guidelines. I have since found one of these presentations and submit it for your review. The entire document (23 charts) is dedicated to outlining the plan and its attributes.

In the entire package there are only three points dedicated to Rabbi Trusts and in all cases they position the use of these Trusts in order to offer "protection".

On page 5, Chart #10 of the attachment, the third bullet references the use of Life Insurance policies by the Rabbi Trust "for your protection".

On page 6, Chart #12 of the attachment titled "Financial Risks", the two bullets reference that in the "unlikely event of the corporation's bankruptcy" that there would be a "Measure of protection provided by "Rabbi Trusts"".

The only reference to risk and Rabbi Trusts in this entire 23 page document positions the use of the Rabbi Trust in order to offer "protection". This is extremely misleading. This specific presentation was presented multiple times throughout the year with the exclusive purpose to educate potential Plan participants on how the Plan is structured and how to participate. This package was used between 1999 and 2002 to promote participation in the Plan. It was the only document and presentation I had available to me and it represented all the information I was lead to believe I needed to make an educated decision on investing in the Plan.

I made my decision to participate in the Plan based on the information presented in this package which is misleading. In retrospect it is incomplete relative to the true nature of Rabbi Trusts and the risk associated with participating in an investment of this nature.

With this additional information I reiterate my objection and reaffirm the following recommendation based on the arguments offered in my original objection letter (dated January 30, 2011) and the proof offered in the attached presentation.

### Recommendations for Action by the Court

1. That the Motion and Stipulation in Docket 4638 are rejected.
2. That Mullin TBG be instructed to immediately distribute in full the Differed Compensation plan balance to each participant

Sincerely,

Elias Cagiannos

# NORTEL NETWORKS

## Nortel Networks U.S. Deferred Compensation Plan

**2001 Plan Year**
**January 1 through December 31, 2001**

Prepared October 2000

Nortel Networks U.S. DCP - October 24, 2000 - 1

---

## Deferred comp plan advantages

- Create wealth through tax-deferred investments
- Leverage a generous savings environment
- Utilize a diverse choice of benchmark fund options for imputing interest crediting to deferral accounts
- Meet your specialized personal financial goals
- Receive distributions under specified conditions while still employed
- Receive lump sum or quarterly distributions upon termination, based upon advance elections and meeting certain qualifications

**NORTEL NETWORKS**

Nortel Networks U.S. DCP - October 24, 2000 - 2

## Plan Enhancements & Changes for 2001

- Enhanced installment distribution eligibility criteria
  - ✓ 5 year quarterly installments can now also be received with 10 or more full years of service with the Company regardless of age
- Added a new 15 year quarterly installment distribution option
- Enhanced In-Service Withdrawal elections to specify how distributions will be paid at termination, if termination occurs prior to Scheduled In-Service Withdrawal date
  - ✓ Previously this just provided for a lump sum payout at termination
- For additional plan security, added an additional restriction for revocable salary and commission deferral elections (Note: Bonus elections are still irrevocable)
  - ✓ The deferral elections revoked cannot be made for the remainder of the Plan year after a revocation occurs, plus (beginning in 2001) the same type of deferral elections may not be made for the following Plan year

NORTEL NETWORKS







## Building wealth through tax-deferred savings

|  | Savings After-Tax | Savings Pre-Tax |
|---|---|---|
| Annual savings amount: | $20,000 | $20,000 |
| Taxes on savings: | 40% | N/A |
| Estimated tax amount: | $8,000 | $0 |
| Net amount saved/year: | $12,000 | $20,000 |
| Investment return: | 9% | 9% |
| Taxes on investment return*: | 30% | N/A |
| Investment period: | 15 years | 15 years |
| Distribution period: | 15 years | 15 years |
| Annual distribution after-tax: | $28,000 | $40,000 |

*Assumes 50% capital gains, 50% ordinary income.

**NORTEL NETWORKS**

Nortel Networks U.S. DCP October 24, 2000  7

---

## Sound similar to a 401(k)?

*More flexibility and opportunity:*

- Generous deferrals available
- Withdrawals upon termination at any age without penalty
- Specified withdrawals while still employed
- Lump sum or quarterly distributions depending on conditions

*Some restrictions apply:*

- No company match
- Non-portable

**NORTEL NETWORKS**

Nortel Networks U.S. DCP October 24, 2000  8

4

## Time is money



If your goal is to save $500,000 over the next 15 years, with an investment return of 9%, each year you'll need to save:

- Starting today $17,029
- Waiting 3 years $24,825
- Waiting 5 years $32,910

**NORTEL NETWORKS**

Chart # 10

## Assets, Rabbi Trust & Investments

*Corporate Owned Asset*

- Deferrals are retained as corporate owned asset until paid out to you
- Your money is "deemed to be invested" in the benchmark funds you select, however actual investments are the Company's, therefore you do not own the shares

*Rabbi Trust and Variable Life Insurance*

- Rabbi Trust owns life insurance policies (actual Company asset due to funds wrapped in policies) for your protection
- Investment benchmark funds are non-retail funds available through the variable life insurance product

**NORTEL NETWORKS**

## Why variable life insurance?

- Eliminates taxes on investment income which would otherwise be payable by the Company currently
- Provides the various benchmark investment options which determine rate of return on your deferrals
- Allows the Company to credit 100% of the net rate of return of the funds you select
- Is protected from the insurance carrier's creditors*

The investment fund performance results are not guaranteed.

