*Peter Farranto*
*1716 Withmere Way*
*Atlanta, GA 30338*

January 27, 2011

Clerk of the Bankruptcy Court
District of Delaware
824 Market Street, 3rd floor
Wilmington, DE 19801

Copy: James L. Bromley
Cleary Gottlieb Steen and Hamilton
One Liberty Plaza
New York, NY 10006

**OBJECTION**
Re: Nortel Networks Inc. et al.
Case No 09-10138
Docket No. 4638

Dear Sir:

I am writing to strongly object to the December 22, 2010 filing allowing Nortel to recapture the finds in the Deferred Compensation Plan. The funds include a contribution representing wages owed to me and deferred payment. In my case I requested that the funds be repaid several weeks prior to the bankruptcy and no action was taken by the trustee to pay before it was frozen by the bankruptcy filing.

They were never part of the working capital of Nortel. Rather they were held in trust for me and others by a trustee and Nortel never had any access to these wages. Any gains were made as a part of my investment decisions not Nortel. It is unfair that my wages and my investment gains are being taken by Nortel.

I signed up for the Deferred Compensation without any real expectation that these wages could be lost other than through poor investments in the trusts. I was not an executive or a highly compensated employee. As a marketing director in an outlying office of Nortel, I had no access to inside information as to the true financial situation of Nortel. To the contrary, we were given constant pep talks by executives exalting the future prospects of Nortel.

I was laid off in 2006 and had no access to any information other than as published in the financial press. Once again, there was a steady stream of information misleading us as to the true financial situation at Nortel. Nortel was even fined by the Securities and Exchange Commission for this misleading information.

Dispute the optimistic reports stating Nortel had years of cash to cover its expenses, I decided to withdraw all of my wages and earnings from the Trust and accept the 10% penalty for early withdrawal. I filed a notice of withdrawal with the Trustee in December, 2007. Before the Trustee could effectuate my request, Nortel filed for bankruptcy. Had the trustee timely paid the money out, I would have been paid in full and not a claimant in this proceeding.

I am currently 56 years old and unemployed and need these back wages. My wages were set aside to cover me in my retirement or in periods of unemployment when I needed it most. Therefore, I respectfully request that you reconsider you December 22 ruling and return our wages to the employees who owned them.

I apologize for the late filing but just became aware that I could participate in this proceeding. Thank you for the consideration.

Very truly yours,

Peter Farranto.