Jan 31, 2011

Clerk of the Court
United States Bankruptcy Court for District of Delaware
824 Market Street 3rd fl
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP    Attn: James Bromley
One Liberty Plaza
New York, NY 10006

Morris Nichols Arsht & Tunnel LLP    Attn: Derek C Abbott
1201 North Market St
PO Box 1347
Wilmington, Delaware 19801

## Case No. 09-10138 (KG) Nortel Networks Inc (NNI) et al
## Ref: Docket 4738 dated 12/22/2010

Dear Sir or Madam,

I would like to file an objection to the above-mentioned filing with the motion and stipulation to grant the transfer of assets under Nortel Deferred Compensation Plan to Nortel Networks Inc.

When I filed my claim I had the understanding that evidentiary hearings would be held on the proof of claims. Part of my claim was due to the negligence (or fraudulence) on the distribution of my quarterly check supposedly before the Petition Date (Jan 14, 2009). Surely there have been many other similar cases among the Plan participants. Should compensation of these cases be considered at or before the hearings on Feb 9, 2011?

I would also like to express my strong support on grounds of Objection raised by other Plan participants to date, though late against the insufficient deadline due to the holiday season.

Respectfully,

*David Ko*

David Ko
920 Brookline Way
Alpharetta GA 30022