Levon Habosian

11 Douglas Road

Westford, MA. 01886

January 30, 2011

Clerk of Court,

United States Bankruptcy Court for District of Delaware,

824 Market Street, 3rd Floor,

Wilmington, Delaware 19801

Copies to:

Cleary Gottlieb Steen & Hamilton LLP Attn: James Bromley

One Liberty Plaza,

New York, New York 10006

Morris Nichols Arsht & Tunnel LLP   Attn: Derek C Abbott

1201 North Market St.

PO Box 1347

Wilmington, Delaware 19801

### Case No. 09-101138 (KG) Nortel Networks Inc (NNI) et al

Dear Sir or Madam,

I am writing to you in regards to the Nortel Networks Bankruptcy proceedings, specifically the recent motion that will allow Nortel to claim the funds in the Nortel Networks US Deferred Compensation Plan and am filling an Objection.

I am an Electrical Cad Engineer that was offered the Deferred savings plan back in the 2000 time frame when the salary level was much lower then it

is today. I made the salary needed because of a nice raise I had received for the hard work I put in. I made the target by a few thousand dollars. I had no Idea that when I signed up for this additional Deferred saving plan that I could have my deferred salaries taken away because of a bankruptcy. This was not made clear to me when I signed up It was presented more like an extension of the 401k plan. This was made clear to me when Nortel declared Bankruptcy and notice was sent. I thought I was saving money just like my 401k plan. After a few years the salary for eligibility was raised to high and I was not able to participate in the program. What I am trying to say is that this was not a plan for the Highly compensated Management that could afford to risk there compensation as the motion filed suggests.

What I would like to see is the Court.

Reject the Order docket 4638.

That the trustee, in conjunction with Mullin TBG be instructed to distribute, in full the deferred Compensation plan balance or at least the amount of the balance increased after the January 14th, 2009 to the individuals.


Thank you

Levon Habosian        1/30/2011