February 1, 2011

U.S. Bankruptcy Court

824 Market Street, Third Floor

Wilmington, DE 19801

Attention: Clerk of the Court

RE: Case No. 09-101138 (KG) Nortel Networks Inc., et al.; Objection to Docket Number 4638

Sir:

Please accept this objection to the granting of the referenced debtors' motion (Docket 4638) for an order to transfer the assets of the Nortel Networks Inc. Deferred Compensation Plan, hereinafter referred to as "the Plan."

I am an active participant in the Plan. Based on information contained in the objections filed by other Plan participants, it appears that there are issues as to whether the establishment and implementation by Nortel Networks of the Plan complied with all statutory and regulatory requirements for such a plan. Specifically, it appears that participation in the plan may not have been limited to a select group of management and highly compensated individuals as required.

Before ruling on the debtors' motion, I respectfully request that the Court determine the validity of the plan by means of a hearing or other appropriate means as allowed by the Court. If the assets are allowed to be transferred without such a determination of validity, it may be impossible to recover the transferred assets for the benefit of the Plan participants if the plan is found to be invalid at a later date.

Respectfully submitted

*[signature]*

Raymond L. Strassburger

2805 Pine Hollow Road

Oakton, VA 22124

Copy: James L. Bromley, Esq.