January 26th 2011

Clerk of the Court
United States Bankruptcy Court for District of Delaware
824 market Street, 3rd Floor
Wilmington, Delaware 19801


Copies to

Cleary Gotlieb Steen & Hamilton LLP  Attn: James Bromley
One Liberty Plaza
New York, New York 10006


Morris Nichols Arsht & Tunnel LLP   Attn: Derek C Abbott
1201 North Market St
PO Box 1347
Wilmington, Delaware 19801

**Chapter 11**
**Case No. 09-101138 (KG)**
**Nortel Networks Inc (NNI) et al**


Dear Sir or Madam.
 I wish to oppose to the **Docket 4638** in the Epiq Files, dated 12-22-10 from the United States bankruptcy Court, related to the Nortel Networks US Deferred Compensation Plan.
I'm aware I'm filing after the deadline outlined in the documents, but was on a long vacation over the holiday period and can't but help wonder if the timing of this filing was deliberate to avoid any significant filings from objectors coming as it did around the holiday period.

I am hearby filing an objection to Docket 4638.

My grounds for objection to and rejection of the order are listed below.

- On reviewing the list of 325 people who received docket 4638 and knowing many of them personally it is clear to me that this doesn't represent a "select group of management and highly paid employees" as stated in the motion. To the best of my knowledge there is only one individual in this list who was an Executive Officer of Nortel Networks at the time of its filing for protection. I myself as with most people of this list would have been described as first and second line managers or technical experts.
- My contributions were made in 2001-2004 era and at the beginning of this process I was a newly transferring employee from Nortel UK and all explanations given by HR to me related to this plan was that it was similar to the Nortel UK AVC ( Additional Voluntary Contributions) scheme which operated at that time in the UK to allow additional pensions saving.
- Information about the Rabbi Trust remained minimal and was certainly not highlighted until later years after contributions and my participation had begun
- Nortel Networks was willfully and publically deceiving employees in the latter part of 2008 prior to the filing when there would have been ample time for employees to remove the funds. They did this in at least 2 ways I'm aware off
1. Public statement made on Dec 10th 2008 to Wall Street Journal by a Nortel spokesperson

**"Ronald Alepian, a spokesman for Nortel, said that "no bankruptcy filing is imminent," but added that the company has engaged several advisers to help it chart a way forward. "We remain focused on carrying out the restructuring we outlined on Nov. 10 to cut costs,"**

Read more: http://online.wsj.com/article/SB122887999493593997.html#ixzz1CcwEF9AZ

2. Email to some Nortel Networks employees on same day reminding them of the approaching deadline for signing up for the scheme for 2009 without any indication that this wasn't business as usual. See text of email below

**From:** Kanaday, Cindy (NASHF:8426)
**Sent:** Wednesday, December 10, 2008 5:56 PM
**Subject:** U.S. Deferred Compensation Plan-2009 Annual Enrollment - 3
**Sensitivity:** Confidential

**This is a final reminder for those who plan to participate in the U.S. Deferred Compensation Plan for the 2009 Plan year.  Your enrollment must be completed by December 15, 2008.  No enrollments will be accepted after this date.**

Please note that the next opportunity to participate in the Plan will be November 2009 for the 2010 Plan year, for those who qualify for participation at that time.

If you have plan design, process, or enrollment questions, you may contact the Plan Administrator, MullinTBG, by calling 1-800-824-0040.  If you have eligibility questions, please call HR Shared Services at ESN 355-9351 (external 800-676-4636).

- In contrast to this the 2009 Annual report states that an Executive Officer, Richard Lowe withdrew $1.7Million from the Deferred Compensation Plan before the Nortel Networks filing on January 14, 2009 but shortly after Nortel had recruited its advisors. On Sept 26th Nortel hired management consultants Ernst & Young and subsequently shortly after that brought in Lazard Freres and CGSH. There was no public indication of this significant withdrawal from an Executive Officer until long after the point when it would have raised red flags for other participants, especially when it was in contrast to public business as usual position from Nortel.

Based on these considerations I am filing an objection to Docket 4638 and requesting that the court not grant the request from Nortel Networks Inc to claim these funds for the general estate.

Regards

*Gmp Mc Colgan*

*Ms Gillian Mc Colgan*