February 2. 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP        Attn:  James Bromley
One Liberty Plaza,
New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP        Attn:  Derek C Abbott
1201 North Market St,
PO Box 1347
Wilmington, Delaware 19801


### Chapter 11
### Case No. 09-101138 (KG)
### Nortel Networks Inc (NNI) et al


Dear Sir or Madam,

I have received and reviewed Docket 4638 dated 12-22-10 from the United States bankruptcy
Court referencing the Nortel Networks US Deferred Compensation Plan.  I wish to oppose the
entry of an order approving the Motion for an Order 1) approving the stipulation; 2) directing
US Bank National Association to turn over property of Nortel Networks and; 3) granting related
relief to the Nortel Networks U.S. deferred compensation plan ("Order") and I am hereby filling
an objection.

### Grounds for Objection and Rejection of Motion and Stipulation

There are several reasons to request, in this Objection, that the Court reject the Motion and
Stipulation as provided in Docket 4638.

- **Availability of information:** In late 2009, Nortel Networks and Mullin TBG had
  knowledge of the bankruptcy planning and did not properly forewarn all of their
  investors with respect to the risk of their investments in the context of an eventual
  bankruptcy.  Adequate and proper disclosure would have triggered most plan
  contributors to immediately withdraw their investments and avoid this current
  procedure.  Certain executives that liquidated their Deferred Compensation accounts

prior to Nortel Network's filing of Chapter 11, did so based on information that was not made available to the average Plan participant.

- **Nonscheduled In-Service Withdrawal:** Acknowledging the statement above, I did not feel secure in the way Nortel was communicating their position and thus began the Withdrawal process on December 11, 2008. I formally submitted (via facsimile) my NONSCHEDULED IN-SERVICE WITHDRAWAL FORM on December 11, 2008 at 2:42pm EST. I then submitted (via Fax) my DISTRIBUTION ELECTION FORM (Request for Hardship Withdrawal) on December 11, 2008 at 2:42pm EST. Next, I submitted (via Fax ) a 2 page letter (signed and initialed) on December 11, 2008 at 2:42pm EST. I have confirmation that each of these pages was received. I also submitted the same package of information in an email on December 11, 2008 at 11:07am EST. Denise Carr (Nortel MullinTBG prime) responded to my email stating that I needed to FAX all the above information to her. My request with MullinTBG was **PROCESSED** on December 31, 2008. As shown on my MullinTBG internet statement printed on January 16, 2009. While waiting for my check, SIXTEEN days later, Nortel files bankruptcy and had HALTED my payout. This doesn't seem legal itself. (all copies are part of this memo).

- **Enrolment requirements to participate in the Plan:** The list of 325 individuals receiving Docket 4638 does not represent a "select group of management and highly paid employees", as stated in the Motion. Very few individuals on the list were "management" having "policy making and executive responsibility" when they qualified to contribute to the plan. I can speak for myself in that I had NO employees reporting to myself either directly or indirectly. Additionally, I had no executive responsibility.

  With respect to the compensation level of the employees participating, I was told by plan administrators that employees qualified based on their actual earnings in the prior year which included sales compensations and bonuses. Recently I learned that this is actually not the case and that qualification in the plan was based on total target compensation level of the employee. The first year I qualified for the plan my total compensation level was $143,190.

  If the plan administrators were accurate when they described the qualification criteria as including paid bonuses and sales commissions, then employees qualified because in any particular year their compensations increased beyond Plan's participation threshold and not because their income level was consistently above the threshold. In this scenario it is again in no way accurate to characterize these individuals as "highly paid employees" relative to the compensation of the senior management for whom a Rabbi Trust is intended.

- **Disclosure of the Plan's risk and accuracy of information:** Minimal information about the plan (between 2000 and 2003) was made available to participants. Conference calls and PowerPoint charts were used to formally communicate the plan, but the presentations were focused on the investment benefits of

participating in the plan and not the risks associated with investing in such a plan. Employees were encouraged to participate and were told it was a safe retirement strategy similar to a 401k. On many occasions these presentations provided confusing and contradictory information that, at the time, did not seem significant. In retrospect, this information was paramount in ascertaining the actual risk level of the Plan. Examples of information that was either incorrectly communicated or deliberately omitted from the presentations include: the lack of disclosure made available about the Plan risk, timing on how quickly funds could be removed from the plan and even confusion on the Plan participation requirements (see first point).

## Recommendations for Action by the Court

1. That the Motion and Stipulation in Docket 4638 are rejected.
2. That Mullin TBG be instructed to immediately distribute in full the Differed Compensation plan balance to each participant

Sincerely,

Brian Leonard
1030 Chasewood Trail
Alpharetta, GA 30005



# Nonscheduled In-Service Withdrawal Form

### FOR 2004 AND EARLIER PLAN YEARS

*U.S. Deferred Compensation Plan*

Pursuant to the Nortel Networks U.S. Deferred Compensation Plan (the "Plan"), I hereby elect to receive my entire 2004 and earlier Plan year balance under the Plan as soon as administratively possible following receipt and valuation of this election by MullinTBG.

I understand and acknowledge the following:

1. This election will only affect my 2004 and earlier Plan year balances (Nonscheduled Withdrawals are not available for 2005 and later Plan years).

2. This nonscheduled, immediate distribution is subject to a 10% penalty (90% of my account balance will be distributed to me and I will forfeit the remaining 10%).

3. Valuation of my account will be made as of the last business day of the month after receipt of this form by MullinTBG.

4. The distribution amount will be communicated by MullinTBG to Nortel within 10 business days of MullinTBG's receipt of all necessary data. Nortel will then process the distribution as soon as administratively feasible thereafter concurrent with a payroll run.

5. This nonscheduled withdrawal will not impact any deferral elections that I currently have on file.

6. I am barred from making future deferral elections during open enrollment for the Plan year immediately following this request.

7. A maximum of two Nonscheduled Withdrawals are permitted.

**Complete & Sign Below** *(PLEASE COMPLETE IN UPPERCASE BLACK INK)*

LEONARD, BRIAN
Participant's Last Name, First Name

Brian A. Leonard
Participant's Signature

DEC, 11, 2008
Date

678-910-3007
Participant's Contact Telephone Number or Email Address

| 3 | 0 | 3 | 8 | 4 | 9 | 3 | 4 | 3 |
Social Security Number

*EITHER MAIL OR FAX (do not do both) TO:*
**MullinTBG Document Center, 2029 Century Park East, 37ᵗʰ Floor, Los Angeles, CA 90067 OR (310) 203-0740 (fax)**
**Questions: Call (800) 824-0040 M – F between 6:00 a.m. and 6:00 p.m. Pacific Time**



PID:05589-113-06.08

Denise,

Thank you for this information. I apologize for my late response.

I am submitting the form to withdraw money deferred prior to 2005 (see attached) *[if you require that I fax this or mail it, please let me know, as I thought this would be easier]*.

In addition, I am officially requesting to withdraw my 2008 contributions.

Following the guidelines listed below, I will use the red highlighted bullet which states, "Any other extraordinary and unforeseeable circumstance arising as a result of events beyond your control."

As my account will show, I am employed by Nortel Networks. We are in a very real position of extraordinary and unforeseeable circumstances. And these are definitely out of my control. This is the definition of an "unforeseeable emergency".

**If I am not allowed to withdrawal MY funds, they will be completely lost in a Bankruptcy restructure.**

I have copied a few blurbs highlighting the position Nortel is in.

> **After Long Struggle, Nortel Faces Tough Choices**
> *As Sales Slump and Cash Dwindles, Fallen Telecom Star Seeks to Restructure and Sell Assets, but Buyers Are Scarce*
> http://online.wsj.com/article/SB122896188192096993.html?mod=googlenews_wsj
>
> *Nortel Networks Corp.'s contemplation of a bankruptcy filing comes after years of strategic missteps, accounting scandals and failed restructurings that have reduced the company, once one of Canada's flagships, to a shadow of its former self.*
>
>
> **Nortel Gets Advice From Lazard, Cleary, People Say (Update1)**
> http://www.bloomberg.com/apps/news?pid=20601082&sid=aiLUFlDs2Zj8&refer=canada
>
> *Dec. 10 (Bloomberg) -- Nortel Networks Corp., North America's largest maker of phone equipment, is working with Lazard Ltd. and law firm Cleary Gottlieb Steen & Hamilton on options, including a possible bankruptcy filing, according to people familiar with the situation.*
>
> *Nortel said today it engaged advisers to plot strategy and is striving to improve its financial footing. Lazard, the investment firm led by Bruce Wasserstein, and James Bromley, a lawyer at Cleary, will help decide whether bankruptcy is the best option, according to the people, who declined to be identified.*
>
> *Nortel, whose predecessor was founded more than a century ago, has lost 97 percent of its market value this year as customers reined in spending and switched to newer technology from Cisco Systems Inc. and other rivals. Nortel has posted almost $7 billion in losses since Chief Executive Officer Mike Zafirovski took over in 2005, fueling speculation of a bankruptcy.*

**Nortel Posts Biggest Loss in 7 Years, Cuts 1,300 Jobs (Update1)**

By Amy Thomson and Vivek Shankar

Nov. 10 (Bloomberg) -- Nortel Networks Corp., North America's largest maker of telephone equipment, posted its biggest net loss in seven years and announced plans to cut 1,300 jobs after customers scaled back budgets.

The third-quarter net loss amounted to $3.4 billion, or $6.85 a share, Nortel said today. That included a $3.2 billion expense to write down the value of part of its business and deferred tax assets.

**What's next for Nortel? More cost cuts won't be enough**

SIMON AVERY

From Saturday's Globe and Mail

November 7, 2008 at 7:25 PM EST

Nortel Networks Corp. is almost out of options. A battered economy, a shrinking industry, fierce price competition from emerging Chinese rivals, a bloated balance sheet and weak product lineup have aligned to force the struggling company's hand.

On Monday, president and chief executive officer Mike Zafirovski is expected to announce another round of jobs cuts and office closings, amounting to about 10 per cent of staff, or 3,000 positions. But cost cutting alone will not appease restless investors and analysts.

**Nortel may face bankruptcy, price target cut to zero**

Posted: November 13, 2008, 9:00 AM by Jonathan Ratner

It's not often that you see an analyst cut their price target on a stock to zero. But when a company looks like it may face bankruptcy, you can see why it may be a sensible choice. The analyst is Mark Sue with RBC Capital Markets. The company? You guessed it, Nortel Networks Corp.

