**EXHIBIT C**
**Enrollment Package**

**EXHIBIT C(i)(a)**
**US Bay Payroll Employees Information**



**NORTEL**
**NETWORKS**

*How the world shares ideas.*

**To:**        **U.S. Bay-Payrolled Employees**

**From:**      **Martin Cozyn, Global Compensation and Benefits**

**Date:**      **November 3, 1999**

**Re:**        **Important Information about the Bay Networks Deferred Compensation Plan**

As part of the Company's review of its financial rewards programs and the integration of Nortel and Bay Networks programs, the Company will merge the two organizations' deferred compensation plans on January 1, 2000.

With the merging of the plans, the eligibility requirements for the new Nortel Networks U.S. Deferred Compensation Plan have been changed. To defer compensation into the new plan beginning January 1, 2000, employees must have projected income (base pay plus targeted annual incentive bonus/commissions) in the year 2000 of $145,200 or more. This change has been made to comply with IRS rules that allow companies to offer these plans only to a relatively small group – generally no more than the top 5% – of highly compensated employees. ***As a result, as of January 1, 2000, you will not be eligible to defer compensation into the plan.*** If in the future, your projected annual income exceeds the minimum threshold, you will be notified of your eligiblity to participate in the plan.

Your past deferrals and investment growth in the Bay Networks Deferred Compensation Plan will roll into the new Nortel Networks U.S. Deferred Compensation Plan. Here's what the changes mean to you:

♦ You continue to decide how your existing deferred compensation account balance is deemed to be invested among the plan's fund options, with the opportunity to change your investment selections monthly

♦ The choices you have made about when and how you will receive future deferred compensation distributions from the plan remain in effect

♦ You continue to be eligible for hardship or immediate in-service withdrawals

**For More Information**

• Questions about eligibility should be directed to the North American Information Center at ESN 352-4636 (external 800-676-4636).

• Questions about your existing account and investments should be directed to TBG Financial at 800-824-0040

*[Please note, while the company intends to continue this plan indefinitely, it reserves the right to change or terminate the plan at any time, and to pay out any deferred compensation amounts at any time it is necessary to meet IRS guidelines for the plan.]*

**EXHIBIT C(i)(b)**
**Cover Letter - Bay**



**NORTEL**
**NETWORKS**

*How the world shares ideas.*

To:            **Eligible US Employees**

From:          **Martin Cozyn, Global Compensation and Benefits**

Date:          **November 3, 1999**

Re:            **Nortel Networks U.S. Deferred Compensation Plan**


As part of the overall evolution of financial rewards at Nortel Networks, we are introducing a new Deferred Compensation Plan for highly compensated employees in the U.S. The new Plan provides a means of deferring income and enjoying the investment return earned on pre-tax dollars from benchmark investment vehicles. Deferrals and growth on those deferrals are sheltered from current tax until they are withdrawn from the plan. The new plan is modeled on the Bay Networks Deferred Compensation Plan, and replaces both that plan and the Northern Telecom SMIAP and EMIP Deferral Plan. Eligibilty is based on level of compensation, not band.

**Based on your total projected income for 2000, you are eligible to participate in the plan. If you wish to participate, you must enroll by December 13, 1999.**

The plan allows you to defer income and enjoy tax advantages on your deferrals and their investment earnings until they are paid to you. It is flexible enough to meet a variety of personal financial goals -- to retire early, to get kids through college, to increase net worth through tax deferred investing, and so on. There are risks associated with this plan and those risks are explained in the enrollment materials.

If you decide to participate, deferrals of your pay will begin with the first paycheck you receive in January, 2000 and continue through your last paycheck in December, 2000. Bonus payments scheduled before July 1, 2000 are not eligible to be deferred in this plan year. Subsequent annual open enrollments will typically take place in November and December.

**Plan Highlights**

✓  You may defer and save up to 80% of your pre-tax annual base salary. You may also defer up to 95% of your commission and/or formal incentive bonus income (but not bonuses paid before July 1, 2000)

✓  You can choose from a diverse selection of 41 benchmark investment options

✓  You may change your investment selections monthly

✓  You may receive distributions under specified conditions while still employed at Nortel Networks

✓  You may choose lump sum or quarterly distributions upon termination, based upon advance election and meeting certain qualifications

**Existing Balances**
Participants with existing balances in the Bay Networks Deferred Compensation Plan will have those balances rolled into the new Nortel Networks U.S. Deferred Compensation Plan on January 1, 2000 with no change or effect. These balances will retain their current investment and distribution elections.

**What's Inside?**
This comprehensive package of enrollment materials will assist you in understanding how this plan will complement your financial savings goals. Included in the package are:

- A plan information booklet;
- A fund highlights booklet and historical performance information;
- A CD-ROM with an income replacement calculation spreadsheet and a slide presentation of the plan;
- All the forms necessary to enroll in the plan:
    - Plan Year 2000 Deferral Election Form
    - Investment Allocation Form
    - Distribution Election Form
    - Beneficiary Election Form
    - Life Insurance consent form
    - Participant Data Sheet
- A pre-addressed envelope for returning your forms to the Plan Administrator, TBG Financial.

**-over**

**Deadline**
To participate in the plan during the 2000 Plan year, **your enrollment forms must be received by TBG Financial, the Plan Administrator, in Los Angeles by December 13, 1999.**

**Want More Information?**
Corporate Benefits will be hosting informational meetings about the plan during the month of November. These 1 hour meetings will be presented in Nortel Networks offices with audio and video links to remote locations. See the table below for time, place and dial-in information.

If you have any eligibility or process questions, please call the North American Info Center at ESN 352-4636 (external 800-676-4636). You can obtain specific information related to the Deferred Compensation Plan design, investment offerings including fund prospectuses, and account balance information directly from the Plan Administrator, TBG Financial, by calling 800-824-0040.

### Meeting Schedule

| DATE | PLACE/ROOM | TIME |
|---|---|---|
| Monday and Tuesday November 15 and 16, 1999 | **Richardson, TX** HR Conference Room 10th Floor, Tower | 9:00 am (CST) **12:00 noon (CST)\*** (both days) |
| Wednesday November 17, 1999 | **Atlanta, GA** Fair Oaks Room 3rd Floor, Vision | 9:00 am (EST) **12:00 noon (EST)\*** |
| Thursday November 18, 1999 | **Raleigh, NC** Mahogany Room Column F-12, NT Plaza | 9:00 am (EST) **12:00 noon (EST)\*** |
| Friday November 19, 1999 | **Raleigh, NC** Boxwood Room Column W7/2, Gateway | 9:00 am (EST) **12:00 noon (EST)\*** |
| Tuesday November 30, 1999 | **Santa Clara, CA** Astra Board Room SC2-03 **Billerica, MA (video link)** Board Room BL60-4C22 | 9:00 am (PST) **12:00 noon (PST)\*** 12:00 noon (EST) **3:00 pm (EST)\*** |

**\*These meetings may be attended via audio link.** There will be 30 ports available for each call. The slide presentation which will be used during these meetings is included on the CD-ROM in this enrollment package. The dial-in information for every call is:
    ESN 460-6338
    External 972-685-6338
    Passcode 843693#

Please note, plan representatives will be available to answer your questions informally in the meeting rooms between the scheduled meetings.

**EXHIBIT C(i)(c)**
**Cover Letter - Nortel Participants**



How the world shares ideas.

To:         **Eligible US Employees**

From:       **Martin Cozyn, Global Compensation and Benefits**

Date:       **November 3, 1999**

Re:         **Nortel Networks U.S. Deferred Compensation Plan**

As part of the overall evolution of financial rewards at Nortel Networks, we are introducing a new Deferred Compensation Plan for highly compensated employees in the U.S. The new Plan provides a means of deferring income and enjoying the investment return earned on pre-tax dollars from benchmark investment vehicles. Deferrals and growth on those deferrals are sheltered from current tax until they are withdrawn from the plan. The plan is modeled on the Bay Networks Deferred Compensation Plan, and replaces both that plan and the Northern Telecom SMAIP and EMIP Deferral Plan. Eligibility is based on level of compensation, not band.

**Based on your total projected income for 2000, you are eligible to participate in the plan. If you wish to participate, you must enroll by December 13, 1999.**

The plan allows you to defer income and enjoy tax advantages on your deferrals and their investment earnings until they are paid to you. It is flexible enough to meet a variety of personal financial goals – to retire early, to get kids through college, to increase net worth through tax deferred investing, and so on. There are risks associated with this plan and those risks are explained in the enrollment materials.

If you decide to participate, deferrals of your pay will begin with the first paycheck you receive in January, 2000 and continue through your last paycheck in December, 2000. Bonus payments scheduled before July 1, 2000 are not eligible to be deferred in this plan year. Subsequent annual open enrollments will typically take place in November and December.

**Plan Highlights**

✓ You may defer and save up to 80% of your pre-tax annual base salary. You may also defer up to 95% of your commission and/or formal incentive bonus income (but not bonuses paid before July 1, 2000)

✓ You can choose from a diverse selection of 41 benchmark investment options

✓ You may change your investment selections monthly

✓ You may receive distributions under specified conditions while still employed at Nortel Networks

✓ You may choose lump sum or quarterly distributions upon termination, based upon advance election and meeting certain qualifications

**Existing Balances**

Participants with existing balances in the Northern Telecom SMIAP and EMIP Deferral Plan will see those balances rolled into the Nortel Networks U.S. Deferred Compensation Plan on January 1, 2000. You must select an investment fund(s) for your existing deferred compensation balances. Otherwise, as of January 1, 2000, your deferrals will be deemed to be invested in the Money Market fund offered within the plan until such time as you change your deemed investment selection.

