**EXHIBIT D**
**Mullin TBG Account Balance Statement**

**Nortel Networks U.S. Deferred Compensation Plan**

Benefit Statement for the Period October 1, 2010 - December 31, 2010





## Account Summary

|  | **Current Period** | **Year to Date** |
|---|---|---|
| Beginning Balance: | | |
| Deferrals: | | |
| Distributions: | | |
| Gains/(Losses): | | |
| **Ending Balance:** | | |
| Vested Balance: | | |

## Return Summary

|  | **Last Month*** | **Year to Date** |
|---|---|---|
| Rate of Return: | | |

*Last Month refers to the last month of the statement period shown above.

## Account Value (year-to-date)

The thick line represents your beginning balance, plus deferrals and less distributions throughout the year; the shaded area above/below reflects your account value.



## Personal Information

| | |
|---|---|
| Plan ID: | |
| Employee ID: | |
| Hire Date: | |
| Plan Entry Date: | |
| Statement Printed: | 01/20/11 |

### Alerts

This report and the information contained within was generated by Nortel Networks Inc. (the Company), with the help of its advisors, in good faith and in reliance on all information presently available to the Company. The amount of your unsecured claim in the bankruptcy process may vary from the information contained in this report, and the Company reserves the right to contest any such unsecured claim. This report shall not serve as an admission by the Company as to the amount of any unsecured claim against the estate.

### Did You Know?

View your account benefit statements online at www.MullinTBG.com. You can customize your statement's date range.

Download online data directly into Excel by simply clicking the Export to Excel feature on the Participant Home Page, Account Summary or Balance Detail pages. A new window will open with your information formatted in Excel.

## Contact Us

If you have any questions, please call your MullinTBG Client Services Team at 800-824-0040, from 6 a.m. to 6 p.m. Monday through Friday PST.



YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period October 1, 2010 - December 31, 2010

## Ending Balance by Asset Class



Other 100.00%

*Please note:*

You can change your asset allocations online at www.MullinTBG.com.

## Account Balance by Plan Year & Deferral Source

Summary of your account activity for each Plan year by deferral source.  Deferrals to Date represent the total contributions by deferral source for each Plan year from inception to the end of the statement period.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **Plan Year** | | | | | | | | | |
| Participant Balance as of | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| SUBTOTAL | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | | ▬ | ▬ |
| GRAND TOTALS | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | | ▬ | ▬ |

## Account Balance by Plan Year & Fund

Summary of your account activity by Plan year and fund (combining all deferral sources).

| | Beginning Balance | Deferrals | Transfers | Distributions | Forfeitures | Gains/ (Losses) | Ending Balance | Ending % |
|---|---|---|---|---|---|---|---|---|
| **Plan Year** | | | | | | | | |
| Prime Rate - 2% | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| SUBTOTAL | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| GRAND TOTALS | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION.  YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN.  The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company.  Please review the information contained in this statement, and contact us immediately if you have any questions.  Actual benefits are provided only in accordance with the terms of the Plan.  Distribution elections are subject to eligibility requirements.  Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.

## Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period October 1, 2010 - December 31, 2010

### Distribution Event(s) by Plan Year & Deferral Source

Distribution is based upon your election or the Plan default. The "Assumed Balance at Distribution" is based upon an annual compounding rate of return of **5.00%** and, pursuant to the distribution event reflected below, assumes the distribution will occur on your elected distribution date or a retirement age of **65**, as selected by your Plan Sponsor.

| Plan Year | Election Received | Election Effective | Event Elected | Election | Current Balance | Assumed Balance at Distribution |
|---|---|---|---|---|---|---|
| Participant Balance as of ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

### Current Investment Allocation by Plan Year & Deferral Source

Summary of current investment allocation by deferral source within each Plan year.

| Plan Year | Participant Balance as of ▮ |
|---|---|
| Prime Rate - 2% | 100.00% |
| TOTAL | 100.00% |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.