**EXHIBIT E**
**April 3, 2009 Letter**



# N❂RTEL

To: DARNELL BARBER-MOYE
████████████
████████████

April 3, 2009

Dear Darnell Barber-Moye:

You are receiving this letter as a participant in Nortel's U.S. Deferred Compensation Plan. Since filing for creditor protection in January, we have been working with external advisors to examine what options are available to us in relation to this plan, as we understand this is a very important issue to everyone who chose to participate. I regret to inform you that it's become clear that there are no options: Under the terms of this plan all non-qualified deferred compensation funds are part of the general assets of the company, and therefore subject to claims by all company creditors. This is the case even if you had a disbursement request in the system that had not been completely processed and paid prior to January 14, 2009.

If you think you may have a claim and for further information on the claims process and other information concerning the Chapter 11 proceedings, please contact the U.S. claims agent, Epiq Bankruptcy Solutions, LLC, at 1-866-897-6435 or go to their website at http://chapter11.epiqsystems.com/nortel.

Please make sure that we have your current mailing address. Current employees can update their address via Employee Self Service under the "Personal Information" tab. Former employees can submit a letter via U.S. mail or fax to Epiq Bankruptcy Solutions, Attn: Nortel Address Updates, 757 Third Avenue, 3rd Floor, New York, NY 10017, Fax: 646-282-2521. Or you can submit a change of address request through the website at http://chapter11.epiqsystems.com/nortel by clicking on the "Contact Us" icon at the top of the page.

Elena King
SVP, Human Resources

Nortel
4006 E. Chapel Hill Nelson Highway  Research Triangle Park, NC 27709 USA  T 1-800-676-4636  nortel.com