# EXHIBIT B

## Reduce and Allow Claims

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 110<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$369,600.00 (U)<br>$369,600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$184,800.00 (U)<br>$184,800.00 (T) | Partial Redundant Invoice Claim. Claim includes $184,800 in invoices which are also included and allowable on claim #1378 (the Remaining Liability Claim) filed by the claimant or an affiliate of the claimant. |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SYMMETRICOM INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT  06830 | 35<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$549,547.50 (U)<br>$549,547.50 (T) | - (S)<br>- (A)<br>- (P)<br>$469,513.32 (U)<br>$469,513.32 (T) | Partial No Liability Claim. Claim should be modified to remove $14,029.54 on invoice 137949, because the underlying purchase order was cancelled. As a result, none of the Debtors in these chapter 11 cases is liable for that portion of the claim.<br><br>Partially Satisfied Claim. Claim should be modified to remove $66,004.64 in invoices that have already been paid on payment #6100006392 on 6/11/08. |
| DC TECHNOLOGY, INC.<br>PO BOX 240994<br>CHARLOTTE, NC  28224 | 106<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,671.18 (U)<br>$37,671.18 (T) | - (S)<br>- (A)<br>- (P)<br>$37,457.00 (U)<br>$37,457.00 (T) | Partial No Liability Claim. Claim should be modified to remove $214.18 in North Carolina sales tax charges for which none of the Debtors in these chapter 11 cases is liable, as Debtors are exempt from paying such sales tax. |
| HEWITT ASSOCIATES LLC<br>100 HALF DAY RD<br>LINCOLNSHIRE, IL  60069-3242 | 2518<br>9/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$405,559.00 (U)<br>$405,559.00 (T) | - (S)<br>- (A)<br>- (P)<br>$365,621.00 (U)<br>$365,621.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $39,938.00 as valid liabilities of any Debtor in these chapter 11 cases, and for which no matching purchase order information was provided or found. |
| INTOTO INC<br>C/O KELL C. MERCER<br>BROWN MCCARROLL, LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX  78701 | 5441<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$200,507.93 (U)<br>$200,507.93 (T) | - (S)<br>- (A)<br>- (P)<br>$83,147.93 (U)<br>$83,147.93 (T) | Partial Redundant Invoice Claim. Claim is redundant of claim #5442 (the Remaining Liability Claim), which asserts the same invoices by the same claimant but against a different Debtor, Nortel Altsystems, Inc. Based on careful review of the Debtors' Books and Records, the Debtors believe $83,147.93 of the claimed amount to be properly allocable to this claim #5441, asserted against Nortel Networks Inc. |
| INTOTO INC<br>C/O KELLY C. MERCER<br>BROWN MCCARROLL LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX  78701 | 5442<br>9/30/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>- (P)<br>$200,507.93 (U)<br>$200,507.93 (T) | - (S)<br>- (A)<br>- (P)<br>$117,360.00 (U)<br>$117,360.00 (T) | Partial Redundant Invoice Claim. Claim is redundant of claim #5441 (the Remaining Liability Claim), which asserts the same invoices by the same claimant but against a different Debtor, Nortel Networks Inc. Based on careful review of the Debtors' Books and Records, the Debtors believe $117,360.00 of the claimed amount to be properly allocable to this claim #5442, asserted against Nortel Altsystems, Inc. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| JACKSON LEWIS LLP<br>ATTN ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY 10601 | 3200<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$138,108.57 (U)<br>$138,108.57 (T) | - (S)<br>- (A)<br>- (P)<br>$129,916.09 (U)<br>$129,916.09 (T) | Partial No Supporting Documentation Claim. Claim asserts a face value of $138,108.57, but the supporting documentation provided by claimant provides a sum of only $129,916.09. Claim is overstated by $8,192.48 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases.  This claim is also subject to modification on Exhibit D. |
| SPEAR 1 PRODUCTION INC<br>14881 QUORUM DRIVE<br>DALLAS, TX  75254 | 2980<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$68,565.18 (U)<br>$68,565.18 (T) | - (S)<br>- (A)<br>- (P)<br>$56,454.34 (U)<br>$56,454.34 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $12,110.84 as valid liabilities of any Debtor in these chapter 11 cases, as the claimant has overbilled the purchase order by that amount. |
| TATA AMERICA INTERNATIONAL CORPORATION<br>D/B/A TCS AMERICA<br>TCS AMERICA, ATTN: SATYA S HEDGE, ESQ<br>101 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY  10178 | 3974<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,255,824.00 (U)<br>$1,255,824.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,242,824.00 (U)<br>$1,242,824.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $13,000.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| TEXAS STADIUM CORPORATION<br>1 COWBOYS PKWY<br>IRVING, TX  75063-4924 | 456<br>3/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$54,952.27 (U)<br>$54,952.27 (T) | - (S)<br>- (A)<br>- (P)<br>$39,570.91 (U)<br>$39,570.91 (T) | Partially Satisfied Claim. Claim should be modified to remove $15,381.36 that was paid via a 3rd party on behalf of Nortel.  This claim is also subject to modification on Exhibit D. |
| Totals: | 10  Claims | - (S)<br>- (A)<br>- (P)<br>$3,280,843.56 (U)<br>$3,280,843.56 (T) | - (S)<br>- (A)<br>- (P)<br>$2,726,664.59 (U)<br>$2,726,664.59 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed