# EXHIBIT C

## Redundant Claims

## Exhibit C

### Redundant Claims

**Redundant Claim to be Expunged** ──────── **Corresponding Remaining Claim** ────────

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| CARLIN SYSTEMS, INC.<br>31 FLOYDS RUN<br>BOHEMIA, NY  11716 | 1408<br>6/24/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$78,960.00 (U)<br>$78,960.00 (T) | CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY  11716 | 6398<br>12/23/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$78,960.00 (A)<br>- (P)<br>- (U)<br>$78,960.00 (T) | Claim is redundant of claim 6398 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| FUTURE TELECOM INC<br>PO BOX 852728<br>MESQUITE, TX  75185 | 6716<br>1/15/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$10,864.57 (U)<br>$10,864.57 (T) | FUTURE TELECOM INC<br>PO BOX 852728<br>MESQUITE, TX  75185 | 6149<br>11/23/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$10,864.57 (U)<br>$10,864.57 (T) | Claim is redundant of claim 6149 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| KONET CORP.<br>PO BOX 366243<br>SAN JUAN, PR  00936 | 1462<br>6/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,415.20 (U)<br>$33,415.20 (T) | KONET CORP.<br>PO BOX 366243<br>SAN JUAN, PR  00936 | 742<br>3/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$83,538.00 (U)<br>$83,538.00 (T) | The Liabilities asserted in claim 1462, and the documentation attached thereto in support of such liabilities, are fully contained within claim 742, also filed by the claimant or an affiliate of the claimant. |
| MUNCK CARTER LLP<br>600 BANNER PLACE<br>12770 COIT ROAD<br>DALLAS, TX  75251 | 2432<br>9/1/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$130,268.07 (U)<br>$130,268.07 (T) | MUNCK CARTER LLP<br>600 BANNER PLACE<br>12770 COIT ROAD<br>DALLAS, TX  75251 | 7472<br>10/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$130,268.07 (U)<br>$130,268.07 (T) | Claim is redundant of claim 7472 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MUSEUM OF NATURE AND SCIENCE<br>PO BOX 151469<br>DALLAS, TX  75315 | 532<br>3/9/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | $5,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,000.00 (T) | MUSEUM OF NATURE AND SCIENCE<br>PO BOX 151469<br>DALLAS, TX  75315 | 869<br>4/6/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is redundant of claim 869 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX  75085 | 2094<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,373.88 (A)<br>- (P)<br>- (U)<br>$5,373.88 (T) | PRO CONNECT TECHNOLOGY<br>P.O. BOX 852764<br>RICHARDSON, TX  75085 | 2065<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,373.88 (A)<br>- (P)<br>- (U)<br>$5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

Redundant Claim to be Expunged ——————— Corresponding Remaining Claim ———————

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| PRO CONNECT PO BOX 852764 RICHARDSON, TX 75085 | 2249 8/27/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 2065 8/24/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PRO CONNECT TECHNOLOGY PO BOX 852764 RICHARDSON, TX 750852764 | 2250 8/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) $5,373.88 (P) - (U) $5,373.88 (T) | PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 2065 8/24/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PRO CONNECT TECHNOLOGY PO BOX 852764 RICHARDSON, TX 75085 | 6391 12/23/09 09-12515 Nortel Networks (CALA), Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 2065 8/24/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 6392 12/23/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $5,373.88 (U) $5,373.88 (T) | PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 2065 8/24/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PRO CONNECT TECHNOLOGY PO BOX 852764 RICHARDSON, TX 75085 | 6393 12/23/09 09-12515 Nortel Networks (CALA), Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 2065 8/24/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PRO CONNECT TECHNOLOGY PO BOX 852764 RICHARDSON, TX 75085-2764 | 6394 12/23/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $5,373.88 (U) $5,373.88 (T) | PRO CONNECT TECHNOLOGY P.O. BOX 852764 RICHARDSON, TX 75085 | 2065 8/24/09 09-10138 Nortel Networks Inc. | - (S) $5,373.88 (A) - (P) - (U) $5,373.88 (T) | Claim is redundant of claim 2065 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| PRO CONNECT<br>TECHNOLOGY<br>1700 CAPITAL AVENUE,<br>SUITE 100<br>PLANO, TX  75074-1203 | 6512<br>12/30/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$5,373.88 (U)<br>$5,373.88 (T) | PRO CONNECT TECHNOLOGY<br>P.O. BOX 852764<br>RICHARDSON, TX  75085 | 2065<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,373.88 (A)<br>- (P)<br>- (U)<br>$5,373.88 (T) | Claim is redundant of<br>claim 2065 filed by the<br>claimant or an affiliate of<br>the claimant asserting<br>the same underlying<br>liability. |
| PROCONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX  75085 | 6510<br>12/30/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$5,373.88 (A)<br>- (P)<br>- (U)<br>$5,373.88 (T) | PRO CONNECT TECHNOLOGY<br>P.O. BOX 852764<br>RICHARDSON, TX  75085 | 2065<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,373.88 (A)<br>- (P)<br>- (U)<br>$5,373.88 (T) | Claim is redundant of<br>claim 2065 filed by the<br>claimant or an affiliate of<br>the claimant asserting<br>the same underlying<br>liability. |
| UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS  B3J3B7<br>CANADA | 2772<br>9/8/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$5,587.15 (U)<br>$5,587.15 (T) | UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS  B3J 3B7<br>CANADA | 6196<br>12/7/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$5,675.59 (U)<br>$5,675.59 (T) | The Corresponding<br>Remaining Claim 6196<br>reflects an intervening<br>amendment by the<br>claimant to the amount<br>claimed against the<br>Debtor with regard to the<br>same underlying liability. |

| Totals: | 15  Claims | $5,000.00 (S)<br>$26,869.40 (A)<br>$5,373.88 (P)<br>$275,216.63 (U)<br>$312,459.91 (T) | | | - (S)<br>$127,324.92 (A)<br>- (P)<br>$235,346.23 (U)<br>$362,671.15 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed