# EXHIBIT D

## Wrong Debtor Claims

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB  T1V 2C2<br>CANADA | 1274<br>6/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$123,140.09 (U)<br>$123,140.09 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$123,140.09 (U)<br>$123,140.09 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUARRY INTEGRATED COMMUNICAT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1735<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$35,450.00 (U)<br>$35,450.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,450.00 (U)<br>$35,450.00 (T) |
| HAGEMEYER NORTH AMERICA INC<br>PO BOX 404753<br>ATLANTA, GA  30384-4753 | 5987<br>10/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$20,365.85 (U)<br>$20,365.85 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,365.85 (U)<br>$20,365.85 (T) |
| HELEIN & MARASHLIAN, LLC<br>1420 SPRING HILL RD STE 205<br>MCLEAN, VA  22102-3038 | 1796<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$28,309.39 (U)<br>$28,309.39 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28,309.39 (U)<br>$28,309.39 (T) |
| INNOVATIVE SYSTEMS LLC<br>1000 INN0VATIVE DRIVE<br>MITCHELL, SD  57301 | 444<br>3/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$360,160.00 (U)<br>$360,160.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules, and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$360,160.00 (U)<br>$360,160.00 (T) |
| JACKSON LEWIS LLP<br>ATTN ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY  10601 | 3200<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$138,108.57 (U)<br>$138,108.57 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules, and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted, as modified on Exhibit B, against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$129,916.09 (U)<br>$129,916.09 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| MCDONALD COUNTY TELEPHONE COMPANY<br>PO BOX 207<br>PINEVILLE, MO  64856-0207 | 7232<br>4/26/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$99.01 (U)<br>$99.01 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$99.01 (U)<br>$99.01 (T) |
| MUSEUM OF NATURE AND SCIENCE<br>PO BOX 151469<br>DALLAS, TX  75315 | 869<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| TEXAS STADIUM CORPORATION<br>1 COWBOYS PKWY<br>IRVING, TX  75063-4924 | 456<br>3/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$54,952.27 (U)<br>$54,952.27 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted, as modified on Exhibit B, against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,570.91 (U)<br>$39,570.91 (T) |
| TOWERS PERRIN FORSTER & CROSBY INC.<br>DBA TOWERS PERRIN<br>1500 MARKET STREET, CENTRE SQUARE EAST<br>PHILADELPHIA, PA  19102-4790 | 1677<br>8/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$377,224.00 (U)<br>$377,224.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$377,224.00 (U)<br>$377,224.00 (T) |
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN  37201 | 426<br>2/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$102,089.99 (U)<br>$102,089.99 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$102,089.99 (U)<br>$102,089.99 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| **Totals:** | 11  Claims | - (S)<br>- (A)<br>- (P)<br>$1,244,899.17 (U)<br>$1,244,899.17 (T) | | | - (S)<br>- (A)<br>- (P)<br>$1,221,325.33 (U)<br>$1,221,325.33 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed