# EXHIBIT E

## No-Basis 503(b)(9) Claims

# Exhibit E

## No-basis 503(b)(9) Claims

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| **No-basis 503(b)(9) Claim to be Expunged** | | | | **Corresponding Non-503(b)(9) Claim** | |
| DELTA PRODUCTS CORP<br>ATTN: CHARLENE TING<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | 5458<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$21,680.00 (A)<br>- (P)<br>- (U)<br>$21,680.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5457 filed by the claimant asserting the same liability. | 5457<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,680.00 (U)<br>$21,680.00 (T) |
| ESALES MEDIA INC<br>1440 CORAL RIDGE DR, SUITE 278<br>CORAL SPRINGS, FL 33071-5433 | 6387<br>12/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$8,529.25 (A)<br>- (P)<br>- (U)<br>$8,529.25 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6388 filed by the claimant asserting the same liability. | 6388<br>12/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$8,529.25 (U)<br>$8,529.25 (T) |
| FUTURE TELECOM, INC.<br>PO BOX 852728<br>MESQUITE, TX 75185 | 6148<br>11/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,864.57 (A)<br>- (P)<br>- (U)<br>$10,864.57 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6149 filed by the claimant asserting the same liability. | 6149<br>11/23/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$10,864.57 (U)<br>$10,864.57 (T) |
| GETABSTRACT INC.<br>20900 NE 30TH AVE SUITE 315<br>AVENTURA, FL 33180 | 6810<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$12,500.00 (A)<br>- (P)<br>- (U)<br>$12,500.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6809 filed by the claimant asserting the same liability. | 6809<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$12,500.00 (U)<br>$12,500.00 (T) |
| HELEIN & MARASHLIAN, LLC<br>1420 SPRINGHILL RD., STE. 205<br>MCLEAN, VA 22102 | 1797<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$28,309.39 (A)<br>- (P)<br>- (U)<br>$28,309.39 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1796 filed by the claimant asserting the same liability. | 1796<br>8/19/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$28,309.39 (U)<br>$28,309.39 (T) |
| HEMINGWAY, D. SCOTT<br>HEMINGWAY & HANSEN, LLP<br>COMERICA BANK TOWER, STE. 2500<br>1717 MAIN ST.<br>DALLAS, TX 75201 | 2238<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$37,077.68 (A)<br>- (P)<br>- (U)<br>$37,077.68 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2239 filed by the claimant asserting the same liability. | 2239<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) |
| SIERRA TELEPHONE<br>PO BOX 219<br>OAKHURST, CA 93644 | 6928<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$100.62 (A)<br>- (P)<br>- (U)<br>$100.62 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6927 filed by the claimant asserting the same liability. | 6927<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$100.62 (U)<br>$100.62 (T) |

## Exhibit E

### No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA<br>PANAMA | 6167<br>11/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,866.00 (A)<br>- (P)<br>- (U)<br>$4,866.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6166 filed by the claimant asserting the same liability. | 6166<br>11/30/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$4,866.00 (U)<br>$4,866.00 (T) |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA<br>PANAMA | 6169<br>11/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$7,211.19 (A)<br>- (P)<br>- (U)<br>$7,211.19 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6168 filed by the claimant asserting the same liability. | 6168<br>11/30/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$7,211.19 (U)<br>$7,211.19 (T) |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA<br>PANAMA | 6171<br>11/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,020.00 (A)<br>- (P)<br>- (U)<br>$1,020.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6170 filed by the claimant asserting the same liability. | 6170<br>11/30/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,020.00 (U)<br>$1,020.00 (T) |
| WIREWERKS INC<br>10280 CH DE LA COTE-DE-LIESSE<br>LACHINE, QC  H8T 1A3<br>CANADA | 1793<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$33,949.49 (A)<br>- (P)<br>- (U)<br>$33,949.49 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1794 filed by the claimant asserting the same liability. | 1794<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,949.49 (U)<br>$33,949.49 (T) |
| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC  H8T 1A3<br>CANADA | 1789<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$327.10 (A)<br>- (P)<br>- (U)<br>$327.10 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1790 filed by the claimant asserting the same liability. | 1790<br>8/19/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$327.10 (U)<br>$327.10 (T) |
| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC  H8T 1A3<br>CANADA | 1791<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$35,428.20 (A)<br>- (P)<br>- (U)<br>$35,428.20 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1792 filed by the claimant asserting the same liability. | 1792<br>8/19/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$35,428.20 (U)<br>$35,428.20 (T) |

# Exhibit E

## No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** |
| **Totals:** | 13  Claims | - (S)<br>$201,863.49 (A)<br>- (P)<br>- (U)<br>$201,863.49 (T) | | | - (S)<br>- (A)<br>- (P)<br>$201,863.49 (U)<br>$201,863.49 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed