# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Nortel Networks Inc., et al.  
Allen & Overy LLP,

**Case No.:** 09−10138−KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that GENBAND US LLC (formerly Genband Inc., "GENBAND"), filed a Notice of Appeal on 2/1/2011 regarding the Order denying the Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief From the Automatic Stay to Compel Arbitration

The Notice of Appeal may be viewed at docket number 4786. The order on appeal may be viewed at docket number 4737.

David D. Bird  
CLERK OF COURT

Date: 2/2/11  
(VAN−440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Teresa                 Page 1 of 1              Date Rcvd: Feb 02, 2011
Case: 09-10138                 Form ID: van440              Total Noticed: 5

The following entities were noticed by first class mail on Feb 04, 2011.
aty          +Derek C. Abbott,    Morris Nichols Arsht & Tunnell,    1201 N. Market Street,
               Wilmington, DE 19801-1146
aty          +James L. Bromley,    Cleary Gottlieb Steen & Hamilton,    One Liberty Plaza,
               New York, NY 10006-1470
aty           Mary Caloway,    Buchanan Ingersoll & Rooney PC,    1105 North Market Street,    Suite 1900,
               Wilmington, DE 19801-1228
aty           Michael R. Lastowski,    Duane Morris LLP,    1100 North Market Street,    Suite 1200,
               Wilmington, DE 19801-1246
ust          +Thomas Patrick Tinker,    Office of the U.S. Trustee,    844 King Street Suite 2207,
               Wilmington, DE 19801-3519

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2011**                                    **Signature:** *Joseph Speetjens*