*Jeffrey D. Townley*
*4115 English Garden Way*
*Raleigh, NC 27612*
*919-782-0588*

Honorable Kevin Gross
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, N.Y. 10006

Copy: Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

OBJECTION
RE: Nortel Networks Inc. et al.
Case No. 09-10138 (KG)
Docket No. 4638

January 31, 2011

Dear Sir:

I am writing to **strongly object** to the December 22, 2010 motion to allow Nortel to re-capture the funds in the Deferred Compensation plan. The funds in the plan were legitimately earned by the participants and stored in a Trust to be withdrawn at a future time. This was not money given or awarded by Nortel, but earned in good faith by the employees.

Allowing Nortel to claim the money to settle their debts is equivalent to a Bank taking customer's savings deposits to satisfy their building rent.

As an executive at Nortel, I was encouraged to participate in the plan, as it was sold as a benefit for the management staff. When the rumors first surfaced about the dire straights of the Nortel financials, I was on assignment in Hong Kong for the company, and therefore was somewhat isolated concerning the downward slide of the financials.

I believe there was intentional deception towards the Deferred Compensation Plan participants, therefore not allowing the participants the opportunity to withdraw the earned money before the Chapter 11 filling. When I heard of the potential bankruptcy, I requested a withdrawal of my deferred income *2 weeks prior* to the Chapter 11 filing. I was told it would take *6 weeks* to process the withdrawal, then the Chapter 11 filing occurred and the money could not be accessed.

Thank you for your time and consideration of this motion to deny the claim of the Deferred Compensation Plan money by Nortel Networks.

*[signature: Jeffrey D Townley]*

Jeffrey D. Townley