**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|---|---|
| Nortel Networks Inc. v. Abacus Solutions, LLC | 10-55130 |
| Nortel Networks Inc. v. Actuate Corporation | 10-55144 |
| Nortel Networks Inc. v. AMCC Sales Corporation | 10-55151 |
| Nortel Networks Inc. v. Aviat Networks, Inc. | 10-55154 |
| Nortel Networks Inc. v. Axxion Group Corporation | 10-55158 |
| Nortel Networks Inc. v. Baldwin& Creative LLC d/b/a Baldwin& | 10-55161 |
| Nortel Networks Inc., et. al. v. Beeline.com, Inc. | 10-55165 |
| Nortel Networks Inc. v. Bick Group, Inc. | 10-55168 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | 10-55175 |
| Nortel Networks Inc. v. BWCS, Ltd. | 10-53184 |
| Nortel Networks Inc. v. CDMA Development Group, Inc. | 10-55181 |
| Nortel Networks Inc. v. CDW Direct, LLC et al. | 10-55185 |
| Nortel Networks Inc. v. Celestica Thailand, Ltd. And Celestica Holdings PTE, Ltd. | 10-53185 |
| Nortel Networks Inc. v. Cognizant Technology Solutions US Corporation | 10-55190 |
| Nortel Networks Inc. v. Continuum Worldwide Corporation | 10-55191 |
| Nortel Networks Inc. v. Critical Path Strategies | 10-55193 |
| Nortel Networks Inc. v. Demand Wave Solutions, Inc. | 10-55196 |
| Nortel Networks Inc. v. Excellence In Motivation, Inc. | 10-55198 |
| Nortel Networks Inc. v. Exide Technologies | 10-55199 |
| Nortel Networks Inc. v. Gilmore Global Logistics Services, Inc. | 10-55200 |
| Nortel Networks Inc. v. Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc. | 10-55201 |
| Nortel Networks Inc. v. Ixia | 10-55202 |
| Nortel Networks Inc. v. Jack Morton Worldwide, Inc. | 10-55203 |
| Nortel Networks (CALA) Inc. v. Kodiak Technology Partners, LLC | 10-55206 |

2

| | |
|---|---|
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. Market Probe, Incorporated | 10-55208 |
| Nortel Networks Inc. v. McKinsey & Co., Inc. | 10-55159 |
| Nortel Networks Inc. v. MobileNet Services, Inc. | 10-55164 |
| Nortel Networks Inc. v. NeoPhotonics Corporation | 10-55167 |
| Nortel Networks Inc. v. Nera, Inc. | 10-55170 |
| Nortel Networks Inc. v. NetIQ Corporation | 10-55171 |
| Nortel Networks Inc. v. Oplink Communications, Inc. | 10-55174 |
| Nortel Networks Inc. v. Opnext Subsystems, Inc. f/k/a StrataLight Communications, Inc. and Opnext, Inc. | 10-53177 |
| Nortel Networks Inc. v. Paradigm Works, Inc. | 10-55176 |
| Nortel Networks Inc. v. Red Hat, Inc. | 10-55179 |
| Nortel Networks Inc. v. Revonet, Inc. | 10-55182 |
| Nortel Networks Inc. v. SAS Institute, Inc. | 10-55184 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | 10-55189 |
| Nortel Networks Inc. v. TEKsystems Inc. | 10-55192 |
| Nortel Networks Inc. v. TGS, Inc. | 10-55194 |
| Nortel Networks Inc. v. Weston Solutions, Inc. | 10-55195 |