January 31, 2011

Clerk of the Court
United States Bankruptcy Court for District of Delaware
824 market Street, 3rd Floor
Wilmington, Delaware 19801

                                                     **Chapter 11**
                                        **Case No. 09-101138 (KG)**
                                      **Nortel Networks Inc (NNI) et al**

I wish to oppose to the **Docket 4638** in the Epiq Files, dated 12-22-10 from the United States bankruptcy Court, related to the Nortel Networks US Deferred Compensation Plan.

I am hearby filing an objection to Docket 4638.

My grounds for objection to and rejection of the order are:

- I am not a highly compensated executive as stated by Nortel. I qualified only 1 year to participate in the Deferred Salary plan due to a sizable bonus. I contributed a very substantial amount since it was the last year before my kids 5 kids started college and I knew I would not be able to contribute ever again. This salary deferment account still represents over 15% of my 401K retirement savings.
- Public statement made on Dec 10th 2008 to Wall Street Journal by a Nortel spokesperson

**"Ronald Alepian, a spokesman for Nortel, said that "no bankruptcy filing is imminent," but added that the company has engaged several advisers to help it chart a way forward. "We remain focused on carrying out the restructuring we outlined on Nov. 10 to cut costs,"**

- I was aware that the DC Program was 'at risk' if Nortel declared bankruptcy so I called MullinTBG to request a withdrawal form and planned to withdraw all my assets. But the assurance from the previous bullet point caused me to pause. I called Ronald and one is his assistance assured me that Nortel was not near bankruptcy and that bankruptcy was a controlled process that would allow Nortel to notify (strongly hint) to those in the plan that bankruptcy is a possibility if Nortel should ever approach that point – so I did not withdraw my assists.

Based on these considerations I am filing an objection to Docket 4638 and requesting that the court not grant the request from Nortel Networks Inc to claim these funds for the general estate.

Bruce Schofield

*[signature]*

GLOBAL ID: 4726495