February 3, 2011

Clerk of the Court
United State Bankruptcy Court for District of Delaware
824 Market St, 3rd floor
Wilmington, Delaware 19801

Copy:

Clearly Gottlieb Steen & Hamilton LLP
Attn James Bromley
One Liberty Plaza
New York, New York 10006

Morris Nichols Arsht & Tunnel LLP
Attn Derek C Abbott
1201 North Market St, PO Box 1347
Wilmington, Delaware 19801

**Ref:  Docket 4638, dated 12/22/2010**
**Bankruptcy Case No 09-101138 Nortel Networks**

Dear Sir/Madam,

I realize that this objection may be late. I was a participant in the Nortel Deferred Compensation Plan. I strongly object to the filing of docket 4638 in the Nortel Networks bankruptcy case, and respectfully request its rejection.

I wish to highlight two facts, which can be easily verified:
   First I was not a highly paid officer/executive of Nortel. I was one of the hundreds of "directors" who were regular mid level employees of the company. I wanted to make it clear that this program was targeted at all mid level employees that were making at or above $100K. The unfortunate thing, it was promoted as a plus to the 401K and a tax saving vehicle.
   My deferred comp is small in comparison to my peers but it was because of when I could afford to make this move again this indicate that this was not just for the highly compensated employees.

The second reason for my objection was the way this was marketed to us. It was supposed to be a long term investment plan for North American employees. Unlike my Canadian peers that had different non-contributory plan funded by the company, this was in fact all of my hard earned money.

In my humble opinion the class of people that placed their hard earned money should be given the benefit above the bank and creditors that may be in a position to write this off and replace the funding from somewhere else.

Please don't further punish us. I would recommend that you review the rank, salary, and amount saved by each employee with funds currently blocked in the plan to determine if this was a senior executive slush fund. I guarantee you will find just regular hardworking employee that was saving for the future.

Sincerely,

Egbert Clarke
16405 Diamond Place, Weston, FL 33331

Email: egbertclarke@yahoo.com   Phone 954 817 6427