Moses Sun
9208 Stonebrook Dr.
College station, TX 77845
Phone: 979-764-3091
2/1/2011

To: Clerks
US Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottlieb Steen Hamilton LLP
One Liberty Plaza
New York, NY 10006

Case No. 09-101138 (KG)

Dear Sir or Madam,

I wish to file an Objection to the Docket 4638 in the Epiq files dated on 12-22-2010 from the US bankruptcy court.

As a middle level manager, I was offered with the deferred compensation as an incentive from the job and presented as a safe way of saving money for my retirement. I had placed my trust into the company as a secure way of building my retirement savings. The money saved was from my regular salary which I had worked very hard for.

Please accept my petition and rule against Docket 4638.

Thank You.

Respectfully yours,

Moses Sun