January 30, 2011

From: David Hilbig
1420 Faringdon Dr.
Plano, TX  75075

To: Clerk of the Court,
United States Bankrupty Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801

Copy: James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Case No. 09-101138 (KG) Nortel Networks Inc., et al

Objection to Docket 4638 dated 12/22/2010

Dear Sir or Madam:

I wish to file an objection to the motion in docket number 4638.  My objection is based on the fact that the Deferred Compensation Plan Document and Prospectus states that Nortel Networks Corporation (NNC), a Canadian Corporation, is solely liable for the plan.  If NNC is solely liable then NNI should not be allowed to grab the assets of a trust for which NNC is solely liable.

I also request that the court first determine the validity of the plan including whether it met the statutory requirements of the plan given the number of non-executive management that were members of the plan.  The structure of the plan assumes individuals are highly informed on the financial condition of the company, since the assets are unsecured.  Since the passage of Sorbanes-Oxley that level of knowledge of the financial condition of the company is only known at the senior executive level.  Note that at least one senior executive was able to withdraw his money from the plan while the non-executive management did not have the information necessary on the financial condition of the company to take similar action.

Respectfully,

*David Hilbig*

David Hilbig