January 30, 2011

To:
Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Copy:
James L. Bromley
Cleary Gottlieb Steen and Hamilton LLP
Derek C. Abbott
Morris, Nichols, Arsht, and Tunnell LLP

OBJECTION
Reference: Nortel Network Inc., et al
Case Number 09-10138 (KG)
Docket Number 4638

Dear Sir,

I am writing to **strongly** object to the motion filed (Docket 4638) on December 22, 2010 allowing Nortel to recapture the funds in the Deferred Compensation Plan (DCP). Contrary to what has been reported in the media, most of the 325 employees under this plan were mid-level managers. I was a mid-level manager and was encouraged by Nortel to participate in this program. Indeed, Nortel informed the employees that DCP was a tax deferred plan just like 401(K) and encouraged us to use that vehicle for saving for expenses such as children's college tuition. I rusted that advice and saved part of my salary with the intention of withdrawing that money for my son's college tuition starting 2010. Unfortunately, with Nortel filing for bankruptcy, I am now unable to rely on those funds for my son's college expenses who is currently a freshman at UT Austin.

Give that more than 90% of 325 participants were mid-level managers and many of them are now retired, I request the court to authorize the trust to release the DCP funds to the participants. This would be the proper thing to do as many of the participants are facing hardship to meet family commitments such as sending their children to college.

Sincerely,

Mysore N. Prakash
5212 Lakecreek Ct
Plano, TX 75093
972-898-9085