**EXHIBIT A**

CUMULATIVE COMPENSATION BY PROJECT
<u>CATEGORY FOR APPLICATION PERIOD</u>

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2011 through January 31, 2011

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 1/3/2011  End Date 1/31/2011
**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 9.8 | $470.00 | $4,606.00 |
| 2 | Reviewing operational management of transition services | 30.6 | $470.00 | $14,382.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 143.4 | $470.00 | $67,398.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 8.0 | $470.00 | $3,760.00 |
| 5 | Fee Applications | 4.0 | $470.00 | $1,880.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 19.5 | $235.00 | $4,582.50 |
| | **Hours/Billing Amount for Period:** | **215.3** | | **$96,608.50** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/3/2011 | Prepare fee application | 5 | 2.0 |
| 1/3/2011 | Updates related to various matters including Richardson, receivables, budget for 2011 | 3 | 1.3 |
| 1/3/2011 | IP matters | 3 | 1.4 |
| 1/3/2011 | Preference matter being handled by Morris Nicols | 3 | 0.5 |
| 1/3/2011 | Scheduling various matters with creditor groups; scheduling budget deliverable dates and plan processes | 3 | 2.3 |
| 1/4/2011 | Flight to NY | 7 | 3.0 |
| 1/4/2011 | Prepare fee application | 5 | 2.0 |
| 1/4/2011 | Interco receivables issue | 3 | 0.5 |
| 1/4/2011 | Follow up re insurance coverages and binders | 3 | 0.5 |
| 1/4/2011 | Budget development | 3 | 1.5 |
| 1/4/2011 | IP retention plans and 2011 arrangements for employees | 3 | 0.5 |
| 1/4/2011 | Preference review with Cleary | 3 | 1.0 |
| 1/4/2011 | Potential buyer update | 3 | 0.5 |
| 1/4/2011 | Meeting with Cleary re allocation and mediation | 3 | 2.0 |
| 1/5/2011 | Preference update meeting | 3 | 0.8 |
| 1/5/2011 | Meeting re allocation and mediation | 3 | 2.5 |
| 1/5/2011 | Non debtor subsidiary liquidations work stream | 3 | 0.3 |
| 1/5/2011 | Meetings regarding IP sale | 3 | 0.8 |
| 1/5/2011 | Meetings with UCC and meetings with bonds | 3 | 4.0 |
| 1/6/2011 | Meetings re allocation and mediation | 4 | 5.5 |
| 1/6/2011 | Meetings with bondholders | 4 | 2.5 |
| 1/6/2011 | Richardson broker agreement | 3 | 0.5 |
| 1/6/2011 | Preference settlement approvals | 3 | 0.5 |
| 1/6/2011 | Motion re automatic stay | 3 | 0.5 |
| 1/6/2011 | Review and approve budget for inventory sales and staffing for 2011 | 3 | 0.8 |
| 1/6/2011 | Flight from NY meetings | 7 | 4.0 |
| 1/6/2011 | Call re budget detail and timing | 3 | 2.5 |
| 1/9/2011 | Review and dicussion related to reductions in force and wind down | 3 | 1.0 |
| 1/10/2011 | Status call re case management | 3 | 1.5 |
| 1/10/2011 | Employee benefits matters and reductions in force | 3 | 1.0 |
| 1/10/2011 | Preferences and settlement review of same | 3 | 2.0 |
| 1/10/2011 | IP address auction | 3 | 1.0 |
| 1/10/2011 | Approval of invoices, other administrative requests for approvals | 1 | 1.7 |
| 1/10/2011 | Inter-estate funding and receivables status | 1 | 2.0 |
| 1/10/2011 | Mediation and allocation matters | 3 | 1.0 |
| 1/10/2011 | IP matters | 3 | 0.5 |
| 1/11/2011 | IP matters call with advisors | 3 | 1.5 |
| 1/11/2011 | Allocation/mediation matters | 3 | 2.8 |
| 1/11/2011 | Claims matters | 3 | 3.0 |
| 1/11/2011 | Large claim reconciliation | 3 | 1.0 |
| 1/12/2011 | Internet addresses | 3 | 1.0 |
| 1/12/2011 | Mediation/allocation matters | 3 | 4.0 |
| 1/12/2011 | Budget and wind down matters | 3 | 2.0 |
| 1/12/2011 | NNL disclosure review | 1 | 0.8 |
| 1/13/2011 | Non debtor subsidiary liquidations work stream | 3 | 2.5 |
| 1/13/2011 | Budget worksheets for 2011 and future years | 3 | 1.5 |
| 1/13/2011 | Central America interco workstream | 3 | 2.5 |
| 1/13/2011 | LTD and medical plan matters | 3 | 2.0 |
| 1/13/2011 | Non debtor wind down | 3 | 3.5 |
| 1/13/2011 | NBS headcount matters and staffing discussions and review | 2 | 2.0 |
| 1/13/2011 | Case management matters including scheduling, motions to be filed | 3 | 1.5 |
| 1/13/2011 | Follow up to emea cash meeting | 3 | 1.0 |
| 1/14/2011 | Call with Mercer re benefits and review of Mercer materail | 3 | 2.8 |
| 1/14/2011 | Call with NBS re review of employee staffing and reduction schedule | 2 | 1.5 |
| 1/14/2011 | Review of CALA cash and call with Louis Guerra; follow up call with Canada and FA's re CALA region cash | 3 | 3.5 |
| 1/14/2011 | Bids workstream re Internet addresses | 3 | 1.0 |
