**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2011 through January 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    1,502.30 |
| Travel – Lodging | | 2,423.72 |
| Travel – Meals | | 263.16 |
| Travel – Car Service | | 155.20 |
| Travel – Parking | | 82.00 |
| Office supplies, shipping, and other office related expenses | | 180.19 |
| PACER | | - |
| TOTAL | | $    4,606.57 |

# Nortel Expense Report

**PERIOD:** January 1, 2011 through January 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/4/2011 | New York Trip - Air fare | $ 379.40 | | | | | | | |
| 1/4/2011 | New York Trip - Cab fare | | | | $ 32.20 | | | | |
| 1/4/2011 | New York Trip - Meal | | | $ 75.00 | | | | | |
| 1/4/2011 | New York Trip - Room rate | | $ 525.00 | | | | | | |
| 1/4/2011 | New York Trip - Sales tax | | $ 46.59 | | | | | | |
| 1/4/2011 | New York Trip - City Tax | | $ 30.84 | | | | | | |
| 1/4/2011 | New York Trip - NYC occupancy tax | | $ 2.00 | | | | | | |
| 1/4/2011 | New York Trip - NYS occupancy tax | | $ 1.50 | | | | | | |
| 1/5/2011 | New York Trip - Room rate | | $ 525.00 | | | | | | |
| 1/5/2011 | New York Trip - Sales tax | | $ 46.59 | | | | | | |
| 1/5/2011 | New York Trip - City Tax | | $ 30.84 | | | | | | |
| 1/5/2011 | New York Trip - NYC occupancy tax | | $ 2.00 | | | | | | |
| 1/5/2011 | New York Trip - NYS occupancy tax | | $ 1.50 | | | | | | |
| 1/6/2011 | New York Trip - Meal | | | $ 19.15 | | | | | |
| 1/6/2011 | New York Trip - Meal | | | $ 77.06 | | | | | |
| 1/6/2011 | New York Trip - Cab fare | | | | $ 32.00 | | | | |
| 1/6/2011 | New York Trip - Parking | | | | | $ 45.00 | | | |
| 1/6/2011 | Airline change fee | $ 150.00 | | | | | | | |
| 1/5/2011 | Inflight telephone | | | | | | $ 34.95 | | |
| 1/17/2011 | New York Trip - Air fare | $ 266.40 | | | | | | | |
| 1/17/2011 | New York Trip - Airline change fee | $ 150.00 | | | | | | | |
| 1/17/2011 | New York Trip - Cab fare | $ 34.60 | | | $ 34.60 | | | | |
| 1/17/2011 | New York Trip - Meal | | | $ 57.31 | | | | | |
| 1/17/2011 | New York Trip - Room rate | | $ 525.00 | | | | | | |
| 1/17/2011 | New York Trip - Sales tax | | $ 46.59 | | | | | | |
| 1/17/2011 | New York Trip - City Tax | | $ 30.84 | | | | | | |
| 1/17/2011 | New York Trip - NYC occupancy tax | | $ 2.00 | | | | | | |
| 1/17/2011 | New York Trip - NYS occupancy tax | | $ 1.50 | | | | | | |

# Nortel Expense Report

PERIOD: January 1, 2011 through January 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/18/2011 | New York Trip - Meal | | | $ 17.66 | | | | | |
| 1/18/2011 | New York Trip - Room rate | | $ 525.00 | | | | | | |
| 1/18/2011 | New York Trip - Sales tax | | $ 46.59 | | | | | | |
| 1/18/2011 | New York Trip - City Tax | | $ 30.84 | | | | | | |
| 1/18/2011 | New York Trip - NYC occupancy tax | | $ 2.00 | | | | | | |
| 1/18/2011 | New York Trip - NYS occupancy tax | | $ 1.50 | | | | | | |
| 1/19/2011 | New York Trip - Cab fare | | | | $ 10.00 | | | | |
| 1/19/2011 | New York Trip - Meal | | | $ 16.98 | | | | | |
| 1/19/2011 | New York Trip - Cab fare | | | | $ 46.40 | | | | |
| 1/19/2011 | New York Trip - Parking | | | | | $ 37.00 | | | |
| 1/19/2011 | Airline additional fee | $ 5.00 | | | | | | | |
| 1/11/2011 | Shipping Charges | | | | | | $ 30.65 | | |
| 1/20/2011 | Shipping Charges | | | | | | $ 30.65 | | |
| 1/28/2011 | Shipping Charges/office supply | | | | | | $ 83.94 | | |
| 1/30/2011 | Raleigh Trip - Air | $ 516.90 | | | | | | | |