# EXHIBIT C

**DISBURSEMENT SUMMARY**
**NOVEMBER 1 TO NOVEMBER 30, 2010**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | |
|---|---|
| Accommodations | $1,234.34 |
| Airfare/Travel | $ 889.40 |
| Binding Books / Documents | $ 26.40 |
| Cellular Phones | $ 560.72 |
| Courier and Delivery | $ 245.42 |
| Library Computer Research | $4,511.32 |
| Long Distance Telephone Calls | $ 148.30 |
| Meals & Beverages | $ 507.60 |
| Parking | $ 10.62 |
| Photocopy Charges | $1,060.50 |
| Taxi Charges (Courier) | $ 883.25 |
| Total Non-Taxable Disbursements | **$10,077.87 CDN.** |