**EXHIBIT D**

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 12, 2011
Invoice #: 2809641
Page 30 of 36

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/10/10 | Lexis Nexis | 1 | 27.42 |
| 13/10/10 | Quick Law | 1 | 19.75 |
| 14/10/10 | Quick Law | 1 | 41.87 |
| 17/10/10 | Bell Conferencing/Inv. 106499603/M Wunder | 1 | 16.29 |
| 17/10/10 | Bell Conferencing/Inv. 106499603/M Wunder | 1 | 13.32 |
| 19/10/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 18.48 |
| 22/10/10 | Quick Law | 1 | 267.01 |
| 22/10/10 | Quick Law | 1 | 4.74 |
| 22/10/10 | Quick Law | 1 | 20.54 |
| 22/10/10 | ECarswell | 1 | 64.50 |
| 22/10/10 | ECarswell | 1 | 5.25 |
| 22/10/10 | ECarswell | 1 | 33.25 |
| 22/10/10 | ECarswell | 1 | 123.50 |
| 23/10/10 | ECarswell | 1 | 101.25 |
| 23/10/10 | Quick Law | 1 | 853.18 |
| 23/10/10 | ECarswell | 1 | 238.75 |
| 23/10/10 | Quick Law | 1 | 8.69 |
| 24/10/10 | ECarswell | 1 | 400.00 |
| 24/10/10 | Quick Law | 1 | 219.62 |
| 24/10/10 | ECarswell | 1 | 75.00 |
| 28/10/10 | Quick Law | 1 | 1,174.73 |
| 28/10/10 | ECarswell | 1 | 359.25 |
| 31/10/10 | Beck Taxi/Inv 1721-022/A.North Oct 25/10 | 1 | 9.54 |
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Oct 8/10 | 1 | 42.38 |
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Oct 1/10 | 1 | 29.34 |
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Oct 4/10 | 1 | 30.73 |
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Oct 5/10 | 1 | 34.68 |
| 31/10/10 | Beck Taxi/Inv 1721-022/M.Wunder Oct 9/10 | 1 | 16.07 |
| 31/10/10 | Beck Taxi/Inv 1721-022/M.Wunder Aug 13/10 | 1 | 11.64 |
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Sept 28 and 29/10 | 1 | 64.96 |
| 31/10/10 | Beck Taxi/Inv 1721-022/M.Wunder Oct 7, 8, 9, 2010 | 1 | 76.00 |
| 31/10/10 | Beck Taxi/Inv 1721-022/M.Wunder Oct 29/10 | 1 | 12.58 |
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Oct 12/10 | 1 | 31.66 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 12, 2011  
Invoice #: 2809641  
Page 31 of 36

| Date | Description | QTY. | Amount |
|---|---|---|---|
| 31/10/10 | Beck Taxi/Inv 1721-022/R.Jacobs Oct 6/10 | 1 | 31.43 |
| 01/11/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 3.06 |
| 01/11/10 | Quick Law | 1 | 78.20 |
| 01/11/10 | Laser Copy;NELSON M | 3 | 0.30 |
| 02/11/10 | Laser Copy;MacFarlaneA | 45 | 4.50 |
| 02/11/10 | Laser Copy;MattesL | 165 | 16.50 |
| 02/11/10 | Laser Copy;Kee, Evelyn | 5 | 0.50 |
| 03/11/10 | Taxi to court for M. Wunder on Oct. 26/10; 2010-10-26 | 1 | 7.96 |
| 03/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 03/11/10 | Quick Law | 1 | 105.07 |
| 03/11/10 | Laser Copy;MattesL | 33 | 3.30 |
| 03/11/10 | Laser Copy;HETU, Jarvis | 38 | 3.80 |
| 03/11/10 | Laser Copy;NELSON M | 220 | 22.00 |
| 03/11/10 | Laser Copy;GOUGEON | 69 | 6.90 |
| 03/11/10 | Photocopy;MattesL | 22 | 2.20 |
