**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 20.5 | $785.00 | $16,092.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 31.4 | $775.00 | $24,335.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 36.3 | $750.00 | $27,225.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 9.9 | $785.00 | $7,771.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 163.0 | $750.00 | $122,250.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 0.5 | $520.00 | $260.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 24.0 | $375.00 | $9,000.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 9.9 | $310.00 | $3,069.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 22.1 | $310.00 | $6,851.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 158.2 | $600.00 | $94,920.00 |
| Williams, D. | Associate | Financial Restructuring | Ontario - 2010 | 3.0 | $320.00 | $960.00 |
| | | | | | | |
| TOTAL | | | | 478.8 | CDN. | $312,734.00 |
| | Less Non-Working Travel Time Discount (50% of $18,945.00) | | | | | ($9,472.50) |
| TOTAL | | | | | CDN. | $303,261.50 |

9343742_1