# EXHIBIT C

## DISBURSEMENT SUMMARY
## DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $3,101.66 |
| Conference Call /Telephone Charges | $8,900.56 |
| Courier Service/Postage | $158.05 |
| Duplicating (@ $0.10 per page) | $928.40 |
| Meals/Committee Meeting Expenses | $3,334.77 |
| Travel Expenses – Airfare | $6,924.80 |
| Travel Expenses – Ground Transportation | $2,142.70 |
| Travel Expenses – Incidentals | $20.00 |
| Travel Expenses – Train Fare | $1,209.00 |
| **TOTAL** | **$26,719.94** |

100554591 v1