# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

Invoice Number    1348156  
Invoice Date    01/24/11  
Client Number    687147  
Matter Number    0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/19/10 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 911779 DATE: 10/29/2010 Vendor: Corporate Transportation Group, LTD Voucher #: 110132 Date: 10/19/2010 Name: Fred Hodara\|\|Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: 110132 Date: 10/19/2010 Name: Fred Hodara | $32.47 |
| 10/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-101410`; DATE: 10/21/2010 | $211.53 |
| 10/21/10 | Telephone - Long Distance  CourtCall | $30.00 |
| 11/08/10 | Travel - Ground Transportation Medallion cab | $10.30 |
| 11/11/10 | Travel - Ground Transportation Medallion cab | $13.32 |
| 11/15/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 379677 DATE: 11/26/2010 SENDER'S NAME:  ; JOB NUMBER: 4330173; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 11/15/2010 | $9.09 |
| 11/18/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 379677 DATE: 11/26/2010 | $27.32 |

| Date | Description | Amount |
|---|---|---|
| | SENDER'S NAME: ; JOB NUMBER: 4351880; PICKUP: 1 BRYANT PARK; DESTINATION: 104 W 40TH ST; DATE: 11/18/2010 | |
| 11/19/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 0CF86D DEPARTURE DATE: 11/23/2010 ROUTE: NYP WIL NYP | $366.00 |
| 11/19/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 0541404254 DEPARTURE DATE: 11/19/2010 ROUTE: NYP WIL NYP | $37.00 |
| 11/19/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: KAHN BRAD M TICKET #: 0CF8F3 DEPARTURE DATE: 11/23/2010 ROUTE: NYP WIL NYP | $366.00 |
| 11/19/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: KAHN BRAD M TICKET #: 0541404258 DEPARTURE DATE: 11/19/2010 ROUTE: NYP WIL NYP | $37.00 |
| 11/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-111410; DATE: 11/21/2010 | $640.39 |
| 11/22/10 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E480 DATE: 11/27/2010 TRACKING #: 1Z02E52E6649435163; PICKUP DATE: 11/22/2010; SENDER: ANITA GOMEZ; RECEIVER: MARTINA NELSON - FRASER MILNER CASGRAIN LLP; | $21.35 |
| 11/22/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110873 DATE: 12/8/2010 Vendor: Dial Car Voucher #: DLA3122487 Date: 11/22/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3122487 Date: 11/22/2010 Name: David Botter | $132.81 |
| 11/23/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1110873 DATE: 12/8/2010 Vendor: Dial Car Voucher #: DLA3284961 Date: 11/23/2010 Name: | $119.25 |

| Date | Description | Amount |
|---|---|---|
| 11/23/10 | David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3284961 Date: 11/23/2010 Name: David Botter Meals - Business Lunch with A. Qureshi and B. Kahn re: hearing in Wilmington, Delaware.; D. Botter, A. Qureshi, B. Kahn; Nortel - Public House | $93.00 |
| 11/23/10 | Travel - Train Fare Train travel to/from NY/DE.; Executive Travel/Amtrak | $403.00 |
| 11/23/10 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to 50 Franklin Street.; Working late taxi. | $13.10 |
| 11/24/10 | Meals (100%) 11/22/10 B Kahn - Professionals meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800112; DATE: 11/24/2010 | $391.95 |
| 11/24/10 | Meals (100%) 11/22/10 N Kunen - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800112; DATE: 11/24/2010 | $101.25 |
| 11/24/10 | Meals (100%) 11/23/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800112; DATE: 11/24/2010 | $215.57 |
| 11/24/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 7937422239 DEPARTURE DATE: 12/06/2010 ROUTE: LGA YYZ LGA | $2,288.70 |
| 11/24/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 0541522144 DEPARTURE DATE: 11/24/2010 ROUTE: LGA YYZ LGA | $37.00 |
| 11/24/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: HODARA FRED TICKET #: 7937422246 DEPARTURE DATE: 12/06/2010 ROUTE: LGA YYZ LGA | $2,288.70 |
| 11/24/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV10-53062500000206 DATE: 11/26/2010 PASSENGER: HODARA FRED TICKET #: 0541522146 DEPARTURE DATE: 11/24/2010 ROUTE: LGA YYZ LGA | $37.00 |
| 11/29/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $34.69 |

