# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
### RENDERING SERVICES DURING THE PERIOD
### DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 15.00 | $14,250.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 104.70 | $91,612.50 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 61.45 | $59,913.75 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 13.00 | $8,385.00 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 59.80 | $46,345.00 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 4.00 | $3,160.00 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $775 | 26.00 | $20,150.00 |
| Randall M. Ratner | Partner for 24 years; Admitted in 1979; Real Estate Department | $650 | 13.60 | $8,840.00 |
| Sarah Link Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 51.70 | $33,088.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 9.00 | $7,020.00 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 19.40 | $13,095.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 6.00 | $3,600.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Austin S. Lilling | Counsel for 3 years; Admitted in 2001; Tax Department | $600 | 10.70 | $6,420.00 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 16.20 | $8,910.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003; Financial Restructuring Department | $600 | 27.10 | $16,260.00 |
| Laura T. Geyer | Senior Attorney for 2 years; Admitted in 1998; Intellectual Property Department | $430 | 11.90 | $5,117.00 |
| Kelly Labritz | Senior Attorney for 1 year; Admitted in 1991; Corporate Department | $575 | 2.50 | $1,437.50 |
| Sara L. Brauner | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $350 | 54.30 | $19,005.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 172.30 | $77,535.00 |
| Ryan N. Marks | Associate for 3 years; Admitted in 2007; Litigation Department | $500 | 13.00 | $6,500.00 |
| Eric C. Seitz | Associate for 2 years; Admitted in 2009; Financial Restructuring Department | $325 | 6.40 | $2,080.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 27.90 | $13,950.00 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 8.50 | $2,975.00 |
| Alexandra R. Caleca | Legal Assistant for 1 year; Financial Restructuring Department | $200 | 5.80 | $1,160.00 |
| Blake T. Davis | Legal Assistant for 1 year; Intellectual Property Department | $195 | 9.00 | $1,755.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $220 | 2.60 | $572.00 |
| Massai Leonard | Legal Assistant for 4 years; Litigation Department | $205 | 5.00 | $1,025.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 3.60 | $918.00 |
| Matthew C. Usdin | Legal Assistant for 1 year; Litigation department | $195 | 2.00 | $390.00 |

Total Amount of Fees:      $475,468.75
Total Number of Hours:    762.45
Blended Hourly Rate:       $623.61