January 28, 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:

Cleary Gottlieb Steen & Hamilton LLP   Attn: James Bromley
One Liberty Plaza,
New York, New York 10006

Morris Nichols Arsht & Tunnel LLP   Attn: Derek C Abbott
1201 North Market St,
PO Box 1347
Wilmington, Delaware 19801

## Case No. 09-10138 (KG)
## Nortel Networks Inc (NNI) et al

Dear Sir or Madam,

I have only recently received a document, labeled Docket 4638 in the Epiq files, dated 12-22-10 from the United States Bankruptcy Court, with a focus on the Nortel Networks US Deferred Compensation Plan. The delay in delivery was caused by my move last year and problems with the re-direction of my mail by the US Post Office. I realize that the deadline for filing an objection has passed but I wish to file one in the hopes that more of the employees (and not just the senior executives) can be remembered and treated fairly for their hard work and contribution to the company.

- I joined the Deferred Compensation program after I was relocated to the US head office in Richardson, Texas at the end of 1999. It was the first time I had heard of a program of this nature and it was positioned to me as a way to increase my savings for retirement beyond what could be accomplished within a 401K. Given this type of positioning, I wrongly assumed that my savings would be secure.

- Although I was well paid relative to the average within the US, I was not a member of a "select group of management and highly paid employees" within Nortel as stated in the Motion.

- The information about a Rabbi Trust and the potential for my money to be lost if Nortel declared bankruptcy became clear much later and when it did I was under the impression, based on my understanding of the plan documentation, that I had no opportunity to simply remove my savings from the program. Imagine my surprise and disgust when I discovered

that Richard Lowe, the president of my division, did just that by removing $1.7M from his contributions just 4 months before he helped Nortel declare Bankruptcy.

- Due to the stock market collapse in the 2nd half of 2008, the value of my Deferred Compensation account was significantly reduced. Unfortunately, based on Bankruptcy rules, my claim for compensation was fixed at the account balance of January 14, 2009 - $106,843 vs my account balance in January of 2008 of approximately $258,000. Since the bankruptcy declaration, the market has rebounded and my savings have essentially recovered. By passing this motion I will be penalized twice for trying to save for my retirement. I will receive just a small percentage of my savings and I will have been prevented from having my savings recover as part of the stock market rebound over the past 2 years. Neither of these issues will affect Richard Lowe and the $1.7M he withdrew before helping to declare bankruptcy.

- I am a 48 year old Middle Manager who has been unemployed for the past 7 months. Although I carefully saved for my retirement over the past 25 years, a large chunk of those savings are disappearing thanks to the Nortel bankruptcy. My pensions from Nortel in Canada and the US will be significantly smaller than promised and now my additional savings will essentially evaporate.

Based on the above, I would request that the court reject the Motion and Stipulation in Docket 4638 and ask that Nortel be encouraged to find a "compromise and settlement" with the employees that participated in the Deferred Compensation savings plan and not simply relegate us to the status of unsecured creditors.

Thank you for your consideration, sincerely,

*William Barnes*

William Barnes
  5765 Bozeman Dr, Apt 2114
  Plano, TX  75024
  (469) 688-9323