January 31, 2011

Clerk of the Court
US Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 | Attn: James Bromley |
| Morris Nichols Arsht & Tunnel LLP<br>1201 North Market St.<br>PO Box 1347<br>Wilimington, Delaware 19801 | Attn: Derek C Abbott |

Re:   Nortel Networks Inc, et al. Debtors
      Case No. 09-10138(KG)\\
      Docket No. 4638

Dear Sir or Madam

I am a former Nortel employee who participated in Nortel Networks US Deferred Compensation plan during years 2000-2004 and 2007-2008. This deferred salary was intended for my children's college education and to supplement retirement savings. I object to the motion to allow Nortel to recapture the funds in the Deferred Compensation plan, that are employee earned wages which should be paid to the employees.

Nortel made its Deferred Compensation Program widely available and encouraged employee participation. Nortel was misleading to employees regarding the risk associated with the plan. This unethical corporate behavior is evident through it's out right denial that it was exploring Bankruptcy protection while at the same time in October 2008 actively recruiting new enrollment for the 2009 Deferred Compensation program. The 325 hardworking employees deferred salary to save for modest personal goals, and are now experiencing personal hardship due to being deceived by Nortel on the risk and the plan restrictions requiring committee approval for early hardship withdrawal.  In contrast privileged Senior Executive insiders like Richard Lowe received preferential treatment successfully withdrawing his deferred compensation in the same timeframe

I respectfully encourage the court to reject Docket 4638, instruct the debtors to return in full the current account balance to each of the plan participants.

Thank you for reviewing my letter and claims and I am hopeful it has a positive outcome. I can be contacted at 845-298-8208 or by e-mail at rrosebud@optonline.net.

Sincerely,

*Richard Rose*

Richard Rose
17 Theresa Blvd.
Wappingers Falls, NY 12590