January 31st, 2011

Clerk of the Court
United Stated Bankruptcy Court for District of Delaware
824 Market St, 3rd floor
Wilmington, Delaware 19801

Copy:
Clearly Gottlieb Steen & Hamilton LLP          Morris Nichols Arsht & Tunnel LLP
Attn James Bromley                             Attn Derek C Abbott
One Liberty Plaza                              1201 North Market St, PO Box 1347
New York, New York 10006                       Wilmington, Delaware 19801

**Ref:    Docket 4638, dated 12/22/2010**
         **Bankruptcy Case No 09-10138 Nortel Networks**

Dear Madam, Sir,

First of all I would like to apologize for the delay in reacting but I never received a notice relating to docket 4638 in regards to the Nortel Networks US deferred compensation plan. I only found out thanks to ex-coworkers. When checking docket 4649 I noticed that the address listed is still my previous address despite the fact I have updated my address with Epiq, Nortel Networks and MullinTBG over 6 months ago.

I was a participant in the Nortel Deferred Compensation Plan. I strongly object to the filing of docket 4638 in the Nortel Networks bankruptcy case, and respectfully request its rejection.

The docket mentions that the deferred compensation plan was offered to a "select group of management and highly compensated employees". This clearly was not the case. At Nortel, I was a middle manager, and so were many employees enrolled in the program. To confirm this fact, I would recommend that you review the rank, salary, and amount saved by each employee with funds currently blocked in the plan. The savings I put in the program were an important amount of my salary.

Thank you for your consideration on this matter.

Sincerely,

Luc Dhondt
Groenstraat 11
9820 Merelbeke
Belgium
Email: lucdhondt@yahoo.com