Lagios
22 Deer Run Drive
Freedom NH 03836

February 1, 2011

Clerk of the Court
United States Bankruptcy Court for District of Delaware
824 Market Street, 3rd Floor
Wilmington Delaware 19801

Subject:    Grounds for rejection and objection of motion and stipulation: 09-101138 KG
(KG) Nortel Networks NNI

Objection to Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan. (related document(s)[4638]) Filed by Peter Cassidy (BMT)

I wish to file an Objection of the Filing for the following reasons:

1. I retired on December 31st, 2008 and was to receive my Deferred Compensation Plan on January 16th, 2009, two days after the actual file. My wife and I have had to return to work in retirement. We respectfully request that our life savings of $483K be sent to us. Please note that this was 100% my savings, and not a macthing Nortel-contributable program.

2. Never did we receive any documentation citing what "could" happen with this DCP should the Company file.

4. This was my retirement and I and my wife have since been forced to go back to work.

5. The company paid out $45M in Bonuses to the Executive Staff after the bankruptcy filing just to stay on and see the Company through Bankruptcy. Why should we pinion employees be penalized.

6. I worked for the company for almost 20+ years. Please pay me my hard earned money so I can retire.

Sincerely yours,

Gregory S. Lagios

Cc:  Cleary Gottlieb Steen and Hamilton LLP
Attention: James Bromley
One Liberty Plaza
NY, NY 10006

Morris Nichols Arsht and Tunnel LLP
Attention: Derek C. Abbott
1201 North Market Street
PO Box 1347
Wilmington Delaware 19801