Date : Feb. 4, 2011

To :    Clerk of the United States Bankruptcy Court for the District of Delaware
        824 Market Street, 3rd floor
        Wilmington, DE 19801

Cc :    Cleary Gottlieb Steen and Hamilton
        Attn: James Bromley
        Fax: 212.225.3999

        Morris Nichols Arsht and Tunnell
        Attn: Derek Abbott
        Fax: 302.658.3989

Re :    Nortel Deferred Compensation Plan
        Edward Natiuk
        Claim # 3330
        Schedule # 100315290

Dear Sir / Madam

I was introduced to the Deferred Compensation Plan when I was sent on an expat assignment from April 2000 through July 2001, in Australia. I was told that with my additional expat compensation, I had become eligible for this plan. My management level was "Director". I contributed for one year, and when I returned to the US after my assignment, I was no longer eligible.

I was terminated (redundancy) by Nortel in Oct. 2004 and struggled to find work for a year. In 2005 I was able to find work as an Operations Manager with a contracting company. With this new job, my main client was Nortel CALA (Caribbean & Latin America). This job lasted until March of 2009 when I was laid off because of Nortel's Chapter 11 filing in January of that year. I was unable to find work until Dec.11, 2010, so the last 2 years have not been easy.

For my withdrawl choice from the plan, I chose the 5 year, quarterly withdrawls. I received 12 quarterly disbursements between January 2006 and December 2008. My January 2009 disbursements should have been distributed the first week of January of that year, however, I did not receive the check for Q1 '09. Nortel announced their filing of Chapter 11 later that month and it was after making several inquiries, I discovered the funds were frozen.

This was money that I worked hard for, and I was trying to save a little extra for my children's college and my family's future. I was under the impression that it was in a secure account that I could manage, and would be available to me after I left the Company...and it was, for three years. I was not aware that it could be seized and taken away from me. I was never a highly paid executive, just a fairly paid, middle manager.

From what I can see, the money is still sitting at TBG financial, so I don't understand why we cannot get the money that we rightfully earned.

I trust you will consider this letter, and the other related letters you have received, and sincerely hope that you will rule in favor of the individuals who participated in the Deferred Compensation Program and have their hard earned savings returned to them.

Sincerely

*[signature]*

Edward Natiuk
6143 NW 124th Dr.
Coral Springs, Fl.
33076