February 2, 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP   Attn: James Bromley
Attn: James Bromley
One Liberty Plaza,
New York, New York 10006

Morris Nichols Arsht & Tunnel LLP   Attn: Derek C. Abbott
Attn: Derek Abbott
1201 North Market St.
PO Box 1347
Wilmington, Delaware 19801

### Objection-Case No. 09-101138 (KG)
### Nortel Networks Inc (NNI) et al

Dear Sir or Madam,

I am writing to strongly object to the December 22, 2010 allowing Nortel to re-capture the funds in the Deferred Compensation plan. Contrary to what has been reported, I did not know those funds were unsecure until October 2008. Also, the deferred compensation was offered to individual contributors lie myself, not a "select group of management and highly paid employees", as stated in the Motion.

Nortel willfully mislead me and other non-management employees about the dire financial condition by vehemently denying the Wall street journal article published in November 2008 that the company was seeking bankruptcy advice. Had the company accurately reported information to employees at that time, I could have requested a withdrawal from the deferred compensation program and willingly paid the withdrawal penalty.

Additionally, news surfaced after Nortel's bankruptcy filing that some Nortel Executives exploited their insider knowledge to seek early withdrawals from the Deferred Compensation plan such as was reportedly done by Rich Lowe, President of Nortel Carrier Networks.

Since the Differed Compensation is income earned by myself and other Nortel individual contributors, I strongly object to having these funds turned over and my claim for them reduced to that of an unsecured creditor.

Because the $39M has been set aside in an account at U.S National Bank all this tie, I feel that it would only be fair and justified for us employees who were misled and deceived by Nortel to have moneys we had earned put in the Deferred Compensation Rabbi Trust returned to us.

I trust my appeals for these funds to be returned to their rightful owners and given extra consideration. Clearly this is not what I had envisioned when I started contributing to the Deferred Compensation plan, so I again beg you to please re-consider this ruling and return the funds to their rightful owners.

Thank you very much.

*Gerry Cabot*

Gerry Cabot
5452 Golden Currant Way
Parker, CO 80134
303 840-8161