February 4, 2011

Clerk of the Court
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd Floor
Wilmington, DE 19801

Copies to:

Cleary, Gotlieb, Steen & Hamilton LLP          Attn: James Bromley
One Liberty Plaza
New York, New York 10006


Morris, Nichols Arsht & tunnel LLP              Attn: Derek C Abbott
1201 North Market Street
PO Box 1347
Wilmington, DE 19801


                              CASE NO. 09-10138 (KG)
                              NORTEL NETWORKS INC (NNI) ET AL


Dear Sir or Madam :


I have received a document labeled Docket 4638 in the Epiq files, dated 12-22-10 from the United States Bankruptcy Court, with a focus on the Nortel Networks US Deferred Compensation Plan. I wish to file an OBJECTION to the filing, and in particular to the motion and stipulation as received. As a long term Nortel employee who personally contributed portions of my earned income to this plan, I am very disappointed to see a motion suggesting a blending of these employee earnings and personal contributions with generate corporate funds.


REASONS FOR OBJECTION


A review of the list of 325 people who received Docket 4638 shows it does not represent a select group of management and highly paid emplyees as stated in motion. Of the 17 people that are listed as officers in the form 10-K for 2008, only one person is listed

among the 325 people, and his participation is a very small portion of his 2008 compensation.

**Furthermore, I must state that I personally requested a withdrawal of all my eligible funds prior to Nortel filing for Chapter 11-but never received the funds.**

### Recommendations for Action by the Court

1. That the motion and stipulation in Docket 4638 are rejected.
2. That the debtors are encouraged to find a compromise and settlement with the reminder that the $34. (Million in trust represents less than 1% of the total assets in review, and there are several legal issues that need to be resolved that could be handled through a compromise and settlement.
3. That the Trustee, in conjunction with Mulllin TBG, be instructed to present a plan to court for the payment of the assets the held in trust to all the retirees and ex-employees who are involved in the Deferred Compensation Plan.
4. A citizen committee of participants in the Deferred Compensation Plan be appointed to monitor the activities recommended above.

Respectfully,

Dennis J. Missini

Nortel Deferred Compensation Plan Participant
Employee Number 0324489
Claim numbers 11,105,2746,7326