*Mason James (Jim) Young*
*2984 Franklin Oaks Drive*
*Oak Hill, Virginia 20171*
*703-338-8534*

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street 3rd Floor
Wilmington, Delaware 19801

Copy Furnished:

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Via telefax 212-225-2000

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Alissa T. Gazze
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
PO 1347
Wilmington, Delaware 19801
Via Telefax 302-658-9200

OBJECTION
RE: Nortel Networks Inc et al.
Case No 09-10138 (KG)
Docket No 4638

4 February 2011

Dear Sir or Ma'am:

I am writing to object to the December 22 2010 Notice allowing Nortel to re-capture the funds in the Deferred Compensation Plan. I request that the 21 January filing deadline be waived because this notice did not arrive until last week.

Contrary to what may have been represented to you, I did not know these funds were unsecure until January of 2009 when the HR Department in North Carolina informed me that my January 2009

Quarterly payment and future payments would cease due to Nortel's Bankruptcy and that I was now an unsecured creditor.

When I enrolled in the program in 2001, I was only given a summary document with deduction allowances and investment options. The plan was identified as a "trust" to me and this meant to me the monies would be safe if I complied with the withdrawal conditions.

I left Nortel in Feb of 2006 and my deferred compensation was held under strict IRS rules I was told by the Plan's administrators that only permitted quarterly withdrawals after a lump sum payment for one of the years in August of 2006. At this time approximately $40,000 to $45,000 remains in the Deferred Compensation Plan and this represents a significant portion of my retirement savings.

In addition to leaving Nortel in 2006; I was in Nortel Government Solutions (NGS) and we were at arms-length from Nortel due to our work with the US Government and this meant I was isolated from Nortel's true financial condition. I was deceived by Nortel that these funds were unsecured. I request that the funds held by US Bank be returned to the employees who contributed to this Trust.

I am a 62 year old Vietnam Combat Veteran who is rated 70% disabled by the US Department of Veteran Affairs due to a service-connected injury to my lumbar spine. Contrary to what has been represented to you, I was not an executive. I was a salesman with no one reporting to me. I represented Nortel to the United States Army along with a small team of other salespersons reporting to a Nortel Sales Director. My base salary was $90,000 and I usually earned approximately $70,000 in commissions.

Respectfully Submitted

Mason James Young

2984 Franklin Oaks Drive
Oak Hill, Virginia 20171

Cell phone: 703-338-8534