<u>**Wave 2 Scheduling Order Service List**</u>

<u>**Via Facsimile**</u>

**Counsel for Abacus Solutions LLC**
Clayton O. Carmack
Jennifer B. Simpson
Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
Tel: (770) 429 1499
Fax: (770) 429 8631

**Counsel for Abacus Solutions LLC**
James S. Yoder
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Tel: (302) 654 0424
Fax: (302) 654 0245

**Counsel for Actuate Corporation**
Joanne P. Pinckney
Kevin Capuzzi
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
Tel: (302) 504 1497
Fax: (302) 442 7046

**Counsel for AMCC Sales Corp.**
Norman Monhait
Rosenthal Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel: (302) 656 4433
Fax: (302) 658 7567

**Counsel for AMCC Sales Corp.**
Erica E. Carrig
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
Tel: (212) 858 1479

Fax: (212) 858 1500

**Counsel for Aviat Networks, Inc.**
Kiah T. Ford IV
Parker Poe
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Tel: (704) 335 9840
Fax: (704) 335 9720

**Counsel for Aviat Networks, Inc.**
Christopher M. Winter
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Tel: (302) 657 4904
Fax: (302) 397 2455

**Counsel for Axxion Group Corporation**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(for courier deliveries 19801-1151)
Tel: (302) 777 6500
Fax: (302) 421 8390

**Counsel for Baldwin& Creative LLC d/b/a Baldwin&**
William (Billy) Brewer
William Brewer Law Firm
311 E. Edenton St.
Raleigh, NC 27601
Tel: (919) 832 2288
Fax: (919) 834 2011

**Counsel for Beeline.com, Inc.**
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.
Suite 800
Atlanta, GA  30309-3053
Tel: (404) 581 8476

Fax: (404) 581 8330

**Counsel for Bick Group, Inc.**
R. Scott Moore
Lewis, Rice & Fingersh
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
Tel: (314) 444 7676
Fax: (314) 612 7676

**Counsel for Bick Group, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Tel: (302) 652 1100
Fax: (302) 652 1111

**Counsel for Bridgewater Systems, Inc.**
Michael J. Custer
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801
Tel: (302) 777 6565
Fax: (302) 421 8390

**Counsel for Bridgewater Systems, Inc.**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109
Tel: (617) 570 1000
Fax: (617) 523 1231

**Counsel for BWCS, Ltd.**
Patrick Carothers
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant St., 14th Floor
Pittsburgh, PA 15219
Tel: (412) 394-2325
Fax: (412) 394-2555

**Counsel for CDMA Development Group, Inc.**
Gregg M. Ficks
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Tel:  (415) 772 5779
Fax: (415) 293 6416

**Counsel for CDW Direct, LLC**
George Apostolides
Arnstein & Lehr, LLP
120 South Riverside Plaza #1200
Chicago, IL 60606
Tel: (312) 876 7102
Fax: (312) 876 7302

**Counsel for Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.**
Benjamin Mintz
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
Tel: (212) 836 8505
Fax: (212) 836 8689

**Counsel for Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.**
Christopher P. Simon
Cross & Simon LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE  19899-1380
Tel: (302) 777 4200
Fax: (302) 777 4224

**Counsel for Cognizant Technology Solutions US Corporation**
Annie C. Wells
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
Tel: (212) 309 7017
Fax: (212) 309 6001

**Counsel for Continuum Worldwide Corporation**
Jeffrey Wegner
Kutak Rock LLP
The Omaha Building

1650 Farnam Street
Omaha, NE 68102
Tel: (402) 346 6000
Fax: (402) 346 1148

**Counsel for Critical Path Strategies, Inc.**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(for courier deliveries 19801-1151)
Tel: (302) 777 6500
Fax: (302) 421 8390

**Counsel for Excellence In Motivation, Inc.**
Meghan Cashman
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 425 3307
Fax: (610) 371 7380

**Counsel for Exide Technologies**
Matthew N. Kleiman, Esq.
2506 N. Clark Street, Suite 307
Chicago, IL 60614
Tel: (312) 543 0412
Fax: (773) 868 4844

**Counsel for Gilmore Global Logistics Services, Inc.**
Amos U. Priester, IV, Esq.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
Tel: (919) 821 1220
Fax: (919) 821 6800

**Counsel for Gilmore Global Logistics Services, Inc.**
Karen C. Bifferato
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801

Tel: (302) 888 6221
Fax: (302) 658 0380

**Counsel for Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.**
William Smith
Ritchie Taylor
Manning Fulton & Skinner, P.A.
3605 Glenwood Ave. Ste. 500 (27612)
P.O. Box 20389
Raleigh, NC 27619
Tel: (919) 510-9242
Fax: (919) 325-4623

**Counsel for Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.**
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 N. Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899
Tel: (302) 656 4433
Fax: (302) 658 7567

