# SERVICE LIST

**VIA FACSIMILE**

Robert Wohlford
30 Alexander Place
Pittsburgh, PA  15243
FAX: 412-253-0861

John P. Ryan, Jr.
5 Joseph Rd
Hopkinton, MA  01748
FAX: 508-435-4773

Dennis J. Missini
5200 Dallas Hwy
Ste 200
Powder Springs, GA  30127
FAX: 770-419-2501

Gregory Hoy
430 Highland Oaks
Southlake, TX  76092
FAX: 817-421-6649

Roger J. Bushnell
101 Maybank Court
Durham, NC  27713
FAX: 919-806-0043

Edward Natiuk
6143 NW 124th Dr.
Coral Springs, FL  33076
FAX: 954-255-1966

**VIA FEDERAL EXPRESS - INT'L.**

Enis Erkel
Cebeci Cad. No. 10
Etiler
Istanbul, Turkey  34335

**VIA FEDERAL EXPRESS**

Thomas Chavez
6408 Calle Lomas
El Paso, TX  79912

David Ko
920 Brookline Way
Alpharetta, GA  30022

Levon Habosian
11 Douglas road
Westford, MA  01886

Vivek and Kamna Kapil
2712 Merlin Drive
Lewisville, TX  75056

Alan B. Reid
2900 Shadywood Lane
Plano, TX  75023

Mysore N. Prakash
5212 Lakecreek Court
Plano, TX  75093

Didier Werkoff
81 Ellsworth Street
San Francisco, CA  94110

Charla Crisler
3 Woody Crest Circle
Fairview, TX  75069

Frank Bayno
3509 La Costa Way
Raleigh, NC  27610

Jeffrey D. Townley
4115 English Garden Way
Raleigh, NC  27612

Robert Horne
10015 High Falls Pointe
Alpharetta, GA  30022

Darnell D. Barber-Moye
8715 Crestgate Circle
Orlando, FL  32819

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC  27518

Girishkumar Patel
3905 Jefferson Circle
Plano, TX  75023

Gillian McColgan and G. McColgan
2 Birch Road
Wilington, MA  01887

Chanrakant V. Gundecha
11309 Ridgegate Drive
Raleigh, NC  27617

Patrick A. Davis
3000 Fownes Court
Raleigh, NC  27613

Gordon Adamyk
137 Broadmeadow Road
Groton, MA  01450

Peter Cassidy
6206 Belle River Drive
Brentwood, TN  37027

Roger J. Bushnell
101 Maybank Court
Durham, NC  27713

Semra Tariq
12325 Richmond Run Drive
Raleigh, NC  27614

Peter Murphy
5555 Grove Point Road
Johns Creek, GA  30022

Timothy R. Pillow
575 Love Henry Court
Southlake, TX  76092

Robert Wohlford
30 Alexander Place
Pittsburgh, PA  15243

Richard R. Standel, Jr.
8231 Bay Colony Drive
Apt. 303
Naples, FL  34108

Cecil D. Raynor
1508 Briarwood Place
Raleigh, NC  27614

Niel A. Covey
333 108th Avenue
Newtower 333, Suite 2000
Bellevue, WA  98004

Ben Warren
37 Crest Lane
Watsonville, CA  95075

John E. Sheppard
4808 Wood Valley Drive
Raleigh, NC  27616

Peter J. MacLaren
1496 West Hill Road
Warren, VT  05674

David Dautenhahn
13913 Hayes
Overland Park, KS  66221

Elias Cagiannos
87 Woodland Road
Madison, NJ  07940

James R. Long
2348 S. Ocean Blvd.
Highland Beach, FL  33487

Dan Mondor
3650 Newport Bay Drive
Alpharetta, GA  30005

Barry D'Amour
1001 Kelton Cottage Way
Morrisville, NC  27560

Prabir Das
6307 Wind Rider Way
Columbia, MD  21045

John Kalfa
75 Johnson Place
Woodmere, NY  11598

Jenifer Maryak
10720 Dunhill Terrace
Raleigh, NC  27615

Ellen Bovarnick
120 Mattison Cv NE
Atlanta, GA  30319

Basil Papantonis
515 Birchington Close
Alpharetta, GA  30022

Keith McNulty
793 Bedford Oaks Dr
Marietta, GA  30068

John Seligson
330 Esatto Place
El Dorado Hills, CA  95762

David Hilbig
1420 Faringdon Dr.
Plano, TX  75075

Scott Peters
5520 Claire Rose Lane
NW
Atlanta, GA  30327

Bart Kohnhorst
5724 Cedar Grove Circle
Plano, TX  75093

Anthony Perez
23 Maryetta Court
Syosset, NY 11791

Peter Farranto
1716 Withmere Way
Atlanta, GA 30338

Raymond Strassburger
2805 Pine Hollow Rd
Oakton, VA 22124

Brian Page
1108 Redfield Ridge
Dunwoody, GA 30338

Carroll Gray Preston
101 Halleys Ct
Morrisvile, NC 27560

David Longaker
1446 Q St. NW
Washington, DC 20009

Dennis J. Missini
5200 Dallas Hwy
Ste 200
Powder Springs, GA 30127

Edward Natiuk
6143 NW 124th Dr.
Coral Springs, FL 33076

Gerry Cabot
5452 Golden Currant Way
Parker, CO 80134

Gregory Hoy
430 Highland Oaks
Southlake, TX 76092

John P. Ryan, Jr.
5 Joseph Rd
Hopkinton, MA 01748

Kevin Garnica
120 Lincolnshite Lane
Springboro, OH 45066

Moses Sun
9208 Stonebrook Dr
College Station, TX 77845

Nora Winje
678 Cooledge Ave
Atlanta, GA 30306

Robert McCabe
2009 Mission Rd
Edmond, OK 73034

Robert Graham
17169 Circa Del Sur
Rancho Santa Fe, CA 92067

Vince Iacoviello
20 Broadway Ave
Madison, NJ 07940

Brian Leonard
1030 Chasewood Trail
Alpharetta, GA 30005

Bruce Klein
8220 Fountain Park Dr.
Raleigh, NC 27616

Cynthia Schmidt
P.O. Box 119
Oregon House, CA 95962

4078188.1