January 31, 2011

Honorable Kevin Gross
United States Bankruptcy Court for the District of Delaware
824 Market St.
Wilmington, Delaware 19801

Re: Nortel Networks U.S Deferred Compensation Plan Status, Case No. 09-10138

Sir,

I am writing in regard to the Nortel Networks bankruptcy and in particular as it pertains to the recent motion by Nortel per the funds in Nortel's Deferred Compensation Plan. (The Plan). According to the papers filed by Nortel's representatives in December 2010 there are several statement and claims of fact that I find to be inaccurate or untrue and I am specifically objecting to the motion and claims therein filed by Nortel Networks Inc, et al. on December 22, 2010 as regarding The Plan.

Although Nortel in the December motion claims that The Plan was only available to "highly compensated" executives I am not even a manager. I qualified for The Plan and I am only a sales representative who has never made more than $160,000 in any single year during my ten year of employment at Nortel. The plan was also marketed as simply a method to defer taxes on a larger amount than was allowed in a 401k program. It was very much portrayed as a "401klike" investment. The only risk described was the normal risk involved in the investment options. Even that risk was mitigated by me by putting almost my entire fund in a "money market" account option as, being older (I am now 62), I was very risk adverse.

There was no proactive effort by Nortel at all to inform plan members that the funds remained corporate assets and were subject to being seized by Nortel in the case of bankruptcy. In fact Nortel was still actively marketing The Plan as a good investment as late as January 2008. I would have never invested in The Plan if this bankruptcy fact had been made clear to me which I believe any conscientious organization would have done clearly and aggressively in the simple exercise of a normal fiduciary responsibility. I have never participated in a program like this before and I am certainly not in any way a "savvy investor" and investing in The Plan certainly serves to reinforce that fact.

Considering the relatively small amount of total assets in The Plan, as compared to the total assets of Nortel, and the fact that these fund were badly needed retirement funds for most participants, and that certainly includes myself, I believe the funds in The Plan should be held aside from the other Nortel Corporate assets and The Plan funds should be given 100% back to The Plan participants.

Sincerely,

*Robert A McCabe*

Robert A. McCabe
2009 Mission Rd.
Edmond, OK 73034
Claim #605

CC: Cleary, Gootlieb, Steen & Ham LLC and Morris, Nichols, Arsht &Tunnel LLP