February 1, 2011

**Scott Matheny**

**155 Bay Dr**

**Hendersonville, TN 37075**



Clerk of Court

United States Bankrupcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, Delaware  19801

**Chapter 11**

**Case No. 09-101138 (KG)**

**Nortel Networks Inc (NNI etal)**

Your Honor,

I have just been informed of a document, labeled Docket 4638 in the Epiq files, dated 12-22-2010 from the United States Bankruptcy Court regarding the Nortel Networks US Deferred Compensation Plan.  I wish to file an Objection to this filing, and the Motion and Stipulation as received.  As a long term comissioned sales person who personally contributed portions of my income into this plan.

**Grounds for Objection and Rejection of the Order**

- Deferred Compensation is "earned" monies by the employee for performed services.
- Deferred Compsensation was stronly reccommended by Nortel Networks to employee's as a solid and safe investment and a way to contribute to the growth of Nortel Networks.
- Deferred Compensation was compared to a 401k investment presenting risks from an investment viewpoint but no risk with respect to Nortel Networks success or failure.
- Nortel Networks and Mullin TBG never articulated to the Deferred Compensation plan contributors any warning of potential "full loss" with respet to their plan contribution in the event of a Nortel Networks bankruptcy and the potential full loss of all investments.  Such warning would have triggered immediate withdrawl of investment due to high risks.
- Furthermore, Nortel Networks and Mullin TBG had knowledge of the bankruptcy planning and did not properly forewarn the investors with respect to the risk of their investments in the context of an eventual bankruptcy.   Adequate and proper disclosure would have triggered most plan contributors to immediate withdraw their investments, even with penalty to avoid this current procedure.

**Recommendations**

- Reject Docket 4638
- Mullin TBG be instructed to immediately distribute in full the Deferred Compensation plan balances to each contributor.

Regards,

Scott Matheny