Clerk of the United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, Delaware 19801

Copy: James L. Bromley

Cleary Gottlieb Steen and Hamilton LLO

One Liberty Plaza

New York, N.Y. 10006

Case name: **Nortel Networks (docket 4638)**
Case number: **09-10138 (KG)**

February 4th 2011

Dear Sir:

I am writing to **strongly object** to the December 22, 2010 motion allowing Nortel to recapture the funds in the Deferred Compensation plan. Contrary to what has been reported, I did not know that the funds were not secure. When I enrolled in the program online, I was not given any plan documents but only a summary document that listed the deduction allowances and the investment options. Since the plan was identified as a trust, it meant that the money would be set aside in a safe place and would be returned to me when I met the conditions for withdrawal.

Nortel willfully mislead me and other employees about the dire financial condition by vehemently denying in the Wall Street journal published in November 2008 that the company was seeking bankruptcy advice. Had the company accurately reported information to employees at that time, I could have requested a withdrawal from the Deferred Compensation program and willingly paid the withdrawal penalty to save some of my money.

I strongly object to having these funds turned over and my claims for them being reduced to that of an unsecured creditor.

Mohan Dattatreya

1569 Blackhawk Dr

Sunnyvale CA 94087