February 2, 2011

Clerk of the Court,
United States Bankruptcy Court, District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, DE 19801

Copies to:

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Linerty Plaza
New York, NY 1006

Morris Nichols Arsht & Tunnel LLP
Attn: Derek C. Abbott
1201 North Market St.
PO Box 1347
Wilmington, DE 19801

OBJECTION
RE: Nortel Networks Inc., et al.
Case No. 09-10138 (KG)
Docket No. 4638

Dear Sir or Madam,

I received a document, labeled Docket 4638 in the Epiq files, dated 12-22-10 from the United States Bankruptcy Court, with a focus on the Nortel Networks Deferred Compensation Plan. I am writing to **strongly object** to allowing Nortel to recapture the funds in the Deferred Compensation plan, and in particular to the Motion and Stipulation, as received.

### Grounds for Objection and Rejection of Motion and Stipulation

There are several reasons for requesting this objection and that this Court should reject the Motion and Stipulation as provided in Docket 4638.

- As evidenced by the attached email labeled "Exhibit A", on December 17, 2008, I filed the requisite paperwork with Mullin TBG to receive my disbursement from the Nortel Networks U.S. Deferred Compensation Plan. As evidenced by the attached email labeled "Exhibit B", on January 8, 2009, Nortel Networks was informed that the amount to be distributed to me was $27,912.30. Despite both actions taking place before Nortel filed for bankruptcy on January 14, 2009, I did not receive any of the money due to me, and it remains part of the trust assets which are the subject of the Motion and Stipulation provided in Docket 4638

- A review of the list of 325 people who received Docket 4638, shows that it does not represent a "select group of management and highly paid employees," as stated in the Motion. Furthermore, a review of the list of 325 people shows that there are no names of people who have filed Claims, who could have been considered Executive Officers in the decade 1998 to 2008. A review of the list shows that most of the people were "middle managers", and so the list does not align with the level of Executives implied by the Wall Street Journal article of December 23, 2010 – published within hours of the filing.

- A review of the documentation and communications to the employees about the Deferred Compensation Plan shows them to be very complex. There were a lot of changes to the Plan being made in 2000, partially as a result of merging two, or more, existing Plans. However, nobody has been able to show any documentation or guidance that was offered to employees who retired before December 31, 2010 and who were simply encouraged to take advantage of a deferral plan which was represented as being very safe and very similar to a 401K Plan.

   These actions are in direct conflict with the idea that, as stated in the December 23, 2010 Wall Street Journal article, "such programs are supposed to be limited to top executives who presumably have access to professional advice about the risk of participating."

- The Wall Street Journal article of December 23, 2010 states that Nortel has now amassed nearly $5 billion in cash, much of it from the sale of operating units—and there is a prospect of raising significant more cash from the sale of intellectual property. The article also reports that Nortel has filed an estimate of $5.7 billion in debts to resolve. Thus, Nortel may well be in position to emerge from Chapter 11, and it is argued that money put into Trust for Retirees should not be co-mingled with all the general assets, but should be retained in the Trust with US Bank National Association until correct consideration can be given to its distribution.

- It appears a similar claim for the Trust money has been rejected by the Ontario Supreme Court of Justice, so one is forced to ask whether this is just another attempt to gain control of the Trust money.

- Deferred Compensation is "earned" money by the employees for work done. Similar privilege to 401k plans should be granted.

### Recommendations for Actions by the Court
- Order in Docket 4638 be rejected

- That Mullin TBG be instructed to immediately distribute in full the Deferred Compensation plan balance to each contributor.

Respectfully

John F Orbe

Orbe, John F (John)
___

**From:** Derek Gaudreau [Derek.Gaudreau@mullintbg.com]
**Sent:** Wednesday, December 17, 2008 7:24 PM
**To:** Orbe, John (EMRSN:8617)
**Cc:** Toya Faby; Denise Carr
**Subject:** RE: Nortel Networks U.S. Deferred Compensation Plan - Non-Scheduled Distribution Form

Thank you Mr. Orbe.

We will process the form accordingly.

Have a great evening!

Ex. A

Kind Regards,

**Derek Gaudreau**
**Account Manager**
**MullinTBG**
**(310) 788-4886**

A Member Firm of M Financial Group

The materials are designed to convey accurate and authoritative information concerning the subject matter covered. However, they are provided with the understanding that MullinTBG does not engage in the practice of law, or give tax, legal, accounting or asset allocation advice. For advice in these areas please consult your appropriate advisors.

**PLEASE NOTE:** This message may contain privileged/confidential information. If you received it in error, please inform the sender, then delete. Thank you.

___

**From:** John Orbe [mailto:jorbe@nortel.com]
**Sent:** Wednesday, December 17, 2008 5:00 PM
**To:** Derek Gaudreau
**Cc:** Toya Faby; Denise Carr
**Subject:** RE: Nortel Networks U.S. Deferred Compensation Plan - Non-Scheduled Distribution Form

Signed document attached as scanned pdf file.

JOHN

___

**From:** Derek Gaudreau [mailto:Derek.Gaudreau@mullintbg.com]
**Sent:** Wednesday, December 17, 2008 6:51 PM
**To:** Orbe, John (EMRSN:8617)
**Cc:** Toya Faby; Denise Carr
**Subject:** Nortel Networks U.S. Deferred Compensation Plan - Non-Scheduled Distribution Form

Hi Mr. Orbe,

   As requested, please find the attached Non-Scheduled Distribution Form for The Nortel Networks U.S. Deferred Compensation Plan. Please complete the form to its entirety and, as discussed, you may scan and PDF the form and email to all included in this email, or either fax to **(310) 203-0740 or** mail:

**MullinTBG Document Center**
**2029 Century Park East, 37th Floor**

1

*Please keep in mind that the account is valued the last day of the month in which the form is received, so if you would like for it to be valued 12/31/2008, please fax in ASAP.*

If you have any further questions, or need assistance completing the form, please feel free to contact us between the hours of 6:00 am and 6:00 pm PST, at 1-800-824-0040, Thank You very much.


Kind Regards,

**Derek Gaudreau**
**Account Manager**
**MullinTBG**
2029 Century Park East, 39th Floor
Los Angeles, CA 90067
(310) 788-4886
(310) 203-9166 (fax)
**derek.gaudreau@mullintbg.com**
**www.mullintbg.com**

A Member Firm of M Financial Group

The materials are designed to convey accurate and authoritative information concerning the subject matter covered. However, they are provided with the understanding that MullinTBG does not engage in the practice of law, or give tax, legal, accounting or asset allocation advice. For advice in these areas please consult your appropriate advisors.

**PLEASE NOTE:**  This message may contain privileged/confidential information.  If you received it in error, please inform the sender, then delete.  Thank you.

**Orbe, John F (John)**

| | |
|---|---|
| **From:** | James Chan [James.Chan@mullintbg.com] |
| **Sent:** | Wednesday, January 21, 2009 3:08 PM |
| **To:** | Orbe, John (EMRSN:8617) |
| **Subject:** | Re: Account Balance |

Mr. Orbe:

The amount to be distributed was $27,912.30 and that amount was communicated to Nortel on January 8, 2009.

Sincerely,

**James Chan**
Account Analyst

Ex. B

**MullinTBG**
2029 Century Park East, 37th Floor
Los Angeles, CA 90067
(310) 203-8770
(310) 203-9166 (fax)
james.chan@mullintbg.com

1