Inder Monga, 239 Seale Avenue, Palo Alto, CA 94301

February 1st, 2011

Clerk of the Court
United States Bankruptcy Court for District of Delaware
824 market Street, 3rd Floor
Wilmington, Delaware 19801

Copies to
Cleary Gotlieb Steen & Hamilton LLP   Attn: James Bromley
One Liberty Plaza
New York, New York 10006

Morris Nichols Arsht & Tunnel LLP   Attn: Derek C Abbott
1201 North Market St
PO Box 1347
Wilmington, Delaware 19801

**Chapter 11, Case No. 09-101138 (KG), Nortel Networks Inc (NNI) et al**
**Opposition RE: Nortel Networks Inc. et al. Case No 09-10138 (KG) Docket No. 4638**

Dear Sir or Madam,
I want to oppose to the **Docket 4638** dated 12-22-10 from the United States bankruptcy Court, related to the Nortel Networks US Deferred Compensation Plan as present in the Epiq Systems files.

Even though I have changed my address with the EpiqSystems for my claims, I did not receive the notification of the filing at all at the new address. Also, the timing around the vacations can't but help wonder if the timing of this filing was deliberate to avoid any significant filings from objectors coming as it did around the holiday period.

I am hereby filing an objection to Docket 4638.

My grounds for objection of the order are listed below.

- My work with Nortel was as an engineer, a researcher and as an individual contributor and in any part was NOT part of "a selected group of management and highly compensated employees" as indicated by the filing as a rationale to take the money.
- Also, On reviewing the list of 325 people who received docket 4638 and knowing many of them personally it is clear to me that this doesn't represent a "select group of management and highly paid employees" as stated in the motion.
- My contributions were made a few years before bankruptcy and during the enrollment process the program was sold as safe and these provisions were never highlighted. Information about the Rabbi Trust remained minimal and was certainly not highlighted until later years after contributions and my participation had begun

I gave Nortel my 200% in terms of dedication and work, and it is sad to believe that the money I was saving for retirement is now being taken away by Nortel lawyers who have extended the bankruptcy resolution to fill their own pockets with money and now are planning to take our hard earned and saved money away.

I hope you take all these considerations when making a decision on this motion and help save the Americans and their "American" dream.

Best Regards and Thanks for listening
Inder Monga