February 4, 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware,
824 Market Street, 3rd floor,
Wilmington, Delaware, 19801

Copies to:
Cleary Gottlieb Steen & Hamilton LLP Attn: James Bromley
One Liberty Plaza,
New York, New York, 10006

Morris Nichols Arsht & Tunnel LLP Attn: Derek C Abbott
1201 North Market Street,
PO Box 1347
Wilmington, Delaware 19801

**CASE No. 09-101138 (KG) Nortel Networks Inc., et al.**

**Ref: Docket 4638 dated 12/22/2010**

The Honorable Bankruptcy Judge,

I, Jagdish D. Dassani, a former Nortel Networks employee and a pensioner, object to Nortel Networks plan to seize $37.9 million in deferred compensation program.

Nortel Networks made its deferred compensation program widely available and encouraged less sophisticated non-executive employees like me, to participate. Nortel Networks overstepped the usual bounds for such accounts by offering them to lower level employees, almost all mid level managers - Directors, and selected Senior Managers. That is, Nortel Networks employees making less than $150,000 a year could be on Nortel Networks deferred compensation program. Also, such employees were neither offered sound financial advice nor potential risk of loss due to bankruptcy.

I trust my appeals for these funds to be returned to their rightful owners are given extra consideration. These monies represent a very large portion of my retirement funds and since they have been off-limits for the past two years, I have had to return to full time employment and economic downturn has further magnified my situation to make ends meet. Clearly this is not what I had envisioned when I started contributing to the Nortel Networks deferred compensation program. I beg you to please re-consider this ruling and return the deferred compensation funds to their rightful owners.

Respectfully,

Jagdish D. Dassani,
5317 Wood Valley Drive; Raleigh, NC, 27613; Telephone: 919-745-5061