Tal Lavian, 1640 Mariani Drive, Sunnyvale, CA 94087

Honorable Kevin Gross  
United States Bankruptcy Court for the District of Delaware  
824 Market Street, 3rd Floor  
Wilmington, Delaware 19801

February 1, 2011

FILED

OBJECTION RE: Nortel Networks Inc. et al. Case No 09-10138 (KG) Docket No. 4638

Sir:

I am writing to strongly object to the December 22, 2010 allowing Nortel to re-capture the funds the funds in the Deferred Compensation plan.

- **NOT part of "a selected group of management and highly compensated employees"**

I worked as an engineer, a developer and as an individual contributor and in any part was NOT part of "a selected group of management and highly compensated employees".

I was not executive, not a middle manager and not in a management position at all. I was not highly compensated. I have the feeling that this representation was done intentionally, and it might be (I'd like to believe that not) simply in order to deceive the court.

- **Representation as a pension plan for retirement**

The plan was represented by Nortel HR **similarly to a pension plan**. In official power point presentations by HR people from Canada, they described the issues with **Social Security** and that more likely it will not be available for our retirement. They specifically represented the Deferred Compensation Plan as an addition to **401k planes**. In following years after joining, HR specifically encouraged us to invest in the plan as a financial tool for retirement. It was not represented as an "unsecured" fund, and if I knew it, I'd not join and risk my savings for retirement. As part of these official power point presentations, they represented the plan as a vehicle for **saving for retirement and not as a risky "unsecured" tool.**

I loved my job and worked very hard for my money and sometimes over 80 hours per week. I believed that this plan will stay for my retirement.

Banks and financial organizations know very well to take care of their interests. Unlike the little guys, they have the lawyers, the money and the power work with the bankruptcy court. No one is representing me, and I can't afford to be represented by a lawyer.

I hope that someone will listen to the "little guys" that worked very hard for the money hoping that it will stay for retirement.

Thanks for understanding

Tal Lavian