IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :     Chapter 11
                                                      :
Nortel Networks Inc., et al.,[1]                      :     Case No. 09-10138 (KG)
                                                      :
              Debtors.                                :     Jointly Administered
                                                      :
------------------------------------------------------X
```

**NOTICE OF AMENDED AGENDA[2] OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 9, 2011 AT 9:30 A.M. (EASTERN TIME)**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.    Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of
      Administrative Claim (D.I. 2857, Filed 4/12/10).

      Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET).  Extended to February 16, 2011 at
      4:00 p.m. (ET) for Nortel and for the Committee.

      Responses Received:  None at this time.

      Related Pleadings:  None.

      Status:  The hearing on this matter has been adjourned to the hearing scheduled for
      March 9, 2011 at 9:30 a.m. (ET).

2.    Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11
      U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce
      And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-
      Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
       number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems
       Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
       Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc.
       (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel
       Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom
       International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc.
       (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at
       http://dm.epiq11.com/nortel.

[2]    **Amended items appear in bold.**

Objection Deadline:   October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol Corporation and its affiliates until February 24, 2011.

Remaining Response Received:

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status:  The hearing with respect to the response to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates, and with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

3.      Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline:   October 25, 2010 at 4:00 p.m. (ET).   Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m.  Extended for Red Hat to November 1, 2010. Extended for GE Fanuc to February 24, 2011.

Remaining Responses Received:

(a)     Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)     Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P.

3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Related Pleadings:

(a)     Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for February 22, 2011 at 9:30 a.m. (ET).  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

4.     Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

Objection Deadline:  January 5, 2011 at 4:00 p.m. (ET).  Extended to March 2, 2011 at 4:00 p.m. (ET) for Nortel.

Responses Received:  None at this time.

Related Pleadings:  None.

Status:   The hearing with respect to this motion has been adjourned to the hearing scheduled for March 9, 2011 at 9:30 a.m. (ET).

5.     Debtor Nortel Networks Inc.'s Motion For Entry Of An Order Enforcing The Automatic Stay Against Automotive Rental, Inc. (D.I. 4689, Filed 1/10/11).

Objection Deadline:  January 20, 2011 at 4:00 p.m. (ET).

Response Received:

(a)     Response And Objection Of Automotive Rentals, Inc. To Motion Of Nortel Networks Inc.'s Motion For Entry Of An Order Enforcing The Automatic Stay Against Automotive Rentals, Inc. (D.I. 4730, Filed 1/20/11).

Related Pleadings:

(a)     Debtor Nortel Networks Inc.'s Reply In Further Support Of Its Motion To Enforce The Automatic Stay Against Automotive Rentals, Inc. (D.I. 4748, Filed 1/24/11).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for February 22, 2011 at 9:30 a.m. (ET).

UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION (C.N.O.)

6.      Supplemental Application of Debtors for an Order Authorizing Expanded Employment of Mercer (US) Inc. as Consultants to the Debtors *Nunc Pro Tunc* to December 14, 2010 (D.I. 4757, Filed 1/25/11).

Objection Deadline:  February 2, 2011 at 4:00 p.m. (ET).

Responses Received:  None as of this date.

Related Pleadings:

(a)     C.N.O. (D.I. 4841, Filed 2/4/11); and

(b)     **Order Authorizing Expanded Employment of Mercer (US) Inc. as Consultants to the Debtors Nunc Pro Tunc to December 14, 2010 (D.I. 4842, Entered 2/8/11).**

**Status:  An order has been entered.**

UNCONTESTED MATTERS GOING FORWARD:

7.      Motion of Iowa Department of Revenue for Leave to File Late Claim (D.I. 4688, Filed 1/10/11).

Objection Deadline:  January 24, 2011 at 4:00 p.m. (ET).

Responses Received:  None as of this date.

Related Pleadings:  None.

Status:  The parties have reached agreement on this Motion and a revised form of order will be handed up at the hearing.

CONTESTED MATTERS GOING FORWARD:

8.    Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4638, Filed 12/22/10).

