**Susan M. Keegan**
**8 Quail Ridge Drive**
**Flemington, NJ  08822**
908-806-8574
908-963-3357



---

To: Clerk of the United States Bankruptcy Court
District of Columbia
824 Market Street, 3rd Floor
Wilmington, DE  19801

Copy: James L. Bromley
Lisa Schweitzer
Cleary, Gottleib, Steen and Hamilton LLO
One Liberty Plaza
NY, NY  10006
Via fax (212) 225-3999

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Alissa T. Gazze
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. 1347
Wilmington, DE  19801
Via Fax (302) 658-3989

Re: Nortel Networks, Inc. et al.
Case number 09-10138 (KG)
Docket number 4638

Date: February 4th, 2011

Dear Sir or Madame:

I am writing to formally object to the granting of the referenced motion (Docket 4638) for an order to transfer the assets of the Nortel Network Inc. Deferred Compensation Plan. I received notification of the filing in mid-January but did not understand the full impact of the motion until speaking with a legal authority. I hope you will accept this objection, even while it is outside the noted filing date.

I strongly oppose the entry of an order approving the Motion for an Order 1) approving the stipulation; 2) directing US Bank National Association to turn over property of NNI, and 3) granting related relief to the NNI U.S. Deferred Compensation Plan, and I am hereby filing an objection.

The basis for my objection and request for rejection of the motion and stipulation are as follow:
1. Nortel Networks had knowledge of impending bankruptcy, yet seemed to make an effort to conceal this information to all Plan participants with the distribution of registration material for the following years' plan (see attached email correspondence to plan participants). If Nortel was planning for bankruptcy in December of 2008, why would they release renewal information for the following year, knowing the monies would be liquidated once bankruptcy was established.
2. The Plan was not limited to "highly paid employees" or "executives". In fact, as stated in NNI's response to objections, dated February 4th, NNI states the Plan had specified income levels for participation ($180,000 for 2008). I did not meet that qualification, but was still offered the option for Plan renewal.
3. Minimal information was disclosed about potential risk. I had initially registered for the Deferred Compensation Plan while employed by Bay Networks Inc. The Plan was solicited as a safe method of investment, and once the plan was combined with the NNI Plan, there was little to no education on the NNI Plan differences.
4. There is existing precedence to project deferred compensation plans impacted by bankruptcy and believe this situation is covered by that precedence ("New Century Financial Corp").

Throughout the two years' preceding bankruptcy, many NNI executives encouraged employees to stay with Nortel (conference calls, written correspondence), all the while indicating it was an 'employee centric' organization, and a good place to work. These communications were meant to keep people from leaving Nortel, and feel safe in terms of its future. In addition, as late as December 2008, I personally attended meetings where NNI executives told customers there was little risk in making 'Nortel' technology decisions. All of these actions were the basis for my extended participation in the NNI Deferred Compensation Plan, re-registering for the 2009 Plan in December of 2008 (see attached).

On this basis, I respectfully request the following:
1. The Motion and Stipulation in Docket 4638 are rejected, and the validity of the Plan is reviewed; if found invalid, immediate payment of all monies owed to Plan participants,
2. In not, further testimony and legal representation are allowed to support the previously noted objections.

Respectfully yours,

Susan M. Keegan
(Previously filed Claim Number 4515)

---

## Email sent to Nortel Networks Deferred Compensation Plan participants

From:
Kanaday, Cindy (NASHF:8426)
Sent: Wednesday, December 10, 2008 5:56 PM
Subject: U.S. Deferred Compensation Plan-2009 Annual Enrollment - 3
Sensitivity: Confidential

This is a final reminder for those who plan to participate in the U.S. Deferred Compensation Plan for the 2009 Plan year. Your enrollment must be completed by December 15, 2008. No enrollments will be accepted after this date.
Please note that the next opportunity to participate in the Plan will be November 2009 for the 2010 Plan year, for those who qualify for participation at that time.
If you have plan design, process, or enrollment questions, you may contact the Plan Administrator, MullinTBG, by calling 1-800-824-0040. If you have eligibility questions, please call HR Shared Services at ESN 355-9351 (external 800-676-4636).