IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Aubrey Cummings, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson of Portland, Maine, hereby certify that on February 8, 2011, I electronically filed the following:

OBJECTION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 541, 542 AND 543 AND BANKRUPTCY RULE 9019 (I) APPROVING THE STIPULATION BY AND BETWEEN NNI AND U.S. BANK NATIONAL ASSOCIATION, (II) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER PROPERTY TO NNI, AND (III) GRANTING RELATED RELIEF RELATED TO THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN [DE 4897]

Persons who are served as part of the ECF System are listed below.

Dated:   February 8, 2011

/s/ *Aubrey Cummings*
Aubrey Cummings
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127

**VIA ECF**

- Derek C. Abbott    dabbott@mnat.com, rfusco@mnat.com;ecampbell@mnat.com;mdecarli@mnat.com
- David G. Aelvoet    davida@publicans.com
- Justin R. Alberto    jalberto@bayardlaw.com, bankserve@bayardlaw.com,tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com,lmorton@bayardlaw.com,cdavis@bayardlaw.com
- Gayle H. Allen    gallen@verilldana.com, rmoon@verilldana.com;dkariotis@verilldana.com
- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

- Christopher M. Alston     alstc@foster.com, ristj@foster.com
- Jonathan B. Alter     jonathan.alter@bingham.com
- Mary E. Augustine     maugustine@bglawde.com
- Mary E. Augustine     maugustine@bglawde.com
- Matthew P. Austria     maustria@werbsullivan.com
- Allison R Axenrod     allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
- Elizabeth Banda Calvo     rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Richard J. Bernard     rbernard@foley.com
- Sanjay Bhatnagar     bankruptcy@coleschotz.com, sbhatnagar@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com;svandyk@coleschotz.com
- Ian Connor Bifferato     cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- Karen C Bifferato     kbifferato@cblh.com
- William Pierce Bowden     wbowden@ashby-geddes.com
- Patrick M. Brannigan     pbrannigan@crosslaw.com
- James L. Bromley     jbromley@cgsh.com, maofiling@cgsh.com
- Amy D. Brown     abrown@margolisedelstein.com
- Charles J. Brown     cbrown@archerlaw.com, dabernathy@archerlaw.com
- Scott K. Brown     sbrown@lrlaw.com, cscruggs@lrlaw.com
- Stuart M. Brown     sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
- Theresa Vesper Brown-Edwards     bankruptcy@potteranderson.com
- Mark Browning     BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
- Deborah M. Buell     maofiling@cgsh.com
- William J. Burnett     william.burnett@flastergreenberg.com
- Mary Caloway     mary.caloway@bipc.com
- Jeffrey M. Carbino     jcarbino@thorpreed.com, msherel@thorpreed.com
- James C. Carignan     carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- James S. Carr     KDWBankruptcyDepartment@kelleydrye.com
- Christopher Joseph Caruso     ccaruso@mosessinger.com, dkick@mosessinger.com,managingclerks@mosessinger.com,kkolbig@mosessinger.com,akolod@mosessinger.com
- Ayesha Chacko Bennett     abennett@camlev.com
- William E. Chipman     chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com;dellose@lrclaw.com
- Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com
- Anthony W. Clark     , debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
- Tiffany Strelow Cobb     tscobb@vorys.com, clpeck@vorys.com
- Kevin G. Collins     kcollins@bifferato.com
- Colm F. Connolly     cconnolly@morganlewis.com, lgibson@morganlewis.com
- Ann C. Cordo     acordo@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Patrick M. Costello     pcostello@bbslaw.com, Timothe@bbslaw.com

- David N Crapo    dcrapo@gibbonslaw.com
- Brian C Crawford    Brian@TrustWilliams.com
- Donna L. Culver    dculver@mnat.com
- Donna L. Culver    dculver@mnat.com
- Donna L. Culver    dculver@mnat.com
- Donna L. Culver    dculver@mnat.com
- Donna L. Culver    dculver@mnat.com, aconway@mnat.com
- Donna L. Culver    dculver@mnat.com, ecampbell@mnat.com
- Michael Joseph Custer    custerm@pepperlaw.com, wlbank@pepperlaw.com
- Michael Joseph Custer    custerm@pepperlaw.com, wlbank@pepperlaw.com
- Tobey M. Daluz    daluzt@ballardspahr.com
- Johnna M. Darby    jmd@darbylawllc.com
- Charlene D. Davis    bankserve@bayardlaw.com, cdavis@bayardlaw.com;tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com;emiller@bayardlaw.com;lmorton@bayardlaw.com
- John D. Demmy    jdd@stevenslee.com
- Stephen Kent Dexter    sdexter@lathropgage.com, chuffman@lathropgage.com
- Karen B. Dine    karen.dine@pillsburylaw.com, karen.dine@pillsburylaw.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@haslaw.com
- Thomas F. Driscoll    tdriscoll@mnat.com
- Peter James Duhig    peter.duhig@bipc.com
- Justin K. Edelson    jedelson@polsinelli.com, LSuprum@Polsinelli.com
- Weston T. Eguchi    weguchi@willkie.com
- Landon Ellis    ellis@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com
- Michael E. Emrich    notice@regencap.com
- Scott L. Esbin    mchappell@esbinalter.com
- Michael Seth Etkin    metkin@lowenstein.com
- Nancy G. Everett    neverett@winston.com, ecf_bank@winston.com
- Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Joe M. Fears    jfears@barberbartz.com
- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- John V. Fiorella    jfiorella@archerlaw.com, mfriedman@archerlaw.com;ktunney@archerlaw.com;adavid@archerlaw.com
- David M. Fournier    fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- Mark E. Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com;dsaltz@ford.com
- Susan R. Fuertes    bnkatty@aldine.k12.tx.us
- Thomas M. Gaa    tgaa@bbslaw.com, Timothe@bbslaw.com
- Alissa T. Gazze    agazze@mnat.com, mdecarli@mnat.com
- Jan Meir Geht    jan.m.geht@usdoj.gov, eastern.taxcivil@usdoj.gov
- Ronald S. Gellert    rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com

