Mara E. Foulois
10910 Belmont Blvd.
Mason Neck, VA   22079
703.217.0056



February 5, 2011

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottlieb Steen and Hamilton LLO
One Liberty Plaza
New York, N.Y. 10006

OBJECTION
RE: Nortel Networks Inc. et al.
Case No 09-10138 (KG)
Docket No. 4638

Dear Sir:

I am writing to **strongly object** to the December 22, 2010 ruling allowing Nortel to re-capture the funds in the Deferred Compensation plan. Contrary to what has been reported, I did not fully understand that these funds were un-secure until October 2008 when rumors first surfaced internally that Nortel's financials were in dire straights. When I enrolled in the program in the early 2000's timeframe, I don't believe I was given any plan documents but only a summary document that listed the deduction allowances and investment options.

To further expand on my lack of knowledge, I was an employee of Nortel Government Solutions, Inc, (NGS) a wholly owned subsidiary of Nortel which meant I was further isolated from any information on Nortel's true financial condition. This lack of open communication between Nortel employees and NGS employees were strictly enforced due to a mandatory fire-wall created to protect NGS from Nortel influence in accordance with US Federal Government Security guidelines.  When internal rumors finally reached me in NGS in late October 2008 about Nortel's true tenuous financial condition and that a large interest payment due on Bonds in January 2009 may be missed, I decided it was time to leave NGS. I did this in an attempt to protect the retirement savings I had set aside in the Deferred Compensation plan. I retired from NGS on Dec. 30, 2008.

Nortel willfully mislead me and other employees about the dire financial condition by vehemently denying the Wall Street journal article published in November 2008 that the company was seeking bankruptcy advice. Had the company accurately reported information to employees at that time, I could have requested a withdrawal from the Deferred Compensation program and willingly paid the withdrawal penalty to save some

of my money. But the end result was I got a really bad deal – I retired thus leaving my job only to have my Deferred Compensation frozen 15 days later.

Additionally, news surfaced after Nortel's bankruptcy filing that some Nortel Executives exploited their insider knowledge of the companies true financial condition to seek early withdrawals from the Deferred Compensation plan such as was reportedly done by Rich Lowe, President of Nortel Carrier Networks in the Ottawa Citizen. Mr. Lowe is reported to have paid a penalty and withdrew his money from the Deferred Compensation plan on September 30, 2008. This could not have been a coincidence.

Since the $39M has been set aside in an account at U.S. National Bank all this time, I feel that is would not only be fair but justified for us employees who were mislead and deceived by Nortel to have moneys we had earned and put in the Deferred Compensation Rabbi Trust returned to us.

I trust my appeals for these funds to be returned to their rightful owners are given extra consideration. I hope that you will please re-consider this ruling and return the Deferred Compensation funds to their rightful owners.

Thank you very much

*Mara E. Foulois*

Mara E. Foulois

Mara E. Foulois<br>
10910 Belmont Blvd.<br>
Mason Neck, VA   22079<br>
703.217.0056

February 5, 2011

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Copy: James L. Bromley
Cleary Gottlieb Steen and Hamilton LLO
One Liberty Plaza
New York, N.Y. 10006

OBJECTION
RE: Nortel Networks Inc. et al.
Case No 09-10138 (KG)
Docket No. 4638

Dear Sir:

I am writing to **strongly object** to the December 22, 2010 ruling allowing Nortel to re-capture the funds in the Deferred Compensation plan. Contrary to what has been reported, I did not fully understand that these funds were un-secure until October 2008 when rumors first surfaced internally that Nortel's financials were in dire straights. When I enrolled in the program in the early 2000's timeframe, I don't believe I was given any plan documents but only a summary document that listed the deduction allowances and investment options.

To further expand on my lack of knowledge, I was an employee of Nortel Government Solutions, Inc, (NGS) a wholly owned subsidiary of Nortel which meant I was further isolated from any information on Nortel's true financial condition. This lack of open communication between Nortel employees and NGS employees were strictly enforced due to a mandatory fire-wall created to protect NGS from Nortel influence in accordance with US Federal Government Security guidelines. When internal rumors finally reached me in NGS in late October 2008 about Nortel's true tenuous financial condition and that a large interest payment due on Bonds in January 2009 may be missed, I decided it was time to leave NGS. I did this in an attempt to protect the retirement savings I had set aside in the Deferred Compensation plan. I retired from NGS on Dec. 30, 2008.

Nortel willfully mislead me and other employees about the dire financial condition by vehemently denying the Wall Street journal article published in November 2008 that the company was seeking bankruptcy advice. Had the company accurately reported information to employees at that time, I could have requested a withdrawal from the Deferred Compensation program and willingly paid the withdrawal penalty to save some