*Cynthia A. Schmidt*
*P.O. Box 119  Oregon House, CA 95962*
*Phone: 530-692-1299  February 5, 2011*

Clerk of the Court and Honorable Kevin Gross
Unites States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: **Case No. 09-10138 (KG),** Nortel Networks Inc (NNI) et al, **Docket No. 4638**

Dear Clerk and Honorable Kevin Gross,

With this letter I submit my *Objection* to Nortel's motion, referenced above, to appropriate the personal wages of Nortel Employees, wages currently held in Trust through the Nortel Networks U.S Deferred Compensation Plan.

This action appears to me to be legally highly questionable and I require adequate time to find legal counsel. Therefore I ask that Nortel's motion be denied.

I truly apologize for my late filing - I am permanently disabled, as affirmed by U.S. Social Security Disability rulings, and am unable to process my own mail on a regular basis. If this Objection is too late to be entered as a legal objection to Nortel's motion, then I ask that it be submitted as a personal appeal to *Judge Kevin Gross:*

I was hired by Nortel Networks in November, 1999 in Santa Clara, California as a Network Engineer. This was not an executive, management or sales position. I have never had a management position in my life. I am a network specialist and was hired to assist Nortel clients with various network needs - problem resolution and network design primarily. This is a rather ordinary network engineering position.

In 2000, I received an invitation from Nortel to participate in a Deferred Compensation Plan for retirement savings purposes. It was represented to me simply as an election to take a portion of my paycheck every month and deposit it tax-deferred into a trust fund. As the date for my first distribution from this fund is age 55, three months from now, all of my contributed wages still sit there in 'trust'.

There is no way that I would have contributed my own money to such a fund if any indication at all had been made that it was not safe. I was not informed by letter, mail, telephone, management, or the Benefits department that this fund had any peculiar nature to it.
There was no mention that the monies in the fund - my wages - would actually belong to Nortel and not to me, as is claimed in Nortel's motion. I never agreed to such an absurd arrangement, and, by this letter, file my Objection to the proposed action by Nortel to seize these funds.

With sincere thanks for your consideration,

*Cynthia A. Schmidt*  2/5/11