IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S PROOFS OF CLAIM NOs. 7535 and 7559

      The Pennsylvania Department of Revenue's Proof of Claim No. 7558 amends and supersedes Proofs of Claim Nos. 7535 and 7559. It hereby withdraws Proofs of Claim Nos. 7535 and 7559 with prejudice in the above-captioned cases.

Dated: Philadelphia, Pennsylvania
       February 8, 2011

                                              Pennsylvania Department of Revenue

                                              */s/ Carol E. Momjian*
                                              Carol E. Momjian
                                              Senior Deputy Attorney General
                                              Office of Attorney General
                                              21 S. 12th Street, 3rd Floor
                                              Philadelphia, PA 19107
                                              Tel. (215)560-2128
                                              Fax (215)560-2202
                                              cmomjian@attorneygeneral.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.