# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 09, 2011 09:30 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matter:

OMNIBUS & Pretrial Conference in various adversaries

**R / M #:**    4,905 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #4 - Cont'd to 3/9/11 @ 9:30 am
#5 - Cont'd to 2/22/11 @ 9:30 am
#6 - CNO Filed and Order Signed
#7 - ORDER SIGNED
#8 - Adjourned to 3/23/11 @ 9:30 am
#9 - Scheduling ORDER SIGNED
#10 - A-10-55391 - Pretrial Conference - ORDER SIGNED
Order to be submitted under certificate, regarding filing of amended agendas.