# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 2/9/11

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Evelyn J. Meltzer | Pepper Hamilton LLP | Arrow Iron Corp; Critical Path Strategies & Western Solutions, Inc. |
| Landon Ellis | Landis Rath + Cobb | ASM Capital |
| Ester Wolfe | Patty Anderson + Corroon | Oplink Communications |
| David L. Buchbinder | USDOJ DOJ | UST |
| Jessica Lubarsky | Allen + Overy | Ernst + Young, Monitor |
| Mona Parikh | Buchanan Ingersoll + Rooney | " |
| Derek Abbott | Morris Nichols Arsht + Tunnell | Debtors |
| Anne Cordo | " | " |
| Nissa Goetze | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Jane Kim | " | " |
| Kathleen Roberts | " | " |
| Tamara Britt | " | " |
| Marc Phillips | Campbell Levine Ind. fiduciary | SNMP Research and Gilmore Global |
| Bonnie Fatell | Blank Rome | Robert Horne, James Young + ad hoc group of beneficiaries of Deferred Comp Plan |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 2/9/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nyman Munkul | Rosenthal Marhait Godbey | Am CCSales Corp, Nokia Siemens Network, Global Electric |
| Ray Bowes Jr | Morris James | John E Special Counsel |
| Sarad Stafford | " | " |
| Luke Murley | Saul Ewing | SMA Networks |
| Meghan Cashman | Stevens & Lee | Exellmein Mohaften |
| Kevin Capuzzi | Pinckney Harris Weiss | Activate Corp |
| Shelley Rinsella | Elliott Greenleaf | Nero, Inc. |
| Sommer Ross | Duane Morris LLP | Opnext Subsystems, Inc. |
| Matthew Austria | Werb & Sullivan | BirchGroup, Inc. |
| Kate Bret | McCarter & English | Tek Systems |
| Lisa Beckerman | Akin Gump | Creditors' Committee |
| Drew Sloan | Richards Layton | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 02/09/2011
Calendar Time: 09:30 AM ET

2nd Revision 02/09/2011 06:40 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-101138 | Hearing | | Nora E. Winje | | Nora E. Winje - In Pro Per/Pro Se | Representing, Self / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ellen Bovarnick | | Ellen Bovarnick - In Pro Per/Pro Se | In Propria Persona, Ellen Bovarnick / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Phillip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Erica E. Carrig | | Pillsbury Winthrop Shaw Pittman LLP | Creditor, AMCC Sales Corporation / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Melinda Franek | | Latham & Watkins LLP | Creditor, Opnext Sub Systems Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brendan Gibbon | | Cleary Gottlieb Steen & Hamilton | Interested Party, Bren Gibbon / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Richard Golubow | | Winthrop Couchot | Defendant(s), MobileNet Services / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert J. Keach | | Bernstein Shur Sawyer & Nelson | Creditor, Computer Sciences, Corp. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Susan M. Keegan | | Susan Kegan- Client | Client, Susan M. Keegan / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Selinda A. Melnik | | Edwards, Angell, Palmer & Dodge | Creditor, Paliare / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jesse Moore | | Hunton & Williams | Defendant(s), Sumitomo Electric Device Innovations, U.S.A., Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Semra Tariq | | Semra Tariq - In Pro Per/Pro Se | In Propria Persona, Semra Tariq / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lynnette Warman | | Hunton & Williams | Defendant(s), Sumitomo Electric Device Innovations, U.S.A., Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ben M. Warren | | Ben M. Warren - In Pro Per/Pro Se | Interested Party, Ben M. Warren / LIVE |