# Nicola (Nick) Garito

February 3rd, 2011

Clerk of the Court,
United States Bankruptcy Court for District of Delaware
8224 Market Street, 3rd Floor,
Wilmington, Delaware   19801


Copies to:

Cleary Gottlieb Steen & Hamilton LLP,   Attn: James Bromley
One Liberty Plaza,
New York, NY   10006

Morris Nichols Arsht & Tunnel LLP,   Attn: Derek C. Abbott
1201 North Market Street,
PO Box 1347,
Wilmington, Delaware   19801


### Case No. 09-101138 (KG):   Nortel Networks (NNI) et al

Dear Clerk,

I want to file my objection to the Debtors' Motion in Docket 4638 in this case, dated Dec. 22nd, 2010. Specifically the request to all remaining funds in the Nortel Networks Deferred Compensation Plan to Nortel Networks (NNI).

I object for the following reasons:

- I only participated in this program once, with the clear understanding that this income I had already earned would be placed in trust, with the only risk being due to the investment option that I selected.
- During my 21 years with Nortel, I had never reached the level of "executive management", thus these funds were a significant portion of my salary.  Again I would not have placed this earned income into a plan that carried with it any significant risk.
- When I was released from Nortel in May of 2008 I was not informed of any need to collapse this plan, thus I assumed the plan would proceed as offered with no risk to any future payouts.

I request that all funds in this plan be paid out to those of us that properly earned the income.


Respectfully,

*[signature]*

Nick Garito
Nortel Deferred Compensation Plan Participant
Employee Number   0141689


**19164 NE 44th Court, Sammamish, WA   98074**