IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                       :
                                                       :   Chapter 11
In re                                                  :
                                                       :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                         :
                                                       :   Jointly Administered
                Debtors.                               :
                                                       :
                                                       :   RE: D.I. 4688
                                                       :
------------------------------------------------------X
```

## ORDER GRANTING
## THE IOWA DEPARTMENT OF REVENUE LEAVE TO FILE LATE CLAIM

Upon consideration of the Iowa Department of Revenue's Motion for Leave to File Late Claim dated January 10, 2011 (the "Motion"),[2] the Court finds that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and finds that notice of the Motion was due and proper. The Court, after due deliberation, having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

NEWYORK:2342092.3

2. The Iowa Department of Revenue (the "IDR") is permitted to file its late claim for 2004 and 2005 Iowa income taxes in the form appended as Exhibit A to the Motion (the "Claim").

3. The IDR may not file any other late claim or request this Court for leave to file any other late claim; <u>except that</u> the IDR retains the right to request this Court for leave to file a late claim arising from (a) any tax period for which the Debtors have filed an amended return within thirty (30) days prior to the entry of the Order, and (b) any tax period for which the Debtors file an amended return in the future, where in each instance the Debtors reserve all defenses they may have to such request. For the avoidance of doubt, this Order does not affect IDR's right to assert claims against the Debtors relating to the post-petition period, including, but not limited to, claims relating to the Debtors' Iowa income taxes for the 2009 taxable year ending December 31, 2009.

4. This Order is without prejudice to the Debtors' right to oppose any other motion for leave to file a late claim or any other assertion of excusable neglect relating to the failure of a claimant to file a timely claim.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 9, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE