IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Daniel Guyder of the law firm Allen & Overy LLP to represent Ernst & Young Inc. as monitor and foreign representative in this action.

Dated: February 8, 2011
       Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mona Anil Parikh*
Mona A. Parikh (No. 4901)
1105 North Market Street
Suite 1900
Wilmington, Delaware 19801-1228
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: mona.parikh@bipc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: February 8, 2011

*/s/ Daniel G. Guyder*
Daniel Guyder
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Date: February 9, 2011
Wilmington, Delaware

*/s/ Kevin Gross*
The Honorable Kevin Gross
United States Bankruptcy Judge