IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **NORTEL NETWORKS INC.,** *et al.*,1 <br><br> Debtors. | **Chapter 11** <br><br> Case No. 09-10138 (KG) <br><br> **Jointly Administered** |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Rachel B. Mersky, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of William T. Webb, Esquire of the law firm Webb Legal Group, 155 Montgomery Street, Suite 1200, San Francisco, California 94104 to represent CSWL, Inc. The admittee is admitted, practicing, and in good standing of the bar of the State of California.

Dated: February 9, 2011

/s/ Rachel B. Mersky
Rachel B. Mersky, Esq. (DE #2049)
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:   (302) 656-8162
Facsimile:   (302) 656-2769
Email:       rmersky@monlaw.com

Motion Granted.

BY THE COURT:

Dated: February 10, 2011

_____
The Honorable Kevin Gross

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.
#80170v1

Dkt. No. 4915

Dt. Filed 2/10/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been or will be promptly paid to the Clerk of the Court.

William T. Webb, Esquire (Bar No. 193832)
Webb Legal Group
155 Montgomery Street, Suite 1200
San Francisco, CA 94104
Tel: (415) 277-7200
Fax: (415) 277-7210
wwebb@webblegalgroup.com

#80170v1