## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., et al.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) Case No. 09-10138 (KG) |
| | ) |

### CERTIFICATE OF SERVICE

     I, Sommer L. Ross, hereby certify that on the 10th day of February, 2011, I caused a true and correct copy of the *Designation Of Record And Statement Of Issues On Appeal* filed by GENBAND US LLC to be served upon counsel on the attached service list in the manner indicated therein.

Dated: February 10, 2011
      Wilmington, Delaware

                                         */s/ Sommer L. Ross*
                                         Michael R. Lastowski (No. 3892)
                                         Sommer L. Ross (No. 4598)
                                         Duane Morris LLP
                                         222 Delaware Avenue
                                         Suite 1600
                                         Wilmington, DE 19801-1659
                                         Tel: (302) 657-4900
                                         Fax: (302) 657-4901
                                         Email: MLastoswki@duanemorris.com
                                                           SLRoss@duanemorris.com

                                         -and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: blair.connelly@lw.com
        eli.kay-oliphant@lw.com

*Counsel to GENBAND US LLC*

**SERVICE LIST**

**<u>VIA HAND DELIVERY</u>**
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
18th Floor
Wilmington, DE 19801

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**<u>VIA FIRST CLASS MAIL</u>**
Fred S. Hodara, Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Cleary Gottlieb Stein & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Ken  Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020