**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that Jonathan L. Howell and the law firm of Munsch Hardt Kopf & Harr, P.C., attorneys for Glow Networks, Inc. ("GNI") and GN Claim Sub, LLC ("GN Claim Sub") in the above-styled bankruptcy cases of Nortel Networks, Inc., *et al.*, jointly administered under Case No. 09-10138-KG, hereby request to be removed from the Court's ECF notice list and all other notice lists for all matters that may come before the Court concerning the Debtors pursuant to Bankruptcy Code § 1109(b), Bankruptcy Rules 2002, 3017, and 9007, and Local Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that this request includes the notices of papers referred to in Bankruptcy Rules 2002, 3017, and 9007 and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other document brought before the Court in these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed electronically through the Court's ECF System, by U.S. mail, hand-delivery, telephone, fax or otherwise.

Respectfully submitted this 11th day of February, 2011.

> MUNSCH HARDT KOPF & HARR, P.C.
> 3800 Lincoln Plaza
> 500 N. Akard Street
> Dallas, Texas 75201-6659
> Telephone: (214) 855-7500
> Facsimile: (214) 855-7584
> E-mail: jhowell@munsch.com
>
>
> By: /s/ Jonathan L. Howell
>     Jonathan L. Howell
>     Texas Bar No. 24053668
>
> COUNSEL FOR GLOW NETWORKS, INC.
> AND GN CLAIM SUB, LLC

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing Notice of Removal from Service List to be electronically served on all parties requesting service via the Court's ECF noticing system on the 11th day of February, 2011.

> /s/ Jonathan L. Howell
> Jonathan L. Howell