IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: February 22, 2011 at 9:30 a.m.** |
| | ) | **Re: Docket No. 4747** |
| ------------------------------------------ | x | |

## CERTIFICATE OF NO OBJECTION
## REGARDING MOTION OF SPRINT NEXTEL CORPORATION TO COMPEL DEBTORS TO PAY ADMINISTRATIVE CLAIM

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion of Sprint Nextel Corporation to Compel Debtors to Pay Administrative Claim (the "Motion")(Docket No. 4747), as filed on January 24, 2011 with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was February 7, 2011 at 4:00 p.m.

The undersigned further certifies that he has reviewed the Court's docket in this case and no objection or other responsive pleading to the Motion appears thereon. Accordingly, as no response or objection to the Motion have been filed, and the time for filing any response has passed, it is hereby respectfully requested that the Court enter the order annexed to the Motion, a copy of which is also attached hereto as **Exhibit A**.

[The remainder of this page was intentionally left blank.]

2320182/1

Dated: February 11, 2011         **MORRIS JAMES LLP**

*[signature: Brett D. Fallon]*

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

David I. Swan, Esquire
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
E-mail: dswan@mcguirewoods.com

*Attorneys for Sprint Nextel Corporation*