IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                      : SS:
NEW CASTLE COUNTY     :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 11, 2011, I caused service of the following:

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF SPRINT NEXTEL CORPORATION TO COMPEL DEBTORS TO PAY ADMINISTRATIVE CLAIM

Service was completed upon the parties on the attached service list via hand delivery for local counsel, and first-class mail, postage prepaid, for all other listed parties.

Dated: February 11, 2011

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 11th day of February, 2011.

_____
NOTARY
My commission expires: 12/22/12

[Notary Seal: JULIE L. ZEBLEY, COMMISSION EXPIRES DEC. 22, 2012, NOTARY PUBLIC, STATE OF DELAWARE]

2991725/1

**VIA HAND DELIVERY**
Donna L. Culver, Esq.
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and Debtors-in-Possession]

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Deborah M. Buell, Esq.
Neil P. Forrest, Esq.
Matthew J. Vanek, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
[Counsel for the Debtors and Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
[Counsel to the Official Committee of Unsecured Creditors]