**EXHIBIT C**

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2010
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $3,417.51 |
| Airfare/Travel | $ 866.60 |
| Binding Books / Documents | $ 72.60 |
| Library Computer Research | $ 12.25 |
| Long Distance Telephone Calls | $ 81.29 |
| Meals & Beverages | $ 758.68 |
| Parking | $ 21.24 |
| Photocopy Charges | $ 953.60 |
| Ground Transportation (Taxi Charges/Courier) | $ 756.48 |
| Total Non-Taxable Disbursements | **$6,940.25 CDN.** |

9424762_1