# EXHIBIT D

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 40 of 46

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 26/10/10 | Laser Copy;MattesL | 120 | 12.00 |
| 01/12/10 | Tabs | 1 | 23.20 |
| 01/12/10 | Laser Copy;Kee, Evelyn | 968 | 96.80 |
| 02/12/10 | Laser Copy;YING C | 32 | 3.20 |
| 02/12/10 | Laser Copy;Kee, Evelyn | 102 | 10.20 |
| 02/12/10 | Laser Copy;DamaniA | 509 | 50.90 |
| 02/12/10 | Laser Copy;NELSON M | 209 | 20.90 |
| 03/12/10 | Taxi in New York for M. Wunder on Nov. 13/10; 2010-11-13 | 1 | 11.22 |
| 03/12/10 | Laser Copy;DamaniA | 222 | 22.20 |
| 03/12/10 | Laser Copy;Kee, Evelyn | 106 | 10.60 |
| 03/12/10 | Laser Copy;MacFarlaneA | 127 | 12.70 |
| 03/12/10 | Laser Copy;NELSON M | 172 | 17.20 |
| 03/12/10 | Laser Copy;DUNSMUIM | 184 | 18.40 |
| 03/12/10 | Taxi from Eglinton to Toronto airport for M. Wunder on Nov. 10/10; 2010-11-10 | 1 | 44.28 |
| 03/12/10 | Air Canada return flight to New York for M. Wunder on Nov. 10-12/10; 2010-11-10 | 1 | 783.95 |
| 03/12/10 | Air Canada change fee for return flight from New York to Toronto for M. Wunder on Nov. 16/10 (change return from Nov 12/10 to Nov 16/10) (see Visa); 2010-11-16 | 1 | 82.65 |
| 03/12/10 | Dinner at Randolphs in New York for M. Wunder on Nov. 14/10 (see Visa); 2010-11-14 | 1 | 35.00 |
| 03/12/10 | Dinner at Park Cafe in New York for M. Wunder on Nov. 11/10 (see Visa); 2010-11-11 | 1 | 33.35 |
| 03/12/10 | Breakfast at Starbucks while travelling to New York for M. Wunder on Nov. 10/10; 2010-11-10 | 1 | 12.30 |
| 03/12/10 | Working Lunch at Congee Queen for M. Wunder on Nov. 28/10; 2010-11-28 | 1 | 18.79 |
| 03/12/10 | Dinner at Morton in New York for M. Wunder on Nov. 15/10 (see Visa); 2010-11-15 | 1 | 30.00 |
| 03/12/10 | Dinner at Pazza Notte in New York for M. Wunder on Nov. 10/10 (see Visa); 2010-11-10 | 1 | 30.00 |
| 03/12/10 | Dinner at BLT in New York for M. Wunder on Nov. 13/10 (see Visa); 2010-11-13 | 1 | 35.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 41 of 46

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 03/12/10 | Dinner at SR Cafe in New York for M. Wunder on Nov. 12/10 (see Visa); 2010-11-12 | 1 | 30.00 |
| 03/12/10 | Breakfast at Starbucks in New York for M. Wunder on Nov. 16/10; 2010-11-16 | 1 | 8.33 |
| 03/12/10 | Breakfast at Starbucks in New York for M. Wunder on Nov. 15/10; 2010-11-15 | 1 | 8.33 |
| 03/12/10 | Breakfast at Starbucks in New York for M. Wunder on Nov. 13/10; 2010-11-13 | 1 | 10.50 |
| 03/12/10 | Coffee/breakfast at Starbucks in New York for M. Wunder on Nov. 11/10; 2010-11-11 | 1 | 8.33 |
| 03/12/10 | Coffee/breakfast at Starbucks in New York for M. Wunder on Nov. 12/10; 2010-11-12 | 1 | 8.33 |
| 03/12/10 | Breakfast at Starbucks in New York for M. Wunder on Nov. 14/10; 2010-11-14 | 1 | 6.77 |
