**EXHIBIT E**

9424822_5

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 12.4 | $785.00 | $9,734.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 29.6 | $775.00 | $22,940.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 64.9 | $750.00 | $48,675.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 13.9 | $785.00 | $10,911.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 89.4 | $750.00 | $67,050.00 |
| Woodbury, C.D. | Partner | Employment/Pension/ Research | Ontario - 1981 | 1.6 | $675.00 | $1,080.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 20.2 | $375.00 | $7,575.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 8.9 | $310.00 | $2,759.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 12.7 | $310.00 | $3,937.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 136.1 | $600.00 | $81,660.00 |
| Porretta, C.M. | Associate | Employment/Pension/ Research | Ontario - 2006 | 7.6 | $345.00 | $2,622.00 |
| | | | | | | |
| TOTAL | | | | 397.3 | CDN. | $258,943.50 |
| | Less Non-Working Travel Time Discount (50% of $660) | | | | | ($330.00) |
| TOTAL | | | | | CDN. | $258,613.50 |

9424762_1