IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                      :   Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :   Case No. 09-10138 (KG)
                                                             :
                          Debtors.                           :   Jointly Administered
                                                             :
                                                             :   **Re: D.I.'s 4689, 4730, 4748**
                                                             :
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER APPROVING STIPULATION RESOLVING DEBTOR NORTEL NETWORKS INC.'S MOTION TO ENFORCE THE AUTOMATIVE STAY AGAINST AUTOMOTIVE RENTALS, INC.

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *[Proposed] Order Approving Stipulation Resolving Debtor Nortel Networks Inc.'s Motion to Enforce the Automatic Stay Against Automotive Rentals, Inc.* (the "Proposed Order"), attached as **Exhibit A** hereto:

1. On January 10, 2011, NNI filed the *Motion for Entry of an Order Enforcing the Automatic Stay Against Automotive Rentals, Inc.* [D.I. 4689] (the "Motion").

2. On January 20, 2011, Automotive Rentals, Inc. ("ARI") filed its Response and Objection to the Motion [D.I. 4730] (the "Objection")

3. Thereafter, NNI and ARI engaged in discussions aimed at resolving the Motion and ARI's Objection thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4. NNI and ARI have now resolved the Motion, as well as certain other issues between them, and submit the Stipulation and Proposed Order under certification of counsel for the Court's review.

5. The Proposed Order is attached hereto as **Exhibit A**. The Stipulation is attached to the Proposed Order as Exhibit 1.

6. Counsel for ARI has reviewed the Proposed Order, the Stipulation and this Certification and has no objections.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: February 16, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors-in-Possession*

4097753.1