Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/03/11 | RHL | Received correspondence from K. Spiering regarding status and respond | 0.20 |
| 01/03/11 | JRH | Prepare Nortel budget | 0.10 |
| 01/10/11 | EH | Review agenda for 1/12/11 hearing | 0.10 |
| 01/11/11 | EH | Review amended agenda for 1/12/11 hearing | 0.10 |
| 01/12/11 | EH | Review second amended agenda for 1/12/11 hearing | 0.10 |
| 01/24/11 | EH | Review ECF notices and download order setting omnibus hearing dates through September 2011; track hearing dates | 0.20 |
| 01/25/11 | EH | Review agenda for 1/27/11 hearing; discuss with J. Hoover | 0.20 |
| 01/26/11 | EH | Review and respond to email from E. Bussigel regarding change in start time for 1/27/11 hearing; track adjourned hearing time | 0.20 |
| 01/28/11 | EH | Review amended agenda for 1/27/11 hearing; track rescheduled hearing date | 0.10 |
| 01/31/11 | EH | Review and respond to email from J. Hoover regarding amended and second amended agendas for 1/31/11 hearing and discovery conference | 0.10 |
| 01/31/11 | EH | Discuss outcome of 1/31/11 hearing and discovery conference with J. Hoover | 0.20 |
| 01/31/11 | EH | Review second amended agenda for 1/27/11 hearing; discuss with J. Hoover | 0.20 |
| 01/31/11 | EH | Prepare binders and courtesy copies of discovery documents for 1/31/11 hearing and discovery conference | 0.90 |
| 01/31/11 | EH | Review emails from D. Livshiz regarding status of 1/31/11 hearing and discovery conference; discuss with J. Hoover | 0.20 |
| 01/31/11 | EH | Telephone call to Judge Gross' chambers requesting permission for K. Wilson-Milne, E. Bussigel and A. Ungberg telephonic appearances at 1/31/11 hearing; coordinate telephonic appearances | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/31/11 | EH | Email to K. Wilson-Milne, E. Bussigel and A. Ungberg confirming telephonic appearances at 1/31/11 hearing and discovery conference | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.20 | $119.00 |
| | | | 0.20 | $119.00 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.10 | $38.00 |
| | | | 0.10 | $38.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 3.00 | $705.00 |
| | | | 3.00 | $705.00 |
| | | TOTAL: | 3.30 | $862.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/09/11 | RHL | Edit time for fee application | 0.20 |
| 01/10/11 | RHL | Telephone call received from L. Behra regarding fee application procedure and how to streamline | 0.10 |
| 01/10/11 | LMS | Prepare and file CNO regarding BFCA November 2010 fee application | 0.30 |
| 01/14/11 | LMS | Preparation of BFCA monthly fee application for December 2010 | 1.00 |
| 01/18/11 | LMS | Preparation of BFCA monthly fee application for December 2010 | 1.10 |
| 01/23/11 | RHL | Review 3rd monthly fee application and respond to L. Behra | 0.20 |
| 01/25/11 | LMS | Email to R. Lemisch regarding next quarterly application and hearing date | 0.20 |
| 01/25/11 | LMS | Prepare and file BFCA monthly fee application for December 2010 | 0.40 |
| 01/26/11 | RHL | Review correspondence from L. Behra concerning next quarterly fee application due date | 0.10 |
| 01/28/11 | JRH | Email with L. Behra regarding timing of Nortel fee applications and status | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.60 | $357.00 |
| | | | 0.60 | $357.00 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.10 | $38.00 |
| | | | 0.10 | $38.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 3.00 | $585.00 |
| | | | 3.00 | $585.00 |
| | | TOTAL: | 3.70 | $980.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/07/11 | EH | Review email from J. Philbrick regarding debtors' 16th omnibus claims objection and R. Lemisch representation for Nuance Communications claim; review objection and track hearing date and objection deadline | 0.30 |
| 01/24/11 | RHL | Received correspondence from E. Hein and A. Gazza regarding claims objections | 0.10 |
| 01/24/11 | EH | Review docket regarding status of sixteenth omnibus claims objection; discuss status with R. Lemisch | 0.20 |
| 01/24/11 | EH | Email to A. Gazze regarding status of sixteenth omnibus objection to claims | 0.20 |
| 01/31/11 | JRH | Follow up regarding additional claims objections with J. Philbrick | 0.50 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.10 | $59.50 |
| | | | 0.10 | $59.50 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.50 | $190.00 |
| | | | 0.50 | $190.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.70 | $164.50 |
| | | | 0.70 | $164.50 |
| | | TOTAL: | 1.30 | $414.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/02/11 | RHL | Review and revise stipulation regarding acceptance of service of complaint and extending time to respond | 0.20 |
| 01/03/11 | RHL | Coordinate filing of stipulation extending Nokia's time to respond; completion of stipulation | 0.20 |
| 01/03/11 | RHL | Received correspondence from J. Hoover to N. Monhait forwarding stipulation to extend time to respond | 0.10 |
| 01/03/11 | RHL | Received correspondence from J. Smith regarding Dow Jones tolling agreement and respond; discuss with J. Smith | 0.20 |
| 01/03/11 | JRH | E-mails with E. Hein and R. Lemisch regarding stipulation to extend answer deadline | 0.10 |
| 01/03/11 | JRH | Email with K. Spiering regarding status of Nokia litigation | 0.10 |
| 01/03/11 | JRH | Emails related to status of Nokia litigation with K. Spiering | 0.10 |
| 01/03/11 | JRH | Review email from K. Wilson-Milne regarding status | 0.10 |
