**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on February 17, 2011, a true and correct copy of the foregoing document was served via overnight delivery upon all parties on the attached list.

Dated: February 17, 2011

                                      **BENESCH, FRIEDLANDER, COPLAN**
                                        **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        Telephone:  (302) 442-7006
        Facsimile:  (302) 442-7012
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE  19801-3519  

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N. King Street  
Wilmington, DE  19801  

Anna Ventresca  
Nortel Networks, Inc.  
195 The West Mall  
Toronto, ON  M9C 5K1  
CANADA  

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  

Derek C. Abbott  
Eric D. Schwartz  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
18th Floor  
PO Box 1347  
Wilmington, DE  19899-1347

Doc 6507660   Ver 1