IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re                                                          : Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               : Case No. 09-10138 (KG)
                                                               :
Debtors.                                                       : Jointly Administered
                                                               :
---------------------------------------------------------X     Re: D.I.'s 4689, 4730, 4939

## [PROPOSED] ORDER APPROVING STIPULATION RESOLVING DEBTOR NORTEL NETWORKS INC.'S MOTION TO ENFORCE THE AUTOMATIC STAY AGAINST AUTOMOTIVE RENTALS, INC.

Upon the *Stipulation Resolving Debtor Nortel Networks Inc.'s Motion to Enforce the Automatic Stay Against Automotive Rentals, Inc.* (the "Stipulation"), as agreed to by and between the Debtor Nortel Networks Inc. ("NNI") and Automotive Rentals, Inc. ("ARI," together with NNI, the "Parties"), a copy of which is attached hereto as **Exhibit 1**; and the Court having considered the Stipulation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved in its entirety;

2. The Parties are hereby authorized and directed to take any and all actions required under the Stipulation, and all such actions as are reasonably necessary to effectuate the terms of the Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. The Court retains jurisdiction with respect to all disputes and all other matters arising from or relating to the implementation or interpretation of this Order.

Dated: FEB. 17, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

4097754.1