## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.,* | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 16, 2011, copies of the **First Set Of Interrogatories And Request For Production Of Documents Of Robert Horne, James Young, And The Ad Hoc Group Of Beneficiaries Of The Nortel Networks U.S. Deferred Compensation Plan Addressed To Debtors** were served upon the following:

<table>
<tr><td align="center"><b><u>Via Email and Hand Delivery</u></b><br>Derek C. Abbott<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899<br>Email: dabbott@mnat.com</td><td align="center"><b><u>Via Email</u></b><br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006<br>Email: lschweitzer@cgsh.com</td></tr>
</table>

Dated:    February 17, 2011

**BLANK ROME, LLP**

/s/  Bonnie Glantz Fatell
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
(302) 425-6464 (fax)
Email:  fatell@blankrome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**
Robert J. Keach
Paul McDonald
Daniel J. Murphy
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Telecopier: (207) 774-1127
Email: rkeach@bernsteinshur.com
          pmcdonald@bernsteinshur.com
          dmurphy@bernsteinshur.com