# EXHIBIT A

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/3/2011 | Call with N. Forrest, B. Gibbon and K. Roberts to discuss the legal entity identification process. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/4/2011 | Met with R. Boris and C. Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/4/2011 | Call with D. Culver of MNAT and R. Boris of Nortel to discuss preference analyses. | 0.7 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/4/2011 | Met with J. Lacks and B. Gibbon of Cleary for the weekly preference discussion. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/6/2011 | Call with M. Alcock and L. Laporte of Cleary to discuss the employee 60 day notice and severance methodology. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/7/2011 | Call with R. Boris of Nortel to discuss the weekly status items and deliverables. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/11/2011 | Met with D. McKenna and R. Izzard of Nortel and J. Croft of Cleary of the Contract Management Council regarding contracts. | 0.8 | 410 | 328.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/11/2011 | Met with R. Boris and C. Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/11/2011 | Met with J. Lacks and B. Gibbon of Cleary for the weekly preference discussion. | 1.5 | 410 | 615.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/14/2011 | Call with R. Boris of Nortel to discuss the weekly status items and deliverables. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/18/2011 | Met with R. Boris and C. Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/18/2011 | Met with J. Lacks and B. Gibbon of Cleary for the weekly preference discussion. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/20/2011 | Call with B. Gibbon of Cleary and A. Wortham of Nortel to discuss ACH discovery payment support for preference. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/21/2011 | Call with R. Boris of Nortel to discuss the weekly status items and deliverables. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/25/2011 | Met with R. Boris and C. Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/25/2011 | Call with M. Alcock and L. Laporte of Cleary to discuss the employee claims methodology and potential schedule amendments. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/25/2011 | Met with J. Lacks and B. Gibbon of Cleary for the weekly preference discussion. | 1.0 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/28/2011 | Call with R. Boris of Nortel to discuss the weekly status items and deliverables. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/31/2011 | Call with J. Hyland of Capstone to discuss Nortel preference summary. | 0.4 | 410 | 164.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 1/10/2011 | Nortel-call to Cleary, Huron director, follow-up on timing. | 0.1 | 725 | 72.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 1/12/2011 | Nortel-call with Huron director regarding status and timetables. | 0.3 | 725 | 217.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 1/6/2011 | Prepared for meeting with Cleary regarding employee claims. | 0.8 | 555 | 444.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 1/6/2011 | Meeting with Cleary and Huron manager to discuss employee claims methodology. | 1.2 | 555 | 666.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 1/7/2011 | Weekly call with R. Boris, Nortel, to discuss current status of case management issues and action items. | 0.5 | 555 | 277.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 1/11/2011 | Participated in weekly preference and claims management calls with Cleary. | 1.0 | 555 | 555.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 1/4/2011 | Prepared responses to inquiries from W. Ward (Nortel) regarding financial reporting for nondebtor subsidiaries and investments (form 26). | 1.0 | 555 | 555.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 1/12/2011 | Analyzed balance sheets of nondebtor wholly owned subsidiaries, wind-down plan and adjusted reporting group for Rule 2015.3 periodic reporting accordingly. | 0.6 | 555 | 333.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 1/20/2011 | Analyzed balance sheets of nondebtor wholly owned subsidiaries, wind-down plan and adjusted reporting group for Rule 2015.3 periodic reporting accordingly. | 0.5 | 555 | 277.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 1/25/2011 | Prepared correspondence to W. Ward and E. Smith (Nortel) regarding quarterly US Trustee fee requirement and preparation of quarterly data required. | 0.8 | 555 | 444.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/25/2011 | Reviewed and updated the December monthly fee application documents for purposes of the interim fee application. | 1.9 | 410 | 779.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/25/2011 | Reviewed and updated the December monthly fee application time and expense entries for purposes of the interim fee application. | 1.5 | 410 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/31/2011 | Prepared detailed time report for purposes of the monthly interim fee application. | 2.0 | 410 | 820.00 |
| 6 | Retention and Fee Applications | James Lukenda | 1/3/2011 | Nortel-review outstanding statements, work in process, open invoices. | 0.2 | 725 | 145.00 |
| 6 | Retention and Fee Applications | James Lukenda | 1/26/2011 | Nortel-review and sign-off monthly fee statement for filing. | 0.4 | 725 | 290.00 |
| 6 | Retention and Fee Applications | Lee Sweigart | 1/24/2011 | Prepared detailed time report for Dec-10 for work on Nortel engagement. | 2.0 | 555 | 1,110.00 |
| 6 | Retention and Fee Applications | Matthew J. Fisher | 1/7/2011 | Prepared monthly fee statement in accordance with local rules. | 1.0 | 555 | 555.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/4/2011 | Review of December 2010 first pass to identify write-offs. | 0.8 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/5/2011 | Review of detailed time entries and update to fee documents for December 2010 application. | 1.6 | 335 | 536.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/7/2011 | Review of detailed time reports and preparation of write-offs for December. | 1.3 | 335 | 435.50 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | Michael Scannella | 1/10/2011 | Prepared invoice support for December fee application. | 1.0 | 335 | 335.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/10/2011 | Review of detailed time reports related to December fee application. | 0.8 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/11/2011 | Prepared invoices for December fee application and updated accordingly. | 1.0 | 335 | 335.