# EXHIBIT B

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  JANUARY 1, 2011 THROUGH JANUARY 31, 201'**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 1/31/2011 | Brian Heinimann | Ground Transportation | Cab to residence after working late in office on Nortel engagement: Yellow Cab: Office / Residence. | 20.00 |
| 1/29/2011 | Coley P. Brown | Ground Transportation | Cab ride to and from residence and Huron Chicago office for work on Nortel matters.: Cab: Residence / Office. | 40.00 |
| 1/30/2011 | Coley P. Brown | Ground Transportation | Cab ride to and from residence and Huron Chicago office for work on Nortel matters.: Cab: Residence / Office. | 40.00 |
| 1/31/2011 | Brian Heinimann | Meals | Meal while working late on Nortel engagement: Potbelly: Chicago. | 11.14 |
| 1/4/2011 | Coley P. Brown | Meals | Dinner at San Sui for Coley Brown (1 person) while working late on Nortel matters.: San Sui: Chicago. | 37.21 |
| 1/12/2011 | Coley P. Brown | Meals | Dinner at El Mariachi for Coley Brown (1 person) while working late on Nortel matters.: El Mariachi: Chicago. | 32.84 |
| 1/29/2011 | Coley P. Brown | Meals | Dinner at Lou Malnatis for Coley Brown (1 person) while working late on Nortel matters.: Lou Malnatis: Chicago. | 29.13 |
| 1/30/2011 | Coley P. Brown | Meals | Dinner at Mystic Celt for Coley Brown (1 person) while working late on Nortel matters.: Mystic Celt: Chicago. | 35.52 |
| 1/6/2011 | Corporate Accounts Payable | Postage and Freight | Shipping related to Nortel matters.  Postage and Freight - UNITED PARCEL SERVICE. | 8.15 |
| 1/21/2011 | Corporate Accounts Payable | Postage and Freight | Shipping related to Nortel matters.  Postage and Freight - UNITED PARCEL SERVICE. | 8.15 |
| 1/20/2011 | Corporate Accounts Payable | Telecom | Landline Voice related to Nortel matters. | 2.21 |
| 1/25/2011 | Corporate Accounts Payable | Telecom | Conferencing (Audio, Video, Web, CATV) related to Nortel matters - GLOBAL CROSSING TELECOMMUNICATIONS INC. | 17.98 |
| 12/29/2010 | Michael E. Scannella | Telecom | Court Call fees for quarterly fee application hearing.: Court Call: N/A 12/29/2010 to 12/29/2010. | 93.00 |

|  |  | **Total** | **$** | **375.33** |