# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2011 Through January 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | 25.00 |
| Transcripts | | 460.75 |
| Photos/Art/ Spec Duplicating | | 8,160.69 |
| Travel | | 48.00 |
| Meals | | 608.25 |
| Messenger Service | | 123.00 |
| Courier/Delivery Service | | 5,490.37 |
| Computer Research | Westlaw | 310.52 |
| Duplicating | In Office | 73.60 |
| Postage | | 153.64 |
| Facsimile | | 5,145.05 |
| Paralegal Overtime | | 271.08 |
| Paralegal Overtime Expense | | 13.99 |
| Non-Delaware Registered Agent Services | | 242.00 |
| **Grand Total Expenses** | | **$21,125.94** |

Nortel Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA  266716

AS OF 01/31/11

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 848183 | 01/04/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT` ZABARAUSKAS PRO HAC | 503 | 546 | 176401 |
| 849459 | 01/10/11 | B | 460.75 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - TRANSCRIPT | 506 | 948 | 176510 |
| 849462 | 01/03/11 | B | 720.95 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS, ENVELOPES, HANDWRITTEN AIRBILLS, AND POSTAGE | 510 | 546 | 176513 |
| 849517 | 01/10/11 | B | 4,345.28 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 594 | 176557 |
| 849518 | 01/10/11 | B | 93.08 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 594 | 176558 |
| 849822 | 01/11/11 | B | 564.67 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 594 | 176656 |
| 849823 | 01/14/11 | B | 180.30 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 546 | 176657 |
| 851214 | 01/21/11 | B | 555.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS - HAND DELIVERY - ENVELOPES, POSTAGE - 01/21/2011 | 510 AND | 546 | 176953 |
| 851274 | 01/21/11 | B | 346.66 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES & HAND DELIVERIES - 01/21/2011 | 510 | 594 | 176978 |
| 851218 | 01/25/11 | B | 505.75 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE ` SOLUTIONS` ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS- 01/25/2011 | 510 | 594 | 176958 |
| 851226 | 01/28/11 | B | 132.85 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANRUPTCY MAILOUTS & HAND - 01/28/2011 | 510 DELIVE RIES | 684 | 176959 |
| 851227 | 01/28/11 | B | 93.10 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS - 01/28/2011 | 510 | 684 | 176960 |
| 852135 | 01/31/11 | B | 622.45 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE ` SOLUTIONS` ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS- 01/31/2011 | 510 | 684 | 177086 |
| 850010 | 01/12/11 | B | 48.00 | Travel - BS SHUTTLE SERVICE, INC` MICHELLE FLYNN, PU: MNAT/ DROP: WILMINGTON AMTRAK - 01/12/11 | 511 | 948 | 176708 |
| 849533 | 01/11/11 | B | 213.50 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF WORKING DINNER WITH BUELL, BAREFOOT, AND FLEMING - 01/11/11 | 512 | 322 | 176576 |
| 850021 | 01/12/11 | B | 52.50 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 9 - 01/12/11 | 512 | 000 | 176731 |

