IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
:
                    Debtors. : Jointly Administered
:
:
:
---------------------------------------------------------------X

**NINTH SUPPLEMENTAL DECLARATION PURSUANT TO FED. R. BANKR. P. 2014
AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND
COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

    James Scott deposes and says:

    1.    I am a partner of Ernst & Young LLP ("EY LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299. I provide this ninth supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in further support of the retention of EY LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order"). This Supplemental Affidavit supplements my original affidavit filed on March 12, 2009, as supplemented by my first supplemental affidavit filed on June 1, 2009, my second supplemental affidavit filed on July 9, 2009, my third supplemental affidavit filed on

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

November 9, 2009, my fourth supplemental affidavit filed on April 6, 2009, my fifth supplemental affidavit filed on July 6, 2010, my sixth supplemental affidavit filed on September 14, 2010, my seventh supplemental affidavit filed on or around October 27, 2010, and my eighth supplemental affidavit filed on or around December 27, 2010 (the "Eighth Supplemental Affidavit").

2. Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of EY LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

## ADDITIONAL SERVICES

3. The Debtors and EY LLP have agreed to amend the statement of work dated December 24, 2010 (the "Original SOW") that was attached as Exhibit 1 to the Eighth Supplemental Affidavit, pursuant to the amended statement of work attached hereto as Exhibit 1 (the "Amended SOW") and the terms of the engagement letter for expatriate tax services described in the Eight Supplemental Affidavit (together with the Amended SOW, the "Expatriate Tax Engagement Agreement"), to expand the scope of the services set forth in the Original SOW to allow EY LLP to utilize one of its global affiliates, Ernst & Young Han Young, as a subcontractor to provide Korean tax preparation services (the "Expanded Services").[2] The

---

[2] In the event of any conflict between the description of the terms of the Expatriate Tax Engagement Agreement in this Supplemental Declaration and the actual terms of the Expatriate Tax Engagement Agreement, the latter shall control.

Expanded Services include various Korean tax return, amended return, form, calculation, extension and application services and are described in detail in the Amended SOW.

4.      The Debtors have filed their Notice Of Supplement to List of Ordinary Course Professionals, expanding the scope of their retention of EY LLP to include the Expanded Services.

5.      The fees payable to EY LLP for the Expanded Services are a variety of flat fees (ranging from $0-1,530) and hourly rates for specified services as set forth in the Addendum to the Amended SOW.

6.      The Debtors have also agreed to reimburse EY LLP for any direct expenses incurred by EY LLP in connection with EY LLP's performance of the Expanded Services.

7.      All compensation and expenses will continue to be sought in accordance with the OCP Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on \_\_2/16\_\_, 2011

_____
**James Scott**

DETR_1516781.1