**Exhibit 1**

**Amended SOW**

≡⫽ ERNST & YOUNG

Ernst & Young LLP
5 Times Square
New York, New York 10036-6530
Tel: (212)773-3000

January 18, 2011

Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, Tenessee 37228
Attention: Angie Lannom, Global Mobility

Dear Randal:

This letter is the 1st Amendment to the Statement of Work dated December 24, 2010 (the "SOW") entered into pursuant to the Engagement Agreement dated December 24, 2010 between Nortel Networks Inc. (the "Client") and Ernst & Young LLP ("EY") for the provision of Expatriate Tax Services to the Client (the "Agreement"). Pursuant to this 1st Amendment, the parties agree to the following modifications in Scope of Services and Fees of the SOW as described herein.

## ADDITIONAL SERVICES AND FEES

*INCOME TAX RETURN SERVICES AND FEES*

For the term of the SOW beginning November 1, 2010 and ending December 31, 2011, EY will provide the Client with the additional Services described in Attachment 1.

*AMENDED WITHHOLDING INCOME TAX RETURN SERVICES AND FEES*

Additionally, for the term of the SOW beginning November 1, 2010 and ending December 31, 2011, EY will complete the following tax compliance services:

A. Preparation of amended withholding income tax return

In the case where the Company requests, we will assist in preparation of an amended withholding income tax return.

B. Responsibilities for preparing and signing returns

We will complete the Company's tax return based on the accounts and other information supplied to us by you or others on your behalf. We are relying upon Company personnel to assure the accuracy and completeness of its records, as well as the integrity of all other information supplied to us. Our procedures do not include independent verification of source data. You shall not rely on this engagement to uncover errors or irregularities in the underlying information incorporated in the tax returns, should any exist. None of the work we will perform under this engagement will constitute an attest engagement.



We will send the returns to you. A representative of the Company is required to sign the statutory declaration that the return is correct and complete.

The return and computations should be reviewed carefully before the declaration is signed. The representative signing the return will be certifying that all the entries in the return are correct.

Where the audited accounts are available and other necessary information has been supplied in good time, we will send the returns and computations to you for signature in sufficient time to meet the submission deadline. Where full or timely information is not available, we will discuss the position with you and advise you about any applicable penalties and disclosure obligations.

Please note that when we are performing our tax compliance services, we will not review your tax compliance status of other taxes other than those we have been engaged to do. In addition, you will appreciate that the procedures we carry out during the tax compliance process do not constitute part of the statutory audit, and we will not express an audit opinion on the Tax Return. Review of transfer pricing policies is also beyond the scope of this Agreement.

Fees for arrangement of the Company's amended withholding income tax return service will be **USD 300** per month, per person.

Please note that the services and fee estimates provided in this SOW are based on the time costs necessarily to be spent on the assignment and take into account the degree of responsibility, the level and the experience of the staff involved.

In the event that we run into any unforeseen difficulties in the course of our work and we have to spend additional time on the agreed scope, we will give you a prior notice of this fact together with a full explanation of the difficulties arising and only continue subject to your approval.

Value-added tax will be charged separately to the Client, and out of pocket expenses incurred in connection with the services performed will be billed to you on an actual reimbursement basis.

Fees for any services not included within the fixed fees shall be payable based on the number and seniority of partners and staff required, the degree of skill and responsibility involved, the resources required to complete the engagement and the fee rates for the appropriate personnel at the following hourly rates.

| | |
|---|---|
| Partner | USD 520 |
| Executive Director | USD 500 |
| Senior Manager | USD 440 ~ 480 |
| Manager | USD 380 ~ 430 |
| Senior Consultant | USD 280 ~ 330 |
| Staff Consultant | USD 120 ~ 160 |



Please note that our fees do not include:

- ▸ acting for you in tax authority enquiries, in particular matters relating to the underlying systems and processes which governed the generation of the figures contained within the returns;
- ▸ attendance at on-site tax authority audits;

However, we would be happy to advise on any of the above matters if requested to do so. Our fees for such additional advice will be charged to you in addition to the fees quoted in this Amendment and will be subject to our standard billing rates.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to the Client. If you have any questions regarding the matters discussed in this letter, please contact David Moskowitz at 732-516-4505.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

Ernst & Young LLP

Nortel Networks, Inc.

By: _____  1/19/11
Randal Izzard, Indirect Procurement   Date

# Attachment 1

## Scope of Services and Fees

| Fee (in local currency) | Fee (in USD) | Country where work to be performed | Service performed | Scope of Service performed | Scope assumptions | Client/expatriate responsibility |
|---|---|---|---|---|---|---|
| USD 900 | - | Korea | Amended Composite Income Tax Return | - | - | Provision of any necessary information as can be provided by Client for the preparation of the amended return. |
| USD 540 (Meeting in Person); USD 450 (Phone Briefing) | - | Korea | Tax Orientation Meeting | Expatriate to be contacted within 48 hours of receipt of information from relocation vendor. | Client to provide assignment letter and expatriate contact information in a timely fashion. Assumes 1 hour meeting, preparation for the meeting, and the completion of a meeting checklist. | - |
| USD 1,530 | - | Korea | Annual Expatriate tax return | Preparation of annual Korean income tax return | Expatriate to complete Tax Organizer, as provided by EY, by agreed upon date with Client. | Client and expatriate to provide all data timely. |
| USD 450 - USD 630 | - | Korea | Amended Annual Expatriate tax return | Re-calculation of taxable liabilities and preparations of an amended tax return due to an additional information provided after return preparation and delivery | - | Client and expatriate to provide all data timely. |
| USD 720 | - | Korea | Filing Obligation Determination | Analysis and determination of annual of annual tax return filing requirement (when analysis concludes no filing requirement) | - | Client and expatriate to provide all data timely. |
| USD 270 | - | Korea | Tax Reimbursement Gross Up | Calculation of current year tax reimbursement gross ups required under Korean domestic Law | - | Client and expatriate to provide all data timely. |
| Hourly Rates | - | Korea | Compensation Reconciliation | Reconciliation of compensation to determine taxable and reportable remuneration in case of multiple sources of payments requiring analysis of total taxable compensation for Korean tax purposes | - | Client and expatriate to provide all data timely. |

| Fee (in local currency) | Fee (in USD) | Country where work to be performed | Service performed | Scope of Service performed | Scope assumptions | Client/expatriate responsibility |
|---|---|---|---|---|---|---|
| USD 140 | - | Korea | Late Filing Penalty Calculations & Payment Voucher Preparation | Calculation and late filing/penalties and preparation of revised payment vouchers, per calculation | - | Client and expatriate to provide all data timely. |
| USD 80 | - | Korea | Tax Return Filing | Filing of tax return on behalf of assignee | - | Client and expatriate to provide all data timely. |