## CERTIFICATE OF SERVICE

I, Joanne Lee, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Ninth Supplemental Declaration Pursuant to Federal Bankruptcy Rule of Procedure 2014 and Order Authorizing Debtors to Employ, Retain and Compensate Professionals in the Ordinary Course** was caused to be made on February 18, 2011, in the manner indicated upon the entities identified below.

Dated:  February 18, 2011

                                            /s/ Joanne Lee

**VIA FIRST CLASS U.S. MAIL:**
Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036.