

Bart L. Graham
Commissioner

State of Georgia
## Department of Revenue
Compliance Division
Bankruptcy Section
P. O. Box 161108
Atlanta, Georgia 30321
(404) 968-0410

Edward M. Many
Deputy Commissioner for Tax

September 20, 2010

US Bankruptcy Court
824 Market Street 3rd Floor
Wilmington, DE 19801

Ref: QTERA Corporation
Taxpayer ID: 20012833706
         23-2970251
Case Number: 09-10144-kg

To Whom It May Concern:

This is to notify you that our claim April 2, 2009 in the amount of $2,485.00, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

Gwyneth Zachary
Authorized Representative for the
State Revenue Commissioner

cc: File
    Grayson Frisby