## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 12/1/10 through 12/31/10

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive | $760 | 65.10 | $49,476.00 |
| J. Borow | Executive Director | $760 | 121.30 | $92,188.00 |
| J. Hyland | Executive Director | $575 | 188.70 | $108,502.50 |
| A. Cowie | Managing | $540 | 157.60 | $85,104.00 |
| R. Conroy | Director | $500 | 42.20 | $21,100.00 |
| D. Rothberg | Director | $395 | 142.90 | $56,445.50 |
| L. Ahearn | Director | $360 | 9.20 | $3,312.00 |
| J. Peterson | Consultant | $335 | 163.00 | $54,605.00 |
| M. Lasinski | Managing | $310 | 34.40 | $10,664.00 |
| T. Morilla | Consultant | $305 | 196.20 | $59,841.00 |
| **For the Period 12/1/2010 through 12/31/2010** | | | **1,120.60** | **$541,238.00** |

Capstone Advisory Group, LLC
Invoice for the 12/1/2010 - 12/31/2010 Fee Statement

Page 1 of 1