# Nortel Networks Corporation
## Capstone Advisory Group, LLC
### Exhibit B: Summary of Fees by Task Code
### For the Period 12/1/10 through 12/31/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 133.80 | $69,873.50 |
| 05. Professional Retention/Fee Application Preparation | | 1.00 | $575.00 |
| 06. Attend Hearings/Related Activities | | 28.00 | $14,345.50 |
| 07. Interaction/Meetings with Debtors/Counsel | | 33.30 | $23,696.00 |
| 08. Interaction/Meetings with Creditors | | 86.10 | $59,438.00 |
| 09. Employee Issues/KEIP | | 8.50 | $3,434.00 |
| 10. Recovery/SubCon/Lien | | 256.00 | $110,228.00 |
| 11. Claim Analysis/Accounting | | 22.80 | $11,716.00 |
| 13. Intercompany Transactions/Balances | | 69.90 | $27,716.00 |
| 17. Analysis of Historical Results | | 155.20 | $71,357.50 |
| 18. Operating and Other Reports | | 112.00 | $45,826.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 47.10 | $18,090.00 |
| 20. Projections/Business | | 11.00 | $3,855.00 |
| 22. Pref/Avoidance Actions | | 33.50 | $17,979.50 |
| 33. Intellectual Property | | 122.40 | $63,107.50 |
| **For the Period 12/1/2010 through 12/31/2010** | | **1,120.60** | **$541,238.00** |