# Nortel Networks Corporation
## Capstone Advisory Group, LLC
### Exhibit C: Detailed Time Descriptions
### For the Period 12/1/10 through 12/31/10

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 12/1/2010 | A. Cowie | 1.60 | Attended meeting with ad hoc bondholders |
| 12/1/2010 | J. Borow | 2.90 | Reviewed analyses relating to proceeds allocation and related scenarios |
| 12/1/2010 | J. Hyland | 2.90 | Prepared gross to net purchase price analysis |
| 12/1/2010 | D. Rothberg | 2.90 | Analyzed and reviewed recovery analysis |
| 12/1/2010 | D. Rothberg | 1.80 | Continued to analyze and review recovery analyses |
| 12/1/2010 | J. Hyland | 2.80 | Continued preparing gross to net purchase price analysis |
| 12/1/2010 | J. Borow | 0.40 | Continued to review analyses relating to proceeds allocation and related scenarios |
| 12/2/2010 | A. Cowie | 1.40 | Prepared for and attended a portion of the meeting with the Debtors and advisors in regard to mediation results and allocation analyses. |
| 12/2/2010 | D. Rothberg | 2.10 | Analyzed and reviewed recovery models |
| 12/2/2010 | J. Borow | 3.50 | Prepared for, attended and participated in meeting with Debtors and other professionals re: mediation issues |
| 12/2/2010 | D. Rothberg | 1.60 | Continued to analyze and review recovery analyses |
| 12/2/2010 | D. Rothberg | 0.80 | Continued to analyze and review recoveries to creditors |
| 12/3/2010 | D. Rothberg | 1.10 | Analyzed creditor recoveries under various scenarios |
| 12/3/2010 | D. Rothberg | 2.20 | Reviewed and analyzed creditor recovery model focusing on specific estates and their creditor groups |
| 12/3/2010 | J. Borow | 2.40 | Reviewed issues and related scenarios re: mediation process and computations in this regard |
| 12/3/2010 | A. Cowie | 2.70 | Prepared detailed EMEA allocation model |
| 12/3/2010 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis |
| 12/3/2010 | D. Rothberg | 2.90 | Prepared presentation to UCC re: creditor recoveries |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/6/2010 | D. Rothberg | 0.80 | Reviewed presentation to the UCC re: creditor recoveries. |
| 12/6/2010 | J. Hyland | 2.80 | Reviewed analysis of allocations |
| 12/6/2010 | D. Rothberg | 2.90 | Analyzed recoveries to creditors. |
| 12/6/2010 | D. Rothberg | 1.70 | Continued to analyze creditor recoveries. |
| 12/7/2010 | C. Kearns | 0.30 | Reviewed status of Richardson sale process. |
| 12/7/2010 | J. Hyland | 0.50 | Participated on call with S. Kuhn, S. Schultz, R. re: a real estate disposition |
| 12/7/2010 | J. Hyland | 0.60 | Conducted call with C. Ricaurte re: sale of a real estate property. |
| 12/7/2010 | J. Hyland | 1.20 | Reviewed disposition document related to a real estate property |
| 12/7/2010 | A. Cowie | 1.30 | Prepared for (0.3) and attended (1.0) a meeting with bond holder trustee |
| 12/7/2010 | D. Rothberg | 2.10 | Reviewed and analyzed creditor recoveries based on various allocation results |
| 12/7/2010 | C. Kearns | 2.20 | Completed sensitivity analysis of EMEA recoveries at various levels of estimated distributable cash and claims. |
| 12/7/2010 | A. Cowie | 2.40 | Prepared for meeting with bond holder trustee. |
| 12/7/2010 | J. Borow | 2.60 | Reviewed issues pertaining to potential sale of U.S. property. |
| 12/7/2010 | D. Rothberg | 2.90 | Continued to review and analyze creditor recoveries based on various allocation methodologies. |
| 12/7/2010 | D. Rothberg | 1.40 | Continued to review and analyze creditor recoveries based on various allocation methodologies. |
| 12/7/2010 | J. Borow | 1.50 | Continued reviewing various recovery scenarios. |
| 12/7/2010 | D. Rothberg | 1.90 | Continued to review and analyze claims recovery analysis based on various allocation methodologies |
| 12/7/2010 | C. Kearns | 0.60 | Continued ongoing discussions/ emails with counsel regarding next steps in mediation |
| 12/8/2010 | J. Hyland | 0.30 | Participated on call with S. Kuhn re: sale of a real estate property. |
| 12/8/2010 | J. Hyland | 0.40 | Participated in call with C. Ricaurte and D. McKenna re: sale of a real estate property. |
| 12/8/2010 | J. Hyland | 0.70 | Participated on call with S. Kuhn and S. Schultz re: sale of a real estate property |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/8/2010 | J. Hyland | 1.00 | Participated on call with counsel, Milbank, and FTI re: proceeds |
| 12/8/2010 | C. Kearns | 1.00 | Continued ongoing review of mediation key issues |
| 12/8/2010 | D. Rothberg | 1.40 | Reviewed and analyzed creditor recoveries under various scenarios |
| 12/8/2010 | D. Rothberg | 1.50 | Reviewed report for the UCC re: Creditor recoveries. |
| 12/8/2010 | D. Rothberg | 1.50 | Continued to analyzed and review creditor recoveries under various scenarios. |
| 12/8/2010 | D. Rothberg | 2.90 | Continued to analyze recoveries under various scenarios. |
| 12/9/2010 | L. Ahearn | 1.90 | Researched APAC collateral agency agreements based on motion submitted by the Debtors related to the sale of APAC subsidiaries. |
| 12/9/2010 | D. Rothberg | 2.90 | Reviewed and analyzed creditor recoveries under multiple scenarios. |
| 12/9/2010 | D. Rothberg | 1.10 | Continued to review and analyze creditor recoveries under multiple scenarios. |
| 12/10/2010 | C. Kearns | 0.50 | Reviewed status of Richardson sale |
| 12/10/2010 | J. Hyland | 1.10 | Participated on call with J. Bromley, J. Ray, C. Ricaurte, Cleary, and counsel re: real estate disposition. |
| 12/10/2010 | J. Hyland | 1.30 | Reviewed issues related to two divestitures |
| 12/10/2010 | J. Hyland | 1.50 | Reviewed real estate disposition issue. |
| 12/10/2010 | C. Kearns | 1.50 | Continued ongoing mediation analysis of next steps. |
| 12/10/2010 | J. Hyland | 2.90 | Reviewed real estate analysis prepared by the Debtors and analyzed related information. |
| 12/13/2010 | C. Kearns | 0.40 | Continued to review status of Richardson sale. |
| 12/13/2010 | C. Kearns | 0.70 | Continued ongoing mediation related analysis |
| 12/14/2010 | J. Hyland | 0.50 | Conducted meeting with counsel re: disposition of two assets. |
| 12/14/2010 | D. Rothberg | 1.50 | Reviewed and analyzed creditor recoveries in various scenarios |
| 12/15/2010 | D. Rothberg | 2.20 | Reviewed and analyzed creditor recoveries under various allocation scenarios |
| 12/15/2010 | D. Rothberg | 0.60 | Continued to review creditor recoveries under various allocation methodologies. |
| 12/15/2010 | D. Rothberg | 0.90 | Continued to review and analyze creditor recoveries under various scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/16/2010 | C. Kearns | 0.20 | Reviewed Richardson sale status |
| 12/16/2010 | C. Kearns | 1.40 | Continued ongoing mediation related analysis |
| 12/16/2010 | D. Rothberg | 2.10 | Analyzed and reviewed creditor recoveries assuming different claim amounts |
| 12/17/2010 | T. Morilla | 0.30 | Reviewed the press release as it related to the Carling Facility sale |
| 12/17/2010 | D. Rothberg | 1.80 | Reviewed creditor recovery analysis to be shared with the UCC |
| 12/17/2010 | C. Kearns | 2.00 | Reviewed Key EMEA docs and update related mediation analysis |
| 12/17/2010 | D. Rothberg | 1.60 | Continued to review and analyze creditor recovery presentation to the UCC. |
| 12/20/2010 | J. Borow | 2.10 | Reviewed real estate disposition issues and related escrows |
| 12/21/2010 | L. Ahearn | 1.20 | Researched and analyzed wind down costs in foreign entities |
| 12/21/2010 | D. Rothberg | 1.50 | Reviewed and analyzed allocation methodology assumptions and various outcomes |
| 12/21/2010 | T. Morilla | 1.80 | Reviewed the 'Review of Allocation Negotiations' presentation as prepared by Chilmark |
