**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11/1/2010 through 11/30/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 12/1/2010 | J. Hyland | Airline travel agency fee from 11/5/10. | $15.00 |
| 12/6/2010 | C. Kearns | Flight to Toronto | $1,409.65 |
| 12/6/2010 | J. Hyland | Airfare for NY trip. | $841.40 |
| 12/13/2010 | J. Hyland | Airfare during NY trip. | $414.40 |
| **Subtotal - Airfare/Train** | | | **$2,680.45** |
| **Auto Rental/Taxi** | | | |
| 12/1/2010 | T. Morilla | Taxi due to working late. | $26.67 |
| 12/1/2010 | T. Morilla | Dinner due to working late. | $11.45 |
| 12/6/2010 | J. Borrow | Cab fare to/from LaGuardia. | $144.00 |
| 12/6/2010 | Capstone Expense | Taxi to airport. | $86.48 |
| 12/6/2010 | J. Hyland | Taxi during NY trip. | $38.69 |
| 12/8/2010 | T. Morilla | Taxi due to working late. | $16.30 |
| 12/9/2010 | J. Hyland | Taxi during NY trip. | $64.00 |
| 12/9/2010 | J. Hyland | Taxi during NY trip. | $35.19 |
| 12/13/2010 | J. Hyland | Taxi during NY trip | $42.69 |
| 12/15/2010 | T. Morilla | Taxi due to working late | $23.70 |
| 12/16/2010 | J. Hyland | Taxi during NY trip. | $60.00 |

Capstone Advisory Group, LLC
Invoice for the 12/1/2010 - 12/31/2010 Fee Statement

Page 1 of 4

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/16/2010 | J. Hyland | Taxi during NY trip. | $9.40 |
| **Subtotal - Auto Rental/Taxi** | | | $558.57 |
| **Hotel** | | | |
| 12/9/2010 | J. Hyland | Hotel during NY trip. | $1,802.39 |
| 12/16/2010 | J. Hyland | Hotel during NY stay. | $1,361.30 |
| **Subtotal - Hotel** | | | $3,163.69 |
| **Meals** | | | |
| 12/6/2010 | J. Hyland | Meal during NY trip. | $14.18 |
| 12/6/2010 | T. Morilla | Meal due to working late. | $13.50 |
| 12/6/2010 | J. Hyland | Meal during NY trip. | $3.50 |
| 12/8/2010 | J. Hyland | Meal during NY trip. | $20.47 |
| 12/8/2010 | J. Hyland | Meal during NY trip. | $9.12 |
| 12/9/2010 | J. Hyland | Meal during NY trip. | $8.21 |
| 12/10/2010 | C. Kearns | Working meal for 8 | $177.64 |
| 12/13/2010 | T. Morilla | Meal due to working late. | $25.58 |
| 12/13/2010 | J. Hyland | Meal during NY trip. | $18.77 |
| 12/13/2010 | J. Hyland | Meal during NY trip | $9.23 |
| 12/14/2010 | J. Hyland | Meal during NY trip. | $7.75 |
| 12/15/2010 | D. Rothberg | Working late meal for team to review proceeds allocation and creditor recovery analyses | $42.41 |
| 12/15/2010 | J. Hyland | Meal during NY trip | $18.21 |
| 12/16/2010 | J. Hyland | Meal during NY trip. | $17.70 |
| 12/16/2010 | J. Hyland | Meal during NY trip. | $5.71 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/19/2010 | T. Morilla | Meal due to working on the weekend | $8.18 |
| 12/23/2010 | D. Rothberg | Working late meal for A. Cowie, T. Morilla and J. Peterson | $42.41 |
| **Subtotal - Meals** | | | **$442.57** |
| **Mileage** | | | |
| 12/6/2010 | J. Hyland | Local mileage for NY trip. | $21.00 |
| 12/6/2010 | C. Kearns | Drive to LGA. | $20.00 |
| 12/13/2010 | J. Hyland | Local mileage during NY trip. | $21.00 |
| 12/16/2010 | J. Hyland | Local mileage during NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$83.00** |
| **Parking/Tolls** | | | |
| 12/1/2010 | J. Hyland | Parking to carry work papers to office. | $32.00 |
| 12/6/2010 | C. Kearns | Parking at LGA. | $33.00 |
| 12/6/2010 | J. Hyland | Local tolls for NY trip | $1.60 |
| 12/13/2010 | J. Hyland | Local tolls during NY trip. | $1.60 |
| 12/16/2010 | J. Hyland | Local tolls during NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$69.80** |
| **Postage/FedEx** | | | |
| 12/3/2010 | Capstone Expense | Overnight charge on Nortel | $8.00 |
| 12/5/2010 | Capstone Expense | Overnight charges on Nortel | $27.15 |
| **Subtotal - Postage/FedEx** | | | **$35.15** |
| **Research** | | | |
| 12/12/2010 | Capstone Expense | Pacer research charges | $16.96 |
| **Subtotal - Research** | | | **$16.96** |

Capstone Advisory Group, LLC  
Invoice for the 12/1/2010 - 12/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| Telecom | | | |
| 12/1/2010 | Capstone Expense | Long distance telephone charges to Toronto. | $57.00 |
| 12/10/2010 | Capstone Expense | Conference call charges on Nortel | $90.70 |
| 12/11/2010 | Capstone Expense | Long distance telephone charges to Toronto. | $1,310.77 |
| 12/17/2010 | J. Hyland | Long distance telephone charges to Toronto. | $7.67 |
| 12/27/2010 | J. Hyland | Direct telephone charges for calls to Toronto. | $35.28 |
| **Subtotal - Telecom** | | | **$1,501.42** |
| **For the Period 12/1/2010 through 12/31/2010** | | | **$8,551.61** |