**Exhibit A**

## HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 11/1/2010 | 11/30/2010 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 31.60 | $450.00 | $14,220.00 |
| 2 | Facility Document Inventory & Evacuation Review | 12.20 | $450.00 | $5,490.00 |
| 3 | Human Resources - Employee Related Projects | | | |
| 4 | Fee Apps | 9.40 | $450.00 | $4,230.00 |
| 5 | Non-working travel | 47.90 | $225.00 | $10,777.50 |
| 6 | Claims Administration | 7.90 | $450.00 | $3,555.00 |
| 7 | Tax/Finance Matters and Budget Projects | 72.70 | $450.00 | $32,715.00 |
| 8 | Misc Debtor Issues and Communications | 1.50 | $450.00 | $675.00 |
| | **Hours/Billing Amount for Period:** | **183.20** | | **$71,662.50** |

# NORTEL TIME SHEET

## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2010 | Correspondence received, reviewed, and responded from multiple Nortel staff on eData retention and site inventory for Nashville, RTP, Atlanta | Kathryn Schultea | 1 | 2.5 |
| 11/3/2010 | On-site Nortel RTP re: data retention for IT review | Kathryn Schultea | 1 | 1.0 |
| 11/3/2010 | IT Meeting at Nortel | Richard Lydecker | 1 | 1.0 |
| 11/5/2010 | Correspondence received, reviewed, and responded from multiple Nortel staff re Nashville site visit | Kathryn Schultea | 1 | 1.5 |
| 11/8/2010 | Conf call with Nortel re site visits | Kathryn Schultea | 1 | 1.0 |
| 11/8/2010 | Conf call with Cleary re document retention | Kathryn Schultea | 1 | 0.5 |
| 11/9/2010 | Review realestate site plans for Nashville and RPT with PacoTech for site review strategy | Kathryn Schultea | 1 | 2.0 |
| 11/9/2010 | Query and reviews of Iron Mountain database to support data requests | Kathryn Schultea | 1 | 3.0 |
| 11/10/2010 | Correspondence received, reviewed, and responded from Nortel and PacoTech re site visits & application review | Kathryn Schultea | 1 | 1.3 |
| 11/10/2010 | Query and reviews of Iron Mountain database to support data requests for litigation | Kathryn Schultea | 1 | 2.3 |
| 11/10/2010 | Conf call with Cleary re document retention | Kathryn Schultea | 1 | 0.5 |
| 11/11/2010 | Correspondence received, reviewed, and responded from Nortel re eData issues | Kathryn Schultea | 1 | 1.3 |
| 11/11/2010 | Conf call with Cleary re document retention and patent needs | Kathryn Schultea | 1 | 0.5 |
| 11/11/2010 | Cleary telecon on patent issues and document retention | Richard Lydecker | 1 | 0.5 |
| 11/12/2010 | Records transfer document creation for employee handouts | Kathryn Schultea | 1 | 1.5 |
| 11/12/2010 | Correspondence received, reviewed, and responded from Nortel IT re Billerica | Kathryn Schultea | 1 | 0.5 |
| 11/12/2010 | Application list review by location | Kathryn Schultea | 1 | 0.8 |
| 11/16/2010 | On-site Nortel RTP re: IT application review | Kathryn Schultea | 1 | 1.0 |
| 11/17/2010 | Query and reviews of Iron Mountain database to support data requests for litigation | Kathryn Schultea | 1 | 0.8 |
| 11/19/2010 | Correspondence received, reviewed, and responded from Nortel & Cleary re retention from supplier docs | Kathryn Schultea | 1 | 0.4 |
| 11/22/2010 | Conference call re Nortel real estate plans | Kathryn Schultea | 1 | 0.5 |
| 11/23/2010 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams | Kathryn Schultea | 1 | 3.4 |
| 11/29/2010 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams for IT retention | Kathryn Schultea | 1 | 3.5 |
| 11/30/2010 | Correspondence received, reviewed, and responded from Nortel re data storage concerns for non-US | Kathryn Schultea | 1 | 0.3 |
