# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1, 2010 through November 30, 2010**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    8,589.85 |
| Travel – Lodging | | 3,303.68 |
| Travel – Meals | | 569.31 |
| Travel – Transportation | | 2,218.50 |
| | | - |
| TOTAL | | $   14,681.34 |

# Nortel Expense Report

PERIOD: **November 1, 2010 through November 30, 2010**

| Date | Description | Air | Hotel | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 11/2-3/2010 | Round trip Houston/Raleigh - Nortel Office | $ 1,313.90 | $ 237.74 | | $ 235.00 | | Kathryn Schultea |
| 11/2-3/2010 | Trip Houston/Raleigh/Houston | $ 1,313.90 | $ 237.74 | $ 52.25 | $ 364.40 | | Richard Lydecker |
| 11/15-17/2010 | Round trip Houston/Raleigh - Nortel Office | $ 1,313.90 | $ 547.48 | $ 196.70 | $ 263.00 | | Kathryn Schultea |
| 11/15-17/2010 | Trip Houston/Raleigh/Houston | $ 1,377.90 | $ 512.48 | | $ 272.20 | | Richard Lydecker |
| 11/18/2010 | Round trip Houston/Nashville - Nortel Office | $ 554.40 | | | $ 422.00 | | Kathryn Schultea |
| 11/30/2010 | Houston to New York - Cleary Office | $ 841.95 | $ 364.59 | | $ 446.50 | | Kathryn Schultea |
| 11/30-12/3/1010 | Trip Houston/New York/Houston | $ 1,873.90 | $ 1,403.65 | $ 320.36 | $ 215.40 | | Richard Lydecker |
| | | $ 8,589.85 | $ 3,303.68 | $ 569.31 | $ 2,218.50 | $    - | $    - |