# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions

**Working Dates:** Start Date: 12/1/2010  End Date: 12/28/2011

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 22.00 | $450.00 | $9,900.00 |
| 2 | Facility Document Inventory & Evacuation Review | 5.80 | $450.00 | $2,610.00 |
| 3 | Human Resources - Employee Related Projects | 30.80 | $450.00 | $13,860.00 |
| 4 | Fee Apps | 6.80 | $450.00 | $3,060.00 |
| 5 | Non-working travel | 34.00 | $225.00 | $7,650.00 |
| 6 | Claims Administration | | | |
| 7 | Tax/Finance Matters and Budget Projects | 42.70 | $450.00 | $19,215.00 |
| 8 | Misc Debtor Issues and Communications | 1.00 | $450.00 | $450.00 |
| | **Hours/Billing Amount for Period:** | **143.10** | | **$56,745.00** |

# NORTEL TIME SHEET
## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/2/2010 | Correspondence received, reviewed, and responded from Nortel IT UKA data requests | Kathryn Schultea | 1 | 1.3 |
| 12/2/2010 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams for IT retention | Kathryn Schultea | 1 | 0.8 |
| 12/3/2010 | Correspondence received, reviewed, and responded from Nortel re data retention for finance area | Kathryn Schultea | 1 | 3.3 |
| 12/6/2010 | Correspondence received, reviewed, and responded from multiple Nortel staff re older doc retention matters | Kathryn Schultea | 1 | 1.6 |
| 12/6/2010 | Correspondence received, reviewed, and responded from Nortel re data retention for year-end exits | Kathryn Schultea | 1 | 1.3 |
| 12/9/2010 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 3.0 |
| 12/9/2010 | Correspondence received, reviewed, and responded from Nortel on wind-down applications and services | Kathryn Schultea | 1 | 1.5 |
| 12/10/2010 | Conference call re Nortel documents w/Cleary | Kathryn Schultea | 1 | 0.5 |
| 12/10/2010 | Conf call with Cleary re document review/search for litigation needs | Kathryn Schultea | 1 | 0.5 |
| 12/15/2010 | Conf call with Nortel - Repair & Return - Res Co Planning | Kathryn Schultea | 1 | 0.5 |
| 12/16/2010 | Records transfer document instruction review from Nortel on employee handouts | Kathryn Schultea | 1 | 0.3 |
| 12/16/2010 | Query and reviews of Iron Mountain database to support data requests for litigation for Cleary | Kathryn Schultea | 1 | 1.8 |
| 12/19/2010 | Query and reviews of Iron Mountain database to support data requests for litigation for Cleary | Kathryn Schultea | 1 | 3.3 |
| 12/20/2010 | Correspondence received, reviewed, and responded from PacoTech re site visit to RTP | Kathryn Schultea | 1 | 2.3 |
| 12/13/2010 | Correspondence and meeting with PacoTech regarding RTP document inventory and evacuation review | Kathryn Schultea | 2 | 1.8 |
| 12/16/2010 | RTP site visit, inventory project, data preservation meeting | Kathryn Schultea | 2 | 4.0 |
| 12/6/2010 | Conference call with Cleary re HR related items | Kathryn Schultea | 3 | 0.5 |
| 12/6/2010 | Correspondence received, reviewed, and responded from Cleary re HR related matters | Kathryn Schultea | 3 | 2.4 |
| 12/9/2010 | Conference call with Mercer re HR related items | Kathryn Schultea | 3 | 2.0 |
| 12/13/2010 | Correspondence received, reviewed, and responded re HR employee benefit matters | Kathryn Schultea | 3 | 3.8 |
| 12/13/2010 | Review notices pertaining to HR related matters | Kathryn Schultea | 3 | 3.0 |
