# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
December 1, 2010 through December 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 3,395.75 |
| Travel – Lodging | | 1,355.35 |
| Travel – Meals | | 40.64 |
| Travel – Transportation | | 1,341.26 |
| | | - |
| TOTAL | | $ 6,133.00 |

# Nortel Expense Report

**PERIOD:** December 1, 2010 through December 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 12/1-12/3/2010 | New York to Houston - Cleary Office | $ 841.95 | $ 364.59 |  | $ 425.50 |  | Kathryn Schultea |
| 12/7-12/9/2010 | Round trip Houston/Raleigh - Nortel Office | $ 1,281.90 | $ 495.38 |  | $ 469.65 |  | Kathryn Schultea |
| 12/15-12/17/2010 | Round trip Houston/Raleigh - Nortel Office | $ 1,271.90 | $ 495.38 | $ 40.64 | $ 446.11 |  | Kathryn Schultea |
|  |  | $ 3,395.75 | $ 1,355.35 | $ 40.64 | $ 1,341.26 | $ - | $ - |