# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |  |  |
|--:|---|--:|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 22, 2011 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### Matter:

OMNIBUS HEARING

**R / M #:**   4,945 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to 4/12/11 @ 9:30 am
#2 - #4 - Adjourned to 3/9/11 @ 9:30 am
#5 - Ordered Entered
#6 - CNO Filed and Order Signed
#7 -  ORDER SIGNED