# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 2/22/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards, Layton & Finger, P.A. | Committee |
| Ken Coleman | Allen + Overy LLP | Ernst & Young / Monitor |
| Jenifer Stamm | Ogilvy Renault | " |
| Mona Parikh | Buchanan Ingersoll + Rooney PC | " |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Derek Abbott | Morris Nichols Arsht + Tunnell | Debtors |
| Ann Cordo | " | " |
| Eric Schwartz | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| James Bromley | " | " |
| Fred Hodara | Akin Gump | Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 02/22/2011
Calendar Time: 09:30 AM ET

*Amended Calendar 02/21/2011 01:27 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Graeme Bell | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew G. Friedman | | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jessica D. Lubarsky | | Allen & Overy, LLP | Monitor, Ernst & Young INC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Diane Meyers | | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss / LIVE |

Peggy Drasal                                     CourtConfCal2009                                     Page 1 of 3