# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2011 - January 31, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | January 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 229.0 |
| 2 | Business Operations / General Corporate / Real Estate | 18.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 59.0 |
| 6 | Committee Matters and Creditor Meetings | 71.0 |
| 7 | Claims Administration and Analysis | 14.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 91.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **482.0** |

**Summary of Services Rendered by Professional**

| Name | January 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 135.0 |
| Michael Kennedy, Member | 170.0 |
| Aaron Taylor, Vice President | 177.0 |
| Michael Sabo, Associate | - |
| **TOTAL** | **482.0** |

**Nortel Networks, Inc**
January 1, 2011 - January 31, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | January 2011 Hours | Code |
|---|---|---|---|
| 1/3/2011 | Review material re allocation, mediation and IP | 4.0 | 1 |
| 1/4/2011 | Calls and analysis re allocation, mediation and IP | 5.0 | 1 |
| 1/5/2011 | Travel to New York | 4.5 | 15 |
| 1/5/2011 | IP meetings | 4.0 | 6 |
| 1/5/2011 | Meetings w/ UCC and Bondholders | 4.0 | 6 |
| 1/6/2011 | Meetings w/ Debtor and advisors re case management and allocation | 5.0 | 5 |
| 1/6/2011 | Return travel to Chicago | 5.0 | 15 |
| 1/7/2011 | Calls and analysis re prepare for meeting w/ Canadian and EMEA estates re allocation data and financial materials | 6.0 | 1 |
| 1/10/2011 | Calls and analysis re prepare for meeting w/ Canadian and EMEA estates re allocation data and financial materials | 8.0 | 1 |
| 1/11/2011 | Calls and analysis re prepare for meeting w/ Canadian and EMEA estates re allocation data and financial materials | 9.0 | 1 |
| 1/12/2011 | Calls and analysis re prepare for meeting w/ Canadian and EMEA estates re allocation data and financial materials | 3.0 | 1 |
| 1/12/2011 | Travel to New York | 4.0 | 15 |
| 1/13/2011 | Meeting w/ EMEA and Canada financial advisors | 5.0 | 1 |
| 1/13/2011 | Return travel to Chicago | 5.0 | 15 |
| 1/14/2011 | Calls and analysis re data from financial advisor meeting | 2.0 | 1 |
| 1/17/2011 | Review materials re allocation and case management for meeting w/ creditors | 3.0 | 1 |
| 1/18/2011 | Travel to New York | 5.0 | 15 |
| 1/18/2011 | Meetings w/ Debtor and advisors re case management, allocation and creditor meetings | 4.0 | 5 |
| 1/18/2011 | Meeting w/UCC and bonds re allocation and case management | 3.0 | 6 |
| 1/19/2011 | Meetings and analysis re allocation, claims and case management | 6.0 | 1 |
| 1/19/2011 | Return travel to Chicago | 4.5 | 15 |
| 1/20/2011 | Calls and analysis re allocation, IP, claims and financial data | 3.0 | 1 |
| 1/21/2011 | Calls and analysis re allocation, IP, claims and financial data | 3.0 | 1 |
| 1/24/2011 | Calls and analysis re allocation, IP, claims and financial data | 6.0 | 1 |
| 1/25/2011 | Calls and analysis re allocation, IP, claims and financial data | 5.0 | 1 |
| 1/26/2011 | Travel to Florida | 5.0 | 15 |
| 1/26/2011 | Meetings and analysis re allocation, case management and IP | 5.0 | 1 |
| 1/27/2011 | Meetings and analysis re allocation, case management and IP | 5.0 | 1 |
| 1/28/2011 | Return travel to Chicago | 4.0 | 15 |
| **January 2011 Total** | | **135.0** | |

