# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2011 through January 31, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 1/5/11-1/6/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 1/5/11-1/6/11 | Hotel (one night) | $ 548.57 |
| Matt Rosenberg | 1/5/11-1/6/11 | Ground transportation | $ 182.00 |
| Matt Rosenberg | 1/5/11-1/6/11 | Meals (one lunch) | $ 73.42 |
| Mike Kennedy | 1/5/11-1/6/11 | Flight to New York, NY | $ 689.40 |
| Mike Kennedy | 1/5/11-1/6/11 | Hotel (one night) | $ 376.43 |
| Mike Kennedy | 1/5/11-1/6/11 | Ground transportation | $ 45.00 |
| Mike Kennedy | 1/5/11-1/6/11 | Parking | $ 54.00 |
| Mike Kennedy | 1/5/11-1/6/11 | Meals (one group lunch, two dinners) | $ 172.52 |
| Aaron Taylor | 1/5/11-1/6/11 | Flight to New York, NY | $ 415.40 |
| Aaron Taylor | 1/5/11-1/6/11 | Hotel (one night) | $ 376.43 |
| Aaron Taylor | 1/5/11-1/6/11 | Ground transportation | $ 110.60 |
| Aaron Taylor | 1/5/11-1/6/11 | Meals (one lunch) | $ 45.00 |
| Matt Rosenberg | 1/12/11-1/13/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 1/12/11-1/13/11 | Hotel (one night) | $ 533.41 |
| Matt Rosenberg | 1/12/11-1/13/11 | Ground transportation | $ 60.00 |
| Matt Rosenberg | 1/12/11-1/13/11 | Meals (one breakfast and one lunch) | $ 114.97 |
| Mike Kennedy | 1/12/11-1/12/11 | Flight to New York, NY | $ 566.40 |
| Mike Kennedy | 1/12/11-1/12/11 | Hotel (one night) | $ 422.33 |
| Mike Kennedy | 1/12/11-1/12/11 | Ground transportation | $ 66.00 |
| Mike Kennedy | 1/12/11-1/12/11 | Meals (two dinners) | $ 59.02 |
| Aaron Taylor | 1/12/11-1/13/11 | Flight to New York, NY | $ 566.40 |
| Aaron Taylor | 1/12/11-1/13/11 | Hotel (one night) | $ 423.33 |
| Aaron Taylor | 1/12/11-1/13/11 | Ground transportation | $ 144.90 |
| Aaron Taylor | 1/12/11-1/13/11 | Meals (one lunch) | $ 43.00 |
| Matt Rosenberg | 1/18/11-1/19/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 1/18/11-1/19/11 | Hotel (one night) | $ 514.13 |
| Matt Rosenberg | 1/18/11-1/19/11 | Ground transportation | $ 92.00 |
| Matt Rosenberg | 1/18/11-1/19/11 | Meals (one lunch) | $ 20.00 |
| Mike Kennedy | 1/17/11-1/19/11 | Flight to New York, NY | $ 969.40 |
| Mike Kennedy | 1/17/11-1/19/11 | Hotel (two nights) | $ 1,028.26 |
| Mike Kennedy | 1/17/11-1/19/11 | Ground transportation | $ 128.00 |
| Mike Kennedy | 1/17/11-1/19/11 | Meals (one lunch and two dinners) | $ 113.89 |
| Aaron Taylor | 1/18/11-1/19/11 | Flight to New York, NY | $ 427.40 |
| Aaron Taylor | 1/18/11-1/19/11 | Hotel (one night) | $ 364.97 |
| Aaron Taylor | 1/18/11-1/19/11 | Ground transportation | $ 119.80 |
| Aaron Taylor | 1/18/11-1/19/11 | Meals (one lunch) | $ 40.00 |
| Matt Rosenberg | 1/26/11-1/28/11 | Flight to Ft. Myers, FL (Airpass) | $ 1,177.24 |
| Matt Rosenberg | 1/26/11-1/28/11 | Hotel (two nights), including meeting space | $ 1,500.00 |
| Matt Rosenberg | 1/26/11-1/28/11 | Ground transportation | $ 534.21 |
| Matt Rosenberg | 1/26/11-1/28/11 | Meals (one breakfast and one lunch) | $ 70.02 |
| Mike Kennedy | 1/30/11-2/1/11 | Flight to Raleigh, NC | $ 499.40 |
| Mike Kennedy | 1/30/11-2/1/11 | Hotel (two nights) | $ 329.88 |
| Mike Kennedy | 1/30/11-2/1/11 | Ground transportation | $ 60.00 |
| Mike Kennedy | 1/30/11-2/1/11 | Meals (one breakfast and one dinner) | $ 40.00 |
| Chilmark | various | Telephonic court hearing charge | $ 107.00 |
| **Total Expenses** | | | **$17,111.12** |