Feb 14th, 2011

Clerk of the Court
United Stated Bankruptcy Court for District of Delaware
824 Market St, 3rd floor
Wilmington, Delaware 19801

Copy:

Clearly Gottlieb Steen & Hamilton LLP
Attn James Bromley
One Liberty Plaza
New York, New York 10006

Morris Nichols Arsht & Tunnel LLP
Attn Derek C Abbott
1201 North Market St, PO Box 1347
Wilmington, Delaware 19801

**Ref:   Docket 4638, dated 12/22/2010**
**Bankruptcy Case No 09-101138 Nortel Networks**

Dear Madam, Sir,

I was a participant in the Nortel Deferred Compensation Plan. I strongly object to the filing of docket 4638 in the Nortel Networks bankruptcy case, and respectfully request its rejection.

I wish to highlight two facts, which can be easily verified:

1) The docket mentions that the deferred compensation plan was offered to a "select group of management and highly compensated employees". This clearly was not the case.
   At Nortel, I was a middle manager, and so were many employees enrolled in the program. I saved less than 100$K from 1999 to 2002 in the program. For me, this was a large amount taken from my salary, in line with retirement savings in a pension or 401K plan. But this amount is a drop when compared to salaries and bonuses from top executives of the company at the time, or to the total amount of the bankruptcy case.
   To confirm this fact, I would recommend that you review the rank, salary, and amount saved by each employee with funds currently blocked in the plan.

2) By my enrollment terms, I should already have received full distribution of all my deferred compensation: my enrollment in the program specifed quarterly payments over 5 years after I left the company. I resigned from Nortel in January of 2005, and was told at the time that the payments would start automatically within 3 months. This did not happen. I contacted the Nortel compensation team in mid 2006, and again in mid 2007 on this matter. Payments did not start until January 2008 and stopped in December 2008. Without Nortel's mismanagement of the program, I would already have recovered all my funds.

Thanks you for your consideration on this matter.

Sincerely,

Harold Seaman
118 West Coda Circle, Delray Beach Fl., 33444
Email: hseaman@hotmail.com
Tel: 561 865 5528