# EXHIBIT A

| United States Bankruptcy Court for the District of Delaware | **PROOF OF CLAIM** |
|---|---|

Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>Case No. of Debtor | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)
The Ritz-Carlton Hotel Company, LLC, d/b/a The Ritz Carlton New York
Battery Park
c/o Steven M. Rudner, Rudner Law Offices
5001 Spring Valley Road, Suite 225-E
Dallas, TX 75244

Telephone number:    214.373.1900    Email Address: 214.373.0087

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ 61,064.47 + Interest + fees

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim:   Debt arises from meeting held at hotel; debt arises from written contract
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).
**Amount entitled to priority:**

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

AUG 0 6 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>5/12/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | |
|---|---|---|---|
| 09-10138 | Nortel Networks Inc. | 09-10146 | Nortel Networks Applications Management Solutions |
| 09-10139 | Nortel Networks Capital Corporation | 09-10147 | Nortel Networks Optical Components Inc. |
| 09-10140 | Alteon WebSystems, Inc. | 09-10148 | Nortel Networks HPOCS Inc. |
| 09-10141 | Alteon Websystems International, Inc. | 09-10149 | Architel Systems (U.S.) Corporation |
| 09-10142 | Xros, Inc. | 09-10150 | Nortel Networks International Inc. |
| 09-10143 | Sonoma Systems | 09-10151 | Northern Telecom International Inc. |
| 09-10144 | Qtera Corporation | 09-10152 | Nortel Networks Cable Solutions Inc. |
| 09-10145 | CoreTek, Inc. | | |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5075
New York, NY 10150-5075

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens

on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://chapter11.epiqsystems.com/nortel) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

November 18, 2005

Carlson Marketing Worldwide
Attn: Ms Jennifer Pilson
2845 Matheson Blvd East
Mississauga, Ontario L4C 5K2

G 9155

E jpilson@carlsoncanada.com

Dear Ms. Pilson,

We would like to thank you for allowing us the opportunity to serve the ladies and gentlemen
of the Carlson Marketing Worldwide group while attending the event at the Ritz-Carlton New York, Battery Park.
We trust you and your guests enjoyed a successful and memorable event.

Enclosed, please find the preliminary balance for Master Account No.G9155 including
details and supporting backup information.

|  |  |
|---|---|
| Room Charges | 47,603.97 |
| Banquet Charges/IRD | 11,604.34 |
| Audio Visual | 1,454.40 |
| Bellman Gratuities | 364.00 |
| Attrition | 13,395.26 |
| Pre Paid Deposit | (13,357.50) |
| Total | $61,064.47 |

The Invoice Summary indicates a balance of $61,064.47 which is due and payable upon
receipt. If you have any questions or if I may be of assistance,
please contact me at 917-790-2437.

Thank you for choosing The Ritz-Carlton New York, Battery Park and we look forward to
seeing you again.

Warmest Regards,


Erik Rosenberg
Accounts Receivable Representative

NOTE: The hotel Federal Tax ID No. is 58-2161815. Your Accounting Department may need it in order to process the payment.

## GROUP SALES AGREEMENT

The Ritz-Carlton New York, Battery Park
Two West Street
New York, NY 10004

### DESCRIPTION OF GROUP AND EVENT

The following represents an agreement between:

The Ritz-Carlton New York, Battery Park
Two West Street
New York, NY 10004

"Hotel" and Carlson Marketing Canada, Ltd. acting agent for Nortel Networks Inc.*("Client", and outlines specific conditions and services to be provided.

**ORGANIZATION:**            Carlson Marketing Canada, Ltd.

**CONTACT:**

| | |
|---|---|
| Name: | Ms. Shirley Chang |
| Job Title: | Product Buyer |
| Street Address: | 2845 Matheson Blvd |
| City, State/Province: | Mississauga, ON |
| Postal Code: | L4W 5K2 |
| Country: | Canada |
| Phone Number: | 905-214-7469 |
| Fax Number: | 905-214-8609 |
| E-mail Address: | schang@carlsoncanada.com |

**NAME OF EVENT:**            Nortel, Global Advisory Council

**OFFICIAL PROGRAM DATES:**   Monday, October 27, 2008 - Friday, October 31, 2008

**ANTICIPATED ATTENDANCE:**   25

April 24, 2008

### GUEST ROOM COMMITMENT

The Hotel agrees that it will provide, and Client agrees that it will be responsible for utilizing, 77 room nights in the pattern set forth below (each number and such pattern, the "Room Night Commitment")

| DAY | Mon | Tue | Wed | Thu | RATES |
|-----|-----|-----|-----|-----|-------|
| DATE/MONTH | 27/Oct | 28/Oct | 29/Oct | 30/Oct | |
| DELUXE CITY VIEW STAN | 8 | 4 | 6 | 1 | |
| DELUXE HARBOR VIEW ROOM-WORKROOM NEXT TO LIBERTY | 6 | 25 | | 0 | $595 |
| EXECUTIVE CITY VIEW SUITE | 2 | 4 | 4 | 0 | |
| LIBERTY SUITE | 1 | 1 | 1 | 1 | |
| TOTAL ROOMS | 15 | 34 | 29.5 | 2 | |

*Lon 6/27/08*

Check in for Guest Rooms and Suites is 3PM.
Checkout for Guest Rooms and Suites is 12PM.

The Bed removal charge of $350, for the Harbor View Workroom, is Waived for this Meeting.

