# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  | X | Chapter 11 |
|---|---|---|
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks, Inc., *et al.*, | : | Jointly Administered |
| Debtors. | : | |
|  | X | |

### DECLARATION OF GAUTAM LAMBA
### IN SUPPORT OF RITZ-CARLTON HOTEL COMPANY, LLC'S
### RESPONSE TO OBJECTION TO ITS CLAIM

Pursuant to 28 U.S.C. § 1746, I, Gautam Lamba, declare the following:

1.  I have personal knowledge of the facts alleged herein, and the information is true and correct to the best of my knowledge and belief.

2.  I am the Director of Finance and Accounting for The Ritz Carlton New York Battery Park Hotel ("the Hotel").

3.  The Hotel's Proof of Claim in this action filed on August 6, 2010 is based upon an event held at the Hotel by Nortel Networks, Inc. ("Nortel") October 27-31, 2008.

4.  The October 2008 event was held pursuant to a contract executed June 27, 2008.

5.  At the conclusion of the Nortel event in October 2008, the amount owed by Nortel to the Hotel for services and facilities provided was $61,064.47.

6.  An invoice in this amount was sent by the Hotel to Nortel's agent, Carlson Marketing Canada, Ltd.

7.  On February 11, 2009, the Hotel received an email from Carlson Marketing Canada Ltd.'s manager of accounts receivable in regard to the invoice for the October 2008 event. The email states: "As you know, on January 14, 2009 Nortel Networks Corp. Filed for ...

bankruptcy protection. Carlson has not receive any funds from Nortel for the operation of this [October 2008] program; thusly Carlson Marketing Canada Inc. is not liable to pay invoice [for the October 2008 event] to Ritz-Carlton. In order to receive funds, Ritz-Carlton must file a claim with the [bankruptcy] trustee."

8. Nortel – not its agent, Carlson Marketing Canada, Ltd. – utilized the facilities and services of the Hotel during its October 2008 event, resulting in charges of $61,064.47.

9. The documents attached to the Hotel's Response to Objection to its Claim as Exhibits C, D and E are true and correct copies of documents kept as business records by the Hotel as part of its ordinary course of business.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on February 22, 2011.

_____
Gautam Lamba