# EXHIBIT D

November 18, 2008

Carlson Marketing Worldwide
Attn: Ms Jennifer Pilson
2845 Matheson Blvd East
Mississauga, Ontario L4C 5K2

G 9155

E jpilson@carlsoncanada.com

Dear Ms. Pilson,

We would like to thank you for allowing us the opportunity to serve the ladies and gentlemen of the Carlson Marketing Worldwide group while attending the event at the Ritz-Carlton New York, Battery Park. We trust you and your guests enjoyed a successful and memorable event.

Enclosed, please find the preliminary balance for Master Account No.G9155 including details and supporting backup information.

| | |
|---|---|
| Room Charges | 47,603.97 |
| Banquet Charges/IRD | 11,604.34 |
| Audio Visual | 1,454.40 |
| Bellman Gratuities | 364.00 |
| Attrition | 13,395.26 |
| Pre Paid Deposit | (13,357.50) |
| Total | $61,064.47 |

The Invoice Summary indicates a balance of $61,064.47 which is due and payable upon receipt. If you have any questions or if I may be of assistance, please contact me at 917-790-2437.

Thank you for choosing The Ritz-Carlton New York, Battery Park and we look forward to seeing you again.

Warmest Regards,

Erik Rosenberg
Accounts Receivable Representative

NOTE: The hotel Federal Tax ID No. is 58-2104815. Your Accounting Department may need it in order to process the payment.