# EXHIBIT E

### Baltzer, Tom (Ritz-Carlton)

| | |
|---|---|
| **From:** | Reid, Griffen [GReid@carlsoncanada.com] |
| **Sent:** | Wednesday, February 11, 2009 9:52 AM |
| **To:** | Baltzer, Tom (Ritz-Carlton) |
| **Cc:** | Selby, Les; Chang, Shirley; Pilson, Jennifer; Tannis, Jan; Poliszchuk, Irene; Madeiros, Elaine; Yim, Patricia |
| **Subject:** | Ritz-Carlton - Invoice "G 9155" |
| **Attachments:** | Nortel Filing.PDF |

Without Prejudice

Tom,

In regards to your invoice "G 9155" dated November 18, 2008 in the amount of $61,064.47 the contract states: "The following represents an agreement between The Ritz-Carlton New York, Battery Park (Hotel) and Carlson Marketing Canada, Ltd., acting agent for Nortel Networks Inc (Client)". As you may know, on January 14, 2009 Nortel Networks Corp. filed for CCAA protection (bankruptcy protection). Carlson has not received any funds from Nortel for the operation of this program; thusly Carlson Marketing Canada Inc. is not liable to pay invoice "G 9155" to Ritz-Carlton. In order to receive funds, Ritz-Carlton must file a claim with the trustee. Information regarding the filing and instructions on how to file a claim can be found in the attached document.

Carlson sincerely regrets these unfortunate turn of events, but hopes that Ritz-Carlton and Carlson can continue to have a strong business relationship for a long time to come.

Regards,

**Griffen Reid | Manager of Accounts Receivable | Finance | Carlson Marketing**
phone: 905.214.8412 | fax: 905.214.8887 | www.carlsonmarketing.com
2845 Matheson Blvd. E. | Mississauga, ON L4W 5K2 | Canada

2/19/2009