# EXHIBIT F

## Exhibit A
### No Liability Claims

| Claim to be Expunged | | | |
|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | 5328<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,238.27 (U)<br>$75,238.27 (T) | Claim asserts amounts that the Debtors do not recognize as valid liabilities of any of the Debtors in these chapter 11 cases and that the claimant has admitted were filed in error. |
| CUMBERLAND COUNTY HOSPITAL SYSTEM,INC<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | 5327<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$75,238.27 (A)<br>- (P)<br>- (U)<br>$75,238.27 (T) | Claim asserts amounts that the Debtors do not recognize as valid liabilities of any of the Debtors in these chapter 11 cases and that the claimant has admitted were filed in error. |
| FORTIS NETWORKS INC.<br>4108 E. AIRLANE<br>PHOENIX, AZ 85034 | 6486<br>12/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claimant filed a claim affirmatively asserting $0 due from the Debtors. Based on careful review of their Books and Records, the Debtors are not aware of any amounts due an owing to the claimant. |
| ISTAR CTL NORTH GLENVILLE RICHARDSON LLC<br>ATTN: PAUL SHARP, VP<br>ONE GALLERIA TOWER<br>13355 NOEL ROAD, SUITE 900<br>DALLAS, TX 75240 | 5334<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | (i) Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to the claim; (ii) Claimant filed claim preemptively assuming that Debtor would reject its lease of Claimant's real property, however Debtor did not reject its leases and no damages are owed to Claimant. |
| RITZ-CARLTON HOTEL COMPANY, LLC, THE<br>DBA RITZ-CARLTON NEW YORK BATTERY PARK<br>C/O STEVEN M. RUDNER, RUDNER LAW OFFICES<br>5001 SPRING VALLEY ROAD, SUITE 225-E<br>DALLAS, TX 75244 | 1647<br>8/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$61,084.47 (U)<br>$61,084.47 (T) | Claim asserts amounts that are due to claimant by a third party agency which is not a Debtor in these chapter 11 cases. Further this claim is redundant of claim #1359 filed by that third party for the same underlying liabilities. |
| SYMMETRICOM INC<br>2300 ORCHARD PARKWAY<br>SAN JOSE, CA 95131 | 36<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,182.60 (U)<br>$9,182.60 (T) | Claim asserts amounts that the Debtors do not recognize as valid liabilities of any of the Debtors in these chapter 11 cases and for which no support was provided by claimant. |
| ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95161-0878 | 1747<br>8/17/09<br>NO DEBTOR | Unspecified* | The claimant filed three claims each affirmatively asserting $0 due from the Debtors. Based on careful review of their Books and Records, the Debtors are not aware of any amounts due an owing to the claimant. |