# EXHIBIT G

| United States Bankruptcy Court for the District of Delaware | **PROOF OF CLAIM** |
|---|---|

Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000001359

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| NORTEL NETWORKS INC. | 09-10138 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

Carlson Marketing Canada Ltd.
2845 Matheson Blvd. East
Mississauaga, Ontario
L4W 5K2

Telephone number:905-214-8316    Email Address:pyim@carlsoncanada.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:            Email Address:

1. Amount of Claim as of Date Case Filed: $ __617,237.04_____

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: ___Services Performed__ ( see attached Statement of Account - Exhibit "A")___
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: __Vendor ID: **5861____
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**JUN 1 5 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| June 11, 2009 | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Exhibit "A"

**Submitted by: Carlson Marketing Canada Ltd.**
**Statement of Account for Nortel Networks Inc.**

| Invoice # | Date | Amount | Purchase Order # |
|---|---|---|---|
| PTINV0024754 | 3/3/2008 | -5,250.51 | 4320010846 |
| PTINV0024755 | 3/3/2008 | 6,479.51 | 4320010846 |
| PTINV0024778 | 3/12/2008 | 1,761.61 | 4320000505 |
| PTINV0025852 | 7/21/2008 | -441.14 | 4320020068 |
| PTINV0026211 | 9/9/2008 | 20,811.11 | 4320018602 |
| PTINV0026359 | 9/26/2008 | 3,627.66 | 4320046241 |
| PTINV0026646 | 11/18/2008 | 16,666.66 | 4320031423 |
| PTINV0026647 | 11/18/2008 | 14,366.66 | 4320031425 |
| PTINV0026648 | 11/18/2008 | 7,500.00 | 4320031424 |
| PTINV0026716 | 11/18/2008 | 50.00 | 4320025359 |
| PTINV0026717 | 11/18/2008 | 4,830.00 | 4320031422 |
| PTINV0026728 | 11/20/2008 | 84,571.07 | 4320037761 |
| PTINV0026782ACOR | 12/3/2008 | 17,339.74 | 4320059433 |
| PTINV0026783 | 12/3/2008 | 1,392.68 | 4320031422 |
| PTINV0026787 | 12/9/2008 | 16,666.66 | 4320031423 |
| PTINV0026790 | 12/9/2008 | 7,500.00 | 4320031424 |
| PTINV0026791 | 12/9/2008 | 14,366.66 | 4320031425 |
| PTINV0026794 | 12/9/2008 | 6,644.80 | 4320052247 |
| PTINV0026795 | 12/9/2008 | 2,380.90 | 4320031422 |
| PTINV0026873 | 12/11/2008 | 1,198.38 | 4320031422 |
| PTINV0026875 | 12/11/2008 | 18,433.57 | 4320046691 |
| PTINV0026876 | 12/11/2008 | 114,862.92 | 4320051269 |
| PTINV0026877 | 12/11/2008 | 2,193.95 | 4320031422 |
| PTINV0026878A | 12/11/2008 | 29,532.47 | 4320065404 |
| PTINV0026879 | 12/11/2008 | 2,070.00 | 4320031422 |
| PTINV0026894 | 12/12/2008 | 553.10 | 4320031422 |
| PTINV0026904A | 12/12/2008 | 29,585.98 | 4320025087 |
| PTINV0026906 | 12/12/2008 | 553.10 | 4320031422 |
| PTINV0026956 | 12/12/2008 | 7,500.00 | 4320052674 |
| PTINV0026957 | 12/12/2008 | 7,396.17 | 4320052675 |
| PTINV0026958 | 12/12/2008 | 1,350.00 | 4320031422 |
| PTINV0026981 | 12/16/2008 | 747.05 | 4320031422 |
| PTINV0026982 | 12/16/2008 | 1,306.93 | 4320031422 |
| PTINV0027049 | 12/19/2008 | 147,590.00 | 4320064549 |
| PTINV0027078 | 1/16/2009 | 5,507.68 | 4320021604 |
| PTINV0027084 | 1/16/2009 | 3,280.31 | 4320066336 |
| PTINV0027112 | 1/21/2009 | 22,311.36 | 4320058142 |
| | **TOTAL** | **617,237.04** | |

Carlson Marketing Canada
2845 Matheson Blvd. E.
Mississauga, ON  L4W 5K2

tel: 905-214-8699
fax: 905-214-8693
www.carlsoncanada.com



June 11, 2009

Nortel Networks Inc.
Claims Processing Centre
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

Carlson Marketing Canada Ltd. -- Proof of Claim Documentation

To Whom It May Concern:

I am writing to inform you of the documents included in this packet. Due to the large
number of invoices outstanding in our claim, I have included a Statement of Account
(Exhibit "A") of all pre-petition invoices that Nortel Networks Inc. owes Carlson
Marketing Canada Ltd. If necessary Carlson is willing to provide backup to its claim at
the debtor's request.

For questions regarding this claim, please contact Griffen Reid at
greid@carlsoncanada.com or 905-214-8412.

Sincerely
Carlson Marketing Canada Ltd,

Griffen Reid
Manager of Accounts Receivable



carlson marketing
relationships. results.

Carlson Marketing Canada
2845 Matheson Blvd. E.
Mississauga, ON L4W 5K2

RECEIVED

JUN 1 6 2009

Nortel Networks Inc.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY  10150-5075