## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on this 23rd day of February, 2011, I caused copies

of the **Claimant Ritz-Carlton Hotel Company, LLC'S Response to Objection to its Claim** to

be served on the parties below in the manner indicated:

### BY FIRST CLASS MAIL
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

### BY HAND DELIVERY
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo , Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801

Kevin S. Mann (No. 4576)