UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: **NORTEL NETWORK, INC.**   §                              CHAPTER 11
                                  §
                                  §
                                  §
DEBTOR(S)                         §              CASE NO.: **09-10138-11**

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

  Now comes **City of Richardson**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case **City of Richardson** filed its secured claim on or about **April 30, 2009**, in the amount of **$868,423.59**, which claim is designated as claim number **1059** on the claims register. That claim is no longer owed by the Debtor(s). Therefore **City of Richardson** hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on _23rd_ day of _February_, 20_11_, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: _____
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900