# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date: 1/3/2011   End Date: 1/31/2011

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 53.00 | $450.00 | $23,850.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 20.90 | $450.00 | $9,405.00 |
| 4 | Fee Apps | 6.20 | $450.00 | $2,790.00 |
| 5 | Non-working travel | 49.80 | $225.00 | $11,205.00 |
| 6 | Claims Administration | 4.30 | $450.00 | $1,935.00 |
| 7 | Tax/Finance Matters and Budget Projects | 109.10 | $450.00 | $49,095.00 |
| 8 | Misc Debtor Issues and Communications | 1.30 | $450.00 | $585.00 |
| | **Hours/Billing Amount for Period:** | **244.60** | | **$98,865.00** |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/4/2011 | Query and reviews of Iron Mountain database to support data requests for Litigation needs | Kathryn Schultea | 1 | 2.0 |
| 1/5/2011 | Correspondence received, reviewed, and responded from Nortel on IT assumptions | Kathryn Schultea | 1 | 2.0 |
| 1/6/2011 | Correspondence received, reviewed, and responded from Nortel on IT assumptions and application work | Kathryn Schultea | 1 | 5.4 |
| 1/12/2011 | Correspondence received, reviewed, and responded from Nortel on doc retention | Kathryn Schultea | 1 | 3.3 |
| 1/13/2011 | Correspondence received, reviewed, and responded from Nortel re document retention | Kathryn Schultea | 1 | 3.5 |
| 1/14/2011 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams for IT retention | Kathryn Schultea | 1 | 3.5 |
| 1/18/2011 | Conference call with Nortel on IT Atlantis Project | Kathryn Schultea | 1 | 1.5 |
| 1/19/2011 | On-site Nortel RTP re: IT application and data retention approach | Kathryn Schultea | 1 | 8.0 |
| 1/20/2011 | On-site Nortel RTP re: IT application and data retention approach | Kathryn Schultea | 1 | 5.0 |
| 1/20/2011 | Budget cost preparation and submission for document retention | Kathryn Schultea | 1 | 2.8 |
| 1/20/2011 | Correspondence received, reviewed, and responded from Cleary re data request for litigation | Kathryn Schultea | 1 | 1.0 |
| 1/21/2011 | Correspondence received, reviewed, responded  re doc retention review and US data records requests | Kathryn Schultea | 1 | 3.0 |
| 1/24/2011 | Conference call with J.Ray re IT/doc retention items | Kathryn Schultea | 1 | 0.5 |
| 1/24/2011 | Correspondence received, reviewed, responded, and application set-up for doc retention review | Kathryn Schultea | 1 | 1.0 |
| 1/26/2011 | On-site Nortel RTP re: IT application and data retention approach follow-up meetings | Kathryn Schultea | 1 | 5.0 |
| 1/27/2011 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams for IT retention | Kathryn Schultea | 1 | 5.5 |
| 1/4/2011 | Correspondence received, reviewed, and responded from J.Ray, Mercer, Cleary re HR related matters | Kathryn Schultea | 3 | 4.0 |
| 1/4/2011 | Correspondence received reviewed, reviewed, and responded re Mercer engagement | Kathryn Schultea | 3 | 1.0 |
| 1/4/2011 | Conference call with Mercer re HR related items | Kathryn Schultea | 3 | 1.0 |
| 1/7/2011 | Conference call with Nortel re budgeting for distributions | Kathryn Schultea | 3 | 0.8 |
| 1/7/2011 | Correspondence received, reviewed, and responded re Mercer engagement | Kathryn Schultea | 3 | 1.8 |
| 1/10/2011 | Correspondence received, reviewed, and responded re Mercer engagement | Kathryn Schultea | 3 | 3.0 |
| 1/12/2011 | Conference call with J.Ray re HR related items | Kathryn Schultea | 3 | 0.5 |
| 1/14/2011 | Conference call with Mercer/J.Ray re HR related items | Kathryn Schultea | 3 | 1.0 |
| 1/19/2011 | Correspondence received, reviewed, and responded re Mercer engagement | Kathryn Schultea | 3 | 2.5 |
| 1/20/2011 | Conference call with Mercer re HR related items | Kathryn Schultea | 3 | 1.0 |
| 1/26/2011 | Conference call and correspondence review and response with Nortel re HR related items | Kathryn Schultea | 3 | 1.8 |
| 1/28/2011 | Conference call and correspondence review and response with Nortel and J.Ray re HR related items | Kathryn Schultea | 3 | 2.5 |
| 1/3/2011 | Fee app | Richard Lydecker | 4 | 0.8 |
| 1/7/2011 | December Fee App work | Kathryn Schultea | 4 | 5.4 |
| 1/10/2011 | Travel | Richard Lydecker | 5 | 7.0 |
| 1/11/2011 | Travel | Richard Lydecker | 5 | 2.0 |
| 1/11/2011 | Travel | Richard Lydecker | 5 | 4.0 |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/18/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 2.5 |
| 1/21/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 1/23/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 4.5 |
