# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions LLC**
**January 1, 2011 through January 31, 2011**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    8,342.15 |
| Travel – Lodging | | 3,093.38 |
| Travel – Meals | | 379.64 |
| Travel – Transportation | | 2,165.33 |
| | | - |
| TOTAL | | $   13,980.50 |

# Nortel Expense Report

PERIOD: January 1, 2011 through January 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 1/18-1/21/2011 | Round trip Houston/Raleigh - Nortel Office | $ 1,236.90 | $ 259.11 | | $ 449.50 | | Kathryn Schultea |
| 1/23-1/26/2011 | Round trip Houston/Raleigh - Nortel Office | $ 1,373.90 | $ 747.33 | $ 293.89 | $ 547.63 | | Kathryn Schultea |
| 1/30-1/31/2011 | Round trip Houston/Raleigh - Nortel Office | $ 1,229.65 | $ 334.11 | | $ 240.50 | | Kathryn Schultea |
| 1/10-1/11/2011 | Trip Houston/New York/Houston | $ 1,773.90 | $ 598.28 | | $ 487.40 | | Richard Lydecker |
| 1/23-1/26/2011 | Trip Houston/Raleigh/Houston | $ 1,363.90 | $ 747.33 | $ 35.34 | $ 259.90 | | Richard Lydecker |
| 1/30-2/1/2011 | Trip Houston/Raleigh/Houston | $ 1,363.90 | $ 407.22 | $ 50.41 | $ 180.40 | | Richard Lydecker |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | $ 8,342.15 | $ 3,093.38 | $ 379.64 | $ 2,165.33 | $   - | $   - |