IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certifications, counsel moves the admissions *pro hac vice* of Robert J. Keach, Esquire, D. Sam Anderson, Esquire, Jessica A. Lewis, Esquire, Jay S. Geller, Esquire, Halliday Moncure, Esquire, Paul McDonald, Esquire, and Daniel J. Murphy, Esquire of the law firm Bernstein, Shur, Sawyer & Nelson, P.A. to represent: (i) Robert Horne ("Horne"), (ii) James Young ("Young") and (iii) the ad hoc group of beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (collectively, the "Beneficiaries")[2] in the above-captioned case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Currently, over 80 participants have agreed to participate in the group. The group is in the process of forming, determining issues of governance, etc.

| | |
|---|---|
| Dated February 24, 2011 | **BLANK ROME LLP** |
| | /s/ Jane Ann Bee |
| | Bonnie Glantz Fatell, Esq. (DE No. 3809) |
| | Jane Ann Bee, Esq. (DE No. 5457) |
| | BLANK ROME LLP |
| | 1201 Market Street, Suite 800 |
| | Wilmington, DE 19801 |
| | Tel: 302.425.6400 |
| | Fax: 302.425.6464 |
| | E-mail: Fatell@BlankRome.com |
| | |
| | *Attorneys for Robert Horne, James Young and the ad hoc group of beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan* |

## ORDER GRANTING MOTION

   *IT IS HEREBY ORDERED* that counsel's Motion for Admissions *Pro Hac Vice* is granted.


Dated: _____              _____
                                     The Honorable Kevin Gross
                                     United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maine, the United States District Court for the District of Maine (1980), the United States Court of Appeals for the First and Seventh Circuits, and the Commonwealth of Massachusetts (1994) and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

ROBERT J. KEACH, ESQUIRE
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: RKEACH@BERNSTEINSHUR.COM

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I am admitted and in good standing as a member of the Bars of the State of New Jersey, the Commonwealth of Pennsylvania, the State of Maine and the United States District Court for the District of Maine. I am actively practicing in the State of Maine. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

D. SAM ANDERSON, ESQUIRE
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: DANDERSON@BERNSTEINSHUR.COM

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maine, the United States District Court for the District of Maine, the United States Court of Appeal for the Seventh Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Jessica A. Lewis
JESSICA A. LEWIS
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: JLEWIS@BERNSTEINSHUR.COM

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the State of Maine, have been admitted to practice before, and am in good standing with, the following federal courts: (a) the United States District Courts for the District of Maine, the Northern District of Illinois, the Central District of Illinois, and the Northern District of Oklahoma; and (b) the United States Circuit Court of Appeals for the First, Sixth, and Seventh Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

JAY S. GELLER, ESQUIRE
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: JGELLER@BERNSTEINSHUR.COM

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bars of the States of Maine and Virginia, the United States District Court for the District of Maine, all Federal Courts in the Fourth Circuit and the Federal Circuit Court of Appeals, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

HALLIDAY MONCURE, ESQUIRE
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: HMONCURE@BERNSTEINSHUR.COM

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of Maine, New York, and New Jersey; the Commonwealth of Pennsylvania; the United States District Courts for the Districts of Maine, New Jersey, the Western District of Michigan, the Southern District of New York, and the Eastern and Middle Districts of Pennsylvania; and the First and Third Circuit Court of Appeals, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
PAUL MCDONALD
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: PMCDONALD@BERNSTEINSHUR.COM

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maine and the Commonwealth of Massachusetts, the United States District Court for the Districts of Maine and Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Daniel J. Murphy*

DANIEL J. MURPHY, ESQUIRE
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: DMURPHY@BERNSTEINSHUR.COM