IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. 4977 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 23, 2011, copies of **Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4977)** were served in the manner indicated upon the entities identified on the attached service lists.

Dated: February 24, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## SERVICE LIST

### VIA HAND DELIVERY

Laura David Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St.
Wilmington, DE 19899

Edwin Harron
Young Conaway Stargatt & Taylor LLP
1000 West St
Wilmington, DE 19801

Thomas P. Tinker
Office of the U.S. Trustee
844 King St.
Ste 2207
Lockbox 35
Wilmington, DE 19801

Mark D. Collins
Chris M. Samis
Richards, Layton & Finger, P.A.
920 N King St.
Wilmington, DE 19801

Mary Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1105 N Market St.
Wilmington, DE 19801

### VIA OVERNIGHT MAIL

Dennis Dunne
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Fred Hodara
Ryan Jacobs
David Botter
Akin Gump
One Bryant Park
New York, NY 10036

Ken Coleman
Lisa Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Michael Luskin
Derek Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004