IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: D.I.'s 4977, 4978, 4979 and 4980 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 23, 2011, copies of **Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4977), Debtors' Motion for Entry of an Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4978), Debtors' Motion or Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4979), and Debtors' Motion for Entry of an Order Shortening Notice Relating to Debtors' Motion or Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4980)** were served in the manner indicated upon the entities identified on the attached service lists.

Dated: February 24, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

and

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

4100479.1

## SERVICE LIST

### VIA OVERNIGHT MAIL

Jabil Circuit, Inc.
General Counsel
10560 Dr. M.L. King Jr. Street
St. Petersburg, FL 33716

Holland & Knight LLP
Rod Anderson and Chet Bacheller
100 N. Tampa Street
Suite 4100
Tampa, FL 33602

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Stephen J. Shimshak and Marilyn Sobel
1285 Avenue of the Americas
New York, NY 10019

### VIA OVERNIGHT MAIL – INTERNATIONAL

Baker & McKenzie
Lydia Salvi
181 Bay Street, Suite 2100
Toronto, Ontario M5J 2T3
Canada

Telefonaktiebolaget L M Ericsson (PUBL)
Per Oscarsson and Carl Olof Blomqvist
Torshamnsgatan 23 Kista
Stockholm
Sweden

Blake, Cassels & Graydon LLP
Richard Corley and Susan Grundy
199 Bay Street, Suite 2800
Toronto, Ontario M5L 1A9
Canada