IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: D.I.'s 4982 and 4983 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 24, 2011, copies of **Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4982)**, and **Order Shortening Notice Relating to Debtors' Motion or Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4983)** were served in the manner indicated upon the entities identified on the attached service lists.

Dated: February 24, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted _pro hac vice_)
Lisa M. Schweitzer (admitted _pro hac vice_)
One Liberty Plaza

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

4100479.1

# JABIL SPECIAL SERVICE LIST

**VIA FEDERAL EXPRESS U.S.:**

Jabil Circuit, Inc.
General Counsel
10560 Dr. M.L. King Jr. Street North
St. Petersburg, FL  33716
U.S.

Holland & Knight LLP
Rod Anderson and Chet Bacheller
100 N. Tampa Street Suite 4100
Tampa, FL  33602
U.S.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Stephen J. Shimshak and Marilyn Sobel
1285 Avenue of the Americas
New York, NY  10019-6064
U.S.

**VIA FEDERAL EXPRESS INTERNATIONAL:**

Baker & McKenzie
Lydia Salvi
Brookfield Place, 181 Bay Street, Suite 2100, P.O. Box 874
Toronto, Ontario  M5J 2T3
Canada

Telefonaktiebolaget L M Ericsson (PUBL)
Per Oscarsson and Carl Olof Blomqvist
Torshamnsgatan 23 Kista
Stockholm,
Sweden

Blake, Cassels & Graydon LLP
Richard Corley and Susan Grundy
199 Bay Street, Suite 2800, Commerce Court West
Toronto, Ontario  M5L 1A9
Canada