**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No : GB 243202411



Interim (S)

VAT Invoice Date: **23 February 2011**    Our Ref: **GDB/CCN01.00001**    Invoice No : **304169**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 45,550.00 |
| For the period to 31 January 2011, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 329.58 |
| **Disbursements:** (NT) | | | |
| External Photocopying Charges | 0.00 | 0.00 | 634.45 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 110.04 |
| | 0.00 | | 46,624.07 |
| | | VAT | 0.00 |
| | | Total | 46,624.07 |
| | | **Balance Due** | **46,624.07** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 304169 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source and 0% US source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN



**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 January 2011**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 5.80 | 3,770.00 | (C0019) |
| | | 1.00 | 650.00 | (C0024) |
| | | 1.90 | 1,235.00 | (C0031) |
| | | **8.70** | **5,655.00** | |
| Partner: | Richard Palmer | 3.40 | 2,295.00 | (C0024) |
| | | **3.40** | **2,295.00** | |
| Partner: | Angela Pearson | 1.50 | 937.50 | (C0019) |
| | | **1.50** | **937.50** | |
| Partner: | Dominic Batchelor | 5.80 | 3,480.00 | (C0024) |
| | | **5.80** | **3,480.00** | |
| Senior Associate: | David Futter | 3.40 | 1,666.00 | (C0024) |
| | | **3.40** | **1,666.00** | |
| Senior Associate: | Marcus Fink | 3.90 | 2,008.50 | (C0019) |
| | | **3.90** | **2,008.50** | |
| Senior Associate: | Luke Rollason | 3.50 | 1,715.00 | (C0031) |
| | | **3.50** | **1,715.00** | |
| Associate: | Paul Bagon | 8.00 | 2,800.00 | (C0003) |
| | | 3.50 | 1,225.00 | (C0007) |
| | | 16.60 | 5,810.00 | (C0019) |
| | | 31.00 | 10,850.00 | (C0024) |
| | | 16.50 | 5,775.00 | (C0031) |
| | | **75.60** | **26,460.00** | |
| Junior Associate: | Andy Wright | 0.50 | 157.50 | (C0019) |
| | | **0.50** | **157.50** | |
| Professional Development | Rachel Mulligan | 0.40 | 158.00 | (C0031) |
| | | **0.40** | **158.00** | |
| Trainee: | Louise Ruggiero | 2.60 | 481.00 | (C0012) |
| | | **2.60** | **481.00** | |
| Trainee: | Edward Arden | 2.90 | 536.50 | (C0031) |
| | | **2.90** | **536.50** | |
| | **TOTAL** | **112.20** | **£45,550.00** | |

