## Exhibit C

## DISBURSEMENT SUMMARY
## JANUARY 01, 2011 THROUGH JANUARY 31, 2011

| Document Production | £964.03 |
|---|---|
| Meals | £34.80 |
| Travel Expenses – Ground Transportation | £60.00 |
| Telephonic | £15.24 |
| **TOTAL** | **£1,074.07** |