Exhibit D

## Disbursements Detailed Breakdown

| Document Production | 329 58 |
|---|---|

**External Photocopying Charges (Outside Photocopying Charges)**

| 17/11/2010 | VENDOR: Millnet Financial Limited; INVOICE#: 50235; DATE: 17/11/2010 · Outsourced - Copying | 634 45 |
|---|---|---|

**Fares, Courier Charges and Incidental Expenses (Meals)**

| 09/01/2011 | VENDOR: Conference Room Catering; INVOICE#: 03JAN2011/09JAN2011; DATE: 09/01/2011 · INTERNAL CATERING DATED - 05/01/11 | 27 25 |
|---|---|---|
| 23/01/2011 | VENDOR: Conference Room Catering; INVOICE#: 17JAN2011/23JAN2011; DATE: 23/01/2011 · INTERNAL CATERING DATED - 17/01/11 | 7 55 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| 10/01/2011 | PAYEE: Petty Cash; REQUEST#: 422478; DATE: 10/01/2011. · Petty Cash for taxi fare | 30.00 |
|---|---|---|
| 28/01/2011 | PAYEE: Petty cash; REQUEST#: 425087; DATE: 28/01/2011. · petty cash taxi | 30 00 |

**Fares, Courier Charges and Incidental Expenses (Telephone Conference)**

| 01/01/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000371577; DATE: 01/01/2011 · Conference call on 20/12/10 | 15 24 |
|---|---|---|
| | | 1,074.07 |