**Exhibit E**

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2011 THROUGH JANUARY 31 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 8.70 | 5,655.00 |
| Richard Palmer | Partner for 13 years; Admitted in 1988; Tax Group, UK | £675 | 3.40 | 2,295.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991; Litigation Group, UK | £625 | 1.50 | 937.50 |
| Dominic Batchelor | Partner for 1 year; Admitted in 2000; Intellectual Property Group, UK | £600 | 5.80 | 3,480.00 |
| David Futter | Associate for 7 years; Admitted in 2004; Intellectual Property Group, UK | £490 | 3.40 | 1,666.00 |
| Marcus Fink | Associate for 10 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 3.90 | 2,008.50 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | 3.50 | 1,715.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 75.60 | 26,460.00 |
| Andy Wright | Associate for 2 years; Admitted in 2009; Employment, Incentives and Pensions Group, UK | £315 | 0.50 | 157.50 |
| Rachel Mulligan | Professional Development Attorney; Admitted in 2000; Restructuring and Special Situations Group, UK | £395 | 0.40 | 158.00 |
| Louise Ruggiero | Trainee Solicitor; Tax Group, UK | £185 | 2.60 | 481.00 |
| Edward Arden | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 2.90 | 536.50 |
| **TOTAL** | | | **112.20** | **45,550.00** |

## COMPENSATION BY PROJECT CATEGORY
### JANUARY 01, 2011 THROUGH JANUARY 31, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 8.00 | 2,800.00 |
| Creditors Committee Meetings | 3.50 | 1,225.00 |
| Labor Issues / Employee Benefits | 28.30 | 12,683.50 |
| Asset/Stock Transaction/Business Liquidations | 47.20 | 19,422.00 |
| European Proceedings/Matters | 25.20 | 9,419.50 |
| **TOTAL** | **112.20** | **45,550.00** |