# EXHIBIT A

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 2  
Client #  732310  

Matter #  165839

For services through January 31, 2011  
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/11 | Review dockets (.2); Review and revise critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 200.00 | $100.00 |
| 01/03/11 | Review revised draft critical dates calendar (.1); Review email from B. Kahn re: comments to same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.20 hrs. | 340.00 | $68.00 |
| 01/04/11 | Maintain original pleadings | | | | |
| Paralegal | Brenda D. Tobin | | 0.70 hrs. | 105.00 | $73.50 |
| 01/11/11 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 200.00 | $100.00 |
| 01/11/11 | Review revised draft critical dates calendar | | | | |
| Associate | Drew G. Sloan | | 0.10 hrs. | 340.00 | $34.00 |
| 01/12/11 | Call from A. Jerominski Gray Assoc. re: status of case | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 340.00 | $102.00 |
| 01/13/11 | Call from M. Marshall re: status of case and treatment of unsecured creditors | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 340.00 | $102.00 |
| 01/21/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 01/21/11 | Call to J. Beste re: status of case and distribution to creditors | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 340.00 | $102.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 25, 2011  
Invoice 373883  
Page 3  
Client #  732310  

Matter #  165839  

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/21/11 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 01/24/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 105.00 | $10.50 |
| 01/26/11 | Call from R. Thorne re: status of case and representation of employee committee (.3); Email to M. Collins re: call from R. Thorne on status of case and representation of employee committee (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

Total Fees for Professional Services         $1,010.00

TOTAL DUE FOR THIS INVOICE         **$1,010.00**
BALANCE BROUGHT FORWARD         $301.80

**TOTAL DUE FOR THIS MATTER**         **$1,311.80**

 
Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

February 25, 2011  
Invoice 373883  
Page 4  
Client # 732310

Matter # 165839

For services through January 31, 2011  
relating to Creditor Inquiries

| Date | Description | | | |
|---|---|---|---|---|
| 01/21/11 | Review voicemail from C. Damast re: creditor inquiry (.1); Call with C. Damast re: same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services   $102.00

**TOTAL DUE FOR THIS INVOICE**   **$102.00**  
BALANCE BROUGHT FORWARD   $157.50  

**TOTAL DUE FOR THIS MATTER**   **$259.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 5  
Client #  732310

Matter #  165839

For services through January 31, 2011  
relating to  Use, Sale of Assets

| 01/06/11 | Finalize and file aos re: joinder to motion sale of Carrier Voice Over IP | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $20.00 |
| TOTAL DUE FOR THIS INVOICE | **$20.00** |
| BALANCE BROUGHT FORWARD | $709.80 |
| **TOTAL DUE FOR THIS MATTER** | **$729.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 6  

Client #  732310  

Matter #  165839

---

For services through January 31, 2011  
relating to  Court Hearings

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/11 | Retrieve and review 1/5/11 agenda (.2); Retrieve re: 1/5/11 agenda pleadings (.6); Telephone call to Courtcall re: B. Kahn telephonic appearance for 1/5/11 hearing (.1); E-mail to B. Kahn re: same (.1); Prepare 1/5/11 hearing binder (.9) | Paralegal — Barbara J. Witters | 1.90 hrs. | 200.00 | $380.00 |
| 01/03/11 | Email to B. Kahn re: attending 1/5/11 hearing (.1); Call to D. Sloan re: attending 1/5/11 hearing (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 01/03/11 | Review email from C. Samis re: attendance at 1/5/11 hearing (.1); Review email from C. Samis re: same (.1); Call with C. Samis re: same (.1); Review agenda re: same (.1); Review email from B. Witters re: same (.1); Preparation for same (.6) | Associate — Drew G. Sloan | 1.10 hrs. | 340.00 | $374.00 |
| 01/05/11 | Prepare for 1/5/11 hearing (1.3); Attend 1/5/11 hearing (2.1) | Associate — Christopher M. Samis | 3.40 hrs. | 340.00 | $1,156.00 |
| 01/05/11 | Continue preparation for 1/5/11 hearing (.4); Discussion with C. Samis re: attendance at same (.1) | Associate — Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| 01/10/11 | Telephone call to Courtcall re: D. Botter and A. Qureshi telephonic appearances (.2); E-mail to distribution re: same (.1); Circulate 1/5/11 hearing transcript to distribution (.1) | Paralegal — Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 01/10/11 | Prepare 1/12/11 hearing binder | Paralegal — Brenda D. Tobin | 0.90 hrs. | 105.00 | $94.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 7  

