# **EXHIBIT B**



RICHARDS
LAYTON &
FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

February 25, 2011
Invoice 373883

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through January 31, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $52.00 |
| Document Retrieval | $174.64 |
| Filing Fees | $125.00 |
| Long distance telephone charges | $274.76 |
| Messenger and delivery service | $244.78 |
| Photocopying/Printing | $599.80 |
| 3,805 @ $.10 pg. / 2,193 @ $.10 pg. | |
| Postage | $106.93 |

|  | |
|---|---:|
| Other Charges | $1,577.91 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$1,577.91** |
| BALANCE BROUGHT FORWARD | $2,467.63 |
| **TOTAL DUE FOR THIS MATTER** | **$4,045.54** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883
Page 16

Client #  732310

Client:   Official Committee of the Board of Directors of Nortel Networks Inc

Matter:   Nortel - Representation of Creditors Committee
          Case Administration
          Creditor Inquiries
          Use, Sale of Assets
          Court Hearings
          RLF Fee Applications
          Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 01/03/11 | Printing | | DUP |
| | Amount = $3.10 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $2.40 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $55.50 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $2.40 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $1.30 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $6.40 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $3.10 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $4.50 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $2.00 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 01/03/11 | Printing | | DUP |
| | Amount = $1.70 | | |
| 01/04/11 | Delivery expense 1/1-1/3/2011 | | MESS |
| | Amount = $3.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883

Page 17

Client #  732310

| | | | |
|---|---|---|---|
| 01/04/11 | Messenger and delivery, 1/3/2011, US District Court, DZS/MXD | | MESS |
| | Amount = | $5.00 | |
| 01/05/11 | Photocopies | | DUP |
| | Amount = | $49.50 | |
| 01/05/11 | Messenger and delivery, 1/4/2011, Post Office/New Castle, MXD | | MESS |
| | Amount = | $51.30 | |
| 01/05/11 | Postage | | POST |
| | Amount = | $35.38 | |
| 01/06/11 | Photocopies | | DUP |
| | Amount = | $43.40 | |
| 01/06/11 | Conference calls for December of 2010 Long Distance | | LD |
| | Amount = | $209.31 | |
| 01/06/11 | Conference calls for December of 2010 Long Distance | | LD |
| | Amount = | $39.04 | |
| 01/06/11 | Delivery expense 1/5/2011 | | MESS |
| | Amount = | $12.80 | |
| 01/06/11 | Messenger and delivery, 1/5/2011, Bankruptcy Court, MXD/DZS | | MESS |
| | Amount = | $4.50 | |
| 01/06/11 | Postage | | POST |
| | Amount = | $32.94 | |
| 01/07/11 | COURTCALL LLC: CCDA 05-1619/ Services 1/5-1/10 | | FLFEE |
| | Amount = | $60.00 | |
| 01/07/11 | Photocopies | | DUP |
| | Amount = | $7.30 | |
| 01/07/11 | Messenger and delivery, 1/6/2011, McCarter & English, MXD | | MESS |
| | Amount = | $6.00 | |
| 01/07/11 | Messenger and delivery, 1/6/2011, Cole Schotz, MXD | | MESS |
| | Amount = | $6.00 | |
| 01/07/11 | Messenger and delivery, 1/6/2011, Potter Anderson, MXD | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883
Page 18

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 01/07/11 | Messenger and delivery, 1/6/2011, Pepper Hamilton, MXD | Amount = $6.00 | MESS |
| 01/07/11 | PACER | Amount = $3.92 | DOCRETRI |
| 01/07/11 | Postage | Amount = $23.76 | POST |
| 01/10/11 | Binding/Tabs Velobinding | Amount = $12.00 | BIND |
| 01/10/11 | Photocopies | Amount = $33.00 | DUP |
| 01/10/11 | Delivery expense 1/7/2011 | Amount = $12.80 | MESS |
| 01/10/11 | PACER | Amount = $18.80 | DOCRETRI |
| 01/10/11 | Printing | Amount = $1.40 | DUP |
| 01/10/11 | Printing | Amount = $3.10 | DUP |
| 01/10/11 | Printing | Amount = $1.40 | DUP |
| 01/10/11 | Printing | Amount = $1.50 | DUP |
| 01/10/11 | Printing | Amount = $2.00 | DUP |
| 01/10/11 | Printing | Amount = $1.60 | DUP |
| 01/10/11 | Printing | Amount = $2.90 | DUP |
| 01/11/11 | PACER | Amount = $55.68 | DOCRETRI |
| 01/11/11 | Printing | Amount = $1.40 | DUP |
| 01/11/11 | Printing | Amount = $1.90 | DUP |
| 01/11/11 | Printing | Amount = $4.80 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883
Page 19

