# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 23, 2011 at 9:30 a.m.**<br>) |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Ashurst LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought: November 01, 2010 through January 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary: £246,486.00 (US $396,842.46)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: £10,081.00 (US $16,230.41)[4].

This is (a)n: _X_ interim ___ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, November 2010, December 2010, and January 2011 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.61 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.61 as published by Bloomberg.com on the date of the application.

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/23/10 Docket No. 4646 | 11/01/10 – 11/30/10 | £137,649.50 | £8,866.54 | £110,119.60 | £8,866.54 | £27,529.90 |
| Date Filed: 01/28/11 Docket No. 4773 | 12/01/10 – 12/31/10 | £63,286.50 | £140.39 | £50,629.20 | £140.39 | £12,657.30 |
| Date Filed: 02/24/11 Docket No. 4990 | 01/01/11 – 01/31/11 | £45,550.00 | £1,074.07 | Pending Obj deadline 03/17/11 £36,440.00 | Pending Obj deadline 03/17/11 £1,074.07 | £9,110.00 |
| **TOTALS:** | | £246,486.00 | £10,081.00 | £197,188.80[5] | £10,081.00[6] | £49,297.20 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2011
London, United Kingdom

*[signature]*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.