## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Withdrawal of Debtor Nortel Networks Inc.'s Motion for Entry of an Order Enforcing the Automatic Stay Against Automotive Rentals, Inc.** was caused to be made on February 25, 2011, in the manner indicated upon the entity identified below:

Date: February 25, 2011

Ann C. Cordo (# 4817)

**Via Hand Delivery**

John V. Fiorella
ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

4110648.1