# EXHIBIT A

**626716**

# crowell moring
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000023 / General Labor Counseling  

Proforma Generation Date: 02/22/11 11:54

Fees and Disbursements Through 11/30/10  
Last Date Billed (Through )  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #

| | |
|---|---|
| Total Fees This Proforma | $154.50 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$154.50** |

Address: William J. LaSalle, Esq.  
Nortel Networks Limited  
8200 Dixie Road, Suite 100  
Brampton, ON L6T 5P6  
Canada

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8374953 | 09/22/10 | Meade, K. | Telephone conference with Mr. Knapp re potential PEO arrangement, implications of same, and extent to which the Company has a duty to update EEO-1 and VETS-100 filings. | 0.30 | $154.50 |
| | | | Professional Services Total | 0.30 | $154.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $515.00 | 0.30 | $154.50 |
| | | Fees Value | | 0.30 | $154.50 |

- 1 -

# 626516

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 02/15/11 16:18

Fees and Disbursements Through 11/30/10
Last Date Billed 12/16/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $116.00 |
| Total Disbursements This Proforma | 0.24 |
| **TOTAL THIS PROFORMA** | **$116.24** |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $82,204.00 |
| LTD Disb Billed | $1,091.04 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8530533 | 11/19/10 | Parseghian, L. | Telephone message and email to Ms. Sprengel re settlement discussion. | 0.20 | $116.00 |
| | | | Professional Services Total | 0.20 | $116.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001425 | Counsel | Parseghian, L. | $580.00 | 0.20 | $116.00 |
| | | Fees Value | | 0.20 | $116.00 |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|

- 1 -

# 626516

**CROWELL & MORING
BILLABLE PROFORMA**

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 11/30/10
Last Date Billed 12/16/10 (Through 10/31/10)
Proforma Joint Group # 105185

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5627196 | 11/19/10 | | 0051 | 1234991 | 001425 | Long Distance Telephone (312) 782 4880 | $0.24 |
| | | | | | | Total Disbursements | $0.24 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $0.24 |
| | Total Disbursements | $0.24 |

- 2 -

# 626815

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date: 02/24/11 16:58

Fees and Disbursements Through 11/30/10
Last Date Billed 12/16/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $360.00 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$360.00** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $6,547.00 |
| LTD Disb Billed | $36.97 |
| A/R Balance This Matter | $0.00 |

Address: Nortel Networks
Attn: Accounts Payable
Post Office Box 280510
Nashville, TN 37728

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8518358 | 11/17/10 | Supko, M. | Review claim construction order issued in Linex v. Nortel (0.3), report same to Messrs. Powers and Fako (0.1), and consult with local counsel re same (0.1). | 0.50 | $360.00 |
| | | | Professional Services Total | 0.50 | $360.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $720.00 | 0.50 | $360.00 |
| | | Fees Value | | 0.50 | $360.00 |

- 1 -

# 626517

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 02/15/11 16:19

Fees and Disbursements Through 11/30/10
Last Date Billed 12/17/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $1,652.00 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$1,652.00** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $38,986.50 |
| LTD Disb Billed | $88.30 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8507671 | 11/03/10 | Springer, R. | Prepare for and participate in conference call to discuss possible data discrepancies in requisition data. | 0.50 | $227.50 |
| 8532181 | 11/04/10 | Springer, R. | Continue to review requisition information for audit. | 0.50 | $227.50 |
| 8519012 | 11/17/10 | Meade, K. | Voicemail exchange with Ms. Jones of the OFCCP re request for applicant information and status of same; conference with Ms. Springer re same. | 0.30 | $162.00 |
| 8527769 | 11/17/10 | Springer, R. | Confer with Mr. Meade regarding next steps. | 0.30 | $136.50 |
| 8520564 | 11/18/10 | Meade, K. | Telephone conference with Ms. Jones of the OFCCP re request for information re applicants and applicant counts, and related conference with Ms. Springer re same. | 0.40 | $216.00 |

- 1 -

# 626517

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 11/30/10
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8550781 | 11/23/10 | Springer, R. | Review resumes for requisitions and send e-mail to Ms. Lightfoot regarding questions on same. | 0.70 | $318.50 |
| 8550795 | 11/30/10 | Springer, R. | Draft letter to OFCCP regarding requisitions filled in 2007 and 2008 and explaining the discrepancies between applicant number previously submitted and revised applicant numbers later submitted. | 0.80 | $364.00 |
| | | | **Professional Services Total** | **3.50** | **$1,652.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 2.80 | $1,274.00 |
| 001003 | Partner | Meade, K. | $540.00 | 0.70 | $378.00 |
| | | Fees Value | | **3.50** | **$1,652.00** |

- 2 -

**626518**

# crowell moring
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 02/24/11 13:18

Fees and Disbursements Through 11/30/10
Last Date Billed 12/17/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $4,977.00 | |
| Total Disbursements This Proforma | 22.00 | |
| **TOTAL THIS PROFORMA** | **$4,999.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $91,528.00 |
| LTD Disb Billed | $248.30 |
| A/R Balance This Matter | $0.00 |

