# EXHIBIT B

DCACTIVE-14599269.1

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 Through November 30, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $0.24 |
| Duplicating | Inhouse Duplicating | $22.00 |
| TOTAL | | $22.24 |

DCACTIVE-14599269.1

626516

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 08/31/10
Last Date Billed 09/30/10 (Through 07/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5627196 | 11/19/10 | | 0051 | 1234991 | 001425 | Long Distance Telephone | $0.24 |
| | | | | | | Total Disbursements | $0.24 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0051 | Long Distance Telephone | $0.24 |
| | Total Disbursements | $0.24 |

**626518**

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 11/30/10
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 8545403 | 11/24/10 | | 0022 | 1234171 | 006407 | Inhouse Duplicating | $22.00 |
| | | | | | | **Total Disbursements** | **$22.00** |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0022 | Inhouse Duplicating | $22.00 |
| | **Total Disbursements** | **$22.00** |