# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 28, 2010 Through January 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 10.2 | $7,823.50 |
| Case Administration | 27.2 | $12,802.50 |
| Fee and Employment Applications | 35.4 | $24,437.50 |
| Analysis of Canadian Law | 263.9 | $147,000.50 |
| Intercompany Analysis | 187.7 | $152,639.00 |
| Canadian CCAA Proceedings/Matters | 190.6 | $143,077.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 2.6 | $2,405.00 |
| **TOTAL** | 717.6 | $490,185.50 |

**ASSET DISPOSITIONS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Gray | William | 11/05/10 | Work on retention application; Finalize supporting affidavit; Finalize conflicts letter; Work on preparation of disclosure statement and related documents regarding entry into case | 2.7 | 2,227.50 | 10359535 |
| DeMarinis | Tony | 1/13/11 | review factum, monitor's report and other filed materials; consideration of EMEA claims issues; | 2.4 | 2,340.00 | 10453182 |
| Gray | William | 1/14/11 | Monthly fee application review and preparation | 1.2 | 1,020.00 | 10454159 |
| Martin | Timothy | 1/18/11 | Reviewing materials from MNAT re: fee applications; conference call with W. Gray, T. Demarinis and S. Bomhof; circulating materials to same | 2.6 | 1,131.00 | 10454164 |
| Gray | William | 1/18/11 | Work on fee application and conference call regarding same | 1.3 | 1,105.00 | 10454180 |

**ASSET DISPOSITIONS**

**CASE ADMINISTRATION**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Martin | Timothy | 10/28/10 | Conference call with CGSH; conference call with T. DeMarinis, W. Gray and Abauer; circulating documents to Torys group | 1.0 | 375.00 | 10348900 |
| Bauer | Alison D. | 10/28/10 | Conference call between Torys and Cleary Gottlieb and follow up | 1.6 | 1,080.00 | 10348905 |
| Bauer | Alison D. | 10/30/10 | review of disclosure statement and pleadings | 1.5 | 1,012.50 | 10350292 |
| Bauer | Alison D. | 11/02/10 | retention issues; conferences Brod; emails DeMarinis and Gray; attention to and review of retention application; conference D. Ralph on binders of materials; filing of materials; various conf. Abott; conferences DeMarinis and Bomhof; follow up | 2.0 | 1,350.00 | 10353565 |
| Bauer | Alison D. | 11/03/10 | conf. Ralph; atttention to follow up emails | 0.3 | 202.50 | 10355135 |
| Ralph | Dianne | 11/03/10 | Update mediation binder index (0.9); organize mediaton documents into binders (2.5) | 3.4 | 680.00 | 10357148 |
| Bauer | Alison D. | 11/04/10 | conf. Gray, emails | 0.1 | 67.50 | 10357212 |
| Ralph | Dianne | 11/01/10 | Review, print and organize mediation documents into binders as directed by A. Bauer | 3.1 | 620.00 | 10357241 |
| Ralph | Dianne | 11/02/10 | Organize mediation documents into binders and draft mediation binder index as directed by A. Bauer | 4.4 | 880.00 | 10357249 |
| Ralph | Dianne | 11/09/10 | Research bankruptcy court docket for recent filings (0.6); email correspondence to W. Gray re: application motions (0.1) | 0.7 | 140.00 | 10369151 |
| DeMarinis | Tony | 11/10/10 | emails with Jennifer Stam regarding Canadian counsel changes for NNI et. al.; arrangements relating to same; | 1.0 | 925.00 | 10370980 |
| Martin | Timothy | 11/10/10 | Resolving access to mediation statement materials | 0.5 | 187.50 | 10371169 |
| Ralph | Dianne | 11/10/10 | Research bankruptcy court docket for recent filings (0.4); update bankruptcy calendar (0.3); email attorneys re: hearing and objection deadlines for Application (0.1) | 0.8 | 160.00 | 10371208 |
| Gray | William | 11/12/10 | Review filings; Update on case (1.1); Review docket for objections to retention (.30) | 0.3 | 247.50 | 10373422 |
| Gray | William | 1/06/11 | Case docket review | 0.6 | 510.00 | 10439585 |
| Gray | William | 1/13/11 | Case review; Docket update | 0.7 | 595.00 | 10447876 |
| Martin | Timothy | 1/19/11 | Telephone call with J. Wong re: DTE time entries and billing matters; reviewing precedent fee applications; e-mail to T. DeMarinis and S. Bomhoff re: same | 1.5 | 652.50 | 10455995 |
| Gray | William | 1/27/11 | Work on fee application issues; Work on monthly statement wherein classification of time | 1.4 | 1,190.00 | 10472186 |
| Gray | William | 1/28/11 | Work on fee application | 1.2 | 1,020.00 | 10472212 |
| Gray | William | 11/12/10 | Review filings; Update on case (1.1); Review docket for objections to retention (.30) | 1.1 | 907.50 | 10502117 |

**FEE AND EMPLOYMENT APPLICATIONS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| Gray | William | 10/29/10 | Review retention application (.80); Review substantive consolidation issue (.90) | 1.7 | 1,402.50 | 10348941 |
| Gray | William | 11/04/10 | Review retention application (.90); Work on affidavit (1.9); Review materials for hearing regarding sale of Carlin facility (.80) | 2.7 | 2,227.50 | 10359530 |
| Martin | Timothy | 11/04/10 | Reviewing retention materials and drafting comments to waiver and consent letter; circulating revised drafts of same; reviewing conflicts report | 2.3 | 862.50 | 10359558 |
| Martin | Timothy | 11/05/10 | Work on finalizing retention application | 2.0 | 750.00 | 10359560 |
| DeMarinis | Tony | 11/09/10 | review filed retention documents and related materials; | 0.8 | 740.00 | 10370326 |
| Martin | Timothy | 11/08/10 | Finalizing waiver and consent letter and retention materials | 0.7 | 262.50 | 10371162 |
| Gray | William | 11/17/10 | Review filing of retention application; Review non-objection stipulation | 0.9 | 742.50 | 10380558 |
| Gray | William | 11/19/10 | Review docket; Review proposed order for approval of Torys application | 0.9 | 742.50 | 10383482 |
| DeMarinis | Tony | 11/22/10 | emails with Robin Baik and Bill Gray regarding retention confirmation; | 0.2 | 185.00 | 10384012 |
| Gray | William | 11/22/10 | Review retention order; Review fee application process | 1.3 | 1,072.50 | 10385244 |
| Gray | William | 12/08/10 | Review fee application process; Draft mediation fee application | 1.4 | 1,155.00 | 10410568 |
| Gray | William | 12/09/10 | Meeting with T. DeMarinis and T. Martin to review fee application process | 0.7 | 577.50 | 10410607 |
| Gray | William | 12/10/10 | Work on fee applications | 0.8 | 660.00 | 10410614 |
| Martin | Timothy | 12/10/10 | Reviewing procedures re: fee applications and related precedents (2.1); telephone call with A. Cordo at MNAT re: fee application requirements (.2); meeting with W. Gray re: fee application requirements (.2); email to T. Demarinis re: fee applications (.6); reviewing email from and follow-up telephone call with J. Wong re: project category modifications to DTE (.5) | 3.6 | 1,350.00 | 10414028 |
| Gray | William | 12/13/10 | Review fee application procedures | 0.8 | 660.00 | 10415094 |
| Gray | William | 12/16/10 | Work on fee application | 1.0 | 825.00 | 10421120 |
| Gray | William | 12/17/10 | Develop fee application | 0.7 | 577.50 | 10421127 |
| Gray | William | 12/23/10 | Develop fee application categories | 0.4 | 330.00 | 10428429 |
| Gray | William | 12/28/10 | Work on fee application | 1.2 | 990.00 | 10432785 |
| Ralph | Dianne | 1/03/11 | Conference with W. Gray regarding Fee Application meeting (0.3); email bankruptcy department, T. DeMarinis and Scott Bomhof regarding meeting to discuss Fee Application (0.1) | 0.4 | 86.00 | 10435097 |
| Gray | William | 1/11/11 | Work on fee applications | 1.3 | 1,105.00 | 10447514 |
| DeMarinis | Tony | 1/25/11 | arrangements regarding account approvals; | 0.8 | 780.00 | 10469901 |
| Martin | Timothy | 1/27/11 | Reviewing local rules (.3); email correspondence with J. Wong re: time entries (.2); e-mails to attorneys re: dockets (1.3); | 2.2 | 957.00 | 10470570 |

