# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 28, 2010 Through January 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $112.16 |
| Meals | | $117.38 |
| Courier/Delivery Service | Donaldson | $87.66 |
| Computer Research | Westlaw | $2,784.33 |
| Duplicating/Printing | In Office | $1,975.50 |
| Telephone | | $16.03 |
| Computer Research | Quicklaw | $2,060.53 |
| Travel | | $2,283.10 |
| Library | | $18.10 |
| Word Processing | | $129.00 |
| **Grand Total Expenses** | | **$9,583.79** |

11745304.4
35873-2001

| Date | Amount | Narrative |
|---|---|---|
| **Court Costs** | | |
| 12/10/10 | 99.36 | Court Filings/Servces - - VENDOR: Ministry Of The Attorney General - Tony DeMarinis |
| 1/24/11 | 12.80 | Computerized Court Searches - - VENDOR: PACER SERVICE CENTER |
| **TOTAL:** | **$ 112.16** | |
| | | |
| **Meals** | | |
| 11/26/10 | 117.38 | Meals- Lunch (5) Nov 10, S. Bomhof (M. Baguette) |
| **TOTAL:** | **$ 117.38** | |
| | | |
| **Courier/Delivery Service** | | |
| 12/22/10 | 43.83 | Process Servers - - VENDOR: Donaldson Law Clerk Services |
| 12/22/10 | 43.83 | Process Servers - - VENDOR: Donaldson Law Clerk Services |
| **TOTAL:** | **$ 87.66** | |
| | | |
| **Computer Research** | | |
| 10/29/10 | 27.21 | On Line Research Charges -WestlaweCarswell Incl. |
| 10/30/10 | 106.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/01/10 | 31.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/02/10 | 13.72 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/03/10 | 3.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/03/10 | 20.58 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/10/10 | 102.92 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/12/10 | 46.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/22/10 | 80.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/23/10 | 149.48 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/24/10 | 14.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/30/10 | 112.51 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/02/10 | 73.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/02/10 | 24.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/03/10 | 35.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/07/10 | 29.22 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/08/10 | 96.44 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/17/10 | 30.68 | On Line Research Charges -WestlaweCarswell Incl. |
| 12/18/10 | 322.91 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/04/11 | 131.71 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/05/11 | 192.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/06/11 | 35.19 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/06/11 | 121.65 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/10/11 | 25.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/12/11 | 182.48 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/17/11 | 165.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/18/11 | 21.11 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/18/11 | 31.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/18/11 | 82.44 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/19/11 | 189.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/19/11 | 43.23 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/20/11 | 110.09 | On Line Research Charges -WestlaweCarswell Incl. |
| 1/21/11 | 131.20 | On Line Research Charges -WestlaweCarswell Incl. |
| **TOTAL:** | **$ 2,784.33** | |
| | | |
| **Duplicating** | | |
| 10/29/10 | 64.40 | Copies |
| 10/29/10 | 136.20 | Copies |
| 11/02/10 | 7.20 | Copies |
| 11/10/10 | 12.40 | Copies |
| 11/30/10 | 1.30 | Copies |
| 11/30/10 | 0.30 | Copies |
| 12/08/10 | 0.50 | Copies |

