# SCHEDULE A
## TWENTY-THIRD INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation Insurance (Chubb)**
   **ERISA Litigation - Post Bankruptcy**

**NOVEMBER 2010**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 11/01/10 | RET | .20 | Communications with Natalie Kossak from IFS regarding settlement related issues |
| 11/02/10 | RET | .30 | Prepare for call with plaintiffs' counsel regarding settlement related issues |
| 11/02/10 | RET | .90 | Call with plaintiffs' counsel regarding settlement related issues |
| 11/02/10 | RET | .30 | Communications with Peter Bisio regarding Lexecon issues |
| 11/04/10 | RET | .30 | Communications with Peter Bisio regarding Lexecon issues |
| 11/08/10 | RET | .80 | Receive and analyze latest draft of confidential documents |
| 11/12/10 | RET | .30 | Communications with Natalie Kossack from IFS acting as independent fiduciary |
| 11/12/10 | RET | .30 | Further communications with Peter Bisio and Laurel Van Allen regarding settlement related issues |
| 11/12/10 | RET | .30 | Communications with Laurel Van Allen and plaintiffs' counsel regarding settlement related issues |
| 11/12/10 | RET | .20 | Communications with plaintiffs' counsel regarding settlement related issues |
| 11/12/10 | RET | .30 | Communications with Peter Bisio regarding regarding settlement related issues |
| 11/12/10 | RET | .30 | Communications with Don Powers regarding settlement related issues |
| 11/15/10 | RET | .30 | Communicate with Jennifer Palmer of Cleary regarding settlement related issues |
| 11/16/10 | RET | 1.10 | Edits to confidential documents |
| 11/20/10 | RET | .30 | Analyze request from defendant Kate Stevenson regarding questions from lawyers for a board to which she is being nominated |

SUB TOTAL        $3100.00

<u>L190 Other Case Assessment, Devel. & Adm</u>

11/17/10 JMS7  .30 Consider impact of Kate Stevenson's request for reference and disclosure of lawsuit

11/17/10 JMS7  .40 Communicate with Kate Stevenson's regarding request for reference and disclosure of lawsuit

11/19/10 JMS7  .40 Consider impact of Kate Stevenson's request for reference and disclosure of lawsuit

11/21/10 JMS7  .20 Consider impact of Kate Stevenson's request for reference and disclosure of lawsuit

11/29/10 JMS7  .60 Communicate with Lalji, Reena regarding Kate Stevenson's regarding request for reference and disclosure of lawsuit to others

SUB TOTAL     $807.50

**NOVEMBER 2010     TOTAL     $3,907.50**

**DECEMBER 2010**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

12/03/10 RET  .50 Receive and analyze latest edits to confidential documents

12/07/10 RET  .20 Communications with Peter Bisio regarding independent fiduciary

12/07/10 RET  .30 Communications with Peter Bisio and Cleary regarding confidential documents

12/13/10 RET  .30 Communications with Jennifer Palmer from Cleary regarding confidential documents

12/13/10 RET  .30 Additional communications with Jennifer Palmer from Cleary regarding confidential documents

12/14/10 RET  .80 Prepare for and call with Jennifer Palmer regarding Cleary's initial questions regarding confidential documents

12/15/10 RET  .70 Prepare for and attend Seventh Quarterly Fee hearing

12/20/10 RET  .20 Communications with plaintiffs' counsel regarding status of comments from Chubb, Cleary and Ogilvy regarding confidential documents

**DECEMBER 2010     TOTAL     $1,650.00**

**JANUARY 2011**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

1/04/11 RET   1.30 Work on confidential papers

1/04/11 RET   .40 Receive and analyze notice of filing of fifty eighth report of monitor and review of report

1/04/11 RET   .40 Receive and analyze notice of filing of fifty seventh report of monitor and review of report

1/05/11 RET   .20 Communications with Natalie Kossack about engagement as independent fiduciary

1/05/11 RET   .20 Communications with Peter Bisio regarding confidential documents

