# SCHEDULE B
## TWENTY-THIRD INTERIM FEE APPLICATION

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 Through January 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Postage | In-house | $.88 | n/a |
| Photocopying | In-house | $10.00 | n/a |
|  |  |  |  |
|  |  |  |  |
| Total Expenses |  |  | $13.88 |
| **Grand Total:** |  |  | **$13.88** |

**TOTAL EXPENSES DUE: $13.88**

## Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

TOTAL DISBURSEMENTS:   $0.00

**NORTEL'S 50% TOTAL:**   **$0.00**

**NORTEL (non-insurance)**

DISBURSEMENTS

Postage: .88
Photocopying 10.00

TOTAL DISBURSEMENTS:   $13.88

**TOTAL EXPENSES DUE:**   **$13.88**

4814-3648-1288, v. 1