# EXHIBIT A

**Time Records**
**December 14, 2010 through January 31, 2011**

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Don Hardin | 14-Dec-10 | 1.00 | $696.00 | Telephone conference with client to discuss benefits and issues at hand. |
| Doug Smith | 14-Dec-10 | 1.00 | $655.40 | Telephone conference with client to discuss benefits and issues at hand. |
| Mark Chronister | 14-Dec-10 | 1.00 | $638.00 | Telephone conference with client to discuss benefits and issues at hand. |
| Doug Smith | 15-Dec-10 | 1.50 | $983.10 | Analysis of plan options. |
| Don Hardin | 16-Dec-10 | 1.00 | $696.00 | Internal strategy meeting to scope out potential approaches to solving Nortel's issues. |
| Doug Smith | 16-Dec-10 | 1.00 | $655.40 | Internal strategy meeting to scope out potential approaches to solving Nortel's issues. |
| Mark Chronister | 16-Dec-10 | 1.00 | $638.00 | Internal strategy meeting to scope out potential approaches to solving Nortel's issues. |
| Doug Smith | 4-Jan-11 | 1.00 | $655.40 | Meeting with Nortel to discuss options. |
| Don Hardin | 5-Jan-11 | 1.50 | $1,044.00 | Development of meeting materials. |
| Doug Smith | 5-Jan-11 | 1.50 | $983.10 | Anaysis of options and meeting materials. |
| Mark Chronister | 5-Jan-11 | 1.50 | $957.00 | Development of meeting materials. |
| Don Hardin | 7-Jan-11 | 2.00 | $1,392.00 | Development of meeting materials. |
| Mark Chronister | 7-Jan-11 | 1.00 | $638.00 | Development of meeting materials. |
| Doug Smith | 12-Jan-11 | 1.50 | $983.10 | Plan options analysis. |
| Mark Chronister | 12-Jan-11 | 0.75 | $478.50 | Development of meeting materials. |
| Doug Smith | 13-Jan-11 | 2.50 | $1,638.50 | Plan options analysis. |
| Don Hardin | 14-Jan-11 | 1.00 | $696.00 | Telephone conference with client to discuss our ideas and possible solutions for their issues. |
| Doug Smith | 14-Jan-11 | 1.00 | $655.40 | Telephone conference with client to discuss our ideas |
| Mark Chronister | 14-Jan-11 | 2.00 | $1,276.00 | Telephone conference with client to discuss our ideas and possible solutions for their issues (1.0); prepare materials for same (1.0). |
| Mark Chronister | 19-Jan-11 | 1.00 | $638.00 | prepare for phone call on 1/20 to review meetings materials. |
| Don Hardin | 20-Jan-11 | 1.50 | $1,044.00 | Telephone conference with client to review ideas and possible solutions in advance of January 26 meeting. |
| Mark Chronister | 20-Jan-11 | 1.00 | $638.00 | Telephone conference with client to review ideas and possible solutions in advance of January 26 meeting. |
| Doug Smith | 24-Jan-11 | 0.50 | $327.70 | Meeting preparation. |
| Don Hardin | 25-Jan-11 | 2.00 | $1,392.00 | Development of meeting materials. |
| Doug Smith | 25-Jan-11 | 1.50 | $983.10 | Meeting preparation. |
| Don Hardin | 26-Jan-11 | 1.50 | $1,044.00 | Telephone conference with client and Cleary to review our proposed solutions to Nortel's issues. |
| Doug Smith | 26-Jan-11 | 1.00 | $655.40 | Meeting follow-up. |
| Doug Smith | 26-Jan-11 | 1.00 | $655.40 | Telephone conference with client and Cleary to review our proposed solutions to Nortel's issues. |
| Mark Chronister | 26-Jan-11 | 1.50 | $957.00 | Telephone conference with client and Cleary to review our proposed solutions to Nortel's issues. |
| Don Hardin | 28-Jan-11 | 2.00 | $1,392.00 | Development of meeting materials. |
| Doug Smith | 28-Jan-11 | 1.50 | $983.10 | Meeting follow-up. |
| Doug Smith | 31-Jan-11 | 1.00 | $655.40 | Meeting preparation around options. |
| **Total:** | | **41.75** | **$27,724.00** | |