# EXHIBIT B

**Expenses**
**November 30, 2010 through January 31, 2011**

| Date | Cost | Description |
|------|------|-------------|
| November 30, 2010 | $2,582.10 | Administrative - Legal |
| December 31, 2010 | $686.25 | Administrative - Legal |
| January 31, 2011 | $6,265.35 | Administrative - Legal |
| **TOTAL:** | **$9,533.70** | |