# EXHIBIT A

DCACTIVE-14601927.1

# 626520



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 02/15/11 16:19

Fees and Disbursements Through 12/31/10
Last Date Billed 12/16/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,650.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,650.00** | | |
| Address: Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $82,204.00 |
| | | LTD Disb Billed | $1,091.04 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8620410 | 12/02/10 | Parseghian, L. | Exchange emails with Mr. Barton re case update, research and re drafting settlement papers. | 1.10 | $638.00 |
| 8620412 | 12/02/10 | Parseghian, L. | Develop project list for settlement. | 0.40 | $232.00 |
| 8620460 | 12/03/10 | Parseghian, L. | Attend to settlement planning. | 0.60 | $348.00 |
| 8625219 | 12/03/10 | Winkelman, S. | Exchange with Ms. Parseghian re opposing party's agreement to monetary component of settlement proposal. | 0.20 | $152.00 |
| 8626827 | 12/09/10 | Parseghian, L. | Conference with Mr. Winkelman re settlement strategy and projects. | 0.30 | $174.00 |
| 8626832 | 12/09/10 | Parseghian, L. | Review potential model settlement agreements. | 0.60 | $348.00 |
| 8580569 | 12/09/10 | Winkelman, S. | Confer with Ms. Parseghian re possible resolution of matter through bankruptcy proceeding, next steps in seeking agreement | 0.50 | $380.00 |

# 626520

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 12/31/10  
Last Date Billed 12/16/10 (Through 10/31/10)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | with opposing counsel and party. | | |
| 8626885 | 12/13/10 | Parseghian, L. | Review potential model settlement agreements. | 0.50 | $290.00 |
| 8626890 | 12/13/10 | Parseghian, L. | Conference with Ms. Sprengel re settlement. | 0.20 | $116.00 |
| 8626921 | 12/16/10 | Parseghian, L. | Email to Ms. Palmer re settlement. | 0.20 | $116.00 |
| 8626931 | 12/16/10 | Parseghian, L. | Attend to agreement issues; work on settlement agreement. | 1.90 | $1,102.00 |
| 8628744 | 12/20/10 | Parseghian, L. | Review model documents and draft settlement papers. | 1.30 | $754.00 |
| | | | Professional Services Total | 7.80 | $4,650.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001425 | Counsel | Parseghian, L. | $580.00 | 7.10 | $4,118.00 |
| 000277 | Partner | Winkelman, S. | $760.00 | 0.70 | $532.00 |
| | | Fees Value | | 7.80 | $4,650.00 |

# 626521

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 02/24/11 16:35

Fees and Disbursements Through 12/31/10
Last Date Billed 12/17/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $324.00 |
| Total Disbursements This Proforma | 9.22 |
| **TOTAL THIS PROFORMA** | **$333.22** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $38,986.50 |
| LTD Disb Billed | $88.30 |
| A/R Balance This Matter | $0.00 |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8559114 | 12/03/10 | Meade, K. | Telephone conference with Mr. Knapp re submission to the OFCCP and revision to same (.2); finalize and transmit letter to the OFCCP (.2) | 0.40 | $216.00 |
| 8562402 | 12/06/10 | Meade, K. | Conference with Ms. Springer re submission of information to the OFCCP and re next steps. | 0.20 | $108.00 |
| | | | Professional Services Total | 0.60 | $324.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $540.00 | 0.60 | $324.00 |
| | | | Fees Value | 0.60 | $324.00 |

# 626521

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 12/31/10
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5660464 | 12/03/10 | | 0155 | 1254103 | 000998 | Express Delivery From: KRIS MEADE To: DEIRDE JONES OFF. OF FEDERAL CONTRACT COMPL. 200 CONSTITUTION AVENUE, NW WASHINGTON DC 20210 Tracking Number: 432548282147 Invoice Number: 732590794 432548282147 732590794 | $9.22 |

