# EXHIBIT B

DCACTIVE-14601927.1

# EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2010 Through December 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Express Delivery | Local Courier | $9.22 |
| Miscellaneous | CourtCall | $37.00 |
| **TOTAL** | | **$46.22** |

626521

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 12/31/10
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5660464 | 12/03/10 | | 0155 | 1254103 | 000998 | Express Delivery – Local Courier | $9.22 |
| | | | | | | Total Disbursements | **$9.22** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0155 | Express Delivery – Local Courier | $9.22 |
| | Total Disbursements | **$9.22** |

DCACTIVE-14601927.1

626522

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 12/31/10  
Last Date Billed 12/17/10 (Through 10/31/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5703050 | 12/15/10 | 880092 | 0200 | 1268113 | 001835 | Miscellaneous – CourtCall | $37.00 |
| | | | | | | **Total Disbursements** | **$37.00** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous - CourtCall | $37.00 |
| | **Total Disbursements** | **$37.00** |

DCACTIVE-14601927.1