# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,300.59 |
| Conference Call /Telephone Charges | $4,846.03 |
| Duplicating (@ $0.10 per page) | $6.80 |
| Meals/Committee Meeting Expenses | $1,026.37 |
| Travel Expenses – Ground Transportation | $112.45 |
| Travel Expenses – Train Fare | $1,046.00 |
| | |
| **TOTAL** | **$8,338.24** |

100602830 v1