# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1352737 |
| ATTN: JOHN DOLITTLE | Invoice Date 02/24/11 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/12/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1108299 DATE: 10/27/2010  Vendor: Dial Car Voucher #: DLA2770347 Date: 10/12/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA2770347 Date: 10/12/2010 Name: Lisa Beckerman | $63.91 |
| 12/09/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1112542 DATE: 1/12/2011  Vendor: Dial Car Voucher #: DLA3286220 Date: 12/09/2010 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3286220 Date: 12/09/2010 Name: Austin Lilling | $5.10 |
| 12/13/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0747F2 DEPARTURE DATE: 12/15/2010 ROUTE: NYP WIL NYP | $366.00 |
| 12/13/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0541935573 DEPARTURE DATE: 12/13/2010 ROUTE: NYP WIL NYP | $37.00 |
| 12/13/10 | Travel - Train Fare  VENDOR: DINERS | $366.00 |

| Date | Description | Amount |
|---|---|---|
| | CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: KAHN BRAD M TICKET #: 0749D1 DEPARTURE DATE: 12/15/2010 ROUTE: NYP WIL NYP | |
| 12/13/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: KAHN BRAD M TICKET #: 0541935572 DEPARTURE DATE: 12/13/2010 ROUTE: NYP WIL NYP | $37.00 |
| 12/13/10 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $9.90 |
| 12/13/10 | Travel - Train Fare  Amtrak Fee for changing train reservation; Amtrak receipt | $46.00 |
| 12/13/10 | Travel - Train Fare  Amtrak fee charged for changing David Botter's train reservation; Amtrak receipt | $46.00 |
| 12/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0541981302 DEPARTURE DATE: 12/15/2010 ROUTE: NYP WIL NYP | $37.00 |
| 12/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0541981320 DEPARTURE DATE: 12/15/2010 ROUTE: NYP WIL NYP | $37.00 |
| 12/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: KAHN BRAD M TICKET #: 0541981300 DEPARTURE DATE: 12/15/2010 ROUTE: NYP WIL NYP | $37.00 |
| 12/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC10-53062500000206 DATE: 12/29/2010 PASSENGER: KAHN BRAD M TICKET #: 0541981321 DEPARTURE DATE: 12/15/2010 ROUTE: NYP WIL NYP | $37.00 |
| 12/15/10 | Meals - Business  Business meal re: Nortel hearing; Brad Kahn; Brew Ha Ha Receipt | $9.25 |
| 12/23/10 | Meals (100%)  12/20/10   B Kahn - In-person meeting with UCC professional's and committee members working meal (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $734.91 |

| Date | Description | Amount |
|---|---|---|
| 12/23/10 | 2033800116; DATE: 12/23/2010<br>Meals (100%) 12/21/10 A Ellis - Team meeting working meal (6 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800116; DATE: 12/23/2010 | $92.54 |
| 12/23/10 | Meals (100%) 12/22/10 B Kahn - Professional's call working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800116; DATE: 12/23/2010 | $143.72 |
| 01/01/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 2 page(s) | $0.20 |
| 01/04/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 28 page(s) | $2.80 |
| 01/04/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 2 page(s) | $0.20 |
| 01/05/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 15 page(s) | $1.50 |
| 01/05/11 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q42010; DATE: 1/5/2011 - Acct ID: AG0054 - Billing Cycle 10/1/10 - 12/31/10 | $558.64 |
| 01/05/11 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 01001-54901-11; DATE: 1/5/2011 | $4,846.03 |
| 01/05/11 | Document Retrieval VENDOR: PACER SERVICE CENTER; INVOICE#: AK0004-Q42010; DATE: 1/5/2011 - Account ID: AK0004 - Usage: 10/1/10 to 12/31/10 | $6.16 |
| 01/06/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/6/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $58.02 |
| 01/07/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $86.18 |
| 01/10/11 | Computerized Legal Research - Westlaw User: WOODSON,JENNY Date: 1/10/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.49 |
| 01/10/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 863494 DATE: 1/16/2011<br>Kahn Brad - Mi Nidito - 01/10/2011 | $33.46 |
| 01/10/11 | Travel - Ground Transportation Taxi fare - office to home | $17.57 |
| 01/11/11 | Travel - Ground Transportation Taxi fare - office to home | $15.97 |
| 01/13/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 863494 | $12.49 |

| Date | Description | Amount |
|---|---|---|
| | DATE: 1/16/2011 Feuerstein Tony - Subway 46th St) - 01/13/2011 | |
| 01/21/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 21 page(s) | $2.10 |
| 01/26/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 1/26/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $379.88 |
| 01/28/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 1/28/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $170.22 |

Current Expenses     $8,338.24

MATTER SUMMARY OF TIME BILLED BY TASK :

| Code | Task | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 7.60 | $6,714.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 10.30 | $4,958.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.70 | $357.00 |
| 0006 | Retention of Professionals | 8.80 | $4,091.00 |
| 0007 | Creditors Committee Meetings | 89.40 | $60,541.00 |
| 0008 | Court Hearings | 7.10 | $3,702.00 |
| 0009 | Financial Reports and Analysis | 1.70 | $1,443.00 |
| 0012 | General Claims Analysis/Claims Objections | 18.20 | $10,731.00 |
| 0013 | Analysis of Pre-Petition Transactions | 0.30 | $210.00 |
| 0014 | Canadian Proceedings/Matters | 49.10 | $37,961.50 |
| 0016 | Lift Stay Litigation | 0.60 | $246.00 |
| 0017 | General Adversary Proceedings | 8.50 | $5,373.00 |
| 0018 | Tax Issues | 23.60 | $16,045.00 |
| 0019 | Labor Issues/Employee Benefits | 48.60 | $37,132.00 |
| 0020 | Real Estate Issues/Leases | 5.30 | $3,560.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 1.00 | $653.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 22.70 | $16,835.00 |
| 0025 | Travel | 7.75 | $5,083.00 |
| 0028 | Non-Debtor Affiliates | 8.70 | $5,332.00 |
| 0029 | Intercompany Analysis | 109.70 | $85,044.00 |
| 0031 | European Proceedings/Matters | 14.00 | $9,977.00 |
| 0032 | Intellectual Property | 206.80 | $135,118.00 |
| | TOTAL | 650.45 | $451,106.50 |

**Total Amount of This Invoice**     **$459,444.74**