# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 01/01/11 | Hourly Billing Rate After 01/01/11 | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $950 | $975 | 22.10 | $21,547.50 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $875 | $900 | 73.30 | $65,970.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $975 | $990 | 63.40 | $62,766.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $645 | $700 | 45.10 | $31,570.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $775 | $790 | 52.40 | $41,396.00 |
| Robert H. Pees | Partner for 15 years; Admitted in 1988; Litigation Department | $790 | $805 | 4.40 | $3,542.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial Restructuring Department | $775 | $790 | 1.40 | $1,106.00 |
| Randall M. Ratner | Partner for 25 years; Admitted in 1979; Real Estate Department | $650 | $650 | 4.70 | $3,055.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $640 | $700 | 34.95 | $24,465.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; ERISA Department | $780 | $795 | 14.80 | $11,766.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; ERISA Department | $600 | $610 | 16.20 | $9,882.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $675 | $690 | 42.20 | $29,118.00 |

100602830 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 01/01/11 | Hourly Billing Rate After 01/01/11 | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Litigation Department | $550 | $560 | 1.20 | $672.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | $610 | 5.50 | $3,355.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $550 | $560 | 52.40 | $29,344.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring | $600 | $600 | 46.00 | $27,600.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $350 | $360 | 17.20 | $6,192.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $450 | $510 | 123.80 | $63,138.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $500 | $550 | 23.50 | $12,925.00 |
| Jennifer L. Woodson | Associate for 2 years; Admitted in 2010; Tax Department | $350 | $400 | 1.60 | $640.00 |
| Alexandra R. Caleca | Legal Assistant for 2 years; Financial Restructuring Department | $200 | $210 | 1.50 | $315.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $255 | $265 | 2.80 | $742.00 |

Total Amount of Fees:    $451,106.50
Total Number of Hours:   650.45
Blended Hourly Rate:      $693.53

100602830 v1