# EXHIBIT A

**626828**

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date: 02/25/11 09:22

Fees and Disbursements Through 01/31/11
Last Date Billed 12/16/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,992.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $2,992.50 | | |

Address:  Nortel Networks
Attn: Accounts Payable
Post Office Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $6,547.00 |
| LTD Disb Billed | $36.97 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8666668 | 01/21/11 | Palan, S. | Review Markman ruling and previous infringement and validity analyses. | 1.50 | $945.00 |
| 8668914 | 01/24/11 | Palan, S. | Analyze prior infringement analysis in view of claim construction ruling (1.3); prepare initial analysis of impact of ruling (1.6). | 2.90 | $1,827.00 |
| 8671311 | 01/24/11 | Supko, M. | Begin reviewing draft analysis of claim construction order prepared by Mr. Palan. | 0.30 | $220.50 |
| | | | Professional Services Total | 4.70 | $2,992.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 4.40 | $2,772.00 |

- 1 -

# 626828

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 01/31/11
Last Date Billed 12/16/10 (Through 10/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001474 | Partner | Supko, M. | $735.00 | 0.30 | $220.50 |
| | | | Fees Value | 4.70 | $2,992.50 |



- 2 -

**626525**

# crowell(moring
## BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 02/24/11 13:16

Fees and Disbursements Through 01/31/11
Last Date Billed 12/17/10 (Through 10/31/10)
Bill Cycle:  M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $714.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$714.00** | | |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $91,528.00 |
| LTD Disb Billed | $248.30 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8657739 | 01/11/11 | Cheney, M | Review and revise pro formas for fee statements. | 0.40 | $238.00 |
| 8677171 | 01/20/11 | Cheney, M | Attention to inquiry from Ms. Egan re invoices. | 0.30 | $178.50 |
| 8677194 | 01/21/11 | Cheney, M | Teleconference and email with Ms. Egan re inquiry concerning invoices | 0.50 | $297.50 |
| | | | Professional Services Total | 1.20 | $714.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 1.20 | $714.00 |
| | | | Fees Value | 1.20 | $714.00 |

- 1 -

**626525**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 01/31/11
Last Date Billed 12/17/10 (Through 10/31/10)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001835 | Counsel | Cheney, M | $595.00 | 1.20 | $714.00 |
| | | | Fees Value | 1.20 | $714.00 |

**626526**



## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000194 / Project Alpha

Proforma Generation Date: 02/25/11 16:12

Fees and Disbursements Through 01/31/11
Last Date Billed 02/15/11 (Through 10/31/10)
Bill Cycle:  M
Matter Open Date:  Dec 29, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,726.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,726.00** | | |

Address:   Nortel Networks Corp

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $65,582.50 |
| LTD Disb Billed | $493.81 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8643611 | 01/03/11 | Zabarauskas, B. | Review complaint for filing (.7); numerous discussions and email with A. Gazze re: filing and service of same (.3); revisions to pro hac vice certifications (.1); emails to and from client re: final revisions and filing of action (.1). | 1.20 | $744.00 |
| 8644030 | 01/06/11 | Zabarauskas, B. | Email from A. Gazze re: pro hac vice admission. | 0.40 | $248.00 |
| 8643772 | 01/07/11 | Zabarauskas, B. | Emails to and from A. Gazze re: service of complaint (.1); email to C. Brown re: same (.1). | 0.20 | $124.00 |
| 8657028 | 01/10/11 | Zabarauskas, B. | Email from C. Condlin re: filing of action against Telmar and Precision (.1); review draft motion re: service of complaint on foreign defendants (.3); emails to and from | 0.50 | $310.00 |

