# EXHIBIT B

DCACTIVE-14602910.1

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2011 Through January 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
|  |  |  |
| TOTAL |  | $0.00 |