# EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

November 1, 2010 Through January 31, 2011

## Summary of Services Rendered by Project

| Project | Project Description | November – January |
|---|---|---|
| 1 | Pension Advisory | 41.75 |
| 2 | Fee Applications | 4.00 |
| **TOTAL** | | **45.75** |

## Summary of Services Rendered by Professional

| Name | November – January |
|---|---|
| Richard Jones (Principal – London) | 10.75 |
| James Saunders (Principal – London) | 6.25 |
| Ryan McGlothlin (Managing Director – Boston) | 4.00 |
| Lorant Porkolab (Principal – London) | 11.75 |
| Chris Parlour (Associate Director – London) | 10.75 |
| Martin Hunter (Associate – London) | 2.25 |
| **TOTAL** | **45.75** |

Punter Southall LLC
Time Detail
November 1, 2010 through January 31, 2011

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 11/1/2010 | Document Review | 2.0 | 1 | CP |
| 11/1/2010 | Document Drafting | 6.5 | 1 | LP |
| 11/2/2010 | Document Drafting | 1.5 | 1 | CP |
| 11/2/2010 | Document Drafting | 4.3 | 1 | LP |
| 11/3/2010 | Document Drafting | 1.0 | 1 | CP |
| 11/3/2010 | Document Review | 4.5 | 1 | RJ |
| 11/4/2010 | Document Review | 1.3 | 1 | RJ |
| 11/4/2010 | Internal Discussions | 0.5 | 1 | JS |
| 11/4/2010 | Internal Discussions | 0.5 | 1 | RJ |
| 11/4/2010 | Internal Discussions | 0.5 | 1 | CP |
| 11/4/2010 | Document Drafting | 0.5 | 1 | JS |
| 11/4/2010 | Document Drafting | 0.5 | 1 | LP |
| 11/8/2010 | Internal Discussions / Emails | 0.5 | 1 | JS |
| 11/9/2010 | Internal Discussions / Emails | 0.8 | 1 | JS |
| 11/9/2010 | Internal Discussions / Emails | 0.5 | 1 | CP |
| 11/9/2010 | Internal Discussions / Emails | 0.5 | 1 | RJ |
| 11/9/2010 | Document Drafting | 3.0 | 1 | CP |
| 11/9/2010 | Document Drafting | 0.8 | 1 | MH |
| 11/10/2010 | Document Drafting | 0.5 | 1 | CP |
| 11/11/2010 | Document Drafting | 0.3 | 1 | JS |
| 11/11/2010 | Conference Calls/Emails | 0.3 | 1 | JS |
| 11/15/2010 | Document Drafting | 0.5 | 1 | CP |
| 12/9/2010 | Document Drafting | 1.0 | 1 | MH |
| 12/10/2010 | Document Review | 0.5 | 1 | LP |
| 12/10/2010 | Internal Discussions | 1.0 | 1 | JS |
| 12/13/2010 | Conference Calls/Emails | 0.5 | 1 | CP |
| 12/13/2010 | Document Drafting | 0.5 | 1 | MH |
| 12/13/2010 | Internal Discussions | 2.8 | 1 | RJ |
| 12/15/2010 | Conference Calls/Emails | 0.8 | 1 | RJ |
| 12/15/2010 | Conference Calls/Emails | 0.8 | 1 | CP |
| 1/20/2011 | Document Review | 0.5 | 1 | JS |
| 1/24/2011 | Document Review | 1.5 | 1 | JS |
| 1/28/2011 | Conference Calls/Emails | 0.5 | 1 | JS |
| 1/28/2011 | Internal Discussions | 0.5 | 1 | RJ |

| | Total Activity 1 | 41.8 | | |
|---|---|---|---|---|

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 11/22/2010 | Preparation of Aug-Oct & Sixth Quarter filings | 2.5 | 2 | RDM |
| 11/23/2010 | Preparation of Aug-Oct & Sixth Quarter filings | 1.5 | 2 | RDM |
| | Total Activity 2 | 4.0 | | |
| | Total Activity 1 & 2 | 45.75 | | |