IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                Debtors.           :   Jointly Administered
                                                               :
---------------------------------------------------------------X   **Hearing date: March 23, 2011
                                                                   at 9:30 a.m. (E.T.)**


**EIGHTH QUARTERLY FEE APPLICATION REQUEST OF CROWELL & MORING
LLP, SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2010 THROUGH JANUARY 31, 2011**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Crowell & Moring LLP hereby submits its Eighth Quarterly Fee Application Request (the "Request") for the period November 1, 2010 through and including January 31, 2011[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 4998, 5002, and 5004 contain the detailed listing of Crowell & Moring LLP's requested fees and expenses for the Application Period.

Crowell & Moring LLP seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Pending Allowance (80%) | Amount of Expenses Pending Allowance (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/25/2010 D.I. 4998 | 11/1/10 – 11/30/10 | $7,479.50 | $22.24 | | $5,983.60 | $22.24 | $1,495.90 |
| 2/25/2010 D.I. 5002 | 12/1/10 – 12/31/10 | $17,095.50 | $46.22 | | $13,676.40 | $46.22 | $3,419.10 |
| 2/25/2010 D.I. 5004 | 01/1/11 – 01/31/11 | $10,784.50 | $0.00 | | $8,627.60 | $0.00 | $2,156.90 |
| **TOTAL** | | **$35,359.50** | **$68.46** | | **$28,287.60** | **$68.46** | **$7,071.90** |

In accordance with the Monthly Compensation Order, Crowell & Moring LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Crowell & Moring LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Crowell & Moring LLP such other and further relief as is just and proper.

Dated: February 25, 2011  
Washington, D.C.

CROWELL & MORING LLP

/s/ Matthew W. Cheney  
James J. Regan (D.C. Bar No. 967398)  
Matthew W. Cheney (MD Fed. Bar No. 25299)  
Crowell & Moring LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Telephone: (202) 508-8749  
Facsimile: (202) 628-5116

*Special Counsel for the Debtors and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James Regan | Partner | 0.7 | $825.00 | $577.50 |
| Scott Winkelman | Partner | 0.7 | $760.00 | $532.00 |
| David Schnorrenberg | Partner | 0.6 | $740.00 | $444.00 |
| Mark Supko | Partner | 2.3 | $735.00 | $1,690.50 |
| Mark Supko | Partner | 0.5 | $720.00 | $360.00 |
| Kris Meade | Partner | 1.3 | $540.00 | $702.00 |
| Kris Meade | Partner | 0.3 | $515.00 | $154.50 |
| Stephen Palan | Partner | 5.8 | $630.00 | $3,654.00 |
| Lynn Parseghian | Counsel | 7.3 | $580.00 | $4,234.00 |
| Bruce Zabarauskas | Counsel | 5.9 | $620.00 | $3,658.00 |
| Bruce Zabarauskas | Counsel | 10.5 | $590.00 | $6,195.00 |
| Matthew Cheney | Counsel | 2.4 | $595.00 | $1,428.00 |
| Matthew Cheney | Counsel | 13.5 | $565.00 | $7,627.50 |
| Joseph Meadows | Counsel | 0.6 | $590.00 | $354.00 |
| Joseph Meadows | Counsel | 1.1 | $560.00 | $616.00 |
| Rebecca Springer | Counsel | 2.8 | $455.00 | $1,274.00 |
| Noah Bloomberg | Associate | 0.1 | $455.00 | $45.50 |
| Kathleen Duffy | Specialist | 7.4 | $245.00 | $1,813.00 |
| **GRAND TOTAL** | | **63.8** | | **$35,359.50** |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Labor Counseling[3] | 0.3 | $154.50 |
| Wanland | 8.0 | $4,766.00 |
| Linex | 5.2 | $3,367.50 |
| IT OFCCP Audit | 4.1 | $1,976.00 |
| Fee Employment Application | 18.5 | $8,120.50 |
| Project Alpha | 24.3 | $14,638.00 |
| Indemnification Claim by Cox Communications | 1.5 | $1,018.50 |
| Indemnification Claim by PG&E re Phoenix | 1.9 | $1,333.50 |
| **GRAND TOTAL** | **63.8** | **$35,359.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Time and costs for September 2010 for this matter was inadvertently omitted from prior fee applications and is included herein.

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $0.24 |
| Duplicating | Inhouse Duplicating | $22.00 |
| Express Delivery | Local Courier | $9.22 |
| Miscellaneous | CourtCall | $37.00 |
| **GRAND TOTAL** | | **$68.46** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]