IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Related to D.I. 4786 and D.I. 4921 |

------------------------------------------------------------X

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD WITH RESPECT TO THE APPEAL FROM THE ORDER DENYING THE MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

Nortel Networks Inc. ("NNI"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby submits the following Designation of Additional Items to be included in the Record on Appeal (the "Designation of Additional Items") in connection with the Notice of Appeal [D.I. 4786] from the *Order Denying The Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration* [D.I. 4737] (the "Order"), filed by GENBAND US LLC (Formerly Genband Inc.) on February 1, 2011.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL

NNI hereby designates the following additional items to be included in the Record on Appeal:

| Date | Docket No. | Item |
|---|---|---|
| 12/1/10 | 4448 | Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record Filed In The Canadian Proceedings To Enforce Sale Agreement With GENBAND Inc. |
| 12/2/10 | 4460 | Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Supplemental Motion Record Filed In The Canadian Proceedings To Enforce Sale Agreement With GENBAND Inc. |
| 12/10/10 | 4565 | Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of (i) Second Supplemental Motion Record, (ii) Book Of Authorities, And (iii) Factum Of The Applicants Filed In The Canadian Proceedings In Support Of Enforcement Of Sale Agreement With GENBAND Inc. |
| 12/14/10 | 4599 | Notice Of GENBAND US LLC Pursuant To Section 12(d) Of The Cross-Border Insolvency Protocol Enclosing Courtesy Copies Of Documents Filed With The Ontario Superior Court Of Justice Related To The Motion Of GENBAND Inc. For Entry Of An Order Pursuant To 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration |
| 1/21/11 | N/A | Endorsement of Justice Morawetz dated January 21, 2011 |

*[Remainder of Page Intentionally Left Blank]*

## **RESERVATION OF RIGHTS**

NNI reserves the right: (i) to supplement, amend, or modify the Designation of Additional Items as appropriate; (ii) to file briefs with respect to the appeal of the Order and the related Memorandum Opinion, entered by the Bankruptcy Court on January 21, 2011 [D.I. 4736]; (iii) to move to strike items designated by any party with respect to this matter that may be inappropriate; and (iv) to defend the propriety of items set forth in the Designation of Additional Items.

Dated: February 25, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*