## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Designation of Additional Items to be Included in the Record with Respect to the Appeal from the Order Denying the Motion of Genband Inc. for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay to Compel Arbitration** was caused to be made on February 25, 2011, in the manner indicated upon the entities identified on the attached service list:

Date: February 25, 2011

Ann C. Cordo (# 4817)

4110721.1

## Service List

### Via Hand Delivery

Michael R. Lastowski
Sommer L. Ross
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

Laura Davis Jones
Kathleen Makowski
Pachulski Stang
919 N. Market St.
17th Fl.
Wilmington, DE 19899

### Via First Class Mail

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834

Fred S. Hodara, Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Thomas Kreller
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005

4110721.1