# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF FIFTY-NINTH REPORT OF THE MONITOR OF THE CANADIAN NORTEL COMPANIES IN THE CANADIAN PROCEEDINGS

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that on February 28, 2011, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Fifty-Ninth Report of the Monitor (the "**Fifty-Ninth Report**"), dated February 18, 2011. A copy of the Fifty-Ninth Report is annexed hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Fifty-Ninth Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: February 28, 2011
      Wilmington, Delaware

                                    **BUCHANAN INGERSOLL & ROONEY**

                                    By: /s/ *Mary Caloway*
                                    Mary F. Caloway (No. 3059)
                                    Mona A. Parikh (No. 4901)
                                    1105 N. Market Street
                                    Suite 1900
                                    Wilmington, Delaware 19801
                                    Telephone (302) 552-4200
                                    Facsimile (302) 552-4295
                                    Email: mary.caloway@bipc.com
                                                      mona.parikh@bipc.com

                                                   -and-

                                    Ken Coleman
                                    Lisa Kraidin
                                    **ALLEN & OVERY LLP**
                                    1221 Avenue of the Americas
                                    New York, New York 10020
                                    Telephone (212) 610-6300
                                    Facsimile (212) 610-6399
                                    Email: ken.coleman@allenovery.com
                                                      lisa.kraidin@allenovery.com

                                    *Attorneys for Ernst & Young Inc., as Monitor*
                                    *and Foreign Representative of the Canadian*
                                    *Nortel Group*