IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing Date: March 23, 2011 at 9:30 a.m. (ET) |

---------------------------------------------------------------X

**FIRST QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD OCTOBER 28, 2010 THROUGH JANUARY 31, 2011**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Torys LLP ("Torys") hereby submits its First Quarterly Fee Application Request (the "Request") for the period October 28, 2010 through and including January 31, 2011[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly application for the period October 28, 2010 through and including January 31, 2011 [D.I. 4999] contain detailed listing of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee application that was filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/25/11 [D.I. 4999] | 10/28/10 – 1/31/11 | $490,185.50 | $9,583.79 | Pending | $392,148.40 | $9,583.79 | $98,037.10 |
| TOTAL | | $490,185.50 | $9,583.79 | | $392,148.40 | $9,583.79 | $98,037.10 |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Torys such other and further relief as is just and proper.

Dated: February 28, 2011
New York, New York

TORYS LLP

_____
William R. Gray, Jr.
Alison D. Bauer
237 Park Avenue
New York, New York 10017
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

October 28, 2010 Through January 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott A. Bomhof | Partner/Bankruptcy | $759.71 | 163.0 | $123,832.50 |
| Andrew Gray | Partner/Litigation | $658.38 | 23.8 | $15,669.50 |
| Natasha De Cicco | Associate/Bankruptcy | $569.23 | 67.3 | $38,309.50 |
| Brian Cox | Articling Student | $277.42 | 111.5 | $30,932.50 |
| Wilfred M. Estey | Partner/Corporate | $955.26 | 13.3 | $12,705.00 |
| Tony DeMarinis | Partner/Bankruptcy | $926.49 | 211.5 | $197,342.50 |
| Patrick Flaherty | Partner/Litigation | $770.00 | 8.5 | $6,545.00 |
| William Gray | Partner/Bankruptcy | $828.63 | 49.2 | $40,782.50 |
| Alison D. Bauer | Partner/Bankruptcy | $675.00 | 5.5 | $3,712.50 |
| Timothy Martin | Associate/Bankruptcy | $398.68 | 19.0 | $7,575.00 |
| Dianne Ralph | Paralegal | $200.47 | 12.8 | $2,566.00 |
| Tim Robbins | Associate/Bankruptcy | $330.00 | 20.4 | $6,732.00 |
| Rebecca Wise | Articling Student | $295.00 | 11.8 | $3,481.00 |
| **Total** | | | 717.6 | $490,185.50 |
| **GRAND TOTAL:** | $490,185.50 | | | |
| **BLENDED RATE:** | $683.09 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 28, 2010 Through January 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 10.2 | $7,823.50 |
| Case Administration | 27.2 | $12,802.50 |
| Fee and Employment Applications | 35.4 | $24,437.50 |
| Analysis of Canadian Law | 263.9 | $147,000.50 |
| Intercompany Analysis | 187.7 | $152,639.00 |
| Canadian CCAA Proceedings/Matters | 190.6 | $143,077.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 2.6 | $2,405.00 |
| **TOTAL** | 717.6 | $490,185.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 28, 2010 Through January 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $112.16 |
| Meals | | $117.38 |
| Courier/Delivery Service | Donaldson | $87.66 |
| Computer Research | Westlaw | $2,784.33 |
| Duplicating/Printing | In Office | $1,975.50 |
| Telephone | | $16.03 |
| Computer Research | Quicklaw | $2,060.53 |
| Travel | | $2,283.10 |
| Library | | $18.10 |
| Word Processing | | $129.00 |
| **Grand Total Expenses** | | $9,583.79 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

11745305.2
35873-2001