IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
---------------------------------------------------------------- X

## CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER APPROVING PROCEDURES FOR SERVICE OF AMENDED AGENDAS

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *[Proposed] Order Approving Procedures For Service Of Amended Agendas* (the "Proposed Order"), attached as **Exhibit A** hereto:

1. A hearing was held on February 9, 2011 at 9:30 a.m. (Eastern Time). At the hearing, counsel for the Debtors asked the court for relief from section 9029-3 of the Local Rules Of Bankruptcy Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules").

2. Local Rule 9029-3(a)(iii) provides that service of agendas should be made on "local counsel who have entered an appearance in the case, as well as all other counsel with a direct interest in any matter on the agenda…". Given the size of the Debtors' case and the number of parties in interest, in order to save money and preserve value of the estate, and to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

avoid confusion of parties, the Debtors proposed serving amended agendas on only counsel for the Official Committee of Unsecured Creditors, the Committee of Bondholders, the United States Trustee and any parties with a direct interest in a matter that has been amended. The Court agreed that this was in the estates' interests and the Debtors agreed to submit a proposed form of order under certification of counsel.

3.  The Debtors have circulated the Proposed Order to counsel for the Official Committee of Unsecured Creditors, the Committee of Bondholders and the United States Trustee. There are no objections to the entry of the order.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: February 28, 2011  
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Alissa T. Gazze (No. 5338)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors  
and Debtors-in-Possession*