IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 23, 2011 at 9:30 a.m. (ET)**<br>) |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:            Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:           Official Committee of Unsecured Creditors

Date of Retention:             March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:     November 1, 2010 through January 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $1,717,656.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $61,022.83

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November 2010, December 2010 and January 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/30/10 Docket No. 4665 | 11/1/10 - 11/30/10 | $791,081.50 | $25,964.65 | $632,865.20 | $25,964.65 | $158,216.30 |
| Date Filed: 2/7/11 Docket No. 4863 | 12/1/10 - 12/31/10 | $475,468.75 | $26,719.94 | Pending Obj deadline 2/28/11 $380,375.00 | Pending Obj deadline 2/28/11 $26,719.94 | $95,093.75 |
| Date Filed: 2/25/11 Docket No. 5003 | 1/1/11 - 1/31/11 | $451,106.50 | $8,338.24 | Pending Obj deadline 3/17/11 $360,885.20 | Pending Obj deadline 3/17/11 $8,338.24 | $90,221.30 |
| **TOTALS:** | | **$1,717,656.75** | **$61,022.83** | **$1,374,125.40**[3] | **$61,022.83**[4] | **$343,531.35** |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2011
New York, New York

/s/ Hodara

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2