## CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on February 28, 2011, a copy of the foregoing **Eighth Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLP Co-Counsel for the Period from November 1, 2010 through January 31, 2011** was served on the parties on the attached list and in the manner indicated thereon.

_____
Drew G. Sloan (No. 5069)

RLF1 3839390v 1

## NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
## SERVICE LIST

**VIA HAND DELIVERY**

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

*(Debtors)*
Allen K. Stout
Nortel Networks Inc
220 Athens Way, Suite 300
Nashville, TN 37228-1304

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036