# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>        Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: March 23, 2011 at 9:30 a.m.<br>) |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:         Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:        Official Committee of Unsecured Creditors

Date of Retention:         March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:      November 1, 2010 through January 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:    $28,867.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $5,330.90

This is (a)n: _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s ("RLF") November, December 2010 and January 2011 monthly fee applications are incorporated herein by reference.

RLF1 3839721v.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/23/10 Docket No. 4645 | 11/1/10 - 11/30/10 | $10,174.50 | $1,285.36 | $8,139.60 | $1,285.36 | $2,034.90 |
| Date Filed: 1/28/11 Docket No. 4774 | 12/1/10 - 12/31/10 | $9,435.00 | $2,467.63 | $7,548.00 | $2,467.63 | $1,887.00 |
| Date Filed: 2/25/11 Docket No. 4993 | 1/1/11 - 1/31/11 | $9,257.50 | $1,577.91 | Pending Obj. deadline 3/17/11 $7,406.00 | Pending Obj. deadline 3/17/11 $1,577.91 | $1,851.50 |
| **TOTALS:** | | $28,867.00 | $5,330.90 | $23,093.60[3] | $5,330.90[4] | $5,773.40 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2011
Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2

RLF1 3839721v 1