## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 1/1/11 through 1/31/11**

| Professional | Position | Billing Rate 2010 | Billing Rate Effective 1/1/11 | Hours | Fees |
|---|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | $760 | 77.30 | $58,748.00 |
| J. Borow | Executive Director | $760 | $760 | 140.70 | $106,932.00 |
| J. Hyland | Executive Director | $575 | $595 | 227.90 | $135,600.50 |
| A. Cowie | Managing Director | $540 | $545 | 180.40 | $98,318.00 |
| D. Rothberg | Director | $395 | $415 | 64.90 | $26,933.50 |
| L. Ahearn | Director | $360 | $375 | 16.10 | $6,037.50 |
| J. Peterson | Consultant | $335 | $365 | 188.60 | $68,839.00 |
| M. Lasinski | Consultant | $310 | $310 | 65.90 | $20,429.00 |
| T. Morilla | Consultant | $305 | $310 | 228.30 | $70,773.00 |
| H. Becker | Paraprofessional | $120 | $120 | 4.80 | $576.00 |
| **For the Period 1/1/2011 through 1/31/2011** | | | | **1,194.90** | **$593,186.50** |