**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 1/1/11 through 1/31/11**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01 | Asset Acquisition/Disposition | 142.60 | $77,435.50 |
| 05 | Professional Retention/Fee Application Preparation | 10.20 | $2,535.00 |
| 07 | Interaction/Meetings w/Debtors/Counsel | 10.40 | $7,359.50 |
| 08 | Interaction/Meetings w/Creditors | 85.30 | $58,570.50 |
| 09 | Employee Issues/KEIP | 37.10 | $16,531.50 |
| 10 | Recovery/SubCon/Lien | 380.70 | $182,246.00 |
| 11 | Claim Analysis/Accounting | 87.00 | $39,685.50 |
| 13 | Intercompany Transactions/Bal | 69.40 | $30,137.50 |
| 17 | Analysis of Historical Results | 23.30 | $11,272.00 |
| 18 | Operating and Other Reports | 67.20 | $33,427.50 |
| 19 | Cash Flow/Cash Mgmt Liquidity | 100.00 | $40,864.50 |
| 20 | Projections/Business | 20.00 | $9,759.00 |
| 22 | Pref/Avoidance Actions | 4.70 | $2,037.50 |
| 26 | Tax Issues | 13.90 | $7,492.00 |
| 33 | Intellectual Property | 143.10 | $73,833.00 |
| **For the Period 1/1/2011 through 1/31/2011** | | **1,194.90** | **$593,186.50** |