**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 1/1/2011 through 1/31/11**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 1/5/2011 | M. Lasinski | Airfare to NY | $1,161.40 |
| 1/18/2011 | J. Hyland | Airfare to NY | $431.40 |
| 1/21/2011 | J. Hyland | Taxi to airport during NY trip | $60.00 |
| 1/31/2011 | J. Peterson | Flight from LGA to YYZ (one-way) | $473.49 |
| 1/31/2011 | J. Peterson | Flight from YYZ to EWR (one-way) | $371.89 |
| **Subtotal - Airfare/Train** | | | **$2,498.18** |
| **Auto Rental/Taxi** | | | |
| 1/5/2011 | M. Lasinski | Cab home from airport | $68.00 |
| 1/5/2011 | M. Lasinski | Cab to airport from home for NY trip | $68.00 |
| 1/5/2011 | M. Lasinski | Taxi to airport from office during NY trip | $50.00 |
| 1/5/2011 | M. Lasinski | Cab to office during NY trip | $37.00 |
| 1/11/2011 | T. Morilla | Taxi due to working late | $21.20 |
| 1/18/2011 | J. Hyland | Taxi during NY trip | $55.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$299.20** |
| **Hotel** | | | |
| 1/21/2011 | J. Hyland | Hotel during NYC trip | $833.25 |
| **Subtotal - Hotel** | | | **$833.25** |

Capstone Advisory Group, LLC
Invoice for the 1/1/2011 - 1/31/2011 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Meals** | | | |
| 1/4/2011 | T Morilla | Meal due to working late | $22.00 |
| 1/5/2011 | T Morilla | Meal for A Cowie and T Morilla for working lunch due to short timing of deliverable | $23.31 |
| 1/5/2011 | M Lasinski | Breakfast at airport during NY trip | $7.40 |
| 1/6/2011 | T Morilla | Meal due to working late | $24.58 |
| 1/10/2011 | T Morilla | Meal due to working late | $8.50 |
| 1/18/2011 | J Hyland | Meal during NY trip | $19.33 |
| 1/18/2011 | J Hyland | Meal during NY trip | $16.38 |
| 1/18/2011 | J Hyland | Meal during NY trip | $5.11 |
| 1/19/2011 | J Hyland | Meal during NY trip | $21.58 |
| 1/19/2011 | J Peterson | Dinner - worked late | $14.39 |
| 1/20/2011 | J Hyland | Meal during NY trip | $3.67 |
| 1/22/2011 | T Morilla | Meal due to working on the weekend | $14.10 |
| 1/22/2011 | T Morilla | Meal due to working on the weekend | $2.99 |
| 1/25/2011 | T Morilla | Meal due to working late | $10.25 |
| 1/26/2011 | T Morilla | Meal due to working late | $25.00 |
| 1/31/2011 | T Morilla | Meal due to working late | $10.62 |
| **Subtotal - Meals** | | | **$229.21** |
| **Mileage** | | | |
| 1/18/2011 | J Hyland | Local mileage for NY trip | $21.42 |
| 1/21/2011 | J Hyland | Local mileage for NY trip | $21.42 |
| **Subtotal - Mileage** | | | **$42.84** |

**Capstone Advisory Group, LLC**
**Invoice for the 1/1/2011 - 1/31/2011 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Postage/FedEx** | | | |
| 1/4/2011 | Capstone Expense | Postage for Nortel. | $19.05 |
| **Subtotal - Postage/FedEx** | | | **$19.05** |
| **Parking/Tolls** | | | |
| 1/18/2011 | J. Hyland | Local tolls during NY trip. | $1.60 |
| 1/21/2011 | J. Hyland | Local tolls during NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$3.20** |
| **Telecom** | | | |
| 1/5/2011 | M. Lasinski | In flight internet for NY trip to work on IP analysis | $4.95 |
| 1/6/2011 | D. Rothberg | Telecom expenses on Nortel for November | $35.00 |
| 1/11/2011 | Capstone Expense | Capstone telephone expense for Nortel. | $1,632.18 |
| 1/28/2011 | J. Hyland | Long distance telecom to Canada | $7.67 |
| **Subtotal - Telecom** | | | **$1,679.80** |
| **For the Period 1/1/2011 through 1/31/2011** | | | **$5,604.73** |