**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
   Debtors. : Jointly Administered
: 
: **Hearing Date: March 23, 2011 at 9:30 am**
: 
------------------------------------------------------------X

**EIGHTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2010 THROUGH JANUARY 31, 2011**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Eighth Quarterly Fee Application Request (the "Request") for the period November 1, 2010 through and including January 31, 2011 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November [D.I. 4720], December [D.I. 4922] and January [D.I. 5012] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 1/14/2011 [D.I. 4720] | 11/1/10 – 11/30/10 | $5,105,656.50 | $271,866.71 | 2/8/2011 [D.I. 4883] | $4,084,525.20 | $271,866.71 | $1,021,131.30 |
| 2/10/2011 [D.I. 4922] | 12/1/10 – 12/31/10 | 3,399,682.50 | 130,866.79 | Pending | 2,719,746.00 | 130,866.79 | 679,936.50 |
| 2/24/2011 [D.I. 5012] | 1/1/11 – 1/31/11 | 4,280,308.00 | 59,060.14 | Pending | 3,424,246.40 | 59,060.14 | 856,061.60 |
| TOTAL | | $12,785,647.00 | $461,793.64 | | $10,228,517.60 | $461,793.64 | $2,557,129.40 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 28, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 through January 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| EMILY A. BUSSIGEL | Associate | $450 / 470 | 580.80 | $ 265,566.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 995 / 1,040 | 515.30 | 521,057.50 |
| ROBERT J. RYAN | Associate | 375 / 395 | 512.80 | 195,210.00 |
| JAMIE R. GALVIN | Associate | 375 / 395 | 489.70 | 186,993.50 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 905 / 990 | 487.80 | 453,384.50 |
| JESSICA KALLSTROM-SCHRECKENG | Associate | 375 / 395 | 468.00 | 178,192.00 |
| JOAN KIM | Paralegal | 215 / 220 | 459.90 | 99,510.00 |
| TAMARA J. BRITT | Associate | 450 / 470 | 457.20 | 209,212.00 |
| ROBIN BAIK | Associate | 570 / 595 | 441.20 | 254,619.00 |
| DANIEL ILAN | Counsel - Intellectual Property | 675 / 750 | 428.80 | 300,735.00 |
| SALVATORE F. BIANCA | Associate | 630 / 680 | 427.90 | 276,247.00 |
| NEIL FORREST | Senior Attorney - Litigation | 770 / 805 | 412.40 | 322,395.50 |
| IAN QUA | Paralegal | 240 / 245 | 408.90 | 98,775.00 |
| MEGHAN M. SERCOMBE | Associate | 605 / 630 | 405.50 | 249,445.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 570 / 595 | 404.00 | 232,567.50 |
| RUSSELL D. ECKENROD | Associate | 570 / 595 | 401.40 | 232,443.00 |
| DAVID H. HERRINGTON | Counsel - Litigation | 835 / 870 | 369.70 | 313,008.00 |
| KATHERINE L. WILSON-MILNE | Associate | 275 / 450 / 470 | 344.00 | 144,540.50 |
| JAMES CROFT | Associate | 570 / 595 | 336.20 | 195,274.00 |
| ANTONIA CAREW-WATTS | Associate | 450 / 470 | 318.60 | 146,366.00 |
| LAUREN L. PEACOCK | Associate | 630 / 660 | 307.40 | 194,925.00 |
| JODI ERICKSON | Associate | 325 / 340 | 306.60 | 100,650.00 |
| JANE KIM | Associate | 630 / 680 | 296.80 | 192,014.00 |
| MATTHEW J. VANEK | Associate | 570 / 595 | 292.80 | 169,856.00 |
| SARA L. GOTTLIEB | Associate | 515 / 540 | 288.00 | 150,245.00 |

---

[3]     Arranged in descending order according to Total Billed Hours.

