```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138-KG
                                )    (Jointly Administered)
                                )
NORTEL NETWORKS INC., et al.,   )    Chapter 11
                                )
                                )    Courtroom 3
                                )    824 Market Street
        Debtors.                )    Wilmington, Delaware
                                )
                                )    February 22, 2011
                                )    10:37 a.m.


                   TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:         Morris Nichols Arsht & Tunnell, LLP
                     BY:  DEREK C. ABBOTT, ESQ.
                     BY:  ANNIE C. CORDO, ESQ.
                     BY:  ERIC D. SCHWARTZ, ESQ.
                     1201 North Market Street
                     18th Floor
                     Wilmington, DE  19801
                     (302) 658-9200

                     Cleary Gottlieb Steen & Hamilton, LLP
                     BY:  JAMES L. BROMLEY, ESQ.
                     BY:  LISA M. SCHWEITZER, ESQ.
                     One Liberty Plaza
                     New York, NY  10006
                     (212) 225-2000

For U.S. Trustee:    Office of the United States Trustee
                     BY: PATRICK TINKER, ESQ.
                     844 N. King Street, Room 2207
                     Lockbox #35
                     Wilmington, DE  19899-0035
                     (302) 573-6491

ECRO:                GINGER MACE

Transcription Service: DIAZ DATA SERVICES
                     331 Schuylkill Street
                     Harrisburg, PA  17110
                     (717) 233-6664
                     www.diazdata.com
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
 1  APPEARANCES:
    (Continued)
 2
    For Committee:          Akin Gump Strauss Hauer & Feld, LLP
 3                          BY:   FRED S. HODARA, ESQ.
                            One Bryant Park
 4                          New York, NY  10036
                            (212) 872-1000
 5
                            Richards, Layton & Finger, PA
 6                          BY: CHRISTOPHER M. SAMIS, ESQ.
                            920 N. King Street
 7                          One Rodney Square
                            Wilmington, DE  19801
 8
    For Ernst & Young:      Buchanan Ingersoll & Rooney, PC
 9                          BY:   MONA PARIKH, ESQ.
                            1000 West Street, Suite 1410
10                          Wilmington, DE  19801

11                          Ogilvy Renault, LLP
                            BY:   JENNIFER STAM, ESQ.
12                          Suite 3800
                            Royal Bank Plaza, South Tower
13                          200 Bay Street
                            P.O. Box 84
14                          Toronto, Ontario M5J 2Z4
                            Canada
15                          (416) 216-4000

16                          Allen & Overy, LLP
                            BY:   KEN COLEMAN, ESQ.
17                          1221 Avenue of the Americas
                            New York, NY  10020
18                          (212) 610-6434

19  TELEPHONIC APPEARANCES:

20  For Creditor:

21  Official Committee of   Akin Gump Strauss Hauer & Feld, LLP
    Unsecured Creditors:    BY:   GRAEME BELL
22
    Halcyon Asset Mgt.:     Halcyon Asset Management
23                          BY:   ANDREW G. FRIEDMAN
                            (212) 303-9444
24
    For Ernst & Young:      Allen & Overy, LLP
25                          BY:   JESSICA D. LUBARSKY
                            (212) 610-6300
```

1  TELEPHONIC APPEARANCES:
   (Continued)
2
   For Paul Weiss:              Paul, Weiss, Rifkind, Wharton &
3                                Garrison, LLP
                                 BY:  DIANE MEYERS
4                                (212) 373-3868

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 22, 2011, 10:37 A.M.
2              THE COURT:  Thank you, everyone.  Please be
3  seated.  Good morning.  Mr. Bromley, good morning, sir.
4              MR. BROMLEY:  Good morning, Your Honor.  James
5  Bromley of Cleary Gottlieb Steen & Hamilton for Nortel
6  Networks, Inc.  We have one item on the agenda today, Your
7  Honor.  Everything else has been either consensually
8  resolved or adjourned.
9              THE COURT:  Yes.
10             MR. BROMLEY:  And we want to thank you, Your
11 Honor, for signing the motion to shorten notice.
12             THE COURT:  Of course.  I understood the
13 significance of doing that.
