# EXHIBIT A

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 November 2010 to 31 January 2011

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 05/11/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Correspondence with Cleary |
| 05/11/2010 | Mark Blyth | 0.70 | 700.00 | 490.00 | Review relevant documents |
| 05/11/2010 | Mark Blyth | 1.00 | 700.00 | 700.00 | Emails with Cleary re employment issues |
| 09/11/2010 | Jennifer Masterson | 1.00 | 495.00 | 495.00 | Discussion with and review emails from M Blyth re employment issues. Review papers re employment issues |
| 09/11/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Email and telecon with Cleary re employment issues |
| 09/11/2010 | Mark Blyth | 1.10 | 700.00 | 770.00 | Review relevant documents and internal discussion re same, research and email Cleary re same |
| 09/11/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Research relevant UK law in relation to Cleary request for advice - internal discussion with P Church re same and email to P Church |
| 09/11/2010 | Peter Church | 2.10 | 550.00 | 1,155.00 | Research into relevant UK law and drafting note of advice regarding these issues |
| 10/11/2010 | Mark Blyth | 1.00 | 700.00 | 700.00 | Review revised draft document and numerous emails and discussions with Cleary re same |
| 10/11/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Reviewing relevant documents |
| 11/11/2010 | Mark Blyth | 2.00 | 700.00 | 1,400.00 | Review draft document and numerous emails and discussions with Cleary re same |
| 12/11/2010 | Mark Blyth | 2.00 | 700.00 | 1,400.00 | Review draft document and numerous emails and discussions with Cleary re same |
| 13/11/2010 | Mark Blyth | 11.50 | 700.00 | 8,050.00 | Review draft document and email Cleary re same. Travel to NY |
| 14/11/2010 | Mark Blyth | 13.00 | 700.00 | 9,100.00 | Attending meetings at Cleary |
| 15/11/2010 | Jennifer Masterson | 2.80 | 495.00 | 1,386.00 | Review relevant UK law re query and draft note of advice |
| 15/11/2010 | Louise Austin | 0.20 | 400.00 | 80.00 | Con with Mark Blyth re employment issues |
| 15/11/2010 | Louise Austin | 1.00 | 400.00 | 400.00 | Review relevant UK law re query and draft note of advice |
| 15/11/2010 | Mark Blyth | 7.00 | 700.00 | 4,900.00 | Attending meetings at Cleary |
| 16/11/2010 | Louise Austin | 0.30 | 400.00 | 120.00 | Research and note re relevant UK law |
| 16/11/2010 | Louise Austin | 1.80 | 400.00 | 720.00 | Research and note re relevant UK law |
| 16/11/2010 | Mark Blyth | 9.20 | 700.00 | 6,440.00 | Meetings at Cleary |
| 17/11/2010 | Mark Blyth | 11.50 | 700.00 | 8,050.00 | Travel back to UK |
| 30/11/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Email with Cleary re employment issues |
| 30/11/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Discussion internal re UK law issues |
| 01/12/2010 | Mark Blyth | 1.50 | 700.00 | 1,050.00 | Emails with Cleary re employment issues |
| 01/12/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Telephone and emails re employment issues |
| 02/12/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Email to Cleary re employment issues |
| 03/12/2010 | Jared Oyston | 2.50 | 360.00 | 900.00 | Researching relevant UK law |
| 06/12/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email cleary re employment issues |
| 10/12/2010 | Mark Blyth | 0.80 | 700.00 | 560.00 | Email to Cleary re employment issues |
| 14/12/2010 | Mark Blyth | 1.40 | 700.00 | 980.00 | Note on employment issues and email to Cleary |
| 14/12/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Email Cleary re further advice required and internal discussons re work to be done |
| 15/12/2010 | Jeremy Seeff | 0.20 | 190.00 | 38.00 | Instructions from Peter Selway regarding research |
| 15/12/2010 | Mark Blyth | 1.90 | 700.00 | 1,330.00 | Prep for conf call - review relevant UK law and conference call with Cleary |
| 15/12/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Prep for conf call with Cleary re employment issues |
| 15/12/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email to Cleary re employment issues |
| 15/12/2010 | Mark Blyth | 1.70 | 700.00 | 1,190.00 | Review papers re UK law issues |

A13112645

Page 1 of 3

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 November 2010 to 31 January 2011

