# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2010 Through January 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Flights | | £4,352.71 |
| Taxis | | £228.67 |
| Accommodation | | £1,126.21 |
| Meals | | £104.78 |
| Telephone (CourtCall) | | £20.06 |
| **Grand Total Expenses** | | **£5,832.43** (US$9,481.20) |

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of OSIs covering period from 1 November 2010 to 31 January 2011**

Other Service Item (OSI) Section

| Date | OSIS. Type | OSIS.Value | Description |
|---|---|---|---|
| 10/11/2010 | O007_TRAVEL_FLIGHT | 2.00 | 2589 M BLYTH 13.11 NEW YORK |
| 10/11/2010 | O007_TRAVEL_FLIGHT | 4,341.87 | 2589 M BLYTH 13.11 NEW YORK |
| 19/11/2010 | O001_TAXIS | 30.00 | 13/11 TAXI FARE HOME TO AIRPORT |
| 19/11/2010 | O001_TAXIS | 34.75 | 13/11 TAXI IN NY-AIRPORT TO HOTEL |
| 19/11/2010 | O055_MEALS_LATE_WK | 5.84 | 13/11 REFRESHMENT |
| 19/11/2010 | O055_MEALS_LATE_WK | 9.25 | 17/11 DINNER IN NY |
| 19/11/2010 | O001_TAXIS | 34.75 | 17/11 TAXI-HOTEL TO AIRPORT |
| 19/11/2010 | O001_TAXIS | 30.00 | 18/11 TAXI-AIRPORT TO HOME |
| 22/11/2010 | O007_TRAVEL_FLIGHT | 8.84 | 10/11 ESTA APPLICATION FEE |
| 22/11/2010 | O055_MEALS_LATE_WK | 38.00 | 16/11 DINNER-NY ATTENDING MEETING |
| 22/11/2010 | O055_MEALS_LATE_WK | 51.69 | 13/11 DINNER-NY ATTENDING MEETING |
| 22/11/2010 | O001_TAXIS | 50.63 | 221110, MR J OYSTON, N7, 2110 |
| 08/12/2010 | O006_TRAVEL_ACCOM | 1,126.21 | 17/11 HOTEL MARRIOTT-NEW YORK |
| 05/01/2011 | O001_TAXIS | 23.02 | 050111, MR J OYSTON, N7, 2246 |
| 10/01/2011 | O001_TAXIS | 25.52 | 100111, MR J OYSTON, N7, 2205 |
| 13/01/2011 | O003_TELEPHONES | 20.06 | 31/12 CALL TO THE US |
| Total | | 5,832.43 | |

A13112645