IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    : Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         : Case No. 09-10138 (KG)
                                                         :
                    Debtors.                             : Jointly Administered
                                                         :
                                                         : Re Dkt #5018
---------------------------------------------------------X

## ORDER APPROVING PROCEDURES FOR SERVICE OF AMENDED AGENDAS

IT IS HEREBY ORDERED THAT:

1. Notwithstanding Local Rule 9029-3, amended agendas shall only be served on counsel for the Official Committee of Unsecured Creditors, the Committee of Bondholders, the United States Trustee and any parties with a direct interest in a matter that has been amended. No other or further service of the amended agendas shall be required.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 1, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.