**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**

All Matters

NOVEMBER 1, 2010 THROUGH JANUARY 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mary Glennon | Paralegal | 245 | .8 | 196.00 |
| Ruth Sheopaul | Case Clerk | 185 | 1.8 | 333.00 |
| **Total** | | | 2.6 | 529.00 |
| **Grand Total:** $529.00 | | | | |
| **Blended Rate:** $203.46 | | | | |

NYDOCS04/530632.1

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/28/11
02205-00016

PROFORMA NO.          862089
BATCH NO.             670170
**THROUGH DATE: 01/31/11**

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

        **Currency:  US DOLLARS**
==============================================================================

                    **Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 11/29/10 | 20891 Sheopaul, Ruth | .70 | 129.50 | 30016188 |
| | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 12/10/10 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30081912 |
| | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 12/13/10 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30091221 |
| | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

                    TOTAL HOURS:        1.30
                    TOTAL FEES:                240.50

Page (5) 35

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/28/11                      PROFORMA NO.        862092
02205-00021                                       BATCH NO.           670170
                                                  **THROUGH DATE: 01/31/11**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

        **Currency:  US DOLLARS**
==============================================================================

                        **Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 11/10/10 | 13325 Glennon, Mary M. | .40 | 98.00 | 29923472 |
| | Updated legal and correspondence files. | | | |
| 11/23/10 | 13325 Glennon, Mary M. | .20 | 49.00 | 29980969 |
| | Regulatory: filed Dunn legal filings. | | | |
| 12/22/10 | 13325 Glennon, Mary M. | .20 | 49.00 | 30149063 |
| | Regulatory: filed recent legal filings. | | | |
| 11/08/10 | 20891 Sheopaul, Ruth | .20 | 37.00 | 29906080 |
| | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 11/17/10 | 20891 Sheopaul, Ruth | .30 | 55.50 | 29955241 |
| | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

                    TOTAL HOURS:          1.30
                    TOTAL FEES:                     288.50