# EXHIBIT B

## EXPENSE SUMMARY

All Matters

NOVEMBER 1, 2010 THROUGH JANUARY 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $1.00 |
| Electronic Docket Information | Court Alert | $927.96 |
| Electronic Docket Information | Pacer | $43.50 |
| Electronic Docket Information | E-Law | $182.88 |
| Computer Research | ALM Media | $880.26 |
| **Total Expenses:** | | $2,035.60 |

# SHEARMAN & STERLING LLP

Page (6) 6

PROFORMA GENERATED: 02/28/11  
02205-00016  

PROFORMA NO.         862089  
BATCH NO.            670170  
THROUGH DATE: 01/31/11  

**NORTEL NETWORKS LIMITED**  
**RESERVES RELEASE**

Currency:  US DOLLARS
================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 10/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 756386 | 105.62 | 26506902 | 31526933 |
| 10/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 756397 | 212.16 | 26507412 | 31526943 |
| 11/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 756474 | 30.48 | 26510035 | 31527367 |
| 11/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 756863 | 30.48 | 26530403 | 31529151 |
| 11/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM REPRINTS<br>Bank ID: CITBKNY4 Check Number: 757255 | 202.08 | 26553098 | 31531340 |
| 11/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 757224 | 107.79 | 26553211 | 31531348 |
| 12/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM REPRINTS<br>Bank ID: CITBKNY4 Check Number: 758324 | 212.16 | 26597253 | 31539195 |
| 12/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 757930 | 112.68 | 26598200 | 31539415 |
| 01/05/11 | INF | 06262 Baskin, Stuart | 32.00 | 26592718 | 31538476 |

Page (7) 7

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/28/11                              PROFORMA NO.        862089
02205-00016                                               BATCH NO.           670170
                                                          THROUGH DATE:     01/31/11
NORTEL NETWORKS LIMITED
RESERVES RELEASE
          Currency:   US DOLLARS
================================================================================
          Cost
  Date    Code      Charged By                              Amount   Index #   Voucher
                    Other Information Services - - VENDOR: PACER
                    SERVICE CENTER
                    Bank ID: CITBKNY4 Check Number: 757859

01/14/11  INF    06262 Baskin, Stuart                       202.08  26629881  31544214
                    Other Information Services - - VENDOR: ALM

01/19/11  INF    08288 Wiener, Ira E.                        30.48  26584253  31536467
                    Other Information Services - - VENDOR: E- LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 757751

01/31/11  INF    06262 Baskin, Stuart                       102.90  26620680  31542745
                    Other Information Services - - VENDOR:
                    COURTALERT.COM, INC.
                    Bank ID: CITBKNY4 Check Number: 758487


          TOTAL                                           1,380.91
```

Page (6) 15

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/28/11               PROFORMA NO.        862090
02205-00018                                BATCH NO.           670170
                                           THROUGH DATE: 01/31/11

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

        Currency:  US DOLLARS

================================================================================

### Costcard Detail

```
           Cost
Date       Code    Charged By                                        Amount    Index #   Voucher

10/31/10   INF     06262 Baskin, Stuart                               34.30   26506903  31526933
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 756386

11/30/10   INF     06262 Baskin, Stuart                               35.93   26553212  31531348
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 757224

12/31/10   INF     06262 Baskin, Stuart                               37.56   26598201  31539415
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 757930

01/05/11   INF     06262 Baskin, Stuart                                4.50   26592719  31538476
                   Other Information Services - - VENDOR: PACER
                   SERVICE CENTER
                   Bank ID: CITBKNY4 Check Number: 757859

01/31/11   INF     06262 Baskin, Stuart                               34.30   26620681  31542745
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 758487

                   TOTAL                                             146.59
```

Page (10) 27

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/28/11                             PROFORMA NO.      862091
02205-00020                                              BATCH NO.         670170
                                                         THROUGH DATE:   01/31/11

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
          Currency:  US DOLLARS
================================================================================

```
         Cost
 Date    Code   Charged By                                  Amount   Index #   Voucher
10/31/10 INF   06262 Baskin, Stuart                          34.30  26506904  31526933
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 756386

10/31/10 INF   06262 Baskin, Stuart                          13.26  26507413  31526943
               Other Information Services - - VENDOR: ALM
               MEDIA, INC.
               Bank ID: CITBKNY4 Check Number: 756397

