# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 23, 2011 at 9:30 a.m. (ET)** |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2010 through January 31, 2011[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,948,336.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $27,667.93 |

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's November 2010, December 2010 and January 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 1/12/11 Docket No. 4719 | 11/1/10 to 11/30/10 | $813,911.50 | $13,511.59 | $651,129.20 | $13,511.59 | $162,782.30 |
| Date Filed: 2/21/2011 Docket No. 4961 | 12/1/10 to 12/31/10 | $541,238.00 | $8,551.61 | Pending Obj. Deadline $432,990.40 | Pending Obj. Deadline $8,551.61 | $108,247.60 |
| Date Filed: 2/28/11 Docket No. 5021 | 1/1/11 to 1/31/11 | $593,186.50 | $5,604.73 | Pending Obj. Deadline $474,549.20 | Pending Obj. Deadline $5,604.73 | $118,637.30 |
| TOTALS: | | $1,948,336.00 | $27,667.93 | $1,558,668.80 | $27,667.93 | $389,667.20 |

Summary of any Objections to Fee Applications: None.

Dated: March 1, 2011
    New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

2