**EXHIBIT C**

9508246_3

Case 09-10138-MFW    Doc 5035-4    Filed 03/01/11    Page 2 of 2

## DISBURSEMENT SUMMARY
## JANUARY 1 TO JANUARY 31, 2011
### (All Amounts in Canadian Dollars)

| Non-Taxable Disbursements | |
|---|---|
| Accommodations | $1,154.52 |
| Airfare/Travel | $3,493.76 |
| Binding Books / Documents | $ 248.60 |
| Cellular Phones | $ 184.92 |
| Courier & Delivery | $ 245.56 |
| Library Computer Research | $1,752.52 |
| Long Distance Telephone Calls | $ 364.27 |
| Meals & Beverages | $ 365.74 |
| Parking | $ 122.13 |
| Photocopy Charges | $2,461.40 |
| Ground Transportation (Taxi Charges/Courier) | $ 539.20 |
| **Total Non-Taxable Disbursements** | **$10,932.62 CDN.** |
9508249_1