# EXHIBIT D

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 03/01/11 | Photocopy;NORTH, Alexandra | 1040 | 104.00 |
| 03/01/11 | ECarswell | 1 | 52.50 |
| 03/01/11 | Laser Copy;HETU, Jarvis | 65 | 6.50 |
| 03/01/11 | Laser Copy;jacobsr | 11 | 1.10 |
| 03/01/11 | Laser Copy;NORTH, Alexandra | 319 | 31.90 |
| 04/01/11 | Laser Copy;GOUGEON | 2 | 0.20 |
| 04/01/11 | Photocopy;MattesL | 27 | 2.70 |
| 04/01/11 | Laser Copy;MattesL | 76 | 7.60 |
| 04/01/11 | Laser Copy;NELSON M | 232 | 23.20 |
| 04/01/11 | Laser Copy;KUKULOWI | 1 | 0.10 |
| 04/01/11 | Laser Copy;HETU, Jarvis | 34 | 3.40 |
| 04/01/11 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 04/01/11 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 05/01/11 | Telephone;19175447922;New YorkNY;TO47 | 1 | 10.71 |
| 05/01/11 | ECarswell | 1 | 56.00 |
| 05/01/11 | Laser Copy;jacobsr | 2 | 0.20 |
| 05/01/11 | Laser Copy;DUNSMUIM | 9 | 0.90 |
| 05/01/11 | Laser Copy;MattesL | 133 | 13.30 |
| 05/01/11 | Laser Copy;NELSON M | 117 | 11.70 |
| 05/01/11 | Laser Copy;MacFarlaneA | 40 | 4.00 |
| 05/01/11 | Laser Copy;HETU, Jarvis | 20 | 2.00 |
| 05/01/11 | Laser Copy;KUKULOWI | 105 | 10.50 |
| 05/01/11 | Laser Copy;DamaniA | 57 | 5.70 |
| 05/01/11 | Laser Copy;NORTH, Alexandra | 33 | 3.30 |
| 05/01/11 | Laser Copy;KARTASHM | 17 | 1.70 |
| 06/01/11 | Telephone;13125887101;Chicago IL;TO44 | 1 | 5.40 |
| 06/01/11 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 06/01/11 | Laser Copy;KARTASHM | 6 | 0.60 |
| 06/01/11 | Laser Copy;jacobsr | 68 | 6.80 |
| 06/01/11 | Laser Copy;NELSON M | 340 | 34.00 |
| 06/01/11 | Laser Copy;MattesL | 95 | 9.50 |
| 06/01/11 | Laser Copy;Ragunathan, Saran | 185 | 18.50 |
| 06/01/11 | Photocopy;MattesL | 90 | 9.00 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 23, 2011
Invoice #:  2820375
Page 44 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 06/01/11 | Photocopy;MattesL | 56 | 5.60 |
| 06/01/11 | Photocopy;MattesL | 20 | 2.00 |
| 06/01/11 | Photocopy;Ragunathan, Saran | 252 | 25.20 |
| 06/01/11 | ECarswell | 1 | 89.00 |
| 06/01/11 | Telephone;19175447922;New YorkNY;TO47 | 1 | 24.48 |
| 07/01/11 | Telephone;19175447922;New YorkNY;TO47 | 1 | 2.04 |
| 07/01/11 | Photocopy;Nicholls  S | 108 | 10.80 |
| 07/01/11 | Photocopy;Ragunathan, Saran | 30 | 3.00 |
| 07/01/11 | Photocopy;Ragunathan, Saran | 27 | 2.70 |
| 07/01/11 | Photocopy;Ragunathan, Saran | 81 | 8.10 |
| 07/01/11 | Laser Copy;NORTH, Alexandra | 166 | 16.60 |
| 07/01/11 | Laser Copy;KUKULOWI | 6 | 0.60 |
| 07/01/11 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 07/01/11 | Laser Copy;DuldulaoF | 132 | 13.20 |
| 07/01/11 | Laser Copy;Ragunathan, Saran | 224 | 22.40 |
| 07/01/11 | Laser Copy;Vincent-DunlopT | 37 | 3.70 |
| 07/01/11 | Telephone;19175447922;New YorkNY;TO47 | 1 | 1.02 |
| 07/01/11 | ECarswell | 1 | 1.75 |
| 07/01/11 | ECarswell | 1 | 97.25 |
