# EXHIBIT D

## List of Professionals and Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co. LLC**

**November 1, 2010 - November 30, 2010**

**Summary of Services Rendered by Project**

| Project # | Project Description | Nov |
|---|---|---|
| 1 | Interface with Company Personnel | 32.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 32.9 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 11.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 152.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 3.0 |
| 11 | Fee Application, Engagement | 2.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | 233.4 |

**Summary of Services Rendered by Professional**

| Name | Nov |
|---|---|
| Terry Savage, Managing Director | 3.6 |
| David Descoteaux, Managing Director | 53.0 |
| Matthew Hart, Director | 9.0 |
| Colin Keenan, Vice President | 106.3 |
| Justin Lux, Analyst | 61.5 |
| **TOTAL** | 233.4 |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/10 | Weekly IP Call | 0.5 | 2 |
| 11/09/10 | Weekly IP Call | 0.6 | 2 |
| 11/12/10 | Weekly IP Call | 0.5 | 2 |
| 11/23/10 | Weekly IP Call | 0.7 | 2 |
| 11/24/10 | Call with Jim Bromley re: IP | 0.5 | 2 |
| 11/30/10 | Weekly IP Call | 0.8 | 2 |
| | **NOVEMBER HOURS** | 3.6 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/01/10 | calls, general process, emails | 3.5 | 2 |
| 11/02/10 | calls, general process, emails | 2.5 | 2 |
| 11/03/10 | calls, general process, emails | 1.5 | 1 |
| 11/04/10 | calls, general process, emails | 2.5 | 8 |
| 11/05/10 | mgmt prep, general process, meetings, calls, travel to/from boston | 12.0 | 1 |
| 11/08/10 | calls, general process, emails | 2.0 | 2 |
| 11/09/10 | calls, general process, emails | 2.5 | 8 |
| 11/10/10 | calls, general process, emails | 2.0 | 8 |
| 11/11/10 | calls, general process, emails | 1.5 | 8 |
| 11/12/10 | calls, general process, emails | 2.5 | 8 |
| 11/15/10 | calls, general process, emails | 3.5 | 8 |
| 11/16/10 | calls, general process, emails | 2.5 | 2 |
| 11/17/10 | calls, general process, emails | 3.0 | 2 |
| 11/18/10 | calls, general process, emails | 1.5 | 8 |
| 11/19/10 | calls, general process, emails | 1.0 | 1 |
| 11/22/10 | calls, general process, emails | 1.5 | 8 |
| 11/23/10 | calls, general process, emails | 2.5 | 8 |
| 11/29/10 | calls, general process, emails | 3.0 | 8 |
| 11/30/10 | calls, general process, emails | 2.0 | 8 |
| | **NOVEMBER HOURS** | **53.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/02/10 | Weekly IP working group call | 1.0 | 2 |
| 11/09/10 | Weekly IP working group call | 1.0 | 2 |
| 11/12/10 | Call w/various parties re. IP | 0.5 | 2 |
| 11/16/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/16/10 | Weekly IP working group call | 1.0 | 2 |
| 11/22/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 11/23/10 | Weekly IP working group call | 1.0 | 2 |
| 11/30/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/30/10 | Weekly IP working group call | 1.0 | 2 |
| | **NOVEMBER HOURS** | 9.0 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/01/10 | Internal discussion re IP | 1.5 | 1 |
| 11/01/10 | FA RFI response | 2.5 | 2 |
| 11/01/10 | IP coordination and logistics | 1.5 | 8 |
| 11/02/10 | IP coordination and logistics | 3.0 | 8 |
| 11/02/10 | IP NLT & FA calls | 1.0 | 2 |
| 11/02/10 | FA RFI response | 1.5 | 2 |
| 11/03/10 | IP coordination and logistics | 2.5 | 8 |
