# EXHIBIT E

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

November 1, 2010 - November 30, 2010

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: November 1, 2010 - November 30, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $297.28 |
| Courier/Shipping | 374.53 |
| Employee Meals | 130.12 |
| Meals-Meetings/Travel | 47.00 |
| Travel | 1,522.40 |
| **TOTAL** | **$2,371.33** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Nov 10.xlsx

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 11/9/2010 | Descoteaux-bos logan to hilton 11/04/2010 | 32.00 |
| | 11/4/2010 | Descoteaux-cab penn stn - E62nd St. 09/30/2010 | 12.24 |
| | 11/30/2010 | Descoteaux-D 09/30/2010 19:07 Origin: 401 7 AV  PENNSYLVANIA HOTEL Dest: 301 E 62  M / DIAL | 55.44 |
| | 11/30/2010 | Keenan-D 09/17/2010 23:58 Origin: 49 W 49 ST  M Dest: JANE ST 10014 M / DIAL CAR INC | 28.83 |
| | 11/23/2010 | Lux-Cab 10/18 MonLateOffice-Home 10/18/2010 | 9.90 |
| | 11/23/2010 | Lux-TAXI10/21ThursLateOffice-Home 10/21/2010 | 8.87 |
| | 11/18/2010 | Murray-NYC- airport to meeting 09/24/2010 | 40.00 |
| | 11/18/2010 | Murray-PHL- airport to hotel 09/29/2010 | 35.00 |
| | 11/1/2010 | Zhang-Boston-Taxi home 10/08/2010 | 25.00 |
| | 11/1/2010 | Zhang-Boston-Taxi home 10/13/2010 | 25.00 |
| | 11/1/2010 | Zhang-Boston-Taxi home 10/18/2010 | 25.00 |
| | | Subtotal: | 297.28 |
| **Couriers / Shipping** | | | |
| | 11/19/2010 | U 03-NOV-2010 / UNITED PARCEL SERVICE INC. | 216.40 |
| | 11/19/2010 | U 02-NOV-2010 / UNITED PARCEL SERVICE INC. | 49.41 |
| | 11/19/2010 | U 02-NOV-2010 / UNITED PARCEL SERVICE INC. | 46.83 |
| | 11/19/2010 | U 02-NOV-2010 / UNITED PARCEL SERVICE INC. | 37.37 |
| | 11/19/2010 | U 02-NOV-2010 / UNITED PARCEL SERVICE INC. | 24.52 |
| | | Subtotal: | 374.53 |
| **Employee Meals** | | | |
| | 11/24/2010 | Keenan-M 02-NOV-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.38 |
| | 11/24/2010 | Lux-M 03-NOV-2010 1 Darbar / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 11/24/2010 | Lux-M 09-NOV-2010 Lime Jungle (50t / SEAMLESSWEB PROFESSIONAL | 26.05 |
| | 11/24/2010 | Ruegger-M 04-NOV-2010 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | 26.21 |
| | 11/24/2010 | Ruegger-M 09-NOV-2010 Ravagh / SEAMLESSWEB PROFESSIONAL | 26.23 |
| | | Subtotal: | 130.12 |
| **Meals-Meetings/Travel** | | | |
| | 11/4/2010 | Descoteaux-dinne while traveling 09/30/2010 | 47.00 |
| | | Subtotal: | 47.00 |
| **Travel** | | | |
| | 11/4/2010 | Descoteaux-AMERICAN EXPRESS RAIL TICKET F 09/30/2010 | 36.00 |
| | 11/4/2010 | Descoteaux-amtrk ny-del-ny business 09/30/2010 | 274.00 |
| | 11/9/2010 | Murray-BOS 1day @ Logan Airport 09/24/2010 | 24.00 |
| | 11/9/2010 | Murray-BOSLGA(econ)US Airways 09/24/2010 | 597.40 |
| | 11/9/2010 | Murray-PDV 1 night at TF GreenAirport 10/01/2010 | 22.00 |
| | 11/9/2010 | Murray-PHL 1n@FourSeasons(250/n) 09/30/2010 | 288.00 |

Nortel_Nov 10.xlsx  Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 11/9/2010 | Murray-PVDPHL(coach)USAir 09/29/2010 | 281.00 |
| | | Subtotal: | 1,522.40 |
| | | CLOSING BALANCE as of 11/30/2010 | 2,371.33 |