# EXHIBIT D

# List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
December 1, 2010 - December 31, 2010

## Summary of Services Rendered by Project

| Project # | Project Description | Dec |
|---|---|---|
| 1 | Interface with Company Personnel | 15.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 21.7 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 7.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 183.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 3.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **230.2** |

## Summary of Services Rendered by Professional

| Name | Dec |
|---|---|
| Terry Savage, Managing Director | 2.2 |
| David Descoteaux, Managing Director | 41.5 |
| Matthew Hart, Director | 7.5 |
| Colin Keenan, Vice President | 105.0 |
| Justin Lux, Analyst | 74.0 |
| **TOTAL** | **230.2** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/06/10 | Weekly IP Call | 0.7 | 2 |
| 12/14/10 | Weekly IP Call | 0.5 | 2 |
| 12/22/10 | Internal IP Discussion | 1.0 | 1 |
| | **DECEMBER HOURS** | 2.2 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/02/10 | calls, general process, emails, meeting with bidder | 3.5 | 8 |
| 12/03/10 | calls, general process, emails | 1.0 | 2 |
| 12/06/10 | calls, general process, emails | 3.5 | 2 |
| 12/07/10 | calls, general process, emails | 1.5 | 2 |
| 12/08/10 | calls, general process, emails | 1.0 | 8 |
| 12/10/10 | calls, general process, emails | 2.0 | 8 |
| 12/13/10 | calls, general process, emails | 2.0 | 2 |
| 12/15/10 | mgmt prep, general process, meetings, calls | 5.0 | 8 |
| 12/16/10 | calls, general process, emails, meeting | 3.5 | 2 |
| 12/17/10 | calls, general process, emails | 1.5 | 2 |
| 12/21/10 | calls, general process, emails, review bids | 9.0 | 8 |
| 12/22/10 | mgmt prep, general process, meetings, calls | 8.0 | 1 |
| | **DECEMBER HOURS** | 41.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/03/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 12/07/10 | Weekly IP working group call | 1.0 | 2 |
| 12/08/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 12/10/10 | Call w/various parties re. IP | 1.0 | 2 |
| 12/14/10 | Weekly IP working group call | 1.0 | 2 |
| 12/17/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 12/21/10 | Weekly IP working group call | 1.0 | 2 |
| 12/22/10 | Call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 12/22/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| | **DECEMBER HOURS** | 7.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/01/10 | Internal discussion re IP | 2.0 | 1 |
| 12/01/10 | Travel for meeting with interested party | 9.0 | 8 |
| 12/02/10 | Meeting with interested party & travel to NY | 18.0 | 8 |
| 12/03/10 | Travel back to NYC (overnight travel) | 7.0 | 8 |
| 12/06/10 | Review draft sale docs | 1.5 | 8 |
| 12/07/10 | IP coordination and logistics | 2.5 | 8 |
| 12/08/10 | IP coordination and logistics | 3.0 | 8 |
| 12/10/10 | IP coordination and logistics | 2.0 | 8 |
| 12/13/10 | Travel for meeting with interested party | 7.0 | 8 |
| 12/14/10 | Meeting with interested party & travel to NY | 14.0 | 8 |
| 12/15/10 | Meeting with interested party | 12.0 | 8 |
| 12/16/10 | IP coordination and logistics | 1.0 | 8 |
| 12/17/10 | IP business model data research | 3.5 | 3 |
| 12/17/10 | IP coordination and logistics | 3.0 | 8 |
| 12/20/10 | IP bid review and overview prep | 7.0 | 8 |
| 12/21/10 | IP bid review and overview prep | 3.5 | 8 |
| 12/22/10 | Internal discussion re IP | 2.0 | 1 |
| 12/22/10 | Discussion re: bids | 1.0 | 8 |
| 12/23/10 | Discussion re: bids | 1.0 | 8 |
| 12/27/10 | FA RFI response prep | 3.0 | 8 |
| 12/28/10 | FA RFI response prep | 2.0 | 8 |
| | **DECEMBER HOURS** | 105.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/01/10 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 12/02/10 | Internal call | 0.5 | 8 |
| 12/03/10 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 12/06/10 | General process/diligence/dataroom re. IP | 3.0 | 8 |
| 12/07/10 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 12/08/10 | IP coordination and logistics | 2.0 | 8 |
| 12/09/10 | General process/diligence/dataroom re. IP | 0.5 | 8 |
| 12/10/10 | General process/diligence/emails re. IP | 2.0 | 8 |
| 12/13/10 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 12/13/10 | IP coordination and logistics | 2.0 | 2 |
| 12/14/10 | Creditor FA call | 0.5 | 2 |
| 12/14/10 | NLT Call | 0.5 | 1 |
| 12/14/10 | IP coordination and logistics | 1.5 | 8 |
| 12/15/10 | General process/diligence/dataroom re. IP | 2.0 | 8 |
| 12/16/10 | Hours/Fee Application Prep | 3.0 | 11 |
| 12/16/10 | IP coordination and logistics | 1.5 | 8 |
| 12/17/10 | General process/diligence/dataroom re. IP | 3.5 | 8 |
| 12/17/10 | IP business model data research | 3.5 | 3 |
| 12/18/10 | Financial Analysis/model | 8.0 | 8 |
| 12/19/10 | Financial Analysis/model | 7.0 | 8 |
| 12/20/10 | IP bid review and overview prep | 6.0 | 8 |
| 12/21/10 | IP bid review and overview prep | 4.0 | 8 |
| 12/22/10 | Financial Analysis/materials prep | 1.0 | 8 |
| 12/22/10 | IP bid review and overview prep | 2.0 | 8 |
| 12/22/10 | Internal discussion re IP | 2.0 | 1 |
| 12/23/10 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 12/27/10 | General process/diligence/emails re. IP | 1.5 | 8 |
| 12/28/10 | Dataroom activity diligence | 4.0 | 8 |
| 12/29/10 | General process/diligence/dataroom re. IP | 6.0 | 8 |
| | **DECEMBER HOURS** | **74.0** | |