# EXHIBIT E

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

December 1, 2010 - December 31, 2010

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: December 1, 2010 - December 31, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $324.83 |
| Electronic Information Service | 26.40 |
| Employee Meals | 21.44 |
| Meals-Meetings/Travel | 4,280.05 |
| Photocopying Costs | 1,571.95 |
| Telephone/Telex/Fax-Usage | 24.00 |
| Travel | 3,109.99 |
| **TOTAL** | **$9,358.66** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Dec 10.XLS

Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 12/3/2010 | Descoteaux-Bos airport to hilton for mtg. 11/05/2010 | | 26.80 |
| | 12/10/2010 | Hart-Taxi client mtg to office 11/11/2010 | | 16.90 |
| | 12/10/2010 | Hart-Taxi office to client mtg 11/11/2010 | | 20.60 |
| | 12/1/2010 | Keenan-Cab Amtrak-BostonHotel11/4 11/04/2010 | | 10.00 |
| | 12/1/2010 | Keenan-Cab BostonHotelToAmtrak11/5 11/05/2010 | | 10.00 |
| | 12/2/2010 | Keenan-R 10/18/2010 17:06 Origin: 50 W 50TH ST Dest: LGA / ROYAL DISPATCH SERVICES | | 53.77 |
| | 12/2/2010 | Keenan-R 10/20/2010 14:54 Origin: 1330 6TH AVE Dest: LGA / ROYAL DISPATCH SERVICES | | 47.68 |
| | 12/3/2010 | Keenan-TAXI 10/14ThursLateOffice-Home 10/14/2010 | | 13.20 |
| | 12/3/2010 | Keenan-TAXI 10/21ThursLateOffice-Home 10/21/2010 | | 14.30 |
| | 12/3/2010 | Keenan-TAXI 11/10WedLateOffice-home 11/10/2010 | | 11.90 |
| | 12/3/2010 | Keenan-TAXI11/1MonLateOffice-Home 11/01/2010 | | 11.50 |
| | 12/3/2010 | Zhang-Taxi-Boston-office to BOS 10/25/2010 | | 19.38 |
| | 12/3/2010 | Zhang-Taxi-NYC-hotel to airport 10/26/2010 | | 34.92 |
| | 12/3/2010 | Zhang-Taxi-NYC-LGA to dinner 10/25/2010 | | 33.88 |
| | | | Subtotal: | 324.83 |
| **Electronic Information Service** | | | | |
| | 12/3/2010 | HospitalityTech11/4Internet 11/04/2010 | | 14.95 |
| | 12/3/2010 | Hospitality11/5InternetNoRecpt 11/05/2010 | | 11.45 |
| | | | Subtotal: | 26.40 |
| **Employee Meals** | | | | |
| | 12/3/2010 | Keenan-JUSTSALAD10/11MondayLateDinner 10/11/2010 | | 21.44 |
| | | | Subtotal: | 21.44 |
| **Meals-Meetings/Travel** | | | | |
| | 12/3/2010 | Descoteaux-dinner while traveling 11/04/2010 | | 50.00 |
| | 12/3/2010 | Keenan-AMTRAK ACELA CAFE11/5Dinner 11/05/2010 | | 10.50 |
| | 12/1/2010 | Keenan-Breakfast 11/5 in Boston 11/05/2010 | | 5.89 |
| | 12/3/2010 | Keenan-Hilton Boston breakfast (28 ppl) 11/4 11/04/2010 | 1060 | 686.07 |
| | 12/3/2010 | Keenan-Hilton Boston lunch (28 ppl) 11/4 11/04/2010 | | 980.00 |
| | 12/3/2010 | Keenan-Hilton Boston lunch 11/5 (28 ppl) 11/05/2010 | | 980.00 |
| | 12/3/2010 | Keenan-UMBRIA PRIME11/BOSTON dinner (28 ppl) 11/04/2010 | | 1,540.00 |
| | 12/3/2010 | Keenan-MED.GRILL.BOSTON lunch 11/4 11/04/2010 | | 9.51 |
| | 12/3/2010 | Keenan-PRIMOCAPPUCCINO11/3Dinner@Penn 11/03/2010 | | 18.08 |
| | | | Subtotal: | 4,280.05 |
| **Photocopying Costs** | | | | |
| | 12/14/2010 | CPYCNTR JOBS DONE IN 11/10  (60 - 500 page books for potential buyers) | | 1,571.95 |
| | | | Subtotal: | 1,571.95 |

Nortel_Dec 10.XLS

| | | | Expense Detail |
|---|---|---|---|
| **Telephone/Telex/Fax-Usage/Re** | | | |
| 12/3/2010 | Keenan-Hotel11/4 BOSTON internet 11/04/2010 | | 12.00 |
| 12/3/2010 | Keenan-Hotel11/3 BOSTON Internet 11/03/2010 | | 12.00 |
| | | Subtotal: | 24.00 |
| | | | |
| **Travel** | | | |
| 12/3/2010 | Descoteaux-AA ORD-BOS Coach 11/03/2010 | | 755.99 |
| 12/3/2010 | Descoteaux-AMERICAN EXPRESS AXCESS EXPRES 11/02/2010 | | 19.00 |
| 12/3/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 11/03/2010 | | 36.00 |
| 12/3/2010 | Descoteaux-DELTA Bos-LGA Coach 11/04/2010 | | 247.34 |
| 12/3/2010 | Keenan-AMERICAN EXPRESS RAIL TICKET F 11/03/2010 | | 36.00 |
| 12/3/2010 | Keenan-AMTRAK BOSTON-Penn11/5 11/03/2010 | | 142.00 |
| 12/3/2010 | Keenan-AMTRAK#572  11/3Penn-Boston 11/03/2010 | | 128.00 |
| 12/3/2010 | Keenan-Hotel11/3BOSTON2nite@349.60 11/03/2010 | | 789.70 |
| 11/9/2010 | Murray-US AIRWAYS NEW YORK NY 09/24/2010 | | (298.70) |
| 12/3/2010 | Zhang-AmEx Travel fee 10/25/2010 | | 36.00 |
| 12/3/2010 | Zhang-AmEx Travel fee 10/26/2010 | | 36.00 |
| 12/3/2010 | Zhang-Hotel-NYC-1 night $550 10/26/2010 | | 634.62 |
| 12/3/2010 | Zhang-tkt-BOS to LGA-coach 10/25/2010 | | 300.70 |
| 12/3/2010 | Zhang-tkt-LGA to BOS-coach 10/26/2010 | | 247.34 |
| | | Subtotal: | 3,109.99 |

CLOSING BALANCE as of 12/31/2010   9,358.66