# EXHIBIT D

# List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
January 1, 2011 - January 31, 2011
Summary of Services Rendered by Project

| Project # | Project Description | Jan |
|---|---|---|
| 1 | Interface with Company Personnel | 26.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 21.0 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 82.3 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 4.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **133.8** |

Summary of Services Rendered by Professional

| Name | Jan |
|---|---|
| David Descoteaux, Managing Director | 57.0 |
| Matthew Hart, Director | 4.0 |
| Colin Keenan, Vice President | 40.3 |
| Justin Lux, Analyst | 32.5 |
| **TOTAL** | **133.8** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/03/11 | calls, general process, emails | 2.5 | 2 |
| 01/04/11 | calls, general process, emails | 2.0 | 8 |
| 01/05/11 | mgmt prep, general process, meetings, calls | 5.0 | 1 |
| 01/06/11 | calls, general process, emails | 4.5 | 8 |
| 01/07/11 | calls, general process, emails | 2.0 | 2 |
| 01/10/11 | mgmt prep, general process, meetings, calls | 9.0 | 1 |
| 01/11/11 | calls, general process, emails | 5.5 | 8 |
| 01/12/11 | calls, general process, emails | 3.5 | 8 |
| 01/13/11 | calls, general process, emails | 1.5 | 8 |
| 01/18/11 | calls, general process, emails | 5.5 | 8 |
| 01/19/11 | calls, general process, emails | 1.5 | 2 |
| 01/20/11 | calls, general process, emails | 2.5 | 8 |
| 01/21/11 | calls, general process, emails | 3.0 | 8 |
| 01/25/11 | calls, general process, emails | 1.5 | 8 |
| 01/27/11 | calls, general process, emails | 1.5 | 2 |
| 01/28/11 | calls, emails | 1.5 | 1 |
| 01/31/11 | calls, general process, emails | 4.5 | 2 |
| | **JANUARY HOURS** | **57.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/03/11 | Call w/mgmt, GIP, CGSH, OR re. IP | 1.0 | 8 |
| 01/11/11 | Call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 01/11/11 | Weekly IP working group call | 1.0 | 2 |
| 01/25/11 | Weekly IP working group call | 1.0 | 2 |
| | **JANUARY HOURS** | 4.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/03/11 | IP coordination and logistics | 3.0 | 8 |
| 01/03/11 | Internal discussion re IP | 1.5 | 1 |
| 01/03/11 | FA RFI response prep | 2.5 | 8 |
| 01/03/11 | IP business model data research | 3.5 | 8 |
| 01/04/11 | IP business model data research & discussions | 2.0 | 8 |
| 01/04/11 | FA RFI response prep | 2.0 | 8 |
| 01/04/11 | IP coordination and logistics | 1.5 | 8 |
| 01/05/11 | FA RFI response draft | 1.5 | 8 |
| 01/05/11 | Meeting with FAs | 2.5 | 2 |
| 01/06/11 | IP coordination and logistics | 1.5 | 8 |
| 01/07/11 | IP coordination and logistics | 2.5 | 8 |
| 01/10/11 | Review draft sale docs | 1.8 | 8 |
| 01/10/11 | Multiples calls with and re: interested parties | 2.0 | 2 |
| 01/11/11 | FA call | 1.5 | 2 |
| 01/12/11 | IP coordination and logistics | 2.0 | 8 |
| 01/13/11 | IP coordination and logistics | 2.5 | 8 |
| 01/14/11 | Internal discussion re IP | 1.5 | 1 |
| 01/17/11 | IP coordination and logistics | 2.0 | 8 |
| 01/18/11 | Internal discussion re IP | 1.0 | 1 |
| 01/19/11 | FA call | 1.0 | 8 |
| 01/21/11 | Internal discussion re IP | 1.0 | 1 |
| **JANUARY HOURS** | | **40.3** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/03/11 | Internal calls/process | 1.5 | 8 |
| 01/04/11 | Financial Analysis/materials prep | 3.5 | 8 |
| 01/05/11 | NLT Meeting | 2.0 | 1 |
| 01/05/11 | Internal calls/process | 1.0 | 1 |
| 01/08/11 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 01/09/11 | General process/emails re. IP | 0.5 | 8 |
| 01/10/11 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 01/11/11 | Financial Analysis/materials prep | 3.0 | 8 |
| 01/12/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 01/13/11 | General process/diligence/dataroom re. IP | 2.0 | 8 |
| 01/14/11 | General process/diligence/dataroom re. IP | 0.5 | 8 |
| 01/17/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 01/17/11 | Hours/Fee Application Prep | 4.5 | 11 |
| 01/18/11 | Internal calls/process | 1.0 | 1 |
| 01/18/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 01/19/11 | Financial Analysis/materials prep | 3.0 | 8 |
| 01/19/11 | Update call with creditor Fas | 0.5 | 1 |
| 01/20/11 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 01/21/11 | General process/diligence/dataroom re. IP | 0.5 | 8 |
| 01/27/11 | General process/diligence/dataroom re. IP | 0.5 | 8 |
| 01/31/11 | General process, calls, emails | 1.0 | 1 |
| | **JANUARY HOURS** | 32.5 | |