# EXHIBIT E

# Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**January 1, 2011 - January 31, 2011**

**Fee Calculation**

| Item | Amount Incurred |
|---|---|
| Monthly Fees: January 1, 2011 - January 31, 2011 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

**Summary of Out-of-Pocket Expenses** [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $206.00 |
| Courier/Shipping | 6.92 |
| Electronic Information Service | 120.51 |
| Employee Meals | 270.29 |
| Meals-Meetings/Travel | 353.75 |
| Miscellaneous | 483.01 |
| Telephone/Telex/Fax-Usage | 92.61 |
| Travel | 3,976.71 |
| **TOTAL** | **$5,509.80** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Jan 11.xlsx

Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 1/10/2011 | Descoteaux-cab 30 rock to 1 liberty plaza 11/17/2010 | 7.80 |
| | 1/25/2011 | Keenan-Cab JFKtoNYChome12/2 12/02/2010 | 50.07 |
| | 1/26/2011 | Keenan-Cab1/4TuelateniteOffice-Home 01/04/2011 | 11.10 |
| | 1/27/2011 | Keenan-Cab12/3FrilateniteOffice-Home 12/03/2010 | 11.10 |
| | 1/28/2011 | Keenan-D 11/23/2010 01:25 Origin: 49 W 49 ST  M Dest: JANE ST 10014 M / DIAL CAR INC | 28.83 |
| | 1/28/2011 | Keenan-D 12/21/2010 02:21 Origin: 49 W 49 ST  M Dest: JANE ST 10014 M / DIAL CAR INC | 28.83 |
| | 1/27/2011 | Keenan-TAXI11/30TuesOffice-HomeToPack 11/30/2010 | 11.10 |
| | 1/26/2011 | Keenan-TAXITuesLateOffice-HomeNoRecpt 12/14/2010 | 8.80 |
| | 1/3/2011 | Lux-Cab11/22MonLateOffice-home 11/22/2010 | 9.30 |
| | 1/3/2011 | Lux-TAXI 11/15MonLateOffice-Home 11/15/2010 | 8.70 |
| | 1/3/2011 | Lux-TAXI 11/21SunHomeToOffice 11/21/2010 | 10.25 |
| | 1/3/2011 | Lux-TAXI 11/21SunOfficeToHome 11/21/2010 | 9.75 |
| | 1/3/2011 | Lux-TAXI 11/23TuesLateOffice-Home 11/23/2010 | 10.37 |
| | | Subtotal: | 206.00 |
| **Couriers / Shipping** | | | |
| | 1/10/2011 | U 29-NOV-2010 1201 N. MARKET S / UNITED PARCEL SERVICE INC. | 6.92 |
| | | Subtotal: | 6.92 |
| **Electronic Information Service** | | | |
| | 1/24/2011 | INVESTEXT NOV 10 USAGE / THOMSON REUTERS (MARKETS) LLC | 120.51 |
| | | Subtotal: | 120.51 |
| **Employee Meals** | | | |
| | 1/13/2011 | Keenan-M 03-JAN-2011 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.66 |
| | 1/13/2011 | Keenan-M 04-JAN-2011 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.65 |
| | 1/13/2011 | Keenan-M 20-DEC-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 1/13/2011 | Keenan-M 21-DEC-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 26.03 |
| | 1/13/2011 | Keenan-M 21-NOV-2010 Ess-a-Bagel / SEAMLESSWEB PROFESSIONAL | 15.46 |
| | 1/13/2011 | Keenan-M 22-NOV-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.99 |
| | 1/13/2011 | Keenan-M 29-NOV-2010 Sherwood To Go / SEAMLESSWEB PROFESSIONAL | 22.98 |
| | 1/13/2011 | Lux-M 18-NOV-2010 Lime Jungle (50t / SEAMLESSWEB PROFESSIONAL | 25.50 |
| | 1/13/2011 | Lux-M 20-DEC-2010 Hawaiian Island / SEAMLESSWEB PROFESSIONAL | 24.95 |
| | 1/13/2011 | Lux-M 23-NOV-2010 Lime Jungle (50t / SEAMLESSWEB PROFESSIONAL | 26.20 |
| | 1/13/2011 | Ruegger-M 21-NOV-2010 The Pump: 55th S / SEAMLESSWEB PROFESSIONAL | 25.62 |
| | | Subtotal: | 270.29 |
| **Meals-Meetings/Travel** | | | |
| | 1/14/2011 | Keenan-NOV5,2010 PIZZERIA-BOSTON  lunch 1p | 5.89 |
| | 1/26/2011 | Keenan-CAFE METRO client lunch15 01/05/2011 | 309.54 |
| | 1/26/2011 | Keenan-CERIALITY NYdinnerOnRoad12/13 12/13/2010 | 18.49 |

