IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on March 1, 2011, SNMP Research International, Inc. served **SNMP Research International, Inc.'s First Set of Interrogatories and Request for Production of Documents** on the following parties as indicated:

*Via Hand Delivery*

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*Via First Class U.S. Mail*

Salvatore Bianca, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

Dated: March 1, 2011

CIARDI CIARDI & ASTIN

_____
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

12