**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date:  March 23, 2011 at 9:30** |
| | ) **a.m.** |
| | ) |

**EIGHTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR
COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE
ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD
<u>OF NOVEMBER 1, 2010 THROUGH JANUARY 31, 2011</u>**

E&Y LLP hereby submits its eighth quarterly fee application request (the

"<u>Request</u>") for the period November 1, 2010 through and including January 31, 2011 (the

"<u>Compensation Period</u>").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/1/11 | 11/1/10-1/31/11 | $591,660 | $0 | pending | $473,328 | $0 | $118,332 |
| **TOTAL** | | **$591,660** | **$0** | | | | **$118,332** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses

requested in the above-referenced fee application and payment by the Debtors of the amount

requested in such fee application in full.

---

[1]    Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order

attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and

proper.

Dated: March 1, 2011                          Respectfully submitted,


                                              /s/ Joanne Lee
                                              Joanne Lee
                                              Foley & Lardner LLP
                                              321 N. Clark Street, Suite 2800
                                              Chicago, IL 60654
                                              Tel. 312.832.4500
                                              jlee@foley.com