Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

INVOICE

Invoice Number: 8246
Invoice Date: 3/1/2011
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| November 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $803.14 |
| Courier | $34.17 |
| Meals | $126.44 |
| Presentation Services | $30.00 |
| Transportation - Air | $1,180.50 |
| Transportation - Ground | $643.60 |
| **Total Out-of-Pocket Expenses:** | $2,817.85 |

**TOTAL DUE** $162,817.85

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-8246- Nortel

11