Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
November 1, 2010 – November 30, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | $803.14 |
| Courier | $34.17 |
| Meals | $126.44 |
| Presentation Services | $30.00 |
| Transportation – Air | $1,180.50 |
| Transportation – Ground | $643.60 |
| Total | $2,817.85 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/13/2010 | $6.45 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/15/2010 | $8.52 |
| ROLAND SIN | Presentation Resources | Create/Edit Presentation | 9/16/2010 | $30.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/16/2010 | $12.70 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/16/2010 | $5.15 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/22/2010 | $30.92 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/22/2010 | $7.40 |
| MICHAEL K. MORAN | Transportation - Ground | Return Taxi | 9/22/2010 | $8.60 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 9/24/2010 | $9.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home (AM) | 9/24/2010 | $9.70 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/13/2010 | $12.00 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight - SF to NYC | 10/14/2010 | $632.85 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight NYC to SF | 10/15/2010 | $547.65 |
| LEO CHANG | Meals | Overtime Meal | 10/18/2010 | $25.50 |
| LEO CHANG | Meals | Overtime Meal | 10/20/2010 | $25.49 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/21/2010 | $24.39 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/21/2010 | $25.04 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/21/2010 | $25.41 |
| MICHAEL J HENKIN | Accommodation | Hotel Tax | 10/25/2010 | $36.38 |
| MICHAEL J HENKIN | Accommodation | Hotel Tip | 10/25/2010 | $5.00 |
| MICHAEL J HENKIN | Accommodation | Hotel Room | 10/25/2010 | $228.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 10/25/2010 | $40.00 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 10/25/2010 | $15.00 |
| MICHAEL J HENKIN | Accommodation | Hotel Room | 10/26/2010 | $228.00 |
| MICHAEL J HENKIN | Accommodation | Hotel Tax | 10/26/2010 | $36.38 |
| MICHAEL J HENKIN | Accommodation | Hotel Tip | 10/26/2010 | $5.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Car Service- Office to Home | 10/26/2010 | $31.62 |
| MICHAEL J HENKIN | Accommodation | Hotel Room | 10/27/2010 | $228.00 |
| MICHAEL J HENKIN | Accommodation | Hotel Tax | 10/27/2010 | $36.38 |
| FEDERAL EXPRESS CORPORATION | Courier | Send document to client | 10/27/2010 | $34.17 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 10/27/2010 | $13.88 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 10/28/2010 | $11.12 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/28/2010 | $8.70 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at Office | 10/28/2010 | $49.50 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 10/28/2010 | $30.00 |
| MICHAEL J HENKIN | Transportation - Ground | Personal Mileage - Drove to Office | 10/28/2010 | $19.25 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/1/2010 | $9.90 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/2/2010 | $7.40 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/2/2010 | $9.40 |
| MICHAEL K. MORAN | Transportation - Ground | Car Service for D. Botter- Jefferies Office to Home | 11/8/2010 | $115.86 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 11/9/2010 | $13.70 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/10/2010 | $9.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 11/10/2010 | $20.00 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 11/11/2010 | $13.90 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel mediation meeting | 11/14/2010 | $22.80 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel mediation meeting | 11/15/2010 | $27.02 |
| CARY S. VERASCO | Transportation - Ground | Taxi from Nortel mediation meeting | 11/15/2010 | $26.30 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel mediation meeting | 11/16/2010 | $27.12 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/17/2010 | $12.30 |
| Total: | | | | $2,817.85 |

14