Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
November 1, 2010 - November 30, 2010

| Name | Position | Hours Worked |
|---|---|---:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 108.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 6.0 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 71.0 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 10.5 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 10.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 40.5 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 82.0 |
| Mushfiqa Jamaluddin | Analyst, Generalist | 40.0 |
| | **Total** | **368.8** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
November 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 11/2/2010 | 4.00 | Research and analysis; review of materials |
| Michael Henkin | 11/3/2010 | 2.00 | Analysis |
| Michael Henkin | 11/4/2010 | 2.00 | Analysis |
| Michael Henkin | 11/5/2010 | 3.00 | Call with other professionals; review of materials |
| Michael Henkin | 11/6/2010 | 3.25 | Review of materials |
| Michael Henkin | 11/7/2010 | 2.75 | Review of materials |
| Michael Henkin | 11/8/2010 | 10.00 | Various correspondence; meetings with other professionals |
| Michael Henkin | 11/9/2010 | 6.00 | Call with Jefferies team; review of materials |
| Michael Henkin | 11/10/2010 | 5.75 | Call with other professionals; travel |
| Michael Henkin | 11/11/2010 | 13.00 | Meetings with other professionals |
| Michael Henkin | 11/12/2010 | 9.00 | Meetings with other professionals |
| Michael Henkin | 11/13/2010 | 2.25 | Call with Jefferies team; analysis |
| Michael Henkin | 11/14/2010 | 12.50 | Meetings with other professionals |
| Michael Henkin | 11/15/2010 | 14.50 | Meetings with other professionals |
| Michael Henkin | 11/16/2010 | 9.75 | Meetings with other professionals |
| Michael Henkin | 11/18/2010 | 5.00 | Travel |
| Michael Henkin | 11/22/2010 | 0.75 | Call with other professionals; review of materials |
| Michael Henkin | 11/23/2010 | 1.00 | Review of materials |
| Michael Henkin | 11/24/2010 | 1.50 | Review of materials |
| Michael Henkin | 11/30/2010 | 0.75 | Call with other professionals |
| **November 2010 Summary Hours for Michael Henkin** | | **108.75** | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 11/1/2010 | 1.00 | Review of documents |
| Phil Berkowitz | 11/3/2010 | 2.00 | Committee Call |
| Phil Berkowitz | 11/17/2010 | 1.00 | Committee Call |
| Phil Berkowitz | 11/29/2010 | 2.00 | Review of Materials |
| **November 2010 Summary Hours for Phil Berkowitz** | | **6.00** | |
| *Leo Chang* | | | |
| Leo Chang | 11/3/2010 | 2.00 | Committee Call |
| Leo Chang | 11/8/2010 | 6.00 | Meeting with other professionals |
| Leo Chang | 11/9/2010 | 4.00 | Meeting with other professionals |
| Leo Chang | 11/11/2010 | 10.00 | Meetings with other professionals |
| Leo Chang | 11/12/2010 | 9.00 | Meetings with other professionals |
| Leo Chang | 11/13/2010 | 2.25 | Call with Jefferies team; review of materials |
| Leo Chang | 11/14/2010 | 12.00 | Meetings with other professionals |
| Leo Chang | 11/15/2010 | 14.00 | Meetings with other professionals |
| Leo Chang | 11/16/2010 | 9.00 | Meetings with other professionals |
| Leo Chang | 11/17/2010 | 1.00 | Various correspondence |
| Leo Chang | 11/22/2010 | 1.00 | Call with other professionals; review of materials |
| Leo Chang | 11/30/2010 | 0.75 | Call with other professionals |
| **November 2010 Summary Hours for Leo Chang** | | **71.00** | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 11/1/2010 | 1.00 | Review of documents |
| Gaurav Kittur | 11/3/2010 | 2.00 | Committee Call |
| Gaurav Kittur | 11/4/2010 | 1.00 | Review of documents |
| Gaurav Kittur | 11/6/2010 | 2.00 | Review of documents |
| Gaurav Kittur | 11/12/2010 | 2.00 | IP Call |
| Gaurav Kittur | 11/17/2010 | 1.00 | Committee Call |
| Gaurav Kittur | 11/29/2010 | 1.50 | Review of Materials |
| **November 2010 Summary Hours for Gaurav Kittur** | | **10.50** | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 11/1/2010 | 1.00 | Review of documents |
| Paul Zangrilli | 11/3/2010 | 2.00 | Committee Call |
| Paul Zangrilli | 11/4/2010 | 1.00 | Review of documents |
| Paul Zangrilli | 11/13/2010 | 2.00 | Call with other professionals |
| Paul Zangrilli | 11/17/2010 | 2.00 | Call with other professionals; review materials |
| Paul Zangrilli | 11/23/2010 | 1.00 | Call with other professionals |
| Paul Zangrilli | 11/30/2010 | 1.00 | Review of documents |
| **November 2010 Summary Hours for Paul Zangrilli** | | **10.00** | |

Jefferies & Company, Inc.
