Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
December 1, 2010 – December 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $2,938.88 |
| Meals | $925.25 |
| Transportation – Air | $3,212.58 |
| Transportation – Ground | $1,600.07 |
| Total | $8,676.78 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Flight- SF to NYC | 9/27/2010 | $2,499.40 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Court | 9/30/2010 | $34.04 |
| ERIC FROEHLIG | Transportation - Ground | Expense Distribution | 10/2/2010 | $59.32 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/16/2010 | $10.80 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Office | 10/25/2010 | $18.40 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 10/25/2010 | $15.41 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/25/2010 | $25.46 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 10/26/2010 | $19.34 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 10/26/2010 | $14.49 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 10/27/2010 | $24.39 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/27/2010 | $0.84 |
| CARY S. VERASCO | Meals | Overtime Meal | 10/27/2010 | $24.99 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/28/2010 | $7.50 |
| LEO J. CHANG | Meals | Overtime Meal | 10/28/2010 | $25.50 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/28/2010 | $25.32 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 10/30/2010 | $13.40 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 10/30/2010 | $10.40 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/30/2010 | $15.09 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 10/31/2010 | $15.17 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/1/2010 | $9.89 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/1/2010 | $7.40 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/1/2010 | $25.46 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/2/2010 | $25.06 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/2/2010 | $25.50 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Office | 11/3/2010 | $23.76 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/3/2010 | $7.08 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/3/2010 | $24.88 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/3/2010 | $25.30 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/4/2010 | $23.52 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 11/4/2010 | $9.70 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/4/2010 | $7.08 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/4/2010 | $25.39 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/4/2010 | $25.29 |
| LEO J. CHANG | Meals | Overtime Meal | 11/4/2010 | $20.67 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/5/2010 | $24.80 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/6/2010 | $8.88 |
| RAYMOND NG | Transportation - Ground | Expense Distribution | 11/6/2010 | $37.70 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/7/2010 | $6.95 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/8/2010 | $8.90 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/8/2010 | $25.26 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/8/2010 | $24.33 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 11/9/2010 | $11.73 |
| MICHAEL J HENKIN | Transportation - Air | Cancelled Flight Reimbursement | 11/9/2010 | ($1,400.70) |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Flight- SF to NYC | 11/9/2010 | $1,370.70 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/9/2010 | $7.08 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/9/2010 | $23.86 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/9/2010 | $25.35 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 11/10/2010 | $38.87 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/10/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/10/2010 | $50.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 11/10/2010 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/10/2010 | $20.43 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 11/10/2010 | $80.00 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SF Office | 11/10/2010 | $10.00 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/10/2010 | $9.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/10/2010 | $7.40 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/10/2010 | $25.50 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/10/2010 | $25.26 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 11/11/2010 | $30.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/11/2010 | $312.80 |

14

15

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/11/2010 | $50.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 11/11/2010 | $5.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Meeting | 11/11/2010 | $25.00 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/11/2010 | $19.05 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/11/2010 | $14.70 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 11/12/2010 | $38.07 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/12/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/12/2010 | $50.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 11/12/2010 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/12/2010 | $24.98 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Meeting | 11/12/2010 | $25.00 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/12/2010 | $17.50 |
| LEO J. CHANG | Meals | Client Meal (2 attendees) | 11/13/2010 | $79.68 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/13/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/13/2010 | $50.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 11/13/2010 | $5.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/13/2010 | $17.52 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/13/2010 | $21.74 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/13/2010 | $18.11 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/14/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/14/2010 | $50.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 11/14/2010 | $5.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Meeting | 11/14/2010 | $22.00 |
| MICHAEL K. MORAN | Transportation - Ground | OT Taxi- Office to Home | 11/14/2010 | $16.40 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/14/2010 | $15.10 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 11/15/2010 | $35.65 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Home | 11/15/2010 | $42.10 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/15/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/15/2010 | $50.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 11/15/2010 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/15/2010 | $16.11 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Meeting | 11/15/2010 | $23.00 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/15/2010 | $21.20 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/15/2010 | $25.36 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 11/16/2010 | $18.96 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/16/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/16/2010 | $50.81 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Meeting | 11/16/2010 | $23.00 |
| MICHAEL K. MORAN | Transportation - Ground | Taxi- Office to Court | 11/16/2010 | $17.10 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/17/2010 | $312.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/17/2010 | $50.81 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/17/2010 | $20.47 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/17/2010 | $11.16 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/17/2010 | $25.06 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/18/2010 | $8.90 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 11/18/2010 | $57.00 |
| MICHAEL J HENKIN | Transportation - Ground | Gas Charge - Drove to Office | 11/18/2010 | $35.00 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking (8 days) | 11/18/2010 | $234.60 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/18/2010 | $25.20 |
| PATRICK T. MORROW | Meals | Overtime Meal | 11/18/2010 | $25.28 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 11/19/2010 | $13.90 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/19/2010 | $25.06 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/19/2010 | $24.53 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/20/2010 | $15.32 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 11/20/2010 | $24.66 |
| LEO J. CHANG | Transportation - Air | Roundtrip Flight- NYC to Toronto | 11/23/2010 | $743.18 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/24/2010 | $11.40 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 11/24/2010 | $12.87 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 11/25/2010 | $8.10 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/30/2010 | $10.12 |

16

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL K. MORAN | Meals | Overtime Meal | 11/30/2010 | $14.78 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 12/1/2010 | $7.75 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 12/1/2010 | $5.75 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 12/1/2010 | $11.90 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 12/2/2010 | $11.40 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 12/3/2010 | $10.81 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 12/3/2010 | $25.00 |
| MICHAEL K. MORAN | Meals | Overtime Meal | 12/3/2010 | $17.84 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Meeting | 12/4/2010 | $13.11 |
| LEO J. CHANG | Meals | Overtime Meal | 12/6/2010 | $6.94 |
| LEO J. CHANG | Transportation - Ground | Taxi- Airport to Home | 12/6/2010 | $30.60 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Airport | 12/6/2010 | $50.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 12/6/2010 | $9.96 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 12/7/2010 | $9.95 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 12/9/2010 | $16.68 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 12/14/2010 | $9.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 12/15/2010 | $9.95 |
| **Total:** | | | | $8,676.78 |

17