Exhibit C

# Jefferies & Company, Inc.

## Summary of Hours Worked
December 1, 2010 - December 31, 2010

| Name | Position | Hours Worked |
|---|---|---:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 12.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 4.0 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 7.5 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 9.0 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 8.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 9.5 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 35.5 |
| Mushfiqa Jamaluddin | Analyst, Generalist | 7.5 |
| | **Total** | **93.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
December 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 12/1/2010 | 3.75 | Call with other professionals |
| Michael Henkin | 12/3/2010 | 1.25 | Review of materials |
| Michael Henkin | 12/6/2010 | 0.75 | Review of materials |
| Michael Henkin | 12/7/2010 | 0.75 | Review of materials; discussion with Jefferies team |
| Michael Henkin | 12/8/2010 | 1.00 | Call with other professionals |
| Michael Henkin | 12/9/2010 | 1.00 | Call with Committee |
| Michael Henkin | 12/14/2010 | 0.50 | Review of materials |
| Michael Henkin | 12/15/2010 | 0.75 | Review of materials; various correspondence |
| Michael Henkin | 12/20/2010 | 1.00 | Call with other professionals; review of materials |
| Michael Henkin | 12/22/2010 | 0.75 | Call with other professionals |
| Michael Henkin | 12/23/2010 | 1.00 | Call with Committee |
| December 2010 Summary Hours for Michael Henkin | | 12.50 | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 12/2/2010 | 1.00 | Review of documents |
| Phil Berkowitz | 12/10/2010 | 2.00 | Review of materials |
| Phil Berkowitz | 12/23/2010 | 1.00 | Call with other professionals |
| December 2010 Summary Hours for Phil Berkowitz | | 4.00 | |
| *Leo Chang* | | | |
| Leo Chang | 12/1/2010 | 3.00 | Call with other professionals |
| Leo Chang | 12/3/2010 | 1.50 | Various correspondence; review analysis |
| Leo Chang | 12/8/2010 | 1.00 | Call with other professionals |
| Leo Chang | 12/9/2010 | 1.00 | Call with Committee |
| Leo Chang | 12/13/2010 | 1.00 | Review of materials |
| December 2010 Summary Hours for Leo Chang | | 7.50 | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 12/2/2010 | 2.00 | Review of documents |
| Gaurav Kittur | 12/6/2010 | 1.00 | Call with other professionals |
| Gaurav Kittur | 12/10/2010 | 2.00 | Review of materials |
| Gaurav Kittur | 12/17/2010 | 1.00 | Review of materials |
| Gaurav Kittur | 12/22/2010 | 2.00 | Review of materials; call with other professionals |
| Gaurav Kittur | 12/23/2010 | 1.00 | Call with other professionals |
| December 2010 Summary Hours for Gaurav Kittur | | 9.00 | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 12/2/2010 | 2.00 | Review of documents |
| Paul Zangrilli | 12/3/2010 | 1.00 | Review of documents |
| Paul Zangrilli | 12/6/2010 | 1.50 | Call with other professionals |
| Paul Zangrilli | 12/10/2010 | 2.00 | Review of materials |
| Paul Zangrilli | 12/21/2010 | 1.50 | Call with other professionals |
| December 2010 Summary Hours for Paul Zangrilli | | 8.00 | |
| *Cary Verasco* | | | |
| Cary Verasco | 12/1/2010 | 0.50 | Various correspondence |
| Cary Verasco | 12/7/2010 | 1.00 | Various correspondence |
| Cary Verasco | 12/10/2010 | 1.00 | Various correspondence; review materials, internal discussion |
| Cary Verasco | 12/14/2010 | 3.50 | Meeting with other professionals, various correspondence, review materials |
| Cary Verasco | 12/20/2010 | 2.00 | Meeting with Committee member and other professionals |
| Cary Verasco | 12/21/2010 | 1.00 | Call with other professionals |
| Cary Verasco | 12/30/2010 | 0.50 | Review materials, various correspondence |
| December 2010 Summary Hours for Cary Verasco | | 9.50 | |

**Jefferies & Company, Inc.**
December 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Moran* | | | |
| Michael Moran | 12/1/2010 | 3.00 | Call with other professionals; analysis |
| Michael Moran | 12/2/2010 | 2.00 | Review of documents |
| Michael Moran | 12/3/2010 | 3.00 | Analysis |
| Michael Moran | 12/6/2010 | 1.50 | Call with other professionals |
| Michael Moran | 12/7/2010 | 4.00 | Review of documents; preparation of materials |
| Michael Moran | 12/8/2010 | 4.00 | Call with other professionals; review of materials |
| Michael Moran | 12/9/2010 | 1.50 | Call with Committee; various correspondence |
| Michael Moran | 12/10/2010 | 2.00 | Review of materials |
| Michael Moran | 12/13/2010 | 2.50 | Analysis; review of materials |
| Michael Moran | 12/14/2010 | 3.00 | Call with other professionals; various correspondence |
| Michael Moran | 12/15/2010 | 1.00 | Call with other professionals |
| Michael Moran | 12/17/2010 | 1.50 | Review of materials |
| Michael Moran | 12/20/2010 | 1.00 | Review of materials |
| Michael Moran | 12/21/2010 | 1.50 | Call with other professionals |
| Michael Moran | 12/22/2010 | 2.50 | Review of materials; call with other professionals |
| Michael Moran | 12/23/2010 | 1.50 | Call with Committee |
| **December 2010 Summary Hours for Michael Moran** | | **35.50** | |
| | | | |
| *Mushfiqa Jamaluddin* | | | |
| Mushfiqa Jamaluddin | 12/13/2010 | 2.00 | Analysis; review of materials |
| Mushfiqa Jamaluddin | 12/14/2010 | 3.00 | Call with other professionals; various correspondence |
| Mushfiqa Jamaluddin | 12/15/2010 | 1.00 | Call with other professionals |
| Mushfiqa Jamaluddin | 12/17/2010 | 1.50 | Review of materials |
| **December 2010 Summary Hours for Mushfiqa Jamaluddin** | | **7.50** | |