Exhibit A

INVOICE

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: IB7296v
Invoice Date: 03/01/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| *Monthly Fee:* | |
| January 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| *Expenses:* | |
| Meals | $79.34 |
| Presentation Services | $60.00 |
| Transportation - Ground | $280.39 |
| **Total Out-of-Pocket Expenses:** | $419.73 |

| | |
|---|---:|
| **TOTAL DUE** | **$160,419.73** |

**Payment Details**

Wire Instructions

Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #899-065-2772

Reference:   NOR250-IB7296v- Nortel

Check Payment Instructions

Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

11