Exhibit B

12

Jefferies & Company, Inc.
Breakdown of Expenses
January 1, 2011 – January 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $79.34 |
| Presentation Services | $60.00 |
| Transportation – Ground | $280.39 |
| Total | $419.73 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| LEO J. CHANG | Meals | Overtime Meal | 12/10/2010 | $55.73 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 12/15/2010 | $11.73 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 12/16/2010 | $28.39 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 12/17/2010 | $13.40 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Office | 12/20/2010 | $10.20 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 12/22/2010 | $10.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 12/22/2010 | $10.20 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 12/22/2010 | $10.70 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 12/22/2010 | $17.16 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 12/23/2010 | $12.60 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | OT Taxi- Office to Home | 12/27/2010 | $16.10 |
| MUSHFIQA JAMALUDDIN | Meals | Overtime Meal | 12/27/2010 | $23.61 |
| MUSHFIQA JAMALUDDIN | Transportation - Ground | Taxi- Home to Meeting | 12/30/2010 | $17.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 1/11/2011 | $10.20 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 1/13/2011 | $12.80 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 1/16/2011 | $8.88 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 1/16/2011 | $8.05 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 1/17/2011 | $10.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home (AM) | 1/18/2011 | $8.52 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 1/18/2011 | $9.30 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Home | 1/18/2011 | $26.78 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 1/18/2011 | $26.78 |
| RAYMOND NG | Presentation Services | Create/Edit Presentation | 2/2/2011 | $60.00 |
| **Total** | | | | **$419.73** |