Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
January 1, 2011 - January 31, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 30.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 5.5 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 7.5 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 7.5 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 9.0 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 36.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 11.5 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 39.5 |
| | **Total** | **147.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
January 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Michael Henkin** | | | |
| Michael Henkin | 1/2/2011 | 1.00 | Review of materials |
| Michael Henkin | 1/3/2011 | 1.50 | Review of materials |
| Michael Henkin | 1/5/2011 | 7.00 | Travel |
| Michael Henkin | 1/6/2011 | 2.00 | Call with Committee; analysis |
| Michael Henkin | 1/7/2011 | 3.00 | Call with other professionals |
| Michael Henkin | 1/12/2011 | 1.25 | Review of materials; various correspondence |
| Michael Henkin | 1/13/2011 | 1.50 | Call with other professionals |
| Michael Henkin | 1/14/2011 | 1.75 | Review of materials |
| Michael Henkin | 1/19/2011 | 1.00 | Call with other professionals |
| Michael Henkin | 1/20/2011 | 2.50 | Call with Committee; review of materials |
| Michael Henkin | 1/24/2011 | 2.00 | Call with Jefferies team |
| Michael Henkin | 1/25/2011 | 1.00 | Various correspondence |
| Michael Henkin | 1/26/2011 | 2.25 | Call with other professionals; review of materials |
| Michael Henkin | 1/27/2011 | 1.00 | Call with Committee |
| Michael Henkin | 1/30/2011 | 1.00 | Review of materials |
| Michael Henkin | 1/31/2011 | 1.00 | Review of materials |
| **January 2011 Summary Hours for Michael Henkin** | | **30.75** | |
| | | | |
| **Phil Berkowitz** | | | |
| Phil Berkowitz | 1/10/2011 | 1.50 | Review of materials |
| Phil Berkowitz | 1/11/2011 | 1.00 | Review of materials |
| Phil Berkowitz | 1/12/2011 | 1.50 | Call with other professionals; review of materials |
| Phil Berkowitz | 1/31/2011 | 1.50 | Call with other professionals; review of materials |
| **January 2011 Summary Hours for Phil Berkowitz** | | **5.50** | |
| | | | |
| **Leo Chang** | | | |
| Leo Chang | 1/2/2011 | 1.00 | Review of materials |
| Leo Chang | 1/6/2011 | 2.00 | Call with Committee; analysis |
| Leo Chang | 1/7/2011 | 3.00 | Call with other professionals |
| Leo Chang | 1/21/2011 | 0.50 | Various correspondence |
| Leo Chang | 1/27/2011 | 1.00 | Call with Committee |
| **January 2011 Summary Hours for Leo Chang** | | **7.50** | |
| | | | |
| **Gaurav Kittur** | | | |
| Gaurav Kittur | 1/10/2011 | 1.50 | Review of materials |
| Gaurav Kittur | 1/11/2011 | 1.00 | Review of materials |
| Gaurav Kittur | 1/12/2011 | 1.50 | Call with other professionals; review of materials |
| Gaurav Kittur | 1/20/2011 | 2.00 | Review of materials |
| Gaurav Kittur | 1/31/2011 | 1.50 | Review of materials |
| **January 2011 Summary Hours for Gaurav Kittur** | | **7.50** | |
| | | | |
| **Paul Zangrilli** | | | |
| Paul Zangrilli | 1/3/2011 | 2.00 | Review of materials |
| Paul Zangrilli | 1/10/2011 | 2.00 | Review of materials |
| Paul Zangrilli | 1/12/2011 | 1.50 | Call with other professionals; review of materials |
| Paul Zangrilli | 1/20/2011 | 1.50 | Review of materials |
| Paul Zangrilli | 1/31/2011 | 2.00 | Review of materials |
| **January 2011 Summary Hours for Paul Zangrilli** | | **9.00** | |
| | | | |
| **Rory Keenan** | | | |
