**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF BLANK ROME LLP AND BERNSTEIN, SHUR, SAWYER & NELSON, P.A. PURSUANT TO BANKRUPTCY RULE 2019**

TO ALL PARTIES:

Blank Rome LLP ("Blank Rome") and Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") hereby make the following verified statements pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.  Blank Rome and BSSN were retained to represent Robert Horne ("Horne"), James Young ("Young") and the ad hoc group of participants and/or beneficiaries (collectively with Horne and Young, the "Beneficiaries Group") of the Nortel Networks U.S. Deferred Compensation Plan (the "Plan").

2.  The names and addresses of the members of the Beneficiaries Group are shown on Exhibit A attached hereto.  The amounts listed on Exhibit A as representing the amounts of such member's accounts in the Plan were obtained from proofs of claim and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

...
---

the Debtors' Schedules F.  The members of the Beneficiaries Group reserve their rights to amend the amounts as additional information becomes available through discovery.

3. Each of the members of the Beneficiaries Group is a present or former employee of one or more of the Debtors and is also a participant in and/or beneficiary of the Nortel Networks U.S. Deferred Compensation Plan.  The Beneficiaries Group was formed through the efforts of Horne, Young and other participants.

4. Blank Rome and BSSN are filing this Rule 2019 Statement at the Debtors' request, and by virtue of the stipulation reached with respect to the Debtors' turnover motion relating to the assets of the Plan.  A statement under Rule 2019 is unnecessary with respect to the Beneficiaries Group because the group only represents the interests of its own members and does not represent, or purport to represent, the interests of a larger group at this time.[2]  *See, e.g.,* In re Premier Int'l Holdings, Inc., 423 B.R. 58, 64-65 (Bankr. D. Del. 2010).

5. Counsel has been or will be retained by each member of the Beneficiaries Group.  Each member has contributed to the costs of representation and has either already signed, or committed to sign, an engagement letter identical to the redacted engagement letter attached hereto as Exhibit B.  To the extent any proposed member does not execute the engagement letter, such proposed member will not be a member of the Beneficiaries Group.  Pursuant to the terms of the engagement letters, the Beneficiaries Group is governed by a subcommittee of up to seven members, and such subcommittee has the authority to advise and authorize counsel to the Beneficiaries Group.  The initial

---

[2] To the extent that pursuit of class remedies through a class action or class proof of claim is determined to be appropriate after discovery, the Beneficiaries Group reserves the right to pursue such remedies.

subcommittee was comprised of Horne and Young, but has now been expanded to seven members.

6.   Full membership of the Beneficiaries Group is still being determined and supplemental Rule 2019 statements will be filed to the extent practicable as new members are added to the Beneficiaries Group, or to the extent current members cease to be members of the Beneficiaries Group.

Date: March 2, 2011   **BLANK ROME LLP**

/s/ *Bonnie Glantz Fatell*
Bonnie Glantz Fatell, Esq. (No.3809)
Jane Ann Bee (No. 5457)
1201 Market Street
Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6423
Telecopier: (302) 428-5110
Email: Fatell@BlankRome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**
Robert J. Keach, Esq.
Paul McDonald, Esq.
Jessica A. Lewis, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Telecopier: (207) 774-1127

**VERIFICATION**

We declare under penalty of perjury that the facts set forth in the verified statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. pursuant to Bankruptcy Rule 2019 are true and correct, to the best of our personal knowledge, information and belief.

Date: March 2, 2011                  /s/ *Bonnie Glantz Fatell*
                                           Bonnie Glantz Fatell (No. 3809)

                                /s/ *Robert J. Keach*
                                           Robert J. Keach, Esq.