**CERTIFICATE OF SERVICE**

I, Bonnie Glantz Fatell, hereby certify that on March 2, 2011, I caused service of the attached **Verified Statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. Pursuant to Bankruptcy Rule 2019** to be made on the parties listed below in the manner indicated.

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| *(United States Trustee)*<br>Thomas P. Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | *(Debtors)*<br>Allen K. Stout<br>Nortel Networks Inc<br>220 Athens Way, Suite 300<br>Nashville, TN 37228-1304 |
| *(Counsel for Debtors)*<br>Derek C. Abbott, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. 1347<br>Wilmington, DE 19899-1347 | *(Counsel for Debtors)*<br>James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| *(Counsel for Official Committee of Unsecured Creditors)*<br>Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *(Counsel for Official Committee of Unsecured Creditors)*<br>Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |

/s/ *Bonnie Glantz Fatell*
**Bonnie Glantz Fatell**