IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., et al.,[1]<br><br>Debtors. | Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Chapter 11 |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 4669 FILED BY AUTOMOTIVE RENTALS, INC.,**

Please take Notice that Automotive Rentals, Inc., hereby withdraws its Claim filed on September 28, 2009, and designated as Claim Number 4669, on the basis that such Claim has been amended and replaced in all respects by Claim Number 7606.

Dated:  March 2, 2011                           By:  /s/  John V. Fiorella
                                                                    John V. Fiorella (DE No. 4330)
                                                                    Jennifer L. Story (DE No. 4918)
                                                                    ARCHER & GREINER
                                                                    A Professional Corporation
                                                                    300 Delaware Avenue, Suite 1370
                                                                    Wilmington, DE   19801
                                                                    Telephone:  302-777-4350
                                                                    Facsimile:  302-777-4352
                                                                    Email:  jfiorella@archerlaw.com
                                                                    Email:  jstory@archerlaw.com
                                                                    *Counsel for Automotive Rentals, Inc.*

---

[1] In addition to Nortel Networks, Inc. ("NNI"), the Debtors in the Chapter 11 cases are:  Nortel Networks Capital corporation, Nortel Altsystems, Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA").  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.