# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 23, 2011 at 9:30 a.m.** |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:  November 1, 2010 through January 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $11,913.86

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. November 2010, December 2010 and January 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/2/11 Docket No. 5043 | 11/1/10 – 11/30/10 | $200,000.00 | $2,817.35 | Pending Obj Deadline 3/22/11 $160,000.00 | Pending Obj Deadline 3/22/11 $2,817.35 | $40,000.00 |
| Date Filed: 3/2/11 Docket No. 5044 | 12/1/10 - 12/31/10 | $200,000.00 | $8,676.78 | Pending Obj Deadline 3/22/11 $160,000.00 | Pending Obj Deadline 3/22/11 $8,676.78 | $40,000.00 |
| Date Filed: 3/2/11 Docket No. 5045 | 1/1/11 - 1/31/11 | $200,000.00 | $419.73 | Pending Obj Deadline 3/22/11 $160,000.00 | Pending Obj Deadline 3/22/11 $419.73 | $40,000.00 |
| **TOTALS:** | | $600,000.00 | $11,913.86 | $480,000.00[3] | $11,913.86[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: March 2, 2011
      Wilmington, Delaware

                                              Michael Henkin
                                              Global Co-Head
                                              Managing Director
                                              JEFFERIES & COMPANY, INC.
                                              Post Montgomery Center
                                              One Montgomery Street, 24th Floor
                                              San Francisco, CA 94104
                                              Telephone: (415) 229-1426

                                              Financial Advisor to the Official Committee of
                                              Unsecured Creditors of Nortel Networks Inc., *et al.*