IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>               Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 23, 2011 at 930 a.m.**<br>) |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:	Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:	Official Committee of Unsecured Creditors

Date of Retention:	March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:	November 1, 2010 through January 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:	CDN. $1,018,317.00 Equivalent to USD $1,047,644.53[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:	CDN. $27,950.74 Equivalent to USD $28,755.72[3]

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's November, 2010, December, 2010 and January, 2011 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on February 28, 2011 was CDN. $1.00 : U.S. $1.0288

9491272_1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 02/07/11 Docket No. 4862 | 11/1/10 - 11/30/10 | $303,261.50 | $10,077.87 | $242,609.20 Pending Obj. Deadline February 28, 2011 | $10,077.87 Pending Obj. Deadline February 28, 2011 | $60,652.30 |
| Date Filed: 02/16/11 Docket No. 4938 | 12/1/10 - 12/31/10 | $258,613.50 | $6,940.25 | $206,890.80 Pending Obj. Deadline March 9, 2011 | $6,940.25 Pending Obj. Deadline March 9, 2011 | $51,722.70 |
| Date Filed: 03/01/11 Docket No. 5035 | 1/1/11 - 1/31/11 | $456,442.00 | $10,932.62 | $365,153.60 Pending Obj. Deadline March 22, 2011 | $10,932.62 Pending Obj. Deadline March 22, 2011 | $91,288.40 |
| **TOTALS:** | All amounts in CDN.$ | **$1,018,317.00** | **$27,950.74** | **$814,653.60** | **$27,950.74** | **$203,663.40** |

Summary of any Objections to Fee Applications: None.

Dated: March 2, 2011
Wilmington, Delaware

*Michael J. Wunder*
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*