<u>EXHIBIT A</u>

Scott Verification

## VERIFICATION

STATE OF NORTH CAROLINA    )
                              ) SS:
COUNTY OF WAKE                )

        James E. Scott, after being duly sworn according to law, deposes and says:

        a)      I am a Partner with the applicant firm, Ernst & Young LLP.

        b)      I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                                       _____
                                                   James E. Scott
                                                   Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this 2 day of ~~February~~, 2011.
         March

_____
Notary Public
My Commission Expires: 3|17|2015