# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing Verification of James E. Scott in Support of Tenth Interim Application of Ernst & Young LLP for Allowance of Compensation For Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for Period of November 1, 2010 Through January 31, 2011** was caused to be made on March 2, 2011, in the manner indicated upon the entities identified below:

Date: March 2, 2011                             */s/ Ann C. Cordo*
                                                              Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, Tennessee 37228-1304
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

4120201.1