# S I G N - I N - S H E E T

**CASE NAME:** NORTEL NETWORKS

**CASE NO.:** 09-10138(KG)

**COURTROOM LOCATION: 3**

**DATE:** MARCH 9, 2011

### PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jennifer Smith | Benesch Friedlander Coplan & Aronoff | Special Litigation Counsel to Debtor |
| James Calignan | Pepper | Reigle Management |
| Mary Caloway | Buchanan Ingersoll & Rooney | Ernst & Young, as Monitor |
| Jessica Lubasky | Allen & Overy | '' |
| R. Stephen McNeill | Potter Anderson | Pecot Systems |
| Joshua Stacm | Akin Gump | Committee |
| Chris Samis | Richards Layton & Finges | (1) |
| Colm F. Connolly | Morgan Lewis | Cognizant Technology Solution |
| Amit Wels (by phone) | Morgan Lewis | Cognizant Technolgy Sdnt |
| Ryan Murphy | Potter Anderson | COAMS, Inc. |
| Matthew Austria | Werb & Sullivan | McCann-Erickson Worldwide |
| Ben Keenan | Ashly & Geddon | ACScable Systems |
| '' | '' | Insight Direct USA, Inc. |
| '' | '' | Spivant Inc |
| Kevin Mann | Cross & Simon | NSG Technology |
| Onel N. Kunz Sti | Morris James LLP | Monster Worldwide Inc. |

**SIGN-IN-SHEET**

CASE NAME:   NORTEL NETWORKS

COURTROOM LOCATION: 3

CASE NO.:    09-10138(KG)

DATE:   MARCH 9, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Eric Mang | Morris James LLC | Varby DC. |
| Shanti Katona | Polsinelli Shughart PC | Western Group NA |
| Kevin Collins | Bifferato LLC | Secure Logix |
| Gusto Loomis | Eckert Seamans | Red Tin Monks |
| Sommer Ross | Duane Morris LLP | ITS managed Technical Services |
| Dana Culver | Morris Nichols arght Tunnell | Nortel |
| Alissa Gazze | '' | '' |
| Brendan Gibbon | Cleary Gottlieb Steen Hamilton | '' |
| Kamal Sidhu | '' | '' |
| Zoe Allinson | Sullivan Hazeltine Allinson, LLC | Sonnenforte, Inc.; Prudential Relocation; Equifirst u.c. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

*2nd Revision 03/09/2011 05:30 AM*

Calendar Date: 03/09/2011
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robin Baik | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Timothy Chen | | Puma Capital | Creditor, Puma Capital / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew G. Friedman | | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James H. Lister | | Birch, Horton, Bitner & Cherot | Creditor, ACS Cable Systems, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Diane Meyers | | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Byung S. Park | | Bank Of America | Interested Party, Bank of America / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Steven Robinson | | Aristeia Capital | Interested Party, Aristeia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Dennis Ruggere | | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Scott (Client) | | Foley & Lardner, LLP | Interested Party, Scott James Of Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John A. Simon | | Foley & Lardner, LLP | Attorney Ad-Litem, Attorney on behalf of Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Annie Wells | | Morgan, Lewis & Bockius LLP | Defendant(s), Cognizant Technology Solutions US Corporation / LIVE |

Raymond Reyes

CourtConfCal2009