# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
----------------------------------------X
                                        :
In re                                   :    Chapter 11
                                        :
Nortel Networks Inc., et al.,[1]        :    Case No. 09-10138 (KG)
                                        :
                    Debtors.            :    Jointly Administered
                                        :
----------------------------------------X
```

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Sprint Nextel Corporation hereby withdraws with prejudice two proofs of claim filed in the above-captioned cases, which have been listed on the Debtors' claim registry as Proofs of Claim Nos. 2262 and 7010, as such claims were on account of post-petition obligations which have been paid.

Dated: Lone Tree, Colorado
       March 2, 2011

                                       Sprint Nextel Corporation

                                       /s/ Juliette Morrow Campbell
                                       Juliette Morrow Campbell
                                       Sprint Nextel Corporation
                                       10002 Park Meadows Drive
                                       Lone Tree, CO 80124
                                       Tel. (720) 206-3689

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

\29767562.1

and

Dated: March 4, 2011

**MORRIS JAMES LLP**

/s/ Brett D. Fallon #2480
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

David I. Swan, Esquire
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
E-mail: dswan@mcguirewoods.com

*Attorneys for Sprint Nextel Corporation*