IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 4, 2011, I caused service of the following:

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Service was completed upon the parties on the attached service list via hand delivery for local counsel, and first-class mail, postage prepaid, for all other listed parties.

Dated: March 4, 2011

William Weller

SWORN TO AND SUBSCRIBED before me this 4th day of March, 2011.

NOTARY
My commission expires: 12/22/12

3023079/1

**VIA HAND DELIVERY**
Donna L. Culver, Esq.
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and Debtors-in-Possession]

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Deborah M. Buell, Esq.
Neil P. Forrest, Esq.
Matthew J. Vanek, Esq.
Jennifer M. Palmer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
[Counsel for the Debtors and Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
[Counsel to the Official Committee of Unsecured Creditors]