**EXHIBIT A**

CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2011 through February 28, 2011


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 2/1/2011   End Date 2/28/2011

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 3.0 | $470.00 | $1,410.00 |
| 2 | Reviewing operational management of transition services | 42.7 | $470.00 | $20,069.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 126.3 | $470.00 | $59,361.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 8.8 | $470.00 | $4,136.00 |
| 5 | Fee Applications | 7.8 | $470.00 | $3,666.00 |
| 6 | Various Corporate Matters | 0.3 | $470.00 | $141.00 |
| 7 | Non-working Travel | 32.1 | $235.00 | $7,543.50 |
| | **Hours/Billing Amount for Period:** | **221.0** | | **$96,326.50** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/1/2011 | Budget meetings in Raleigh | 2 | 8.0 |
| 2/1/2011 | Flight from Raleigh | 7 | 4.5 |
| 2/2/2011 | Prep for, and attend, call with Capstone re internet addresses and separate call with FTI re same; follow up | 4 | 2.3 |
| 2/2/2011 | 18th omnibus final review and signature | 3 | 0.5 |
| 2/2/2011 | Review and direction of numerous preference proposals and settlement offers | 3 | 2.0 |
| 2/2/2011 | Non debtor sub liquidations | 3 | 1.5 |
| 2/2/2011 | Fee app preparation | 5 | 2.0 |
| 2/3/2011 | Fee app preparation | 5 | 1.8 |
| 2/3/2011 | Preference settlement approvals and direction | 3 | 2.0 |
| 2/3/2011 | Claims reconciliation review and direction | 3 | 2.8 |
| 2/3/2011 | Document retention matters | 3 | 1.5 |
| 2/4/2011 | Call with NBS re various matters | 2 | 1.5 |
| 2/4/2011 | Update related to status of Richardson | 3 | 0.5 |
| 2/4/2011 | NBS goals for MIP | 2 | 1.5 |
| 2/4/2011 | Call with Cleary and Chilmark re allocation | 3 | 2.3 |
| 2/4/2011 | Preparation for discussions related to allocation and mediation matters | 3 | 2.8 |
| 2/4/2011 | Preference matters | 3 | 1.3 |
| 2/4/2011 | Preparation for Mercer meeting | 3 | 2.5 |
| 2/7/2011 | Richardson update to bonds and UCC | 7 | 4.3 |
| 2/7/2011 | Preference matters | 3 | 4.2 |
| 2/7/2011 | NBS metrics and budget matters | 3 | 0.5 |
| 2/7/2011 | Weekly calls with NBS and case management | 2 | 1.5 |
| 2/8/2011 | Review materials for employee benefits meetings in NY | 3 | 3.5 |
| 2/8/2011 | Flight to NY | 7 | 4.5 |
| 2/8/2011 | Preference and claims settlements | 3 | 2.8 |
| 2/9/2011 | Meetings at Cleary related to various case matters subsidiary liquidations, on going litigation, tax matters | 3 | 8.8 |
| 2/9/2011 | Meeting with bondholder trustee re NNCC bonds | 4 | 1.5 |
| 2/10/2011 | Allocation/mediation matters | 3 | 4.0 |
| 2/10/2011 | Meetings with Mercer from 10-1 and follow up meeting with bonds and UCC re benefit matter | 4 | 5.0 |
| 2/10/2011 | Document retention matters | 3 | 1.5 |
| 2/11/2011 | Meetings at Cleary related to various case matters including fourth estate, claims matters and non debtor subs | 3 | 6.5 |
| 2/11/2011 | Complete applications related to non debtors | 3 | 1.2 |
| 2/11/2011 | Allocation/mediation matters | 3 | 3.5 |
| 2/11/2011 | Travel to meetings | 7 | 7.3 |
| 2/13/2011 | Review and comment on ERISA settlement documents | 3 | 1.5 |
| 2/13/2011 | Review assets and claims data related to allocation/mediation | 3 | 2.5 |
| 2/13/2011 | IP addresses | 3 | 0.8 |
| 2/14/2011 | Meetings with legal counsel, Chilmark | 3 | 9.5 |
| 2/15/2011 | Fourth estate issues | 3 | 0.8 |
| 2/15/2011 | Preference matters | 3 | 0.5 |
| 2/15/2011 | ERISA settlement further review and call with Cleary | 3 | 1.3 |
| 2/15/2011 | Flight to NY | 7 | 7.5 |
| 2/15/2011 | Review revised NBS budget and US budget | 2 | 5.2 |
| 2/15/2011 | Richardson update | 3 | 0.3 |
| 2/16/2011 | NBS contract renewals | 3 | 0.7 |
| 2/16/2011 | NNI and NN Cala interco claims | 3 | 2.5 |
| 2/16/2011 | Internet addresses | 3 | 0.8 |
