**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2011 through February 28, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 5,642.50 |
| Travel – Lodging | | 5,960.54 |
| Travel – Meals | | 1,457.17 |
| Travel – Car Service | | 989.14 |
| Travel – Parking | | 180.00 |
| Office supplies, shipping, and other office related expenses | | 445.64 |
| PACER | | - |
| TOTAL | | $ 14,674.99 |

# Nortel Expense Report

PERIOD: February 1, 2011 through February 28, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 1/30/2011 | Raleigh Trip - Airfare | $ 516.90 | | | | | | |
| 1/30/2011 | Raleigh Trip - Meal | | | $ 5.01 | | | | |
| 1/30/2011 | Raleigh Trip - Transportation | | | | $ 79.50 | | | |
| 1/30/2011 | Raleigh Trip - Hotel | | $ 203.61 | | | | | |
| 1/31/2011 | Raleigh Trip - Transportation | | | | $ 79.50 | | | |
| 1/31/2011 | Raleigh Trip - Transportation | | | | $ 79.50 | | | |
| 1/31/2011 | Raleigh Trip - Hotel | | $ 203.61 | | | | | |
| 1/31/2011 | Raleigh Trip - Meal | | | $ 16.80 | $ 79.50 | | | |
| 2/1/2011 | Raleigh Trip - Transportation | | | | $ 79.50 | | | |
| 2/1/2011 | Raleigh Trip - Transportation | | | | $ 79.50 | | | |
| 2/1/2011 | Raleigh Trip - Parking | | | | | $ 45.00 | | |
| 1/30/2011 | Raleigh Trip - Return Airfare | $ 522.90 | | | | | | |
| 2/8/2011 | New York Trip - Airfare | $ 247.00 | | | | | | |
| 2/8/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 2/8/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/8/2011 | New York Trip - Taxi | | | | $ 37.00 | | | |
| 2/8/2011 | New York Trip - Meal | | | $ 11.74 | | | | |
| 2/8/2011 | New York Trip - Meal | | | $ 39.16 | | | | |
| 2/9/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 2/8/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/9/2011 | New York Trip - Taxi | | | | $ 5.80 | | | |
| 2/9/2011 | New York Trip - Meal | | | $ 10.31 | | | | |
| 2/10/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 2/8/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/10/2011 | New York Trip - Meal w/K Schultea | | | $ 150.00 | | | | |

# Nortel Expense Report

**PERIOD:** February 1, 2011 through February 28, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 2/11/2011 | New York Trip - Taxi | | | | $ 60.00 | | | |
| 2/11/2011 | New York Trip - Meal | | | $ 16.97 | | | | |
| 2/11/2011 | London Trip - Taxi to JFK | | | | $ 60.00 | | | |
| 2/11/2011 | London Trip - Airfare | $ 3,693.00 | | | | | | |
| 2/11/2011 | London Trip - Hotel (GBP 400) | | $ 652.00 | | | | | |
| 2/11/2011 | London Trip - Hotel VAT (GBP 120) | | $ 130.40 | | | | | |
| 2/11/2011 | London Trip - Hotel (GBP 400) | | $ 652.00 | | | | | |
| 2/11/2011 | London Trip - Hotel VAT (GBP 120) | | $ 130.40 | | | | | |
| 2/12/2011 | London Trip - Car Service (GBP 89.50) | | | | $ 145.89 | | | |
| 2/12/2011 | London Trip - Surcharge (GBP 8.95) | | | | | | $ 14.59 | |
| 2/12/2011 | London Trip - Internet (GBP 26.00) | | | | | | $ 42.38 | |
| 2/12/2011 | London Trip - Meal w/M Rosenberg, L Schweitzer (GBP 54.55) | | | $ 87.67 | | | | |
| 2/11/2011 | London Trip - Hotel (GBP 400) | | $ 652.00 | | | | | |
| 2/11/2011 | London Trip - Hotel VAT (GBP 120) | | $ 130.40 | | | | | |
| 2/13/2011 | London Trip - Meal Bfast (GBP 17.13) | | | $ 27.92 | | | | |
| 2/13/2011 | London Trip - Meal w/M Rosenberg, L Schweitzer (GBP 210.54) | | | $ 338.38 | | | | |
| 2/11/2011 | London Trip - Hotel (GBP 400) | | $ 652.00 | | | | | |
| 2/11/2011 | London Trip - Hotel VAT (GBP 120) | | $ 130.40 | | | | | |
| 2/14/2011 | London Trip - Car Service (GBP 85.00) | | | | $ 138.55 | | | |
| 2/14/2011 | London Trip - Surcharge (GBP 8.50) | | | | | | $ 13.86 | |
| 2/14/2011 | London Trip - Meal w/M Rosenberg, L Schweitzer (GBP 410.76) | | | $ 660.01 | | | | |
| 2/15/2011 | London Trip - NY layover Hotel | | $ 525.00 | | | | | |
| 2/8/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/15/2011 | London Trip - Meal | | | $ 93.20 | | | | |

# Nortel Expense Report

**PERIOD:** February 1, 2011 through February 28, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 2/16/2011 | London - Airfare LGA-RSW | $ 323.70 | | | | | | |
| 2/16/2011 | London Trip - Parking | | | | | $ 135.00 | | |
| 2/12/2011 | Foreign transaction fee | | | | | | $ 2.37 | |
| 2/13/2011 | Foreign transaction fee | | | | | | $ 9.14 | |
| 2/14/2011 | Foreign transaction fee | | | | | | $ 17.82 | |
| 2/15/2011 | Foreign transaction fee | | | | | | $ 161.53 | |
| 2/8/2011 | Air flight change fee | $ 89.00 | | | | | | |
| 2/7/2011 | Air flight change fee | $ 75.00 | | | | | | |
| 2/7/2011 | Aircell charge | | | | | | $ 34.95 | |
| 1/19/2011 | Air flight change fee | $ 175.00 | | | | | | |
| 8/19/2010 | New York Trip - Taxi | | | | $ 15.90 | | | |
| 12/20/2010 | Shipping | | | | | | $ 30.68 | |
| 12/13/2010 | Shipping | | | | | | $ 33.38 | |
| 1/6/2011 | New York Trip - Taxi | | | | $ 7.00 | | | |
| 1/4/2011 | New York Trip - Taxi | | | | $ 36.60 | | | |
| 1/4/2011 | New York Trip - Taxi | | | | $ 5.40 | | | |
| 2/18/2011 | Office supply, copies, shipping | | | | | | $ 84.94 | |