## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fourteenth Supplemental Declaration of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel for Debtors and Debtors In Possession** was caused to be made on March 4, 2011, in the manner indicated upon the entities identified below.

Date: March 4, 2011

Ann C. Cordo (No. 4817)

4111098.1