# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period December 1, 2010 Through December 31, 2010)** was caused to be made on March 4, 2011, in the manner indicated upon the entities identified below.

Date: March 4, 2011                                         */s/ Alissa T. Gazze*
                                                                          Alissa T. Gazze (No.  5338)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)