# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :     Case No. 09-10138 (KG)
                                                           :
                    Debtors.                               :     Jointly Administered
                                                           :
-----------------------------------------------------------X
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 9, 2011 AT 9:30 A.M. (EASTERN TIME)

### CONTINUED/RESOLVED/WITHDRAWN MATTERS

1.  Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

    Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET).  Extended to March 14, 2011 at 4:00 p.m. (ET) for Nortel and for the Committee.

    Responses Received:  None at this time.

    Related Pleadings:  None.

    Status:  The hearing on this matter has been adjourned to the hearing scheduled for April 12, 2011 at 9:30 a.m. (ET).

2.  Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

<u>Objection Deadline</u>:   October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol Corporation and its affiliates until April 12, 2011.

<u>Remaining Response Received</u>:

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

<u>Related Pleading</u>:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

<u>Status</u>:  The hearing with respect to the response to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for April 26, 2011 at 9:30 a.m. (ET), and the hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for April 4, 2011 at 9:30 a.m. (ET).

3.     Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

<u>Objection Deadline</u>:   October 25, 2010 at 4:00 p.m. (ET).   Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m.  Extended for Red Hat to November 1, 2010. Extended for GE Fanuc to April 12, 2011.

<u>Remaining Responses Received</u>:

(a)     Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)     Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P.

3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Related Pleadings:

(a)     Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for April 26, 2011 at 9:30 a.m. (ET).  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for April 4, 2011 at 9:30 a.m. (ET).

4.     Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

Objection Deadline:  January 5, 2011 at 4:00 p.m. (ET).  Extended to March 28, 2011 at 4:00 p.m. (ET) for Nortel.

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for April 4, 2011 at 9:30 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

5.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim Nos. 6135 and 7207 by ACS Cable Systems, Inc. (D.I. 4937, Filed 2/16/11).

Objection Deadline:  March 2, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)     Certification of No Objection Regarding Docket No. 4937 (D.I. 5072, Filed 3/4/11).

Status:  No objections have been received and a Certificate of No Objection has been filed.

6.     Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ CB Richard Ellis Inc. as Listing and Leasing Agent for the Debtors *Nunc Pro Tunc* to January 6, 2011 (D.I. 4948, Filed 2/17/11).

Objection Deadline:  March 2, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)     Certification of No Objection Regarding Docket No. 4948 (D.I. 5071, Filed 3/4/11).

Status:  No objections have been received and a Certificate of No Objection has been filed.

**UNCONTESTED MATTER GOING FORWARD**

7.     Debtors' Motion for Entry of an Order Pursuant to §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4977, Filed 2/23/11).

Objection Deadline:  March 3, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)     Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion for Entry of an Order Pursuant to §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement (D.I. 4979, Filed 2/23/11);

(b)     Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Approving a Settlement Agreement (D.I. 4982, Entered 2/24/11); and

(c)     Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion for Entry of an Order Approving a Settlement Agreement (D.I. 4983, Entered 2/24/11).

4

Status:  The hearing with respect to this motion will go forward.

## CONTESTED MATTERS GOING FORWARD

8.      Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 4842, Filed 2/4/11).

Objection Deadline:  February 23, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)      Claimant Ritz-Carlton Hotel Company, LLC's Response to Objection to its Claim (D.I. 4973, Filed 2/23/11).

Related Pleadings:  None.

Status:  The hearing on this matter will go forward. The hearing with respect to the response filed by Ritz Carlton Hotel Company, LLC has been adjourned to the hearing scheduled for April 4, 2011 at 9:30 a.m. (ET).

9.      Debtors' Application for an Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP Nunc Pro Tunc to March 1, 2011 (D.I. 4958, Filed 2/18/11).

Objection Deadline:  March 2, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)      Informal comments from the United States Trustee.

Related Pleadings:  None.

Status:  The hearing with respect to this motion will go forward. The Debtors will be handing up a revised proposed order at the hearing.

10.      Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

Related Pleadings:      (See Exhibit A, hereto).

Status:  Pretrial scheduling conferences are going forward in the adversary proceedings listed on Exhibit A hereto with the exception of Infonet Services Corporation and Zhone Technologies, Inc., which have been adjourned by agreement of the parties to April 12, 2011 at 9:30 a.m. The Debtors intend to present a proposed form of Scheduling Order in the form attached as Exhibit B for consideration by the Court. A revised proposed

scheduling order was entered on March 1, 2011 with regard to Siemens Enterprise Communications, Inc.

Dated:  March 7, 2011
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4083475.1