UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number:  09-10138 _____  ⦿ BK    ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
 Order Denying Motion For Relief From Stay. _____
       Docket Number: _4737____     Date Entered: _1/21/2011_____

Item Transmitted:   ⦿ Notice of Appeal        ○ Motion for Leave to Appeal
          ○ Amended Notice of Appeal   ○ Cross Appeal
          Docket Number: _4786_____    Date Filed: _2/1/2011_____

| \*Appellant/Cross Appellant: | \*Appellee/Cross Appellee |
|---|---|
| Genband US LLC | Nortel Networks, Inc., et al |
| Counsel for Appellant: | Counsel for Appellee: |
| Michael R. Lastowski, Esq. | James L. Bromley, Esq. |
| Sommer L. Ross, Esq. | Lisa M. Schweitzer, Esq. |
| 222 Delaware Avenue, Suite 1600 | David H. Herrington, Esq. |
| Wilmington, DE  19801 | One Liberty Plaza |
| (302-657-4900) | New York, NY  10006 (212-225-2000) |

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?  ⦿ Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ⦿ No

Have Additional Appeals to the Same Order been Filed? ○ Yes  ⦿ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes ○ No   Civil Action # _____

Additional  Notes:
 See attachment for additional parties. _____

 3/7/2011 _____          By: Judy Fisher _____
Date                                                                Deputy Clerk

_____

FOR USE BY U.S. BANKRUPTCY COURT

Page 2
Transmittal Sheet

**Attorney for Genband US LLC**

Stikeman Elliott LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Ron Ferguson, Esq.
445 Park Avenue, 7th Floor
New York, NY 10022
212-371-8856

Blair Connelly, Esq.
Eli J. Kay-Oliphant, Esq.
Latham & Watkins, LLP
885 3rd Avenue, Suite 1200
New York, NY 10022
212-906-1200

**Attorneys for Nortel Networks Inc., et al**

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Cleary Gottlieb Stein & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212-225-2000


Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302-658-9200

Page 3
Transmittal Sheet

**Attorneys for Ernst & Young**
Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
212-610-6300

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
100 West Street, Suite 1410
Wilmington, DE 19801
302-552-4200

**Attorneys for the Official Committee of Unsecured Creditors, et al**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1212

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger, P.A.
920 N. King Street
One Rodney Street
Wilmington, DE 19801
302-651-7845

**Attorneys for The Official Committee of Unsecured Creditors, et al**

Thomas Patrick Tinker, Esq.
Office of The United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
302-573-6491