# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Asteelflash California, Inc. | Adv. Pro. No. 10-53166 |
| Nortel Networks Inc. v. Automotive Rentals, Inc. | Adv. Pro. No. 10-53167 |
| Nortel Networks Inc. v. Camiant, Inc. | Adv. Pro. No. 10-53168 |
| Nortel Networks Inc. v. CSWL, Inc. | Adv. Pro. No. 10-53169 |
| Nortel Networks Inc. et al v. Eltek Valere Inc. et al | Adv. Pro. No. 10-53170 |
| Nortel Networks Inc. v. Gail & Rice, Inc. | Adv. Pro. No. 10-53171 |
| Nortel Networks Inc. v. Green Hills Software, Inc. | Adv. Pro. No. 10-53172 |
| Nortel Networks Inc. v. Ingram Micro Inc. | Adv. Pro. No. 10-53173 |
| Nortel Networks Inc. v. Judge Technical Services, Inc. | Adv. Pro. No. 10-53174 |
| Nortel Networks Inc. v. Mercury Americas USA, Corp. | Adv. Pro. No. 10-53175 |
| Nortel Networks Inc. v. Nathanson and Company LLC | Adv. Pro. No. 10-53176 |
| Nortel Networks Inc. v. PowerSteering Software, Inc. | Adv. Pro. No. 10-53179 |
| Nortel Networks Inc. v. STMicroelectronics N.V. | Adv. Pro. No. 10-53181 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

In accordance with the Court's Chambers' Procedures, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated: March 7, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell *(admitted pro hac vice)*
Neil P. Forrest *(admitted pro hac vice)*
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2