## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

### RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53171 | Gail & Rice, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-53172 | Green Hills Software, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to |

| | | |
|---|---|---|
| | | the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-53174 | Judge Technical Services, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53181 | STMicroelectronics N.V. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Defendant's responses to Plaintiff's initial discovery requests due March 28, 2011. |
| 10-53179 | PowerSteering Software, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |
| 10-53176 | Nathanson & Company, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Plaintiff's responses to Defendant's initial discovery requests served March 2, 2011. Defendant's responses to Plaintiff's initial discovery requests due March 9, 2011. |
| 10-53167 | Automotive Rentals, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Plaintiff's responses to Defendant's initial discovery requests served December 15, 2010. Defendant's responses to Plaintiff's initial discovery requests served January |

| | | 17, 2011. |
|---|---|---|
| 10-53169 | CSWL, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |
| 10-53175 | Mercury Americas USA, Corp. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |
| 10-53173 | Ingram Micro Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |
| 10-53166 | Asteelflash California, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |
| 10-53168 | Camiant, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |
| 10-53170 | Eltek Valere Inc., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

### READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

### DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

5

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |