## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
:
*In re*                                          : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]               : Case No. 09-10138 (KG)
:
           Debtors.              : Jointly Administered
:
:
------------------------------------------------X

### SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION OF DEBTORS FOR AN ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING EMPLOYMENT OF ERNST & YOUNG LLP *NUNC PRO TUNC* TO MARCH 1, 2011

James Scott deposes and says:

    1.    I am a partner of Ernst & Young LLP ("EY LLP"). I provide this supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in further support of the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") to retain EY LLP, *nunc pro tunc* to March 1, 2011 under section 327 of the Bankruptcy Code. This Supplemental Declaration modifies my prior declaration filed with the Application on Feburary 18, 2011 (the "February 18 Declaration") [D.I. 4958].

    2.    In the February 18 Declaration, I stated that among other firms that may be subcontracted by EY LLP in performing services for the Debtors, Ernst & Young Private Ltd.

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.

[2] Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to them in the Application.

DETR_1589201.1

("EYPL") and EYGBS (India) Private Ltd. (collectively, the "Indian EY Entities") will be subcontracted. EY LLP has determined that it will not subcontract services to the Indian EY Entities. As stated in the February 18 Declaration, EY LLP will continue to utilize the global shared services center operated by the Indian EY Entities as described in my Fourth Supplemental Affidavit filed on April 6, 2009. This is to enable the fixed fee portion of EY LLP's pricing for indirect tax compliance services and expatriate tax return preparation.

*{Signature Page Follows}*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/8/11, 2011

_____
James Scott