## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Declaration in Support of Application of Debtors for an Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP** *Nunc Pro Tunc* **to March 1, 2011** was caused to be made on March 8, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: March 8, 2011

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

4106447.1