IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) RE: D.I. 5074 |
| Nortel Networks Inc. v. Ace Technologies Corp. | 10-53182 RE: D.I. 19 |
| Nortel Networks Inc. v. Aricent Technologies (Holdings) Limited | 10-55834 RE: D.I. 5 |
| Nortel Networks Inc. v. Axerra Networks, Inc. | 10-55836 RE: D.I. 7 |
| Nortel Networks Inc. v. Citrix Systems, Inc. | 10-55838 RE: D.I. 5 |
| Nortel Networks Inc. v. CMGRP, Inc. | 10-55933 RE: D.I.5 |
| Nortel Networks Inc. v. CoAMS, Inc. | 10-55840 RE: D.I. 7 |
| Nortel Networks Inc. v. Cognizant Technology Solutions US Corporation | 10-55190 RE: D.I. 16 |
| Nortel Networks Inc. v. Continuous Computing Corporation | 10-55862 RE: D.I. 9 |
| Nortel Networks Inc. v. Global IP Solutions, Inc. | 10-55864 RE: D.I. 12 |
| Nortel Networks Inc. v. Global Knowledge Training LLC | 10-55865 RE: D.I. 8 |
| Nortel Networks Inc. v. Infonet Services Corporation | 10-55935 RE: D.I. 11 |
| Nortel Networks Inc. v. Insight Direct USA, Inc. | 10-55868 RE: D.I. 10 |
| Nortel Networks Inc. v. Intel Americas, Inc. | 10-55872 RE: D.I. 10 |
| Nortel Networks Inc. v. Layne Communications, LP | 10-55877 RE: D.I. 11 |

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. LTS Managed Technical Services LLC | 10-55879<br>RE: D.I. 7 |
| Nortel Networks Inc. v. Manning Global, Inc. | 10-55882<br>RE: D.I. 4 |
| Nortel Networks Inc. et al v. McCann-Erickson Worldwide, Inc. | 10-55937<br>RE: D.I. 8 |
| Nortel Networks Inc. v. Monster Worldwide, Inc. | 10-55884<br>RE: D.I. 9 |
| Nortel Networks Inc. v. NSG Technology Inc. | 10-55887<br>RE: D.I. 7 |
| Nortel Networks Inc. v. Perot Systems Corporation | 10-55934<br>RE: D.I. 9 |
| Nortel Networks Inc. v. PMC-Sierra, Inc., | 10-55890<br>RE: D.I. 14 |
| Nortel Networks Inc. v. Prudential Relocation, Inc. | 10-55931<br>RE: D.I. 5 |
| Nortel Networks Inc. v. RADVISION Inc. | 10-55894<br>RE: D.I. 11 |
| Nortel Networks Inc. v. Razorfish, LLC | 10-55938<br>RE: D.I. 8 |
| Nortel Networks Inc. v. Real Time Monitors, Inc. | 10-55896<br>RE: D.I. 9 |
| Nortel Networks Inc. et al. v. Right Management Inc. | 10-55928<br>RE: D.I. 8 |
| Nortel Networks Inc. v. SecureLogix Corporation | 10-55898<br>RE: D.I. 17 |
| Nortel Networks Inc. et al v. Siemens Enterprise Communications, Inc. | 10-55930<br>RE: D.I. 11 |
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906<br>RE: D.I. 8 |
| Nortel Networks Inc. v. Spirent Communications Inc. | 10-55900<br>RE: D.I. 5 |
| Nortel Networks Inc. v. Starent Networks LLC | 10-55932<br>RE: D.I. 5 |
| Nortel Networks Inc. v. Sterling Mets, L.P. et al. | 10-55903<br>RE: D.I. 5 |
| Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. | 10-55905<br>RE: D.I. 11 |
| Nortel Networks Inc. v. Trapeze Networks, Inc. | 10-55907<br>RE: D.I. 5 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888<br>RE: D.I. 13 |
| Nortel Networks Inc. v. Voxify, Inc. | 10-55897<br>RE: D.I. 5 |
| Nortel Networks Inc. v. Westcon Group (North America), Inc. et al | 10-55899<br>RE: D.I. 7 |

| Nortel Networks Inc. v. Zhone Technologies, Inc. | 10-55904 RE: D.I. 6 |
|---|---|
| Nortel Networks Inc. v. ZOHO Corporation | 10-55908 RE: D.I. 4 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 7, 2011, copies of the **Notice Of Agenda Of Matters Scheduled For Hearing On March 9, 2011 At 9:30 A.M. (ET)** were served in the manner indicated upon the entities identified on the attached service lists.

Dated: March 8, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4125715.1