**Via Hand Delivery**

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801
Attorneys for Asteelflash California, Inc.

John V. Fiorella
Archer & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Attorneys for Automotive Rentals, Inc.

Jeremy William Ryan
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O Box 951
Wilmington, DE 19801
Attorneys for Camiant, Inc.

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
Attorneys for CSWL, Inc.

Sanjay Bhatnagar
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Attorneys for Eltek

Matthew L. Hinker
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Attorneys for Green Hills Software, Inc.

Mary E. Augustine
Bifferato Gentilotti
800 N. King St.
Plaza Level
Wilmington, DE 19801
Attorneys for Nathanson and Company, LLC

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
Attorneys for PowerSteering Software, Inc.

James S. Green
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Suite1500
Wilmington, DE 19801
Attorneys for STMicroelectronics N.V.

**Via First Class Mail**

Evan Feldman
Clark Hill PLC
151 S. Old Woodward, Ste 200
Birmingham, MI 48009
Attorneys for Gail & Rice, Inc.

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Attorneys for Ingram Micro Inc., and Maritz Canada Inc.

Judge Technical Services, Inc.
Attn: Officer, Managing or General Agent
300 Conshohocken State Rd.
West Conshohocken, PA 19428

Judge Technical Services, Inc.
Attn: Officer, Managing or General Agent
2 Bala Plaza, Ste 800
Bala, Cynwyd, PA 19004

Jeffrey M. Carbino
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103
Attorneys for Mercury Americas USA, Corp.

4125804.1