# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 09, 2011 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

OMNIBUS & Pretrial Conference HEARING

**R / M #:**   5,081 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 4/12/11 @ 9:30 am
#2 - Adjourned to 4/26/11 @ 9:30 for Amphenol Corporation; Unisys Corporation Adjourned to 4/4/11 @ 9:30 am
#3 - GE Fanuc Adjourned to 4/26/11 @ 9:30 am; Commonwealth of Virginia, Department of Taxation Adjourned to 4/4/11 @ 9:30 am
#4 - Adjourned to 4/4/11 @ 9:30 am
#5 - #6 - CNO Filed and Order Signed
#7 - CNO Filed and Order Signed
#8 - ORDER SIGNED
#9 - This matter is continued to 3/23/11
#10 - Scheduling Order Signed