IN THE UNITED STATES BANKRUPTCT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NORTEL NETWORKS, INC. et al., | Case No. 09-10138-KG |
| Debtor(s). | Hon. Kevin Gross |

_____/

**ORDER ALLOWING THE MOTION OF THE MICHIGAN DEPARTMENT OF TREASURY FOR LEAVE TO FILE LATE CLAIM**

After consideration of Motion of The Michigan Department of Treasury For Leave To File Late Claim and the Court having jurisdiction to grant the relief requested pursuant to 28 U.S.C. §§157 and 1334; and the Court finding that Notice of Motion was proper under the court rules; and after deliberation finding that movant has established just cause,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. The Michigan Department of Treasury is permitted to file its late claim.

3. The court retains jurisdiction over the implementation and interpretation of its Order.

April 4, 2011
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge