UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

| | |
|---|---|
| In Re: | Case No. 09-10138-KG |
| NORTEL NETWORKS, INC., | Chapter 11 |
| Debtor(s). | Honorable Kevin Gross |

## PRIORITY PROOF OF CLAIM

1. The undersigned, whose address is Cadillac Place, Ste. 10-200, 3030 W. Grand Blvd., Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2. The debtor herein was, at the time of the filing of the petition initiating this case, and still is, indebted to this claimant in the sum of **$1,486,114.81**.

3. The consideration for this debt is as follows: Single Business Tax liability(ies) due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4. No judgment has been rendered on the claim and the amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. This claim is not subject to any setoff or counterclaim presently known to the undersigned. The claimant retains all setoff rights.

5. This claim is a priority tax claim pursuant to 11 USC 507(a)(8).

BILL SCHUETTE
Attorney General

*/s/ Herman G. Petzold III*
Herman G. Petzold III (P41760)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: petzoldh@michigan.gov

Dated: March 08, 2011

Please send payments to:
**Department of Treasury/Revenue/AG**
**P.O. Box 30456**
**Lansing, MI 48909-7955**

**Payable to: State of MI-CD**



EXHIBIT A

| Michigan Department of Treasury 4265 (11-04) **Sworn Summary** Issued under federal code, Title XI **Type of Claim: Priority** | 36785839 | **Case Number:** 09-10138 KG | **Page 1 of 1** 3208128 |
|---|---|---|---|
| | | **Taxpayer Identification:** 6332 | **Attorney General:** ATTORNEY DETROIT |

NORTEL NETWORKS INC
JOINTLY ADMIN - NORTEL NETWORKS INC
2221 LAKESIDE BOULEVARD
RICHARDSON, TX. 75082

Other Identification:
F6332

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est. | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| S253415 | SBT | 09/03/10 | F6332 | 1/1/2004 - 12/31/2004 | | $286,977.00 | $0.00 | $85,044.37 |
| S256300 | SBT | 09/07/10 | F6332 | 1/1/2005 - 12/31/2005 | | $388,686.00 | $0.00 | $90,458.55 |
| TA54654 | SBT | 02/14/11 | F6332 | 1/1/2001 - 12/31/2001 | | $61,806.00 | $0.00 | $28,618.96 |
| TA54889 | SBT | 02/15/11 | F6332 | 1/1/2002 - 12/31/2002 | | $155,887.00 | $0.00 | $62,410.93 |
| S244330 | SBT | 09/01/10 | F6332 | 1/1/2003 - 12/31/2003 | | $242,203.00 | $0.00 | $84,023.00 |

**Debt Codes:**
SBT - SINGLE BUSINESS TAX

| | $1,135,559.00 | $0.00 | $350,555.81 |
|---|---|---|---|
| **TOTAL CLAIM** | $1,486,114.81 | | |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature: [signed] Sandra L. Braun

Date: 03/07/11