IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

NORTEL NETWORKS, INC. et al.,

Debtors.

Chapter 11

Case No. 09-10138-KG

## AFFIDAVIT OF LINDA HENDRIX IN SUPPORT OF THE MOTION OF THE MICHIGAN DEPARTMENT OF TREASURY FOR LEAVE TO FILE LATE CLAIM

Linda Hendrix, having been duly sworn under oath hereby states the following:

1. I am Supervisor of Customer Contact SBT for the State of Michigan Department of Treasury.

2. Nortel Networks, Inc. filed Michigan Single Business Tax Returns for 2001, 2002, 2003, 2004 and 2005.

3. The Michigan Department of Treasury did not file bankruptcy claims for 2001, 2002, 2004, 2004 and 2005 based upon Nortel Network, Inc.'s initial returns because no outstanding taxes were owed to the State of Michigan after the returns were processed.

4. On June 1, 2010, Nortel Networks, Inc. filed Michigan Single Business Tax Amended Returns for 2001, 2002, 2003, 2004 and 2005.

5. After Nortel Networks, Inc.'s amended returns were processed, it was assessed tax liability for each of the years it filed amended returns.

6. The first time the Michigan Department of Treasury became aware that Nortel Networks, Inc. may be liable for Michigan single business taxes for 2001,

EXHIBIT B

2002, 2003, 2004 and 2005 was when it filed its amended returns on June 1, 2010.

7. I am not aware of any facts that would have given the Michigan Department of Treasury notice that Nortel Networks, Inc. incurred single business tax liability for 2001, 2002, 2003, 2004 and 2005 before it filed amended returns on June 1, 2010.

Further Affiant Sayeth Not.

March 9, 2011

_____
Linda Hendrix

Subscribed and Sworn to before me this 8th day of March 2011.

_____
Notary Public

My Commission expires: 8-22-2012

LINDA D. TERRY
Notary Public, State of Michigan
County of Eaton
My Commission Expires Aug. 22, 2012
Acting in the County of _____

State of Michigan
County of Eaton
On this 8th day of March before me personally appeared Linda Hendrix to me known to be the person who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.
SEAL (signed) _____
Notary Public

