IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                             Chapter 11

NORTEL NETWORKS, INC. et al.,                      Case No. 09-10138-KG

                    Debtor(s).                     Hon. Kevin Gross
_____/

### PROOF OF SERVICE

The undersigned certifies that on March 9, 2011, a copy of the Motion of the Michigan Department of Treasury for Leave to File Late Claim, Notice of Motion, Proposed Order, and Exhibits were served upon all of the parties on the attached service list either electronically or by depositing said copies in the U.S. mail, postage prepaid:

/s/ Julianna Terpstra
Julianna Terpstra
Legal Secretary
Herman G. Petzold, III (P41760)
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202

Dated: March 9, 2011

Label Matrix for local noticing
. 0311-1
Case 09-10138-KG
District of Delaware
Delaware
Wed Mar  9 09:32:12 EST 2011

ASM Capital, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Affiliates of Verizon Communications Inc.
c/o Darryl S. Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street N.W.
Suite 2100
Atlanta, GA 30363-1031

American Furukawa, Inc
47677 Galleon Dr
Plymouth, MI 48170-2466

Archon Bay Capital, LLC
P.O. Box 14610
Surfside Beach, SC 29587-4610

Benesch Friedlander Coplan & Aronoff, LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801-1611

Brookings Municipal Utilities
c/o Lyle R. Nelson
Elias, Books, Brown & Nelson, PC
Two Leadership Square, Ste. 1300
211 N. Robinson
Oklahoma City, OK 73102-7109

Campbell Creek, Ltd.
c/o Granite Properties, Inc.
Tim Dunn
5601 Granite Parkway
Suite 800
Plano, TX 75024-6682

City of Richardson
c/o Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Commonwealth of Pennsylvania, Department of
P.O. Box 280946
Harrisburg, PA 17128-0946

APC Workforce Solutions, LLC
Doug Goin
Chief Financial Officer
420 South Orange Avenue
6th Floor
Orlando, FL 32801-3313

AT&T
c/o Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801-1658

Aldine Independent School District
Susan R. Fuertes
14910 Aldine Westfield
Houston, TX 77032-3028

Aon Consulting
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1638

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7480

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587-4610

CREDITOR LIQUIDITY, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504-1751

Chartis Insurance Company of Canada f/k/a AI

Claims Recovery Group LLC
92 Union Ave
92 Union Ave
Cresskill, NJ 07626-2128

Commonwealth of Virginia, Department of Taxa
Taxing Authority Consulting Services, P.
Attn: Mark K. Ames
P.O. Box 71476
Richmond, VA 23255-1476

ASM Capital III, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Acushnet Company
Titleist & FootJoy
Attn: Credit Dept
Attn: Credit Dept.
PO Boxx 965
Fairhaven, MA 02719-0965

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020-1001

Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801-1658

Bakul Khanna & Chander Khanna
58 Blake Road
Lexington, MA 02420-3207

Bookham Technology Plc.
George W. Shuster, Jr./Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LL
George W. Shuster, Jr.
60 State Street
Boston, MA 02109-1800

CT Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801-1196

Ciena Corporation

Clearwire Corporation
James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR 97201-5682

Conductive Circuits, Inc.
c/o Marty Bachman, VP
360 State Street
Garner, IA 50438-1237

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830-6263

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas
29th Floor
New York, NY 10019-4619

County of Fairfax
The County Attorney
Attn: Nancy F. Loftus
12000 Government Center Parkway
Ste.549
Fairfax, VA 22035-0064

County of Loudoun
c/o K. Stapleton, Asst. Cnty. Atty.
One Harrison St. SE
MSC #06
Leesburg, VA 20175-3102

County of Ventura, State of California
Ventura, CA 93009-0001

Court(no signature on document)

Dallas County
c/o Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Department of Taxation, State of Hawaii
PO Box 259
Honolulu, HI 96809-0259

Drawbridge Special Opportunities Fund LP
c/o Fortress Investment Group LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105-0302

Drawbridge Special Opportunities Fund Ltd.
1345 Avenue of the Americas, 46th Floor
New York, NY 10105-0302

Epiq Bankruptcy Solutions, LLC
757 3rd Ave., 3rd Floor
New York, NY 10017-2013

Export Development Canada

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Fannin CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Elizbaeth Weller
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644

Freescale Semiconductor, Inc
c/o Kell C. Mercer
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4093

GE Fanuc Embedded Systems, Inc.
c/o James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-1671

GTCI
c/o Edward C. Gordon
2100 Lakeside Blvd., Suite 250
Richardson, TX 75082-4351

Google Inc.
Blakeley & Blakeley LLP
Johnny White, Esq.
2 Park Plaza
Suite 400
Irvine, CA 92614-8514

Grapevine-Colleyville ISD, City of Grapevine
PBFCM c/o Adrienne Hamil
P.O. Box 13430
Arlington, TX 76094-0430

Guyana Telephone and Telegraph Company Limit

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070-2599

Hain Capital Holdings, Ltd
301 Route 17
7th Floor
Rutherford, NJ 07070-2599

Harris County
Attn. John P. Dillman
P O Box 3064
Houston, Tx 77253-3064

Hewlett-Packard Company
Ramona Neal
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-1021

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, Il 60181-4295

Intech Group, Inc.
Ernie Holling, President
305 Exton Commons
Exton, PA 19341-2450

Iowa Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 10471
Des Moines, IA 50306-0471

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
Boston, MA 02110-1610

Irving ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Elizbaeth Weller
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644

J. Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010-1016

JDS Uniphase Corporation
430 N. McCarthy Blvd.
Milpitas, CA 95035-5112

Liquidity Solutions, Inc.
One University Plaza, Ste 312
Hackensack, NJ 07601-6205

Lita Higginbotham
750 W. Rosewood
Tavares, FL 32778-4870

Longacre Institutional Opportunity Fund, L.P
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869

Longacre Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869

MTS Allstream, Inc.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806-4717

Margolis Edelstein
750 Shipyard Dr.
Ste. 102
Wilmington, DE 19801-5161

Microsoft Corporation
c/o Riddell Williams P.S.
Joseph E. Shickich, Jr.
1001 - 4th Avenue
Suite 4500
Seattle, WA 98154-1192

Missouri Department of Revenue
Sheryl L. Moreau
PO box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Mobile County License Commissioner
P.O. Drawer 161009
Mobile, AL 36616-2009

Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022-4214

Monarch Master Funding Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue
26th Floor
New York, NY 10022-4255

NeoPhotonics Corporation
NeoPhotonics Corporation
2911 Zanker Road
San Jose, CA 95134-2125

New York State Department Of Taxation And Fi
Bankruptcy Section
Collection/Civil Enforcement Division
Albany, NY 12205-0100

Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082-4305

Nortel Networks UK Pension Trust Limited & T

Oracle USA, Inc
Buchalter Nemer
c/o Shawn M. Christianson
333 Market St., 25th Floor
San Francisco, Ca 94105-2126

Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Perkins Coie LLP
1201 Third Avenue, 48th Fl
Seattle, WA 98101-3099

Powerwave Technologies, Inc.
c/o Monzack Mersky McLaughlin and Browde
1201 N. Orange Street
Suite 400
Wilmington, DE 19801-1167

RMS Bankruptcy Recovery Services Agent for W
307 International Circle
Suite 270
Hunt Valley, MD 21030-1322

Riverside Claims, LLC.
PO BOX 626
Planetarium Station, NY 10024-0626

Robert Horne, James Young & the Ad Hoc Group
c/o Robert J. Keach, Esq.
Bernstein Shur Sawyer & Nelson
P.O. Box 9729
Portland, ME 04104-5029

Robert L. Kenas
12 Edgemere Drive
Matawan, NJ 07747-3364

Russell T. Schooley
1603 Clearmeadow Drive
Allen, TX 75002-4657

SAP America, Inc.
Brown & Connery, LLP
Donald K. Ludman, Esquire
6 N. Broad Street
Suite 100
Woodbury, NJ 08096-4635

Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010-1016

Starent Networks Corp.
c/o Dennis L. Jenkins, Esq.
Wilmer Cutler Pickering Hale and Dorr LL
60 State Street
Boston, MA 02109-1816

State Of Michigan, Dept. Of Treasury
3030 W. Grand Blvd
Suite 10-200
Detroit, MI 48202-6030

State Of New Jersey, Division of Taxation
P.O. Box 245
Trenton, NJ 08695-0245

State Of Rhode Island Division Of Taxation
One Capitol Hill
Providence, RI 02908-5800

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
1800 CENTURY BLVD NE
SUITE 17200
ATLANTA GA 30345-3206

State of Maryland, Department of Labor, Lice
1100 N. Eutaw Street
Baltimore, MD 21201-2201

TTI Team Telecom Netherlands B.V.

Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504-1751

Tata American International Corporation and

Telstra Corporation Limited
c/o Nixon Peabody LLP
Attn: Robert Christmas
437 Madison Avenue
New York, NY 10022-7039

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The Bermuda Telephone Company Limited
Bingham McCutchen LLP
c/o Jonathan B. Alter
One State Street
Hartford, CT 06103-3100

The Prudential Insurance Company of America
c/o Scott K. Brown
Lewis and Roca LLP
40 North Central Avenue, #1900
Phoenix, AZ 85004-4446

Torys LLP
237 Park Avenue
New York, NY 10017-3140

Tower 333 LLC
Christopher M. Alston
Foster Pepper PLLC
1111 - 3rd Ave., #3400
Seattle, WA 98101-3299

Travelers
One Tower Square4
5MN
Hartford, CT 06183-0002

Travis County
c/o Karon Y. Wright
P.O. Box 1748
Austin, TX 78767-1748

Treasurer of Arapahoe County, Colorado
5334 S. Prince Street
Littleton, CO 80166-0001

True Partners Consulting LLC
225 W. Wacker Drive
Suite 1600
Chicago, IL 60606-2201

Trustee of Nortel Networks UK Pension Plan a

Tulsa County Treasurer
500 S. Denver Ave.
Tulsa, OK 74103-3838

UK Pension Trust Limited

US Debt Recovery IIA, LLC
940 Southwood Blvd
Suite 101
Incline Village, NV 89451-7401

US Debt Recovery III, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451-7401

US Debt Recovery IV, LLC
940 Southwood Blvd
Suite 101
Incline Village, NV 89451-7401

US Debt Recovery V, LP
940 Southwood Blvd, Suite 101
Incline Village, NV 89451-7401

US Debt Recovery VIII, L.P.
US Debt Recovery VIII, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451-7401

Unisys Corporation
c/o Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424-0001

Unisys de Mexico S.A. de C.V.
c/o Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102-3012

United States on behalf of Internal Revenue
Tax Division, U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044-0227

Verizon Communications Inc. and for Cellco P
Arnall Golden Gregory LLP
c/o Darryl S. Laddin
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

Vincent E. Rhynes
1514 W. Manchester Ave. #5
Los Angeles, CA 90047-5427

Volex, Inc.
Wilmer Cutler Pickering Hale and Dorr LL
Lisa Jack
60  State Street
Boston, MA 02109-1800

Worden Master Fund LP
c/o Fortress Investment Group LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105-0302

tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124-5454

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801


1500 Concord Terrace LP
Thomas J. Leanse, Esq.
c/o Katten Muchin Rosenman LLP
2029 Century Park East, 26th Floor
Los Angeles, CA 90067-2901

(c)ADEX CORPORATION
C/O FREEDMAN & GERSTEN, LLP
ATTN: MARC D. FREEDMAN, ESQ
777 TERRACE AVE STE 501
HASBROUCK HEIGHTS NJ  07604-3113

ASP Technologies Inc
710 Pine Drive
Windsor, CO 80550-5603


Academic Benchmarks Inc
1244 Meadowgate Pl
Loveland, OH 45140-6028

Accessible Systems Inc
3011 Grotto Walk
Ellicott City, MD 21042-7107

Acme Packet Inc
71 Third Avenue
Burlington, MA 01803-4430


Actua
15 York Street
Ottawa, ON  K1N 5S7
Canada

Adex Corporation
1035 Windward Ridge Pkwy
Alpharetta, GA 30005-1787

Airspan Networks Inc
777 Yamato Road, Suite 310
Boca Raton, FL 33431-4406


Andrew Corporation
101 North Tryon Street, Suite 1900
Charlotte, NC  28246
USA

Andrew telecommunications Products
101 North Tryon Street, Suite 1900
Charlotte, NC  28246
USA

Apto Solutions Inc.
1910 MacArthur Blvd NW
Atlanta, GA 30318-2026


Arbor Industries USA Inc
101 Dominion Blvd
Ronkonkoma, NY 11779-7409

Atlanta Symphony Orchestra
Schedule F, Amt. $7,200.00
1280 Peachtree NE
Atlantic, GA 30309-3502

Avatar Moving Systems Inc
PO Box 728
Yapbank, NY 11980-0728


BEHRINGER HARVARD TIC MGMT. SERVICES LP
C/O BEHRINGER HARVARD FUNDS
ATTN: LEGAL DEPARTMENT
15601 DALLAS PARKWAY, SUITE 600
ADDISON, TX 75001-6026

Baldwin & f/k/a Baldwin FB
2420 Sunnystone Way
Raleigh, NC 27613-6082

Baseline Consulting Group Inc
15300 Ventura Blvd #523
Sherman Oaks, CA 91403-5845


Bell Aliant Regional Communications, LP
6 South, Maritime Centre
1505 Barrington Street
Halifax, NS
Canada B3J 2W3

Berryman Transfer & Storage Inc
2000 Moen Ave
Joliet, IL 60436-9002

Bexar County
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205-1749


Big Moon Marketing
PO Box 120492
Nashville, TN 37212-0492

Blue Heron Micro Opportunities Fund LLP
PO Box 14610
Surfside Beach, SC 29587-4610
USA

Brennan Consulting Service
1219 Maple St
Lake Oswego, OR 97034-4729


CNG Global Services Inc
6 Antares Drive Phase 1
Ottawa, ON K2E 8A9
Canada

CONSOLIDATED OPERATOR SERVICES
121 SOUTH 17TH STREET
MATTOON, IL 61938-3987

CPU Sales and Service Inc
703 Rear Main Street
Waltham, MA 2451

CUSTOMERSAT COM
500 ELLIS ST
MOUNTAIN VIEW, CA 94043-2206

California Software Laboratories
39465 Paseo Padre Pkwy, Suite 2900
Freemont, CA 94538-5377

Call, Jensen & Ferrell
610 Newport Center Dr, Suite 700
Newport Beach, CA 92660-6498

Callidus Software Inc
160 W. Santa Clara Street,
San Jose, CA 95113-1701

Carlaon Marketing Canada Ltd
2845 Matheson Blvd East
Mississauaga, Ontario L4W 5K2
Canada

Carlson Marketing Canada Ltd
2845 Matheson Blvd East
Mississauaga, Ontario L4W 5K2
Canada

Carnevale Consulting, LLC
PO Box 21
Wynantskill, NY 12198-0021

Cellsite Industries, Inc.
101 North Tyron Street, Suite 1900
Charlotte, NC  28246
USA

Chrysalis Software, Inc.
126 Clock Tower Place, Ste 215
Carmel, CA 93923-8874

Chrysalis Software, Inc.
14 Mentone Drvie
Carmel, CA 93923-9741

Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626-2128

Coface North America Insurance Co.
50 Millstone Road
Building 100, Suite 360
East Windsor, NJ 08520-1415

Collevecchio Enterprises, Inc. DBA Creative
8540 Colonnade Center Drive
Raleigh, NC 27615-3052
Attn: Ed Collevecchio

Communications Support Services Inc
6541 101 Meridien Drive
Raleigh, NC 27616-3211

Compliance Worldwide Inc.
357 Main Street
Sandown, NH 03873-2144

ConnectAndSell Inc
548 Shorebird Circle Unit 320
Redwood City, CA 94065-1038

Contrarian Funds, LLC
411 W. Putnam Ave., Ste. 425
Greenwich, CT 06830-6263

Covergence, Inc.
71 3rd Avenue
Burlington, MA 01803-4430
Attn: Tim Demakis

Creative Associates
8540 Colonnade Center Drive
Raleigh, NC 27615-3052
Attn: Ed Collevecchio

