### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| **NORTEL NETWORKS INC.** *et al.*, | ) | **Case No. 09-10138** |
| | ) | **Chapter 11** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the physical address for Stephen K. Dexter, counsel of record for creditor, TEKsystems, Inc., has changed effective January 1, 2011. The telephone, fax and e-mail addresses will not change. The new physical address is set forth below:

> LATHROP & GAGE LLP
> U.S. Bank Tower
> 950 Seventeenth Street, Suite 2400
> Denver, Colorado  80202

Following the date of this Notice, all communications, pleadings, discovery documents, and other material should be served upon counsel as set forth above.

Dated:  March 9, 2011.

> Respectfully submitted:
>
> LATHROP & GAGE LLP
>
> By:  s/*Stephen K. Dexter*
> Stephen K. Dexter #20331
> 950 17th Street, Suite 2400
> Denver, Colorado 80202
> Telephone:     (720) 931-3228
> Facsimile:      (720) 931-3201
> E-mail: sdexter@lathropgage.com
>
> Attorneys for TEKsystems, Inc.

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9, 2011, a true and correct copy of the above and foregoing was forwarded via ECF Notification on all parties receiving such notification.

/s/ Stephen K. Dexter
An Attorney for TEKsystems, Inc.

11026119v1