IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X  Chapter 11

In re                                                    :  Case No. 09-10138 (KG)

Nortel Networks Inc., et al.,[1]                         :  Jointly Administered

                                    Debtors.             :  Re: D.I. 4977

------------------------------------------------------------X

## CONFIDENTIAL FILED UNDER SEAL – EXHIBIT B

Dated:   Wilmington, Delaware
         March 9, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (admitted *pro hac vice*)    Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (admitted *pro hac vice*)  Eric D. Schwartz (No. 3134)
One Liberty Plaza                              Ann C. Cordo (No. 4817)
New York, New York 10006                       Alissa T. Gazze (No. 5338)
Telephone: (212) 225-2000                      1201 North Market Street
Facsimile: (212) 225-3999                      P.O. Box 1347
                                               Wilmington, Delaware 19899-1347
                                               Phone: (302) 658-9200
                                               Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3549563.15