IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

    NORTEL NETWORKS INC.        :    Chapter 11
                                         :
                Debtor          :    Case No. 09-10138

### NOTICE OF CHANGE OF ADDRESS

DANA S. PLON, ESQUIRE, attorney for creditor Unisys Corporation, requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Identification No. 80361
SIRLIN GALLOGLY & LESSER, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

_/s/ Dana S. Plon_
DANA S. PLON
Identification No. 80361

Sirlin Gallogly & Lesser, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
(215) 864-9700
dplon@sirlinlaw.com

March 7, 2011