# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Nineteenth Supplement to List of Ordinary Course Professionals** was caused to be made on March 10, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: March 10, 2011

/s/ Alissa T. Gazze
Alissa T. Gazze (No. 5338)

4131206.1