```
          IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF DELAWARE

IN RE:                      )      Chapter 11
                            )
                            )
NORTEL NETWORKS, INC., et al.,)    Case No. 09-10138(KG)
                            )
                            )      Jointly Administered
                            )
            Debtors.        )      Courtroom 3
                            )      824 Market Street
                            )      Wilmington, Delaware
                            )
                            )      March 9, 2011
                            )      9:30 a.m.


                TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE KEVIN GROSS
            UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

For Debtor:                 Morris, Nichols, Arsht &
                            Tunnell, LLP
                            BY:  DONNA CULVER, ESQ.
                            BY:  ALISSA GAZZE, ESQ.
                            1201 North Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302)658-9200


                            Cleary, Gottlieb, Steen &
                            Hamilton, LLP
                            BY:  BRENDAN GIBBON, ESQ.
                            BY:  KAMAL SIDHU, ESQ.
                            One Liberty Plaza
                            New York, NY  10006
                            (212)225-2000


ECRO:                       GINGER MACE

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
 1  APPEARANCES:
    (Continued)
 2
    For Ernst & Young, Monitor:   Allen & Overy, LLP
 3                                 BY: JESSICA LUBARSKI, ESQ.
                                   1221 Avenue of the Americas
 4                                 New York, NY 10020
                                   (212) 610-6414
 5
                                   Buchanan, Ingersoll & Rooney
 6                                 BY: MARY CALOWAY, ESQ.
                                   1105 North Market Street
 7                                 Suite 1900
                                   Wilmington, DE 19801-1054
 8                                 (302) 552-4200

 9  For the Committee:            Akin, Gump, Strauss, Hauer
                                   & Feld
10                                 BY: JOSHUA STURM, ESQ.
                                   One Bryant Park
11                                 New York, NY 10036
                                   (212) 872-1000
12
                                   Richards Layton & Finger
13                                 BY:  CHRIS SAMIS, ESQ.
                                   One Rodney Square
14                                 920 North King Street
                                   Wilmington, DE  19801
15                                 (302) 651-7612

16  For Right Management:         Pepper Hamilton, LLP
                                   BY:  JAMES CARIGNAN, ESQ.
17                                 Hercules Plaza, Suite 5100
                                   1313 Market Street
18                                 Wilmington, DE  19899-1709
                                   (302) 777-6532
19
    For COAMS, Inc. and:          Potter Anderson & Carroon, LLP
20  Perot Systems                  BY:  RYAN MURPHY, ESQ.
                                   BY:  R. STEPHEN MCNEILL, ESQ.
21                                 Hercules Plaza
                                   1313 North market St., 6th Fl.
22                                 Wilmington, DE  19801
                                   (302) 984-6202
23

24

25
```

```
 1  APPEARANCES:
    (Continued)
 2
    For Debtor:                 (Special Counsel)
 3                              Benesch Friedlander Coplan &
                                Arnoff, LLP
 4                              BY:  JENNIFER SMITH, ESQ.
                                BY:  SARAH R. STAFFORD, ESQ.
 5                              222 Delaware Avenue, Ste. 801
                                Wilmington, DE  19801-1611
 6                              (302) 442-7007

 7  For McCann-Erickson:        Werb & Sullivan
                                BY:  MATTHEW AUSTRIA, ESQ.
 8                              300 Delaware Ave., Ste. 1300
                                Wilmington, DE  19801
 9                              (302) 472-6906

10  For LTS Managed Technology: Duane Morris, LLP
                                BY:  SOMMER L. ROSS, ESQ.
11                              Suite 1600
                                222 Delaware Avenue
12                              Wilmington, DE  19801-1659
                                (302) 657-4951
13
    For Cognizant Technology:   Morgan Lewis
14                              BY:  COLM CONNOLLY, ESQ.
                                The Nemours Building
15                              1007 North Orange Street
                                Suite 501
16                              Wilmington, DE  19801
                                (302) 574-3000
17
    For ASS Cable Systems,      Ashby & Geddes
18  Insight Direct USA, Inc.,   BY:  BENJAMIN KEENAN, ESQ.
    and Sprirent, Inc.:         500 Delaware Avenue
19                              P.O. Box 1150
                                Wilmington, DE  19899
20                              (302) 654-1888

21  For NSG Technology:         Cross & Simon
                                BY:  KEVIN MANN, ESQ.
22                              913 North Market Street
                                11th Floor
23                              P.O. Box 1380
                                Wilmington, DE  19899
24                              (302) 777-4200

25
```

```
 1   APPEARANCES:
     (Continued)
 2
     For Monster Worldwide, Inc.,   Morris James, LLP
 3   and Voxify:                    BY:  CARL N. KUNZ, III, ESQ.
                                    BY:  ERIC MONZO, ESQ.
 4                                  500 Delaware Avenue
                                    Suite 1500
 5                                  Wilmington, DE  19801
                                    (302) 888-6800
 6
     For Westcare Group, NA:        Polsinelli Shughart, PC
 7                                  BY:  SHANTI, KATONA, ESQ.
                                    222 Delaware Avenue
 8                                  Suite 1101
                                    Wilmington, DE  19801
 9                                  (302) 252-0920

10   For Secure Logix:              Bifferato, LLC
                                    BY:  KEVIN COLLINS, ESQ.
11                                  800 North King Street
                                    P.O. Box 2165
12                                  Wilmington, DE  19899
                                    (302) 225-7600
13
     For Real Time Monitors:        Eckert Seamens
14                                  BY:  GASTON LOOMIS, II, ESQ.
                                    300 Delaware Avenue
15                                  Suite 1210
                                    Wilmington, DE  19801
16                                  (302) 425-0430

17   For Sourcefire, Inc.,          Sullivan, Hazeltine, Allinson
     Prudential Relocation, and     BY:  ZEKE ALLINSON, ESQ.
18   Razorfish, LLC                 4 East 8th Street, Suite 400
                                    Wilmington, DE  19801
19                                  (302) 428-8191

20   TELEPHONIC APPEARANCES:

21   For Interested Party:          PSAM, LP
                                    BY:  PHILLIP E. BROWN, ESQ.
22                                  (212) 649-9596

23   For Debtor:                    Cleary Gottlieb Steen &
                                    Hamilton
24                                  BY:  ROBIN BAIK, ESQ.
                                    BY:  LISA M. SCHWEITZER, ESQ.
25                                  (212) 225-2000
```

```
 1   TELEPHONIC APPEARANCES:
     (Continued)
 2
     For Ad Hoc Committee:          Milbank Tweed Hadley & McCloy
 3                                  BY:  THOMAS MATZ, ESQ.
                                    (212) 530-5885
 4
     For Puma Capital:              Puma Capital
 5                                  BY:  TIMOTHY CHEN, ESQ.
                                    (212) 896-2841
 6
     For Halcyon Asset Mgmt:        Halcyon Asset Management
 7                                  BY:  ANDREW G. FRIEDMAN, ESQ.
                                    (212) 303-9444
 8
     For ACS Cable:                 Birch, Horton, Bitner & Cherot
 9                                  BY:  JAMES H. LISTER, ESQ.
                                    (202) 659-5800
10
     For Interested Party,          Paul, Weiss, Rifkind Wharton
11   Paul, Weiss:                   BY:  DIANE MEYERS, ESQ.
                                    (212) 373-3868
12
     For Bank of America:           Bank of America
13                                  BY:  BYUNG S. PARK, ESQ.
                                    (646) 855-9619
14
     For Aristeia Capital:          Aristeia Capital
15                                  BY:  STEVEN ROBINSON, ESQ.
                                    (212) 842-1961
16
     For UBS Securities, LLC:       UBS Securities, LLC
17                                  BY:  DENNIS RUGGERS, ESQ.
                                    (203) 719-7875
18
     For Scott James of Ernst       Foley & Lardner, LLP
19   & Young:                       BY:  JAMES SCOTT (Client)
                                    (313) 234-7138
20
     For Attorney Ad Litem,         Foley & Lardner, LLP
21   Attorney on behalf of          BY:  JOHN A. SIMON, ESQ.
     Ernst & Young:                 (313) 234-7117
22
     For Defendant(s) Cognizant     Morgan, Lewis & Brockius
23   Technology Solutions, US       BY:  ANNIE WELLS, ESQ.
     Corporation                    (212) 309-7017
24

25
```

1      WILMINGTON, DELAWARE, WED., MARCH 9, 2011, 9:36 A.M.

2           THE COURT:  Good morning, everyone.  Thank you

3  and please be seated.  Good morning.

4           MS. GAZZE:  Good morning, Your Honor.  Alissa

5  Gazze of Morris, Nichols, Arsht & Tunnell on behalf of the

6  debtors.

