# Notice Recipients

District/Off: 0311−1 | User: Brandon | Date Created: 3/10/2011
Case: 09−10138−KG | Form ID: ntcBK | Total: 23

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard | Richardson, TX 75082 | |
| frep | Allen &Overy LLP, | 1221 Avenue of the Americas | New York, NY 10020 | |
| ust | Thomas Patrick Tinker | Office of the U.S. Trustee | 844 King Street Suite 2207 | Wilmington, DE 19801 |
| aty | Alissa T. Gazze | Morris Nichols Arsht &Tunnell, LLP | 1201 N. Market Street | Wilmington, DE 19801 |
| aty | Andrew R. Remming | Morris, Nichols, Arsht &Tunnell | 1201 North Market Street | P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Ann C. Cordo | Morris Nichols Arsht &Tunnell LLP | 1201 N. Market Street | P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Derek C. Abbott | Morris Nichols Arsht &Tunnell | 1201 N. Market Street | Wilmington, DE 19899 |
| aty | Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | 4 East 8th Street | Suite 400    Wilmington, DE 19801 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht &Tunnell | 1201 N.Market Street | P. O. Box 1347    Wilmington, DE 19801 |
| aty | James Croft | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | James L. Bromley | Cleary Gottlieb Steen &Hamilton | One Liberty Plaza | New York, NY 10006 |
| aty | Jennifer M. Westerfield | Cleary Gottlieb Steen &Hamilton, LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Juliet A. Drake | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Mary Caloway | Buchanan Ingersoll &Rooney PC | 1105 North Market Street | Suite 1900    Wilmington, DE 19801−1228 |
| aty | Mona A. Parikh | Buchanan Ingersoll &Rooney PC | 1105 North Market Street | Suite 1900    Wilmington, DE 19801−1228 |
| aty | Nancy G. Everett | Winston &Strawn LLP | 35 W. Wacker Drive | Chicago, IL 60601 |
| aty | Neil P Forrest | Cleary Gottlieb Steen &Hamiton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Nora K Abularach | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Peter James Duhig | Buchanan Ingersoll &Rooney PC | 1105 North Market Street | Suite 1900    Wilmington, DE 19801−1228 |
| aty | Raymond Howard Lemisch | Benesch Friedlander Coplan &Aronoff, LL | 222 Delaware Avenue | Suite 801    Wilmington, DE 19801 |
| aty | Robin J. Baik | Cleary Gottlieb Steen &Hamilton LLP | One Liverty Plaza | New York, NY 10006 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 |

TOTAL: 22