# SERVICE LIST

## VIA HAND DELIVERY

Laura David Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St.
Wilmington, DE 19899

Thomas P. Tinker
Office of the U.S. Trustee
844 King St.
Ste 2207
Lockbox 35
Wilmington, DE 19801

Mark D. Collins
Chris M. Samis
Richards, Layton & Finger, P.A.
920 N King St.
Wilmington, DE 19801

Mary Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1105 N Market St.
Wilmington, DE 19801

Edwin Harron
Young Conaway Stargatt & Taylor LLP
1000 West St
Wilmington, DE 19801

## VIA OVERNIGHT MAIL

Dennis Dunne
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Ken Coleman
Lisa Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Fred Hodara
Ryan Jacobs
David Botter
Akin Gump
One Bryant Park
New York, NY 10036

Michael Luskin
Derek Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004