## SERVICE LIST

<u>Via First Class Mail</u>

Jabil Circuit, Inc.
General Counsel
10560 Dr. M.L. King Jr. Street
St. Petersburg, FL 33716

Holland & Knight LLP
Rod Anderson and Chet Bacheller
100 N. Tampa Street
Suite 4100
Tampa, FL 33602

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Stephen J. Shimshak and Marilyn Sobel
1285 Avenue of the Americas
New York, NY 10019

<u>Via First Class Mail - International</u>

Baker & McKenzie
Lydia Salvi
181 Bay Street, Suite 2100
Toronto, Ontario M5J 2T3
Canada

Telefonaktiebolaget L M Ericsson (PUBL)
Per Oscarsson and Carl Olof Blomqvist
Torshamnsgatan 23 Kista
Stockholm
Sweden

Blake, Cassels & Graydon LLP
Richard Corley and Susan Grundy
199 Bay Street, Suite 2800
Toronto, Ontario M5L 1A9
Canada