IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

## SUPPLEMENTAL VERIFIED STATEMENT OF
## ELLIOTT GREENLEAF PURSUANT TO FED. R. BANKR. P. 2019(a)

Elliott Greenleaf ("Counsel") hereby submits this supplemental verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a) and states as follows:

1. Counsel previously filed a verified statement pursuant to Fed. R. Bankr. P. 2019(a) on or around December 6, 2010 (Docket No. 4501). Counsel now appears in these cases on behalf of additional certain individuals ("Individuals") as identified on the attached Exhibit A.

2. Counsel was referred to the Individuals by Barbara Gallagher, Bill Reed, Carol Raymond, Heidi Morrison, Michael Stutts, and Pamela Lutz Powell, who are themselves Individuals, to represent their interests in these Chapter 11 cases. Ms. Barbara Gallagher initially called our offices to inquire concerning representation.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement these statements.

Dated: March 10, 2011

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE 4166)
Shelley A. Kinsella (DE 4023)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Attorneys for the Individuals*