# Exhibit A

| First Name | Last Name |
|---|---|
| Janet | Bass |
| Brent | Beasley |
| Thomas | Dikens |
| Crickett | Grissom |
| Alan | Heinbaugh |
| Richard | Hodges |
| Mary | Holbrook |
| George | Hovater, Jr |
| Scott | Howard |
| Marie | Jurasevich |
| Kem | Muckleroy |
| Danny | Owenby |
| Mark | Phillips |
| Leona | Purdum |
| Michael | Rexroad |
| John | Rossi |
| Michael | Thompson |
| Nancy | Wilson |
| Paul (Doug) | Wolfe |