Resubmitted March per call from Epiq regarding proper way to refile.
1. Find new claim attached, and
2. Please remove claim number 563 which was a duplicate

---

Proof of claim adjustment

I am an unsecured creditor in the Nortel Networks Chapter 11 bankruptcy.

I filed a claim as of the bankruptcy date, January 15th 2009, in the amount of $601,015. This was received, processed and entered into your system, under the name of Ben Warren, 37 Crest Lane, La Selva Beach California 95076.

I would like to make two corrections/adjustments to this claim.

1. It was entered as a duplicate (dates below) and one or the other of these should be eliminated. I have attached both in hardcopy form with this letter. One is dated Mar 12, 2009, the next is dated Aug 19, 2009. They are identical amounts and one should be removed. — *Remove 563*

2. This account, a self directed investment retirement account, should be adjusted for the new balance as of 2/7/2011, as it still remained under my investment control, and is significantly increased from the time of filing. I have included the printout from the same investment manager, MullinTBG, as of the latest balance, 2/7/2011.

The new balance would then be,

| | |
|---|---|
| The new balance from MullinTBG Feb 11, 2011 | $950,054.86 |
| Plus the adjustments that were made on the original filing to account for the money taken out of the account in readiness for payment to me, but held by the filing of of Chapter 11. This was in the original claim | $48,975 |
| New balance, and claim, as of Feb 11, 2011 | $999,029.86 |

Please find attached:
   Original filing for balance of 601, 015.  Pages 1-4
   New balance from trustee, page 5

Thank you for your consideration in this matter.

*Ben Warren 3-1-11*

Ben Warren
37 Crest Lane
La Selva Beach Ca, 95076
Home: 831 786 9085    cell 650 380 4086
bmw@benwarren.com