

# CITY AND COUNTY OF DENVER

DEPARTMENT OF FINANCE

TREASURY DIVISION
WELLINGTON E. WEBB MUNICIPAL
OFFICE BUILDING
201 WEST COLFAX AVENUE, MC 1001
DEPT. 1009
DENVER, COLORADO 80202
FAX: (720) 913-9455

GUILLERMO (BILL) V. VIDAL
Mayor

February 11, 2011

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

Re:   Nortel Networks Inc., et al. Chapter 11 Bankruptcy – withdrawal of claim 1528

To whom it may concern:

On or around July 13, 2009, the City and County of Denver filed its claim in the above captioned matter. After reviewing additional documents provided by the Nortel, on or around January 12, 2011, Denver filed an amended claim in the amount of $4,238.11. The amended claim is meant to replace the original claim filed in 2009. Therefore, Denver believes it essentially withdrew and replaced claim number 1528 by filing an amended claim which was assigned number 7562. For the purpose of notifying the court, the creditor hereby submits this request to withdraw claim 1528 and replaced with claim 7562.

Sincerely,

Karen Katros, Bankruptcy Analyst
Tax Compliance/Audit Unit
(720) 913-9337
karen.katros@denvergov.org