UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              §

Nortel Networks, Inc.               §
                                    §     CASE NO. 09-10138-KG
Debtor(s)                                 (Chapter 11)

                                    §

**WITHDRAWAL**

   NOW COMES, Richardson Independent School District in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 4/13/10 (Claim no. 7211) in this bankruptcy case.

                              Respectfully Submitted,

                              **PERDUE, BRANDON, FIELDER,
                              COLLINS & MOTT, L.L.P.**
                              Attorneys for Claimant

                              By: _____
                              ELIZABETH BANDA CALVO
                              State Bar No. 24012238
                              P.O. Box 13430
                              Arlington, Texas 76094-0430
                              Phone: (817) 461-3344
                              Fax: (817) 860-6509
                              Email: ebcalvo@pbfcm.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of March, 2011:

| Derek C Abbott | U S Trustee |
| 1201 N Market Street | 844 King Street |
| Wilmington, DE 19899 | Room 2207, Lockbox #35 |
| | Wilmington, DE 19801 |

                              _____
                              ELIZABETH BANDA CALVO