Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/01/11 | EH | Review minutes of 1/31/11 hearing and discovery conference | 0.10 |
| 02/02/11 | EH | Review clerk's notice regarding 1/31/11 hearing transcript | 0.10 |
| 02/07/11 | RHL | Speak to E. Hein regarding status conference scheduled for Wednesday and how to proceed | 0.10 |
| 02/07/11 | EH | Review agenda for 2/09/11 hearing | 0.20 |
| 02/07/11 | EH | Review draft amended agenda for 2/09/11 hearing; discuss with J. Hoover | 0.20 |
| 02/07/11 | EH | Email to A. Gazze approving draft amended agenda for 2/09/11 hearing | 0.10 |
| 02/08/11 | EH | Review and respond to emails from A. Gazze regarding delay in filing of 2/09/11 amended hearing agenda; confirm filing with J. Hoover and S. Stafford | 0.20 |
| 02/08/11 | EH | Review agenda for 2/09/11 hearing | 0.10 |
| 02/08/11 | EH | Prepare binder for 2/09/11 hearing | 0.30 |
| 02/08/11 | EH | Breakdown of hearing binders (0.30); review and analysis of pleadings and related documents for file organization (0.40) | 0.70 |
| 02/09/11 | EH | Review second amended agenda for 2/09/11 hearing | 0.20 |
| 02/10/11 | EH | Review minutes of 2/09/11 hearing | 0.10 |
| 02/15/11 | EH | Review clerk's notice regarding 2/09/11 hearing transcript | 0.10 |
| 02/17/11 | EH | Review agenda for 2/22/11 hearing | 0.10 |
| 02/28/11 | EH | Review email from A. Gazze regarding draft agenda for 3/09/11 hearing and pretrial conferences | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.10 | $59.50 |
| | | | 0.10 | $59.50 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 2.60 | $611.00 |
| | | | 2.60 | $611.00 |
| | | TOTAL: | 2.70 | $670.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/03/11 | LMS | Email communication with Accounting regarding client billing | 0.10 |
| 02/03/11 | LMS | Review January A/R and email to Nortel regarding same | 0.30 |
| 02/10/11 | RHL | Edit time for fee application | 0.20 |
| 02/14/11 | LMS | Preparation of BFCA monthly fee application for January 2011 | 1.50 |
| 02/15/11 | LMS | Preparation of BFCA monthly fee application for January 2011 | 1.80 |
| 02/17/11 | LMS | Prepare and file BFCA monthly fee application for January 2011 | 0.60 |
| 02/18/11 | LMS | Telephone call with Accounting regarding reconciling monthly fee applications | 0.20 |
| 02/18/11 | LMS | Review docket relative to objections to BFCA monthly fee application for December 2010 | 0.10 |
| 02/18/11 | LMS | Prepare CNO regarding BFCA monthly fee application for December 2010 | 0.10 |
| 02/18/11 | LMS | Coordinate and file BFCA monthly fee application for December 2010 | 0.10 |
| 02/21/11 | LMS | Calendar objection deadline regarding BFCA fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.20 | $119.00 |
| | | | 0.20 | $119.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 4.90 | $955.50 |
| | | | 4.90 | $955.50 |
| | | TOTAL: | 5.10 | $1,074.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/01/11 | RHL | Speak to J. Hoover regarding scheduling order | 0.20 |
| 02/01/11 | RHL | Received correspondence from D. Powers regarding data collection and respond (0.10); review his response (0.10) | 0.20 |
| 02/01/11 | RHL | Received correspondence from N. Monhait regarding proposed scheduling order | 0.10 |
| 02/01/11 | RHL | Litigation strategy session with J. Hoover | 0.50 |
| 02/01/11 | RHL | Review Nokia strategy issues | 0.20 |
| 02/01/11 | RHL | Received correspondence from E. Meltzer regarding extension of time for Siemens to respond | 0.10 |
| 02/01/11 | RHL | Received correspondence regarding additional claims' objections and how to proceed | 0.10 |
| 02/01/11 | JRH | Follow-up related to claims objections, begin to prepare same | 0.60 |
| 02/01/11 | JRH | Review revised proposed form of scheduling order and email with N. Monhait regarding scheduling of meeting and confer | 0.50 |
| 02/01/11 | JRH | Email with D. Livshiz regarding order on seal; and follow-up | 0.20 |
| 02/01/11 | JRH | Meeting with R. Lemisch and S. Stafford regarding litigation strategy, and items to complete (Nokia) | 0.50 |
| 02/01/11 | JRH | Emails with E. Meltzer and coordinate filing of stipulation to extend time | 0.20 |
| 02/01/11 | SRS | Discuss adversary proceeding, case status and next steps with R. Lemisch and J. Hoover | 0.60 |
| 02/01/11 | EH | Discuss drafting of certification of counsel regarding motion to file Exhibit G to letter brief under seal and related motion for expedited hearing with J. Hoover | 0.20 |
| 02/01/11 | EH | Review ECF notices and download order authorizing filing of Exhibit G to letter brief under seal; email to J. Hoover | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/01/11 | EH | Review email from J. Hoover regarding extension of Siemens answer deadline (0.10); follow-up discussion with J. Smith (0.10) | 0.20 |
| 02/01/11 | EH | File certification of counsel extending Siemens answer deadline and coordinate delivery to Judge Gross (0.20); update pleading binder (0.20) | 0.40 |
| 02/01/11 | EH | Email to E. Meltzer regarding second stipulation extending Siemens' answer deadline | 0.10 |
| 02/01/11 | EH | Review email from M. Parikh regarding NNL answer and affirmative defenses to CTDI complaint | 0.10 |
| 02/02/11 | RHL | Speak to J. Hoover regarding litigation issues - how to proceed | 0.20 |
| 02/02/11 | RHL | Review revised settlement agreement with ON Semiconductor and discuss with J. Smith | 0.30 |
