# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629
Page 2
Client # 732310

Matter # 165839

---

For services through February 28, 2011
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 02/03/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/03/11 | Review revised draft critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 02/08/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/09/11 | Email to A. Gazze re: authority to execute certification for seal order in connection with response to EMEA petition | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 02/10/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 105.00 | $10.50 |
| 02/15/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 105.00 | $10.50 |
| 02/15/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 02/22/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 105.00 | $10.50 |
| 02/23/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 105.00 | $10.50 |

Total Fees for Professional Services $310.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629
Page 3
Client # 732310

Matter # 165839

---

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$310.00** |
| BALANCE BROUGHT FORWARD | $1,160.20 |
| **TOTAL DUE FOR THIS MATTER** | **$1,470.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629
Page 4
Client # 732310

Matter # 165839

---

For services through February 28, 2011
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 02/28/11 | Call from T. Karzcinsky re: status of case and timing of distributions to general unsecured creditors | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services $102.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$102.00** |
| BALANCE BROUGHT FORWARD | $214.20 |
| **TOTAL DUE FOR THIS MATTER** | **$316.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

---

For services through February 28, 2011
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 02/02/11 | Circulate to distribution re: 1/31/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 02/07/11 | Retrieve and review re: 2/9/11 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 02/07/11 | Emails to L. Beckerman re: logistics of 2/9/11 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 02/08/11 | Retrieve and review amended 2/9/11 agenda (.1); E-mail to distribution re: same (.1); Update 2/9/11 hearing binders x2 (.5) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 02/08/11 | Update 2/9/11 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 0.80 hrs. | 105.00 | $84.00 |
| 02/08/11 | Emails to D. Sloan re: covering 2/9/11 hearing (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 02/08/11 | Review emails (x2) from C. Samis re: attendance at 2/9/11 hearing (.1); Discussion with C. Samis re: same (.1); Preparation for same (.7); Review amended agenda re: same (.1); Discussion with B. Witters re: preparation of materials re: same (.1) | | | |
| Associate | Drew G. Sloan | 1.10 hrs. | 340.00 | $374.00 |
| 02/09/11 | Assist with preparation of 2/9/11 Hearing binder | | | |
| Paralegal | Amy B. Anderson | 0.20 hrs. | 105.00 | $21.00 |
| 02/09/11 | Meet with L. Beckerman re: preparation for 2/9/11 hearing (.3); Meet with D. Sloan re: preparation for 2/9/11 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

---

| Date / Title | Description / Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/09/11 | Review amended agenda re: 2/9/11 hearing (.1); Meeting with L. Beckerman re: attendance at 2/9/11 hearing (.3); Preparation for and attendance at same (1.5); Discussion with C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 2.00 hrs. | 340.00 | $680.00 |
| 02/11/11 | Circulate to distribution re: 2/9/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 02/18/11 | Retrieve and review 2/22/11 agenda (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: telephonic appearance of G. Bell (.1); E-mail to G. Bell re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/18/11 | Prepare 02/22/11 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 0.90 hrs. | 105.00 | $94.50 |
| 02/22/11 | Update 02/22/11 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |
| 02/22/11 | Prepare for 2/22/11 hearing (.5); Attend 2/22/11 hearing (1.6); Emails to A. Cordo re: status of 2/22/11 hearing (.2); Email to F. Hodara re: outcome of 2/22/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 340.00 | $816.00 |

| | |
|---|---|
| Total Fees for Professional Services | $2,707.00 |
| TOTAL DUE FOR THIS INVOICE | **$2,707.00** |
| BALANCE BROUGHT FORWARD | $7,317.30 |
| **TOTAL DUE FOR THIS MATTER** | **$10,024.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629
Page 7
Client # 732310

Matter # 165839

---

For services through February 28, 2011
relating to Employee Issues

| | | | | |
|---|---|---|---|---|
| 02/01/11 | Call from E. Bovarnick re: termination of deferred compensation plan (.3); Call to B. Kahn re: employee calls on termination of deferred compensation plan (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services $170.00

