# **EXHIBIT B**


RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

March 16, 2011
Invoice 375629

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through February 28, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $20.00 |
| Filing Fees | $123.00 |
| Long distance telephone charges | $37.53 |
| Messenger and delivery service | $111.31 |
| Photocopying/ Printing<br>4,271 @ $.10/pg. / 1,647 @ $.10/pg. | $591.80 |
| Postage | $107.91 |

| | |
|---|---:|
| Other Charges | $991.55 |
| **TOTAL DUE FOR THIS INVOICE** | **$991.55** |
| BALANCE BROUGHT FORWARD | $1,577.91 |
| **TOTAL DUE FOR THIS MATTER** | **$2,569.46** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | March 16, 2011<br>Invoice 375629<br>Page 15<br>Client # 732310 |

<u>Client:</u>   Official Committee of the Board of Directors of Nortel Networks Inc
Matter:   Nortel - Representation of Creditors Committee
          Case Administration
          Claims Administration
          Court Hearings
          Employee Issues
          RLF Fee Applications
          Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 02/01/11 | 14048450193 Long Distance | | LD |
| | Amount = | $22.24 | |
| 02/01/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/01/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/07/11 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $20.00 | |
| 02/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $81.60 | |
| 02/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $81.00 | |
| 02/07/11 | Postage | | POST |
| | Amount = | $14.85 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 16, 2011  
Invoice 375629  
Page 16  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $7.40 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $3.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $6.70 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $23.30 | |
| 02/07/11 | Printing | | DUP.10CC |
| | Amount = | $25.20 | |
| 02/08/11 | Messenger and delivery 02/07/11 - TO US TRUSTEE - BJW | | MESS |
| | Amount = | $6.00 | |
| 02/08/11 | Messenger and delivery 02/07/11 - TO MORRIS NICHOLS ARSHT - BJW | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 16, 2011  
Invoice 375629  
Page 17  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/08/11 | Messenger and delivery 02/07/11 - TO POST OFFICE - BJW | | MESS |
| | Amount = | $51.30 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/08/11 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 02/09/11 | Photocopies | | DUP.10CC |
| | Amount = | $5.00 | |
| 02/09/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 02/09/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 02/09/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 02/09/11 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 02/09/11 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 02/10/11 | Photocopies | | DUP.10CC |
| | Amount = | $48.00 | |
| 02/10/11 | Postage | | POST |
| | Amount = | $40.57 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 16, 2011  
Invoice 375629  
Page 18  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 02/11/11 | 12128728121 Long Distance | LD |
| | Amount = $15.29 | |
| 02/16/11 | Photocopies | DUP.10CC |
| | Amount = $36.40 | |
| 02/16/11 | Photocopies | DUP.10CC |
| | Amount = $9.10 | |
| 02/16/11 | Postage | POST |
| | Amount = $14.79 | |
| 02/16/11 | Printing | DUP.10CC |
| | Amount = $8.50 | |
| 02/17/11 | Messenger and delivery2/16/2011, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 02/17/11 | Messenger and delivery2/16/2011, US Trustee, BJW | MESS |
| | Amount = $6.00 | |
| 02/18/11 | Photocopies | DUP.10CC |
| | Amount = $16.00 | |
| 02/18/11 | Printing | DUP.10CC |
| | Amount = $5.80 | |
| 02/21/11 | Photocopies | DUP.10CC |
| | Amount = $32.00 | |
| 02/21/11 | Postage | POST |
| | Amount = $7.74 | |
| 02/22/11 | Delivery expense 2/21/2011 | MESS |
| | Amount = $6.40 | |
| 02/23/11 | NORTEL NETWORKS - Messenger and delivery | MESS |
| | Amount = $16.81 | |
| 02/23/11 | Printing | DUP.10CC |
| | Amount = $4.80 | |
| 02/24/11 | COURTCALL LLC: Acct CCDA-05-1619 2/22-3/11 | FLFEE |
| | Amount = $51.00 | |
| 02/24/11 | COURTCALL LLC: Acct CCDA-05-1619 2/22-3/11 | FLFEE |
| | Amount = $72.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 16, 2011  
Invoice 375629  
Page 19  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/24/11 | Photocopies | | DUP.10CC |
| | Amount = | $19.50 | |
| 02/24/11 | Postage | | POST |
| | Amount = | $5.70 | |
| 02/24/11 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 02/25/11 | Photocopies | | DUP.10CC |
| | Amount = | $24.00 | |
| 02/25/11 | Photocopies | | DUP.10CC |
| | Amount = | $35.50 | |
| 02/25/11 | Messenger and delivery charges 2/24/11 BJW | | MESS |
| | Amount = | $6.40 | |
| 02/25/11 | Messenger and delivery charges 2/25/11 BJW | | MESS |
| | Amount = | $6.40 | |
| 02/25/11 | Postage | | POST |
| | Amount = | $6.72 | |
| 02/25/11 | Postage | | POST |
| | Amount = | $2.75 | |
| 02/25/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 02/25/11 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 02/25/11 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 02/25/11 | Printing | | DUP.10CC |
| | Amount = | $3.10 | |
| 02/28/11 | Photocopies | | DUP.10CC |
| | Amount = | $39.00 | |
| 02/28/11 | Postage | | POST |
| | Amount = | $14.79 | |
| 02/28/11 | Printing | | DUP.10CC |
| | Amount = | $6.20 | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $991.55