IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS, INC., et al.,[1] <br><br> Debtors. | Case No. 09-10138 (KG) <br> (Jointly Administered) <br><br> Chapter 11 |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 7605 FILED BY AUTOMOTIVE RENTALS, INC.,**

Please take Notice that Automotive Rentals, Inc., hereby withdraws its Claim filed on February 21, 2011, and designated as Claim Number 7605.

Dated:  March 21, 2011

By:  /s/  John V. Fiorella
John V. Fiorella (DE No. 4330)
Jennifer L. Story (DE No. 4918)
ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue, Suite 1370
Wilmington, DE   19801
Telephone:  302-777-4350
Facsimile:  302-777-4352
Email:  jfiorella@archerlaw.com
Email:  jstory@archerlaw.com
*Counsel for Automotive Rentals, Inc.*

---

[1] In addition to Nortel Networks, Inc. ("NNI"), the Debtors in the Chapter 11 cases are:  Nortel Networks Capital corporation, Nortel Altsystems, Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA").  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.