**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period**
**From November 1, 2010 through January 31, 2011, unless otherwise specified**

**Hearing: March 23, 2011 at 9:30 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Eighth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2010 Through January 31, 2011 (D.I. 5019, Filed 2/28/11).

    1.    Twenty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 30, 2010 (D.I. 4665, Filed 12/30/10);

    2.    Certification Of No Objection Regarding Twenty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 30, 2010 (D.I. 4739, Filed 1/21/11);

    3.    Twenty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010 (D.I. 4863, Filed 2/7/11);

    4.    Certification Of No Objection Regarding Twenty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010 (D.I. 5052, Filed 3/2/11); and

    5.    Twenty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2011 Through January 31, 2011 (D.I. 5003, Filed 2/25/11).

Ashurst LLP

B.     Eight Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period November 1, 2010 Through January 31, 2011 (D.I. 4995, Filed 2/25/11).

     1.     Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 31, 2010 (D.I. 4646, Filed 12/23/10);

     2.     Certification Of No Objection Regarding Twenty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 31, 2010 (D.I. 4732, Filed 1/20/11);

     3.     Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010  (D.I. 4773, Filed 1/28/11);

     4.     Certification Of No Objection Regarding Twenty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010  (D.I. 2/22/11, Filed 4970);  and

     5.     Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2011 Through January 31, 2011 (D.I. 4990, Filed 2/24/11).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.     Second Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2010 Through January 31, 2011 (D.I. 5026, Filed 3/1/11).

     1.     Second Application Of  Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2010 Through November 30, 2010 (D.I. 4604, Filed 12/15/10);

     2.     Certification Of No Objection Regarding Docket No. 4604 (D.I. 4686, Filed 1/10/11);

3.      Third Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From December 1, 2011 Through December 31, 2010 (D.I. 4750, Filed 1/25/11);

4.      Certification Of No Objection Regarding Docket No. 4750 (D.I. 4949, Filed 2/18/11);

5.      Fourth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From January 1, 2011 Through January 31, 2011 (D.I. 4943, Filed 2/17/11); and

6.      Certification Of No Objection Regarding Docket No. 4943 (D.I. 5112, Filed 3/15/11).

Capstone Advisory Group, LLC

D.      Eighth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period November 1, 2010 Through January 31, 2011 (D.I. 5034, Filed 3/1/11 ).

1.      Twenty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 30, 2010 (D.I. 4719, Filed 1/14/11);

2.      Certification Of No Objection Regarding Twenty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 30, 2010 (D.I. 4861, Filed 2/7/11);

3.      Twenty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010 (D.I. 4961, Filed 2/21/11);

4.      Certification of No Objection Regarding Twenty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010 (D.I. 5114, Filed 3/16/11); and

5.      Twenty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2011 Through January 31, 2011 (D.I. 5021, Filed 2/28/11).

Chilmark Partners LLC

E.      Fourth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 4981, Filed 2/23/11).

1.      Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2010 Through November 30, 2010 (D.I. 4629, Filed 12/17/10);

2.      Certificate Of No Objection Regarding Docket No. 4629 (D.I. 4690, Filed 1/10/11);

3.      Tenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2010 Through December 31, 2010 (D.I. 4756, Filed 1/25/11);

4.      Certificate Of No Objection Regarding Docket No. 4756 (D.I. 4936, Filed 2/16/11);

5.      Amended Certificate Of No Objection Regarding Docket No. 4756 (D.I. 4969, Filed 2/22/11);

6.      Eleventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2011 Through January 31, 2011 (D.I. 4968, Filed 2/22/11); and

7.      Certificate of No Objection Regarding Docket No. 4968 (D.I. 5121, Filed 3/17/11).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.      Eighth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 5022, Filed 2/28/11).

1.      Twenty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim

Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through November 30, 2010 (D.I. 4720, Filed 1/14/11);

2.      Certificate Of No Objection Regarding Docket No. 4720 (D.I. 4883, Filed 2/8/11);

3.      Twenty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2010 Through December 31, 2010 (D.I. 4922, Filed 2/10/11);

4.      Certificate Of No Objection Regarding Docket No. 4922 (D.I. 5070, Filed 3/4/11); and

5.      Twenty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2011 Through January 31, 2011 (D.I. 5012, Filed 2/25/11).

