**CERTIFICATE OF SERVICE**

     I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on March 23, 2011 at 9:30 a.m. (ET)** was caused to be made on March 21, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: March 21, 2011

                                                 */s/ Alissa T. Gazze*
                                                 Alissa T. Gazze (No. 5338)

4145343.1