# DEFERRED COMP. SERVICE LIST

**VIA FACSIMILE**

Blank Rome, LLP
Bonnie Glantz Fatell
1201 Market St.
Wilmington, DE 19801
Fax: 302-425-6464

Bernstein, Shur, Sawyer & Nelson
Robert Keach
100 Middle St.
Portland, ME 04104
Fax: 207-774-1127

Robert Wohlford
30 Alexander Place
Pittsburgh, PA 15243
FAX: 412-253-0861

Gregory Hoy
430 Highland Oaks
Southlake, TX 76092
FAX: 817-421-6649

Roger J. Bushnell
101 Maybank Court
Durham, NC 27713
FAX: 919-806-0043

Edward Natiuk
6143 NW 124th Dr.
Coral Springs, FL 33076
FAX: 954-255-1966

**VIA FEDERAL EXPRESS**

Mysore N. Prakash
5212 Lakecreek Court
Plano, TX 75093

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC 27518

Girishkumar Patel
3905 Jefferson Circle
Plano, TX 75023

Roger J. Bushnell
101 Maybank Court
Durham, NC 27713

Semra Tariq
12325 Richmond Run Drive
Raleigh, NC 27614

Peter Murphy
5555 Grove Point Road
Johns Creek, GA 30022

Richard R. Standel, Jr.
8231 Bay Colony Drive
Apt. 303
Naples, FL 34108

John E. Sheppard
4808 Wood Valley Drive
Raleigh, NC 27616

Keith McNulty
793 Bedford Oaks Dr
Marietta, GA 30068

Scott Peters
5520 Claire Rose Lane NW
Atlanta, GA 30327

Peter Farranto
1716 Withmere Way
Atlanta, GA 30338

Raymond Strassburger
2805 Pine Hollow Rd
Oakton, VA 22124

Edward Natiuk
6143 NW 124th Dr.
Coral Springs, FL 33076

Gerry Cabot
5452 Golden Currant Way
Parker, CO 80134

Bruce Klein
8220 Fountain Park Dr.
Raleigh, NC 27616

4078188.1