# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brian Heinimann | 2/17/2011 | Meeting with Nortel executive team and various advisors to US debtors for Nortel Business Service update | 3.50 | 410 | 1,435.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/1/2011 | Met with R. Boris and Carolyn Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/1/2011 | Met with B. Gibbon of Cleary and Cleary preference team as well as K. Hansen of Nortel for the weekly preference discussion. | 0.40 | 410 | 164.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/1/2011 | Call with R. Boris of Nortel to discuss notes from meeting with J. Ray of Nortel. | 0.30 | 410 | 123.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/8/2011 | Met with R. Boris and C. Shields of Nortel and K. O'Neill and A. Randazzo of Cleary for the weekly claims call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/11/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/15/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/15/2011 | Met with R. Boris and C. Shields of Nortel and K. O'Neill and A. Randazzo of Cleary for the weekly claims call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/15/2011 | Met with L. LaPorte and M. Alcock of Cleary to discuss the employee claims workstream. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/22/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/22/2011 | Met with R. Boris and C. Shields of Nortel and K. O'Neill and A. Randazzo of Cleary for the weekly claims call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/25/2011 | Met with R. Boris of Nortel to discuss weekly deliverables and action items. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/25/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/25/2011 | Call with M. Vanek of Cleary to discuss vendor preference response and defense analysis. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/28/2011 | Call with K. Sue of KPMG and W. Grammer of Nortel to discuss WARN implications on severance claims. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 2/11/2011 | Correspondence with Huron manager re: preference workstream | 0.50 | 555 | 277.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 2/11/2011 | Analyzed balance sheets of nondebtor wholly owned subsidiaries, wind-down plan and adjusted reporting group for Rule 2015.3 periodic reporting accordingly | 0.90 | 555 | 499.50 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 2/16/2011 | Met with E. Smith (Nortel) to discuss the Debtors inquiries regarding accounting for liabilities pursuant to ASC 852, case reporting and other miscellaneous questions. | 0.50 | 555 | 277.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 2/28/2011 | Reviewed and provided feedback to W. Ward (Nortel) regarding monthly operating report and prepared respnse to E. Smith (Nortel) regarding footnote disclosures in MOR and references to public filings of Canadian parent companies | 1.40 | 555 | 777.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 2/28/2011 | Analyzed balance sheets of nondebtor wholly owned subsidiaries, wind-down plan and adjusted reporting group for Rule 2015.3 periodic reporting accordingly | 0.60 | 555 | 333.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/16/2011 | Updated the January monthly interim fee application memo and time narratives and provided to Huron associate. | 1.40 | 410 | 574.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/23/2011 | Reviewed and updated the 8th quarterly fee application and provided to Huron associate. | 0.70 | 410 | 287.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/28/2011 | Updated and finalized detailed time report for purposes of the monthly fee application. | 2.40 | 410 | 984.00 |
| 6 | Retention and Fee Applications | James Lukenda | 2/18/2011 | Nortel-review January monthly statement, sign-off | 0.30 | 725 | 217.50 |
| 6 | Retention and Fee Applications | Lee Sweigart | 2/11/2011 | Prepared detailed time report for Jan-11 for work on Nortel engagement | 0.50 | 555 | 277.50 |
| 6 | Retention and Fee Applications | Matthew J. Fisher | 2/11/2011 | Prepared monthly fee statement in accordance with local rules | 0.70 | 555 | 388.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/1/2011 | Review first pass of fees and expenses. | 1.00 | 335 | 335.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/2/2011 | Preparation of invoice documents for January fee application and invoices. | 1.40 | 335 | 469.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/3/2011 | Review of detailed time reports for purposes of January fee application. | 0.80 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/3/2011 | Update to fee application documents and Exhibit C, Invoices. | 0.80 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/11/2011 | Update to quarterly fee documents in anticipation of 8th quarterly fee filing. | 1.10 | 335 | 368.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/11/2011 | Review of time detail related to January 2011 fee application. | 0.80 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/11/2011 | Updated fee documents and submitted to Huron manager for review. | 0.50 | 335 | 167.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/18/2011 | Prepared updated January fee application and submitted to Huron managing director for review. Submitted to A. Cordo (MNAT) for filing. | 2.20 | 335 | 737.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/18/2011 | Prepared exhibits for quarterly fee application. | 1.20 | 335 | 402.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/22/2011 | Prepared 8th quarterly fee application and submitted to Huron manager for review. | 1.00 | 335 | 335.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/23/2011 | Update to quarterly fee application based on conversation with Huron team member. | 0.50 | 335 | 167.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 2/24/2011 | Finalized quarterly fee application and submitted to A. Cordo (MNAT) for filing. | 0.40 | 335 | 134.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 2/9/2011 | Review of e-mail pertaining to historical financial detail provided by Nortel; investigated and drafted response | 0.50 | 410 | 205.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 2/10/2011 | Review of activity on docket for purposes of identifying recent activity in proceedings, and discussed with Huron director | 0.40 | 410 | 164.