# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/9/2011 | Corporate Accounts Payable | Research | Research - PACER SERVICE CENTER | 9.68 |
| 2/11/2011 | Corporate Accounts Payable | Wireless Voice & Data | Wireless Voice & Data - VERIZON | 45.08 |
| 2/21/2011 | Corporate Accounts Payable | Landline Voice | Landline Voice - TNCI | 0.34 |
| | | | **Total** | **$ 55.10** |