IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

-----------------------------------------------------------X

:  Chapter 11
:
:  Case No. 09-10138 (KG)
:
:  Jointly Administered

## SECOND SUPPLEMENTAL DECLARATION OF CHARLES M. LEE IN SUPPORT OF THE APPLICATION OF THE DEBTORS TO RETAIN AND EMPLOY ADDREX, INC.

I, Charles M. Lee, hereby declare under penalty of perjury:

1. I am President of Addrex, Inc. ("Addrex"), an Internet protocol number brokerage firm, which maintains offices at 1775 Wiehle Avenue, Suite 400, Reston, VA 20190, and I am duly authorized to make this second supplemental declaration (the "Second Supplemental Declaration") on behalf of Addrex. Unless otherwise stated, I have personal knowledge of the facts set forth in this Second Supplemental Declaration.

2. This Second Supplemental Declaration is submitted in support of the Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Addrex, Inc., *Nunc Pro Tunc* to November 24, 2010 [D.I. 4435] (the "Application"),[2] and supplements my declaration dated November 24, 2010 and my declaration of December 10, 2010 [D.I. 4569] submitted in support of the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3. As outlined in the Application, Addrex was retained by the Debtors to render certain brokerage services in connection with the marketing and sale of the Debtors' Internet Numbers. In furtherance of the sale, Addrex recommended that NNI employ Addrex's affiliate, Depository, Inc. ("Depository") to document the chain of title for the Internet Numbers. Depository is a separately incorporated entity organized to perform chain of title and chain of custody research activities and issue reports on the results of such diligence. Addrex, as a brokerage company, does not perform chain of title services.

4. The chain of title diligence performed by Depository required research, assembly and review of certain Internet Number allocation records, public databases, merger and acquisition records, name change records, transaction agreements, corporate minutes and similar documents. NNI, Addrex, and Depository have agreed that Depository will invoice Addrex, and Addrex shall pay Depository, a fixed fee of $50,000 for the chain of title services. NNI will reimburse Addrex for the fixed fee as an expense under the Agreement. Addrex's invoice for the completed services is attached.

5. In an abundance of caution, I am filing this Second Supplemental Declaration to disclose the relationship between Addrex and Depository, and Addrex and NNI's employment of Depository to provide the above described services related to the monetization of the Internet Numbers.

Dated: March 18, 2011
Reston, Virginia

_____
Charles M. Lee