# EXHIBIT A

## ADDREX INVOICE



# INVOICE

**Addrex, Inc.**

INVOICE # 002
DATE: FEBRUARY 1, 2011

1775 Wiehle Ave. Suite 400, Reston, VA 20190
Phone (703) 663-0961 Fax (703) 935-6363
billing@addrex.net

TO  Nortel Networks, Inc.
    220 Athens Way, Suite 300
    Nashville, TN 37228
    Attn: Accounts Payable

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Net 30 | March 3, 2011 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | Depository, Inc. Chain of Custody Diligence Fee | Fixed fee paid to Depository, Inc. for the preparation of documentation for the chain of title for the Internet Numbers: research, assembly and review of certain Internet Number allocation records, public databases, merger/acquisition records, name change records, transaction agreements, corporate minutes and similar documents. | $50,000.00 | $50,000.00 |
|  |  | SUBTOTAL | | $50,000.00 |
|  |  | SALES TAX | | |
|  |  | TOTAL | | $50,000.00 |