# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 23, 2011 09:30 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

1) OMNIBUS & FEE APPLICATIONS HEARING
   **R / M #:**   5,130 / 0

2) **ADM: 09-10164-KG**
   Omnibus
   **R / M #:**   394 / 0
   **VACATED:**   CNO filed - Order Signed

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned until further notice
#2 - Unisys Corp. has been Adjourned to 4/4/11 @ 9:30 a.m.; Amphenol Corp. has been adjourned to 4/26/11 @ 9:30 a.m.
#3 - GE Fanue adjourned to 4/26/11 @ 9:30 a.m.; Commonwealth of Virginia, Department of Taxation adjouned to 4/4/11 @ 9:30 a.m.
#4 Adjourned  to 4/4/11 @ 9:30 a.m.
#5 -  Adjourned to 4/26/11 @ 9:30 a.m.
#6 - Adjourned to 4/4/11 @ 9:30 a.m.
#7 -  ORDER SIGNED
#8 -  ORDER SIGNED
#9 -  ORDER SIGNED