# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 3/23/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Mann | Cross & Simon | Jefferies & Co. |
| Chris Samis | Richards Layton & Finger | Committee |
| Ann Cordo | Morris Nichols Arsht & Tunnell | Debtor |
| Derek Abbott | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross Courtroom

Calendar Date: 03/23/2011
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robin Baik | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin, Gump, Strauss, Hauer & Feld | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Matthew Cheney | | Crowell & Moring LLP | Other Prof., Crowell & Moring LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | William F. Gray | | Torys, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Aaron Hammer | | Freeborn & Peters LLP | Other Prof., Mercer (US) Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin, Gump, Strauss, Hauer & Feld | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jennifer Hoover | | Benesch Friedlander Coplan & | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin, Gump, Strauss, Hauer & Feld | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Colin H. Keenan | | Lazard Freres & Company | Financial Advisor, Lazard Freres & Company / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jane Kim | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joanne Lee | | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jessica D. Lubarsky | | Allen & Overy, LLP | Monitor, Ernst & Young INC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Lukenda | | Huron Consulting Services LLC | Financial Advisor, Huron Consulting Services LLC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael Moran (Client) | | Michael Moran (Client) - In Pro | Financial Advisor, Jefferies & Company / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jared Oyston | | Linklaters LLP | Interested Party, Linklaters LLP / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Chris Parlour | Punter Southall | Interested Party, Punter Southall / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | John Ray | Avidity Partners/ Trustee | Other Prof., John Ray / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Sarah Schultz | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | James Scott (Client) | Foley & Lardner, LLP | Interested Party, Scott James of Ernst & Young / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | John A. Simon | Foley & Lardner, LLP | Attorney Ad-Litem, Representing Ernst & Young / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Jason Stein | Jackson Lewis (New Orleans) | Debtor, Nortel Networks, Inc. & Erisa Class Actions Suit / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Michael Wunder | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |