## Attachment 1

## Form Supplementary Affidavit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
                                                               :   Chapter 11
                                                               :
*In re*                                                        :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :
                                  Debtors.                     :   Jointly Administered
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------X

## SUPPLEMENTARY AFFIDAVIT AND DISCLOSURE STATEMENT

*[Insert Name]*, being duly sworn, deposes and says:

1. I am a *[Insert Position]* of *[Subcontractor Name]*, which maintains offices at *[address]*.

2. Ernst & Young LLP ("EY LLP") has requested, and *[Subcontractor name]* has agreed, to assist EY LLP to render the following services: *[describe services in detail]* in connection with EY LLP's retention in the above-referenced bankruptcy cases.

3. In connection with its provision of services as described herein, *[Subcontractor name]* has conducted a check to determine connections with the following entities: (i) the Debtors and their affiliates, (ii) the U.S. Trustee for the District of Delaware, the Assistant United States Trustee, and United States Trustee Trial Attorney for Region 3 assigned to these

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

cases, (c) the Honorable Kevin Gross, United States Bankruptcy Judge, and (d) the forty largest unsecured creditors of the Debtors as disclosed by the Debtors in these cases (the "Connections Check Parties").

4. Based on the limited check described in the foregoing paragraph, neither *[Subcontractor name]* nor any partner, associate or other member thereof, insofar as I have been able to ascertain, has any connection with the Connections Check Parties except as set forth in this affidavit.

5. *[Description of any connection with the Connection Check Parties, if any]*

6. Based on the limited check described above, neither I, *[Subcontractor name]* nor any partners, associate or other members thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which *[Subcontractor name]* is to be subcontracted.

7. In accordance with the Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP, *Nunc Pro Tunc* to March 1, 2011, *[Subcontractor name]* will be paid by EY LLP directly for services.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                     _____
                                                                                     *Name:*
                                                                                     *Firm:*

Sworn to before me this _____
day of _____, 2011

_____
Notary Public