```
               IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE

IN RE:                        )    Chapter 11
                              )
                              )
NORTEL NETWORKS, INC., et al.,)    Case No. 09-10138(KG)
                              )
                              )    Jointly Administered
                              )
         Debtors.             )    Courtroom 3
                              )    824 Market Street
                              )    Wilmington, Delaware
                              )
                              )    March 23, 2011
                              )    9:30 a.m.


                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:               Morris, Nichols, Arsht &
                          Tunnell, LLP
                          BY:  DEREK ABBOTT, ESQ.
                          BY:  ANNIE CORDO, ESQ.
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899-1347
                          (302)658-9200


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1   APPEARANCES:
     (Continued)
 2
     For the Committee:          Richards Layton & Finger
 3                               BY:  CHRIS SAMIS, ESQ.
                                 One Rodney Square
 4                               920 North King Street
                                 Wilmington, DE  19801
 5                               (302) 651-7612

 6   For Jeffries & Co.:         Cross & Simon
                                 BY:  KEVIN MANN, ESQ.
 7                               913 North Market Street
                                 11th Floor
 8                               P.O. Box 1380
                                 Wilmington, DE  19899
 9                               (302) 777-4200
     TELEPHONIC APPEARANCES:
10
     For Ernst & Young, Monitor: Allen & Overy, LLP
11                               BY: JESSICA LUBARSKI, ESQ.
                                 (212) 610-6414
12
                                 Foley & Lardner, LLP
13                               BY:  JOANNE LEE, ESQ.
                                 BY:  JOHN A. SIMON, ESQ.
14                               BY:  JAMES SCOTT, ESQ.
                                 (312) 832-4557
15
     For Debtor:                 Benesch Friedlander Coplan &
16                               Arnoff, LLP
                                 BY:  JENNIFER HOOVER, ESQ.
17                               (302) 442-7010

18                               Cleary Gottlieb Steen &
                                 Hamilton
19                               BY:  ROBIN BAIK, ESQ.
                                 BY:  LISA SCHWEITZER, ESQ.
20                               BY:  JANE KIM, ESQ.
                                 (212) 225-2000
21
                                 Torys, LLP
22                               BY:  WILLIAM F. GRAY, ESQ.
                                 (212) 880-6000
23

24

25
```

```
 1   TELEPHONIC APPEARANCES:
     (Continued)
 2
     For the Committee:            Akin, Gump, Strauss, Hauer
 3                                 & Feld
                                   BY:  DAVID BOTTER, ESQ.
 4                                 BY:  FRED HODARA, ESQ.
                                   BY:  BRAD KAHN, ESQ.
 5                                 BY:  SARAH SCHULTZ, ESQ.
                                   (212) 872-1055
 6
     For Interested Party:         Dow Jones & Company
 7                                 BY:  PEG BRICKLEY ESQ.
                                   (215) 462-0953
 8
     For Crowell & Moring, LLP:    Crowell & Moring, LLP
 9                                 BY:  MATTHEW CHENEY, ESQ.
                                   (202) 624-2903
10
     For Mercer, Inc.:             Freeborn & Peters, LLP
11                                 BY:  AARON HAMMER, ESQ.
                                   (312) 360-6558
12
     For Lazard Freres & Co.:      Lazard Freres & Co.
13                                 BY:  COLIN H. KEENAN, ESQ.
                                   (212) 632-6197
14
     For Jeffries & Co.:           BY:  MICHAEL MORAN
15                                 (212) 284-2226

16   For Linkaters, LLP:           Linkaters, LLP
                                   BY:  JARED OYSTON, ESQ.
17                                 (442) 745-6429

18   For Punter Southall:          Punter Southall
                                   BY:  CHRIS PARLOUR, ESQ.
19                                 (440) 207-5331

20   For John Ray:                 Avidity Partners
                                   BY:  JOHN RAY, ESQ.
21                                 (630) 613-7300

22   For Erisa Class Actions:      Jackson Lewis
                                   BY:  JASON STEIN, ESQ.
23                                 (504) 208-5835

24   For Fraser Millner &          Fraser Millner & Casgrain
     Casgrain:                     BY:  MICHAEL WUNDER, ESQ.
25                                 (416) 863-4715
```

1   WILMINGTON, DELAWARE, WEDNESDAY, MARCH 23, 2011, 9:32 A.M.

2              THE COURT:  Good morning, everyone.  Thank you

3   and please be seated.

4              MR. ABBOTT:  Good morning, Your Honor.

5              THE COURT:  Mr. Abbott, good morning.

6              MR. ABBOTT:  Thank you, Your Honor.  Good morning

7   to you as well.  Derek Abbott here for the debtors, Your

8   Honor.  Despite a relatively thick agenda, I hope this

9   hearing will not take long.

10             THE COURT:  It was thick and I was relieved to

11  see that most of the matters were being adjourned.

