# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2011 - February 28, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | February 2011 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 290.0 |
| 2 | Business Operations / General Corporate / Real Estate | 36.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 1.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 3.0 |
| 6 | Committee Matters and Creditor Meetings | 14.0 |
| 7 | Claims Administration and Analysis | 2.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 40.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **386.0** |

**Summary of Services Rendered by Professional**

| Name | February 2011 Hours |
|---|---:|
| Matthew Rosenberg, Member | 137.0 |
| Michael Kennedy, Member | 154.0 |
| Aaron Taylor, Vice President | 41.0 |
| Michael Sabo, Associate | 54.0 |
| **TOTAL** | **386.0** |

**Nortel Networks, Inc**
February 1, 2011 - February 28, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | February 2011 Hours | Code |
|---|---|---:|---:|
| 2/1/2011 | Meetings, calls and analysis re allocation | 3.0 | 1 |
| 2/3/2011 | Meetings, calls and analysis re allocation | 5.0 | 1 |
| 2/4/2011 | Meetings, calls and analysis re allocation | 6.0 | 1 |
| 2/7/2011 | Meetings, calls and analysis re allocation | 9.0 | 1 |
| 2/8/2011 | Meetings, calls and analysis re allocation | 8.0 | 1 |
| 2/9/2011 | Travel to NYC | 4.0 | 15 |
| 2/9/2011 | Meetings w/ debtor and advisors re: anlaysis, allocation, asset sales and case management | 8.0 | 1 |
| 2/10/2011 | Meetings w/ debtor and advisors re: anlaysis, allocation, asset sales and case management | 7.0 | 1 |
| 2/10/2011 | Meetings w/ UCC and ad hoc cmte re allocation | 3.0 | 6 |
| 2/10/2011 | Travel to Chicago | 4.0 | 15 |
| 2/11/2011 | Analysis and preparation of materials re Allocation | 7.0 | 1 |
| 2/13/2011 | Travel to London | 10.0 | 15 |
| 2/14/2011 | Meetings re allocation | 9.0 | 1 |
| 2/15/2011 | Travel to Chicago | 10.0 | 15 |
| 2/16/2011 | Calls and analysis re allocation, mediation, case management and financial data | 5.0 | 1 |
| 2/17/2011 | Calls and analysis re allocation, mediation, case management and financial data | 7.0 | 1 |
| 2/21/2011 | Calls and analysis re allocation, mediation, case management, real estate and financial data | 4.0 | 1 |
| 2/22/2011 | Calls and analysis re allocation, mediation, case management, real estate and financial data | 5.0 | 1 |
| 2/23/2011 | Calls and analysis re allocation, mediation, case management, real estate and financial data | 4.0 | 1 |
| 2/23/2011 | Calls w/ UCC and ad hoc re allocation and financial data | 2.0 | 6 |
| 2/24/2011 | Calls w/ UCC and ad hoc re allocation and financial data | 2.0 | 6 |
| 2/24/2011 | Calls and analysis re allocation, mediation, case management, real estate and financial data | 5.0 | 1 |
| 2/25/2011 | Calls and analysis re allocation, mediation, case management, real estate and financial data | 4.0 | 1 |
| 2/28/2011 | Calls and analysis re allocation, mediation, case management, real estate and financial data | 6.0 | 1 |
| **February 2011 Total** | | **137.0** | |

