# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through February 28, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 2/9/11-2/10/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 2/9/11-2/10/11 | Hotel (one night) | $ 529.61 |
| Matt Rosenberg | 2/9/11-2/10/11 | Ground transportation | $ 107.00 |
| Matt Rosenberg | 2/9/11-2/10/11 | Meals (one group dinner for five) | $ 250.00 |
| Mike Kennedy | 2/9/11-2/10/11 | Flight to New York, NY | $ 703.40 |
| Mike Kennedy | 2/9/11-2/10/11 | Hotel (one night) | $ 376.43 |
| Mike Kennedy | 2/9/11-2/10/11 | Ground transportation | $ 204.00 |
| Mike Kennedy | 2/9/11-2/10/11 | Meals (two breakfasts) | $ 41.33 |
| Matt Rosenberg | 2/12/11-2/16/11 | Flight to London (Airpass) | $ 5,042.62 |
| Matt Rosenberg | 2/12/11-2/16/11 | Hotel (three nights) | $ 2,153.64 |
| Matt Rosenberg | 2/12/11-2/16/11 | Ground transportation | $ 353.00 |
| Matt Rosenberg | 2/12/11-2/16/11 | Meals (one dinner) | $ 187.00 |
| Matt Rosenberg | 2/21/2011 | Cancellation penalty for reserved conference rooms | $ 3,000.00 |
| Chilmark | various | FedEx | $ 104.66 |
| Chilmark | various | Conference Calls | $ 174.08 |
| **Total Expenses** | | | **$14,189.10** |

| | |
|---|---|
| Airfare | $ 6,708.35 |
| Accomodations | $ 3,059.68 |
| Business meals | $ 478.33 |
| Ground transportation | $ 664.00 |
| Cancellation charge | $ 3,000.00 |
| Courier | $ 104.66 |
| Conference calls | $ 174.08 |
| Total | $14,189.10 |