# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 Through February 28, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 25.00 |
| Transcripts | | 916.30 |
| Photos/Art/ Spec Duplicating | | 1,211.66 |
| Meals | | 275.38 |
| Messenger Service | | 213.00 |
| Courier/Delivery Service | | 4,399.37 |
| Computer Research | Westlaw | 2,353.78 |
| Duplicating | In Office | 1,512.45 |
| Postage | | 12.20 |
| Facsimile | | 2,651.37 |
| Computer Research | Lexis | .02 |
| **Grand Total Expenses** | | **$13,570.53** |

```
Nortel Networks, Inc.                              PRO FORMA  268329        AS OF 02/28/11                        INVOICE# ******
63989-DIP
DATE: 03/25/11 11:18:53
```

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 852872 | 02/10/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC VICE ADMISSION OF NORA K. ABULARACH (THE "ADMITTEE") OF CLEARY GOTTLIEB - 02/10/2011 | 503 | 684 | 177246 |
| 852189 | 02/03/11 | B | 550.55 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT | 506 | 904 | 177122 |
| 853204 | 02/09/11 | B | 365.75 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT OF HEARING ON 02/9/2011 | 506 | 904 | 177347 |
| 852921 | 02/07/11 | B | 170.20 | Photos/Art/Spec Duplicating-Out of Office IKO OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS - 02/7/2011 | 510 | 221 | 177286 |
| 853205 | 02/09/11 | B | 175.60 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS & HAND DELIVERIES - 02/9/2011 | 510 | 684 | 177348 |
| 853206 | 02/09/11 | B | 444.08 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS & HAND DELIVERIES - 02/9/2011 | 510 | 684 | 177349 |
| 854950 | 02/22/11 | B | 421.78 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 02/22/2011 | 510 | 684 | 177619 |
| 852966 | 02/09/11 | B | 78.75 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 9 - 02/9/2011 | 512 | 957 | 177304 |
| 860301 | 02/09/11 | B | 175.13 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 9 - 02/09/2011 | 512 | 957 | 178026 |
| 853905 | 02/16/11 | B | 21.50 | Meals - CURTIS MILLER` REIMBURSEMENT FOR WORKING MEAL W/ A. REMMING 02/16/2011 | 512 - | 826 | 177467 |
| 854311 | 02/01/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 854290 | 02/01/11 | B | 3.00 | Messenger Service | 513S | 369 | |
| 854304 | 02/01/11 | B | 12.00 | Messenger Service | 513S | 684 | |
| 854314 | 02/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854331 | 02/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854319 | 02/02/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 854337 | 02/03/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 854346 | 02/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854358 | 02/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854368 | 02/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854360 | 02/04/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 854380 | 02/07/11 | B | 3.00 | Messenger Service | 513S | 203 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA  268329         AS OF 02/28/11         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 854386 | 02/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854388 | 02/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854397 | 02/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854406 | 02/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854420 | 02/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854425 | 02/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854427 | 02/09/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 854417 | 02/09/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 854416 | 02/09/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 854422 | 02/09/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 854432 | 02/10/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 854439 | 02/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854443 | 02/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854447 | 02/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854454 | 02/11/11 | B | 9.00 | Messenger Service | 513S | 684 | |
| 854468 | 02/11/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 854478 | 02/11/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 854479 | 02/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854523 | 02/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854524 | 02/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854544 | 02/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 854563 | 02/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855745 | 02/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 854548 | 02/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855751 | 02/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855760 | 02/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855772 | 02/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855773 | 02/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855776 | 02/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855800 | 02/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA  268329          AS OF 02/28/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 855812 | 02/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855824 | 02/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855825 | 02/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855830 | 