# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Abacus Solutions, LLC | Adv. Pro. No. 10-55130 |
| Nortel Networks Inc. v. Actuate Corporation | 10-55144 |
| Nortel Networks Inc. v. AMCC Sales Corporation | 10-55151 |
| Nortel Networks Inc. v. Aviat Networks, Inc. | 10-55154 |
| Nortel Networks Inc. v. Axxion Group Corporation | 10-55158 |
| Nortel Networks Inc. v. Baldwin& Creative LLC d/b/a Baldwin& | 10-55161 |
| Nortel Networks Inc., *et. al.* v. Beeline.com, Inc. | 10-55165 |
| Nortel Networks Inc. v. Bick Group, Inc. | 10-55168 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | 10-55175 |
| Nortel Networks Inc. v. BWCS, Ltd. | 10-53184 |
| Nortel Networks Inc. v. CDMA Development Group, Inc. | 10-55181 |
| Nortel Networks Inc. v. Celestica Thailand, Ltd., *et. al.* | 10-53185 |
| Nortel Networks Inc. v. Continuum Worldwide Corporation | 10-55191 |
| Nortel Networks Inc. v. Critical Path Strategies, Inc. | 10-55193 |
| Nortel Networks Inc. v. Excellence In | 10-55198 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Motivation, Inc. | |
| Nortel Networks Inc. v. Exide Technologies | 10-55199 |
| Nortel Networks Inc. v. Gilmore Global Logistics Services, Inc. | 10-55200 |
| Nortel Networks Inc. v. Global Electric Electronic Processing (USA), Inc., et. al. | 10-55201 |
| Nortel Networks Inc. v. Ixia | 10-55202 |
| Nortel Networks Inc. v. Jack Morton Worldwide, Inc. | 10-55203 |
| Nortel Networks (CALA) Inc. v. Kodiak Technology Partners, LLC | 10-55206 |
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. Market Probe, Incorporated | 10-55208 |
| Nortel Networks Inc. v. McKinsey & Co., Inc. | 10-55159 |
| Nortel Networks Inc. v. MobileNet Services, Inc. | 10-55164 |
| Nortel Networks Inc. v. NeoPhotonics Corporation | 10-55167 |
| Nortel Networks Inc. v. Nera, Inc. | 10-55170 |
| Nortel Networks Inc. v. NetIQ Corporation | 10-55171 |
| Nortel Networks Inc. v. Oplink Communications, Inc. | 10-55174 |
| Nortel Networks Inc. v. Opnext Subsytems, Inc. f/k/a StrataLight Communications, Inc., et. al. | 10-53177 |
| Nortel Networks Inc. v. Paradigm Works, Inc. | 10-55176 |
| Nortel Networks Inc. v. Red Hat, Inc. | 10-55179 |
| Nortel Networks Inc. v. SAS Institute, Inc. | 10-55184 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | 10-55189 |
| Nortel Networks Inc. v. TEKsystems Inc. | 10-55192 |
| Nortel Networks Inc. v. TGS, Inc. | 10-55194 |
| Nortel Networks Inc. v. Weston Solutions, Inc. | 10-55195 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated February 9, 2011 entered with respect to the above-captioned adversary proceedings,

plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: March 28, 2011
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Deborah M. Buell (admitted *pro hac vice*)
        Neil P. Forrest (admitted *pro hac vice*)
        Nora K. Abularach (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *[signature]*
        Donna L. Culver (No. 2983)
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Alissa T. Gazze (No. 5338)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        Counsel for the Debtors and
        Debtors in Possession

*[Signature Page for Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross]*

## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55191 | Continuum Worldwide Corporation | Answer to complaint due April 15, 2011. |
| 10-55159 | McKinsey & Co., Inc. | Answer to complaint due April 1, 2011. |
| 10-55179 | Red Hat, Inc. | Answer to complaint due April 25, 2011. |
| 10-55195 | TGS, Inc. | Answer to complaint due April 11, 2011. |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55151 | AMCC Sales Corporation | Parties settled this matter. Notice of Settlement and Notice of Dismissal filed on March 16, 2011. Adversary proceeding closed by Clerk of the Court on March 17, 2011. |

| 10-55181 | CDMA Development Group, Inc. | Parties settled this matter. Notice of Dismissal filed on March 4, 2011. Adversary proceeding closed by Clerk of the Court on March 7, 2011. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55200 | Gilmore Global Logistics Services, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55206 | Kodiak Technology Partners, LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55130 | Abacus Solutions, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55144 | Actuate Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55154 | Aviat Networks, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55161 | Baldwin& Creative LLC d/b/a | Discovery will be proceeding in |

|  | Baldwin& | accordance with the Scheduling Order dated February 9, 2011. |
|---|---|---|
| 10-55165 | Beeline.com, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55168 | Bick Group, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55175 | Bridgewater Systems, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-53184 | BWCS, Ltd. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-53185 | Celestica Thailand, Ltd., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55198 | Excellence In Motivation, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55199 | Exide Technologies | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55201 | Global Electric Electronic Processing (USA), Inc., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Plaintiff's responses to Defendant's initial discovery requests due April 6, 2011. |
| 10-55202 | Ixia | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55203 | Jack Morton Worldwide, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-53187 | Maritz Canada Inc. | Discovery will be proceeding in |

| | | |
|---|---|---|
| | | accordance with the Scheduling Order dated February 9, 2011. |
| 10-55208 | Market Probe, Incorporated | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55164 | MobileNet Services, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55167 | NeoPhotonics Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55170 | Nera, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55171 | NetIQ Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55174 | Oplink Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-53177 | Opnext Subsytems, Inc. f/k/a StrataLight Communications, *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55176 | Paradigm Works, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55184 | SAS Institute, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55187 | SBA Network Services, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55189 | Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. |
| 10-55192 | TEKsystems Inc. | Discovery will be proceeding in |

|  |  | accordance with the Scheduling Order dated February 9, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
| --- | --- | --- |
| 10-55158 | Axxion Group Corporation | Stipulation of Mediator filed on March 23, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on March 24, 2011. |
| 10-55193 | Critical Path Strategies, Inc. | Stipulation of Mediator filed on March 23, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on March 24, 2011. |
| 10-55195 | Weston Solutions, Inc. | Stipulation of Mediator filed on March 23, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on March 24, 2011. |

## STATUS H

### READY FOR TRIAL

| Adversary No. | Defendant | Status |
| --- | --- | --- |
| None. |  |  |

## STATUS I

### DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
| --- | --- | --- |

| | | |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |