**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **28 March 2011**          Our Ref: **GDB/CCN01.00001**          Invoice No.: **306415**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 135,847.00 |
| For the period to 28 February 2011, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 184.16 |
| **Disbursements:** (NT) | | | |
| External Photocopying Charges | 0.00 | 0.00 | 230.45 |
| Fares, Courier Charges and Incidental Expenses | 0.00 | 0.00 | 97.86 |
| | 0.00 | | 136,359.47 |
| | | VAT | 0.00 |
| | | Total | 136,359.47 |
| | | **Balance Due** | **136,359.47** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 306415 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 28 February 2011**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 2.50 | 1,625.00 | (C0012) |
| | | 7.00 | 4,550.00 | (C0019) |
| | | 3.40 | 2,210.00 | (C0031) |
| | | **12.90** | **8,385.00** | |
| Partner: | Eric Bouffard | 0.30 | 187.50 | (C0012) |
| | | **0.30** | **187.50** | |
| Partner: | Paul Miller | 0.10 | 65.00 | (C0018) |
| | | **0.10** | **65.00** | |
| Partner: | Steven Hull | 1.50 | 937.50 | (C0019) |
| | | **1.50** | **937.50** | |
| Partner: | Richard Palmer | 0.50 | 337.50 | (C0018) |
| | | **0.50** | **337.50** | |
| Partner: | Angela Pearson | 1.50 | 937.50 | (C0007) |
| | | 8.40 | 5,250.00 | (C0012) |
| | | 54.80 | 34,250.00 | (C0019) |
| | | **64.70** | **40,437.50** | |
| Partner: | Dominic Batchelor | 5.60 | 3,360.00 | (C0024) |
| | | **5.60** | **3,360.00** | |
| Senior Associate: | Marcus Fink | 8.50 | 4,377.50 | (C0012) |
| | | 31.00 | 15,965.00 | (C0019) |
| | | **39.50** | **20,342.50** | |
| Senior Associate: | Pierre-Emmanuel Fender | 0.10 | 51.50 | (C0012) |
| | | **0.10** | **51.50** | |
| Senior Associate: | Caroline Fitzgerald | 7.20 | 3,492.00 | (C0018) |
| | | **7.20** | **3,492.00** | |
| Senior Associate: | Luke Rollason | 2.40 | 1,176.00 | (C0007) |
| | | 7.90 | 3,871.00 | (C0012) |
| | | 5.20 | 2,548.00 | (C0019) |
| | | **15.50** | **7,595.00** | |
| Associate: | Paul Bagon | 9.30 | 3,255.00 | (C0003) |
| | | 4.20 | 1,470.00 | (C0007) |
| | | 1.00 | 350.00 | (C0012) |
| | | 81.80 | 28,630.00 | (C0019) |
| | | 20.60 | 7,210.00 | (C0024) |
| | | 6.80 | 2,380.00 | (C0031) |
| | | **123.70** | **43,295.00** | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Andy Wright | 1.50 | 472.50 | (C0012) |
|  |  | 3.60 | 1,134.00 | (C0019) |
|  |  | 5.10 | 1,606.50 |  |
| Professional Development | Gabrielle Samuels | 6.20 | 3,007.00 | (C0019) |
|  |  | 6.20 | 3,007.00 |  |
| Trainee: | Charles Rousseau | 1.10 | 176.00 | (C0012) |
|  |  | 1.10 | 176.00 |  |
| Trainee: | Andy Levett | 4.50 | 832.50 | (C0019) |
|  |  | 4.50 | 832.50 |  |
| Trainee: | Edward Arden | 8.70 | 1,609.50 | (C0031) |
|  |  | 0.70 | 129.50 | (C0019) |
|  |  | 9.40 | 1,739.00 |  |
|  | **TOTAL** | **297.90** | **135,847.00** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 28/02/2011

## Matter: CCN01.00001 - BANKRUPTCY

**C0003**     **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| PDB | Paul Bagon | 9.30 | 350.00 | 3,255.00 |
| | | | Total | 3,255.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 17/02/2011 | Paul Bagon | DRFT | Monthly fee app. | 2.00 | 350.00 | 700.00 |
| 23/02/2011 | Paul Bagon | DRFT | Monthly fee app. | 1.30 | 350.00 | 455.00 |
| 24/02/2011 | Paul Bagon | DRFT | Finalising and sending out Ashurst monthly fee app. | 4.00 | 350.00 | 1,400.00 |
| 24/02/2011 | Paul Bagon | DRFT | Ashurst interim fee app. | 1.00 | 350.00 | 350.00 |
| 25/02/2011 | Paul Bagon | LETT | Finalising and sending out interim fee application. | 1.00 | 350.00 | 350.00 |
| | | | | | | 3,255.00 |

