## Exhibit C

## DISBURSEMENT SUMMARY
## FEBRUARY 01, 2011 THROUGH FEBRUARY 28, 2011

| Document Production | £414.61 |
|---|---|
| Courier | £14.75 |
| Travel Expenses – Ground Transportation | £60.00 |
| Telephonic | £23.11 |
| **TOTAL** | **£512.47** |