**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** 184.16

**External Photocopying Charges (Outside Photocopying Charges)**

| | | |
|---|---|---|
| 19/01/2011 | VENDOR: Lineal Limited; INVOICE#: 635; DATE: 19/01/2011 - Outsourced - Printing | 230.45 |

**Fares, Courier Charges and Incidental Expenses (Courier Charges)**

| | | |
|---|---|---|
| 20/02/2011 | VENDOR: CYC Logistics & Distribution; INVOICE#: 50329; DATE: 20/02/2011 - COURIER CYC - PDB (Paul Bagon, Britten Close) 14/02/11 | 14.75 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 15/02/2011 | PAYEE: Petty cash; REQUEST#: 427123; DATE: 15/02/2011. - petty cash taxi | 30.00 |
| 23/02/2011 | PAYEE: Petty cash; REQUEST#: 428847; DATE: 23/02/2011. - petty cash taxi | 30.00 |

**Fares, Courier Charges and Incidental Expenses (Telephone Conference)**

| | | |
|---|---|---|
| 01/02/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000383237; DATE: 01/02/2011 - Conference call on 19/01/11 | 8.37 |
| 01/02/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000383237; DATE: 01/02/2011 - Conference call on11/01/11, 14/01/11 | 14.74 |

512.47