**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 01, 2011 THROUGH FEBRUARY 28 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 12.90 | 8,385.00 |
| Richard Palmer | Partner for 13 years; Admitted in 1988; Tax Group, UK | £675 | 0.50 | 337.50 |
| Angela Pearson | Partner for 5 years; Admitted in 1991; Litigation Group, UK | £625 | 64.70 | 40,437.50 |
| Dominic Batchelor | Partner for 1 year; Admitted in 2000; Intellectual Property Group, UK | £600 | 5.60 | 3,360.00 |
| Eric Bouffard | Partner for 5 years; Admitted in 1996; Litigation and Restructuring, France | £625 | 0.30 | 187.50 |
| Steven Hull | Partner for 14 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 1.50 | 937.50 |
| Paul Miller | Partner for 2 years; Admitted in 2000; Tax Group, UK | £650 | 0.10 | 65.00 |
| Marcus Fink | Associate for 10 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 39.50 | 20,342.50 |
| Pierre-Emmanuel Fender | Associate for 8 years; Admitted in 2003; Litigation and Restructuring, France | £515 | 0.10 | 51.50 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | 15.50 | 7,595.00 |
| Caroline Fitzgerald | Associate for 6 years; Admitted in 2005; Tax Group; UK | £485 | 7.20 | 3,492.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 123.70 | 43,295.00 |

23

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Andy Wright | Associate for 2 years; Admitted in 2009; Employment, Incentives and Pensions Group, UK | £315 | 5.10 | 1,606.50 |
| Gabrielle Samuels | Director of Professional Development; Admitted in 2000; International Finance Group, UK | £485 | 6.20 | 3,007.00 |
| Andy Levett | Trainee Solicitor; Litigation and Restructuring, France | £185 | 4.50 | 832.50 |
| Edward Arden | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 9.40 | 1,739.00 |
| Charles Rousseau | Legal Intern (*Juriste Stagiaire*); Litigation and Restructuring, France | £160 | 1.10 | 176.00 |
| **TOTAL** | | | **297.90** | **135,847.00** |

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 01, 2011 THROUGH FEBRUARY 28, 2011**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 9.30 | 3,255.00 |
| Creditors Committee Meetings | 8.10 | 3,583.50 |
| General Claims Analysis / Claims Objections | 40.00 | 17,970.50 |
| Tax Issues | 7.80 | 3,894.50 |
| Labor Issues / Employee Benefits | 196.30 | 91,983.50 |
| Asset/Stock Transaction/Business Liquidations | 26.20 | 10,570.00 |
| European Proceedings/Matters | 10.20 | 4,590.00 |
| **TOTAL** | **297.90** | **135,847.00** |