## Exhibit A

January 8 Letter



# NORTEL

January 8, 2010

Mr. William R. Burton
Senior Sourcing Process Leader
Verizon Communications
13100 Columbia Pike, D-35A
Silver Spring, MD 20904

Subject: Nortel Software Audit Findings

Dear Mr. Burton:

Nortel understands that Verizon is planning to sell certain DMS-100, DMS-10 and DMS-STP switches located in numerous states to Frontier Communications. Per the Software License terms of the General Product and Purchase Agreement Contract No. C0404520 (GPPA) between Verizon and Nortel, Verizon has the right to transfer the software license in conjunction with a sale, provided that Verizon requires its buyer to execute Nortel's right-to-use license for the software associated with the switches. In preparation for the transfer of the right-to-use, Nortel performed a detailed audit to confirm that all software has been properly licensed in the switches subject to sale in accordance with the GPPA. The purpose of this letter is to provide Verizon with the results of this audit. The attached files provide detailed information regarding software that, per our records and investigation, does not appear to have been properly licensed for use in these switches. In general and as has been done in the past, in order to resolve the outstanding license issues, at Verizon's direction, Verizon may either pay the appropriate license fees or request Nortel to remove the software, in which case, no license fees would be due. Once Verizon has had ample time to review this information and its internal records, we look forward to your feedback.

.If desired, we are available to review this information with you in detail. As always, if you have questions or require additional information, please feel free to contact me on (972) 362-4836.

Sincerely,

*(Original signed by)*
Patrice Miller
Account Manager, Sales – Verizon

Attachments:   A – DMS-100 SW Reconciliation
               B – DMS-10 SW Reconciliation

Cc:            D. Riden      (Verizon)
               R. Callanan   (Nortel)
               T. Metkowski  (Nortel)

Patrice Miller
Sales Account Manager
Nortel
215 Lower Country Drive, Gaithersburg, MD 20877 USA  T 972.362.4836  nortel.com