**Exhibit E**

November 2010 Email Exchange

**From:** Lynn Egan [mailto:lynnegan@nortel.com]
**Sent:** Tuesday, November 30, 2010 10:21 AM
**To:** Jim Strunge
**Cc:** Tony Metkowski; Richard Callanan; Joy Croom; Cristina Gomez; Robert Fishman; John P McGill
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs--RT1000

Jim,

Nortel has discussed GENBAND's request for the assignment of Nortel's RT-1000 Purchase, Sale and Maintenance Agreement with Verizon, dated March 31, 2000 (the "RT-1000 Contract"). The RT-1000 Contract was not included in the 365 Customer Contract List and is therefore not included within the definition of Assumed and Assigned Contracts set forth in the Asset Sale Agreement dated as of December 22, 2009. Consequently, Nortel is under no obligation to assign the RT-1000 Contract to GENBAND.

Moreover, given GENBAND's refusal to turn over amounts owed to Nortel from Verizon (the "Verizon Receivables") under that certain General Product Purchase Agreement for Softswitch and TDM Products and Services dated on or about August 5, 2004 (the "GPPA Contract"), Nortel is not willing to consider proceeding with the assignment of the RT-1000 Contract at this time. Further details regarding GENBAND's failure to remit the Verizon Receivables are set forth in my letter of August 13, 2010 to Shauna Martin, and in Nortel's motion filed in the US Bankruptcy Court for the District of Delaware on November 17, 2010.

Nortel would be willing to reconsider your request to assign the RT-1000 Contract upon receipt of (i) a fully executed copy of the Settlement Agreement and the name and contact information of representatives of Verizon with whom GENBAND has been in discussions with respect to the Settlement Agreement; (ii) an accounting of all purchase orders received and expected to be received by GENBAND from Verizon with respect to the Verizon Receivables, copies of such purchase orders, and the related invoices issued by GENBAND; (iii) the turnover of any amounts received by GENBAND in payment for the Verizon Receivables as of the date hereof, and (iv) an agreement that Nortel is the proper owner and beneficiary of any purchase orders previously issued and amounts that GENBAND may receive from Verizon after the date hereof with respect to the Verizon Receivables. We further expect that GENBAND will fully cooperate with Nortel and Verizon to resolve this matter.

Lynn

---

**Lynn Egan**
**Senior Counsel, Law Department**
**Nortel Networks**
**LynnEgan@nortel.com**
**Phone 615.432.4289 Fax 615.432.4413 (esn 222)**
NORTEL CONFIDENTIAL-SPECIAL HANDLING The information contained herein is the property of Nortel and is strictly confidential. Except as authorized in writing by Nortel, the recipient shall keep all information contained herein confidential, shall disclose it only to its employees who have a need to know, and shall protect it from disclosure to third parties with the same degree of care it uses to protect its own confidential information, but with no less than reasonable care. Except as authorized in writing, the recipient is granted no rights to use the confidential information herein. If you have received this email in error, please advise the sender, and then delete this email.

**From:** Jim Strunge [mailto:jim.strunge@genband.com]
**Sent:** Friday, November 19, 2010 11:38 AM
**To:** Egan, Lynn (NASHF:9792)
**Cc:** Tony Metkowski; Richard Callanan; Joy Croom; Jim Strunge
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs--RT1000

Thank you..please let me know if you need additional information from us.

Regards,

Jim Strunge
GENBAND Sales Manager
Office:    972.362.4119
Mobile:    410.215.5550

---

**From:** Lynn Egan [mailto:lynnegan@nortel.com]
**Sent:** Friday, November 19, 2010 12:25 PM
**To:** Jim Strunge
**Cc:** Tony Metkowski; Richard Callanan; Joy Croom
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

Jim we are still looking at this internally.  Hope to have an answer for you within the next few days.
Lynn

**From:** Jim Strunge [mailto:jim.strunge@genband.com]
**Sent:** Friday, November 19, 2010 9:25 AM
**To:** Egan, Lynn (NASHF:9792)
**Cc:** Tony Metkowski; Richard Callanan; Joy Croom; Jim Strunge
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs
**Importance:** High

Lynn - I'm hoping that this is moving along since we are targeting booking this RT1000 order before the end of November. Can you give us a status of where the assignment stands; do you foresee any roadblocks; and what assistance do you need form GENBAND to get this finalized?

