# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 28th day of March, 2011, I caused a true and correct copy of the following to be served upon counsel on the attached service list in the manner indicated therein:

**Further Objection Of GENBAND US LLC To The Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Application Solutions Business, And Directing The Release Of Certain Escrowed Funds [D.I. 5169]; and**

**Affidavit Of Misty Kawecki In Support Of GENBAND'S Further Objection To The Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Application Solutions Business, And Directing The Release Of Certain Escrowed Funds [D.I. 5170].**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

DM3\1745346.1

Dated: March 28, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (No. 3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
         SLRoss@duanemorris.com

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: blair.connelly@lw.com
       eli.kay-oliphant@lw.com

*Counsel to GENBAND US LLC*

## SERVICE LIST

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Derek C. Abbott, Esq. | Fred S. Hodara, Esq. |
| Ann C. Cordo, Esq. | Ryan C. Jacobs Esq. |
| Andrew R. Remming, Esq. | David H. Botter Esq. |
| Morris Nichols Arsht & Tunnell LLP | Akin Gump |
| 1201 N. Market Street | One Bryant Park |
| 18th Floor | New York, NY 10036 |
| Wilmington, DE 19801 | |
| | James L. Bromley, Esq. |
| Thomas P. Tinker, Esq. | Lisa M. Schweitzer, Esq. |
| Office of the U.S. Trustee | David H. Herrington, Esq. |
| 844 King Street | Cleary Gottlieb Stein & Hamilton LLP |
| Suite 2207 Lockbox 35 | One Liberty Plaza |
| Wilmington, DE 19801-3519 | New York, NY 10006 |
| | |
| Mark D. Collins, Esq. | |
| Christopher M. Samis, Esq. | Ken Coleman, Esq. |
| Richards Layton & Finger | Lisa J.P. Kraidin, Esq. |
| One Rodney Square | Allen & Overy LLP |
| 920 N King St | 1221 Avenue of the Americas |
| Wilmington, DE 19801 | 20th Floor |
| | New York, NY 10020 |
| Mary F. Caloway, Esq. | |
| Buchanan Ingersoll & Rooney | |
| 1000 West Street | |
| Suite 1410 | |
| Wilmington, DE 19801 | |