## EXHIBIT B

Blackline Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: ~~Hon~~Jointly Administered
            ~~Debtor(s)~~.Debtors. :
:
: **RE: D. ~~Kevin Gross~~I. 5091**
:
------------------------------------------------------------X

**ORDER ALLOWING THE MOTION OF THE MICHIGAN
DEPARTMENT OF TREASURY FOR LEAVE TO FILE LATE CLAIM**

After consideration of ~~Motion~~the motion of The Michigan Department of Treasury For Leave To File Late Claim dated March 9, 2011 [D.I. 5091] (the "Motion"),[2] and the Court having jurisdiction to grant the relief requested pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that ~~Notice~~notice of the Motion was due and proper ~~under the court rules~~; and after deliberation finding that movant has established just cause,

IT IS HEREBY ORDERED THAT:

1. The ~~motion~~Motion is ~~granted~~GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2. The Michigan Department of Treasury ("Michigan") is permitted to file ~~its~~a late claim~~,~~ in the form appended as Exhibit A to the Motion (the "Claim"). The Debtors reserve all of their rights and defenses with respect to the Claim and any other claim by or against Michigan.

3. Michigan may not file any other late claim or request this Court for leave to file any other late claim; except that Michigan retains the right to request this Court for leave to file a late claim arising from any tax period for which the Debtors file an amended return in the future, where in each instance the Debtors reserve all rights and defenses they may have to such request. For the avoidance of doubt, this Order does not affect Michigan's right to assert claims against the Debtors relating to the post-petition period.

4. This Order is without prejudice to the Debtors' right to oppose any other motion for leave to file a late claim or any other assertion of excusable neglect relating to the failure of a claimant to file a timely claim.

5. ~~3.~~ The ~~court~~Court retains jurisdiction over the implementation and interpretation of ~~its~~this Order.

~~April 4,~~Dated: _____,
2011
Wilmington, Delaware                    THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE