# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:    Jointly Administered
Debtors.                                                 :
:    **RE: D.I. 4635**
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROMPT DETERMINATION REQUEST

**PLEASE TAKE NOTICE THAT** NNI and its subsidiaries file U.S. federal tax returns on a consolidated basis (collectively, the "NNI Filing Group"),[2] and on September 14, 2010, the NNI Filing Group filed their U.S. federal income tax return for the taxable period beginning on January 1, 2009 and ending on December 31, 2009 on Form 1120 (the "Tax Return").

**PLEASE TAKE NOTICE THAT** on September 15, 2010, the NNI Filing Group requested a prompt determination of its tax liability related to the Tax Return pursuant to section 505(b)(2) of the U.S. Bankruptcy Code (the "Request"), which required the Internal Revenue Service (the "IRS") to notify the Debtors if the Tax Return was selected for examination within

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The following Debtors are not part of the NNI Filing Group: Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), and Architel Systems (U.S.) Corporation (3826).

sixty (60) days of the Request and to complete the examination within one-hundred eighty (180) days of the Request.

**PLEASE TAKE FURTHER NOTICE THAT** on October 29, 2010, the IRS notified the Debtors that the Tax Return had been selected for examination under section 505(b)(2)(A) of the U.S. Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** on January 11, 2011, the Court entered an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending the Time for the IRS to Complete an Examination, which extended the time the IRS had to complete its examination of the Tax Return until June 30, 2011 [D.I. 4635].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby withdraw the Request without prejudice to the Debtors refiling the Request, and neither the filing of the Request nor this withdrawal shall constitute in any way an acceptance or admission of the validity or invalidity, in whole or in part, of any IRS determination regarding the Debtors' final liability under the Tax Return.

| | |
|---|---|
| Dated:  March 31, 2011<br>　　　　Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>　　- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*　　　　　　　　　　<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |