**CERTIFICATE OF SERVICE**

      I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on April 4, 2011 at 9:30 a.m. (ET)** was caused to be made on March 31, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: March 31, 2011                              */s/ Alissa T. Gazze*
                                                                        Alissa T. Gazze (No.  5338)

4145343.2

4145343.2