**EXHIBIT A**

**Debtors' Eighth Ordinary Course Professional Quarterly Statement for October 1, 2010 – December 31, 2010**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $1,385.10 | $0.00 | $145.80 | $0.00 | $0.00 | $0.00 | $1,312.20[1] | $0.00 | **$2,843.10** |
| Call & Jensen[2] | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $485.50 | $283.90 | $0.00 | $10.24 | $2,978.87 | $160.00 | $3,969.50[3] | $349.95 | **$7,433.87** |

---

[1]  Baker Donelson Bearman Caldwell & Berkowitz incurred $1,312.20 in fees for professional services provided to the Debtors during September 2010.

[2]  All references to Call & Jensen in this statement refer to Call & Jensen as well as to Call, Jensen and Farrell, its predecessor firm.

[3]  Call & Jensen incurred $2,503.50 in fees and $80.83 in disbursements and expenses for professional services provided to the Debtors during June 2010. Call & Jensen incurred $1,466.00 in fees and $269.12 in disbursements and expenses for professional services provided to the Debtors during September 2010.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper US LLP | International trade compliance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $450.45[4] | $0.00 | **$450.45** |
| Ernst & Young LLP[5] | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services; tax advisory and compliance assistance, and IRS account analysis | $0.00[6] | $0.00 | $0.00 | $0.00 | $591,660.00[7] | $0.00 | $0.00 | $0.00 | **$591,660.00** |

---

[4]  DLA Piper US LLP incurred $450.45 in fees for professional services provided to the Debtors during September 2010.

[5]  Ernst & Young LLP exceeded the Annual Cap (as defined in the OCP Order) in 2010. As a result, Ernst & Young LLP has filed fee applications for 2010 in accordance with the OCP Order. Therefore, the amounts reflected for Ernst & Young LLP in this Eighth Ordinary Course Professional Quarterly Statement are those reflected in the fee applications filed by Ernst & Young LLP and the payment of Ernst & Young LLP's fees, disbursements and expenses for professional services provided to the Debtors is fully subject to the fee application process. On March 23, 2011, this Court authorized the Debtors to employ Ernst & Young LLP *nunc pro tunc* to March 1, 2011 to provide tax services to the Debtors pursuant to sections 327(a) and 328(a) of title 11 of the United States Code. The Debtors will continue to include the fees or disbursements and expenses incurred by Ernst & Young LLP for professional services provided to the Debtors until March 1, 2011 in their quarterly Ordinary Course Professional Statements.

[6]  The Seventh Ordinary Course Professional Quarterly Statement [D.I. 4653] disclosed that Ernst & Young LLP filed a fee application [D.I. 4421] on November 24, 2010 seeking $260,941.50 in fees and $954.00 in disbursements and expenses for professional services provided to the Debtors from August 1, 2010 through October 31, 2010. The

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $1,575.00 | $10.39 | $1,370.00 | $1,591.55 | $6.900.50 | $1,118.57 | $13.260.00[8] | $313.40 | **$23,105.50** |
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $97.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$97.50** |
| Haynes and Boone LLP | Litigation | $72.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,280.00[9] | $9.40 | **$3,352.00** |

---

Seventh Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I.4605] authorized the payment of these fees, disbursements and expenses.

[7]    Ernst & Young LLP filed a fee application [D.I. 5041] on March 1, 2011 seeking $591,660.00 in fees for professional services provided to the Debtors from November 1, 2010 through January 31, 2011. The Eighth Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I.5156] authorized the payment of these fees.

[8]    Ford & Harrison LLP incurred $13,260.00 in fees and $313.40 in disbursements and expenses for professional services provided to the Debtors during June 2010.

[9]    Haynes and Boone LLP incurred $3,056.00 in fees and $9.40 in disbursements and expenses for professional services provided to the Debtors during August 2010. Haynes and Boone LLP incurred $224.00 in fees for professional services provided to the Debtors during September 2010.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $97.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$97.50** |
| Huddleston Bolen LLP | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court | $0.00 | $0.00 | $99.00 | $0.00 | $225.00 | $0.00 | $0.00 | $0.00 | **$324.00** |
| Intax Inc. | Property tax services | $0.00 | $0.00 | $0.00 | $0.00 | $9,148.00 | $0.00 | $0.00 | $0.00 | **$9,148.00** |
| Lex Caribbean | Trinidadian legal services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,278.33[10] | $1,214.22 | **$11,278.33** |

---

[10]    Lex Caribbean incurred the following fees for professional services provided to the Debtors: $9,700 during August 2009, $937.50 during April 2010 and $640.83 during May 2010.  Lex Caribbean incurred the following disbursements and expenses for professional services provided to the Debtors: $1,100.00 during August t2009 and $114.22 during May 2010.

4

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $900.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | **$2,100.00** |
| Mercer | Advice regarding compensation and benefit plan design, governance and implementation; advice with regard to retirement plan design and pension governance; and monthly updates on pension funded status. | $10,645.00 | $0.00 | $18,200.00 | $0.00 | $28,392.00 | $0.00 | 1,080.00[11] | $0.00 | **$58,317.00** |
| Rode & Qualey | Legal services, advice and counsel with respect to import and export laws, regulations and procedures | $0.00 | $0.00 | $4,520.00 | $1.76 | $25,580.00 | $45.23 | $0.00 | $0.00 | **$30,100.00** |
| Seyfarth Shaw LLP | Consultation with respect to retiree health obligations and health reform | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,242.25[12] | $0.00 | **$1,242.25** |

---

[11] Mercer incurred $1,080.00 in fees for professional services provided to the Debtors during June 2010..

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| | act | | | | | | | | | |
| The Impact Group | HR consulting (IT Group) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $553.57[13] | $0.00 | **$553.57** |
| Thomas Gigliotti | Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $1,886.25 | $0.00 | $0.00 | $0.00 | **$1,886.25** |

---

[12]     Seyfarth Shaw LLP incurred the following fees for professional services provided to the Debtors: $839.25 during April 2010 and $403.00 during May 2010.

[13]     The Impact Group incurred $553.57 in fees for professional services provided to the Debtors on January 14, 2009.