**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------X    Chapter 11
                                                                   :
In re                                                              :    Case No. 09-10138 (KG)
                                                                   :
Nortel Networks Inc., et al.,[1]                                   :    Jointly Administered
                                                                   :    Re: D. I. 5190
            Debtors.                                               :
-------------------------------------------------------------------X
```

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on March 31, 2011, copies of the **Order Allowing the Motion of The Michigan Department of Treasury for Leave to File Late Claim** were served in the manner indicated upon the entities identified on the attached service list.

Dated: April 1, 2011
       Wilmington, Delaware

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Alissa T. Gazze*
       Donna L. Culver (No. 2983)
       Derek C. Abbott (No. 3376)
       Alissa T. Gazze (No. 5338)
       1201 North Market Street, 18th Floor
       Wilmington, DE 19899-1347
       Telephone: (302) 658-9200
       Facsimile: (302) 425-4663

       and

       CLEARY GOTTLIEB STEEN & HAMILTON LLP
       James L. Bromley (admitted pro hac vice)
       Lisa M. Schweitzer (admitted pro hac vice)
       One Liberty Plaza
       New York, NY 10006
       Telephone: (212) 225-2000
       Facsimile: (212) 225-3999

4168215.1        Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via Hand Delivery**

Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King St.
Wilmington, DE 19801

Thomas P. Tinker
Office of the U.S. Trustee
844 King St.
Suite 2207, Lockbox 35
Wilmington, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 N. Market St.
Wilmington, DE 19899

**Via First Class Mail**

Herman G. Petzold
Assistant Attorney General
3030 W. Grand Blvd.
Ste 10-200
Detroit, MI 48202

Fred S. Hodara
Akin Gumo Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005