# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Certification Of Counsel Regarding Omnibus Hearing Dates** was caused to be made on April 1, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: April 1, 2011                    */s/ Ann C. Cordo*
                                        Ann C. Cordo (No. 4817)

2669071.10