**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1] :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------X

**DECLARATION OF STEPHEN KENKEL IN SUPPORT OF
DEBTORS' MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY
REQUESTS PROPOUNDED BY SNMP RESEARCH INTERNATIONAL, INC.**

I, Stephen Kenkel, declare under penalty of perjury as follows:

1. I am a Senior ClearCase Administrator/Analyst at Nortel Networks Inc. ("NNI"). I manage the transitioning of software to purchasers of the Debtors' businesses. During my 14 years with Nortel,[2] I have specialized in Software Development Environment (SDE) support, primarily involving the ClearCase product described below. Until recently I was the team leader for a group of engineers providing around-the-clock support to Nortel's ClearCase environment which was, at the time, the most extensive centrally administered ClearCase/MultiSite environment in existence. In earlier positions as a software engineer and a Unix system

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] "Nortel" is used herein to refer to the Debtors, their non-Debtor parents and their subsidiaries and affiliates. Nortel consists of Nortel Networks Corporation ("NNC"), the ultimate parent company; Nortel Networks Limited, NNC's principal Canadian operating subsidiary; NNI, the principal U.S. operating subsidiary and over 140 affiliates around the world.

administrator I acquired expertise in all of the standard Unix tools used for text searches.

2.    I have reviewed SNMP Research International Inc.'s ("SNMP RI") First Set of Interrogatories and Requests for Production of Documents Directed to the Debtors (the "Discovery Demands"), dated March 1, 2011 and hereby submit this declaration in support of the Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc.

3.    Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other employees of the Debtors or their affiliates and professionals retained by the Debtors, or learned from my review of relevant documents or upon my opinion based on my experience and knowledge of the Debtors' operations.  I am authorized to submit this declaration.

### I. Size, Scope and Use of Nortel's ClearCase Repository

4.    For approximately the last 15 years, most new software source code developed by Nortel has been stored in ClearCase.  ClearCase is produced by IBM and is a Software Configuration Management system.  Its primary function is to store every version (including both test and release versions of products) of every element related to a software project as it evolves over time.  ClearCase also allows for the tracking of changes to each element of software projects (e.g., source code module, document, binary file) over the various versions of a product.  For the last ten years, I have been primarily responsible for ClearCase and ClearCase/Multisite at Nortel.[3]

5.    The basic unit of ClearCase is a single Versioned Object Base or "VOB."  Each VOB contains a database, which stores all of the information necessary for the tracking of

---

[3]  ClearCase/Multisite is an add-on to base ClearCase which allows data to be replicated between sites.

changes to software elements described above. In particular, each VOB contains a directory structure that allows access to any desired version of any software element. I have administrator access to all Nortel VOBs on ClearCase as well as database administrator access to the in-house database used by Nortel to track the VOBs. There is no fixed size for a single VOB, but Nortel's VOBs typically range from multiple megabytes up to a few gigabytes in size. As an example, a fairly large Nortel VOB is /clearlib/pp_23. It is 21 gigabytes in size and contains approximately 30,000 distinct files and 300,000 distinct versions of files. In other words, there is an average of 10 versions of each file in this VOB.

6. As of 2007, I understand that Nortel had the largest distributed ClearCase configuration in the world, used by over 20,000 research and development designers. Within Nortel there are more than 3,700 different VOBs containing software source code. These VOBs occupy more than 8 terabytes of space. Nortel does not have metrics on files or line counts but I can safely estimate that there are millions of files, each with multiple versions, and many millions of lines of source code.

7. The Nortel ClearCase-based Software Development Environment (SDE) was designed to maximize collaboration among design groups, whether in different business units, different countries, or even different companies (in the case of contracted development partners). Because the Nortel ClearCase-based SDE was not designed to allocate intellectual property among specific business lines and their purchasers, it is difficult to find and/or track the location, ownership, and history of any particular piece of code.

## II. Complexities of Searching in a ClearCase Environment

8. Searching for strings and file names is considerably more complex in a ClearCase environment than in a simple archive or collection of files. To begin with, technical expertise is

required. At a minimum, training equivalent to a user course offered by IBM is needed, followed by a ClearCase administration training course.

