IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                                                               :    Jointly Administered
            Debtors.                                           :
                                                               :
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2011, a copy of the **Debtors' Responses and Objections to the First Set of Interrogatories and Requests for Production of Documents of SNMP Research International, Inc.** was served in the manner indicated upon the entity identified on the attached service list.

Dated: April 1, 2011
       Wilmington, Delaware

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                  James L. Bromley (admitted pro hac vice)
                                  Lisa M. Schweitzer (admitted pro hac vice)
                                  One Liberty Plaza
                                  New York, NY 10006
                                  Telephone: (212) 225-2000
                                  Facsimile: (212) 225-3999

                                  and

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Ann C. Cordo*
                                  _____
                                  Derek C. Abbott (No. 3376)
                                  Eric D. Schwartz (No. 3134)
                                  Ann C. Cordo (No. 4817)
                                  1201 North Market Street, 18th Floor
                                  Wilmington, DE 19899-1347
                                  Telephone: (302) 658-9200
                                  Facsimile: (302) 425-4663

4169442.1                             *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via Hand Delivery**
Daniel K. Astin
Joseph J. McMahon, Jr.
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

**Via First Class Mail**
Mark Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue
Suite 200
Dallas, TX 75219

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902