## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                          :
In re                                     :        Chapter 11
                                          :
Nortel Networks Inc., et al.,[1]          :        Case No. 09-10138 (KG)
                                          :
                        Debtors.          :        Jointly Administered
-------------------------------------------------------X
```

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|------|------|
| October 19, 2011 | 10:00 a.m. (Eastern Time) |
| October 26, 2011 | 10:00 a.m. (Eastern Time) |
| November 15, 2011 | 10:00 a.m. (Eastern Time) |
| November 29, 2011 | 10:00 a.m. (Eastern Time) |
| December 15, 2011 | 10:00 a.m. (Eastern Time)[2] |
| December 29, 2011 | 10:00 a.m. (Eastern Time) |
| January 10, 2012 | 10:00 a.m. (Eastern Time) |
| January 24, 2012 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
       April 4          , 2011

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]  Quarterly fee applications for the August 1, 2011 through October 31, 2011 will be heard at the December 15, 2011 omnibus hearing at 10:00 a.m.