**Exhibit I**

**Side Agreement**

**Filed Under Seal**