IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X    Chapter 11
                                                         :
In re                                                    :    Case No. 09-10138 (KG)
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :    Jointly Administered
                                                         :    Re: D. I. 5196 & 5197
                  Debtors.                               :
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 1, 2011, copies of the **Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International. Inc. [D.I. 5196, Filed 4/1/11]** and **Declaration of Stephen Kenkel in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. [D.I. 5107, Filed 4/1/11]** were served in the manner indicated upon the entities identified on the attached service list.

Dated: April 4, 2011
       Wilmington, Delaware

                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                       James L. Bromley (admitted pro hac vice)
                                       Lisa M. Schweitzer (admitted pro hac vice)
                                       One Liberty Plaza
                                       New York, NY 10006
                                       Telephone: (212) 225-2000
                                       Facsimile: (212) 225-3999

                                       and

                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                       _____
                                       Derek C. Abbott (No. 3376)
                                       Ann C. Cordo (No. 4817)
                                       Alissa T. Gazze (No. 5338)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

          1201 North Market Street, 18th Floor
          Wilmington, DE  19899-1347
          Telephone:  (302) 658-9200
          Facsimile:  (302) 425-4663

4170908.1          Counsel for the Debtors and Debtors in Possession

**Via Hand Delivery**
Daniel K. Astin
Joseph J. McMahon, Jr.
Ciardi Ciardi & Astin
919 N. Market St.
Wilmington, DE 19801

**Via First Class Mail**
Mark Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave.
Dallas, TX 75219

John L. Wood
Egerton, McAfee, Armistead & Davs, P.C.
1400 Riverview Tower
900 S. Gay St.
Knoxville, TN 37902