## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m)** was caused to be made on April 4, 2011, in the manner indicated upon the entities identified below.

Date: April 4, 2011                             /s/ Alissa T. Gazze
                                                Alissa T. Gazze (No.  5338)
4173719.1

4173719.1