# NORTEL PREFERENCE SERVICE LIST

**VIA HAND DELIVERY**

McCann Relationship Marketing, Inc./
MRM Partners c/o
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE  19808

CNN America, Inc. c/o
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Kaboom Productions c/o
Business Filings Incorporated
108 West 13th Street
Wilmington, DE  19801

Kaboom Productions c/o
Corporation Service Company
2711 Centerville Road
Wilmington, DE  19808

Deluxe Entertainment
Services Group, Inc.
The Prentice-Hall
Corporation System, Inc.
2711 Centerville Road
Suite 400
Wilmington, DE  19808

ImageSource, Inc. c/o
John C. Jenksins
104 Augustine Cut-Off
Wilmington, DE  19803

Getty Images, Inc. c/o
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Time Inc. c/o
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Marsh USA Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Federal Express Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Cable News Networks, Inc. c/o
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

MediaMind Technologies, Inc.
PHS Corporate Services, Inc.
1313 North Market Street
Suite 5100
Wilmington, DE  19801

**VIA FACSIMILE AND INTERTNATIONAL OVERNIGHT MAIL:**

Global Broadcast News
Attn:  Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India
PHONE:  +91-120-4341818, 3987777
FAX: +91 0120-4324106

**VIA FACSIMILE AND FEDERAL EXPRESS:**

Cable News Networks, Inc. Attn:  Jim Walton President
1 CNN Center
Atlanta, GA  30348
FAX: 404-827-1099

MediaMind Technologies, Inc.
Attn:  Vered Raviv-Schwartz,
General Counsel and Gal Trifon, CEO
135 West 18th Street
5th Floor
New York, NY  10011
FAX: 212-686-920

Turner Broadcasting System, Inc.
Attn:  Officer, Managing or General Agent
180 North Stetson Avenue
Chicago, IL  60601-6710
FAX: 312-759-5910

Kaboom Productions
Attn:  Lauren Schwartz, Owner; President
1465 Illinois Street
San Francisco, CA  94107-3514
FAX: 415-970-8548

# NORTEL PREFERENCE SERVICE LIST

Deluxe Entertainment Services Group,
Inc. c/o Filmcore Distribution
Attn:  Jody Rogers
2130 North Hollywood Way
Burbank, CA  91505
FAX: 818-526-3701

Ear to Ear
Attn:  Amy Lyngos, Executor Productor
1660 9th Street
Santa Monica, CA  90404
FAX: 310-581-1661

Deluxe Entertainment c/o Filmcore
Distribution of San Francisco
Attn:  Stephen Wagner, Principal
Executive
500 Sansome Street
Floor 7
San Francisco, CA  94111-3223
FAX: 415-397-8700

Pro Camera Rental & Supply
Attn:  Mitchell Heicklen Owner
1405 Minnesota Street
San Francisco, CA  94107-3519
FAX: 415-282-7354

Kristin Stinnet, President
Stars Model Management
23 Grant Avenue
4th Floor
San Francisco, CA  94108-5846
FAX: 415-421-7620

Team Services Corp. Main Office
Attn: Gerry Swartz
901 West Alameda Avenue
Suite 100
Burbank, CA  91506
FAX: 818-558-3263

NO B.S. Couriers Inc.
Attn:  John Cowles
301 Rhode Island Street
San Francisco, CA  94103
FAX: 415-626-9065

ImageSource, Inc.
Corporate Headquaters
c/o Victor Zvirzdys
612 5th Avenue SW
Olympia, WA  98501-8216
FAX: 360-943-4449

Ferrari Color, Inc.
Attn:  Dan Spangenberg, VP
1550 South Gladiola Street
Salt Lake City, UT  84104
FAX: 801-355-4152

Ferrari Color, Inc.
c/o Charlotte Angerer and Dan
Spangenberg
900 National Drive
Sacramento, CA  95834
FAX: 916-444-2567

Getty Images, Inc.
Attn:  John Lapham, Senior
Vice President and General Counsel
601 North 34th Street
Seattle, WA  98103
FAX: 206-925-5001

Getty Images, Inc.
Attn:  Jonathan Klein CEO
and Nicholas Evans-Lombe COO
601 North 34th Street
Seattle, WA  98103
FAX: 206-925-5001

Federal Express Corporation
Attn:  J. Rick Bateman, VP and
Worldwide Controller
3610 Hacks Cross Road
Memphis, TN  38125-7305
FAX: 901-395-2000

Federal Express Corporation
Attn:  Frederick Smith, Chairman,
President and CEO
942 South Shady Grove Road
Memphis, TN  38120
FAX: 901-395-2000

Time Inc. Headquarters
Attn:  Howard Averill EVP and CFO
1271 Avenue of the Americas
New York, NY  10020
FAX: 212-522-0602

Microsoft Online, Inc. fka Atlas
Attn:  Mr. Richard Dunmall
Senior Vice President and Director
Seattle (USA Headquarters)
315 5th Avenue South
Suite 500
Seattle, WA  98104
FAX: 206-816-8909

