## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear on behalf of Google Inc. ("Google") and Ranger Inc. ("Ranger"), pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned bankruptcy cases be given to and served upon Google and Ranger by serving:

| | |
|---|---|
| Philip Mindlin, Esq. <br> Douglas K. Mayer, Esq. <br> Benjamin M. Roth, Esq. <br> Gregory E. Pessin, Esq. <br> Brian M. Walker, Esq. <br> WACHTELL, LIPTON, ROSEN & KATZ <br> 51 West 52nd Street <br> New York, New York  10019 <br> Telephone: (212) 403-1217 <br> Facsimile: (212) 403-2217 <br> E-mail:  PMindlin@wlrk.com <br> DKMayer@wlrk.com <br> BMRoth@wlrk.com <br> GEPessin@wlrk.com <br> BMWalker@wlrk.com | Steven K. Kortanek, Esq. <br> Matthew P. Ward, Esq. <br> WOMBLE CARLYLE SANDRIDGE & RICE, PLLC <br> 222 Delaware Avenue, Ste. 1501 <br> Wilmington, DE  19801 <br> Telephone:  (302) 252-4320 <br> Facsimile:  (302) 252-4330 <br> E-mail:  SKortanek@wcsr.com <br> MAWard@wcsr.com |

WCSR  4589688v1

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated:  April 4, 2011

        **WOMBLE CARLYLE SANDRIDGE**
          **& RICE, PLLC**

*/s/ Steven K. Kortanek*
Steven K. Kortanek (Del. Bar No. 3106)
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:   SKortanek@wcsr.com
          MAWard@wcsr.com

-and-

Philip Mindlin, Esq.
Douglas K. Mayer, Esq.
Benjamin M. Roth, Esq.
Gregory E. Pessin, Esq.
Brian M. Walker, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone: (212) 403-1217
Facsimile: (212) 403-2217
E-mail:   PMindlin@wlrk.com
          DKMayer@wlrk.com
          BMRoth@wlrk.com
          GEPessin@wlrk.com
          BMWalker@wlrk.com

*Counsel for Google Inc. and Ranger Inc.*