IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**MOTION AND ORDER FOR PRO HAC VICE APPEARANCE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Philip Mindlin, Esq. of the law firm Wachtell Lipton Rosen & Katz to represent Google Inc. and Ranger Inc.

Dated: April 4, 2011

                                                **WOMBLE CARLYLE SANDRIDGE**
                                                **& RICE, PLLC**

                                                */s/ Steven K. Kortanek*
                                                Steven K. Kortanek (Del. Bar No. 3106)
                                                Matthew P. Ward (Del. Bar No. 4471)
                                                222 Delaware Avenue, Ste. 1501
                                                Wilmington, DE  19801
                                                Telephone:  (302) 252-4320
                                                Facsimile:  (302) 252-4330
                                                E-mail: skortanek@wcsr.com
                                                E-mail: maward@wcsr.com

Docket: 5212
Filed: 4-4-11

WCSR 4583611v2

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

> /s/ Philip Mindlin
> Philip Mindlin, Esq.
> Wachtell, Lipton, Rosen & Katz
> 51 West 52nd Street
> New York, New York 10019
> Telephone: (212) 403-1217
> Facsimile: (212) 403-2217
> E-mail: PMindlin@wlrk.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Dated: April 5, 2011

The Honorable Kevin Gross
United States Bankruptcy Judge

WCSR 4583611v2