IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Douglas K. Mayer, Esq. of the law firm Wachtell Lipton Rosen & Katz to represent Google Inc. and Ranger Inc.

Dated: April 4, 2011

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

*/s/ Steven K. Kortanek*
Steven K. Kortanek (Del. Bar No. 3106)
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: maward@wcsr.com

Docket: 5213
Filed: 4-4-11

WCSR 4583652v2

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing of the Bars of the State of New York and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Douglas K. Mayer
Douglas K. Mayer, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1251
Facsimile: (212) 403-2251
E-mail: DKMayer@wlrk.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Dated: April 5, 2011

The Honorable Kevin Gross
United States Bankruptcy Judge

WCSR 4583652v2