# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | Re: D.I. 5209, 5210, 5216, 5217 & 5218 |
| ------------------------------------------------------------ | |
| Nortel Networks Inc. | |
| and | |
| Nortel Networks (CALA) Inc., | Adv. Proc. No. 10-55165 (KG) |
| Plaintiffs, | Re: D.I. 25 |
| v. | |
| Beeline.com, Inc., | |
| Defendant. | |
| ------------------------------------------------------------ | |
| Nortel Networks Inc. | |
| and | |
| Nortel Networks (CALA) Inc., | Adv. Proc. No. 10-53187 (KG) |
| Plaintiffs, | Re: D.I. 24 |
| v. | |
| Maritz Canada Inc., | |
| Defendant. | |
| ------------------------------------------------------------ | |
| Nortel Networks Inc. | |
| and | |

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks (CALA) Inc., : <br> : <br>                       Plaintiffs, : <br> : <br> v. : <br> : <br> Insight Direct USA, Inc., : <br> : <br>                       Defendant. : | Adv. Proc. No. 10-55868 (KG) <br> Re: D.I. 17 |

-----------------------------------------------------------

| | |
|---|---|
| Nortel Networks Inc. <br> and <br> Nortel Networks (CALA) Inc., <br>                       Plaintiffs, <br> v. <br> The Advertising Checking Bureau, Inc., <br>                       Defendant. | Adv. Proc. No. 10-55905 (KG) <br> Re: D.I. 20 |

-----------------------------------------------------------

| | |
|---|---|
| Nortel Networks Inc. <br> and <br> Nortel Networks (CALA) Inc., <br>                       Plaintiffs, <br> v. <br> CoAMS, Inc., <br>                       Defendant. | Adv. Proc. No. 10-55840 (KG) <br> Re: D.I. 14 |

-----------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 4, 2011, a copy of the **Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedures 7004 and 9006, and Federal Rule of Civil Procedures 4(m) for Enlargement of Time Period Provided by Rule 4(m)** was served in the manner indicated and on the persons identified in the attached service list[2].

---

[2] Please note that counter parties were only served with the motion that affected them.

| | |
|---|---|
| Dated: April 5, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Alissa T. Gazze*<br>Donna L. Culver (No. 2983)<br>Derek C. Abbott (No. 3376)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>- and -<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Deborah M. Buell (admitted *pro hac vice*)<br>Neil P. Forrest (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

4175421.1