IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Bk. No. 09-10138 |
| | ) |
| **Nortel Networks Inc., *et al.*,** | ) Chapter 11 |
| | ) |
| Debtors. | ) Related to D.I. No. 5206 |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert E. Winter to represent International Business Machines Corporation, IBM Credit LLC and IBM Canada Limited in the above action.

/s/ *Kathleen M. Miller*
Kathleen M. Miller (DE ID # 2898)
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

*Attorneys for International Business Machines Corporation, IBM Credit LLC and IBM Canada Limited*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Robert E. Winter (NY Bar ID 2844926)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
E-mail: robertwinter@paulhasting.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 6, 2011

_____
United States Bankruptcy Judge