IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: 
                             Debtors. : Jointly Administered
: 
: 
---------------------------------------------------------------X

## SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION OF DEBTORS FOR AN ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING EMPLOYMENT OF ERNST & YOUNG LLP

James Scott deposes and says:

1.    I am a partner of Ernst & Young LLP ("EY LLP"). I provide this second supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in further support of the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") to retain EY LLP under section 327 of the Bankruptcy Code. This Supplemental Declaration modifies my prior declaration filed with the Application on February 18, 2011 [D.I. 4958] (which itself incorporates prior affidavits and declarations), as previously supplemented by my first supplemental declaration in support of the Application on March 8, 2011 [D.I. 5080] (the "Existing Declaration").

---

[1]    The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.

[2]    Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to them in the Application.

2. In the Existing Declaration, I stated that EY LLP will continue to utilize the global shared services center ("EY GTH") operated by Ernst & Young Private Ltd. ("EYPL") and EYGBS (India) Private Ltd., as was previously disclosed in my Fourth Supplemental Affidavit filed on April 6, 2009 (the "Fourth Supplemental Affidavit") with respect to indirect tax services. This Declaration also discloses some additional usage of EY GTH in connection with EY LLP's already-approved engagement.

3. EY LLP intends to use EY GTH for transaction cost tax analysis support and other services covered under the fixed fee engagement with the Debtors set forth in the Tax Outsourcing SOW approved by the Court on March 23, 2011. In connection with EY GTH's services in this regard, EY LLP intends to pay EY GTH certain hourly charges billed to EY LLP by EY GTH for such services. However, in accordance with the previous disclosure in the Fourth Supplemental Affidavit, these hourly charges of EY GTH will not be directly invoiced to, or paid by, the Debtors. The Debtors will instead only be responsible to pay EY LLP for services performed (at the fixed fee set forth in the Tax Outsourcing SOW) and to reimburse EY LLP for expenses incurred (excluding any payments by EY LLP to EY GTH) pursuant to the terms of the Tax Outsourcing SOW.

*{Signature Page Follows}*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4|4, 2011

_____
James Scott