## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Second Supplemental Declaration In Support Of Application Of Debtors For An Order Under 11 U.S.C. §§ 327 And 328 Authorizing Employment Of Ernst & Young LLP** was caused to be made on April 6, 2011, in the manner indicated upon the parties identified on the attached service list.

Dated:  April 6, 2011                    */s/Ann C. Cordo*
                                           Ann C. Cordo (No. 4817)

4179198.1