## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In Re:                   Chapter __11__

Nortel Networks, Inc. et al.

Case No. __09__ - __10138__ (__KG__)

Debtor:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Kenneth T. Law, Esq.__ to represent __Starent Networks, LLC__ in this action. of Bialson, Bergen & Schwab

_____
(Movant's Signature) (Firm Name, Address and Telephone Number)
James S. Yoder, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
Tel: (302) 467-4524

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __California__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature) (Firm Name, Address and Telephone Number)
Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94061
Tel: (650) 857-9500

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 7, 2011

_____
United States Bankruptcy Judge

**Local Form 105**

D.I. 5229
4/7/11