## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 2/1/11 through 2/28/11

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $760 | 58.20 | $44,232.00 |
| J. Borow | Executive Director | $760 | 127.10 | $96,596.00 |
| J. Hyland | Executive Director | $595 | 220.90 | $131,435.50 |
| A. Cowie | Managing Director | $545 | 103.20 | $56,244.00 |
| D. Rothberg | Director | $415 | 0.60 | $249.00 |
| L. Ahearn | Director | $375 | 5.60 | $2,100.00 |
| J. Peterson | Consultant | $365 | 182.70 | $66,685.50 |
| J. Schad | Associate | $325 | 2.80 | $910.00 |
| M. Lasinski | Consultant | $310 | 60.10 | $18,631.00 |
| T. Morilla | Consultant | $310 | 194.20 | $60,202.00 |
| M. Desalvio | Research | $175 | 0.20 | $35.00 |
| H. Becker | Paraprofessional | $120 | 11.10 | $1,332.00 |
| For the Period 2/1/2011 through 2/28/2011 | | | 966.70 | $478,652.00 |