## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 2/1/11 through 2/28/11**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 104.30 | $62,798.00 |
| 05. Professional Retention/Fee Application Preparation | | 21.20 | $6,173.00 |
| 07. Interaction/Meetings w/Debtors/Counsel | | 13.80 | $7,166.00 |
| 08. Interaction/Meetings w/Creditors | | 46.20 | $31,038.00 |
| 09. Employee Issues/KEIP | | 106.80 | $47,619.00 |
| 10. Recovery/SubCon/Lien | | 183.90 | $95,848.50 |
| 11. Claim Analysis/Accounting | | 90.90 | $41,429.00 |
| 13. Intercompany Transactions/Bal | | 24.80 | $12,721.00 |
| 17. Analysis of Historical Results | | 14.00 | $6,748.00 |
| 18. Operating and Other Reports | | 45.00 | $19,846.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 92.10 | $35,954.00 |
| 20. Projections/Business | | 73.00 | $35,666.50 |
| 22. Pref/Avoidance Actions | | 8.80 | $4,431.00 |
| 26. Tax Issues | | 11.90 | $6,732.50 |
| 33. Intellectual Property | | 130.00 | $64,481.50 |
| **For the Period 2/1/2011 through 2/28/2011** | | **966.70** | **$478,652.00** |