**NORTEL NETWORKS**

Nortel Networks U.S. DCP- October 24, 2000 - 11

Chart #12

## Financial risks

- Unsecured creditor in unlikely event of corporation's bankruptcy or insolvency
- Measure of protection provided by "Rabbi Trust"

**NORTEL NETWORKS**

Nortel Networks U.S. DCP- October 24, 2000 - 12

6





## Deferral details

- Up to 80% of annual base salary
- Up to 95% of commissions paid during the 2001 Plan year
- Up to 95% of the formal incentive bonus earned in the 2001 Plan year, which is paid in mid-year 2001 and early 2002
- Employee deferrals 100% vested
- $5,000 minimum deferral
- FICA/Medicare taxes still apply, statutory employment taxes and deductions also apply
- Credited to account 5 business days after compensation is paid

**NORTEL NETWORKS**

Nortel Networks U.S. DCP  October 24, 2000 - 15

## Account Growth

*Your compensation deferrals*

- Easy automatic crediting to your account
- Separate percentage elections allowed for salary, commission and bonus
- Bonus is an annual irrevocable election
- Salary and/or Commission deferral elections may be revoked for the remainder of the Plan year and if so, it cannot be re-elected for the following Plan year

*Net investment return of funds selected by you*

- Credited using daily unit values
- You will receive a quarterly personal benefit statement

**NORTEL NETWORKS**

Nortel Networks U.S. DCP  October 24, 2000 - 16

## Distribution alternatives

### Termination or Total Disability

- Lump sum or 5, 10 or 15 year quarterly installments
    - ✓ account balance is valued as of the last business day of the quarter in which event occurs and distribution occurs/commences as soon as administratively feasible thereafter
    - ✓ account balance must be greater than $25,000 to qualify for installments
    - ✓ all other terminations from employment are paid as lump sum distributions, if the conditions below are not met

- Must meet additional conditions for 5 year quarterly installments
    - ✓ 10 or more full years of service with the company <u>OR</u>
    - ✓ at least 55 years of age and 5 or more years of service

- Must meet additional conditions for 10 or 15 year installments
    - ✓ at least 55 years of age and 5 or more years of service

**NØRTEL NETWORKS**

Nortel Networks U.S. DCP October 24, 2000 - 17

---

## Distribution alternatives (cont.)

### Scheduled In-Service Withdrawals

- Specify a future year, at least 3 years after the date of the deferral election anniversary, with the distribution to occur as a lump sum payment in January of the elected year
    - ✓ e.g. in Dec. 2000 elect to defer income in 2001, earliest In-Service Withdrawal would be Jan. 2004 for that Plan year sub-account

### Non-Scheduled In-Service Withdrawals

- Available with a 10% penalty
- Future deferrals restricted for remainder of Plan year and following Plan year
- 90% withdrawal required (full account balance less penalty)
- Paid in lump sum as soon as feasible after receipt of request

**NØRTEL NETWORKS**

Nortel Networks U.S. DCP October 24, 2000 - 18

## Distribution alternatives (cont.)

***Hardship Withdrawals***
- Available on a limited basis
- Must have an unforeseeable financial emergency and show an economic condition beyond your making for which you do not have other available financial resources to meet
- Must be approved by Nortel Networks
- May be approved for a partial account balance withdrawal
- No penalty for withdrawal if qualified and approved
- Future deferrals restricted for remainder of Plan year and following Plan year
- Paid in lump sum as soon as feasible after approval by Committee

**NORTEL NETWORKS**

## Other Items Relating to Distributions

***Death***
- Account balance paid in lump sum to beneficiary as soon as administratively feasible after evidence of notification
- If you are receiving quarterly payments (post termination) and die, your designated beneficiary will continue to receive quarterly payments as scheduled

***Changes and Other Specifics***
- May specify a different distribution year (as Scheduled In-Service Withdrawal) for each year of deferral
- May amend distribution date and/or form of distribution payment (e.g. lump sum to 10 years of quarterly installments) with 1 year advance notice
- In-Service Withdrawals can only be re-scheduled to a LATER date
- All distributions are taxable as ordinary income when received