It has US$2.65-billion in cash but is overwhelmed by a hefty cash burn rate and debt. The macro environment is getting worse, Nortel has a challenging industry position, and it faces liquidity concerns when the capital markets are essentially closed, Mr. Sue told clients. As a result, he thinks bankruptcy is a distinct possibility down the road.

**Nortel Networks U.S. Deferred Compensation Plan**

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard



**Brian Leonard**
1030 CHASEWOOD TRAIL
ALPHARETTA, GA 30005

## Account Summary

| | Current Period | Year to Date |
|---|---|---|
| Beginning Balance: | $115,117.68 | $178,367.92 |
| Deferrals: | $561.64 | $20,331.85 |
| Distributions: | $0.00 | $0.00 |
| Gains/(Losses): | $4,120.06 | ($78,900.39) |
| **Ending Balance:** | **$119,799.38** | **$119,799.38** |
| Vested Balance: | $119,799.38 | $119,799.38 |

## Return Summary

| | Last Month* | Year to Date |
|---|---|---|
| Rate of Return: | 3.6% | -40.7% |

*Last Month refers to the last month of the statement period shown above.

## Account Value (year-to-date)

The thick line represents your beginning balance, plus deferrals and less distributions throughout the year; the shaded area above/below reflects your account value.



## Personal Information

| | |
|---|---|
| Plan ID: | 5589 |
| Employee ID: | 211651 |
| Hire Date: | 06/01/92 |
| Plan Entry Date: | 01/02/01 |
| Statement Printed: | 01/26/09 |

## Did You Know?

View your account benefit statements online at www.MullinTBG.com. You can customize your statement's date range.

Download online data directly into Excel by simply clicking the Export to Excel feature on the Participant Home Page, Account Summary or Balance Detail pages. A new window will open with your information formatted in Excel.

MullinTBG's new personal rate of return calculator makes it easy to view account performance by Plan year, deferral source, or by date.

## Contact Us

If you have any questions, please call your MullinTBG Client Services Team at 800-824-0040, from 6 a.m. to 6 p.m. Monday through Friday PST.

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

## Ending Balance by Asset Class



Specialty Bond 12.80%   Core Bond 7.20%

International/Global 10.68%

Small Cap 10.03%

Sector/Specialty 1.39%
Multi-Asset 2.31%

Mid Cap 14.96%

Large Cap 40.63%

**Please note:**

You can change your asset allocations online at www.MullinTBG.com.

## Account Balance by Plan Year & Deferral Source

Summary of your account activity for each Plan year by deferral source. Deferrals to Date represent the total contributions by deferral source for each Plan year from inception to the end of the statement period.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $11,846.48 | $321.46 | $0.00 | $0.00 | $446.24 | $12,614.18 | N/A | $12,614.18 | $18,334.50 |
| Salary Deferrals | $1,244.26 | $240.18 | $0.00 | $0.00 | $60.90 | $1,545.34 | N/A | $1,545.34 | $1,997.35 |
| **2008 SUBTOTAL** | **$13,090.74** | **$561.64** | **$0.00** | **$0.00** | **$507.14** | **$14,159.52** | | **$14,159.52** | **$20,331.85** |
| **2004 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $32,406.65 | $0.00 | $0.00 | $0.00 | $1,147.55 | $33,554.20 | N/A | $33,554.20 | $35,875.48 |
| Salary Deferrals | $2,811.25 | $0.00 | $0.00 | $0.00 | $99.54 | $2,910.79 | N/A | $2,910.79 | $3,082.30 |
| **2004 SUBTOTAL** | **$35,217.90** | **$0.00** | **$0.00** | **$0.00** | **$1,247.09** | **$36,464.99** | | **$36,464.99** | **$38,957.78** |
| **2003 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $11,711.61 | $0.00 | $0.00 | $0.00 | $414.73 | $12,126.34 | N/A | $12,126.34 | $10,274.88 |
| Salary Deferrals | $3,560.17 | $0.00 | $0.00 | $0.00 | $126.07 | $3,686.24 | N/A | $3,686.24 | $3,082.30 |
| **2003 SUBTOTAL** | **$15,271.78** | **$0.00** | **$0.00** | **$0.00** | **$540.80** | **$15,812.58** | | **$15,812.58** | **$13,357.18** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION.  YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN.  The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions.  Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements.  Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                      Brian Leonard

### Account Balance by Plan Year & Deferral Source - Cont.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2002 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $28,890.44 | $0.00 | $0.00 | $0.00 | $1,023.07 | $29,913.51 | N/A | $29,913.51 | $25,182.07 |
| Salary Deferrals | $3,710.89 | $0.00 | $0.00 | $0.00 | $131.42 | $3,842.31 | N/A | $3,842.31 | $3,082.30 |
| **2002 SUBTOTAL** | **$32,601.33** | **$0.00** | **$0.00** | **$0.00** | **$1,154.49** | **$33,755.82** | | **$33,755.82** | **$28,264.37** |
| **2001 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $16,221.06 | $0.00 | $0.00 | $0.00 | $574.41 | $16,795.47 | N/A | $16,795.47 | $14,379.00 |
| Salary Deferrals | $2,714.87 | $0.00 | $0.00 | $0.00 | $96.13 | $2,811.00 | N/A | $2,811.00 | $2,371.00 |
| **2001 SUBTOTAL** | **$18,935.93** | **$0.00** | **$0.00** | **$0.00** | **$670.54** | **$19,606.47** | | **$19,606.47** | **$16,750.00** |
| **GRAND TOTALS** | **$115,117.68** | **$561.64** | **$0.00** | **$0.00** | **$4,120.06** | **$119,799.38** | | **$119,799.38** | **$117,661.18** |

### Account Balance by Plan Year & Fund
Summary of your account activity by Plan year and fund (combining all deferral sources).

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | | | |
| Van Kampen UIF Emerging Markets Debt - Class I | $1,586.51 | $56.18 | $0.00 | $0.00 | $0.00 | $107.82 | $1,750.51 | 12.36% |
| Fidelity VIP II Asset Manager - Initial Class | $1,425.20 | $56.18 | $0.00 | $0.00 | $0.00 | $34.43 | $1,515.81 | 10.71% |
| Oppenheimer Balanced VA - Non-Service Shares | $1,188.93 | $56.18 | $0.00 | $0.00 | $0.00 | $10.34 | $1,255.45 | 8.87% |
| American Century VP Income & Growth - Class I | $2,032.17 | $84.25 | $0.00 | $0.00 | $0.00 | $64.58 | $2,181.00 | 15.40% |
| Oppenheimer Capital Appreciation VA - Non-Service Shares | $1,172.69 | $56.18 | $0.00 | $0.00 | $0.00 | $31.80 | $1,260.67 | 8.90% |
| AIM V.I. Capital Development - Series I Shares | $1,738.42 | $84.25 | $0.00 | $0.00 | $0.00 | $34.92 | $1,857.59 | 13.12% |
| Van Kampen UIF Mid Cap Growth - Class I | $1,140.87 | $56.06 | $0.00 | $0.00 | $0.00 | $34.99 | $1,231.92 | 8.70% |
| Credit Suisse Small Cap Core | $1,317.48 | $56.18 | $0.00 | $0.00 | $0.00 | $71.25 | $1,444.91 | 10.20% |
| NVIT Health Sciences - Class I | $1,488.47 | $56.18 | $0.00 | $0.00 | $0.00 | $117.01 | $1,661.66 | 11.74% |
| **2008 SUBTOTAL** | **$13,090.74** | **$561.64** | **$0.00** | **$0.00** | **$0.00** | **$507.14** | **$14,159.52** | **100.00%** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

## Account Balance by Plan Year & Fund - Cont.

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2004 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $2,874.54 | $0.00 | $0.00 | $0.00 | $0.00 | $105.21 | $2,979.75 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $2,497.83 | $0.00 | $0.00 | $0.00 | $0.00 | $160.64 | $2,658.47 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,941.69 | $0.00 | $0.00 | $0.00 | $0.00 | $90.58 | $2,032.27 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $8,428.61 | $0.00 | $0.00 | $0.00 | $0.00 | $309.00 | $8,737.61 | 23.97% |
| Fidelity VIP Growth - Initial Class | $6,895.47 | $0.00 | $0.00 | $0.00 | $0.00 | ($20.27) | $6,875.20 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $4,999.75 | $0.00 | $0.00 | $0.00 | $0.00 | $119.11 | $5,118.86 | 14.04% |
| Royce Capital Micro-Cap | $3,447.13 | $0.00 | $0.00 | $0.00 | $0.00 | $199.95 | $3,647.08 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,960.74 | $0.00 | $0.00 | $0.00 | $0.00 | $132.05 | $2,092.79 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $2,172.14 | $0.00 | $0.00 | $0.00 | $0.00 | $150.82 | $2,322.96 | 6.37% |
| **2004 SUBTOTAL** | **$35,217.90** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,247.09** | **$36,464.99** | **100.00%** |
| **2003 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $1,246.50 | $0.00 | $0.00 | $0.00 | $0.00 | $45.63 | $1,292.13 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $1,083.16 | $0.00 | $0.00 | $0.00 | $0.00 | $69.66 | $1,152.82 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $841.99 | $0.00 | $0.00 | $0.00 | $0.00 | $39.28 | $881.27 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $3,654.96 | $0.00 | $0.00 | $0.00 | $0.00 | $134.00 | $3,788.96 | 23.97% |
| Fidelity VIP Growth - Initial Class | $2,990.12 | $0.00 | $0.00 | $0.00 | $0.00 | ($8.79) | $2,981.33 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $2,168.08 | $0.00 | $0.00 | $0.00 | $0.00 | $51.64 | $2,219.72 | 14.04% |
| Royce Capital Micro-Cap | $1,494.80 | $0.00 | $0.00 | $0.00 | $0.00 | $86.71 | $1,581.51 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $850.25 | $0.00 | $0.00 | $0.00 | $0.00 | $57.26 | $907.51 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $941.92 | $0.00 | $0.00 | $0.00 | $0.00 | $65.41 | $1,007.33 | 6.37% |
| **2003 SUBTOTAL** | **$15,271.78** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$540.80** | **$15,812.58** | **100.00%** |
| **2002 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $2,660.97 | $0.00 | $0.00 | $0.00 | $0.00 | $97.41 | $2,758.38 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $2,312.25 | $0.00 | $0.00 | $0.00 | $0.00 | $148.71 | $2,460.96 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,797.43 | $0.00 | $0.00 | $0.00 | $0.00 | $83.85 | $1,881.28 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $7,802.39 | $0.00 | $0.00 | $0.00 | $0.00 | $286.05 | $8,088.44 | 23.97% |
| Fidelity VIP Growth - Initial Class | $6,383.16 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.76) | $6,364.40 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $4,628.29 | $0.00 | $0.00 | $0.00 | $0.00 | $110.26 | $4,738.55 | 14.04% |
| Royce Capital Micro-Cap | $3,191.03 | $0.00 | $0.00 | $0.00 | $0.00 | $185.10 | $3,376.13 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,815.06 | $0.00 | $0.00 | $0.00 | $0.00 | $122.24 | $1,937.30 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $2,010.75 | $0.00 | $0.00 | $0.00 | $0.00 | $139.63 | $2,150.38 | 6.37% |
| **2002 SUBTOTAL** | **$32,601.33** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,154.49** | **$33,755.82** | **100.00%** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