Effective January 1, 2000, your existing deferrals will be credited with deemed investment earnings tied to the fund(s) you choose. **The guaranteed rate of prime minus two percent will no longer be offered**. If desired, you can find a comparable rate and risk with the Money Market fund offered within the plan.

These rollover balances will retain their payment date of retirement or termination. However, you may change the form of the retirement payment to a lump sum or to quarterly payments over five or ten years if you meet the new plan's conditions for electing the installment or lump sum distribution form. See the information booklet for more detail about the distribution options.

**What's Inside?**

This comprehensive package of enrollment materials will assist you in understanding how this plan will complement your financial savings goals. Included in the package are:

- A plan information booklet;
- A fund highlights booklet and historical performance information;

**-over**

- A CD-ROM with an income replacement calculation spreadsheet and a slide presentation of the plan;
- All the forms necessary to enroll in the plan:
    - Plan Year 2000 Deferral Election Form
    - Investment Allocation Form
    - Distribution Election Form
    - Beneficiary Election Form
    - Life Insurance consent form
    - Participant Data Sheet
- A pre-addressed envelope for returning your forms to the Plan Administrator, TBG Financial.

**Deadline**
To participate in the plan during the 2000 Plan year, **your enrollment forms must be received by TBG Financial, the Plan Administrator, in Los Angeles by December 13, 1999.**

**Want More Information?**
Corporate Benefits will be hosting informational meetings about the plan during the month of November. These 1 hour meetings will be presented in Nortel Networks offices with audio and video links to remote locations. See the table below for time, place and dial-in information.

If you have any eligibility or process questions, please call the North American Info Center at ESN 352-4636 (external 800-676-4636). You can obtain specific information related to the Deferred Compensation Plan design, investment offerings including fund prospectuses, and account balance information directly from the Plan Administrator, TBG Financial, by calling 800-824-0040.

### Meeting Schedule

| DATE | PLACE/ROOM | TIME |
|---|---|---|
| Monday and Tuesday<br>November 15 and 16, 1999 | **Richardson, TX**<br>HR Conference Room<br>10th Floor, Tower | 9:00 am (CST)<br>**12:00 noon (CST)\***<br>(both days) |
| Wednesday<br>November 17, 1999 | **Atlanta, GA**<br>Fair Oaks Room<br>3rd Floor, Vision | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Thursday<br>November 18, 1999 | **Raleigh, NC**<br>Mahogany Room<br>Column F-12, NT Plaza | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Friday<br>November 19, 1999 | **Raleigh, NC**<br>Boxwood Room<br>Column W7/2, Gateway | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Tuesday<br>November 30, 1999 | **Santa Clara, CA**<br>Astra Board Room<br>SC2-03<br>**Billerica, MA (video link)**<br>Board Room<br>BL60-4C22 | 9:00 am (PST)<br>**12:00 noon (PST)\***<br><br>12:00 noon (EST)<br>**3:00 pm (EST)\*** |

**\*These meetings may be attended via audio link**. There will be 30 ports available for each call. The slide presentation which will be used during these meetings is included on the CD-ROM in this enrollment package. The dial-in information for every call is:
    ESN 460-6338
    External 972-685-6338
    Passcode 843693#

Please note, plan representatives will be available to answer your questions informally in the meeting rooms between the scheduled meetings.

**EXHIBIT C(i)(d)**
**Cover Letter - Newly Eligible**



NØRTEL
NETWORKS
*How the world shares ideas.*

To:         **Eligible US Employees**

From:       **Martin Cozyn, Global Compensation and Benefits**

Date:       **November 3, 1999**

Re:         **Nortel Networks U.S. Deferred Compensation Plan**

As part of the overall evolution of financial rewards at Nortel Networks, we are introducing a new Deferred Compensation Plan for highly compensated employees in the U.S. The new plan provides a means of deferring income and enjoying the investment return earned on pre-tax dollars from benchmark investment vehicles. Deferrals and growth on those deferrals are sheltered from current tax until they are withdrawn from the plan. The new plan is modeled on the Bay Networks Deferred Compensation Plan, and replaces both that plan and the Northern Telecom SMIAP and EMIP Deferral Plan. Eligibilty is based on level of compensation, not band.

**Based on your total projected income for 2000, you are eligible to participate in the plan. If you wish to participate, you must enroll by December 13, 1999.**

The plan allows you to defer income and enjoy tax advantages on your deferrals and their investment earnings until they are paid to you. It is flexible enough to meet a variety of personal financial goals – to retire early, to get kids through college, to increase net worth through tax deferred investing, and so on. There are risks associated with this plan and those risks are explained in the enrollment materials.

If you decide to participate, deferrals of your pay will begin with the first paycheck you receive in January, 2000 and continue through your last paycheck in December, 2000. Bonus payments scheduled before July 1, 2000 are not eligible to be deferred in this plan year. Subsequent annual open enrollments will typically take place in November and December.

**Plan Highlights**
✓  You may defer and save up to 80% of your pre-tax annual base salary. You may also defer up to 95% of your commission and/or formal incentive bonus income (but not bonuses paid before July 1, 2000)

✓  You can choose from a diverse selection of 41 benchmark investment options

✓  You may change your investment selections monthly

✓  You may receive distributions under specified conditions while still employed at Nortel Networks

✓  You may choose lump sum or quarterly distributions upon termination, based upon advance election and meeting certain qualifications

**What's Inside?**
This comprehensive package of enrollment materials will assist you in understanding how this plan will complement your financial savings goals. Included in the package are:
- A plan information booklet;
- A fund highlights booklet and historical performance information;
- A CD-ROM with an income replacement calculation spreadsheet and a slide presentation of the plan;
- All the forms necessary to enroll in the plan:
  - Plan Year 2000 Deferral Election Form
  - Investment Allocation Form
  - Distribution Election Form
  - Beneficiary Election Form
  - Life Insurance consent form
  - Participant Data Sheet
- A pre-addressed envelope for returning your forms to the Plan Administrator, TBG Financial.

**Deadline**
To participate in the plan during the 2000 Plan year, **your enrollment forms must be received by TBG Financial, the Plan Administrator, in Los Angeles by December 13, 1999.**

**-over**

**Want More Information?**
Corporate Benefits will be hosting informational meetings about the plan during the month of November. These 1 hour meetings will be presented in Nortel Networks offices with audio and video links to remote locations. See the table below for time, place and dial-in information.

If you have any eligibility or process questions, please call the North American Info Center at ESN 352-4636 (external 800-676-4636). You can obtain specific information related to the Deferred Compensation Plan design, investment offerings including fund prospectuses, and account balance information directly from the Plan Administrator, TBG Financial, by calling 800-824-0040.

### Meeting Schedule

| DATE | PLACE/ROOM | TIME |
|---|---|---|
| Monday and Tuesday<br>November 15 and 16, 1999 | **Richardson, TX**<br>HR Conference Room<br>10th Floor, Tower | 9:00 am (CST)<br>**12:00 noon (CST)\***<br>(both days) |
| Wednesday<br>November 17, 1999 | **Atlanta, GA**<br>Fair Oaks Room<br>3rd Floor, Vision | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Thursday<br>November 18, 1999 | **Raleigh, NC**<br>Mahogany Room<br>Column F-12, NT Plaza | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Friday<br>November 19, 1999 | **Raleigh, NC**<br>Boxwood Room<br>Column W7/2, Gateway | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Tuesday<br>November 30, 1999 | **Santa Clara, CA**<br>Astra Board Room<br>SC2-03<br>**Billerica, MA (video link)**<br>Board Room<br>BL60-4C22 | 9:00 am (PST)<br>**12:00 noon (PST)\***<br><br>12:00 noon (EST)<br>**3:00 pm (EST)\*** |

**\*These meetings may be attended via audio link.** There will be 30 ports available for each call. The slide presentation which will be used during these meetings is included on the CD-ROM in this enrollment package. The dial-in information for every call is:
    ESN 460-6338
    External 972-685-6338
    Passcode 843693#

Please note, plan representatives will be available to answer your questions informally in the meeting rooms between the scheduled meetings.

**EXHIBIT C(ii)**
**Quick Enrollment Guide - 200 Plan Year**

# Nortel Networks U.S.
# Deferred Compensation Plan



*How the world shares ideas.*

**2000 Plan Year**

## Quick Enrollment Guide

To help you reach a decision that will best coordinate with your financial planning goals, we suggest you:

- Review the information in this package, and decide how the deferred compensation program fits into your future financial plans.  You may wish to discuss the benefits of the plan with your personal financial advisor.
- Use the enclosed worksheet on CD to project what level of deferred compensation will help you achieve your financial goals. Income replacement modeling instructions are included.

Here's what you need to complete if you decide to enroll:

- Participant Information Form
- Deferral Election Form: Indicate how much compensation you want to defer; you may defer up to 80% of your salary. You may also defer up to 95% of your bonus and commissions for the coming year, with a minimum annual deferral of $5,000. Bonus elections are irrevocable.
- Investment Election Form: Indicate how you want the Company to credit your deferred compensation among the program's diverse investment options.
- Distribution Election Form: Indicate how and when you want your 2000 Plan year's deferred compensation paid to you in the future
- Beneficiary Designation Form – unless you have already done so under the former Bay Networks Deferred Compensation Plan.
- Variable Life Insurance application, unless you have already done so under the former Bay Networks Deferred Compensation Plan.