| 1/17/2011 | IP call re status | 3 | 0.8 |
| 1/17/2011 | Review of internet address bids and agreements | 3 | 2.2 |
| 1/17/2011 | Review of materials from EMEA and Canada re assets and liabilities | 3 | 2.5 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/17/2011 | Flight to NY | 7 | 4.0 |
| 1/17/2011 | Meetings at Cleary related to various case management matters including liquidation of non debtors, tax matters, claims, LP and allocation | 3 | 5.5 |
| 1/17/2011 | Prepare for and attend discussion regarding bonds and UCC related to mediation and allocation | 3 | 5.3 |
| 1/18/2011 | Review of NBS goals and discussions with C Recaute re same | 2 | 1.5 |
| 1/18/2011 | Non debtor sub liquidations; call to Hyland re same | 3 | 1.0 |
| 1/18/2011 | Richardson sale progress | 3 | 0.5 |
| 1/18/2011 | Handling benefits matters | 3 | 1.3 |
| 1/18/2011 | Travel from NY meetings | 7 | 4.5 |
| 1/18/2011 | Review of IP matters and correspondence from bidder x | 3 | 0.5 |
| 1/19/2011 | NBS metrics review and discuss | 2 | 1.0 |
| 1/19/2011 | Review multiple settlements of preferences and claims | 3 | 1.5 |
| 1/19/2011 | Discuss large claim and royalties paid by US | 1 | 1.0 |
| 1/19/2011 | IP process | 3 | 1.3 |
| 1/19/2011 | Review transfer matters and execute documents re Pluto | 3 | 3.0 |
| 1/19/2011 | Internet address matters | 3 | 4.0 |
| 1/20/2011 | Allocation matters and review of calculations of Chilmark; discussions re allocation | 3 | 3.0 |
| 1/20/2011 | Internet address matters | 3 | 1.3 |
| 1/20/2011 | Subsidiary liquidation maters | 3 | 3.0 |
| 1/20/2011 | Case management matters, including approval of payment for certain invoices and expenses of US estate | 2 | 2.3 |
| 1/21/2011 | Review Cala region additional material | 3 | 3.0 |
| 1/21/2011 | Review of allocation materials | 3 | 1.2 |
| 1/21/2011 | Call re audit of royalties paid by US eststate and review of documentation | 1 | 1.3 |
| 1/24/2011 | IT issues with claims | 2 | 0.8 |
| 1/24/2011 | Richardson follow up re open issues | 3 | 0.5 |
| 1/24/2011 | Call with NBS re status on several matters | 2 | 0.5 |
| 1/24/2011 | Weekly case management call | 3 | 1.2 |
| 1/24/2011 | Call regarding Richardson | 3 | 0.5 |
| 1/24/2011 | Call with KS re IT wind down and budgeting matters | 3 | 0.5 |
| 1/24/2011 | Review Capstone work product; discuss with Chilmark | 3 | 2.0 |
| 1/24/2011 | Document retention matters | 3 | 1.2 |
| 1/24/2011 | Legal matters update with Don Powers | 2 | 0.5 |
| 1/24/2011 | APAC trust issues | 3 | 0.8 |
| 1/24/2011 | US subsidiary liquidations | 3 | 1.0 |
| 1/25/2011 | IP matters | 3 | 0.5 |
| 1/25/2011 | Customs claim; mark up of letter | 3 | 2.0 |
| 1/25/2011 | APAC trust issues | 3 | 0.5 |
| 1/25/2011 | Internet address matters | 3 | 1.8 |
| 1/25/2011 | Review and approve NBS AIP results | 2 | 1.0 |
| 1/25/2011 | Review and approve Mercer engagement and scope | 3 | 0.5 |
| 1/25/2011 | Cala region liquidation response | 3 | 1.5 |
| 1/25/2011 | US subsidiary liquidations | 3 | 1.0 |
| 1/25/2011 | Responding to several preference settlement proposals and offers | 3 | 1.0 |
| 1/26/2011 | Review materials from Mercer and call re benefits matters | 3 | 2.8 |
| 1/26/2011 | Subsidiary liquidation maters | 3 | 1.5 |
| 1/26/2011 | Tax refund matter | 3 | 1.5 |
| 1/26/2011 | Preference case management | 3 | 1.2 |
| 1/26/2011 | Allocation/mediation matters | 3 | 2.3 |
| 1/28/2011 | Call re liquidation of subsidiaries | 3 | 2.5 |
| 1/28/2011 | Prepare documents related to support for applications to chnange subsidiary directors | 3 | 0.5 |
| 1/28/2011 | 4th estate proposal | 1 | 0.5 |
| 1/28/2011 | APAC trust | 1 | 0.5 |
| 1/28/2011 | Internet addresses | 3 | 1.0 |
| 1/28/2011 | LP process | 3 | 0.5 |
| 1/28/2011 | 401K plan review | 2 | 0.5 |
| 1/28/2011 | Various administartive tasks related to versight | 1 | 1.0 |
| 1/29/2011 | Claims allowance | 3 | 1.3 |
| 1/29/2011 | Non debtor subsidiary liquidations work stream | 3 | 0.3 |
| 1/29/2011 | Customs matters | 3 | 0.3 |
| 1/29/2011 | NBS budget review and mark up | 2 | 4.0 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/30/2011 | Further NBS budget review and mark up | 2 | 4.0 |
| 1/30/2011 | Travel to Raleigh | 7 | 4.0 |
| 1/31/2011 | Meet with NBS for detailed budget reviews | 2 | 9.0 |
| 1/31/2011 | Meet with EY tax | 2 | 2.0 |
| 1/31/2011 | Call with Japan non resident director | 1 | 1.0 |