| 03/11/10 | ECarswell | 1 | 10.50 |
| 03/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 03/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 04/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 04/11/10 | Laser Copy;MattesL | 47 | 4.70 |
| 04/11/10 | Laser Copy;MATHESON | 4 | 0.40 |
| 04/11/10 | Laser Copy;MacFarlaneA | 85 | 8.50 |
| 04/11/10 | Laser Copy;NELSON M | 64 | 6.40 |
| 04/11/10 | Laser Copy;NELSON M | 197 | 19.70 |
| 04/11/10 | Laser Copy;MattesL | 108 | 10.80 |
| 04/11/10 | Telephone;12128728152;New YorkNY;TO47 | 1 | 0.51 |
| 04/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 04/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 04/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.53 |
| 05/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 05/11/10 | Laser Copy;HETU, Jarvis | 4 | 0.40 |
| 05/11/10 | Laser Copy;MattesL | 225 | 22.50 |
| 05/11/10 | Laser Copy;MATHESON | 15 | 1.50 |
| 05/11/10 | Laser Copy;MattesL | 239 | 23.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 12, 2011  
Invoice #: 2809641  
Page 32 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 05/11/10 | Laser Copy;MacFarlaneA | 100 | 10.00 |
| 05/11/10 | Laser Copy;NEFF D | 125 | 12.50 |
| 05/11/10 | Laser Copy;NELSON M | 700 | 70.00 |
| 05/11/10 | Laser Copy;NORTH, Alexandra | 6 | 0.60 |
| 05/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.53 |
| 05/11/10 | Telephone;12149694367;Dallas TX;TO47 | 1 | 0.56 |
| 05/11/10 | Telephone;12122252677;New YorkNY;TO47 | 1 | 4.08 |
| 05/11/10 | Telephone;12122252536;New YorkNY;TO47 | 1 | 3.06 |
| 05/11/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 06/11/10 | Quick Law | 1 | 19.75 |
| 06/11/10 | Laser Copy;MacFarlaneA | 170 | 17.00 |
| 07/11/10 | Laser Copy;NORTH, Alexandra | 5 | 0.50 |
| 07/11/10 | Laser Copy;DUNSMUIM | 165 | 16.50 |
| 07/11/10 | Laser Copy;NORTH, Alexandra | 39 | 3.90 |
| 08/11/10 | Laser Copy;DamaniA | 191 | 19.10 |
| 08/11/10 | Laser Copy;GOUGEON | 28 | 2.80 |
| 08/11/10 | Laser Copy;KARTASHM | 38 | 3.80 |
| 08/11/10 | Laser Copy;NORTH, Alexandra | 70 | 7.00 |
| 08/11/10 | Laser Copy;DUNSMUIM | 8 | 0.80 |
| 08/11/10 | Laser Copy;HETU, Jarvis | 167 | 16.70 |
| 08/11/10 | Photocopy;CHUNG G | 167 | 16.70 |
| 08/11/10 | Laser Copy;MacFarlaneA | 146 | 14.60 |
| 08/11/10 | Laser Copy;NELSON M | 77 | 7.70 |
| 09/11/10 | Tabs | 1 | 26.40 |
| 09/11/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 09/11/10 | Laser Copy;DUNSMUIM | 22 | 2.20 |
| 09/11/10 | Laser Copy;MATHESON | 16 | 1.60 |
| 09/11/10 | Laser Copy;HETU, Jarvis | 12 | 1.20 |
| 09/11/10 | Laser Copy;NELSON M | 273 | 27.30 |
| 09/11/10 | Laser Copy;MacFarlaneA | 63 | 6.30 |
| 09/11/10 | Laser Copy;KARTASHM | 87 | 8.70 |
| 09/11/10 | Photocopy;DamaniA | 1158 | 115.80 |
| 09/11/10 | Photocopy;HETU, Jarvis | 198 | 19.80 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 12, 2011  