| Date | Description | Amount |
|---|---|---|
| 11/30/10 | 1111368 DATE: 12/15/2010 Vendor: Dial Car Voucher #: DLA3285754 Date: 11/29/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3285754 Date: 11/29/2010 Name: Abid Qureshi Travel - Ground Transportation 11/10/10 - Taxi - G. Bell VENDOR: Addison Lee; INVOICE#: 1025376; DATE: 11/30/2010 | $39.27 |
| 12/02/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 795469 DATE: 12/5/2010 Kahn Brad - Szechuan Gourmet - 12/02/2010 | $24.72 |
| 12/02/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 795469 DATE: 12/5/2010 Brauner Sara - Energy Kitchen W47th) - 12/02/2010 | $22.62 |
| 12/02/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 665051 DATE: 12/10/2010 Vendor: Executive Royal Voucher #: 254244 Date: 12/02/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 254244 Date: 12/02/2010 Name: Brad Kahn | $26.93 |
| 12/02/10 | Meals (100%) 11/30/10  B Kahn - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800113; DATE: 12/2/2010 | $116.50 |
| 12/02/10 | Meals (100%) 12/1/10  N Kunen - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800113; DATE: 12/2/2010 | $335.34 |
| 12/02/10 | Meals (100%) 12/1/10  N Kunen - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800113; DATE: 12/2/2010 | $64.78 |
| 12/02/10 | Meals (100%) 12/2/10  N Kunen - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800113; DATE: 12/2/2010 | $84.38 |
| 12/02/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 665589 DATE: 12/24/2010 Vendor: Executive Royal Voucher #: 279814 Date: 12/02/2010 Name: Sara | $33.58 |

| Date | Description | Amount |
|---|---|---|
| | Brauner\|\|Car Service, Vendor: Executive Royal Voucher #: 279814 Date: 12/02/2010 Name: Sara Brauner | |
| 12/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 12001-54901-10; DATE: 12/5/2010 | $8,018.64 |
| 12/06/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 665051 DATE: 12/10/2010 Vendor: Executive Royal Voucher #: 265104 Date: 12/06/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 265104 Date: 12/06/2010 Name: Fred Hodara | $53.54 |
| 12/06/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 665051 DATE: 12/10/2010 Vendor: Executive Royal Voucher #: 283093 Date: 12/06/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 283093 Date: 12/06/2010 Name: Brad Kahn | $26.93 |
| 12/06/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 797945 DATE: 12/12/2010 Lilling Austin - Croton Reservoir Tavern - 12/06/2010 | $28.23 |
| 12/06/10 | Travel - Ground Transportation A-1 Airline Taxi and Van Fleet | $59.62 |
| 12/06/10 | Meals - Business F. Hodara; Starbucks | $11.96 |
| 12/06/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 665277 DATE: 12/17/2010 Vendor: Executive Royal Voucher #: 266829 Date: 12/06/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 266829 Date: 12/06/2010 Name: Fred Hodara | $70.45 |
| 12/06/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1111427 DATE: 12/22/2010 Vendor: Dial Car Voucher #: DLA3194124 Date: 12/06/2010 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3194124 Date: 12/06/2010 Name: Austin Lilling | $171.72 |
| 12/06/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1111427 DATE: 12/22/2010 Vendor: Dial Car Voucher #: DLA3233086 Date: 12/06/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3233086 Date: | $117.59 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1348156

Page 6  
January 24, 2011

| Date | Description | Amount |
|---|---|---|
| 12/06/10 | 12/06/2010 Name: David Botter Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1111427 DATE: 12/22/2010 Vendor: Dial Car Voucher #: DLA3289061 Date: 12/06/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3289061 Date: 12/06/2010 Name: David Botter | $118.95 |
| 12/07/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 382330 DATE: 12/10/2010 SENDER'S NAME: B. KAHN; JOB NUMBER: 4435438; PICKUP: 1 BRYANT PARK; DESTINATION: 104 W 40TH ST; DATE: 12/07/2010 | $15.17 |
| 12/07/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 382330 DATE: 12/10/2010 SENDER'S NAME: SARA BRAUNER; JOB NUMBER: 4435568; PICKUP: 1 BRYANT PARK; DESTINATION: 520 MADISON AVE; DATE: 12/07/2010 | $15.17 |
| 12/08/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 797945 DATE: 12/12/2010 Catering Akin Gump - Mendy's at Rock Center - 12/08/2010 | $23.08 |
| 12/09/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 8 page(s) | $0.80 |
| 12/09/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 797945 DATE: 12/12/2010 Lilling Austin - Kodama Japanese - 12/09/2010 | $40.97 |
| 12/09/10 | Meals (100%)  12/7/10   N Kunen - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800114; DATE: 12/9/2010 | $84.38 |
| 12/09/10 | Meals (100%)  12/7/10   B Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800114; DATE: 12/9/2010 | $156.78 |
| 12/09/10 | Meals (100%)  12/8/10   B Kahn - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800114; DATE: 12/9/2010 | $116.50 |
| 12/09/10 | Meals (100%)  12/9/10   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800114; DATE: 12/9/2010 | $358.47 |