**Counsel for Ixia**
Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 541 3039
Fax: (212) 541 1439

**Counsel for Jack Morton Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Tel: (302) 652 1100
Fax: (302) 652 1111

**Counsel for Maritz Canada Inc.**
Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259 2483

Fax: (314) 552 8483

**Counsel for Market Probe, Incorporated**
Peggy Heryman
Godfrey & Kahn S.C. Attorneys at Law
780 North Water Street
Milwaukee, WI 53202-3590
Tel: (414) 273 9575
Fax: (414) 273 5198

**Counsel for McKinsey & Co., Inc.**
Kristopher M. Hanson
Sharon H. Choi
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Tel:  (212) 806 6056
Fax: (212) 806 9056

**Counsel for MobileNet Services, Inc.**
Richard H. Golubow
WINTHROP COUCHOT P.C.
660 Newport Center Drive
Suite 400
Newport Beach, CA 92660
Tel: (949) 720 4100
Fax: (949) 720 4111

**Counsel for NeoPhotonics Corporation**
David D'Amour
Sheppard Mullin
30 Rockefeller Plaza
Suite 2400
New York, NY 10012
Tel: (212) 653 8700
Fax: (212) 653 8701

**Counsel for Nera Inc.**
Daniel L. Gold
Ehrenstein Charbonneau Calderin
501 Brickell Key Drive, Suite 300
Miami, FL 33131
Tel: (305) 722 2002
Fax: (305) 722 2001

**Counsel for Nera Inc.**
Rafael X. Zahralddin-Aravena

Shelley A. Kinsella
Elliot Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Tel: (302) 384 9400
Fax: (302) 384 9399

**Counsel for NetIQ Corporation**
Thomas A. Lerner
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104
Tel: (206) 892 2147
Fax: (206) 464 1496

**Counsel for NetIQ Corporation**
Amy D. Brown
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
Tel: (302) 888 1112
Fax: (302) 888 1119

**Counsel for Oplink Communications, Inc.**
Etta R. Wolfe
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801
Tel: (302) 984 6202
Fax: (302) 778 6202

**Counsel for Opnext Subsystems, Inc. & Opnext, Inc.**
Melinda C. Franek
Jude Gorman
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Tel: (212) 906 1200
Fax: (212) 751 4864

**Counsel for Opnext Subsystems, Inc. & Opnext, Inc.**
Michael Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Tel: (302) 657 4900
Fax: (302) 657 4901

**Counsel for Paradigm Works, Inc.**
Maureen Mulligan
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114
Tel: (617) 570 3579
Fax: (617) 742 2355

**Counsel for Paradigm Works, Inc.**
Karen C. Bifferato
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 888 6221
Fax: (302) 658 0380

**Counsel for Red Hat, Inc.**
Luis M. Lluberas-Oliver
Moore & VanAllen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Tel: (704) 331 3548
Fax: (704) 409 5675

**Counsel for SAS Institute, Inc.**
Karen Bifferato
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St.
P.O. Box 2207 (19899)
Wilmington, DE 19801
Tel: (302) 658 9141
Fax: (302) 658 3080

**Counsel for SBA Network Services, Inc.**
Lucian Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421 6898

Fax: (302) 421 5864

**Counsel for Sumitomo Electric Device Innovations, U.S.A., Inc.**
Lynnette R. Warman
Hunton & Williams LLP
111 Congress Avenue
Suite 1800
Austin, TX 78701
Tel: (214) 468 3393
Fax: (214) 468 3599

**Counsel for Sumitomo Electric Device Innovations, U.S.A., Inc.**
Jesse T. Moore
Hunton & Williams LLP
111 Congress Avenue
Suite 1800
Austin, TX 78701
Tel: (512) 542 5053
Fax: (512) 542 5083

**Counsel for TEKsystems**
Stephen K. Dexter
Lathrop & Gage LLP
U.S. Bank Building
950 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel: (720) 931 3228
Fax: (720) 931 3201

**Counsel for TGS, Inc.**
Aaron Margolis
Kate Beideman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979 1158
Fax: (215) 827 5536

**Counsel for Weston Solutions, Inc.**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

(for courier deliveries 19801-1151)
Tel: (302) 777 6500
Fax: (302) 421 8390

**Via Overnight Mail**

**Counsel for Revonet, Inc.**
Ellery E. Plotkin, Esquire
Law Offices of Ellery P. Plotkin, LLC
777 Summer Street
Stamford, CT 06901
Tel: (203) 883 9682

**Trustee for Revonet, Inc.**
Ms. Roberta Napolitano
350 Fairfield Avenue
Bridgeport, CT 06601

**Demand Wave Solutions, Inc. (not represented by Counsel)**
Demand Wave Solutions, Inc.
Attn: Officer, Manager or General Agent
2510 Professional Rd.
Richmond, VA 23235

Demand Wave Solutions, Inc.
c/o Talmadge F. Broughton
415 Jamestown Road
Daleville, VA 24083

**Kodiak Technology Partners, LLC (not represented by counsel)**
Kodiak Technology Partners, LLC
c/o Tom Colman
4158 Liberty Terrace
Marietta, GA 30066
Tel: (404) 290 0678