Objection Deadline:  January 21, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)    Response of Robert   to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4710, Filed 1/13/11);

(b)    Amended Response of Robert Horne to Motion and Stipulation (D.I. 4723, Filed 1/18/11);

(c)    Response of Ellen Bevarnick to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4729, Filed 1/20/11);

(d)    Objection of Darnell D. Barber-Moye to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4742, Filed 1/24/11);

(e)    Objection of Peter S. Budihardjo to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4743, Filed 1/24/11);

(f)    Objection of Girishkumar Patel to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II)

Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4744, Filed 1/24/11);

(g)    Objection of Peter Cassidy to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4745, Filed 1/24/11);

(h)    Response of Roger J. Bushnell to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4746, Filed 1/24/11);

(i)    Objection of Semra Tariq to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4760, Filed 1/25/11);

(j)    Objection of Peter Murphy to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4761, Filed 1/26/11);

(k)    Objection of Timothy R. Pillow to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 541 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4764, Filed 1/26/11);

(l)    Response of Robert Wohlford to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 541 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4770, Filed 1/28/11);

(m)     Objection of Richard R. Standel, Jr. to Motion to Approve Compromise (D.I. 4784, Filed 1/31/11);

(n)     Objection of Cecil Raynor to Motion for an Order Approving the Stipulation by and between NNE and U.S.Bank National Association (D.I. 4785; Filed 1/31/11);

(o)     Objection of Niel A. Covey to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4791, Filed 2/1/11);

(p)     Objection of Ben Warren to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4792, Filed 2/1/11);

(q)     Objection  of John E. Sheppard to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4793, Filed 2/1/11);

(r)     Objection of Peter J. MacLaren to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4794, Filed 2/1/11);

(s)     Objection of David Dautenhahn to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4795, Filed 2/2/11);

(t)     Objection of Elias Cagiannos to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4796; Filed 2/2/11);

(u)     Objection of James R. Long to Motion to Approve Compromise (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation (D.I. 4797; Filed 2/1/11);

(v)     Objection of Dan Mondor to Motion to Approve Compromise (i) Approving The
        Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation (D.I. 4798; Filed 2/2/11);

(w)     Objection of Barry D'Amour to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4799, Filed 2/3/11);

(x)     Objection of Prabir Das to Debtors' Motion For An Order Pursuant To 11 U.S.C.
        Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The
        Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4800, Filed 2/3/11);

(y)     Objection of John Kalfa to Debtors' Motion For An Order Pursuant To 11 U.S.C.
        Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The
        Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4801, Filed 2/3/11);

(z)     Objection of Jenifer Maryak to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4802, Filed 2/3/11);

(aa)    Response of Carroll Gray-Preston to Debtors' Motion For An Order Pursuant To
        11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i)
        Approving The Stipulation By And Between NNI And U.S. Bank National
        Association, (ii) Directing U.S. Bank National Association To Turn Over
        Property To NNI, And (iii) Granting Related Relief Related To The Nortel
        Networks U.S. Deferred Compensation Plan (D.I. 4816, Filed 2/4/11);

(bb)    Response of Kevin Garnica to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And

(iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4817, Filed 2/4/11);

(cc)    Objection of Alan B. Reid to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4818, Filed 2/4/11);

(dd)    Objection of Enis Erkel to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4819, Filed 2/4/11);

(ee)    Objection of Vince Iacoviello to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4821, Filed 2/4/11);

(ff)    Objection of Peter Farranto to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4822, Filed 2/4/11);

(gg)    Objection of Frank Bayno to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4823, Filed 2/4/11);

(hh)    Objection of Gordon Adamyk to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4824, Filed 2/4/11);

(ii)    Objection of David Longaker to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4825, Filed 2/4/11);

(jj)    Objection of Scott C. Peters to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4826, Filed 2/4/11);

(kk)    Objection of Didier Werkoff to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4827, Filed 2/4/11);

(ll)    Objection of Charla Crisler to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4828, Filed 2/4/11);

(mm)    Objection of David Ko to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4829, Filed 2/4/11);

(nn)    Objection of Levon Habosian to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4830, Filed 2/4/11);

(oo)    Objection of Patrick A. Davis to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And

(iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4831, Filed 2/4/11);

(pp)    Objection of Bart Kohnhorst to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4832, Filed 2/4/11);