- Soren E. Gisleson     sgisleson@hhkc.com
- Matthew A. Gold     courts@argopartners.net
- Richard H. Golubow     rgolubow@winthropcouchot.com
- Missty C. Gray     missty@rossandjordan.com, jrockhold@rossandjordan.com
- James S. Green     jgreen@svglaw.com, spappa@svglaw.com
- Michelle L. Green     michelle.green@skadden.com, pdunne@skadden.com
- Joseph Grey     jgrey@crosslaw.com
- Nathan D. Grow     bankfilings@ycst.com
- Kurt F. Gwynne     kgwynne@reedsmith.com, llankford@reedsmith.com
- Aaron L. Hammer     ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Lee Harrington     lharrington@nixonpeabody.com
- Edwin J. Harron     bankfilings@ycst.com
- William A. Hazeltine     Bankruptcy001@sha-llc.com
- Leslie C. Heilman     heilmanl@ballardspahr.com
- Matthew L. Hinker     hinkerm@gtlaw.com, thomase@gtlaw.com;bankruptcydel@gtlaw.com
- Daniel K. Hogan     dkhogan@dkhogan.com, keharvey@dkhogan.com
- Steven T. Hoort     shoort@ropesgray.com, Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
- Jennifer R. Hoover     jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
- Vivian A. Houghton     bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
- Jonathan L. Howell     jhowell@munsch.com
- James E. Huggett     jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Mark T Hurford     cl@camlev.com, mth@camlev.com
- Joseph H. Huston     jhh@stevenslee.com
- Henry Jon Jaffe     jaffeh@pepperlaw.com
- Ericka Fredricks Johnson     erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com
- Laura Davis Jones     ljones@pszjlaw.com, efile1@pszyjw.com
- Nathan Jones     nate@usdrllc.com
- Michael Joseph Joyce     mjoyce@crosslaw.com
- Shanti M. Katona     skatona@polsinelli.com, docket@polsinelli.com;cward@polsinelli.com;LSuprum@Polsinelli.com
- Benjamin W. Keenan     bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- Daniel C. Kerrick     dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com
- Theodore Allan Kittila     tak@elliottgreenleaf.com
- Matthew N. Kleiman     mkleiman@mnkpc.com
- Steven K. Kortanek     skortanek@wcsr.com, pgroff@wcsr.com,;klytle@wcsr.com,;hsasso@wcsr.com
- Joyce A. Kuhns     jkuhns@saul.com
- Carl N. Kunz, III     ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

- Darryl S. Laddin    bkrfilings@agg.com
- Michael R. Lastowski    mlastowski@duanemorris.com
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- Raymond Howard Lemisch    rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Ira M. Levee    ilevee@lowenstein.com, krosen@lowenstein.com
- Jason M. Liberi    jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com;bsilverb@skadden.com
- Nancy F. Loftus    Nancy.Loftus@fairfaxcounty.gov
- Christopher Dean Loizides    loizides@loizides.com
- Donald K. Ludman    dludman@brownconnery.com
- Thomas G. Macauley    bankr@zuckerman.com
- Kathleen P. Makowski    kmakowski@pszjlaw.com
- Kathleen P. Makowski    kmakowski@pszjlaw.com
- Val Mandel    vm@valmandelpc.net, olga@valmandelpc.net;da@valmandelpc.net
- Kevin Scott Mann    kmann@crosslaw.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- R. Stephen McNeill    bankruptcy@potteranderson.com
- Robert S. McWhorter    rmcwhorter@nossaman.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
- Kell C. Mercer    kmercer@mailbmc.com, pkeller@mailbmc.com;asands-puryear@mailbmc.com
- Rachel B. Mersky    rmersky@monlaw.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Michael P. Migliore    mpm@skjlaw.com
- Kathleen M. Miller    kmiller@skjlaw.com, dlm@skjlaw.com
- Kenneth M. Misken    kmisken@mcguirewoods.com, araether@mcguirewoods.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Norman M. Monhait    nmonhait@rmgglaw.com
- Eric J. Monzo    emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Sheryl L. Moreau    deecf@dor.mo.gov
- Edmon L. Morton    bankfilings@ycst.com
- Adam Scott Moskowitz    asmcapital@aol.com
- Kerri K. Mumford    mumford@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com
- Lucian Borders Murley    , lmurley@saul.com;rwarren@saul.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov, efile@pbgc.gov