| 03/12/10 | Breakfast at Starbucks in New York for M. Wunder on Nov. 15/10; 2010-11-15 | 1 | 6.77 |
| 03/12/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on Nov. 13-16/10 (see Visa); 2010-11-13 | 1 | 1,727.28 |
| 03/12/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on Nov. 10-12/10 (see Visa); 2010-11-10 | 1 | 1,140.23 |
| 03/12/10 | Hotel room at SR Starwood in New York for M. Wunder on Nov. 12/10; 2010-11-12 | 1 | 550.00 |
| 03/12/10 | Taxi from hotel to Akin Gump office for M. Wunder on Nov. 10/10; 2010-11-10 | 1 | 10.20 |
| 03/12/10 | Taxi from Cleary office to hotel for M. Wunder on Nov. 14/10; 2010-11-14 | 1 | 30.60 |
| 03/12/10 | Taxi in New York for M. Wunder on Nov. 13/10; 2010-11-13 | 1 | 8.16 |
| 03/12/10 | Taxi in New York for M. Wunder on Nov. 13/10; 2010-11-13 | 1 | 6.12 |
| 03/12/10 | Taxi from Akin office to hotel for M. Wunder on Nov. 10/10; 2010-11-10 | 1 | 10.20 |
| 03/12/10 | Taxi from hotel to Cleary for M. Wunder on Nov. 12/10 (see Visa); 2010-11-12 | 1 | 24.05 |
| 03/12/10 | Taxi from hotel to Akin office for M. Wunder on Nov. 10/10 (see Visa); 2010-11-10 | 1 | 10.58 |
| 03/12/10 | Taxi from hotel to Cleary office for M. Wunder on Nov. 11/10 (see Visa); 2010-11-11 | 1 | 22.01 |
| 03/12/10 | Taxi from hotel to Cleary office for M. Wunder on Nov. 14/10 (see Visa); 2010-11-14 | 1 | 23.04 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 42 of 46

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 03/12/10 | Taxi from Cleary office to hotel for M. Wunder on Nov. 10/10 (see Visa); 2010-11-10 | 1 | 26.29 |
| 03/12/10 | Taxi from NYC airport to Akin office for M. Wunder on Nov. 10/10; 2010-11-10 | 1 | 41.93 |
| 03/12/10 | Taxi from hotel to Cleary office for M. Wunder on Nov. 16/10 (see Visa); 2010-11-16 | 1 | 23.41 |
| 03/12/10 | Taxi from NYC airport to NYC for M. Wunder on Nov. 12/10 (see Visa); 2010-11-12 | 1 | 37.50 |
| 03/12/10 | Taxi from hotel to Cleary for M. Wunder on Nov. 15/10 (see Visa); 2010-11-15 | 1 | 23.64 |
| 03/12/10 | Taxi from Toronto airport to Eglinton for M. Wunder on Nov. 16/10; 2010-11-16 | 1 | 51.36 |
| 06/12/10 | Laser Copy;MacFarlaneA | 11 | 1.10 |
| 06/12/10 | Laser Copy;NELSON M | 78 | 7.80 |
| 06/12/10 | Telephone;12125277377;New YorkNY;TO47 | 1 | 0.51 |
| 06/12/10 | Telephone;12125277337;New YorkNY;TO47 | 1 | 10.71 |
| 07/12/10 | Laser Copy;Williams, Denise | 2 | 0.20 |
| 07/12/10 | Meals and Beverages - Working dinner for J. Hetu/Restaurants On The Go 21/10/Inv. 7129 | 1 | 18.90 |
| 07/12/10 | Working lunch at Aroma for M. Wunder on Dec. 3/10; 2010-12-3 | 1 | 11.45 |
| 08/12/10 | Laser Copy;MATHESON | 59 | 5.90 |
| 08/12/10 | Laser Copy;MattesL | 127 | 12.70 |
| 08/12/10 | Laser Copy;MacFarlaneA | 131 | 13.10 |
| 08/12/10 | Laser Copy;NELSON M | 8 | 0.80 |
| 08/12/10 | Laser Copy;NELSON M | 80 | 8.00 |
| 08/12/10 | Laser Copy;GOUGEON | 58 | 5.80 |