| 01/03/11 | JRH | Review and revise stipulation with Nokia and email with N. Monhait regarding same | 0.20 |
| 01/03/11 | JES | Respond to 2 emails from J. Yar regarding tolling agreement for Dow Jones after discussing same with R. Lemisch | 0.30 |
| 01/03/11 | JES | Respond to email from J. Yar regarding amnesty letter sent to Dow Jones | 0.20 |
| 01/03/11 | EH | Review emails from R. Lemisch and J. Hoover regarding revisions to stipulation extending Nokia's answer deadline; revise stipulation and forward to J. Hoover | 0.30 |
| 01/03/11 | EH | Review agenda for 1/05/11 oral argument on CTDI motion to dismiss | 0.10 |
| 01/03/11 | EH | Coordinate A. Ungberg telephonic appearance at 1/05/11 hearing; email to E. Bussigel | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/03/11 | EH | Review and respond to email from E. Bussigel regarding telephonic appearance for Cleary Gottlieb attorneys at 1/05/11 oral argument on CTDI motion to dismiss | 0.10 |
| 01/03/11 | EH | Review and respond to email from K. Wilson-Milne regarding status of 1/05/11 oral argument on motion to dismiss CTDI complaint | 0.20 |
| 01/03/11 | EH | Review email from T. Clark regarding filing status of revised CTDI confidentiality order | 0.10 |
| 01/04/11 | RHL | Review answer filed by CTDI; motion to join party | 0.50 |
| 01/04/11 | RHL | Review form of stipulation to extend time to respond (2 forms) | 0.20 |
| 01/04/11 | RHL | Received correspondence from E. Bussigel and others regarding protective order and respond | 0.20 |
| 01/04/11 | RHL | Memo to D. Powers regarding budget guesstimate for notice litigation for next 6 months | 0.20 |
| 01/04/11 | RHL | Review answer and affirmative defenses to complaint | 0.20 |
| 01/04/11 | RHL | Review and revise tolling agreement with D. Jones | 0.20 |
| 01/04/11 | RHL | Memo to D. McKenna regarding status update on Nokia litigation | 0.20 |
| 01/04/11 | RHL | Telephone call received from D. Livschiz regarding procedural issues | 0.20 |
| 01/04/11 | RHL | Review mediation issue - review court process to be served | 0.20 |
| 01/04/11 | RHL | Review final confidentiality order in CTDI matter and respond to E. Bussigel | 0.20 |
| 01/04/11 | RHL | Review answer of CTDI as well as motion to join NNC | 0.50 |
| 01/04/11 | JES | Draft tolling agreement in connection with negotiation with Dow Jones | 0.70 |
| 01/04/11 | EH | Review ECF notices and download CTDI answer and counterclaims to amended complaint; discuss with R. Lemisch | 0.20 |
| 01/04/11 | EH | Review email from E. Bussigel regarding finalization of CTDI confidentiality order | 0.10 |
| 01/04/11 | EH | Review CTDI motion to join Nortel Networks Corporation and calculate and track objection deadline; discuss with R. Lemisch | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/04/11 | EH | Review emails from J. Lubarsky, D. Livshiz and A. Clark regarding status of CTDI confidentiality order | 0.20 |
| 01/04/11 | EH | Review ECF notices and download Starent answer to complaint; email to J. Smith and R. Lemisch | 0.20 |
| 01/05/11 | RHL | Received correspondence from K. Roberts, Esquire regarding J. Ray response on SAP matter; speak to J. Smith regarding confirming about related case | 0.20 |
| 01/05/11 | RHL | Memo to J. Hoover regarding status of stipulation with Nokia | 0.10 |
| 01/05/11 | RHL | Received correspondence from J. Smith to J. Yar regarding tolling agreement | 0.10 |
| 01/05/11 | RHL | Review pleading binder and motions on for hearing today on motion to dismiss | 0.30 |
| 01/05/11 | RHL | Review answer and affirmative defenses of Prudential | 0.20 |
| 01/05/11 | RHL | Memo to Jen and Jenny regarding Starent and Prudential adversaries getting organized | 0.20 |
| 01/05/11 | RHL | Received correspondence from J. Hoover regarding Nokia stipulation status and respond | 0.10 |
| 01/05/11 | RHL | Received correspondence from K. Roberts regarding not proceeding against business objects enter | 0.10 |
| 01/05/11 | JRH | Review pleadings, motion to dismiss, response thereto, etc. (CTDI) | 2.50 |
| 01/05/11 | JRH | Attend oral argument on motion to dismiss (CTDI) | 2.30 |
| 01/05/11 | JES | Revise stipulation and email J. Yar with same (.4); update spreadsheet with answers filed by Prudential Relocation and Starent (.2); review correspondence from K. Roberts regarding business hold decision from J. Ray (.1); review email from A. Cordo regarding transcript request to Court (.1); email K. Roberts regarding second business hold entity and J. Ray's conclusion with regard to it (.1) | 0.90 |
| 01/05/11 | EH | Analysis and organization of CTDI adversary pleadings, discovery and related documents; update pleading binder | 0.90 |
| 01/05/11 | EH | Discuss outcome of 1/05/11 hearing on CTDI motion to dismiss with J. Hoover, upcoming deadlines and outstanding tasks | 0.20 |
| 01/05/11 | EH | Review email from K. Peguero regarding finalized and filed certification of counsel submitting CTDI confidentiality order | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/05/11 | EH | Review emails from K. Wilson-Milne and coordinate transport for Cleary attorneys attending 1/05/11 hearing on CTDI motion to dismiss | 0.20 |
| 01/06/11 | RHL | Received correspondence from J. Palmer and attached order and certificate of counsel regarding revised stipulation for production of confidential documents and respond to J. Palmer | 0.30 |
| 01/06/11 | RHL | Review LTDI's objections and responses to interrogatories | 0.20 |