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/13/2011 | Update to December fee application documents. | 0.5 | 335 | 167.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/14/2011 | Correspondence with A. Cordo (MNAT) regarding November fee application CNO. | 0.5 | 335 | 167.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/18/2011 | Review and update to detailed time reports related to December fee application. | 0.8 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/25/2011 | Update to support and documents for December fee application. | 1.6 | 335 | 536.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/25/2011 | Update to case fee and expense tracker for December data. | 0.7 | 335 | 234.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/26/2011 | Update to fee application documents based on comments and submission to Huron manager for review. | 1.0 | 335 | 335.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/26/2011 | Final review and submission of 23rd fee application for filing. | 0.5 | 335 | 167.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 1/28/2011 | Update to fee and expense tracker to reflect additional December detail. | 0.7 | 335 | 234.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 1/3/2011 | Review of docket for purposes of identifying recent developments in mediation negotiations and other aspects of case. | 0.7 | 410 | 287.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 1/10/2011 | Review of docket and preparation of schedule detailing professional fee costs incurred in 2009 and allocable to various US debtors. | 2.3 | 410 | 943.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 1/10/2011 | Review of docket and preparation of schedule detailing professional fee costs incurred in 2010 and allocable to various US debtors. | 2.3 | 410 | 943.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 1/11/2011 | Review of docket and preparation of schedule detailing professional fee costs for allocable to various US debtors for additional professional firms identified by Huron director. | 1.3 | 410 | 533.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 1/11/2011 | Preparation of summary of professional fee costs incurred in 2010 and allocable to various US debtors, and drafted e-mail to Huron director regarding same. | 2.4 | 410 | 984.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 1/11/2011 | Review of information provided by Huron pertaining to US Trustee fee payments for US debtors, and prepared analysis of portion of total allocated to each debtor. | 0.9 | 410 | 369.00 |
| 7 | Disclosure Statement / Plan of Reorganization | James Lukenda | 1/10/2011 | Nortel- call with Huron director regarding discussion of work stream progress, timing, locations. | 0.2 | 725 | 145.00 |
| 7 | Disclosure Statement / Plan of Reorganization | James Lukenda | 1/10/2011 | Nortel-update file on open workstreams and review related correspondence. | 1.2 | 725 | 870.00 |
| 7 | Disclosure Statement / Plan of Reorganization | James Lukenda | 1/14/2011 | Nortel-update on workplan status, correspondence, company information. | 0.4 | 725 | 290.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/4/2011 | Met with project manager to discuss work plan for updating recovery model and liquidation analysis, completing lists for executory contracts, allocation of administrative expenses among US debtors, and contract assignment for MSS sale. | 1.3 | 555 | 721.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/4/2011 | Reviewed docket for updates on asset sales, creditor stipulations and status of expenses and fees related to retained professionals. | 2.0 | 555 | 1,110.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/5/2011 | Reviewed docket for updates on asset sales, creditor stipulations and status of expenses and fees related to retained professionals. | 1.2 | 555 | 666.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/6/2011 | Analyzed US entity wind-down strategy and timeline distributed by M. McRitchie (Nortel). | 0.4 | 555 | 222.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/10/2011 | Prepared correspondence to A. Stout and T. Ross (Nortel) regarding inputs required for financial section of disclosure statement and timing of reporting 2010 results. | 0.4 | 555 | 222.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/10/2011 | Reviewed US Debtors administrative costs paid by NNI to evaluate amounts allocable to other estates. | 0.9 | 555 | 499.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/11/2011 | Prepared materials and met with financial advisor team to discuss status of disclosure statement items, POR, claims estimates, and avoidance actions. | 0.8 | 555 | 444.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/11/2011 | Reviewed US Debtors administrative costs paid by NNI to evaluate amounts allocable to other estates. | 0.5 | 555 | 277.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/17/2011 | Reviewed docket for updates on asset sales, creditor stipulations and status of expenses and fees related to retained professionals. | 1.5 | 555 | 832.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/20/2011 | Reviewed docket for updates on asset sales, creditor stipulations and status of expenses and fees related to retained professionals. | 1.9 | 555 | 1,054.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/25/2011 | Reviewed US Debtors administrative costs paid by NNI to evaluate amounts allocable to other estates. | 1.4 | 555 | 777.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 1/31/2011 | Reviewed deferred compensation plan asset request motion and related objections. | 1.1 | 555 | 610.50 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/10/2011 | Review of request by L. Sutherland, Avaya, pertaining to assignment of Enterprise Solutions Business contract assignment, and drafted response regarding same. | 0.4 | 410 | 164.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/19/2011 | Review of request from J. Seery, Cleary, pertaining to information on reporting for MSS business sale contract assignments, and drafted response. | 2.1 | 410 | 861.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/19/2011 | Call with Huron director regarding status of customer contract assignments for MSS transactions and drafted e-mail to A. Tsai, Epiq regarding same. | 0.5 | 410 | 205.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/19/2011 | Review of request from J. Seery, Cleary, pertaining to previous assignment of customer contract; investigated; and drafted response. | 0.9 | 410 | 369.