Nortal Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA   266716                    AS OF 01/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 852576 | 01/12/11 | B | 137.25 | Meals AMERICAN EXPRESS' COSI - 01/12/2011 | 512 | 948 | 177173 |
| 851091 | 01/13/11 | B | 10.00 | Meals PETTY CASH' A. GAZZE WORKING MEAL - 01/13/11 | 512 | 948 | 176930 |
| 852128 | 01/31/11 | B | 195.00 | Meals - MOVABLE FEAST INC.' LUNCH FOR 8 - 01/31/2011 | 512 | 622 | 177080 |
| 851483 | 01/03/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851491 | 01/03/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851494 | 01/03/11 | B | 6.00 | Messenger Service | 513S | 546 | |
| 851501 | 01/04/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851502 | 01/04/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851510 | 01/05/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851533 | 01/06/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851526 | 01/06/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 851539 | 01/07/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 851544 | 01/07/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851558 | 01/10/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851559 | 01/10/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851555 | 01/10/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 851576 | 01/11/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 851578 | 01/11/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 851610 | 01/14/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851624 | 01/18/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851614 | 01/18/11 | B | 3.00 | Messenger Service | 513S | 961 | |
| 851647 | 01/19/11 | B | 3.00 | Messenger Service | 513S | 924 | |
| 851650 | 01/19/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851665 | 01/20/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851670 | 01/20/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851724 | 01/24/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851696 | 01/24/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 851726 | 01/24/11 | B | 12.00 | Messenger Service | 513S | 948 | |
| 851757 | 01/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 851739 | 01/25/11 | B | 3.00 | Messenger Service | 513S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA   266716                              AS OF 01/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 851746 | 01/25/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 851758 | 01/25/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 851780 | 01/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 851781 | 01/28/11 | B | 15.00 | Messenger Service | 513S | 684 | |
| 851798 | 01/31/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 851786 | 01/31/11 | B | 3.00 | Messenger Service | 513S | 176 | |
| 850036 | 01/06/11 | B | 51.91 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176745 |
| 850030 | 01/07/11 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176745 |
| 849493 | 01/07/11 | B | 40.56 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 176538 |
| 849579 | 01/10/11 | B | 15.49 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849580 | 01/10/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849581 | 01/10/11 | B | 18.78 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849582 | 01/10/11 | B | 18.78 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849583 | 01/10/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 176636 |
| 850423 | 01/10/11 | B | 161.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176803 |
| 849584 | 01/10/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849585 | 01/10/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849586 | 01/10/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 176636 |
| 849664 | 01/10/11 | B | 29.71 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 176644 |
| 849669 | 01/11/11 | B | 18.78 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 176645 |
| 849670 | 01/11/11 | B | 18.78 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 176645 |
| 849675 | 01/12/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176647 |
| 850414 | 01/14/11 | B | 122.60 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 176803 |
| 850892 | 01/19/11 | B | 64.95 | Courier/Delivery Service | 514 | 000 | 176881 |
| 850967 | 01/20/11 | B | 78.47 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 176924 |
| 850940 | 01/21/11 | B | 51.91 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 176914 |
| 851112 | 01/25/11 | B | 9.80 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851113 | 01/25/11 | B | 14.61 | Courier/Delivery Service | 514 | 594 | 176941 |
| 852019 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 594 | 177068 |
| 852021 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 594 | 177068 |
| 852071 | 01/25/11 | B | 47.37 | Courier/Delivery Service | 514 | 594 | 177071 |
| 852544 | 01/25/11 | B | 48.27 | Courier/Delivery Service | 514 | 594 | 177190 |
| 852809 | 01/25/11 | B | 39.55 | Courier/Delivery Service | 514 | 594 | 177216 |
| 851144 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851145 | 01/25/11 | B | 13.43 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851146 | 01/25/11 | B | 16.66 | Courier/Delivery Service | 514 | 594 | 176941 |

Nortel Networks, Inc.
6989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA   266716

AS OF 01/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 851147 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851148 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851149 | 01/25/11 | B | 16.66 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851138 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851139 | 01/25/11 | B | 15.49 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851140 | 01/25/11 | B | 16.79 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851141 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851142 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851143 | 01/25/11 | B | 16.66 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851132 | 01/25/11 | B | 16.79 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851133 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851134 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851135 | 01/25/11 | B | 16.66 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851136 | 01/25/11 | B | 16.66 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851137 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851126 | 01/25/11 | B | 18.49 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851127 | 01/25/11 | B | 22.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851128 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851129 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851130 | 01/25/11 | B | 18.49 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851131 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851120 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851121 | 01/25/11 | B | 16.66 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851122 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851123 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851124 | 01/25/11 | B | 13.43 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851125 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851114 | 01/25/11 | B | 9.80 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851115 | 01/25/11 | B | 13.43 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851116 | 01/25/11 | B | 9.80 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851117 | 01/25/11 | B | 9.80 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851118 | 01/25/11 | B | 11.28 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851119 | 01/25/11 | B | 15.49 | Courier/Delivery Service | 514 | 594 | 176941 |
| 851109 | 01/25/11 | B | 13.46 | Courier/Delivery Service | 514 | 451 | 176941 |
| 851150 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 000 | 176941 |
| 851151 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 000 | 176941 |
| 851152 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 000 | 176941 |
| 851153 | 01/25/11 | B | 18.78 | Courier/Delivery Service | 514 | 000 | 176941 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA   266716