| 12/21/2010 | D. Rothberg | 0.80 | Continued to review allocation methodologies and various outcomes |
| 12/22/2010 | J. Hyland | 1.50 | Participated on call with Chilmark and counsel re: Mediation analyses |
| 12/22/2010 | C. Kearns | 2.30 | Reviewed draft mediation analysis prepared by Chilmark and discussed with counsel |
| 12/22/2010 | J. Hyland | 2.80 | Reviewed Chilmark analysis on mediation results |
| 12/22/2010 | T. Morilla | 2.80 | Reviewed and analyzed the Review of Allocation Negotiation documents as prepared by Chilmark |
| 12/22/2010 | D. Rothberg | 2.90 | Reviewed and analyzed allocation methodologies and recovery outcomes |
| 12/23/2010 | C. Kearns | 1.00 | Continued ongoing review of mediation status |
| 12/23/2010 | A. Cowie | 1.90 | Analyzed Chilmark analysis |
| 12/29/2010 | J. Hyland | 1.00 | Reviewed allocation analysis |
| Subtotal | | 133.80 | |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2010 - 12/31/2010 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/6/2010 | J. Hyland | 0.60 | Reviewed and sent counsel fee estimate for prior month as required by Debtors. |
| 12/13/2010 | J. Hyland | 0.40 | Reviewed quarterly fee summary for counsel. |
| Subtotal | | 1.00 | |

**06. Attend Hearings/Related Activities**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/6/2010 | A. Cowie | 2.30 | Prepared analysis of A. Bloom deposition questions. |
| 12/7/2010 | T. Morilla | 1.10 | Reviewed and edited potential question for the A. Bloom deposition. |
| 12/7/2010 | J. Peterson | 1.50 | Reviewed and edited a list of potential questions for the A. Bloom deposition. |
| 12/7/2010 | A. Cowie | 2.90 | Prepared analysis of supporting information for A. Bloom deposition |
| 12/7/2010 | A. Cowie | 0.80 | Continued analysis of A. Bloom information. |
| 12/14/2010 | A. Cowie | 0.20 | Prepared analysis of A. Bloom deposition meeting information. |
| 12/14/2010 | J. Borow | 3.40 | Prepared for, attended and participated in meeting re: A. Bloom deposition preparation |
| 12/16/2010 | J. Hyland | 8.00 | Participated in A. Bloom deposition with counsel, L. Chang, and other professional firms. |
| 12/17/2010 | C. Kearns | 0.50 | Conducted debrief regarding A. Bloom chapter 15 deposition. |
| 12/21/2010 | D. Rothberg | 2.50 | Reviewed deposition of A. Bloom. |
| 12/28/2010 | J. Peterson | 2.50 | Started to review and summarize the A. Bloom deposition. |
| 12/28/2010 | J. Peterson | 2.30 | Continued to review and summarize the A. Bloom deposition. |
| Subtotal | | 28.00 | |

**07. Interaction/Meetings with Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/2/2010 | C. Kearns | 4.00 | Prepared for and met with NNI and counsel to discuss key issues including status of mediation process |
| 12/6/2010 | J. Borow | 8.50 | Prepared for, attended and participated in meeting with Canadian monitor and counsel re: status of mediation |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/6/2010 | C. Kearns | 9.00 | Prepared for and met with monitor and Ogilvy to discuss status of mediation positions and next steps |
| 12/10/2010 | J. Borow | 1.40 | Prepared for (0.3) and participated (1.1) in meeting with Debtors and professionals for UCC and Debtors re: sale process for Richardson property |
| 12/14/2010 | J. Hyland | 2.00 | Participated in Corporate Group monthly call |
| 12/14/2010 | J. Peterson | 2.40 | Prepared for (0.4) and participated (2.0) in the Corporate Group monthly update. |
| 12/15/2010 | J. Hyland | 1.20 | Conducted call with J. Ray re: supplier and proceeds allocation issues |
| 12/16/2010 | J. Borow | 2.30 | Prepared for, attended and participated in meeting with Debtors and Debtors' professionals re: mediation process and related issues |
| 12/16/2010 | C. Kearns | 2.50 | Prepared for and met with counsel, Ray and CGSH to discuss statue of key issues in Canada and next steps |
| Subtotal | | 33.30 | |

## 08. Interaction/Meetings with Creditors

| | | | |
|------|-------------|-------|--------------------------|
| 12/1/2010 | J. Hyland | 0.30 | Conducted call with counsel re: UCC presentations. |
| 12/1/2010 | J. Hyland | 0.50 | Prepared for UCC call |
| 12/1/2010 | J. Hyland | 0.70 | Participated on UCC call with UCC and UCC professionals. |
| 12/1/2010 | C. Kearns | 1.50 | Prepared for (0.8) and participated (0.7) on weekly UCC call. |
| 12/1/2010 | J. Borow | 2.10 | Prepared for (1.3) and participated (0.7) in meeting with UCC and professionals |
| 12/1/2010 | C. Kearns | 2.60 | Prepared for and met with the ad hocs and counsel. |
| 12/2/2010 | J. Hyland | 0.40 | Conducted call with J. Doolittle re: reporting and other case matters |
| 12/2/2010 | J. Borow | 3.40 | Participated in discussions with various creditors and parties in interest re: status of matter |
| 12/3/2010 | J. Hyland | 0.50 | Participated on call with B. Kahn re: inter estate and IPA issues |
| 12/6/2010 | J. Hyland | 0.50 | Conducted calls with B. Kahn re: allocation and UCC presentations |
| 12/7/2010 | J. Hyland | 0.30 | Conducted call with counsel re: UCC presentations and other case matters |
| 12/7/2010 | J. Hyland | 1.00 | Participated in meeting with a creditor to discuss recovery analysis |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/7/2010 | C. Kearns | 2.00 | Prepared for (1.0) and met (1.0) with individual UCC member to discuss mediation status and other key POR related issues |
| 12/7/2010 | J. Borow | 2.90 | Prepared for, attended and participated in meeting with member of UCC |
| 12/8/2010 | J. Hyland | 0.30 | Conducted call with B. Kahn re: UCC presentations |
| 12/8/2010 | J. Hyland | 0.60 | Participated in pre-UCC call with counsel, Jefferies and Fraser. |
| 12/8/2010 | A. Cowie | 2.80 | Prepared for professionals call in regard to UCC meeting |
| 12/8/2010 | J. Borow | 3.30 | Prepared for and met with ad hoc bondholder committee professional |
| 12/8/2010 | J. Borow | 3.30 | Participated in discussions with various creditors and parties in interest re: status of matter. |
| 12/9/2010 | J. Hyland | 0.70 | Participated in meeting with counsel re: case matters |
| 12/9/2010 | J. Hyland | 1.00 | Participated in UCC meeting with UCC professionals. |
| 12/9/2010 | J. Hyland | 1.40 | Prepared for UCC meeting |
| 12/9/2010 | J. Hyland | 1.60 | Participated in meeting with a creditor and counsel re: creditor recovery |
| 12/9/2010 | J. Borow | 2.30 | Prepared for (1.3) and participated (1.0) in meeting with UCC and professionals to committee |
| 12/9/2010 | J. Borow | 3.30 | Prepared for and met with members of UCC re: recovery issues |
| 12/10/2010 | J. Borow | 0.90 | Continued preparing for meeting with professionals to ad hoc bondholder committee and UCC professionals. |
| 12/10/2010 | J. Borow | 2.70 | Prepared for, attended and participated in meeting with professionals to ad hoc bondholder committee and UCC professionals |
| 12/10/2010 | C. Kearns | 3.00 | Prepared for and met with ad hoc professionals |
| 12/13/2010 | J. Borow | 2.10 | Participated in discussions with various creditors and parties in interest re: status of matter |
| 12/14/2010 | C. Kearns | 1.10 | Participated on weekly status call with UCC professionals |
| 12/14/2010 | J. Hyland | 1.30 | Prepared for (0.2) and participated (1.1) on pre-UCC call with counsel and UCC professionals |
| 12/14/2010 | J. Borow | 1.30 | Prepared for (0.2) and participated (1.1) in call with UCC professionals re: status of matters on the case |
| 12/14/2010 | J. Hyland | 2.00 | Finalized presentations for UCC call |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 12/14/2010 | J. Hyland | 2.50 | Participated in meeting with counsel and C. Verasco re: deposition discussion |