| | | | | |
| 11/1/2010 | Correspondence with Iron Mountain regarding Richardson, TX project completion | Kathryn Schultea | 2 | 1.1 |
| 11/2/2010 | Correspondence with PacoTech regarding Richardson, TX project completion | Kathryn Schultea | 2 | 0.1 |
| 11/5/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 1.5 |
| 11/12/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 11/17/2010 | Correspondence received, reviewed, and responded from Nortel re site visits and preservation project | Kathryn Schultea | 2 | 0.7 |
| 11/18/2010 | Nashville site visit, inventory project, data preservation meeting | Kathryn Schultea | 2 | 5.0 |
| 11/19/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 11/29/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 11/29/2010 | Correspondence received, reviewed, and responded from Nortel on RTP site inventory | Kathryn Schultea | 2 | 1.3 |
| 11/30/2010 | Review PacoTech Nashville inventory report and storage estimates | Kathryn Schultea | 2 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2010 | Fee app | Richard Lydecker | 4 | 0.7 |
| 11/10/2010 | Fee App for September | Kathryn Schultea | 4 | 2.3 |
| 11/14/2010 | Fee App for October | Kathryn Schultea | 4 | 3.0 |
| 11/15/2010 | Correspondence on fee app submission | Kathryn Schultea | 4 | 0.2 |
| 11/22/2010 | Quarterly fee app discussion, correspondence, received, reviewed, & responded | Kathryn Schultea | 4 | 0.7 |
| 11/22/2010 | Quarterly fee app preparation | Kathryn Schultea | 4 | 2.5 |
| 11/2/2010 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 3.5 |
| 11/2/2010 | Trip to Raleigh | Richard Lydecker | 5 | 2.3 |
| 11/2/2010 | Trip to Raleigh | Kathryn Schultea | 5 | 2.0 |
| 11/3/2010 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 11/3/2010 | Trip to Houston | Richard Lydecker | 5 | 0.8 |
| 11/3/2010 | Trip to Houston | Richard Lydecker | 5 | 0.5 |
| 11/3/2010 | Trip to Houston | Richard Lydecker | 5 | 2.3 |
| 11/15/2010 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 2.5 |
| 11/15/2010 | Trip to Raleigh | Richard Lydecker | 5 | 2.5 |
| 11/17/2010 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 11/17/2010 | Trip to Houston | Richard Lydecker | 5 | 5.0 |
| 11/18/2010 | Non-working travel to/from Nashville for site meeting and inventory project | Kathryn Schultea | 5 | 7.0 |
| 11/30/2010 | Non-working travel to NY for budget meetins with Cleary, Nortel teams, & J.Ray | Kathryn Schultea | 5 | 4.5 |
| 11/30/2010 | Trip to New York | Richard Lydecker | 5 | 4.0 |
| 11/3/2010 | Review email and document files regarding claims, status and trackers | Kathryn Schultea | 6 | 0.5 |
| 11/3/2010 | On-site Nortel RTP re: claims review | Kathryn Schultea | 6 | 1.0 |
| 11/3/2010 | Claims Meeting at Nortel | Richard Lydecker | 6 | 1.0 |
| 11/4/2010 | Work on request for access to livelink for claims support | Kathryn Schultea | 6 | 2.1 |
| 11/8/2010 | Set-up and review employee claims reports | Kathryn Schultea | 6 | 2.0 |
| 11/10/2010 | Telecon Kathleen O'Neill, Anthony Randazzo of Cleary | Richard Lydecker | 6 | 0.5 |
| 11/17/2010 | Conf call w/J.Ray re claims | Kathryn Schultea | 6 | 0.3 |
| 11/22/2010 | Telecon on Tax Claims | Richard Lydecker | 6 | 0.5 |
| 11/1/2010 | Meeting with E&Y on Tax Outsourcing | Kathryn Schultea | 7 | 1.1 |
| 11/1/2010 | Tax Outsourcing Discussions with EY | Richard Lydecker | 7 | 0.7 |
| 11/1/2010 | E-mails EY, J. Ray | Richard Lydecker | 7 | 0.3 |