| 12/14/2010 | Conf call with Mercer & Cleary re HR related matters | Kathryn Schultea | 3 | 1.5 |
| 12/14/2010 | Meeting preparation for Mercer call with Cleary & J.Ray | Kathryn Schultea | 3 | 4.0 |
| 12/16/2010 | Correspondence received, reviewed, and responded from Cleary on Q&As for employee related matters | Kathryn Schultea | 3 | 0.7 |
| 12/17/2010 | Correspondence received, reviewed, and responded from Cleary on Q&As for employee related matters | Kathryn Schultea | 3 | 1.4 |
| 12/20/2010 | Correspondence received, reviewed, and responded from Nortel HR on employee related matters | Kathryn Schultea | 3 | 3.3 |
| 12/20/2010 | Correspondence received, reviewed, and responded from Cleary re employee related matters | Kathryn Schultea | 3 | 0.3 |
| 12/21/2010 | Correspondence received, reviewed, and responded from Mercer on employee related matters | Kathryn Schultea | 3 | 3.7 |
| 12/27/2010 | Correspondence received, reviewed, and responded from Cleary/Mercer re SPD documents for benefits | Kathryn Schultea | 3 | 4.2 |
| 12/8/2010 | Correspondence received, reviewed, and responded re fee app CNO processing with regards to Nortel POs | Kathryn Schultea | 4 | 0.4 |
| 12/9/2010 | Fee app | Richard Lydecker | 4 | 2.0 |
| 12/13/2010 | November Fee App work | Kathryn Schultea | 4 | 2.6 |
| 12/15/2010 | Court hearing on fee app | Richard Lydecker | 4 | 1.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/16/2010 | Fee app–expenses | Richard Lydecker | 4 | 0.8 |
| 12/2/2010 | Travel time | Richard Lydecker | 5 | 2.0 |
| 12/2/2010 | Travel time | Richard Lydecker | 5 | 4.5 |
| 12/5/2010 | Non-working travel from New York to Houston | Kathryn Schultea | 5 | 5.5 |
| 12/7/2010 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 12/9/2010 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 12/15/2010 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 12/17/2010 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 12/1/2010 | Budget meetings with Nortel, J.Ray, & Cleary at Cleary offices in NY | Kathryn Schultea | 7 | 9.0 |
| 12/1/2010 | Nortel budget meeting in New York with Nortel/Cleary | Richard Lydecker | 7 | 9.0 |
| 12/1/2010 | Tax review/e-mails | Richard Lydecker | 7 | 1.0 |
| 12/2/2010 | Budget meetings with Nortel, J.Ray, & Cleary at Cleary offices in NY | Kathryn Schultea | 7 | 3.0 |
| 12/2/2010 | Correspondence received, reviewed, and responded re Nortel tax matters | Kathryn Schultea | 7 | 0.8 |
| 12/2/2010 | Nortel budget meeting in New York with Nortel/Cleary | Richard Lydecker | 7 | 2.5 |
| 12/2/2010 | Review budget material | Richard Lydecker | 7 | 0.5 |
| 12/2/2010 | Tax planning | Richard Lydecker | 7 | 0.5 |
| 12/3/2010 | Discuss tax status with EY | Richard Lydecker | 7 | 1.0 |
| 12/6/2010 | Tax backup planning | Richard Lydecker | 7 | 1.0 |
| 12/7/2010 | Discussion with E&Y on Tax Outsourcing | Kathryn Schultea | 7 | 2.0 |
| 12/7/2010 | Telecon re progress outsourcing | Richard Lydecker | 7 | 0.8 |
| 12/8/2010 | On-site Nortel RTP re: IT application review with lead primes | Kathryn Schultea | 7 | 7.5 |
| 12/14/2010 | EY conference call | Richard Lydecker | 7 | 1.0 |
| 12/16/2010 | On-site Nortel RTP re: budget planning follow-up meetings, legal, HR | Kathryn Schultea | 7 | 2.3 |
| 12/28/2011 | Tax meeting in January planning | Richard Lydecker | 7 | 0.8 |
| 12/6/2010 | Nortel Status Call w/J.Ray | Kathryn Schultea | 8 | 1.0 |