**Nortel Networks, Inc**
January 1, 2011 - January 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | January 2011 Hours | Code |
|---|---|---:|---:|
| 1/3/2011 | Conference call with Cleary | 1.0 | 5 |
| 1/3/2011 | Review discussion material | 4.0 | 1 |
| 1/3/2011 | Call w/ JR re: case management | 1.0 | 5 |
| 1/4/2011 | Call with Capstone | 3.0 | 6 |
| 1/4/2011 | Call w/ JR re: case management | 1.0 | 5 |
| 1/4/2011 | Call w/ FTI | 2.0 | 6 |
| 1/4/2011 | Call w/ Cleary & JR | 2.0 | 5 |
| 1/5/2011 | Travel to NY | 4.0 | 15 |
| 1/5/2011 | Meeting with other estates re: process | 1.0 | 5 |
| 1/5/2011 | Meetings with UCC and Bond advisors | 5.0 | 6 |
| 1/6/2011 | Meetings with Cleary & JR | 5.0 | 5 |
| 1/6/2011 | Return Travel from NY | 4.0 | 15 |
| 1/7/2011 | Review and analyze materials, calls, meetings re allocation | 7.0 | 1 |
| 1/10/2011 | Conference call with Cleary | 1.0 | 5 |
| 1/10/2011 | Review discussion material for meeting with FAs | 11.0 | 1 |
| 1/11/2011 | Review discussion material for meeting with FAs | 5.0 | 1 |
| 1/11/2011 | Review 2011 Cashflow with Tim Ross | 1.0 | 2 |
| 1/11/2011 | Call w/ Cleary & JR | 1.0 | 5 |
| 1/11/2011 | Review discussion material for meeting with FAs | 5.0 | 1 |
| 1/12/2011 | Call with Capstone | 3.0 | 6 |
| 1/12/2011 | Review discussion material for meeting with FAs | 5.0 | 1 |
| 1/12/2011 | Travel to NY | 4.0 | 15 |
| 1/13/2011 | Meeting with Financial Advisors | 6.0 | 6 |
| 1/13/2011 | Return Travel from NY | 4.0 | 15 |
| 1/14/2011 | Call w/ Cleary & JR | 3.0 | 5 |
| 1/14/2011 | Call w/ management re CALA intercompany | 2.0 | 2 |
| 1/14/2011 | Follow-up from meeting with FAs | 3.0 | 1 |
| 1/17/2011 | Travel to NY | 6.0 | 15 |
| 1/18/2011 | Meetings with creditor advisors | 5.0 | 6 |
| 1/18/2011 | Meetings re case management, claims and allocation | 6.0 | 7 |
| 1/19/2011 | Meetings re case management, claims and allocation | 8.0 | 7 |
| 1/19/2011 | Return Travel from NY | 4.0 | 15 |
| 1/20/2011 | Review and analyze materials, calls, meetings re allocation | 4.0 | 1 |
| 1/21/2011 | Review and analyze materials, calls, meetings re allocation | 5.0 | 1 |
| 1/24/2011 | Conference call with Cleary | 1.0 | 5 |
| 1/25/2011 | Calls w/ Cleary & JR re: Rabbi Trust | 2.0 | 5 |
| 1/25/2011 | Calls w/ UCC re: materials | 2.0 | 6 |
| 1/26/2011 | Review material from UCC | 5.0 | 6 |
| 1/27/2011 | Review and analyze materials, calls, meetings re allocation | 4.0 | 1 |
| 1/28/2011 | Calls w/ Cleary & JR re: case management | 1.0 | 1 |
| 1/28/2011 | Review and analyze materials, calls, meetings re allocation | 5.0 | 1 |
| 1/30/2011 | Travel to Raleigh | 4.0 | 15 |
| 1/30/2011 | Review NBS material | 4.0 | 2 |
| 1/31/2011 | Conference call with Cleary | 2.0 | 5 |
| 1/31/2011 | Meeting w/ Notel management | 8.0 | 2 |
| **January 2011 Total** | | **170.0** | |

**Nortel Networks, Inc**
January 1, 2011 - January 31, 2011 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | January 2011 Hours | Code |
|---|---|---:|---:|
| 1/3/2011 | Conference call with Cleary | 1.0 | 5 |
| 1/3/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 1/4/2011 | Review and analyze materials, calls, meetings re allocation | 7.0 | 1 |
| 1/4/2011 | Conference call with Capstone | 3.0 | 6 |
| 1/5/2011 | Travel to NY | 4.0 | 15 |
| 1/5/2011 | Meeting with other estates | 1.0 | 5 |
| 1/5/2011 | Meetings with UCC and Bond advisors | 5.0 | 6 |
| 1/6/2011 | Meetings with Cleary & JR | 5.0 | 5 |
| 1/6/2011 | Return Travel from NY | 4.0 | 15 |
| 1/7/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 1/10/2011 | Conference call with Cleary | 1.0 | 5 |
| 1/10/2011 | Review and analyze materials, calls, meetings re allocation | 11.0 | 1 |
| 1/11/2011 | Preparation of materials for FA meeting | 8.0 | 1 |
| 1/12/2011 | Conference call with Capstone | 3.0 | 6 |
| 1/12/2011 | Preparation of materials for FA meeting | 6.0 | 1 |
| 1/12/2011 | Travel to NY | 4.0 | 15 |
| 1/13/2011 | Meeting with Financial Advisors | 6.0 | 6 |
| 1/13/2011 | Return Travel from NY | 4.0 | 15 |
| 1/14/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 1/14/2011 | Conference call with JR and Cleary | 3.0 | 5 |
| 1/18/2011 | Review and analyze materials, calls, meetings re allocation | 2.0 | 1 |
| 1/18/2011 | Travel to NY | 4.0 | 15 |
| 1/18/2011 | Meeting with Cleary & JR | 2.0 | 5 |
| 1/19/2011 | Meeting with Cleary & JR | 7.0 | 5 |
| 1/19/2011 | Return Travel from NY | 4.0 | 15 |
| 1/20/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 1/21/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 1/24/2011 | Conference call with Cleary | 1.0 | 5 |
| 1/24/2011 | Review and analyze materials, calls, meetings re allocation | 6.0 | 5 |
| 1/25/2011 | Review material from UCC | 5.0 | 6 |
| 1/25/2011 | Call with Capstone | 2.0 | 6 |
| 1/26/2011 | Review material from UCC | 5.0 | 6 |
| 1/27/2011 | Review and analyze materials, calls, meetings re allocation | 3.0 | 1 |
| 1/27/2011 | Review and analyze materials, calls, meetings re allocation | 7.0 | 1 |
| 1/28/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 1/31/2011 | Conference call with Cleary | 2.0 | 5 |
| 1/31/2011 | Review and analyze materials, calls, meetings re allocation | 3.0 | 2 |

**January 2011 Total** — **177.0**