### GROUP ROOM RATES

Hotel's rack rates for October and 2008 are as follows:

|  |  |
|--|--|
| Deluxe City View: | $795.00 |
| Deluxe Harbor View: | $895.00 |
| Executive City View Suites: | $920.00 |
| Executive Harbor View Suites: | $920.00 |
| Liberty Suite: | $1,695.00 |
| Rio-Casino Suite: | $7,500.00 |
| Club Level Access: | $200.00 - $350.00 |

Based upon Client's total program requirements as outlined in this agreement, Hotel confirms the following group rates (net of all taxes):

|  |  |
|--|--|
| Deluxe City View: | $595.00 |
| Deluxe Harbor View: | $695.00 |
| Executive City View Suites: | $765.00 |
| Liberty Suites: | $1495.00 |

Hotel room rates are based on single/double occupancy, additional person charges are noted above. Hotel room rates subject to applicable state and local taxes in effect at the time of check in.

April 24, 2008

NEW YORK CITY ROOM TAX:  13.375%;
OCCUPANCY TAX/JAVITS CENTER FEE:

    Deluxe rooms       : $3.50 per room/per night and are subject to change.
    Executive suites    : $5.50 per room/per night and are subject to change.
    Library suites      : $7.50 per room/per night and are subject to change.
    Ritz-Carlton suite   : $9.50 per night and is subject to change.

**CONCESSION**

Hotel to extend a one (1) per fifty (50) cumulative Complimentary clause.

Hotel to extend the group rate 3 days pre and post event dates based upon Hotel availability.

Site Inspection rate: Hotel agrees to extend the best available rate based on Hotel occupancy and availability.

**COMMISSION (rooms commissionable)**

    The above room rates are commissionable to Carlson Marketing Canada, Ltd. at 10.0% upon settlement of the
    Master Account. All commissions are based upon room revenue at the contracted rate.

*use contact info for commission info.*

**SERVICE CHARGES**

The following service charges will apply to master account (or individual folios if preferred):

    Room Attendant:       $4.00 per day, per room
    In-Room Delivery:     $3.75 per room
    Door Drop:          $2.00 per room
    Baggage Handling:    $13.00 per room

**METHOD OF RESERVATIONS**

Reservations for the Event will be made by the following method:

**METHOD OF RESERVATIONS - INDIVIDUAL RESERVATIONS**

    For individual reservations please call 1-800-241-3333 and reference the name of the Event.  All reservations
    should be received by the Hotel no later than Monday, October 6, 2008.

**GUARANTEED RESERVATIONS**

All reservations must be accompanied by a first night room deposit or guaranteed with a major credit card or by Client.
Hotel will not hold any reservations unless secured by one of the above methods.

**CUTOFF DATE**

Reservations by attendees must be received on or before Monday, October 6, 2008 (the "Cutoff Date").  At the Cutoff
Date, Hotel will review the reservation pickup for the Event, release the unreserved rooms for general sale, and determine
whether it can accept reservations based on a space- and rate-available basis at the Client group rate after this date.

Release of rooms for general sale following the Cutoff Date does not affect Client's obligation, as discussed elsewhere in
this Agreement, to utilize guest rooms.

April 24, 2008

06/27/08   FRI 15:57  FAX 9052146890                                                                      ☑005

## METHOD OF PAYMENT

The method of payment of the Master Account will be established upon approval of Client's credit.

- It is our understanding that your individual guests are responsible for payment of their charges.

- The Sales Rates will be a split into two portions: Individual guest to pay $695.00 of the rate and the remainder of the rate to be charged to the Master Account.

- Meeting Room Rental and the Food & Beverage ordered in the Boardroom and the Library Suites to be posted to the Master Account.

The outstanding balance of the Client's Master Account (exclusive of disputed charges) will be due and payable upon receipt of invoice. Client will raise any disputed charge(s) within thirty (30) days after receipt of the invoice. The Hotel will work with Client in resolving any such disputed charges, the payment of which will be due upon receipt of invoices after resolution of the dispute. If payment of any invoice is not received within thirty (30) days of the date on which it was due, Hotel will impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance commencing on the invoice date.

## ADVANCE PAYMENTS

| DEPOSIT TYPE | DUE DATE | AMOUNT DUE | EXTENDED | NOT RECEIVED |
|---|---|---|---|---|
| INITIAL DEPOSIT | 25-Jun-2008 | 13,575.00 | | .00 |

*hm 6/27/08*

An advance payment of $13,575.00, which represents approximately 25% of the estimated room revenue is required by July 25, 2008 in order to hold space. If the advance payment is not received, rooms taken out of inventory may be released. Advance payments are to be applied towards cancellation penalties if applicable.

## BILLING ARRANGEMENTS

The following billing arrangements apply.

- It is our understanding that your individual guests are responsible for payment of their charges.

- The Sales Rates will be a split into two portions: Individual guest to pay $695.00 of the rate and the remainder of the rate to be charged to the Master Account.

- Meeting Room Rental and the Food & Beverage ordered in the Boardroom and the Library Suites to be posted to the Master Account. *Any food & beverage ordered in portion's only to be billed to a staff (Carlson)*

## FUNCTION INFORMATION AGENDA/EVENT AGENDA

*Room - process to be confirmed by meetings & special events manager once assigned*

Based on the requirements outlined by Client, the Hotel has reserved the function space as forth in Attachment "A" located on the last page(s) of this Agreement.

## ROOMS ATTRITION

Hotel is relying upon Client's use of the Room Night Commitment. Client agrees that a loss will be incurred by Hotel if Client's actual usage is less than 85% of the Room Night Commitment. Rooms picked up by Client outside the Room Night commitment will count toward the room-block.

If Client's actual usage is less than 85% of the Room Night Commitment, Client agrees to pay, as liquidated damages and not as a penalty, the difference between 85% of the Room Night Commitment and Client's actual usage, multiplied by the average group room rate.