| 1/23/2011 | Travel | Richard Lydecker | 5 | 5.0 |
| 1/26/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 1/26/2011 | Travel | Richard Lydecker | 5 | 5.8 |
| 1/30/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 2.5 |
| 1/30/2011 | Travel | Richard Lydecker | 5 | 1.0 |
| 1/30/2011 | Travel | Richard Lydecker | 5 | 4.5 |
| 1/3/2011 | E-mails relating to claims | Richard Lydecker | 6 | 0.5 |
| 1/10/2011 | Correspondence received, reviewed, and responded re claim distribution budgeting and employee claims | Kathryn Schultea | 6 | 3.0 |
| 1/12/2011 | Correspondence received, reviewed, and responded re claim distribution budgeting and employee claims | Kathryn Schultea | 6 | 0.8 |
| 1/3/2011 | E-mails relating to budget | Richard Lydecker | 7 | 0.8 |
| 1/4/2011 | Correspondence received, reviewed, and responded from Nortel re budget items | Kathryn Schultea | 7 | 2.0 |
| 1/4/2011 | Correspondence received, reviewed, and responded re Nortel tax department IT knowledge sharing | Kathryn Schultea | 7 | 1.0 |
| 1/4/2011 | Discussion EY re outsourcing and other tax matter | Richard Lydecker | 7 | 1.0 |
| 1/4/2011 | Nortel budget | Richard Lydecker | 7 | 1.0 |
| 1/5/2011 | Correspondence received, reviewed, and responded from Nortel on budget start-up re application retention | Kathryn Schultea | 7 | 3.0 |
| 1/5/2011 | Budget and tax trip discussions | Richard Lydecker | 7 | 0.5 |
| 1/5/2011 | Open transaction doctrine;review risk memo | Richard Lydecker | 7 | 1.8 |
| 1/5/2011 | Nortel cash controls | Richard Lydecker | 7 | 1.0 |
| 1/6/2011 | Distribution controls for budgeting | Richard Lydecker | 7 | 0.8 |
| 1/7/2011 | Correspondence received, reviewed, and responded from Nortel on wind-down applications and services | Kathryn Schultea | 7 | 2.0 |
| 1/7/2011 | Telecon R. Boris and A. Stout re budgeting for distributions | Richard Lydecker | 7 | 0.8 |
| 1/10/2011 | Working dinner re tax meeting with J. Scott; D. Abbott and J. Wood | Richard Lydecker | 7 | 1.0 |
| 1/11/2011 | Correspondence received, reviewed, and responded re budgetd, detailed support, and knowledge sharing | Kathryn Schultea | 7 | 6.5 |
| 1/11/2011 | Tax meeting at Cleary | Richard Lydecker | 7 | 3.0 |
| 1/11/2011 | Tax discussion D. Abbott re meeting | Richard Lydecker | 7 | 0.8 |
| 1/12/2011 | Review meeting notes; report to J Ray | Richard Lydecker | 7 | 0.5 |
| 1/13/2011 | Update call A. Beakey re outsourcing project | Richard Lydecker | 7 | 0.8 |
| 1/18/2011 | Review material for on-site meetings at RTP | Kathryn Schultea | 7 | 3.0 |
| 1/20/2011 | Meeting re tax issues A. Beakey; D. Abbott; J. Wood (phone) | Richard Lydecker | 7 | 2.0 |
| 1/21/2011 | Discuss outsourcing issues | Richard Lydecker | 7 | 0.8 |
| 1/23/2011 | Review EY draft outsourcing proposal | Kathryn Schultea | 7 | 1.0 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/23/2011 | Review EY draft written proposal | Richard Lydecker | 7 | 1.0 |
| 1/24/2011 | On-site Nortel RTP re: budget planning follow-up meetings | Kathryn Schultea | 7 | 8.5 |
| 1/24/2011 | Nortel budget meeting | Richard Lydecker | 7 | 8.5 |
| 1/24/2011 | Tax budget/outsourcing review from meeting with EY | Richard Lydecker | 7 | 1.0 |
| 1/25/2011 | On-site Nortel RTP re: budget planning follow-up meetings and internal review for summary of session | Kathryn Schultea | 7 | 9.8 |
| 1/25/2011 | Nortel Budget meeting | Richard Lydecker | 7 | 9.0 |
| 1/25/2011 | Review meeting notes with K. Schultea;discuss report to J. Ray | Richard Lydecker | 7 | 0.8 |
| 1/26/2011 | Revisions to tax proposal | Richard Lydecker | 7 | 1.5 |
| 1/27/2011 | Summary of data points on budget summary with R.Lydecker | Kathryn Schultea | 7 | 1.5 |
| 1/27/2011 | Budget summary to J. Ray | Richard Lydecker | 7 | 1.5 |
| 1/27/2011 | EY tax discussions | Richard Lydecker | 7 | 1.8 |
| 1/28/2011 | Outsourcing--tax | Richard Lydecker | 7 | 1.0 |
| 1/30/2011 | Review material for on-site meetings at RTP and ERISA material | Kathryn Schultea | 7 | 3.0 |
| 1/30/2011 | Review Budget sent electronically by T. Ross | Richard Lydecker | 7 | 1.0 |
| 1/31/2011 | On-site Nortel RTP re: budget meetings and E&Y outsourcing discussion | Kathryn Schultea | 7 | 12.0 |
| 1/31/2011 | Nortel budget meetings | Richard Lydecker | 7 | 10.0 |
| 1/31/2011 | EY dinner with J.Ray; discuss proposal | Richard Lydecker | 7 | 2.1 |
| 1/4/2011 | Internal Nortel reporting | Richard Lydecker | 8 | 0.8 |
| 1/21/2011 | Nortel online security course | Richard Lydecker | 8 | 0.5 |