The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2011

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>    <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** |  |  |  |  |
| PDB | Paul Bagon | 8.00 | 350.00 | 2,800.00 |
|  |  |  | Total | 2,800.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2011 | Paul Bagon | LETT | Emails re fees. | 0.20 | 350.00 | 70 00 |
| 20/01/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 2 00 | 350 00 | 700 00 |
| 21/01/2011 | Paul Bagon | DRFT | Monthly fee app | 3.00 | 350 00 | 1.050 00 |
| 27/01/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 2.30 | 350 00 | 805 00 |
| 28/01/2011 | Paul Bagon | DRFT | Finalising and sending out monthly fee app. | 0.50 | 350.00 | 175 00 |
|  |  |  |  |  |  | 2,800.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 3.50 | 350.00 | 1,225.00 |
| | | | Total | 1,225.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2011 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 350.00 | 350.00 |
| 12/01/2011 | Paul Bagon | PHON | UCC weekly call. | 0.80 | 350.00 | 280.00 |
| 20/01/2011 | Paul Bagon | PHON | UCC weekly meeting. | 1.00 | 350.00 | 350.00 |
| 27/01/2011 | Paul Bagon | PHON | UCC Weekly call. | 0.70 | 350.00 | 245.00 |
| | | | | | | 1,225.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.50 | 625.00 | 937.50 |
| GDB | Giles Boothman | 5.80 | 650.00 | 3,770.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 3.90 | 515.00 | 2,008.50 |
| **Associates** | | | | |
| PDB | Paul Bagon | 16.60 | 350.00 | 5,810.00 |
| **Junior Associate** | | | | |
| ACW | Andy Wright | 0.50 | 315.00 | 157.50 |
| | | | Total | **12,683.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>      <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 26/01/2011 | Giles Boothman | READ | Initial read through guarantees/notes | 2.00 | 650.00 | 1,300.00 |
| 26/01/2011 | Marcus Fink | LETT | Con with P Bagon re trustee claims under the 2006 guarantee and review guarantee and previous analysis re the same. Requesting a copy of 2008 actuarial valuation from company/trustees | 2.20 | 515.00 | 1,133.00 |
| 26/01/2011 | Paul Bagon | RSCH | Re UK pension guarantees and related calls and emails. | 1.50 | 350.00 | 525.00 |
| 27/01/2011 | Angela Pearson | INTD | Emails - Giles Boothman | 0.50 | 625.00 | 312.50 |
| 27/01/2011 | Angela Pearson | READ | Review documents | 0.50 | 625.00 | 312.50 |
| 27/01/2011 | Giles Boothman | READ | Papers re. guarantees | 2.00 | 650.00 | 1,300.00 |
| 27/01/2011 | Giles Boothman | ATTD | Call with Fraser re. Canadian guarantees | 0.50 | 650.00 | 325.00 |
| 27/01/2011 | Giles Boothman | INTD | PDB/Angela | 0.50 | 650.00 | 325.00 |
| 27/01/2011 | Giles Boothman | READ | Canadian Mediation brief reply | 0.50 | 650.00 | 325.00 |
| 27/01/2011 | Marcus Fink | LETT | Prep for and participate in call with FMC re pension scheme guarantees. Review trustee/ppf mediation claim and response from Nortel Canada on same | 1.40 | 515.00 | 721.00 |
| 27/01/2011 | Paul Bagon | READ | UK Pension Guarantees. | 5.00 | 350.00 | 1,750.00 |
| 27/01/2011 | Paul Bagon | PHON | with Fraser Milner re UK Pension Guarantees. | 0.50 | 350.00 | 175.00 |
| 27/01/2011 | Paul Bagon | INTD | GDB and MDF re UK Pension Guarantees | 0.50 | 350.00 | 175.00 |
| 27/01/2011 | Paul Bagon | DRFT | Updating memo re UK Pension Guarantees. | 0.30 | 350.00 | 105.00 |
| 28/01/2011 | Angela Pearson | INTD | Discussion with Marcus Fink | 0.50 | 625.00 | 312.50 |
| 28/01/2011 | Marcus Fink | LETT | Discuss guarantee position with P Bagon | 0.30 | 515.00 | 154.50 |
| 28/01/2011 | Paul Bagon | DRFT | Updating pensions memo and related emails to Frasers. | 4.50 | 350.00 | 1,575.00 |
| 31/01/2011 | Andy Wright | LETT | Discussion with MDF and reviewing provisions of PA04 and subordinate legislation in consideration of trustee arguments relating to contributions from 6 April 2008 to filing date | 0.50 | 315.00 | 157.50 |
| 31/01/2011 | Giles Boothman | SUPE | Re. UK pension guarantees | 0.30 | 650.00 | 195.00 |
| 31/01/2011 | Paul Bagon | DRFT | Note re UK pension guarantees. | 4.30 | 350.00 | 1,505.00 |