Client #  732310  

Matter #  165839  

| Date | Description | | | |
|---|---|---|---|---|
| 01/10/11 | E-mail to B. Tobin re: preparation for 1/12/10 hearing (.1); Review agenda for 1/12/10 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 01/11/11 | Telephone call to Courtcall re: B. Kahn telephonic appearance (.1); E-mail to B. Kahn re: same (.1); Retrieve re: 1/12/11 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 01/11/11 | Prepare 1/12/11 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 1.50 hrs. | 105.00 | $157.50 |
| 01/11/11 | Prepare for 1/12/11 hearing (.5); Call from B. Kahn re: strategy for 1/12/11 hearing (.2); Emails to B. Kahn re: change of 1/12/11 hearing time (.2); Emails to B. Tobin re: preparation for 1/12/11 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 340.00 | $374.00 |
| 01/12/11 | Retrieve re: 1/12/11 amended agenda cancelling hearing (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 01/12/11 | Update 1/12/11 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |
| 01/12/11 | Emails to B. Kahn re: cancellation of 1/12/11 hearings (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 01/12/11 | Review email from B. Witters re: amended agenda for 1/12/11 hearing (.1); Review same (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 01/24/11 | Check docket re: agenda for 1/27/11 hearing | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 8  
Client #  732310  

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/25/11 | Retrieve and review 1/27/11 agendas in main and UK cases (.2); E-mail to distribution re: same (.1); Telephone call to Courtcall re: telephonic appearance of D. Botter (.1); E-mail to D. Botter re: same (.1) | Paralegal — Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 01/25/11 | Prepare 01/27/11 hearing binders per C. Samis | Paralegal — Brenda D. Tobin | 1.80 hrs. | 105.00 | $189.00 |
| 01/25/11 | Review agendas for 1/27/11 hearings | Associate — Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 01/26/11 | Retrieve and review amended 1/27/11 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 01/26/11 | Prepare and update 01/27/11 hearing binders | Paralegal — Brenda D. Tobin | 2.00 hrs. | 105.00 | $210.00 |
| 01/26/11 | Prepare for 1/27/11 hearings (1.3); Emails to B. Kahn re: logistics of 1/27/11 hearings (x2) (.2); Email to B. Tobin re: logistics of 1/27/11 hearings (.2) | Associate — Christopher M. Samis | 1.70 hrs. | 340.00 | $578.00 |
| 01/27/11 | Emails to B. Kahn re: logistics and cancellation of 1/27/11 hearings (x2) | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 01/28/11 | Retrieve and review re: 1/31/11 agenda (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: D. Botter telephonic appearance (.1); E-mail to D. Botter re: same (.1) | Paralegal — Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 01/28/11 | Email to B. Kahn re: logistics of 1/31/11 hearing (.1); Meet with B. Witters re: logistics of 1/31/11 hearing (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 9  
Client #  732310

Matter # 165839

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/28/11 | Review email from B. Witters re: amended agenda re: 1/31/11 hearing (.1); Review same (.1); Review emails (x2) from B. Kahn re: preparation for same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 01/31/11 | Update 01/31/11 hearing binders per C. Samis | | | |
| Paralegal | Brenda D. Tobin | 2.40 hrs. | 105.00 | $252.00 |
| 01/31/11 | Prepare for 1/31/11 hearings (1.0); Attend 1/31/11 hearings (1.8) | | | |
| Associate | Christopher M. Samis | 2.80 hrs. | 340.00 | $952.00 |

Total Fees for Professional Services   $6,039.50

TOTAL DUE FOR THIS INVOICE   **$6,039.50**  
BALANCE BROUGHT FORWARD   $3,587.40

**TOTAL DUE FOR THIS MATTER**   **$9,626.90**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 25, 2011  
Invoice 373883  
Page 10  
Client #  732310  