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/11/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 01/11/11 | Printing | | DUP |
| | Amount = | $3.50 | |
| 01/11/11 | Printing | | DUP |
| | Amount = | $1.70 | |
| 01/11/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 01/12/11 | PACER | | DOCRETRI |
| | Amount = | $6.08 | |
| 01/13/11 | COURTCALL LLC: CCDA 05-1619/Services 1/11-1/17 | | FLFEE |
| | Amount = | $65.00 | |
| 01/13/11 | 17247766644 Long Distance | | LD |
| | Amount = | $1.39 | |
| 01/14/11 | AKIN GUMP STRAUSS HAUER & FELP - Messenger and delivery | | MESS |
| | Amount = | $11.28 | |
| 01/14/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $16.66 | |
| 01/14/11 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | | MESS |
| | Amount = | $11.28 | |
| 01/14/11 | Photocopies | | DUP |
| | Amount = | $38.00 | |
| 01/14/11 | PACER | | DOCRETRI |
| | Amount = | $50.32 | |
| 01/14/11 | Printing | | DUP |
| | Amount = | $7.10 | |
| 01/14/11 | Printing | | DUP |
| | Amount = | $7.10 | |
| 01/14/11 | Printing | | DUP |
| | Amount = | $7.60 | |
| 01/18/11 | Messenger and delivery, 1/14/2011, US Trustee, RKS | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883

Page 20

Client #  732310

| 01/18/11 | Messenger and delivery, 1/14/2011, Morris Nichols, RKS | MESS |
| | Amount =  $6.00 | |
| 01/19/11 | NORTEL NETWORKS - Messenger and delivery | MESS |
| | Amount =  $16.66 | |
| 01/19/11 | Printing | DUP |
| | Amount =  $4.70 | |
| 01/19/11 | Printing | DUP |
| | Amount =  $12.90 | |
| 01/19/11 | Printing | DUP |
| | Amount =  $1.10 | |
| 01/21/11 | 12129693097 Long Distance | LD |
| | Amount =  $6.95 | |
| 01/21/11 | 12129693097 Long Distance | LD |
| | Amount =  $2.78 | |
| 01/21/11 | PACER | DOCRETRI |
| | Amount =  $20.08 | |
| 01/21/11 | Printing | DUP |
| | Amount =  $1.50 | |
| 01/21/11 | Printing | DUP |
| | Amount =  $1.60 | |
| 01/21/11 | Printing | DUP |
| | Amount =  $2.20 | |
| 01/21/11 | Printing | DUP |
| | Amount =  $3.20 | |
| 01/25/11 | Binding/Tabs Velobinding | BIND |
| | Amount =  $40.00 | |
| 01/25/11 | Photocopies | DUP |
| | Amount =  $12.40 | |
| 01/25/11 | Photocopies | DUP |
| | Amount =  $132.80 | |
| 01/25/11 | Printing | DUP |
| | Amount =  $1.70 | |
| 01/25/11 | Printing | DUP |
| | Amount =  $2.00 | |
| 01/25/11 | Printing | DUP |
| | Amount =  $1.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883
Page 21
Client #  732310

| | | | |
|---|---|---|---|
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.00 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $3.10 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.00 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.90 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.10 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.60 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $6.50 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $6.40 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.00 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $6.00 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.10 | |
| 01/25/11 | Printing | | DUP |
| | Amount = | $1.80 | |
| 01/26/11 | 14043745277 Long Distance | | LD |
| | Amount = | $15.29 | |
| 01/26/11 | PACER | | DOCRETRI |
| | Amount = | $7.68 | |
| 01/26/11 | Printing | | DUP |
| | Amount = | $3.30 | |
| 01/28/11 | Photocopies | | DUP |
| | Amount = | $50.30 | |
| 01/28/11 | PACER | | DOCRETRI |
| | Amount = | $2.32 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 25, 2011
Invoice 373883
Page 22
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/28/11 | Postage | | POST |
| | | Amount =  $14.85 | |
| 01/28/11 | Printing | | DUP |
| | | Amount =  $3.60 | |
| 01/28/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 01/28/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 01/28/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 01/31/11 | Photocopies | | DUP |
| | | Amount =  $1.80 | |
| 01/31/11 | Photocopies | | DUP |
| | | Amount =  $0.40 | |
| 01/31/11 | Photocopies | | DUP |
| | | Amount =  $9.60 | |
| 01/31/11 | Photocopies | | DUP |
| | | Amount =  $2.00 | |
| 01/31/11 | Messenger and delivery, 1/28/2011, Morris Nichols, BJW | | MESS |
| | | Amount =  $6.00 | |
| 01/31/11 | Messenger and delivery, 1/28/2011, US Trustee, BJW | | MESS |
| | | Amount =  $6.00 | |
| 01/31/11 | Messenger and delivery, 1/28/2011, Post Office/New Castle, BJW | | MESS |
| | | Amount =  $51.30 | |
| 01/31/11 | PACER | | DOCRETRI |
| | | Amount =  $9.76 | |
| 01/31/11 | Printing | | DUP |
| | | Amount =  $4.80 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses    $1,577.91