Address:
Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8494243 | 11/04/10 | Cheney, M | Email from/to Ms. Cordo re next round of fee applications and Nortel's procedure for processing invoices. | 0.20 | $113.00 |
| 8512704 | 11/07/10 | Cheney, M | Review and revise pro formas for fee statements. | 0.80 | $452.00 |
| 8512806 | 11/09/10 | Cheney, M | Conference with Ms. Duffy re preparing fee statements. | 0.10 | $56.50 |
| 8528339 | 11/14/10 | Cheney, M | Further edits to pro formas for fee statements. | 0.40 | $226.00 |
| 8522509 | 11/15/10 | Duffy, K | Prepare and revise Twentieth Interim Fee Application and related exhibits | 1.00 | $245.00 |
| 8522511 | 11/15/10 | Duffy, K | Prepare and revise Twenty-Second Interim Fee Application and related exhibits | 0.80 | $196.00 |
| 8522510 | 11/15/10 | Duffy, K | Prepare and revise Twenty-First Interim Fee Application and related exhibits | 0.70 | $171.50 |

# 626518

## CROWELL & MORING
## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Fees and Disbursements Through** 11/30/10
**Last Date Billed** 12/17/10 (Through 10/31/10)
**Proforma Joint Group #** 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8528451 | 11/18/10 | Cheney, M | Review initial drafts of fee statements. | 0.90 | $508.50 |
| 8522476 | 11/18/10 | Duffy, K | Prepare Seventh Quarterly Fee Application and Order | 1.00 | $245.00 |
| 8522477 | 11/18/10 | Duffy, K | Revise Twentieth Interim Fee Application and related exhibits | 0.50 | $122.50 |
| 8522478 | 11/18/10 | Duffy, K | Revise Twenty-First Interim Fee Application and related exhibits | 0.50 | $122.50 |
| 8522479 | 11/18/10 | Duffy, K | Revise Twenty-Second Interim Fee Application and related exhibits | 0.50 | $122.50 |
| 8528465 | 11/19/10 | Cheney, M | Review and revise August fee statement. | 0.40 | $226.00 |
| 8528468 | 11/19/10 | Cheney, M | Review and revise September fee statement. | 0.40 | $226.00 |
| 8528472 | 11/19/10 | Cheney, M | Review and revise October fee statement. | 0.40 | $226.00 |
| 8528474 | 11/19/10 | Cheney, M | Conference with Ms. Duffy re fee statements. | 0.10 | $56.50 |
| 8528476 | 11/19/10 | Cheney, M | Review and revise quarterly fee application. | 0.30 | $169.50 |
| 8528479 | 11/19/10 | Cheney, M | Final review of fee statements and pro formas. | 1.10 | $621.50 |
| 8522473 | 11/19/10 | Duffy, K | Finalize Twenty-Second Interim Fee Application and related exhibits | 0.80 | $196.00 |
| 8522471 | 11/19/10 | Duffy, K | Finalize Twentieth Interim Fee Application and related exhibits | 0.90 | $220.50 |
| 8522472 | 11/19/10 | Duffy, K | Finalize Twenty-First Interim Fee Application and related exhibits | 0.70 | $171.50 |
| 8545354 | 11/22/10 | Cheney, M | Review docket and pleadings re filing and service of fee applications. | 0.30 | $169.50 |
| 8545403 | 11/24/10 | Cheney, M | Attention to fee applications and invoicing process per email from Ms. Woollett. | 0.20 | $113.00 |
| | | | **Professional Services Total** | **13.00** | **$4,977.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 5.60 | $3,164.00 |

- 2 -

# 626518

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 11/30/10
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 006407 | Specialist | Duffy, K | $245.00 | 7.40 | $1,813.00 |
| | | | Fees Value | 13.00 | $4,977.00 |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5625043 | 11/18/10 | | 0022 | 1234171 | 006407 | Inhouse Duplicating | $22.00 |
| | | | | | | Total Disbursements | $22.00 |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $22.00 |
| | Total Disbursements | $22.00 |

- 3 -

# 626519

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Proforma Generation Date: 02/15/11 16:37

Fees and Disbursements Through 11/30/10
Last Date Billed 02/15/11 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Dec 29, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $220.00 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$220.00** |

Address: Nortel Networks Corp

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $65,582.50 |
| LTD Disb Billed | $493.81 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8513589 | 11/09/10 | Zabarauskas, B. | Review documents from client | 0.20 | $118.00 |
| 8528430 | 11/17/10 | Cheney, M | Email to Mr. Zabarauskas re status of investigation and potential adversary proceeding. | 0.10 | $56.50 |
| 8545509 | 11/24/10 | Bloomberg, N. | Draft e-mail to Chris Condlin of Cleary Gottlieb re status of preference complaint. | 0.10 | $45.50 |
| | | | Professional Services Total | 0.40 | $220.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002067 | Associate | Bloomberg, N. | $455.00 | 0.10 | $45.50 |
| 001835 | Counsel | Cheney, M | $565.00 | 0.10 | $56.50 |

- 1 -

# 626519

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 11/30/10
Last Date Billed 02/15/11 (Through 10/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002217 | Counsel | Zabarauskas, B. | $590.00 | 0.20 | $118.00 |
| | | | Fees Value | 0.40 | $220.00 |

- 2 -