**FEE AND EMPLOYMENT APPLICATIONS**

**FEE AND EMPLOYMENT APPLICATIONS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Martin | Timothy | 1/26/11 | e-mail correspondence with individual attorneys re: dockets (.4) Reviewing docket reporting (.5); e-mail correspondence with J. Wong re: docketing (.4) | 0.9 | 391.50 | 10470576 |
| Martin | Timothy | 1/25/11 | Phone call with S. Bomhoff re: docketing procedures | 0.3 | 130.50 | 10470577 |
| DeMarinis | Tony | 1/28/11 | review and arrangements regarding retention and payment obligations; | 1.4 | 1,365.00 | 10475372 |
| Gray | William | 10/28/10 | Review retention application process for allocation of claims issues (.70) | 1.9 | 1,567.50 | 10502116 |
| DeMarinis | Tony | 11/17/10 | emails regarding retention application and objection status; | 0.3 | 277.50 | 10505808 |
| DeMarinis | Tony | 11/19/10 | emails with team and Cleary regarding retention application; review filing forwarded by Louis Lipner; | 0.2 | 185.00 | 10507154 |
| DeMarinis | Tony | 12/09/10 | discussion and planning regarding retention requirements; | 1.0 | 925.00 | 10507189 |
| DeMarinis | Tony | 12/10/10 | discussions with team and arrangements regarding retention requirements in U.S. proceedings; | 0.6 | 555.00 | 10507190 |

## ANALYSIS OF CANADIAN LAW

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Robbins | Tim | 10/30/10 | Research regarding several Canadian legal issues; | 4.0 | 1,320.00 | 10352197 |
| Robbins | Tim | 10/31/10 | research regarding several Canadian legal issues; prepare report regarding same; | 1.5 | 495.00 | 10352314 |
| Robbins | Tim | 11/01/10 | research regarding Canadian legal issues; | 2.0 | 660.00 | 10352561 |
| Robbins | Tim | 11/02/10 | research regarding Canadian legal issues; internal meting with Natasha De Cicco regarding same; | 4.9 | 1,617.00 | 10352727 |
| DeMarinis | Tony | 10/31/10 | read report from Tim Robbins on requested research; consideration and follow-up review; | 1.5 | 1,387.50 | 10352970 |
| Robbins | Tim | 11/03/10 | research regarding Canadian legal issues; | 2.2 | 726.00 | 10362249 |
| Robbins | Tim | 11/11/10 | research regarding Canadian legal issues; | 2.0 | 660.00 | 10368109 |
| Bomhof | Scott A. | 11/15/10 | research Canadian legal issues; | 3.0 | 2,280.00 | 10374672 |
| Bomhof | Scott A. | 11/16/10 | Research regarding Canadian legal issues and issues arising from mediation; | 2.6 | 1,976.00 | 10375923 |
| De Cicco | Natasha | 11/18/10 | Telephone conference with Ogilvy, Goodmans and Cleary regarding CCAA issues; telephone call with Cleary regarding DIP loan issues; | 1.2 | 672.00 | 10380272 |
| Bomhof | Scott A. | 11/18/10 | Telephone conference with Ogilvy, Goodmans and Cleary regarding CCAA issues; telephone call with Cleary regarding DIP loan issues; | 1.0 | 760.00 | 10380372 |
| De Cicco | Natasha | 11/22/10 | Internal meeting with Brian Cox regarding researchregarding Canadian legal issues; | 0.5 | 280.00 | 10382471 |
| Cox | Brian | 11/22/10 | Internal Meeting with Natasha De Cicco regarding research regarding Canadian legal issues; | 0.6 | 156.00 | 10382616 |
| Cox | Brian | 11/22/10 | Research regarding Canadian legal issues; | 4.1 | 1,066.00 | 10383396 |
| Bomhof | Scott A. | 11/19/10 | Telephone call with Cleary regarding DIP loan issues and review DIP loan agreements; | 1.5 | 1,140.00 | 10384662 |
| Cox | Brian | 11/23/10 | Research regarding Canadian legal issues; internal meeting with Natasha De Cicco regarding same; preparing report regarding same; | 8.7 | 2,262.00 | 10384918 |
| Bomhof | Scott A. | 11/23/10 | Research regarding Canadian legal issues: | 0.4 | 304.00 | 10384967 |
| De Cicco | Natasha | 11/24/10 | Review of research regarding Canadian legal issues; | 1.0 | 560.00 | 10386428 |
| De Cicco | Natasha | 11/25/10 | Review of research regarding Canadian legal issues; | 0.5 | 280.00 | 10388668 |
| Bomhof | Scott A. | 11/24/10 | Telephone conversation with Cleary and review of DIP loan repayment materials; research regarding Canadian legal issues: | 1.0 | 760.00 | 10388844 |
| Bomhof | Scott A. | 11/26/10 | Research regarding Canadian legal issues: | 1.0 | 760.00 | 10389984 |
| DeMarinis | Tony | 11/29/10 | review employee information from Canadian debtor's counsel; consider related issues; | 0.8 | 740.00 | 10390979 |
| Bomhof | Scott A. | 11/29/10 | Review materials related to the Health and Welfare Trust ("HWT") order and distribution; | 0.6 | 456.00 | 10391080 |
| Cox | Brian | 11/30/10 | Internal meeting with Natasha De Cicco regarding research regarding Canadian legal issues; | 0.5 | 130.00 | 10392582 |
| Cox | Brian | 11/30/10 | Research regarding Canadian legal issues; | 3.5 | 910.00 | 10393158 |
| Bomhof | Scott A. | 11/30/10 | Telephone call with Ogilvy regarding DIP | 3.0 | 2,280.00 | 10393313 |