| Date | Amount | Narrative |
|---|---|---|
| 12/10/10 | 9.00 | Copies |
| 12/17/10 | 7.10 | Copies |
| 12/20/10 | 1.20 | Copies |
| 1/05/11 | 1.80 | Copies |
| 1/11/11 | 19.30 | Copies |
| 1/13/11 | 8.40 | Copies |
| 1/17/11 | 0.80 | Copies |
| 1/18/11 | 3.90 | Copies |
| 1/24/11 | 5.10 | Copies |
| 10/29/10 | 3.00 | Laser Printing |
| 10/29/10 | 195.90 | Laser Printing |
| 10/30/10 | 2.50 | Laser Printing |
| 11/01/10 | 0.70 | Laser Printing |
| 11/01/10 | 0.90 | Laser Printing |
| 11/02/10 | 3.70 | Laser Printing |
| 11/02/10 | 4.80 | Laser Printing |
| 11/02/10 | 0.80 | Laser Printing |
| 11/03/10 | 3.10 | Laser Printing |
| 11/04/10 | 2.00 | Laser Printing |
| 11/05/10 | 0.80 | Laser Printing |
| 11/05/10 | 2.20 | Laser Printing |
| 11/05/10 | 15.80 | Laser Printing |
| 11/05/10 | 8.00 | Laser Printing |
| 11/09/10 | 0.30 | Laser Printing |
| 11/09/10 | 21.90 | Laser Printing |
| 11/10/10 | 0.60 | Laser Printing |
| 11/10/10 | 2.00 | Laser Printing |
| 11/10/10 | 78.80 | Laser Printing |
| 11/11/10 | 0.40 | Laser Printing |
| 11/11/10 | 0.70 | Laser Printing |
| 11/12/10 | 0.40 | Laser Printing |
| 11/15/10 | 0.20 | Laser Printing |
| 11/16/10 | 9.90 | Laser Printing |
| 11/17/10 | 0.30 | Laser Printing |
| 11/18/10 | 0.90 | Laser Printing |
| 11/22/10 | 0.10 | Laser Printing |
| 11/22/10 | 2.30 | Laser Printing |
| 11/23/10 | 0.40 | Laser Printing |
| 11/23/10 | 1.50 | Laser Printing |
| 11/23/10 | 6.60 | Laser Printing |
| 11/24/10 | 9.30 | Laser Printing |
| 11/24/10 | 6.20 | Laser Printing |
| 11/24/10 | 0.20 | Laser Printing |
| 11/24/10 | 18.30 | Laser Printing |
| 11/25/10 | 0.30 | Laser Printing |
| 11/30/10 | 0.40 | Laser Printing |
| 11/30/10 | 0.10 | Laser Printing |
| 11/30/10 | 22.20 | Laser Printing |
| 12/01/10 | 0.20 | Laser Printing |
| 12/01/10 | 9.30 | Laser Printing |
| 12/01/10 | 0.40 | Laser Printing |
| 12/02/10 | 0.10 | Laser Printing |
| 12/02/10 | 0.10 | Laser Printing |
| 12/03/10 | 0.30 | Laser Printing |
| 12/03/10 | 4.20 | Laser Printing |
| 12/03/10 | 18.80 | Laser Printing |
| 12/03/10 | 1.70 | Laser Printing |
| 12/06/10 | 0.60 | Laser Printing |
| 12/06/10 | 0.90 | Laser Printing |

| Date | Amount | Narrative |
| --- | --- | --- |
| 12/06/10 | 0.40 | Laser Printing |
| 12/06/10 | 1.90 | Laser Printing |
| 12/07/10 | 0.40 | Laser Printing |
| 12/07/10 | 9.70 | Laser Printing |
| 12/07/10 | 0.60 | Laser Printing |
| 12/08/10 | 0.20 | Laser Printing |
| 12/08/10 | 5.30 | Laser Printing |
| 12/08/10 | 4.90 | Laser Printing |
| 12/09/10 | 37.90 | Laser Printing |
| 12/09/10 | 20.40 | Laser Printing |
| 12/09/10 | 4.60 | Laser Printing |
| 12/10/10 | 1.90 | Laser Printing |
| 12/10/10 | 41.20 | Laser Printing |
| 12/10/10 | 8.10 | Laser Printing |
| 12/13/10 | 0.50 | Laser Printing |
| 12/13/10 | 1.40 | Laser Printing |
| 12/13/10 | 0.60 | Laser Printing |
| 12/14/10 | 14.80 | Laser Printing |
| 12/15/10 | 7.60 | Laser Printing |
| 12/15/10 | 1.80 | Laser Printing |
| 12/16/10 | 0.30 | Laser Printing |
| 12/16/10 | 0.40 | Laser Printing |
| 12/16/10 | 0.50 | Laser Printing |
| 12/17/10 | 0.10 | Laser Printing |
| 12/17/10 | 17.10 | Laser Printing |
| 12/17/10 | 0.60 | Laser Printing |
| 12/18/10 | 22.90 | Laser Printing |
| 12/20/10 | 0.60 | Laser Printing |
| 12/20/10 | 5.20 | Laser Printing |
| 12/20/10 | 1.40 | Laser Printing |
| 12/22/10 | 0.70 | Laser Printing |
| 12/23/10 | 1.20 | Laser Printing |
| 12/23/10 | 13.70 | Laser Printing |
| 1/04/11 | 0.20 | Laser Printing |
| 1/04/11 | 34.50 | Laser Printing |
| 1/05/11 | 2.60 | Laser Printing |
| 1/06/11 | 0.90 | Laser Printing |
| 1/06/11 | 1.00 | Laser Printing |
| 1/06/11 | 0.60 | Laser Printing |
| 1/06/11 | 5.20 | Laser Printing |
| 1/06/11 | 0.60 | Laser Printing |
| 1/07/11 | 28.00 | Laser Printing |
| 1/11/11 | 28.00 | Laser Printing |
| 1/11/11 | 0.40 | Laser Printing |
| 1/11/11 | 14.80 | Laser Printing |
| 1/12/11 | 33.80 | Laser Printing |
| 1/13/11 | 13.30 | Laser Printing |
| 1/13/11 | 4.80 | Laser Printing |
| 1/13/11 | 5.80 | Laser Printing |
| 1/13/11 | 0.20 | Laser Printing |
| 1/13/11 | 4.80 | Laser Printing |
| 1/14/11 | 4.10 | Laser Printing |
| 1/14/11 | 2.30 | Laser Printing |
| 1/17/11 | 0.50 | Laser Printing |
| 1/17/11 | 0.60 | Laser Printing |
| 1/18/11 | 0.80 | Laser Printing |
| 1/18/11 | 5.60 | Laser Printing |
| 1/18/11 | 2.10 | Laser Printing |
| 1/18/11 | 4.20 | Laser Printing |