1/05/11 RET   .20 Communications with Don Powers regarding confidential documents

1/05/11 RET   .30 Communications with Natalie Kossack regarding independent fiduciary

1/18/11 RET   .80 Receive and analyze changes from Cleary to confidential documents

1/18/11 RET   .30 Communications with Cleary regarding Ogilvy's comments to confidential documents

1/18/11 RET   1.90 Comparing, reconciling, and incorporating changes from Cleary, Ogilvy and Chubb to confidential documents

1/18/11 RET   .70 Receive and analyze changes from Chubb to confidential documents

1/18/11 RET   .80 Receive and analyze changes from Ogilvy to confidential documents

1/18/11 RET   .30 Communications with Cleary regarding confidential documents

1/19/11 RET   .30 Communications with Chubb and Cleary regarding latest draft of confidential documents

1/19/11 RET   .30 Communications with plaintiff's changes regarding latest draft of confidential documents

1/20/11 RET   .60 Review and edit proposed confidential documents

1/20/11 RET   .40 Review and edit proposed confidential documents

1/20/11 RET   .20 Communications with plaintiffs' counsel regarding revisions to confidential documents

1/20/11 RET   .70 Review and edit proposed confidential documents

1/20/11 RET   .20 Communications with Tamara Britt regarding confidential documents

1/20/11 RET    .50 Communications with Don Powers responding to questions and revisions to confidential documents

1/20/11 RET    .60 Review and edit proposed confidential documents

1/20/11 RET    .20 Communications with Cleary and Chubb regarding new draft of confidential documents

1/20/11 RET    .20 Communications with plaintiffs' counsel regarding new draft of confidential documents

1/20/11 RET    .20 Communications with Peter Bisio regarding Cleary's additional revisions to confidential documents

1/20/11 RET    .40 Communications with Jennifer Palmer regarding additional revisions from Cleary to confidential documents

1/21/11 RET    .30 Communications with Don Powers regarding application of formula in confidential documents

1/21/11 RET    .20 Communications with plaintiffs' counsel regarding additional changes from Cleary to confidential documents

1/21/11 RET    .20 Communications with independent fiduciary

1/21/11 RET    .50 Receive and analyze additional changes from Cleary to confidential documents

1/24/11 RET    .30 Receive and analyze confidential documents

1/26/11 RET    .40 Communications with Jennifer Palmer regarding confidential documents

1/26/11 RET    .10 Communications with plaintiffs' counsel regarding confidential documents

1/26/11 RET    .10 Communications with Ruth Jenkins regarding termination of the LTIP