Total Disbursements $9.22

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0155 | Express Delivery | $9.22 |

Total Disbursements $9.22

# 626522



**BILLABLE PROFORMA**

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 02/24/11 13:09

Fees and Disbursements Through 12/31/10
Last Date Billed 12/17/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $2,429.50 | |
| Total Disbursements This Proforma | 37.00 | |
| **TOTAL THIS PROFORMA** | **$2,466.50** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $91,528.00 |
| LTD Disb Billed | $248.30 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8563653 | 12/02/10 | Cheney, M | Attention to information concerning supplemental disclosures. | 0.30 | $169.50 |
| 8563686 | 12/03/10 | Cheney, M | Review and revise pro formas for fee statements. | 0.40 | $226.00 |
| 8582286 | 12/06/10 | Cheney, M | Review and analyze conflicts information for supplemental disclosures. | 0.40 | $226.00 |
| 8582289 | 12/06/10 | Cheney, M | Draft supplemental affidavit with disclosures for Mr. Regan. | 0.70 | $395.50 |
| 8582337 | 12/08/10 | Cheney, M | Review draft fee order from Ms. Cordo. | 0.30 | $169.50 |
| 8582388 | 12/09/10 | Cheney, M | Finalize supplemental affidavit with disclosures for Mr. Regan. | 0.30 | $169.50 |
| 8601463 | 12/13/10 | Cheney, M | Revise pro formas for fee statements. | 0.80 | $452.00 |
| 8601584 | 12/15/10 | Cheney, M | Prepare for fee hearing. | 0.30 | $169.50 |

# 626522

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 12/31/10
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8601586 | 12/15/10 | Cheney, M | Dial into and participate in fee hearing. | 0.40 | $226.00 |
| 8603576 | 12/17/10 | Cheney, M | Finalize court-approved invoices and send same to Ms. Hobby for processing. | 0.20 | $113.00 |
| 8616782 | 12/22/10 | Cheney, M | Review email from Ms. Cordo re order approving fees and timeline for next quarterly application and hearing. | 0.20 | $113.00 |
| | | | **Professional Services Total** | **4.30** | **$2,429.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 4.30 | $2,429.50 |
| | | | **Fees Value** | **4.30** | **$2,429.50** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5703050 | 12/15/10 | 880092 | 0200 | 1268113 | 001835 | Miscellaneous - - VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall- for telephonic court appearance in U.S. Court-Delaware | 37.00 Bankruptcy |
| | | | | | | **Total Disbursements** | **$37.00** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $37.00 |
| | **Total Disbursements** | **$37.00** |

- 2 -

# 626523



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Proforma Generation Date: 02/25/11 16:13

Fees and Disbursements Through 12/31/10
Last Date Billed 02/15/11 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Dec 29, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $9,692.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$9,692.00** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $65,582.50 |
| | | LTD Disb Billed | $493.81 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8561142 | 12/02/10 | Zabarauskas, B. | Exchange emails concerning deadline to file complaint. | 0.20 | $118.00 |
| 8558688 | 12/03/10 | Meadows, J. | Emails and conferences with Mr. Zabarauskas re finalization of Alpha complaint. | 0.30 | $168.00 |
| 8558689 | 12/03/10 | Meadows, J. | Review final draft of Alpha complaint. | 0.40 | $224.00 |
| 8561928 | 12/03/10 | Zabarauskas, B. | Draft revisions to complaint concerning account stated cause of action; discussion with J. Meadow re: revised complaint. | 2.30 | $1,357.00 |
| 8563689 | 12/05/10 | Cheney, M | Review and revise draft complaint for Project Alpha. | 1.70 | $960.50 |
| 8582280 | 12/06/10 | Cheney, M | Review and analyze draft complaint. | 1.20 | $678.00 |
| 8582284 | 12/06/10 | Cheney, M | Conferences with Mr. Meadows and Mr. Zabarauskas re edits to draft complaint. | 0.20 | $113.00 |
| 8579235 | 12/06/10 | Zabarauskas, B. | Revisions to complaint (1.); discussion with | 1.30 | $767.00 |