- 1 -

RECEIVED

**626526**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000194 / Project Alpha

Fees and Disbursements Through 01/31/11
Last Date Billed 02/15/11 (Through 10/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | A. Gazze re: same (.1). | | |
| 8657101 | 01/11/11 | Zabarauskas, B. | Review email from client re: budget (.1); email to M. Charney and J. Meadows re: same (.1); review email from A. Gazze re: pretrial date (.1). | 0.30 | $186.00 |
| 8657812 | 01/12/11 | Cheney, M | Conference with Mr. Meadows and Mr. Zabarauskas re analysis for budget purposes. | 0.40 | $238.00 |
| 8657807 | 01/12/11 | Cheney, M | Analyze complaint re client's request for budget purposes. | 0.80 | $476.00 |
| 8657355 | 01/12/11 | Meadows, J. | Teleconference and emails with Messrs. Cheney and Zabarauskas re estimated litigation recovery and strategy. | 0.40 | $236.00 |
| 8656911 | 01/12/11 | Zabarauskas, B. | Conference call with M. Cheney and J. Meadows re: projection for L. Rowan (.4); discussion with L. Rowan re: same (.2). | 0.60 | $372.00 |
| 8676262 | 01/19/11 | Zabarauskas, B. | Discussion with M. Schein re: possibility of global mediation (.3); discussion with A. Grazze re: deadline and adversary proceeding and service upon foreign defendants (.2). | 0.50 | $310.00 |
| 8670416 | 01/20/11 | Meadows, J. | Teleconference with Mr. Zabarauskas re mediation of US and Canadian claims. | 0.10 | $59.00 |
| 8676284 | 01/20/11 | Zabarauskas, B. | Discussion with J. Meadows re: possibility of global mediation. | 0.20 | $124.00 |
| 8670423 | 01/21/11 | Meadows, J. | Follow up teleconference with Mr. Zabarauskas re mediation of US and Canadian claims. | 0.10 | $59.00 |
| 8676323 | 01/21/11 | Zabarauskas, B. | Discussion with M. Cheney re: global mediation concept (.1); review emails re: discussion with Telmar (.1); discussion with L. Rowan re: same (.3). | 0.50 | $310.00 |
| 8703697 | 01/24/11 | Zabarauskas, B. | Emails to and from client re: conference call to discuss global settlement discussions. | 0.20 | $124.00 |
| 8703850 | 01/26/11 | Zabarauskas, B. | Participate in conference call re: global settlement discussions (.5); discussion with | 1.30 | $806.00 |

**626526**

### CROWELL & MORING
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 01/31/11
Last Date Billed 02/15/11 (Through 10/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | M. Schein re: same (.1); review email to Telmar re: proposal for discussions (.3); revisions to same (.4). | | |
| | | | Professional Services Total | 7.70 | $4,726.00 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001478 | Counsel | Meadows, J. | $590.00 | 0.60 | $354.00 |
| 001835 | Counsel | Cheney, M | $595.00 | 1.20 | $714.00 |
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 5.90 | $3,658.00 |
| | | Fees Value | | 7.70 | $4,726.00 |

- 3 -

**626527**

## crowell moring

### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date: 02/15/11 16:21

Fees and Disbursements Through 01/31/11
Last Date Billed  (Through )
Bill Cycle: M
Matter Open Date: Jan 31, 2011
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $1,018.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$1,018.50** | |

Address:   Nortel Networks Corp

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8688472 | 01/27/11 | Supko, M. | Consult with Mr. Palan re background of dispute. | 0.20 | $147.00 |
| 8691951 | 01/28/11 | Supko, M. | Continue analyzing background materials (0.3); consult with Mr. Palan re same (0.2). | 0.50 | $367.50 |
| 8698185 | 01/31/11 | Palan, S. | Initial review of documents provided by client regarding Cox's indemnity claim. | 0.80 | $504.00 |
| | | | Professional Services Total | 1.50 | $1,018.50 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 0.80 | $504.00 |

- 1 -

**626527**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000195 / Indemnification Claim by Cox Communicati

Fees and Disbursements Through 01/31/11
Last Date Billed  (Through )
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|-----|-------|-----------------|------|-------|-------|
| 001474 | Partner | Supko, M. | $735.00 | 0.70 | $514.50 |
| | | | Fees Value | 1.50 | $1,018.50 |

PROFORMA PROFORMA

- 2 -

**626528**

# crowell moring
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000196 / Indemnification Claim by PG&E re Phoenix

Proforma Generation Date: 02/15/11 16:21

Fees and Disbursements Through 01/31/11
Last Date Billed  (Through )
Bill Cycle:  Mtent
Matter Open Date:  Jan 31, 2011
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $1,333.50 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $1,333.50 | | | |
| Address:  Nortel Networks Corp | | | YTD Fees Billed | $0.00 |
| | | | YTD Disb Billed | $0.00 |
| | | | LTD Fees Billed | $0.00 |
| | | | LTD Disb Billed | $0.00 |
| | | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8671312 | 01/24/11 | Supko, M. | Telephone conference with Ms. Palmer providing background of dispute with PG&E (0.3); begin reviewing background materials provided by Ms. Palmer (1.0). | 1.30 | $955.50 |
| 8698186 | 01/31/11 | Palan, S. | Initial review of documents provided by client regarding PG&E's indemnity claim. | 0.60 | $378.00 |
| | | | Professional Services Total | 1.90 | $1,333.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 0.60 | $378.00 |
| 001474 | Partner | Supko, M. | $735.00 | 1.30 | $955.50 |

- 1 -

**626528**

CROWELL & MORING<br>BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000196 / Indemnification Claim by PG&E re Phoenix

Fees and Disbursements Through 01/31/11
Last Date Billed  (Through )
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| | | Fees Value | | 1.90 | $1,333.50 |

PROFORMA

-2-