[4]     Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JESSE D.H. SHERRETT | Associate | 375 / 395 | 286.90 | 110,007.50 |
| KIMBERLY MOSSEL | Associate | 325 / 340 | 281.00 | 92,930.00 |
| JENNIFER E. PHILBRICK | Associate | 375 / 395 | 276.80 | 104,726.00 |
| PATRICK MARETTE | Associate | 630 / 680 | 274.60 | 174,798.00 |
| KAMAL SIDHU | Associate | 375 / 395 | 272.00 | 103,506.00 |
| BRENDAN H. GIBBON | Associate | 630 / 660 | 265.80 | 171,729.00 |
| DEBORAH M. BUELL | Partner - Litigation | 995 / 1,040 | 261.20 | 264,272.50 |
| DAVID LIVSHIZ | Associate | 630 / 660 | 257.80 | 165,987.00 |
| KARA HAILEY | Senior Attorney – Corporate, Bankruptcy | 695 / 750 | 257.10 | 185,367.00 |
| NORA ABULARACH | Associate | 630 / 660 | 238.60 | 152,733.00 |
| ANTHONY R. CERCEO | Associate | 450 / 470 | 237.80 | 108,662.00 |
| TEMPORARY PARALEGAL | Temporary Paralegal | 240 / 245 | 237.00 | 57,081.50 |
| JOHNATHAN A. JENKINS | Associate | 515 / 540 | 236.80 | 124,449.50 |
| ANTHONY RANDAZZO | Associate | 515 / 540 | 234.60 | 122,704.00 |
| DANIEL J. NORTHROP | Associate | 375 / 395 | 226.80 | 86,056.00 |
| CRAIG B. BROD | Partner - Corporate | 995 / 1,040 | 222.70 | 225,204.50 |
| KATHERINE ROBERTS | Associate | 630 / 680 | 221.50 | 144,210.00 |
| JEREMY LACKS | Associate | 515 / 540 | 221.00 | 115,692.50 |
| LOUIS LIPNER | Associate | 515 / 540 | 219.80 | 114,577.00 |
| LUKE BAREFOOT | Associate | 630 / 670 | 211.00 | 134,338.00 |
| ALEXANDER J. TALSMA | Associate | 450 / 470 | 206.10 | 93,553.00 |
| LORIN R. VAN NULAND | Associate | 375 / 395 | 203.10 | 77,916.50 |
| MARTIN N. KOSTOV | Associate | 375 / 395 | 200.50 | 76,683.50 |
| JOSEPH LANZKRON | Associate | 450 / 470 | 191.60 | 87,412.00 |
| DENNIS BODDEN | Temporary Attorney | 180 | 185.60 | 33,408.00 |
| KEVIN CUNNINGHAM | Associate | 570 / 595 | 184.95 | 108,089.00 |
| JASON RYLANDER | Temporary Attorney | 180 | 184.50 | 33,210.00 |
| DANIEL CLARKIN | Temporary Attorney | 180 | 181.60 | 32,688.00 |
| STEPHEN ROSE | Temporary Attorney | 180 | 181.00 | 32,580.00 |
| HEE SON HONG | Temporary Attorney | 180 | 180.30 | 32,454.00 |
| NIKKISHA SCOTT | Temporary Attorney | 180 | 178.40 | 32,112.00 |
| JENNIFER M. PALMER | Associate | 605 / 630 | 175.00 | 107,125.00 |
| HEENA SHAIKH | Temporary Attorney | 180 | 174.60 | 31,428.00 |
| HOWARD S. ZELBO | Partner - Litigation | 995 / 1,040 | 171.50 | 171,164.50 |
| STEVEN NAROW | Temporary Attorney | 180 | 171.20 | 30,816.00 |
| GREGG TIVEN | Temporary Attorney | 180 | 166.80 | 30,024.00 |
| VICTORIA S. BELYAVSKY | Associate | 375 / 395 | 165.10 | 62,946.50 |
| ERIN MURTY | Temporary Attorney | 180 | 164.50 | 29,610.00 |
| JUSTIN CAVANAGH | Temporary Attorney | 180 | 161.80 | 29,124.00 |
| THEODORE GEIGER | Associate | 605 / 630 | 158.20 | 96,151.00 |
| KATHLEEN M. O'NEILL | Associate | 605 / 630 | 156.80 | 95,616.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ANDREW J. UNGBERG | Associate | 375 / 395 | 155.20 | 60,590.00 |