14             MR. BROMLEY:  Yeah, this has been -- this relates
15 to the last transaction that we brought before Your Honor
16 and before Justice Marowitz for approval: that is the sale
17 of the Nortel MSS business, the so-called passport business.
18             THE COURT:  Yes.
19             MR. BROMLEY:  And we brought this before Your
20 Honor in the fall of last year, and the transaction is about
21 to close.  There have been some delays in the closing
22 timeline as a result of EU competition review, and we're
23 happy to announce that -- I think it was last Thursday --
24 there has been approval granted, and there was an agreement
25 between the purchaser, Ericsson, and a significant customer

1  of the business that was able to break the logjam on the
2  competition review.
3          THE COURT:  Yes.
4          MR. BROMLEY:  So what that means is, Your Honor,
5  that this sale should close, we believe, on or about the 11th
6  of March.
7          And in connection with that, the debtors in the
8  U.S. as well as the debtors in AMEA and Canada have entered
9  into a side agreement.  This side agreement is very similar
10 in substance to the side agreements we have entered into in
11 other transactions.  And indeed, this amends and restates
12 the side agreement that this Court has already approved.
13 There were certain things that we discovered after we had
14 negotiated the passport original side agreement that
15 required resolution, and we have successfully resolved all
16 of those issues amongst the various estates.  So there  --
17 and because some of those issues do touch on confidential
18 matters, we have asked that confidential treatment be
19 provided to the actual agreement, and so we have filed the
20 amended and restated agreement for filing under seal.
21         THE COURT:  Yes.
22         MR. BROMLEY:  So, Your Honor, I could go into
23 more detail.  I'm happy to say, though, that everyone who is
24 a party to it or has any issues with it has signed off on
25 it.  And in the scheme of things, it's a relatively mundane

1  exercise, but we do need Court approval for it.
2              THE COURT:  I won't call it mundane, but it's --
3  it certainly is, relatively speaking, given the complexity
4  of the transaction, understandable and very reasonable.  And
5  I suppose it's the sound exercise of the debtors' business
6  judgment to have entered into the side agreement.  And I am
7  satisfied, based upon the record in this case, that that
8  exercise has been appropriately afforded the matter, and I
9  am pleased to grant the relief.
10             MR. BROMLEY:  Thank you very much, Your Honor.
11 Can I approach?
12             THE COURT:  Yes, please, Mr. Bromley.  Sure.
13 Thank you, sir.
14             MR. BROMLEY:  Thank you.
15             THE COURT:  The real George Washington Birthday
16 today --
17             MR. BROMLEY:  Yes, it is.
18             THE COURT:  -- right?  Yes, that's right.  All
19 right.  I have signed the Order.
20             MR. BROMLEY:  Thank you very much, Your Honor.
21             THE COURT:  Counsel, thank you very much.  Thank
22 you for traveling in the weather.  And hopefully, by March,
23 the next time I see, we'll be in spring.
24             MR. BROMLEY:  That's certainly our hope as well,
25 Your Honor.

1              THE COURT:  All right, everyone.
2              MR. BROMLEY:  Thank you.
3              THE COURT:  Best day to you, and we'll stand in
4   recess.
5              MR. BROMLEY:  Thank you.
6   (Proceedings adjourned at 10:41 a.m.)
7
8          I certify that the foregoing is a correct
9   transcript from the electronic sound recording of the
10  proceedings in the above-entitled matter.