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 15/12/2010 | Peter Selvay | 5.60 | 400.00 | 2,240.00 | Receiving instructions from M Blyth; reviewing relevant papers; telephone conversation with M Blyth re legal issues and work required; research re relevant UK law |
| 16/12/2010 | Jeremy Seeff | 4.60 | 190.00 | 874.00 | Preparing a research memo email re relevant UK law |
| 16/12/2010 | Peter Selvay | 4.90 | 400.00 | 1,960.00 | Reviewing relevant documents documents received from L Peacock; drafting advice re relevant UK law |
| 17/12/2010 | Jeremy Seeff | 4.70 | 190.00 | 893.00 | Researching relevant UK law |
| 17/12/2010 | Mark Blyth | 3.50 | 700.00 | 2,450.00 | Email to Cleary re employment issues |
| 17/12/2010 | Peter Selvay | 4.50 | 400.00 | 1,800.00 | Drafting and finalising advice re relevant UK law |
| 17/12/2010 | Siobhan O'Donnell | 0.50 | 225.00 | 112.50 | Researching relevant UK law |
| 21/12/2010 | Jared Oyston | 0.90 | 360.00 | 324.00 | Advising Cleary re relevant UK law |
| 21/12/2010 | Jared Oyston | 0.40 | 360.00 | 144.00 | Researching relevant UK law |
| 21/12/2010 | Jared Oyston | 0.60 | 360.00 | 216.00 | Advising Cleary re relevant UK law |
| 21/12/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Email cleary re employment issues |
| 31/12/2010 | Anjalee de Silva | 2.90 | 190.00 | 551.00 | Research re UK law issues |
| 31/12/2010 | Joel Grossmark | 2.70 | 225.00 | 607.50 | Research into relevant UK law and drafting note of advice regarding these issues |
| 31/12/2010 | Mark Blyth | 1.20 | 700.00 | 840.00 | Research re employment issues |
| 04/01/2011 | Jared Oyston | 1.10 | 375.00 | 412.50 | Research re relevant UK law |
| 04/01/2011 | Jared Oyston | 2.00 | 375.00 | 750.00 | Research and call with client |
| 04/01/2011 | Mark Blyth | 0.90 | 725.00 | 652.50 | Review relevant papers |
| 04/01/2011 | Mark Blyth | 1.90 | 725.00 | 1,377.50 | Email re conference call; discussiong with Jared Oyston re research |
| 04/01/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Research UK law issues for conference call |
| 04/01/2011 | Mark Blyth | 0.90 | 725.00 | 652.50 | Email internal re UK law issues and conference call with Cleary re same |
| 04/01/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Email to Cleary re employment issues |
| 05/01/2011 | Jared Oyston | 0.20 | 375.00 | 75.00 | Drafting note re UK law issues |
| 05/01/2011 | Jared Oyston | 0.20 | 375.00 | 75.00 | Drafting note re UK law issues |
| 05/01/2011 | Jared Oyston | 1.90 | 375.00 | 712.50 | Drafting note re UK law issues |
| 05/01/2011 | Jared Oyston | 5.10 | 375.00 | 1,912.50 | Drafting note re UK law issues |
| 05/01/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Drafting note re UK law issues |
| 06/01/2011 | Jared Oyston | 1.40 | 375.00 | 525.00 | Drafting note re UK law issues |
| 07/01/2011 | Jared Oyston | 2.70 | 375.00 | 1,012.50 | Drafting note re UK law issues |
| 07/01/2011 | Jared Oyston | 1.00 | 375.00 | 375.00 | Drafting note re UK law issues |
| 07/01/2011 | Jared Oyston | 0.90 | 375.00 | 337.50 | Drafting note re UK law issues |
| 07/01/2011 | Jared Oyston | 1.10 | 375.00 | 412.50 | Drafting note re UK law issues |
| 10/01/2011 | Jared Oyston | 0.20 | 725.00 | 145.00 | Discussion with Jared Oyston and email Cleary |
| 10/01/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Reviewing relevant papers |
| 13/01/2011 | Jared Oyston | 0.30 | 375.00 | 112.50 | Discussion with Euan Clarke re UK law issue |
| 21/01/2011 | Jared Oyston | 0.10 | 375.00 | 37.50 | Email to Cleary re employment issues |
| 21/01/2011 | Jared Oyston | 4.80 | 375.00 | 1,800.00 | Research and draft note re relevant UK law |
| 21/01/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Email to Cleary re employment issues |
| 26/01/2011 | Jared Oyston | 0.50 | 375.00 | 187.50 | Research re employment issues |
| 26/01/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email Cleary re conference call and email re employment issues |
| 26/01/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Internal discussion re employment issues |
| 26/01/2011 | Mark Blyth | 0.90 | 725.00 | 652.50 | Con call with Cleary re employment issues |
| 26/01/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re con call |

A13112645                                                                                                          Page 2 of 3

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 November 2010 to 31 January 2011

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 27/01/2011 | Jeremy Seeff | 0.60 | 200.00 | 120.00 | Instructions re research on relevant UK law |
| 27/01/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email to Cleary re research |
| 27/01/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email from Cleary re employment issues |
| 27/01/2011 | Mark Blyth | 0.80 | 725.00 | 580.00 | Conference call re employment issues |
| 28/01/2011 | Jeremy Seeff | 3.50 | 200.00 | 700.00 | Research into relevant UK law and drafting note of advice regarding these issues |
| 31/01/2011 | Jeremy Seeff | 6.10 | 200.00 | 1,220.00 | Research into relevant UK law and drafting note of advice regarding these issues |
| 31/01/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employment issues |

**Fee Applications**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 09/11/2010 | Jared Oyston | 0.40 | 360.00 | 144.00 | Instructing Billing re draft bill |
| 22/11/2010 | Jared Oyston | 0.40 | 360.00 | 144.00 | Drafting monthly and quarterly fee applications |
| 22/11/2010 | Jared Oyston | 0.80 | 360.00 | 288.00 | Drafting monthly and quarterly fee applications |
| 23/11/2010 | Jared Oyston | 1.40 | 360.00 | 504.00 | Drafting monthly and quarterly fee applications |
| 23/11/2010 | Jared Oyston | 1.30 | 360.00 | 468.00 | Drafting monthly and quarterly fee applications |
| 24/11/2010 | Jared Oyston | 1.20 | 360.00 | 432.00 | Finalising and sending monthly and quarterly fee applications |
| 24/11/2010 | Jared Oyston | 0.40 | 360.00 | 144.00 | Drafting monthly and quarterly fee applications |
| 14/12/2010 | Jared Oyston | 0.30 | 360.00 | 108.00 | Prep for court hearing re fees |
| 15/12/2010 | Jared Oyston | 0.70 | 360.00 | 252.00 | US fee hearing |
| 15/12/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Attend Court hearing to approve costs |

**Total** 170.50    88,637.50

A13112645