11/01/10 INF   06262 Baskin, Stuart                          15.24  26510036  31527367
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 756474

11/01/10 INF   06262 Baskin, Stuart                          15.24  26530404  31529151
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 756863

11/30/10 INF   06262 Baskin, Stuart                          12.63  26553099  31531340
               Other Information Services - - VENDOR: ALM
               REPRINTS
               Bank ID: CITBKNY4 Check Number: 757255

11/30/10 INF   06262 Baskin, Stuart                          35.93  26553213  31531348
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 757224

12/31/10 INF   06262 Baskin, Stuart                          13.26  26597254  31539195
               Other Information Services - - VENDOR: ALM
               REPRINTS
               Bank ID: CITBKNY4 Check Number: 758324

12/31/10 INF   06262 Baskin, Stuart                          37.56  26598202  31539415
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 757930

01/14/11 INF   06262 Baskin, Stuart                          12.63  26629882  31544214
               Other Information Services - - VENDOR: ALM

01/19/11 INF   08288 Wiener, Ira E.                          15.24  26584254  31536467
               Other Information Services - - VENDOR: E- LAW,
               LLC
```

Page (11) 28

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/28/11  
02205-00020

PROFORMA NO.       862091  
BATCH NO.          670170  
THROUGH DATE: 01/31/11

**NORTEL NETWORKS LIMITED**  
**EPICON LITIGATION**  
  Currency:  US DOLLARS

==============================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|-----------|------------|--------|---------|---------|
| | | Bank ID: CITBKNY4 Check Number: 757751 | | | |
| 01/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 758487 | 34.30 | 26620682 | 31542745 |
| 06/25/10 | OSD | 06262 Baskin, Stuart<br>Other Outside Services - - VENDOR:<br>COURTALERT.COM, INC. Other Outside Services - -<br>Bank ID: CITBKNY4 Check Number: 753337 | 35.93 | 26309003 | 31500968 |

            TOTAL                               ~~1,012.51~~
                                                 *275.52* (handwritten)

Page (6) 36

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/28/11                    PROFORMA NO.       862092
02205-00021                                     BATCH NO.          670170
                                                THROUGH DATE:    01/31/11
NORTEL NETWORKS LIMITED
INVESTIGATIONS

        Currency:  US DOLLARS
================================================================================
```

### Costcard Detail

```
         Cost
Date     Code   Charged By                                  Amount   Index #    Voucher

12/20/10 CPY   13325 Glennon, Mary M.                          .80  26556105
               8 COPIES AT 599 5th Floor
               Ref:             42702454      79472

12/28/10 CPY   06262 Baskin, Stuart                            .20  26565420
               2 COPIES AT 599 5th Floor
               Ref:             42712381      79599

10/31/10 INF   06262 Baskin, Stuart                          53.35  26506905   31526933
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 756386

11/01/10 INF   06262 Baskin, Stuart                          15.24  26510037   31527367
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 756474

11/01/10 INF   06262 Baskin, Stuart                          15.24  26530405   31529151
               Other Information Services - - VENDOR: E- LAW,
               LLC
               Bank ID: CITBKNY4 Check Number: 756863

11/30/10 INF   06262 Baskin, Stuart                          53.65  26553214   31531348
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 757224

12/31/10 INF   06262 Baskin, Stuart                          37.56  26598203   31539415
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 757930

01/05/11 INF   06262 Baskin, Stuart                           7.00  26592720   31538476
               Other Information Services - - VENDOR: PACER
               SERVICE CENTER
               Bank ID: CITBKNY4 Check Number: 757859

01/19/11 INF   08288 Wiener, Ira E.                          15.24  26584255   31536467
               Other Information Services - - VENDOR: E- LAW,
               LLC
```

Page (7) 37

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/28/11                        PROFORMA NO.         862092
02205-00021                                         BATCH NO.            670170
                                                    THROUGH DATE: 01/31/11
NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
=================================================================================
         Cost
 Date    Code     Charged By                              Amount  Index # Voucher
                  Bank ID: CITBKNY4 Check Number: 757751

01/31/11 INF   06262 Baskin, Stuart                        34.30 26620683 31542745
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 758487


              TOTAL                                       232.58
```