| 10/01/11 | Laser Copy;NORTH, Alexandra | 1 | 0.10 |
| 10/01/11 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 10/01/11 | Laser Copy;MacFarlaneA | 32 | 3.20 |
| 10/01/11 | Laser Copy;CHINJ | 1067 | 106.70 |
| 10/01/11 | Laser Copy;KAPLAN M | 223 | 22.30 |
| 10/01/11 | Laser Copy;KUKULOWI | 35 | 3.50 |
| 10/01/11 | ECarswell | 1 | 99.50 |
| 10/01/11 | Laser Copy;DuldulaoF | 1542 | 154.20 |
| 10/01/11 | Laser Copy;NELSON M | 475 | 47.50 |
| 10/01/11 | Laser Copy;jacobsr | 6 | 0.60 |
| 11/01/11 | Taxi from FCP to Eglinton for M. Wunder on Jan. 5/11; 2011-1-5 | 1 | 22.12 |
| 11/01/11 | Laser Copy;LEGAULT | 14 | 1.40 |
| 11/01/11 | Laser Copy;MacFarlaneA | 372 | 37.20 |
| 11/01/11 | Laser Copy;jacobsr | 38 | 3.80 |
| 11/01/11 | Laser Copy;NELSON M | 11 | 1.10 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 11/01/11 | Laser Copy;NORTH, Alexandra | 6 | 0.60 |
| 11/01/11 | Laser Copy;PetersM | 3 | 0.30 |
| 11/01/11 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 11/01/11 | Laser Copy;DuldulaoF | 1532 | 153.20 |
| 11/01/11 | Photocopy;HETU, Jarvis | 32 | 3.20 |
| 11/01/11 | Quick Law | 1 | 59.25 |
| 11/01/11 | ECarswell | 1 | 458.75 |
| 11/01/11 | Laser Copy;Williams, Denise | 163 | 16.30 |
| 11/01/11 | Laser Copy;NELSON M | 247 | 24.70 |
| 11/01/11 | Laser Copy;HETU, Jarvis | 62 | 6.20 |
| 11/01/11 | Working Dinner from Vertical for R. Jacobs, M. Wunder, A. MacFarlane and J. Hetu - Jan. 6/11 - HST #843269077; 2011-1-5 | 1 | 95.00 |
| 11/01/11 | Working Lunch for A. MacFarlane, R. Jacobs, M. Wunder and J. Hetu-Mamma's Pizza - Jan. 3/11; 2011-1-3 | 1 | 53.80 |
| 11/01/11 | Working meal at Subway for M. Wunder, R. Jacobs, J. Hetu and A. MacFarlane on Jan. 4/11; 2011-1-4 | 1 | 26.98 |
| 11/01/11 | Parking for work on holiday for M. Wunder on Jan. 3/11; 2011-1-3 | 1 | 17.70 |
| 11/01/11 | Taxi from Royal Trust Tower to 21 Radford Avenue  Toronto - Jan. 4/11; 2011-1-4 J. Hetu | 1 | 23.01 |
| 12/01/11 | Tabs / Cerlox / Clear Cover | 1 | 14.60 |
| 12/01/11 | Laser Copy;jacobsr | 32 | 3.20 |
| 12/01/11 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 12/01/11 | Laser Copy;Ragunathan, Saran | 26 | 2.60 |
| 12/01/11 | Laser Copy;NELSON M | 14 | 1.40 |
| 12/01/11 | Laser Copy;DamaniA | 1020 | 102.00 |
| 12/01/11 | Laser Copy;BERGLUND | 3 | 0.30 |
| 12/01/11 | Laser Copy;MacFarlaneA | 53 | 5.30 |
| 12/01/11 | Laser Copy;Williams, Denise | 169 | 16.90 |
| 12/01/11 | Laser Copy;MattesL | 369 | 36.90 |
| 12/01/11 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.53 |
| 12/01/11 | ECarswell | 1 | 165.75 |
| 12/01/11 | Telephone;12122455000;New YorkNY;TO45 | 1 | 3.57 |
| 12/01/11 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 13/01/11 | Laser Copy;MacFarlaneA | 28 | 2.80 |
| 13/01/11 | Laser Copy;GOUGEON | 447 | 44.70 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 23, 2011
Invoice #: 2820375