| 11/03/10 | Travel to Boston | 5.5 | 8 |
| 11/04/10 | Meeting with interest party | 13.0 | 8 |
| 11/05/10 | Meeting with interest party & Travel back to NYC | 14.0 | 8 |
| 11/06/10 | IP coordination and logistics | 2.0 | 8 |
| 11/08/10 | Internal discussion re IP | 1.0 | 1 |
| 11/08/10 | IP coordination and logistics | 3.0 | 8 |
| 11/09/10 | IP coordination and logistics | 1.5 | 8 |
| 11/10/10 | Review of tax related information & follow-up discussion | 2.5 | 8 |
| 11/11/10 | IP coordination and logistics | 3.0 | 8 |
| 11/12/10 | Call with interested party | 1.5 | 8 |
| 11/12/10 | IP coordination and logistics | 2.5 | 8 |
| 11/13/10 | Financial modeling review | 4.0 | 3 |
| 11/15/10 | IP coordination and logistics | 2.0 | 8 |
| 11/15/10 | Financial modeling review | 2.5 | 3 |
| 11/15/10 | Review draft of sale related forms | 1.5 | 8 |
| 11/16/10 | IP NLT & FA calls | 1.3 | 2 |
| 11/16/10 | IP coordination and logistics | 2.5 | 8 |
| 11/17/10 | Financial modeling review | 4.5 | 3 |
| 11/18/10 | Process letter drafting | 3.5 | 8 |
| 11/19/10 | Process letter drafting | 2.0 | 8 |
| 11/19/10 | IP coordination and logistics | 1.5 | 8 |
| 11/20/10 | Process letter drafting | 1.5 | 8 |
| 11/21/10 | IP coordination and logistics | 2.0 | 8 |
| 11/22/10 | Internal discussion re IP | 1.0 | 1 |
| 11/22/10 | Process letter prep | 1.5 | 8 |
| 11/23/10 | IP coordination and logistics | 3.5 | 8 |
| 11/29/10 | IP coordination and logistics | 3.0 | 8 |
| 11/30/10 | Process letter prep | 1.5 | 8 |
| 11/30/10 | IP coordination and logistics | 4.0 | 8 |
| | **NOVEMBER HOURS** | **106.3** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/01/10 | General process/diligence/emails re. IP | 3.0 | 8 |
| 11/01/10 | Financial Analysis/model | 2.0 | 8 |
| 11/02/10 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 11/02/10 | NLT Call | 0.5 | 1 |
| 11/03/10 | Hours/Fee Application Prep | 1.5 | 11 |
| 11/03/10 | General process/diligence/emails re. IP | 2.0 | 8 |
| 11/04/10 | General process/diligence/emails re. IP | 0.5 | 8 |
| 11/04/10 | Financial Analysis/model | 4.0 | 8 |
| 11/05/10 | Financial Analysis/model | 5.0 | 8 |
| 11/05/10 | Debt Pricing Update | 0.5 | 8 |
| 11/07/10 | Financial Analysis/model | 3.0 | 8 |
| 11/08/10 | General process/diligence/emails re. IP | 1.0 | 8 |
| 11/08/10 | Financial Analysis/model | 3.5 | 8 |
| 11/09/10 | NLT Call | 0.5 | 1 |
| 11/09/10 | General process/diligence/emails re. IP | 2.5 | 8 |
| 11/11/10 | General process/diligence/dataroom re. IP | 3.0 | 8 |
| 11/12/10 | Call with FAs re. IP Model | 1.0 | 2 |
| 11/12/10 | Process letter drafting | 3.0 | 8 |
| 11/15/10 | Process letter drafting | 1.5 | 8 |
| 11/16/10 | NLT Call | 0.5 | 1 |
| 11/17/10 | General process/diligence/dataroom re. IP | 1.5 | 1 |
| 11/18/10 | IP coordination and logistics | 2.0 | 8 |
| 11/19/10 | Diligence call with interested party | 1.5 | 8 |
| 11/22/10 | Hours/Fee Application Prep | 0.5 | 11 |
| 11/23/10 | General process/diligence/emails re. IP | 2.5 | 1 |
| 11/23/10 | NLT Call | 0.5 | 1 |
| 11/23/10 | Internal diligence calls | 1.0 | 1 |
| 11/24/10 | Diligence call with interested party | 1.5 | 8 |
| 11/25/10 | General process/diligence/dataroom re. IP | 3.0 | 1 |
| 11/29/10 | Research, diligence and analysis | 3.0 | 10 |
| 11/30/10 | NLT Call | 0.5 | 1 |
| 11/30/10 | General process/diligence re. IP | 4.0 | 1 |
| | **NOVEMBER HOURS** | 61.5 | |