Nortel_Jan 11.xlsx

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Meals-Meetings/Travel** | 1/27/2011 | Keenan-CAFENEWARKtoSanFran11/30bfast 1p 11/30/2010 | 19.83 |
| | | Subtotal: | 353.75 |
| **Stationery & Office Supplies** | 1/5/2011 | OFFICE SUPPLIES (NOV '10) / OFFICEMAX INCORPORATED | 483.01 |
| | | Subtotal: | 483.01 |
| **Telephone/Telex/Fax-Usage/Re** | 1/26/2011 | Keenan-COURTCALLRegistrationToListen 12/29/2010 | 30.00 |
| | 1/27/2011 | Keenan-SHERATON1/13ChicagoInternet 12/15/2010 | 9.95 |
| | 1/27/2011 | Keenan-VERIZONcharger while traveling 12/01/2010 | 32.76 |
| | 1/27/2011 | Keenan-WESTIN12/2PALO ALTOinternet 12/03/2010 | 9.95 |
| | 1/27/2011 | Keenan-WESTIN11/30PALO ALTOinternet 12/03/2010 | 9.95 |
| | | Subtotal: | 92.61 |
| **Travel** | 1/26/2011 | Keenan-UnitedEWR/Chicago12/13coach 12/13/2010 | 735.70 |
| | 1/26/2011 | Keenan-UNITED093Chicago/LGAcoach12/14 12/14/2010 | 309.70 |
| | 1/26/2011 | Keenan-SHERATON1/13Chicago1nite@129 12/15/2010 | 145.77 |
| | 1/26/2011 | Keenan-UNITEDCHICAGOchangeFeeAtAirprt 12/14/2010 | 39.00 |
| | 1/26/2011 | Keenan-AMERICAN EXPRESS E TICKET FEE 12/14/2010 | 36.00 |
| | 1/26/2011 | Keenan-AMERICAN EXPRESS E TICKET FEE 12/13/2010 | 36.00 |
| | 1/26/2011 | Keenan-AMERICAN EXPRESS E TICKET FEE 12/14/2010 | 36.00 |
| | 1/26/2011 | Keenan-SHERATON12/13ChicagoDinner 12/14/2010 | 22.94 |
| | 1/26/2011 | Keenan-NJtrainPenn-EWKAirprt12/13NoRcp 12/13/2010 | 12.50 |
| | 1/27/2011 | Keenan-AMERICAN AIRLINES San Fran/JFK coach 12/01/2010 | 670.00 |
| | 1/27/2011 | Keenan-CO11/30 Nwk/SanFran coach 11/30/2010 | 775.00 |
| | 1/27/2011 | Keenan-WESTIN11/30PALO ALTO2nite@389 12/03/2010 | 873.58 |
| | 1/27/2011 | Keenan-HERTZ11/30SANFRAN1day@59 12/01/2010 | 173.52 |
| | 1/27/2011 | Keenan-AMERICAN EXPRESS TICKET FEE 12/01/2010 | 36.00 |
| | 1/27/2011 | Keenan-AMERICAN EXPRESS E TICKET FEE 11/30/2010 | 36.00 |
| | 1/27/2011 | Keenan-AMERICAN EXPRESS AXCESS 12/01/2010 | 19.00 |
| | 1/27/2011 | Keenan-WESTIN11/30PALO ALTOpark 12/03/2010 | 10.00 |
| | 1/27/2011 | Keenan-WESTIN12/1PALO ALTOpark 12/03/2010 | 10.00 |
| | | Subtotal: | 3,976.71 |

**CLOSING BALANCE as of 1/31/2011**  5,509.80