November 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Cary Verasco* | | | |
| Cary Verasco | 11/2/2010 | 1.50 | Meeting with other committee advisors |
| Cary Verasco | 11/3/2010 | 2.00 | Committee call, internal discussion, various correspondence |
| Cary Verasco | 11/6/2010 | 1.00 | Review materials, prepare materials |
| Cary Verasco | 11/8/2010 | 1.00 | Prepare materials |
| Cary Verasco | 11/9/2010 | 0.50 | Various correspondence |
| Cary Verasco | 11/13/2010 | 0.50 | Call with other committee advisors |
| Cary Verasco | 11/14/2010 | 11.00 | Meeting with other professionals and related travel |
| Cary Verasco | 11/15/2010 | 10.00 | Meeting with other professionals and related travel |
| Cary Verasco | 11/16/2010 | 8.00 | Meeting with other professionals and related travel |
| Cary Verasco | 11/17/2010 | 2.00 | Call with other professionals; review materials, prepare analysis |
| Cary Verasco | 11/22/2010 | 2.00 | Meeting with other professionals |
| Cary Verasco | 11/30/2010 | 1.00 | Call with other professionals |
| **November 2010 Summary Hours for Cary Verasco** | | **40.50** | |
| *Michael Moran* | | | |
| Michael Moran | 11/1/2010 | 2.00 | Review of documents |
| Michael Moran | 11/2/2010 | 1.50 | Call with other professionals |
| Michael Moran | 11/3/2010 | 4.50 | Committee call; review of documents; research |
| Michael Moran | 11/4/2010 | 2.50 | Call with other professionals; review of documents |
| Michael Moran | 11/5/2010 | 2.00 | Analysis |
| Michael Moran | 11/6/2010 | 2.50 | Review of analysis; research |
| Michael Moran | 11/8/2010 | 7.00 | Meeting with other professionals and related travel; research |
| Michael Moran | 11/9/2010 | 6.00 | Meeting with other professionals and related travel; analysis |
| Michael Moran | 11/10/2010 | 3.50 | Call with other professionals; review of analysis |
| Michael Moran | 11/11/2010 | 13.00 | Meeting with other professionals; related travel |
| Michael Moran | 11/12/2010 | 10.00 | Meeting with other professionals; call with other professionals |
| Michael Moran | 11/13/2010 | 2.00 | Call with other professionals |
| Michael Moran | 11/14/2010 | 11.00 | Meeting with other professionals; related travel |
| Michael Moran | 11/15/2010 | 1.00 | Call with committee |
| Michael Moran | 11/17/2010 | 2.00 | Call with other professionals; review materials |
| Michael Moran | 11/19/2010 | 2.50 | Review of materials |
| Michael Moran | 11/22/2010 | 2.00 | Meeting with other professionals |
| Michael Moran | 11/23/2010 | 1.00 | Call with other professionals |
| Michael Moran | 11/29/2010 | 3.00 | Preparation of materials |
| Michael Moran | 11/30/2010 | 3.00 | Call with other professionals; review of materials |
| **November 2010 Summary Hours for Michael Moran** | | **82.00** | |
| *Mushfiqa Jamaluddin* | | | |
| Mushfiqa Jamaluddin | 11/1/2010 | 5.00 | Review documents |
| Mushfiqa Jamaluddin | 11/2/2010 | 4.50 | Prepare materials; review documents |
| Mushfiqa Jamaluddin | 11/3/2010 | 2.00 | Committee call |
| Mushfiqa Jamaluddin | 11/4/2010 | 3.50 | Review materials |
| Mushfiqa Jamaluddin | 11/5/2010 | 2.00 | Call with other professionals |
| Mushfiqa Jamaluddin | 11/6/2010 | 4.00 | Review materials |
| Mushfiqa Jamaluddin | 11/8/2010 | 4.00 | Meeting with other professionals |
| Mushfiqa Jamaluddin | 11/9/2010 | 9.00 | Meeting with other professionals |
| Mushfiqa Jamaluddin | 11/10/2010 | 1.00 | Call with committee |
| Mushfiqa Jamaluddin | 11/12/2010 | 2.00 | Call with other professionals |
| Mushfiqa Jamaluddin | 11/16/2010 | 1.00 | Call with other professionals |
| Mushfiqa Jamaluddin | 11/17/2010 | 1.00 | Call with other professionals |
| Mushfiqa Jamaluddin | 11/29/2010 | 1.00 | Preparation of materials |
| **November 2010 Summary Hours for Mushfiqa Jamaluddin** | | **40.00** | |