| Rory Keenan | 1/3/2011 | 2.00 | Review mediation submissions |
| Rory Keenan | 1/4/2011 | 3.00 | Review mediation submissions |
| Rory Keenan | 1/5/2011 | 1.50 | Review mediation submissions |
| Rory Keenan | 1/5/2011 | 1.50 | Call with professionals |
| Rory Keenan | 1/5/2011 | 1.00 | Call with other constituents |
| Rory Keenan | 1/6/2011 | 2.00 | Prep for Committee Call |
| Rory Keenan | 1/6/2011 | 1.50 | Participate in Committee Call |
| Rory Keenan | 1/7/2011 | 2.00 | Review allocation analysis |
| Rory Keenan | 1/9/2011 | 2.00 | Prepare update for Committee |
| Rory Keenan | 1/11/2011 | 1.00 | Review of materials |
| Rory Keenan | 1/12/2011 | 1.00 | Call with other professionals |
| Rory Keenan | 1/13/2011 | 5.00 | Meeting with other professionals |
| Rory Keenan | 1/19/2011 | 2.00 | Call with other professionals; review of materials |
| Rory Keenan | 1/20/2011 | 2.00 | Participate in Committee Call |
| Rory Keenan | 1/21/2011 | 1.00 | Conference call with professionals |
| Rory Keenan | 1/23/2011 | 3.00 | Review of materials |
| Rory Keenan | 1/26/2011 | 0.50 | Conference call with other professionals |
| Rory Keenan | 1/27/2011 | 4.00 | Prepare update for Committee Call. Participate in Committee call. |
| **January 2011 Summary Hours for Rory Keenan** | | **36.00** | |

Jefferies & Company, Inc.
January 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Cary Verasco* | | | |
| Cary Verasco | 1/6/2011 | 2.00 | Call with Committee; analysis |
| Cary Verasco | 1/5/2011 | 3.50 | Meetings with other professionals |
| Cary Verasco | 1/6/2011 | 2.00 | Review analysis, various correspondence |
| Cary Verasco | 1/7/2011 | 0.50 | Internal discussion, various correspondence |
| Cary Verasco | 1/10/2011 | 0.50 | Various correspondence, internal discussion |
| Cary Verasco | 1/12/2011 | 0.50 | Various correspondence |
| Cary Verasco | 1/25/2011 | 0.50 | Various correspondence |
| Cary Verasco | 1/26/2011 | 1.00 | Call with other professionals |
| Cary Verasco | 1/27/2011 | 1.00 | Call with Committee |
| **January 2011 Summary Hours for Cary Verasco** | | **11.50** | |
| | | | |
| *Michael Moran* | | | |
| Michael Moran | 1/3/2011 | 2.50 | Review of materials |
| Michael Moran | 1/4/2011 | 0.50 | Various correspondence |
| Michael Moran | 1/5/2011 | 2.00 | Call with other professionals; preparation of analysis |
| Michael Moran | 1/6/2011 | 2.50 | Call with Committee; Preparation of analysis |
| Michael Moran | 1/7/2011 | 3.50 | Analysis; various correspondence; call with other professionals |
| Michael Moran | 1/10/2011 | 2.00 | Review of materials |
| Michael Moran | 1/11/2011 | 1.00 | Review of materials |
| Michael Moran | 1/12/2011 | 2.00 | Call with other professionals; review of materials |
| Michael Moran | 1/13/2011 | 5.00 | Meeting with other professionals |
| Michael Moran | 1/14/2011 | 1.00 | Various correspondence |
| Michael Moran | 1/17/2011 | 2.00 | Review of materials |
| Michael Moran | 1/19/2011 | 2.50 | Call with other professionals; review of materials |
| Michael Moran | 1/20/2011 | 1.50 | Call with Committee; Review of materials |
| Michael Moran | 1/21/2011 | 1.00 | Various correspondence; review of materials |
| Michael Moran | 1/25/2011 | 1.00 | Various correspondence |
| Michael Moran | 1/26/2011 | 3.50 | Review of materials; prepare analysis |
| Michael Moran | 1/27/2011 | 3.00 | Call with Committee; review of materials |
| Michael Moran | 1/28/2011 | 0.50 | Various correspondence |
| Michael Moran | 1/31/2011 | 2.50 | Preparation of analysis |
| **January 2011 Summary Hours for Michael Moran** | | **39.50** | |