| 2/16/2011 | Preference matters | 3 | 1.0 |
| 2/16/2011 | Various us estate matters including inventory allocation issues | 3 | 3.5 |
| 2/16/2011 | Travel from NY meetings | 7 | 4.0 |
| 2/16/2011 | Call with Cleary re omnibus and allocation/mediation matters | 3 | 1.5 |
| 2/16/2011 | ERISA settlement matters | 3 | 1.3 |
| 2/16/2011 | Call with Chilmark re interco | 3 | 0.8 |
| 2/16/2011 | PEO analysis and engagement | 3 | 0.7 |
| 2/17/2011 | NBS financial review | 2 | 4.0 |
| 2/17/2011 | Allocation and mediation matters; call with Cleary and Chilmark | 3 | 1.0 |
| 2/17/2011 | Customs claim matters; call with counsel | 3 | 1.5 |
| 2/17/2011 | Discussions with IT re tax data access | 2 | 1.5 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/17/2011 | Execution of documents related to non debtor subs | 3 | 1.8 |
| 2/17/2011 | RTP subleases | 3 | 0.7 |
| 2/17/2011 | Follow up from Chilmark call re assets and claims info | 3 | 0.3 |
| 2/18/2011 | Claims call with Boris and Chilmark | 3 | 1.0 |
| 2/18/2011 | US Budget session | 2 | 3.0 |
| 2/18/2011 | US subsidiary liquidation review | 3 | 1.5 |
| 2/18/2011 | Execution of documents related to sub liquidations | 3 | 1.0 |
| 2/18/2011 | EY tax engagement review and execution | 2 | 2.5 |
| 2/19/2011 | Execution of various documents related to passport | 3 | 0.3 |
| 2/19/2011 | Preference matters and response to proposals | 3 | 0.3 |
| 2/19/2011 | IP sale matters | 3 | 0.3 |
| 2/19/2011 | Subpoena response | 6 | 0.3 |
| 2/19/2011 | Review revised claim data related to estimation and reserves | 3 | 1.2 |
| 2/19/2011 | Quarterly fee app preparation | 5 | 4.0 |
| 2/21/2011 | NBS status call | 2 | 0.4 |
| 2/21/2011 | Data and IT needs re IP sale | 3 | 1.5 |
| 2/21/2011 | Review wpb info re remediation | 2 | 2.0 |
| 2/21/2011 | Various administrative matters related to executing agreements for closing, royalty data re NNI costs, NBS performance metrics, NNC 10K disclosure, IP staffing and extension for contract | 1 | 3.0 |
| 2/21/2011 | Review RM presentation | 3 | 1.0 |
| 2/22/2011 | CTDI litigation | 2 | 0.7 |
| 2/22/2011 | CMC issues re contracts in IT area | 2 | 1.0 |
| 2/22/2011 | Claims estimates revisions and analysis and cash flow review | 3 | 3.5 |
| 2/22/2011 | WPB environmental site | 3 | 1.0 |
| 2/22/2011 | Richardson property sale | 3 | 1.0 |
| 2/22/2011 | RM call | 3 | 1.0 |
| 2/22/2011 | IP status call | 3 | 0.5 |
| 2/22/2011 | Call re subpoena response | 3 | 0.5 |
| 2/22/2011 | Data extraction analysis | 2 | 1.3 |
| 2/22/2011 | Accession agreement review re sales | 3 | 1.2 |
| 2/23/2011 | PEO analysis and engagement | 3 | 1.0 |
| 2/23/2011 | WPB remediation | 2 | 1.5 |
| 2/23/2011 | CMC issues re contracts in IT area | 2 | 1.0 |
| 2/23/2011 | Inventory issues | 2 | 1.3 |
| 2/23/2011 | IT data extract | 3 | 1.0 |
| 2/23/2011 | Call re allocation matters | 3 | 0.8 |
| 2/24/2011 | Call re Richardson status | 3 | 1.5 |
| 2/24/2011 | Call re e data retention | 3 | 2.3 |
| 2/24/2011 | Royalty payment analysis | 2 | 1.2 |
| 2/24/2011 | Preference settlement approvals and direction | 3 | 0.5 |
| 2/24/2011 | CMC issue follow up with nbs | 2 | 0.8 |
| 2/24/2011 | Sale of remaining VC stock | 3 | 0.7 |
| 2/24/2011 | Administrative matters related to preferences, interco receivables/payables, claims | 3 | 1.8 |
| 2/24/2011 | Retention agreement for ordinary course counsel | 3 | 0.8 |
| 2/25/2011 | NBS matters re Richardson | 3 | 1.3 |
| 2/25/2011 | Call with Golder and NBS re strategy | 3 | 1.5 |
| 2/28/2011 | Call with NBS re various matters and follow up | 2 | 1.0 |
| 2/28/2011 | Call with Cleary and US estate team re various case matters | 3 | 2.3 |
| 2/28/2011 | Call with CBRE re property offers | 3 | 1.2 |
| 2/28/2011 | Dissolution of non debtors | 2 | 1.0 |
| 2/28/2011 | IBM accession agreements review | 3 | 1.3 |
| 2/28/2011 | Budget matters and scheduling | 2 | 0.8 |