Crimson Hexagon Inc
130 Bishop Allen Drive
Cambridge, MA 02139-2497

DANET GMBH
DR. JOCHEN DIESELHORST-RECHTSANWALT
FRESHFIELDS BRUCKHAUS DERINGER LLP,
ALSTERARKADEN 27
HAMBURG, 20354
GERMANY

DTEL NETWORK SOLUTIONS INC
10-1642 EAST GEORGIA ST
VANCOUVER, BC V5L2B2
CANADA

Daito Precision Inc
3901 Sartelon
St Laurent, QC H4S 2A6
Canada

Dannemann, Siemsen, Bigler & Ipanema
PO Box 7247
Philadelphia, PA 19170-0001

Digital Lightwave
5775 Rio Vista Drive
Clearwater, FL 33760-3137

Drawbridge Special Opportunities Fund Ltd.
c/o Fortress Investment Group LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105-0302

EION Inc
320 March Rd, Gateway Bldg 2, Suite 500
Ottawa,ON K2K 2E3
CANADA

ELEAD CORP, LLC
PO BOX 828
DEVON, PA 19333-0828

Embarq Logistics, Inc.
3305 Highway 60 W.
Faribault, MN 55021-4869

Eurodata
2574 Sheffield Rd
Ottawa, ONK1B 3V7
Canada

Excelocity Inc
210 Colonnade Rd
Ottawa,ON K2E 7L5
Canada

Fair Harbor Capital LLC
PO Box 237037
New York, NY 10023-0028

Followup Net LLC
1017 Post Rd East
Westport, CT 06880-5370


Ford & Harrison LLP
PO Box 101423
Atlanta, GA 30392-1423

Freedom CAD Services Inc
20 Cotton Rd, Suite 201
Nashua, NH 03063-1262

Fulcrum Distressed Opportunities Fund I, LP
111 Congress Avenue, Suite 2550
Austin, Texas 78701-4044


GN CLAIM SUB, LLC
MUNSCH HARDT KOPF & HARR, P.C.
3800 LINCOLN PLAZA, 500 N. AKARD ST.
DALLAS, TX 75201

GN Claim Sub, LLC
c/o Joseph J. Wielebinski, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-3302

Gladeck & Associates LLC
525 W Butler Pike 10
Ambler, PA 19002-5222


Global IP Solutions Inc
aka Global IP Sound Inc
642 Harrison St, 2nd Floor
San Francisco, CA 94107-1323

Globalware Solutions
200 Ward Hill Avenue
Haverhill, MA 01835-6972

Glow Networks, INc.
2140 Lake Park Blvd., Ste. 303
Richardson, Texas 75080-2295


Google Inc
642 Harrison Street, 2nd Floor
San Fransisco, CA 94107-1323

Government Technology Executive
100 Blue Ravine Rd
Folsom, CA 95630-4703

HELLMUTH, OBATA & KASSABAUM, INC.
C/O CULLEN K. KUHN, ESQ.
BRYAN CAVE LLP
211 N. BROADWAY, SUITE 3600
ST. LOUIS, MO 63102-2769


Hain Capital Holdings, LLC
301 Route 17 N, 7th Floor
Rutherford, NJ 07070-2599

Hain Capital Holdings, Ltd.
301 Route 17, North
Rutherford, NJ 07070-2575

Harris Interactive Inc
135 Corporate Woods
Rochester, NY 14623-1473


HigWells Fargo Bank
assignee of High Wire Networks Inc
12151 Spruce St
Thornton, CO 80602-8186

Hon Hai Precision Industry Co
1688 Richard Ave
Santa Clara, CA 95050-2844

Ian Martin Limited and Ian Martin Technology
465 Morden Rd, 2nd Floor
Oakville, ON L6K 3W6


Ichia USA Incorporated
File 55314
Los Angeles, CA 90074-5314

Ingate Systems Inc
7 Parsley Road
Hollis, NH 03049-5916

Injentek Inject Engineering Technology Inc
9-1730 McPherson Court
Pickering, ON, CAnada  L1W 3E6


Innovatia Inc.
One Germain Street
Saint John, NH
CANADA E21 4R5

Inroads Inc
10 South Broadway
St Louis, MO 63102-1712

Intax Inc
PO Box 54650
Lexington, KY 40555-4650


Intec Billing Inc
301 Perimeter Center North
Atlanta, GA 30346-2405

International Technology Solutions
11635 Capital Boulevard
Wake Forest, NC 27587-4483

Intransit Technologies Corp
PO Box 3020
San Clemente, CA 92674-3020

KEY SERVICES INC
3921 WEST POINT BLVD
WINSTON-SALEM, NC 27103-6726

KGP Logistics, as successor in interest to E
3305 Highway 60 West
Fairbault, MN 55021-4869

KK Technologies Inc
64 Boulevard Huot
Ile Perrot, QC J7V 5V6
Canada

KURTZ, DAVID
4725 JOSEPH MICHAEL CT
RALEIGH, NC 27606-9647

Kaiser Associates Inc
1747 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006-4651

Kaon Interactive Inc
2 Clock Tower Place
Maynard, MA 01754-2542

Kemper Consulting
112 Granby St
Norfolk, VA 23510-1656

Kepner Tegoe Associates Ltd
c/o 1st Constitution Bank
PO Box 574
Cranbury, NJ 08512-0574

Keytech USA
200 Butterfield Dr, Suite B1
Ashland, MA 01721-2060

Kirk Consulting Grouo Inc
101 North Monroe Street
Tallahassee, FL 32301-1549

Kirk Consulting Group Inc
101 North Monroe Street
Tallahassee, FL 32301-1549

Kontron Modular Computer GMBH
Sudetenstr 7
Kaufbeuren, GERMANY  87600

Labra Electronics
17332 Von Karman Ave
Suite 160
Irvine, CA 92614-6294

Layne Communications
602 E Main Street, #c
Allen, TX 75002-3000

Ledcor Managed Technical Services LLC
f/k/a Ledcor Technical Services Inc.
6405 Mira Mesa Boulevard, suite 100
San Diego, CA 92121-4120

Longacre Institutional Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869
Attn: Vladimir Jelisavcic

Longacre Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869
Attn: Vladimir Jelisavcic

MACADAMIAN TECHNOLOGIES INC.
700 Industrial Avenue, Suite 220
Ottawa, Ontario
Canada, H1G 0Y9

METROPOLITAN TULSA INVESTMENTS LLC
C/O JEREMY S. MACK
JACKSON WALKER LLP
901 MAIN STREET, STE 6000
DALLAS, TX 75202-3797

MIR3 Inc.
3398 Carmel Mountain Road
San Diego, CA 92121-1044
Attn: Scott Neill

MRV Communications Inc
295 Foster St
Littleton, MA 01460-2022

Mack Thorpe Jr
225 E Worthington Ave, Ste 200
Charlotte, NC 28203-4886

Marketbridge Corporation
4550 Montgomery Avenue
Bethesda, MD 20814-3304

Massey & Bowers LLC
30 Allen Plaza, Suite 700
Atlanta, GA 30308-3036

Mercury Computer Systems Inc
199 Riverneck Rd
Chelmsford, MA 01824-2800

Mindwave Research Inc.
4412 Spicewood Springs Road
Suite 700
Austin, TX 78759-8567