7           THE COURT:  Good morning.  Good to see you.

8           MS. GAZZE:  Starting with Item No. 7, Your Honor.

9           THE COURT:  Yes.

10           MS. GAZZE:  I have orders that we submit under C

11  & O.  I heard from chambers you don't have the order.

12           THE COURT:  I don't think we had 7.  Not for 7,

13  we didn't, that's right.

14

15           MS. GAZZE:  So I have those to hand up, if I may

16  approach?

17           THE COURT:  Please, thank you.  Thank you very

18  much.  And this was under certificate and I'm pleased to

19  sign the order.

20           MS. GAZZE:  Thank you, Your Honor.  Item No. 8,

21  Your Honor, is the eighteenth omnibus objection.  We did

22  receive one response from one claimant, Ritz Carlton Hotel

23  Company, LLC.  We have agreed to adjourn the hearing with

24  respect to that claimant to the hearing scheduled for April

25  4.  So I do have a revised order reflecting that, as well

1    as, black line to hand up for Your Honor.

2         THE COURT:  Please, thank you.  You'll get some

3    exercise this morning.  All right, I have reviewed the

4    claims and I am satisfied that the objections are well

5    founded and I will sign the order.  Again, excluding Ritz

6    Carlton.

7         MS. GAZZE:  Thank you, Your Honor.  Item No. 9,

8    Your Honor, late last night we contacted chambers to let

9    them know that we are adjourning that to the hearing

10   scheduled for March 23.  We do hope to submit a revised

11   order under certification prior to that, but that is not

12   going forward today.

13

14         THE COURT:  All right, thank you for letting us

15   know in advance.

16         MS. GAZZE:  And with that, Your Honor, I will

17   cede the podium to my colleague from Cleary Gottlieb,

18   Brendan Gibbon who's going to go through the pre-trial

19   conferences.

20         THE COURT:  Thank you.  Thank you very much.

21   Good morning.

22         MR. GIBBON:  Good morning, Your Honor.  Brendan

23   Gibbon of Clearly, Gottlieb, Steen & Hamilton for the

24   debtors.

25         The debtors are before the Court today for an

1  initial pre-trial scheduling conference in 36 adversary

2  proceedings seeking to avoid and recover preferential

3  transfers brought by the debtors.

4              THE COURT:  Yes.

5              MR. GIBBON:  The cases going forward today are

6  listed on Exhibit A to the agenda.  As noted on the agenda

7  itself, there are three additional cases on Exhibit A to the

8  agenda that are not going forward.

9              THE COURT:  Right.

10             MR. GIBBON:  Those are Infonet Services

11  Corporation, Zone Technologies, and PMC-Sierra, Inc.  The

12  conferences in those three cases have been adjourned by

13  agreement of the parties to April 12.

14

15             THE COURT:  All right, thank you.

16             MR. GIBBON:  I should note just for the record,

17  that Cleary Gottlieb represents the debtors in only 28 of

18  the 36 cases that are going forward today.  There are four

19  cases in which the debtors are represented only by Morris

20  Nichols.  Those are CMGRP, McCann-Erickson, Perot Systems,

21  and Razorfish.  And then there are four cases in which the

22  debtors are represented only by Benesch who is here today as

23  well.

24             THE COURT:  Yes.

25             MR. GIBBON:  And those are Prudential, Right

1    Management, Siemens, and Starent Networks.

2         THE COURT:  Okay.

3         MR. GIBBON:  Your Honor, I believe you have a

4    copy of the proposed form of the scheduling order filed as

5    Exhibit B to the amended agenda.

6         THE COURT:  Yes.

7         MR. GIBBON:  We actually have a new one to submit

8    because we have one defendant that's been removed from the

9    one that was submitted with the amended agenda.  I have a

10   clean copy of the new form to submit to you, if Your Honor

11   would like it.

12

13        THE COURT:  Please, thank you.  Thank you, Mr.

14   Gibbon.

15        MR. GIBBON:  May I approach?

16        THE COURT:  Please, thanks.  Good morning.

17        MR. GIBBON:  Your Honor, what I've given you is a

18   clean copy of the new order and a black line against the one

19   that was submitted with the original addenda.

20        THE COURT:  Okay.

21        MR. GIBBON:  I'll just explain to you which --

22   what are the cases that are reflected on that scheduling

23   order.  It reflects all of the 36 cases going forward at

24   this pretrial conference with the exception of three;

25   Siemens Enterprise Communications case, the Right Management

1  case which are both being handled by Benesch, and then the

2  Perot Systems case which is handled by Morris Nichols.

3             THE COURT:  Okay.

4             MR. GIBBON:  It's my understanding that a

5  separate scheduling order was entered by Your Honor on March

6  1 in the Siemens case.

7             THE COURT:  Yes.

8             MR. GIBBON:  That a separate scheduling order was

9  submitted under certification of counsel in the Right

10 Management case yesterday.  And I believe we have a copy of

11 that order if you would like it.

12            THE COURT:  Please, that would be helpful.

13            MR. GIBBON:  And then I'll just note that the --

14 with the Perot Systems case, my understanding is the parties

15 will be submitting a -- are discussing submitting a separate

16            THE COURT:  That was what, I'm sorry, Mr. Gibbon

17 order in that case right now.

18            THE COURT:  That was what, I'm sorry, Mr. Gibbon

19 in the --

20            MR. GIBBON:  I'm sorry.  In the Perot Systems

21 case, it's my understanding that the parties are in

22 discussions about submitting a separate order --

23            THE COURT:  All right.

24            MR. GIBBON:  -- in that case.

25            THE COURT:  All right.

1          MR. GIBBON:  Your Honor, the debtors submit this

2    order for your consideration.  This order was sent to the

3    Defendants in substantially the same form at the time the

4    complaints were filed.  The proposed order tracks the two

5    previous scheduling orders that Your Honor has entered in 52

6    actions that were filed prior to these.  And those two

7    previous orders were signed by the Court on January 21 and

8    February 9.  The order also closely tracks your form

9    scheduling order with a few minor variations which I am

10   happy to walk you through, if you like.

11         THE COURT:  Why don't you just in an abundance of

12   caution, Mr. Gibbon.  Let me say this, too, at the outset.

13   I recognize that, you know, one size doesn't necessarily fit

14   all of the cases so to speak and that as the cases proceed,

15   there may be or will likely have to be adjustments in

16   certain of the cases.  But the Court has really determined,

17   I think that at least at the outset, this is a general order

18   which at least allows parties to proceed under some sort of

19   a scheduling order.  And again, if matters arise that

20   require adjustments to be made, I certainly will be amenable

21   to making those kinds of adjustments if the parties are in

22   agreement, and if the parties are not in agreement, then I

23   would consider, you know, the parties positions and make a

24   determination according.

1    MR. GIBBON:  Thank you, Your Honor.  Well, I'll

2  try to encapsulate all of the major changes without getting

3  into the minutia.

4    THE COURT:  Certainly.

5    MR. GIBBON:  The changes to Your Honor's form

6  scheduling order as a whole are designed to allow the

7  debtors to work with Defendants towards resolution in a cost

8  effective manner and to keep deadlines uniform across all of

9  the cases filed on the same date.  The one global change was

10  to tie due dates to the date of this scheduling order

11  instead of the answer.

12

13    THE COURT:  Okay.  That makes sense.

14    MR. GIBBON:  The -- some of the more specific

15  changes were -- well the pretrial was set at 90 days from

16  the time the complaints were filed so then the dates -- I'm

17  sorry, key off of that schedule order date.  Some of the

18  main changes are the 26F conference is deemed waived unless

19  the parties agree otherwise.  And the debtors, you know,

20  circulated this to the defendants at the time the complaints

21  were filed so that the defendants had an opportunity to tell

22  the debtors if they wanted a 26(f) conference.

23    THE COURT:  Okay.

24    MR. GIBBON:  Another change is that the --

25  provides that the parties may agree to extend or waive the

1  26(a)(1) disclosures which are 14 days from the date of this

2  pretrial conference.

3         I would say the primary changes it provides for

4  bifurcation of fact discovery so that fact depositions are

5  put off until after the Court's mandatory mediation process.

6         THE COURT:  Okay.

7         MR. GIBBON:  With the idea that the delay and

8  expense of depositions should be incurred only if mediation

9  fails.

10        The -- so written discovery is slated to occur

11  before the start of mediation.  Fact depositions occur after

12  the close of mediation, followed by expert discovery after

13  that.  On the whole, I believe it adds approximately 120

14  days to the total period of discovery because of that.