| 02/02/11 | RHL | Telephone call received from creditor regarding status | 0.20 |
| 02/02/11 | RHL | Received correspondence from N. Monhait regarding scheduling order | 0.10 |
| 02/02/11 | JRH | Meeting with E. Hein, review briefing rules and discuss response to Cleary Gottlieb regarding same | 0.20 |
| 02/02/11 | JES | Confer with R. Lemsich regarding revised language for ON Semiconductor settlement | 0.30 |
| 02/02/11 | EH | Review ECF notices and download order appointing discovery mediator in CTDI adversary (0.10); email to Cleary Gottlieb (0.10) | 0.20 |
| 02/02/11 | EH | Calculate and track briefing schedule for motion to dismiss CTDI counterclaims (0.10); email to E. Bussigel (0.10) | 0.20 |
| 02/02/11 | EH | Review emails from E. Bussigel, K. Wilson-Milne and J. Hoover regarding calculation of briefing schedule for motion to dismiss CTDI counterclaims | 0.10 |
| 02/02/11 | EH | Calculate briefing schedule for motion to dismiss CTDI counterclaims (0.20); discuss with J. Hoover (0.10) | 0.30 |
| 02/03/11 | RHL | Received correspondence from J. Smith regarding 502h claim on ON Semiconductor and reply | 0.20 |
| 02/03/11 | RHL | Received correspondence from J. Philbrick regarding next omnibus claims objection | 0.10 |
| 02/03/11 | RHL | Review further revised ON Semiconductor settlement | 1.00 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/03/11 | JES | Revise and supplement settlement agreement with ON Semiconductor (.5); email P. Rathwell explaining changes to settlement agreement (.2) | 0.70 |
| 02/03/11 | EH | Review ECF notices and download order extending Siemens answer deadline; track extended deadline | 0.10 |
| 02/04/11 | RHL | Received correspondence from J. Hoover regarding changes to scheduling order and response from N. Monheit | 0.20 |
| 02/04/11 | RHL | Received correspondence from N. Monheit confirming call for Monday at 2:00 p.m. | 0.10 |
| 02/04/11 | RHL | Discuss scheduling order with Nokia with J. Hoover - depositions to take; calendar call with N. Monheit, Nokia's counsel | 0.20 |
| 02/04/11 | RHL | Review omnibus claims objection | 0.30 |
| 02/04/11 | RHL | Telephone call received from K. Spiering regarding status of matters | 0.30 |
| 02/04/11 | RHL | Review correspondence from N. Monheit regarding comments to scheduling order | 0.20 |
| 02/04/11 | JRH | Conference call with K. Spiering regarding status of Nokia adversary | 0.20 |
| 02/04/11 | JRH | Meeting with R. Lemisch and S. Stafford regarding status, items to complete | 0.30 |
| 02/04/11 | JES | Draft language to revise settlement with ON Semiconductor and email R. Lemisch for comments | 0.40 |
| 02/04/11 | SRS | Review correspondence on matter and case status with J. Hoover and R. Lemisch | 0.30 |
| 02/04/11 | EH | Review ECF notices and download notice of service of CTDI's second document production request (0.10); calculate and track response deadline (0.10) | 0.20 |
| 02/04/11 | EH | Review ECF notices and download Right Management answer to complaint (0.10); update pleading binder (0.10) | 0.20 |
| 02/04/11 | EH | Discuss status of preference actions with J. Hoover and J. Smith | 0.20 |
| 02/04/11 | EH | Review clerk's notice regarding 1/31/11 hearing transcript | 0.10 |
| 02/04/11 | EH | Review clerk's notice of filing confidential Exhibit G to NNI letter brief in CTDI adversary under seal | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/04/11 | EH | Review ECF notices and download order approving motion to expedite hearing on motion to file Exhibit G to NNI letter brief regarding CTDI adversary | 0.10 |
| 02/04/11 | EH | Review NNL notice of service of answer and affirmative defenses to CTDI counterclaims; email to J. Hoover and R. Lemisch regarding same | 0.10 |
| 02/06/11 | RHL | Received correspondence from J. Smith to ON Semiconductor and respond | 0.20 |
| 02/06/11 | RHL | Received correspondence from D. Livschiz regarding draft order authorizing turnover of SWB litigation documents to CTDI | 0.10 |
| 02/07/11 | RHL | Review letter from D. Livschiz to A. Clark regarding CTDI objection to second discovery request | 0.10 |
| 02/07/11 | RHL | Speak to J. Hoover regarding scheduling order - okay to send to N. Monhait | 0.20 |
| 02/07/11 | RHL | Speak to S. Stafford regarding scheduling order; confidentiality agreement; litigation hold letter - how to proceed | 0.40 |
| 02/07/11 | RHL | Received correspondence from K. Gross regarding conflict check for proposed mediator and forward to Harrington and Livschiz | 0.20 |
| 02/07/11 | RHL | Review revised proposed scheduling order | 0.20 |
| 02/07/11 | RHL | Received correspondence regarding ON Semiconductor regarding its agreement to settle, and discuss with J. Smith | 0.20 |
| 02/07/11 | RHL | Received correspondence from P. Boris regarding ON Semiconductor settlement is okay | 0.10 |
| 02/07/11 | RHL | Received correspondence from J. Smith to ON Semiconductor regarding settlement | 0.10 |
| 02/07/11 | RHL | Prepare for Rule 16 conference with N. Monhait | 0.20 |
| 02/07/11 | RHL | Participate in Rule 16 conference call | 0.40 |
| 02/07/11 | RHL | Meet with J. Hoover and S. Stafford regarding action items | 0.30 |
| 02/07/11 | JRH | Review e-filings and emails related to CTDI litigation | 0.30 |