TOTAL DUE FOR THIS INVOICE **$170.00**

**TOTAL DUE FOR THIS MATTER** **$170.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

---

For services through February 28, 2011
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 02/03/11 | E-mail to B. Kahn re: RLF January 2011 fee and expense estimates | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 02/14/11 | Review RLF January 2011 bill memo and meal charge | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/14/11 | Review January 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 02/18/11 | E-mail to L. Stevenson re: RLF W9 (.1); E-mail to L. Hobby re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 02/22/11 | Prepare cno re: RLF December fee application (.2); Finalize and file re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/22/11 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 02/23/11 | Prepare letter to A. Stout re: RLF December fee application and cno (.2); Coordinate to A. Stout re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 02/25/11 | Review and revise RLF January 2011 fee application (.3); Prepare notice of application re: same (.2); Prepare aos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 02/25/11 | Review and execute RLF monthly fee application (.3); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 02/28/11 | Prepare eighth RLF interim fee application (.5); E-mail to accounting re: same (.1); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |
| 02/28/11 | Review and execute RLF interim fee application (.2); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

| | |
|---|---|
| Total Fees for Professional Services | $1,048.00 |
| TOTAL DUE FOR THIS INVOICE | **$1,048.00** |
| | $1,175.60 |
| **TOTAL DUE FOR THIS MATTER** | **$2,223.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629
Page 10
Client # 732310

Matter # 165839

---

For services through February 28, 2011
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 02/03/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/07/11 | Prepare cno re: Capstone November fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Fraser Milner November fee application (.1); Review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Akin Gump December fee application (.1); Review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 2.40 hrs. | 200.00 | $480.00 |
| 02/07/11 | Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review Fraser Milner monthly fee application (.2); Review and execute notice re: same (.1); Review Akin Gump monthly fee application (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 340.00 | $238.00 |
| 02/08/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 02/11/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 02/16/11 | Attention to e-mail re: Fraser Milner December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/16/11 | Review Fraser Milner monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 02/17/11 | Email to B. Witters re: obtaining W-9s for Committee professionals | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 02/18/11 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 02/21/11 | Attention to e-mail re: Capstone December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: Capstone December fee application (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 02/21/11 | Review and execute Capstone monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 02/22/11 | Prepare cno re: Ashurst December fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 02/22/11 | Review and execute certificate of no objection re: Ashurst monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 02/24/11 | Attention to e-mail re: Ashurst January fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 02/24/11 | Review Ashurst monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 02/25/11 | E-mail from and to P. Bagon re: interim fee hearing (.1); Attention to Ashurst eighth interim fee application (.1); Retrieve re: same (.1); Finalize, file and cooridnate service re: same (.2); Prepare aos re: same (.2); Attention to Akin Gump January 2011 fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 200.00 | $340.00 |
| 02/25/11 | Review email from B. Kahn re: Ashurst interim fee application (.1); Review same (.2); Discussion with B. Witters re: filing same (.1); Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.90 hrs. | 340.00 | $306.00 |
| 02/28/11 | Attention to e-mail re: Akin Gump eighth interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Capstone Advisory January 2011 fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to J. Hyland re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 200.00 | $360.00 |
| 02/28/11 | Email to B. Kahn re: filing and service of 8th interim fee application of Akin | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 02/28/11 | Review Akin Gump interim fee application (.2); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/28/11 | Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |

Total Fees for Professional Services $3,440.00

TOTAL DUE FOR THIS INVOICE **$3,440.00**

$2,273.60

**TOTAL DUE FOR THIS MATTER** **$5,713.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 16, 2011
Invoice 375629
Page 14
Client # 732310

Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 0.60 | 105.00 | 63.00 |
| Barbara J. Witters | 16.10 | 200.00 | 3,220.00 |
| Brenda D. Tobin | 2.00 | 105.00 | 210.00 |
| Christopher M. Samis | 4.40 | 340.00 | 1,496.00 |
| Drew G. Sloan | 8.20 | 340.00 | 2,788.00 |
| TOTAL | 31.30 | $248.47 | 7,777.00 |

**TOTAL DUE FOR THIS INVOICE** **$8,768.55**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310