Crowell & Moring LLP

G.      Eighth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 5009, Filed 2/25/11).

1.      Twenty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through November 30, 2010 (D.I. 4998, Filed 2/25/11);

2.      Twenty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2010 Through December 31, 2010 (D.I. 5002, Filed 2/25/11); and

3.      Twenty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2011 Through January 31, 2011 (D.I. 5004, Filed 2/25/11).

Ernst & Young LLP

H.    Eighth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of November 1, 2010 Through January 31, 2011 (D.I. 5042, Filed 3/1/11).

    1.    Tenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2010 Through January 31, 2011 (D.I. 5041, Filed 3/1/11).

        a.    Notice Of Filing Verification Of James E. Scott In Support Of Tenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2010 Through January 31, 2011(D.I. 5053, Filed 3/2/11).

Fraser Milner Casgrain LLP

I.    Seventh Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2010 Through January 31, 2011 (D.I. 5050, Filed 3/2/11).

    1.    Twenty-Second Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 30, 2010 (D.I. 4862, Filed 2/7/11);

    2.    Certification Of No Objection Regarding Twenty-Second Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2010 Through November 30, 2010 (D.I. 5051, Filed 3/2/11);

    3.    Twenty-Third Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010 (D.I. 4938, Filed 2/16/11);

    4.    Certification Of No Objection Regarding Twenty-Third Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2010 Through December 31, 2010 (D.I. 5106, Filed 3/11/11); and

5. Twenty-Fourth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2011 Through January 31, 2011 (D.I.5035, Filed 3/1/11).

Huron Consulting Group

J. Eighth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 4985, Filed 2/24/11).

1. Twenty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through November 30, 2010 (D.I. 4647, Filed 12/23/10);

2. Certificate Of No Objection Regarding Docket No. 4647 (D.I. 4721, Filed 1/14/11);

3. Twenty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2010 Through December 31, 2010 (D.I. 4765, Filed 1/26/11);

4. Certificate Of No Objection Regarding Docket No. 4765 (D.I. 4946, Filed 2/17/11);

5. Twenty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2011 Through January 31, 2011 (D.I. 4953, Filed 2/18/11); and

6. Certificate Of No Objection Regarding Docket No. 4953 (D.I. 5110, Filed 3/14/11).

Jackson Lewis LLP

K. Eighth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 5030, Filed 3/1/11).

1. Twenty-Third Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For

Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through January 31, 2011 (D.I. 5000, Filed 2/25/11).

Jeffries & Company, Inc

L.    Eighth Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period November 1, 2010 Through January 31, 2011 (D.I. 5049, Filed 3/2/11).

    1.    Twenty-Second Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period November 1, 2010 Through November 30, 2010 (D.I. 5043, Filed 3/2/11);

    2.    Twenty-Third Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period December 1, 2010 Through December 31, 2010 (D.I. 5044, Filed 3/2/11); and

    3.    Twenty-Fourth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period January 1, 2011 Through January 31, 2011 (D.I. 5045, Filed 3/2/11).

John Ray

M.    Fifth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2010 through January 31, 2011 (D.I. 4991, Filed 2/24/11).

    1.    Eleventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through November 30, 2010 (D.I. 4543, Filed 12/6/10);

    2.    Certificate Of No Objection Regarding Docket No. 4543 (D.I. 4662, Filed 12/29/10);

    3.    Twelfth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 4669, Filed 1/3/11);

    4.    Certificate Of No Objection Regarding Docket No. 4669 (D.I. 4766, Filed 1/26/11);

5.     Thirteenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2011 Through January 31, 2011 (D.I. 4859, Filed 2/7/11); and

6.     Certificate Of No Objection Regarding Docket No. 4859 (D.I. 5064, Filed 3/3/11).

Lazard Freres & Co. LLC

N.     Eighth Quarterly Fee Application Of Lazard Freres & Co. LLC, Financial Advisor And Investment Banker To The Debtors For The Period November 1, 2010 Through November 30, 2010 (D.I. 5039, Filed 3/1/11).