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 2/10/2011 | Reviewed docket for updates on asset sales, creditor stipulations and status of expenses and fees related to retained professionals | 1.00 | 555 | 555.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 2/17/2011 | NBS meeting with C. Ricarte, T. Ross, D. McKenna etc (Nortel) and other financial advisors to discuss updates to business plans and related budgets | 4.00 | 555 | 2,220.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 2/10/2011 | Nortel-call with Huron director re reporting status, budget, and related issues | 0.20 | 725 | 145.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 2/10/2011 | Nortel-update on enterprise status, review correspondence | 0.40 | 725 | 290.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Business Plan & Analysis of Operations | James Lukenda | 2/16/2011 | Nortel-update on operations, financial professionals session preparation, review file, update correspondence | 1.00 | 725 | 725.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 2/17/2011 | Nortel-preparation for call with company and financial advisors regarding status of operations and wind-down, review advance materials, set up | 0.70 | 725 | 507.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 2/17/2011 | Nortel-teleconference with Nortel and financial advisors regarding process and status of operations and wind-down | 3.50 | 725 | 2,537.50 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/1/2011 | Review of non-priority list of potential contract assignments for MSS transaction against records of previous contract assignments under section 365 of bankruptcy code | 2.90 | 410 | 1,189.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/1/2011 | Review of non-priority list of potential contract assignments for MSS transaction against records of previous contract assignments in Enterprise Solutions business transaction | 2.00 | 410 | 820.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/1/2011 | Review of non-priority list of potential contract assignments for MSS transaction against records of previous contract assignments in MEN business transaction | 1.80 | 410 | 738.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/1/2011 | Review of non-priority list of potential contract assignments for MSS transaction against records of previous contract assignments in CVAS business transaction | 1.80 | 410 | 738.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/1/2011 | Review of non-priority list of potential contract assignments for MSS transaction against records of previous contract assignments in CDMA transaction | 1.40 | 410 | 574.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/1/2011 | Review of non-priority list of potential contract assignments for MSS transaction against records of previous contract assignments in GSM transaction | 1.30 | 410 | 533.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/3/2011 | Review of information on notices sent in connection with Enterprise Solutions business contract assignment process and updated records accordingly | 0.50 | 410 | 205.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/10/2011 | Review of e-mail from J. Seery, Cleary pertaining to contract assignments in MSS business transaction; investigated; and drafted response | 2.20 | 410 | 902.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/21/2011 | Review of e-mails from J. Hsu, Nortel; investigated; and drafted responses | 0.60 | 410 | 246.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 2/22/2011 | Review of questions; investigation; and correspondence with M. Berkompas, Avaya, pertaining to Enterprise Solutions Business contract assignments | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/1/2011 | Reconciled the Nortel preference actions against the deemed filed schedules and amounts. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/1/2011 | Reconciled the Nortel preference actions against the group claim numbers and amounts. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/1/2011 | Updated the Nortel top vendor summary with settlement checks received, group claim numbers, deemed filed schedules and amounts. | 2.40 | 410 | 984.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/1/2011 | Investigated contracts for preference vendors per request from K. Sidhu of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/1/2011 | Provided the updated top vendor preference summary to the working team. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/1/2011 | Provided high/low DPO analysis for preference vendor to B. Gibbon of Cleary. | 0.40 | 410 | 164.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/2/2011 | Corresponded with J. Lacks of Cleary regarding royalty preference payments. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/2/2011 | Updated preference vendor response analysis with number of payments by period and sent to B. Gibbon of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/3/2011 | Provided K. Sidhu of Cleary with the updated amnesty letter settlement numbers. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/3/2011 | Prepared vendor response analysis and provided to J. Sherrett of Cleary. | 1.00 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/3/2011 | Worked with G. Townsend of Nortel to obtain invoice information for certain invoices submitted by a preference defendant. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/7/2011 | Prepared updated preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/7/2011 | Updated vendor preference exhibit and provided to N. Abularach of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/7/2011 | Requested preference discovery invoices from M. Cook of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/7/2011 | Corresponded with M. Cook of Nortel regarding outstanding vendor receivables. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/7/2011 | Prepared high / low DPO range and vendor response analysis per request from J. Sherrett of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/7/2011 | Prepared updated excel exhibit for certain preference vendor and sent to B. Zabaruskas of Crowell. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Updated vendor preference action summary with recent settlement information. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Prepared updated analysis which includes Royalty and Non-Royalty summaries and ordinary course snapshots. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Corresponded with D. Ray of Nortel regarding LTIP restoration and Deferred Compensation plan contributions. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Corresponded with K. Hansen and M. Cook of Nortel regarding contract and AP vendor name information. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Corresponded with M. Cook of Nortel regarding purchase order information and legal entity responsible for liability. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/8/2011 | Prepared preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Prepared preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Compiled purchase order information for certain preference vendors per request from J. Sherrett of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Investigated other Nortel entity historical paid invoice activity for certain preference vendors. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Investigated preference vendor's claim that preference payments were not for NNI liabilities. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/9/2011 | Prepared preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/10/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/10/2011 | Corresponded with N. Abularach of Cleary regarding new value and prepetition claim overlap for certain preference vendor. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/10/2011 | Prepared preference vendor defense response analysis per request from N. Abularach of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/10/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/10/2011 | Prepared preference vendor defense response analysis per request from N. Abularach of Cleary. | 1.40 | 410 | 574.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/10/2011 | Prepared preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/11/2011 | Investigated certain preference vendor items and prepared response per request from J. Lacks of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/11/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/11/2011 | Reviewed preference vendor invoice and payment support to determine proper legal entity and updated exhibit accordingly. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/11/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/11/2011 | Prepared preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/14/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/14/2011 | Compiled a list of the SAP FT and Oracle invoices and corresponding PO numbers for a certain preference vendor. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/14/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/14/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/14/2011 | Corresponded with J. Lacks of Cleary regarding historical paid invoice activity for certain preference vendor. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Corresponded with G. Townsend of Nortel regarding preference vendor historical paid invoice activity. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Prepared updated individual vendor preference analysis and provided to K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Prepared ordinary course analysis for preference vendor per request from J. Sherrett of Cleary. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/15/2011 | Corresponded with J. Galvin of Cleary regarding stayed invoices that were part of vendor's proof of claim. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Provided M. Vanek of Cleary with certain vendor preference analyses. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Corresponded with J. Hyland of Capstone regarding tolling agreement with certain preference vendor. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Prepared preference vendor response analysis given various scenarios per request from N. Abularach of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Updated vendor preference action summary with recent settlement information. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Prepared updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Corresponded with K. Hansen of Nortel regarding SRM contact information for preference vendors. | 1.20 | 410 | 492.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/16/2011 | Prepared updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/21/2011 | Reviewed vendor preference response asserting mere conduit defense and provided analysis to J. Galvin of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/21/2011 | Reviewed vendor preference response claiming ordinary course and new value defenses and provided response to J. Lacks of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/21/2011 | Compiled lists of vendor historical paid invoice information and provided to M. Cook and G. Townsend of Nortel for discovery purposes. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/21/2011 | Corresponded with G. Townsend of Nortel regarding Oracle company code information. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/23/2011 | Updated the Nortel preference summary with settlement information. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/23/2011 | Provided K. Sidhu of Cleary with a summary of the preference action settlements. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/23/2011 | Reconciled a preference vendor's ordinary course analysis and provided response to M. Vanek of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/23/2011 | Corresponded with G. Townsend of Nortel regarding historical paid invoice activity. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/23/2011 | Corresponded with M. Cook of Nortel regarding payment screenshots and PO support. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Corresponded with M. Vanek of Cleary regarding contracts and POs indicating responsible entity. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Worked with J. Sherrett of Cleary to review paid invoices and DPO analysis. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Corresponded with M. Cook of Nortel regarding PO support. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Corresponded with G. Townsend of Nortel regarding paid invoice activity. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Worked with C. Shields of Nortel to obtain certain claim reconciliations for preference responses. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Reviewed certain amnesty letter responses and worked with K. Sidhu of Cleary on responses. | 1.90 | 410 | 779.