12             MR. ABBOTT:  Your Honor, 7, 8, and 9 are the only

13  matters that are going forward.  And since I started this

14  thing, I'm handling No. 8, Your Honor.  If I could proceed

15  with that out of order --

16

17             THE COURT:  Absolutely.

18             MR. ABBOTT:  -- and then Ms. Cordo will pick up

19  the --

20             THE COURT:  You bet.

21             MR. ABBOTT:  -- the balance, Your Honor.  Your

22  Honor, Agenda Item No. 8 is the debtors' application under

23  327 and 328 authorizing the employment of Ernst & Young,

24  LLP, back to March 1.  Your Honor, this actually broadens --

25             THE COURT:  Yes.

1          MR. ABBOTT:  -- E&Y's relationship with the

2    debtor.  The matter has been brought on because essentially

3    what's happening, Your Honor, is that Nortel is outsourcing

4    its tax department --

5          THE COURT:  Yes.

6          MR. ABBOTT:  -- To E&Y.  E&Y is going to pick

7    that up.  In connection with that and as is set forth in the

8    engagement letters and statement of work in at least one

9    place, Your Honor, and something we wanted to point out for

10   the Court is that the engagement letter contemplates that

11   E&Y may actually hire some of the folks who had previously

12   been employed in various tax department capacities by the

13   debtors as part of their work.  It's not a guarantee,

14   they're talking to folks.  All of those people would be

15   subject to E&Y's sort of normal hiring process and criteria,

16   et cetera, but that certainly is a possibility.  We just

17   want to make sure the Court was aware of that.

18          THE COURT:  Thank you.

19          MR. ABBOTT:  Your Honor, I've placed up on the

20   rail there an order and a black line showing the changes

21   from what had originally been proposed.  Your Honor, there

22   were a substantial number of changes driven in large part by

23   the United States Trustee's Office who wanted to be sure

24   that this retention was consistent with other professional

25

1    retentions in the jurisdiction and address things that were

2    in E&Y's form engagement letter that went to things like

3    limitations on liability, indemnification, and the language

4    you see there is typically for the most part stuff that the

5    U.S. Trustee wants to see in most orders and we have worked

6    that out with them and they've agreed that this form of

7    order is acceptable.  Your Honor, I'm happy to walk you

8    through it or if you'd rather just read it.  I think it can

9    be done relatively quickly.

10        THE COURT:  Yes, because I think the provisions

11    are fairly broad and from what I'm seeing so far, it's

12    primarily deletions of language.

13        MR. ABBOTT:  It is, Your Honor, and it -- the

14    changes are all frankly favorable to the debtors, Your

15    Honor.

16

17        THE COURT:  Yes.

18        MR. ABBOTT:  So we don't certainly have any

19    problems with those.  There was quite a bit of back and

20    forth and I'd like to make the Court aware that we

21    appreciate the U.S. Trustee's and E&Y's willingness to work

22    together to get to a consensual order which is important

23    because this is an important function at the company that

24    needs a lot of work, particularly given the sort of multi-

25    jurisdictional nature of this case so this is quite

1  important, Your Honor.

2           THE COURT:  And that's why without any commitment

3  to do so, it would make sense to hire people who were

4  familiar with the background.

5           MR. ABBOTT:  Agreed, Your Honor.

6           THE COURT:  Well I am prepared to enter the

7  order.

8           MR. ABBOTT:  Thank you, Your Honor.  With that, I

9  will cede the podium to Ms. Cordo who will handle the other

10 two matters on the agenda for today.

11          THE COURT:  All right, thank you.

12          MR. ABBOTT:  Thank you, Your Honor.

13          THE COURT:  Thank you, Mr. Abbott.  Mr. Samis,

14

15 good morning to you as well.

16          MR. SAMIS:  Good morning, Your Honor.

17          THE COURT:  And Mr. Mann, good morning.  Ms.

18 Cordo?

19          MS. CORDO:  Good morning, Your Honor.

20          THE COURT:  Good morning.

21          MS. CORDO:  I am handling Items No. 7 and 9.

22 Item 7 is the debtors' sixteenth omnibus objection.  We just

23 have one carryover claim or I guess it's three claims with

24 one entity from the last time.  I have a supplemental order

25 to hand up.  Essentially, Motorola agreed to withdraw their

1    three claims just for a reservation that nothing with this

2    withdraw affected any rights they had against third parties

3    other than the debtors.

4                THE COURT:  Okay.

5                MS. CORDO:  Which we agreed to include in the

6    order.  If I may approach?

7                THE COURT:  You may, thank you.  Good morning.

8    Good to see you.  Thank you.  All right.

9                MS. CORDO:  All right.

10                THE COURT:  I am prepared to grant the relief.

11                MS. CORDO:  All right, thank you so much, Your

12    Honor.  And then the last item we have is one that I think

13    is most important to all of us in the courtroom which is our

14    omnibus fee order.

15

16                THE COURT:  Yes.

17                MS. CORDO:  And if I could approach with a copy?

18    Most of the footnotes in here are standard that are in

19    everyone with the rates of exchange for the UK.

20                THE COURT:  Oh, good.

21                MS. CORDO:  There was one additional footnote.

22    One of the professionals received a retainer and there was

23    still a little bit of that retainer left so the footnote

24    just explains that they're receiving payment net of that

25    retainer.

1              THE COURT:  Excellent.

2              MS. CORDO:  And if I may approach with a copy of

3     the order?