**Nortel Networks, Inc**
February 1, 2011 - February 28, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | February 2011 Hours | Code |
|---|---|---:|---:|
| 2/1/2011 | Monthly RM call | 1.0 | 3 |
| 2/1/2011 | Meetings in Raleigh re: US Budget | 6.0 | 2 |
| 2/1/2011 | Travel to Chicago | 4.0 | 15 |
| 2/3/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 2/3/2011 | Review updated NBS package & follow-up calls w/ management | 4.0 | 2 |
| 2/4/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 2/4/2011 | Prepare and review analysis re cash repatriation | 4.0 | 2 |
| 2/7/2011 | Conference call with Cleary | 1.0 | 5 |
| 2/7/2011 | Prepare and review material for meeting w/Cleary & JR | 5.0 | 1 |
| 2/8/2011 | Prepare and review material for meeting w/ FAs | 7.0 | 1 |
| 2/8/2011 | Calls/ w/ Cleary & JR re: allocation & mediation | 2.0 | 1 |
| 2/9/2011 | Travel to NYC | 4.0 | 15 |
| 2/9/2011 | Meetings w/ debtor and advisors re: anlaysis, allocation, asset sales and case management | 8.0 | 1 |
| 2/10/2011 | Meetings w/ debtor and advisors re: anlaysis, allocation, asset sales and case management | 7.0 | 1 |
| 2/10/2011 | Meetings w/ UCC and ad hoc cmte re allocation | 3.0 | 6 |
| 2/10/2011 | Travel to Chicago | 4.0 | 15 |
| 2/11/2011 | Call w/ management & Cleary re: US Debtors budget | 2.0 | 2 |
| 2/11/2011 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 2/15/2011 | Calls/ w/ Cleary re: allocation  mediation | 3.0 | 1 |
| 2/15/2011 | Review updated budget package & follow-up calls w/ management | 4.0 | 2 |
| 2/16/2011 | Calls/ w/ Cleary & JR re: allocation & mediation | 1.0 | 1 |
| 2/16/2011 | Prepare and review analysis re cash repatriation | 8.0 | 2 |
| 2/17/2011 | Call/ Meetings in Raleigh re: NBS Budget | 5.0 | 2 |
| 2/17/2011 | Calls/ w/ Cleary & JR re: allocation & mediation | 3.0 | 1 |
| 2/17/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 2/18/2011 | Calls w/ JR & management re claims | 2.0 | 7 |
| 2/18/2011 | Call w/ management & Cleary re: US Debtors budget | 2.0 | 2 |
| 2/18/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 2/21/2011 | Conference call with Cleary | 2.0 | 5 |
| 2/21/2011 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 1 |
| 2/22/2011 | Prepare and review analysis re allocation, mediation and financial data | 10.0 | 1 |
| 2/23/2011 | Calls w/ UCC and ad hoc re allocation and financial data | 2.0 | 6 |
| 2/23/2011 | Prepare and review analysis re allocation, mediation and financial data | 10.0 | 1 |
| 2/24/2011 | Calls w/ UCC and ad hoc re allocation and financial data | 2.0 | 6 |
| 2/25/2011 | Call w/management re: real estate | 1.0 | 2 |
| 2/25/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 2/28/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| **February 2011 Total** |  | **154.0** |  |

**Nortel Networks, Inc**
February 1, 2011 - February 28, 2011 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | February 2011 Hours | Code |
|---|---|---:|:---:|
| 2/1/2011 | Review and analyze materials, calls, meetings re allocation | 3.0 | 1 |
| 2/2/2011 | Review and analyze materials, calls, meetings re allocation | 2.0 | 1 |
| 2/3/2011 | Review and analyze materials, calls, meetings re allocation | 2.0 | 1 |
| 2/4/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 2/7/2011 | Review and analyze materials, calls, meetings re allocation | 9.0 | 1 |
| 2/8/2011 | Review and analyze materials, calls, meetings re allocation | 9.0 | 1 |
| 2/9/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| **February 2011 Total** | | **41.0** | |

**Nortel Networks, Inc**
February 1, 2011 - February 28, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | February 2011 Hours | Code |
|---|---|---|---|
| 2/14/2011 | Review and analyze materials, calls, meetings re allocation | 3.0 | 1 |
| 2/15/2011 | Review and analyze materials, calls, meetings re allocation | 2.0 | 1 |
| 2/16/2011 | Review and analyze materials, calls, meetings re allocation | 6.0 | 1 |
| 2/17/2011 | Review and analyze materials, calls, meetings re allocation | 5.0 | 1 |
| 2/18/2011 | Review and analyze materials, calls, meetings re allocation | 7.0 | 1 |
| 2/21/2011 | Review and analyze materials, calls, meetings re allocation | 7.0 | 1 |
| 2/22/2011 | Review and analyze materials, calls, meetings re allocation | 5.0 | 1 |
| 2/23/2011 | Review and analyze materials, calls, meetings re allocation | 6.0 | 1 |
| 2/24/2011 | Review and analyze materials, calls, meetings re allocation | 7.0 | 1 |
| 2/25/2011 | Review and analyze materials, calls, meetings re allocation | 6.0 | 1 |
| | **February 2011 Total** | **54.0** | |