02/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855832 | 02/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855833 | 02/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855850 | 02/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855857 | 02/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855863 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855873 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 855878 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861447 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861448 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861449 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861452 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861453 | 02/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861458 | 02/26/11 | B | 3.00 | Messenger Service | 513S | 904 | |
| 861468 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 904 | |
| 861459 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861467 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861469 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861489 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861493 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861494 | 02/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 852690 | 02/01/11 | B | 11.28 | Courier/Delivery Service | 514 | 000 | 177212 |
| 852821 | 02/04/11 | B | 16.79 | Courier/Delivery Service | 514 | 000 | 177217 |
| 853538 | 02/07/11 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177421 |
| 853541 | 02/07/11 | B | 92.40 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177421 |
| 855240 | 02/07/11 | B | (11.39) | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855113 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177648 |
| 854115 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177526 |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA   268329          AS OF 02/28/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 853803 | 02/07/11 | B | 47.81 | Courier/Delivery Service | 514 | 000 | 177435 |
| 853591 | 02/07/11 | B | 21.68 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853592 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853593 | 02/07/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853594 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853655 | 02/07/11 | B | 18.95 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853656 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853657 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853658 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853678 | 02/07/11 | B | 29.99 | Courier/Delivery Service | 514 | 000 | 177433 |
| 853705 | 02/07/11 | B | 21.68 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853649 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853650 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853651 | 02/07/11 | B | 15.63 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853652 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853653 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853654 | 02/07/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853643 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853644 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853645 | 02/07/11 | B | 25.28 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853646 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853647 | 02/07/11 | B | 13.55 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853648 | 02/07/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853637 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853638 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853639 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853640 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853641 | 02/07/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853642 | 02/07/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853631 | 02/07/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853632 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853633 | 02/07/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853634 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853635 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853636 | 02/07/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853625 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853626 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853627 | 02/07/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177432 |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA  268329      AS OF 02/28/11      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 853628 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853629 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853630 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853619 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853620 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853621 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853622 | 02/07/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853623 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853624 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853613 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853614 | 02/07/11 | B | 26.31 