## Matter: CCN01.00001 – BANKRUPTCY

### C0007        Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.50 | 625.00 | 937.50 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 2.40 | 490.00 | 1,176.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 4.20 | 350.00 | 1,470.00 |
| | | | Total | **3,583.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 03/02/2011 | Paul Bagon | PHON | Weekly UCC call. | 1.10 | 350.00 | 385.00 |
| 09/02/2011 | Paul Bagon | PHON | UCC weekly meeting. | 0.80 | 350.00 | 280.00 |
| 14/02/2011 | Paul Bagon | PHON | UCC call re Iceberg. | 1.00 | 350.00 | 350.00 |
| 24/02/2011 | Angela Pearson | PHON | Committee call | 1.50 | 625.00 | 937.50 |
| 24/02/2011 | Luke Rollason | LETT | Committee call. Conference call with Giles Boothman. | 2.40 | 490.00 | 1,176.00 |
| 24/02/2011 | Paul Bagon | PHON | UCC weekly meeting. | 1.30 | 350.00 | 455.00 |
| | | | | | | **3,583.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**      <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 8.40 | 625.00 | 5,250.00 |
| ERB | Eric Bouffard | 0.30 | 625.00 | 187.50 |
| GDB | Giles Boothman | 2.50 | 650.00 | 1,625.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 7.90 | 490.00 | 3,871.00 |
| MDF | Marcus Fink | 8.50 | 515.00 | 4,377.50 |
| PEF | Pierre-Emmanuel Fender | 0.10 | 515.00 | 51.50 |
| **Associate** | | | | |
| PDB | Paul Bagon | 1.00 | 350.00 | 350.00 |
| **Junior Associate** | | | | |
| ACW | Andy Wright | 1.50 | 315.00 | 472.50 |
| **Trainee** | | | | |
| CROUSS | Charles Rousseau | 1.10 | 160.00 | 176.00 |
| EARDEN | Edward Arden | 8.70 | 185.00 | 1,609.50 |
| | | | Total | **17,970.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**     <u>**General Claims Analysis/Claims Objections**</u>