Thanks,

Jim Strunge
GENBAND Sales Manager
Office:    972.362.4119
Mobile:    410.215.5550

---

**From:** Lynn Egan [mailto:lynnegan@nortel.com]
**Sent:** Tuesday, November 16, 2010 11:28 AM
**To:** Jim Strunge
**Cc:** Tony Metkowski; Richard Callanan; Joy Croom
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

I will turn my attention to this today Jim.  Sorry for the delay but there is more traffic than I can keep up with.
Lynn

**From:** Jim Strunge [mailto:jim.strunge@genband.com]
**Sent:** Monday, November 15, 2010 5:07 PM

**To:** Egan, Lynn (NASHF:9792)
**Cc:** Tony Metkowski; Richard Callanan; Joy Croom; Jim Strunge
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs
**Importance:** High

Lynn - I understand from Joy that you are the NBS prime for assigning Nortel contract to GENBAND. This contract involving the RT1000 system maintenance was originally overlooked in the bulk assignment exercise back in the summer and now has become a critical milestone to allow GENBAND to book the 3rd year of the multiyear amendment and subsequent invoicing .

I would really appreciate it if you could make this contract assignment a priority so that we can move forward with the order and booking this month.

Please let this distribution know if you foresee any delays or issues in getting this done.

Thanks and regards,

Jim Strunge
GENBAND Sales Manager
Office:    972.362.4119
Mobile:    410.215.5550

---

**From:** Joy Croom
**Sent:** Monday, November 15, 2010 9:41 AM
**To:** 'Lynn Egan'; 'Casey J Davison'; 'James Croft'
**Cc:** Beverly Thompson; 'Joseph Lanzkron'
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

Lynn,

Any idea how quickly we can get this amendment to Verizon? We have a PO from the customer already awaiting this assignment.

Joy

Notice: This e-mail message, together with any attachments, contains information of GENBAND Inc. (Plano, Texas, USA) that may be confidential proprietary copyrighted and/or legally privileged, and is intended solely for the use of the individual or entity named in this message. If you are not the intended recipient, and have received this message in error, please immediately return this by e-mail and then delete it

---

**From:** Joy Croom
**Sent:** Thursday, November 11, 2010 12:42 PM
**To:** 'Lynn Egan'; Casey J Davison; James Croft
**Cc:** Beverly Thompson; Joseph Lanzkron
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

No.

Joy

Notice: This e-mail message, together with any attachments, contains information of GENBAND Inc. (Plano, Texas, USA) that may be confidential proprietary copyrighted and/or legally privileged, and is intended solely for the use of the individual or entity named in this message. If you are not the intended recipient, and have received this message in error, please immediately return this by e-mail and then delete it

**From:** Lynn Egan [mailto:lynnegan@nortel.com]
**Sent:** Thursday, November 11, 2010 12:41 PM
**To:** Joy Croom; Casey J Davison; James Croft
**Cc:** Beverly Thompson; Joseph Lanzkron
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

Does this agreement bear any relation to General Product and Purchase Agreement for Softswitch and TDM Products and Services dated 7/30/2004?

**From:** Joy Croom [mailto:joy.croom@genband.com]
**Sent:** Wednesday, November 10, 2010 7:44 PM
**To:** Egan, Lynn (NASHF:9792); Casey J Davison; James Croft
**Cc:** Thompson, Beverly GENBAND (External:EXTRNL:REEQUINX); Joseph Lanzkron
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

Sure.

RT-1000 Purchase, Sale and Maintenance Agreement between Telesector Resources Group, Inc. (a Bell Atlantic Company) and Nortel Netowrks Inc.
Contract #BA18264
Executed 3/31/2000

Brian Henchy at Baker Botts prepared an amendment already. Hope that will save you some time. I already gave Jim Balchunas at Verizon a heads up that this was coming.

Joy

Notice: This e-mail message, together with any attachments, contains information of GENBAND Inc. (Plano, Texas, USA) that may be confidential proprietary copyrighted and/or legally privileged, and is intended solely for the use of the individual or entity named in this message. If you are not the intended recipient, and have received this message in error, please immediately return this by e-mail and then delete it

**From:** Lynn Egan [mailto:lynnegan@nortel.com]
**Sent:** Wednesday, November 10, 2010 7:07 PM
**To:** Joy Croom; Casey J Davison; James Croft
**Cc:** Beverly Thompson; Joseph Lanzkron
**Subject:** RE: Direct booking and invoicing from multi year contract amendments/ SOWs

Joy, can you give me the exact name of this contract, exact name of parties, date of execution, contract number if you have it?

Thanks
Lynn