9. This general training in ClearCase would need to be supplemented by specific details of Nortel's design environment specific to particular Nortel products. ClearCase has many features, such as branching and labeling, that can be used in different ways by different design groups. Very detailed knowledge of Nortel's software development process and products is required to select the exact version of each file that was used in a released product. Moreover, detailed knowledge of Nortel's software development process is needed to verify that a specific version of a file was ever used in a released Nortel product.

### III. The Debtors' Review of the Passport Business' Code

*The Search Process*

10. SNMP RI previously demanded that the Debtors perform a review of code used in Nortel's Passport business. I was personally involved in this review, which required the cooperation and participation of various non-Debtor Nortel entities and their employees. During this exercise, which was conducted at the end of 2010 and early 2011, scripts were written to implement the searches described below in the Passport business' code base. These scripts made heavy use of the Unix and ClearCase "find" command, which locates specific files and directories based on name, combined with commands used to search for strings within files. Test cases were developed to validate the search scripts. Specifically, a test set of files was created which contained both files that matched the search conditions and similar files that did not. The test search confirmed that the scripts located only the files matching the search conditions.

11. Next, the Debtors, directly and through other Nortel entities, consulted designers familiar with the Passport products to generate a list of VOB names which contained the Passport code to be examined. The search used the ClearCase "view" facility, which makes

visible only specific versions of files. The scripts were run in ClearCase views associated with the product releases and generated several thousand search "hits" (instances of code satisfying the broad search criteria used).

12. The list of hits was then filtered to eliminate duplicates. The final list was inspected manually, using product knowledge and the history data built into ClearCase to determine whether any code from SNMP RI had been included. Below is the list of search tests that Nortel performed at SNMP RI's request:

    a) files containing "SNMP research" or "SNMP RESEARCH" or "snmp research" (or "egrep -i");

    b) c-language source code with a "#include" on snmp.h;

    c) files with a name starting with "sr_" (e.g., sr_event.h, sr_snmpio.h, sr_msg.c, etc.);

    d) data types starting with "sr_ " (e.g., sr_int32, sr_int64, etc.);

    e) subdirectories named "engine", "seclib", or "devkit";

    f) files beginning with k_ or v_ (e.g., k_system.c, v_system.c, v_icmp.c); and

    g) files with snmpd or agt in the name (e.g., snmpd.c, snmpd.o, snmpd.lib, snmpd, snmpd.exe, rmonagt.*, mib2agt.*, etc.).

*Evaluation of Search Results*

13. The automated searches described above produced "hits" in the VOBs that satisfied the broad search criteria used. Each hit was manually inspected by Nortel employees with design and product knowledge for accuracy and relevance. That is, each hit was inspected for accuracy to ensure that the hit was a true instance of inclusion of SNMP RI code rather than a false positive. The tests for specific names of files were particularly likely to produce such false positives. As an example, the term "SNMP" is a generic term meaning "Simple Network Management Protocol." SNMP is an industry standard method (protocol) by which devices are administered over a network. Any software developed to implement this protocol might

naturally choose filenames containing "SNMP." Thus, hits for the term SNMP needed to be further reviewed to assess the presence of SNMP RI code because of the general use of the term SNMP among various third parties.

14. Completion of the detailed review of the Passport business required at least nine individuals employed by various Nortel entities. Even with true positive hits for SNMP RI code, a further determination of relevance needed to be made as to whether the hits related to software used in a final, released product. Because ClearCase stores all versions of files, including test and development versions, it includes lines of code that were never part of any released product.

15. Evaluation of accuracy requires inspection of the code and, at a minimum, knowledge of the coding language. The relevance determination can only be made by someone familiar with the build and release process for the specific Nortel products related to each VOB. The combination of expertise needed to make sense of the data requires skill sets specific to each product, such as the following: system architecture, build architecture, product design, software development expertise and ClearCase administration and end user expertise. Accordingly, we needed a large number of trained individuals to complete the Passport review described above.

*Time Necessary to Perform A Detailed Review*

16. In conducting the Passport review, tests were run on 53 VOBs, totaling 18 gigabytes. Each hit was examined by a Nortel employee and the determination was made by Nortel employees with design and product knowledge that only two of the products searched included software from SNMP RI, the use of which other Nortel personnel confirmed were subject to licenses with SNMP RI and for which other Nortel personnel confirmed royalties were paid by Nortel. At that time, Nortel had access to people with design expertise in those products who verified the results. The combined search and evaluation of each hit took between

approximately 500 to 600 person hours to perform. Approximately 80 to 90 percent of this time was spent on the evaluation phase, which required Nortel product and software expertise.