# NORTEL PREFERENCE SERVICE LIST

Vibrant Media Inc. Attn:  Krystyna
Rushton of
Finance Dept. and Doug Stevenson, CEO
565 Fifth Avenue
15th Floor
New York, NY  10017
FAX: 212-867-4925

**VIA OVERNIGHT FEDERAL EXPRESS:**

McCann Relationship Marketing, Inc./
MRM Worldwide
Attn:  Bill Kolb and Ruben Hendel
Inetlligent s.r.l.
622 Third Avenue, 27th Floor
New York, NY  10017

McCann Relationship Marketing, Inc.
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA  90017

McCann Relationship Marketing, Inc.
IPG Office of General Counsel
1114 Avenue of the Americas
18th Floor
New York, NY  10036

McCann Relationship Marketing, Inc./
MRM Worldwide MRM Seattle #211200
Attn: Officer, Managing or General Agent
1741 First Avenue South
Seattle, WA  08134

McCann Relationship Marketing, Inc
.Attn:  Andrea Schneider
MRM Worldwide
600 Battery Street
San Francisco, CA  94111

Turner Broadcasting System, Inc.
c/o CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA  30361

Turner Broadcasting System, Inc.
Attn:  David Levy CEO
One Time Warner Center
New York, NY  10019

Kaboom Productions
Attn:  Lauren Schwartz
1083 Mission Street
3rd Floor
San Francisco, CA  94103

Kaboom Productions
Attn:  Lauren Schwartz
2169 Folsom Street
201M
San Francisco, CA  94110

Deluxe Entertainment Services Group,
Inc. c/o Filmcore Inc.
Attn:  Officer, Managing or General
Agent
Department 2146
849 Seward Street
Los Angeles, CA  90084-2146

Deluxe Entertainment Services Group,
Inc. c/o Filmcore Distribution of
Hollywood
Attn:  Michael Schunk
1010 North Highland Avenue
Los Angeles, CA  90038-2407

Deluxe Entertainment Services Group,
Inc.
Corporation Service Company
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA  95833

Deluxe Entertainment Services Group,
Inc.
Attn:  Officer, Managing or General
Agent
1377 North Serrano Avenue
Hollywood, CA  95833

Ear to Ear
Attn:  Brian Banks, Owner
754 Malabar Road SE
Palm Bay, FL  32907-3254

John McGleenan, President
One Union Recording Studios
One Union Street
Suite 240
San Francisco, CA  94111-1223

Stars Model Management
c/o Colin C. Claxon
790 Mission Avenue
San Rafael, CA  94901

Team Services Corp.
Attn: Gerry Swartz
2950 North Hollywood Way
#210
Burbank, CA  91505

# NORTEL PREFERENCE SERVICE LIST

McClain Photo c/o:
Jeffrey J. McClain
400 Chapman Street
San Francisco, CA   94110

ImageSource, Inc.
Attn:  Paul Adamson
National Registered Agents, Inc.
1875 Michelle Drive
Suite 100
Irvine, CA   92606

ImageSource, Inc.
Attn: Officer, Managing or General Agent
1524 Market Street
Suite 200
Kirkland, WA   98033

Getty Images, Inc.
Attn:  Mark Getty, Chairman
122 South Michigan Avenue
Suite 900
Chicago, IL   60603

Ferrari Color, Inc.
Attn:  Dan Spangenberg, VP
601 Bercut Drive
Sacramento, CA   95811

Visual IQ, Inc.
Attn:  Manu Mathew, President
738 Main Street
Suite 121
Waltham, MA   02461-0616

Visual IQ, Inc.
National Corporate Research, Ltd.
615 South DuPont Highway
Dover, DE   19901

Visual IQ, Inc.
Attn: Manu Mathew, Registered Agent
75 Second Avenue
Suite 330
Needham, MA   02494

Visual IQ, Inc.
Attn:  Anto Chittilappilly
55 Moody Street
Second Floor
Waltham, MA   02451

International Data Group
Attn:  Elaine Senay, Registered Agent
5 Speen Street
Framinghan, MA   01701

International Data Group
c/o A. A. Wilson Jr.
411 Borel Avenue
Suite 340
San Mateo, CA   94402

International Data Group
Corp. Headquarters Attn Susanna Hinds, Director
One Exeter Plaza
15th Floor
Boston, MA   02116

Microsoft Online, Inc. fka Atlas
Attn: Officer, Managing or General Agent
1401 Elm Street, 5th Floor
Dallas, TX   75202

Microsoft Online, Inc. fka Atlas
c/o CSC Services of Nevada Inc.
2515-B Renaissance Drive
Las Vegas, NV   89119

Microsoft Online, Inc. fka Atlas
Attn:  Roxanne Spring, President
6100 Neil Road
Reno, NV   89511-1137

Wahlstrom Group, LLC Attn:  Katleen DeClaire-
Aden, CEO and Mark Fink Mng Dir and VP
800 Connecticut Avenue
Norwalk, CT   06854-1641