**NORTEL NETWORKS**

10

## How do I participate?

*Complete and Return Election Forms by Due Date or Enroll Online at www.tbgfinancial.com*

- Elect to defer
  — Up to 80% of base salary and 95% of commissions and bonus
  — Minimum annual deferral $5,000
- Select distribution date or event
- Allocate investments
- Designate a beneficiary, unless you have already done so
- Complete the Life Insurance Application, unless you have already done so

**NORTEL NETWORKS**

---

## Summary

*The Nortel Networks U.S. Deferred Compensation Plan was adopted to help you:*

- Defer compensation from current income taxes
- Accumulate capital for future needs
- Create retirement security

**The sooner you start, the more you can benefit from the advantages of tax-deferred compounding of investment returns!**

**NORTEL NETWORKS**

## Questions?

- If you have questions regarding Plan eligibility or enrollment, please contact Nortel Networks Employee Services at ESN 352-4636 (External 919-992-4636)

- Other plan questions, including online enrollment, please contact TBG Financial at (800) 824-0040 or send email to: nortelinfo@tbgfinancial.com

NORTEL NETWORKS

Nortel Networks U.S. DCP October 24, 2000 - 23

January 30. 2011

Elias Cagiannos
87 Woodland Rd,
Madison, NJ 07940

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP      Attn: James Bromley
One Liberty Plaza,
New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP      Attn: Derek C Abbott
1201 North Market St,
PO Box 1347
Wilmington, Delaware 19801

## Chapter 11
## Case No. 09-101138 (KG)
## Nortel Networks Inc (NNI) et al

Dear Sir or Madam,

I have received and reviewed Docket 4638 dated 12-22-10 from the United States bankruptcy Court referencing the Nortel Networks US Deferred Compensation Plan. I wish to oppose the entry of an order approving the Motion for an Order 1) approving the stipulation; 2) directing US Bank National Association to turn over property of Nortel Networks and; 3) granting related relief to the Nortel Networks U.S. deferred compensation plan ("Order") and I am hereby filling an objection.

### Grounds for Objection and Rejection of Motion and Stipulation

There are several reasons to request, in this Objection, that the Court reject the Motion and Stipulation as provided in Docket 4638.

- **Enrolment requirements to participate in the Plan:** The list of 325 individuals receiving Docket 4638 does not represent a "select group of management and highly paid employees", as stated in the Motion. Very few individuals on the list were "management" having "policy making and executive responsibility" when they qualified to contribute to the plan. With respect to the compensation level of the employees participating, I was told by plan administrators that employees qualified based on their actual earnings in the prior year which included sales compensations and bonuses. Recently I learned that this is actually not the case and that qualification in the plan was based on total target compensation level of the employee. The first year I qualified for the plan my total compensation level was $110,520. Hardly "highly paid"

relative to the vast majority of employees working for Nortel at the time. The list contains many individuals that would not be considered "highly paid employees" at the time they qualified for the plan.

If the plan administrators were accurate when they described the qualification criteria as including paid bonuses and sales commissions, then employees qualified because in any particular year their compensations increased beyond Plan's participation threshold and not because their income level was consistently above the threshold. In this scenario it is again in no way accurate to characterize these individuals as "highly paid employees" relative to the compensation of the senior management for whom a Rabbi Trust is intended.

- **Disclosure of the Plan's risk and accuracy of information:** Minimal information about the plan (between 2000 and 2003) was made available to participants. Conference calls and PowerPoint charts were used to formally communicate the plan, but the presentations were focused on the investment benefits of participating in the plan and not the risks associated with investing in such a plan. Employees were encouraged to participate and were told it was a safe retirement strategy similar to a 401k. On many occasions these presentations provided confusing and contradictory information that, at the time, did not seem significant. In retrospect, this information was paramount in ascertaining the actual risk level of the Plan. Examples of information that was either incorrectly communicated or deliberately omitted from the presentations include: the lack of disclosure made available about the Plan risk, timing on how quickly funds could be removed from the plan and even confusion on the Plan participation requirements (see first point).

- **Availability of information:** In late 2009, Nortel Networks and Mullin TBG had knowledge of the bankruptcy planning and did not properly forewarn all of their investors with respect to the risk of their investments in the context of an eventual bankruptcy. Adequate and proper disclosure would have triggered most plan contributors to immediately withdraw their investments and avoid this current procedure. Certain executives that liquidated their Deferred Compensation accounts prior to Nortel Network's filing of Chapter 11, did so based on information that was not made available to the average Plan participant.

## Recommendations for Action by the Court

1. That the Motion and Stipulation in Docket 4638 are rejected.
2. That Mullin TBG be instructed to immediately distribute in full the Differed Compensation plan balance to each participant

Sincerely,

Elias Cagiannos