## Account Balance by Plan Year & Fund - Cont.

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2001 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $1,545.58 | $0.00 | $0.00 | $0.00 | $0.00 | $56.57 | $1,602.15 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $1,343.05 | $0.00 | $0.00 | $0.00 | $0.00 | $86.37 | $1,429.42 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,044.01 | $0.00 | $0.00 | $0.00 | $0.00 | $48.71 | $1,092.72 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $4,531.88 | $0.00 | $0.00 | $0.00 | $0.00 | $166.15 | $4,698.03 | 23.97% |
| Fidelity VIP Growth - Initial Class | $3,707.52 | $0.00 | $0.00 | $0.00 | $0.00 | ($10.91) | $3,696.61 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $2,688.27 | $0.00 | $0.00 | $0.00 | $0.00 | $64.04 | $2,752.31 | 14.04% |
| Royce Capital Micro-Cap | $1,853.45 | $0.00 | $0.00 | $0.00 | $0.00 | $107.50 | $1,960.95 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,054.25 | $0.00 | $0.00 | $0.00 | $0.00 | $71.01 | $1,125.26 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $1,167.92 | $0.00 | $0.00 | $0.00 | $0.00 | $81.10 | $1,249.02 | 6.37% |
| **2001 SUBTOTAL** | **$18,935.93** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$670.54** | **$19,606.47** | **100.00%** |
| **GRAND TOTALS** | **$115,117.68** | **$561.64** | **$0.00** | **$0.00** | **$0.00** | **$4,120.06** | **$119,799.38** | |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

**MullinTBG**

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                    Brian Leonard

### Current Deferral Election(s)

Shows latest effective deferral election for the Plan year(s) indicated.

*Are you saving enough for retirement?*
MullinTBG's Retirement Gap Analysis tool can help you find out. The tool is on your Plan's Enrollment or Election Information pages at www.MullinTBG.com.

| Deferral Source | Effective Date | Election |
|---|---|---|
| 2008 Bonus Deferrals | 01/02/08 | 25% |
| 2008 Commission Deferrals | 01/02/08 | 10% |
| 2008 Salary Deferrals | 01/02/08 | 2% |

### Distribution Event(s) by Plan Year & Deferral Source

Distribution is based upon your election or the Plan default. The "Assumed Balance at Distribution" is based upon an annual compounding rate of return of **5.00%** and, pursuant to the distribution event reflected below, assumes the distribution will occur on your elected distribution date or a retirement age of **65**, as selected by your Plan Sponsor.

| | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| **2006 Plan Year** | | | | | | |
| Bonus Deferrals | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $0.00 | $0.00 |
| Bonus Deferrals | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $12,614.18 | $20,547.17 |
| Commission Deferrals | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $12,614.18 | $38,275.03 |
| Salary Deferrals | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $1,545.34 | $2,517.20 |
| Salary Deferrals | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $1,545.34 | $4,689.00 |
| **2004 Plan Year** | | | | | | |
| Bonus Deferrals | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $0.00 | $0.00 |
| Bonus Deferrals | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $33,554.20 | $54,656.26 |
| Commission Deferrals | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $33,554.20 | $101,813.05 |
| Salary Deferrals | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $2,910.79 | $4,741.37 |
| Salary Deferrals | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $2,910.79 | $8,832.17 |
| **2003 Plan Year** | | | | | | |
| Bonus Deferrals | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $12,126.34 | $36,794.79 |
| Salary Deferrals | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $3,686.24 | $11,185.11 |
| **2002 Plan Year** | | | | | | |
| Bonus Deferrals | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $29,913.51 | $90,766.15 |
| Salary Deferrals | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $3,842.31 | $11,658.67 |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                                       Brian Leonard

## Distribution Event(s) by Plan Year & Deferral Source - Cont.

| | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| **2001 Plan Year** | | | | | | |
| **Bonus Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $0.00 | $0.00 |
| **Bonus Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $16,795.47 | $23,632.91 |
| **Commission Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $16,795.47 | $50,962.26 |
| **Salary Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $2,811.00 | $3,955.36 |
| **Salary Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $2,811.00 | $8,529.38 |

## Current Investment Allocation by Plan Year & Deferral Source
Summary of current investment allocation by deferral source within each Plan year.

| 2008 Plan Year | Bonus Deferrals | Commission Deferrals | Salary Deferrals | |
|---|---|---|---|---|
| Van Kampen UIF Emerging Markets Debt - Class I | 10.00% | 10.00% | 10.00% | |
| Fidelity VIP II Asset Manager - Initial Class | 10.00% | 10.00% | 10.00% | |
| Oppenheimer Balanced VA - Non-Service Shares | 10.00% | 10.00% | 10.00% | |
| American Century VP Income & Growth - Class I | 15.00% | 15.00% | 15.00% | |
| Oppenheimer Capital Appreciation VA - Non-Service Shares | 10.00% | 10.00% | 10.00% | |
| AIM V.I. Capital Development - Series I Shares | 15.00% | 15.00% | 15.00% | |
| Van Kampen UIF Mid Cap Growth - Class I | 10.00% | 10.00% | 10.00% | |
| Credit Suisse Small Cap Core | 10.00% | 10.00% | 10.00% | |
| NVIT Health Sciences - Class I | 10.00% | 10.00% | 10.00% | |
| **2008 TOTAL** | **100.00%** | **100.00%** | **100.00%** | |

## Beneficiary Designation(s)

| Name | Primary/Contingent | Relationship | Percentage |
|---|---|---|---|
| Elvyn B. Leonard | Primary | Spouse | 100% |

*Is your beneficiary information up to date?*

If not, you can change/designate your beneficiary(ies) at www.MullinTBG.com.

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

February 2. 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP        Attn: James Bromley
One Liberty Plaza,
New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP        Attn: Derek C Abbott
1201 North Market St,
PO Box 1347
Wilmington, Delaware 19801

### Chapter 11
### Case No. 09-101138 (KG)
### Nortel Networks Inc (NNI) et al

Dear Sir or Madam,

I have received and reviewed Docket 4638 dated 12-22-10 from the United States bankruptcy
Court referencing the Nortel Networks US Deferred Compensation Plan. I wish to oppose the
entry of an order approving the Motion for an Order 1) approving the stipulation; 2) directing
US Bank National Association to turn over property of Nortel Networks and; 3) granting related
relief to the Nortel Networks U.S. deferred compensation plan ("Order") and I am hereby filling
an objection.

## Grounds for Objection and Rejection of Motion and Stipulation

There are several reasons to request, in this Objection, that the Court reject the Motion and
Stipulation as provided in Docket 4638.

- **Availability of information:** In late 2009, Nortel Networks and Mullin TBG had
  knowledge of the bankruptcy planning and did not properly forewarn all of their
  investors with respect to the risk of their investments in the context of an eventual
  bankruptcy. Adequate and proper disclosure would have triggered most plan
  contributors to immediately withdraw their investments and avoid this current
  procedure. Certain executives that liquidated their Deferred Compensation accounts

prior to Nortel Network's filing of Chapter 11, did so based on information that was not made available to the average Plan participant.

- **Nonscheduled In-Service Withdrawal:** Acknowledging the statement above, I did not feel secure in the way Nortel was communicating their position and thus began the Withdrawal process on December 11, 2008. I formally submitted (via facsimile) my NONSCHEDULED IN-SERVICE WITHDRAWAL FORM on December 11, 2008 at 2:42pm EST. I then submitted (via Fax) my DISTRIBUTION ELECTION FORM (Request for Hardship Withdrawal) on December 11, 2008 at 2:42pm EST. Next, I submitted (via Fax ) a 2 page letter (signed and initialed) on December 11, 2008 at 2:42pm EST. I have confirmation that each of these pages was received. I also submitted the same package of information in an email on December 11, 2008 at 11:07am EST. Denise Carr (Nortel MullinTBG prime) responded to my email stating that I needed to FAX all the above information to her. My request with MullinTBG was **PROCESSED** on December 31, 2008. As shown on my MullinTBG internet statement printed on January 16, 2009. While waiting for my check, SIXTEEN days later, Nortel files bankruptcy and had HALTED my payout. This doesn't seem legal itself. (all copies are part of this memo).

- **Enrolment requirements to participate in the Plan:** The list of 325 individuals receiving Docket 4638 does not represent a "select group of management and highly paid employees", as stated in the Motion. Very few individuals on the list were "management" having "policy making and executive responsibility" when they qualified to contribute to the plan. I can speak for myself in that I had NO employees reporting to myself either directly or indirectly. Additionally, I had no executive responsibility.

  With respect to the compensation level of the employees participating, I was told by plan administrators that employees qualified based on their actual earnings in the prior year which included sales compensations and bonuses. Recently I learned that this is actually not the case and that qualification in the plan was based on total target compensation level of the employee. The first year I qualified for the plan my total compensation level was $143,190.

  If the plan administrators were accurate when they described the qualification criteria as including paid bonuses and sales commissions, then employees qualified because in any particular year their compensations increased beyond Plan's participation threshold and not because their income level was consistently above the threshold. In this scenario it is again in no way accurate to characterize these individuals as "highly paid employees" relative to the compensation of the senior management for whom a Rabbi Trust is intended.

- **Disclosure of the Plan's risk and accuracy of information:** Minimal information about the plan (between 2000 and 2003) was made available to participants. Conference calls and PowerPoint charts were used to formally communicate the plan, but the presentations were focused on the investment benefits of

participating in the plan and not the risks associated with investing in such a plan. Employees were encouraged to participate and were told it was a safe retirement strategy similar to a 401k. On many occasions these presentations provided confusing and contradictory information that, at the time, did not seem significant. In retrospect, this information was paramount in ascertaining the actual risk level of the Plan. Examples of information that was either incorrectly communicated or deliberately omitted from the presentations include: the lack of disclosure made available about the Plan risk, timing on how quickly funds could be removed from the plan and even confusion on the Plan participation requirements (see first point).