Return all forms to TBG Financial by **the deadline specified.**

**Eligibility and enrollment questions?** Please contact the U.S. Info Center at ESN 352-4636 (external 919-992-4636).

**Other Plan information?** Contact TBG Financial, our Plan administrator, at 800-824-0040.

## Table of Contents

Creating Wealth using a Deferred Compensation Plan . .  . . . . . . .  ..... . Page 1

401(k) Plans vs  Deferred Compensation Plans. .. .  . ..  . .  ...  . . .. .  . .....Page 4

Investing  ... ...  . . . .  .. .. . . . .  ... ...  .  . ..   . ...   . ..    ... . ... . .... Page 6

Enrollment & Plan Specifics  . . .. ..  . . ..   . . .....  ... . .  . .  . . . . . . .. Page 11

Risks of a Deferred Compensation Plan .   ......... . . .   .. . . . . . .    . Page 16



# Congratulations

As part of a select group of highly compensated employees, you are being presented with a unique opportunity – to take advantage of the **Nortel Networks U.S. Deferred Compensation Plan.**

This plan provides an avenue to save pre-tax dollars in a tax-deferred investment program to meet your personal financial goals – whether they are to retire early, get your kids through college or simply increase your net worth.

Each year you may choose to defer compensation from your salary, commissions and/or bonus to the plan and delay taxes on your deferrals and their investment earnings until your account balance in the Plan is paid to you in the future.

Each year, when you defer compensation into the Plan, you are given the

*You cannot afford to miss an opportunity to create wealth through tax-deferred investing This booklet shows you how!*



**Growth (Invested to earn 9% annually)**

$600,000

$300,000

0

0                    15 Years

$587,218

$285,779

■ Before-tax accumulation

▨ Taxable savings

If you deferred $20,000 of your compensation each year through the Deferred Compensation Plan, and your investment choices returned an average of 9% per year, at the end of 15 years your investment would be worth **$587,218.**

If you took this same $20,000 as taxable income and invested after-tax dollars ($12,000 after 40% ordinary income tax withholding), after 15 years of 9% average returns, your investment would be worth only **$285,779.** Additionally, your 9% rate of return is in effect only 6 3% of the pre-tax amount.

Depending on how you choose to take your account balance out of the plan, after 40% ordinary income tax withholding upon distribution, the *tax-deferred savings* route would net you either·
• $352,331, if you take it as a *lump sum;*
• $415,512, if you choose installment *distributions over 5 years;* or
• $503,670, if you choose installment *distributions over 10 years.*

flexibility to decide when to have that year's deferrals distributed to you — say five or ten years later. This distribution does not have to happen at retirement. You may choose a distribution date that occurs while you are still working. Otherwise, your deferred compensation is paid when you terminate employment or retire. Taxes are due upon distribution.

You can select from a range of investment benchmark funds to maximize your goals and potential return.

## Saving for Future Use

For many, the Deferred Compensation Plan is the best way to supplement retirement savings. Most experts agree that the average American will require an annual income of 60% to 70% of their final year's earnings during retirement. And at your level of income, Social Security will most likely play an insignificant role in providing for your monthly retirement income needs. Your 401(k) savings and any other retirement income helps, but typically can't fully provide for your retirement. An annual IRA contribution is another way to save (although you may not be eligible for tax advantages), but chances are, you're going to need significantly more.

## Income Replacement

The Deferred Compensation Plan can be a significant part of your assets. Not only do you receive the immediate reward of deferring income taxes, but growth on your deferrals is also tax-deferred. Taxes are not due until the money is taken out of the plan upon termination, retirement or when otherwise designated.

To illustrate the critical role the Deferred Compensation Plan can play in your retirement savings, the example below shows what someone (age 50) making $150,000 annually today can expect various retirement income sources to represent 15 years from now. We have assumed an estimated income replacement goal of 70% of the final year's salary.

Your situation is not unusual, and that's why many employers sponsor an additional savings program for highly compensated employees – a Deferred Compensation Plan.



**Final year's compensation**

**Other assets**
(including Deferred Compensation deferrals and any retirement income you may receive from the Nortel Networks Pension Service Plan) will need to provide the remaining 47% of income replacement to meet the 70% goal

**70% income replacement**

**401(k)**

**Social Security**

- **401 (k)** - income replacement of 16%, assuming a 401(k) balance of $360,000 at retirement. This nest egg would provide approximately $3,650 each month for 15 years. (Based on a maximum 401(k) contribution for 15 years with a 4% annual increase in compensation and 9% annual investment return.)
  The 401(k) income replacement amount is determined using U S averages; your 401(k) income may be more or less
- **Social Security** - estimated income replacement of 7%, assuming a maximum monthly benefit of about $1,500

# Building Wealth with Tax-Deferred Savings

Deferring compensation not only reduces your tax liability today, it can also help you accumulate more for tomorrow. The following table illustrates how saving $10,000 annually for 15 years on a pre-tax basis can increase your wealth significantly faster than after-tax savings:

|  | Savings After-Tax | Savings Pre-Tax |
|---|---|---|
| Annual savings amount: | $10,000 | $10,000 |
| Taxes on savings: | 40% | Not applicable |
| Estimated tax amount: | $4,000 | $0 |
| Net amount saved (annually): | $6,000 | $10,000 |
| Investment return: | 9% | 9% |
| Taxes on investment return*: | 30% | Not applicable |
| Investment period: | 15 years | 15 years |
| Distribution period: | 10 years | 10 years |
| Annual distribution after tax: | $19,700 | $27,500 |
| * Assumes 50% capital gains, 50% ordinary income. | | |

Even after taxes are paid, your distribution from pre-tax savings versus after-tax savings is almost 40% more each year.

To calculate the impact of higher pre-tax savings use the example above with any multiplier, for example, multiply by 5 to see the impact of saving $50,000.

# Higher Rates of Return?

As pointed out in the chart above, your deferrals grow without being taxed. The effects of compounding are substantial. To keep up, after-tax savings must be invested more aggressively with consistently higher returns than pre-tax savings.

### Comparison of Equivalent Investment Returns

| Pre-Tax Investments (Deferred Compensation Plan) | After-Tax Investments* |
|---|---|
| 6% | 8.6% |
| 8% | 11.4% |
| 10% | 14.3% |
| 12% | 17.1% |

* After-tax rate of return needed to equal capital accumulation under a Deferred Compensation Plan, assuming a 40% tax bracket and taxes on investments are 30% (50% capital gains tax rate, 50% ordinary tax rate).

## Similar to a 401(k) With More Flexibility and Opportunity

Many features of a Deferred Compensation Plan are similar to a 401(k) plan. There are some differences, most notably with flexibility and risk. This chart *highlights* the similarities and differences.

| Feature | 401(k) Plans | Deferred Compensation Plans |
|---|---|---|
| **Deferral Amount Limits** | Typically limited to $10,000 per year. May be less due to 401(k) plan discrimination testing | Generous amounts--typically a substantial amount of cash compensation may be deferred with no statutory dollar limit. |
| **Tax-Deferred Status** | Savings and investment earnings are tax-deferred until withdrawal. Withdrawals before 59½ may result in a tax penalty | Savings and investment earnings are tax-deferred until withdrawal. Withdrawals may be taken at any age However, they must be pre-scheduled to avoid penalty |
| **Access to your Money** | Some plans offer loans If not, you have to wait until termination or apply for a hardship withdrawal. Tax penalties may apply. | When you elect a deferral you can schedule an in-service withdrawal to be paid before you retire Hardship withdrawals are available without penalty. Hardship withdrawal requirements for a deferred compensation plan are significantly more restrictive than those for a 401(k) plan A 10% forfeiture will apply to all other unscheduled withdrawals |
| **Portability** | You can roll your balance over to an IRA or other qualified plan. | You cannot roll your balance over to an IRA or other deferred compensation plan. |
| **Distribution Options at Termination** | Lump sum is most common. Taxes due unless rolled into an IRA or other qualified plan within 60 days If distributed before age 59½ (some cases 55), a 10% tax penalty may also apply | Lump sum or installment payments over a designated number of years are the most common distribution options Taxes are due when distributed. With installment payments your balance continues to grow tax deferred |
| **Investing** | You specify among different investment options | You select among different investment benchmarks. |
| **Risk** | Investment risk based on fund selection and market performance | Same investment risk. There is an additional risk of being a general unsecured creditor which may result in a loss in the event of bankruptcy or insolvency of the corporation. |

## Taking Advantage of This Opportunity

Perhaps the most difficult task involved with taking advantage of the Deferred Compensation Plan is deciding how much to defer.

A financial planning worksheet has been included on CD in this packet to help you calculate a personalized savings plan. It takes into consideration both 401(k) and deferred compensation assumptions. The worksheet can project what level of deferred compensation will help you achieve your personal financial goals or an appropriate replacement income ratio for your retirement. Instructions are included

## Time Is Money

Since returns accumulate over time, time is one of the most important factors affecting the growth of your investments. The earlier you begin to defer and invest your compensation, the less you may have to contribute over your lifetime to reach your long-term goals

---

If your goal is to accumulate $500,000* over the next 15 years, with an investment return of 9%, each year you will need to save:

| | | |
|---|---|---|
| • | Starting today | $17,029 |
| • | Waiting 3 years | $24,825 |
| • | Waiting 5 years | $32,910 |

*$500,000 will produce $77,910 per year for 10 years, after taxes.

---

# What's Available to Invest In?

A variety of investment benchmark funds are available. Your deferral account will experience gains or losses based on the fluctuating daily unit values of the fund(s) you select.