Invoice #: 2809641  
Page 33 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/11/10 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 583024320/794100606353 Recipient: BRAD KAHN Company: AKIN GUMP STRAUSS HAUER & FIELD | 1 | 127.91 |
| 10/11/10 | Laser Copy;DUNSMUIM | 12 | 1.20 |
| 10/11/10 | Laser Copy;NORTH, Alexandra | 12 | 1.20 |
| 10/11/10 | Laser Copy;NELSON M | 85 | 8.50 |
| 11/11/10 | Laser Copy;MattesL | 10 | 1.00 |
| 11/11/10 | Laser Copy;NELSON M | 91 | 9.10 |
| 12/11/10 | Laser Copy;Vincent-DunlopT | 15 | 1.50 |
| 12/11/10 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 14/11/10 | Laser Copy;MATHESON | 41 | 4.10 |
| 15/11/10 | Laser Copy;NORTH, Alexandra | 102 | 10.20 |
| 15/11/10 | Laser Copy;NELSON M | 23 | 2.30 |
| 15/11/10 | ECarswell | 1 | 230.00 |
| 15/11/10 | Laser Copy;BOWLES-D | 2 | 0.20 |
| 16/11/10 | Ryan Jacobs/Bell Conferencing/Invoice 106591663 | 1 | 29.67 |
| 16/11/10 | M Wunder/Bell Conferencing/Invoice 106591621 | 1 | 7.75 |
| 16/11/10 | Laser Copy;NELSON M | 300 | 30.00 |
| 16/11/10 | Laser Copy;NORTH, Alexandra | 4 | 0.40 |
| 16/11/10 | Laser Copy;MattesL | 10 | 1.00 |
| 16/11/10 | Laser Copy;MacFarlaneA | 188 | 18.80 |
| 16/11/10 | ECarswell | 1 | 9.25 |
| 16/11/10 | Laser Copy;DamaniA | 298 | 29.80 |
| 16/11/10 | M Wunder/Bell Conferencing/Invoice 106591619 | 1 | 10.21 |
| 17/11/10 | Taxi from New York airport to hotel for M. Wunder on Nov. 2/10 (see Visa for exchange); 2010-11-2 | 1 | 27.68 |
| 17/11/10 | Laser Copy;MattesL | 3 | 0.30 |
| 17/11/10 | Air Canada return flight to New York for M. Wunder on Nov. 2-3/10; 2010-11-2 | 1 | 889.40 |
| 17/11/10 | Working lunch at Aroma Espresso Bar for M. Wunder on Nov. 9/10; 2010-11-9 | 1 | 6.12 |
| 17/11/10 | Working lunch at Aroma Espresso Bar for M. Wunder on Nov. 8/10; 2010-11-8 | 1 | 6.90 |
| 17/11/10 | Lunch at Famour Original Rays Pizza in New York for M. Wunder on Nov. 2/10; 2010-11-2 | 1 | 7.21 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: January 12, 2011  
Invoice #: 2809641  
Page 34 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/11/10 | Breakfast at Starbucks in New York for M. Wunder on Nov. 3/10; 2010-11-3 | 1 | 6.67 |
| 17/11/10 | Breakfast at Starbucks while travelling in New York on Nov. 2/10; 2010-11-2 | 1 | 9.91 |
| 17/11/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on Nov. 2/10 (see Visa for exchange); 2010-11-2 | 1 | 528.42 |
| 17/11/10 | Hotel room at Sheraton in New York for R. Jacobs on Nov. 13/10; 2010-11-13 | 1 | 408.87 |
| 17/11/10 | Hotel room at Four Points in New York for R. Jacobs on Nov. 12/10; 2010-11-12 | 1 | 297.05 |
| 17/11/10 | Taxi to Eglinton for M. Wunder on Oct. 20/10; 2010-10-20 | 1 | 42.28 |
| 17/11/10 | Taxi from airport to office for M. Wunder on Nov. 3/10; 2010-11-3 | 1 | 59.33 |