| Date | Description | Amount |
|---|---|---|
| 12/09/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1111690 DATE: 12/29/2010 Vendor: Dial Car Voucher #: DLA3286220 Date: 12/09/2010 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3286220 Date: 12/09/2010 Name: Austin Lilling | $171.72 |
| 12/10/10 | Computerized Legal Research - Westlaw User: SEITZ,ERIC C Date: 12/10/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $89.42 |
| 12/10/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: MARKS  RYAN; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 12/10/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS  RYAN; Charge Type: SEARCHES; Quantity: 4.0 | $399.60 |
| 12/12/10 | Meals - Business  F. Hodara; P-Rson | $10.76 |
| 12/12/10 | Meals (100%)  Brad Kahn - 12/7/10 - Brooklyn Diner VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS; INVOICE#: 798892; DATE: 12/12/2010 | $24.67 |
| 12/13/10 | Computerized Legal Research - Westlaw User: SEITZ,ERIC C Date: 12/13/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $483.08 |
| 12/13/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS  RYAN; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 2.0 | $281.70 |
| 12/13/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS  RYAN; Charge Type: SEARCHES; Quantity: 1.0 | $72.90 |
| 12/13/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 802772 DATE: 12/19/2010 Davis Blake - Akdeniz - 12/13/2010 | $23.20 |
| 12/13/10 | Travel - Ground Transportation  Cab home; Medallion Cab | $16.90 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 50 page(s) | $5.00 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 27 page(s) | $2.70 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 3 page(s) | $0.30 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 32 page(s) | $3.20 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 840 page(s) | $84.00 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 90 page(s) | $9.00 |

| Date | Description | Amount |
|---|---|---|
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 3973 page(s) | $397.30 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 1416 page(s) | $141.60 |
| 12/14/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 1966 page(s) | $196.60 |
| 12/14/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 12/14/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $26.03 |
| 12/14/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 12/14/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 12/14/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 802772 DATE: 12/19/2010 Kahn Brad - Brooklyn Diner - 12/14/2010 | $38.15 |
| 12/14/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 802772 DATE: 12/19/2010 Brauner Sara - Energy Kitchen W47th) - 12/14/2010 | $23.21 |
| 12/14/10 | Travel - Ground Transportation Taxi | $16.98 |
| 12/14/10 | Travel - Ground Transportation Cab home; Medallion cab | $15.50 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 10 page(s) | $1.00 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 57 page(s) | $5.70 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 5 page(s) | $0.50 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 18 page(s) | $1.80 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 147 page(s) | $14.70 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 36 page(s) | $3.60 |
| 12/15/10 | Duplication - In House  Photocopy - Brauner, Sara, NY, 553 page(s) | $55.30 |
| 12/15/10 | Meals - Business  Lunch re: trip to Wilmington, Delaware to attend court hearing.; D. Botter; Nortel - Qdoba Mexican Grill | $12.67 |
| 12/15/10 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 382954 DATE: 12/24/2010 SENDER'S NAME: S BRAUNER; JOB NUMBER: 4481145; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 12/15/2010 | $41.10 |