(qq)    Objection of Raymond L. Strassburger to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4833, Filed 2/4/11);

(rr)    Objection of Vivek and Kamna Kapil to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4834, Filed 2/4/11);

(ss)    Objection of Gillian McColgan to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4835, Filed 2/4/11);

(tt)    Objection of Chanrakant (Chand) V. Gundecha to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4836, Filed 2/4/11);

(uu)    Objection of Brian Leonard to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4838, Filed 2/4/11);

(vv)    Objection of John Seligson;

(ww)    Objection of David Hilbig **(D.I. 4857, Filed 2/7/11)**;

(xx)    Objection of Jeffrey D. Townley;

(yy)    Objection of Mysore N. Prakash **(D.I. 4858, Filed 2/7/11)**;

(zz)    Objection of Tom Chavez **(D.I. 4852, Filed 2/7/11)**;

(aaa)    Objection of George Montgomery **(D.I. 4875, Filed 2/7/11)**;

(bbb)    Objection of Basil Papantonis **(D.I. 4848, Filed 2/7/11)**;

(ccc)    Objection of Keith J. McNulty;

(ddd)    Objection of Daniel Barran **(D.I. 4872, Filed 2/7/11)**;

(eee)    Objection of Nora Winje **(D.I. 4881, Filed 2/7/11)**;

(fff)    Objection of Andrew J. Sutcliffe;

(ggg)    Objection of Gregory J. Hoy **(D.I. 4879, Filed 2/7/11)**;

(hhh)    Objection of Brian E. Page;

(iii)    Objection of Edward Natiuk **(D.I. 4869, Filed 2/7/11)**;

(jjj)    Objection of Gerry Cabot **(D.I. 4873, Filed 2/7/11)**;

(kkk)    Objection of Mason James (Jim) Young **(D.I. 4880, Filed 2/8/11)**;

(lll)    Objection of Anthony M. Leger **(D.I. 4851, Filed 2/7/11)**;

(mmm) Objection of Susan M. Keegan;

(nnn)    Objection of Cynthia A. Schmidt;

(ooo)    Objection of Anthony and Lisa Perez **(D.I. 4849, Filed 2/7/11)**;

(ppp)    Objection of Dennis J. Missini **(D.I. 4874, Filed 2/7/11)**;

(qqq)    Objection of John P. Ryan, Jr.;

(rrr)    Objection of Robert A. McCabe **(D.I. 4885, Filed 2/7/11)**;

(sss)    Objection of Robert M. Graham **(D.I. 4868, Filed 2/7/11)**;

(ttt)   Objection of Bruce Klein (**D.I. 4876, Filed 2/7/11**);

(uuu)   Unsigned Objection;

(vvv)   **Objection of Andrew Twynham to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4850, Filed 2/7/11);**

(www) **Objection of Bruce Schofield to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4853, Filed 2/7/11);**

(xxx)   **Objection of Mauricio Cvjetkovic to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4854, Filed 2/7/11);**

(yyy)   **Objection of Egbert Clarke to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4855, Filed 2/7/11);**

(zzz)   **Objection of Moses Sun to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4856, Filed 2/7/11);**

(aaaa) **Response of William Barnes to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4864, Filed 2/7/11);**

(bbbb) **Response of Richard Rose to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4865, Filed 2/7/11);**

(cccc) Objection of Luc Dhondt to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4866, Filed 2/7/11);

(dddd) Objection of Gregory S. Lagios to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4867, Filed 2/7/11);

(eeee) Objection of Samuel Layne to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4870, Filed 2/7/11);

(ffff) Objection of John C. Crowl to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4871, Filed 2/7/11);

(gggg) Objection of David F. Grant to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4877, Filed 2/7/11);

(hhhh) Objection of Rob Keates to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4878, Filed 2/7/11);

(iiii) Objection of Scott A Matheny To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4886, Filed 2/8/11);

(jjjj) Objection of Mohan Dattatreya to the December 22, 2010 Motion allowing Nortel to recapture the funds in the Deferred Compensation Plan (D.I. 4887, Filed 2/8/11);

(kkkk) Objection of John F Orbe to Debtors' Motion Allowing Nortel to Recapture the Funds in the Deferred Compensation Plan (D.I. 4888, Filed 2/8/11);

(llll)   **Objection of Inder Monga to Debtors' Motion Allowing Nortel to Recapture the Funds in the Deferred Compensation Plan (D.I. 4889, Filed 2/8/11);**

(mmmm)**Objection of Nicola (Nick) Garito;**

(nnnn)**Objection of Michael Heslop;**

(oooo) **Objection of Jagdish D. Dassani; and**

(pppp)**Objection of Michael Whitehurst.**

Related Pleadings:

(a)   Debtors' Reply in Further Support of Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4839, Filed 2/4/11); and

(b)   Declaration of Daniel Ray in Support of Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4840, Filed 2/4/11).

Status:  This matter is going forward.

9.   Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

Related Pleadings:     (See Exhibit A, hereto).

Status:   Pretrial scheduling conferences are going forward in the above-captioned adversary proceedings with the exception of CDW Direct, LLC, Cognizant Technology Solutions US Corporation, Revonet, Inc. and Demand Wave Solutions, Inc. The Debtors intend to present a proposed form of Scheduling Order in the form attached as Exhibit B for consideration by the Court.

10.   **Nortel Networks Inc. v. Nokia Siemens Network Oy et al (Adv. No. 10-55391)**

A.   **Adversary Complaint (D.I. 1, Filed 11/18/10)**

B.   **Defendant's Answer to Adversary Complaint (D.I. 9, Filed 1/21/11)**

Status:  **The hearing on this matter is going forward as a pretrial conference.**

Dated:  February **8**, 2011
       Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley (admitted *pro hac vice*)
                Lisa M. Schweitzer (admitted *pro hac vice*)
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                Alissa T. Gazze (No. 5338)
                1201 North Market Street, 18th Floor
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                *Counsel for the Debtors and Debtors in Possession*

4078360.1