- Ramona S. Neal     ramona.neal@hp.com
- Carl D. Neff     cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
- Carl D. Neff     cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
- Lyle R. Nelson     lyle@lylenelsonlaw.com
- James D. Newbold     James.Newbold@illinois.gov
- Jill L. Nicholson     jnicholson@foley.com, khall@foley.com;lapeterson@foley.com
- Daniel A. O'Brien     dobrien@bayardlaw.com;bankserve@bayardlaw.com, tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
- Edward Patrick O'Brien     eobrien@sbchlaw.com
- Domenic E. Pacitti     dpacitti@klehr.com
- Ricardo Palacio     rpalacio@ashby-geddes.com
- Mona A. Parikh     mona.parikh@bipc.com
- Kristhy M. Peguero     kristhy.peguero@skadden.com, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
- Herman G. Petzold     petzoldh@michigan.gov
- Marc J. Phillips     mphillips@cblh.com
- Sarah E. Pierce     sarah.pierce@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Dana S. Plon     dplon@sirlinlaw.com
- Gregory G. Plotko     gplotko@kramerlevin.com
- David L. Pollack     pollack@ballardspahr.com, blunt@ballardspahr.com
- Amos U. Priester, IV     apriester@smithlaw.com, aosterhout@smithlaw.com;kbarden@smithlaw.com
- Andrew R. Remming     aremming@mnat.com, rfusco@mnat.com;bspringart@mnat.com;aconway@mnat.com
- Richard W. Riley     rwriley@duanemorris.com
- Jeffrey B. Rose     jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- George Rosenberg     grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us
- Frederick Brian Rosner     frosner@mrs-law.com, frosner@mrs-law.com
- Sommer Leigh Ross     slross@duanemorris.com
- William B. Russell, Jr.     William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov
- Jeremy William Ryan     jryan@potteranderson.com, bankruptcy@potteranderson.com
- Christopher M. Samis     samis@rlf.com, rbgroup@rlf.com
- John Henry Schanne     schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
- Michael Schein     mschein@vedderprice.com, ecfnydocket@vedderprice.com
- Eric D. Schwartz     eschwartz@mnat.com, aconway@mnat.com
- Seth B. Shapiro     seth.shapiro@usdoj.gov
- Joseph Emil Shickich     jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
- Carren Shulman     cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- William L. Siegel     bsiegel@cowlesthompson.com
- Laurie Selber Silverstein     bankruptcy@potteranderson.com
- Christopher Page Simon     csimon@crosslaw.com
- Nicholas E. Skiles     rroe@swartzcampbell.com;jwetzel@swartzcampbell.com
- Karen B. Skomorucha     kskomorucha@ashby-geddes.com

- Drew G. Sloan    dsloan@rlf.com, rbgroup@rlf.com
- Karen J. Stapleton    Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
- Stephen C. Stapleton    sstapleton@dykema.com, mrazo@dykema.com;ldavis@dykema.com
- William David Sullivan    wdsecfnotices@sha-llc.com
- Gregory Alan Taylor    gtaylor@ashby-geddes.com
- Max Taylor    Max.bankrutpcy@denvergov.org, bankruptcy.max@denvergov.org
- William F. Taylor    bankruptcydel@mccarter.com
- Christina Maycen Thompson    cthompson@cblh.com
- Judy D. Thompson    jdt@jdthompsonlaw.com
- Thomas Patrick Tinker    thomas.p.tinker@usdoj.gov
- James Tobia    jimtobia@comcast.net;bankserve@tobialaw.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- James C. Waggoner    , ivygrey@dwt.com
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com
- Lynnette R Warman    lwarman@hunton.com
- John Edward Waters    idrbankruptcy@iowa.gov
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com
- John A. Wetzel    jwetzel@swartzcampbell.com, jgagliardi@swartzcampbell.com
- David Brian Wheeler    davidwheeler@mvalaw.com, reiddyer@mvalaw.com
- John Legare Williams    delawyer76@aol.com
- Joanne Bianco Wills    jwills@klehr.com
- Michael Gregory Wilson    mwilson@hunton.com, shislop@hunton.com
- Amanda Marie Winfree    awinfree@ashby-geddes.com
- Christopher Martin Winter    cmwinter@duanemorris.com
- Jeffrey C. Wisler    jwisler@cblh.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- James S. Yoder    yoderj@whiteandwilliams.com
- Steven M. Yoder    syoder@potteranderson.com, bankruptcy@potteranderson.com
- Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com