| 08/12/10 | Laser Copy;GOUGEON | 7 | 0.70 |
| 09/12/10 | Cerlox / Clear Cover / Tabs | 1 | 5.40 |
| 09/12/10 | Working lunch from Aroma at FMC office with UCC Advisors with FMC (2), Akin Gump (2), Capstone (2) and Jefferies (1) on Dec. 6, 2010 ; ; 2010-12-6 | 1 | 118.24 |
| 09/12/10 | Tabs / Cerlox / Clear Cover | 1 | 26.00 |
| 09/12/10 | Laser Copy;HETU, Jarvis | 97 | 9.70 |
| 09/12/10 | Laser Copy;MattesL | 83 | 8.30 |
| 09/12/10 | Laser Copy;DUNSMUIM | 44 | 4.40 |
| 09/12/10 | Laser Copy;GOUGEON | 8 | 0.80 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 43 of 46

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/12/10 | Laser Copy;NELSON M | 494 | 49.40 |
| 09/12/10 | Laser Copy;DamaniA | 267 | 26.70 |
| 10/12/10 | Cerlox / Clear Cover | 1 | 12.00 |
| 10/12/10 | Telephone;12122252677;New YorkNY;TO47 | 1 | 2.04 |
| 10/12/10 | Laser Copy;NELSON M | 508 | 50.80 |
| 10/12/10 | Laser Copy;MATHESON | 19 | 1.90 |
| 10/12/10 | Laser Copy;MattesL | 368 | 36.80 |
| 10/12/10 | Photocopy;MattesL | 28 | 2.80 |
| 11/12/10 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 12/12/10 | Laser Copy;MATHESON | 1 | 0.10 |
| 12/12/10 | Laser Copy;NORTH, Alexandra | 5 | 0.50 |
| 13/12/10 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 13/12/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 13/12/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 13/12/10 | Laser Copy;MacFarlaneA | 47 | 4.70 |
| 13/12/10 | Laser Copy;HETU, Jarvis | 90 | 9.00 |
| 13/12/10 | Laser Copy;MattesL | 66 | 6.60 |
| 13/12/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 2.55 |
| 13/12/10 | Laser Copy;NELSON M | 308 | 30.80 |
| 13/12/10 | Laser Copy;GOUGEON | 24 | 2.40 |
| 13/12/10 | Laser Copy;HETU, Jarvis | 20 | 2.00 |
| 14/12/10 | Laser Copy;MattesL | 160 | 16.00 |
| 14/12/10 | Telephone;12128728040;New YorkNY;TO47 | 1 | 0.51 |
| 14/12/10 | Parking for M. Wunder on Dec. 10/10; 2010-12-10 | 1 | 5.31 |
| 14/12/10 | Parking for M. Wunder on Dec. 7/10; 2010-12-7 | 1 | 5.31 |
| 14/12/10 | Parking for M. Wunder on Nov. 26/10; 2010-11-26 | 1 | 5.31 |
| 14/12/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 14/12/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 14/12/10 | Cerlox / Clear Covers | 1 | 6.00 |
| 14/12/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 14/12/10 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 14/12/10 | Laser Copy;MacFarlaneA | 123 | 12.30 |
| 14/12/10 | Laser Copy;NEFF D | 3 | 0.30 |
| 14/12/10 | Laser Copy;NELSON M | 338 | 33.80 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 44 of 46

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/12/10 | Laser Copy;MacFarlaneA | 190 | 19.00 |
| 15/12/10 | Working dinner at Pizza Pizza for M. Wunder on Nov. 6/10; 2010-11-6 | 1 | 19.74 |