| 01/06/11 | RHL | Received correspondence from N. Monheit - stipulation regarding extension to respond and to accept service is ok | 0.10 |
| 01/06/11 | EH | Review ECF notices and download CTDI confidentiality order; review order | 0.20 |
| 01/06/11 | EH | Review ECF notices and download notice of service of CTDI's responses to first set of interrogatories; update pleading binder | 0.10 |
| 01/06/11 | EH | Review and respond to email from A. Ungberg regarding service of motion to join NNC and answer with counterclaims and calculation of response deadline; discuss with J. Hoover | 0.30 |
| 01/07/11 | RHL | Received correspondence from ON Semiconductor regarding settlement and discuss resolving with J. Smith (several discussions) | 0.30 |
| 01/07/11 | RHL | Final review of COC for AT & T confidentiality agreement | 0.10 |
| 01/07/11 | RHL | Received correspondence from J. Smith to J. Yar, Esquire regarding Dow Jones tolling agreement status | 0.10 |
| 01/07/11 | RHL | Confer with J. Smith and J. Hoover regarding preference action - status and next steps | 0.60 |
| 01/07/11 | RHL | Coordinate calendaring of initial scheduling conference for preference cases | 1.00 |
| 01/07/11 | JRH | Review cert of counsel and proposed form of order and coordinate filing with E. Hein | 0.20 |
| 01/07/11 | JRH | Meeting with J. Smith and R. Lemisch regarding Nortel status, preference actions | 0.60 |
| 01/07/11 | JRH | Email with N. Monhait, Esq. regarding stipulation to extend answer deadline | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/07/11 | JRH | Telephone call received from and made to B. Gibbons, regarding foreign preference defendants | 0.20 |
| 01/07/11 | JES | Review letter from ON Semimconductor regarding settlement (.1); confer with R. Lemisch regarding drafting settlement agreement and tolling agreement (.2); email K. Sidhu regarding settlement agreement (.1); meet and confer with R. Lemsich and J. Hoover regarding litigation strategy and status of five preference actions (.6); confer with J. Hoover regarding settlement agreement with ON Semiconductor (.2); email J. Hoover documents in connection with settlement with ON Semiconductor (.1); follow up email to J. Yar regarding Dow Jones tolling agreement (.1) | 1.40 |
| 01/07/11 | EH | Discuss status of filing of certification of counsel submitting revised AT&T protective order with J. Hoover | 0.10 |
| 01/07/11 | EH | Review email from J. Palmer regarding filing of revised AT&T confidentiality agreement; discuss with J. Hoover | 0.10 |
| 01/07/11 | EH | Format and file certification of counsel regarding revised proposed order approving AT&T confidentiality order; coordinate delivery to Judge Gross | 0.60 |
| 01/07/11 | EH | Email to J. Palmer confirming status of certification of counsel regarding revised proposed order approving AT&T confidentiality order | 0.10 |
| 01/07/11 | EH | Draft certification of counsel and proposed order for stipulation approving time for Nokia to answer complaint | 0.40 |
| 01/07/11 | EH | Review ECF notices and download answer to complaint filed by Prudential Relocation | 0.10 |
| 01/07/11 | EH | File certification of counsel submitting stipulation extending time for Nokia to answer complaint; coordinate delivery to Judge Gross | 0.40 |
| 01/07/11 | EH | Track extended answer deadline in Nokia adversary | 0.10 |
| 01/07/11 | EH | Review email from E. Bussigel regarding service of third set of interrogatories directed to CTDI | 0.10 |
| 01/07/11 | EH | Review email from E. Bussigel regarding notice of service of third set of interrogatories directed to CTDI | 0.10 |
| 01/07/11 | EH | Prepare notice of service of third set of interrogatories directed to CTDI | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/07/11 | EH | File notice of service of third set of interrogatories directed to CTDI; email to E. Bussigel | 0.20 |
| 01/10/11 | RHL | Received correspondence from J. Hoover to C. Brown regarding back-up for preference claims and respond | 0.20 |
| 01/10/11 | RHL | Prepare litigation budget and send to D. Powers | 0.50 |
| 01/10/11 | JRH | Meeting with R. Lemisch regarding budget for Nokia litigation | 0.20 |
| 01/10/11 | JRH | Prepare settlement agreement and tolling agreement (.70); meeting with J. Smith related thereto (.30) | 1.00 |
| 01/10/11 | JRH | Email with K. Roberts regarding status of Sourcefire preference action (.10); email with C. Brown regarding back up documentation to various preference actions (.20) | 0.30 |
| 01/10/11 | JES | Discuss tolling agreement and statute of limitations issues with J. Hoover after reviewing bankruptcy rules (.3); review email regarding back up documents for 4 preference actions (.1); review response from K. Roberts regarding status of Sourcefire complaint (.1) | 0.50 |
| 01/10/11 | EH | Review ECF notices and download order approving Nokia stipulation extending time to answer complaint; update pleading binder | 0.10 |
| 01/10/11 | EH | Review Starent, Prudential, Right Management, Siemens and Sourcefire adversary dockets; analysis and organization of pleadings | 1.10 |
| 01/10/11 | EH | Discuss Nokia case timeline with R. Lemisch and J. Hoover | 0.10 |
| 01/12/11 | RHL | Received correspondence from D. McKenna regarding settlement issues | 0.10 |
| 01/12/11 | RHL | Speak to J. Hoover regarding ON Semiconductor amnesty letter and J. Smith regarding Dow Jones amnesty letter | 0.20 |
| 01/12/11 | RHL | Received correspondence from D. McKenna regarding settlement amounts and respond after considering the question | 0.50 |