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/21/2011 | Review of request from K. Carpenter, Cleary Gottlieb, pertaining to MSS business contract assignments; investigated status of previous assignments for various counterparties; and drafted initial response. | 2.4 | 410 | 984.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/21/2011 | Review of materials prepared by Huron associate detailing MSS business contract assignments for various counterparties, and discussion regarding same. | 1.1 | 410 | 451.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/25/2011 | Review of documents provided by A. Tsai, Epiq, pertaining to MSS business contract assignments, and prepared schedule detailing notices sent and responses received through 01/21/2011. | 2.3 | 410 | 943.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/25/2011 | Review of e-mail correspondence from A. Tsai, Epiq, pertaining to MSS business contract assignments, for purposes of preparing schedule detailing notices sent through 01/21/2011. | 1.2 | 410 | 492.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/31/2011 | Review of priority list of potential contract assignments for MSS transaction against records of previous contract assignments under section 365 of bankruptcy code. | 1.6 | 410 | 656.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/31/2011 | Review of priority list of potential contract assignments for MSS transaction against records of previous contract assignments in Enterprise Solutions business transaction. | 1.1 | 410 | 451.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/31/2011 | Review of priority list of potential contract assignments for MSS transaction against records of previous contract assignments in MEN business transaction. | 1.0 | 410 | 410.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/31/2011 | Review of priority list of potential contract assignments for MSS transaction against records of previous contract assignments in CVAS business transaction. | 1.0 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/31/2011 | Review of priority list of potential contract assignments for MSS transaction against records of previous contract assignments in CDMA transaction. | 0.8 | 410 | 328.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 1/31/2011 | Review of priority list of potential contract assignments for MSS transaction against records of previous contract assignments in GSM transaction. | 0.7 | 410 | 287.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/21/2011 | MSS - Review of contract list to determine if assigned/unbundled in previous sales transaction. Quality check regarding the same. | 2.0 | 335 | 670.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/3/2011 | Corresponded with A. Gazze of MNAT regarding documentation of payment and invoice support for defendants. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/3/2011 | Provided an analysis of the vendor payments over $1M during the 90-day and historical 1 year base period. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/3/2011 | Prepared a summary of the 90-day payments made to the various vendors in the Nortel AP system. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/4/2011 | Provided the mailing addresses for some former SRMs to D. Powers of Nortel. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/4/2011 | Provided D. Culver of MNAT with vendor preference analyses which detail the net new value and ordinary course numbers. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/4/2011 | Prepared a schedule of the 10 largest preference complaints, with the new value, +- 3, +- 7, and +- 15. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/4/2011 | Summarized the latest amnesty letter numbers for K. Sidhu of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/4/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/4/2011 | Revised vendor analysis per a review of the payment support and included the available bank ACH information. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Prepared a summary and the corresponding detail for a vendor 90-day payments and related invoices. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Prepared a summary and email documenting certain vendor 90-day payments and related invoices for D. Culver of MNAT. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Prepared an updated vendor analysis for J. Sherrett of Cleary that shows both the 90-day payments and invoices (PD Detail) and the 90-day payments and related invoices (PI Detail) for a certain vendor. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Requested vendor PO support for certain vendors from M. Cook of Nortel. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Provided vendor purchase order (PO) information which is the underlying support for the top 80% of invoices to D. Culver of MNAT. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Provided K. Sidhu of Cleary with amnesty letter exhibits. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Reviewed the top 100 invoices for a certain vendor and provided analysis to J. Lacks of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Investigated missing invoice discovery support for J. Lacks of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Updated complaint exhibits and provided to J. Sherrett of Cleary. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Provided excel version of complaint exhibit to M. Vanek of Cleary. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/5/2011 | Updated complaint exhibits and provided to K. Sidhu of Cleary. | 1.8 | 410 | 738.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/6/2011 | Worked with B. Bariataris of Nortel to document the receipt of the goods/services in order to approve payment of the invoice and why it is not a data point they maintain records of in the AP system. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/6/2011 | Investigated contract and PO information for certain vendors with K. Hansen of Nortel. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/6/2011 | Updated complaint exhibits and provided to J. Sherrett of Cleary. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/6/2011 | Corresponded with S. Bianca of Cleary regarding amnesty letter settlements and provided most recent exhibit. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/6/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/7/2011 | Requested payment support for certain vendors from M. Cook of Nortel. | 2.0 | 410 | 820.