AS OF 01/31/11

INVOICE# ******

| INDEX | DATE | STAT | DESCRIPTION | AMOUNT | CODE | TKPER | VOUCHER |
|-------|------|------|-------------|--------|------|-------|---------|
| 851160 | 01/25/11 | B | Courier/Delivery Service | 13.43 | 514 | 000 | 176941 |
| 851161 | 01/25/11 | B | Courier/Delivery Service | 18.78 | 514 | 000 | 176941 |
| 851162 | 01/25/11 | B | Courier/Delivery Service | 18.78 | 514 | 000 | 176941 |
| 851163 | 01/25/11 | B | Courier/Delivery Service | 18.78 | 514 | 000 | 176941 |
| 851164 | 01/25/11 | B | Courier/Delivery Service | 16.79 | 514 | 000 | 176941 |
| 852020 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 000 | 177068 |
| 851154 | 01/25/11 | B | Courier/Delivery Service | 13.43 | 514 | 000 | 176941 |
| 851155 | 01/25/11 | B | Courier/Delivery Service | 11.28 | 514 | 000 | 176941 |
| 851156 | 01/25/11 | B | Courier/Delivery Service | 13.43 | 514 | 000 | 176941 |
| 851157 | 01/25/11 | B | Courier/Delivery Service | 26.49 | 514 | 000 | 176941 |
| 851158 | 01/25/11 | B | Courier/Delivery Service | 11.28 | 514 | 000 | 176941 |
| 851159 | 01/25/11 | B | Courier/Delivery Service | 11.28 | 514 | 000 | 176941 |
| 852050 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852051 | 01/25/11 | B | Courier/Delivery Service | 39.55 | 514 | 594 | 177069 |
| 852052 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852059 | 01/25/11 | B | Courier/Delivery Service | 18.78 | 514 | 594 | 177070 |
| 852069 | 01/25/11 | B | Courier/Delivery Service | 47.37 | 514 | 594 | 177071 |
| 852070 | 01/25/11 | B | Courier/Delivery Service | 47.37 | 514 | 594 | 177071 |
| 852043 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852044 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852046 | 01/25/11 | B | Courier/Delivery Service | 39.55 | 514 | 594 | 177069 |
| 852047 | 01/25/11 | B | Courier/Delivery Service | 60.33 | 514 | 594 | 177069 |
| 852048 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852049 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852036 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852037 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852038 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852040 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852041 | 01/25/11 | B | Courier/Delivery Service | 47.37 | 514 | 594 | 177069 |
| 852042 | 01/25/11 | B | Courier/Delivery Service | 41.33 | 514 | 594 | 177069 |
| 852030 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852031 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852032 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852033 | 01/25/11 | B | Courier/Delivery Service | 31.95 | 514 | 594 | 177068 |
| 852034 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852035 | 01/25/11 | B | Courier/Delivery Service | 30.84 | 514 | 594 | 177068 |
| 852022 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |
| 852023 | 01/25/11 | B | Courier/Delivery Service | 29.71 | 514 | 594 | 177068 |