| 12/15/2010 | J. Hyland | 0.80 | Participated on UCC call with UCC professionals, excluding portion on IP. |
| 12/15/2010 | J. Hyland | 1.00 | Prepared for UCC call. |
| 12/15/2010 | C. Kearns | 1.50 | Prepared for (0.6) and participated (0.9) on weekly UCC meeting. |
| 12/15/2010 | C. Kearns | 1.50 | Participated in discussions with counsel regarding issues list for NNI. |
| 12/15/2010 | J. Borow | 1.60 | Prepared for (0.7) and participated (0.9) in meeting with UCC and professionals to the UCC. |
| 12/16/2010 | J. Hyland | 2.00 | Participated in meeting with counsel re: deposition. |
| 12/17/2010 | J. Borow | 2.10 | Participated in discussions with various creditors and parties in interest re: status of matter |
| 12/20/2010 | J. Borow | 3.40 | Prepared for, attended and participated in meeting with member of creditor committee re: various recovery issues |
| 12/20/2010 | C. Kearns | 4.00 | Prepared for and met with PBGC and counsel to discuss status of their claim and next steps in mediation |
| 12/22/2010 | J. Hyland | 0.20 | Conducted call with B. Kahn re: UCC reports. |
| 12/22/2010 | A. Cowie | 0.90 | Participated in UCC pre-meeting call with counsel. |
| 12/22/2010 | C. Kearns | 1.00 | Prepared for (0.1) and participated (0.9) on weekly status call with UCC professionals. |
| 12/22/2010 | J. Hyland | 1.00 | Prepared for (0.1) and participated (0.9) on pre-UCC call with counsel and Jefferies |
| 12/22/2010 | J. Borow | 2.60 | Participated in discussions with various creditors and parties in interest re: status of matter |
| 12/23/2010 | M. Lasinski | 0.40 | Participated in call with UCC, Jeffries, counsel and other advisors for the intellectual property portion of the call |
| 12/23/2010 | J. Hyland | 0.90 | Participated on UCC call with UCC professionals |
| 12/23/2010 | J. Hyland | 2.10 | Prepared for UCC call |
| 12/23/2010 | A. Cowie | 2.90 | Prepared reports and talking points for committee meeting |
| Subtotal | | 86.10 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **09. Employee Issues/KEIP** | | | |
| 12/1/2010 | J. Hyland | 0.80 | Analyzed headcount trends |
| 12/2/2010 | T. Morilla | 0.30 | Reviewed headcount report previously distributed to the UCC |
| 12/2/2010 | J. Peterson | 1.70 | Reviewed and analyzed prior headcount updates |
| 12/3/2010 | J. Borow | 0.30 | Reviewed compensation and headcounts. |
| 12/6/2010 | J. Peterson | 2.20 | Reviewed and summarized the actual to budget headcount forecast for the Corporate Group. |
| 12/7/2010 | J. Peterson | 1.60 | Updated the headcount update report for distribution to the UCC in advance of the committee call |
| 12/15/2010 | J. Hyland | 1.20 | Participated in meeting with counsel re: pension issues |
| 12/22/2010 | T. Morilla | 0.40 | Reviewed the terms of an employee contract. |
| Subtotal | | 8.50 | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/1/2010 | A. Cowie | 2.20 | Prepared for meeting with ad hoc bondholders on creditor recovery |
| 12/1/2010 | J. Peterson | 2.40 | Started to construct a summary of the sources and uses in the recovery model. |
| 12/1/2010 | A. Cowie | 2.90 | Prepared analysis of creditor recovery scenarios. |
| 12/1/2010 | J. Peterson | 2.90 | Continued to review and edit the recovery model re: sources by region. |
| 12/1/2010 | T. Morilla | 2.80 | Continued to run additional sensitivity analyses on the creditor recoveries. |
| 12/1/2010 | J. Peterson | 2.80 | Continued to review and analyze the sources and uses in the recovery model. |
| 12/1/2010 | C. Kearns | 1.30 | Continued ongoing analysis of recovery waterfall. |
| 12/2/2010 | T. Morilla | 2.80 | Preformed sensitivity analyses based on the amounts of certain filed claims. |
| 12/2/2010 | A. Cowie | 2.90 | Prepared analysis of creditor recovery scenarios. |
| 12/2/2010 | T. Morilla | 2.90 | Continued to perform sensitivity analyses based on the amounts of certain filed claims |
| 12/3/2010 | J. Borow | 0.70 | Continued to review various recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/3/2010 | T. Morilla | 1.90 | Prepared sensitivity analyses for the various recoveries based on the treatment of certain U.S. claims |
| 12/3/2010 | J. Peterson | 2.30 | Reviewed and edited the updated recovery model re: EMEA adjustments. |
| 12/3/2010 | T. Morilla | 2.70 | Reviewed and analyzed sensitivity analyses on the EMEA recoveries. |
| 12/3/2010 | J. Borow | 2.90 | Reviewed various recovery scenarios. |
| 12/3/2010 | C. Kearns | 2.90 | Continued ongoing analysis of recovery waterfalls. |
| 12/3/2010 | J. Peterson | 2.00 | Continued to review and analyze the updated recovery model |
| 12/6/2010 | T. Morilla | 2.80 | Continued to review the creditor recoveries based on the intercompany model |
| 12/6/2010 | A. Cowie | 2.90 | Prepared analysis of creditor recoveries by US creditor class |
| 12/7/2010 | T. Morilla | 0.80 | Reviewed and analyzed sensitivity analyses on the hypothetical EMEA recoveries. |
| 12/7/2010 | T. Morilla | 2.90 | Worked on the intercompany model and ran scenarios for hypothetical recoveries. |
| 12/7/2010 | J. Borow | 2.90 | Reviewed various recovery scenarios. |
| 12/7/2010 | J. Hyland | 2.90 | Reviewed recovery analysis for a creditor. |
| 12/7/2010 | T. Morilla | 2.80 | Continued to run additional scenarios in the intercompany model to determine hypothetical recoveries |
| 12/8/2010 | T. Morilla | 1.80 | Prepared sensitivity analyses on the claims within the U.S. Debtors' claims base. |
| 12/8/2010 | C. Kearns | 2.00 | Prepared report for UCC member to discuss mediation status and recovery scenarios |
| 12/8/2010 | J. Peterson | 2.20 | Reviewed the updated recovery analysis for the cross-over bond debt. |
| 12/8/2010 | J. Hyland | 2.50 | Reviewed creditor presentation |
| 12/8/2010 | A. Cowie | 2.70 | Prepared analysis of U.S. by creditor recovery presentation |
| 12/8/2010 | T. Morilla | 2.80 | Continued to prepare a presentation showing recoveries to the U.S. creditors. |
| 12/8/2010 | T. Morilla | 2.90 | Continued to prepare a presentation showing recoveries to the U.S. creditors. |
| 12/9/2010 | A. Cowie | 0.40 | Prepared cross over bond recovery report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2010 | T. Morilla | 2.20 | Adjusted recovery sensitivity analyses |
| 12/9/2010 | A. Cowie | 2.40 | Prepared creditor recovery model and presentation for US bond group |
| 12/9/2010 | T. Morilla | 2.70 | Revised the recovery analysis based on comments. |
| 12/9/2010 | A. Cowie | 2.80 | Prepared detailed creditor recovery model scenarios. |
| 12/9/2010 | T. Morilla | 2.20 | Continued to revise the recovery presentation based on comments |
| 12/9/2010 | A. Cowie | 2.60 | Continued analysis of US by creditor class recovery scenarios |
| 12/10/2010 | A. Cowie | 0.30 | Prepared analysis of EMEA recovery scenarios. |
| 12/10/2010 | J. Peterson | 2.10 | Reviewed and edited the latest recovery model. |
| 12/10/2010 | T. Morilla | 2.20 | Revised the recovery model for the intercompany balance matrix. |
| 12/10/2010 | A. Cowie | 2.70 | Prepared for and attended meeting with cross over bondholders professionals |
| 12/10/2010 | A. Cowie | 2.70 | Prepared detailed recovery scenario document for cross over bonds |
| 12/10/2010 | A. Cowie | 2.90 | Prepared detailed recovery scenario analysis model. |
| 12/10/2010 | T. Morilla | 2.10 | Continued to revise additional recovery analyses. |
| 12/10/2010 | T. Morilla | 2.40 | Continued to revise the recovery analysis presentation. |
| 12/13/2010 | J. Borow | 1.80 | Reviewed various creditor recovery analyses. |
| 12/13/2010 | A. Cowie | 2.30 | Prepared summarized EMEA recovery scenarios model. |
| 12/14/2010 | A. Cowie | 2.80 | Prepared analysis of EMEA summary recovery model. |