# NORTEL TIME SHEET

## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/2/2010 | Discussion on RPT meetings/material review with R.Lydecker | Kathryn Schultea | 7 | 1.0 |
| 11/2/2010 | Discussion with E&Y on Tax Outsourcing | Kathryn Schultea | 7 | 2.0 |
| 11/2/2010 | Prepare for Meetings in Raleigh | Richard Lydecker | 7 | 1.0 |
| 11/2/2010 | Discussions with EY re Tax Organization and Outsourcing | Richard Lydecker | 7 | 2.0 |
| 11/3/2010 | On-site Nortel RTP re: budget meeting review and tax matters | Kathryn Schultea | 7 | 5.0 |
| 11/3/2010 | Tax Meeting at Nortel | Richard Lydecker | 7 | 4.0 |
| 11/3/2010 | Budget Meeting at Nortel | Richard Lydecker | 7 | 1.0 |
| 11/3/2010 | Discussions with EY re Tax Organization and Outsourcing--Abbott, Coats, Beakey | Richard Lydecker | 7 | 0.5 |
| 11/3/2010 | Review Nortel Meetings/Plan Report to J. Ray | Richard Lydecker | 7 | 1.0 |
| 11/4/2010 | Review organizational information for tax outsourcing and various emails re same | Kathryn Schultea | 7 | 3.0 |
| 11/4/2010 | Discuss Nortel tax planning and exposure | Richard Lydecker | 7 | 1.7 |
| 11/4/2010 | Discuss Nortel tax exposures | Richard Lydecker | 7 | 2.5 |
| 11/5/2010 | Tax calls/e-mails | Richard Lydecker | 7 | 1.5 |
| 11/8/2010 | E-mail Cleary re tax | Richard Lydecker | 7 | 0.3 |
| 11/8/2010 | Telecon with Jeff Wood Nortel and Doug Abbott EY | Richard Lydecker | 7 | 1.5 |
| 11/9/2010 | Review organizational information for tax outsourcing and various emails re same | Kathryn Schultea | 7 | 1.3 |
| 11/9/2010 | Telecon Bill McCrae, Cleary | Richard Lydecker | 7 | 0.5 |
| 11/9/2010 | Discuss EY rates/personnel | Richard Lydecker | 7 | 0.2 |
| 11/10/2010 | Work on Budget Template | Richard Lydecker | 7 | 1.0 |
| 11/11/2010 | Review NBS Budget template | Kathryn Schultea | 7 | 0.5 |
| 11/11/2010 | Review wind-up budget needs with R.Lydecker | Kathryn Schultea | 7 | 1.0 |
| 11/11/2010 | Conf call with Nortel re Budget process and material review re same | Kathryn Schultea | 7 | 3.0 |
| 11/11/2010 | Windup Budget discussion K. Schultea, brainstorming for template | Richard Lydecker | 7 | 1.0 |
| 11/11/2010 | Draft Budget Template for Nortel | Richard Lydecker | 7 | 1.0 |
| 11/12/2010 | Budget telecon with Tim Ross | Richard Lydecker | 7 | 2.3 |
| 11/15/2010 | Meeting preparation for RTP visit | Kathryn Schultea | 7 | 2.0 |
| 11/15/2010 | Meeting with E&Y/Nortel on tax outsourcing details | Kathryn Schultea | 7 | 2.0 |
| 11/15/2010 | Prepare for Meetings in Raleigh | Richard Lydecker | 7 | 2.0 |
| 11/15/2010 | Meeting with EY and Nortel on tax outsourcing details | Richard Lydecker | 7 | 2.0 |
| 11/16/2010 | On-site Nortel RTP re: budget meeting review and tax matters | Kathryn Schultea | 7 | 7.5 |
| 11/16/2010 | Meetings with Nortel group heads on budget | Richard Lydecker | 7 | 7.5 |
| 11/16/2010 | Recap tax status with EY | Richard Lydecker | 7 | 1.0 |
| 11/17/2010 | Correspondence received, reviewed, and responded from Nortel & J.Ray re NY budget meetings | Kathryn Schultea | 7 | 0.4 |
| 11/17/2010 | Review presentation of initial res co assumptions | Kathryn Schultea | 7 | 0.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/19/2010 | Correspondence received, reviewed, and responded from Nortel & E&Y on Tax Outsourcing | Kathryn Schultea | 7 | 0.4 |
| 11/23/2010 | Telecon Abbott and McCrae | Richard Lydecker | 7 | 1.8 |
| 11/29/2010 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams for finance | Kathryn Schultea | 7 | 1.4 |
| 11/29/2010 | Briefing by Abbott remainder of McCrae call | Richard Lydecker | 7 | 0.5 |
| 11/30/2010 | Review Nortel Meeting Agenda/Plan for Meeing | Richard Lydecker | 7 | 1.0 |
| 11/19/2010 | Nortel Status Call w/J.Ray | Kathryn Schultea | 8 | 1.0 |
| 11/30/2010 | Correspondence received, reviewed, and responded from Nortel re invoicing issues | Kathryn Schultea | 8 | 0.5 |