Hotel agrees to waive attrition penalties on a given night upon reaching 100% occupancy.

April 24, 2008

☒008

## ADJUSTMENTS TO CONCESSIONS

In the event of reduction in the Room Night Commitment of more than 15%, the Hotel may adjust any concessions previously offered in this Agreement, including those concessions offered on a complimentary basis, and may also adjust the Function Space in direct proportion to the reduction in the Room Night Commitment.

## FOOD AND BEVERAGE REQUIREMENT

Hotel will confirm the food and beverage prices 3 months prior to Client's arrival date.

## FOOD AND BEVERAGE ATTRITION/SPECIFIC FUNCTION CANCELLATION

Client has committed to the functions listed on the Function Information Agenda/Event Agenda Attachment.

*Hotel Revenue Estimate will be this estimate or the estimate in the Banquet Event Order, whichever is greater.

If any such function is cancelled or there is a reduction of more than 15% in the listed number of covers, Client agrees to pay Hotel within thirty (30) days, as follows:

1. Function is cancelled with advance notice of 72 hours or more: 85% of the food and beverage revenue that the hotel reasonably estimates (based on the then-current minimum catering prices and listed number of covers) that it would have received for such function but for the cancellation (the "Hotel Revenue Estimate") and 100% of the Facility Fee.
2. Function is cancelled with advance notice of less than 72 hours: 100% of the Hotel Revenue Estimate for such function.
3. Function attendance is reduced with advance notice of 72 hours or more: 85% of the difference between the Hotel Revenue Estimate for such function and the actual revenue received for such function.
4. Function attendance is reduced with advance notice of less than 72 hours: 100% of the difference between the Hotel Revenue Estimate for such function and the actual revenue received for such function.

Hotel agrees that after receipt of this amount, it will not seek further damages resulting from the cancellation or attrition of such catered functions.

Provided that Client timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from Client relating to the Cancellation.

## CATERING/CONFERENCE SERVICES ASSIGNMENT

We will assign a Catering/Conference Services Manager to your Event. He or she will assist you with the details of your menu planning, room set-ups, audio-visual, signage, transportation and other aspects of your Event. You agree to discuss your meeting arrangements and/or food and beverage functions with the Catering/Conference Services Manager to determine whether labor and/or special service charges, if any, will apply in addition to those set forth in this Agreement. Your entire Event details should be finalized at least fourteen (14) days prior to arrival. All banquet, catering details and charges will be set forth on a separate agreement, which is available from the Catering/Conference Services Manager, and once signed will become a part of this Agreement.

## FOOD AND BEVERAGE POLICIES

You agree that all food and beverage items purchased or consumed by your attendees at the Hotel must be supplied and prepared by the Hotel. At least 72 hours before your Event, you need to inform the Catering/Conference Services Manager of the guaranteed attendance for all food and beverage functions. In the event that you do not provide a guarantee of attendance, we will automatically use the anticipated number of attendees provided by you to determine the charges for which you will be fully responsible. The food and beverage functions for your Event will be those functions set forth in the attached Conference/Event Agenda, and will be subject to service charges and taxes. Currently, the service charges and taxes are as follows: service charges are 22%; taxes are 8.375%. Please note that service charges are taxable and subject to change.

April 24, 2003

06/27/08   FRI 15:53  FAX 9052148880                                                          ✷007

## BANQUET OVERTIME CHARGES

An established function time is noted on the Event Agenda. In the event your function exceeds the beginning and end times, as noted on the Event Agenda, an overtime charge will apply, pending confirmation of space availability from your Conference Service Manager and/or Banquet Captain. There will be a charge of $50.00 for every additional hour or fraction thereof, for each server scheduled. In the event that an event function service has not been completed as follows:

- Continental Breakfast: After two (2) hours from the start of the breakfast.
- Hot Breakfast: After one and a half (1 ½) hours from the start of the breakfast.
- Breaks: After two (2) hours from the start of the break.
- Lunch: After two (2) hours from the start of the lunch.

There will be a charge of $25.00 for every additional hour or fraction thereof, per guest, in the event that an service has not been completed as follows:

- Reception: After one (1) hour from the start of the reception.
- Dinner Dance: After four (4) hours from the start of the dinner dance.
- Dinner: After three (3) hours from the start of the dinner.

The hourly overtime charge of $50.00 per hour, per server and $25.00 per hour, per guest, respectively, is subject to a 22% taxable Service Charge. All taxes are subject to change without notice.

## AUDIO VISUAL

The Hotel's Audio-Visual Provider, EVL, shall be the exclusive provider of audio-visual equipment. In the event that the Organization chooses to use an outside vendor for their audio-visual needs, there will be a $2,500 fee posted to the Master Account.

## CANCELLATION

Client acknowledges that if it cancels or otherwise materially abandons its planned use of the Room Night Commitment (a "Cancellation"), this action would constitute a breach of Client's obligation to Hotel and Hotel would be harmed. Because Hotel's harm (and Client's obligation to compensate Hotel for that harm) is likely to increase if there is a delay in notifying Hotel of any Cancellation, Client agrees to notify Hotel, in writing, within five (5) business days of any decision to Cancel. In addition, if a Cancellation occurs, the parties agree that:

(a) It would be difficult to determine Hotel's actual harm.

(b) The sooner Hotel receives notice of the Cancellation, the lower its actual harm is likely to be because the probability of mitigating the harm by reselling space and functions is higher.

(c) The highest dollar amount in the chart (the "Chart") set forth below reasonably estimates Hotel's harm for a last-minute Cancellation and, through its use of a sliding scale that reduces damages for earlier Cancellations, the Chart also reasonably estimates Hotel's ability to lessen its harm by reselling Client's space and functions.