|  |  |
|---|---|
|  | 12,683.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0024**</u>        <u>**Asset/Stock Transaction/Business Liquidations**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| DTB | Dominic Batchelor | 5.80 | 600.00 | 3,480.00 |
| GDB | Giles Boothman | 1.00 | 650.00 | 650.00 |
| RCP | Richard Palmer | 3.40 | 675.00 | 2,295.00 |
| **Senior Associate** | | | | |
| DFF | David Futter | 3.40 | 490.00 | 1,666.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 31.00 | 350.00 | 10,850.00 |
| **Trainee** | | | | |
| LRUGGI | Louise Ruggiero | 2.60 | 185.00 | 481.00 |
| | | | Total | **19,422.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0024**</u>       <u>**Asset/Stock Transaction/Business Liquidations**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2011 | Giles Boothman | INTD | PDB re IP sale | 0.20 | 650.00 | 130.00 |
| 10/01/2011 | Paul Bagon | DUED | Calls and emails with AG and tax department re Iceberg bids and reviewing bids. | 3.50 | 350.00 | 1,225.00 |
| 10/01/2011 | Richard Palmer | INTD | Intd/read. Initial discussion with Paul Bagon regarding transfer taxes. Reading and reviewing bid agreements to analyse transfer tax position. | 2.00 | 675.00 | 1,350.00 |
| 11/01/2011 | Louise Ruggiero | RSCH | Research on taxation of patents in France/Ireland | 1.10 | 185.00 | 203.50 |
| 11/01/2011 | Paul Bagon | READ | Reviewing Iceberg bid docs. | 3.00 | 350.00 | 1,050.00 |
| 11/01/2011 | Paul Bagon | PHON | Call with AG and Frasers re tax issues in bid docs. | 0.50 | 350.00 | 175.00 |
| 11/01/2011 | Richard Palmer | PHON | Tel call with Akin Gump to discuss VAT/transfer tax issues – and related preparation | 0.70 | 675.00 | 472.50 |
| 12/01/2011 | Giles Boothman | INTD | Internal discussion with Paul Bagon re IP sale | 0.50 | 650.00 | 325.00 |
| 12/01/2011 | Richard Palmer | DRFT | Drafting email to Nortel/Akin Gump re VAT | 0.70 | 675.00 | 472.50 |
| 13/01/2011 | David Futter | INTD | With PDB re background to "residual IP" sale for UCC | 0.80 | 490.00 | 392.00 |
| 13/01/2011 | Dominic Batchelor | INTD | With Paul Bagon | 0.20 | 600.00 | 120.00 |
| 13/01/2011 | Dominic Batchelor | INTD | With Paul Bagon and DFF; READ of docs | 0.70 | 600.00 | 420.00 |
| 13/01/2011 | Louise Ruggiero | DUED | Checking letter re Patents/VAT for RCP | 1.50 | 185.00 | 277.50 |
| 13/01/2011 | Paul Bagon | LETT | Various calls and emails re IP bids. | 0.50 | 350.00 | 175.00 |
| 13/01/2011 | Paul Bagon | INTD | With IP team re bids. | 0.50 | 350.00 | 175.00 |
| 13/01/2011 | Paul Bagon | READ | Reviewing bids and coordinating with AG. | 2.00 | 350.00 | 700.00 |
| 14/01/2011 | David Futter | PHON | Call with Akin Gump; INTD with DTB and PDB following call – residual IP sale | 0.70 | 490.00 | 343.00 |
| 14/01/2011 | Dominic Batchelor | PHON | With Akin Gump; INTD; review of docs | 1.40 | 600.00 | 840.00 |
| 14/01/2011 | Dominic Batchelor | INTD | With Paul Bagon | 0.20 | 600.00 | 120.00 |
| 14/01/2011 | Paul Bagon | PHON | With AG and IP team re Iceberg bids | 0.50 | 350.00 | 175.00 |
| 14/01/2011 | Paul Bagon | INTD | With IP team re Iceberg bids. | 0.50 | 350.00 | 175.00 |
| 14/01/2011 | Paul Bagon | READ | Iceberg bid docs. | 2.00 | 350.00 | 700.00 |
| 17/01/2011 | Dominic Batchelor | READ | Bids docs | 1.00 | 600.00 | 600.00 |
| 17/01/2011 | Paul Bagon | LETT | Reviewing Iceberg bids | 5.00 | 350.00 | 1,750.00 |
| 18/01/2011 | Dominic Batchelor | INTD | With Paul Bagon; READ | 0.40 | 600.00 | 240.00 |
| 18/01/2011 | Dominic Batchelor | INTD | With Paul Bagon; voicemail; email | 0.30 | 600.00 | 180.00 |
| 18/01/2011 | Giles Boothman | INTD | PDB re: IP sale | 0.30 | 650.00 | 195.00 |
| 18/01/2011 | Paul Bagon | PHON | With AG London re IP bids. | 0.40 | 350.00 | 140.00 |
| 18/01/2011 | Paul Bagon | INTD | DTB re Iceberg | 0.50 | 350.00 | 175.00 |
| 18/01/2011 | Paul Bagon | READ | Iceberg bids & related calls / emails with AG. | 4.10 | 350.00 | 1,435.00 |
| 19/01/2011 | David Futter | READ | Reviewing key issues in Rockstar bid and other bid documents for call with Akin Gump | 1.20 | 490.00 | 588.00 |
| 19/01/2011 | David Futter | PHON | With Akin Gump re Iceberg SPA issues | 0.50 | 490.00 | 245.00 |
| 19/01/2011 | David Futter | INTD | With DTB and PDB re Iceberg sale issues and IP scope | 0.20 | 490.00 | 98.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0024**</u>     <u>**Asset/Stock Transaction/Business Liquidations**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 19/01/2011 | Dominic Batchelor | PHON | With Akin Gump, plus PREP and INTD before and afterwards | 0 90 | 600.00 | | 540.00 |
| 19/01/2011 | Paul Bagon | INTD | With IP team re bids | 0.50 | 350 00 | | 175.00 |
| 19/01/2011 | Paul Bagon | LETT | Call with AG re IP bids | 0 40 | 350.00 | | 140.00 |
| 19/01/2011 | Paul Bagon | READ | Iceberg reps and warranties cf. ASAs in other asset sales | 4 10 | 350.00 | | 1,435 00 |
| 20/01/2011 | Paul Bagon | READ | Revised Iceberg bid. | 3.00 | 350.00 | | 1,050.00 |
| 21/01/2011 | Dominic Batchelor | READ | Review of revised APA; internal email | 0 70 | 600 00 | | 420.00 |