Matter #  165839  

For services through January 31, 2011  
relating to  RLF Fee Applications  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/11 | Prepare cno re: RLF November fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 01/14/11 | Review, revise and finalize CNO for 22nd monthly fee application of RL&F | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 340.00 | $68.00 |
| 01/14/11 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Discussion with B. Witters re: same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.30 hrs. | 340.00 | $102.00 |
| 01/19/11 | Prepare letter to A. Stout re: RLF November fee application and cno (.2); Coordinate to A. Stout re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.30 hrs. | 200.00 | $60.00 |
| 01/20/11 | Review RLF December bill memos | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 01/20/11 | Review December 2010 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| 01/28/11 | Review and revise RLF December fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 0.90 hrs. | 200.00 | $180.00 |
| 01/28/11 | Review, revise and finalize December 2010 RL&F fee application | | | | |
| | Associate — Christopher M. Samis | | 0.40 hrs. | 340.00 | $136.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | February 25, 2011<br>Invoice 373883<br>Page 11<br>Client #  732310<br><br>Matter # 165839 |

| | |
|---|---:|
| Total Fees for Professional Services | $842.00 |
| | |
| TOTAL DUE FOR THIS INVOICE | **$842.00** |
| BALANCE BROUGHT FORWARD | $973.20 |
| **TOTAL DUE FOR THIS MATTER** | **$1,815.20** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 12  
Client #  732310

Matter #  165839

For services through January 31, 2011  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/11 | Update fee status chart | Paralegal — Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 01/03/11 | File affidavit of service regarding 22nd monthly Akin Gump Fee Application. | Paralegal — Marisa C. DeCarli | 0.10 hrs. | 200.00 | $20.00 |
| 01/06/11 | Finalize and file aos re: amended seventh interim fee application of Fraser Milner | Paralegal — Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 01/14/11 | Attention to e-mail re: Capstone November fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 01/14/11 | Email to B. Witters re: filing of CNO for November 2011 fee application (.1); Review, revise and finalize November 2010 fee application of Capstone (.2) | Associate — Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 01/14/11 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review email from B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 01/14/11 | File Twenty-second monthly fee application of Capstone Advisory Group (.1); Prepare same for service and serve (.2) | Paralegal — Robyn K. Sinclair | 0.30 hrs. | 200.00 | $60.00 |
| 01/20/11 | Prepare cno re: Ashurst November fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

| Nortel Creditors Committee | February 25, 2011 |
|---|---|
| c/o Fred S. Hodara, Esq. | Invoice 373883 |
| Akin Gump Strauss Hauer Feld LLP | Page 13 |
| One Bryant Park | Client # 732310 |
| New York NY 10036 | |
| | Matter # 165839 |

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/20/11 | Review and execute certificate of no objection re: Ashurst monthly fee application | Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 01/20/11 | Finalize and efile certification of no objection regarding Ashurst LLP's 22nd fee application | Paralegal | Janel Gates | 0.20 hrs. | 200.00 | $40.00 |
| 01/21/11 | Prepare cno re: Akin Gump November fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 01/21/11 | Review, revise and finalize CNO for 22nd monthly fee application of Akin | Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 01/21/11 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Email to B. Witters re: same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 01/26/11 | Email to A. Gazze re: points of contact at Focus for obtaining W-9 | Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 01/28/11 | Attention to e-mail re: Ashurst December fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.90 hrs. | 200.00 | $180.00 |
| 01/28/11 | Review, revise and finalize December 2010 Ashurst fee application | Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 01/28/11 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Discussion with B. Witters re: same (.1) | Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |

Total Fees for Professional Services     $1,244.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 25, 2011  
Invoice 373883  
Page 14  
Client #  732310

Matter # 165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$1,244.00** |
| BALANCE BROUGHT FORWARD | $3,086.40 |
| **TOTAL DUE FOR THIS MATTER** | **$4,330.40** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 25, 2011  
Invoice 373883  
Page 15  
Client #  732310  

<u>Summary of Hours</u>

|                      | Hours | Rate/Hr  | Dollars  |
|----------------------|-------|----------|----------|
| Amy B. Anderson      | 0.10  | 105.00   | 10.50    |
| Barbara J. Witters   | 10.40 | 200.00   | 2,080.00 |
| Brenda D. Tobin      | 9.80  | 105.00   | 1,029.00 |
| Christopher M. Samis | 13.10 | 340.00   | 4,454.00 |
| Drew G. Sloan        | 4.60  | 340.00   | 1,564.00 |
| Janel Gates          | 0.20  | 200.00   | 40.00    |
| Marisa C. DeCarli    | 0.10  | 200.00   | 20.00    |
| Robyn K. Sinclair    | 0.30  | 200.00   | 60.00    |
| TOTAL                | 38.60 | $239.83  | 9,257.50 |

**TOTAL DUE FOR THIS INVOICE**                                                               $10,835.41

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310