ANALYSIS OF CANADIAN LAW

ANALYSIS OF CANADIAN LAW

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| | | | loan; telephone call with Ogilvy regarding HWT distribution and participate in conference call regarding HWT distribution; | | | |
| De Cicco | Natasha | 11/30/10 | Internal Meeting with Brian Cox regarding research regarding Canadian legal issues; | 0.5 | 280.00 | 10393624 |
| Bomhof | Scott A. | 12/01/10 | Review documents related to DIP loan repayment and telephone call with Cleary to discuss same; telephone call with Ogilvy regarding DIP loan repayment issues; review issues related to EMEA claims order materials; | 3.3 | 2,508.00 | 10395272 |
| Cox | Brian | 12/03/10 | Research regarding Canadian legal issues and prepare report regarding same; | 3.1 | 806.00 | 10397165 |
| Cox | Brian | 12/02/10 | Research regarding Canadian legal issues and prepare report regarding same; | 7.2 | 1,872.00 | 10397223 |
| Cox | Brian | 12/04/10 | Research regarding Canadian legal issues and prepare report regarding same; | 5.1 | 1,326.00 | 10398350 |
| De Cicco | Natasha | 12/02/10 | Review of research regarding Canadian legal issues; | 0.5 | 280.00 | 10400222 |
| Bomhof | Scott A. | 12/02/10 | Telephone call with Cleary regarding HWT issues and telephone conversation with Fraser Milner regarding same; preparing summary of DIP repayment issues for Cleary; | 2.5 | 1,900.00 | 10400612 |
| Bomhof | Scott A. | 12/03/10 | Telephone call with Cleary regarding HWT distribution issues and telephone call with Fraser Milner regarding same; engaged regarding DIP repayment documents; review EMEA claims process court materials; | 2.0 | 1,520.00 | 10400639 |
| Cox | Brian | 12/06/10 | Internal meeting with Natasha De Cicco regarding Canadian legal research; | 0.4 | 104.00 | 10402517 |
| Bomhof | Scott A. | 12/06/10 | Review DIP repayment materials; review court materials with respect to DIP loan; telephone call with Fraser Milner and Cleary regarding HWT distribution motion; | 3.3 | 2,508.00 | 10402926 |
| De Cicco | Natasha | 12/06/10 | Review of research regarding Canadian legal issues; internal meeting with Brian Cox regarding research regarding same; | 1.4 | 784.00 | 10403446 |
| De Cicco | Natasha | 12/07/10 | Review of research regarding Canadian legal issues; | 0.5 | 280.00 | 10403962 |
| Bomhof | Scott A. | 12/07/10 | Discuss December 15 motion issues with T. DeMarinis; various telephone calls with Fraser Milner and Cleary regarding HWT distribution issues; | 3.2 | 2,432.00 | 10404232 |
| Cox | Brian | 12/07/10 | Research regarding Canadian legal issues; | 4.2 | 1,092.00 | 10404291 |
| Cox | Brian | 12/08/10 | Research regarding Canadian legal issues and prepare report regarding same; | 3.7 | 962.00 | 10406654 |
| Bomhof | Scott A. | 12/09/10 | Various telephone calls regarding HWT distribution issues; review DIP loan repayment materials; | 4.0 | 3,040.00 | 10411000 |
| Bomhof | Scott A. | 12/10/10 | various telephone calls with Cleary and review and comment on DIP repayment documentation; telephone call with Cleary and | 4.3 | 3,268.00 | 10411003 |

ANALYSIS OF CANADIAN LAW

## ANALYSIS OF CANADIAN LAW

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Cox | Brian | 12/16/10 | Fraser Milner regarding HWT motion; finalize notice of change of solicitors; Correspondence with Natasha De Cicco regarding Canadian legal question; | 0.4 | 104.00 | 10419247 |
| Flaherty | Patrick | 12/16/10 | review e-mail regarding Canadian legal research and review relevant documents; | 0.4 | 304.00 | 10420635 |
| Estey | Wilfred M. | 12/17/10 | research regarding Canadian legal issues and office conversation with Scott Bomhof regarding same; | 4.5 | 4,275.00 | 10423235 |
| Estey | Wilfred M. | 12/20/10 | research regarding Canadian legal issues and prepare reporting e-mail to Cleary regarding same; | 6.0 | 5,700.00 | 10423266 |
| DeMarinis | Tony | 12/16/10 | considering Canadian law issues requested by Cleary; discussions and correspondence with team to coordinate research and analysis; retrieve and review relevant documentation; | 4.0 | 3,700.00 | 10425224 |
| Flaherty | Patrick | 12/20/10 | exchange e-mails with Tony DeMarinis regarding Canadian legal research; | 0.2 | 152.00 | 10427394 |
| Flaherty | Patrick | 12/17/10 | prepare draft memo and review law and documentation regarding Canadian legal research issues; | 3.5 | 2,660.00 | 10427764 |
| Flaherty | Patrick | 12/18/10 | telephone conference with Brian Cox and review law regarding Canadian legal research; | 1.0 | 760.00 | 10427766 |
| Cox | Brian | 1/04/11 | Research regarding Canadian legal issues; | 4.6 | 1,357.00 | 10434286 |
| De Cicco | Natasha | 1/04/11 | Correspondence regarding Canadian legal research; | 0.3 | 184.50 | 10434450 |
| Estey | Wilfred M. | 1/05/11 | research regarding Canadian legal issues and prepare summary of caselaw; | 1.8 | 1,755.00 | 10435918 |
| Flaherty | Patrick | 1/04/11 | exchange e-mails with Cleary regarding Canadian legal research issues; | 0.6 | 471.00 | 10436121 |
| Flaherty | Patrick | 1/05/11 | review and revise draft memo regarding Canadian legal research issues; | 0.8 | 628.00 | 10436527 |
| Bomhof | Scott A. | 1/05/11 | Research regarding Canadian legal issues: | 2.0 | 1,570.00 | 10437271 |
| De Cicco | Natasha | 1/06/11 | Review of research regarding Canadian legal matters; | 0.5 | 307.50 | 10438644 |
| Flaherty | Patrick | 1/06/11 | internal meeting with Brian Cox and review and revise memo regarding Canadian legal research issues; | 2.0 | 1,570.00 | 10438707 |
| Estey | Wilfred M. | 1/06/11 | research regarding Canadian legal issues and finalize reporting memo to Cleary regarding same; | 1.0 | 975.00 | 10438895 |
| Cox | Brian | 1/06/11 | Research regarding Canadian legal issues and prepare report regarding same;  Discussion with Patrick Flaherty regarding same; | 7.3 | 2,153.50 | 10439332 |
| De Cicco | Natasha | 1/07/11 | Review of research regarding Canadian legal matters and correspondence with Brian Cox regarding same; | 3.6 | 2,214.00 | 10439337 |
| DeMarinis | Tony | 1/04/11 | receipt of multiple research request from Sara Gottlieb; initial consideration of same; discussions and emails with team members to coordinate research and analysis; | 2.0 | 1,950.00 | 10440494 |