| Date | Amount | Narrative |
|---|---|---|
| 1/19/11 | 0.80 | Laser Printing |
| 1/19/11 | 12.10 | Laser Printing |
| 1/19/11 | 6.30 | Laser Printing |
| 1/20/11 | 5.50 | Laser Printing |
| 1/20/11 | 10.70 | Laser Printing |
| 1/20/11 | 0.30 | Laser Printing |
| 1/21/11 | 2.40 | Laser Printing |
| 1/21/11 | 2.20 | Laser Printing |
| 1/21/11 | 27.90 | Laser Printing |
| 1/21/11 | 3.60 | Laser Printing |
| 1/24/11 | 1.80 | Laser Printing |
| 1/25/11 | 51.60 | Laser Printing |
| 1/27/11 | 0.10 | Laser Printing |
| 1/28/11 | 1.80 | Laser Printing |
| 11/04/10 | 3.20 | Duplicating |
| 11/23/10 | 2.40 | Duplicating |
| 10/28/10 | 1.60 | Laser Printing |
| 10/28/10 | 0.20 | Laser Printing |
| 10/28/10 | 23.70 | Laser Printing |
| 10/29/10 | 0.40 | Laser Printing |
| 10/29/10 | 4.10 | Laser Printing |
| 10/29/10 | 4.20 | Laser Printing |
| 10/29/10 | 2.20 | Laser Printing |
| 10/29/10 | 0.40 | Laser Printing |
| 10/29/10 | 4.30 | Laser Printing |
| 10/29/10 | 2.50 | Laser Printing |
| 10/29/10 | 1.60 | Laser Printing |
| 10/29/10 | 2.50 | Laser Printing |
| 10/29/10 | 23.70 | Laser Printing |
| 11/01/10 | 1.40 | Laser Printing |
| 11/01/10 | 9.40 | Laser Printing |
| 11/01/10 | 2.60 | Laser Printing |
| 11/01/10 | 5.60 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 11.40 | Laser Printing |
| 11/01/10 | 1.60 | Laser Printing |
| 11/01/10 | 8.20 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 3.20 | Laser Printing |
| 11/01/10 | 4.00 | Laser Printing |
| 11/01/10 | 4.00 | Laser Printing |
| 11/01/10 | 3.80 | Laser Printing |
| 11/01/10 | 1.80 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 25.20 | Laser Printing |
| 11/01/10 | 25.20 | Laser Printing |
| 11/01/10 | 1.40 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 19.60 | Laser Printing |
| 11/01/10 | 1.20 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 4.10 | Laser Printing |
| 11/01/10 | 8.60 | Laser Printing |
| 11/01/10 | 1.00 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 7.60 | Laser Printing |