1/28/11 RET    .20 Communications with Nick DeRoma regarding status

SUB TOTAL    7,450.00

L190 Other Case Assessment, Devel. & Adm

1/04/11 JMS7    .30 Review bankruptcy court reports for case status update

1/05/11 JMS7    .20 Communicate with Don Powers regarding status

SUB TOTAL    212.50

**JANUARY 2011   TOTAL    7,662.50**

**TOTAL HOURS: 26.8**

**FEE GRAND TOTAL:**    $13,220.00

**NORTEL'S 50% TOTAL:**  $6,610.00

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

**NOVEMBER 2010**

DATE ATTY  HRS          DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

| | | | |
|---|---|---|---|
| 11/03/10 | RET | .50 | Receive and analyze fifty fifth and fifty six reports of the monitor and notice of filing of the stay extension order |
| 11/03/10 | DSH | .20 | Review Notice of Filing of Fifty-Fifth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding, Notice of Filing of Fifty-Sixth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding, and for any case deadlines that need to be calculated |
| 11/04/10 | RET | .20 | Communications with Annie Cordo regarding elimination of the additional invoices |
| 11/04/10 | DSH | .10 | Review e-mail communication from Annie Cordo of Morris, Nichols, Arsht & Tunnell regarding changes on how invoices regarding professional services will be handled and who will be handling them |
| 11/05/10 | DSH | .20 | Review e-mail from Annie Cordo of Morris, Nichols Arsht & Tunnell regarding a change in the date of the certification of no objection for our twenty-first interim fee application |
| 11/05/10 | DSH | .90 | Finalize Exhibit A to twenty-first interim fee application for time and expenses for the month of September 2010 |
| 11/05/10 | DSH | .10 | Draft response e-mail to Annie Cordo of Morris, Nichols, Arsht & Tunnell regarding the change in the date of the certification of no objection for our twenty-first interim fee application filed with the US Bankruptcy Court of Delaware |
| 11/05/10 | DSH | .20 | Draft e-mail to Annie Cordo of Morris, Nichols in connection with Jackson Lewis' Twenty-First Interim Fee Application with |
| 11/05/10 | DSH | .20 | Finalize Exhibit B to twenty-first interim fee application for time and expenses for the month of September 2010 |
| 11/05/10 | DSH | .20 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' twenty-first interim fee application |
| 11/05/10 | DSH | .90 | Finalize twenty-first interim fee application for time and expenses for the month of September 2010 |

| 11/05/10 DSH | .30 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' twenty-first interim fee application |
| 11/05/10 DSH | .10 | Calculate deadline for bankruptcy court judge to approve our twenty-first interim fee application |
| 11/11/10 RET | .40 | Receive and analyze order enforcing order regarding cross border claims protocol and resolution and attachments |
| 11/12/10 RET | .20 | Communications Donna Hebert regarding elimination of the additional invoices |
| 11/12/10 DSH | .20 | Review Orders received from the USDC Delaware Bankruptcy Court including Order Enforcing Order Approving Cross-Border Claims Protocol and Claims Resolution, Certificate of No Objection #344 and Certificate of No Objection #342 |
| 11/12/10 DSH | .20 | Left voice mail for Annie Cordo with questions regarding her latest correspondence to clarify exactly who needs to be notified of monthly interim reports and review e-mail from Rene' Thorne regarding same |
| 11/15/10 RET | .20 | Communications with Annie Cordo regarding seventh quarterly fee application |
| 11/17/10 DSH | 2.60 | Begin drafting Seventh Quarterly Fee Hearing Application for August 1, 2010 through September 30, 2010 |
| 11/18/10 DSH | .30 | Draft e-mail to Annie Cordo regarding filing our seventh quarterly fee application with the Delaware Bankruptcy Court and explaining why it only contains two months instead of three |
| 11/18/10 DSH | .20 | Review e-mail correspondence from Annie Cordo regarding notification of the next quarterly fee hearing and the deadlines leading up to it |
| 11/18/10 DSH | .20 | Draft e-mail to Annie Cordo regarding her recent e-mail and the latest correspondence we received from Nortel for clarification of the new procedure and whether we need to continue sending separate "invoices and copies" to Nortel |
| 11/18/10 DSH | .30 | Review bankruptcy docket from Pacer for docketing information, dates certificate of no objections were granted and docket numbers needed for Seventh Quarterly Fee Application |
| 11/18/10 DSH | .20 | Telephone conference with Annie Cordo regarding her recent e-mail and the latest correspondence we received from Nortel |

|  |  |  |  |
|---|---|---|---|
|  |  |  | clarifying that we no longer need to send the "form invoices" to Nortel |
| 11/18/10 | DSH | 2.40 | Finalize drafting Seventh Quarterly Fee Hearing Application for August 1, 2010 through September 30, 2010 |
| 11/19/10 | DSH | 1.20 | Begin drafting twenty-second interim fee application for time and expenses for the month of October 2010 |
| 11/19/10 | DSH | .50 | Draft Exhibit B to twenty-second interim fee application for time and expenses for the month of October 2010 |
| 11/19/10 | DSH | 1.10 | Begin drafting Exhibit A to twenty-second interim fee application for time and expenses for the month of October 2010 |
| 11/20/10 | RET | .20 | Communications with Donna Hebert regarding third quarterly fee application |
| 11/22/10 | RET | .20 | Communications with Annie Cordo regarding seventh quarterly fee application |
| 11/29/10 | RET | .30 | Communications with Donna Hebert regarding next quarterly fee submission and whether we can include October's billings |
| 11/29/10 | DSH | .10 | Review e-mail correspondence from Annie Cordo regarding seventh quarterly application and filing deadlines for fee hearing |