# 626523

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 12/31/10  
Last Date Billed 02/15/11 (Through 10/31/10)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | M. Cheney re: same (.3). | | |
| 8600269 | 12/16/10 | Schnorrenberg, D. | Review draft complaint. | 0.40 | $296.00 |
| 8603578 | 12/17/10 | Cheney, M | Email from Mr. Schnorrenberg re finalizing complaint against Alpha. | 0.10 | $56.50 |
| 8594695 | 12/17/10 | Meadows, J. | Emails and-or conferences with Messrs. Schnorrenberg, Cheney, and Zabarauskas re Alpha complaint filing. | 0.20 | $112.00 |
| 8600410 | 12/17/10 | Schnorrenberg, D. | Draft email to Mr. Zabarauskas re complaint. | 0.20 | $148.00 |
| 8614589 | 12/20/10 | Zabarauskas, B. | Revisions to complaint. | 0.60 | $354.00 |
| 8616758 | 12/21/10 | Cheney, M | Email from Mr. Zabarauskas and Mr. Meadows re finalizing complaint. | 0.20 | $113.00 |
| 8614635 | 12/22/10 | Zabarauskas, B. | Send complaint to client. | 0.10 | $59.00 |
| 8614656 | 12/23/10 | Zabarauskas, B. | Review client's comments and review complaint re: same; (.4) email with J. Meadows re: same (.1). | 0.50 | $295.00 |
| 8623385 | 12/27/10 | Meadows, J. | Teleconference with Mr. Zabarauskas and follow up emails re filing Alpha complaint. | 0.20 | $112.00 |
| 8620370 | 12/27/10 | Zabarauskas, B. | Review complaint for references to Telmar and Precison (1.9); discussion with J. Meadows re; same (.3); email exchange with A. Gazze re: filing of complaint (.1). | 2.30 | $1,357.00 |
| 8626591 | 12/28/10 | Cheney, M | Review email from Mr. Zabarauskas re status of complaint and various approvals of same. | 0.10 | $56.50 |
| 8622965 | 12/28/10 | Regan, J. | Confer with Mr. Schnorrenberg; review draft complaint. | 0.70 | $577.50 |
| 8620392 | 12/28/10 | Zabarauskas, B. | Discussions with A. Gazze re: local counsel proposed revisions to complaint (.4); review proposed local counsel revisions (.3); review exhibit to complaint concerning preferential transfers (.4); email exchange with C. Brown re: same (.1). | 1.20 | $708.00 |
| 8623049 | 12/29/10 | Zabarauskas, B. | Follow up with local counsel re: revised complaint (.1); review proposed changes to | 0.50 | $295.00 |

- 2 -

626523

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Fees and Disbursements Through 12/31/10  
Last Date Billed 02/15/11 (Through 10/31/10)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | same (.4) | | |
| 8623069 | 12/30/10 | Zabarauskas, B. | Review case law from local counsel re: causes of action (.5); final revisions to complaint (.7); email to client and local counsel re: same (.1). | 1.30 | $767.00 |
| | | | **Professional Services Total** | **16.20** | **$9,692.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001478 | Counsel | Meadows, J. | $560.00 | 1.10 | $616.00 |
| 001835 | Counsel | Cheney, M. | $565.00 | 3.50 | $1,977.50 |
| 002217 | Counsel | Zabarauskas, B. | $590.00 | 10.30 | $6,077.00 |
| 000302 | Partner | Regan, J. | $825.00 | 0.70 | $577.50 |
| 001099 | Partner | Schnorrenberg, D. | $740.00 | 0.60 | $444.00 |
| | | **Fees Value** | | **16.20** | **$9,692.00** |

- 3 -