| MARY ASHBY BROWN | Temporary Attorney | 180 | 154.70 | 27,846.00 |
| MEE-JUNG JANG | Associate | 450 / 470 | 149.90 | 69,439.00 |
| INNA ROZENBERG | Senior Attorney - Litigation | 695 / 750 | 147.60 | 103,797.50 |
| ANNA KRUTONOGAYA | Associate | 450 / 470 | 145.30 | 66,045.00 |
| KIMBERLY SPIERING | Associate | 630 | 144.70 | 91,377.00 |
| NATALIE JAMES | Temporary Attorney | 180 | 144.50 | 26,010.00 |
| JUSTIN SEERY | Associate | 515 / 540 | 140.70 | 74,340.50 |
| PHILBERT ANSON LAU | Associate | 375 / 395 | 137.70 | 52,205.50 |
| SHANNON DELAHAYE | Associate | 515 / 540 | 131.10 | 69,299.00 |
| ALEXANDER WU | Associate | 375 / 395 | 126.80 | 48,016.00 |
| WILLIAM L. MCRAE | Partner - Tax | 950 / 990 | 120.40 | 116,400.00 |
| JULIA ROZENBLIT | Associate | 375 / 395 | 117.70 | 45,347.50 |
| BRYAN G. FAUBUS | Associate | 375 / 395 | 115.70 | 44,043.50 |
| CRAIG M. FISCHER | Associate | 375 / 395 | 114.50 | 43,427.50 |
| ALEXANDRA DEEGE | Associate | 610 / 630 | 109.20 | 68,160.00 |
| LEAH M. LAPORTE | Associate | 515 / 540 | 103.10 | 54,114.00 |
| PAUL D. MARQUARDT | Partner - M&A, Corporate, Regulatory | 950 / 1,010 | 102.20 | 99,760.00 |
| DAISY DE LEMOS | Temporary Attorney | 180 | 101.00 | 18,180.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 995 / 1,040 | 100.40 | 103,241.50 |
| MEGAN GRANDINETTI | Associate | 470 / 515 | 100.30 | 51,308.00 |
| JEFFREY PENN | Associate | 570 / 595 | 99.80 | 57,261.00 |
| COREY M. GOODMAN | Associate | 570 / 595 | 96.50 | 56,495.00 |
| LAURA PADGETT | Paralegal | 240 / 245 | 94.50 | 22,930.50 |
| MATTHEW HOWARD | Associate | 630 / 670 | 91.60 | 57,788.00 |
| JULIET A. DRAKE | Associate | 630 / 680 | 89.50 | 58,265.00 |
| ROBERT N. HAYES | Associate | 375 | 86.50 | 32,437.50 |
| JASON ZHOU | Associate | 515 / 540 | 84.20 | 45,190.50 |
| BORIS KHENTOV | Associate | 450 / 470 | 72.80 | 33,254.00 |
| EUGENE S. KIM | Associate | 450 / 470 | 72.80 | 32,848.00 |
| LAURA BAGARELLA | Associate | 450 / 470 | 71.70 | 33,243.00 |
| PETER O'KEEFE | Paralegal | 240 / 245 | 69.90 | 16,930.50 |
| BEVIN A. BUTLER | Associate | 450 / 470 | 69.20 | 31,266.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225 | 66.00 | 14,850.00 |
| NATALYA SHNITSER | Associate | 450 / 470 | 65.30 | 29,523.00 |
| NICOLE CUSACK | Temporary Attorney | 180 | 64.30 | 11,574.00 |
| OLIVIER DE MOOR | Associate | 570 / 595 | 59.00 | 33,702.50 |
| JOHN P. MCGILL JR. | Senior Attorney - M&A Corporate | 770 / 805 | 58.60 | 46,158.00 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 58.10 | 8,134.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 56.30 | 7,882.00 |
| NESLIHAN GAUCHIER | Associate | 515 / 540 | 55.90 | 29,243.50 |
| THOMAS E. WILHELM | Associate | 570 / 595 | 52.60 | 31,214.50 |
| DAVID OLIWENSTEIN | Associate | 515 | 52.10 | 26,831.50 |
| LUKE STREATFEILD | Associate | 695 | 50.70 | 35,236.50 |
| ELIZABETH MANDELL | Associate | 630 / 670 | 49.50 | 31,885.00 |
| JERILIN BUZZETTA | Associate | 450 | 49.00 | 22,050.00 |