11
12
                                              24 February 2009
13  Shelley M. Kohr                                   Date
    Transcriber
14
15
16
17
18
19
20
21
22
23
24
25

NORTEL NETWORKS INC.2.22.11.SMK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15 4:1 7:6 | **complexity**(1) | 6:3 | **have**(9) | 4:7 4:22 5:8 5:10 5:15 5:18 5:19 6:6 6:19 | **p.o**(1) | 2:26 |
| **abbott**(1) | 1:25 | **confidential**(2) | 5:17 5:18 | | | **parikh**(1) | 2:17 |
| **able**(1) | 5:1 | **connection**(1) | 5:7 | | | **park**(1) | 2:6 |
| **about**(2) | 4:21 5:5 | **consensually**(1) | 4:8 | **hodara**(1) | 2:5 | **party**(1) | 5:24 |
| **above-entitled**(1) | 7:10 | **continued**(2) | 2:2 3:2 | **honor**(10) | 4:5 4:8 4:12 4:16 4:21 5:4 5:22 6:10 6:20 6:25 | **passport**(2) | 4:18 5:14 |
| **actual**(1) | 5:19 | **cordo**(1) | 1:26 | | | **patrick**(1) | 1:41 |
| **adjourned**(2) | 4:9 7:6 | **correct**(1) | 7:8 | | | **paul**(2) | 3:4 3:4 |
| **administered**(1) | 1:6 | **could**(1) | 5:22 | **honorable**(1) | 1:19 | **plaza**(2) | 1:36 2:24 |
| **afforded**(1) | 6:8 | **counsel**(1) | 6:21 | **hope**(1) | 6:24 | **please**(2) | 4:3 6:12 |
| **after**(1) | 5:13 | **course**(1) | 4:13 | **hopefully**(1) | 6:22 | **pleased**(1) | 6:9 |
| **agenda**(1) | 4:7 | **court**(16) | 1:1 4:3 4:10 4:13 4:19 5:3 5:12 5:21 6:1 6:2 6:12 6:15 6:18 6:21 7:1 7:3 | **inc**(2) | 1:8 4:7 | **ppearances**(2) | 1:22 2:1 |
| **agreement**(8) | 4:25 5:9 5:9 5:12 5:14 5:19 5:20 6:6 | | | **indeed**(1) | 5:11 | **proceedings**(4) | 1:18 1:55 7:6 7:10 |
| | | **courtroom**(1) | 1:10 | **ingersoll**(1) | 2:16 | **produced**(1) | 1:56 |
| **agreements**(1) | 5:10 | **creditor**(1) | 2:39 | **into**(4) | 5:9 5:10 5:22 6:6 | **provided**(1) | 5:19 |
| **akin**(2) | 2:4 2:41 | **creditors**(1) | 2:42 | **issues**(3) | 5:16 5:17 5:24 | **purchaser**(1) | 4:26 |
| **all**(3) | 5:15 6:18 7:1 | **customer**(1) | 4:26 | **item**(1) | 4:7 | **real**(1) | 6:15 |
| **allen**(2) | 2:31 2:48 | **data**(1) | 1:49 | **it's**(3) | 5:25 6:2 6:5 | **reasonable**(1) | 6:4 |
| **already**(1) | 5:12 | **date**(1) | 7:14 | **i'm**(1) | 5:23 | **recess**(1) | 7:4 |
| **amea**(1) | 5:8 | **day**(1) | 7:3 | **james**(2) | 1:34 4:5 | **record**(1) | 6:7 |
| **amended**(1) | 5:20 | **debtors**(4) | 1:12 1:24 5:7 5:8 | **jennifer**(1) | 2:22 | **recorded**(1) | 1:55 |
| **amends**(1) | 5:11 | **debtors'**(1) | 6:5 | **jessica**(1) | 2:49 | **recording**(2) | 1:55 7:9 |
| **americas**(1) | 2:33 | **delaware**(3) | 1:2 1:12 4:1 | **jointly**(1) | 1:6 | **relates**(1) | 4:15 |
| **amongst**(1) | 5:16 | **delays**(1) | 4:22 | **judge**(1) | 1:20 | **relatively**(2) | 5:25 6:3 |