Page 46 of 50

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 13/01/11 | Taxi charge from Royal Trust to 21 Radford Ave., Toronto - Jan. 7/11; 2011-1-7 J. Hetu | 1 | 23.01 |
| 13/01/11 | Laser Copy;MattesL | 330 | 33.00 |
| 13/01/11 | Laser Copy;jacobsr | 51 | 5.10 |
| 13/01/11 | Laser Copy;NELSON M | 68 | 6.80 |
| 13/01/11 | Laser Copy;Williams, Denise | 146 | 14.60 |
| 13/01/11 | Air Canada return flight to New York for R. Jacobs on Jan. 20/11; 2011-1-20 | 1 | 824.88 |
| 13/01/11 | Air Canada return flight to New York for R. Jacobs on Jan. 17-19/11; 2011-1-17 | 1 | 769.03 |
| 13/01/11 | ECarswell | 1 | 57.25 |
| 13/01/11 | ECarswell | 1 | 257.25 |
| 13/01/11 | Working Lunch for R. Jacobs, A. MacFarlane & J. Hetu - Jan. 6/11 - Mr. Sub; 2011-1-6 | 1 | 20.17 |
| 13/01/11 | Working dinner on Jan. 7/11 - Osaka Sushi - Jarvis Hetu; 2011-1-7 | 1 | 31.38 |
| 14/01/11 | Laser Copy;NORTH, Alexandra | 78 | 7.80 |
| 14/01/11 | Working Lunch for A. MacFarlane, R. Jacobs & J. Hetu - Jan. 13/11 - Mr. Sub; 2011-1-13 | 1 | 21.67 |
| 14/01/11 | Laser Copy;jacobsr | 66 | 6.60 |
| 14/01/11 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 14/01/11 | Laser Copy;NELSON M | 124 | 12.40 |
| 14/01/11 | Laser Copy;MattesL | 109 | 10.90 |
| 14/01/11 | Working dinner - Pita Land & Booster Juice - on January 11, 2011 re working late; 2011-1-11 | 1 | 20.67 |
| 14/01/11 | ECarswell | 1 | 41.00 |
| 16/01/11 | Bell Conferencing/M Wunder/Invoice 106778726 | 1 | 5.66 |
| 16/01/11 | Bell Conferencing/M Wunder/Invoice 106778726 | 1 | 32.69 |
| 16/01/11 | Bell Conferencing/Ryan Jacobs/Invoice 106778726 | 1 | 40.28 |
| 17/01/11 | Laser Copy;jacobsr | 31 | 3.10 |
| 17/01/11 | Laser Copy;NORTH, Alexandra | 34 | 3.40 |
| 17/01/11 | Laser Copy;KARTASHM | 129 | 12.90 |
| 17/01/11 | Laser Copy;KUKULOWI | 94 | 9.40 |
| 17/01/11 | Laser Copy;DamaniA | 103 | 10.30 |
| 17/01/11 | Laser Copy;NELSON M | 162 | 16.20 |
| 17/01/11 | Laser Copy;WUNDER M | 6 | 0.60 |
| 17/01/11 | Laser Copy;HETU, Jarvis | 204 | 20.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 17/01/11 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 17/01/11 | ECarswell | 1 | 11.00 |
| 18/01/11 | Taxi from office to Pearson Airport - September 1, 2010; 2010-9-1 A. MacFarlane | 1 | 53.10 |
| 18/01/11 | Laser Copy;NELSON M | 47 | 4.70 |
| 18/01/11 | Dinner while traveling at Pearson Airport - September 1, 2010; 2010-9-1 A. MacFarlane | 1 | 23.53 |
| 18/01/11 | Dinner due to working late -August 25, 2010; 2010-8-25 A. MacFarlane | 1 | 10.87 |
| 18/01/11 | Laser Copy;MacFarlaneA | 45 | 4.50 |
| 18/01/11 | Return airfare from Halifax to Toronto - September 1, 2010; 2010-9-1 A. MacFarlane | 1 | 588.25 |
| 18/01/11 | Taxi from 77 King to Court - January 7, 2011; 2011-1-7 A. MacFarlane | 1 | 8.85 |
| 18/01/11 | Taxi cab to Court - January 7, 2011; A. MacFarlane | 1 | 7.08 |