Mitec Telecom Inc
9000 Trans Canada Highway
Pointe Claire, QC
Canada H9R 5Z8

NEWCOMM 2000
Sabana Seca
Puerto Rico, 00952-1314
Puerto Rico Mailing Address

National Journal Group Inc
600 New Hampshire Ave NW
Washington, DC 20037-2403

Nera Inc
1303 E Arapaho Rd, Suite 202
Richardson, TX 75081-2444

Netformx Inc
275 Saratoga Ave
Santa Clara, CA 95050-6667

Newbury Networks Inc
130 West Union Street
Pasadena, CA 91103-3628

North Carolina State University
Campus Box 7203
Raleigh, NC 27695-0001

PDS Communications Inc
1879 Buerkle Road
White Bear Lake, MN 55110-5246

PGT Photonics North America, Inc.
75 Fifth St., NW
Atlanta, GA 30308-1019

PUCAN TRADING
9651 SE 125TH AVE
DUNNELLON, FL 34431-7457

Pamela Richardson
2121 Brentcove Dr.
Grapevine, Texas 76051-7827

Pangea3 LLC
18 East 41st Street, Ste 1806
New York, NY 10017-6227

Paragon Communications
101 Union St, 2nd Floor
Ashland, MA 01721-1714

Pitney Bowes Management Services Inc
27 Waterview Drive
Shelton, CT 06484-4361

Precise Power Service Corp
6405 Wilkinson Blvd
Belmont, NC 28012-2887

Precision Measurements Corp
553 Pylon Drive
Raleigh, NC 27606-1466

Primo Microphones Inc
PO Box 1570
McKinney, TX 75070-8155

Quarry Integrated Communications
1009 Slater Rd, Suite 300
Durham, NC 27703-8446

Quasar Inc
108 Wiley Hills Trail
Woodstock, GA 30188-6224

Quest Forum
101 East Park Blvd. #220
Plano, TX 75074-5483

Questar Energy Trading
PO Box 45601
Salt Lake City , UT 84145-0601

Questar Gas Management Co
PO Box 45601
Salt Lake Cuty, UT 84145-0601

RAPID SHEET METAL INC
104 PERIMETER ROAD
NASHUA, NH 03063-1332

Riverside Claims LLC
PO BOX 626
Planetarium Station
New York, NY 10024-0626

Roger Lussier
42 Mantinecock Avenue
East Islip, NY 11730-2606

Ronin Corporation
2 Research Way
Princeton, NJ 08540-6628

SANT CORPORATION, THE
ATTN: MARK CLAVER
10260 ALLIANCE ROAD
CINCINNATI, OH 45242-4741

SOAPSTONE NETWORKS INC
15 NEW ENGLAND EXECUTIVE PARK
BURLINGTON, MA 018035202

STR Software Co.
11505 Allecingie Parkway
Richmond, VA 23235-4301

STREAMLINE CIRCUITS CORPORATION
1410 MARTIN AVENUE
SANTA CLARA, CA 95050-2621

SVA Bizsphere Entwicklungs
UND Vertriebs - AG
Friedrichstrasse 15
Stuttgart, 70174
Germany

Safety Certified Inc
18 US HWY 17
Orange Park, FL 32003-8250

Sasken Communication
139/25 Amarjyothi Layout
Bangalore, KA  560071
India

Seal Consulting Inc
105 Field Crest Ave
Edison, NJ 08837-3628

Securelogix Corporation
13750 San Pedro
San Antonio, TX 78232-4375

Seltech Electronics Inc
342 Bronte Street Unit 6
Milton, ON L9T 5B7

Sierra Liquidity Fund, LLC
2699 White Road #255
Irvine, CA 92614-6264

Silicon Mechanics LLC
22029 23rd Dr SE
Bothell, WA 98021-4410

Sipera Systems Inc
1900 Firman Drive
Richardson, TX 75081-1882

Slash Support, Inc.
Sanjiva Singh
3031 Tisch Way, Suite 505
San Jose, CA 95128-2531

Sodexho
4401 Great America Pkwy
Santa Clara, CA 95054-1211

South Carolina Telephone Assoc.
220 Stoneridge Drive
Columbia, SC 29210-8018

Squire Sanders & Dempsey LLP
Attn: Sharon McCracken
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3406

Strength Tek Fitness and Wellness
707 Highland Ave
Ottawa ON, K2A 2K3
Canada

Symmetricom
2300 Orchard Parkway
San Jose, CA 95131-1017

Symmetrics Business Intelligence
1050 West Pender Street
Vancouver, BC, CANADA  V6E 3S7

Symon Communications
500 N Central Expressway Suite 175
Plano, TX 75074-6784

Syselog SA
Drinker, Biddle & Reath LLP
Attn: Howard Cohen
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1246

TELFUSION, INC.
ATTN: CORRINA BOWERS
1003 MORRISVILLE PARKWAY, SUITE 170
MORRISVILLE, NC 27560-7999

TIPPIT INC
100 CALIFORNIA ST STE 400
SAN FRANCISCO, CA 941114509

TIPPIT INC
531 HOWARD STREET
SAN FRANCISCO, CA 94105-3035

TTI Team Telecom International Inc
2 Hudson Place
Hoboken, NJ 07030-5594

Take One Productions
101 Pheasant Wood Ct
Morrisville, NC 27560-9200

Telecordia Technologies Inc
1 Telecordia Drive
Piscatawy, NJ 08854-4182

Telesoft
 Division of Broadframe Corp
1001 Snowden Farm Road
Collierville, TN 38017-8988

Telogy Inc
3200 Whipple Rd
Union City, CA 94587-1217

Telrad Netowrks
1, Bat Sheva Street
P.O. Box 228
LOD, 71100 Israel

Testing House de Mexico S de RL de CV
Chadbourne & Parke LLP
Attn: Francisco Vasquez Jr
30 Rockefeller Plaza
New York, NY 10112-0129

The Big Word
48 Wall Street, 11th Floor
New York, NY 10005-2907

The Impact Group
415 North Beverly Drive
Beverly Hills, CA 90210-4600

The Quality Group Inc
5825 Glenridge Dr, Suite 3-10
Atlanta, GA 30328-5387

Thomson Financial LLC, Moss & Barnett  PA
Sarah Doerr
90 South Seventh Street
Minneapolis, MN 55402-3903

Translations.com
Three Park Ave, 37th Fl
New York, NY 10016-5902

Transport F Darsigny Inc
5405 Rue Trudeau, Unite 14
St-Hyacinthe, Quebec, J2S 7K9

Trop, Pruner & Hu PC
1616 S Voss Rd, Suite 750
Houston, TX 77057-2620

U.S. Bank N.A., as Trustee for BACM 2006-2
c/o Wells Fargo Comm Mortgage Serv
1901 Harrison St., 2nd Flr.
Oakland, CA 94612-3652

UCM/SREP-CORPORATE WOODS, LLC
C/O STEPHEN LEWIS, ESQ.
STOLTZ MANAGEMENT OF DELAWARE, INC.
725 CONSHOHOCKEN STATE ROAD
BALA CYNWYD, PA 19004-2102

US Debt Recovery III, LP
940 Southwood, Suite 101
Incline Village, NV 89451-7401

US Debt Recovery VIII, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451-7401

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519

University of Ottawa
55 Laurier Ave East, Suite 1100
Ottawa, ON K1N 6N5
Canada

VERIDAN CONNECTIONS
1465 PICKERING PARKWAY
SUITE 200
PICKERING, ON L1V 7G7
CANADA

Varaha Systems Incorporated
2650 Valley View Lane
Dallas, TX 75234-6284

Virtual Console LLC
70-35 Loubet St
Forest Hills, NY 11375-5847

WWS Vision Inc
1016 Copeland Oak Drive
Morrisville, NC 27560-6609

Wakefield Thermal Solutions
33 Bridge Street
Pelham, NH 03076-3475

Weber Shandwick Worldwide
101 Main Street
Cambridge, MA 02142-1514

Webreach Inc.
18831 Von Karman 300
Irvine, CA 92612-1536

Webslingerz, Inc
101 E. Weaver Street
Chapel Hill, NC 27514

Welch Consulting
12100 Wilshire Boulevard
Los Angeles, CA 90025-7120

Welch Consulting
1716 Briarcrest Drive #700
Bryan, TX 77802-2760

Wells Fargo Bank
assignee of High Wire Networks Inc
12151 Spruce St
Thornton, CO 80602-8186