15  Essentially, the written fact discovery is provided for 120

16  days, followed by 60 days for mediation, followed by 60 days

17  for fact deposition, followed by 60 days for expert

18  discovery.

19

20        THE COURT:  Okay.

21        MR. GIBBON:  And then the other change, the other

22  more significant change is just it reflects this Court's

23  entry of the settlement procedures order in this case

24  providing for periodic updates regarding settlement of

25  claims that have been -- cases that have been settled or

1    otherwise resolved.

2            THE COURT:  Well, I thank you --

3            MR. GIBBON:  So that in sum is the -- are the

4    major changes to the scheduling order.

5            THE COURT:  All right, good, good.

6            MR. GIBBON:  Your Honor, at this time, the

7    debtors would submit the order for -- and ask that it be

8    entered in these cases.

9            THE COURT:  Thank you very much. I'd like to give

10   anyone an opportunity to be heard?

11

12           MR. CONNOLLY:  Good morning, Your Honor.

13           THE COURT:  It's good to see you.  Good morning.

14           MR. CONNOLLY:  Colm Connolly from Morgan Lewis --

15           THE COURT:  Yes.

16           MR. CONNOLLY:  -- on behalf of Cognizant

17   Technology Solutions, Your Honor.

18           THE COURT:  Okay.

19           MR. CONNOLLY:  And, Your Honor, I'm here really

20   just to introduce a colleague from our New York office who I

21   believe is on the telephone, Annie Wells who would like to

22   address this matter before the Court.

23           THE COURT:  All right, thank you.  Mr. Wells,

24   good morning.

25           MR. CONNOLLY:  Actually, Mrs. Wells, it's Ms.

1  Wells.

2          THE COURT:  Oh, Ms. Wells.

3          MR. CONNOLLY:  My fault if I wasn't clear.  Annie

4  Wells, Your Honor.

5          THE COURT:  Annie Wells, forgive me.

6          MR. CONNOLLY:  That's all right.  Thank you, Your

7  Honor.

8          THE COURT:  Thank you.  Ms. Wells, good morning.

9          MS. WELLS:  Good morning, Your Honor, no problem.

10  For the record, Annie Wells with Morgan Lewis on behalf of

11  the Defendant, Cognizant Technology Solutions, a U.S.

12  Corporation.

13

14          THE COURT:  Yes.

15          MS. WELLS:  Proceeding Number 10-55190.  First of

16  all, I want to thank the Court for allowing me to

17  participate telephonically and approving the pro hac

18  application.  And also many thanks to Mr. Connolly for the

19  introduction.

20          I'll be brief, very brief, Your Honor.  Cognizant

21  respectfully requests that the status conference and the

22  entry of any scheduling order with respect to our specific

23  adversary proceeding be continued to the I think it's April

24  12 hearing. And the reason for that, Your Honor, is because

25  at this point, Cognizant simply has not had enough time to

1  gather the sufficient information regarding the alleged

2  preferences in the complaint.

3        We -- just by the way of background, Cognizant

4  filed our answer only about five weeks ago, six weeks ago to

5  the amended complaint which was filed around the middle of

6  January.  And since we filed our answer, we've been --

7  Cognizant has been trying to use the last couple of weeks to

8  just get a better understanding of the payments at issue and

9  the transactions underlying the payment, but the process

10  sort of just takes times because, you know, these are 2008

11  payments so it's a little bit dated and some of the

12  personnel who were familiar with the Nortel matter have left

13  the company.

14

15        In addition, many of Cognizant's business and

16  support functions are located overseas in India to be

17  precise.  So there's a little bit of a lag in terms of the

18  communication.  So basically, it's just taken us longer than

19  we had wanted just to, you know, obtain the information and

20  get an understanding of the facts.  So with respect to our

21  adversary proceeding, Your Honor, we think the entry of the

22  debtors' scheduling order today is just a little bit

23  premature at this point with respect to us and would result

24  in the imposition of deadlines and timetables that me

25  difficult for Cognizant to meet.

1          So we would just want the opportunity to

2     basically get caught up and familiar with the facts and

3     could do so with a little bit more time than just the last

4     couple weeks that we've had.  Thank you, Your Honor.

5               THE COURT:  Thank you, Ms. Wells.  Mr. Gibbon,

6     any issue with the request?

7               MR. GIBBON:  Your Honor, we would just note that

8     this particular Defendant is in the same status as all of

9     the other Defendants and we don't see any reason to deviate

10    from the order.  I mean, deviate from the proposed schedule

11    with respect to them in particular because quite frankly

12    they are -- they've received a complaint in December of 2010

13    and we think that the proposed scheduling order allows

14    plenty of time, both to work towards a resolution of the

15    matter and for the parties to marshal their facts and

16    evidence and begin discovery.

17

18              THE COURT:  Do you know off the top, how much the

19    claim involves?

20              MR. GIBBON:  I can find out.

21              THE COURT:  You may not for each case and I

22    apologize.  Ms. Wells, maybe you know better than Mr.

23    Gibbon.

24              MS. WELLS:  It is approximately $340,000.

25              THE COURT:  340, okay.  I understand your

concern, but the case has been pending for some time and as

I've said, if there are specialized issues with particular

cases, Ms. Wells, I will certainly give consideration to

requests for extensions, but I think the time has come in

these particular adversaries given the length of time in

which they've been pending and the fact that Cognizant was

able to file an answer to the complaint, that the cases

should proceed as much as possible under one scheduling

order.  If you're having particular problems, you can

certainly take it up with Nortel's counsel.  If there is

still an issue, you can then take it up with me, but I think

that probably in this particular case, we ought to at least

get the case moving forward under an appropriate scheduling

order which I think this one is at this point.  Then if

issues arise, that's what I'm here for.  But at least as for

today, I would like Cognizant to be under the umbrellas of

this particular scheduling order.

　　　　　MS. WELLS:  Understood.  Thank you, Your Honor.

　　　　　THE COURT:  Thank you.  Anyone else?

　　　　　　　　(No audible response)

　　　　　THE COURT:  Thank you.

　　　　　MR. CONNOLLY:  Your Honor, could I ask permission

to be excused at this point?

　　　　　THE COURT:  You sure may.

1          MR. CONNOLLY:  I was just filling in very last

2    minute, so.

3          THE COURT:  I appreciate your being here.  It's

4    always good to see you.

5          MR. CONNOLLY:  Okay.  Nice to see you.  Thank

6    you, Your Honor.

7          THE COURT:  Thank you.

8          MS. WELLS:  Your Honor, Annie Wells again.  If I

9    may also drop from the line?

10          THE COURT:  Yes, you may.

11          MS. WELLS:  Thank you, Your Honor.

12          THE COURT:  Good day to you.  All right, hearing

13   no one else, I am satisfied with the form of order and I

14   will sign it now.

15

16          MR. GIBBON:  Thank you, Your Honor.

17          THE COURT:  Okay.  Signed.  I think that was it.

18   Well that was a good smooth hearing.  It's good to see all

19   of you and we will stand in recess and good day to everyone.

20        [Whereupon at 9:52 a.m., the hearing was adjourned.]