| 02/07/11 | JRH | Review file, notes and email, prepare information for S. Stafford, Esq. | 0.90 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/07/11 | JRH | Status of settlement agreement with ON Semiconductor with J. Smith | 0.20 |
| 02/07/11 | JRH | Telephonic meeting and confer with N. Monhait and follow up related thereto | 0.90 |
| 02/07/11 | JES | Conversation with J. Yarr regarding Dow Jones amnesty letter and potential settlement thereof | 0.40 |
| 02/07/11 | JES | Revise counter offer to ON Semiconductor and draft email to P. Rathwell with offer to resolve 502(h) claim (.8); email R. Boris regarding settlement agreement with ON Semiconductor (.2); email R. Lemisch and J. Hoover regarding anticipated resolution of terms of settlement agreement (.2); various emails to P. Rathwell regarding settlement amount and ON Semiconductor's legal name for settlement agreement (.3); confer with R. Boris of Nortel for approval of settlement (.3); revise settlement agreement and meet with R. Lemisch(.6); email P. Rathwell (.1); respond to 3 additional emails from P. Rathwell and revise settlement agreement and send W-9 (.3) | 2.80 |
| 02/07/11 | SRS | Call with opposing counsel (1.0); review pleadings and documents from former counsel (1.50); prepare draft of 26(f) report (.50); revise scheduling order and circulate to opposing counsel (.50); discuss case status with J. Hoover (.20) | 3.70 |
| 02/07/11 | EH | Review and respond to email from A. Gazze regarding adversary matters being handled by BFCA | 0.20 |
| 02/07/11 | EH | Review Nokia adversary docket (0.10); email to A. Gazze requesting amendment to 2/09/11 hearing agenda (0.10) | 0.20 |
| 02/07/11 | EH | Review ECF notices and download CTDI's response to NNL's motion for leave to file sur-reply | 0.10 |
| 02/08/11 | RHL | Review and revise Rule 26(f) report | 0.20 |
| 02/08/11 | JRH | Follow up with S. Stafford related to Rule 26(f) report | 0.50 |
| 02/08/11 | JRH | Review and comment on Rule 26(f) report (0.20); meeting with S. Stafford to discuss same (0.20); follow up email with R. Lemisch and discuss documents with S. Stafford (0.30) | 0.70 |
| 02/08/11 | JRH | Discuss status of motion and objection deadline with E. Hein regarding CTDI | 0.20 |
| 02/08/11 | JES | Confer with J. Hoover regarding resolution of ON Semiconductor amnesty letter and discuss status of Dow Jones amnesty letter | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/08/11 | SRS | Review sample protective order | 0.10 |
| 02/08/11 | SRS | Draft 26(f) Report and discuss with opposing counsel, R. Lemisch and J. Hoover | 1.80 |
| 02/08/11 | SRS | Review sample/form litigation hold letter (.30), review documents to create custodian list (.60), draft litigation hold letter (1.80) | 2.70 |
| 02/08/11 | SRS | Call with opposing counsel to discuss agenda for hearing and scheduling order (.20), review agenda for pretrial conference (.20), review correspondence, notes and documents from J. Hoover (.80) | 1.20 |
| 02/08/11 | EH | Discuss status of 2/09/11 Nokia pretrial conference with S. Stafford | 0.20 |
| 02/08/11 | EH | Review and respond to email from S. Stafford regarding finalization and filing of Nokia 26(f) report | 0.20 |
| 02/08/11 | EH | File Nokia 26(f) report (0.20); email to N. Monhait (0.10) | 0.30 |
| 02/08/11 | EH | Review and respond to email from K. Wilson-Milne regarding service of NNI's fourth set of interrogatories directed to CTDI | 0.10 |
| 02/08/11 | EH | Prepare unredacted, sealed version of Nokia complaint per Judge Gross' request (0.20); coordinate delivery to chambers (0.10) | 0.30 |
| 02/08/11 | EH | Review email from M. Green regarding CTDI's supplemental responses and objections to NNI's first set of interrogatories | 0.10 |
| 02/08/11 | EH | Review email from K. Wilson-Milne and correspondence from D. Livshiz regarding deficiencies in CTDI's responses to NNI's second document production request | 0.10 |
| 02/08/11 | EH | Review ECF notices and download notices of service of discovery regarding CTDI's amended initial disclosures and CTDI's supplemental responses to NNI's first set of interrogatories | 0.20 |
| 02/08/11 | EH | Discuss status of motion to strike CTDI CNO to motion to join NNC with J. Hoover (0.10); track objection deadline (0.10) | 0.20 |
| 02/08/11 | EH | Discuss procedure for submitting confidential Nokia complaint to chambers with R. Lemisch (0.20); email to Judge Gross' chambers regarding same (0.10) | 0.30 |
| 02/08/11 | EH | Draft notice of service of discovery for NNI's fourth set of interrogatories directed to CTDI | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/08/11 | EH | File notice of service of discovery for NNI's fourth set of interrogatories to CTDI | 0.20 |
| 02/09/11 | RHL | Received correspondence from S. Stafford to D. Powers regarding status updates; schedule how to speak regarding Rule 26 disclosures and discovery and Dan's response | 0.20 |
| 02/09/11 | RHL | Prepare for and attend pre-trial conference on Nokia matter | 1.50 |
| 02/09/11 | RHL | Received correspondence from S. Stafford regarding service of scheduling order and respond | 0.10 |
| 02/09/11 | SRS | Review scheduling order entered by Court and correspond with client regarding same | 0.50 |
| 02/09/11 | SRS | Review and revise litigation hold letter | 0.50 |
| 02/09/11 | SRS | Draft protective order (.60); review sample protective orders (.30) | 0.90 |
| 02/09/11 | SRS | Attend hearing on scheduling conference | 1.70 |