1.     Twentieth Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2010 Through November 30, 2010 (D.I. 5036, Filed 3/1/11);

2.     Twenty-First Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period December 1, 2010 Through December 31, 2010 (D.I. 5037, Filed 3/1/11); and

3.     Twenty-Second Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period January 1, 2011 Through January 31, 2011 (D.I. 5038, Filed 3/1/11).

Linklaters LLP

O.     Fourth Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 5029, Filed 3/1/11).

1.     Fifth Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through January 31, 2011 (D.I. 5028, Filed 3/1/11).

Mercer (US) Inc.

P.     Eighth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of November 1, 2010 Through January 31, 2011 (D.I. 5027, Filed 3/1/11).

1.     Eighth Interim Application Of Mercer (US) Inc. As Compensation Specialist and

2981307.16
Nortel - Exhibit A

Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of November 1, 2010 Through January 31, 2011 (D.I. 5001, Filed 2/25/11).

## Morris, Nichols, Arsht & Tunnell LLP

Q.    Eighth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 4967, Filed 2/22/11).

   1.    Twenty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through November 30, 2010 (D.I. 4651, Filed 12/27/10);

   2.    Certificate of No Objection Regarding Docket No. 4651 (D.I. 4734, Filed 1/21/11);

   3.    Twenty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2010 Through December 31, 2010 (D.I. 4767, Filed 1/27/11);

   4.    Certificate Of No Objection Regarding Docket No. 4767 (D.I. 4955, Filed 2/18/11);

   5.    Twenty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2011 Through January 31, 2011 (D.I. 4956, Filed 2/18/11); and

   6.    Certificate Of No Objection Regarding Docket No. 4956 (D.I. 5111, Filed 3/14/11).

## Punter Southall LLC

R.    Seventh Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2010 Through January 31, 2011 (D.I. 5006, Filed 2/25/11).

   1.    Ninth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period  November 1, 2010 Through January 31, 2011 (D.I. 5005, Filed 2/25/11).

RLKS Executive Solutions, LLC

S.      Third Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 5023, Filed 2/28/11).

1.      Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through November 30, 2010 (D.I. 4963, Filed 2/21/11);

2.      Certification of No Objection Regarding Docket No. 4963 (D.I. 5118, Filed 3/17/11);

3.      Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2010 Through December 31, 2010 (D.I. 4964, Filed 2/21/11);

4.      Certification of No Objection Regarding Docket No. 4964 (D.I. 5116, Filed 3/16/11);

5.      Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2011 Through January 31, 2011 (D.I. 4984, Filed 2/24/11); and

6.      Certification of No Objection Regarding Docket No. 4984 (D.I. 5124, Filed 3/18/11).

Richards, Layton & Finger, PA

T.      Eighth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2010 Through January 31, 2011 (D.I. 5020, Filed 2/28/11).

1.      Twenty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2010 Through November 30, 2010 (D.I. 4645, Filed 12/23/10);

2.      Certification Of No Objection Regarding Twenty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official

Committee Of Unsecured Creditors For The Period From November 1, 2010 Through November 30, 2010 (D.I. 4718, Filed 1/14/11);

3.     Twenty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2010 Through December 31, 2010 (D.I. 4774, Filed 1/28/11);

4.     Certification Of No Objection Regarding Twenty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2010 Through December 31, 2010 (D.I. 2/22/11, Filed 4971); and

5.     Twenty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2011 Through January 31, 2011 (D.I. 4993, Filed 2/25/11).

<u>Shearman & Sterling, LLP</u>

U.     Eighth Quarterly Fee Application Of Shearman & Sterling, LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period November 1, 2010 Through January 31, 2011 (D.I. 5033, Filed 3/1/11).

1.     Eighth Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2010 Through January 31, 2011 (D.I. 5032, Filed 3/1/11).

<u>Torys LLP</u>

V.     First Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 28, 2010 Through January 31, 2011 (D.I. 5017, Filed 2/28/11).

1.     First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 28, 2010 Through January 31, 2011 (D.I. 4999, Filed 2/25/11).