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Updated a preference vendor response analysis and provided to N. Abularach of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Updated a preference vendor response analysis and provided to J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/24/2011 | Investigated NNI financials for purposes of proving insolvency per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Corresponded with B. Gibbon of Cleary regarding expiring tolling agreements. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Worked with A. Stout of Nortel to obtain NNI financial statements prior to the preference period. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Updated the subsidiary claims data per request from S. Lo of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Corresponded with M. Cook of Nortel regarding PO support. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Call with M. Vanek of Cleary to discuss certain preference action items. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Created an antecedent debt analysis for a certain preference vendor and provided to J. Sherret of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Corresponded with P. Dubai of Nortel regarding receipt of preference settlements. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 2/25/2011 | Requested certain POs and payment screenshots from M. Cook of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 2/1/2011 | Nortel-call with Huron manager discuss underlying documentation on complaints | 0.20 | 725 | 145.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 2/3/2011 | Nortel-call with Huron manager, discuss meeting schedules, financial advisor update, status of work streams | 0.20 | 725 | 145.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 2/1/2011 | Preference call to discuss open items and issues with working team. | 0.20 | 335 | 67.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 2/2/2011 | Discussion with preference working team member regarding invoice / new value analysis and follow-up with Huron manager related to response. | 0.50 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 2/3/2011 | Discussion with preference working team member regarding two vendors and ordinary course / new value analyses. | 0.70 | 335 | 234.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 2/4/2011 | Review of amnesty letters received, scanning of documents, archiving of files, and distribution to preference working team for review. | 0.80 | 335 | 268.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2011 | Corresponded with D. Ray of Nortel regarding LTIP restoration plan contributions. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2011 | Documented schedule for upcoming employee claims call with T. Britt of Cleary. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2011 | Prepared an analysis of the US SERP participants and provided to M. Alcock of Cleary. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2011 | Investigated the deemed filed scheduled liability for a certain preference vendor per request from J. Galvin of Cleary. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/3/2011 | Corresponded with E. Smith of Nortel regarding US SERP updated calculations given revised methodology. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2011 | Prepared updated employee claims methodology calculations and employee claims summary which indicates the Non-Claimant Nortel Benefit Plan Participant amount. | 1.00 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2011 | Corresponded with D. Ray of Nortel regarding LTIP restoration and Deferred Compensation plan contributions. | 0.80 | 410 | 328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2011 | Corresponded with E. Smith of Nortel regarding US SERP existing calculations. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2011 | Updated vendor preference response and provided to J. Sherrett of Cleary. | 1.40 | 410 | 574.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/10/2011 | Updated 60-day notice and severance summary and calculation results which applies the corrected accrual of severance. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/14/2011 | Corresponded with W. Grammer of Nortel regarding 60-day notice for certain CALA employees. | 1.00 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/15/2011 | Documented discussion regarding the Nortel employee claims and pending schedule amendments. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/15/2011 | Updated the claim objection motions database with the 16th, 17th and 18th omnibus information. | 0.60 | 410 | 246.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/16/2011 | Updated the claim objection motions database with the adjourned claim information. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Matthew J. Fisher | 2/8/2011 | Met with R. Boris (Nortel), L. LaPort, and L. Bagarella (CGSH) to discuss and agree on methodologies for calculation of allowed employee related administrative and unsecured claims by cause of action | 1.00 | 555 | 555.00 |
| 16 | Unsecured Claim Analysis | Matthew J. Fisher | 2/8/2011 | Analyzed employee claim summaries, causes of action and calculations to estimate administrative and priority claim exposure and discussed with project manager | 0.80 | 555 | 444.00 |
| 17 | Intercompany Claims | Brian Heinimann | 2/8/2011 | Call with Huron director, E&Y, M. Giamberardino, Nortel, and various Nortel accounting personnel to discuss status of citi-netting process | 0.80 | 410 | 328.00 |
| 17 | Intercompany Claims | Brian Heinimann | 2/21/2011 | Review of e-mails from C. O'Keefe, Nortel; investigated; and drafted responses | 0.40 | 410 | 164.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 2/8/2011 | Met with M. Giamberardino, C. Glaspell, CCAA monitor, and regional controllers regarding progress and status of citinetting transaction clearance, maximizing use of the program prior to discontinuing later in 2011 | 1.00 | 555 | 555.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 25 | Case Administration | Coley P. Brown | 2/16/2011 | Corresponded with Nortel and Cleary teams regarding staffing updates and future deliverables. | 1.30 | 410 | 533.00 |
| 25 | Case Administration | James Lukenda | 2/23/2011 | Nortel-update on file correspondence | 0.30 | 725 | 217.50 |
| | | | | **Totals** | **189.10** | | **$ 80,501.00** |