4              THE COURT:  You certainly may.  Thank you.  Thank

5     you Ms. Cordo.  And I should say that I certainly also

6     appreciate the efforts of counsel to try to resolve matters

7     without taking the Court's time.  I did read all the papers

8     in any event, but it's very helpful of course.  All right

9     and I have -- as I indicated yesterday, I had reviewed the

10    fee applications.  I did not have questions or issues with

11    them and I am prepared to sign the order.  Just give me a

12    bit of preview if you can about any major issues that will

13    be upcoming in the future that -- or at the next hearing for

14    example as far as time is concerned and whether we need, you

15    know, anymore time.  I don't mean to throw you off if you'd

16    prefer to wait to report, Mr. Abbott?

17

18             MR. ABBOTT:  Your Honor, candidly, I haven't

19    looked at the agenda for the next hearing.  There obviously

20    as we noted from today's agenda there were a number of --

21             THE COURT:  Continued matters.

22             MR. ABBOTT:  -- adjournments, but they were

23    adjourned I think towards the end of next month.  I think

24    there's an intermediate hearing on the 12th maybe.

25             THE COURT:  I think --

1          MR. ABBOTT:  Or the 4th.

2          THE COURT:  Let's see.

3          MS. CORDO:  The 4th.  We have a -- Your Honor, we

4     actually have --

5          THE COURT:  On the 12th.

6          MS. CORDO:  -- two hearings at the beginning of

7     April.  We have one on April 4 which is going to be our

8     omnibus hearing date and then on April 12 that was our

9     original omnibus hearing date, but because of some mediation

10    that was scheduled, your chambers accommodated moving up to

11    the 4th, but we still had to keep the 12th because that was

12    pre-trial conference for all of the foreign preference

13    defendants.

14

15         THE COURT:  Right.

16         MS. CORDO:  And I believe going forward on the

17    4th, we have a couple retention applications that we have

18    filed.

19         THE COURT:  Okay.

20         MS. CORDO:  And the sale -- or is that -- we have

21    a couple of things that we have filed going forward next

22    month, I just can't remember which dates we have matters

23    scheduled for.

24

25         THE COURT:  I'm not holding you to it.  I was

      only concerned when I looked at the calendar, I saw the 12th

1    that we had only allowed, you know, a fairly short time for

2    it and I --

3              MR. ABBOTT:  And that's because most of that

4    stuff had been moved to the 4th, Your Honor.

5              THE COURT:  Exactly, exactly, that's fine.

6              MS. CORDO:  And I think as of right now, the only

7    thing going forward on the 12th is the pre-trial conference

8    with the foreign preference defendants.

9              THE COURT:  Okay, that's fine.

10              MR. ABBOTT:  Thank you, Your Honor.

11              THE COURT:  Very well.  Anything further this

12    morning?

13

14              MR. ABBOTT:  No, Your Honor.

15              THE COURT:  All right.  Thank you, Counsel.  I

16    wish you a good day and I'll see you obviously in a few

17    weeks.

18              MR. ABBOTT:  Thank you, Your Honor.

19              THE COURT:  Good day, everyone.

20         [Whereupon at 9:39 a.m., the hearing was adjourned.]