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853615 | 02/07/11 | B | 25.28 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853616 | 02/07/11 | B | 17.67 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853617 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853618 | 02/07/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853607 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853608 | 02/07/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853609 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853610 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853611 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853612 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853601 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853602 | 02/07/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853603 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853604 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853605 | 02/07/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853606 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853595 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853596 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853597 | 02/07/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853598 | 02/07/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853599 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853600 | 02/07/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177432 |
| 853784 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853785 | 02/08/11 | B | 29.61 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853786 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853787 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853788 | 02/08/11 | B | 14.86 | Courier/Delivery Service | 514 | 000 | 177434 |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA 268329         AS OF 02/28/11         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 853789 | 02/08/11 | B | 18.56 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853778 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853779 | 02/08/11 | B | 15.63 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853780 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853781 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853782 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853783 | 02/08/11 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853772 | 02/08/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853773 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853774 | 02/08/11 | B | 21.68 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853775 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853776 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853777 | 02/08/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853766 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853767 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853768 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853769 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853770 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853771 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853760 | 02/08/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853761 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853762 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853763 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853764 | 02/08/11 | B | 25.28 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853765 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853754 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853755 | 02/08/11 | B | 21.68 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853756 | 02/08/11 | B | 18.66 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853757 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853758 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853759 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853748 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853749 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853750 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853751 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853752 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853753 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853742 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/25/11 11:18:53

PRO FORMA 268329    AS OF 02/28/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 853743 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853744 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853745 | 02/08/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853746 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853747 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853736 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853737 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853738 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853739 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853740 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853741 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853730 | 02/08/11 | B | 18.95 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853731 | 02/08/11 | B | 25.28 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853732 