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2011 | Paul Bagon | LETT | EMEA term sheet | 0.50 | 350.00 | 175.00 |
| 16/02/2011 | Paul Bagon | READ | Reviewing 4th estate settlement proposal. | 0.50 | 350.00 | 175.00 |
| 23/02/2011 | Edward Arden | RSCH | Beginning research into grounds for removal of administrator, for LAR. | 0.60 | 185.00 | 111.00 |
| 24/02/2011 | Edward Arden | MISC | Continuing research into grounds for removal of a liquidator.  Writing first draft of memo. | 6.40 | 185.00 | 1,184.00 |
| 25/02/2011 | Luke Rollason | LETT | Amending note re administrators' conflicts and potential removal. Reading Sisu Capital case.  Researching cases and commentary. Reading Insolvency Act sections. | 5.10 | 490.00 | 2,499.00 |
| 28/02/2011 | Andy Wright | RSCH | Researching process for compromising s75 debt | 1.50 | 315.00 | 472.50 |
| 28/02/2011 | Angela Pearson | PREP | Prepare for meeting | 1.00 | 625.00 | 625.00 |
| 28/02/2011 | Angela Pearson | TRAV | Travel time | 0.30 | 625.00 | 187.50 |
| 28/02/2011 | Angela Pearson | ATTD | Pre-meeting | 2.50 | 625.00 | 1,562.50 |
| 28/02/2011 | Angela Pearson | TRAV | Travel time | 0.50 | 625.00 | 312.50 |
| 28/02/2011 | Angela Pearson | ATTD | Meeting with Trustees, etc. | 3.00 | 625.00 | 1,875.00 |
| 28/02/2011 | Angela Pearson | TRAV | Travel time | 0.50 | 625.00 | 312.50 |
| 28/02/2011 | Angela Pearson | INTD | Discussion with Giles Boothman | 0.30 | 625.00 | 187.50 |
| 28/02/2011 | Angela Pearson | INTD | Email to Paris Office | 0.30 | 625.00 | 187.50 |
| 28/02/2011 | Charles Rousseau | RSCH | Recherche sur l'existence d'une obligation du liquidateur de dresser un rapport avant la distribution des sommes récuprées | 1.10 | 160.00 | 176.00 |
| 28/02/2011 | Edward Arden | DRFT | Reading LAR's amendments to removal of administrator note and updating accordingly. Discussing with GDB, responding to queries and putting together further information. | 1.70 | 185.00 | 314.50 |
| 28/02/2011 | Eric Bouffard | INTD | Instructing + disc PEF | 0.30 | 625.00 | 187.50 |
| 28/02/2011 | Giles Boothman | READ | Term sheet/memos re. administrator duties/emails | 1.50 | 650.00 | 975.00 |
| 28/02/2011 | Giles Boothman | INTD | Marcus/Angela - various re. meetings with pension parties | 0.50 | 650.00 | 325.00 |
| 28/02/2011 | Giles Boothman | RSCH | Various queries arising from meetings | 0.50 | 650.00 | 325.00 |
| 28/02/2011 | Luke Rollason | READ | Reviewing and amending note re administrator removal. Discussing with Giles Boothman. | 2.80 | 490.00 | 1,372.00 |
| 28/02/2011 | Marcus Fink | LETT | Prep for and attend meeting with PPF/tPR and trustees. Research court approval point raised by trustees and discuss with ACW. Liaise with French counsel over quantum of French estate. | 8.50 | 515.00 | 4,377.50 |
| 28/02/2011 | Pierre-Emmanuel Fender | LETT | French liquidation : access to report | 0.10 | 515.00 | 51.50 |

|  |  |  |  |  |  | 17,970.50 |
|---|---|---|---|---|---|---|

## Matter: CCN01.00001 – BANKRUPTCY

### C0018        Tax Issues

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Partner** | | | |
| PJM        Paul Miller | 0.10 | 650.00 | 65.00 |
| RCP        Richard Palmer | 0.50 | 675.00 | 337.50 |
| **Senior Associate** | | | |
| CTF        Caroline Fitzgerald | 7.20 | 485.00 | 3,492.00 |
| Total | | | **3,894.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 15/02/2011 | Caroline Fitzgerald | READ | Seller's mark-up – tax provisions and intd RCP | 2.50 | 485.00 | 1,212.50 |
| 15/02/2011 | Richard Palmer | INTD | Discussion with CTF re asset sale agreement. | 0.50 | 675.00 | 337.50 |
| 16/02/2011 | Caroline Fitzgerald | LETT | Summary of points on Seller mark-up | 1.20 | 485.00 | 582.00 |
| 21/02/2011 | Caroline Fitzgerald | READ | Review of sale agreement | 0.80 | 485.00 | 388.00 |
| 22/02/2011 | Caroline Fitzgerald | READ | Review of sale agreement and consideration of VAT points | 2.70 | 485.00 | 1,309.50 |
| 22/02/2011 | Paul Miller | INTD | CTF re: VAT | 0.10 | 650.00 | 65.00 |
| | | | | | | **3,894.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**        **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 54.80 | 625.00 | 34,250.00 |
| GDB | Giles Boothman | 7.00 | 650.00 | 4,550.00 |
| SEH | Steven Hull | 1.50 | 625.00 | 937.50 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 5.20 | 490.00 | 2,548.00 |
| MDF | Marcus Fink | 31.00 | 515.00 | 15,965.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 81.80 | 350.00 | 28,630.00 |
| **Junior Associate** | | | | |
| ACW | Andy Wright | 3.60 | 315.00 | 1,134.00 |
| **Professional Development** | | | | |
| GJS | Gabrielle Samuels | 6.20 | 485.00 | 3,007.00 |
| **Trainee** | | | | |
| ALEVET | Andy Levett | 4.50 | 185.00 | 832.50 |
| EARDEN | Edward Arden | 0.70 | 185.00 | 129.50 |