## IV. SNMP RI's Discovery Demands

*Interrogatory 3*

17. Interrogatory 3 of the Discovery Demands requests that the Debtors "[i]dentify the persons known to Nortel who have knowledge of the Nortel Software source code transferred or made available to each buyer in the Bankruptcy Sales, at the time the Bankruptcy Sale closed." It would be virtually impossible to identify all persons who have knowledge of all Nortel software (and not just SNMP RI software) transferred or made available to buyers in the various sales, because (i) nearly every employee of the Debtors worked on the Bankruptcy Sales at different times, in different locations and in different capacities, and (ii) nearly all of the individuals involved in the sales are no longer at Nortel, thus making it difficult, if not impossible, to determine whether such individuals have knowledge of the software transferred in the Bankruptcy Sales.

*Interrogatory 5 and Document Request 3*

18. Interrogatory 5 and Document Request 3 request information and documents regarding any SNMP RI software that was "transferred or made available" to a buyer as part of the Bankruptcy Sales. Identifying which SNMP RI software was transferred or made available through the Bankruptcy Sales, and producing all documents that list or discuss such software, would require the Debtors to review all of the software code relating to each of the business lines sold during the Debtors' bankruptcy cases to identify whether any such software is owned or licensed by SNMP RI. As an initial matter, such an audit cannot be performed because the personnel with the required expertise are no longer with the Debtors, or indeed, any Nortel

entity. As Nortel business units were sold to buyers, nearly all of the knowledge related to product architecture and design and software build architecture was divested at the same time. In addition, the Subject Matter Experts for software development environment architecture, deployment, and support, including experts in the administration of ClearCase and its integration into the development process, were either transferred to the buyers or are otherwise no longer at Nortel. Therefore, the Debtors no longer have the requisite expertise to evaluate a particular file or segment of code to determine which business units or products incorporate SNMP RI code or its derivatives (compiled object code)

19. Even if the Debtors had access to the necessary personnel, it would take a significant amount of time to attempt to perform an audit of each sold business line. For instance, if we assume that search time is related to the amount of data searched, then based on the amount of time required to complete the Passport review, a similar search of the entire Nortel software repository could require, at a minimum, as many as 200,000 person hours (500 hrs *8 terabytes/18 gigabytes). In reality the effort depends on the number of expected "hits", which cannot be estimated a priori.

*Document Request 4*

20. Document Request 4 of the Discovery Demands requests that the Debtors provide SNMP RI with access to "all Nortel Software . . . in source code format as extracted from the Nortel source code repository, that is or was shipped to customers or otherwise made available to customers, potential customers of Nortel, or other third parties, including but not limited to as a direct results of the bankruptcy Sales, during the Relevant Period." The request further requires that such access "must allow [SNMP RI] to run specific scripts that search the Nortel source code for the presence of Creditor Software."

21. It would be impossible for the Debtors to create and provide SNMP RI with a new repository containing all Nortel software source code that "is or was shipped to customers or otherwise made available to customers, potential customers of Nortel, or other third parties." As discussed above, Nortel's ClearCase repository is extensive and, as of 2007, was the largest distributed ClearCase configuration in the world. ClearCase contains code relating to both released and unreleased products and does not indicate whether code was provided or made available to third parties. Constructing a new repository of all source code shipped or made available to third parties would require the Debtors to audit every line of code in the ClearCase repository and then investigate whether the code was made available to any third parties for any reason.

22. ClearCase does not indicate whether code was transferred to third parties and it was not designed for such a purpose. Thus, individuals with technical expertise and knowledge of Nortel's products would need to manually review every line of code in the ClearCase repository to determine whether the code was transferred to third parties. As explained above, as a result of the divestitures, the Debtors do not have personnel with the expertise and product knowledge necessary to determine whether code in the ClearCase repository was used or made available to third parties. Even if such resources were available, the time needed to review and interpret all of the code to determine whether it was ever made available to third parties and then construct a database for SNMP RI to run search scripts cannot be estimated, but would certainly dwarf the time required to perform the Passport review.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 1, 2011
Raleigh, North Carolina

_____
Stephen Kenkel

11