Vibrant Media Inc. c/o
Incorporating Services Ltd
3500 South DuPont Highway
Dover, DE   19901

Vibrant Media Inc. c/o
CT Corporation System
818 West 7th Street
Los Angeles, CA   90017

Vibrant Media Inc. c/o
CT Corporation System
111 Eighth Avenue
New York, NY   10011

Vibrant Media Inc.
Attn:  Officer, Managing or General Agent
75 Hawthorne Street
#2000
San Francisco, CA   94105-3919

# NORTEL PREFERENCE SERVICE LIST

Marsh USA Inc.
CT Corporation System
One Portland Square
Portland, ME  04101

Marsh USA Inc.
2 Monument Square
Suite 600
Portland, ME  04101-4097

# SERVICE LIST

**VIA HAND DELIVERY**

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street
11th Floor
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street
Suite 1000
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street
Suite 300
Wilmington, DE  19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Suite 400
Wilmington, DE  19801

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE  19801-1228

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
10th Floor
Wilmington, DE  19801

William P. Bowden Esq.
Amanda M. Winfree Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin
    and Browder P.A.
1201 N Orange Street
Suite 400
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801

Maria Aprile Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market Street
7th Floor
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg
1000 West Street
17th Floor
Wilmington, DE  19801

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE  19801

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate
    Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman
    & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Suite 1500
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE  19801-1659

Adam G. Landis Esq.
Kerri K. Mumford Esq.
J. Landon Ellis Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE  19801

Anthony W. Clark Esq.
Michelle L. Green Esq.
Kristy M. Peguero Esq.
Skadden Arps Slate
    Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

Daniel K. Astin Esq.
John D. McLaughlin Jr. Esq.
Carl D. Neff Esq.
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE  19801

**VIA FIRST CLASS MAIL - INT'L.**

Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario  M5J 2Z4
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West
Suite 400
Toronto, Ontario  M5K 0A1
CANADA

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt.
Telecommunicatons & Network
    Systems  Division
216 Totsuka-cho
Totsuka-ku, Yokohama
-shi  244-8567
JAPAN

**VIA FIRST CLASS MAIL**

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Sheryl L. Moreau Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO  65105-0475

John P. Dillman Esq.
Linebarger Goggan Blair
    & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett
    Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255

Fred S. Kurtzman Esq.
Klehr Harrison
1835 Market Street
Suite 1400
Philadelphia, PA  19103

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA  19109

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA  98154-1192

Ramona Neal Esq.
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq.
Linebarger Goggan Blair
    & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter
    & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

Edmond P. O'Brien Esq.
Stempel Bennett Claman
    & Hochberg P.C.
675 Third Avenue
31st Floor
New York, NY  10017

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt
    & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036

Jeremy E.
Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Ste 4000
Dallas, TX  75201-7332

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place
Suite 3700
Dallas, TX  75202-2799

Jonathan L. Howell Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX  75201-6659

Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA  19110

Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews
    & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA  19103

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH  44114

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO  80124

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021

Dustin P.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street
Suite 4300
Chicago, IL  60601

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Suite 3600
St. Louis, MO  63102

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL  32801

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI  53202

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA  94105-2126

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA  94104

Elizabeth Weller Esq.
Linebarger Goggan Blair
   & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR  97201-5630

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ  85004

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA  19382

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110

Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC  28246

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA  22102-4215

J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX  77010

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Stephen K. Dexter Esq.
Lathrop & Gage LLP
370 17th Street
Ste 4650
Denver, CO  80202

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
   & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT   06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY   10022

Mark G. Ledwin Esq.
Wilson Elser Moskowitz
    Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY   10604

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA   95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC   27709

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC   28203

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX   75234

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ   07068

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ   07068

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY   11747

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ   07102-5310

Securities & Exchange Commission
100 F Street NE
Washington, DC   20549

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY   10279

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI   48202

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA   19341

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley
    & McCloy LLP
One Chase Manhattan Plaza
New York, NY   10005

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL   60606

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA   70113

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC   28202

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY   10004

Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601

Robert N. Brier
Brier Irish Hubbard & Erhard PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ  85016-2115

Stephen C. Tingey Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604

Robert E. Nies Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332

Jennifer Feldsher
Bracewell & Guiliani LLP
1177 Avenue of the Americas
New York, NY  10036-2714

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701

Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankrutpcy &
    Complaince Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671

Office of Unemplmt Insurance
Contributions Div.
MD Department of Labor
    Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL  60601-6710

Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
125 W. 55th Street
New York, NY  10019

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC  20036

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH  43215

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201

Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD  21094

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton
    & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

J. Douglas Bacon
Alice Decker Burke
Joseph A. Simei
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL  60606

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

Robert Winter
Paul Hastings Janofsky &
    Walker LLP
875 15th Street, N.W.
Washington, DC  20005

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA  98104

David W. Hansen Esq.
525 University Avenue
Suite 1100
Palo Alto, CA  94301

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL  60606

LeRoy Smith Esq.
John Polich Esq.
County of Ventura
800 South Victoria Avenue
L/C #1830
Ventura, CA  93009-1830

4121078.1