## Recommendations for Action by the Court

1. That the Motion and Stipulation in Docket 4638 are rejected.
2. That Mullin TBG be instructed to immediately distribute in full the Differed Compensation plan balance to each participant

Sincerely,

Brian Leonard
1030 Chasewood Trail
Alpharetta, GA 30005



# Nonscheduled In-Service Withdrawal Form
### FOR 2004 AND EARLIER PLAN YEARS
## *U.S. Deferred Compensation Plan*

Pursuant to the Nortel Networks U.S. Deferred Compensation Plan (the "Plan"), I hereby elect to receive my entire 2004 and earlier Plan year balance under the Plan as soon as administratively possible following receipt and valuation of this election by MullinTBG.

I understand and acknowledge the following:

1. This election will only affect my 2004 and earlier Plan year balances (Nonscheduled Withdrawals are not available for 2005 and later Plan years).

.2. This nonscheduled, immediate distribution is subject to a 10% penalty (90% of my account balance will be distributed to me and I will forfeit the remaining 10%).

3. Valuation of my account will be made as of the last business day of the month after receipt of this form by MullinTBG.

4. The distribution amount will be communicated by MullinTBG to Nortel within 10 business days of MullinTBG's receipt of all necessary data. Nortel will then process the distribution as soon as administratively feasible thereafter concurrent with a payroll run.

5. This nonscheduled withdrawal will not impact any deferral elections that I currently have on file.

6. I am barred from making future deferral elections during open enrollment for the Plan year immediately following this request.

7. A maximum of two Nonscheduled Withdrawals are permitted.

---

**Complete & Sign Below** *(PLEASE PRINT OR TYPE USING ONLY BLACK INK)*

LEONARD, BRIAN
Participant's Last Name, First Name

Bvm A. Leonard
Participant's Signature

DEC, 11, 2008
Date

678-910-3007
Participant's Contact Telephone Number or Email Address

| 3 | 0 | 3 | 8 | 4 | 9 | 3 | 4 | 3 |
Social Security Number

*EITHER* MAIL *OR* FAX *(do not do both)* TO:
**MullinTBG Document Center, 2029 Century Park East, 37ᵗʰ Floor, Los Angeles, CA 90067** *OR* **(310) 203-0740 (fax)**
**Questions: Call (800) 824-0040 M – F between 6:00 a.m. and 6:00 p.m. Pacific Time**



Denise,

Thank you for this information. I apologize for my late response.

I am submitting the form to withdraw money deferred prior to 2005 (see attached) *[if you require that I fax this or mail it, please let me know, as I thought this would be easier]*.

In addition, I am officially requesting to withdraw my 2008 contributions.

Following the guidelines listed below, I will use the red highlighted bullet which states, "<u>Any other extraordinary and unforeseeable circumstance arising as a result of events beyond your control</u>."

As my account will show, I am employed by Nortel Networks. We are in a very real position of extraordinary and unforeseeable circumstances. And these are definitely out of my control. This is the definition of an "unforeseeable emergency".

**If I am not allowed to withdrawal MY funds, they will be completely lost in a Bankruptcy restructure.**

I have copied a few blurbs highlighting the position Nortel is in.

### *After Long Struggle, Nortel Faces Tough Choices*
*As Sales Slump and Cash Dwindles, Fallen Telecom Star Seeks to Restructure and Sell Assets, but Buyers Are Scarce*
*http://online.wsj.com/article/SB122896188192096993.html?mod=googlenews_wsj*

*Nortel Networks Corp.'s contemplation of a bankruptcy filing comes after years of strategic missteps, accounting scandals and failed restructurings that have reduced the company, once one of Canada's flagships, to a shadow of its former self.*


### *Nortel Gets Advice From Lazard, Cleary, People Say (Update1)*
*http://www.bloomberg.com/apps/news?pid=20601082&sid=aiLUFIDs2Zj8&refer=canada*

*Dec. 10 (Bloomberg) -- Nortel Networks Corp., North America's largest maker of phone equipment, is working with Lazard Ltd. and law firm Cleary Gottlieb Steen & Hamilton on options, including a possible bankruptcy filing, according to people familiar with the situation.*

*Nortel said today it engaged advisers to plot strategy and is striving to improve its financial footing. Lazard, the investment firm led by Bruce Wasserstein, and James Bromley, a lawyer at Cleary, will help decide whether bankruptcy is the best option, according to the people, who declined to be identified.*

*Nortel, whose predecessor was founded more than a century ago, has lost 97 percent of its market value this year as customers reined in spending and switched to newer technology from Cisco Systems Inc. and other rivals. Nortel has posted almost $7 billion in losses since Chief Executive Officer Mike Zafirovski took over in 2005, fueling speculation of a bankruptcy.*

### Nortel Posts Biggest Loss in 7 Years, Cuts 1,300 Jobs (Update1)

By Amy Thomson and Vivek Shankar

Nov. 10 (Bloomberg) -- Nortel Networks Corp., North America's largest maker of telephone equipment, posted its biggest net loss in seven years and announced plans to cut 1,300 jobs after customers scaled back budgets.

The third-quarter net loss amounted to $3.4 billion, or $6.85 a share, Nortel said today. That included a $3.2 billion expense to write down the value of part of its business and deferred tax assets.

### What's next for Nortel? More cost cuts won't be enough

SIMON AVERY

From Saturday's Globe and Mail

November 7, 2008 at 7:25 PM EST

Nortel Networks Corp. is almost out of options. A battered economy, a shrinking industry, fierce price competition from emerging Chinese rivals, a bloated balance sheet and weak product lineup have aligned to force the struggling company's hand.

On Monday, president and chief executive officer Mike Zafirovski is expected to announce another round of jobs cuts and office closings, amounting to about 10 per cent of staff, or 3,000 positions. But cost cutting alone will not appease restless investors and analysts.

### Nortel may face bankruptcy, price target cut to zero

Posted: November 13, 2008, 9:00 AM by Jonathan Ratner

It's not often that you see an analyst cut their price target on a stock to zero. But when a company looks like it may face bankruptcy, you can see why it may be a sensible choice. The analyst is Mark Sue with RBC Capital Markets. The company? You guessed it, Nortel Networks Corp.

It has US$2.65-billion in cash but is overwhelmed by a hefty cash burn rate and debt. The macro environment is getting worse, Nortel has a challenging industry position, and it faces liquidity concerns when the capital markets are essentially closed, Mr. Sue told clients. As a result, he thinks bankruptcy is a distinct possibility down the road.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008          Brian Leonard



**Brian Leonard**
1030 CHASEWOOD TRAIL
ALPHARETTA, GA 30005

## Account Summary

|  | Current Period | Year to Date |
|---|---|---|
| Beginning Balance: | $115,117.68 | $178,367.92 |
| Deferrals: | $561.64 | $20,331.85 |
| Distributions: | $0.00 | $0.00 |
| Gains/(Losses): | $4,120.06 | ($78,900.39) |
| **Ending Balance:** | **$119,799.38** | **$119,799.38** |
| Vested Balance: | $119,799.38 | $119,799.38 |

## Return Summary

|  | Last Month* | Year to Date |
|---|---|---|
| Rate of Return: | 3.6% | -40.7% |

*Last Month refers to the last month of the statement period shown above.

## Account Value (year-to-date)

The thick line represents your beginning balance, plus deferrals and less distributions throughout the year; the shaded area above/below reflects your account value.



## Personal Information

| Plan ID: | 5589 |
|---|---|
| Employee ID: | 211651 |
| Hire Date: | 06/01/92 |
| Plan Entry Date: | 01/02/01 |
| Statement Printed: | 01/26/09 |

## Did You Know?

View your account benefit statements online at www.MullinTBG.com. You can customize your statement's date range.

Download online data directly into Excel by simply clicking the Export to Excel feature on the Participant Home Page, Account Summary or Balance Detail pages. A new window will open with your information formatted in Excel.

MullinTBG's new personal rate of return calculator makes it easy to view account performance by Plan year, deferral source, or by date.

## Contact Us

If you have any questions, please call your MullinTBG Client Services Team at 800-824-0040, from 6 a.m. to 6 p.m. Monday through Friday PST.

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                    Brian Leonard

## Ending Balance by Asset Class



Specialty Bond 12.80%

Core Bond 7.20%

International/Global 10.68%

Small Cap 10.03%

Sector/Specialty 1.39%
Multi-Asset 2.31%

Mid Cap 14.96%

Large Cap 40.63%

**Please note:**

You can change your asset allocations online at
www.MullinTBG.com.

## Account Balance by Plan Year & Deferral Source

Summary of your account activity for each Plan year by deferral source. Deferrals to Date represent the total contributions by deferral source for each Plan year from inception to the end of the statement period.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $11,846.48 | $321.46 | $0.00 | $0.00 | $446.24 | $12,614.18 | N/A | $12,614.18 | $18,334.50 |
| Salary Deferrals | $1,244.26 | $240.18 | $0.00 | $0.00 | $60.90 | $1,545.34 | N/A | $1,545.34 | $1,997.35 |
| **2008 SUBTOTAL** | **$13,090.74** | **$561.64** | **$0.00** | **$0.00** | **$507.14** | **$14,159.52** | | **$14,159.52** | **$20,331.85** |
| **2004 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $32,406.65 | $0.00 | $0.00 | $0.00 | $1,147.55 | $33,554.20 | N/A | $33,554.20 | $35,875.48 |
| Salary Deferrals | $2,811.25 | $0.00 | $0.00 | $0.00 | $99.54 | $2,910.79 | N/A | $2,910.79 | $3,082.30 |
| **2004 SUBTOTAL** | **$35,217.90** | **$0.00** | **$0.00** | **$0.00** | **$1,247.09** | **$36,464.99** | | **$36,464.99** | **$38,957.78** |
| **2003 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $11,711.61 | $0.00 | $0.00 | $0.00 | $414.73 | $12,126.34 | N/A | $12,126.34 | $10,274.88 |
| Salary Deferrals | $3,560.17 | $0.00 | $0.00 | $0.00 | $126.07 | $3,686.24 | N/A | $3,686.24 | $3,082.30 |
| **2003 SUBTOTAL** | **$15,271.78** | **$0.00** | **$0.00** | **$0.00** | **$540.80** | **$15,812.58** | | **$15,812.58** | **$13,357.18** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                    Brian Leonard