The investment funds are non-retail funds made available through a variable life insurance product. When you ask the Company to defer income and to have it paid to you at some future date, the deferral is retained as a corporate owned asset until such time as it is paid to you in the future. However, in order to meet that future promise to pay you the Company does set aside your deferrals and invests them in funds made available inside the variable life insurance policies. The policies and all assets are owned by and held within a Rabbi Trust for your protection. Since your deferrals are a Company owned asset until later received by you, you do not actually own any shares in the funds you select. Your account is credited with the net returns of the funds your investment choices are deemed to be invested in.

Please review the enclosed description of each investment fund before making an investment allocation election. This set of investment choices provides you with an array of asset classes, risk and diversification.

Fund prospectuses
are available from
TBG Financial, at
800-824-0040

## What Role Does Variable Life Insurance Play in the Plan?

Nortel Networks is using an approved Trust to informally fund the Deferred Compensation Plan and that Trust uses a tax advantaged investment available to the Corporation known as variable life insurance. Variable life insurance was chosen over other informal funding methodologies and investment alternatives because it.

- Eliminates current corporate income tax on investment income which would otherwise be payable by the Company were they to invest in mutual funds (IRS regulations state that investment gains within an insurance policy are not taxable until withdrawn);

- Allows the Company to credit 100% of the net rate of return of the fund(s) you select rather than credit the net after tax return earned in a mutual fund;

- Provides the variety of investment benchmark options available to you; and

- Is protected from the insurance carrier's creditors.

The insurance consent form is non-invasive and requires answers to only a few questions. All insurance related expenses are absorbed by Nortel Networks. The Trust is the owner and beneficiary of the life insurance policy.

The investment fund returns are not guaranteed

## Use the Plan for Short- and Long-Term Savings Goals — It's Flexible

Remember you can designate a scheduled In-Service Withdrawal, without penalty. That makes this plan an excellent tool for anticipating future expenses such as a college education, second home or dream vacation, while you are decreasing your taxable income.

## Deciding When to Receive the Money

To enroll, you not only need to decide how much to defer for the year, but you also may want to consider what the money is going to be used for:

- A shorter term savings goal that will require a scheduled In-Service Withdrawal, or

- Retirement and general capital accumulation.

You have the flexibility to designate a different future distribution date for each year of deferrals.

## How Will You Invest?

Similar to most 401(k) plans, the Deferred Compensation Plan allows you to allocate your deferrals among various investment benchmark funds. This can be a difficult process if there are several funds available in each investment category. The next section is focused on making it easier to select an investment mix that is specific to your needs.

## Investment Strategy

With each year's deferral decision, you may make a separate investment selection. This flexibility is helpful if you have different savings goals attached to each year's deferral.

For example, this year you may defer compensation into the plan to build your retirement savings — a long-term goal. Next year, you may defer some of your salary to save for an extended vacation 3 years from now — a short-term goal.

# Savings Goals: Short- or Long-Term?

The length of time your deferrals are invested plays a significant role in the amount of risk you can afford to take with your investment selections. Everyone defines risk differently, and what is risky for one person may feel very comfortable for another. There are two basic kinds of risk to keep in mind:

- Market risk - how frequently an investment goes up and down.

- Inflation risk - that an investment won't earn enough over time to meet increases in the cost of living.

Here are some guidelines to work with:

**Long-Term Savings Goal**

If your savings will be invested for 15 years or longer, consider investing at least some of it in investments with higher market risk to maximize potential returns. An aggressive long-term investor would have at least 70% invested in stocks, while a moderate long-term investor would only invest 50% to 60% in stocks. A more conservative investor with this much time would invest less than 40% in stocks and the rest in fixed income investments.

**Intermediate-Term Savings Goal**

With 5 to 15 years on your side, you are still able to invest for potentially higher returns, but you may want to limit your overall market risk. A major setback could affect the amount you'll have after retirement.

**Short-Term Savings Goal**

Having less than 5 years to invest doesn't leave you much time to recover from a major market correction. You probably want to limit your market risk even more.

## Selecting Funds – Things to Consider

1.  **Match your investment objectives and savings goals to the benchmark funds available in the Plan.**
    Using growth and income, growth, and aggressive growth funds is typical for long-term investors. Investors with less time may lean more heavily to bonds, balanced, and growth and income categories. With only a few years on your side the fixed income investments may provide less short-term market risk to your savings.

2.  **Screen the funds.**
    - Past Performance – how well has the fund performed compared to its peers over the short and long-term?

    - Investment Process and Philosophy – is the fund's investment objective and investment style consistent with your own goals and does the investment process make sense to you?

    - Portfolio – what is the fund invested in, is it appropriate for your account?

    - Price – each investment option has a different operating expense, typically referred to as the expense ratio. All things being equal, a lower cost fund is more attractive because it takes less away from your return.

3.  **Compare funds.**
    Use the information you gathered from the screening process. Which ones stand out to you?

4.  **Make your selection.**
    Keep in mind the importance of diversification.

## Making Changes to Your Investment Choices

You may change your investment allocations as often as monthly by filing an *Investment Election Change Form* available from TBG Financial, at 800-824-0040

# Nortel Networks U.S.
# Deferred Compensation Plan – The Specifics

Plan Year:                January 1 through December 31

## When You Can Enroll

You may enroll by completing the appropriate enrollment forms during the annual open enrollment period preceding the new Plan Year.

New hires and employees who experience a change in compensation in the course of the year that makes them eligible for the Plan will be given an opportunity to enroll outside of the annual enrollment period.

## Enrollment

To participate in the Plan, you'll need to complete the following:

- Deferral Election form – indicate the percentage of your salary, commission, and/or bonus you wish to defer during the Plan Year. Keep in mind that the bonus election is for the formal incentive bonus earned during 2000, and paid in mid 2000 and early 2001.
- Investment Election form – indicate your investment allocations.
- Distribution Election form – specify when you want this Plan Year's deferrals (including formal incentive bonus earned in 2000, and paid in mid 2000 and early 2001) and earnings thereon distributed to you and how.
- Beneficiary Designation Form – unless you have already done so under the former Bay Networks Deferred Compensation Plan, you will need to establish who receives your money in the event of your death.
- Variable Life Insurance application, unless you have already done so under the former Bay Networks Deferred Compensation Plan.

Your compensation deferral election is for one Plan Year only. You may re-elect deferrals for subsequent years during each open enrollment period.

You may stop your salary and commission deferrals at any time, with such revocation to remain in effect for the remainder of the Plan year. Your bonus deferral cannot be changed or stopped.

All deferrals will be stopped during a leave of absence and will resume when you return to work

Send all completed forms to TBG Financial by deadline specified

If you do not elect to enroll in the Plan at this time, you may enroll during any future annual open enrollment period, if you are eligible for participation that year

> ## Deferrals and Net Pay
>
> You may defer up to 80% of your salary, and up to 95% of your formal incentive bonus and commission. FICA, Medicare, employment taxes and employee benefit plan withholdings - including the Company's stock purchase plans - are based on, and withheld from, your compensation before it has been reduced by your Deferred Compensation Plan percentage
>
> Your federal, state and local income taxes - and your qualified investment plan contributions - are based on your post-Deferred Compensation Plan income (your currently taxable income). You will receive any remaining dollars as your net pay.

Your deferrals and their earnings are always 100% vested

**There is a minimum annual deferral amount of $5,000.** In the event that your deferral amount is less in any Plan Year, it will be refunded to you and paid as ordinary income

## When Your Deferrals Are Credited to Your Account

Salary deferrals will be deducted from each paycheck. Commission and bonus deferrals will be deducted when payable  Your deferrals are credited to your account 5 business days after your salary, commission and/or bonus payments are made

## Statements to Participants

Statements will be provided to you on a quarterly basis, as of March 31, June 30, September 30 and December 31 of each year.  These statements will be sent to your home by TBG Financial, the plan administrator, as soon as possible following the end of each quarter.

# Distribution Alternatives

The Plan's distribution options provide you with maximum flexibility. Your account balance, or a portion of it, may be distributed to you while employed, or after terminating employment, in accordance with the distribution election you made at enrollment. The distribution options available to you are detailed below.

## Distribution Options at Termination

On your *Distribution Election Form*, you may choose to have your Plan Year 2000 account balance distributed to you at termination of employment in one of the following ways:

- A lump sum payment; or

- Quarterly installments over 5 years; or

- Quarterly installments over 10 years.

To be eligible to receive your distribution in quarterly installments at termination, your account balance at that time must be more than $25,000 <u>and</u> you *either* must be at least 55 years old with a minimum of 5 full years of service with the Company, *or* be totally disabled.

If you do not qualify for installment distributions, or you do not choose installments on your *Distribution Election Form*, then your Plan Year 2000 account balance will be distributed in a lump sum payment. Either way, your account balance will be distributed after termination of employment with the Company.

## Scheduled In-Service Withdrawal Option

Alternatively, you may choose to receive a distribution from the Plan while you are still employed. This scheduled In-Service Withdrawal option is available to you as a means of accumulating capital for shorter term needs such as payment for a college education.

For example, you may choose to receive your 2000 Plan Year deferred compensation and its investment returns while you remain employed, in 2003 or later. In-Service Withdrawals are paid as a lump sum distribution in January of the selected year.

At each year's deferral election, you may elect to receive payment of that specific year's deferrals and associated investment returns in a specified year at least 3 years after the date of the deferral election anniversary

### Changing Your Distribution Choice

You may delay your distribution by filing a *Distribution Election Change Form* (available from TBG Financial, at 800-824-0040) at least one year in advance of your previously selected distribution date. Scheduled In-Service Withdrawals may be rescheduled only to a LATER date.