| 17/11/10 | Taxi to airport for M. Wunder on Nov. 2/10; 2010-11-2 | 1 | 48.28 |
| 17/11/10 | Taxi in New York from hotel to Akin office for M. Wunder on Nov. 3/10; 2010-11-3 | 1 | 8.16 |
| 17/11/10 | Taxi from Akin office to New York Airport for M. Wunder on Nov. 3/10 (see Visa for exchange); 2010-11-3 | 1 | 33.32 |
| 18/11/10 | Taxi to York Street; 2010-11-8 | 1 | 8.85 |
| 18/11/10 | Telephone;12122477800;New YorkNY;TO47 | 1 | 3.06 |
| 19/11/10 | Laser Copy;NELSON M | 231 | 23.10 |
| 22/11/10 | Meals and Beverages - Maxim /Nov. 17/10/Inv. 301138/working lunch for Wunder, Jacobs/MacFarlane/Hetu | 1 | 80.00 |
| 22/11/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 2.04 |
| 22/11/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 22/11/10 | Laser Copy;Kee, Evelyn | 328 | 32.80 |
| 22/11/10 | Laser Copy;MacFarlaneA | 170 | 17.00 |
| 23/11/10 | Telephone;12128728040;New YorkNY;TO47 | 1 | 2.04 |
| 23/11/10 | Laser Copy;MacFarlaneA | 18 | 1.80 |
| 23/11/10 | Laser Copy;MattesL | 25 | 2.50 |
| 23/11/10 | Laser Copy;NELSON M | 148 | 14.80 |
| 24/11/10 | Laser Copy;NELSON M | 26 | 2.60 |
| 25/11/10 | Laser Copy;NELSON M | 3 | 0.30 |
| 25/11/10 | Laser Copy;Kee, Evelyn | 239 | 23.90 |
| 25/11/10 | Taxi in New York for R. Jacobs on Oct. 31/10; 2010-10-31 | 1 | 12.97 |
| 25/11/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 12, 2011  
Invoice #: 2809641  
Page 35 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/11/10 | FedEx courier material to M. Wunder in New York for Allocation Mediation Meeting on Nov. 12/10; 2010-11-12 | 1 | 117.51 |
| 25/11/10 | Working meal at Subway for R. Jacobs on Oct. 20/10; 2010-10-20 | 1 | 15.52 |
| 25/11/10 | Working meal at BRGR for R. Jacobs on Oct. 29/10; 2010-10-29 | 1 | 32.04 |
| 25/11/10 | Working meal at Fetch for R. Jacobs on Oct. 24/10; 2010-10-24 | 1 | 25.00 |
| 25/11/10 | Working meal at Food World for R. Jacobs on Oct. 26/10; 2010-10-26 | 1 | 12.05 |
| 25/11/10 | Taxi in New York for R. Jacobs on Nov. 12/10; 2010-11-12 | 1 | 16.37 |
| 25/11/10 | Working dinner at Subway for M. Wunder on Oct. 28/10; 2010-10-28 | 1 | 6.99 |
| 25/11/10 | Working meal at Chipotle for R. Jacobs on Oct. 19/10; 2010-10-19 | 1 | 8.16 |
| 25/11/10 | Working meal at Starbucks for R. Jacobs on Nov. 8/10; 2010-11-8 | 1 | 10.61 |
| 25/11/10 | Working meal at Tim Hortons for R. Jacobs on Oct. 28/10; 2010-10-28 | 1 | 17.41 |
| 25/11/10 | Working meal at Europa Cafe for R. Jacobs on Nov. 8/10; 2010-11-8 | 1 | 4.44 |
| 25/11/10 | Working meal at Market Diner for R. Jacobs on Nov. 10/10; 2010-11-10 | 1 | 25.00 |
| 25/11/10 | Working meal at Food World for R. Jacobs on Oct. 25/10; 2010-10-25 | 1 | 12.05 |
| 25/11/10 | Working meal at Chinatown Restaurant for R. Jacobs on Oct. 22/10; 2010-10-22 | 1 | 27.44 |
| 25/11/10 | Working meal at Market Diner for R. Jacobs on Nov. 13/10; 2010-11-13 | 1 | 29.20 |