| Date | Description | Amount |
|---|---|---|
| 12/15/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1112257 DATE: 1/5/2011 Vendor: Dial Car Voucher #: DLA3223198 Date: 12/15/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3223198 Date: 12/15/2010 Name: David Botter | $128.10 |
| 12/15/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1112257 DATE: 1/5/2011 Vendor: Dial Car Voucher #: DLA3257193 Date: 12/15/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3257193 Date: 12/15/2010 Name: David Botter | $138.35 |
| 12/16/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 12/16/10 | Travel - Ground Transportation Taxi | $16.98 |
| 12/16/10 | Meals (100%)  12/10/10 - P. Sanchez - Meeting with Bondholder professionals working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800115; DATE: 12/16/2010 | $231.90 |
| 12/16/10 | Meals (100%)  12/14/10 - P. Sanchez - Professionals meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800115; DATE: 12/16/2010 | $249.87 |
| 12/16/10 | Meals (100%)  12/15/10 - B. Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800115; DATE: 12/16/2010 | $163.31 |
| 12/16/10 | Meals (100%)  12/16/10 - N. Kunen - Professional meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800115; DATE: 12/16/2010 | $250.85 |
| 12/16/10 | Travel - Ground Transportation  Working late.  Taxi from One Bryant Park to 50 Franklin Street.; Concord Limo Inc. | $25.00 |
| 12/16/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1112257 DATE: 1/5/2011 Vendor: Dial Car Voucher #: DLA3232092 Date: 12/16/2010 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3232092 Date: 12/16/2010 Name: Abid Qureshi | $35.80 |
| 12/16/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1112257 DATE: 1/5/2011 | $51.32 |

| Date | Description | Amount |
|---|---|---|
| 12/17/10 | Vendor: Dial Car Voucher #: DLA3251101 Date: 12/16/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3251101 Date: 12/16/2010 Name: David Botter Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: DOCUMENT PRINTING; Quantity: 5.0 | $56.25 |
| 12/17/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: SEARCHES; Quantity: 4.0 | $293.40 |
| 12/17/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 21.0 | $236.25 |
| 12/17/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: MARKS RYAN; Charge Type: LEGAL CITATION SERVICES; Quantity: 5.0 | $32.63 |
| 12/17/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E510 DATE: 12/18/2010 TRACKING #: 1Z02E52E4449998445; PICKUP DATE: 12/17/2010; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $24.32 |
| 12/17/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E520 DATE: 12/25/2010 TRACKING #: 1Z02E52E4449998445; PICKUP DATE: 12/17/2010; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $2.75 |
| 12/17/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E520 DATE: 12/25/2010 TRACKING #: 1Z02E52E4449998445; PICKUP DATE: 12/17/2010; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $1.78 |
| 12/17/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1112257 DATE: 1/5/2011 Vendor: Dial Car Voucher #: DLA3238849 Date: 12/17/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3238849 Date: 12/17/2010 Name: Lisa Beckerman | $39.12 |
| 12/20/10 | Travel - Airfare  AA; Frosch Travel | $2,228.40 |
| 12/20/10 | Travel - Ground Transportation  Airport | $38.31 |

| Date | Description | Amount |
|---|---|---|
| | to Office; I Love NY taxi | |
| 12/20/10 | Meals - Business S. Schultz; Fig's Cafe | $12.62 |
| 12/20/10 | Travel - Ground Transportation House to Airport; Concierge Services | $92.00 |
| 12/20/10 | Travel - Ground Transportation Airport to Home; Concierge Services | $77.00 |
| 12/20/10 | Travel - Incidentals - Out-of-Town Travel Tips for Drivers; No Receipt | $20.00 |
| 12/20/10 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 916665 DATE: 12/24/2010 Vendor: Corporate Transportation Group, LTD Voucher #: 733803 Date: 12/20/2010 Name: Sarah Schultz‖Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: 733803 Date: 12/20/2010 Name: Sarah Schultz | $59.63 |
| 12/20/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1111690 DATE: 12/29/2010 Vendor: Dial Car Voucher #: DLA3262812 Date: 12/20/2010 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3262812 Date: 12/20/2010 Name: David Botter | $128.38 |
| 12/21/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 12/22/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 25 page(s) | $2.50 |
| 12/22/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 12/22/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARKS RYAN; Charge Type: SEARCHES; Quantity: 4.0 | $534.60 |
| 12/22/10 | Computerized Legal Research - Lexis Service: LEXIS PUBLIC RECORDS; Employee: MARKS RYAN; Charge Type: SEARCHES; Quantity: 1.0 | $188.10 |
| 12/23/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 8 page(s) | $0.80 |
| 12/23/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 813996 DATE: 12/26/2010 Catering Akin Gump - Mendy's at Rock Center - 12/23/2010 | $23.08 |
| 12/23/10 | Travel - Ground Transportation Taxi home | $17.09 |
| 12/25/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT10-53062500000206 DATE: 10/28/2010 PASSENGER: BOTTER DAVID | $45.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1348156

Page 12  
January 24, 2011

---

TICKET #: 0527820063 DEPARTURE
DATE: 09/28/2010 ROUTE:
JFK/SJU/JFK

Current Expenses        $26,719.94