| 15/12/10 | Meals and Beverages - Maxim /Food for working lunch meeting (A. MacFarlane, J. Hetu/M. Wunder)-Meeting-Dec 6/10/Inv. 301336 | 1 | 27.70 |
| 15/12/10 | Laser Copy;NELSON M | 225 | 22.50 |
| 16/12/10 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 16/12/10 | Telephone;12128721000;New YorkNY;TO47 | 1 | 1.02 |
| 16/12/10 | Telephone;12128728040;New YorkNY;TO47 | 1 | 0.51 |
| 16/12/10 | Telephone;12128728020;New YorkNY;TO47 | 1 | 1.02 |
| 16/12/10 | Laser Copy;NELSON M | 147 | 14.70 |
| 16/12/10 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 16/12/10 | Laser Copy;MattesL | 34 | 3.40 |
| 16/12/10 | Laser Copy;DamaniA | 485 | 48.50 |
| 16/12/10 | Laser Copy;MacFarlaneA | 52 | 5.20 |
| 17/12/10 | Laser Copy;NELSON M | 413 | 41.30 |
| 17/12/10 | Bell Conferencing/A MacFarlane/Inv. 1066844969 | 1 | 6.07 |
| 17/12/10 | Bell Conferencing/A MacFarlane/Inv. 1066844969 | 1 | 18.22 |
| 17/12/10 | Bell Conferencing/A MacFarlane/Inv. 1066844969 | 1 | 16.58 |
| 17/12/10 | Bell Conferencing/A MacFarlane/Inv. 1066844969 | 1 | 4.69 |
| 17/12/10 | Bell Conferencing/A MacFarlane/Inv. 1066844969 | 1 | 6.00 |
| 17/12/10 | Laser Copy;MattesL | 3 | 0.30 |
| 20/12/10 | Laser Copy;NELSON M | 371 | 37.10 |
| 20/12/10 | Laser Copy;MattesL | 16 | 1.60 |
| 20/12/10 | Telephone;17198674920;ColoradoCO; TO47 | 1 | 1.68 |
| 20/12/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 20/12/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 1.53 |
| 20/12/10 | Laser Copy;MacFarlaneA | 12 | 1.20 |
| 21/12/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 21/12/10 | Laser Copy;NORTH, Alexandra | 9 | 0.90 |
| 21/12/10 | Laser Copy;MacFarlaneA | 170 | 17.00 |
| 21/12/10 | Laser Copy;MattesL | 158 | 15.80 |
| 21/12/10 | Laser Copy;NELSON M | 234 | 23.40 |
| 22/12/10 | Laser Copy;MacFarlaneA | 63 | 6.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 45 of 46

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 22/12/10 | Laser Copy;MattesL | 17 | 1.70 |
| 22/12/10 | Laser Copy;NELSON M | 95 | 9.50 |
| 23/12/10 | Working Dinner at Halongbay Bistro for M. Wunder on Dec. 18/10 ; 2010-12-18 | 1 | 20.00 |
| 23/12/10 | Telephone;12128721000;New YorkNY;TO47 | 1 | 1.02 |
| 23/12/10 | Telephone;16318311831;BrentwooNY; TO47 | 1 | 1.02 |
| 23/12/10 | Telephone;12128721000;New YorkNY;TO47 | 1 | 0.51 |
| 23/12/10 | Telephone;16318311831;BrentwooNY; TO47 | 1 | 1.02 |
| 23/12/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 23/12/10 | Laser Copy;NELSON M | 152 | 15.20 |
| 23/12/10 | Laser Copy;MattesL | 36 | 3.60 |
| 24/12/10 | Working meal at Shake Shack for R. Jacobs on Dec. 3/10; 2010-12-3 | 1 | 23.21 |
| 24/12/10 | Working meal at L'Allegria for R. Jacobs on Dec. 11/10; 2010-12-11 | 1 | 30.00 |
| 24/12/10 | Cab fare from court to office A. MacFarlane; 2010-12-15 | 1 | 8.85 |