| 01/12/11 | JRH | Revise settlement agreement and tolling agreement and email with counsel for ON Semiconductor | 0.60 |
| 01/12/11 | JRH | Telephone call made to B. Kiese regarding status of tolling agreement and settlement agreement | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/12/11 | JES | Confer with R. Lemisch regarding status of Dow Jones settlement and send follow up email to J. Yar (.2); review email from J. Yar (.1); obtain fully executed version of tolling agreement and discuss with R. Lemsich (.2); email J. Yar with tolling agreement (.1) | 0.60 |
| 01/13/11 | RHL | Received correspondence from Ibrahim Yosef regarding discovery conference | 0.10 |
| 01/13/11 | RHL | Review NNI computer search terms for discovery | 0.10 |
| 01/13/11 | JRH | Telephone call made to ON Semiconductor | 0.10 |
| 01/13/11 | JES | Call B. Kiese regarding settlement with ON Semiconductor (.1), review ON tolling agreement and settlement agreement (.3); prepare fully executed tolling agreement with ON Semiconductor (.2); email B. Kiese regarding fully executed tolling agreement and next steps (.1) | 0.70 |
| 01/14/11 | RHL | Received correspondence from D. Herrington regarding CTDI failure to do litigation hold letter | 0.10 |
| 01/14/11 | RHL | Obtain copy of Source Fire answer to preference complaint | 0.10 |
| 01/16/11 | RHL | Received correspondence from Yosef Ibrahim regarding NNI objections to discovery | 0.30 |
| 01/17/11 | RHL | Received correspondence to CTDI from D. Livschiz regarding discovery and respond to David regarding accountant privilege | 0.30 |
| 01/17/11 | RHL | Review revised initial disclosures of NNI | 0.20 |
| 01/17/11 | RHL | Review NNI amended initial disclosures | 0.10 |
| 01/17/11 | RHL | Received correspondence from D. Livschiz regarding accountant/client privilege | 0.20 |
| 01/17/11 | RHL | Review Source Fire answer and defenses | 0.20 |
| 01/18/11 | RHL | Received correspondence from D. Livschiz to A. Clark regarding production of documents | 1.00 |
| 01/18/11 | JRH | Email with E. Bussigel regarding potential filing | 0.10 |
| 01/18/11 | JES | Discuss CTDI response deadline with K. Cardillo(.1); various emails from J. Hoover regarding ON Semiconductor settlement (.2); email P. Rathwell regarding ON settlement (.1); review email from P. Rathwell and respond (.1); email J. Yar regarding Dow Jones settlement (.1) | 0.60 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/19/11 | RHL | Review correspondence from E. Hein confirming revised AT&T confidentiality stipulation was approved by Court | 0.10 |
| 01/19/11 | RHL | Review correspondence from D. Livshiz to A. Clark concerning the status of CTDI memorandum in support of its Rule 9(b) argument and reply | 0.10 |
| 01/19/11 | RHL | Speak to J. Smith regarding preference settlement issues | 0.20 |
| 01/19/11 | RHL | Speak to J. Smith regarding scheduling order; how to proceed on preferences | 0.20 |
| 01/19/11 | JES | Various emails to and from P. Rathwell regarding settlement agreement (.2); prepare for call with P. Rathwell (.4); meet with R. Lemsich and discuss paragraphs 4-6 of settlement agreement (.3); conversation with P. Rathwell regarding settlement with ON Semiconductor (.4) | 1.30 |
| 01/19/11 | EH | Review and respond to email from K. Wilson-Milne regarding service of amended initial disclosures in CTDI adversary | 0.20 |
| 01/19/11 | EH | Review and respond to email from K. Wilson-Milne regarding service of third-party subpoenas in Atlanta and Nashville | 0.10 |
| 01/19/11 | EH | Review ECF notices and download order approving revised AT&T confidentiality stipulation; email to J. Palmer | 0.20 |
| 01/19/11 | EH | Review and respond to email from K. Wilson-Milne regarding extension of time to respond to CTDI's motion to join Nortel Networks Corporation | 0.10 |
| 01/19/11 | EH | Draft notice of service of CTDI amended initial disclosures | 0.20 |
| 01/19/11 | EH | File notice of service of CTDI amended initial disclosures; email to K. Wilson-Milne | 0.20 |
| 01/20/11 | JRH | Review draft stipulation and certification of counsel and coordinate filing with E. Hein | 0.20 |
| 01/20/11 | JES | Discuss status of adversary proceedings and next steps with J. Hoover | 0.30 |
| 01/20/11 | JES | Update preference chart with additional information and discuss with J. Hoover | 0.60 |
| 01/20/11 | EH | Review multiple emails between D. Livshiz and A. Clark regarding CTDI post-hearing submission regarding caselaw in support of oral argument | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/20/11 | EH | Email to K. Wilson-Milne regarding extension of deadline to respond to CTDI counterclaims | 0.10 |
| 01/20/11 | EH | Draft stipulation, certification of counsel and proposed order regarding extension of time to reply to CTDI counterclaims | 0.90 |
| 01/21/11 | RHL | Review ATZ subpoena notice | 0.10 |
| 01/21/11 | JRH | Discuss subpoena and service with E. Hein | 0.20 |
| 01/21/11 | EH | Telephone call from K. Wilson-Milne regarding filing of notice of ATC subpoena related to CTDI adversary (.10); discuss with J. Hoover (.10) | 0.20 |
| 01/21/11 | EH | Follow-up email to K. Wilson-Milne regarding filing of notice of ATC subpoena related to CTDI adversary | 0.10 |
| 01/21/11 | EH | Telephone call from process server regarding address in SWB subpoenas related to CTDI adversary (.10); follow up telephone call and email to K. Wilson-Milne regarding same (.10) | 0.20 |