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/7/2011 | Reviewed vendor contracts and provided summary to J. Sherrett of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/7/2011 | Prepared excel complaint exhibit for J. Galvin of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/7/2011 | Reviewed vendor invoice detail to verify credit information and requested additional payment support. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/10/2011 | Call with A. Gazze of MNAT regarding vendor preference information. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/10/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/10/2011 | Corresponded with J. Hoover of Benesch regarding discovery support documentation. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/10/2011 | Provided updated complaint exhibits to A. Gazze of MNAT. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/10/2011 | Updated complaint exhibits and provided to M. Vanek of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/11/2011 | Corresponded with B. Murphy of Nortel regarding historical payment activity between NNI's divisions and a vendor. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/11/2011 | Prepared excel complaint exhibits for J. Sherrett of Cleary. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/11/2011 | Corresponded with J. Drake of Cleary regarding an individual vendor preference analysis. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/11/2011 | Updated complaint exhibits and provided to M. Vanek of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Provided J. Lacks of Cleary with certain updated complaint exhibits. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Provided M. Vanek of Cleary with certain updated complaint exhibits. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Corresponded with K. Sidhu of Cleary regarding an individual vendor preference analysis. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Reviewed vendor invoices and payments and provided summary to K. Sidhu of Cleary. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Reviewed and updated complaint exhibits per request from M. Vanek of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Call with T. Rothwell of Nortel regarding pass-through supplier information. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Prepared an updated reconciliation between the list of former employees with archived hard drives against Kristen Hansen's SRM former employees. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/12/2011 | Reviewed vendor invoices and payment support and provided results to J. Lacks of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/13/2011 | Prepared an analysis of the stayed invoices vs. the invoices listed as outstanding in a vendor's claim | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/13/2011 | Reviewed and updated complaint exhibits per request from N. Abularach of Cleary. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/14/2011 | Reviewed and updated complaint exhibits per request from N. Abularach of Cleary. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/14/2011 | Reviewed and updated complaint exhibits per request from B. Gibbon of Cleary. | 1.8 | 410 | 738.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/14/2011 | Reviewed and updated complaint exhibits per request from M. Vanek of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/14/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/14/2011 | Prepared excel complaint exhibits for M. Vanek of Cleary. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/14/2011 | Reviewed paid and unpaid invoice information for a certain preference vendor per request from A. Gazze of MNAT. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/17/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/17/2011 | Corresponded with J. Lacks of Cleary regarding preference period DPO analysis. | 2.0 | 410 | 820.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/17/2011 | Corresponded with MNAT, Cleary and Benesch to verify complaints filed at expiration of statute of limitations. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/17/2011 | Corresponded with R. Izzard of Nortel regarding stayed invoice information for a certain vendor. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/17/2011 | Provided potential preference exposure after considering defenses to K. Sidhu of Cleary. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/18/2011 | Corresponded with M. Vanek of Cleary regarding underlying purchase order information for certain vendor. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/18/2011 | Prepared excel complaint exhibits for A. Gazze of MNAT. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/18/2011 | Requested copies of stayed invoice detail from M. Cook of Nortel. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/19/2011 | Investigated the status of deferred compensation and LTIP restoration priority accrual amounts. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/19/2011 | Reviewed the 2 year historical paid invoice activity from Nortel's Oracle database. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/19/2011 | Corresponded with J. Sherrett of Cleary regarding individual vendor analysis and pass-through supplier list. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/19/2011 | Updated individual vendor analysis with vendor provided delivery dates for new value purposes. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Investigated various ACH screenshots for discovery support purposes. | 2.2 | 410 | 902.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Reviewed vendor invoice and payment support to verify proper legal entity was named as defendant. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Investigated the Nortel company that made certain preference payments per request from M. Vanek of Cleary. | 2.0 | 410 | 820.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Requested additional historical paid invoice activity from G. Townsend of Nortel. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/20/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/25/2011 | Adjusted a vendor new value and ordinary course calculation per request from N. Forrest of Cleary. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/26/2011 | Updated the Nortel preference summary with final complaint and amnesty letter counts and amounts as well as settlement information. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/26/2011 | Provided updated Nortel preference summary to N. Forrest of Cleary for comments. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/26/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.8 | 410 | 738.