Nortal Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA  266716

AS OF 01/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 852024 | 01/25/11 | B | 30.84 | Courier/Delivery Service | 514 | 594 | 177068 |
| 852025 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 594 | 177068 |
| 852026 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 594 | 177068 |
| 852029 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 594 | 177068 |
| 852244 | 01/25/11 | B | 10.82 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 177151 |
| 852245 | 01/25/11 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852246 | 01/25/11 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852247 | 01/25/11 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852248 | 01/25/11 | B | 92.40 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852242 | 01/25/11 | B | 92.40 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852243 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177068 |
| 852027 | 01/25/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177068 |
| 852028 | 01/25/11 | B | 39.55 | Courier/Delivery Service | 514 | 000 | 177069 |
| 852039 | 01/25/11 | B | 99.46 | Courier/Delivery Service | 514 | 000 | 177069 |
| 852045 | 01/25/11 | B | 29.78 | Courier/Delivery Service | 514 | 000 | 177070 |
| 851277 | 01/26/11 | B | 25.00 | Courier/Delivery Service - PARCELS INC.: BANKRUPTCY SERVICE DELIVERIES - PEPPER, HOUGHTON, CT, SEITZ, WILLIAMS - 01/26/2011 | 514 | 594 | 176981 |
| 851278 | 01/26/11 | B | 191.46 | Courier/Delivery Service - PARCELS INC.: SERVICE 1 DOC 4759 HANDS & MAIL INTERNATIONAL - BANKRUPTCY SERVICE COPIES, ENVELOPES & USPS POSTAGE - 01/26/2011 | 514 S | 594 | 176982 |
| 852108 | 01/27/11 | B | 9.23 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852249 | 01/27/11 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852076 | 01/27/11 | B | 89.00 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177071 |
| 852096 | 01/28/11 | B | 11.73 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852097 | 01/28/11 | B | 11.73 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852110 | 01/28/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852111 | 01/28/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852112 | 01/28/11 | B | 15.49 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852113 | 01/28/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852109 | 01/28/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852098 | 01/28/11 | B | 11.73 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852099 | 01/28/11 | B | 14.61 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852100 | 01/28/11 | B | 11.73 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852101 | 01/28/11 | B | 17.25 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852102 | 01/28/11 | B | 15.49 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852103 | 01/28/11 | B | 34.39 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852073 | 01/28/11 | B | 47.37 | Courier/Delivery Service | 514 | 000 | 177071 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA    266716

AS OF 01/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 852074 | 01/28/11 | B | 39.55 | Courier/Delivery Service | 514 | 000 | 177071 |
| 852075 | 01/28/11 | B | 47.37 | Courier/Delivery Service | 514 | 000 | 177071 |
| 852072 | 01/28/11 | B | 39.55 | Courier/Delivery Service | 514 | 000 | 177071 |
| 852104 | 01/28/11 | B | 9.80 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852105 | 01/28/11 | B | 9.80 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852106 | 01/28/11 | B | 17.25 | Courier/Delivery Service | 514 | 000 | 177073 |
| 852107 | 01/28/11 | B | 17.25 | Courier/Delivery Service | 514 | 000 | 177073 |
| 853677 | 01/28/11 | B | 39.55 | Courier/Delivery Service | 514 | 000 | 177433 |
| 852566 | 01/28/11 | B | 17.25 | Courier/Delivery Service | 514 | 000 | 177191 |
| 852567 | 01/28/11 | B | 17.25 | Courier/Delivery Service | 514 | 000 | 177191 |
| 852686 | 01/28/11 | B | 48.27 | Courier/Delivery Service | 514 | 000 | 177211 |
| 852687 | 01/28/11 | B | 60.33 | Courier/Delivery Service | 514 | 000 | 177211 |
| 852691 | 01/28/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 177212 |
| 852692 | 01/28/11 | B | 28.25 | Courier/Delivery Service | 514 | 000 | 177212 |
| 852555 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852556 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852557 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852558 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852564 | 01/28/11 | B | 17.25 | Courier/Delivery Service | 514 | 000 | 177191 |
| 852565 | 01/28/11 | B | 9.80 | Courier/Delivery Service | 514 | 000 | 177191 |
| 852549 | 01/28/11 | B | 31.95 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852550 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852551 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852552 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852553 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852554 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852542 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852543 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852545 | 01/28/11 | B | 65.35 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852546 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852547 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852548 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852536 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852537 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852538 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852539 | 01/28/11 | B | 30.84 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852540 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852541 | 01/28/11 | B | 41.33 | Courier/Delivery Service | 514 | 000 | 177190 |