| 12/15/2010 | J. Peterson | 2.70 | Started to build an EMEA recovery model based on updated information |
| 12/15/2010 | T. Morilla | 2.80 | Revised the recovery model based on comments |
| 12/15/2010 | T. Morilla | 2.40 | Continued to adjust the recovery model based on comments |
| 12/15/2010 | J. Peterson | 2.60 | Continued to update and edit the EMEA recovery model |
| 12/16/2010 | T. Morilla | 2.10 | Began constructing a summary of assumptions/scenarios used in the recovery analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/16/2010 | T. Morilla | 2.30 | Re-ran additional scenarios in the recovery model |
| 12/16/2010 | A. Cowie | 2.70 | Analyzed EMEA recovery scenario model |
| 12/16/2010 | J. Borow | 2.90 | Reviewed various creditor recovery analyses |
| 12/16/2010 | T. Morilla | 2.90 | Continued to work on the recovery analysis presentation |
| 12/16/2010 | J. Peterson | 2.80 | Continued to update the recovery model for EMEA |
| 12/16/2010 | J. Peterson | 2.90 | Continued to edit and update the EMEA recovery model |
| 12/16/2010 | J. Peterson | 2.20 | Continued to analyze and edit the EMEA recovery model |
| 12/16/2010 | J. Borow | 0.20 | Continued to review various creditor recovery analyses |
| 12/17/2010 | J. Borow | 0.50 | Continued to review various creditor recovery analyses |
| 12/17/2010 | A. Cowie | 0.90 | Analyzed EMEA recovery model |
| 12/17/2010 | C. Kearns | 2.00 | Reviewed draft presentation for PBGC and summarized other issues to discuss regarding their claim |
| 12/17/2010 | A. Cowie | 2.40 | Prepared analysis of recoveries by US creditor class |
| 12/17/2010 | A. Cowie | 2.80 | Prepared analysis of EMEA recovery scenarios |
| 12/17/2010 | J. Borow | 2.90 | Reviewed various creditor recovery analyses |
| 12/17/2010 | T. Morilla | 2.90 | Continued to run sensitivity analyses for the recovery analyses presentation |
| 12/17/2010 | J. Peterson | 1.70 | Continued to review and edit the EMEA recovery analysis |
| 12/17/2010 | A. Cowie | 2.10 | Continued to analyze recoveries by US creditor class |
| 12/17/2010 | T. Morilla | 2.50 | Continued to run sensitivity analyses for the recovery analyses presentation |
| 12/17/2010 | T. Morilla | 2.20 | Continued to work on the recovery analysis presentation |
| 12/19/2010 | T. Morilla | 2.20 | Continued to run additional sensitivity analyses based on additional assumptions |
| 12/20/2010 | J. Peterson | 1.90 | Reviewed and analyzed the PBGC recovery analysis |
| 12/20/2010 | A. Cowie | 2.20 | Prepared for and attended PBGC meeting |
| 12/20/2010 | T. Morilla | 2.60 | Continued to revise the recovery analysis presentation |
| 12/20/2010 | T. Morilla | 1.90 | Continued to revise recovery analysis presentation |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/21/2010 | J. Borow | 2.40 | Reviewed and discuss analyses of recovery issues with Debtors' professionals. |
| 12/21/2010 | T. Morilla | 2.40 | Adjusted the recovery analyses based on comments |
| 12/21/2010 | A. Cowie | 2.60 | Prepared analysis of Chilmark recovery model and report. |
| 12/21/2010 | T. Morilla | 2.60 | Adjusted the recovery analyses presentation to account for additional assumptions. |
| 12/21/2010 | J. Peterson | 2.90 | Continued to review and edit the recovery model re: CALA and EMEA intercompany balances |
| 12/21/2010 | T. Morilla | 1.10 | Continued to adjust the recovery sensitivity analyses. |
| 12/21/2010 | A. Cowie | 1.90 | Continued analysis of Chilmark recovery report. |
| 12/22/2010 | T. Morilla | 2.30 | Adjusted the recovery model for additional scenarios/assumptions. |
| 12/22/2010 | A. Cowie | 2.70 | Prepared for (1.2) and participated in (1.5) call with Chilmark in regard to their recovery report. |
| 12/22/2010 | J. Peterson | 2.80 | Started to review the draft Chilmark recovery presentation. |
| 12/22/2010 | A. Cowie | 2.80 | Analyzed Chilmark recovery report |
| 12/22/2010 | J. Borow | 3.30 | Reviewed and discuss analyses of recovery issues with Debtors' professionals |
| 12/22/2010 | J. Peterson | 2.90 | Continued to review and analyze the Chilmark recovery analysis. |
| 12/22/2010 | T. Morilla | 2.60 | Continued to prepare the adjusted recovery sensitivity analyses. |
| 12/23/2010 | A. Cowie | 1.10 | Analyzed Chilmark recovery report. |
| 12/23/2010 | J. Borow | 2.30 | Reviewed and discuss analyses of recovery issues with Debtors' professionals. |
| 12/23/2010 | T. Morilla | 2.50 | Adjusted recovery sensitivity analyses. |
| 12/23/2010 | T. Morilla | 2.10 | Continued to revise the recovery assumptions/scenarios summary. |
| 12/28/2010 | T. Morilla | 2.70 | Revised recovery presentation. |
| 12/28/2010 | T. Morilla | 2.80 | Created summary sheet of recovery assumptions and scenarios run to date |
| 12/28/2010 | T. Morilla | 0.60 | Continued to revise the assumptions/scenarios summary |
| 12/28/2010 | T. Morilla | 2.60 | Continued to revise recovery presentation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/29/2010 | T. Morilla | 2.50 | Reviewed and edited the recovery model based on comments. |
| 12/29/2010 | T. Morilla | 2.50 | Continued to perform sensitivity analyses on the recovery model. |
| 12/29/2010 | T. Morilla | 2.70 | Continued to perform sensitivity analyses on the recovery model |
| 12/29/2010 | T. Morilla | 2.80 | Reviewed and analyzed 'Review of Allocation Negotiations' deck provided by Chilmark. |
| 12/30/2010 | A. Cowie | 2.70 | Analyzed APAC and CALA current estimated recoveries and liquidation status reports prepared by the Debtors. |
| 12/30/2010 | T. Morilla | 2.40 | Performed sensitivity analyses on the recovery model. |
| 12/30/2010 | A. Cowie | 2.80 | Analyzed Chilmark recovery model and assumptions |
| 12/30/2010 | T. Morilla | 2.20 | Continued to edit the recovery model. |
| 12/30/2010 | T. Morilla | 2.40 | Continued to review the Chilmark 'Review of Allocation Negotiations' |
| Subtotal | | 256.00 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2010 | J. Borow | 1.10 | Reviewed claims and intercompany claims issues. |
| 12/2/2010 | J. Peterson | 2.70 | Started to review and analyze the Canadian claims update received from E&Y |
| 12/9/2010 | J. Peterson | 2.00 | Reviewed the filed PBGC claim and compared to the filed 10K's |
| 12/10/2010 | J. Hyland | 2.00 | Reviewed interest calculations on an outstanding loan and corresponded with Fraser |
| 12/13/2010 | D. Rothberg | 1.10 | Prepared diligence list related to EMEA cash and claims information. |
| 12/14/2010 | J. Hyland | 0.10 | Conducted call with B. Kahn re: claim allocation |
| 12/14/2010 | J. Borow | 0.80 | Reviewed claims at various estates. |
| 12/14/2010 | J. Hyland | 1.10 | Conducted call with R. Boris re: vendor claim allocation. |
| 12/14/2010 | J. Peterson | 1.20 | Prepared for (0.1) and participated (1.1) in a call with R. Boris and J. Hyland re: IBM claim |
| 12/16/2010 | J. Borow | 1.30 | Reviewed various claims analyses |
| 12/20/2010 | T. Morilla | 1.30 | Reviewed the terms on the bond indentures. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/20/2010 | J. Peterson | 1.60 | Reviewed the U.S. claims schedules prepared for counsel to date. |
| 12/20/2010 | D. Rothberg | 2.30 | Reviewed and analyzed the ruling in the UK regarding the pensions regulator claim at EMEA Debtors. |
| 12/23/2010 | J. Borow | 2.10 | Reviewed claims analyses for US Canada and EMEA entities |
| 12/30/2010 | J. Borow | 2.10 | Reviewed claims analyses for US Canada and EMEA entities. |
| Subtotal | | 22.80 | |

**13. Intercompany Transactions/Balances**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2010 | D. Rothberg | 1.50 | Reviewed intercompany pre and post filing updated balances |
| 12/1/2010 | T. Morilla | 1.70 | Reviewed intercompany payments paid and projected to be paid based on the IFSA. |