Client therefore agrees to pay Hotel, within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, the amount listed in the Chart below.

| Date of Decision to Cancel | Amount of Liquidated Damages |
|---|---|
| Date of Agreement to August 27, 2008 | $45,097.50 (75%)  $43,822.50 |
| From August 28, 2008 to October 27, 2008 | $60,045.00 (100%) |

$ 58,439.00

Provided that Client timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from Client relating to the Cancellation.

April 24, 2008

05/27/08    FRI 15:53  FAX 9052146680                                                                    ☒008

## IMPOSSIBILITY

The performance of this Agreement is subject to termination without liability upon the occurrence of any circumstances beyond the control of either party – such as acts of God, war, government regulations, disaster, strikes (except those involving the employees or agents of the party seeking the protection of this clause), civil disorder, or curtailment of transportation facilities – to the extent that such circumstances makes it illegal or impossible to provide or use the Hotel facilities. The ability to terminate this Agreement without liability pursuant to this paragraph is conditioned upon delivery of written notice to the other party setting forth the basis for such termination as soon as reasonably practical - but in no event longer than ten (10) days - after learning of such basis.

## COMPLIANCE WITH LAW

This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, and the like. Hotel and Client agree to cooperate with each other to ensure compliance with such laws.

## CHANGES, ADDITIONS, STIPULATIONS, OR LINING OUT

Any changes, additions, stipulations, or deletions, including corrective lining out by either Hotel or Client, will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other.

## LITIGATION EXPENSES

The parties agree that, in the event litigation relating to this Agreement is filed by either party, the nonprevailing party in such litigation will pay the prevailing party's costs resulting from the litigation, including reasonable attorneys' fees.

## LIQUOR LICENSE

Client understands that Hotel's liquor license requires that beverages only be dispensed by Hotel employees or bartenders. Alcoholic beverage service may be denied to those guests who appear to be intoxicated or are under age.

## USE OF OUTSIDE VENDORS

If Client wishes to hire outside vendors to provide any goods or services at Hotel during the Event, Hotel may, in its sole discretion, require that such vendor provide Hotel, in form and amount reasonably satisfactory to Hotel, an indemnification agreement and proof of adequate insurance.

## RITZ-CARLTON RIGHTS AND LITERATURE

You expressly recognize and acknowledge that your rights under your contract shall not confer upon you any right in, or the right to use the Hotel's trademarks, the name "Ritz-Carlton", or the lion and crown logo associated with such trademarks. Any use of the name "Ritz-Carlton" for location identification purposes shall only be done with the express prior written consent of the Hotel. You further acknowledge that "Ritz-Carlton" is a federally registered trademark of The Ritz-Carlton Hotel Company, L.L.C. Any printed items or communication/tools pertaining to the Hotel or the use of The Ritz-Carlton logo must have prior approval from the Hotel. This approval includes print media (newspapers and magazines), broadcast media (radio, television/cable), electronic media (Internet, electronic communications), external (painted tickets, newsletters) or any other form of advertising or marketing.

## PERFORMANCE LICENSES

Client will be solely responsible for obtaining any necessary licenses or permission to perform, broadcast, transmit, or display any copyrighted works (including, without limitation, music, audio, or video recordings, art, etc.) that Client may use or request to be used at the Hotel.

April 24, 2008

☒ 009

## ACCEPTANCE

Prior to execution by both parties, this document represents an offer by the Hotel. Unless the Hotel otherwise notifies Client at any time prior to Client's execution of this document, the outlined format and dates will be held by the Hotel for Client on a first-option basis until June 27, 2008. If Client never makes a commitment prior to that date, the offer will revert to a second option basis or, at the Hotel's option, the arrangements will be released, in which case neither party will have any further obligations. Upon receipt by Hotel of a fully executed version of this Agreement prior to June 27, 2008, or upon Hotel's acceptance of a fully executed version of this Agreement after such date, it will be placed on a definite basis and will be binding upon Hotel and Client.

Hotel and Client have agreed to and have executed this Agreement by their authorized representatives as of the dates indicated below.

## SIGNATURES

Approved and authorized by Carlson Marketing Canada, Ltd, acting agent for Nortel Networks Inc.

Name: (Print)    Ms. Lee Ann Marano

Title: (Print)    Manager

Signature:

Date:    June 27/08

Approved and authorized by Hotel: The Ritz-Carlton New York, Battery Park

Name: (Print)    Jeanette Bianchetto

Title: (Print)    Director of Group Sales

Signature:    Carole Chapman on behalf of Jeanette Bianchetto

Date:    6/27/08

## Function Information Agenda/Event Agenda
## Attachment "A"

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27-Oct-2008 | 8:00 AM | 11:59 PM | Hospitality Suite | Suite | Hospitality | | |
| 28-Oct-2008 | 12:01 AM | 11:59 PM | Hospitality Suite | Suite | Hospitality | | |
| 28-Oct-2008 | 7:00 AM | 8:00 PM | Meeting | Boardroom | Conference | | 2,500.00 |
| 28-Oct-2008 | 8:01 PM | 11:59 PM | 1st Right of Refusal | Boardroom | Special Set | | |
| 29-Oct-2008 | 12:01 AM | 11:59 PM | Hospitality Suite | Suite | Hospitality | | |
| 29-Oct-2008 | 7:00 AM | 8:00 PM | Meeting | Boardroom | Conference | | 2,500.00 |
| 29-Oct-2008 | 8:01 PM | 11:59 PM | 1st Right of Refusal | Boardroom | Special Set | | |
| 30-Oct-2008 | 12:01 AM | 12:00 PM (Oct. 31) | Hospitality Suite | Suite | Hospitality | | |

Check in for Guest Rooms and Suites is 3 PM.
Checkout for Guest Rooms and Suites is 12 PM.