19,422.00

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031**       **European Proceedings/Matters**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.90 | 650.00 | 1,235.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 3.50 | 490.00 | 1,715.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 16.50 | 350.00 | 5,775.00 |
| **Professional Development** | | | | |
| RZR | Rachel Mulligan | 0.40 | 395.00 | 158.00 |
| **Trainee** | | | | |
| EARDEN | Edward Arden | 2.90 | 185.00 | 536.50 |
| | | | Total | **9,419.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**     **European Proceedings/Matters**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2011 | Giles Boothman | READ | Emails | 0.20 | 650.00 | 130.00 |
| 04/01/2011 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 04/01/2011 | Paul Bagon | LETT | Reviewing various emails. | 1.00 | 350.00 | 350.00 |
| 05/01/2011 | Paul Bagon | PHON | Nortel professionals pre-call. | 0.80 | 350.00 | 280.00 |
| 05/01/2011 | Paul Bagon | RSCH | Capstone q re administrators progress report | 1.00 | 350.00 | 350.00 |
| 06/01/2011 | Giles Boothman | INTD | PDB - update re. UCC call | 0.20 | 650.00 | 130.00 |
| 06/01/2011 | Giles Boothman | READ | Emails | 0.20 | 650.00 | 130.00 |
| 06/01/2011 | Paul Bagon | INTD | GDB x2 | 0.20 | 350.00 | 70.00 |
| 07/01/2011 | Paul Bagon | RSCH | Chapter 15 issues | 2.50 | 350.00 | 875.00 |
| 10/01/2011 | Paul Bagon | LETT | Amending note re litigation in multiple jurisdictions / escrow. | 1.00 | 350.00 | 350.00 |
| 11/01/2011 | Paul Bagon | PHON | Professionals pre-call. | 0.50 | 350.00 | 175.00 |
| 11/01/2011 | Paul Bagon | READ | Canadian issues memo | 2.00 | 350.00 | 700.00 |
| 12/01/2011 | Paul Bagon | READ | Allocation memo. | 0.50 | 350.00 | 175.00 |
| 14/01/2011 | Paul Bagon | PHON | Call with AG re Canadian submissions. | 0.20 | 350.00 | 70.00 |
| 19/01/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1.00 | 350.00 | 350.00 |
| 21/01/2011 | Paul Bagon | PHON | UCC professionals call re Canadian proceedings (in part) | 2.50 | 350.00 | 875.00 |
| 26/01/2011 | Giles Boothman | INTD | PDB | 0.50 | 650.00 | 325.00 |
| 26/01/2011 | Paul Bagon | PHON | Professionals pre-call (in part). | 0.50 | 350.00 | 175.00 |
| 27/01/2011 | Edward Arden | RSCH | Research into forex risk on period between administration date and distribution date. Emailing PDB with results of research. | 1.30 | 185.00 | 240.50 |
| 27/01/2011 | Paul Bagon | PHON | Call re EMEA Distributions. | 1.30 | 350.00 | 455.00 |
| 27/01/2011 | Rachel Mulligan | INTD | Query re insolvency event of default | 0.20 | 395.00 | 79.00 |
| 28/01/2011 | Edward Arden | MISC | Discussing currency exchange point with PDB and drafting email to send | 1.60 | 185.00 | 296.00 |
| 28/01/2011 | Luke Rollason | LETT | Researching substantive consolidation under English law. Drafting summary. | 3.50 | 490.00 | 1,715.00 |
| 28/01/2011 | Paul Bagon | RSCH | Re foreign exchange rates for claims and distributions and related email to AG et al | 1.50 | 350.00 | 525.00 |
| 28/01/2011 | Rachel Mulligan | INTD | Query re foreign debts | 0.20 | 395.00 | 79.00 |
| 31/01/2011 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 31/01/2011 | Giles Boothman | SUPE | Re. Sub con | 0.30 | 650.00 | 195.00 |

|  |  |
|---|---|
|  | 9,419.50 |