**ANALYSIS OF CANADIAN LAW**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 1/06/11 | consideration of Canadian legal questions from Cleary; input from team specialists and review of relevant documents and materials; | 2.0 | 1,950.00 | 10440551 |
| DeMarinis | Tony | 1/07/11 | prepare reports to Cleary on questions of Canadian law; correspondence with team members; emails with Sara Gottlieb; consideration of and responding to further enquiries; | 3.5 | 3,412.50 | 10440553 |
| DeMarinis | Tony | 1/09/11 | work on Canadian legal issues; | 0.8 | 780.00 | 10440574 |
| De Cicco | Natasha | 1/10/11 | Internal meeting with Brian Cox regarding research regarding Canadian legal matters; | 0.4 | 246.00 | 10442389 |
| Bomhof | Scott A. | 1/10/11 | Research regarding Canadian legal issues: | 1.4 | 1,099.00 | 10443355 |
| De Cicco | Natasha | 1/11/11 | Review of research regarding Canadian legal matters; | 1.1 | 676.50 | 10444429 |
| Cox | Brian | 1/12/11 | Research regarding Canadian legal matters; | 3.9 | 1,150.50 | 10447168 |
| DeMarinis | Tony | 1/10/11 | input from team members on Canadian legal analysis; report to Sara Gottlieb relating to same; emails with same | 1.5 | 1,462.50 | 10449282 |
| Cox | Brian | 1/18/11 | Research regarding various Canadian legal matters and prepare memorandum regarding same; | 8.3 | 2,448.50 | 10453090 |
| DeMarinis | Tony | 1/18/11 | consider new research enquiry from Cleary; review materials, and correspond with team, for same; | 1.0 | 975.00 | 10453233 |
| De Cicco | Natasha | 1/18/11 | Correspondence with Cleary regarding Canadian research question; co-ordinating with Andrew Gray regarding same; | 1.1 | 676.50 | 10453610 |
| Wise | Rebecca | 1/18/11 | meeting with A. Gray re research assignment (.2); conducting research on Canadian bankruptcy proceedings (1.8); | 2.0 | 590.00 | 10453774 |
| Gray | Andrew | 1/18/11 | research regarding Canadian legal issues; | 0.5 | 332.50 | 10453868 |
| Wise | Rebecca | 1/19/11 | research re: Canadian bankruptcy issues; | 4.2 | 1,239.00 | 10454731 |
| Cox | Brian | 1/19/11 | Research regarding various Canadian legal matters and prepare report regarding same; | 7.9 | 2,330.50 | 10454954 |
| Bomhof | Scott A. | 1/18/11 | Research regarding Canadian legal issues: | 3.5 | 2,747.50 | 10455153 |
| Gray | Andrew | 1/21/11 | research regarding Canadian legal issues; | 1.8 | 1,197.00 | 10456390 |
| Bomhof | Scott A. | 1/19/11 | Research regarding Canadian legal issues and exchange e-mails with Cleary and Ogilvy regarding issues arising from the EMEA claims order; | 1.8 | 1,413.00 | 10456436 |
| Cox | Brian | 1/20/11 | Discussion with Scott Bomhof regarding Canadian legal research question; | 0.5 | 147.50 | 10457337 |
| Wise | Rebecca | 1/20/11 | research on Canadian bankruptcy issues (2.9); meeting with A. Gray re research findings (.3); | 3.2 | 944.00 | 10457453 |
| Wise | Rebecca | 1/21/11 | research re additional Canadian bankruptcy issues (2.3); email to A. Gray re research findings (.1); | 2.4 | 708.00 | 10459028 |
| Bomhof | Scott A. | 1/20/11 | Research regarding Canadian legal issues and reporting to Cleary with respect to same: | 4.2 | 3,297.00 | 10459137 |
| Bomhof | Scott A. | 1/21/11 | Research regarding Canadian legal issues: | 2.2 | 1,727.00 | 10459159 |
| De Cicco | Natasha | 1/19/11 | Research regarding Canadian legal matters; Correspondence with Tony DeMarinis and Scott Bomhof regarding same; | 2.1 | 1,291.50 | 10459178 |

**ANALYSIS OF CANADIAN LAW**

## ANALYSIS OF CANADIAN LAW

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| De Cicco | Natasha | 1/21/11 | Internal Meeting with Andrew Gray regarding research regarding Canadian legal matters; telephone call with Cleary regarding same | 0.8 | 492.00 | 10459286 |
| De Cicco | Natasha | 1/24/11 | telephone call with Cleary regarding Canadian legal matters; | 0.4 | 246.00 | 10461597 |
| Bomhof | Scott A. | 1/24/11 | Research regarding Canadian legal issues: | 1.0 | 785.00 | 10463452 |
| Bomhof | Scott A. | 1/25/11 | Exchange messages with Cleary and Ogilvy regarding EMEA claims issues; | 1.1 | 863.50 | 10463558 |
| DeMarinis | Tony | 1/21/11 | correspondence and consideration of further Canadian legal research questions from Cleary; | 1.4 | 1,365.00 | 10464932 |
| Bomhof | Scott A. | 1/31/11 | Attend telephone conference with Cleary, Ogilvy and bondholder counsel regarding restructuring issues; | 1.0 | 785.00 | 10471592 |
| DeMarinis | Tony | 1/31/11 | preparation for and participation on conference call with counsel for Canadian debtor, bondholders group and Cleary; follow-up consideration of issues discussed, and review related information; | 2.8 | 2,730.00 | 10477819 |
| Bomhof | Scott A. | 11/17/10 | Research regarding Canadian legal issues; | 1.1 | 836.00 | 10493939 |
| Bomhof | Scott A. | 1/07/11 | Research regarding Canadian legal issues; | 0.8 | 628.00 | 10493940 |
| De Cicco | Natasha | 11/23/10 | Internal meeting with Brian Cox regarding research regarding Canadian legal issues; | 0.3 | 168.00 | 10497871 |
| De Cicco | Natasha | 12/08/10 | Review of research regarding Canadian legal issues; internal meeting with Brian Cox regarding same; | 1.0 | 560.00 | 10497876 |
| Cox | Brian | 12/01/10 | Research regarding Canadian legal issues; | 0.4 | 104.00 | 10497879 |
| Cox | Brian | 12/17/10 | Research regarding Canadian legal issues; internal meeting with Patrick Flaherty regarding same; | 6.2 | 1,612.00 | 10497881 |
| Cox | Brian | 12/18/10 | Research regarding Canadian legal issues and prepare report regarding same; | 7.9 | 2,054.00 | 10497882 |
| Cox | Brian | 1/05/11 | Research regarding Canadian legal issues and prepare report regarding same; | 5.8 | 1,711.00 | 10497883 |
| Cox | Brian | 1/10/11 | Research regarding various Canadian legal issues; internal discussions and meetings with Patrick Flaherty, Scott Bomhof and Natasha De Cicco regarding same; | 4.6 | 1,357.00 | 10497884 |
| DeMarinis | Tony | 10/29/10 | consideration of Canadian legal issues as requested by Cleary Gottlieb, and review of related materials; | 2.5 | 2,312.50 | 10505789 |
| DeMarinis | Tony | 11/01/10 | coordination and oversight of research on various issues of Canadian law; consider additional legal question from Cleary; review and analysis regarding same; | 3.0 | 2,775.00 | 10505793 |
| DeMarinis | Tony | 11/02/10 | discussions and coordination with team members on Canadian legal research; review reports and information relating to same, and conduct search; | 2.0 | 1,850.00 | 10505795 |
| DeMarinis | Tony | 11/03/10 | report from Natasha De Cicco on research; coordination of research, and providing input on same; | 1.5 | 1,387.50 | 10505797 |

## ANALYSIS OF CANADIAN LAW

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/08/10 | search available information on Canadian legal issue; | 1.5 | 1,387.50 | 10505799 |
| DeMarinis | Tony | 11/12/10 | report from Natasha De Cicco on research; consideration of same, and follow-up review; | 1.5 | 1,387.50 | 10505803 |
| DeMarinis | Tony | 11/17/10 | emails regarding proposed counsel call tomorrow; emails with team members on same and research status; search document; | 0.5 | 462.50 | 10505809 |
| DeMarinis | Tony | 12/10/10 | review and analysis of information regarding prior approved transaction in Canadian proceedings; | 1.2 | 1,110.00 | 10507191 |
| DeMarinis | Tony | 12/18/10 | report on legal issue analysis from team; | 0.2 | 185.00 | 10507249 |
| DeMarinis | Tony | 12/20/10 | reports from team members on research and analysis on issues of Canadian law; supplemental input and analysis; prepare report to Cleary; | 2.3 | 2,127.50 | 10507250 |
| DeMarinis | Tony | 1/14/11 | consider Canadian legal analysis; | 0.5 | 487.50 | 10507259 |