| Date | Amount | Narrative |
|---|---|---|
| 11/01/10 | 2.20 | Laser Printing |
| 11/01/10 | 7.60 | Laser Printing |
| 11/01/10 | 6.00 | Laser Printing |
| 11/01/10 | 5.20 | Laser Printing |
| 11/01/10 | 1.00 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 1.00 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 3.60 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 6.60 | Laser Printing |
| 11/01/10 | 1.20 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 1.40 | Laser Printing |
| 11/01/10 | 1.80 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 1.00 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 3.20 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 4.80 | Laser Printing |
| 11/01/10 | 1.60 | Laser Printing |
| 11/01/10 | 1.20 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 5.00 | Laser Printing |
| 11/01/10 | 10.40 | Laser Printing |
| 11/01/10 | 10.40 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 1.00 | Laser Printing |
| 11/01/10 | 0.80 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 10.80 | Laser Printing |
| 11/01/10 | 14.40 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 4.40 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 2.60 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 0.10 | Laser Printing |
| 11/01/10 | 0.10 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 12.20 | Laser Printing |
| 11/01/10 | 17.00 | Laser Printing |
| 11/01/10 | 17.00 | Laser Printing |
| 11/01/10 | 7.60 | Laser Printing |
| 11/01/10 | 7.60 | Laser Printing |
| 11/01/10 | 3.00 | Laser Printing |
| 11/01/10 | 4.20 | Laser Printing |
| 11/01/10 | 4.10 | Laser Printing |

| Date | Amount | Narrative |
|---|---|---|
| 11/01/10 | 5.40 | Laser Printing |
| 11/01/10 | 3.00 | Laser Printing |
| 11/01/10 | 0.10 | Laser Printing |
| 11/01/10 | 0.10 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 0.10 | Laser Printing |
| 11/01/10 | 0.10 | Laser Printing |
| 11/01/10 | 2.40 | Laser Printing |
| 11/01/10 | 2.40 | Laser Printing |
| 11/01/10 | 0.60 | Laser Printing |
| 11/01/10 | 2.40 | Laser Printing |
| 11/01/10 | 8.40 | Laser Printing |
| 11/01/10 | 0.40 | Laser Printing |
| 11/01/10 | 2.20 | Laser Printing |
| 11/01/10 | 9.60 | Laser Printing |
| 11/01/10 | 9.80 | Laser Printing |
| 11/01/10 | 3.80 | Laser Printing |
| 11/01/10 | 12.20 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/01/10 | 0.20 | Laser Printing |
| 11/02/10 | 0.40 | Laser Printing |
| 11/02/10 | 16.00 | Laser Printing |
| 11/02/10 | 2.40 | Laser Printing |
| 11/02/10 | 1.60 | Laser Printing |
| 11/02/10 | 1.50 | Laser Printing |
| 11/02/10 | 2.50 | Laser Printing |
| 11/02/10 | 1.60 | Laser Printing |
| 11/02/10 | 1.30 | Laser Printing |
| 11/02/10 | 0.30 | Laser Printing |
| 11/02/10 | 2.80 | Laser Printing |
| 11/02/10 | 0.20 | Laser Printing |
| 11/02/10 | 0.20 | Laser Printing |
| 11/02/10 | 0.60 | Laser Printing |
| 11/02/10 | 2.40 | Laser Printing |
| 11/02/10 | 0.20 | Laser Printing |
| 11/02/10 | 0.10 | Laser Printing |
| 11/02/10 | 0.20 | Laser Printing |
| 11/03/10 | 0.10 | Laser Printing |
| 11/03/10 | 0.60 | Laser Printing |
| 11/03/10 | 0.90 | Laser Printing |
| 11/03/10 | 4.20 | Laser Printing |
| 11/03/10 | 4.10 | Laser Printing |
| 11/03/10 | 5.40 | Laser Printing |
| 11/03/10 | 2.20 | Laser Printing |
| 11/03/10 | 16.00 | Laser Printing |
| 11/03/10 | 2.40 | Laser Printing |
| 11/03/10 | 1.60 | Laser Printing |
| 11/03/10 | 1.50 | Laser Printing |
| 11/03/10 | 2.50 | Laser Printing |
| 11/03/10 | 1.60 | Laser Printing |
| 11/03/10 | 1.30 | Laser Printing |
| 11/03/10 | 0.20 | Laser Printing |
| 11/03/10 | 2.40 | Laser Printing |
| 11/03/10 | 3.20 | Laser Printing |
| 11/03/10 | 0.20 | Laser Printing |
| 11/04/10 | 3.20 | Laser Printing |
| 11/05/10 | 0.30 | Laser Printing |
| 11/05/10 | 0.10 | Laser Printing |