### NOVEMBER 2010    SUB TOTAL    $3038.00

## DECEMBER 2010

DATE    ATTY    HRSDESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

|  |  |  |  |
|---|---|---|---|
| 12/09/10 | DSH | .10 | Review e-mail correspondence from Annie Cordo in connection with the seventh quarterly fee hearing and our need to make arrangements for appearance by CourtCall |
| 12/09/10 | DSH | .20 | Review Seventh Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses to be presented to Judge Kevin Gross at the Seventh |
| 12/09/10 | DSH | .10 | Telephone conference with CourtCall to make arrangements for Rene Thorne's appearance for the seventh quarterly fee hearing on December 15, 2010 |

| | | | |
|---|---|---|---|
| 12/09/10 | DSH | .30 | Create hearing folder for Rene Thorne for use during the seventh quarterly fee hearing and update calendar entry with new call-in information |
| 12/13/10 | RET | .40 | Communications with Annie Cordo regarding Seventh Quarterly Fee hearing and review draft of the Omnibus Fee Order for any errors |
| 12/14/10 | RET | .20 | Communicate with Annie Cordo regarding whether judge has approved seventh quarterly fee application applications and whether we will have hearing on same |
| 12/14/10 | DSH | .10 | Review e-mail from Annie Cordo stating she has not heard from Judge Gross so everyone to please be prepared to call into the seventh quarterly fee hearing |
| 12/15/10 | DSH | .20 | Review documents needed for Rene Thorne to prepare for seventh quarterly fee hearing |
| 12/20/10 | DSH | .20 | Draft e-mail to Annie Cordo of Morris, Nichols in connection with Jackson Lewis' Twenty-Second Interim Fee Application with attachments |
| 12/20/10 | DSH | .10 | Review e-mail received from Annie Cordo of Morris, Nichols in connection with Jackson Lewis' Twenty-Second Interim Fee Application with attachments |
| 12/20/10 | DSH | .20 | Review October 2010 fees and expenses for Nortel for use in the twenty-second interim fee application |
| 12/20/10 | DSH | .10 | Calculate deadline for bankruptcy court judge to approve our twenty-second  interim fee application |
| 12/20/10 | DSH | 1.00 | Finalize Exhibit A to twenty-second interim fee application for time and expenses for the month of October 2010 |
| 12/20/10 | DSH | .50 | Finalize Exhibit B to twenty-second interim fee application for time and expenses for the month of October 2010 |
| 12/20/10 | DSH | 1.10 | Finalize twenty-second interim fee application for time and expenses for the month of October2010 |
| 12/22/10 | DSH | .20 | Review Seventh Quarterly Fee Order signed by Judge Kevin Gross |
| 12/22/10 | DSH | .20 | Review e-mail from Annie Cordo of Morris, Nichols regarding next quarterly fee hearing and calendar same |

12/29/10   RET          Receive and analyze Seventh Quarterly Fee Order
                 .30

**DECEMBER 2010    SUB TOTAL  $ 1,140.00**

**JANUARY 2011**

DATE      ATTY      HRSDESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

1/04/11   RET    .30   Meeting with Donna Hebert to transition quarterly applications and
                       statements

1/13/11   JMS7   .30   Communicate with Annie Cordo regarding fee application and review
                       documents from her concerning same

1/14/11   JMS7   .30   Communicate with Annie Cordo regarding fee application

1/28/11   RET    .30   Communications with Annie Cordo and Jason Stein regarding eighth
                       quarterly fee application

**JANUARY 2011       SUB TOTAL  $ 555.00**

**TOTAL SERVICES        $ 4730.00**

**TOTAL HOURS:  21.80**

**FEE GRAND TOTAL:       $ 4730.00**