| KERRIN T. KLEIN | Associate | 450 / 470 | 48.20 | 21,770.00 |
| KATHERINE F. SCHULTE | Associate | 570 | 46.00 | 26,220.00 |
| EBUNOLUWA TAIWO | Associate | 470 / 515 | 45.90 | 23,476.50 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 835 / 870 | 45.60 | 38,440.00 |
| KEITH CARPENTER | Assistant Managing Clerk | 215 / 220 | 45.20 | 9,795.50 |
| JAY LEE | Associate | 595 | 42.90 | 25,525.50 |
| AARON J. MEYERS | Associate | 515 / 540 | 41.10 | 21,216.50 |
| JONATHAN KELLY | Partner - Litigation | 995 | 41.10 | 40,894.50 |
| LAURA GHIRARDI | Temporary Attorney | 180 | 39.30 | 7,074.00 |
| SHIRLEY LO | Associate | 450 / 470 | 38.60 | 17,510.00 |
| JAMES R. MODRALL | Partner - M&A, Corporate | 995 / 1,040 | 36.80 | 37,385.50 |
| MARIO MENDOLARO | Associate | 605 / 630 | 35.90 | 22,317.00 |
| MICHAEL KAGAN | Associate | 515 / 540 | 35.30 | 18,512.00 |
| DANIEL P. RILEY | Associate | 515 / 540 | 33.50 | 17,562.50 |
| KATHERINE CURRIE | Associate | 450 | 32.80 | 14,760.00 |
| NATHAN PIPER | Associate | 450 / 470 | 32.40 | 14,646.00 |
| REBECCA D. WEINSTEIN | Associate | 450 / 470 | 32.40 | 14,648.00 |
| HELEN A. SKINNER | Associate | 515 / 540 | 31.90 | 16,938.50 |
| ALEXANDRA CAMBOURIS | Associate | 515 / 540 | 29.40 | 15,453.50 |
| DAVID BYOWITZ | Paralegal | 240 | 29.10 | 6,984.00 |
| ROBERT LARONDE | Practice Support Specialist | 265 | 28.50 | 7,552.50 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 970 | 28.40 | 27,548.00 |
| ZACHARY KOLKIN | Associate | 515 / 540 | 27.50 | 14,390.00 |
| JOSEPH ROBERTSON | Associate | 450 / 470 | 27.00 | 12,330.00 |
| ANDREW G. COOMBS | Associate | 450 / 470 | 26.90 | 12,315.00 |
| TIAN GAO | Associate | 395 | 26.80 | 10,586.00 |
| JUSTIN BROWN | Assistant Managing Clerk | 140 | 26.20 | 3,668.00 |
| W. RICHARD BIDSTRUP | Counsel - M&A, Corporate | 835 / 870 | 24.60 | 20,730.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 24.50 | 3,430.00 |
| SANDRA FLOW | Partner - Corporate | 950 / 1,010 | 23.50 | 22,643.00 |
| LEIDY VALENCIA | Paralegal | 240 / 245 | 23.20 | 5,618.00 |
| JESSICA BRENNER | Paralegal | 220 | 21.10 | 4,642.00 |
| NATALI SEGOVIA | Paralegal | 240 | 20.60 | 4,944.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JOHN BYAM | Partner - M&A, Corporate | 995 | 19.80 | 19,701.00 |
| TINE VAN DEN HAUTE | Associate | 430 / 440 | 19.40 | 8,417.00 |
| GREGORY COATES | Assistant Managing Clerk | 140 | 19.00 | 2,660.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 970 | 18.90 | 18,333.00 |
| ALETHEA GROSS | Paralegal | 240 | 18.80 | 4,512.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 18.60 | 2,604.00 |
| JESSICA KERR | Practice Support Specialist | 225 | 17.80 | 4,005.00 |
| WILLIAM FITZGERALD | Paralegal | 240 / 245 | 17.50 | 4,275.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 995 / 1,040 | 16.60 | 16,670.00 |
| ERBER HERNANDEZ | Paralegal | 240 | 16.50 | 3,960.00 |
| NICOLE LITVACK | Paralegal | 215 | 16.50 | 3,547.50 |
| MICHELLE BARRAS | Paralegal | 215 | 16.40 | 3,526.00 |