| **and**(22) | 4:11 4:17 4:20 4:21 4:23 4:25 4:26 5:7 5:8 5:11 5:11 5:15 5:17 5:19 5:20 5:25 6:4 6:6 6:8 6:22 7:3 | **derek**(1) | 1:25 | **judgment**(1) | 6:6 | **relief**(1) | 6:9 |
| | | **detail**(1) | 5:23 | **justice**(1) | 4:17 | **renault**(1) | 2:21 |
| | | **diane**(1) | 3:6 | **ken**(1) | 2:32 | **required**(1) | 5:15 |
| | | **diaz**(1) | 1:49 | **kevin**(1) | 1:19 | **resolution**(1) | 5:15 |
| | | **discovered**(1) | 5:13 | **king**(2) | 1:42 2:12 | **resolved**(2) | 4:9 5:15 |
| **andrew**(1) | 2:45 | **district**(1) | 1:2 | **kohr**(1) | 7:14 | **restated**(1) | 5:20 |
| **annie**(1) | 1:26 | **doing**(1) | 4:14 | **last**(3) | 4:16 4:21 4:24 | **restates**(1) | 5:11 |
| **announce**(1) | 4:24 | **ecro**(1) | 1:47 | **layton**(1) | 2:10 | **result**(1) | 4:23 |
| **any**(1) | 5:24 | **either**(1) | 4:8 | **liberty**(1) | 1:36 | **review**(2) | 4:23 5:2 |
| **appearances**(2) | 2:37 3:1 | **electronic**(2) | 1:55 7:9 | **lisa**(1) | 1:35 | **richards**(1) | 2:10 |
| **approach**(1) | 6:11 | **else**(1) | 4:8 | **llp**(8) | 1:24 1:33 2:4 2:21 2:31 2:41 2:48 3:5 | **rifkind**(1) | 3:4 |
| **appropriately**(1) | 6:8 | **entered**(3) | 5:8 5:10 6:6 | | | **right**(4) | 6:18 6:19 6:19 7:1 |
| **approval**(3) | 4:17 4:25 6:1 | **eric**(1) | 1:27 | | | **rodney**(1) | 2:13 |
| **approved**(1) | 5:12 | **ericsson**(1) | 4:26 | **lockbox**(1) | 1:43 | **room**(1) | 1:42 |
| **arsht**(1) | 1:24 | **ernst**(2) | 2:16 2:48 | **logjam**(1) | 5:1 | **rooney**(1) | 2:16 |
| **asked**(1) | 5:18 | **esq**(11) | 1:25 1:26 1:27 1:34 1:35 1:41 2:5 2:11 2:17 2:22 2:32 | **lubarsky**(1) | 2:49 | **royal**(1) | 2:24 |
| **asset**(2) | 2:44 2:44 | | | **m5j**(1) | 2:27 | **sale**(2) | 4:17 5:5 |
| **avenue**(1) | 2:33 | | | **mace**(1) | 1:47 | **samis**(1) | 2:11 |
| **bank**(1) | 2:24 | **estates**(1) | 5:16 | **management**(1) | 2:44 | **satisfied**(1) | 6:7 |
| **bankruptcy**(2) | 1:1 1:20 | **everyone**(3) | 4:3 5:23 7:1 | **march**(2) | 5:6 6:22 | **say**(1) | 5:23 |
| **based**(1) | 6:7 | **everything**(1) | 4:8 | **market**(2) | 1:11 1:28 | **scheme**(1) | 5:25 |
| **bay**(1) | 2:25 | **exercise**(3) | 6:1 6:5 6:8 | **marowitz**(1) | 4:17 | **schuylkill**(1) | 1:50 |
| **because**(1) | 5:17 | **fall**(1) | 4:21 | **matter**(2) | 6:8 7:10 | **schwartz**(1) | 1:27 |
| **been**(5) | 4:8 4:15 4:22 4:25 6:8 | **february**(3) | 1:14 4:1 7:13 | **matters**(1) | 5:18 | **schweitzer**(1) | 1:35 |
| **before**(4) | 1:19 4:16 4:17 4:20 | **feld**(2) | 2:4 2:41 | **means**(1) | 5:4 | **seal**(1) | 5:20 |
| **believe**(1) | 5:5 | **filed**(1) | 5:19 | **meyers**(1) | 3:6 | **seated**(1) | 4:4 |
| **bell**(1) | 2:42 | **filing**(1) | 5:20 | **mgt**(1) | 2:44 | **see**(1) | 6:23 |
| **best**(1) | 7:3 | **finger**(1) | 2:10 | **mona**(1) | 2:17 | **service**(2) | 1:49 1:56 |