| 18/01/11 | Taxi from 100 King Street to Pearson Airport - September 1, 2010; 2010-9-1 A. MacFarlane | 1 | 53.10 |
| 18/01/11 | Taxi from Pearson Airport to office - September 1, 2010; 2010-9-1 A. MacFarlane | 1 | 57.52 |
| 18/01/11 | Cab fare to Court - September 1, 2010; 2010-9-1 A. MacFarlane | 1 | 7.08 |
| 19/01/11 | Laser Copy;NELSON M | 213 | 21.30 |
| 19/01/11 | ECarswell | 1 | 9.25 |
| 19/01/11 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 586013460/794336580070 Recipient: BRAD M. KAHN Company: AKIN GUMP STRAUSS HAUER & FELD | 1 | 245.56 |
| 19/01/11 | Cerlox / Clear Cover / FMC Cover | 1 | 234.00 |
| 19/01/11 | Photocopy;DamaniA | 5335 | 533.50 |
| 19/01/11 | Photocopy;DuldulaoF | 1344 | 134.40 |
| 19/01/11 | Photocopy;HETU, Jarvis | 31 | 3.10 |
| 19/01/11 | Laser Copy;KUKULOWI | 1 | 0.10 |
| 19/01/11 | Laser Copy;MacFarlaneA | 166 | 16.60 |
| 19/01/11 | Laser Copy;DamaniA | 578 | 57.80 |
| 19/01/11 | Laser Copy;GOUGEON | 5 | 0.50 |
| 19/01/11 | Photocopy;HETU, Jarvis | 84 | 8.40 |
| 19/01/11 | Laser Copy;HETU, Jarvis | 112 | 11.20 |
| 19/01/11 | Laser Copy;jacobsr | 14 | 1.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 19/01/11 | Laser Copy;KAPLAN M | 102 | 10.20 |
| 19/01/11 | Parking for M. Wunder on Jan. 13/11; 2011-1-13 | 1 | 26.55 |
| 20/01/11 | Rogers Wireless charges for M. Wunder from Nov. 2-16/10; 2010-11-2 | 1 | 184.92 |
| 20/01/11 | ECarswell | 1 | 134.25 |
| 20/01/11 | Laser Copy;HETU, Jarvis | 34 | 3.40 |
| 20/01/11 | Laser Copy;CHINJ | 211 | 21.10 |
| 20/01/11 | Laser Copy;MacFarlaneA | 43 | 4.30 |
| 20/01/11 | Laser Copy;Williams, Denise | 391 | 39.10 |
| 20/01/11 | Quick Law | 1 | 131.95 |
| 20/01/11 | Laser Copy;jacobsr | 64 | 6.40 |
| 20/01/11 | Laser Copy;NELSON M | 256 | 25.60 |
| 20/01/11 | Telephone;12128721008;New YorkNY;TO44 | 1 | 0.51 |
| 20/01/11 | Laser Copy;DamaniA | 471 | 47.10 |
| 20/01/11 | Hotel room at Le Parker Meridien in New York for R. Jacobs on Jan. 18/11; 2011-1-18 | 1 | 384.84 |
| 21/01/11 | Quick Law | 1 | 30.82 |
| 21/01/11 | Laser Copy;NELSON M | 4 | 0.40 |
| 21/01/11 | Working meal at Boston Market in New York for R. Jacobs on Nov. 5/10; 2010-11-5 | 1 | 10.20 |
| 21/01/11 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 21/01/11 | Telephone;17192347615;ColoradoCO; TO47 | 1 | 105.28 |
| 21/01/11 | Parking for R. Jacobs on Dec. 16/10; 2010-12-16 | 1 | 8.85 |
| 21/01/11 | Parking for R. Jacobs on Dec. 15/10; 2010-12-15 | 1 | 17.70 |
| 21/01/11 | Telephone;17192347615;ColoradoCO; TO47 | 1 | 20.72 |
| 21/01/11 | Telephone;17192347615;ColoradoCO; TO44 | 1 | 105.28 |
| 21/01/11 | Air Canada change fee for trip to New York for R. Jacobs on Jan. 20/11; 2011-1-20 | 1 | 501.00 |
| 21/01/11 | Laser Copy;KUKULOWI | 5 | 0.50 |
| 21/01/11 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 21/01/11 | Taxi Charges -  Diamond Taxicab Association /inv dated Dec 31/10 - M J Wunder on Dec 6, 2010 | 1 | 24.12 |