Weston Solutions Inc
1400 Weston Way, PO Box 2653
West Chester, PA 19380-0903

Widevine Technologies Inc
901 5th Avenue Suite 3400
Seattle, WA 98164-2026

Wistron Corporation
7 Hsin-An Road
Hsinchu, Taiwan

Abdul M. Khawar
11103 Empire Lakes Drive
Raleigh, NC 27617-8584

Ajay Dabral
7009 Clouerhanen Way
Plano, TX 75074-8973

Alan Heinbaugh
584 Bryan Ave.
Sunnyvale, CA 94086-6422

Alan McKie
11985 Leeward Walk Circle
Alpharetta, GA 30005-7857

Albert F. Finch
2309 Pembroke St.
Garland, TX 75040-3351

Alice Vega
34089 Lyttle Dowdle Drive
Golden, CO 80403-8626

Alissa T. Gazze
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801-1146

Allister N Wolowidnyk
1213 Gannon Drive
Plano, TX 75025-2924

Alvin Enns
6325 Winthrop Dr
Raleigh, NC 27612-2147

Andrew Barrett
2513 Constitution Dr
Raleigh, NC 27615-5380

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Anthony Jamroz
7814 Red River Rd.
West Palm Beach, FL 33411-5814

Anthony D. Perez
23 Maryetta Court
Syosset, NY 11791-2517

Anthony M. Leger
9409 Stone Mountain Rd
Raleigh, NC 27613-1057

Arlene Godgrey
625 Duvall Blvd
Highland Village, TX 75077-6949

Arnold J. Martin
904 Andersonwood Dr.
Fuquay-Varina, NC 27526-9568

Avinash Chitnis
1825 Klamath Court
Tracy, CA 95304-5833

Barbara Joan Hinson
317 Westridge Drive
Raleigh, NC 27609-5218

Barry D'Amour
1001 Kelton Cottage Way
Morrisville, NC 27560-7031

Barry Satlow
1951 Vista Drive
Boulder, CO 80304-2318

Basil Papantonis

Ben Warren
37 Crest lane
Watsonville, CA 95076-9641

Benson S. Chan
60 Wilson Way
#155
Milpitas, CA 95035-2526

Bernardo Abello
15 Morningside Dr.
Coral Gables, FL 33133-6903

Betsy Wood
516 Cascade Terrace South
Sunnyvale, CA 94087-3249

Bhimrao Vijay Naik
415 Dairy Rd
Ste E-530
Kahului, HI 96732-2348

Bill Ozer
4036 Legend Ranch Dr.
San Antonio, TX 78230-5860

Blair Connelly
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4874

Brian Hopf
1081 Silverleaf Dr.
Youngsville, NC 27596-7700

Bruce Klein
8220 Fountain Park Dr
Raleigh, NC 27613-5295

Bruce Schofield

Bruce K. Jarvah
702 Potomac Drive
Chocowiwity, NC 27817-8995

Bruce T. Brown
1171 Stanton Rd
Lake Zurich, IL 60047-1748

Carita E. Prichard
1803 Palace Court
Corinth, TX 76210-2186

Carol and Comar Vaughn
2804 Brown Circle
Las Vegas, NV 89107-3212

Casey Ceponis
240 Hampton Court
Palatine, IL 60067-5825

Cecil D. Raynor
1508 Briarwood Place
Raleigh, NC 27614-9716

Cesare Matrundola
8157 Pleasant Hill Rd
Lithonia, GA 30058-5015

Chand J Patel
3605 Longbow Lane
Plano, TX 75023-3757

Chandrakant V. Gundedra
11309 Ridgegate Dr.
Raleigh, NC 27617-8609

Charles Bunner
1 Brook Road
Mont Vernon, NH 03057

Charles D. Ballard
170 Dublin Ct.
Four Oaks, NC 27524-7711

Charles J. Prumerie
931 Douglas Lane
Mount Shasta, CA 96067-9784

Charles J. Shipman
1081 Grazer Lane
Prescott, AZ 86301-5898

Charles L. Till Jr.
75196 Chippenham Ct
Raleigh, NC 27613

Charles M. Gage
5815 Edgewood Drive
McKinney, TX 75070-5494

Charles M. Young
1616 Dye Pl.
Wilmington, NC 28405-4124

Charles R Mann
329 Kyfields
Weaverville, NC 28787-9282

Charles R. Littlewood
2005 Quail Ridge Road
Raleigh, NC 27609-4137

Charles T. Glass
2605 Timothy Drive
Puquay Varina, NC 27526-9494

Charles and Diane Lee
1103 CR 3470
Hawkins, TX 75765-5077

Charlie Eddins
4304 Tipperary Dr
Raleigh, NC 27604-3543

Cheryl Jean Gibson
4621 Wilhoite Road
Franklin, TN 37064-9601

Chester M. Rollan
3121 Kingston Dr.
Richardson, TX 75082-4066

Cho Lun Wong
Flat A1, 3/F Summit Court
144 Tin Hau Temple Road
North Point Hong Kong

Chong Rose
701 Lakebird Dr.
Sunnyvale, CA 94089-2531

Christopher Moore
5167 Killingsworth Trace
Norcross, GA 30092-1739

Claude T. Creswell
150 Main Street
Bloomfield, NY 14469-9350

Clifford C Yarosh
10 Fay Street
Westborough, MA 01581-1908

Cynthia A Schmidt
P.O. Box 119
Oregon House, CA 95962-0119

D.G. Wiggins
1037 Beech Tree Lane
Brentwood, TN 37027-7641

Daniel Barran
2616 NE 27th Terrace
Fort Lauderdale, FL 33306-1722

Danny Sprouse
7014 FM 3054
Malakoff, TX 75148-9129

Darnell D. Barber Moye
8715 Crestgate Circle
Orlando, FL 32819-3856

Darrell K. Asing
1955 Assunta Way
San Jose, CA 95124-1546

Dave Ko
920 Brookline Way
Alpharetta, GA 30022-3745

David Brombal
8312 Halkin Ct.
Plano, TX 75024-3754

David Frame
633 Raford Hill Ln
Richardson, TX 75081-3562

David Green
73 Dunning Boulevard
Bangor, ME 04401-3003

David Hilbig
1420 Paringdon Dr
Plano, TX 75075-2722

David Steer
10 Cypress Ct.
Nepean, OntarioK2H 8Z8 Canada

David A Ludwick
205 Old Baldwin Rd
Black Mountain, NC 28711-6020

David A. Dunson
100 Bridlebit Court
Cary, NC 27513-8328

David C Hannah
405 Skulley Drive
Alpharetta, GA 30004-6666

David D David
2105 Possum Trot Rd
Wake Forest, NC 27587-6651

David F. Grant
205 Reedham Way
Raleigh, NC 27615-3156

David J. Kurth
1849 Quail Point S.E.
Bolivia, NC 28422-8198

David R Cairns Jr.
1564 Puerto Vallarta Drive
San Jose, CA 95120-4852

Deborah Bourland
1806 Meadow Cove
Richardson, TX 75081-2171

Debrah L Denemark
4633 Livingston Avenue
Dallas, TX 75209-6023

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801-1146

Dhansukh Chauhan
454 Southridge Way
Irving, TX 75063-4299

Diana Birkett
5732 Cr 2592
Royse City, TX 75189-2822

Diane Greanier
3813 Orchard Street
Walworth, NY 14568-9548

Dianne Napier-Wilson
14358 Wood Road
Alpharetta, GA 30004

Dianne Stanton
736 Branniff Drive
Cary, NC 27513-4108

Donald K. Waldron
1847 San Leanna Dr.
Allen, TX 75013-4741

Donna H Wayman
724 Westown Road
Unit I-4
Hot Springs, AR 71913-5384

Douglas G Clark
330 Spadina Rd.
Apt. 1904
On M5R 2V9
Toronto, CA

Earl Joseph Beneteau
6716 Virgilia Ct
Raleigh, NC 27616-6488

Edgar Chang
1210 Eva Avenue
Los Altos, CA 94024-6708

Edgar B. Simmons
218 South Bay Dr.
Bullard, TX 75757-8939

Edward Natiuk
6143 NW 124th Drive
Coral Springs, FL 33076-1916

Edward J. Pillman
5203 Stone Arbor Court
Dallas, TX 75287-7515

Egbert Clarke
16405 Diamond Place
Weston, FL 33331-3102

Eli J. Kay-Oliphant
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4874

Elias Cagiannos
87 Woodland Rd
Madison, NJ 07940-2815

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801-3553

Elizabeth Boyd
1706 Woodoak Drive
Richardson, TX 75082-4508

Emil Ami Yeshaya
23629 Spires Street
West Hills, CA 91304-5244

Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell
1201 N.Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Eric L. Rognlie
151 North Bay Dr.
Bullard, TX 75757-9393