21

22

23

24

25

1                              CERTIFICATION

2          I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7

     _____           9 March 2011

8    Traci L. Calaman                               Date

9    Transcriber

10

| Word | Page:Line |
|---|---|
| **26(a)(1(**1) 13:1 | |
| **a.m.**(3) 1:16 6:1 19:19 | |
| **able**(1) 18:7 | |
| **about**(2) 10:21 16:4 | |
| **aboveentitled** (1) 20:4 | |
| **abundance**(1) 11:11 | |
| **according**(1) 11:24 | |
| **across**(1) 12:8 | |
| **acs**(1) 5:16 | |
| **actions**(1) 11:6 | |
| **actually**(2) 9:7 14:24 | |
| **addenda**(1) 9:18 | |
| **addition**(1) 16:14 | |
| **additional**(1) 8:7 | |
| **address**(1) 14:21 | |
| **adds**(1) 13:13 | |
| **adjourn**(1) 6:22 | |
| **adjourned**(2) 8:12 19:19 | |
| **adjourning**(1) 7:9 | |
| **adjustments**(3) 11:15 11:20 11:21 | |
| **administered**(1) 11:9 | |
| **advance**(1) 7:14 | |
| **adversaries**(1) 18:5 | |
| **adversary**(3) 8:1 15:22 16:20 | |
| **after**(3) 13:5 13:11 13:12 | |
| **again**(3) 7:5 11:19 19:8 | |
| **against**(1) 9:17 | |
| **agenda**(5) 8:6 8:6 8:8 9:5 9:9 | |
| **ago**(2) 16:4 16:4 | |
| **agree**(2) 12:18 12:24 | |
| **agreed**(1) 6:22 | |
| **agreement**(3) 8:13 11:22 11:22 | |
| **akin**(1) 2:17 | |
| **al.**(1) 1:7 | |
| **alissa**(2) 1:27 6:4 | |
| **all**(16) 7:3 7:13 8:14 9:22 10:22 10:24 | |
| 11:14 12:2 12:8 14:5 14:22 15:6 15:15 | |
| 17:8 19:12 19:17 | |
| **alleged**(1) 16:1 | |
| **allen**(1) 2:4 | |
| **allinson**(2) 4:33 4:34 | |
| **allow**(1) 12:6 | |
| **allowing**(1) 15:15 | |
| **allows**(2) 11:18 17:13 | |
| **also**(3) 11:8 15:17 19:9 | |
| **always**(1) 19:4 | |
| **amenable**(1) 11:20 | |
| **amended**(3) 9:5 9:9 16:5 | |
| **america**(2) 5:24 5:24 | |
| **americas**(1) 2:6 | |
| **and**(56) 2:38 3:34 3:36 4:5 4:34 6:3 6:17 6:17 | |
| 7:4 7:5 7:15 8:2 8:11 8:20 8:20 8:24 9:1 | |
| 9:17 10:1 10:10 10:13 11:6 11:7 11:14 | |
| 11:19 11:22 11:23 12:8 12:18 13:7 13:20 | |
| 14:7 14:18 15:16 15:17 15:20 15:23 16:6 | |
| 16:8 16:11 16:14 16:18 16:22 16:23 17:2 | |
| 17:2 17:9 17:13 17:15 17:15 17:16 17:20 | |
| 18:1 18:6 19:13 19:18 19:18 | |
| **anderson**(1) 2:38 | |
| **andrew**(1) 5:13 | |
| **annie**(6) 5:45 14:20 15:3 15:5 15:10 19:8 | |
| **another**(1) 12:23 | |
| **answer**(4) 12:11 16:4 16:6 18:7 | |
| **any**(3) 15:21 17:6 17:9 | |
| **anyone**(1) 14:10 18:19 | |
| **apologize**(1) 17:21 | |
| **appearances**(2) 4:39 5:1 | |
| **application**(1) 15:17 | |
| **appreciate**(1) 19:3 | |
| **approach**(2) 6:15 9:14 | |
| **appropriate**(1) 18:13 | |
| **approving**(1) 15:16 | |
| **approximately**(2) 13:13 17:23 | |
| **april**(3) 6:23 8:13 15:22 | |
| **are**(30) 7:4 7:9 7:24 8:5 8:7 8:8 8:10 | |
| 8:17 8:17 8:18 8:19 8:20 8:21 8:24 9:21 | |
| 9:21 10:1 10:15 10:20 11:21 11:22 12:6 | |
| 12:17 13:1 13:4 14:3 16:10 16:15 17:12 | |
| 18:2 | |
| **arise**(2) 11:19 18:15 | |
| **aristeia**(2) 5:28 5:28 | |
| **arnofl**(1) 3:6 | |
| **around**(1) 16:5 | |
| **arsht**(2) 1:24 6:5 | |
| **ashby**(1) 3:34 | |
| **ask**(2) 14:7 18:22 | |
| **ass**(1) 3:34 | |
| **asset**(2) 5:12 5:12 | |
| **attorney**(2) 5:40 5:41 | |
| **audible**(1) 18:20 | |
| **austria**(1) 3:14 | |
| **ave**(1) 3:15 | |
| **avenue**(7) 2:6 3:9 3:22 3:36 4:7 4:14 4:28 | |
| **avoid**(1) 8:2 | |
| **background**(1) 16:3 | |
| **baik**(1) 4:47 | |
| **bank**(2) 5:24 5:24 | |
| **bankruptcy**(2) 1:1 1:20 | |
| **basically**(2) 16:17 17:2 | |
| **because**(5) 9:8 13:14 15:23 16:10 17:11 | |
| **been**(8) 8:12 9:8 13:24 13:24 16:6 16:7 | |
| 18:1 18:6 | |
| **before**(4) 1:19 7:24 13:11 14:21 | |
| **begin**(1) 17:16 | |
| **behalf**(4) 5:41 6:5 14:15 15:10 | |
| **being**(2) 10:1 19:3 | |
| **believe**(4) 9:3 10:10 13:13 14:20 | |
| **benesch**(3) 3:5 8:21 10:1 | |
| **benjamin**(1) 3:35 | |
| **better**(2) 16:8 17:21 | |
| **bifferato**(1) 4:19 | |
| **bifurcation**(1) 13:4 | |
| **birch**(1) 5:16 | |
| **bit**(4) 16:11 16:16 16:21 17:3 | |
| **bitner**(1) 5:16 | |
| **black**(2) 7:1 9:17 | |
| **both**(2) 10:1 17:14 | |
| **box**(4) 1:29 3:37 3:45 4:22 | |
| **brendan**(3) 1:35 7:17 7:21 | |
| **brief**(2) 15:19 15:19 | |
| **brockius**(1) 5:44 | |
| **brought**(1) 8:3 | |
| **brown**(1) 4:42 | |
| **bryant**(1) 2:20 | |
| **buchanan**(1) 2:10 | |
| **building**(1) 3:28 | |
| **business**(1) 16:14 | |
| **but**(7) 7:11 11:16 16:9 18:1 18:4 18:11 | |
| 18:15 | |
| **byung**(1) 5:25 | |
| **cable**(2) 3:34 5:16 | |
| **calaman**(1) 2:11 | |
| **caloway**(1) 2:11 | |
| **can**(3) 11:9 18:9 18:11 | |
| **capital**(4) 5:8 5:8 5:28 5:28 | |
| **carignan**(1) 2:32 | |
| **carl**(1) 4:5 | |
| **carlton**(2) 6:21 7:6 | |
| **carroon**(1) 2:38 | |
| **case**(15) 1:7 9:24 10:1 10:2 10:6 10:10 | |
| 10:14 10:16 10:20 10:23 13:22 17:20 18: | |
| 18:12 18:13 | |
| **cases**(16) 8:5 8:7 8:12 8:17 8:18 8:20 | |
| 9:21 9:22 11:14 11:14 11:16 12:9 13:24 | |
| 14:8 18:3 18:7 | |
| **caught**(1) 17:2 | |
| **caution**(1) 11:12 | |
| **cede**(1) 7:16 | |
| **certain**(1) 11:16 | |
| **certainly**(4) 11:20 12:4 18:3 18:10 | |
| **certificate**(1) 6:17 | |
| **certification**(3) 7:11 10:9 20:1 | |
| **certify**(1) 20:2 | |
| **chambers**(2) 6:11 7:8 | |
| **change**(4) 12:9 12:23 13:20 13:21 | |
| **changes**(6) 12:2 12:5 12:14 12:17 13:3 | |
| **chapter**(1) 1:4 | |
| **chen**(1) 5:9 | |
| **cherot**(1) 5:16 | |
| **chris**(1) 2:25 | |
| **circulated**(1) 12:19 | |
| **claim**(1) 17:18 | |
| **claimant**(2) 6:21 6:23 | |
| **claims**(2) 7:4 13:24 | |
| **clean**(2) 9:10 9:17 | |
| **clear**(1) 15:3 | |
| **clearly**(1) 7:22 | |
| **cleary**(4) 1:33 4:45 7:16 8:16 | |
| **client**(1) 5:37 | |
| **close**(1) 13:12 | |
| **closely**(1) 11:8 | |
| **cmgrp**(1) 8:19 | |
| **coams**(1) 2:38 | |
| **cognizant**(11) 3:26 5:44 14:15 15:11 15:19 | |
| 15:24 16:3 16:7 16:24 18:6 18:16 | |
| **cognizant's**(1) 16:14 | |
| **colleague**(2) 7:16 14:19 | |
| **collins**(1) 4:20 | |
| **colm**(2) 3:27 14:13 | |
| **come**(1) 18:4 | |
| **committee**(2) 2:17 5:4 | |
| **communication**(1) 16:17 | |
| **communications**(1) 9:24 | |
| **company**(2) 6:22 16:13 | |
| **complain**(4) 16:2 16:5 17:12 18:7 | |
| **complaints**(3) 11:4 12:15 12:19 | |
| **concern**(1) 18:1 | |
| **conference**(6) 8:1 9:23 12:17 12:21 13:2 | |
| 15:20 | |
| **conferences**(2) 7:18 8:12 | |
| **connolly**(13) 3:27 14:11 14:13 14:13 14:15 | |
| 14:18 14:24 15:3 15:6 15:17 18:22 19:1 | |
| 19:5 | |
| **consider**(1) 11:23 | |
| **consideration**(2) 11:2 18:3 | |
| **contacted**(1) 7:8 | |
| **continued**(5) 2:2 3:2 4:2 5:2 5:22 | |
| **coplan**(1) 3:5 | |
| **copy**(4) 9:4 9:10 9:17 10:10 | |
| **corporation**(3) 5:46 8:11 15:12 | |
| **correct**(1) 20:2 | |
| **cost**(1) 12:7 | |
| **could**(2) 11:3 18:22 | |
| **counsel**(3) 3:4 10:9 18:10 | |
| **couple**(2) 16:7 17:4 | |
| **court**(58) 1:1 6:2 6:7 6:9 6:12 6:16 7:2 | |
| 7:13 7:19 7:24 8:4 8:9 8:14 8:23 9:2 9:6 | |
| 9:12 9:15 9:19 10:3 10:7 10:12 10:17 | |
| 10:22 10:24 11:7 11:11 11:16 12:4 12:12 | |
| 12:22 13:6 13:19 14:2 14:5 14:9 14:12 | |
| 14:14 14:17 14:21 14:22 15:2 15:5 15:8 | |
| 15:13 15:15 17:5 17:17 17:20 17:24 18:1 | |
| 18:21 18:24 19:3 19:7 19:10 19:12 19:16 | |
| **court's**(2) 13:5 13:21 | |
| **courtroom**(1) 1:11 | |
| **cross**(1) 3:41 | |
| **culver**(1) 1:26 | |
| **data**(1) 1:43 | |
| **date**(5) 12:9 12:10 12:16 13:1 20:8 | |
| **dated**(1) 16:11 | |
| **dates**(2) 12:10 12:15 | |
| **day**(2) 19:12 19:18 | |
| **days**(7) 12:14 13:1 13:14 13:16 13:16 | |
| 13:16 13:17 | |
| **deadlines**(2) 12:8 16:23 | |
| **debtor**(3) 1:24 3:4 4:45 | |
| **debtors**(14) 1:11 6:6 7:23 7:24 8:3 8:16 | |
| 8:18 8:21 11:1 12:7 12:18 12:21 14:7 | |
| 16:21 | |
| **december**(1) 17:12 | |
| **deemed**(1) 12:17 | |
| **defendant**(3) 9:8 15:11 17:8 | |
| **defendant's**(1) 5:44 | |
| **defendants**(5) 11:3 12:17 12:19 12:20 17:9 | |
| **delaware**(10) 1:2 1:13 1:27 3:9 3:15 3:22 3:36 | |
| 4:7 4:14 4:28 6:1 | |
| **delay**(1) 13:7 | |
| **dennis**(1) 5:33 | |
| **deposition**(1) 13:17 | |
| **depositions**(3) 13:4 13:8 13:11 | |
| **designed**(1) 12:6 | |
| **determination**(1) 11:24 | |
| **determined**(1) 11:16 | |
| **deviate**(2) 17:9 17:10 | |
| **diane**(1) 5:21 | |
| **diaz**(1) 1:43 | |
| **did**(1) 6:20 | |
| **didn't**(1) 6:13 | |
| **difficult**(1) 16:24 | |
| **direct**(1) 3:35 | |
| **disclosures**(1) 13:1 | |
| **discovery**(7) 13:4 13:10 13:12 13:14 13:15 | |
| 13:18 17:16 | |
| **discussing**(1) 10:15 | |
| **discussions**(1) 10:21 | |
| **district**(1) 1:2 | |
| **doesn't**(1) 11:13 | |
| **don't**(4) 6:11 6:12 11:11 17:9 | |
| **donna**(1) 1:26 | |
| **drop**(1) 19:9 | |
| **duane**(1) 3:35 | |
| **due**(1) 12:10 | |
| **each**(1) 17:20 | |
| **east**(1) 4:35 | |
| **eckert**(1) 4:26 | |
| **ecro**(1) 1:41 | |
| **effective**(1) 12:8 | |
| **eighteenth**(1) 6:20 | |
| **electronic**(1) 1:49 20:3 | |
| **else**(2) 18:19 19:13 | |
| **encapsulate**(1) 12:2 | |
| **enough**(1) 15:24 | |
| **entered**(3) 10:5 11:5 14:8 | |
| **enterprise**(1) 9:24 | |
| **entry**(3) 13:22 15:21 16:20 | |
| **eric**(1) 4:46 | |
| **ernst**(3) 2:4 5:36 5:42 | |
| **esq**(37) 1:26 1:27 1:35 1:36 2:5 2:11 2:19 | |
| 2:25 2:32 2:39 2:40 3:7 3:8 3:14 3:20 | |
| 3:27 3:35 3:42 4:5 4:6 4:13 4:20 4:27 | |
| 4:34 4:42 4:47 4:48 5:5 5:9 5:13 5:17 | |
| 5:21 5:25 5:29 5:33 5:41 5:45 | |
| **essentially**(1) 13:15 | |
| **everyone**(2) 6:2 19:18 | |
| **evidence**(1) 17:16 | |
| **exception**(1) 9:23 | |
| **excluding**(1) 7:5 | |
| **excused**(1) 18:23 | |
| **exercise**(1) 7:3 | |
| **exhibit**(3) 8:6 8:7 9:5 | |
| **expense**(1) 13:8 | |
| **expert**(2) 13:12 13:17 | |
| **explain**(1) 9:20 | |
| **extend**(1) 12:24 | |
| **extensions**(1) 18:4 | |
| **fact**(6) 13:4 13:11 13:15 13:17 18:6 | |
| **facts**(3) 16:19 17:2 17:15 | |
| **fails**(1) 13:9 | |
| **familiar**(2) 16:12 17:2 | |
| **fault**(1) 15:3 | |