| 02/09/11 | EH | Review ECF notices and download CTDI notice of service of responses to NNI's first interrogatories and requests for admission and NNI's second interrogatories | 0.20 |
| 02/09/11 | EH | Discuss outcome of 2/09/11 Nokia pretrial conference with S. Stafford | 0.20 |
| 02/09/11 | EH | Review ECF notices and download order approving filing of complaint under seal | 0.10 |
| 02/10/11 | RHL | Review subpoena to SWB | 0.10 |
| 02/10/11 | RHL | Coordinate call with D. Powers; issues to be discussed with D. Powers | 0.20 |
| 02/10/11 | RHL | Memo to K. Wilson regarding discovery protocol | 0.20 |
| 02/10/11 | RHL | Discuss preference action issues with J. Smith (several discussions) | 0.50 |
| 02/10/11 | RHL | Received correspondence from S. Stafford regarding time to speak to D. Powers regarding Rule 26 disclosure and respond | 0.10 |
| 02/10/11 | JES | Review new value and ordinary course analysis for Prudential Relocation (.4); review new value and ordinary course analysis for Right Management (.4); review new value and ordinary course analysis for Starent Networks (.4); update spreadsheet with preference defense analysis (.8); confer with R. Lemisch regarding preference defenses and discovery | 3.90 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | (.2); discuss actions needed prior to March 9th scheduling hearing with R. Lemisch (.2); email K. Sidhu with preference-related questions (.3); revise letter to counsel representing preference action defendants (.5); confer with R. Lemisch regarding revisions to letter and finalize (.3); review email from K. Sidhu regarding discovery and settlement procedures for adversary proceedings (.2); send follow up email to K. Sidhu with additional questions (.2) | |
| 02/10/11 | SRS | Review and revise litigation hold letter | 0.70 |
| 02/10/11 | SRS | Draft initial disclosures | 0.50 |
| 02/10/11 | SRS | Discuss e-discovery issues with R. Lemisch (.30); correspond with client and J. Hoover and R. Lemisch regarding conference call with client (.10) | 0.40 |
| 02/10/11 | EH | Review ECF notices and download Nokia scheduling order | 0.10 |
| 02/10/11 | EH | Review email from K. Wilson-Milne regarding second attempt at SWB subpoena service (0.20); coordinate service with process server (0.10) | 0.30 |
| 02/10/11 | EH | Review ECF notices and download notice of service of discovery regarding CTDI responses and objections to NNI's third set of interrogatories (0.10); update pleading file (0.10) | 0.20 |
| 02/10/11 | EH | Review emails from K. Wilson-Milne, A. Ungberg and Y. Ibrahimi regarding SWB subpoenas and request for SWB counsel contact information | 0.20 |
| 02/11/11 | RHL | Received correspondence to ON Semiconductor counsel regarding execution of settlement stipulation | 0.10 |
| 02/11/11 | RHL | Review prospective list of custodions | 0.20 |
| 02/11/11 | RHL | Received correspondence from J. Smith regarding On Semiconductor settlement and respond | 0.10 |
| 02/11/11 | JES | Draft letter to Right Management's counsel regarding scheduling order and 26(f) meeting (.2); draft letter to Prudential Relocation's counsel regarding scheduling order and 26(f) meeting (.2); draft letter to Siemens' counsel regarding scheduling order and 26(f) meeting (.2); draft letter to Starent Network's counsel regarding scheduling order and 26(f) meeting (.2); begin drafting discovery requests (.9); conversation with E. Meltzer regarding revisions to scheduling order (.3); review and respond to 3 emails from P. Rathwell in connection with ON Semiconductor settlement (.3); draft second tolling agreement with ON Semiconductor to allow time to receive settlement check (.5) | 2.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/11/11 | SRS | Review and revise litigation hold letter | 0.50 |
| 02/11/11 | SRS | Review and revise draft protective order (1.50); review sample stipulation regarding under seal filing (.20) | 1.70 |
| 02/11/11 | SRS | Correspond with client regarding conference call and list of custodians (.20); draft agenda for conference call (.20) | 0.40 |
| 02/11/11 | SRS | Review documents and draft list of possible custodians and persons with knowledge | 0.70 |
| 02/11/11 | EH | Review ECF notices and download Nokia scheduling order (0.20); calculate and track discovery deadlines (0.20) | 0.40 |
| 02/13/11 | RHL | Review proposed scheduling order in the Siemens adersary | 0.20 |
| 02/13/11 | RHL | Review correspondence from Price as discovery mediator and forward to Livschiz and Herrington | 0.10 |
| 02/13/11 | RHL | Review e-mail to counsel for ON Semiconductor extending the tolling agreement | 0.10 |
| 02/13/11 | RHL | Review correspondence to A. Clark regarding discovery issues | 0.10 |
| 02/13/11 | RHL | Received correspondence from D. Livschiz to Jason regarding SWB discovery issues; D. Livschiz to Jason regarding Cleary documents; A. Clark response | 0.20 |
| 02/14/11 | RHL | Discuss ON Semiconductor settlement with J. Smith; review progress of same | 0.20 |
| 02/14/11 | RHL | Telephone call received from D. Livschiz regarding discovery issue | 0.20 |
| 02/14/11 | RHL | Received correspondence from D. Herrington regarding mediator and respond | 0.10 |
| 02/14/11 | RHL | Received correspondence to D. Herrington regarding using Price as mediator; e-mail court regarding same | 0.20 |