21

22

23

24

25

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_____     24 March 2011

Traci L. Calaman                              Date

Transcriber

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) 1:16 4:1 11:19 | | **can't**(1) 10:21 | | **employment**(1) 4:22 | | **has**(1) 5:2 | |
| **aaron**(1) 3:21 | | **candidly**(1) 9:17 | | **end**(1) 9:22 | | **hauer**(1) 3:4 | |
| **abbott**(25) 1:26 4:4 4:5 4:6 4:7 4:12 4:17 | | **capacities**(1) 5:12 | | **engagement**(3) 5:8 5:10 6:2 | | **have**(15) 6:5 6:17 7:22 7:23 8:12 9:9 9:10 | |
| 4:20 5:1 5:6 5:19 6:13 6:17 7:5 7:8 7:12 | | **carryover**(1) 7:22 | | **enter**(1) 7:6 | | 10:3 10:4 10:7 10:16 10:16 10:19 10:20 | |
| 7:13 9:16 9:17 9:21 10:1 11:3 11:10 | | **case**(2) 1:7 6:24 | | **entity**(1) 7:23 | | 10:21 | |
| 11:13 11:17 | | **casgrain**(2) 3:47 3:48 | | **erisa**(1) 3:43 | | **haven't**(1) 9:17 | |
| | | **cede**(1) 7:9 | | **ernst**(2) 2:20 4:22 | | **hearing**(7) 4:9 9:13 9:18 9:23 10:8 10:9 | |
| **about**(3) 9:12 | | **certainly**(4) 5:16 6:17 9:4 9:5 | | | | 11:19 | |
| **aboveentitled** (1) 11:24 | | **certification**(1) 11:21 | | **esq**(26) 1:26 1:27 2:1 2:5 2:12 2:21 2:25 2:26 | | |
| **absolutely**(1) 4:16 | | **certify**(1) 11:22 | | 2:27 2:32 2:37 2:38 2:39 2:43 3:6 3:7 | | **hearings**(1) 10:6 | |
| **acceptable**(1) 6:7 | | **cetera**(1) 5:16 | | 3:8 3:9 3:13 3:17 3:21 3:25 3:32 3:36 | | **helpful**(1) 9:8 | |
| **accommodated**(1) 10:10 | | **chambers**(1) 10:10 | | 3:40 3:44 3:48 | | **here**(2) 4:7 8:17 | |
| **actions**(1) 3:43 | | **changes**(3) 5:20 5:22 6:14 | | | | **hire**(2) 5:11 7:3 | |
| **actually**(3) 4:23 5:11 10:4 | | **chapter**(1) 1:4 | | **essentially**(2) 5:2 7:24 | | **hiring**(1) 5:15 | |
| **additional**(1) 8:20 | | **cheney**(1) 3:17 | | **event**(1) 9:8 | | **hodara**(1) 3:7 | |
| **address**(1) 6:1 | | **chris**(2) 2:5 3:36 | | **everyone**(1) 9:14 | | **holding**(1) 10:23 | |
| **adjourned**(3) 4:11 9:22 11:19 | | **claim**(1) 7:22 | | **exactly**(2) 11:5 11:5 | | **honor**(28) 4:4 4:6 4:8 4:12 4:14 4:20 4:21 | |
| **adjournments**(1) 9:21 | | **claims**(2) 7:22 8:1 | | **example**(1) 9:14 | | 4:23 5:3 5:9 5:19 5:21 6:7 6:13 6:15 7:1 | |
| **administered**(1) 1:9 | | **class**(1) 3:43 | | **excellent**(1) 9:1 | | 7:5 7:8 7:12 7:15 7:18 8:12 9:17 10:3 | |
| **affected**(1) 8:2 | | **cleary**(1) 2:35 | | **exchange**(1) 8:18 | | 11:4 11:10 11:13 11:17 | |
| **against**(1) 8:2 | | **colin**(1) 3:25 | | **explains**(1) 8:23 | | |
| **agenda**(5) 4:8 4:21 7:10 9:18 9:19 | | **commitment**(1) 7:2 | | | | **honorable**(1) 1:19 | |
| **agreed**(4) 6:6 7:5 7:24 8:5 | | **committee**(2) 2:4 3:4 | | **fairly**(2) 6:11 11:1 | | **hoover**(1) 2:32 | |
| **akin**(1) 3:4 | | **company**(3) 3:12 6:22 | | **familiar**(1) 7:4 | | **hope**(1) 4:8 | |
| **al.**(1) 1:7 | | **concerned**(2) 9:14 10:24 | | **far**(2) 6:11 9:14 | | **i'd**(1) 6:19 | |
| **all**(11) 5:14 6:14 7:11 8:8 8:9 8:11 8:13 | | **conference**(2) 10:12 11:7 | | **favorable**(1) 6:14 | | **i'll**(1) 11:15 | |