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853733 | 02/08/11 | B | 17.67 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853734 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853735 | 02/08/11 | B | 14.41 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853724 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853725 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853726 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853727 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853728 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853729 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853718 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853719 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853720 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853721 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853722 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853723 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853712 | 02/08/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853713 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853714 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853715 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853716 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853717 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853706 | 02/08/11 | B | 21.68 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853707 | 02/08/11 | B | 19.83 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853708 | 02/08/11 | B | 16.58 | Courier/Delivery Service | 514 | 000 | 177434 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/25/11 11:18:53

PRO FORMA 268329     AS OF 02/28/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 853709 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853710 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853711 | 02/08/11 | B | 19.97 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853804 | 02/08/11 | B | 34.14 | Courier/Delivery Service | 514 | 000 | 177435 |
| 853805 | 02/08/11 | B | 48.48 | Courier/Delivery Service | 514 | 000 | 177435 |
| 853849 | 02/08/11 | B | 63.14 | Courier/Delivery Service | 514 | 000 | 177437 |
| 853848 | 02/08/11 | B | 41.71 | Courier/Delivery Service | 514 | 000 | 177437 |
| 853790 | 02/08/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853791 | 02/08/11 | B | 21.98 | Courier/Delivery Service | 514 | 000 | 177434 |
| 853540 | 02/08/11 | B | 191.49 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177421 |
| 853259 | 02/09/11 | B | 145.90 | Courier/Delivery Service - PARCELS INC.` BANKRUPTCY COURT COPIES, CERTIFICATION FEE & HAND DELIVERY - 02/9/2011 | 514 | 684 | 177382 |
| 853817 | 02/09/11 | B | 24.50 | Courier/Delivery Service | 514 | 000 | 177436 |
| 853818 | 02/09/11 | B | 24.50 | Courier/Delivery Service | 514 | 000 | 177436 |
| 853819 | 02/09/11 | B | 24.50 | Courier/Delivery Service | 514 | 000 | 177436 |
| 853820 | 02/09/11 | B | 24.50 | Courier/Delivery Service | 514 | 000 | 177436 |
| 853847 | 02/09/11 | B | 76.85 | Courier/Delivery Service | 514 | 000 | 177437 |
| 853816 | 02/09/11 | B | 24.50 | Courier/Delivery Service | 514 | 000 | 177436 |
| 853539 | 02/10/11 | B | 6.70 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177421 |
| 853559 | 02/11/11 | B | 109.20 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177421 |
| 853560 | 02/11/11 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177421 |
| 855366 | 02/17/11 | B | 29.99 | Courier/Delivery Service | 514 | 000 | 177651 |
| 855241 | 02/17/11 | B | (11.39 | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855242 | 02/17/11 | B | (11.39 | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855243 | 02/17/11 | B | (15.63 | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855244 | 02/17/11 | B | (11.39 | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855245 | 02/17/11 | B | (11.39 | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855246 | 02/17/11 | B | (11.39 | )Reversal from Cancelled Voucher 177648 | 514 | 000 | 177649 |
| 855115 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177648 |
| 855116 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177648 |
| 855117 | 02/17/11 | B | 15.63 | Courier/Delivery Service | 514 | 000 | 177648 |
| 855118 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177648 |
| 855119 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177648 |
| 854116 | 02/17/11 | B | 15.63 | Courier/Delivery Service | 514 | 000 | 177526 |
| 855114 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177648 |
| 854112 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177526 |
| 854113 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177526 |
| 854114 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177526 |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA  268329    AS OF 02/28/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 854117 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177526 |
| 854118 | 02/17/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177526 |
| 855651 | 02/18/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177689 |
| 856729 | 02/21/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177822 |
| 856730 | 02/22/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177822 |
| 856091 | 02/23/11 | B | 48.48 | Courier/Delivery Service | 514 | 000 | 177749 |