Total        **91,983.50**

## Matter: CCN01.00001 – BANKRUPTCY

### C0019    Labor Issues/Employee Benefits

|  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2011 | Marcus Fink | LETT | Discussion with P Bagon re pension guarantee note and analysis of trustee claims | 2.20 | 515.00 | 1,133.00 |
| 01/02/2011 | Paul Bagon | INTD | With MDF re pension guarantee note. | 0.70 | 350.00 | 245.00 |
| 01/02/2011 | Paul Bagon | LETT | Research re pension guarantee - Lever Bros v Bell | 2.70 | 350.00 | 945.00 |
| 01/02/2011 | Steven Hull | INTD | Confer with Marcus Fink regarding guarantees and impact of same and interpretation of guaranteed obligations under same and trigger points. | 0.70 | 625.00 | 437.50 |
| 02/02/2011 | Giles Boothman | INTD | PDB re. pensions issues/professionals call | 0.50 | 650.00 | 325.00 |
| 02/02/2011 | Marcus Fink | DRFT | Finalise draft memo re 2006 and 2007 pension guarantees | 1.30 | 515.00 | 669.50 |
| 02/02/2011 | Paul Bagon | DRFT | Pension guarantee note. | 5.60 | 350.00 | 1,960.00 |
| 03/02/2011 | Edward Arden | READ | Proof reading pensions memo for PDB. | 0.40 | 185.00 | 74.00 |
| 03/02/2011 | Paul Bagon | DRFT | Note re pension guarantees. | 5.30 | 350.00 | 1,855.00 |
| 04/02/2011 | Giles Boothman | SUPE | PDB re. pension guarantees | 1.00 | 650.00 | 650.00 |
| 04/02/2011 | Giles Boothman | READ | Review/amend notes re. guarantees | 2.00 | 650.00 | 1,300.00 |
| 04/02/2011 | Marcus Fink | LETT | Con with P Bagon and revise draft note on NNL pension guarantee analysis | 0.80 | 515.00 | 412.00 |
| 04/02/2011 | Paul Bagon | DRFT | Pension guarantees note. | 4.00 | 350.00 | 1,400.00 |
| 04/02/2011 | Steven Hull | INTD | Confer with Marcus Fink regarding enforceability of guaranteed obligations under guarantees and review Marcus Fink detailed note regarding same. | 0.80 | 625.00 | 500.00 |
| 07/02/2011 | Angela Pearson | INTD | Discussion with Marcus Fink | 0.50 | 625.00 | 312.50 |
| 07/02/2011 | Angela Pearson | DRFT | Amend note re: guarantees | 3.50 | 625.00 | 2,187.50 |
| 07/02/2011 | Marcus Fink | LETT | Discussion of guarantees with A Pearson and further review of note. Research into regs made under s150 PA04 and analysing same | 2.40 | 515.00 | 1,236.00 |
| 08/02/2011 | Angela Pearson | INTD | Discussion with Marcus Fink | 0.50 | 625.00 | 312.50 |
| 08/02/2011 | Angela Pearson | INTD | Discussion with Paul Bagon | 0.50 | 625.00 | 312.50 |
| 08/02/2011 | Angela Pearson | DRFT | Reviewing guarantee document | 4.50 | 625.00 | 2,812.50 |
| 08/02/2011 | Marcus Fink | LETT | Responding to questions from A Pearson and redrafting guarantee note | 1.10 | 515.00 | 566.50 |
| 08/02/2011 | Paul Bagon | INTD | MDF and AMP re guarantees. | 1.00 | 350.00 | 350.00 |