### Account Balance by Plan Year & Deferral Source - Cont.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2002 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $28,890.44 | $0.00 | $0.00 | $0.00 | $1,023.07 | $29,913.51 | N/A | $29,913.51 | $25,182.07 |
| Salary Deferrals | $3,710.89 | $0.00 | $0.00 | $0.00 | $131.42 | $3,842.31 | N/A | $3,842.31 | $3,082.30 |
| **2002 SUBTOTAL** | **$32,601.33** | **$0.00** | **$0.00** | **$0.00** | **$1,154.49** | **$33,755.82** | | **$33,755.82** | **$28,264.37** |
| **2001 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $16,221.06 | $0.00 | $0.00 | $0.00 | $574.41 | $16,795.47 | N/A | $16,795.47 | $14,379.00 |
| Salary Deferrals | $2,714.87 | $0.00 | $0.00 | $0.00 | $96.13 | $2,811.00 | N/A | $2,811.00 | $2,371.00 |
| **2001 SUBTOTAL** | **$18,935.93** | **$0.00** | **$0.00** | **$0.00** | **$670.54** | **$19,606.47** | | **$19,606.47** | **$16,750.00** |
| **GRAND TOTALS** | **$115,117.68** | **$561.64** | **$0.00** | **$0.00** | **$4,120.06** | **$119,799.38** | | **$119,799.38** | **$117,661.18** |

### Account Balance by Plan Year & Fund
Summary of your account activity by Plan year and fund (combining all deferral sources).

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | | | |
| Van Kampen UIF Emerging Markets Debt - Class I | $1,586.51 | $56.18 | $0.00 | $0.00 | $0.00 | $107.82 | $1,750.51 | 12.36% |
| Fidelity VIP II Asset Manager - Initial Class | $1,425.20 | $56.18 | $0.00 | $0.00 | $0.00 | $34.43 | $1,515.81 | 10.71% |
| Oppenheimer Balanced VA - Non-Service Shares | $1,188.93 | $56.18 | $0.00 | $0.00 | $0.00 | $10.34 | $1,255.45 | 8.87% |
| American Century VP Income & Growth - Class I | $2,032.17 | $84.25 | $0.00 | $0.00 | $0.00 | $64.58 | $2,181.00 | 15.40% |
| Oppenheimer Capital Appreciation VA - Non-Service Shares | $1,172.69 | $56.18 | $0.00 | $0.00 | $0.00 | $31.80 | $1,260.67 | 8.90% |
| AIM V.I. Capital Development - Series I Shares | $1,738.42 | $84.25 | $0.00 | $0.00 | $0.00 | $34.92 | $1,857.59 | 13.12% |
| Van Kampen UIF Mid Cap Growth - Class I | $1,140.87 | $56.06 | $0.00 | $0.00 | $0.00 | $34.99 | $1,231.92 | 8.70% |
| Credit Suisse Small Cap Core | $1,317.48 | $56.18 | $0.00 | $0.00 | $0.00 | $71.25 | $1,444.91 | 10.20% |
| NVIT Health Sciences - Class I | $1,488.47 | $56.18 | $0.00 | $0.00 | $0.00 | $117.01 | $1,661.66 | 11.74% |
| **2008 SUBTOTAL** | **$13,090.74** | **$561.64** | **$0.00** | **$0.00** | **$0.00** | **$507.14** | **$14,159.52** | **100.00%** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                                            Brian Leonard

### Account Balance by Plan Year & Fund - Cont.

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2004 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $2,874.54 | $0.00 | $0.00 | $0.00 | $0.00 | $105.21 | $2,979.75 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $2,497.83 | $0.00 | $0.00 | $0.00 | $0.00 | $160.64 | $2,658.47 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,941.69 | $0.00 | $0.00 | $0.00 | $0.00 | $90.58 | $2,032.27 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $8,428.61 | $0.00 | $0.00 | $0.00 | $0.00 | $309.00 | $8,737.61 | 23.97% |
| Fidelity VIP Growth - Initial Class | $6,895.47 | $0.00 | $0.00 | $0.00 | $0.00 | ($20.27) | $6,875.20 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $4,999.75 | $0.00 | $0.00 | $0.00 | $0.00 | $119.11 | $5,118.86 | 14.04% |
| Royce Capital Micro-Cap | $3,447.13 | $0.00 | $0.00 | $0.00 | $0.00 | $199.95 | $3,647.08 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,960.74 | $0.00 | $0.00 | $0.00 | $0.00 | $132.05 | $2,092.79 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $2,172.14 | $0.00 | $0.00 | $0.00 | $0.00 | $150.82 | $2,322.96 | 6.37% |
| **2004 SUBTOTAL** | **$35,217.90** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,247.09** | **$36,464.99** | **100.00%** |
| **2003 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $1,246.50 | $0.00 | $0.00 | $0.00 | $0.00 | $45.63 | $1,292.13 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $1,083.16 | $0.00 | $0.00 | $0.00 | $0.00 | $69.66 | $1,152.82 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $841.99 | $0.00 | $0.00 | $0.00 | $0.00 | $39.28 | $881.27 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $3,654.96 | $0.00 | $0.00 | $0.00 | $0.00 | $134.00 | $3,788.96 | 23.97% |
| Fidelity VIP Growth - Initial Class | $2,990.12 | $0.00 | $0.00 | $0.00 | $0.00 | ($8.79) | $2,981.33 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $2,168.08 | $0.00 | $0.00 | $0.00 | $0.00 | $51.64 | $2,219.72 | 14.04% |
| Royce Capital Micro-Cap | $1,494.80 | $0.00 | $0.00 | $0.00 | $0.00 | $86.71 | $1,581.51 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $850.25 | $0.00 | $0.00 | $0.00 | $0.00 | $57.26 | $907.51 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $941.92 | $0.00 | $0.00 | $0.00 | $0.00 | $65.41 | $1,007.33 | 6.37% |
| **2003 SUBTOTAL** | **$15,271.78** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$540.80** | **$15,812.58** | **100.00%** |
| **2002 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $2,660.97 | $0.00 | $0.00 | $0.00 | $0.00 | $97.41 | $2,758.38 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $2,312.25 | $0.00 | $0.00 | $0.00 | $0.00 | $148.71 | $2,460.96 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,797.43 | $0.00 | $0.00 | $0.00 | $0.00 | $83.85 | $1,881.28 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $7,802.39 | $0.00 | $0.00 | $0.00 | $0.00 | $286.05 | $8,088.44 | 23.97% |
| Fidelity VIP Growth - Initial Class | $6,383.16 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.76) | $6,364.40 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $4,628.29 | $0.00 | $0.00 | $0.00 | $0.00 | $110.26 | $4,738.55 | 14.04% |
| Royce Capital Micro-Cap | $3,191.03 | $0.00 | $0.00 | $0.00 | $0.00 | $185.10 | $3,376.13 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,815.06 | $0.00 | $0.00 | $0.00 | $0.00 | $122.24 | $1,937.30 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $2,010.75 | $0.00 | $0.00 | $0.00 | $0.00 | $139.63 | $2,150.38 | 6.37% |
| **2002 SUBTOTAL** | **$32,601.33** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,154.49** | **$33,755.82** | **100.00%** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                                                                      Brian Leonard

## Account Balance by Plan Year & Fund - Cont.

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2001 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $1,545.58 | $0.00 | $0.00 | $0.00 | $0.00 | $56.57 | $1,602.15 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $1,343.05 | $0.00 | $0.00 | $0.00 | $0.00 | $86.37 | $1,429.42 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,044.01 | $0.00 | $0.00 | $0.00 | $0.00 | $48.71 | $1,092.72 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $4,531.88 | $0.00 | $0.00 | $0.00 | $0.00 | $166.15 | $4,698.03 | 23.97% |
| Fidelity VIP Growth - Initial Class | $3,707.52 | $0.00 | $0.00 | $0.00 | $0.00 | ($10.91) | $3,696.61 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $2,688.27 | $0.00 | $0.00 | $0.00 | $0.00 | $64.04 | $2,752.31 | 14.04% |
| Royce Capital Micro-Cap | $1,853.45 | $0.00 | $0.00 | $0.00 | $0.00 | $107.50 | $1,960.95 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,054.25 | $0.00 | $0.00 | $0.00 | $0.00 | $71.01 | $1,125.26 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $1,167.92 | $0.00 | $0.00 | $0.00 | $0.00 | $81.10 | $1,249.02 | 6.37% |
| **2001 SUBTOTAL** | **$18,935.93** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$670.54** | **$19,606.47** | **100.00%** |
| | | | | | | | | |
| **GRAND TOTALS** | **$115,117.68** | **$561.64** | **$0.00** | **$0.00** | **$0.00** | **$4,120.06** | **$119,799.38** | |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                                              Brian Leonard

### Current Deferral Election(s)

Shows latest effective deferral election for the Plan year(s) indicated

| Deferral Source | Effective Date | Election |
|---|---|---|
| 2008 Bonus Deferrals | 01/02/08 | 25% |
| 2008 Commission Deferrals | 01/02/08 | 10% |
| 2008 Salary Deferrals | 01/02/08 | 2% |

### *Are you saving enough for retirement?*

MullinTBG's Retirement Gap Analysis tool can help you find out. The tool is on your Plan's Enrollment or Election Information pages at www.MullinTBG.com.