You may also change the form of termination payment, up to one year prior to retirement, by submitting a *Distribution Election Change Form* (available from TBG Financial, at 800-824-0040).

### When Distributions are Paid

Termination distributions are paid (or commence payment, in the case of installments) as soon as practicable following the end of the quarter in which the event occurs. Scheduled in-service withdrawals are paid in January of the elected year, or as soon as administratively feasible. Non-scheduled Withdrawals and Hardship Withdrawals are paid within 30 days of receipt of the request by Nortel Networks.

## Other Issues Related to Distributions

### Non-Scheduled In-Service Withdrawal

You may request an unplanned distribution at any time. This non-scheduled, immediate distribution is subject to a 10% forfeiture penalty (90% of your account balance will be distributed to you and you will forfeit the remaining 10%), and you will become ineligible to participate in the Deferred Compensation Plan for the remainder of that Plan Year and the following Plan Year.

When you enroll in the Plan you will complete a beneficiary form. You may change your beneficiary at any time

### Death

In the event that you die while employed by the Company, payment of your total account balance will be made to your beneficiary in a single lump sum.

If you are no longer employed by the Company but you were receiving Plan distributions at the time of your death (for example, you retired and were receiving installment payments), your beneficiary would receive the remaining installment payments as they became due.

## Taxes on Deferrals, Investment Returns and Distributions

### Deferrals

The compensation deferred will be subject to current Social Security, Medicare and other statutory employment taxes in the year of deferral. Pennsylvania and New Jersey residents will be assessed state taxes at the time of deferral.

### Investment Returns

Any investment return credited to your account is not subject to Social Security and Medicare taxes upon distribution.

### Distributions

All distributions from the Nortel Networks U.S. Deferred Compensation Plan are treated as "ordinary income" subject to federal and state income taxation at the time of distribution (with the exception of Pennsylvania and New Jersey, which assess taxes at the time of deferral). Distributions including investment income will not be included in your Social Security wages or Medicare wages for the year in which they are made.

## Risks of a Deferred Compensation Plan

Your deferred income and any growth remains a Company asset until paid to you. The deferred compensation and investment earnings thereon are held within a Corporate owned asset called a Rabbi Trust. The Rabbi Trust protects Plan assets for the sole benefit of participants in the event of a change of control in the ownership or management of Nortel Networks Inc. Further, the Trust partitions Plan assets so that they may not be used for any purpose other than to pay the promised benefit to Plan participants

In the unlikely event of Nortel Networks Inc.'s bankruptcy or insolvency, the Deferred Compensation Plan assets held within the Trust are treated like all other corporate assets and subject to the claims of Nortel Networks creditors

Consider the "unsecured" nature of the Deferred Compensation Plan before you decide to participate in the Plan.

This Plan does not constitute a contract of employment between you and Nortel Networks Inc While the Company intends to continue this Plan indefinitely, Nortel Networks Inc reserves the right to amend or terminate the Plan at any time, or to pay out any deferred compensation amounts necessary to meet IRS guidelines for the Plan No amendment or termination shall have any retroactive effect to reduce any amounts allocated to a Participant's account,

# Frequently Asked Questions

What is the purpose of Plan? ............................................................Page 1

What are the benefits of pre-tax versus after-tax savings? ....................Page 1, 2, 3

Why is there a life insurance policy? ...............................................Page 6, 7

How do I participate? ...................................................................Page 11

When can I enroll? .......................................................................Page 11

How much may I defer? ................................................................Page 12

What is the minimum I can defer in the Plan? ...................................Page 12

When will my deferrals be credited to my Deferral Account?..............Page 12

How frequently will I receive statements of my account?...................Page 12

When does my Deferral Account become vested? ..............................Page 12

What happens to my money if I terminate employment? ....................Page 4, 13

When do I receive my Deferral Plan benefits? .................................Page 13, 14

What benefits would my Beneficiary receive if I die? ........................Page 14

What is the purpose of the Trust? ..................................................Page 16

Can the Plan be changed?..............................................................Page 16

*This summary describes the features of the Nortel Networks U.S. Deferred Compensation Plan. Should there be a conflict between this summary and the Plan Document, the Plan Document will be the final authority.*

© 1999 TBG Financial  No part of these materials may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording or any information storage and retrieval system, without permission in writing from the copyright owner. The information contained in this report is based on our understanding of tax, legal and accounting issues.  It is not intended and must not be used as a basis for tax, legal and accounting advice  Please consult your advisor(s) for how the issues addressed apply to your particular situation

Source: General Investment Information provided by Arnerich Massena & Associates, Inc , an investment consulting firm

However, general investment information does not constitute specific investment advice about your personal situation  Please contact your investment advisor for specific recommendations regarding your personal investment goals and objectives

**EXHIBIT C(iii)**
**Plan Prospectus**

This document constitutes part of a prospectus covering securities that
have been registered under the Securities Act of 1933.

## PROSPECTUS

# NORTEL NETWORKS CORPORATION

—————————————

**Nortel Networks U.S. Deferred Compensation Plan**
**(as effective March 13, 2000)**

—————————————

**THESE SECURITIES HAVE NOT BEEN APPROVED OR
DISAPPROVED BY THE SECURITIES AND EXCHANGE
COMMISSION OR ANY STATE SECURITIES COMMISSION NOR
HAS THE COMMISSION OR ANY STATE SECURITIES
COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY
OF THIS PROSPECTUS.   ANY REPRESENTATION TO THE
CONTRARY IS A CRIMINAL OFFENSE.**

—————————————

Nortel Networks Corporation, a Canadian corporation, is offering up to
US$100,000,000 of its unsecured obligations to pay deferred compensation in the future in
accordance with the terms and conditions of the Nortel Networks U.S. Deferred
Compensation Plan, as effective March 13, 2000.

—————————————

THIS PROSPECTUS SHOULD BE RETAINED FOR FUTURE REFERENCE

—————————————

The date of this Prospectus is February 24, 2000

We have not authorized any person to give any information or to make any representations other than those contained in this prospectus in connection with the offer contained in this prospectus. If given or made, you must not rely upon any such information or representation as having been authorized by us. This prospectus is not an offer to sell or a solicitation of an offer to buy any of the securities offered by this prospectus, nor will there be any sale of these securities by anyone, in any state in which such an offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state, or in which the person making the offer or solicitation is not qualified to do so, or to any person to whom it is unlawful to make such an offer, solicitation or sale.

## TABLE OF CONTENTS

Page

WHERE YOU CAN FIND MORE INFORMATION ....................................................................1

INTRODUCTION....................................................................................................................2

ADMINISTRATION OF THE PLAN.........................................................................................3

TERMS OF THE PLAN...........................................................................................................3
  ELIGIBILITY........................................................................................................................3
  PARTICIPATION; TERMINATION..........................................................................................3
  VESTING.............................................................................................................................3
  PARTICIPANT DEFERRAL AMOUNT.....................................................................................4
  FUNDING OF CONTRIBUTIONS ...........................................................................................4
  STARTING, CHANGING, OR STOPPING CONTRIBUTIONS ...............  .. ...........................4
  INVESTMENT RETURNS ............  ...............  ...........  .......................  ..............5
  PARTICIPANT STATEMENTS.................................................................................................5
  WITHDRAWALS FROM THE PLAN .........................................................................................5
  PLAN DISTRIBUTIONS..........................................................................................................6
  DISTRIBUTION ELECTIONS ..................................................................................................6
  NON-ALIENATION OF BENEFITS .........................................................................................7
  FUTURE OF THE PLAN.........................................................................................................7

FEDERAL INCOME AND EMPLOYMENT TAX CONSIDERATIONS .......................................8

SECURITIES LAW MATTERS ................................................................................................9
  REGISTRATION STATEMENT ................................................................................................9
  INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE..............................................9
  LEGAL JURISDICTION ........................................................................................................11

## WHERE YOU CAN FIND MORE INFORMATION

We file annual, quarterly and special reports, proxy statements and other information with the SEC. You may read and copy any document we file at the SEC's public reference rooms in Washington, D.C. at 450 Fifth Street, N.W., Judiciary Plaza, Washington, D.C. 20549, New York at 7 World Trade Center, 13th Floor, New York, NY 10048, and Chicago, Illinois at Suite 1400, Northwestern Atrium Center, 14th Floor, 500 W. Madison Street, Chicago, IL 60661. Please call the SEC at 1-800-SEC-0330 for further information about the public reference rooms.

## INTRODUCTION

This document, together with the documents incorporated by reference herein, constitutes a prospectus relating to our deferred compensation obligations (the "Obligations") under the Plan being offered to certain employees of the United States subsidiaries of Nortel Networks (each an "Employer") pursuant to the terms and conditions of the Nortel Networks U.S. Deferred Compensation Plan (the "Plan"). The Obligations are unsecured obligations of Nortel Networks to pay deferred compensation in the future in accordance with the Plan. A registration statement with respect to such Obligations under the Plan has been filed with the SEC. References in this prospectus to "Nortel Networks", "we", "us", and "our" refer to Nortel Networks Corporation.