| 25/11/10 | Working meal at Pita Grill for R. Jacobs on Nov. 14/10; 2010-11-14 | 1 | 21.65 |
| 25/11/10 | Working meal at Delta Grill for R. Jacobs on Nov. 15/10; 2010-11-15 | 1 | 25.00 |
| 25/11/10 | Working meal at Uncle Nicks for R. Jacobs on Nov. 12/10; 2010-11-12 | 1 | 25.00 |
| 25/11/10 | Parking for M. Wunder on Oct. 28/10; 2010-10-28 | 1 | 5.31 |
| 25/11/10 | Parking for M. Wunder on Oct. 26/10; 2010-10-26 | 1 | 5.31 |
| 25/11/10 | Taxi in New York for R. Jacobs on Oct. 23/10; 2010-10-23 | 1 | 14.44 |
| 25/11/10 | Taxi in New York for R. Jacobs on Nov. 3/10; 2010-11-3 | 1 | 10.10 |
| 25/11/10 | Taxi in New York for R. Jacobs on Nov. 8/10; 2010-11-8 | 1 | 11.51 |
| 25/11/10 | Taxi in New York for R. Jacobs on Nov. 1/10; 2010-11-1 | 1 | 12.85 |
| 25/11/10 | Taxi in New York for R. Jacobs on Oct. 24/10; 2010-10-24 | 1 | 17.54 |
| 26/11/10 | ECarswell | 1 | 20.25 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 26/11/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 25.50 |
| 29/11/10 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 29/11/10 | Laser Copy;MacFarlaneA | 28 | 2.80 |
| 29/11/10 | Laser Copy;NELSON M | 78 | 7.80 |
| 29/11/10 | Laser Copy;KUKULOWI | 7 | 0.70 |
| 30/11/10 | Laser Copy;YING C | 19 | 1.90 |
| 30/11/10 | Working dinner at Food Emporium in New York for R. Jacobs on Oct. 16/10; 2010-10-16 | 1 | 25.00 |
| 30/11/10 | Laser Copy;DamaniA | 3 | 0.30 |
| 30/11/10 | Laser Copy;DUNSMUIM | 7 | 0.70 |
| 30/11/10 | Verizon Wireless charges for R. Jacobs for Aug. 20 to Sept. 19/10; 2010-8-20 | 1 | 27.55 |
| 30/11/10 | Beck Taxi/Inv 1721-023/M.Wunder Oct 13/10 | 1 | 28.05 |
| 30/11/10 | Beck Taxi/Inv 1721-023/M.Wunder Nov 4/10 | 1 | 28.98 |
| 30/11/10 | Beck Taxi/Inv 1721-023/M.Wunder Nov 17/10 | 1 | 29.92 |
| 30/11/10 | Beck Taxi/Inv 1721-023/M.Wunder Nov 12/10 | 1 | 27.77 |
| 30/11/10 | Beck Taxi/Inv 1721-023/M.Wunder Nov/10 | 1 | 25.00 |
| 30/11/10 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 30/11/10 | Laser Copy;Kee, Evelyn | 486 | 48.60 |
| 30/11/10 | Laser Copy;DamaniA | 1728 | 172.80 |
| 30/11/10 | Working meal at Food Emporium in New York for R. Jacobs on Oct. 19/10; 2010-10-19 | 1 | 25.00 |
| 30/11/10 | Working meal at Subway for R. Jacobs on Oct. 9/10; 2010-10-9 | 1 | 15.38 |
| 30/11/10 | Laser Copy;NELSON M | 238 | 23.80 |
| 30/11/10 | Taxi in New York for R. Jacobs on Oct. 29/10; 2010-10-29 | 1 | 21.53 |
| 30/11/10 | Taxi in New York for R. Jacobs on Oct. 30/10; 2010-10-30 | 1 | 15.72 |
| 30/11/10 | Working meal at Freshii for R. Jacobs on Oct. 15/10; 2010-10-15 | 1 | 11.48 |
| 30/11/10 | Verizon Wireless charges for R. Jacobs for Oct. 20 to Nov.. 19/10; 2010-10-20 | 1 | 498.62 |
| 30/11/10 | Verizon Wireless charges for R. Jacobs for Sept. 20 to Oct. 19/10; 2010-9-20 | 1 | 34.55 |
| | Total | CDN | $10,077.87 |