| 24/12/10 | Working meal at Bourbon Street for R. Jacobs on Dec. 10/10; 2010-12-10 | 1 | 25.00 |
| 24/12/10 | Working meal at Cosi for R. Jacobs on Nov. 29/10; 2010-11-29 | 1 | 17.41 |
| 24/12/10 | Parking for M. Wunder on Oct. 29/10; 2010-10-29 | 1 | 5.31 |
| 24/12/10 | Laser Copy;MacFarlaneA | 53 | 5.30 |
| 24/12/10 | Cab fare to return to Court A. MacFarlane; 2010-12-15 | 1 | 8.85 |
| 24/12/10 | Working meal at Chipotle for R. Jacobs on Dec. 8/10; 2010-12-8 | 1 | 16.32 |
| 24/12/10 | Working meal at The Delta Grill for R. Jacobs on Nov. 25/10; 2010-11-25 | 1 | 30.00 |
| 24/12/10 | Working meal at Tim Hortons for R. Jacobs on Oct. 28/10; 2010-10-28 | 1 | 17.41 |
| 24/12/10 | Working meal at Chop't Salad for R. Jacobs on Dec. 8/10; 2010-12-8 | 1 | 12.44 |
| 24/12/10 | Working meal at The Brasserie for R. Jacobs on Dec. 3/10; 2010-12-3 | 1 | 25.00 |
| 24/12/10 | Cab fare from court to office A. MacFarlane; 2010-12-15 | 1 | 7.08 |
| 24/12/10 | Working meal at Cosi for R. Jacobs on Nov. 22/10; 2010-11-22 | 1 | 17.41 |
| 24/12/10 | Working meal at Uncle Nick's Greek Cuisine for R. Jacobs on Dec. 1/10; 2010-12-1 | 1 | 25.00 |
| 24/12/10 | Working meal at Pita Grill for R. Jacobs on Nov. 24/10; 2010-11-24 | 1 | 21.65 |
| 24/12/10 | Taxi in New York for R. Jacobs on Dec. 7/10; 2010-12-7 | 1 | 8.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 31, 2011  
Invoice #: 2814735  
Page 46 of 46

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/12/10 | Taxi in New York for R. Jacobs on Oct. 17/10; 2010-10-17 | 1 | 12.95 |
| 24/12/10 | Taxi in New York for R. Jacbos on Nov. 26/10; 2010-11-26 | 1 | 12.48 |
| 24/12/10 | Taxi in New York for R. Jacobs on Dec. 7/10; 2010-12-7 | 1 | 15.67 |
| 24/12/10 | Taxi in New York for R. Jacobs on Nov. 26/10; 2010-11-26 | 1 | 11.63 |
| 24/12/10 | Taxi in New York for R. Jacobs on Dec. 4/10; 2010-12-4 | 1 | 11.63 |
| 24/12/10 | Taxi in New York for R. Jacobs on Nov. 29/10; 2010-11-29 | 1 | 11.02 |
| 24/12/10 | Taxi in New York for R. Jacobs on Dec. 7/10; 2010-12-7 | 1 | 10.40 |
| 24/12/10 | Taxi in New York for R. Jacobs on Nov. 29/10; 2010-11-29 | 1 | 9.18 |
| 24/12/10 | Cab fare to court A. MacFarlane; 2010-12-15 | 1 | 7.96 |
| 26/12/10 | Laser Copy;DUNSMUIM | 70 | 7.00 |
| 28/12/10 | Laser Copy;jacobsr | 6 | 0.60 |
| 29/12/10 | Laser Copy;MattesL | 21 | 2.10 |
| 30/12/10 | Laser Copy;jacobsr | 10 | 1.00 |
| 30/12/10 | ECarswell | 1 | 12.25 |
| 30/12/10 | Laser Copy;jacobsr | 10 | 1.00 |
| 30/12/10 | Laser Copy;MattesL | 26 | 2.60 |
| 30/12/10 | Laser Copy;MattesL | 26 | 2.60 |
| 31/12/10 | Beck Taxi/Inv 1721-024/MJW x 3 Nov 30 and Dec 14 | 1 | 77.37 |
| 31/12/10 | Beck Taxi/Inv 1721-024/Capstone (J. Borow and separate Akin Gump (F. Hederal/D. Batter)/Dec 6/10 | 1 | 123.89 |
| 31/12/10 | Beck Taxi/Inv 1721-024/M Wunder Dec 15/10 | 1 | 14.73 |
|  | Total | CDN | $6,940.25 |