| 01/21/11 | EH | Telephone call from K. Wilson-Milne regarding issue with SWB service address related to CTDI subpoenas (.10); follow-up telephone call to process server regarding same (.10) | 0.20 |
| 01/21/11 | EH | Review Bankr. D. Del. local rules regarding subpoena service; discuss with J. Hoover | 0.10 |
| 01/21/11 | EH | Review email from K. Wilson-Milne regarding service of CTDI subpoenas on SWB of Nashville, Inc. (.20); discuss with J. Hoover (.10) | 0.30 |
| 01/21/11 | EH | Follow-up email to K. Wilson-Milne regarding change of 30(b)(6) deposition date relating to CTDI adversary (.10); review response and amended subpoenas (.10) | 0.20 |
| 01/21/11 | EH | Coordinate service of CTDI subpoenas on SWB of Nashville, Inc. | 0.20 |
| 01/23/11 | RHL | Review Nokia's answer and forward to D. Powers | 0.30 |
| 01/24/11 | RHL | Received correspondence from A. Clark regarding status of letter brief | 0.10 |
| 01/24/11 | RHL | Received correspondence from J. Smith regarding possible ON Semiconductor settlement | 0.10 |
| 01/24/11 | RHL | Received correspondence regarding Rule 26(a)(b)and (c) conference call | 0.10 |
| 01/24/11 | JRH | Review emails related to status of CTDI litigation | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/24/11 | JRH | Telephone call received from E. Metzler regarding further extension of answer deadline to preference action (Siemens) | 0.20 |
| 01/24/11 | JRH | Review notice and meeting with E. Hein regarding filing | 0.20 |
| 01/24/11 | JES | Review invoices and check back-up documentation for 4 preference action (.6); revise settlement agreement with ON Semiconductor and email K. Sidhu regarding proposed changes to settlement agreement (.7) | 1.30 |
| 01/24/11 | JES | Confer with E. Hein regarding upcoming hearing dates | 0.20 |
| 01/24/11 | EH | Review and respond to email from K. Wilson-Milne regarding filing of notice of ATC subpoenas and stipulation extending time to answer CTDI counterclaims | 0.10 |
| 01/24/11 | EH | Format certification of counsel, stipulation and proposed form of order extending time to answer CTDI counterclaims | 0.30 |
| 01/24/11 | EH | Discuss revisions to notice of service of Atlanta telephone subpoenas related to CTDI adversary with J. Hoover | 0.10 |
| 01/24/11 | EH | Email to K. Wilson-Milne regarding CTDI approval of stipulation extending time to answer CTDI counterclaims (.10); review response and follow-up email to Y. Ibrahimi (.10) | 0.20 |
| 01/24/11 | EH | Review email from D. Livshiz requesting CTDI approval of stipulation extending time to answer CTDI counterclaims | 0.10 |
| 01/24/11 | EH | File certification of counsel and stipulation extending time to answer CTDI counterclaims; coordinate delivery to Judge Gross | 0.50 |
| 01/24/11 | EH | Email to K. Wilson-Milne and D. Livshiz confirming submission of notice of ATC subpoenas and stipulation extending time to respond to CTDI counterclaims | 0.10 |
| 01/24/11 | EH | Draft notice of service for subpoenas directed to Atlanta Telephone regarding CTDI adversary | 0.40 |
| 01/25/11 | RHL | Review correspondence concerning Siemens request for additional 30 days extension and rspond | 0.10 |
| 01/25/11 | RHL | Memo to J. Hoover concerning preparation of Scheduling Order for Nokia matter | 0.10 |
| 01/25/11 | RHL | Review correspondence from N. Monhait concerning scheduling order status | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/25/11 | RHL | Review correspondence from J. Liberi and P. Keller concerning discovery matters | 0.10 |
| 01/25/11 | JRH | Telephone calls and communicate with chambers regarding scheduling related to discovery issues | 0.60 |
| 01/25/11 | JRH | Review emails from 1/24 and 1/25 related to status of CTDI litigation with opposing counsel | 0.30 |
| 01/25/11 | JRH | Telephone call received from E. Bussigel, and follow up with E. Hein | 0.20 |
| 01/25/11 | JRH | Meeting with E. Hein regarding telephonic status conference (CTDI), and follow up with E. Bussigiel | 0.20 |
| 01/25/11 | JRH | Email with R. Lemisch and J. Smith regarding preference actions | 0.10 |
| 01/25/11 | JES | Analyze ordinary course and new value analysis for Starent, Right Management and Prudential Relocation (1.8); email M. Scanella regarding ordinary course analyses (.1); 4 emails to and from K. Sidhu regarding ON Semiconductor settlement agreement (.2) | 2.10 |
| 01/25/11 | EH | Review ECF notices and download order extending time to answer CTDI counterclaims; track extended deadline | 0.20 |
| 01/25/11 | EH | Review ECF notices and download notice of service of CDTI responses and objections to second document production request; update discovery binder | 0.20 |
| 01/25/11 | EH | Review and respond to email from E. Bussigel regarding J. Hoover telephonic appearance at 1/27/11 status conference | 0.10 |
| 01/25/11 | EH | Coordinate J. Hoover telephonic appearance at 1/27/11 status conference | 0.10 |
| 01/25/11 | EH | Emails to D. Herrington, D. Livshiz, E. Bussigel, K. Wilson-Milne and A. Ungberg confirming telephonic appearances at 1/27/11 status conference | 0.20 |
| 01/25/11 | EH | Review email from E. Bussigel regarding status of 1/27/11 telephone conference with Judge Gross; follow-up emails to J. Hoover | 0.20 |
| 01/25/11 | EH | Review ECF notices and download CTDI letter to Judge Gross regarding identification of alleged fraudulent statments | 0.10 |
| 01/25/11 | EH | Telephone call to Judge Gross' chambers regarding 1/27/11 telephonic status conference for CTDI adversary; discuss with J. Hoover | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/25/11 | EH | Multiple emails with E. Bussigel confirming procedure for 1/27/11 telephonic status conference regarding CTDI adversary | 0.30 |