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/26/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/26/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/27/2011 | Provided B. Gibbon of Cleary with individual vendor preference analysis. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/27/2011 | Updated the Nortel preference summary with settlement, claim waiver and check information. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/27/2011 | Corresponded with J. Galvin of Cleary regarding NNI's corporate structure and the branch entity invoicing and payment process. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/27/2011 | Requested preference vendor payment and invoice support from M. Cook of Nortel. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/27/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/27/2011 | Corresponded with J. Hyland of Capstone regarding Nortel preference summary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/30/2011 | Provided updated complaint exhibit to J. Sherrett of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/30/2011 | Prepared vendor response to ordinary course and new value preference defenses for settlement purposes. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/31/2011 | Provided N. Abularach of Cleary with individual vendor preference analysis. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/31/2011 | Provided K. Sidhu of Cleary with individual vendor preference analysis. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 1/11/2011 | Nortel-conference call with engagement team to review current status of workstreams, planning. | 0.7 | 725 | 507.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 1/24/2011 | Nortel-call with Huron manager to discuss reporting on responses on amnesty letters, internal reporting on status, open items. | 0.2 | 725 | 145.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 1/26/2011 | Nortel-review preference status report details and discuss questions and comments with Huron manager. | 0.5 | 725 | 362.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 1/26/2011 | Nortel-call with Huron director, review questions on preference work comments, update on status of work streams and related matters. | 0.4 | 725 | 290.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 1/27/2011 | Nortel-review comments on avoidance status schedules. | 0.3 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Lee Sweigart | 1/3/2011 | Reviewed information to be provided by Huron to Cleary regarding preference responses and questions from creditors. | 0.9 | 555 | 499.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Lee Sweigart | 1/11/2011 | Correspondence with Huron manager regarding preference workstream. | 0.5 | 555 | 277.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Matthew J. Fisher | 1/10/2011 | Met with project manager to discuss status of avoidance actions and updates regarding claims objections and reconciliation. | 0.7 | 555 | 388.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Matthew J. Fisher | 1/21/2011 | Met with R. Boris (Nortel) and project manager to discuss status of avoidance actions and updates regarding claims objections and reconciliation. | 0.5 | 555 | 277.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Matthew J. Fisher | 1/27/2011 | Analyzed report of preference recoveries and outstanding letters/complaints prepared by project manager and prepared comments feedback to be addressed prior to dissemination to committee. | 0.6 | 555 | 333.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/3/2011 | Update to amnesty tracker - settlements received, responses submitted, and discussion with working team. | 1.3 | 335 | 435.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/3/2011 | Discussion with Huron manager regarding outstanding items and new tasks. | 0.8 | 335 | 268.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/3/2011 | Discussion with M. Vanek (Cleary) regarding specific vendor invoice/payment support and distribution of support and notes regarding conversation. | 0.9 | 335 | 301.50 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/4/2011 | Preparation of image tracker for purposes of MNAT complaint vendors; download and archive of invoice/payment images. | 2.3 | 335 | 770.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/4/2011 | Working team discussion regarding outstanding preference issues. | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/4/2011 | Prepared updated individual preference analysis and provided to N. Abularach (Cleary). | 0.8 | 335 | 268.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/4/2011 | Discussion with SRM for particular vendor; prepared notes and discussed with Huron manager. | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/4/2011 | Review of vendor response and preparation of vendor analysis for Huron manager review. | 1.8 | 335 | 603.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/5/2011 | Review of invoice images to determine appropriate related vendor name/entity. | 2.3 | 335 | 770.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/5/2011 | Prepared Nortel fee estimate and provided to AP as requested. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/5/2011 | Discussion with Huron manager regarding vendor preference response. Made necessary updates and provided to working team. | 2.1 | 335 | 703.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/5/2011 | Incorporation of amnesty letters received into tracking document; update as necessary; communication with working team regarding outstanding items. | 1.8 | 335 | 603.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/6/2011 | Prepared vendor response as requested by preference working team and submitted for discussion and review. | 2.9 | 335 | 971.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/6/2011 | Performed follow-up work as requested by working team related to specific preference vendor and submitted for discussion and review. | 1.4 | 335 | 469.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/6/2011 | Identified invoice and payment support that was missing for two vendors and requested support from Nortel working team. | 0.6 | 335 | 201.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/6/2011 | Provided invoice and payment images for specific vendor per request of working team member. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/6/2011 | Scan and archive of amnesty letters received from vendors. Provided to working team for review. | 1.9 | 335 | 636.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/6/2011 | Review of vendor response and correspondence regarding payment history with G. Townsend (Nortel). | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/7/2011 | Prepared invoice-level DPO analysis for two presence vendors per request of working team and provided for review and discussion. | 2.3 | 335 | 770.