Nortel Networks, Inc.
63988-DIP
DATE: 02/18/11 16:40:38

PRO FORMA 266716    AS OF 01/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 852250 | 01/28/11 | B | 92.40 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852265 | 01/28/11 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177151 |
| 852532 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852533 | 01/28/11 | B | 47.37 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852534 | 01/28/11 | B | 30.84 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852535 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 000 | 177190 |
| 852531 | 01/28/11 | B | 29.71 | Courier/Delivery Service | 514 | 684 | 177190 |
| 852941 | 01/31/11 | B | 109.20 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177298 |
| 849906 | 01/06/11 | B | 7.56 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | |
| 851895 | 01/26/11 | B | 187.57 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 851896 | 01/27/11 | B | 37.46 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 853113 | 01/31/11 | B | 77.93 | Computer Research - Westlaw Search Performed by: POWELL,CAROL | 515 | 000 | |
| 851335 | 01/11/11 | B | 26.50 | In-House Duplicating | 519 | 622 | |
| 851374 | 01/27/11 | B | 47.10 | In-House Duplicating | 519 | 381 | |
| 851084 | 01/14/11 | B | 12.64 | Postage | 520 | 203 | |
| 851086 | 01/14/11 | B | 57.00 | Postage | 520 | 203 | |
| 851085 | 01/14/11 | B | 84.00 | Postage | 520 | 622 | |
| 849865 | 01/10/11 | B | 576.00 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 546 | 176675 |
| 849864 | 01/12/11 | B | 576.00 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 546 | 176674 |
| 851307 | 01/26/11 | B | 360.80 | Facsimile DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX (11 ORIGINALS x 1 FAXES) 01/26/2011 | 522H 64 | 594 | 177012 |
| 852864 | 01/26/11 | B | 328.00 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX (10 ORIGINALS x 1 FAXES) - 01/26/2011 | 522H 64 | 594 | 177234 |
| 851301 | 01/28/11 | B | 705.00 | Facsimile IKON OFFICE SOLUTIONS' BROADCAST FAX (37 PAGES X 281) - 01/28/2011 | 522H | 684 | 177007 |
| 851302 | 01/28/11 | B | 2,599.25 | FAX - IKON OFFICE SOLUTIONS' BROADCAST FAX (37 PAGES X 281) - 01/28/2011 | 522H | 904 | 177008 |
| 850312 | 01/02/11 | B | 66.00 | Paralegal Overtime | 530S | 594 | |
| 850313 | 01/05/11 | B | 11.00 | Paralegal Overtime | 530S | 594 | |
| 850314 | 01/06/11 | B | 16.50 | Paralegal Overtime | 530S | 594 | |
| 850997 | 01/11/11 | B | 23.57 | Paralegal Overtime | 530S | 594 | |
| 850999 | 01/12/11 | B | 21.21 | Paralegal Overtime | 530S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 02/18/11 16:40:38

PRO FORMA   266716            AS OF 01/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 853301 | 01/24/11 | B | 31.25 | Paralegal Overtime | 530S | 594 | |
| 853303 | 01/25/11 | B | 19.53 | Paralegal Overtime | 530S | 594 | |
| 853307 | 01/26/11 | B | 27.34 | Paralegal Overtime | 530S | 594 | |
| 853310 | 01/27/11 | B | 54.68 | Paralegal Overtime | 530S | 594 | |
| 849693 | 01/12/11 | B | 13.99 | Paralegal Overtime Expense - PETTY CASH A. CONWAY OT MEAL - 01/12/11 | 531 | 594 | 176648 |
| 850440 | 01/12/11 | B | 121.00 | Non-Delaware Registered Agent Services - CT CORPORATION THOMAS & BETTS MANUFACTURING, INC. - CORPORATE/LTD PARTNERSHIP NAME | 551 | 642 | 176823 |
| 851695 | 01/25/11 | B | 121.00 | Non-Delaware Registered Agent Services - CT CORPORATION DEMAND WAVE SOLUTIONS, INC. - CORPORATE/LTD PARTNERSHIP NAME - 01/25/2011 | 551 | 642 | 177049 |

21,125.94