| 12/1/2010 | T. Morilla | 2.10 | Analyzed the treatment of secured claims in the intercompany model. |
| 12/1/2010 | T. Morilla | 2.20 | Edited the intercompany model based on comments |
| 12/1/2010 | T. Morilla | 2.90 | Reviewed and analyzed the intercompany model. |
| 12/2/2010 | T. Morilla | 2.20 | Reviewed the intercompany model as it related to certain claims in the U.S. claims bases. |
| 12/2/2010 | J. Peterson | 2.20 | Continued to review the CALA region intercompany balances re: local vs. GAAP |
| 12/2/2010 | J. Peterson | 1.90 | Continued to review and analyze the CALA region intercompany balances |
| 12/3/2010 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: inter estate issues. |
| 12/3/2010 | J. Hyland | 1.20 | Conducted call with M. Kennedy and A. Taylor re: inter estate issues. |
| 12/3/2010 | T. Morilla | 1.40 | Reviewed and analyzed the intercompany balances |
| 12/3/2010 | J. Hyland | 2.30 | Reviewed inter estate issues and related cash flow issues. |
| 12/6/2010 | A. Cowie | 0.90 | Prepared analysis of local and GAAP intercompany balances in CALA. |
| 12/6/2010 | A. Cowie | 2.40 | Prepared analysis of revised intercompany accounts prepared by the Debtors |
| 12/6/2010 | D. Rothberg | 2.50 | Analyzed intercompany balances per local books. |
| 12/6/2010 | A. Cowie | 2.70 | Prepared analysis of CALA intercompany accounts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/6/2010 | T. Morilla | 2.90 | Reviewed and edited the intercompany model. |
| 12/6/2010 | T. Morilla | 2.80 | Continued to review and edit the intercompany model based on comments |
| 12/8/2010 | T. Morilla | 1.80 | Reviewed interest payments made on the NNI DIP loan to NNL. |
| 12/8/2010 | J. Peterson | 2.10 | Reviewed intercompany loan agreement between NNI and NNL re: interest. |
| 12/8/2010 | J. Peterson | 2.30 | Prepared for and participated in call with E&Y re: intercompany balance issues. |
| 12/8/2010 | J. Peterson | 0.80 | Continued to review the intercompany loan agreement. |
| 12/9/2010 | J. Peterson | 2.40 | Continued to review and update the intercompany loan re: interest calculation for payoff. |
| 12/10/2010 | D. Rothberg | 2.90 | Reviewed operating reports and statements of affairs for EMEA entities. |
| 12/11/2010 | J. Hyland | 1.20 | Reviewed revised payoff letter for NNI loan to NNL |
| 12/14/2010 | J. Peterson | 1.20 | Reviewed the pre-petition intercompany balances between U.S. and EMEA. |
| 12/14/2010 | T. Morilla | 1.30 | Reviewed and analyzed the CALA and APAC intercompany recoveries. |
| 12/16/2010 | D. Rothberg | 0.60 | Reviewed intercompany matrices. |
| 12/20/2010 | A. Cowie | 2.30 | Prepared NNL-NNI settlement analysis and report |
| 12/20/2010 | J. Hyland | 2.60 | Reviewed outstanding NNL matters. |
| 12/23/2010 | D. Rothberg | 2.50 | Reviewed APAC restructuring materials. |
| 12/30/2010 | A. Cowie | 1.10 | Prepared report on NNI and NNL issues resolution. |
| 12/30/2010 | J. Peterson | 2.20 | Reviewed the updated intercompany out of balance analysis dated December 23. |
| 12/30/2010 | A. Cowie | 2.60 | Analyzed NNI and NNL resolution of issues documents |
| 12/31/2010 | L. Ahearn | 1.20 | Researched changes to expectations for CALA cash repatriation |
| 12/31/2010 | L. Ahearn | 2.90 | Reviewed and analyzed latest APAC restructuring report. |
| Subtotal | | 69.90 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **17. Analysis of Historical Results** | | | |
| 12/1/2010 | D. Rothberg | 2.40 | Reviewed Debtors' Q3 results package as compared to the NBS and Corporate results |
| 12/2/2010 | D. Rothberg | 1.40 | Reviewed the Corporate group's results for the period ending 9/30/10 |
| 12/2/2010 | A. Cowie | 1.40 | Prepared analysis of Q3 results and preparation of report |
| 12/2/2010 | D. Rothberg | 2.20 | Reviewed NBS actual v budget results for period ending 9/30/10. |
| 12/2/2010 | A. Cowie | 2.50 | Continued analysis of Q3 operating results |
| 12/3/2010 | T. Morilla | 1.50 | Reviewed and analyzed the 2008 and 2009 balance sheets by legal entity. |
| 12/3/2010 | J. Peterson | 1.80 | Reviewed and analyzed the 2008 legal entity trial balances |
| 12/3/2010 | A. Cowie | 1.80 | Prepared report on Q3 operating results |
| 12/3/2010 | D. Rothberg | 2.40 | Prepared report for the UCC re: NBS YTD 9/30/10 actual results. |
| 12/3/2010 | A. Cowie | 2.90 | Continued analysis of Q3 operating results |
| 12/3/2010 | D. Rothberg | 1.10 | Continued to prepare report for the UCC re: NBS actual results 9/30/10. |
| 12/5/2010 | A. Cowie | 2.80 | Prepared analysis of Q3 operating results. |
| 12/6/2010 | J. Hyland | 0.30 | Conducted call with C. Lamda re: Q3 financial results |
| 12/6/2010 | D. Rothberg | 1.20 | Prepared diligence list regarding NBS actual results questions for NBS finance team. |
| 12/6/2010 | J. Hyland | 2.10 | Reviewed information provided by Debtors on Q3 financial statements |
| 12/6/2010 | J. Peterson | 2.60 | Reviewed and prepared a summary of the year-to-date actual to budget headcount results for the NBS group. |
| 12/6/2010 | J. Peterson | 2.90 | Continued to draft a report for the UCC re: actual vs. budget year-to-date regional headcount |
| 12/7/2010 | D. Rothberg | 0.90 | Prepared reconciliation between Debtors' public filings for Q3 and the internal business results |
| 12/7/2010 | J. Hyland | 1.00 | Reviewed Q3 financial result analysis from the Debtors |
| 12/8/2010 | D. Rothberg | 2.20 | Prepared report for the UCC re: Q3 reconciliation |
| 12/9/2010 | D. Rothberg | 2.20 | Prepared report for the UCC re: NBS year to date results |
| 12/9/2010 | D. Rothberg | 2.70 | Prepared report for the UCC re: Q3 reconciliation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/10/2010 | D. Rothberg | 0.70 | Prepared report for the UCC re: NBS year to date results. |
| 12/10/2010 | D. Rothberg | 2.30 | Prepared report for the UCC re: Q3 reconciliation |
| 12/13/2010 | A. Cowie | 0.40 | Prepared Q3 report. |
| 12/13/2010 | J. Hyland | 1.80 | Reviewed Corporate Group document for monthly call. |
| 12/13/2010 | J. Hyland | 2.90 | Reviewed documents for upcoming deposition. |
| 12/13/2010 | J. Hyland | 2.50 | Continued reviewing documents for upcoming deposition |
| 12/13/2010 | J. Hyland | 2.70 | Continued reviewing documents for upcoming deposition. |
| 12/14/2010 | J. Hyland | 1.20 | Prepared for deposition discussion with counsel. |
| 12/14/2010 | J. Hyland | 1.60 | Reviewed documents for deposition. |
| 12/14/2010 | D. Rothberg | 1.90 | Prepared report for the UCC re: Q3 reconciliation. |
| 12/14/2010 | A. Cowie | 2.30 | Prepared analysis of Q3 operating results and prepared report on same. |
| 12/14/2010 | D. Rothberg | 2.90 | Prepared report for the UCC re: NBS year-to-date results. |
| 12/14/2010 | D. Rothberg | 1.60 | Continued to prepare report for the UCC re: NBS actual results |
| 12/15/2010 | A. Cowie | 1.20 | Prepared Q3 report. |
| 12/15/2010 | J. Hyland | 1.70 | Reviewed quarterly reports from EMEA |
| 12/15/2010 | T. Morilla | 1.90 | Reviewed the 2009 balance sheet by legal entity |
| 12/15/2010 | J. Hyland | 2.00 | Analyzed Q3 issues |
| 12/15/2010 | A. Cowie | 2.40 | Analyzed Q3 NBS performance |
| 12/15/2010 | D. Rothberg | 2.50 | Analyzed Q3 reconciliation by Business Units |
| 12/15/2010 | A. Cowie | 2.60 | Analyzed Corporate Q3 performance. |
| 12/15/2010 | D. Rothberg | 2.70 | Prepared report for the UCC re: NBS actual results |
| 12/15/2010 | J. Hyland | 2.80 | Reviewed monthly operating update from Corporate Group. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/15/2010 | J. Hyland | 2.90 | Analyzed EMEA balance sheets |