The Boardroom from 8:01 PM-11:59 PM, on October 28 and 29, 2008 are being held on a First Right of Refusal. If Client decides they do want the Boardroom for those hours, the daily rate would increase from $2500.00 to $3500.00.

Please note rooms are not automatically held on a 24 hour basis if you are not holding space in evening hours; space will be sold for evening functions. This means your meeting rooms may be subject to tear down and reset each day.

Meeting Room Rental Fees are subject to City Occupancy Tax 5% plus $2.00. All taxes are subject to change without notice.

This contract includes the Conference/Event Agenda, outlining and confirming your Event. Our decision to enter into this Agreement and the determination of your guest room rates and the function and the meeting room space charges, if any, are based in part, upon your agreement to hold the functions as described in your Conference/Event Agenda. Please review the Conference/Event Agenda carefully. If there are any revisions or additions to this agenda, please advise us as soon as possible in order to secure the appropriate space for the function. Function rooms are assigned based on the number of persons anticipated.

April 24, 2008

06/27/08   FRI 15:43  FAX 0053148690    ☒011

### Opening Paragraph – Amendment

This document (the "Amendment") amends and/or supplements the terms and conditions of the agreement (the "Agreement") dated June 16, 2008 between **THE RITZ-CARLTON NEW YORK, BATTERY PARK** ("Hotel") and Nortel Networks Inc. ("Client"), represented by its agent Carlson Marketing Canada Ltd. ("CM"), for Client's program (the "Travel Program") from **OCTOBER 27 - 30, 2008** (the "Program Dates"). In the event of a conflict between the Agreement and this Amendment, the terms of this Amendment will prevail.

## TERMS AND CONDITIONS

**No Waiver**
* No course of dealing or failure of Client or CM to enforce strictly any term, right or condition of this Agreement will be construed as a waiver of such term, right or condition.

**Entire Agreement**
* This Agreement and Addendum, constitutes the entire agreement between the parties with respect to, and supersedes all previous agreements or understandings between the parties relating to, the subject matter hereof. Except as otherwise provided herein, this Agreement may be modified or amended only by a writing signed by authorized representatives of the parties. In the event of a conflict between this Agreement and the Hotel Contract the Addendum will prevail.

**Insurance**
1. Coverage and Limits – During the Agreement, Hotel will carry the following types of insurance coverage and liability limits:

    (a) *Business automobile liability insurance* for all owned and non-owned vehicles, covering at minimum, bodily injury and property damage, with a minimum liability limit of $1,000,000.00 for each occurrence;

    (b) *Commercial general liability insurance* covering at minimum, bodily injury, broad form property damage, and blanket contractual liability, with a minimum liability limit of $5,000,000.00 for each occurrence;

    (c) *Employer's liability insurance* with a minimum liability limit of $1,000,000.00; and,

    (d) *Workers' compensation*, with the statutory requirement for coverage

    1.1 *Additional Insured* – Hotel will name Nortel as an additional insured on its commercial general liability policy.

    1.2 *Certification* – On Nortel's request Hotel will provide Nortel with certificates confirming all insurance coverage.

    1.3 *Termination of Coverage* - Nortel may terminate Hotel's performance of Services, if any of the required insurance coverage terminates.

April 24, 2008

2. **Notice of Changes in Coverage** – Hotel will give Nortel 30 days notice of the cancellation or material modification of the insurance coverage and limits in Article 1 above.

3. **Changes Required by Nortel** – Nortel may request Hotel to increase its coverage, if Nortel reasonably believes that the preceding coverage is inadequate.

**Hotel Indemnification**
Hotel will indemnify and hold harmless Nortel and its Subsidiaries and Affiliates (including their employees, officers and directors) from fines, penalties, losses, costs, damages, injuries, claims, expenses or liabilities (a) resulting from injury or death of a person or damage or loss of property caused by Hotel's negligent performance under this Agreement or otherwise by the negligent or willful acts or omissions of Hotel, its officers, directors, employees, representatives or (b) resulting from Hotel's breach of law or regulation during the course of performing its obligations under this Agreement.

At its expense Hotel will (a) defend against or settle Claims, and (b) pay related costs and attorneys' fees. Hotel will have sole control of the settlement or defense of Claims, but Nortel or the indemnified Subsidiary or Affiliate may participate in the defense or settlement at its own expense.

**Nortel Indemnification**
Nortel will indemnify and hold harmless Hotel, and its subsidiaries and affiliated companies, (including their employees, officers and directors) from fines, penalties, losses, costs, damages, injuries, claims, expenses or liabilities (collectively "Hotel Claims") resulting from injury or death of a person or damage or loss of property caused by the negligent or willful acts or omissions of Nortel, its officers, directors, employees, representatives, or Event attendees, except to the extent directly attributable to the negligent or willful acts or omissions of Hotel, and its directors, officers, employees and representatives.

At its expense Nortel will (a) defend against or settle Hotel Claims, and (b) pay related costs and attorneys' fees. Nortel will have sole control of the settlement or defense of Hotel Claims, but Hotel or the indemnified subsidiary or affiliated company may participate in the defense or settlement at its own expense.

**Damages**
With the exception of Hotel indemnifying Nortel hereunder, or Nortel indemnifying Hotel hereunder, or a party's breach of confidentiality, neither party will be liable for any unforeseeable, incidental or consequential damages or for any loss of revenues, loss of profits, loss of goodwill or other forms of economic loss, even if the party or its authorized representative has been advised of the possibility of the type of damages and notwithstanding any failure of the essential purpose of any limited remedy.