**INTERCOMPANY ANALYSIS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Gray | William | 10/28/10 | Conference call with Cleary Gottlieb regarding mediation and substantive consolidation issues | 0.7 | 577.50 | 10347049 |
| De Cicco | Natasha | 10/31/10 | Review of mediation briefs and research regarding Canadian legal issues; | 1.5 | 840.00 | 10349389 |
| De Cicco | Natasha | 10/29/10 | Internal meeting and review of mediation briefs; research regarding Canadian legal issues and co-ordinating same; | 4.2 | 2,352.00 | 10349451 |
| DeMarinis | Tony | 11/02/10 | review and analysis regarding inter-company financial arrangements; conference call with Jane Kim and Louis Lipner regarding same; review draft of proposed Carling order; review draft mediation reply brief; correspondence on same; | 3.0 | 2,775.00 | 10352671 |
| DeMarinis | Tony | 10/29/10 | review extensive materials from Cleary Gottlieb in connection with requested Canadian law input for scheduled mediation; discussions and meetings with team members; conference call with Jane Kim and Louis Lipner on NNI inter-company loan; review information and materials relating to same; | 4.0 | 3,700.00 | 10352715 |
| Robbins | Tim | 10/29/10 | internal meeting and review of mediation briefs; research regarding Canadian legal issues; | 3.2 | 1,056.00 | 10353408 |
| DeMarinis | Tony | 11/01/10 | consideration of inter-company financing agreements and arrangements; email correspondence with Louis Lipner regarding same; communications with team members on same; | 3.0 | 2,775.00 | 10353423 |
| Bomhof | Scott A. | 10/29/10 | Internal meeting and review of mediation briefs; | 2.5 | 1,900.00 | 10354643 |
| De Cicco | Natasha | 11/03/10 | Review of mediation briefs and research regarding Canadian legal issues; | 1.5 | 840.00 | 10354682 |
| De Cicco | Natasha | 11/02/10 | Review of mediation briefs and research regarding Canadian legal issues; | 5.1 | 2,856.00 | 10354928 |
| Bomhof | Scott A. | 11/02/10 | Review of mediation briefs and research regarding Canadian legal issues; | 3.5 | 2,660.00 | 10356270 |
| Bomhof | Scott A. | 11/03/10 | Review of mediation briefs and research regarding Canadian legal issues; | 2.0 | 1,520.00 | 10358420 |
| Bomhof | Scott A. | 11/05/10 | Review of mediation briefs; | 1.0 | 760.00 | 10360146 |
| De Cicco | Natasha | 11/09/10 | Internal meeting and review of mediation briefs; | 0.2 | 112.00 | 10362699 |
| Gray | William | 11/08/10 | Review mediation filings | 1.6 | 1,320.00 | 10365018 |
| De Cicco | Natasha | 11/10/10 | Review of legal memo and research regarding Canadian legal issues; | 3.8 | 2,128.00 | 10365195 |
| Bomhof | Scott A. | 11/10/10 | Review materials for mediation and travel to New York City to attend mediation; | 6.0 | 4,560.00 | 10365214 |
| Bomhof | Scott A. | 11/09/10 | Legal research regarding Canadian legal issues and review mediation briefs and prepare for mediation; | 1.9 | 1,444.00 | 10365247 |
| De Cicco | Natasha | 11/12/10 | Review and co-ordinate research regarding Canadian legal issues; | 1.0 | 560.00 | 10368009 |

**INTERCOMPANY ANALYSIS**

**INTERCOMPANY ANALYSIS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| De Cicco | Natasha | 11/11/10 | Review and co-ordinate research regarding Canadian legal issues; | 1.5 | 840.00 | 10370019 |
| DeMarinis | Tony | 11/11/10 | correspondence with Scott Bomhof on 1st day of mediation; review and consideration of issues relating to same; | 2.8 | 2,590.00 | 10370427 |
| Bomhof | Scott A. | 11/13/10 | Review mediation materials and discuss same with T. DeMarinis; | 1.0 | 760.00 | 10370467 |
| DeMarinis | Tony | 11/12/10 | correspondence with Scott Bomhof regarding ongoing mediation; consideration of related issues, and preparation to attend same; | 4.0 | 3,700.00 | 10370559 |
| Bomhof | Scott A. | 11/11/10 | Attend mediation; | 10.0 | 7,600.00 | 10370880 |
| DeMarinis | Tony | 11/14/10 | travel to mediation sessions in Cleary's offices in New York (half charged) | 1.5 | 1,387.50 | 10370984 |
| Martin | Timothy | 11/11/10 | Reviewing Abitibi Disclosure Statement re: estate valuation methodology; e-mail to S. Bomhoff re: same | 1.4 | 525.00 | 10371176 |
| DeMarinis | Tony | 11/15/10 | attendance at mediation sessions in New York, and related team discussions; | 9.0 | 8,325.00 | 10372221 |
| Gray | William | 11/15/10 | Review mediation filings; Attend mediation session at Cleary Gottlieb | 3.6 | 2,970.00 | 10373389 |
| Gray | William | 11/11/10 | Review mediation materials | 3.7 | 3,052.50 | 10373415 |
| DeMarinis | Tony | 11/16/10 | attendance at mediation sessions in New York, and related discussions | 8.5 | 7,862.50 | 10375059 |
| De Cicco | Natasha | 11/16/10 | Review of court materials and research regarding Canadian legal issues; | 5.1 | 2,856.00 | 10375099 |
| Bomhof | Scott A. | 11/17/10 | Discuss mediation issues with T. DeMarinis; | 1.0 | 760.00 | 10378012 |
| Gray | William | 11/16/10 | Attend mediation session; Conferences with T. DeMarinis regarding allocation of claim | 4.6 | 3,795.00 | 10380501 |
| DeMarinis | Tony | 11/19/10 | analysis regarding DIP financing to Canadian debtor; review information relating to escrowed funds; | 2.3 | 2,127.50 | 10381058 |
| DeMarinis | Tony | 11/17/10 | return travel from New York mediation meetings (half-charged); | 1.5 | 1,387.50 | 10381721 |
| DeMarinis | Tony | 11/18/10 | emails with counsel on proposed inter-company conference call today; preparation for and participation on same; team discussions on related issues;  provide input on legal issue; consider inter-company loan issue; review inter-company document; | 3.5 | 3,237.50 | 10381812 |
| Gray | William | 11/24/10 | Review filings regarding UK allocation issues | 0.8 | 660.00 | 10391640 |
| Gray | William | 11/30/10 | Review mediation papers; Review filings regarding US allocation issues | 1.3 | 1,072.50 | 10392337 |
| Gray | William | 12/01/10 | Review filing; Work on allocation issues | 1.4 | 1,155.00 | 10399593 |
| De Cicco | Natasha | 11/05/10 | Review of mediation briefs; | 0.5 | 280.00 | 10405625 |
| DeMarinis | Tony | 12/03/10 | review materials regarding proposed Canadian debtor loan maturity; | 0.5 | 462.50 | 10405865 |
| DeMarinis | Tony | 12/06/10 | planning regarding maturing Canadian debtor loan; | 2.0 | 1,850.00 | 10408955 |
| DeMarinis | Tony | 12/07/10 | correspondence with Cleary regarding loan to Canadian debtor; analysis and planning relating to same; discussion with Bill Gray; | 2.8 | 2,590.00 | 10411330 |