| Date | Amount | Narrative |
|---|---|---|
| 11/05/10 | 0.30 | Laser Printing |
| 11/05/10 | 5.60 | Laser Printing |
| 11/05/10 | 0.30 | Laser Printing |
| 11/05/10 | 2.80 | Laser Printing |
| 11/09/10 | 0.40 | Laser Printing |
| 11/09/10 | 3.90 | Laser Printing |
| 11/09/10 | 1.40 | Laser Printing |
| 11/09/10 | 0.20 | Laser Printing |
| 11/09/10 | 0.40 | Laser Printing |
| 11/09/10 | 3.90 | Laser Printing |
| 11/09/10 | 1.40 | Laser Printing |
| 11/09/10 | 0.20 | Laser Printing |
| 11/10/10 | 0.10 | Laser Printing |
| 11/10/10 | 0.10 | Laser Printing |
| 11/10/10 | 0.10 | Laser Printing |
| 11/10/10 | 0.10 | Laser Printing |
| 11/15/10 | 0.30 | Laser Printing |
| 11/23/10 | 0.30 | Laser Printing |
| 11/23/10 | 0.30 | Laser Printing |
| 11/23/10 | 0.60 | Laser Printing |
| 11/23/10 | 0.20 | Laser Printing |
| 11/23/10 | 0.40 | Laser Printing |
| 11/23/10 | 0.60 | Laser Printing |
| 11/23/10 | 2.80 | Laser Printing |
| 11/23/10 | 0.80 | Laser Printing |
| 11/23/10 | 1.60 | Laser Printing |
| 11/23/10 | 1.00 | Laser Printing |
| 11/23/10 | 0.40 | Laser Printing |
| 12/10/10 | 42.50 | Laser Printing |
| 12/15/10 | 0.20 | Laser Printing |
| 12/15/10 | 0.20 | Laser Printing |
| 1/06/11 | 0.40 | Laser Printing |
| 1/06/11 | 0.50 | Laser Printing |
| 1/06/11 | 4.00 | Laser Printing |
| 1/06/11 | 1.30 | Laser Printing |
| 1/06/11 | 3.90 | Laser Printing |
| 1/06/11 | 0.30 | Laser Printing |
| 1/06/11 | 0.60 | Laser Printing |
| 1/06/11 | 1.30 | Laser Printing |
| 1/06/11 | 0.60 | Laser Printing |
| 1/06/11 | 0.50 | Laser Printing |
| 1/06/11 | 1.10 | Laser Printing |
| 1/06/11 | 0.30 | Laser Printing |
| 1/06/11 | 2.00 | Laser Printing |
| 1/06/11 | 0.20 | Laser Printing |
| 1/06/11 | 1.00 | Laser Printing |
| 1/06/11 | 3.00 | Laser Printing |
| 1/13/11 | 0.10 | Laser Printing |
| 1/13/11 | 0.10 | Laser Printing |
| 1/18/11 | 1.20 | Laser Printing |
| 1/18/11 | 1.10 | Laser Printing |
| 1/28/11 | 0.70 | Laser Printing |
| 1/28/11 | 0.10 | Laser Printing |
| 1/28/11 | 0.10 | Laser Printing |
| 1/28/11 | 0.10 | Laser Printing |
| 1/28/11 | 0.10 | Laser Printing |
| 1/28/11 | 0.10 | Laser Printing |
| 1/31/11 | 0.10 | Laser Printing |