| CHRISTOPHER S. CONDLIN | Associate | 450 | 16.30 | 7,335.00 |
| MORGAN SCHOFER | Paralegal | 215 / 220 | 15.90 | 3,430.00 |
| HENRY WAN | Practice Support Specialist | 225 | 15.90 | 3,577.50 |
| VICTORIA MARRE | Paralegal | 240 | 15.80 | 3,792.00 |
| GEORGINA FLEMING | Paralegal | 240 | 15.30 | 3,672.00 |
| REBECCA REEB | Associate | 450 / 470 | 15.10 | 6,883.00 |
| ELIZABETH RENDA | Assistant Managing Clerk | 140 | 14.90 | 2,086.00 |
| CASEY DAVISON | Associate | 450 / 515 | 14.80 | 7,264.50 |
| MAN LI | Associate | 580 / 605 | 14.10 | 8,343.00 |
| BENAZIR TEELUCK | Paralegal | 240 | 14.00 | 3,360.00 |
| JOHN OLSON | Associate | 620 | 13.70 | 8,494.00 |
| JASON FACTOR | Partner - Tax | 950 / 990 | 13.50 | 12,965.00 |
| KAITLIN BRUNO | Paralegal | 215 | 13.50 | 2,902.50 |
| JOSHUA PANAS | Associate | 630 | 13.40 | 8,442.00 |
| PAUL BOZZELLO | Associate | 450 | 13.30 | 6,039.00 |
| JONATHAN REINSTEIN | Paralegal | 240 / 245 | 13.00 | 3,137.50 |
| THOMAS HARE | Trainee Solicitor | 325 | 12.50 | 4,062.50 |
| JOHN W. KONSTANT | Associate | 630 | 12.50 | 7,875.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 805 | 12.30 | 9,901.50 |
| BRENDA BARRETO | Temporary Attorney | 180 | 12.00 | 2,160.00 |
| KELLY JAUREGUI | Paralegal | 240 | 12.00 | 2,880.00 |
| MIJI KIM | Associate | 470 | 11.90 | 5,593.00 |
| RICHARD ALVAREZ | Technology Analyst | 140 | 11.70 | 1,638.00 |
| MACEY LEVINGTON | Associate | 450 | 11.20 | 5,040.00 |
| SOO-YEUN LIM | Associate | 515 / 540 | 11.00 | 5,817.50 |
| KELLY ADAMS | Paralegal | 240 / 245 | 11.00 | 2,655.00 |
| SHANAZ MUZTAZA | Paralegal | 265 | 10.50 | 2,782.50 |
| EMILY MARSHALL | Trainee Solicitor | 345 | 9.50 | 3,277.50 |
| ARTHUR KOHN | Partner - Employee Benefits | 995 | 9.50 | 9,452.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 9.50 | 1,330.00 |
| ANDREA G. PODOLSKY | Partner - Corporate | 995 | 9.30 | 9,397.50 |
| TIM PHILLIPS | Associate | 450 | 8.00 | 3,600.00 |
| LINDA RIVERA | Graphic Designer | 140 | 7.70 | 1,078.00 |
| AMARILYS BERNACET | Paralegal | 240 | 6.80 | 1,632.00 |
| COLIN GIRGENTI | Paralegal | 310 | 6.50 | 2,015.00 |
| EMILY LIU | Associate | 515 | 6.30 | 3,244.50 |
| YOUNG KIM | Law Clerk | 320 | 5.80 | 1,856.00 |
| ALEKSANDR ABELEV | Senior Practice Support Specialist | 265 | 5.50 | 1,457.50 |
| NATHALIE SCHWARTZ | Associate | 550 | 5.00 | 2,750.00 |
| JENNIFER MOCKLER | Paralegal | 240 | 4.90 | 1,176.00 |
| JENNIFER J. KIM | Associate | 325 | 4.60 | 1,495.00 |
| JEFFREY J. HUGHES | Paralegal | 240 | 4.40 | 1,056.00 |
| DANIEL PILARSKI | Associate | 630 | 4.30 | 2,709.00 |
| LYNN ZOUBOK | Reference Librarian | 265 | 4.30 | 1,139.50 |
| LIAM MURPHY | Associate | 460 | 4.20 | 1,932.00 |
| JON ZIMMERMANN | Trainee Solicitor | 335 | 4.00 | 1,340.00 |
| CARSTEN FIEGE | Associate | 630 | 4.00 | 2,520.00 |
| JONAH ABRAMOWITZ | Law Clerk | 320 | 3.80 | 1,216.00 |
| ERIC LAUT | Associate | 640 | 3.60 | 2,304.00 |
| MARK W. NELSON | Partner - Antitrust | 1,020 | 3.30 | 3,366.00 |