| **between**(1) | 4:26 | **floor**(1) | 1:29 | **more**(1) | 5:23 | **services**(1) | 1:49 |
| **birthday**(1) | 6:15 | **for**(14) | 1:2 1:24 1:40 2:4 2:16 2:39 2:48 3:4 4:6 4:12 4:17 5:20 6:1 6:22 | **morning**(3) | 4:4 4:4 4:5 | **shelley**(1) | 7:14 |
| **box**(1) | 2:26 | | | **morris**(1) | 1:24 | **shorten**(1) | 4:12 |
| **break**(1) | 5:1 | | | **motion**(1) | 4:12 | **should**(1) | 5:5 |
| **bromley**(17) | 1:34 4:4 4:5 4:6 4:11 4:15 4:20 5:4 5:22 6:10 6:12 6:14 6:17 6:20 6:24 7:2 7:5 | **foregoing**(1) | 7:8 | **mss**(1) | 4:18 | **side**(6) | 5:9 5:9 5:10 5:12 5:14 6:6 |
| | | **fred**(1) | 2:5 | **much**(3) | 6:10 6:20 6:21 | **signed**(2) | 5:24 6:19 |
| | | **friedman**(1) | 2:45 | **mundane**(2) | 5:25 6:2 | **significance**(1) | 4:14 |
| | | **from**(1) | 7:9 | **need**(1) | 6:1 | **significant**(1) | 4:26 |
| **brought**(2) | 4:16 4:20 | **garrison**(1) | 3:5 | **negotiated**(1) | 5:14 | **signing**(1) | 4:12 |
| **bryant**(1) | 2:6 | **george**(1) | 6:15 | **networks**(2) | 1:8 4:7 | **similar**(1) | 5:9 |
| **buchanan**(1) | 2:16 | **ginger**(1) | 1:47 | **new**(3) | 1:37 2:7 2:34 | **sir**(2) | 4:4 6:13 |
| **business**(4) | 4:18 4:18 5:1 6:5 | **given**(1) | 6:3 | **next**(1) | 6:23 | **so-called**(1) | 4:18 |
| **but**(2) | 6:1 6:2 | **good**(3) | 4:4 4:4 4:5 | **nichols**(1) | 1:24 | **some**(2) | 4:22 5:17 |
| **call**(1) | 6:2 | **gottlieb**(2) | 1:33 4:6 | **nortel**(3) | 1:8 4:6 4:18 | **sound**(3) | 1:55 6:5 7:9 |
| **can**(1) | 6:11 | **graeme**(1) | 2:42 | **north**(1) | 1:28 | **south**(1) | 2:24 |
| **canada**(2) | 2:28 5:8 | **grant**(1) | 6:9 | **notice**(1) | 4:12 | **speaking**(1) | 6:3 |
| **case**(2) | 1:5 6:7 | **granted**(1) | 4:25 | **off**(1) | 5:24 | **spring**(1) | 6:23 |
| **certain**(1) | 5:13 | **gross**(1) | 1:19 | **office**(1) | 1:40 | **square**(1) | 2:13 |
| **certainly**(2) | 6:3 6:24 | **gump**(2) | 2:4 2:41 | **official**(1) | 2:41 | **stam**(1) | 2:22 |
| **certify**(1) | 7:8 | **had**(1) | 5:13 | **ogilvy**(1) | 2:21 | **stand**(1) | 7:3 |
| **chapter**(1) | 1:8 | **halcyon**(2) | 2:44 2:44 | **one**(4) | 1:36 2:6 2:13 4:7 | **states**(3) | 1:1 1:20 1:40 |
| **christopher**(1) | 2:11 | **hamilton**(2) | 1:33 4:6 | **ontario**(1) | 2:27 | **steen**(2) | 1:33 4:6 |
| **cleary**(2) | 1:33 4:6 | **happy**(2) | 4:24 5:23 | **order**(1) | 6:19 | **strauss**(2) | 2:4 2:41 |
| **close**(2) | 4:22 5:5 | **harrisburg**(1) | 1:51 | **original**(1) | 5:14 | **street**(7) | 1:11 1:28 1:42 1:50 2:12 2:18 2:25 |
| **closing**(1) | 4:22 | **has**(7) | 4:8 4:15 4:25 5:12 5:24 5:24 6:8 | **other**(1) | 5:11 | |  |
| **coleman**(1) | 2:32 | **hauer**(2) | 2:4 2:41 | **our**(1) | 6:24 | **substance**(1) | 5:10 |
| **committee**(2) | 2:4 2:41 | | | **overy**(2) | 2:31 2:48 | | |