| 21/01/11 | Taxi from work to Avenue and Lawrence for R. Jacobs on Jan. 11/11; 2011-1-11 | 1 | 30.09 |
| 21/01/11 | Taxi for R. Jacobs on Dec. 29/10; 2010-12-29 | 1 | 30.88 |
| 21/01/11 | Taxi for R. Jacobs on Jan. 20/11; 2011-1-20 | 1 | 42.34 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 23, 2011
Invoice #: 2820375
Page 49 of 50

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 23/01/11 | Laser Copy;MacFarlaneA | 40 | 4.00 |
| 24/01/11 | Laser Copy;jacobsr | 26 | 2.60 |
| 24/01/11 | Laser Copy;NELSON M | 2 | 0.20 |
| 24/01/11 | Laser Copy;MattesL | 255 | 25.50 |
| 25/01/11 | Laser Copy;NELSON M | 61 | 6.10 |
| 25/01/11 | Taxi for R. Jacobs on Jan. 21/11; 2011-1-21 | 1 | 54.25 |
| 25/01/11 | Laser Copy;HETU, Jarvis | 16 | 1.60 |
| 25/01/11 | Hotel room at Le Parker Meridien in New York for R. Jacobs on Jan. 20/11; 2011-1-20 | 1 | 384.84 |
| 26/01/11 | Parking at CF TD Tower Parking - shown on VISA bill; 2010-12-9 A. MacFarlane | 1 | 24.78 |
| 26/01/11 | Laser Copy;jacobsr | 43 | 4.30 |
| 26/01/11 | Laser Copy;NELSON M | 41 | 4.10 |
| 26/01/11 | Telephone;12128728064;New YorkNY;TO47 | 1 | 4.08 |
| 26/01/11 | Telephone;12128016971;New YorkNY;TO47 | 1 | 0.51 |
| 26/01/11 | Working meal at Subway for R. Jacobs on Jan. 10/11; 2011-1-10 | 1 | 10.48 |
| 27/01/11 | Laser Copy;MattesL | 33 | 3.30 |
| 27/01/11 | Laser Copy;MattesL | 43 | 4.30 |
| 27/01/11 | Laser Copy;NELSON M | 130 | 13.00 |
| 27/01/11 | Laser Copy;jacobsr | 110 | 11.00 |
| 27/01/11 | Laser Copy;MacFarlaneA | 43 | 4.30 |
| 28/01/11 | Laser Copy;NELSON M | 81 | 8.10 |
| 28/01/11 | Taxi cab to Court; 2011-1-14 A. MacFarlane | 1 | 8.85 |
| 28/01/11 | Laser Copy;NELSON M | 3 | 0.30 |
| 28/01/11 | Food for Working Group Meeting (MacFarlane/Hetu/Jacobs/Wunder) - Maxim /J.Hetu/inv 301743 | 1 | 34.00 |
| 28/01/11 | Laser Copy;MattesL | 10 | 1.00 |
| 31/01/11 | Laser Copy;jacobsr | 36 | 3.60 |
| 31/01/11 | Accommodation for Mary Picard at Le Parker Meridien in New York on January 20th 2011; 2011-1-31 | 1 | 384.84 |
| 31/01/11 | Parking for M. Wunder on Feb. 2/11; 2011-2-2 | 1 | 26.55 |
| 31/01/11 | Airline ticket for Mary Picard return Toronto to New York - January 20-21 for Committee Advisor meeting in New York; 2011-1-31 | 1 | 810.60 |
| 31/01/11 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 31/01/11 | Taxi from FCP to Eglinton for M. Wunder on Jan. 27/11; 2011-1-27 | 1 | 23.01 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 31/01/11 | Cab fare for Mary Picard to Toronto Pearson Airport on January 20th 2011; 2011-1-31 | 1 | 30.97 |
| 31/01/11 | Cab Fare for Mary Picard from Toronto Pearson Aiport on January 21st 2011; 2011-1-31 | 1 | 39.82 |
| 31/01/11 | Working dinner at Subway for M. Wunder on Jan. 27/11; 2011-1-27 | 1 | 6.99 |
| | Total | CDN | $10,932.62 |