Estelle Loggins
6717 Latta Street
Dallas, TX 75227-6049

F. Paul Cummings
2500 La Vida Place
Plano, TX 75023-5353

Faye M. Brown
550 Central Avenue
G-5
Linwood, NJ 08221-1360

Fereidoun Homayoun
2805 Covey Place
Plano, TX 75093-4740

Frank X. Froncek
4508 Hedrick Street
North Myrtle Beach, SC 29582-5216

Fred Scott

Fred L. Gann
792 Bridlewood Ct
Chico, CA 95926-7724

Fred W. Duncan
108 Eagle Ridge Dr.
Parachute, CO 81635-7802

Gary Masales
25 Mead Lane
Hilton Head Island, SC 29926-2253

Gary Moton
3319 Hillpark Lane
Carrollton, TX 75007-2735

Gene M. Presson
4900 Bartwood Drive
Raleigh, NC 27613-7002

George Brody
204 High Canyon Court
Richardson, TX 75080-2670

George LaBranche
PO Box 231623
Centreville, VA 20120-7623

George Pate
1015 Castle Rock CT
Murrells Inlet, SC 29576-7588

George B. Amoss
PO Box 13
Mendenhall, PA 19357-0013

George D. Weise
992 Turner Road
Palmyra, NY 14522-9547

George I Hovater Jr.
9009 Casals St.
Unit 1
Sacramento, CA 95826-3216

George P. Thomson
28 Northumberland
Nashville, TN 37215-4121

Gerald D. Dale
10901 SW 71st Circle
Ocala, FL 34476-5707

Gerald R. Clark
1056 E 700 N
Huntington, IN 46750-9645

Gerry Cabot
5452 Golden Currant Way
Parker, CO 80134-2708

Gib D. Ritenour
PO Box 904
Osprey, FL 34229-0904

Gilbert O. Elliott
3376 SE Fairway Oaks Trail
Stuart, FL 34997-4706

Gilles Gosselin
8404 Grand Messina CIr.
Boynton Beach, FL 33472-7104

Gloria Benson
1824 Wilson Pike
Brentwood, TN 37027-8113

Godfrey W. Muehle
1613 Kalispell Court
Sunnyvale, CA 94087-5210

Gordon W. Beattie
1535 Marshall Farm St.
Wake Forest, NC 27587

Graham Strange
4960 Bridgehampton Blvd
Sarasota, FL 34238-2782

Gregory Graham
216 Santa Fe Trail #2068
Irving, TX 75063-7104

Gregory J. Hoy
430 Highland Oaks
Southlake, TX 76092-8549

Gregory S. Lagios
22 Deer Run Drive
Freedom, NH 03836-4356

Gretta Prosser
537 Greenleaf Dr.
Richardson, TX 75080-5631

Ha K. Dinh
Wyoming Drive
Murphy, TX 75094

Harmon L Hanig
P.O. Box 1103
Lafayette, CA 94549-1103

Harold Seaman
118 West Coda Circle
Delray Beach, FL 33444-3630

Hector Santiago
978 Greystone Dr.
Biloxi, MS 39532-2250

Hendrikus E. Theloosen
162 Waterton
Williamsburg, VA 23188-8400

Henry Hewitt
5928 Volunteer Pl.
Rockwall, TX 75032-5724

Herman G. Petzold, III
3030 West Grand Blvd
Ste. 10-200
Detroit, MI 48202-6030

Howard R. Burns
1216 Colmar Drive
Plano, TX 75023-2810

Hwei-Ling Chen
105 Exeter Ct.
Cary, NC 27511-5773

Imre M. Gombos
6830 Lancaster Circle
Cumming, GA 30040-7342

Inggit Frost
4817 Monte Vista Ln
McKinney, TX 75070-7494

Irene Drake
115 Duncansby Court
Cary, NC 27511-6403

J. Warren Fuson
3702 Burwell Rollins Circle
Raleigh, NC 27612-5239

J.B. Shannon
132 Dublin Road
Murphy, TX 75094-9721

Jackson Townsend, III
139 Dan Moody Trail
Georgetown, TX 78633-4545

Jacques D Mader Jr
822 Bonnie CT
Murphy, TX 75094-4251

Jagdish D. Dassani
5317 Wood Valley Drive
Raleigh, NC 27613-6345

James Croft
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

James Stovall
565 Fifth Avenue
New York, NY 10017-2413

James A. Zukas
10900 Quimby Point Lane
Reston, VA 20191-5006

James C. Crosby
8 Jackson Ct.
Uxbridge, MA 01569-3129

James E. Harden III
1460 Chinook Court
Lilburn, GA 30047-7437

James E. Wood
3229 Regatta Pointe Ct.
Midlothian, VA 23112-4624

James G. Hix
2709 Safari Cir
Plano, TX 75025-2140

James G. Whercer
4805 Duromecroft Place
Fuquay-Varina, NC 27526

James L. Bromley
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006-1470

James L. Michael
4216 New Hill-Holleman Rd.
New Hill, NC 27562

James P Manley
1204 Edgefield
Plano, TX 75075-7216

James R. Long
2348 S. Ocean Blvd.
Highland Beach, FL 33487-1808

James R. Malloch
2925 Westview Dr.
Canyon Lake, TX 78133-4413

James R. Spurlock
1102 Manchester Drive
Cary, NC 27511-4810

Janeen L. Rose
3101 Tampa Drive
Garland, TX 75043-2837

Janet Bass
1228 Moultrie Court
Raleigh, NC 27615-6030

Janet Weiss
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193 usa

Janet Wilkinson
1619 Park Dr.
Raleigh, NC 27605-1608

Janet S. Edwards
8-21 Oakbrier Court
Penfield, NY 14526-2670

Janie Frank
208 Meadowlark Ln.
Wylie, TX 75098-5000

Jean Charles Roy
8112 Sapwood Court
Raleigh, NC 27615-3534

Jeff D Bickham
3560 CR 2338
Douglassville, TX 75560-6822

Jeffrey E. Williams
201 Windy Knoll Ln.
Wylie, TX 75098-5170

Jeffrey H Kingdon
81 La Rue Place NW
Atlanta, GA 30327-5010

Jeffrey S. Cianciulli
Weir & Partners LLP
824 Market Street Mall
Suite 1001
Wilmington, DE 19801-4939

Jenifer Maryak
10720 Dunhill Terrace
Raleigh, NC 27615-1439

Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006-1470

Jerrrey D Townley
4115 English Garden Way
Raleigh, NC 27612-4356

Jerry Long
2047 O'Kelly Chapel Rd.
Durham, NC 27713-7491

Jim Dupail
17524 NW 63rd CT
Miami Lakes, FL 33015-4424

Jim Edgar
12028 Pembridge Ln
Raleigh, NC 27613-7225

Joan Charlene Bosley
70 Spring Church Rd
Troy, MO 63379-5420

Joe K. Scammerhorn
1537 Edgeside Ct.
Raleigh, NC 27609-3570

Joel D. Webb
101 Allenbrook Dr.
Youngsville, NC 27596-9617

John Etten
4106 Thornill Ln
Vadnais Hts, MN 55127-3610

John Punk
1159 Dora Whitley Rd
Franklin, TN 37064-4788

John Kalfa
75 Johnson Place
Woodmere, NY 11598-1344

John Pellegrini
303 County Road 2266
Mineola, TX 75773-6469

John Scheer
5736 Chadwick Lane
Brentwood, TN 37027-1732

John A. Schick
44 Arroyo Drive
Moraga, CA 94556-1229

John B. Wilson
14358 Wood Road
Alpharetta, GA 30004

John C. Morse Jr.
5438 Hunter Road
Ooltwah, TN 37363-8744

John E. Sheppard
4808 Wood Valley Drive
Raleigh, NC 27613-6334

John M. Wallis
8932 Willow Trace Court
Apex, NC 27539-6807

John R Anderson
4524 Still Meadow Dr
Apt 103
Wilmington, NC 28412-8282

John Walter Brown
3082 Greenwood Rd
Rock Hill, SC 29730-7663

Jonathan L. Howell
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
Dallas, TX 75201-3429