| Word | Page:Line |
|------|-----------|
| february(1) 11:8 | |
| feld(1) 2:18 | |
| few(1) 11:9 | |
| file(1) 18:7 | |
| filed(9) 9:4 11:4 11:6 12:9 12:15 12:20 16:4 16:5 16:6 | |
| filling(1) 19:1 | |
| find(1) 17:19 | |
| finger(1) 2:24 | |
| first(1) 15:14 | |
| fit(1) 11:13 | |
| five(1) 16:4 | |
| floor(1) 3:44 | |
| foley(2) 5:36 5:40 | |
| followed(4) 13:12 13:16 13:16 13:17 | |
| for(12) 6:11 6:21 7:16 9:8 12:14 13:1 14:13 14:19 17:10 17:10 19:9 20:3 | |
| foregoing(1) 20:2 | |
| forgive(1) 15:5 | |
| form(6) 9:4 9:10 11:3 11:8 12:5 19:13 | |
| forward(6) 7:12 8:5 8:8 8:17 9:22 18:13 | |
| founded(1) 7:5 | |
| four(2) 8:17 8:20 | |
| frankly(1) 17:11 | |
| friedlander(1) 3:5 | |
| friedman(1) 5:13 | |
| from(12) 6:11 6:21 7:16 9:8 12:14 13:1 14:13 14:19 17:10 17:10 19:9 20:3 | |
| functions(1) 16:15 | |
| gaston(1) 4:27 | |
| gather(1) 16:1 | |
| gazze(9) 1:27 6:4 6:5 6:8 6:10 6:14 6:19 7:7 7:15 | |
| geddes(1) 3:34 | |
| general(1) 11:17 | |
| get(5) 7:2 16:8 16:19 17:2 18:13 | |
| getting(1) 12:2 | |
| gibbon(35) 1:35 7:17 7:21 7:22 8:5 8:10 8:15 8:24 9:3 9:7 9:13 9:14 9:16 9:20 10:4 10:8 10:13 10:17 10:19 11:10 11:12 12:1 12:5 12:13 12:23 13:7 13:20 14:3 14:6 17:5 17:7 17:19 17:22 19:15 | |
| ginger(1) 1:41 | |
| give(2) 14:9 18:3 | |
| given(2) 9:16 18:5 | |
| global(1) 12:9 | |
| going(12) 7:12 7:17 8:5 8:8 8:17 9:22 9:15 14:5 14:5 14:11 14:12 14:12 14:23 15:8 15:9 19:4 19:12 19:17 19:17 19:18 | |
| gottlieb(5) 1:33 4:45 7:16 7:22 8:16 | |
| gross(1) 1:19 | |
| group(1) 4:12 | |
| gump(1) 2:17 | |
| hac(1) 15:16 | |
| had(5) 12:6 12:20 15:24 16:18 17:4 | |
| hadley(1) 5:4 | |
| halcyon(2) 5:12 5:12 | |
| hamilton(4) 1:34 2:31 4:46 7:22 | |
| hand(2) 6:14 7:1 | |
| handled(2) 10:1 10:2 | |
| happy(1) 11:10 | |
| harrisburg(1) 1:45 | |
| has(6) 11:5 11:16 15:24 16:7 18:1 18:4 | |
| hauer(1) 2:17 | |