| 02/14/11 | RHL | Received correspondence from D. Powers regarding contact information for IT Specialists from Nokia litigation; from Lynn Rowan regarding contact information for former Nortel employees | 0.20 |
| 02/14/11 | RHL | Received correspondence from S. Stafford regarding coordinating call with Ericson employees | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/14/11 | RHL | Review e-mails between A. Clark and D. Herrington regarding Bill Cleary discovery | 0.20 |
| 02/14/11 | JRH | Meeting with S. Stafford regarding conference call with client, etc., preparation of initial disclosures | 0.20 |
| 02/14/11 | JES | Review and respond to 4 emails from P. Rathwell in connection with ON Semiconductor settlement (.4); review executed second tolling agreement (.2); review and respond to email from B. Kiese regarding ON Semiconductor settlement check (.1) confirm status of shipment of settlement check (.1) | 0.80 |
| 02/14/11 | SRS | Draft initial disclosures | 0.60 |
| 02/14/11 | SRS | Call with clients regarding case status, litigation hold and initial disclosures (.80); draft agenda for call with client (.40); discuss case status and next steps with J. Hoover (.20) review call notes and correspond with client regarding contacts for initial disclosures and e-discovery (.50) | 1.90 |
| 02/14/11 | EH | Review ECF notices and download notice of service of CTDI third document production request | 0.10 |
| 02/15/11 | RHL | Received correspondence regarding Dow Jones matter; second tolling agreement | 0.10 |
| 02/15/11 | RHL | Received correspondence from D. Herrington regarding discovery dispute and respond; review his e-mail to J. Gross | 0.20 |
| 02/15/11 | JRH | Meeting with E. Hein regarding open items; filing of various notices, etc. | 0.20 |
| 02/15/11 | JES | Review invoices and communications in preparation for discovery in connection with Right Management, Starent, Siemens, and Prudential Relocation (.5); confer with J. Hoover regarding status of adversary proceedings and discovery process (.3); call B. Hazeltine and leave message regarding Prudential Relocation (.2); email R. Boris regarding receipt of settlement check by Nortel from ON Semiconductor (.2); leave voicemail for J. Yar regarding Dow Jones (.2); draft second tolling agreement with Dow Jones and email J. Yar regarding same (.5); create fully-executed tolling agreement with Dow Jones and respond to J. Yar's email (.2) | 2.10 |
| 02/15/11 | EH | File notice of service of SWB subpoena notice and return of service for SWB deposition and document subpoenas (0.30); email to K. Wilson-Milne (0.10) | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/15/11 | EH | Discuss upcoming reply deadline regarding CTDI's opposition to NNI's motion to dismiss counterclaims with J. Hoover (0.10); follow-up email to K. Wilson-Milne regarding same (0.10) | 0.20 |
| 02/15/11 | EH | Track return date and deposition date for SWB subpoenas issued in connection with CTDI litigation | 0.10 |
| 02/15/11 | EH | Review CTDI third document production request; calculate and track response deadline | 0.10 |
| 02/15/11 | EH | Draft notice of service of SWB subpoena notice served on CDTI and NNI counsel (0.20); prepare return of service for SWB subpoenas for filing and confirm filing procedure with J. Hoover (0.40) | 0.60 |
| 02/15/11 | EH | Discuss filing of proof of service of SWB subpoenas issued in connection with CTDI litigation with J. Hoover | 0.20 |
| 02/15/11 | EH | Email to K. Wilson-Milne regarding filing of proof of service and affidavit of non-service of SWB subpoenas issued in connection with CTDI litigation | 0.20 |
| 02/15/11 | EH | Review proof of service and affidavit of non-service regarding SWB subpoenas issued in connection with CTDI litigation (0.10); review local rules and confirm filing requirements (0.20) | 0.30 |
| 02/16/11 | JES | Begin drafting initial disclosures for preference actions | 0.40 |
| 02/16/11 | SRS | Correspond with client regarding introductory calls and case status (.50); correspond with Nortel's bankruptcy counsel regarding document preservation and collection (.50); correspond with client regarding initial disclosures (.20); review documents from client and create list of persons with knowledge for document preservation and initial disclosures (2.60) | 3.80 |
| 02/17/11 | JRH | Conference calls with M. Parikh regarding discovery mediator | 0.20 |
| 02/17/11 | JRH | Review emails regarding CTDI discovery disputes and coordination with discovery mediator | 0.30 |
| 02/17/11 | SRS | Review protective order and correspond with J. Hoover regarding same | 0.50 |
| 02/17/11 | SRS | Correspond with client regarding conference calls and initial disclosures | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/17/11 | EH | Review ECF notices and download notice of service of CTDI's responses to NNI's second document production request; update pleading binder | 0.10 |
| 02/18/11 | JES | Confer with J. Hoover regarding conference call with mediator in CTDI matter (.2); call M. Parikh in preparation for conference call (.2); conference call with mediator and parties to CDTI dispute (.4); review 5 emails from J. Ibrahimi regarding discovery and motion practice to date in CTDI case (.5); email J. Hoover with summary of conference call with CDTI mediator (.2); follow up conversation with J. Hoover regarding conference call and next steps in CTDI litigation (.3) | 1.80 |