| 9:7 9:8 10:12 11:14 | | **connection**(1) 5:7 | | **fee**(2) 8:14 9:10 | | **i'm**(4) 4:14 6:7 6:11 10:23 | |
| | | **consensual**(1) 6:21 | | **feld**(1) 3:5 | | **i've**(1) 5:19 | |
| **allen**(1) 2:20 | | **consistent**(1) 5:24 | | **few**(1) 11:15 | | **important**(4) 6:21 6:22 7:1 8:13 | |
| **allowed**(1) 11:1 | | **contemplates**(1) 5:10 | | **filed**(2) 10:17 10:20 | | **inc**(2) 1:7 3:20 | |
| **also**(1) 9:5 | | **continued**(3) 2:2 3:2 9:20 | | **fine**(2) 11:5 11:9 | | **include**(1) 8:5 | |
| **and**(38) 4:3 4:10 4:12 4:13 4:17 4:22 5:7 | | **coplan**(1) 2:30 | | **finger**(1) 2:4 | | **indemnification**(1) 6:3 | |
| 5:8 5:9 5:15 5:20 6:1 6:3 6:5 6:6 6:11 | | **copy**(2) 8:16 9:2 | | **floor**(1) 2:14 | | **indicated**(1) 9:17 | |
| 6:13 6:18 6:19 6:20 7:2 7:16 7:20 8:12 | | **cordo**(18) 1:27 4:17 7:9 7:17 7:18 7:20 | | **foley**(1) 2:24 | | **interested**(1) 3:12 | |
| 8:16 8:21 9:2 9:5 9:9 9:11 9:14 10:8 | | 8:5 8:9 8:11 8:16 8:20 9:2 9:5 10:3 10:6 | | **folks**(2) 5:11 5:14 | | **intermediate**(1) 9:23 | |
| 10:15 10:19 11:2 11:3 11:6 11:15 | | 10:15 10:19 11:6 | | **footnote**(2) 8:20 8:22 | | **it's**(4) 5:13 6:11 7:22 9:8 | |
| | | | | **footnotes**(1) 8:17 | | **item**(3) 4:21 7:22 8:12 | |
| **annie**(1) 1:27 | | **correct**(1) 11:22 | | **for**(28) 1:2 1:24 2:4 2:11 2:20 2:30 3:4 | | **items**(1) 7:20 | |
| **any**(5) 6:17 7:2 8:2 9:8 9:12 | | **could**(2) 4:14 8:16 | | 3:12 3:16 3:20 3:24 3:28 3:31 3:35 3:39 | | **its**(1) 5:4 | |
| **anymore**(1) 9:15 | | **counsel**(2) 9:6 11:14 | | 3:43 3:47 4:7 5:9 6:4 7:10 8:1 8:18 9:13 | | |
| **anything**(1) 11:11 | | **couple**(2) 10:16 10:20 | | 9:18 10:12 10:22 11:1 | | **jackson**(1) 3:43 | |
| **appearances**(2) 2:18 3:1 | | **course**(1) 9:8 | | | | **james**(1) 2:27 | |
| **application**(1) 4:21 | | **court**(39) 1:1 4:2 4:5 4:10 4:16 4:19 4:24 | | **foregoing**(1) 11:20 | | **jane**(1) 2:39 | |
| **applications**(2) 9:10 10:16 | | 5:5 5:10 5:17 5:18 6:10 6:16 6:19 7:2 7:6 | | **foreign**(2) 10:12 11:8 | | **jared**(1) 3:32 | |
| **appreciate**(2) 6:20 9:6 | | 7:11 7:13 7:16 7:19 8:4 8:7 8:10 8:15 | | **form**(2) 6:2 6:6 | | **jason**(1) 3:44 | |
| **approach**(3) 8:6 8:16 9:2 | | 8:19 9:1 9:4 9:20 9:24 10:2 10:5 10:14 | | **forth**(2) 5:7 6:19 | | **jeffries**(2) 2:11 3:28 | |
| **april**(3) 10:7 10:7 10:8 | | 10:18 10:23 11:5 11:9 11:11 11:14 11:18 | | **forward**(4) 4:13 10:15 10:20 11:7 | | **jennifer**(1) 2:32 | |
| **are**(6) 4:12 4:13 6:11 6:14 8:17 8:17 | | | | **frankly**(1) 6:14 | | **jessica**(1) 2:21 | |
| **arnoff**(1) 2:31 | | **court's**(1) 9:7 | | **fraser**(2) 3:47 3:47 | | **joanne**(1) 2:25 | |
| **arsht**(1) 1:24 | | **courtroom**(2) 1:11 8:13 | | **fred**(1) 3:7 | | **john**(3) 2:26 3:39 3:40 | |
| **authorizing**(1) 4:22 | | **criteria**(1) 5:15 | | **freeborn**(1) 3:20 | | **jointly**(1) 1:9 | |
| **avidity**(1) 3:39 | | **cross**(1) 2:11 | | **freres**(2) 3:24 3:24 | | **jones**(1) 3:12 | |