| 856092 | 02/23/11 | B | 48.48 | Courier/Delivery Service | 514 | 000 | 177749 |
| 856126 | 02/23/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856127 | 02/23/11 | B | 16.81 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856128 | 02/23/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856129 | 02/23/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856731 | 02/23/11 | B | 27.60 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177822 |
| 858725 | 02/23/11 | B | 67.42 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 177898 |
| 856130 | 02/23/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856131 | 02/23/11 | B | 11.39 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856132 | 02/23/11 | B | 16.81 | Courier/Delivery Service | 514 | 000 | 177751 |
| 856732 | 02/24/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177822 |
| 856733 | 02/25/11 | B | 72.20 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177822 |
| 856734 | 02/26/11 | B | 15.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 177822 |
| 853114 | 02/04/11 | B | 88.15 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 853046 | 02/08/11 | B | 138.60 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 854716 | 02/08/11 | B | 359.33 | Computer Research - Westlaw Search Performed by: DECARLI,MARISA | 515 | 684 | |
| 854717 | 02/08/11 | B | 149.61 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 854715 | 02/08/11 | B | 92.80 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 854718 | 02/08/11 | B | 53.10 | Computer Research - Westlaw Search Performed by: PRINT, WESTLAW CASE | 515 | 000 | |
| 854719 | 02/09/11 | B | 27.72 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 854720 | 02/10/11 | B | 69.32 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 855903 | 02/14/11 | B | 72.80 | Computer Research - Westlaw Search Performed by: HARRISON,KATHERINE | 515 | 000 | |
| 855904 | 02/15/11 | B | 25.88 | Computer Research - Westlaw Search Performed by: HARRISON,KATHERINE | 515 | 000 | |
| 855905 | 02/17/11 | B | 374.23 | Computer Research - Westlaw Search Performed by: HARRISON,KATHERINE | 515 | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA   268329          AS OF 02/28/11                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 855932 | 02/17/11 | B | 162.64 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 855933 | 02/18/11 | B | 342.85 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 855906 | 02/18/11 | B | 18.68 | Computer Research - Westlaw Search Performed by: HARRISON,KATHERINE | 515 | 000 | |
| 856316 | 02/22/11 | B | 40.39 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 856344 | 02/23/11 | B | 16.86 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 856345 | 02/23/11 | B | 122.38 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 856318 | 02/24/11 | B | 93.99 | Computer Research - Westlaw Search Performed by: HARRISON,KATHERINE | 515 | 000 | |
| 856317 | 02/24/11 | B | 38.88 | Computer Research - Westlaw Search Performed by: FAY,ERIN | 515 | 959 | |
| 856319 | 02/25/11 | B | 65.57 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 856847 | 02/01/11 | B | 3.70 | In-House Duplicating | 519 | 554 | |
| 856848 | 02/01/11 | B | 0.40 | In-House Duplicating | 519 | 642 | |
| 856846 | 02/01/11 | B | 4.40 | In-House Duplicating | 519 | 684 | |
| 856936 | 02/02/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 856998 | 02/03/11 | B | 12.70 | In-House Duplicating | 519 | 684 | |
| 857000 | 02/03/11 | B | 1.40 | In-House Duplicating | 519 | 684 | |
| 856846 | 02/03/11 | B | 0.80 | In-House Duplicating | 519 | 684 | |
| 857038 | 02/03/11 | B | 1.70 | In-House Duplicating | 519 | 684 | |
| 856999 | 02/03/11 | B | 0.40 | In-House Duplicating | 519 | 670 | |
| 857002 | 02/03/11 | B | 7.20 | In-House Duplicating | 519 | 554 | |
| 857087 | 02/04/11 | B | 11.50 | In-House Duplicating | 519 | 554 | |
| 857086 | 02/04/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 857128 | 02/04/11 | B | 0.80 | In-House Duplicating | 519 | 684 | |
| 857166 | 02/07/11 | B | 4.60 | In-House Duplicating | 519 | 684 | |
| 857165 | 02/07/11 | B | 7.60 | In-House Duplicating | 519 | 554 | |
| 857167 | 02/07/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 857168 | 02/07/11 | B | 7.00 | In-House Duplicating | 519 | 684 | |
| 857169 | 02/07/11 | B | 11.50 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA  268329          AS OF 02/28/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 857170 | 02/07/11 | B | 9.20 | In-House Duplicating | 519 | 684 | |
| 857245 | 02/08/11 | B | 5.00 | In-House Duplicating | 519 | 684 | |
| 857247 | 02/08/11 | B | 0.20 | In-House Duplicating | 519 | 684 | |
| 857242 | 02/08/11 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 857246 | 02/08/11 | B | 0.30 | In-House Duplicating | 519 | 554 | |
| 857244 | 02/08/11 | B | 2.50 | In-House Duplicating | 519 | 684 | |
| 857248 | 02/08/11 | B | 2.10 | In-House Duplicating | 519 | 623 | |
| 857392 | 02/08/11 | B | 3.10 | In-House Duplicating | 519 | 623 | |
| 857243 | 02/08/11 | B | 44.60 | In-House Duplicating | 519 | 622 | |
| 857347 | 02/09/11 | B | 14.50 | In-House Duplicating | 519 | 684 | |
| 857348 | 02/09/11 | B | 0.60 | In-House Duplicating | 519 | 684 | |
| 857349 | 02/09/11 | B | 1.60 | In-House Duplicating | 519 | 684 | |