| 08/02/2011 | Paul Bagon | READ | Canadian and pension regulator mediation briefs re UK guarantees. | 4.00 | 350.00 | 1,400.00 |
| 09/02/2011 | Angela Pearson | DRFT | Revise Guarantee Note | 2.00 | 625.00 | 1,250.00 |
| 09/02/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.50 | 625.00 | 312.50 |
| 09/02/2011 | Angela Pearson | INTD | Discussion trainee research | 0.50 | 625.00 | 312.50 |
| 09/02/2011 | Angela Pearson | READ | Review research - guarantee | 1.00 | 625.00 | 625.00 |
| 09/02/2011 | Angela Pearson | READ | Review Marcus Fink's amendments | 0.50 | 625.00 | 312.50 |
| 09/02/2011 | Angela Pearson | INTD | Email to P Bagon | 0.30 | 625.00 | 187.50 |
| 09/02/2011 | Giles Boothman | INTD | PDB re. Canadian guarantees | 0.50 | 650.00 | 325.00 |
| 09/02/2011 | Marcus Fink | LETT | Further amends to guarantee note following AMP redraft | 1.30 | 515.00 | 669.50 |
| 09/02/2011 | Paul Bagon | LETT | Pensions note. related internal discussions and emails with AMP and MDF. | 4.00 | 350.00 | 1,400.00 |
| 10/02/2011 | Angela Pearson | PHON | Telephone conversation with P Bagon | 0.30 | 625.00 | 187.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>      <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 10/02/2011 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 10/02/2011 | Giles Boothman | INTD | PDB re. Canadian guarantees | 0.50 | 650.00 | 325.00 |
| 10/02/2011 | Paul Bagon | LETT | Pension guarantee note and related discussions with AMP, MDF and GJS. | 6.50 | 350.00 | 2,275.00 |
| 11/02/2011 | Angela Pearson | READ | Reviewing amendment | 1.00 | 625.00 | 625.00 |
| 11/02/2011 | Angela Pearson | INTD | Discussion with P Bagon | 0.30 | 625.00 | 187.50 |
| 11/02/2011 | Giles Boothman | READ | Review/comment on note re. Canadian guarantees | 1.00 | 650.00 | 650.00 |
| 11/02/2011 | Giles Boothman | INTD | PDB re. Canadian guarantees | 0.30 | 650.00 | 195.00 |
| 11/02/2011 | Gabrielle Samuels | LETT | Considering note re guarantee enforceability | 1.00 | 485.00 | 485.00 |
| 11/02/2011 | Marcus Fink | LETT | Review guarantee note and make final amends. Discussions with P Bagon re the same | 2.30 | 515.00 | 1,184.50 |
| 11/02/2011 | Paul Bagon | DRFT | Finalising and sending out UK pension guarantee note and related internal discussions with GDB, MDF, AMP and GJS. | 7.00 | 350.00 | 2,450.00 |
| 14/02/2011 | Giles Boothman | INTD | PDB re. Canadian guarantees (by email) | 0.20 | 650.00 | 130.00 |
| 15/02/2011 | Giles Boothman | INTD | PDB re. guarantees | 0.30 | 650.00 | 195.00 |
| 15/02/2011 | Marcus Fink | LETT | Review emails and file documents | 1.20 | 515.00 | 618.00 |
| 17/02/2011 | Paul Bagon | READ | UK pension guarantee issues. | 3.00 | 350.00 | 1,050.00 |