### Distribution Event(s) by Plan Year & Deferral Source

Distribution is based upon your election or the Plan default. The"Assumed Balance at Distribution" is based upon an annual compounding rate of return of **5.00%** and, pursuant to the distribution event reflected below, assumes the distribution will occur on your elected distribution date or a retirement age of **65**, as selected by your Plan Sponsor.

| | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | |
| **Bonus Deferrals** | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $0.00 | $0.00 |
| **Bonus Deferrals** | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $12,614.18 | $20,547.17 |
| **Commission Deferrals** | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $12,614.18 | $38,275.03 |
| **Salary Deferrals** | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $1,545.34 | $2,517.20 |
| **Salary Deferrals** | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $1,545.34 | $4,689.00 |
| **2004 Plan Year** | | | | | | |
| **Bonus Deferrals** | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $0.00 | $0.00 |
| **Bonus Deferrals** | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $33,554.20 | $54,656.26 |
| **Commission Deferrals** | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $33,554.20 | $101,813.05 |
| **Salary Deferrals** | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $2,910.79 | $4,741.37 |
| **Salary Deferrals** | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $2,910.79 | $8,832.17 |
| **2003 Plan Year** | | | | | | |
| **Bonus Deferrals** | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $12,126.34 | $36,794.79 |
| **Salary Deferrals** | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $3,686.24 | $11,185.11 |
| **2002 Plan Year** | | | | | | |
| **Bonus Deferrals** | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $29,913.51 | $90,766.15 |
| **Salary Deferrals** | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $3,842.31 | $11,658.67 |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                                   Brian Leonard

## Distribution Event(s) by Plan Year & Deferral Source - Cont.

| | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| **2001 Plan Year** | | | | | | |
| **Bonus Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $0.00 | $0.00 |
| **Bonus Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $16,795.47 | $23,632.91 |
| **Commission Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $16,795.47 | $50,962.26 |
| **Salary Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $2,811.00 | $3,955.36 |
| **Salary Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $2,811.00 | $8,529.38 |

## Current Investment Allocation by Plan Year & Deferral Source

Summary of current investment allocation by deferral source within each Plan year.

| 2008 Plan Year | Bonus Deferrals | Commission Deferrals | Salary Deferrals |
|---|---|---|---|
| Van Kampen UIF Emerging Markets Debt - Class I | 10.00% | 10.00% | 10.00% |
| Fidelity VIP II Asset Manager - Initial Class | 10.00% | 10.00% | 10.00% |
| Oppenheimer Balanced VA - Non-Service Shares | 10.00% | 10.00% | 10.00% |
| American Century VP Income & Growth - Class I | 15.00% | 15.00% | 15.00% |
| Oppenheimer Capital Appreciation VA - Non-Service Shares | 10.00% | 10.00% | 10.00% |
| AIM V.I. Capital Development - Series I Shares | 15.00% | 15.00% | 15.00% |
| Van Kampen UIF Mid Cap Growth - Class I | 10.00% | 10.00% | 10.00% |
| Credit Suisse Small Cap Core | 10.00% | 10.00% | 10.00% |
| NVIT Health Sciences - Class I | 10.00% | 10.00% | 10.00% |
| **2008 TOTAL** | **100.00%** | **100.00%** | **100.00%** |

## Beneficiary Designation(s)

| Name | Primary/Contingent | Relationship | Percentage |
|---|---|---|---|
| Elvyn B. Leonard | Primary | Spouse | 100% |

### Is your beneficiary information up to date?

If not, you can change/designate your beneficiary(ies) at www.MullinTBG.com.

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

February 2. 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP          Attn:  James Bromley
One Liberty Plaza,
New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP             Attn:  Derek C Abbott
1201 North Market St,
PO Box 1347
Wilmington, Delaware 19801

**Chapter 11**
**Case No. 09-101138 (KG)**
**Nortel Networks Inc (NNI) et al**

Dear Sir or Madam,

I have received and reviewed Docket 4638 dated 12-22-10 from the United States bankruptcy
Court referencing the Nortel Networks US Deferred Compensation Plan. I wish to oppose the
entry of an order approving the Motion for an Order 1) approving the stipulation; 2) directing
US Bank National Association to turn over property of Nortel Networks and; 3) granting related
relief to the Nortel Networks U.S. deferred compensation plan ("Order") and I am hereby filling
an objection.

## Grounds for Objection and Rejection of Motion and Stipulation

There are several reasons to request, in this Objection, that the Court reject the Motion and
Stipulation as provided in Docket 4638.

- **Availability of information:** In late 2009, Nortel Networks and Mullin TBG had
  knowledge of the bankruptcy planning and did not properly forewarn all of their
  investors with respect to the risk of their investments in the context of an eventual
  bankruptcy. Adequate and proper disclosure would have triggered most plan
  contributors to immediately withdraw their investments and avoid this current
  procedure. Certain executives that liquidated their Deferred Compensation accounts

prior to Nortel Network's filing of Chapter 11, did so based on information that was not made available to the average Plan participant.

- **Nonscheduled In-Service Withdrawal:** Acknowledging the statement above, I did not feel secure in the way Nortel was communicating their position and thus began the Withdrawal process on December 11, 2008. I formally submitted (via facsimile) my NONSCHEDULED IN-SERVICE WITHDRAWAL FORM on December 11, 2008 at 2:42pm EST. I then submitted (via Fax) my DISTRIBUTION ELECTION FORM (Request for Hardship Withdrawal) on December 11, 2008 at 2:42pm EST. Next, I submitted (via Fax ) a 2 page letter (signed and initialed) on December 11, 2008 at 2:42pm EST. I have confirmation that each of these pages was received. I also submitted the same package of information in an email on December 11, 2008 at 11:07am EST. Denise Carr (Nortel MullinTBG prime) responded to my email stating that I needed to FAX all the above information to her. My request with MullinTBG was **PROCESSED** on December 31, 2008. As shown on my MullinTBG internet statement printed on January 16, 2009. While waiting for my check, SIXTEEN days later, Nortel files bankruptcy and had HALTED my payout. This doesn't seem legal itself. (all copies are part of this memo).

- **Enrolment requirements to participate in the Plan:** The list of 325 individuals receiving Docket 4638 does not represent a "select group of management and highly paid employees", as stated in the Motion. Very few individuals on the list were "management" having "policy making and executive responsibility" when they qualified to contribute to the plan. I can speak for myself in that I had NO employees reporting to myself either directly or indirectly. Additionally, I had no executive responsibility.

  With respect to the compensation level of the employees participating, I was told by plan administrators that employees qualified based on their actual earnings in the prior year which included sales compensations and bonuses. Recently I learned that this is actually not the case and that qualification in the plan was based on total target compensation level of the employee. The first year I qualified for the plan my total compensation level was $143,190.

  If the plan administrators were accurate when they described the qualification criteria as including paid bonuses and sales commissions, then employees qualified because in any particular year their compensations increased beyond Plan's participation threshold and not because their income level was consistently above the threshold. In this scenario it is again in no way accurate to characterize these individuals as "highly paid employees" relative to the compensation of the senior management for whom a Rabbi Trust is intended.

- **Disclosure of the Plan's risk and accuracy of information:** Minimal information about the plan (between 2000 and 2003) was made available to participants. Conference calls and PowerPoint charts were used to formally communicate the plan, but the presentations were focused on the investment benefits of

participating in the plan and not the risks associated with investing in such a plan. Employees were encouraged to participate and were told it was a safe retirement strategy similar to a 401k. On many occasions these presentations provided confusing and contradictory information that, at the time, did not seem significant. In retrospect, this information was paramount in ascertaining the actual risk level of the Plan. Examples of information that was either incorrectly communicated or deliberately omitted from the presentations include: the lack of disclosure made available about the Plan risk, timing on how quickly funds could be removed from the plan and even confusion on the Plan participation requirements (see first point).

## Recommendations for Action by the Court

1. That the Motion and Stipulation in Docket 4638 are rejected.
2. That Mullin TBG be instructed to immediately distribute in full the Differed Compensation plan balance to each participant

Sincerely,

Brian Leonard
1030 Chasewood Trail
Alpharetta, GA 30005



# Nonscheduled In-Service Withdrawal Form

### FOR 2004 AND EARLIER PLAN YEARS

*U.S. Deferred Compensation Plan*

Pursuant to the Nortel Networks U.S. Deferred Compensation Plan (the "Plan"), I hereby elect to receive my entire 2004 and earlier Plan year balance under the Plan as soon as administratively possible following receipt and valuation of this election by MullinTBG.

I understand and acknowledge the following:

1. This election will only affect my 2004 and earlier Plan year balances (Nonscheduled Withdrawals are not available for 2005 and later Plan years).

2. This nonscheduled, immediate distribution is subject to a 10% penalty (90% of my account balance will be distributed to me and I will forfeit the remaining 10%).

3. Valuation of my account will be made as of the last business day of the month after receipt of this form by MullinTBG.

4. The distribution amount will be communicated by MullinTBG to Nortel within 10 business days of MullinTBG's receipt of all necessary data. Nortel will then process the distribution as soon as administratively feasible thereafter concurrent with a payroll run.

5. This nonscheduled withdrawal will not impact any deferral elections that I currently have on file.

6. I am barred from making future deferral elections during open enrollment for the Plan year immediately following this request.

7. A maximum of two Nonscheduled Withdrawals are permitted.

---

**Complete & Sign Below** *(PLEASE PRINT OR USE DISTINCTLY BLACK INK)*

LEONARD, BRIAN
Participant's Last Name, First Name

*Brin A. Leonard*
Participant's Signature

DEC, 11, 2008
Date

678-910-3007
Participant's Contact Telephone Number or Email Address

| 3 | 0 | 3 | 8 | 4 | 9 | 3 | 4 | 3 |
Social Security Number

*EITHER MAIL OR FAX (do not do both) TO:*
MullinTBG Document Center, 2029 Century Park East, 37ᵗʰ Floor, Los Angeles, CA 90067 OR (310) 203-0740 (fax)
Questions: Call (800) 824-0040 M – F between 6:00 a.m. and 6:00 p.m. Pacific Time



PID:05589-113-06.08

Denise,

Thank you for this information. I apologize for my late response.

I am submitting the form to withdraw money deferred prior to 2005 (see attached) *[if you require that I fax this or mail it, please let me know, as I thought this would be easier]*.

In addition, I am officially requesting to withdraw my 2008 contributions.

Following the guidelines listed below, I will use the red highlighted bullet which states, "<u>Any other extraordinary and unforeseeable circumstance arising as a result of events beyond your control.</u>"

As my account will show, I am employed by Nortel Networks. We are in a very real position of extraordinary and unforeseeable circumstances. And these are definitely out of my control. This is the definition of an "unforeseeable emergency".

**If I am not allowed to withdrawal MY funds, they will be completely lost in a Bankruptcy restructure.**

I have copied a few blurbs highlighting the position Nortel is in.