The Plan, as described in this prospectus, is effective on March 13, 2000. The Plan is a retirement savings plan that covers a group of management or highly-compensated employees of the United States subsidiaries of Nortel Networks as selected in the sole discretion of the Nortel Networks' Board of Directors (the "Board"). The Plan is not qualified under the Internal Revenue Code of 1986, as amended (the "Code"). The Plan is an unfunded plan maintained primarily for the purpose of providing deferred compensation for a select group of management or highly-compensated employees, as described in Sections 201(2), 301(a)(3) and 401(a)(1) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). The Plan is not subject to many of the provisions of ERISA.

The Plan permits eligible employees to elect to defer up to 80 percent of each year's base salary, up to 95% of each year's commissions, and up to 95 percent of any bonus payable with respect to services rendered during such year.

This prospectus contains only a summary of the more significant provisions of the Plan. To make this summary as clear and understandable as possible, we have described some of the rules of the Plan in abbreviated form, and not all the detailed provisions of the Plan are described herein. The rights and benefits under the Plan are governed by the provisions of the Plan document, as well as applicable laws and regulations, and not by this prospectus. If there is any conflict between this prospectus and the official text of the Plan, then the official text of the Plan will govern. **When making important decisions based upon the provisions of the Plan, you should consult the actual Plan document.** You can obtain a copy of the Plan document by contacting the HR Info Center at 800-676-4636.

**Your right, and your beneficiary's right, to receive a distribution under the Plan is an unsecured claim against our general assets, and neither you nor any beneficiary has any rights in or against any of our specific assets. Nothing contained in the Plan or in this prospectus shall constitute a guarantee that our assets will be sufficient to pay any benefit under the Plan.**

## ADMINISTRATION OF THE PLAN

Nortel Networks, or the Committee, if a Committee is delegated the responsibility, is responsible for the general operation and administration of the Plan and for carrying out and interpreting the provisions thereof. The Committee is appointed by the board of directors and serves at the pleasure of the board. The Board will serve as the Committee if no Committee is appointed. The Committee may be contacted by calling the HR Info Center at 800-676-4636.

## TERMS OF THE PLAN

### Eligibility

In order to be eligible to participate in the Plan, you must be a member of a group of management or highly-compensated employees as selected by the Board in its sole discretion.

### Participation; Termination

You will become a participant under the Plan on the next Entry Date after all the following conditions have been satisfied:

- you meet the eligibility criteria described above and

- you deliver to the Plan Administrator (TBG Financial) properly completed enrollment forms as may be required by the Plan Administrator (TBG Financial)

"Entry Dates" occur on each January 1, beginning with January 1, 2000. If you become eligible after the first day of a year, you will be permitted to elect to become a participant in the Plan on the first Monday of the calendar quarter after you become eligible.

In the event you no longer meet the eligibility requirements for the Plan, as determined by the Committee from time to time in its sole discretion, you will become an inactive participant, retaining all rights under the Plan except rights to make further deferrals, unless and until you again become eligible. Your active participation in one year does not guarantee continued future active participation, nor does it guarantee your continued employment with us.

Your participation in the Plan will terminate as of the date on which your entire Plan benefits have been distributed.

### Vesting

You are always fully vested in the value of your deferrals and earnings thereon which are attributed to your Account.

**Participant Deferral Amount**

You may elect, by properly filing a form as required by the Committee (the "Deferral Election"), to defer up to 80 percent of each year's base salary, up to 95 percent of each year's commissions, and up to 95 percent of any bonus payable with respect to services rendered during such year, in each case in increments of 1 percent. Except for your initial Deferral Election, the Plan provides that Deferral Elections must relate to an entire calendar year, and must be made prior to the commencement of the calendar year to which the election relates. Pursuant to such an election, your compensation will be reduced and the corresponding compensation deferral will be credited to your Account under the Plan.

**Funding of Contributions**

The Plan is an unfunded plan and no cash amounts will be paid into or set aside in a trust or similar fund under the Plan. We will retain all amounts deducted from your earnings as part of our general assets, and the amounts will be credited to your Account under the Plan. We may establish one or more trusts, with such trustee as the Committee may approve, for the purpose of providing for the payment of deferred amounts and earnings thereon. Such trust or trusts may be irrevocable, but the assets thereof shall be subject to the claims of our general creditors in the event of bankruptcy or insolvency. To the extent any deferred amounts are actually paid from any such trust, we will have no further obligation with respect thereto, but to the extent not so paid, such amounts shall remain our obligation. **Your right, and the right of your beneficiary, to receive a distribution under the Plan is an unsecured claim against our general assets, and neither you nor any beneficiary has any rights in or against any of our specific assets. Nothing contained in the Plan or in this prospectus shall constitute a guarantee that our assets will be sufficient to pay any benefit under the Plan.**

**Starting, Changing, or Stopping Contributions**

To elect to participate in the Plan during a particular year, the participant must provide the Plan Administrator (TBG Financial) with a Deferral Election with respect to compensation for services not yet rendered during such year at least 15 days before the beginning of that year. To participate in the Plan during the year a participant first becomes eligible to participate, except for participants eligible to participate upon the commencement of this Plan, a participant must provide the Committee with a Deferral Election with respect to compensation for services not yet rendered during such year at least 15 days before the participant's Initial Entry Date (January 1 or the first day of the calendar quarter after the participant is designated by the Board to be eligible, if later). A Deferral Election made with respect to a Plan year is only effective for that year.

You can revoke a Deferral Election made with respect to a Plan year at any time during a Plan year, but such revocation may only apply to salary and commission deferrals. Your election is irrevocable for the entire Plan year with respect to bonus deferrals. Your revocation will be effective only for amounts not yet deferred. If you revoke your Deferral Election during a Plan year, you may not begin making deferrals again until the beginning of the next Plan year.

Except for this revocation right, you may not modify your Deferral Election during a Plan year.

**Investment Returns**

We maintain your Account under the Plan as a bookkeeping record only. During each year of the Plan, your Account will be <u>deemed</u> invested in the funds that you choose on your Deferral Form. For a description of the funds in which you can direct your Account to be deemed invested, the investment risk associated with the funds, and the historical returns of the funds, please refer to the materials describing the Plan that you received from Nortel Networks dated November 3, 1999, which contained a description of all of the available deemed investment funds and the historical performance of those funds. The information from Nortel Networks describing the fund choices and their historical performance constitutes part of this prospectus. Generally, your Account will fluctuate in value <u>as if</u> it had been invested in these funds, but the Plan is not actually funded and amounts deferred under the Plan will not necessarily be invested in these funds. Shares of any funds that we actually purchase will remain either our property or property of the "rabbi trust", if such a trust is used to enable us to provide for your benefits under the Plan. The value of your Account will increase or decrease in value based upon the amount of your deferrals and the deemed returns on the investments you have chosen. The value of your Account could decrease as a result of this deemed investment, if the value of the deemed investment decreases.

**Participant Statements**

You will receive a quarterly statement reflecting information with respect to your Plan Account.

**Withdrawals From the Plan**

You can make up to two early withdrawals from your Account under the Plan over the life of your participation in the Plan, unless the withdrawals are hardship withdrawals discussed below. If you choose to make an early withdrawal, you can withdraw 90%, but not less than 90%, in a single lump sum. If you make an early withdrawal, your will forfeit the remaining 10% in your Account, and you will have no further right to the remainder. In addition, if you make an early withdrawal that is not a hardship withdrawal, you may not make any further deferrals under the Plan for the remainder of the Plan year in which the early withdrawal occurs and for the entire Plan year thereafter.

In addition to the withdrawals described above, you may withdraw amounts credited to your Account under the Plan in the event of an "unforeseeable emergency," as determined by the Committee. For purposes of the Plan, an "unforeseeable emergency" means

- a severe financial hardship to you resulting from a sudden and unexpected illness or accident of you or your dependent,

- loss of the your property due to casualty, or

- any other extraordinary and unforeseeable circumstance arising as a result of events beyond your control.

The need to send a child to college or the desire to purchase a home is not an "unforeseeable emergency."

Hardship payments may not be made if and to the extent the hardship is or may be relieved:

- through reimbursement or compensation by insurance or otherwise,

- by liquidation of your assets (if such liquidation would not cause severe financial hardship),

- by cessation of salary and bonus deferrals under the Plan; or

- by borrowing from commercial sources on reasonable commercial terms.

Hardship payments shall be limited to the amount necessary to meet the unforeseeable emergency, including any taxes due on the withdrawn amount. To request a withdrawal, you should request a withdrawal form from the Plan Administrator (TBG Financial), and submit the completed form, and any additional information as may be required, to the Plan Administrator (TBG Financial). If you make a hardship withdrawal, you will be ineligible to make further deferrals under the Plan for the remainder of the Plan year.

**Plan Distributions**

Your Account will be paid to you, or in the case of your death, to your beneficiaries, in cash. Distributions will be paid, or installment payments will start, as soon as practicable after the earlier of:

- the first day of the month following the end of the calendar quarter in which your employment with your Employer terminates;

- a distribution date designated by you pursuant to the guidelines set forth below; or

- the date the Plan is terminated.

You can pick the date your distributions will commence with respect to each year's deferrals by filing a Benefit Distribution Election form. You must specify your distribution date in the form, which must be at least 3 years from when your form is received by the Committee. You can amend your Benefit Distribution Election form if you do so at least 12 months in advance of your distribution date. Any amendment may only specify a later distribution date – you may not accelerate the distribution date. Additionally, you may only amend your distribution election twice during your lifetime.

**Distribution Elections**

*Lump Sum Distribution.* If you do not elect the installment payments distribution option, the distribution of the value of your Account under the Plan will be made in a lump sum payment.