| 01/25/11 | EH | Assist J. Hoover with telephone call to Judge Gross' chambers requesting telephone conference to resolve discovery dispute | 0.50 |
| 01/25/11 | EH | Multiple discussions and emails with J. Hoover, E. Bussigel and D. Livshiz regarding request for and scheduling of emergency discovery conference related to CTDI adversary | 0.50 |
| 01/25/11 | EH | Discuss mechanics of 1/27/11 telephone conference regarding CTDI adversary with J. Hoover (.10); email to E. Bussigel (.10) | 0.20 |
| 01/25/11 | EH | Email to M. Parikh with telephonic appearance information for 1/27/11 status conference | 0.10 |
| 01/25/11 | EH | Coordinate telephonic appearance at 1/27/11 status conference for D. Herrington, D. Livshiz, K. Wilson-Milne, E. Bussigel and A. Ungberg | 0.50 |
| 01/26/11 | MJB | Review and revise motion to strike (1.0); discuss same with J. Hoover (0.4) | 1.40 |
| 01/26/11 | RHL | Review correspondence concerning Certificate of No Objection on joinder matter (several e-mails) | 0.20 |
| 01/26/11 | RHL | Review correspondence from A. Clark and P. Keller concerning discovery matters | 0.10 |
| 01/26/11 | RHL | Speak to J. Hoover concerning joinder matter | 0.20 |
| 01/26/11 | RHL | Review correspondence from J. Hoover concerning extension of time for Siemens and respond | 0.10 |
| 01/26/11 | JRH | Email to serve copy of the Motion to Strike the CNO | 0.10 |
| 01/26/11 | JRH | Review draft agenda, meeting with E. Hein related thereto (.10); email with E. Bussigel regarding draft agenda (.10) | 0.20 |
| 01/26/11 | JRH | Email with M. Parikh regarding draft agenda | 0.10 |
| 01/26/11 | JRH | Review emails related to CNO filed by Skadden (.10); communicate with Cleary Gottlieb regarding manner to proceed (.10); review CNO (.10); meetings with M. Barrie and E. Hein (.20); revise motion to strike (.20) | 0.70 |
| 01/26/11 | JRH | Revise motion to strike CNO and coordinate filing | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/26/11 | JRH | Email with N. Monhait regarding proposed scheduling order | 0.10 |
| 01/26/11 | JRH | Review emails related to discovery disputes, etc. by and between counsel and manner to proceed (.20); telephone call made to M. Parikh (.20) | 0.40 |
| 01/26/11 | JES | Draft Motion to Strike CNO filed by CTDI and confer with J. Hoover (1.2); revise and email R. Lemsich regarding settlement agreement with ON Semiconductor (.7) | 1.90 |
| 01/26/11 | EH | Review ECF notices and download Nokia answer to complaint; update pleading binder and discuss with J. Hoover | 0.30 |
| 01/26/11 | EH | Discuss preparation and filing of agenda for 1/31/11 discovery conference with J. Hoover (.10); email to E. Bussigel (.10) | 0.20 |
| 01/26/11 | EH | Telephone call from Judge Gross' chambers confirming hold on entry of order approving CTDI motion to join NNC in adversary proceeding (.10); email to Cleary Gottlieb regarding same (.10) | 0.20 |
| 01/26/11 | EH | Format and finalize motion to strike CNO to motion to join NNC in CTDI adversary | 0.20 |
| 01/26/11 | EH | Prepare proposed order for motion to strike CNO to motion to join NNC in CTDI adversary | 0.20 |
| 01/26/11 | EH | Prepare certificate of service for motion to strike CNO to motion to join NNC in CTDI adversary | 0.20 |
| 01/26/11 | EH | File and serve motion to strike CNO to motion to join NNC in CTDI adversary (.20); email to E. Bussigel and K. Wilson-Milne (.10) | 0.30 |
| 01/26/11 | EH | Review email from K. Wilson-Milne regarding motion to strike CNO to motion to join NNC in CTDI adversary (.10); research form of motion and discuss with J. Hoover (.20) | 0.30 |
| 01/26/11 | EH | Draft agenda for 1/31/11 discovery conference (1.0); discuss with J. Hoover (.20) | 1.20 |
| 01/26/11 | EH | Review email from J. Liberi regarding deadlines for filing of submissions regarding 1/31/11 CTDI discovery conference; track deadlines | 0.20 |
| 01/26/11 | EH | Review email from E. Bussigel regarding scheduling of 1/31/11 CTDI discovery conference; track conference date | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/26/11 | EH | Discuss preparation and filing of agenda for 1/31/11 CTDI discovery conference and motion to strike CNO to motion to join NNC with J. Hoover | 0.20 |
| 01/26/11 | EH | Email to E. Bussigel and D. Herrington regarding draft agenda for 1/31/11 discovery conference | 0.20 |
| 01/26/11 | EH | Review emails from D. Livshiz, K. Wilson-Milne and J. Hoover regarding motion to strike CNO to motion to join NNC in CTDI adversary proceeding (.10); follow-up telephone call to Judge Gross' chambers regarding same (.10) | 0.20 |
| 01/26/11 | EH | Review emails from D. Livshiz and A. Clark regarding withdrawal of CNO to motion to join NNC in CTDI adversary (.10); discuss with J. Hoover (.10) | 0.20 |
| 01/26/11 | EH | Review and respond to email from K. Wilson-Milne regarding courtesy copy of CNO to motion to join NNC in CTDI adversary | 0.10 |
| 01/26/11 | EH | Email to Judge Gross' chambers regarding preparation and filing of agenda for 1/31/11 discovery conference (.20); review response (.20) | 0.40 |
| 01/26/11 | EH | Review multiple emails from L. Hall and Mona Parikh regarding agenda for 1/31/11 discovery conference (.20); discuss with J. Hoover and follow-up email to E. Bussigel (.30) | 0.50 |