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/7/2011 | Various discussions with Huron manager regarding outstanding preference matters and pending deadlines. | 0.8 | 335 | 268.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/7/2011 | Correspondence with Nortel AP/SRM regarding preference vendor per request of working team and notes regarding the same. | 0.9 | 335 | 301.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/7/2011 | Update to vendor response analysis based on claims data provided by preference working team. | 2.7 | 335 | 904.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/10/2011 | Reviewed vendor response and compared invoice detail to Nortel records to confirm accuracy. | 1.8 | 335 | 603.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/10/2011 | Prepared invoice/payment image support for four additional vendors as requested by working team. | 2.2 | 335 | 737.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/10/2011 | Discussion with Huron manager regarding outstanding preference requests and new tasks. Notes regarding the same. | 1.0 | 335 | 335.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/10/2011 | Update to vendor response analysis based on vendor-provided support and documentation. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/10/2011 | Review and update related to amnesty responses and checks. | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/11/2011 | Working team call regarding preference methodology, outstanding preference analyses, etc. | 1.2 | 335 | 402.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/11/2011 | Prepared vendor response based on ordinary course analysis and information provided by vendor related to invoice and payment activity during the 90-day period. | 2.2 | 335 | 737.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/11/2011 | Collected payment support per request of working team regarding ACH payments. | 0.6 | 335 | 201.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/11/2011 | Prepared two vendor responses per request from preference working team - review of 455 day payments and vendor-provided invoices. | 2.5 | 335 | 837.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/12/2011 | Compilation of supporting invoice/payment images as requested by preference working team for two additional vendors. | 1.5 | 335 | 502.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/12/2011 | Review of vendor response and preparation of supporting documentation. Correspondence with Nortel AP for additional support. | 1.4 | 335 | 469.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/13/2011 | Updated vendor response based on information provided by Nortel AP and submitted to Huron manager for discussion and review. | 1.2 | 335 | 402.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/13/2011 | Discussion with Huron manager regarding vendor response and made updates regarding the same. | 1.3 | 335 | 435.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/13/2011 | Review of amnesty responses and update to tracker to reflect settlement checks received. | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/13/2011 | Review of support provided by Nortel AP related to vendor response suggesting new value not previously captured. | 1.1 | 335 | 368.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/13/2011 | Various discussions with Huron manager regarding outstanding preference actions and responses and notes regarding the same. | 0.9 | 335 | 301.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/14/2011 | Review of vendor exhibits and distribution to working team for review and discussion. | 1.2 | 335 | 402.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/14/2011 | Correspondence with Huron manager and J. Lacks (Cleary) regarding vendor response exhibits. Prepared updated exhibits based on conversation and distributed for review/discussion. | 1.3 | 335 | 435.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/17/2011 | Review of amnesty responses and settlements received and update to tracker as necessary. | 0.8 | 335 | 268.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/18/2011 | Review of vendor responses, drafting of e-mail review, and correspondence with Huron manager regarding next steps of analysis. | 2.8 | 335 | 938.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/18/2011 | Review of vendor response request from working team to analyze particular group of vendor invoices and payments. Conversation with working team regarding the same. | 1.6 | 335 | 536.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/18/2011 | Working team call regarding outstanding preference action. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/18/2011 | Discussion with Huron manager regarding outstanding items and newly requested vendor analyses. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/18/2011 | Follow-up correspondence with Nortel AP regarding payment/invoice inquiries driven by vendor responses. | 0.6 | 335 | 201.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/19/2011 | Discussion with Huron manager regarding recent vendor response requests from working team. Follow-up work related to two vendor responses. | 1.5 | 335 | 502.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/20/2011 | Various conversations with preference working team and Huron manager regarding outstanding items, specific vendor discussions, etc. | 1.0 | 335 | 335.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/20/2011 | Prepared vendor response per request of working team and submitted to Huron manager for review and discussion. | 1.3 | 335 | 435.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/20/2011 | Discussion with Huron manager regarding working team request related to specific vendor. Review of support provided by Nortel AP and e-mail correspondence regarding the same. | 0.8 | 335 | 268.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/21/2011 | Update to vendor analysis based on responses from Nortel AP. Submission to Huron manager for discussion and review. | 1.4 | 335 | 469.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/21/2011 | Update to vendor response based on response from Nortel AP. Submission to preference working team for discussion and review. | 1.1 | 335 | 368.50 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/24/2011 | Review of payment terms for particular vendor and request of contracts from Nortel AP to determine contractual terms. | 1.0 | 335 | 335.