| 12/15/2010 | J. Peterson | 2.50 | Continued to reconcile the Q3 results by business group to the filed 10Q |
| 12/16/2010 | A. Cowie | 0.80 | Participated in call with the Debtors re: to Q3 performance. |
| 12/16/2010 | D. Rothberg | 1.30 | Prepared report for the UCC re: NBS actual results |
| 12/16/2010 | D. Rothberg | 2.20 | Analyzed year-to-date corporate group results compared to the forecasted performance |
| 12/16/2010 | A. Cowie | 2.80 | Prepared for call with the Debtors re: Q3 performance. |
| 12/16/2010 | D. Rothberg | 2.90 | Prepared report for the UCC re: Q3 reconciliation. |
| 12/17/2010 | J. Peterson | 1.10 | Drafted and sent a list of open questions on the Q3 Corporate Group results to A. Wellstead. |
| 12/17/2010 | D. Rothberg | 2.10 | Prepared report for the UCC re: NBS actual results. |
| 12/17/2010 | D. Rothberg | 2.70 | Prepared report for the UCC re: Q3 reconciliation |
| 12/20/2010 | T. Morilla | 1.20 | Reviewed and analyzed the 2009 10-K |
| 12/20/2010 | J. Peterson | 2.00 | Reviewed the Nortel Government Solutions historical financial metrics |
| 12/20/2010 | D. Rothberg | 2.10 | Prepared report for the UCC re: Q3 reconciliation |
| 12/20/2010 | A. Cowie | 2.60 | Prepared Q3 report. |
| 12/20/2010 | D. Rothberg | 2.90 | Prepared report for the UCC re: NBS actual results |
| 12/20/2010 | J. Peterson | 1.10 | Continued to edit the Q3 Corporate Group report |
| 12/20/2010 | J. Peterson | 2.40 | Continued to review and update Corporate Group Q3 and year-to-date report. |
| 12/20/2010 | D. Rothberg | 1.50 | Continued to prepare report for the UCC re: NBS actual results. |
| 12/21/2010 | D. Rothberg | 1.10 | Prepared schedules for the Q3 report to the public financials |
| 12/21/2010 | J. Hyland | 1.40 | Finalized Q3 reports for counsel. |
| 12/21/2010 | D. Rothberg | 1.70 | Analyzed Q3 business unit results compared to public financials. |
| 12/21/2010 | D. Rothberg | 2.10 | Prepared report for the UCC re: NBS actual to budget analysis |
| 12/21/2010 | J. Hyland | 2.20 | Analyzed Q3 results for NBS |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/21/2010 | J. Hyland | 2.50 | Analyzed Q3 results for the Corporate Group. |
| 12/21/2010 | J. Peterson | 2.80 | Continued to edit and finalize the Q3 Corporate Group report for distribution to the UCC |
| 12/21/2010 | J. Hyland | 2.80 | Analyzed filed 10Q financial information |
| 12/21/2010 | J. Hyland | 2.90 | Reviewed reports on Q3 historical financial results for 10Q, Corporate Group, and NBS. |
| 12/21/2010 | A. Cowie | 2.90 | Finalized Q3 reports for UCC. |
| 12/22/2010 | J. Peterson | 1.30 | Prepared the Corporate Group Q3 summary talking points in advance of the UCC meeting |
| 12/22/2010 | J. Peterson | 2.20 | Reviewed the GDNT work order requests for the CDMA and GSM TSA's. |
| 12/22/2010 | J. Hyland | 2.40 | Reviewed UCC reports on Q3. |
| 12/22/2010 | A. Cowie | 2.90 | Finalized Q3 reports for UCC and prepared talking points for UCC meeting. |
| Subtotal | | 155.20 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2010 | A. Cowie | 2.80 | Prepared reports for UCC committee call. |
| 12/2/2010 | J. Hyland | 2.50 | Analyzed reporting for UCC |
| 12/3/2010 | J. Peterson | 2.70 | Prepared for and participated on call with NBS management re: Q3 actual results |
| 12/6/2010 | J. Peterson | 2.50 | Started to draft the supporting schedules for the UCC report re: Corporate Group year-to-date results |
| 12/7/2010 | J. Peterson | 2.80 | Continued to review and analyze the actual to budget Q3 Corporate Group results. |
| 12/8/2010 | A. Cowie | 0.70 | Reviewed reports for UCC meeting. |
| 12/8/2010 | J. Hyland | 1.90 | Reviewed revised reports for UCC. |
| 12/8/2010 | J. Peterson | 2.60 | Reviewed the NBS job functions and compared the actual to budget results for NNI. |
| 12/8/2010 | J. Hyland | 2.80 | Reviewed UCC reports |
| 12/8/2010 | J. Hyland | 2.90 | Reviewed final UCC reports |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2010 | J. Hyland | 0.80 | Prepared reporting requirements for UCC meeting next week. |
| 12/9/2010 | T. Morilla | 0.90 | Reviewed the 2026 bond indenture |
| 12/9/2010 | T. Morilla | 1.70 | Reviewed the revolving loan agreement between two of the U.S. Debtor entities |
| 12/9/2010 | J. Hyland | 2.70 | Reviewed updated creditor presentation |
| 12/9/2010 | J. Hyland | 2.80 | Prepared format for recovery analysis for a creditor. |
| 12/10/2010 | J. Hyland | 1.50 | Reviewed UCC presentation on allocations. |
| 12/10/2010 | D. Rothberg | 1.80 | Reviewed EMEA balance sheets 2004 through 2009. |
| 12/10/2010 | T. Morilla | 2.00 | Reviewed the terms of loan documents between two of the legal entities. |
| 12/10/2010 | J. Peterson | 2.90 | Started to review the EMEA Administration Progress Reports. |
| 12/10/2010 | D. Rothberg | 1.40 | Continued to review EMEA operating reports and statements of affairs |
| 12/10/2010 | J. Peterson | 2.30 | Continued to review and analyze the EMEA Administration Progress Reports. |
| 12/10/2010 | J. Peterson | 2.80 | Continued to review and analyze the EMEA Administration Progress Reports |
| 12/12/2010 | A. Cowie | 2.80 | Prepared analysis of EMEA financial information |
| 12/13/2010 | D. Rothberg | 2.90 | Reviewed EMEA operating reports from the beginning of the case and the statement of affairs documents. |
| 12/13/2010 | T. Morilla | 2.90 | Reviewed and analyzed the Administrative Progress Reports. |
| 12/13/2010 | A. Cowie | 2.90 | Prepared analysis of EMEA financial information. |
| 12/13/2010 | T. Morilla | 2.80 | Summarized the receipts/disbursements on the Administrative Progress Reports. |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2010 - 12/31/2010 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/13/2010 | T. Morilla | 2.80 | Continued to review and analyze the Administrative Progress Reports |
| 12/13/2010 | J. Peterson | 2.90 | Continued to review and analyze the EMEA Administration progress |
| 12/13/2010 | J. Peterson | 2.90 | Continued to review and analyze the EMEA Administration Progress Reports. |
| 12/13/2010 | D. Rothberg | 1.30 | Continued to review EMEA operating reports and statements of affairs. |
| 12/13/2010 | T. Morilla | 1.50 | Continued to review the Administrative Progress Reports |
| 12/13/2010 | D. Rothberg | 1.60 | Continued to review EMEA operating reports and statement of affairs |
| 12/13/2010 | T. Morilla | 2.40 | Continued to summarize the receipts/disbursements on the Administrative Progress Reports |
| 12/13/2010 | J. Peterson | 2.50 | Continued to review and analyze the EMEA Administration Progress Reports. |
| 12/13/2010 | D. Rothberg | 2.70 | Continued to review EMEA operating reports and Statements of Affairs documents |
| 12/13/2010 | J. Peterson | 2.70 | Continued to review and summarize the EMEA Administration Progress Reports. |
| 12/14/2010 | C. Kearns | 0.40 | Reviewed and analyzed impact of UK TPR court decision. |
| 12/14/2010 | T. Morilla | 1.60 | Summarized the professional fees on the Administrative Reports. |
| 12/14/2010 | J. Peterson | 2.30 | Continued to review and analyze the EMEA Administration Progress Reports. |
| 12/14/2010 | T. Morilla | 2.40 | Continued to review the Administrative Progress Reports as it relates to the receipts/disbursements. |
| 12/14/2010 | T. Morilla | 2.50 | Continued to summarize professional fees on Administrative Progress Reports. |
| 12/14/2010 | J. Peterson | 2.50 | Continued to construct the supporting schedules for the year-to-date Corporate Group results |
| 12/15/2010 | C. Kearns | 1.50 | Read UK pension decision and considered possible implications |
| 12/16/2010 | T. Morilla | 2.40 | Reviewed and analyzed the escrow directive letters. |