**Force Majeure Language Including Health Risk**
The performance of the Agreement by either party is subject to acts of God, war, terrorism, government regulation, civil disobedience, disaster, or other casualty, strikes or threat of

April 24, 2008

06/27/08   FRI 15:44  FAX 9052148690                                                                    013

strikes (except that neither party may terminate the Agreement for strikes or labor disputes involving their own employees or agents), the destination's appearance on a State Department Advisory List, power outage, or curtailment of transportation services preventing the attendance of at least twenty-five (25%) of the anticipated attendees from attending, or similar cause beyond the control of either party making it illegal, impossible, or reasonably impracticable to hold the meeting/convention or provide the facility or an adverse health situation such as an epidemic, whereby the World Health Organization or similar agency in that country has issued a travel advisory for such country. Either party may terminate or suspend its obligations under the Agreement by written notice to the other party of such events to the extent such events are beyond the reasonable control of the party whose reasonable performance is prevented or frustrated.

**Maintenance & Renovation**

- Hotel agrees that no renovation or constructions are currently scheduled to take place at the property during the Program Dates. For purposes of determining compliance with this section, the parties agree that routine maintenance and repairs are not considered renovation or construction, unless they materially interfere with Client's guests' use or enjoyment of the facilities. If, however, it is determined after contract signing that renovation or construction is necessary prior to Program Dates, Hotel will immediately notify CM and Client in writing and Client shall have the right to cancel this Agreement without penalty. If renovation or construction must take place or continues at Hotel during the Program Dates, Hotel will make arrangements to limit inconvenience to Client. If such arrangements are not reasonable to Client, it shall have the right to immediately cancel this Agreement without penalty and seek further damages from Hotel. If Client exercises its right to cancel this Agreement pursuant to this section, Hotel agrees that it will return to Client any deposits previously paid.
- Hotel shall advise Nortel Networks if any emergency or last minute construction is scheduled. Nortel Networks may cancel at any time without penalty or cancellation fees, if these conditions may affect a successful event.
- Based upon CM's or Client's request, at reasonable intervals during the term of this Agreement, Hotel will review with, and provide written assurance to, CM and Client that the Hotel is, and provides services at the level of, a 4 star Hotel and will maintain such levels for the Program Dates.

**Termination**

- Client may terminate this Agreement without liability upon written notice to Hotel if:

  (a) ownership of the property or its management company changes at any time after execution of this Agreement;

  (b) after execution of this Agreement the Hotel is no longer a 4 star Hotel or Hotel is unable to provide the services of the level of a 4 star Hotel at time of Program Dates. The parties agree to utilize the then-current criteria of _____ as published by Mobil in the Mobil Travel Guide;

  (c) Hotel makes a voluntary or involuntary assignment for the benefit of creditors or enters into bankruptcy proceedings, becomes insolvent or subject to foreclosure, or takes any action for the benefit of creditors or relief of debtors prior to the Program Dates;

April 04, 2006

(d) Hotel's employees go out on strike;
or (e) Hotel otherwise breaches any of its obligations, representations or warranties described herein. In the event of such termination, all deposits previously paid hereunder will be fully refunded to Client within fifteen days of such termination.

**Compliance with Laws**

- Hotel represents and warrants that it will at all times be in compliance with all local, state and federal laws, rules, regulations, codes and ordinances (the "Legal Requirements"). Further, Hotel will advise Client, through CM if applicable, of all Legal Requirements which may apply to the travel program or the services to be provided hereunder.

**Confidentiality**

- Hotel acknowledges that all information, including but not limited to data, records, lists, artwork, music, documents, pricing and contract terms, furnished by Client or CM or which come to Hotel's attention in connection with or because of this Agreement (the "Information"), including without limitation Customer Information as defined below, constitutes a valuable asset of and is proprietary to Client and/or CM. With respect to Information received from Client or CM hereunder, Hotel represents and warrants that: it will keep all information confidential; it will safeguard such Information with the same degree of care, but no less than a reasonable degree of care than Hotel regularly uses to protect its own confidential and proprietary information from unauthorized use, dissemination or publication; all Information will be used solely to the extent necessary to provide the goods or perform the services described in this Agreement. Hotel, without Client's prior written approval, will not and will instruct its employees and representatives not to, disclose or provide a copy of any Information to any person within or outside its organization, except to the extent such disclosure is necessary for performance of this Agreement or is pursuant to a valid court order or government demand. Prior to any such disclosure Hotel will obtain a written agreement from any person(s) receiving Information consistent with the requirements described above. Hotel will protect the Customer Information and will not use the names or likenesses of Client or its guests for publicity or marketing purposes without the express written consent of Client and the guest(s). This section survives the expiration or termination of this Agreement.

- "Customer Information" means all information about the Travel Program participants, including without limitation, names, addresses, e-mail addresses, telephone numbers, social security numbers, account number(s), and credit or debit card numbers. All such Customer Information is and shall remain the sole property of Client.

- The Hotel may not issue any media releases, public announcements and public disclosures, relating to this Agreement or use the Client's name or logo for, including, without limitation, promotional or marketing material, or customer lists, except as permitted hereunder.

**Dispute Resolution**

- Neither Client nor Hotel will be bound or obligated to submit to arbitration or mediation any dispute regarding the terms and conditions of the Agreement, this Addendum, or incidents arising from Client's use of the facilities provided for in the Agreement, although

April 24, 2008

@ 015

the parties may mutually agree to do so.  Absent such agreement, both parties specifically reserve the right to resolve any such disputes through litigation.