**INTERCOMPANY ANALYSIS**

**INTERCOMPANY ANALYSIS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| DeMarinis | Tony | 12/08/10 | review and input on inter-company loan payment arrangements and contingencies; review of related corporate information and materials; | 2.5 | 2,312.50 | 10411466 |
| Gray | William | 12/15/10 | Work on issues related to threatened action by UK liquidator against US assets regarding control of corporation (.70) | 0.7 | 577.50 | 10417984 |
| DeMarinis | Tony | 12/22/10 | counsel emails regarding form of proposed consent Canada/U.S. claims tolling order; review of draft order, and various email correspondence relating to same; consider inter-company matters; | 2.0 | 1,850.00 | 10427575 |
| DeMarinis | Tony | 1/24/11 | consideration of EMEA inter-company matters; | 2.0 | 1,950.00 | 10467508 |
| DeMarinis | Tony | 1/26/11 | review public historic financial and related corporate information in connection with inter-company matters; | 2.5 | 2,437.50 | 10471757 |
| DeMarinis | Tony | 1/30/11 | telephone call and emails with Craig Brod, and consideration of matter for tomorrow's counsel call; | 0.3 | 292.50 | 10477818 |
| Gray | William | 11/17/10 | Review mediation results with T. DeMarinis | 1.8 | 1,485.00 | 10502118 |
| Gray | William | 11/19/10 | Review disclosure statement and plan | 0.8 | 660.00 | 10502119 |
| DeMarinis | Tony | 10/28/10 | telephone calls and email exchanges with Louis Lipner, Lauren Peacock and colleagues regarding matters relating to upcoming mediation; review materials and information relating to same; | 2.5 | 2,312.50 | 10505788 |
| DeMarinis | Tony | 10/30/10 | review documents forwarded by Louis Lipner in re inter-company matters; consider related inter-company issues; | 1.5 | 1,387.50 | 10505791 |
| DeMarinis | Tony | 10/31/10 | collect and review materials relating to Carling property, inter-company loan arrangements, and related matters; consideration of inter-company matters | 2.0 | 1,850.00 | 10505792 |
| DeMarinis | Tony | 11/03/10 | review mediation materials, and emails with team members regarding requested input on same; emails with Louis Lipner regarding NNI loan discussions; consider proposed arrangements, and upcoming hearing; | 2.0 | 1,850.00 | 10505796 |
| DeMarinis | Tony | 11/04/10 | read mediation reply brief from Lauren Peacock and Sara Gottlieb; review exhibits; | 0.5 | 462.50 | 10505798 |
| DeMarinis | Tony | 11/09/10 | review collective mediation replies and exhibits from Sara Gottlieb; review additional materials; email correspondence with Cleary regarding attendance at mediation; coordination with team; emails with Sara Gottlieb; review corporate information; | 3.7 | 3,422.50 | 10505800 |
| DeMarinis | Tony | 11/10/10 | communications regarding upcoming mediation; review research materials from Cleary; consideration of same, and coordination of Canadian research with team; review issues and arguments; | 2.7 | 2,497.50 | 10505802 |
| Bomhof | Scott A. | 11/12/10 | Travel from New York to Toronto; | 3.0 | 1,140.00 | 10505805 |
| Bomhof | Scott A. | 11/12/10 | Attend mediation in New York; | 7.0 | 5,320.00 | 10505806 |

**INTERCOMPANY ANALYSIS**

**INTERCOMPANY ANALYSIS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/14/10 | attendance at mediation sessions in New York; related discussionswith Cleary, and consideration of issues and arguments; | 11.0 | 10,175.00 | 10505807 |
| DeMarinis | Tony | 11/22/10 | consideration of matters relating to loan to Canadian debtor; | 2.6 | 2,405.00 | 10507155 |
| DeMarinis | Tony | 11/23/10 | consideration of matters relating to loan to Canadian debtor; | 2.0 | 1,850.00 | 10507157 |
| DeMarinis | Tony | 11/24/10 | communications with Cleary on loan to Canadian debtor; review governing documents; relating planning and analysis; | 1.3 | 1,202.50 | 10507159 |
| DeMarinis | Tony | 11/25/10 | review information regarding loan to Canadian debtor; | 0.5 | 462.50 | 10507160 |
| DeMarinis | Tony | 12/01/10 | correspondence and planning in relation to maturing inter-company loan; | 0.8 | 740.00 | 10507186 |
| DeMarinis | Tony | 12/15/10 | correspondence with Sara Gottlieb regarding inter-company matters; consideration of procedural and other matters; | 1.0 | 925.00 | 10507246 |
| DeMarinis | Tony | 12/16/10 | consideration of EMEA claims process and related inter-company issues; | 1.5 | 1,387.50 | 10507247 |
| DeMarinis | Tony | 12/21/10 | counsel emails and discussions on proposed U.S. tolling stip; review and comments on draft order from Canadian debtor counsel; consider related legal issues; discussions and emails with UCC counsel and Cleary; | 3.5 | 3,237.50 | 10507251 |
| DeMarinis | Tony | 12/23/10 | email correspondence regarding Carling property; consideration of inter-company financial information; | 1.7 | 1,572.50 | 10507253 |
| DeMarinis | Tony | 1/11/11 | review materials from November mediation; | 0.3 | 292.50 | 10507256 |

**INTERCOMPANY ANALYSIS**

**CANADIAN CCAA PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| DeMarinis | Tony | 10/28/10 | conference call with Cleary Gottlieb to receive briefing on insolvency proceedings, NNI loan, and inter-company matters; discussions and email exchanges with team members to coordinate work on requested tasks; collection and review of company information; | 3.5 | 3,237.50 | 10352297 |
| Robbins | Tim | 10/28/10 | internal meeting with Tony DeMarinis regarding Nortel matter; | 0.6 | 198.00 | 10353160 |
| Bomhof | Scott A. | 11/04/10 | Review and revise documents relating to charge on the Carling property and provide comments on court materials with respect to same; review agreements related to DIP charge on Carling property; | 6.0 | 4,560.00 | 10360145 |
| De Cicco | Natasha | 11/08/10 | Telephone call with Cleary and review materials related to the DIP charge and proposed sale of the Carling property; | 2.9 | 1,624.00 | 10360217 |
| DeMarinis | Tony | 11/03/10 | review motion materials for upcoming hearing, and related background documents; | 0.7 | 647.50 | 10362275 |
| Bomhof | Scott A. | 11/08/10 | Meet with M. Delacruz (Cleary) and review materials related to the DIP charge and proposed sale of the Carling property; | 3.9 | 2,964.00 | 10363101 |
| DeMarinis | Tony | 11/04/10 | emails with Louis Lipner and Craig Brod regarding representation at Monday's Canadian hearing; review and preparation for same; communications with team members on same; | 1.5 | 1,387.50 | 10364616 |
| DeMarinis | Tony | 11/07/10 | review and preparation for tomorrow's Canadian court hearing regarding Carling and related matters; consideration of related issues; | 3.0 | 2,775.00 | 10364707 |
| DeMarinis | Tony | 11/08/10 | preparation for today's court attendance; conference call with Lisa Schweitzer, Jim Bromley, Megan Fleming, Scott Bomhof and Natasha De Cicco; discussions with Megan Fleming; attendance at court hearing; various discussions with representatives of other parties; conference call with Lisa Schweitzer, Megan Fleming and Natasha De Cicco; review final orders and endorsement; | 5.7 | 5,272.50 | 10367862 |
| Gray | Andrew | 11/15/10 | teleconference regarding CCAA motion; | 0.6 | 372.00 | 10372906 |
| De Cicco | Natasha | 11/17/10 | Telephone call with Cleary regarding review of court materials; | 0.5 | 280.00 | 10377618 |
| De Cicco | Natasha | 11/23/10 | Review of court materials and documents regarding DIP loan; | 1.4 | 784.00 | 10386881 |
| Gray | Andrew | 11/17/10 | review court filings and consider effect of sealing orders; | 1.2 | 744.00 | 10390168 |
| DeMarinis | Tony | 11/24/10 | correspondence regarding Canadian employee matters; review related information; discussions with team regarding Canadian proceedings; review reports; | 2.0 | 1,850.00 | 10391182 |
| DeMarinis | Tony | 11/25/10 | review public information on Canadian employee matters; | 1.0 | 925.00 | 10391589 |
| DeMarinis | Tony | 11/26/10 | email with Lisa Schweitzer on Canadian employee | 1.0 | 925.00 | 10392066 |