| Date | Amount | Narrative |
|---|---|---|
| **TOTAL:** | $1,975.50 | |

**Telephone**

| Date | Amount | Narrative |
|---|---|---|
| 11/02/10 | 1.37 | Telephone Call 12122252339 - New York, NY - Time: 15:10 - Dur: 27.50 |
| 11/10/10 | 0.88 | Telephone Call 12122252108 - New York, NY - Time: 13:55 - Dur: 17.72 |
| 11/16/10 | 1.62 | Telephone Call 12122252677 - New York, NY - Time: 15:29 - Dur: 32.65 |
| 11/18/10 | 2.35 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 17:02 - Dur: 47.13 |
| 12/15/10 | 0.15 | Telephone Call 12122252677 - New York, NY - Time: 10:53 - Dur: 2.67 |
| 1/06/11 | 8.42 | Telephone Call Global Crossing, Inv # 18897232 BOMHOF, SCOTT 01/06/2011 |
| 1/11/11 | 0.45 | Telephone Call 12122252696 - New York, NY - Time: 10:39 - Dur: 8.45 |
| 1/24/11 | 0.70 | Telephone Call 12122252696 - New York, NY - Time: 10:00 - Dur: 13.08 |
| 11/02/10 | 0.03 | Telephone 13023519357 - Wilmington, DE - Time: 14:49 - Dur: 0.65 |
| 11/29/10 | 0.03 | Telephone 13026589200 - Wilmington, DE - Time: 15:01 - Dur: 0.90 |
| 12/08/10 | 0.03 | Telephone 13023519459 - Wilmington, DE - Time: 14:25 - Dur: 0.60 |
| **TOTAL:** | $ 16.03 | |

**Computer Research**

| Date | Amount | Narrative |
|---|---|---|
| 11/10/10 | 73.52 | On Line Research Charges - Quicklaw |
| 11/11/10 | 98.02 | On Line Research Charges - Quicklaw |
| 11/23/10 | 29.41 | On Line Research Charges - Quicklaw |
| 12/07/10 | 48.71 | On Line Research Charges - Quicklaw |
| 12/17/10 | 14.63 | On Line Research Charges - Quicklaw |
| 12/18/10 | 13.64 | On Line Research Charges - Quicklaw |
| 1/04/11 | 63.34 | On Line Research Charges - Quicklaw |
| 1/05/11 | 25.14 | On Line Research Charges - Quicklaw |
| 1/06/11 | 103.56 | On Line Research Charges - Quicklaw |
| 1/06/11 | 3.02 | On Line Research Charges - Quicklaw |
| 1/20/11 | 1,478.95 | On Line Research Charges - Quicklaw |
| 1/21/11 | 108.59 | On Line Research Charges - Quicklaw |
| **TOTAL:** | $2,060.53 | |

**Travel**

| Date | Amount | Narrative |
|---|---|---|
| 11/13/10 | 52.05 | Taxi Description: cab, Date: 131110, Claimant: Bomhof, Scott |
| 11/10/10 | 1,068.91 | Travel (Out of Town) Millenium Hilton (2 nights), Date: 101110, Claimant: Bomhof, Scott |
| 11/12/10 | 25.10 | Travel (Out of Town) luggage charge, Date:121110, Claimant: Bomhof, Scott |
| 11/12/10 | 50.22 | Taxi (Out of Town) limo - NY, Date: 121110, Claimant: Bomhof, Scott |
| 11/12/10 | 60.25 | Taxi (Out of Town) Description: cab, Date: 121110, Claimant: Bomhof, Scott |
| 11/24/10 | 938.50 | Travel (Out of Town) Description: air fare (Toronto to New York), Date: 241110, Claimant: Bomhof, Scott |
| 12/15/10 | 10.26 | Diamond Taxi, Date: 15/12/2010 Chit # 2649946 |
| 1/07/11 | 10.59 | Diamond Taxi, Date: 07/01/2011 Chit # 2649949 |
| 1/14/11 | 55.25 | Diamond Taxi, Date: 14/01/2011 Chit # 2649952 |
| 1/14/11 | 11.97 | Diamond Taxi, Date: 14/01/2011 Chit # 2649953 |
| **TOTAL:** | $2,283.10 | |

**Library**

| Date | Amount | Narrative |
|---|---|---|
| 1/18/11 | 18.10 | Library Costs Case request (Seaton 59 QSC 92) |
| **TOTAL:** | $ 18.10 | |

**Word Processing**

| Date | Amount | Narrative |
|---|---|---|
| 11/07/10 | 117.75 | Word Processing Client Billing for w/e |
| 12/12/10 | 11.25 | Word Processing Client Billing for w/e |
| **TOTAL:** | $ 129.00 | |

| **GRAND TOTAL:** | $9,583.79 |
|---|---|