| RICARDO GUZMAN | Temporary Attorney | 180 | 3.30 | 594.00 |
| EVAN J. LEITCH | Associate | 470 | 3.30 | 1,551.00 |
| FEI XIE | Associate | 640 | 3.20 | 2,048.00 |
| VINI LASHAY | Practice Support Specialist | 265 | 3.20 | 848.00 |
| SIMINA SUCIU | Stagiaire | 270 | 3.00 | 810.00 |
| CHARLES-ANTOINE WAUTERS | Associate | 605 | 3.00 | 1,815.00 |
| LIANA-MARIE LIEN | Paralegal | 240 | 3.00 | 720.00 |
| MARK E. MCDONALD | Law Clerk | 305 | 3.00 | 915.00 |
| DAVID LEINWAND | Partner - Corporate | 980 | 2.90 | 2,842.00 |
| TREVOR F. BERRETT | Associate | 450 | 2.90 | 1,305.00 |
| JOSHUA KALISH | Associate | 515 | 2.50 | 1,287.50 |
| CORY ESKENAZI | Practice Support Manager | 275 | 2.50 | 687.50 |
| LILIA TOSON-DYSVICK | Law Clerk | 305 | 2.40 | 732.00 |
| JAMES PEASLEE | Partner - Tax | 1,040 | 2.30 | 2,392.00 |
| JOHN R. LOATMAN | Associate | 680 | 2.20 | 1,496.00 |
| MICHAEL WEINTRAUB | Paralegal | 285 | 2.20 | 627.00 |
| ELLEN ARONOV | Assistant Managing Clerk | 140 | 2.10 | 294.00 |
| MARY THOMPSON | Paralegal | 285 | 2.00 | 570.00 |
| SERENA TAN | Associate | 485 | 2.00 | 970.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| CYNTHIA SCOTT | Managing Clerk | 210 | 2.00 | 420.00 |
| **TOTAL HOURS:** | | | 25,101.65 | |
| **GRAND TOTAL:** | | | | $12,785,647.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 through January 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 1,144.05 | $ 614,057.50 |
| Case Administration | 8,365.60 | 3,768,178.50 |
| Claims Administration and Objections | 5,762.00 | 2,961,785.00 |
| M&A Advice | 1,110.30 | 658,415.00 |
| Employee Matters | 983.20 | 558,740.00 |
| Customer Issues | 36.80 | 20,852.50 |
| Supplier Issues | 180.70 | 90,565.50 |
| Plan of Reorganization & Disclosure Statement | 254.40 | 147,069.00 |
| Tax | 551.80 | 345,358.00 |
| Intellectual Property | 2,141.90 | 1,295,058.50 |
| Regulatory | 176.20 | 102,111.50 |
| Chapter 15 | 483.70 | 242,020.50 |
| Fee and Employment Applications | 580.60 | 251,045.00 |
| Litigation | 2,585.00 | 1,295,974.00 |
| Real Estate | 745.40 | 434,416.50 |
| **TOTAL** | **25,101.65** | **$ 12,785,647.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 through January 31, 2011

| Expense Category | | Total Expenses |
|---|---|---:|
| Telephone | | $ 5,517.42 |
| Travel – Transportation | | 31,074.26 |
| Travel – Lodging | | 13,644.55 |
| Travel – Meals | | 1,133.61 |
| Mailing and Shipping Charges | | 3,222.66 |
| Scanning Charges (at $0.10/page) | | 518.30 |
| Duplicating Charges (at $0.10/page) | | 22,575.30 |
| Color Duplicating Charges (at $0.65/page) | | 3,433.95 |
| Facsimile Charges (at $1.00/page) | | 658.00 |
| Legal Research | Lexis | 57,048.70 |
| | Westlaw | 70,667.73 |
| Late Work – Meals | | 18,197.60 |
| Late Work – Transportation | | 66,524.74 |
| Conference Meals | | 139,228.54 |
| Other Charges | | 28,348.28 |
| **Grand Total Expenses** | | **$ 461,793.64** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]