| **competition**(2) | 4:23 5:2 | | | | | | |

NORTEL NETWORKS INC. 2.22.11.SMK.DOC

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **successfully**(1) 5:15 | | **young**(2) 2:16 2:48 | |
| **suite**(2) 2:18 2:23 | | **your**(10) 4:5 4:7 4:11 4:16 4:20 5:4 5:22 6:10 6:20 6:25 | |
| **suppose**(1) 6:5 | | | |
| **sure**(1) 6:12 | | | |
| **telephonic**(2) 2:37 3:1 | | | |
| **thank**(10) 4:3 4:11 6:10 6:13 6:14 6:20 6:21 6:21 7:2 7:5 | | | |
| **that**(16) 4:14 4:16 4:17 4:24 5:1 5:4 5:5 5:7 5:12 5:13 5:14 5:18 5:23 6:7 6:7 7:8 | | | |
| **that's**(2) 6:18 6:24 | | | |
| **the**(59) 1:1 1:2 1:19 1:40 2:33 4:3 4:7 4:10 4:12 4:13 4:13 4:16 4:17 4:18 4:18 4:19 4:21 4:21 4:22 4:26 5:1 5:1 5:1 5:3 5:5 5:7 5:7 5:8 5:10 5:12 5:14 5:16 5:19 5:19 5:21 5:25 6:2 6:3 6:4 6:5 6:5 6:6 6:7 6:8 6:9 6:12 6:15 6:15 6:18 6:19 6:21 6:22 6:23 7:1 7:3 7:8 7:9 7:9 7:10 | | | |
| **there**(5) 4:22 4:25 4:25 5:13 5:16 | | | |
| **things**(2) 5:13 5:25 | | | |
| **think**(1) 4:24 | | | |
| **this**(8) 4:15 4:15 4:20 5:5 5:9 5:11 5:12 6:7 | | | |
| **those**(2) 5:16 5:17 | | | |
| **though**(1) 5:23 | | | |
| **thursday**(1) 4:24 | | | |
| **time**(1) 6:23 | | | |
| **timeline**(1) 4:23 | | | |
| **tinker**(1) 1:41 | | | |
| **today**(2) 4:7 6:16 | | | |
| **toronto**(1) 2:27 | | | |
| **touch**(1) 5:17 | | | |
| **tower**(1) 2:24 | | | |
| **transaction**(3) 4:16 4:21 6:4 | | | |
| **transactions**(1) 5:11 | | | |
| **transcriber**(1) 7:15 | | | |
| **transcript**(3) 1:18 1:56 7:9 | | | |
| **transcription**(2) 1:49 1:56 | | | |
| **traveling**(1) 6:22 | | | |
| **treatment**(1) 5:18 | | | |
| **trustee**(2) 1:40 1:40 | | | |
| **tuesday**(1) 4:1 | | | |
| **tunnell**(1) 1:24 | | | |
| **u.s**(2) 1:40 5:8 | | | |
| **under**(1) 5:20 | | | |
| **understandable**(1) 6:4 | | | |
| **understood**(1) 4:13 | | | |
| **united**(3) 1:1 1:20 1:40 | | | |
| **unsecured**(1) 2:42 | | | |
| **upon**(1) 6:7 | | | |
| **various**(1) 5:16 | | | |
| **very**(5) 5:9 6:4 6:10 6:20 6:21 | | | |
| **want**(1) 4:11 | | | |
| **was**(3) 4:24 4:25 5:1 | | | |
| **washington**(1) 6:15 | | | |
| **weather**(1) 6:22 | | | |
| **weiss**(2) 3:4 3:4 | | | |
| **well**(2) 5:8 6:24 | | | |
| **were**(1) 5:13 | | | |
| **west**(1) 2:18 | | | |
| **we'll**(2) 6:23 7:3 | | | |
| **we're**(1) 4:23 | | | |
| **wharton**(1) 3:4 | | | |
| **what**(1) 5:4 | | | |
| **who**(1) 5:23 | | | |
| **wilmington**(6) 1:12 1:30 1:44 2:14 2:19 | | | |
| **with**(2) 5:7 5:24 | | | |
| **won't**(1) 6:2 | | | |
| **www.diazdata.com**(1) 1:53 | | | |
| **yeah**(1) 4:15 | | | |
| **year**(1) 4:21 | | | |
| **yes**(7) 4:10 4:19 5:3 5:21 6:12 6:17 6:18 | | | |
| **york**(3) 1:37 2:7 2:34 | | | |
| **you**(11) 4:3 4:11 6:10 6:13 6:14 6:20 6:21 6:22 7:2 7:3 7:5 | | | |