Jonathan Lee Riches
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512-4500

Joneece S Abbie
171 Moonlight Drive
Murphy, TX 75094-3209

Josefina R. Angustia
3601 Turkey Path Bend
Cedar Park, TX 78613-7395

Joseph Ketsler
7617 Waasland Drive
Plano, TX 75025-3123

Joseph Samuel
102 Bathgate Lane
Cary, NC 27513-5552

Joseph Simeone
4847 N.W. 124th Way
Coral Springs, FL 33076-3464

Joseph R. Herrage
4302 Springhill Estates Drive
Parker, TX 75002-5783

Joseph T. Hodges Jr.
4415 Heidi Place
Midlothian, VA 23112-3264

Joyce Gorman
5012 Enclave Ct.
McKinney, TX 75070-5394

Judith Newborn
312 Lakepoint Loop
Pottsboro, TX 75076-4640

Judith A. Cole
1506 Schooner Bay Dr.
Wylie, TX 75098-7844

Judith A. Love
3236 Verbena Dr.
Plano, TX 75075-2371

Julian A Cheatham
188 Westpoint Drive
Clarksville, VA 23927-3420

Juliet A. Drake
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Julio C. Lopez
98 SW 13th Avenue
Boca Raton, FL 33486-4408

Karen L. Duncan
108 Eagle Ridge Dr.
Parachute, CO 81635-7802

Kasturi Ram Ramaswamy
140 Jilstone Court
Duluth, GA 30097-8024

Kathleen Cusinato
28864 W Harvest Glen Circle
Cary, IL 60013-2316

Kenneth J. Boyd
30 Deer Ridge Lane
West Chazy, NY 12992-3318

Kenneth W. Gordon
1039 Monroe Avenue
Rochester, NY 14620-1730

L. Stuart Mapes
1514 Shinnecock Hills Drive
Georgetown, TX 78628-0916

Larry L. Siegle
324 Home Place Dr
Easley, SC 29640-7122

Laura Hale


Laura Wiles
6024 Cabin Creek Road
Lothian, MD 20711-9700

Lawrence Olesko
10244 Tressor Court
Las Vegas, NV 89135-3270

Lee Derry
1144 Gilbert
Downers Grove, IL 60515-4690


Leonida Prosperi
14911 Hole In 1 Cir, Ph 5
Fort Myers, FL 33919-2106

Leslie H. Phipps
817 Kimpton Court
Fuquay Varina, NC 27526-1656

Linda Denning
6 Crosswinds Estates Dr.
Pittsboro, NC 27312-8450


Linda Reed
115 Kearney Court
Nolensville, TN 37135-9018

Lisa Fitzgerald
POBOX 259
Augusta, WV 26704-0259

Loren D. Miller
2461 Ravenhurst Drive
Plano, TX 75025-4751


Loretta F Adler
5308 Highlands Dr.
McKinney, TX 75070-7629

Lorne Hinz
7309 Lougheed Plaza
Plano, TX 75025-2231

Lorraine Placido
665 Monterey Ave
Morro Bay, CA 93442-2231


Louis Caltrider
102 Vashon Ct
Cary, NC 27513-5153

Louis Dallago
2103 Chestnut Hill Ln.
Richardson, TX 75082-4819

Louis Lusignan
744 Goodwin Dr
Park Ridge, IL 60068-2116


Louis H. Bilodeau
12820 Tee Time Way
Raleigh, NC 27614-6569

Luc Dhondt
Groenstraat 11
9820 Merelbeke
Belgium

Lucy Sookdeo
822 Palm Desert Drive
Garland, TX 75044-5006


Luke A. Barefoot
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Lynette K Seymour
16711 Rivendell Lane
Austin, TX 78737-9053

Lynn Anderson
2708 Regal Road
Plano, TX 75075-6300


Malford Arlon Adkinson
1629 Frances Dr.
Apopka, FL 32703-7823

Mara Foulois
10910 Belmont Blvd.
Mason Neck, VA 22079-3823

Mara E. Foulois
10910 Belmont Blvd.
Mason Neck, VA 22079-3823


Marilyn Green
1106 Boston Hollow Road
Ashland City, TN 37015-3515

Marilyn T. Barnhouse
2212 Blue Cypress Dr.
Richardson, TX 75082-3320

Mario Fournier
12667 SW 144 Terrace
Miami, FL 33186-5991

Marion Lewis
7634 Astoria Place
Raleigh, NC 27612-7398

Mark Cheng
1144 Littleoak Circle
San Jose, CA 95129-3137

Mark B. Astor
1318 Young Ave.
Maryville, TN 37801-4688

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave., Ste. 200
Dallas, TX 75219-4060

Mark M. Haupt
10533 Tarton Fields Cir.
Raleigh, NC 27617-7344

Mark R. Janis
193 Via Soderini
Aptos, CA 95003-5844

Martha Serwatowski
805 Sunset Hill Dr.
Rockwall, TX 75087-3290

Martin A. Ball
5713 Cloverwood Drive
Brentwood, TN 37027-4746

Marvin J. DuBois
8703 Driftwood Dr.
College Station, TX 77845-5574

Mary Caloway
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228 usa

Mary Ann Yowell
140 Knob Hill
Holly Lake Ranch, TX 75765-7108

Mason James Young
2984 Franklin Oaks Dr
Oak Hill, VA 20171-2254

Mathew Hollingsworth
7206 Woodsprings Dr
Garland, TX 75044-2839

Matthew Vanek
Cleary Gottieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006-1470

Maurice J. Fradette
36 Glenwood Road
West Hartford, CT 06107-1505

Michael Hardwick
1914 Flint Oak
San Antonio, TX 78248-1810

Michael McCarthy
69 Auckland St.
Dorchester, MA 02125-3336

Michael McWalters
PO Box 338
Alviso, CA 95002-0338

Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070-9080

Michael A Wayman
724 Weston Road
Unit I-4
Hot Springs, AR 71913-5384

Michael D. Lockwood
5501 Stonehenge Dr.
Richardson, TX 75082-4025

Michael P. Alms
4944 Elm Island CIrcle
Waterford, WI 53185-3363

Michael S. Whitehurst
801 SilverPoint Road
Chapin, SC 29036-7964

Michael T Crotty
1072 Meadow Hill Drive
Lavon, TX 75166-1268

Mohan Dattatreya
1569 Blackhawk Dr.
Sunnyvale, CA 94087-3343

Mona A. Parikh
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

Moses Sun
9208 Stonebrook Dr
College Station, TX 77845-8779

Mysore N Prakash
5212 Lakecreek Ct
Plano, TX 75093-7589

Nancy Isip
1915 Esparanza Ct
Allen, TX 75013-4762

Nancy Ormsby
4109 Sonora Dr.
Plano, TX 75074-3428

Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-1695

Neeta Chitnis
1825 Klamath Court
Tracy, CA 95304-5833

Neil P Forrest
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Nicholas F. Winterberg
PO Box 3021
Johnson City, TN 37602-3021

Nora Weyand
305 Lago Grande Trail
Wylie, TX 75098-8316

Nora E. Winje
678 Cooledge Ave, NE
Atlanta, GA 30306-3636

Nora K Abularach
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Norman Lawrence
3717 Walker Creek Rd
Central Point, OR 97502-1045

Norman Peters
3513 Enclave Trl
Plano, TX 75074-7513

Norman & Sandra Grills
632 Post Oak Drive
Plano, TX 75025-6113

Norval James Agnew
26 Lafoy Drive
Clayton, NC 27527-6620

Pamela Powell
676 Brookview Dr.
Chapel Hill, NC 27514-1406

Patricia A Yandell
7100 Chase Oaks Blvd. #4305
Plano, TX 75025-5935

Patricia C. Goyette
351 Gardner Lane
Dover, AR 72837-8476

Patricia P. Francis
8218 Summer Place Drive
Austin, TX 78759-8236

Paul Redish
4511 Outlook Drive
Marietta, GA 30066-1799

Paul S. Payne
4911 Chatham Walk
Gainesville, GA 30504-5146

Peggy Pellegrini
303 County Road 2266
Mineola, TX 75773-6469

Peter Cassidy
6206 Belle Rive Dr
Brentwood, TN 37027-5616

Peter J. MacLaren
1496 West Hill Road
Warren, VT 05674-9583

Peter James Duhig
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC 27518-9775