| Word | Page:Line |
|------|-----------|
| have(16) 6:10 6:11 6:14 6:22 6:24 7:3 8:12 9:3 9:7 9:8 9:9 9:10 11:15 13:24 13:24 16:12 | |
| having(1) 18:9 | |
| hazeltine(1) 4:33 | |
| heard(2) 6:11 14:10 | |
| hearing(7) 6:22 6:23 7:4 15:23 19:12 19:17 19:19 | |
| helpful(1) 10:12 | |
| hercules(2) 2:33 2:41 | |
| here(4) 8:21 14:18 18:15 19:3 | |
| hoc(1) 5:4 | |
| honor(34) 6:4 6:8 6:19 6:20 7:1 7:7 7:8 7:15 7:21 9:3 9:10 9:16 10:5 11:1 11:5 12:1 14:6 14:11 14:16 14:18 15:4 15:7 15:9 15:19 15:23 16:20 17:4 17:7 18:18 18:22 19:6 19:8 19:11 19:15 | |
| honor's(1) 12:5 | |
| honorable(1) 1:19 | |
| hope(1) 7:10 | |
| horton(1) 5:16 | |
| hotel(1) 6:21 | |
| how(1) 17:17 | |
| i'd(1) 14:9 | |
| i'll(4) 9:20 10:13 12:1 15:19 | |
| i'm(6) 6:17 10:17 10:19 12:15 14:18 18:15 | |
| i've(2) 9:16 18:2 | |
| idea(1) 13:7 | |
| iii(1) 4:5 | |
| imposition(1) 16:23 | |
| inc(7) 1:7 2:38 3:35 3:36 4:4 4:33 8:11 | |
| incurred(1) 13:8 | |
| india(1) 10:15 | |
| infonet(1) 8:10 | |
| information(2) 16:1 16:18 | |
| ingersoll(1) 2:10 | |
| initial(1) 8:1 | |
| insight(1) 3:35 | |
| instead(1) 12:11 | |
| interested(2) 4:41 5:20 | |
| into(1) 12:3 | |
| introduce(1) 14:19 | |
| introduction(1) 15:18 | |
| involves(1) 17:18 | |
| issue(3) 16:8 17:6 18:11 | |
| issues(2) 18:2 18:15 | |
| it's(9) 10:4 10:20 14:12 14:24 15:22 16:11 16:19 19:3 19:17 | |
| item(3) 6:8 6:19 7:7 | |
| itself(1) 8:7 | |
| james(5) 2:32 4:4 5:17 5:36 5:37 | |
| january(2) 11:7 16:6 | |
| jennifer(1) 3:7 | |
| jessica(1) 2:5 | |
| john(1) 5:41 | |
| jointly(1) 1:9 | |
| joshua(1) 2:19 | |
| judge(1) 1:20 | |
| just(16) 8:15 9:20 10:13 11:11 13:21 14:19 16:3 16:8 16:10 16:17 16:18 16:21 17:1 17:3 17:7 19:1 | |
| kamal(1) 1:36 | |
| katona(1) 4:13 | |
| keenan(1) 3:35 | |
| keep(1) 12:8 | |
| kevin(3) 1:19 3:42 4:20 | |
| key(1) 12:16 | |
| kinds(1) 11:21 | |
| king(2) 2:27 4:21 | |
| know(9) 7:9 7:14 11:13 11:23 12:18 16:16 16:18 17:17 17:21 | |
| kunz(1) 4:5 | |
| lag(1) 16:16 | |
| lardner(2) 5:36 5:40 | |

| Word | Page:Line |
|------|-----------|
| last(4) 7:8 16:7 17:3 19:1 | |
| late(1) 17:8 | |
| layton(1) 2:24 | |
| least(4) 11:17 11:18 18:12 18:15 | |
| left(1) 16:12 | |
| length(1) 18:5 | |
| let(2) 7:8 11:12 | |
| letting(1) 7:13 | |
| lewis(4) 3:26 5:44 14:13 15:10 | |
| liberty(1) 1:37 | |
| like(6) 9:1 10:11 11:10 14:9 14:20 18:16 | |
| likely(1) 11:15 | |
| line(3) 7:1 9:17 19:9 | |
| lisa(1) 4:48 | |
| listed(1) 8:6 | |
| lister(1) 5:17 | |
| litem(1) 5:40 | |
| little(4) 6:11 16:16 16:21 17:3 | |
| llc(5) 4:19 4:35 5:32 5:32 6:22 | |
| llp(10) 1:25 1:34 2:4 2:31 2:38 3:6 3:19 4:4 5:36 5:40 | |
| located(1) 16:15 | |
| logix(1) 4:19 | |
| longer(1) 16:17 | |
| loomis(1) 4:27 | |
| lts(1) 3:19 | |
| lubarski(1) 2:5 | |
| mace(1) 1:41 | |
| made(1) 11:20 | |
| main(1) 17:10 | |
| major(2) 12:2 14:4 | |
| make(1) 11:23 | |
| makes(1) 12:12 | |
| making(1) 11:21 | |
| managed(1) 3:19 | |
| management(5) 2:31 5:12 9:1 9:24 10:10 | |
| mandatory(1) 13:5 | |
| mann(1) 3:42 | |
| manner(1) 12:8 | |
| many(2) 15:17 16:14 | |
| march(5) 1:15 6:1 7:10 10:5 20:7 | |
| market(6) 1:12 1:28 2:12 2:34 2:42 3:43 | |
| marshal(1) 17:15 | |
| mary(1) 2:11 | |
| matter(4) 14:21 16:12 17:15 20:4 | |
| matters(1) 11:19 | |
| matthew(1) 3:14 | |
| matz(1) 5:5 | |
| may(8) 6:14 9:14 11:15 12:24 17:20 18:24 19:9 19:10 | |
| maybe(1) 17:21 | |
| mccann-erickson(2) 3:13 8:19 | |
| mccloy(1) 5:4 | |
| mcneill(1) 2:40 | |
| mean(1) 17:10 | |
| mediation(5) 13:5 13:8 13:11 13:12 13:16 | |
| meet(1) 16:24 | |
| meyers(1) 5:21 | |
| mgmt(1) 5:12 | |
| middle(1) 16:5 | |
| milbank(1) 5:4 | |
| minor(1) 11:9 | |
| minute(1) 19:2 | |
| minutia(1) 12:3 | |
| monitor(1) 2:4 | |
| monitors(1) 4:26 | |
| monster(1) 4:4 | |
| monzo(1) 4:6 | |
| more(3) 12:13 13:21 17:3 | |
| morgan(4) 3:26 5:44 14:13 15:10 | |
| morning(13) 6:2 6:3 6:4 6:7 7:3 7:20 7:21 9:15 14:11 14:12 14:23 15:8 15:9 | |
| morris(6) 1:24 3:19 4:4 6:5 8:18 10:2 | |
| moving(1) 18:13 | |
| mrs(1) 14:24 | |