| 02/18/11 | SRS | Call with client (Ericsson employees) regarding case background and document custodians (1.20); review Purchase and License Agreement (.40); correspond with clients regarding custodians (.40); correspond with client regarding protective order and document access issues (.20) | 2.20 |
| 02/18/11 | SRS | Prepare stipulation on extending time to submit protective order and ancillary papers (.50); correspond with J. Hoover and opposing counsel regarding same (.50) | 1.00 |
| 02/18/11 | SRS | Review and revise initial disclosures with information from client and send to J. Hoover and R. Lemisch for review | 2.50 |
| 02/18/11 | SRS | Revise litigation hold letter with information received from client and finalize for review by J. Hoover and R. Lemisch | 0.50 |
| 02/18/11 | EH | Discuss form stipulation to extend time/deadlines in an adversary proceeding with S. Stafford | 0.20 |
| 02/18/11 | EH | Proofread and format certification of counsel submitting stipulation extending deadline to finalize protective order | 0.30 |
| 02/18/11 | EH | File certification of counsel submitting stipulation extending deadline to finalize protective order; coordinate delivery to chambers; email to N. Monhait | 0.20 |
| 02/18/11 | EH | Review emails from D. Livshiz, D. Herrington, M. Parikh, and A. Clark regarding 2/18/11 conference call with CTDI discovery mediator | 0.20 |
| 02/18/11 | EH | Review ECF notices and download Sourcefire's answer to complaint | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/18/11 | EH | Review emails from K. Wilson-Milne and R. Lemisch regarding third document production requests directed to CTDI | 0.10 |
| 02/21/11 | JRH | Review initial disclosures (NSN litigation) | 0.50 |
| 02/21/11 | JRH | Review litigation hold letter (0.30); emails with S. Stafford related thereto (0.20) | 0.50 |
| 02/21/11 | SRS | Correspond with RLKS Assoc. regarding document collection and preservation (.20); correspond with client regarding document collection and preservation issues (.20) | 0.40 |
| 02/21/11 | SRS | Correspond with client regarding draft protective order (.30); review and revise draft protective order (.70) | 1.00 |
| 02/21/11 | SRS | Correspond with client regarding initial disclosures (.30); review and revise initial disclosures (.30) | 0.60 |
| 02/22/11 | RHL | Discuss initial disclosures and discovery issues with S. Stafford | 0.50 |
| 02/22/11 | RHL | Review and revise protective order | 0.50 |
| 02/22/11 | JRH | Review reply brief and email with K. Wilson-Milne regarding same | 0.40 |
| 02/22/11 | JRH | Meeting with J. Smith to discuss comments of Pepper Hamilton to certain preference scheduling order and follow up related thereto | 0.30 |
| 02/22/11 | JES | Confer with J. Hoover regarding scheduling orders in preference actions (.3); email K. Roberts regarding revisions to scheduling orders (.1); review response from K. Roberts and discuss with J. Hoover (.1); review email from E. Metzer regarding modifications to Siemens scheduling order (.1); respond to email from E. Meltzer (.2); conversation with E. Meltzer regarding scheduling order (.3) | 1.10 |
| 02/22/11 | SRS | Review and finalize initial disclosures and discuss same with R. Lemisch | 0.30 |
| 02/22/11 | SRS | Correspond with client regarding comments to draft protective order and revise order pursuant to same | 1.30 |
| 02/22/11 | SRS | Review litigation hold letter and discuss with R. Lemisch | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/22/11 | SRS | Correspond with Cleary counsel regarding under seal filing of complaint and document retention issues (.60); review application for employment of RLKS (.30); discuss case status with R. Lemisch (.30) | 1.20 |
| 02/22/11 | EH | Review and respond to email from K. Wilson-Milne regarding final version of reply brief in support of motion to dismiss CTDI counterclaims | 0.10 |
| 02/22/11 | EH | Prepare certificate of service for reply brief in support of motion to dismiss CTDI counterclaims | 0.20 |
| 02/22/11 | EH | File and serve reply brief in support of motion to dismiss CTDI counterclaims (0.30); email to K. Wilson-Milne (0.10) | 0.40 |
| 02/22/11 | EH | Review and respond to multiple emails from K. Wilson-Milne regarding deadlines for filing request for oral argument and notice of completion of briefing regarding motion to dismiss CTDI counterclaims (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 02/22/11 | EH | Review ECF notices and download order approving stipulation extending deadline to file Nokia protective order; track extended deadline | 0.10 |
| 02/22/11 | EH | Update Nokia pleading binder | 0.20 |
| 02/22/11 | EH | Draft notice of service of discovery for NNI third set of document production requests directed to CTDI | 0.20 |
| 02/22/11 | EH | Review email from K. Wilson-Milne regarding service of NNI third document production request directed to CTDI | 0.10 |
| 02/22/11 | EH | File notice of service of discovery for NNI third set of document production requests directed to CTDI (0.10); track CTDI response deadline (0.10) | 0.20 |
| 02/22/11 | EH | Update discovery binder | 0.10 |
| 02/22/11 | EH | Review emails from K. Wilson-Milne and J. Hoover regarding draft of reply brief in support of motion to dismiss CTDI counterclaims | 0.10 |