| **aware**(2) 5:17 6:19 | | **crowell**(2) 3:16 3:16 | | **friedlander**(1) 2:30 | | **judge**(1) 1:20 | |
| **back**(2) 4:23 6:18 | | **data**(1) 1:35 | | **from**(5) 5:21 6:11 7:23 9:19 11:23 | | **jurisdiction**(1) 6:1 | |
| **background**(1) 7:4 | | **date**(3) 10:8 10:9 12:4 | | **function**(1) 6:22 | | **jurisdictional**(1) 6:24 | |
| **baik**(1) 2:37 | | **dates**(1) 10:21 | | **further**(1) 11:11 | | **just**(7) 5:16 6:8 7:21 8:1 8:23 9:11 10:21 | |
| **balance**(1) 4:20 | | **david**(1) 3:6 | | **future**(1) 9:13 | | **kahn**(1) 3:8 | |
| **bankruptcy**(2) 1:1 1:20 | | **day**(2) 11:15 11:18 | | **get**(1) 6:21 | | **keenan**(1) 3:25 | |
| **because**(6) 5:2 6:10 6:22 10:9 10:11 11:3 | | **debtor**(3) 1:24 2:30 5:2 | | **ginger**(1) 1:33 | | **keep**(1) 10:11 | |
| **been**(4) 5:2 5:12 5:21 11:4 | | **debtors**(7) 1:11 4:7 4:21 5:13 6:14 7:21 | | **give**(1) 9:11 | | **kevin**(3) 1:19 2:12 | |
| **before**(1) 1:19 | | **defendants**(2) 10:13 11:8 | | **given**(1) 6:23 | | **kim**(1) 2:39 | |
| **beginning**(1) 10:6 | | **delaware**(3) 1:2 1:13 4:1 | | **going**(6) 4:13 5:6 10:7 10:15 10:20 11:7 | | **king**(1) 2:7 | |
| **being**(1) 4:11 | | **deletions**(1) 6:12 | | **good**(14) 4:2 4:4 4:5 4:6 7:14 7:15 7:16 | | **know**(5) 9:16 11:1 | |
| **believe**(1) 10:15 | | **department**(2) 5:4 5:12 | | 7:18 7:19 8:7 8:8 8:19 11:15 11:18 | | **language**(2) 6:3 6:12 | |
| **benesch**(1) 2:30 | | **derek**(2) 1:26 4:7 | | | | **lardner**(1) 2:24 | |
| **bet**(1) 4:19 | | **despite**(1) 4:8 | | **gottlieb**(1) 2:35 | | **large**(1) 5:22 | |
| **bit**(3) 6:18 8:22 9:12 | | **diaz**(1) 1:35 | | **grant**(1) 8:10 | | **last**(2) 7:23 8:12 | |
| **black**(1) 5:20 | | **did**(2) 9:7 9:10 | | **gray**(1) 2:43 | | **layton**(1) 2:4 | |
| **botter**(1) 3:6 | | **district**(1) 1:2 | | **gross**(1) 1:19 | | **lazard**(2) 3:24 3:24 | |
| **box**(2) 1:29 2:15 | | **don't**(2) 6:17 9:15 | | **guarantee**(1) 5:13 | | **least**(1) 5:8 | |
| **brad**(1) 3:8 | | **done**(1) 6:9 | | **guess**(1) 7:22 | | **lee**(2) 1:25 | |
| **brickley**(1) 3:13 | | **dow**(1) 3:12 | | **gump**(1) 3:4 | | **left**(1) 8:22 | |
| **broad**(1) 6:11 | | **driven**(1) 5:22 | | **had**(7) 5:11 5:21 8:2 9:9 10:11 11:1 11:4 | | **let's**(1) 10:2 | |
| **broadens**(1) 4:23 | | **ey.** (3) 5:6 5:6 5:11 | | **hamilton**(1) 2:36 | | **letter**(2) 5:10 6:2 | |
| **brought**(1) 5:2 | | **ey's** (4) 5:1 5:15 6:2 6:20 | | **hammer**(1) 3:21 | | **letters**(1) 5:8 | |
| **but**(5) 5:16 9:8 9:21 10:9 10:11 | | **ecro**(1) 1:33 | | **hand**(1) 7:24 | | **lewis**(1) 3:43 | |
| **calaman**(1) 12:4 | | **efforts**(1) 9:6 | | **handle**(1) 7:9 | | **liability**(1) 6:3 | |
| **calendar**(1) 10:24 | | **electronic**(2) 1:41 11:23 | | **handling**(2) 4:14 7:20 | | **like**(2) 6:2 6:19 | |
| **can**(2) 6:8 9:12 | | **employed**(1) 5:12 | | **happening**(1) 5:3 | | **limitations**(1) 6:3 | |
| | | | | **happy**(1) 6:7 | | |
| | | | | **harrisburg**(1) 1:37 | | |