| 857346 | 02/09/11 | B | 0.10 | In-House Duplicating | 519 | 554 | |
| 857350 | 02/09/11 | B | 0.90 | In-House Duplicating | 519 | 554 | |
| 857443 | 02/10/11 | B | 4.70 | In-House Duplicating | 519 | 684 | |
| 857608 | 02/11/11 | B | 7.20 | In-House Duplicating | 519 | 684 | |
| 857609 | 02/11/11 | B | 0.90 | In-House Duplicating | 519 | 605 | |
| 857770 | 02/15/11 | B | 1.00 | In-House Duplicating | 519 | 605 | |
| 857944 | 02/17/11 | B | 1.80 | In-House Duplicating | 519 | 554 | |
| 858090 | 02/17/11 | B | 2.90 | In-House Duplicating | 519 | 684 | |
| 858048 | 02/18/11 | B | 16.80 | In-House Duplicating | 519 | 623 | |
| 858046 | 02/18/11 | B | 26.30 | In-House Duplicating | 519 | 684 | |
| 858047 | 02/18/11 | B | 7.30 | In-House Duplicating | 519 | 684 | |
| 858165 | 02/21/11 | B | 16.50 | In-House Duplicating | 519 | 684 | |
| 858236 | 02/22/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 858237 | 02/22/11 | B | 8.40 | In-House Duplicating | 519 | 684 | |
| 858351 | 02/23/11 | B | 24.20 | In-House Duplicating | 519 | 684 | |
| 858352 | 02/23/11 | B | 69.10 | In-House Duplicating | 519 | 684 | |
| 858448 | 02/23/11 | B | 24.20 | In-House Duplicating | 519 | 684 | |
| 858449 | 02/23/11 | B | 69.10 | In-House Duplicating | 519 | 684 | |

```
Nortel Networks, Inc.                          PRO FORMA  268329         AS OF 02/28/11                              INVOICE# ******
63989-DIP
DATE: 03/25/11 11:18:53
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 859392 | 02/23/11 | B | 3.20 | In-House Duplicating | 519 | 605 | |
| 859393 | 02/24/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 859394 | 02/24/11 | B | 12.80 | In-House Duplicating | 519 | 684 | |
| 859396 | 02/25/11 | B | 82.50 | In-House Duplicating | 519 | 684 | |
| 859395 | 02/25/11 | B | 151.50 | In-House Duplicating | 519 | 623 | |
| 859397 | 02/25/11 | B | 122.30 | In-House Duplicating | 519 | 670 | |
| 859398 | 02/25/11 | B | 151.20 | In-House Duplicating | 519 | 670 | |
| 859685 | 02/28/11 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 859399 | 02/28/11 | B | 0.90 | In-House Duplicating | 519 | 203 | |
| 856170 | 02/08/11 | B | 3.32 | Postage | 520 | 594 | |
| 856173 | 02/18/11 | B | 4.00 | Postage | 520 | 684 | |
| 856181 | 02/23/11 | B | 2.78 | Postage | 520 | 684 | |
| 856166 | 02/28/11 | B | 2.10 | Postage | 520 | 684 | |
| 852920 | 02/07/11 | B | 1,075.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX (23 PAGES x 187) - 2/7/2011 | 522H | 221 | 177286 |
| 852917 | 02/08/11 | B | 1,385.37 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX (25 PAGES x 179) & BANKRUPTCY MAILOUTS - 2/8/2011 | 522H | 221 | 177285 |
| 854242 | 02/17/11 | B | 190.75 | Facsimile - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS & BROADCAST FAX - 02/17/2011 | 522H | 684 | 177530 |
| 856264 | 02/17/11 | B | 0.02 | Lexis Research Performed by: Katherine Betterly | 527 | 372 | |
| 857003 | 02/03/11 | B | 3.20 | In-House Printing - black & white | 541 | 684 | |
| 857088 | 02/04/11 | B | 2.25 | In-House Printing - black & white | 541 | 684 | |
| 857171 | 02/07/11 | B | 15.05 | In-House Printing - black & white | 541 | 684 | |
| 857249 | 02/08/11 | B | 38.05 | In-House Printing - black & white | 541 | 684 | |
| 857351 | 02/08/11 | B | 13.70 | In-House Printing - black & white | 541 | 579 | |
| 857352 | 02/09/11 | B | 2.90 | In-House Printing - black & white | 541 | 684 | |
| 857444 | 02/10/11 | B | 85.90 | In-House Printing - black & white | 541 | 622 | |
| 857556 | 02/11/11 | B | 60.90 | In-House Printing - black & white | 541 | 625 | |
| 857683 | 02/14/11 | B | 22.75 | In-House Printing - black & white | 541 | 554 | |
| 857771 | 02/15/11 | B | 1.30 | In-House Printing - black & white | 541 | 372 | |
| 857858 | 02/16/11 | B | 5.55 | In-House Printing - black & white | 541 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/25/11 11:18:53

PRO FORMA   268329         AS OF 02/28/11         INVOICE# ******

| INDEX  | DATE     | STAT | AMOUNT    | DESCRIPTION                          | CODE | TKPER | VOUCHER |
|--------|----------|------|-----------|--------------------------------------|------|-------|---------|
| 858049 | 02/17/11 | B    | 4.00      | In-House Printing - black & white    | 541  | 372   |         |
| 857945 | 02/17/11 | B    | 11.70     | In-House Printing - black & white    | 541  | 684   |         |
| 858050 | 02/18/11 | B    | 22.90     | In-House Printing - black & white    | 541  | 623   |         |
| 858238 | 02/22/11 | B    | 2.65      | In-House Printing - black & white    | 541  | 670   |         |
| 858353 | 02/23/11 | B    | 35.45     | In-House Printing - black & white    | 541  | 622   |         |
| 858450 | 02/23/11 | B    | 35.45     | In-House Printing - black & white    | 541  | 622   |         |
| 859400 | 02/23/11 | B    | 1.05      | In-House Printing - black & white    | 541  | 959   |         |
| 859401 | 02/24/11 | B    | 4.10      | In-House Printing - black & white    | 541  | 203   |         |
| 859402 | 02/25/11 | B    | 159.50    | In-House Printing - black & white    | 541  | 684   |         |
| 859692 | 02/28/11 | B    | 4.55      | In-House Printing - black & white    | 541  | 372   |         |
| 859403 | 02/28/11 | B    | 1.05      | In-House Printing - black & white    | 541  | 203   |         |

13,570.53