| 17/02/2011 | Paul Bagon | LETT | Coordinating with FMC re uk pension guarantees. | 0.30 | 350.00 | 105.00 |
| 18/02/2011 | Angela Pearson | READ | Review emails | 0.30 | 625.00 | 187.50 |
| 18/02/2011 | Angela Pearson | INTD | Telephone conversation with Giles Boothman | 2.30 | 625.00 | 1,437.50 |
| 18/02/2011 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.20 | 625.00 | 125.00 |
| 18/02/2011 | Angela Pearson | READ | Review of guarantee advice | 1.30 | 625.00 | 812.50 |
| 18/02/2011 | Giles Boothman | INTD | PDB/Angela re. Canadian guarantees | 0.50 | 650.00 | 325.00 |
| 18/02/2011 | Giles Boothman | INTD | Emails re. Canadian guarantees | 0.20 | 650.00 | 130.00 |
| 18/02/2011 | Paul Bagon | READ | Nortel - Lehman Pension case | 2.00 | 350.00 | 700.00 |
| 18/02/2011 | Paul Bagon | READ | Uk pension guarantee analysis. | 4.00 | 350.00 | 1,400.00 |
| 18/02/2011 | Paul Bagon | LETT | Coordinating pension guarantee analysis and arranging follow up with AG and FMC. | 1.50 | 350.00 | 525.00 |
| 21/02/2011 | Angela Pearson | PREP | Prepare for conference call | 1.20 | 625.00 | 750.00 |
| 21/02/2011 | Angela Pearson | PHON | Conference call with Fraser | 1.00 | 625.00 | 625.00 |
| 21/02/2011 | Angela Pearson | INTD | Post conference call discussion | 0.30 | 625.00 | 187.50 |
| 21/02/2011 | Angela Pearson | INTD | Telephone call with Marcus Fink | 0.20 | 625.00 | 125.00 |
| 21/02/2011 | Angela Pearson | INTD | Telephone calls with P Bagon | 0.40 | 625.00 | 250.00 |
| 21/02/2011 | Angela Pearson | DRFT | Revising draft note/research | 7.30 | 625.00 | 4,562.50 |
| 21/02/2011 | Gabrielle Samuels | LETT | Call re: liability under guarantees | 1.20 | 485.00 | 582.00 |
| 21/02/2011 | Marcus Fink | LETT | Internal meeting followed by call with FMC re guarantees note. Further research and amends to guarantee note | 3.60 | 515.00 | 1,854.00 |
| 21/02/2011 | Paul Bagon | LETT | Amending pension guarantee note and related internal discussions and calls with Frasers. | 8.00 | 350.00 | 2,800.00 |
| 22/02/2011 | Andy Wright | RSCH | Researching when winding up commences for schemes in assessment period | 1.40 | 315.00 | 441.00 |
| 22/02/2011 | Angela Pearson | PHON | Telephone conversation with PDB | 0.20 | 625.00 | 125.00 |
| 22/02/2011 | Angela Pearson | LETT | Emails - R Def | 0.20 | 625.00 | 125.00 |
| 22/02/2011 | Angela Pearson | READ | Revising memo | 2.50 | 625.00 | 1,562.50 |
| 22/02/2011 | Angela Pearson | PHON | Telephone conversation P Bagen | 0.60 | 625.00 | 375.00 |
| 22/02/2011 | Angela Pearson | PHON | Telephone conversation GJS | 0.40 | 625.00 | 250.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0019**        **Labor Issues/Employee Benefits**