> **After Long Struggle, Nortel Faces Tough Choices**
> *As Sales Slump and Cash Dwindles, Fallen Telecom Star Seeks to Restructure and Sell Assets, but Buyers Are Scarce*
> *http://online.wsj.com/article/SB122896188192096993.html?mod=googlenews_wsj*
>
> *Nortel Networks Corp.'s contemplation of a bankruptcy filing comes after years of strategic missteps, accounting scandals and failed restructurings that have reduced the company, once one of Canada's flagships, to a shadow of its former self.*
>
>
> **Nortel Gets Advice From Lazard, Cleary, People Say (Update1)**
> *http://www.bloomberg.com/apps/news?pid=20601082&sid=aiLUFIDs2Zj8&refer=canada*
>
> *Dec. 10 (Bloomberg) -- Nortel Networks Corp., North America's largest maker of phone equipment, is working with Lazard Ltd. and law firm Cleary Gottlieb Steen & Hamilton on options, including a possible bankruptcy filing, according to people familiar with the situation.*
>
> *Nortel said today it engaged advisers to plot strategy and is striving to improve its financial footing. Lazard, the investment firm led by Bruce Wasserstein, and James Bromley, a lawyer at Cleary, will help decide whether bankruptcy is the best option, according to the people, who declined to be identified.*
>
> *Nortel, whose predecessor was founded more than a century ago, has lost 97 percent of its market value this year as customers reined in spending and switched to newer technology from Cisco Systems Inc. and other rivals. Nortel has posted almost $7 billion in losses since Chief Executive Officer Mike Zafirovski took over in 2005, fueling speculation of a bankruptcy.*

### Nortel Posts Biggest Loss in 7 Years, Cuts 1,300 Jobs (Update1)

By Amy Thomson and Vivek Shankar

Nov. 10 (Bloomberg) -- Nortel Networks Corp., North America's largest maker of telephone equipment, posted its biggest net loss in seven years and announced plans to cut 1,300 jobs after customers scaled back budgets.

The third-quarter net loss amounted to $3.4 billion, or $6.85 a share, Nortel said today. That included a $3.2 billion expense to write down the value of part of its business and deferred tax assets.

### What's next for Nortel? More cost cuts won't be enough

SIMON AVERY

From Saturday's Globe and Mail

November 7, 2008 at 7:25 PM EST

Nortel Networks Corp. is almost out of options. A battered economy, a shrinking industry, fierce price competition from emerging Chinese rivals, a bloated balance sheet and weak product lineup have aligned to force the struggling company's hand.

On Monday, president and chief executive officer Mike Zafirovski is expected to announce another round of jobs cuts and office closings, amounting to about 10 per cent of staff, or 3,000 positions. But cost cutting alone will not appease restless investors and analysts.

### Nortel may face bankruptcy, price target cut to zero

Posted: November 13, 2008, 9:00 AM by Jonathan Ratner

It's not often that you see an analyst cut their price target on a stock to zero. But when a company looks like it may face bankruptcy, you can see why it may be a sensible choice. The analyst is Mark Sue with RBC Capital Markets. The company? You guessed it, Nortel Networks Corp.

It has US$2.65-billion in cash but is overwhelmed by a hefty cash burn rate and debt. The macro environment is getting worse, Nortel has a challenging industry position, and it faces liquidity concerns when the capital markets are essentially closed, Mr. Sue told clients. As a result, he thinks bankruptcy is a distinct possibility down the road.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard



**Brian Leonard**
1030 CHASEWOOD TRAIL
ALPHARETTA, GA 30005

## Account Summary

|  | Current Period | Year to Date |
|---|---|---|
| Beginning Balance: | $115,117.68 | $178,367.92 |
| Deferrals: | $561.64 | $20,331.85 |
| Distributions: | $0.00 | $0.00 |
| Gains/(Losses): | $4,120.06 | ($78,900.39) |
| **Ending Balance:** | **$119,799.38** | **$119,799.38** |
| Vested Balance: | $119,799.38 | $119,799.38 |

## Return Summary

|  | Last Month* | Year to Date |
|---|---|---|
| Rate of Return: | 3.6% | -40.7% |

*Last Month refers to the last month of the statement period shown above.

## Account Value (year-to-date)

The thick line represents your beginning balance, plus deferrals and less distributions throughout the year; the shaded area above/below reflects your account value.



## Personal Information

| Plan ID: | 5589 |
|---|---|
| Employee ID: | 211651 |
| Hire Date: | 06/01/92 |
| Plan Entry Date: | 01/02/01 |
| Statement Printed: | 01/26/09 |

## Did You Know?

View your account benefit statements online at www.MullinTBG.com. You can customize your statement's date range.

Download online data directly into Excel by simply clicking the Export to Excel feature on the Participant Home Page, Account Summary or Balance Detail pages. A new window will open with your information formatted in Excel.

MullinTBG's new personal rate of return calculator makes it easy to view account performance by Plan year, deferral source, or by date.

## Contact Us

If you have any questions, please call your MullinTBG Client Services Team at 800-824-0040, from 6 a.m. to 6 p.m. Monday through Friday PST.

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

## Ending Balance by Asset Class



Specialty Bond 12.80%  Core Bond 7.20%

International/Global 10.68%

Small Cap 10.03%

Sector/Specialty 1.39%
Multi-Asset 2.31%

Mid Cap 14.96%

Large Cap 40.63%

**Please note:**

You can change your asset allocations online at www.MullinTBG.com.

## Account Balance by Plan Year & Deferral Source

Summary of your account activity for each Plan year by deferral source. Deferrals to Date represent the total contributions by deferral source for each Plan year from inception to the end of the statement period.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $11,846.48 | $321.46 | $0.00 | $0.00 | $446.24 | $12,614.18 | N/A | $12,614.18 | $18,334.50 |
| Salary Deferrals | $1,244.26 | $240.18 | $0.00 | $0.00 | $60.90 | $1,545.34 | N/A | $1,545.34 | $1,997.35 |
| **2008 SUBTOTAL** | **$13,090.74** | **$561.64** | **$0.00** | **$0.00** | **$507.14** | **$14,159.52** | | **$14,159.52** | **$20,331.85** |
| **2004 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $32,406.65 | $0.00 | $0.00 | $0.00 | $1,147.55 | $33,554.20 | N/A | $33,554.20 | $35,875.48 |
| Salary Deferrals | $2,811.25 | $0.00 | $0.00 | $0.00 | $99.54 | $2,910.79 | N/A | $2,910.79 | $3,082.30 |
| **2004 SUBTOTAL** | **$35,217.90** | **$0.00** | **$0.00** | **$0.00** | **$1,247.09** | **$36,464.99** | | **$36,464.99** | **$38,957.78** |
| **2003 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $11,711.61 | $0.00 | $0.00 | $0.00 | $414.73 | $12,126.34 | N/A | $12,126.34 | $10,274.88 |
| Salary Deferrals | $3,560.17 | $0.00 | $0.00 | $0.00 | $126.07 | $3,686.24 | N/A | $3,686.24 | $3,082.30 |
| **2003 SUBTOTAL** | **$15,271.78** | **$0.00** | **$0.00** | **$0.00** | **$540.80** | **$15,812.58** | | **$15,812.58** | **$13,357.18** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

### Account Balance by Plan Year & Deferral Source - Cont.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2002 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $28,890.44 | $0.00 | $0.00 | $0.00 | $1,023.07 | $29,913.51 | N/A | $29,913.51 | $25,182.07 |
| Salary Deferrals | $3,710.89 | $0.00 | $0.00 | $0.00 | $131.42 | $3,842.31 | N/A | $3,842.31 | $3,082.30 |
| **2002 SUBTOTAL** | **$32,601.33** | **$0.00** | **$0.00** | **$0.00** | **$1,154.49** | **$33,755.82** | | **$33,755.82** | **$28,264.37** |
| **2001 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $16,221.06 | $0.00 | $0.00 | $0.00 | $574.41 | $16,795.47 | N/A | $16,795.47 | $14,379.00 |
| Salary Deferrals | $2,714.87 | $0.00 | $0.00 | $0.00 | $96.13 | $2,811.00 | N/A | $2,811.00 | $2,371.00 |
| **2001 SUBTOTAL** | **$18,935.93** | **$0.00** | **$0.00** | **$0.00** | **$670.54** | **$19,606.47** | | **$19,606.47** | **$16,750.00** |
| **GRAND TOTALS** | **$115,117.68** | **$561.64** | **$0.00** | **$0.00** | **$4,120.06** | **$119,799.38** | | **$119,799.38** | **$117,661.18** |

### Account Balance by Plan Year & Fund
Summary of your account activity by Plan year and fund (combining all deferral sources).

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | | | |
| Van Kampen UIF Emerging Markets Debt - Class I | $1,586.51 | $56.18 | $0.00 | $0.00 | $0.00 | $107.82 | $1,750.51 | 12.36% |
| Fidelity VIP II Asset Manager - Initial Class | $1,425.20 | $56.18 | $0.00 | $0.00 | $0.00 | $34.43 | $1,515.81 | 10.71% |
| Oppenheimer Balanced VA - Non-Service Shares | $1,188.93 | $56.18 | $0.00 | $0.00 | $0.00 | $10.34 | $1,255.45 | 8.87% |
| American Century VP Income & Growth - Class I | $2,032.17 | $84.25 | $0.00 | $0.00 | $0.00 | $64.58 | $2,181.00 | 15.40% |
| Oppenheimer Capital Appreciation VA - Non-Service Shares | $1,172.69 | $56.18 | $0.00 | $0.00 | $0.00 | $31.80 | $1,260.67 | 8.90% |
| AIM V.I. Capital Development - Series I Shares | $1,738.42 | $84.25 | $0.00 | $0.00 | $0.00 | $34.92 | $1,857.59 | 13.12% |
| Van Kampen UIF Mid Cap Growth - Class I | $1,140.87 | $56.06 | $0.00 | $0.00 | $0.00 | $34.99 | $1,231.92 | 8.70% |
| Credit Suisse Small Cap Core | $1,317.48 | $56.18 | $0.00 | $0.00 | $0.00 | $71.25 | $1,444.91 | 10.20% |
| NVIT Health Sciences - Class I | $1,488.47 | $56.18 | $0.00 | $0.00 | $0.00 | $117.01 | $1,661.66 | 11.74% |
| **2008 SUBTOTAL** | **$13,090.74** | **$561.64** | **$0.00** | **$0.00** | **$0.00** | **$507.14** | **$14,159.52** | **100.00%** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

# Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

## Account Balance by Plan Year & Fund - Cont.

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2004 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $2,874.54 | $0.00 | $0.00 | $0.00 | $0.00 | $105.21 | $2,979.75 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $2,497.83 | $0.00 | $0.00 | $0.00 | $0.00 | $160.64 | $2,658.47 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,941.69 | $0.00 | $0.00 | $0.00 | $0.00 | $90.58 | $2,032.27 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $8,428.61 | $0.00 | $0.00 | $0.00 | $0.00 | $309.00 | $8,737.61 | 23.97% |
| Fidelity VIP Growth - Initial Class | $6,895.47 | $0.00 | $0.00 | $0.00 | $0.00 | ($20.27) | $6,875.20 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $4,999.75 | $0.00 | $0.00 | $0.00 | $0.00 | $119.11 | $5,118.86 | 14.04% |
| Royce Capital Micro-Cap | $3,447.13 | $0.00 | $0.00 | $0.00 | $0.00 | $199.95 | $3,647.08 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,960.74 | $0.00 | $0.00 | $0.00 | $0.00 | $132.05 | $2,092.79 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $2,172.14 | $0.00 | $0.00 | $0.00 | $0.00 | $150.82 | $2,322.96 | 6.37% |
| **2004 SUBTOTAL** | **$35,217.90** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,247.09** | **$36,464.99** | **100.00%** |
| **2003 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $1,246.50 | $0.00 | $0.00 | $0.00 | $0.00 | $45.63 | $1,292.13 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $1,083.16 | $0.00 | $0.00 | $0.00 | $0.00 | $69.66 | $1,152.82 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $841.99 | $0.00 | $0.00 | $0.00 | $0.00 | $39.28 | $881.27 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $3,654.96 | $0.00 | $0.00 | $0.00 | $0.00 | $134.00 | $3,788.96 | 23.97% |
| Fidelity VIP Growth - Initial Class | $2,990.12 | $0.00 | $0.00 | $0.00 | $0.00 | ($8.79) | $2,981.33 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $2,168.08 | $0.00 | $0.00 | $0.00 | $0.00 | $51.64 | $2,219.72 | 14.04% |
| Royce Capital Micro-Cap | $1,494.80 | $0.00 | $0.00 | $0.00 | $0.00 | $86.71 | $1,581.51 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $850.25 | $0.00 | $0.00 | $0.00 | $0.00 | $57.26 | $907.51 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $941.92 | $0.00 | $0.00 | $0.00 | $0.00 | $65.41 | $1,007.33 | 6.37% |
| **2003 SUBTOTAL** | **$15,271.78** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$540.80** | **$15,812.58** | **100.00%** |
| **2002 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $2,660.97 | $0.00 | $0.00 | $0.00 | $0.00 | $97.41 | $2,758.38 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $2,312.25 | $0.00 | $0.00 | $0.00 | $0.00 | $148.71 | $2,460.96 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,797.43 | $0.00 | $0.00 | $0.00 | $0.00 | $83.85 | $1,881.28 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $7,802.39 | $0.00 | $0.00 | $0.00 | $0.00 | $286.05 | $8,088.44 | 23.97% |
| Fidelity VIP Growth - Initial Class | $6,383.16 | $0.00 | $0.00 | $0.00 | $0.00 | ($18.76) | $6,364.40 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $4,628.29 | $0.00 | $0.00 | $0.00 | $0.00 | $110.26 | $4,738.55 | 14.04% |
| Royce Capital Micro-Cap | $3,191.03 | $0.00 | $0.00 | $0.00 | $0.00 | $185.10 | $3,376.13 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,815.06 | $0.00 | $0.00 | $0.00 | $0.00 | $122.24 | $1,937.30 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $2,010.75 | $0.00 | $0.00 | $0.00 | $0.00 | $139.63 | $2,150.38 | 6.37% |
| **2002 SUBTOTAL** | **$32,601.33** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,154.49** | **$33,755.82** | **100.00%** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008

Brian Leonard

### Account Balance by Plan Year & Fund - Cont.

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **2001 Plan Year** | | | | | | | | |
| Oppenheimer Core Bond VA - Non-Service Shares | $1,545.58 | $0.00 | $0.00 | $0.00 | $0.00 | $56.57 | $1,602.15 | 8.17% |
| Van Eck WIT Worldwide Bond - Initial Class | $1,343.05 | $0.00 | $0.00 | $0.00 | $0.00 | $86.37 | $1,429.42 | 7.29% |
| Van Kampen NVIT Multi Sector Bond - Class I | $1,044.01 | $0.00 | $0.00 | $0.00 | $0.00 | $48.71 | $1,092.72 | 5.57% |
| Oppenheimer Main Street VA - Non-Service Shares | $4,531.88 | $0.00 | $0.00 | $0.00 | $0.00 | $166.15 | $4,698.03 | 23.97% |
| Fidelity VIP Growth - Initial Class | $3,707.52 | $0.00 | $0.00 | $0.00 | $0.00 | ($10.91) | $3,696.61 | 18.85% |
| Wells Fargo Advantage VT Opportunity | $2,688.27 | $0.00 | $0.00 | $0.00 | $0.00 | $64.04 | $2,752.31 | 14.04% |
| Royce Capital Micro-Cap | $1,853.45 | $0.00 | $0.00 | $0.00 | $0.00 | $107.50 | $1,960.95 | 10.00% |
| Fidelity VIP Overseas - Initial Class | $1,054.25 | $0.00 | $0.00 | $0.00 | $0.00 | $71.01 | $1,125.26 | 5.74% |
| Gartmore NVIT Emerging Markets - Class I | $1,167.92 | $0.00 | $0.00 | $0.00 | $0.00 | $81.10 | $1,249.02 | 6.37% |
| **2001 SUBTOTAL** | **$18,935.93** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$670.54** | **$19,606.47** | **100.00%** |
| **GRAND TOTALS** | **$115,117.68** | **$561.64** | **$0.00** | **$0.00** | **$0.00** | **$4,120.06** | **$119,799.38** | |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

**MullinTBG**

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                    Brian Leonard

### Current Deferral Election(s)

Shows latest effective deferral election for the Plan year(s) indicated.

| Deferral Source | Effective Date | Election |
|---|---|---|
| 2008 Bonus Deferrals | 01/02/08 | 25% |
| 2008 Commission Deferrals | 01/02/08 | 10% |
| 2008 Salary Deferrals | 01/02/08 | 7% |

**Are you saving enough for retirement?**

MullinTBG's Retirement Gap Analysis tool can help you find out. The tool is on your Plan's Enrollment or Election Information pages at www.MullinTBG.com.

### Distribution Event(s) by Plan Year & Deferral Source

Distribution is based upon your election or the Plan default. The "Assumed Balance at Distribution" is based upon an annual compounding rate of return of **5.00%** and, pursuant to the distribution event reflected below, assumes the distribution will occur on your elected distribution date or a retirement age of **65**, as selected by your Plan Sponsor.

| | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| **2008 Plan Year** | | | | | | |
| Bonus Deferrals | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $0.00 | $0.00 |
| Bonus Deferrals | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $12,614.18 | $20,547.17 |
| Commission Deferrals | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $12,614.18 | $38,275.03 |
| Salary Deferrals | 12/06/07 | 01/02/08 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $1,545.34 | $2,517.20 |
| Salary Deferrals | 12/06/07 | 01/02/08 | Termination | Quarterly Over 15 Years Commencing at Termination | $1,545.34 | $4,689.00 |
| **2004 Plan Year** | | | | | | |
| Bonus Deferrals | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $0.00 | $0.00 |
| Bonus Deferrals | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $33,554.20 | $54,656.26 |
| Commission Deferrals | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $33,554.20 | $101,813.05 |
| Salary Deferrals | 11/17/03 | 11/17/03 | Scheduled In-Service | Lump Sum Commencing Jan 2019 | $2,910.79 | $4,741.37 |
| Salary Deferrals | 11/17/03 | 11/17/03 | Termination | Quarterly Over 15 Years Commencing at Termination | $2,910.79 | $8,832.17 |
| **2003 Plan Year** | | | | | | |
| Bonus Deferrals | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $12,126.34 | $36,794.79 |
| Salary Deferrals | 12/05/02 | 12/05/02 | Termination | Quarterly Over 5 Years Commencing at Termination | $3,686.24 | $11,185.11 |
| **2002 Plan Year** | | | | | | |
| Bonus Deferrals | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $0.00 | $0.00 |
| Commission Deferrals | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $29,913.51 | $90,766.15 |
| Salary Deferrals | 12/04/01 | 12/04/01 | Termination | Quarterly Over 5 Years Commencing at Termination | $3,842.31 | $11,658.67 |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period December 1, 2008 - December 31, 2008                                              Brian Leonard

### Distribution Event(s) by Plan Year & Deferral Source - Cont.

| | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| **2001 Plan Year** | | | | | | |
| **Bonus Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $0.00 | $0.00 |
| **Bonus Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $0.00 | $0.00 |
| **Commission Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $16,795.47 | $23,632.91 |
| **Commission Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $16,795.47 | $50,962.26 |
| **Salary Deferrals** | 03/22/01 | 03/22/01 | Scheduled In-Service | Lump Sum Commencing Jan 2016 | $2,811.00 | $3,955.36 |
| **Salary Deferrals** | 03/22/01 | 03/22/01 | Termination | Quarterly Over 15 Years Commencing at Termination | $2,811.00 | $8,529.38 |

### Current Investment Allocation by Plan Year & Deferral Source

Summary of current investment allocation by deferral source within each Plan year.

| 2008 Plan Year | Bonus Deferrals | Commission Deferrals | Salary Deferrals |
|---|---|---|---|
| Van Kampen UIF Emerging Markets Debt - Class I | 10.00% | 10.00% | 10.00% |
| Fidelity VIP II Asset Manager - Initial Class | 10.00% | 10.00% | 10.00% |
| Oppenheimer Balanced VA - Non-Service Shares | 10.00% | 10.00% | 10.00% |
| American Century VP Income & Growth - Class I | 15.00% | 15.00% | 15.00% |
| Oppenheimer Capital Appreciation VA - Non-Service Shares | 10.00% | 10.00% | 10.00% |
| AIM V.I. Capital Development - Series I Shares | 15.00% | 15.00% | 15.00% |
| Van Kampen UIF Mid Cap Growth - Class I | 10.00% | 10.00% | 10.00% |
| Credit Suisse Small Cap Core | 10.00% | 10.00% | 10.00% |
| NVIT Health Sciences - Class I | 10.00% | 10.00% | 10.00% |
| **2008 TOTAL** | **100.00%** | **100.00%** | **100.00%** |

### Beneficiary Designation(s)

| Name | Primary/Contingent | Relationship | Percentage |
|---|---|---|---|
| Elvyn B. Leonard | Primary | Spouse | 100% |

*Is your beneficiary information up to date?*

If not, you can change/designate your beneficiary(ies) at www.MullinTBG.com.

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.