6

*Installment Distribution.* You may elect a distribution of the value of your Account under the Plan in 20 or 40 quarterly installments. If you elect to defer the distribution of your Account balance under the Plan pursuant to this Distribution Election, the undistributed portion of your Account will continue to be credited during the distribution period with investment gains or losses as described above under the heading "Investment Options". To be eligible to receive the value of your Account in installment payments,

- the amount payable to you must exceed $25,000, and

- either one of the following criteria applies:

    o you have completed at least 5 years of service with your Employer, and benefits are becoming payable as a result of the termination of your employment after attaining age 55; or

    o benefits are payable as a result of your total disability, as defined in the Plan.

*Distribution on Death.* If you die before your distribution payments have commenced, then the benefits will be paid to your designated beneficiary in a lump sum cash payment as soon as administratively feasible after the Committee is notified of your death and the Committee receives evidence satisfactory to it thereof. If you die after your benefit payments have commenced but before your benefits have been fully distributed, your remaining benefits will be paid to your beneficiary in the same manner, frequency and duration as they would otherwise have been payable to you.

**Non-Alienation of Benefits**

Your rights under the Plan to deferred amounts, contributions or earnings may not be sold, transferred, pledged, assigned or otherwise disposed of, and any attempt to do so will be void, except for designation of a beneficiary in accordance with the Plan. No such rights will, prior to your receipt of distributions, be subject to the creditors or liabilities of a participant.

**Future of the Plan**

We currently intend to continue the Plan, but we reserve the right to alter, amend or terminate the Plan or any portion thereof, in our sole discretion, at any time, for any reason, with or without prior notice to participants (except for 15 days prior notice upon Plan termination). If we decide to alter, amend or terminate the Plan, the alteration, termination or amendment, for example, could eliminate our contributions, if any, cease earnings credits, and/or accelerate distributions, but would not adversely affect your right to your accrued Account. The procedures for amending and terminating the Plan are set forth in the Plan.

## FEDERAL INCOME AND EMPLOYMENT TAX CONSIDERATIONS

The following is a brief description of the Federal income and employment and withholding tax treatment which generally will apply to you as a participant in the Plan, based on the Federal income tax laws in effect on the date hereof. The following discussion is limited to the Federal income and certain Federal employment tax rules relevant to us and to individuals who are citizens or residents of the United States. Except as described below, no information is being provided herein with respect to estate, inheritance, state, local or foreign laws. **WE URGE YOU TO CONSULT WITH YOUR TAX ADVISOR WITH RESPECT TO THE FEDERAL, STATE, LOCAL, FOREIGN AND OTHER TAX CONSEQUENCES RELATING TO YOUR PARTICIPATION IN THE PLAN.**

**Income Tax**

Except for employment taxes described below, your deferral of a portion of your salary or bonus under the Plan, or the crediting of earnings, will not be a taxable event for you. Rather, amounts credited to your Account under the Plan, including accrued investment earnings thereon, will be taxable to you as ordinary income for Federal income tax purposes in the year in which you receive a distribution. Distributions are <u>not</u> eligible for rollover into an IRA or qualified plan. Thus, except as may be provided below, the amounts you defer, will not be taxed until paid out.

However, in the event you elect under the Plan to further defer the receipt of your distributions, the federal income tax treatment of the deferred distributions is uncertain. While we believe that you should not, under current law, be taxable on the amounts credited to your Account until they are distributed in accordance with the changed deferral period election selected by you, we cannot assure you that the Internal Revenue Service or the courts will agree. If the Internal Revenue Service were to successfully challenge this position, amounts as to which the changed election is made would be taxable to you at the time they would have been distributed under the initial distribution period you elected, regardless of the changed distribution period election.

Distributions from your Account under the Plan pursuant to the installment distribution option of at least ten years will be exempt from state source taxation under Federal law, with the result that you only will be subject to state income tax on such distributions in the state in which you are a resident at the time. Distributions from your Account under the Plan pursuant to either the lump-sum distribution option or the installment distribution option of less than ten years (including pursuant to the acceleration of a greater than ten-year installment distribution election into either a lump sum distribution or a less than ten-year installment distribution election) may be subject to state income tax in the state in which the services attributable to the deferred earnings were performed by you, the state in which you are a resident at the time of the distribution, or both. You should consult with your tax advisors as to the state income tax consequences to you of distributions of your Accounts under the Plan.

8

**Employment and Withholding Taxes**

Deferrals of salary, commission or bonus under the Plan generally will be subject to applicable FICA taxes at the time such amounts are credited to your Account, or, if later, when vested. We will be required to withhold such taxes from your regular wages. No FICA taxes will be imposed on amounts distributed (including with respect to accrued investment earnings) from your Account. Your distributions will generally be subject to withholding of Federal income tax at the time of distribution.

**SECURITIES LAW MATTERS**

**Registration Statement**

We have filed with the SEC a Registration Statement on Form S-8 (the "Registration Statement") under the Securities Act with respect to the Obligations related to participants' deferrals, Employer contributions, and earnings thereon under the Plan. This prospectus does not contain all of the information set forth in the Registration Statement and the exhibits thereto. For further information concerning Nortel Networks and the Plan, reference is made to the Registration Statement and to the Exhibits filed therewith or incorporated by reference therein. Statements contained in this prospectus as to the contents of the Plan are not necessarily complete, and in each instance, reference is made to the Plan.

**Incorporation of Certain Documents by Reference**

We hereby "incorporate by reference" into this prospectus the documents listed below, which means that we are disclosing important information to you by referring you to those documents. The information that we file later with the SEC will be deemed to automatically update and supersede this information. Specifically, we incorporate by reference:

- Our Annual Report on Form 10-K for the year ended December 31, 1998, as amended by Form 10-K/A filed February 10, 2000.

- Our Quarterly Report on Form 10-Q for the quarters ended March 31, 1999, June 30, 1999, and September 30, 1999, as amended by Form 10-Q/A filed February 10, 2000.

- Our Current Reports on Form 8-K dated January 27, 1999, April 14, 1999, April 28, 1999, April 29, 1999, April 30, 1999, July 29, 1999, August 24, 1999, September 13, 1999, October 19, 1999, October 27, 1999, December 16, 1999, January 6, 2000, January 26, 2000 and January 26, 2000.

- All reports and other documents that we file after the date of this prospectus pursuant to Sections 13(a) and (c), 14 and 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act"), prior to the filing of a post-effective amendment to our registration statement on Form S-8 that indicates that all securities offered under this prospectus have been sold or deregisters all securities then remaining unsold.

9

We will provide without charge to each person to whom a copy of this document has been delivered, on the written or oral request of any such person, a copy of any or all of the information which has been incorporated by reference in the Registration Statement and this document. Requests for such information should be directed to 8200 Dixie Road, Suite 100, Brampton, Ontario, Canada L6T 5P6 (Telephone (905) 863-0000), Attention: Corporate Secretary.

We will also provide copies of other documents required to be delivered pursuant to Rule 428(b) under the Securities Act without charge to each person to whom we deliver this prospectus, upon the person's written or oral request.

## Legal Jurisdiction

We are a Canadian corporation. A substantial portion of our assets are located in Canada, and a majority of our officers and directors live in Canada. As a result, it may be difficult to effect service within the United States on us or our directors, officers or experts. Execution by United States courts of any judgment obtained against us or our directors, officer or experts would be limited to our assets or the assets of our directors, officers and experts, as the case may be, located in the United States. Nicholas J. DeRoma, our Chief Legal Officer, has advised that there is doubt as to the enforceability in Canada of United States judgments or of liabilities in original actions in Canadian courts predicated on the civil liability provisions of the federal securities laws of the United States.

**EXHIBIT C(iv)**
**Deferral Election Form**

# NORTEL
## NETWORKS
*How the world shares ideas.*

# Deferral Election Form
### FOR THE PLAN YEAR JANUARY 1 - DECEMBER 31, 2000
*Deferred Compensation Plan*

1. Subject to the minimum deferral requirement of $5,000 for each Plan year (to be satisfied from salary and/or commission), I elect the following:

   A) **Salary Deferral**

   I elect to defer the following portion (up to 80%) of my salary commencing with salary paid during the first pay period after this form is filed, and continuing in effect through December 31, 2000, or earlier, if I cease to be an eligible Plan Participant:

   _____% (whole percentages only)

   B) **Commission Deferral**

   I elect to defer the following portion (up to 95%) of my Commissions paid after this form is filed, through December 31, 2000, or earlier, if I cease to be an eligible Plan Participant:

   _____% (whole percentages only)

   I understand that to defer the compensation payable to me in subsequent Plan years, I must make a separate election during the enrollment period prior to the year in which the compensation is earned. Salary and Commission deferrals may be rescinded at any time, with such rescission to remain in effect for the remainder of the Plan year.

2. **Deferred Compensation Agreement**

   I acknowledge that I understand the terms of the Plan. I hereby agree to defer the above specified amounts of my taxable compensation and to have that taxable compensation paid to me at a later date pursuant to the terms and conditions of the Plan which is incorporated herein by reference.

   A. I understand that no deferral election shall be effective if it will reduce my non-deferred compensation below the amount necessary to pay applicable FICA/Medicare and other employment taxes, employee benefit plan withholding, and income tax withholding.

   B. I understand that I must submit a life insurance application with my **initial** *Deferral Election Form*. My failure to file this application may void the execution of this *Deferral Election Form*.

   C. I understand that the establishment of this Plan does not create a legal or equitable right or claim against the Company, except as expressly provided in the Plan, and in no event shall the terms of my employment be modified or in any way affected by the Plan. I further understand that the Plan is not an employment agreement and is not a guarantee of future compensation or employment.