| 01/27/11 | MJB | Meet with J. Hoover regarding case administration and scheduling order (0.6); reviewing discovery dispute issues (0.3); attention to filing discovery objection with Court (0.4) | 1.30 |
| 01/27/11 | RHL | Review correspondence from J. Hoover to D. Powers concerning Siemens extension | 0.10 |
| 01/27/11 | RHL | Review correspondence concerning changed Nortel hearing date | 0.10 |
| 01/27/11 | RHL | Review correspondence from A. Clark concerning discovery matters; Herrington letter | 0.30 |
| 01/27/11 | JRH | Telephone call received from E. Bussigel regarding hearing | 0.10 |
| 01/27/11 | JRH | Telephone calls and emails with Cleary (.20); telephone call with MNAT to confirm rescheduled hearing, agenda issues and manner to proceed (.10) | 0.30 |
| 01/27/11 | JRH | Gather items for agenda (.20); draft email to MNAT with items for agenda and coordinate related to rescheduled hearing/discovery conference (.30) | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/27/11 | JRH | Telephone call with M. Parikh (.10); telephone call with D. Livshiz (.10); review scheduling order to coordinate letter briefing, etc. (CTDI litigation) (.30) | 0.50 |
| 01/27/11 | JRH | Meeting with J. Smith to discuss extension to Siemens preference action (.10); email with J. Ray regarding same (.10) | 0.20 |
| 01/27/11 | JRH | Draft pretrial order (.60); review documents (.40); meeting with M. Barrie to discuss litigation (.60) | 1.60 |
| 01/27/11 | JRH | Litigation strategy meeting regarding Nortel/Nokia | 1.00 |
| 01/27/11 | JES | Confer with J. Hoover regarding Siemens second extension (.2); confer with J. Hoover regarding action plan for preference proceedings (.2); draft certification of counsel for second extension of time to file response to complaint, stipulation, and proposed form of order (1.2) | 1.60 |
| 01/28/11 | RHL | Speak to J. Hoover regarding Nokia scheduling order | 0.20 |
| 01/28/11 | RHL | Review additional discovery letters from A. Clark and D. Herrington (several letters) | 0.40 |
| 01/28/11 | JRH | Meeting with J. Smith to discuss open items related to preference actions, and follow up related thereto | 0.30 |
| 01/28/11 | JRH | Review 26(f) report (.20); email with E. Bussigel (.10); review emails from M. Parikh and coordinate filing (.10) | 0.40 |
| 01/28/11 | JRH | Review amended agenda and email with E. Bussigel related thereto | 0.20 |
| 01/28/11 | JRH | Review emails from D. Livshiz regarding various discovery issues | 0.10 |
| 01/28/11 | JRH | Review stipulation, cert of counsel, order and email with E. Meltzer regarding same | 0.20 |
| 01/28/11 | JRH | Meeting with E. Hein to discuss filings in CTDI litigation for today's date | 0.20 |
| 01/28/11 | JRH | Review letter, exhibits and coordinate filing with E. Hein (.50); telephone call with D. Herrington and D. Livshiz regarding exhibits to Letter (.20) | 0.70 |
| 01/28/11 | JRH | Review and coordinate filing of letter briefs and exhibits (.50); prepare first draft of motion to file under seal (1.30); phone calls with D. Livshiz, Esq. regarding status (.20) | 2.00 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/28/11 | JES | Conversation with J. Hoover regarding strategy for Prudential Relocation, Right Management, Siemens and Starent preference actions (.3); draft summary of ordinary course and new value analyses for Prudential Relocation, Right Management, Siemens and Starent preference actions (.40) | 0.70 |
| 01/28/11 | EH | Discuss adjournment of 1/27/11 hearing with J. Hoover and consolidation with 1/31/11 discovery conference | 0.20 |
| 01/28/11 | EH | Review ECF notices and download opening discovery dispute position statements regarding 1/31/11 discovery conference; discuss with J. Hoover | 0.30 |
| 01/28/11 | EH | Discuss confidential Exhibit G to 1/28/11 CTDI discovery dispute letter and necessity of motion to file under seal with J. Hoover; review confidentiality order | 0.20 |
| 01/28/11 | EH | Review email from L. Hall with NNL discovery dispute letter dated 1/28/11; review letter and discuss with J. Hoover | 0.20 |
| 01/28/11 | EH | Review emails from E. Bussigel and J. Hoover regarding filing of CTDI Rules 26(f) report | 0.10 |
| 01/28/11 | EH | File 26(f) report for CTDI adversary proceeding; email to E. Bussigel | 0.40 |
| 01/28/11 | EH | Format and file 1/28/11 discovery dispute letter to Judge Gross (.50); coordinate delivery to Judge Gross (.20) | 0.70 |
| 01/28/11 | EH | Telephone call to D. Herrington regarding confidential Exhibit G to 1/28/11 discovery dispute letter to Judge Gross (.10); discuss with J. Hoover (.10) | 0.20 |
| 01/28/11 | EH | Discuss necessity of certificates of service for 1/27/11 and 1/28 CTDI discovery dispute letters and joint rule 26(f) report | 0.10 |
| 01/28/11 | EH | Discuss 1/28/11 filings in CTDI adversary with J. Hoover | 0.20 |
| 01/30/11 | RHL | Received correspondence from E. Bussigel regarding motion to dismiss and review motion, order and declaration | 0.20 |
| 01/30/11 | JRH | Review emails from K. Wilson-Milne regarding draft of motion to dismiss (.20); review motion to dismiss and related documents (.30) | 0.50 |
| 01/30/11 | JRH | Further review motion to dismiss and related documents | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/31/11 | RHL | Discuss discovery hearing issues with D. Livschiz | 0.20 |
| 01/31/11 | RHL | Review and revise pre-trial scheduling order and send to J. Hoover | 0.20 |
| 01/31/11 | RHL | Discuss motion to dismiss with Cleary; coordinate filing with E. Hein | 0.70 |