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/24/2011 | Review of provided contracts and correspondence with vendor SRM regarding payment terms in 455 days prior to bankruptcy filing. Follow-up phone conversation to discuss various contracts and defined payment terms. Notes regarding the same. | 1.7 | 335 | 569.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/24/2011 | Discussion with Huron manager regarding outstanding preference items and notes regarding the same. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/24/2011 | Review of amnesty responses in inbox, correspondence with preference working team regarding responses, and update to tracking summary to reflect new activity and notes. | 1.2 | 335 | 402.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/24/2011 | Update to several individual vendor preference analyses and submission to preference working team for review. | 1.2 | 335 | 402.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/25/2011 | Review of vendor invoice support. Determination of link to Nortel records and correspondence with Huron manager regarding the same. Created vendor response template to be populated as additional information is provided. | 1.9 | 335 | 636.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/25/2011 | Working team weekly call regarding preference status and outstanding items. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/25/2011 | Correspondence with preference working team regarding updated preference analyses and discussion related to ordinary course. | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/26/2011 | Correspondence with Nortel AP and update to specific vendor response regarding the same. Provided to preference working team for review. | 1.6 | 335 | 536.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/26/2011 | Correspondence with preference working team member and Huron manager regarding new value / deemed filed claims related to specific vendor. | 0.5 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/26/2011 | Review of vendor response related to ordinary course range. Discussion with Huron manager regarding necessary steps. Creation of schedule related to vendor response. | 1.8 | 335 | 603.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/27/2011 | Review of support provided by Nortel AP related to vendor. Correspondence with preference working team regarding results. | 0.7 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/28/2011 | Created excel templates from vendor-provided pdf. Analyzed information and prepared schedule highlighting variances between vendor and Nortel data. Submitted to Huron manager for review. | 2.0 | 335 | 670.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/28/2011 | Discussion with Huron manager regarding vendor analysis and update to same. Provided to working team for review. | 1.4 | 335 | 469.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/28/2011 | Discussion with preference working team member regarding ordinary course support received from vendor. Prepared vendor response based on discussion and support received from Nortel AP. | 1.8 | 335 | 603.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/31/2011 | Discussion with various preference working team members regarding questions for vendor responses - ordinary course, new value, etc. | 1.2 | 335 | 402.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 1/31/2011 | Update to amnesty tracking documents and correspondence with preference working team regarding vendor responses. | 0.5 | 335 | 167.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/3/2011 | Corresponded with R. Boris regarding an updated claims triage report. | 1.4 | 410 | 574.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/3/2011 | Reviewed the late filed claim data analysis and provided update to S. Lo of Cleary. | 1.6 | 410 | 656.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/13/2011 | Requested claim image information from B. Hunt of Epiq. | 1.6 | 410 | 656.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/20/2011 | Documented the employee claims methodology regarding postpetition payments against prepetition causes of action. | 1.8 | 410 | 738.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2011 | Reviewed the employee participant lists (including deferred comp), schedules and within the claims register for certain individuals per request from T. Britt of Cleary. | 1.6 | 410 | 656.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/25/2011 | Prepared an analysis of the remaining priority claim amount under the $10,950 cap after considering 60-day notice and severance. | 1.4 | 410 | 574.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/25/2011 | Corresponded with R. Boris of Nortel regarding the deferred compensation rabbi trust. | 1.2 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/28/2011 | Prepared an employee claims summary detailing claims by assertion and strategy for R. Boris of Nortel. | 1.6 | 410 | 656.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/30/2011 | Updated the employee claims summary detailing claims by assertion and strategy per request from R. Boris of Nortel. | 1.6 | 410 | 656.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/12/2011 | Nortel-employee claim matters, review status of issues summary, consideration of procedures to address claims. | 1.1 | 725 | 797.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/17/2011 | Nortel-review materials on employee claim process plan. | 0.9 | 725 | 652.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/19/2011 | Nortel-call with Huron manager regarding priority classification of benefit and comp related claims. | 0.2 | 725 | 145.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/19/2011 | Nortel-file review regarding response to inquiry from Huron manager regarding claim priority for amounts arriving under deferred comp and defined contribution plans. | 1.2 | 725 | 870.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/24/2011 | Nortel-follow-up on priority claim questions, employee and deferred payment status and related matters. | 1.2 | 725 | 870.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 1/7/2011 | Correspondence with Huron manager regarding claims management and action items. | 0.5 | 555 | 277.50 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 1/11/2011 | Reviewed US Claims Summary provided by R. Boris, Nortel. | 1.0 | 555 | 555.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 1/13/2011 | Reviewed draft preference claims updated prepared by Huron manager. | 0.8 | 555 | 444.00 |