| 12/17/2010 | J. Hyland | 1.00 | Analyzed reporting for UCC. |
| 12/17/2010 | J. Hyland | 2.60 | Reviewed creditor presentation |
| 12/17/2010 | J. Peterson | 2.30 | Continued to draft a report for UCC re: Corporate Group year-to-date results. |
| 12/17/2010 | J. Peterson | 2.90 | Continued to draft the Q3 Corporate Group report for distribution to the UCC |
| 12/23/2010 | J. Hyland | 1.20 | Prepared reporting tasks for next UCC meeting. |
| 12/29/2010 | J. Hyland | 1.00 | Reviewed report status for UCC |
| Subtotal | | 112.00 | |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2010 - 12/31/2010 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 12/1/2010 | J. Peterson | 1.30 | Reviewed the IFSA re: NNL payment to NNUK |
| 12/2/2010 | T. Morilla | 1.40 | Reviewed the cash forecast distributed by the Debtors |
| 12/5/2010 | T. Morilla | 2.70 | Continued to prepare the schedules for the bi-weekly cash report |
| 12/6/2010 | T. Morilla | 1.00 | Reviewed the Debtors' cash flow forecast |
| 12/6/2010 | T. Morilla | 2.10 | Continued to prepare the bi-weekly cash report |
| 12/6/2010 | J. Hyland | 2.70 | Reviewed cash forecast from the Debtors |
| 12/7/2010 | T. Morilla | 0.50 | Reviewed and analyzed the November 30th daily cash flash |
| 12/7/2010 | T. Morilla | 1.10 | Reviewed EMEA cash balances on the cash forecast and the daily cash flash |
| 12/7/2010 | J. Peterson | 1.20 | Started to review the UCC cash update draft re: November 14 to March 31 |
| 12/7/2010 | T. Morilla | 1.70 | Edited the bi-weekly cash report to be distributed to the UCC |
| 12/7/2010 | J. Hyland | 2.00 | Reviewed interest calculations on debt |
| 12/7/2010 | J. Peterson | 2.40 | Continued to review and edit the UCC cash update |
| 12/7/2010 | J. Hyland | 2.80 | Reviewed cash update report and analyzed changes in balances |
| 12/7/2010 | T. Morilla | 1.90 | Continued to review and analyze the Debtors' bi-weekly cash flow report |
| 12/8/2010 | T. Morilla | 2.20 | Reviewed and analyzed the cash forecast report |
| 12/9/2010 | J. Hyland | 0.10 | Conducted call with J. Williams re: interest calculations on debt |
| 12/9/2010 | J. Borow | 1.30 | Reviewed cash and liquidity issues |
| 12/13/2010 | C. Kearns | 0.40 | Reviewed EMEA cash status |
| 12/14/2010 | J. Peterson | 0.70 | Reviewed the December 10, 2010 cash flash |
| 12/14/2010 | T. Morilla | 1.50 | Reviewed the Administrative Progress Reports as it related to the cash forecasts |
| 12/15/2010 | T. Morilla | 1.70 | Reviewed and analyzed the EMEA cash balances |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/15/2010 | J. Peterson | 2.20 | Compared and summarized the July 13 EMEA cash balances provided by E&Y to the EMEA Administration Progress Reports |
| 12/15/2010 | T. Morilla | 1.50 | Continued to review and analyze the EMEA cash balances. |
| 12/16/2010 | J. Peterson | 0.70 | Participated on a call with J. Hussain re: EMEA cash balances. |
| 12/17/2010 | T. Morilla | 0.90 | Reviewed and analyzed the cash forecast. |
| 12/20/2010 | T. Morilla | 0.40 | Confirmed the U.S. receipt of funds from the DIP Loan secured by the Carling Facility sale proceeds. |
| 12/20/2010 | C. Kearns | 1.00 | Continued ongoing EMEA cash/ claims analysis. |
| 12/21/2010 | J. Peterson | 0.40 | Reviewed the December 17, 2010 cash flash. |
| 12/21/2010 | T. Morilla | 0.40 | Reviewed the December 17 cash flash. |
| 12/21/2010 | J. Peterson | 2.10 | Reviewed the cash forecast (12/12 to 3/31) provided by the Debtors. |
| 12/22/2010 | T. Morilla | 1.00 | Reviewed the Debtors' cash balances |
| 12/23/2010 | J. Peterson | 2.00 | Reviewed the updated/corrected cash forecast provided by the Debtors. |
| 12/30/2010 | J. Peterson | 1.80 | Continued to review and analyze the December 12 global cash forecast. |
| Subtotal | | 47.10 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/3/2010 | J. Peterson | 1.30 | Prepared for (0.1) and participated (1.2) in a call with Chilmark re: NNI / NNL term sheet. |
| 12/9/2010 | J. Peterson | 2.80 | Continued to draft and update the global issues summary analysis |
| 12/9/2010 | J. Peterson | 2.90 | Continued to draft a summary of the Global Settlement issues |
| 12/14/2010 | L. Ahearn | 2.00 | Prepared for and participated in monthly corporate call portions related to restructuring and rationalization of foreign entities. |
| 12/14/2010 | D. Rothberg | 2.00 | Analyzed corporate group 2011 financial projections and recent operating performance |
| Subtotal | | 11.00 | |

**22. Pref/Avoidance Actions**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2010 | J. Hyland | 0.20 | Conducted call with S. Schultz re: preference analysis. |
| 12/7/2010 | J. Hyland | 1.60 | Reviewed preference analysis report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/7/2010 | A. Cowie | 2.90 | Analyzed preference transactions and prepared report |
| 12/8/2010 | J. Hyland | 0.40 | Conducted call with S. Schultz and B. Kahn re: preferences |
| 12/8/2010 | A. Cowie | 1.20 | Analyzed preference analysis supporting information |
| 12/8/2010 | A. Cowie | 2.90 | Prepared report on preference analysis. |
| 12/13/2010 | J. Hyland | 2.80 | Prepared avoidable action summary |
| 12/14/2010 | J. Hyland | 1.00 | Edited avoidable action summary for the UCC |
| 12/17/2010 | J. Hyland | 0.40 | Conducted calls with S. Schultz re: preferences and other case matters. |
| 12/20/2010 | D. Rothberg | 1.10 | Reviewed avoidance actions filed motions |
| 12/20/2010 | T. Morilla | 2.10 | Reviewed and analyzed preference motions. |
| 12/20/2010 | A. Cowie | 2.70 | Analyzed preference analysis information |
| 12/20/2010 | J. Hyland | 2.80 | Analyzed preference calculations |
| 12/21/2010 | J. Hyland | 1.00 | Revised preference analysis report |
| 12/21/2010 | A. Cowie | 2.70 | Analyzed preference payments data and prepared report. |
| 12/22/2010 | J. Hyland | 0.10 | Conducted call with S. Schultz re: preference analysis. |
| 12/22/2010 | A. Cowie | 2.40 | Analyzed preference payment data and prepared report |
| 12/22/2010 | J. Hyland | 2.90 | Analyzed Huron preference analysis |
| 12/23/2010 | J. Hyland | 2.30 | Reviewed dispute resolution and motions re: preference motions |
| Subtotal | | 33.50 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2010 | J. Hyland | 0.10 | Participated on call with Debtors, Cleary, J. Ray and M. Sandberg re: IPA update |
| 12/1/2010 | J. Hyland | 0.60 | Conducted call with S. Brown re: IPA |
| 12/1/2010 | M. Lasinski | 1.10 | Reviewed intellectual property information provided by the Debtors |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2010 - 12/31/2010 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2010 | R. Conroy | 1.30 | Created contingent model scenarios modifying key contingent drivers of value. |
| 12/1/2010 | R. Conroy | 2.90 | Created contingent model scenarios modifying key contingent drivers of value. |
| 12/1/2010 | R. Conroy | 2.90 | Created contingent fee licensing monetization presentation by adding various contingent scenarios. |
| 12/1/2010 | R. Conroy | 0.90 | Continued to create contingent fee licensing monetization presentation by adding various contingent scenarios |
| 12/2/2010 | J. Hyland | 0.10 | Conducted call with L. Chang re: IPA contract |
| 12/2/2010 | J. Hyland | 0.60 | Reviewed IP summary |
| 12/2/2010 | R. Conroy | 1.30 | Created contingent model scenarios modifying key contingent drivers of value. |
| 12/2/2010 | R. Conroy | 1.50 | Created contingent fee licensing monetization presentation by adding various scenarios |
| 12/2/2010 | J. Hyland | 1.70 | Reviewed filed IPA documents. |
| 12/2/2010 | R. Conroy | 2.50 | Created contingent model scenarios modifying key contingent drivers of value. |