**Competitors**
- Hotel agrees not to contract with any competitor of Client for any or all of the Program Dates without notifying Client. The following are deemed to be competitors of Client for purposes of this paragraph:

| Nortel List of Competitors | Atlas | Foundry Networks | Samsung |
|---|---|---|---|
| | Avaya | Fujitsu | Sonus |
| | Cedarpoint | Genesys | Syndeo |
| | Communications | Huawei | Tellabs |
| 3Com | Ciena | Juniper Networks | Toshiba |
| Adva | Cisco | Mitel | Tropos Networks |
| Alcatel-Lucent | Ericsson | Motorola | ZTE |
| Alvarion | Extreme | Nec | |
| Aruba | Extreme Networks | Nokia Siemens | |
| Aspect | Foundry | Panasonic | |

( Formatted: Italian (Italy) )

April 24, 2008

- Hotel agrees to notify Client if any other incentive house has booked space at Hotel during the Extended Program Dates.

**Requests for Space by Competitors:**
Due to the sensitive nature of Nortel Networks program, the Hotel agrees to notify client of any 'related groups' or corporations with related products (high tech/networking/telecommunications), meeting within the hotel over the same dates contracted for within this contract. Until execution, the Hotel agrees that it will consult with the Nortel Networks should another competitor request space at the hotel over the same dates. The Hotel also agrees to not schedule site inspections for any company considered competitors during contracted peak program days. See attachment for list of competitive organizations.

## ROOM BLOCK

**Room Rate**
- Hotel shall provide an extension of the contracted group rate for three days prior to and three days after Program Dates ("Extended Program Dates"), upon hotel availability.

**Leisure/Additional Group Room Rates**
- The HOTEL agrees not to accept leisure reservations at rates lower than the Nortel Networks Conference rate over the dates of Oct 27-31, 2008 until the reservation cut-off date of (approximately 2 weeks out from conference.

**Rooming List Due Date**
Rooming list is due to the Hotel by October 6, 2008.

- By virtue of this Agreement all rooms are considered guaranteed and may not be released without express written consent of Client or CM as Agent up until cut off date. Any rooms not covered by the rooming list will be subject to attrition and cancellation policies herein.
- Hotel shall accept name changes to room reservations at any time prior to guest arrival.
- Client may purchase any rooms in excess of the contracted block that remain available as of the rooming list due date. These additional rooms will be provided at the group rate, based upon Hotel availability and occupancy.

**Cut-Off Date**
- Reservations by attendees must be received on or before Friday, (October 6, 2008). At the Cut-Off Date, Hotel will review the reservation pick up for the Event, and release the unreserved rooms for general sale. However, Hotel agrees to accept reservations based on a space- and rate-available basis at the Nortel Networks group rate after this date and released rooms that are resold will not be calculated in attrition counts as non-performance. Hotel must be at 100% occupancy for attrition penalties to be waived.

1

## ADA

- Hotel must comply with American Disabilities Act Clause.

## Sleeping Accommodations

- Room rates to be commissionable @ 10%.
- Complimentary rooms to be provided at a ratio of 1 per 50 occupied on a cumulative basis. It is requested that the complimentary rooms be credited to the master account, in order to comply with Client's political structure and corporate audit procedures.
- Rooms to be guaranteed at contracted group rate, even after cut-off date, based on availability.
- Group rates should apply 3 days prior and 3 days after program dates, based on availability.
- Reservation Cut-off dates should be no further than 21 days out.
- The hotel agrees to a NO WALK POLICY WITH THIS GROUP. In the unlikely event the Hotel overbooks or cancels space and is not able to accommodate all program attendees with confirmed reservations, the hotel will, at its expense, provide nearby housing/meeting space accommodations for the same dates and at comparable quality of hotel. In addition, the hotel agrees to cover additional relocation costs incurred by Client, as well as other costs involved (e.g., travel, telephone calls, etc.) and to provide transportation to and from such substitute housing for each day the original confirmed reservation is not honored.
- complimentary rooms credited to the master account at close of meeting.

## Relocation

- Hotel agrees to use best efforts to relocate other guests before relocating any Travel Program participants; however, if Hotel is unable to provide any or all of the contracted sleeping rooms, function space and/or related services, Hotel must, at its expense, secure substitute accommodations and services for same dates at a mutually agreed-to nearby facility that is equal to or of greater quality than Hotel. In addition, Hotel agrees to cover room and tax (e.g., travel, local telephone calls) incurred by Client as a result of this relocation and to provide transportation for all relocated guests and staff to and from such substitute facility each day of the originally confirmed reservation periods. Once the contracted room becomes available, the Travel Program participant will be given the option of staying at the substitute hotel. If the Travel Program participant does return to the Hotel, a letter of apology from the general manager. Failure to provide agreed upon sleeping rooms, function space and/or related services is a breach of the terms of the Hotel Contract, and Hotel's mitigation of damages, as described herein, does preclude the Client from seeking additional damages against the Hotel based on said breach by the Hotel.

## Resale Clause

- In any sleeping room attrition clauses, the Hotel must include text stating that any room nights resold by the Hotel will be credited towards reducing any financial liability which Client may have incurred. Client will not pay any cancellation fees or attrition fees until after the program has operated and upon receipt of audited proof that rooms remained unoccupied. Hotel must be at 100% occupancy for attrition penalties to be waived.

2

**Rebooking**
* Hotel agrees that 25% liquidated damages charged to Client for program cancellation may be used toward other Client meeting(s) booked and actualized by March 31, 2009. The damages will appear as a credit against the bill for the new meeting(s).

**Room Cancellation Fees-See Hotel's Contract Cancellation Section**

**Sleeping Room Attrition- See Hotels Attrition Policy**

**Program Cancellation-See Hotel's cancellation policy**

## FUNCTION SPACE

**Function Space**
NOTE: The Hotel contract shall list and identify all booked function space including Client's function name or description, times held, and room setup specifications.