**CANADIAN CCAA PROCEEDINGS/MATTERS**

**CANADIAN CCAA PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| | | | matters; search public information; | | | |
| Gray | Andrew | 11/30/10 | exchange e-mail with Cleary regarding CCAA proceedings; | 0.2 | 124.00 | 10392512 |
| Gray | Andrew | 12/01/10 | review motion materials and office conference regarding DIP loan repayment; | 1.2 | 744.00 | 10395284 |
| Gray | Andrew | 12/02/10 | meeting regarding DIP loan repayment; | 0.3 | 186.00 | 10396608 |
| DeMarinis | Tony | 12/02/10 | review and consideration of claims process and EMEA; | 1.8 | 1,665.00 | 10396747 |
| DeMarinis | Tony | 11/30/10 | review motion record for December 15 hearing; planning and preparation relating to inter-company loan matters; review Ciena information; | 2.4 | 2,220.00 | 10396813 |
| DeMarinis | Tony | 12/01/10 | review and analysis of Canadian claims process and orders; | 1.7 | 1,572.50 | 10396826 |
| De Cicco | Natasha | 12/08/10 | Review court materials for December 15 motion; telephone call with Cleary regarding HWT motion; telephone call with Goodmans regarding HWT distribution motion; | 1.0 | 560.00 | 10406252 |
| Bomhof | Scott A. | 12/08/10 | Review court materials for December 15 motion; telephone call with Cleary regarding HWT motion; telephone call with Goodmans regarding HWT distribution motion; review DIP payout document; | 4.0 | 3,040.00 | 10407271 |
| DeMarinis | Tony | 12/09/10 | coordinating counsel substitution arrangements with Natasha De Cicco; review of prior materials filed in Canadian proceedings; | 1.5 | 1,387.50 | 10410715 |
| De Cicco | Natasha | 12/09/10 | Revise notice of appearance and notice of change of lawyer and arrange for service of same; | 0.5 | 280.00 | 10410815 |
| De Cicco | Natasha | 12/09/10 | Telephone call with Ogilvy regarding DIP loan repayment issues; review and comment on documents regarding same; | 2.8 | 1,568.00 | 10410864 |
| De Cicco | Natasha | 12/10/10 | Finalize notice of appearance and notice of change of lawyer and arrange for service of same; | 0.8 | 448.00 | 10410871 |
| De Cicco | Natasha | 12/10/10 | Telephone calls with Cleary and Ogilvy regarding DIP loan repayment issues; review and comment on documents regarding same; | 2.1 | 1,176.00 | 10410939 |
| De Cicco | Natasha | 12/12/10 | Review and comment on documents regarding DIP loan repayment; | 0.3 | 168.00 | 10410942 |
| DeMarinis | Tony | 12/10/10 | review and coordination of counsel appearances; emails with Lisa Schweitzer and Robin Baik regarding same; | 0.5 | 462.50 | 10411079 |
| Bomhof | Scott A. | 12/13/10 | Review court materials for December 15 motion; telephone call with Cleary and Goodmans regarding HWT distribution motion; review final DIP repayment documentation; | 6.5 | 4,940.00 | 10414879 |
| De Cicco | Natasha | 12/13/10 | Negotiate documents regarding DIP loan repayment;; | 0.9 | 504.00 | 10415389 |
| De Cicco | Natasha | 12/13/10 | Conference call with Cleary and Goodmans regarding HWT distribution motion; | 0.5 | 280.00 | 10415557 |

**CANADIAN CCAA PROCEEDINGS/MATTERS**

**CANADIAN CCAA PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/15/10 | attend at joint hearing (U.S./Canada) regarding GenBand dispute; attend HWT distribution and EAMA tolling motions; | 7.5 | 5,700.00 | 10417273 |
| Bomhof | Scott A. | 12/14/10 | Review materials for December 15 motion; various telephone calls with Goodmans, Fraser Milner and Cleary regarding HWT distribution motion; exchange e-mails with Cleary and Ogilvy regarding DIP loan repayment issues; | 4.2 | 3,192.00 | 10417363 |
| Bomhof | Scott A. | 12/16/10 | Review EMEA and tolling orders and various calls with Cleary and Fraser Milner with respect to same; telephone call with Cleary regarding DIP loan repayment issues; | 3.0 | 2,280.00 | 10419692 |
| Bomhof | Scott A. | 12/17/10 | Review EMEA claims bar order and telephone call with Fraser Milner regarding same; review materials related to appeal of the HWT settlement order; | 3.5 | 2,660.00 | 10420268 |
| DeMarinis | Tony | 12/13/10 | review of court materials for hearing; planning and analysis relating to same; | 1.5 | 1,387.50 | 10420658 |
| De Cicco | Natasha | 12/15/10 | email exchanges re closing of Carling sale transaction and confirming release of Escrow Instructions signature page; | 0.3 | 168.00 | 10421389 |
| DeMarinis | Tony | 12/15/10 | discussions and consideration of matters in regards to GenBand and today's court hearing; consideration of claims tolling and related issues; review order; | 2.7 | 2,497.50 | 10422113 |
| DeMarinis | Tony | 12/14/10 | counsel email correspondence regarding tomorrow's hearing; consideration of related issues and information; consideration of claims process issues; | 2.8 | 2,590.00 | 10422117 |
| De Cicco | Natasha | 12/22/10 | Internal meeting with Tony DeMarinis regarding tolling agreement; review of form of tolling order; | 1.0 | 560.00 | 10426950 |
| DeMarinis | Tony | 12/21/10 | review served motion record by terminated Canadian employees; search related information; review draft order from Canadian debtor counsel; review affidavit from Canadian debtor for upcoming hearing; reference prior materials; | 1.5 | 1,387.50 | 10426969 |
| DeMarinis | Tony | 12/18/10 | counsel emails regarding proposed EMEA tolling order; review of draft of same; | 0.6 | 555.00 | 10427390 |
| DeMarinis | Tony | 12/19/10 | review proposed form of order for tomorrow's hearing; various emails with counsel regarding same; review EMEA information; | 1.1 | 1,017.50 | 10427391 |
| DeMarinis | Tony | 12/20/10 | attend at court to appear at Canadian hearing on proposed EMEA claims tolling order; various counsel correspondence relating to same and proposed tolling terms; correspondence with Cleary; review final order; review motion record served for January 7 hearing; | 3.5 | 3,237.50 | 10427392 |
| DeMarinis | Tony | 12/17/10 | coordination and consideration of issues of Canadian law; correspondence with Lauren | 2.5 | 2,312.50 | 10427664 |

**CANADIAN CCAA PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| De Cicco | Natasha | 12/23/10 | Peacock and Sara Gottlieb; discussions with team members; Prepare for and attend chambers appointment regarding tolling order and adjournment of January 7 motion; correspondence with Cleary regarding same; | 2.5 | 1,400.00 | 10430849 |
| DeMarinis | Tony | 12/23/10 | arrangements regarding today's court hearing; reporting on same; consideration of deferred motion for January 14; | 2.0 | 1,850.00 | 10432190 |
| Bomhof | Scott A. | 12/29/10 | Telephone conversation with Cleary regarding January 7 motion materials; | 1.0 | 760.00 | 10432397 |
| Gray | Andrew | 1/03/11 | review court materials with respect to January 7 motion regarding Calgary employees; | 0.9 | 598.50 | 10433032 |
| Bomhof | Scott A. | 1/04/11 | Review EMEA claims material; review and provide comments on the application brought by Calgary employees and discuss same with Cleary; research with respect to the foregoing; | 1.9 | 1,491.50 | 10434794 |
| Gray | Andrew | 1/04/11 | exchange e-mails with respect to January 7 motion; | 0.2 | 133.00 | 10436010 |
| Bomhof | Scott A. | 1/06/11 | Prepare for January 7 motion and telephone conversation with Ogilvy regarding Court of Appeal hearing with respect to HWT settlement order; research with respect to the foregoing; | 2.5 | 1,962.50 | 10437275 |
| Bomhof | Scott A. | 1/07/11 | Attend conference call hosted by Goodmans with respect to pension issues; attend motion before the CCAA court regarding lift stay application by Calgary employees; | 3.0 | 2,355.00 | 10439898 |
| Bomhof | Scott A. | 1/11/11 | Exchange messages with Cleary regarding EMEA claims process motion and telephone conversation with Davies regarding reply materials filed by the EMEA debtors; | 1.3 | 1,020.50 | 10443378 |
| Gray | Andrew | 1/11/11 | review materials for EMEA claims process; | 0.8 | 532.00 | 10444260 |
| Bomhof | Scott A. | 1/08/11 | Review EMEA claims order materials; | 0.5 | 392.50 | 10444900 |
| Gray | Andrew | 1/12/11 | review motion material regarding EMEA claims process; | 0.9 | 598.50 | 10445918 |
| Bomhof | Scott A. | 1/12/11 | Review CCAA debtors motion record regarding EMEA claims bar; review reply materials filed by EMEA debtors and review all related prior claims order and cross-border protocol; | 4.0 | 3,140.00 | 10448121 |
| Bomhof | Scott A. | 1/13/11 | Review EMEA debtors reply materials and telephone conversation with Cleary and Fraser Milner regarding EMEA claims bar motion issues; | 4.0 | 3,140.00 | 10448283 |
| Gray | Andrew | 1/14/11 | prepare for and attend CCAA motion regarding EMEA claims bar date motion and meet with James Croft of Cleary regarding same; | 7.7 | 5,120.50 | 10448531 |
| Gray | Andrew | 1/13/11 | exchange e-mails with Cleary regarding EMEA claims bar date motion and review court materials regarding same; | 2.2 | 1,463.00 | 10449420 |
| Cox | Brian | 1/13/11 | Research regarding Canadian legal matters; | 1.2 | 354.00 | 10449813 |