Phyllis Poole Barnes
115 Maid Marian Court
Manteo, NC 27954-9570

Pierce Glen Wood
255 Elliot Circle
Watkinsville, GA 30677-6063

Prabir Das
2237 Flanders Lane
Plano, TX 75025-2148

Prabir Das
6307 Wind Rider Way
Columbia, MD 21045-7406

Price Paschall

Prince Fred Adom

Ralph Fields
1959 Bowles Ave.
Creedmoor, NC 27522-7824

Randall H. Nunn
601 NW 7th Avenue
Mineral Wells, TX 76067-4203

Raymond Eng
297 Cardiff Drive
Morganville, NJ 07751-4238

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801-1611

Raymond W. Brecker
154 Culver Pkwy.
Rochester, NY 14609-4551

Regenia Anne Zukosky
208 N. Carriage House Way
Wylie, TX 75098-5314

Remajos Brown
2353 Sword Dr.
Garland, TX 75044-6036

Richard Rose
17 Theresa Blvd
Wappingers Falls, NY 12590-5810

Richard B. Wilson
629 Mossycup Oak Drive
Plano, TX 75025-6110

Richard C. Maloney
11 Hyder Street
Westborough, MA 01581-3722

Richard E. Muse
12 Lincoln St.
Apt 11
Dover, NH 03820-2963

Robert Atteridge
1705 Coit Rd., Apt 1122
Plano, TX 75075-6151

Robert Fleming
1006 Cherokee Ct.
Apex, NC 27502-1618

Robert Horne
10015 High Falls Pointe
Alpharetta, GA 30022-8019

Robert Kenedi
11726 Nigh Heron Drive
Naples, FL 34119-8888

Robert Kwee
8911 Halfmoon Ct.
Apt. 106
Raleigh, NC 27613-7321

Robert Patenaude
11300 NW 12th St
Plantation, FL 33323-2405

Robert Wohlford
30 Alexander Place
Pittsburgh, PA 15243-2026

Robert Wrigglesworth
4500 Richmond Hill Dr.
Murrells Inlet, SC 29576-6825

Robert Young
313 Promenade St. South
Montgomery, TX 77356-8383

Robert A. McCabe
2009 Mission Rd
Edmond, OK 73034-6822

Robert H. Troxell
7260 W. Peterson Ave.
Apartment E-410
Chicago, IL 60631-3600

Robert L. Robson
1013 Manor Glen Way
Raleigh, NC 27615-2239

Robert M Graham
14169 Circa Del Sur
Rancho Santa Fe, CA 92067

Roberto Centeno
P.O. Box 771028
Coral Springs, FL 33077-1028

Robin J. Baik
Cleary Gottlieb Steen & Hamilton LLP
One Liverty Plaza
New York, NY 10006-1470

Rogelio Beltran
2000 David Ave Apt 26
Monterey, CA 93940-1958

Roger A. Schwantes
233 Stanley Park Lane
Franklin, TN 37069-6548

Roger B Yoxell
140 Knob Hill
Holly Lake Ranch, TX 75765-7108

Roger J. Edwards
775 Hawksbill Island Drive
Satellite Beach, FL 32937-3852

Ronald A. Abraham
PO Box 851685
Mesquite, TX 75185-1685

Ronald C. Bell
8404 Camellia St.
Raleigh, NC 27603-5604

Ronald C. Cohea
5121 Vera Cruz Dr.
Garland, TX 75043-3138

Ronald F. Wojcik
3308 Kemble Ridge Dr.
Wake Forest, NC 27587-4822

Rose Lewis
414 Canyon Creek Dr
Richardson, TX 75080-2566


Ross Hildebrand
3300 Land Park Drive
Sacramento, CA 95818-4121

Roy Merrills
10401 Manly Dr.
Chapel Hill, NC 27517-8391

Sally Hyde Burdick
One Masters Cove
Pittsford, NY 14534-1072


Samra Tariq
12325 Richmond Run Drive
Raleigh, NC 27614-6413

Scott Gennett
16 Wildwood Street
Lake Grove, NY 11755-2034

Scott A Matheny
155 Bay Dr
Hendersonville, TN 37075-4040


Sergei Michailov
6056 Willow Wood Lane
Dallas, TX 75252-2393

Sharyl Elizabeth Agnew
26 Lafoy Drive
Clayton, NC 27527-6620

Sheila Colclasure
3823 Ridgeoak
Dallas, TX 75244-5432


Shirley A. Hix
2709 Safari Cir
Plano, TX 75025-2140

Stanley Norman
1700 Steamboat Dr.
Plano, TX 75025-2609

Stephen Hunt
5880 Hershinger Close
Duluth, GA 30097-6428


Stephen J. Cunningham
410 Clayton Rd.
Chapel Hill, NC 27514-7611

Stephen J. Edwards
472 Thornhill Ct SW
Ocean Isle Beach, NC 28469-7318

Stephen Kurt Corpening
PO Box 1102
Kermit, WV 25674-1102


Stephen V. Browne
4823 Spyglass Dr.
Dallas, TX 75287-7426

Stuart Goldberg
4223 Glen Ridge Dr.
Arlington, TX 76016-4954

Subhash Patel
7020 Valley Lake Drive
Raleigh, NC 27612-1749


Susan Keegan

Susan Widener

Susan E. McPherson
406 Paseo De La Concha
Redondo Beach, CA 90277-6285


Tahir Sheikh
3604 Camp Mangum Wynd
Raleigh, NC 27612-5388

Tai Lavian

Tamara J. Britt
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470


Ted B. Ramsey
3000 St. Tropez Ct.
McKinney, TX 75070-4760

Terrence S. Campbell
9417 Koupela Drive
Raleigh, NC 27615-2233

Terry Lee Sledge
516 Ronal Circle
Raleigh, NC 27603-9256

Theodore W. Wagner
121 Penwood Drive
Cary, NC 27511-4868

Thomas F. Driscoll III
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801-1146

Thomas J. Matz
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1401

Thomas K. McManus
710 Ashcreek Court
Roswell, GA 30075-1385

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801-3519

Thomas Roy Worthy
1740 SW Monarch Club Drive
Palm City, FL 34990-8405

Tilak Sikri
8235 St. Marlo Fairway Dr.
Duluth, GA 30097-1674

Timothy Dempsey
PO Box 8193
Ocean Isle Beach, NC 28469-2193

Timothy Lane
844-F Athens Drive
Raleigh, NC 27606-1571

Tom Chavez
6408 Calle Lomas
El Paso, TX 79912-7539

Vernon G Williams
507 Pangola Drive
North Fort Myers, FL 33903-5232

Vincent E. Rhynes
1514 West Manchester Ave., #5
Los Angeles, CA 90047-5427

Vinh Hoang
2200 Stacia Ct.
Plano, TX 75025-4749

Virginia L Sharp
1704 Arena Dr
Plano, TX 75025-2663

Vivian Judd Gainey
5603 Felder Ave
Apex, NC 27539-9330

William Barnes
5765 Bozeman Dr
Apt 2114
Plano, TX 75024-5618

William Hughes
1102 NW 133 Ave
Sunrise, FL 33323-2901

William C. Swanson
12046 Ridgeview Lane
Parker, CO 80138-7141

William H Ernst
171 Cedar Ave.
Poughkeepsie, NY 12603-4727

William P. Kelly
14 Cohasset Lane
Cherry Hill, NJ 08003-1964

William P. Koller
1335 Miami Lane
DesPlaines, IL 60018-1110

William R. McDonald Jr.
202 Woodfield Dr.
Asheville, NC 28803-8665

William S. Chipping
3909 Whitland Ave
Apartment 105
Naville, TN 37205-1951

Willie Mae Turrubiarte
101 Live Oak Drive
Krugerville, TX 76227-2901

Wlodzimierz Kazimierski
7782 Georgetown Chase
Roswell, GA 30075-3580

Woon Cheung Tong
122 Hidden Rock Court
Cary, NC 27513-8309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).