| Word | Page:Line |
|------|-----------|
| much(5) 6:17 7:19 14:9 17:17 18:8 | |
| murphy(1) 2:39 | |
| necessarily(1) 11:13 | |
| nemours(1) 3:28 | |
| networks(2) 1:7 9:1 | |
| new(7) 1:38 2:7 2:21 9:7 9:10 9:17 14:19 | |
| nice(1) 19:5 | |
| nichols(4) 1:24 6:5 8:19 10:2 | |
| night(1) 7:8 | |
| nortel(2) 1:7 16:12 | |
| nortel's(1) 18:10 | |
| north(7) 1:28 2:12 2:27 2:42 3:29 3:43 4:21 | |
| not(6) 6:12 7:11 8:8 11:22 15:24 17:20 | |
| note(3) 8:15 10:13 17:7 | |
| noted(1) 8:6 | |
| now(2) 10:16 19:14 | |
| nsg(1) 3:41 | |
| number(1) 15:14 | |
| objection(1) 6:20 | |
| objections(1) 7:4 | |
| obtain(1) 16:18 | |
| occur(2) 13:10 13:11 | |
| off(3) 12:16 13:5 17:17 | |
| office(1) 14:19 | |
| okay(11) 9:2 9:19 10:3 12:12 12:22 13:6 13:19 14:17 17:24 19:5 19:16 | |
| omnibus(1) 6:20 | |
| one(14) 1:37 2:20 2:26 6:21 6:21 9:7 9:8 9:9 9:17 11:13 12:9 18:8 18:14 19:13 | |
| only(5) 8:16 8:18 8:21 13:8 16:4 | |
| opportunity(3) 12:20 14:10 17:1 | |
| orange(1) 3:29 | |
| order(34) 6:11 6:18 6:24 7:5 7:11 9:4 9:17 9:22 10:5 10:8 10:11 10:16 10:21 11:2 11:12 11:4 11:8 11:9 11:17 11:19 12:6 12:10 12:16 13:22 14:4 14:7 15:21 16:21 17:10 17:13 18:9 18:14 18:17 19:13 | |
| orders(3) 6:10 11:5 11:7 | |
| original(1) 9:18 | |
| other(3) 13:20 13:20 17:9 | |
| otherwise(2) 12:18 14:1 | |
| ought(1) 18:12 | |
| our(5) 9:14 15:21 16:4 16:6 16:19 | |
| out(1) 17:19 | |
| outset(2) 11:12 11:17 | |
| overseas(1) 16:15 | |
| overy(1) 2:4 | |
| p.o.(4) 1:29 3:37 3:45 4:22 | |
| park(2) 2:20 5:25 | |
| participate(1) 15:16 | |
| particular(7) 17:8 17:11 18:2 18:5 18:9 18:12 18:17 | |
| parties(10) 8:13 10:14 10:20 11:18 11:21 11:22 11:23 12:18 12:24 17:15 | |
| party(2) 4:41 5:20 | |
| paul(2) 5:20 5:21 | |
| payment(1) 16:9 | |
| payments(2) 16:8 16:11 | |
| pending(2) 18:1 18:6 | |
| pennsylvania(1) 1:45 | |
| pepper(1) 2:31 | |
| period(1) 13:14 | |
| periodic(1) 13:23 | |
| permission(1) 18:22 | |
| perot(5) 2:39 8:19 10:2 10:14 10:19 | |
| personnel(1) 16:12 | |
| phillip(1) 4:42 | |
| plaza(3) 1:37 2:33 2:41 | |
| please(6) 6:3 6:16 7:2 9:12 9:15 10:12 | |
| pleased(1) 6:17 | |
| plenty(1) 17:14 | |
| pmc-sierra(1) 8:11 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| podium(1) 7:16 | | ruggers(1) 5:33 | | submitted(3) 9:9 9:18 10:9 | | there's(1) 16:16 | |

podium(1) 7:16
point(4) 15:24 16:22 18:14 18:23
polsinelli(1) 4:12
positions(1) 11:23
possible(1) 18:8
potter(1) 2:38
ppearances(4) 1:22 2:1 3:41 4:1
pre-trial(2) 7:17 8:1
precise(1) 16:16
preferences(1) 16:2
preferential(1) 8:2
premature(1) 16:22
pretrial(3) 9:23 12:14 13:2
previous(2) 11:5 11:7
primary(1) 13:3
prior(2) 7:11 11:6
pro(1) 15:16
probably(1) 18:12
problem(1) 15:9
problems(1) 18:9
procedures(1) 13:22
proceed(3) 11:14 11:18 18:8
proceeding(3) 15:14 15:22 16:20
proceedings(4) 1:18 1:49 8:2 20:4
process(2) 13:5 16:9
produced(1) 1:50
proposed(4) 9:4 11:4 17:10 17:13
provided(1) 13:15
provides(2) 12:24 13:3
providing(1) 13:23
prudential(2) 4:34 8:24
psam(1) 4:41
puma(2) 5:8 5:8
put(1) 13:5
quite(1) 17:11
razorfish(2) 4:35 8:20
real(1) 4:26
really(2) 11:16 14:18
reason(2) 15:23 17:9
receive(1) 6:21
received(1) 17:12
recess(1) 19:18
recognize(1) 11:13
record(2) 8:15 15:10
recorded(1) 1:49
recording(2) 1:49 20:3
recover(1) 8:2
reflected(1) 9:21
reflecting(1) 6:24
reflects(2) 9:22 13:21
regarding(1) 13:23 16:1
relocation(1) 4:34
removed(1) 9:8
represented(2) 8:18 8:21
represents(1) 8:16
request(1) 17:6
requests(2) 15:20 18:4
require(1) 11:4
resolution(2) 12:7 17:14
resolved(1) 14:1
respect(5) 6:23 15:21 16:19 16:22 17:11
respectfully(1) 15:20
response(2) 6:21 18:20
result(1) 16:22
reviewed(1) 7:3
revised(2) 6:24 7:10
richards(1) 2:24
rifkind(1) 5:20
right(16) 6:23 6:13 7:3 7:13 8:9 8:14 8:24 9:24 10:9 10:16 10:22 10:24 14:5 14:22 15:6 19:12
ritz(2) 6:21 7:5
robin(1) 4:47
robinson(1) 5:29
rodney(1) 2:26
rooney(1) 2:10
ross(1) 3:20

ruggers(1) 5:33
ryan(1) 2:39
said(1) 18:2
same(3) 11:3 12:9 17:8
samis(1) 2:25
sarah(1) 3:8
satisfied(2) 7:4 19:13
say(2) 11:12 13:3
schedule(2) 12:16 17:10
scheduled(2) 6:23 7:10
scheduling(17) 8:1 9:4 9:21 10:5 10:8 11:5 11:9 11:19 12:6 12:10 14:4 15:21 16:21 17:13 18:8 18:13 18:17
schuylkill(1) 1:44
schweitzer(1) 4:48
scott(2) 5:36 5:37
seamens(1) 4:26
seated(1) 6:3
secure(1) 4:19
securities(2) 5:32 5:32
see(6) 6:7 14:12 17:9 19:4 19:5 19:17
seeking(1) 8:2
sense(1) 12:12
sent(1) 11:2
separate(4) 10:5 10:8 10:15 10:21
service(1) 1:43 1:50
services(2) 1:43 8:10
set(1) 12:14
settled(1) 13:24
settlement(3) 13:22 13:23
shanti(1) 4:13
should(3) 8:15 13:8 18:8
shughart(1) 4:12
sidhu(1) 1:36
siemens(3) 9:1 9:24 10:6
sign(3) 6:18 7:5 19:14
signed(2) 11:7 19:16
significant(1) 13:21
simon(1) 3:41 5:41
simply(1) 15:24
since(1) 16:6
six(1) 16:4
size(1) 11:13
slated(1) 13:10
smith(1) 3:7
smooth(1) 19:17
solutions(3) 5:45 14:16 15:11
sommer(1) 3:20
sorry(3) 10:17 10:19 12:16
sort(2) 11:18 16:10
sound(2) 1:49 20:3
sourcefire(1) 4:33
speak(1) 11:14
special(1) 3:4
specialized(1) 18:2
specific(2) 12:13 15:21
sprirent(1) 3:36
square(1) 2:26
stafford(1) 3:8
stand(1) 19:18
starent(1) 9:1
start(1) 13:11
starting(1) 6:8
states(2) 1:1 1:20
status(2) 15:20 17:8
ste(2) 3:9 3:15
steen(3) 1:33 4:45 7:22
stephen(1) 2:40
steven(1) 5:29
still(1) 18:11
strauss(1) 2:17
street(10) 1:12 1:28 1:44 2:12 2:27 2:34 3:29 3:43 4:21 4:35
sturm(1) 2:19
submit(6) 6:10 7:10 9:7 9:10 11:1 14:7