| 02/23/11 | RHL | Review and revise initial disclosures and discuss with S. Stafford | 0.30 |
| 02/23/11 | JRH | Review emails from K. Wilson-Milne regarding amended disclosures (0.20); review amended disclosures and coordinate with K. Milne (0.30) | 0.50 |
| 02/23/11 | JRH | Follow up with S. Stafford related to initial disclosures and service thereof (Nokia litigation) | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/23/11 | JES | Call J. Hoover and leave message regarding Siemens adversary proceeding scheduling order | 0.20 |
| 02/23/11 | JES | Call J. Yar regarding Dow Jones amnesty letter and potential settlement of same | 0.30 |
| 02/23/11 | SRS | Draft discovery requests | 0.80 |
| 02/23/11 | SRS | Review comments from R. Lemisch regarding litigation hold letter and finalize for sending to client | 0.80 |
| 02/23/11 | SRS | Review comments to initial disclosures with R. Lemisch and finalize for service | 1.60 |
| 02/23/11 | SRS | Correspond with Cleary regarding ASA with Ericsson (.40); correspond with client regarding document preservation issues (.60) | 1.00 |
| 02/23/11 | EH | Draft notice of service of Nokia initial disclosures (0.20); discuss service with S. Stafford (0.10) | 0.30 |
| 02/23/11 | EH | File notice of service of Nokia initial disclosures (0.10); serve Nokia initial disclosures (0.10) | 0.20 |
| 02/23/11 | EH | Review email from K. Wilson-Milne regarding service of second supplemental initial disclosures in CTDI adversary | 0.10 |
| 02/23/11 | EH | Review ECF notices and download CTDI notice of subpoena directed to Atlanta Telephone Company | 0.10 |
| 02/23/11 | EH | Review ECF notices and download notice of service of Nokia's initial disclosures, first set of interrogatories and first set of document production requests; discuss with S. Stafford | 0.10 |
| 02/23/11 | EH | Review ECF notices and download CTDI subpoena to SWB of Nashville | 0.10 |
| 02/23/11 | EH | Review NNI notice of change of address; update CTDI adversary service list | 0.10 |
| 02/24/11 | RHL | Begin review of protective order | 0.20 |
| 02/24/11 | JES | Confer with J. Hoover regarding Siemens scheduling order (.2); email E. Meltzer regarding Siemens scheduling order (.2) | 0.40 |
| 02/24/11 | SRS | Review Defendants' initial disclosures and discovery requests (.80); correspond with client regarding same (.10); correspond with e-discovery vendors regarding engagement and discovery issues (2.0); correspond with client regarding litigation hold letter and document preservation (1.3); discuss case status with R. Lemisch and J. Hoover (.30); correspond with opposing | 4.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | counsel regarding service of discovery requests and initial disclosures (.10); discuss draft protective order with R. Lemisch and send same to opposing counsel for review (.20) | |
| 02/24/11 | SRS | Review comments from client regarding protective order (.20); discuss protective order with R. Lemisch (.20); correspond with opposing counsel regarding protective order (.30) | 0.70 |
| 02/24/11 | EH | File notice of service of discovery for NNI second supplemental initial disclosures regarding CTDI adversary (0.10); email to K. Wilson-Milne (0.10) | 0.20 |
| 02/24/11 | EH | Update Nokia and CTDI adversary pleading binders | 0.10 |
| 02/24/11 | EH | Review email from K. Wilson-Milne regarding exhibits to NNI second supplemental initial disclosures | 0.10 |
| 02/24/11 | EH | Review ECF notices and download NNI's memorandum of law in sur-reply to CTDI's motion to join NNC | 0.10 |
| 02/24/11 | EH | Discuss service of Nokia's initial disclosures with S. Stafford | 0.10 |
| 02/24/11 | EH | Draft notice of service of discovery for NNI's second supplemental initial disclosures regarding CTDI adversary | 0.30 |
| 02/25/11 | JRH | Meeting with S. Stafford regarding e-discovery (Nokia) | 0.30 |
| 02/25/11 | JES | Email J. Yar regarding Dow Jones amensty (.1); review responses from J. Yar and respond (.1); confer with J. Hoover regarding CTDI mediation teleconference on February 28th (.2) | 0.40 |
| 02/25/11 | SRS | Call with RLKS and client regarding e-discovery issues (.30); call with T. Karel regarding e-discovery issues (.50); review price estimate from Merrill Corp for e-discovery services (.50); correspond with client regarding same (.40); draft e-discovery plan and custodian list with investigation details (1.20); correspond with IT department regarding FTP site for document uploads (.50); draft discovery requests (.50); correspond with UnitedLex regarding quote for e-discovery services (.20); draft discovery requests (.30) | 4.40 |
| 02/27/11 | RHL | Review stipulated protective order | 0.30 |
| 02/28/11 | RHL | Discuss changes to Siemens scheduling order with J. Smith and review | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/28/11 | RHL | Received correspondence from counsel for Siemens regarding C.O.C. and revise scheduling order - service of same | 0.20 |
| 02/28/11 | RHL | Received correspondence regarding additional discovery and further amended initial disclosures - several e-mails | 0.20 |
| 02/28/11 | RHL | Received correspondence from D. Herrington to A. Clarke regarding discovery | 0.10 |
| 02/28/11 | RHL | Received correspondence from D. Herrington regarding mediation issues and respond | 0.20 |