| Word | Page:Line |
|---|---|
| line(1) | 5:20 |
| linkaters(3) | 3:31 3:31 |
| lisa(1) | 2:38 |
| little(1) | 8:22 |
| llp(11) | 1:25 2:20 2:24 2:31 2:42 3:16 3:16 3:20 3:31 3:31 4:23 |
| long(1) | 4:9 |
| looked(2) | 9:18 10:24 |
| lot(1) | 6:23 |
| lubarski(1) | 2:21 |
| mace(1) | 1:33 |
| major(1) | 9:12 |
| make(3) | 5:17 6:19 7:3 |
| mann(2) | 2:12 7:16 |
| march(4) | 1:15 4:1 4:23 12:3 |
| market(3) | 1:12 1:28 2:13 |
| matter(2) | 5:2 11:24 |
| matters(6) | 4:11 4:13 7:10 9:6 9:20 10:21 |
| matthew(1) | 3:17 |
| may(5) | 5:11 8:6 8:7 9:2 9:4 |
| maybe(1) | 9:23 |
| mean(1) | 9:15 |
| mediation(1) | 10:9 |
| mercer(1) | 3:20 |
| michael(2) | 3:28 3:48 |
| millner(2) | 3:47 3:47 |
| monitor(1) | 2:20 |
| month(2) | 9:22 10:21 |
| moran(1) | 3:28 |
| moring(2) | 3:16 3:16 |
| morning(11) | 4:2 4:4 4:5 4:6 7:14 7:15 7:16 7:18 7:19 8:7 11:12 |
| morris(1) | 1:24 |
| most(6) | 4:11 6:4 6:5 8:13 8:17 11:3 |
| motorola(1) | 7:24 |
| moved(1) | 11:4 |
| moving(1) | 10:10 |
| much(1) | 8:11 |
| multi(1) | 6:23 |
| nature(1) | 6:24 |
| need(1) | 9:14 |
| needs(1) | 6:23 |
| net(1) | 8:23 |
| networks(1) | 1:7 |
| next(4) | 9:13 9:18 9:22 10:20 |
| nichols(1) | 1:24 |
| normal(1) | 5:15 |
| nortel(2) | 1:7 5:3 |
| north(3) | 1:28 2:7 2:13 |
| not(4) | 4:9 5:13 9:10 10:23 |
| noted(1) | 9:19 |
| nothing(1) | 8:1 |
| now(1) | 11:6 |
| number(2) | 5:22 9:19 |
| objection(1) | 7:21 |
| obviously(2) | 9:18 11:15 |
| off(1) | 9:15 |
| office(1) | 5:23 |
| okay(3) | 8:4 10:18 11:9 |
| omnibus(4) | 7:21 8:14 10:8 10:9 |
| one(8) | 2:6 5:8 7:22 7:23 8:12 8:20 8:21 10:7 |
| only(4) | 4:12 10:24 11:1 11:6 |
| order(10) | 4:15 5:20 6:7 6:21 7:7 7:23 8:6 8:14 9:3 9:11 |
| orders(1) | 6:5 |
| original(1) | 10:9 |
| originally(1) | 5:21 |
| other(3) | 5:24 7:9 8:3 |
| our(3) | 8:13 10:7 10:8 |
| out(3) | 4:15 5:9 6:6 |
| outsourcing(1) | 5:3 |
| overy(1) | 2:20 |
| oyston(1) | 3:32 |
| p.o(2) | 1:29 2:15 |
| papers(1) | 9:7 |
| parlour(1) | 3:36 |
| part(3) | 5:13 5:22 6:4 |
| particularly(1) | 6:23 |
| parties(1) | 8:2 |
| partners(1) | 3:39 |
| party(1) | 3:12 |
| payment(1) | 8:23 |
| peg(1) | 3:13 |
| pennsylvania(1) | 1:37 |
| people(2) | 5:14 7:3 |
| peters(1) | 3:20 |
| pick(2) | 4:17 5:6 |
| place(1) | 5:9 |
| placed(1) | 5:19 |
| please(1) | 4:3 |
| podium(1) | 7:9 |
| point(1) | 5:9 |
| possibility(1) | 5:16 |
| ppearances(2) | 1:22 2:1 |
| pre-trial(2) | 10:12 11:7 |
| prefer(1) | 9:16 |
| preference(2) | 10:12 11:8 |
| prepared(3) | 7:6 8:10 9:11 |
| preview(1) | 9:12 |
| previously(1) | 5:11 |
| primarily(1) | 6:12 |
| problems(1) | 6:18 |
| proceed(1) | 4:14 |
| proceedings(3) | 1:18 1:41 11:24 |
| process(1) | 5:15 |
| produced(1) | 1:42 |
| professional(1) | 5:24 |
| professionals(1) | 8:21 |
| proposed(1) | 5:21 |
| provisions(1) | 6:10 |
| punter(2) | 3:35 3:35 |
| questions(1) | 9:10 |
| quickly(1) | 6:9 |
| quite(2) | 6:18 6:24 |
| rail(1) | 5:20 |
| rates(1) | 8:18 |
| rather(1) | 6:8 |
| ray(2) | 3:39 3:40 |
| read(2) | 6:8 9:7 |
| received(1) | 8:21 |
| receiving(1) | 8:23 |
| recorded(1) | 1:41 |
| recording(2) | 1:41 11:23 |
| relationship(1) | 5:1 |
| relatively(2) | 4:8 6:9 |
| relief(1) | 8:10 |
| relieved(1) | 4:10 |
| remember(1) | 10:21 |
| report(1) | 9:16 |
| reservation(1) | 8:1 |
| resolve(1) | 9:6 |
| retainer(3) | 8:21 8:22 8:24 |
| retention(2) | 5:24 10:16 |
| retentions(1) | 6:1 |
| reviewed(1) | 9:9 |
| richards(1) | 2:4 |
| right(8) | 7:11 8:8 8:9 8:11 9:8 10:14 11:6 11:14 |
| rights(1) | 8:2 |
| robin(1) | 2:37 |
| rodney(1) | 2:6 |
| sale(1) | 10:19 |
| samis(3) | 2:5 7:13 7:15 |
| sarah(1) | 3:9 |
| saw(1) | 10:24 |
| say(1) | 9:5 |
| scheduled(2) | 10:10 10:22 |
| schultz(1) | 3:9 |
| schuylkill(1) | 1:36 |
| schweitzer(1) | 2:38 |
| scott(1) | 2:27 |
| seated(1) | 4:3 |
| see(6) | 4:11 6:4 6:5 8:8 10:2 11:15 |
| seeing(1) | 6:11 |
| sense(1) | 7:3 |
| service(2) | 1:35 1:42 |
| services(1) | 1:35 |
| set(1) | 5:7 |
| short(1) | 11:1 |
| should(1) | 9:5 |
| showing(1) | 5:20 |
| sign(1) | 9:11 |