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/02/2011 | Angela Pearson | LETT | Telephone conversation Counsel | 0.20 | 625.00 | 125.00 |
| 22/02/2011 | Angela Pearson | PHON | Conference call client and call CV up | 1.00 | 625.00 | 625.00 |
| 22/02/2011 | Angela Pearson | LETT | Email to P Def | 0.30 | 625.00 | 187.50 |
| 22/02/2011 | Angela Pearson | READ | Review docs | 0.20 | 625.00 | 125.00 |
| 22/02/2011 | Edward Arden | READ | Checking cross-references for PDB. | 0.30 | 185.00 | 55.50 |
| 22/02/2011 | Gabrielle Samuels | LETT | Rider to Nortel memo re contra proferentum | 1.20 | 485.00 | 582.00 |
| 22/02/2011 | Gabrielle Samuels | LETT | Nortel conference call | 1.30 | 485.00 | 630.50 |
| 22/02/2011 | Marcus Fink | LETT | Further analysis on guarantees, cons with AMP and PB re the same and review trustee exhibts | 2.10 | 515.00 | 1,081.50 |
| 22/02/2011 | Paul Bagon | DRFT | Finalising Ashurst pension guarantee memo, related calls with Frasers and sending out to wider group. | 16.00 | 350.00 | 5,600.00 |
| 23/02/2011 | Andy Wright | DRFT | Researching winding-up of schemes inside and outside PPF and transition process through PPF and preparing timelines re. the same | 2.20 | 315.00 | 693.00 |
| 23/02/2011 | Angela Pearson | PREP | Prepare for call | 1.00 | 625.00 | 625.00 |
| 23/02/2011 | Angela Pearson | PHON | Call with Akin Gump | 2.50 | 625.00 | 1,562.50 |
| 23/02/2011 | Angela Pearson | INTD | Post call discussion | 0.80 | 625.00 | 500.00 |
| 23/02/2011 | Angela Pearson | ATTD | Internal Meeting – P Bagon/M Fink re: guarantee | 1.00 | 625.00 | 625.00 |
| 23/02/2011 | Angela Pearson | READ | Review email | 0.50 | 625.00 | 312.50 |
| 23/02/2011 | Angela Pearson | INTD | Emails P Bagon | 0.40 | 625.00 | 250.00 |
| 23/02/2011 | Gabrielle Samuels | LETT | Conference call | 1.50 | 485.00 | 727.50 |
| 23/02/2011 | Luke Rollason | LETT | Reviewing pension note and emails. Discussing with Paul Bagon. | 2.70 | 490.00 | 1,323.00 |
| 23/02/2011 | Luke Rollason | LETT | Committee call pre-call. Pensions call. | 2.50 | 490.00 | 1,225.00 |
| 23/02/2011 | Marcus Fink | LETT | Preparing presentation to UCC advisors relating to pension claims and attend UCC committee con call and subsequent calls with FMC and Akin. Further discussion and analysis relating to guarantees | 6.40 | 515.00 | 3,296.00 |
| 23/02/2011 | Paul Bagon | INTD | Internal discussion re guarantees with MDF and AMP and related prep. | 2.50 | 350.00 | 875.00 |
| 23/02/2011 | Paul Bagon | DRFT | Pension timeline. | 1.00 | 350.00 | 350.00 |
| 23/02/2011 | Paul Bagon | PHON | With AG and Frasers re pension guarantees and related internal discussions. | 1.70 | 350.00 | 595.00 |
| 24/02/2011 | Andy Levett | RSCH | Research on topic of retrospective legislation | 2.10 | 185.00 | 388.50 |
| 24/02/2011 | Angela Pearson | INTD | Telephone call with Giles Boothman | 0.50 | 625.00 | 312.50 |
| 24/02/2011 | Angela Pearson | LETT | Amending emails, etc. to go to Akin | 0.50 | 625.00 | 312.50 |
| 24/02/2011 | Angela Pearson | INTD | Discussion with Marcus Fink | 0.50 | 625.00 | 312.50 |
| 24/02/2011 | Angela Pearson | READ | Review emails/term sheet, etc. | 1.00 | 625.00 | 625.00 |
| 24/02/2011 | Angela Pearson | PREP | Prepare for meeting | 2.50 | 625.00 | 1,562.50 |
| 24/02/2011 | Angela Pearson | LETT | Email | 0.50 | 625.00 | 312.50 |
| 24/02/2011 | Marcus Fink | LETT | Further analysis of pension guarantee claims and discussion with AMP and PB re the same in relation to Akin follow up questions. Attend team meeting with GB. Review and comment on trustees mediation brief. Review emails re proces for trustees' meetings | 5.10 | 515.00 | 2,626.50 |
| 24/02/2011 | Paul Bagon | LETT | Responding to question re priority claim and related internal discussions with MDF and AMP. | 1.00 | 350.00 | 350.00 |
| 25/02/2011 | Andy Levett | RSCH | Rsearch into Paramount Airways case and Exeter City council case on retrospectivity | 2.40 | 185.00 | 444.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019        Labor Issues/Employee Benefits**