   D. I understand that any compensation that I defer will remain an asset of the Company and subject to the claims of the general creditors of the Company, in the event of its bankruptcy or insolvency.

_____
Participant's Last Name, First Name *(please print or type)*

_____
Participant's Signature

_____
Date

_____
Social Security Number

**Please send completed form to TBG Financial Document Center, 2029 Century Park East, 37th Floor, Los Angeles, CA 90067**
**No faxed forms accepted. Questions: Call (800) 824-0040 M – F between 6:00 a.m. and 7:00 p.m. Pacific Time**

PID.5589
8/00

┌─────────────────────────────────┐
**TBG USE ONLY**
*Effective Date:* <u>October 1, 2000</u>
└─────────────────────────────────┘

**EXHIBIT C(v)**
**PowerPoint Presentation**



# Nortel Networks U.S. Deferred Compensation Plan

### 2000 Plan Year
### January 1 through December 31, 2000

**Prepared October 1999**

# Deferred comp plan advantages

- **Create wealth through tax-deferred investments**

- **Leverage a generous savings environment**

- **Utilize a diverse choice of benchmark fund options for imputing interest crediting to deferral accounts**

- **Meet your specialized personal financial goals**

- **Receive distributions under specified conditions while still employed**

- **Receive lump sum or quarterly distributions upon termination, based upon advance elections and meeting certain qualifications**



# Creating wealth

## This Plan provides an additional avenue to save pre-tax dollars:



Growth (Invested to earn 9% annually)

$587,218*

$266,877

■ Before-tax savings

■ After-tax savings

Saving $20,000 pre-tax in the Nortel Networks U.S. Deferred Compensation Plan annually, earning 9% for 15 years, versus the same savings on an after-tax basis.

*This figure assumes tax deferred growth and a lump sum distribution of $352,331 after 40% ordinary income tax withholding. If installments are selected, the payments are as follows: over 5 years, $415,512 after taxes; over 10 years, $503,670 after taxes.



# Income replacement

**Other assets**

(including Deferred Compensation deferrals and any retirement income you may receive from the Nortel Networks Pension Service Plan) will need to provide the remaining 47% of income replacement to meet the 70% goal.



← Final year's salary

← 70% income replacement goal

← 401(k)

← Social Security

- **401(k)** - income replacement of 16%, assuming a 401(k) balance of $360k at retirement, which would provide approximately $3,650 each month for 15 years. (Based on a maximum 401(k) contribution for 15 years with a 9% annual investment return and the maximum amount allowed by the Federal government to be deferred into a 401(k) increasing by $500 every two years.)

- **Social Security** - estimated income replacement of 7%, assuming a maximum monthly benefit of about $1,500.

- **Additional assumptions** - individual age 50, currently earning $150,000 annually with a 4% annual increase in compensation for the next 15 years until retirement.



# Higher Rates of Return?

**To keep up, after-tax savings must be invested more aggressively with consistently higher returns than pre-tax savings.**

| Pre-Tax Investments (Deferred Compensation Plan) | After-Tax Investments* |
|:---:|:---:|
| 6% | 8.6% |
| 8% | 11.4% |
| 10% | 14.3% |
| 12% | 17.1% |

*Assuming a 40% tax bracket and taxes on investment are 30%



# Building wealth through tax-deferred savings

|  | Savings After-Tax | Savings Pre-Tax |
|---|---|---|
| Annual savings amount: | $10,000 | $10,000 |
| Taxes on savings: | 40% | N/A |
| Estimated tax amount: | $4,000 | $0 |
| Net amount saved/year: | $6,000 | $10,000 |
| Investment return: | 9% | 9% |
| Taxes on investment return*: | 30% | N/A |
| Investment period: | 15 years | 15 years |
| Distribution: | 10 years | 10 years |
| Annual distribution after-tax: | $19,700 | $27,500 |

*Assumes 50% capital gains, 50% ordinary income.



# Sound similar to a 401(k)?

*More flexibility and opportunity:*

- **Generous deferrals available**

- **Withdrawals upon termination at any age without penalty**

- **Specified withdrawals while still employed**

- **Lump sum or quarterly distributions depending on conditions**

*Some restrictions apply:*

- **No company match**

- **Non-portable**



# Time is money



If your goal is to save $500,000 over the next 15 years, with an investment return of 9%, each year you'll need to save:

- Starting today $17,029
- Waiting 3 years $24,825
- Waiting 5 years $32,910



# Assets, Rabbi Trust & Investments

***Corporate Owned Asset***

- **Deferrals are retained as corporate owned asset until paid out to you**

- **Your money is "deemed to be invested" in the benchmark funds you select, however actual investments are the Company's, therefore you do not own the shares**

***Rabbi Trust and Variable Life Insurance***

- **Rabbi Trust owns life insurance policies (actual Company asset due to funds wrapped in policies) for your protection**

- **Investment benchmark funds are non-retail funds available through the variable life insurance product**



# Why variable life insurance?

- **Eliminates taxes on investment income which would otherwise be payable by the Company currently**

- **Provides the various benchmark investment options which determine rate of return on your deferrals**

- **Allows the Company to credit 100% of the net rate of return of the funds you select**

- **Is protected from the insurance carrier's creditors***

***The investment fund performance results are not guaranteed.**



# Financial risks

- **Unsecured creditor in unlikely event of corporation's bankruptcy or insolvency**

- **Measure of protection provided by "Rabbi Trust"**



# Investment options

**Wide variety offered through Nationwide's "Best of America Funds":**

- Money Market Fund
- High Quality Fixed-Income Funds
- High Yield Fixed Income Fund
- Asset Allocation Funds
- Growth and Income Funds
- Long-Term Growth Funds
- Aggressive Growth Funds
- International Funds
- Specialty Funds



# Investment strategy

Time Horizon
- Long-Term - 15 years or longer
- Intermediate-term - 5 to 15 years
- Short-term - less than 5 years

Investment Fund Selection
- Determine your savings objectives
- Screen and compare funds
- Match funds to your individual objectives

Making Changes to Your Election
    As your time horizon changes - review your fund selections, which may lead to changes (available monthly)



# Deferral details

- **Up to 80% of annual base salary**

- **Up to 95% of commissions paid during the 2000 Plan Year**

- **Up to 95% of the formal incentive bonus earned in the 2000 Plan Year and paid in 2000 and 2001**

- **Employee deferrals 100% vested**

- **$5,000 minimum deferral**

- **FICA/Medicare taxes still apply, statutory employment taxes and deductions also apply**

- **Credited to account 5 business days after compensation is paid**



# Account Growth

*Your compensation deferrals*

- Easy automatic crediting to your account

- Separate percentage elections allowed for salary, commission and bonus

- Bonus is an annual irrevocable election

*Net investment return of funds selected by you*

- Credited using daily unit values

- You will receive a quarterly personal benefit statement



# Distribution alternatives

## *Termination or Total Disability*

- Lump sum or 5 or 10 year quarterly installments
  - ✓ *account balance is valued as of last business day of the quarter in which event occurs and distribution occurs/commences as soon as administratively feasible thereafter*
- Must meet conditions for installments
  - ✓ *at least 55 years of age and 5 or more years of service*
  - ✓ *greater than $25,000 account balance*
  - ✓ *all other terminations (if conditions above are not met) from employment are paid as lump sum distributions*

## *Scheduled In-Service Withdrawals*

- Specify a future year, at least 3 years after the date of the deferral election anniversary, with the distribution to occur as a lump sum payment in January following 3rd anniversary
  - ✓ *e.g. in Dec. 1999 elect to defer income in 2000, earliest In-Service Withdrawal would be Jan. 2003 for that sub-account*



# Distribution alternatives (cont.)

## *Non-Scheduled In-Service Withdrawals*

- Available with a 10% penalty
- Future deferrals restricted
- 90% withdrawal required (full account balance less penalty)
- Paid in lump sum as soon as feasible after receipt of request

## *Hardship Withdrawals*

- Available on a limited basis
- Must have an unforeseeable financial emergency and show an economic condition beyond your making for which you do not have other available financial resources to meet
- Must be approved by Nortel Networks, Inc.
- May be approved for a partial account balance withdrawal
- No penalty for withdrawal if qualified and approved
- Paid in lump sum as soon as feasible after approval by Committee



# Other Items Relating to Distributions

## *Death*

- Account balance paid in lump sum to beneficiary as soon as administratively feasible after evidence of notification
- if you are receiving quarterly payments (post termination) and die, your designated beneficiary will continue to receive quarterly payments as scheduled

## *Changes and Other Specifics*

- May specify a different distribution year (as Scheduled In-Service Withdrawal) for each year of deferral
- May amend distribution date and/or form of distribution payment (e.g. lump sum to 10 years of quarterly installments) with 1 year advance notice
- In-Service Withdrawals can only be re-scheduled to a LATER date
- All distributions are taxable as ordinary income when received



# How do I participate?

### *Complete and Return Election Forms by Due Date*

- **Elect to defer**
  — Up to 80% of base salary and 95% of commissions and bonus
  — Minimum annual deferral $5,000
- **Select distribution date or event**
- **Allocate investments**
- **Designate a beneficiary**
- **Participant Information Form**
- **Complete the Life Insurance Application**



# Summary

*The Nortel Networks U.S. Deferred Compensation Plan was adopted to help you:*

- **Defer compensation from current income taxes**

- **Accumulate capital for future needs**

- **Create retirement security**

The sooner you start, the more you can benefit from the advantages of tax-deferred compounding of investment returns!