| 01/31/11 | RHL | Coordinate filing of motion to dismiss counterclaim with J. Hoover | 0.20 |
| 01/31/11 | RHL | Review correspondence regarding claims' objections | 0.20 |
| 01/31/11 | JRH | Revise draft of motion to file under seal (.70); prepare motion to expedite (1.0); various meetings related thereto with E. Hein and coordinate filing (.40); meetings with D. Livshiz (.40); coordinate issues related to hearing and discovery conference on 1/31 (.80); telephone call with M. Parikh (.20) | 3.50 |
| 01/31/11 | JRH | Attend omnibus hearing, including discovery conference, coordinate items with D. Livshiz and D. Herrington | 1.50 |
| 01/31/11 | JRH | Meeting with E. Hein regarding follow up from hearing | 0.20 |
| 01/31/11 | JRH | Conference with E. Hein regarding motion to dismiss counterclaims | 0.20 |
| 01/31/11 | JRH | Review motion to dismiss and related exhibits (.40); emails with Cleary Gottlieb (.20); coordinate filing (.30) | 0.90 |
| 01/31/11 | JRH | Revise draft pretrial order and meeting with E. Hein related thereto | 0.70 |
| 01/31/11 | JES | Review executed stipulation to extend time for Siemens to answer | 0.20 |
| 01/31/11 | EH | Draft motion for expedited hearing on motion to file Exhibit G to 1/28/11 letter brief under seal | 0.40 |
| 01/31/11 | EH | File and serve motion to file Exhibit G to letter brief under seal and related motion for expedited hearing (.40); prepare sealed package of confidential documents for Judge Gross and coordinate delivery (.30) | 0.70 |
| 01/31/11 | EH | Email to CTDI counsel regarding motion to file Exhibit G to letter brief under seal and related motion for expedited hearing | 0.20 |
| 01/31/11 | EH | Review emails from E. Bussigel and J. Hoover regarding corrected Exhibit A to 1/27/11 CTDI letter brief | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/31/11 | EH | File corrected Exhibit A to 1/27/11 CTDI letter brief | 0.20 |
| 01/31/11 | EH | Assist J. Hoover with 1/31/11 hearing preparation | 1.00 |
| 01/31/11 | EH | Revise motion for expedited hearing on motion to file Exhibit G to 1/28/11 letter brief under seal | 0.10 |
| 01/31/11 | EH | Review email from Y. Ibrahimi requesting unredacted version of Exhibit G to letter brief; discuss with J. Hoover | 0.10 |
| 01/31/11 | EH | Review emails from K. Wilson-Milne and A. Ungberg regarding anticipated filing of motion to dismiss CTDI counterclaims | 0.10 |
| 01/31/11 | EH | Conference with J. Hoover regarding coordination of filing motion to dismiss CTDI counterclaims | 0.20 |
| 01/31/11 | EH | Telephone call to K. Wilson-Milne regarding status of motion to dismiss CTDI counterclaims; discuss with R. Lemisch | 0.20 |
| 01/31/11 | EH | Coordinate filing of motion to dismiss CTDI counterclaims and troubleshoot exhibit format and size with K. Wilson-Milne, J. Hoover and R. Lemisch | 0.80 |
| 01/31/11 | EH | File motion to dismiss CTDI counterclaims, supporting memorandum of law and declaration with exhibits; email to K. Wilson-Milne | 0.60 |
| 01/31/11 | EH | Email to K. Wilson-Milne regarding confirmation and service of motion to dismiss CTDI counterclaims | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MICHAEL J. BARRIE | (MJB) | $425.00 | 2.70 | $1,147.50 |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 16.80 | $9,996.00 |
| | | | 19.50 | $11,143.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 29.80 | $11,324.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 16.10 | $4,025.00 |
| | | | 45.90 | $15,349.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 29.20 | $6,862.00 |
| | | | 29.20 | $6,862.00 |
| | | TOTAL: | 94.60 | $33,354.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/07/11 | EH | Document Reproduction 8 copies | 0.80 |
| 01/07/11 | EH | Document Reproduction 46 copies | 4.60 |
| 01/07/11 | EH | Document Reproduction 18 copies | 1.80 |
| 01/24/11 | EH | Document Reproduction 12 copies | 1.20 |
| 01/25/11 | LMS | Document Reproduction 132 copies | 13.20 |
| 01/25/11 | LMS | Document Reproduction 92 copies | 9.20 |
| 01/26/11 | EH | Document Reproduction 40 copies | 4.00 |
| 01/28/11 | EH | Document Reproduction 62 copies | 6.20 |
| 01/31/11 | EH | Document Reproduction 79 copies | 7.90 |
| 01/31/11 | EH | Document Reproduction 116 copies | 11.60 |
| 01/31/11 | EH | Document Reproduction 271 copies | 27.10 |
| 01/31/11 | EH | Document Reproduction 170 copies | 17.00 |
| | | TOTAL: | $104.60 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/22/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/10 | 7.50 |
| 01/22/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/5 | 40.00 |
| 01/22/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/5 | 40.00 |
| 01/22/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/7 | 7.50 |
| | | TOTAL: | $95.00 |

**Long Distance Calls**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 12/10/10 | ACCT | Conference Calls | 4.73 |
| | | TOTAL: | $4.73 |

**Postage - Special Mailing**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/26/11 | XXX | Postage - Special Mailing January 2011 | 3.66 |
| | | TOTAL: | $3.66 |

**Filing Fees**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/29/11 | JRH | Filing Fees - Vendor: AMERICAN EXPRESS<br>FILING FEES 12/6 - (4) PAY GOV | 1,000.00 |
| 01/29/11 | JRH | Filing Fees - Vendor: AMERICAN EXPRESS<br>FILING FEES - 12/6 - PAY GOV | 250.00 |
| | | TOTAL: | $1,250.00 |

**Meals**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/31/11 | RHL | Meals - Vendor: Rat Pack Cafe 1/5 - LUNCH MTG. | 55.20 |
| | | TOTAL: | $55.20 |