| 16 | Unsecured Claim Analysis | Matthew J. Fisher | 1/20/2011 | Analyzed employee claim summaries, causes of action and calculations to estimate administrative and priority claim exposure and discussed with project manager. | 1.1 | 555 | 610.50 |
| 16 | Unsecured Claim Analysis | Matthew J. Fisher | 1/28/2011 | Analyzed employee claim summaries, causes of action and calculations to estimate administrative and priority claim exposure and discussed with project manager. | 1.0 | 555 | 555.00 |
| 16 | Unsecured Claim Analysis | Matthew J. Fisher | 1/28/2011 | Met with R. Boris (Nortel) and project manager to discuss employee claims estimate and strategy for resolution. | 1.0 | 555 | 555.00 |
| 16 | Unsecured Claim Analysis | Michael Scannella | 1/4/2011 | Review of S. Lo (Cleary) request and correspondence with Nortel claims team to provide updated claims triage report. | 1.2 | 335 | 402.00 |
| 16 | Unsecured Claim Analysis | Michael Scannella | 1/12/2011 | Review of late filed claims and preparation of updated analysis for S. Lo (Cleary). Discussion with Huron manager regarding the same. | 0.7 | 335 | 234.50 |
| 16 | Unsecured Claim Analysis | Michael Scannella | 1/18/2011 | Update and completion of late-filed claims request from S. Lo (Cleary) and submission for review and discussion. | 1.5 | 335 | 502.50 |
| 17 | Intercompany Claims | Brian Heinimann | 1/6/2011 | Call with Huron director, E&Y, M. Giamberardino, Nortel, and various Nortel accounting personnel to discuss status of intercompany balance investigations. | 0.8 | 410 | 328.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/11/2011 | Call with Huron director, E&Y, M. Giamberardino, Nortel, and various Nortel accounting personnel to discuss status of intercompany balance investigations. | 0.5 | 410 | 205.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 17 | Intercompany Claims | Brian Heinimann | 1/18/2011 | Call with Huron director, E&Y, M. Giamberardino, Nortel, and various Nortel accounting personnel to discuss status of intercompany balance investigations. | 0.4 | 410 | 164.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/18/2011 | Call with Huron director, E&Y, M. Giamberardino, Nortel, and various Nortel accounting personnel to discuss status of citi-netting process. | 0.5 | 410 | 205.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/27/2011 | Call with Huron director, E&Y, M. Giamberardino, Nortel, and various Nortel accounting personnel to discuss status of intercompany balance investigations. | 0.6 | 410 | 246.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/27/2011 | Review of e-mail correspondence received from P. Bozzello, Cleary Gottlieb, pertaining to intercompany claims between NNI and Nortel Networks India International; reviewed files; and drafted e-mails to various Nortel personnel. | 0.9 | 410 | 369.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/27/2011 | Review of documents received from D. Phelan, Nortel, pertaining to intercompany loan between NNI and Nortel Networks India International, Inc., and drafted response e-mail regarding same. | 1.5 | 410 | 615.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/28/2011 | Reviewed additional documentation provided by D. Phelan, Nortel, pertaining to intercompany loan between NNI and Nortel Networks India International, Inc., and prepared summary of documents received and information provided. | 2.3 | 410 | 943.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/31/2011 | Review of documents provided by C. O'Keefe, Nortel, pertaining to NNI intercompany balance with Nortel Networks India International, Inc. | 1.1 | 410 | 451.00 |
| 17 | Intercompany Claims | Brian Heinimann | 1/31/2011 | Drafted e-mail to P. Bozzello, Cleary, with information on NNI and Nortel Networks India International Inc. intercompany balances, based upon information received from D. Phelan and C. O'Keefe, Nortel. | 1.8 | 410 | 738.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 1/6/2011 | Met with M. Giamberardino, C. Glaspell, CCAA monitor, and regional controllers regarding progress and status of citinetting transaction clearance, maximizing use of the program prior to discontinuing later in 2011. | 1.0 | 555 | 555.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 1/11/2011 | Met with M. Giamberardino, C. Glaspell, CCAA monitor, and regional controllers regarding progress with resolution of out-of-balance prepetition amounts. | 0.9 | 555 | 499.50 |
| 17 | Intercompany Claims | Matthew J. Fisher | 1/18/2011 | Met with M. Giamberardino, C. Glaspell, CCAA monitor, and regional controllers regarding progress with resolution of out-of-balance prepetition amounts. | 1.0 | 555 | 555.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 1/18/2011 | Met with M. Giamberardino, C. Glaspell, CCAA monitor, and regional controllers regarding progress and status of citinetting transaction clearance, maximizing use of the program prior to discontinuing later in 2011. | 1.3 | 555 | 721.50 |
| 19 | Analysis of Accounting and Disclosure Matters | Coley P. Brown | 1/12/2011 | Corresponded with M. Cook of Nortel regarding STC trade payable accounting entries as a result of omnibus objections. | 1.4 | 410 | 574.00 |
| 25 | Case Administration | Brian Heinimann | 1/11/2011 | Preparation and call with Huron managing director, Huron director, Huron manager, and Huron associate to discuss action items and workstreams. | 0.6 | 410 | 246.00 |
| 25 | Case Administration | Coley P. Brown | 1/11/2011 | Call with Huron managing director and directors to provide project status update and discuss staffing and deliverables. | 0.5 | 410 | 205.00 |
| 25 | Case Administration | James Lukenda | 1/3/2011 | Nortel-case management tasks, update on staff allocation, work plans, timing, review correspondence. | 1.8 | 725 | 1,305.00 |
| 25 | Case Administration | James Lukenda | 1/5/2011 | Nortel-draft and finalize feedback for Huron directors regarding engagement management. | 1.4 | 725 | 1,015.00 |
| 25 | Case Administration | Lee Sweigart | 1/3/2011 | Correspondence with Huron team regarding current status of workstreams and open issues. | 1.1 | 555 | 610.50 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 25 | Case Administration | Lee Sweigart | 1/11/2011 | Meeting with Huron team to discuss workplan, action items and open issues. | 1.0 | 555 | 555.00 |
| 25 | Case Administration | Lee Sweigart | 1/13/2011 | Correspondence with Huron managing director regarding update from Cleary. | 0.2 | 555 | 111.00 |
| 25 | Case Administration | Michael Scannella | 1/11/2011 | Internal Huron meeting to discuss case status and upcoming workstreams. | 0.6 | 335 | 201.00 |

|  |  | **Totals** |  |  | **365.9** | **$** | **151,497.50** |