| 12/2/2010 | R. Conroy | 2.70 | Created contingent fee licensing monetization presentation by adding various contingent scenarios |
| 12/2/2010 | J. Hyland | 2.80 | Reviewed information re: IPA. |
| 12/3/2010 | J. Hyland | 0.70 | Conducted calls and follow-up with D. Sik re: IPA calls |
| 12/3/2010 | J. Hyland | 1.20 | Reviewed IP Address contracts |
| 12/3/2010 | R. Conroy | 2.30 | Created contingent model scenarios modifying key contingent drivers of value. |
| 12/3/2010 | R. Conroy | 2.70 | Created contingent licensing monetization analysis by adding various scenarios |
| 12/6/2010 | M. Lasinski | 0.50 | Participated in a call with Lazard and FTI on intellectual property |
| 12/6/2010 | R. Conroy | 1.80 | Analyzed and compared/contrasted Model 3.1 IPCo and Contingent by company results |
| 12/6/2010 | J. Hyland | 1.90 | Reviewed IPA documentation. |
| 12/6/2010 | M. Lasinski | 2.20 | Reviewed intellectual property information provided by the Debtors. |
| 12/6/2010 | R. Conroy | 2.90 | Analyzed and compared/contrasted Model 3.1 IPCo and Contingent by company results |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/7/2010 | R. Conroy | 1.30 | Revised IPCo model with certain contingent inputs. |
| 12/7/2010 | R. Conroy | 1.30 | Analyzed out-of-pocket expenses and total expenses under varying scenarios: IPCo, IPCo-Contingent, Contingent. |
| 12/7/2010 | R. Conroy | 2.90 | Created IPCo model to address contingencies. |
| 12/8/2010 | R. Conroy | 0.20 | Revised IPCo model with contingent inputs. |
| 12/8/2010 | J. Hyland | 0.60 | Analyzed IP issues. |
| 12/8/2010 | M. Lasinski | 0.60 | Analyzed intellectual property monetization. |
| 12/8/2010 | M. Lasinski | 2.70 | Reviewed intellectual property information provided by Debtors. |
| 12/8/2010 | R. Conroy | 2.90 | Revised IPCo model with certain contingent inputs. |
| 12/9/2010 | R. Conroy | 1.70 | Revised IPCo model with contingent inputs. |
| 12/9/2010 | M. Lasinski | 2.10 | Performed analysis of intellectual property information provided by the Debtors. |
| 12/9/2010 | M. Lasinski | 2.40 | Reviewed intellectual property information provided by Debtors. |
| 12/9/2010 | R. Conroy | 2.50 | Updated presentation to UCC discussing impact of alternative monetization strategies for a segment of the portfolio. |
| 12/10/2010 | J. Hyland | 0.50 | Participated on call with M. Spragg and FTI re: IP. |
| 12/10/2010 | M. Lasinski | 0.50 | Participated in a call on intellectual property with FTI. |
| 12/10/2010 | J. Hyland | 0.60 | Participated on call with Lazard, Cleary, the Debtors, and FTI re: IP |
| 12/10/2010 | M. Lasinski | 0.70 | Prepared for (0.1) and participated (0.6) in a call with the Debtors, Lazard, Global IP Law Group and FTI on intellectual property. |
| 12/10/2010 | R. Conroy | 0.70 | Created model addressing sub-segment of the IP portfolio. |
| 12/10/2010 | M. Lasinski | 0.80 | Developed analysis of information provided by Debtors on intellectual property. |
| 12/10/2010 | R. Conroy | 0.90 | Updated presentation to UCC discussing impact of alternative monetization strategies for a segment of the portfolio |
| 12/10/2010 | J. Borow | 1.10 | Prepared for (0.5) and participated (0.6) in call with Debtors' professionals re: status of IP monetization process. |
| 12/10/2010 | J. Hyland | 1.20 | Reviewed status of IP and due diligence. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/10/2010 | R. Conroy | 2.10 | Performed quality control check of contingent model |
| 12/10/2010 | J. Borow | 2.30 | Reviewed intellectual property issues and valuation concepts |
| 12/11/2010 | M. Lasinski | 1.10 | Continued to develop analysis of information provided by Debtors on intellectual property |
| 12/11/2010 | M. Lasinski | 2.10 | Developed analysis of information provided by Debtors on intellectual property |
| 12/12/2010 | M. Lasinski | 2.40 | Developed analysis of information provided by Debtors on intellectual property |
| 12/13/2010 | M. Lasinski | 0.60 | Prepared information related to intellectual property for UCC call |
| 12/13/2010 | M. Lasinski | 1.10 | Developed information request related to intellectual property for the Debtors |
| 12/13/2010 | J. Borow | 2.20 | Reviewed issues pertaining to intellectual property auction and |
| 12/13/2010 | M. Lasinski | 2.50 | Developed intellectual property analysis based on information provided by Debtors |
| 12/14/2010 | J. Borow | 1.20 | Prepared for, attended and participated in meeting with Debtors re: intellectual property due diligence process |
| 12/14/2010 | M. Lasinski | 1.30 | Reviewed information provided by the Debtors on intellectual property |
| 12/15/2010 | M. Lasinski | 0.10 | Participated in conference call with UCC, Jeffries, counsel and other advisors on intellectual property |
| 12/15/2010 | J. Hyland | 0.30 | Participated in call with S. Brown, J. Ray, Cleary and FTI re: IPA |
| 12/15/2010 | M. Lasinski | 1.10 | Reviewed information provided by the Debtors on intellectual property |
| 12/15/2010 | J. Borow | 2.10 | Prepared for (1.8) and participated (0.3) in IP address discussion with Debtors and other parties in interest |
| 12/15/2010 | J. Borow | 2.40 | Reviewed issues pertaining to intellectual property auction and valuations |
| 12/16/2010 | C. Kearns | 0.40 | Reviewed status of IP bids |
| 12/17/2010 | J. Hyland | 0.20 | Conducted call with M. Sandberg re: IP |
| 12/20/2010 | J. Hyland | 0.40 | Participated on call with M. Katzenstein and M. Sandberg re: IP |
| 12/20/2010 | M. Lasinski | 0.50 | Prepared for (0.4) and participated (0.1) in call with FTI on intellectual property |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2010 - 12/31/2010 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/20/2010 | M. Lasinski | 0.60 | Reviewed information provided by the Debtors on intellectual property. |
| 12/20/2010 | M. Lasinski | 0.70 | Participated in a call with counsel on intellectual property issues. |
| 12/20/2010 | J. Hyland | 2.00 | Analyzed IP forecast and model |
| 12/20/2010 | M. Lasinski | 2.10 | Reviewed information provided by the Debtors on intellectual property |
| 12/20/2010 | J. Borow | 2.70 | Reviewed intellectual property issues and related discussions with Debtors' professionals. |
| 12/20/2010 | J. Hyland | 2.80 | Reviewed IP issues and valuation matters. |
| 12/21/2010 | C. Kearns | 1.00 | Reviewed status of IP monetization process |
| 12/21/2010 | J. Hyland | 1.40 | Reviewed status of IP monetization process. |
| 12/21/2010 | M. Lasinski | 2.10 | Developed information request list to on intellectual property for Debtors and reviewed information from Debtors on intellectual property |
| 12/22/2010 | M. Lasinski | 0.30 | Participated in call with counsel on intellectual property. |
| 12/22/2010 | M. Lasinski | 0.70 | Participated in call with Debtors, counsel, Jeffries, Lazard and GIPLG on intellectual property. |
| 12/22/2010 | M. Lasinski | 1.10 | Reviewed information provided by the Debtors on intellectual property |
| 12/22/2010 | C. Kearns | 2.00 | Participated in calls with Lazard, Ray, counsel and ad hocs regarding IP monetization status. |
| 12/22/2010 | J. Borow | 2.20 | Prepared for (0.2) and participated (2.0) in related discussions with Debtors' IP professionals |
| 12/22/2010 | J. Borow | 2.80 | Reviewed other internet assets and related monetization and valuation issues. |
| 12/23/2010 | C. Kearns | 1.90 | Reviewed status of IP monetization and key steps in the process |
| 12/23/2010 | J. Borow | 2.20 | Reviewed other internet assets and related monetization and valuation issues |
| Subtotal | | 122.40 | |
| **Total Hours** | | **1,120.60** | |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2010 - 12/31/2010 Fee Statement**