* Under no circumstance can function space be changed without the prior written notification and consent of the Client.
* All meeting rooms shall be ready for turnover to client, and audio-visual equipment shall be operational, at least one hour prior to the blocked time.
* Hotel agrees to make best effort not to book a group or meeting using amplified audio systems or extensive audio-visual production equipment in any space adjoining the reserved function space.
* All reserved office space must be secure and re-keyed prior to turnover to Client

**Meeting/Function Space**
Assignment of Space: All space booked for General Session, breakout rooms, meals, receptions, etc. is to be specified by name in the Contract, along with the room set-up specifications, and is not to be changed under any circumstances without the prior approval of Client. Meeting Space re-assignment only with written notification and agreement with Client.

Noise Abatement Clause: It is our understanding that there is no group or meeting scheduled in adjoining conference space using either amplified audio or extensive audio-visual production requirements. It is understood that Best Practice Partners must be notified given before the hotel enters into a contract for adjoining conference space with any group that

3

requires amplified audio or extensive audio-visual production requirements.

## FOOD & BEVERAGE

**Catering Service Standards**
NOTE: Hotel shall guarantee all catering menu prices at either contract signing or at least one year before the initial Program Date.
- All private food and beverage service areas shall be set up and ready at least one hour before service is scheduled to begin.
- Hotel shall provide one server for every 20 attendees at a sit-down meal and one server for every 30 attendees at a buffet meal.
- Hotel shall provide one bartender for every 100 attendees.
- Should Hotel not meet these standards, Client reserves the right to negotiate remedies for non-performance.
- Any applicable Hotel Policies and Procedures documents with additional cost factors must be included with the hotel contract.
- A listing of menu prices is to be provided and guaranteed no less than nine (9) months prior to the event.
- Hotel must agree to wait staff ratios of 1 waiter for every 20 persons served in seated functions.
- Hotel to specify F & B guarantee/over-set policies.

**Food & Beverage Revenue Performance-See Hotel Contract**

**F & B Cancellation/Attrition**
**Gratuities/Service Charges**
- Contract to specify if Food and Beverage gratuity/service charge is taxable (only in accordance to State Law). Service Charge is 22 % and is taxable.

## Cancellation — Food & Beverage- See Hotel Contract
## CONCESSION BREAKDOWN

**Other Concessions Requested:**

☐    0    (# of) Suites/upgrades at the group rate.

☐    0    (#of) Complimentary suites (Specify types of suites in contract)

x    2    (# of) Amenities for VIPS

☐    0    (# of)Round-trip VIP Transfers to/from airport

☐    0    (#of ) Complimentary coffee breaks

☐    ~~No charge for furniture removal~~--Other than the Bed Removal for the WorkRoom as noted in Contract.

x    Complimentary Daily Newspaper (if applicable)

4

x    Complimentary Easels
x    Hotel agrees to discount 10% off standard Audio Visual Production rates
for the meeting.
                                    u
                    **Complimentary Health Club (if applicable)**
                    **MISCELLANEOUS**
_____

**Deposits/Billing**
- Hotel will send deposit invoices, payment invoices, final billing and all back-up
  documentation to the following address:
                                  **TBA**

- All deposits to Hotel should be sent to the following address:

                                  **TBA**

- Hotel will send an invoice for a deposit of 25% of the estimated room
  revenue due on July 25, 2008.
- Electronic billing is preferred method of preliminary billing.
- Within 10 business days of the final Program Date, Hotel will send a final bill,
  together with complete back-up documentation, to Client or CM as
  Agent if applicable. Failure to provide the final bill within said 10 days would
  result in a reduction of $100 per day from the final bill. Client/CM terms are
  net 45 days from receipt of invoice.
- To eliminate discrepancies, each day (including weekends and holidays) Hotel
  will review with Client the previous day's charges.
- Surcharges and/or other forms of revenue enhancement will not be accepted
  unless specifically agreed to under this contract.

**Deposit/Billing Requirements**

**Initial Deposit**
- Due Date for initial deposit (if required) should be indicated on the contract
  no sooner than thirty (30) days after signing date, in order to give Client
  sufficient time to process Best Practice Partner's invoice. Please note that
  Best Practice Partners cannot extend deposit on behalf of Client unless funds
  have been received.

**On-Site Accounting**
The following reports will be needed during the on-site operation; additional
reports may be required, as specified in the Billing Instructions.
Expected Arrival List
Expected Departure List
Alpha In-House List

                                                                              5

☒021

Numero In-House List
Nightly Room Pick-up, by room type/run daily
List of No Shows per night/run daily
Food and Beverage Charges/run daily
A/V Charges/run daily

**Final Payment to Hotel**

- 80% of the final billing will be paid to the hotel 30 days after conclusion of the program. Due Date for the remaining 20% should be indicated 75 days after conclusion of the program, in order to allow sufficient time for final billing reconciliation, invoice preparation and client payment turn-around.

**Option Dates**

- The Hotel agrees to hold Program Dates on a tentative basis until June 25, 2008. After that date, if no decision has been made, the option date may be extended by mutual agreement of the parties

**Closing Paragraph**
Accepted and agreed to by Hotel or Facility:     Nortel Networks, Inc. as
represented by its agent

_on behalf of Janette_
Signature _$Thicks_

Carlson Marketing Canada Ltd.

_Lee Ann Marano_
Signature

Printed Name/Title _Edvin Heymen_

Printed Name/Title _Lee Ann Marano_

Date _6/27/08_

Date _June 27 - 08_

6