**CANADIAN CCAA PROCEEDINGS/MATTERS**

**CANADIAN CCAA PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 1/11/11 | review materials relating to severed employee claims; search and review information in Canadian proceedings; | 1.2 | 1,170.00 | 10450141 |
| Cox | Brian | 1/15/11 | Research regarding Canadian legal matters; | 1.6 | 472.00 | 10450154 |
| Bomhof | Scott A. | 1/14/11 | Meet with J. Croft of Cleary and attend motion before the CCAA court regarding EMEA claims order; | 6.0 | 4,710.00 | 10450466 |
| Cox | Brian | 1/17/11 | Research regarding various Canadian legal matters and prepare memorandum regarding same; | 9.8 | 2,891.00 | 10451617 |
| DeMarinis | Tony | 1/12/11 | review served materials from EMEA counsel for January 14 hearing; consideration and planning for same; email correspondence with Cleary; | 3.0 | 2,925.00 | 10452103 |
| DeMarinis | Tony | 1/14/11 | discussions and emails regarding today's court hearing on EMEA claims process; | 1.0 | 975.00 | 10453186 |
| DeMarinis | Tony | 1/17/11 | search and review of court materials; | 1.2 | 1,170.00 | 10453213 |
| Bomhof | Scott A. | 1/17/11 | Engaged regarding EMEA claims order and review endorsement of Justice Morawetz with respect to same; | 0.8 | 628.00 | 10453979 |
| Gray | Andrew | 1/19/11 | exchange of e-mails with Cleary regarding EMEA claims bar order; | 0.3 | 199.50 | 10455623 |
| Gray | Andrew | 1/20/11 | prepare for and attend Chambers appointment on EMEA claims issues; | 4.6 | 3,059.00 | 10457883 |
| Gray | Andrew | 1/24/11 | exchange e-mails with Cleary regarding EMEA claims motion and follow-up EMEA claims motion; | 0.4 | 266.00 | 10461227 |
| Bomhof | Scott A. | 1/26/11 | Review motion materials with respect to February 14 motion; | 0.5 | 392.50 | 10467751 |
| Bomhof | Scott A. | 1/28/11 | Review materials with respect to February 14 motion; | 0.2 | 157.00 | 10468553 |
| Bomhof | Scott A. | 11/05/10 | Review court materials and prepare for motion regarding sale of Carling property; | 3.0 | 2,280.00 | 10493938 |
| De Cicco | Natasha | 11/22/10 | Review of court materials and prepare notice of appearance; | 0.8 | 448.00 | 10497870 |
| De Cicco | Natasha | 11/24/10 | Prepare notice of appearance and notice of change of lawyer; | 0.4 | 224.00 | 10497873 |
| De Cicco | Natasha | 12/06/10 | Review and comment on DIP repayment materials; review court materials with respect to DIP loan; | 1.4 | 784.00 | 10497874 |
| De Cicco | Natasha | 12/07/10 | Review and comment on DIP repayment materials; review court materials with respect to DIP loan; | 1.4 | 784.00 | 10497875 |
| De Cicco | Natasha | 12/08/10 | Review and comment on DIP repayment materials and documents regarding Carling sale; review court materials and documents with respec to DIP loan and sale of Carling Property; | 2.7 | 1,512.00 | 10497877 |
| De Cicco | Natasha | 1/11/11 | Review of EMEA claims order materials; correspondence with Cleary regarding same; | 1.0 | 615.00 | 10497878 |
| DeMarinis | Tony | 10/30/10 | review monitor's reports and other materials relating to Canadian proceedings | 1.5 | 1,387.50 | 10505790 |
| DeMarinis | Tony | 11/02/10 | telephone calls with Craig Brod, Derek Abbott and Alison Bauer; review court orders in | 1.5 | 1,387.50 | 10505794 |

**CANADIAN CCAA PROCEEDINGS/MATTERS**

**CANADIAN CCAA PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|-----------|------|-------------|-------|--------|-------|
| DeMarinis | Tony | 11/29/10 | Canadian CCAA proceedings; consideration of treatment of Canadian debtor loan issues at upcoming Canadian hearing; | 0.5 | 462.50 | 10507161 |
| DeMarinis | Tony | 12/03/10 | review materials and correspondence regarding claims process and proposals; consideration of related substantive and process issues; | 2.5 | 2,312.50 | 10507187 |
| DeMarinis | Tony | 12/08/10 | correspondence on Canadian employee matters; review information; | 0.5 | 462.50 | 10507188 |
| DeMarinis | Tony | 12/17/10 | preparations for December 20 court hearing on EMEA claims tolling; review materials for same; review materials for HWT; | 1.5 | 1,387.50 | 10507248 |
| DeMarinis | Tony | 12/22/10 | preparations relating to tomorrow's court hearing; instructions to Natasha De Cicco regarding same; review of monitor's new report; correspondence regarding form of order; | 2.0 | 1,850.00 | 10507252 |
| DeMarinis | Tony | 1/06/11 | discussion and arrangements regarding tomorrow's court hearing; | 0.5 | 487.50 | 10507254 |
| DeMarinis | Tony | 1/10/11 | reviewing Canadian proceedings document; | 0.3 | 292.50 | 10507255 |
| DeMarinis | Tony | 1/21/11 | review Justice Morawetz's endorsement; | 0.2 | 195.00 | 10507260 |
| DeMarinis | Tony | 1/25/11 | review filed company information; | 1.5 | 1,462.50 | 10507261 |

**CANADIAN SEC.18.6 PROCEEDINGS/MATTERS**

| LAST NAME | FIRST NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|-----------|------------|------|-------------|-------|--------|-------|
| DeMarinis | Tony | 10/30/10 | search and review information relating to Canadian 18.6 proceedings; | 1.0 | 925.00 | 10352934 |
| DeMarinis | Tony | 11/23/10 | review of court record in relation to 18.6 proceedings in preparation for counsel substitution; | 1.0 | 925.00 | 10384289 |
| DeMarinis | Tony | 11/10/10 | arrangements regarding counsel changes in 18.6 proceedings; | 0.6 | 555.00 | 10505801 |

**CANADIAN SEC.18.6 PROCEEDINGS/MATTERS**