submitted(3) 9:9 9:18 10:9
submitting(3) 10:15 10:15 10:21
substantially(1) 11:3
sufficient(1) 6:1
suite(8) 2:13 2:33 3:21 3:30 4:8 4:15 4:29 4:35
sullivan(2) 3:13 4:33
sum(1) 14:3
support(1) 16:15
sure(1) 18:24
systems(6) 2:39 3:34 8:19 10:2 10:14
take(2) 18:10 18:17
taken(1) 16:17
takes(1) 16:10
technologies(1) 8:11
technology(6) 3:19 3:26 3:41 5:45 14:16 15:11
telephone(1) 14:20
telephonic(2) 4:39 5:1
telephonically(1) 15:16
tell(1) 12:20
terms(1) 16:16
than(1) 16:17 17:3 17:21
thank(28) 6:2 6:16 6:16 6:19 7:2 7:7 7:13 7:19 7:19 8:14 9:12 9:12 12:1 14:2 14:9 14:22 15:6 15:8 15:15 17:4 17:5 18:18 18:19 18:21 19:5 19:7 19:11 19:15
thanks(2) 9:15 15:17
that(56) 6:10 6:23 6:24 7:4 7:9 7:9 7:11 7:11 7:15 8:8 8:16 8:17 9:9 9:18 9:21 9:21 10:4 10:8 10:11 10:12 10:13 10:16 10:17 10:20 10:23 11:6 11:13 11:14 11:17 11:19 12:12 12:16 12:20 12:23 12:24 13:14 13:7 13:13 13:14 13:24 13:24 14:3 14:7 15:20 15:23 16:23 17:4 17:7 17:13 18:6 18:12 19:16 19:17 19:17 20:2
that's(4) 6:13 9:8 15:6 18:15
the(230) 1:1 1:2 1:19 2:6 2:17 3:28 6:2 6:5 6:7 6:9 6:11 6:12 6:16 6:18 6:20 6:23 6:23 7:2 7:3 7:4 7:5 7:9 7:16 7:17 7:19 7:22 7:24 7:24 8:3 8:4 8:5 8:6 8:6 8:7 8:9 8:11 8:13 8:14 8:15 8:16 8:17 8:18 8:20 8:23 9:2 9:4 9:4 9:5 9:6 9:8 9:9 9:10 9:12 9:15 9:17 9:17 9:18 9:19 9:21 9:22 9:23 9:24 10:1 10:3 10:6 10:7 10:9 10:10 10:13 10:14 10:14 10:17 10:18 10:19 10:20 10:22 10:24 11:1 11:2 11:3 11:3 11:3 11:4 11:4 11:7 11:10 11:11 11:12 11:14 11:16 11:16 11:17 11:21 11:22 11:23 11:22 12:3 12:4 12:5 12:6 12:9 12:9 12:9 12:10 12:11 12:12 12:13 12:13 12:14 12:15 12:15 12:16 12:17 12:18 12:18 12:19 12:19 12:19 12:20 12:21 12:22 12:23 12:24 12:24 13:1 13:3 13:3 13:6 13:7 13:7 13:10 13:11 13:12 13:13 13:14 13:15 13:19 13:20 13:20 13:22 13:22 14:2 14:3 14:5 14:4 14:5 14:6 14:7 14:9 14:12 14:14 14:17 14:20 14:21 14:22 15:2 15:5 15:5 15:8 15:10 15:11 15:13 15:15 15:16 15:17 15:20 15:20 15:22 15:23 16:1 16:1 16:2 16:3 16:5 16:5 16:7 16:8 16:8 16:9 16:9 16:11 16:12 16:13 16:16 16:19 16:20 16:20 16:23 17:1 17:2 17:3 17:5 17:6 17:8 17:9 17:10 17:10 17:13 17:14 17:15 17:17 17:17 17:17 17:20 17:24 18:4 18:5 18:6 18:7 18:7 18:13 18:18 18:21 18:24 19:3 19:7 19:9 19:10 19:12 19:12 19:16 19:19 19:19 20:2 20:3 20:3 20:4
their(1) 17:15
them(2) 7:9 17:11
then(8) 8:20 10:1 10:13 11:22 12:15 13:20 18:11 18:14
there(6) 8:7 8:17 8:20 11:15 18:2 18:10

there's(1) 16:16
these(4) 11:6 14:8 16:10 18:5
they(2) 12:21 17:12
they've(2) 17:12 18:6
think(9) 6:12 11:17 15:22 16:20 17:13 18:4 18:11 18:14 19:16
this(22) 6:17 7:3 9:23 11:1 11:2 11:12 11:17 12:10 12:19 13:1 13:21 13:22 14:6 14:21 15:24 16:22 17:8 18:12 18:14 18:14 18:17 18:23
thomas(1) 5:5
those(7) 6:14 8:10 8:12 8:19 8:24 11:6 11:21
three(3) 8:7 8:12 9:23
through(2) 7:17 11:10
tie(1) 12:10
time(11) 4:26 11:3 12:15 12:19 14:6 15:24 17:3 17:14 18:1 18:4 18:5
times(1) 16:10
timetables(1) 16:23
timothy(1) 5:9
today(7) 7:12 7:24 8:5 8:17 8:21 16:21 18:16
too(1) 11:12
top(1) 17:17
total(1) 13:14
towards(2) 12:7 17:14
traci(1) 20:8
tracks(2) 11:4 11:8
transactions(1) 16:9
transcriber(1) 20:9
transcript(3) 1:18 1:50 20:3
transcription(1) 1:43 1:50
transfers(1) 8:3
try(1) 12:2
trying(1) 16:7
tunnell(1) 1:25 6:5
tweed(1) 5:4
two(2) 11:4 11:6
u.s(1) 15:11
ubs(2) 5:32 5:32
umbrellas(1) 18:16
under(8) 6:10 6:17 7:11 10:9 11:18 18:8 18:13 18:16
underlying(1) 16:9
understand(1) 17:24
understanding(5) 10:4 10:14 10:20 16:8 16:19
understood(1) 18:18
uniform(1) 12:8
united(2) 1:1 1:20
unless(1) 12:17
until(1) 13:5
updates(1) 13:23
usa(1) 3:35
use(1) 16:7
variations(1) 11:9
very(5) 6:16 7:19 14:9 15:19 19:1
voxify(1) 4:5
waive(1) 12:24
waived(1) 12:17
walk(1) 11:10
want(2) 15:15 17:1
wanted(2) 12:21 16:18
was(15) 6:17 9:9 9:18 10:5 10:8 10:17 11:2 12:9 12:14 16:5 18:6 19:1 19:16 19:17 19:19
wasn't(1) 15:3
way(1) 16:3
we've(2) 16:6 17:4
wed(1) 6:1
weeks(4) 16:4 16:4 16:4 16:7 17:4

| Word | Page:Line |
|---|---|

**weiss**(2) 5:20  5:21

**well**(7) 6:24  7:4  8:22  12:1  12:14  14:2

**wells**(20) 5:45  14:20  14:22  14:24  15:1
15:2  15:4  15:5  15:8  15:9  15:10  15:14
17:5  17:21  17:23  18:3  18:18  19:8  19:8
19:11

**werb**(1) 3:13

**were**(7) 11:4  11:6  11:7  12:14  12:15  12:20
16:12

**westcare**(1) 4:12

**wharton**(1) 5:20

**what**(4) 9:16  9:21  10:17  18:15

**whereupon**(1) 19:19

**which**(11) 8:18  8:20  9:20  10:1  10:2  11:9
11:18  13:1  16:5  18:6  18:14

**who**(4) 8:21  14:19  14:20  16:12

**who's**(1) 7:17

**whole**(2) 12:6  13:13

**why**(1) 11:11

**will**(8) 7:5  7:15  10:15  11:15  11:20  18:3
19:14  19:18

**wilmington**(18) 1:13  1:30  2:14  2:28  2:35
2:43  3:10  3:16  3:23  3:31  3:38  3:46  4:9
4:16  4:23  4:30  4:36  6:1

**with**(23) 6:8  6:22  7:15  9:9  9:18  9:23
10:14  11:9  12:7  13:7  15:10  15:21  16:12
16:19  16:22  17:2  17:3  17:6  17:11  18:2
18:10  18:11  19:13

**without**(1) 12:2

**work**(2) 12:7  17:14

**worldwide**(1) 4:4

**would**(11) 9:11  10:11  10:12  11:23  13:3
14:7  14:20  16:22  17:1  17:7  18:16

**written**(2) 13:10  13:15

**www.diazdata.com**(1) 1:47

**yes**(8) 6:9  8:4  8:23  9:6  10:7  14:14  15:13
19:10

**yesterday**(1) 10:10

**york**(4) 1:38  2:7  2:21  14:19

**you**(54) 6:2  6:7  6:11  6:16  6:16  6:19  7:2
7:7  7:13  7:19  7:19  8:14  9:3  9:10  9:12
9:12  9:16  9:20  10:11  11:10  11:10  11:11
11:13  11:23  12:1  12:18  14:2  14:9  14:12
14:22  15:6  15:8  16:10  16:18  17:4  17:5
17:17  17:20  17:21  18:9  18:11  18:18  18:19
18:21  18:24  19:4  19:5  19:6  19:7  19:10
19:11  19:12  19:15  19:18

**you'll**(1) 7:2

**you're**(1) 18:9

**young**(3) 2:4  5:37  5:42

**your**(39) 6:4  6:8  6:19  6:20  7:1  7:7  7:8
7:15  7:21  9:3  9:10  9:16  10:5  11:1  11:2
11:5  11:8  12:1  12:5  14:6  14:11  14:16
14:18  15:4  15:6  15:9  15:19  15:23  16:20
17:4  17:7  17:24  18:18  18:22  19:3  19:6
19:8  19:11  19:15

**zeke**(1) 4:34

**zone**(1) 8:11