| 02/28/11 | JRH | Coordinate with J. Smith regarding attendance at discovery conference call (0.20); review email regarding results of hearing (0.30) | 0.50 |
| 02/28/11 | JES | Various emails to J. Hoover regarding CTDI call with mediator today (.2); call S. Price and leave message regarding CTDI conference call with mediator (.2); prepare certificate of counsel in Siemens adversary proceeding (.4); revise scheduling order for Siemens adversary proceeding (.4); confer with R. Lemsich regarding certification of counsel and revised scheduling order for Siemens (.2); email E. Meltzer regarding certification of counsel and revised scheduling order (.2); confer with E. Hein regarding filing and service of Siemens scheduling order (.1); call with J. Yar regarding Dow Jones preference (.5) | 2.20 |
| 02/28/11 | JES | Prepare for and participate in conference call regarding CTDI mediation (.4); confer with R. Lemsich regarding first mediation session (.2); email J. Hoover regarding timeline for upcoming conference calls and mediation session (.2) | 0.80 |
| 02/28/11 | SRS | Call with UnitedLex regarding e-discovery services (.50); correspond with UnitedLex regarding custodian list (.40); review info provided by Merrill regarding e-discovery services (.30); review correspondence from client regarding e-discovery sources (.10) | 1.30 |
| 02/28/11 | SRS | Discuss protective order with R. Lemisch | 0.20 |
| 02/28/11 | EH | Review email from Y. Ibrahimi regarding CTDI second supplemental responses to NNI's first set of interrogatories and document production requests | 0.10 |
| 02/28/11 | EH | File certification of counsel submitting proposed scheduling order (0.20); coordinate delivery to Judge Gross' chambers (0.10) | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/28/11 | EH | Review ECF notices and download CTDI motion for leave to file rejoinder to NNI sur-reply | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 15.90 | $9,460.50 |
| | | | 15.90 | $9,460.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 10.60 | $4,028.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 22.00 | $5,500.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 52.70 | $15,810.00 |
| | | | 85.30 | $25,338.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 15.40 | $3,619.00 |
| | | | 15.40 | $3,619.00 |
| | | TOTAL: | 116.60 | $38,417.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/01/11 | EH | Document Reproduction 9 copies | 0.90 |
| 02/17/11 | LMS | Document Reproduction 188 copies | 18.80 |
| 02/17/11 | LMS | Document Reproduction 92 copies | 9.20 |
| 02/22/11 | EH | Document Reproduction 37 copies | 3.70 |
| 02/22/11 | EH | Document Reproduction 11 copies | 1.10 |
| 02/22/11 | JES | Document Reproduction 28 copies | 2.80 |
| 02/23/11 | EH | Document Reproduction 8 copies | 0.80 |
| 02/28/11 | RHL | Document Reproduction 7 copies | 0.70 |
| | | TOTAL: | $38.00 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/15/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington 1/31 TO JUDGE GROSS | 5.00 |
| 02/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/31 | 7.50 |
| 02/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/31 | 50.00 |
| 02/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 1/28 | 7.50 |
| | | TOTAL: | $70.00 |

**Document Reproduction - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/28/11 | RHL | Document Reproduction - Outside - Vendor: Reliable Wilmington - invoice wl025376 | 5.00 |
| 02/28/11 | RHL | Document Reproduction - Outside - Vendor: Reliable Wilmington - invoice wl025237 | 5.00 |
| | | TOTAL: | $10.00 |

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/15/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 1/5 | 650.32 |
| 02/15/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 1/19 | 215.88 |
| 02/28/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 2/8 | 162.16 |
| | | TOTAL: | $1,028.36 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/25/11 | XXX | Federal Express 01/25/11 Carol Thompson to Thomas P. Tink | 11.25 |
| 01/25/11 | XXX | Federal Express 01/25/11 CAROL THOMPSON to ANNA VENTRESCA | 41.63 |
| 01/25/11 | XXX | Federal Express 01/25/11 Carol Thompson to Fred S. Hodara | 11.25 |
| 01/25/11 | XXX | Federal Express 01/25/11 Carol Thompson to D. Abbot/E. Sc | 11.25 |
| 01/25/11 | XXX | Federal Express 01/25/11 Carol Thompson to M. Collins/C. | 11.25 |
| 02/17/11 | LMS | Federal Express 02/17/11 Lisa M. Behra to Mark Collins/Ch | 11.35 |
| 02/17/11 | LMS | Federal Express 02/17/11 Lisa M. Behra to Fred S. Hodara | 11.35 |
| 02/17/11 | LMS | Federal Express 02/17/11 LISA M. BEHRA to ANNA VENTRESCA | 36.80 |
| 02/17/11 | LMS | Federal Express 02/17/11 Lisa M. Behra to Thomas P. Tinke | 11.35 |
| 02/17/11 | LMS | Federal Express 02/17/11 Lisa M. Behra to Derek C. Abbott | 11.35 |
| | | TOTAL: | $168.83 |

**Long Distance Calls**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/24/11 | RHL | Conference Calls - Vendor: AMERICAN EXPRESS COURT CALL CONFERENCE - CASE 09-10138 - NORTEL NETWORKS -1/5 | 79.00 |
| | | TOTAL: | $79.00 |

**Postage - Special Mailing**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/22/11 | ACCT | Postage - Special Mailing | 1.22 |
| | | TOTAL: | $1.22 |

**Meals**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/28/11 | RHL | Meals - Vendor: PNC BANK LUNCH MTG. TO PREPARE FOR COURT - R. LEMISCH | 34.00 |
| | | TOTAL: | $34.00 |