| simon(2) | 2:11 2:26 |
| since(1) | 4:13 |
| sixteenth(1) | 7:21 |
| some(2) | 5:11 10:9 |
| something(1) | 5:9 |
| sort(2) | 5:15 6:23 |
| sound(2) | 1:41 11:23 |
| southall(2) | 3:35 3:35 |
| square(1) | 2:6 |
| standard(1) | 8:17 |
| started(1) | 4:13 |
| statement(1) | 5:8 |
| states(3) | 1:1 1:20 5:23 |
| steen(1) | 2:35 |
| stein(1) | 3:44 |
| still(2) | 8:22 10:11 |
| strauss(1) | 3:4 |
| street(5) | 1:12 1:28 1:36 2:7 2:13 |
| stuff(2) | 6:4 11:4 |
| subject(1) | 5:15 |
| substantial(1) | 5:22 |
| supplemental(1) | 7:23 |
| sure(2) | 5:17 5:23 |
| take(1) | 4:9 |
| taking(1) | 9:7 |
| talking(1) | 5:14 |
| tax(2) | 5:4 5:12 |
| telephonic(2) | 2:18 3:1 |
| than(1) | 8:3 |
| thank(15) | 4:2 4:6 5:18 7:8 7:11 7:12 7:13 8:7 8:8 8:11 9:4 9:4 11:11 11:14 11:17 |
| that(37) | 4:11 4:13 4:15 5:3 5:7 5:7 5:10 5:16 5:17 5:24 6:1 6:2 6:4 6:6 6:6 6:19 6:22 7:8 8:1 8:12 8:12 8:17 8:22 8:23 9:5 9:9 9:13 9:13 10:10 10:10 10:11 11:3 11:22 |
| that's(4) | 7:2 11:3 11:5 11:9 |
| the(119) | 1:1 1:2 1:19 2:4 3:4 4:2 4:5 4:7 4:10 4:11 4:12 4:16 4:18 4:19 4:20 4:21 4:22 4:24 5:1 5:2 5:5 5:7 5:10 5:10 5:11 5:12 5:17 5:18 5:19 5:20 5:23 6:1 6:3 6:4 6:10 6:10 6:13 6:14 6:16 6:19 6:20 6:22 6:23 7:2 7:4 7:6 7:6 7:9 7:9 7:10 7:11 7:13 7:16 7:19 7:21 7:23 8:3 8:4 8:7 8:10 8:10 8:13 8:18 8:18 8:19 8:21 8:22 9:1 9:3 9:4 9:6 9:7 9:9 9:11 9:13 9:18 9:18 9:20 9:22 9:23 9:24 10:1 10:2 10:3 10:5 10:5 10:6 10:11 10:11 10:19 10:23 10:24 10:24 11:4 11:5 11:6 11:19 11:22 11:23 11:23 11:24 |
| their(2) | 5:13 7:24 |
| them(2) | 6:6 9:11 |
| then(3) | 4:17 8:12 10:8 |
| there(8) | 5:20 5:21 6:4 6:18 8:20 8:21 9:18 9:19 |
| there's(1) | 9:23 |
| they(2) | 8:2 9:21 |
| they're(2) | 5:14 8:23 |
| they've(1) | 6:6 |
| thick(2) | 4:8 4:10 |
| thing(2) | 4:14 11:7 |
| things(3) | 6:1 6:2 10:20 |
| think(7) | 6:8 6:10 8:12 9:22 9:22 9:24 11:6 |
| third(1) | 8:2 |
| this(10) | 4:8 4:13 4:23 5:24 6:6 6:22 6:24 6:24 8:1 11:11 |
| those(2) | 5:14 6:18 |
| three(2) | 7:22 8:1 |
| through(1) | 6:8 |
| throw(1) | 9:15 |
| time(5) | 7:23 9:7 9:14 9:15 11:1 |
| today(1) | 7:10 |
| today's(1) | 9:19 |
| together(1) | 6:21 |
| torys(1) | 2:42 |
| towards(1) | 9:22 |
| traci(1) | 12:4 |
| transcriber(1) | 12:5 |
| transcript(3) | 1:18 1:42 11:23 |
| transcription(2) | 1:35 1:42 |
| trustee(1) | 6:5 |
| trustee's(2) | 5:23 6:20 |
| try(1) | 9:6 |
| tunnel(1) | 1:25 |
| two(2) | 7:10 10:6 |
| typically(1) | 6:4 |
| u.s(2) | 6:5 6:20 |
| under(1) | 4:21 |
| united(3) | 1:1 1:20 5:23 |
| upcoming(1) | 9:13 |
| various(1) | 5:12 |
| very(2) | 9:8 11:11 |
| wait(1) | 9:16 |
| walk(1) | 6:7 |
| want(1) | 5:17 |
| wanted(2) | 5:9 5:23 |
| wants(1) | 6:5 |
| was(12) | 4:10 4:10 5:17 5:24 6:18 8:20 8:21 10:8 10:10 10:11 10:23 11:19 |
| wednesday(1) | 4:1 |
| weeks(1) | 11:16 |
| well(4) | 4:7 7:6 7:14 11:11 |
| went(1) | 6:2 |
| were(6) | 4:11 5:22 6:1 7:3 9:19 9:21 |
| what(2) | 5:21 6:11 |
| what's(1) | 5:3 |
| when(1) | 10:24 |
| whereupon(1) | 11:19 |
| whether(1) | 9:14 |
| which(5) | 6:21 8:5 8:13 10:7 10:21 |
| who(4) | 5:11 5:23 7:3 7:9 |
| why(1) | 7:2 |
| will(5) | 4:9 4:17 7:9 7:9 9:12 |
| william(1) | 2:43 |
| willingness(1) | 6:20 |
| wilmington(5) | 1:13 1:30 2:8 2:16 4:1 |
| wish(1) | 11:15 |
| with(15) | 4:15 5:1 5:7 5:24 6:6 6:18 7:4 7:8 7:22 8:1 8:16 8:18 9:2 9:10 11:8 |
| withdraw(2) | 7:24 8:2 |
| without(2) | 7:2 9:7 |
| work(4) | 5:8 5:13 6:20 6:23 |
| worked(1) | 6:5 |
| would(2) | 5:14 7:3 |
| wunder(1) | 3:48 |
| www.diazdata.com(1) | 1:39 |
| yes(5) | 4:24 5:5 6:10 6:16 8:15 |
| yesterday(1) | 9:9 |
| you(30) | 4:2 4:6 4:7 4:19 5:18 6:4 6:7 7:8 7:11 7:12 7:13 7:14 8:7 8:7 8:8 8:11 9:4 9:4 9:5 9:12 9:14 9:15 10:23 11:1 11:10 11:11 11:15 11:15 11:17 |
| you'd(2) | 6:8 9:15 |
| young(2) | 2:20 4:22 |

NORTEL3.25.11.DOC

| Word | Page:Line |
|------|-----------|
| **your**(29) 4:4  4:6  4:7  4:12  4:14  4:20  4:20 | |
| 4:23  5:3  5:9  5:19  5:21  6:7  6:13  6:14  7:1 | |
| 7:5  7:8  7:12  7:15  7:18  8:11  9:17  10:3 | |
| 10:10  11:4  11:10  11:13  11:17 | |