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 25/02/2011 | Angela Pearson | READ | Review research re: retrospective legislation | 1.00 | 625.00 | 625.00 |
| 25/02/2011 | Angela Pearson | INTD | Emails to Paul Bagon/Giles Boothman | 0.50 | 625.00 | 312.50 |
| 25/02/2011 | Angela Pearson | LETT | Email to Akin | 0.80 | 625.00 | 500.00 |
| 25/02/2011 | Angela Pearson | LETT | Email to Akin | 0.20 | 625.00 | 125.00 |
| 25/02/2011 | Angela Pearson | INTD | Discussion re: guarantee issues | 0.30 | 625.00 | 187.50 |
| 25/02/2011 | Angela Pearson | PREP | Prepare for meeting | 3.50 | 625.00 | 2,187.50 |
| 25/02/2011 | Marcus Fink | LETT | Review further emails relating to meeting with trustees and PPF and discuss further points on guarantee with AMP | 1.20 | 515.00 | 618.00 |
| 27/02/2011 | Angela Pearson | READ | Review emails | 0.40 | 625.00 | 250.00 |
| 27/02/2011 | Angela Pearson | LETT | Emails to Akin Gump | 0.20 | 625.00 | 125.00 |

91,983.50

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0024**</u>     <u>**Asset/Stock Transaction/Business Liquidations**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| DTB | Dominic Batchelor | 5.60 | 600.00 | 3,360.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 20.60 | 350.00 | 7,210.00 |
| | | | Total | 10,570.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/02/2011 | Paul Bagon | READ | Revised Iceberg bid docs. | 2.50 | 350.00 | 875.00 |
| 09/02/2011 | Dominic Batchelor | PREP | Review of revised agreement | 1.00 | 600.00 | 600.00 |
| 09/02/2011 | Paul Bagon | READ | Iceberg bid docs and related internal discussion with DTB | 2.00 | 350.00 | 700.00 |
| 10/02/2011 | Dominic Batchelor | PHON | Call (plus prep) | 0.70 | 600.00 | 420.00 |
| 10/02/2011 | Paul Bagon | READ | Iceberg bid documents and related discussions with DTB | 2.00 | 350.00 | 700.00 |
| 10/02/2011 | Paul Bagon | PHON | With AG re IP issues in revised Iceberg bid docs. | 0.50 | 350.00 | 175.00 |
| 11/02/2011 | Paul Bagon | PHON | Call with AG London re Iceberg ASA | 0.30 | 350.00 | 105.00 |
| 14/02/2011 | Dominic Batchelor | PREP | Read of revised draft APA; emails | 1.50 | 600.00 | 900.00 |
| 14/02/2011 | Paul Bagon | PHON | Professionals pre-call re Iceberg | 1.00 | 350.00 | 350.00 |
| 14/02/2011 | Paul Bagon | READ | Revised iceberg bid docs. | 3.00 | 350.00 | 1,050.00 |
| 14/02/2011 | Paul Bagon | LETT | Emails re Iceberg bids. | 1.00 | 350.00 | 350.00 |
| 15/02/2011 | Paul Bagon | READ | APA and related emails. | 3.80 | 350.00 | 1,330.00 |
| 15/02/2011 | Paul Bagon | LETT | Tax warranties emails. | 0.20 | 350.00 | 70.00 |
| 16/02/2011 | Paul Bagon | LETT | Iceberg tax review and related email to AG. | 2.00 | 350.00 | 700.00 |
| 20/02/2011 | Paul Bagon | LETT | Various emails. | 0.30 | 350.00 | 105.00 |
| 21/02/2011 | Dominic Batchelor | PREP | Review of latest draft APA; email; INTD with Paul Bagon | 2.40 | 600.00 | 1,440.00 |
| 21/02/2011 | Paul Bagon | LETT | Email to AG re IP issues in Bidder 1's revised ASA. | 2.00 | 350.00 | 700.00 |
| | | | | | | 10,570.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>     <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 3.40 | 650.00 | 2,210.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 6.80 | 350.00 | 2,380.00 |
| | | | Total | 4,590.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2011 | Giles Boothman | INTD | PDB re. Canadian issues | 0.50 | 650.00 | 325.00 |
| 02/02/2011 | Paul Bagon | PHON | Professionals' pre-call. | 0.80 | 350.00 | 280.00 |
| 03/02/2011 | Giles Boothman | INTD | PDB re. Canadian persons/read docs | 0.50 | 650.00 | 325.00 |
| 03/02/2011 | Paul Bagon | PHON | Post UCC advisers call (in part). | 0.80 | 350.00 | 280.00 |
| 05/02/2011 | Paul Bagon | LETT | Emails. | 0.20 | 350.00 | 70.00 |
| 08/02/2011 | Giles Boothman | READ | Emails re. London trip | 0.30 | 650.00 | 195.00 |
| 09/02/2011 | Paul Bagon | PHON | Post UCC meeting professionals call | 0.40 | 350.00 | 140.00 |
| 14/02/2011 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 15/02/2011 | Giles Boothman | READ | Emails | 0.20 | 650.00 | 130.00 |
| 17/02/2011 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 17/02/2011 | Giles Boothman | READ | Emails | 0.20 | 650.00 | 130.00 |
| 23/02/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1.30 | 350.00 | 455.00 |
| 23/02/2011 | Paul Bagon | CASE | Coordinating arrangements re AG meetings in London with pension trustee and administrator. | 0.80 | 350.00 | 280.00 |
| 24/02/2011 | Giles Boothman | INTD | PDB/Angela briefing call | 0.50 | 650.00 | 325.00 |
| 24/02/2011 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 24/02/2011 | Paul Bagon | CASE | Case management re London meetings with pension parties and administrator. | 2.50 | 350.00 | 875.00 |
| 27/02/2011 | Giles Boothman | LETT | Fred re. London visit | 0.10 | 650.00 | 65.00 |
| 27/02/2011 | Giles Boothman | READ | Emails re. London visit | 0.30 | 650.00 | 195.00 |
| | | | | | | 4,590.00 |