**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 2/1/11 through 2/28/11**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 2/1/2011 | C. Kearns | 2.90 | Reviewed draft terms regarding EMEA for possible joint proposal with ad hocs |
| 2/1/2011 | C. Kearns | 0.90 | Continued to review draft terms regarding EMEA for possible joint proposal with ad hocs. |
| 2/2/2011 | C. Kearns | 0.50 | Participated in calls with FTI and related follow up regarding draft proposal to EMEA |
| 2/2/2011 | A. Cowie | 2.70 | Produced potential negotiation documents for allocation issues |
| 2/2/2011 | A. Cowie | 0.90 | Continued to produce potential negotiation documents for allocation issues. |
| 2/3/2011 | A. Cowie | 1.10 | Produced analysis in regard to allocation issues for committee meeting |
| 2/3/2011 | J. Hyland | 1.20 | Reviewed bond support agreement and analyzed allocation issues |
| 2/3/2011 | C. Kearns | 1.50 | Participated in calls and emails with FTI regarding draft terms of EMEA proposal; follow up with counsel including draft term sheet |
| 2/3/2011 | A. Cowie | 2.70 | Produced amended allocation negotiations documents |
| 2/3/2011 | A. Cowie | 2.60 | Continued to produce allocation related documentation |
| 2/4/2011 | J. Hyland | 0.50 | Participated on call with L. Schweitzer, R. Eckenrod, and counsel and follow-up call with counsel re: valuation of a CALA entity. |
| 2/4/2011 | J. Borow | 2.10 | Reviewed closing issues re: asset sales |
| 2/4/2011 | A. Cowie | 2.50 | Prepared draft term sheet positions and summary document in regard to estate allocations |
| 2/4/2011 | C. Kearns | 2.70 | Participated in calls and emails with counsel and FTI regarding EMEA draft proposal |
| 2/4/2011 | J. Hyland | 2.80 | Analyzed proceeds allocation presentation |
| 2/4/2011 | J. Hyland | 1.90 | Continued analyzing proceeds allocation presentation |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/7/2011 | J. Hyland | 0.90 | Participated on call with Milbank, FTI, and counsel with follow-up discussion with counsel re: proceeds allocations. |
| 2/7/2011 | A. Cowie | 0.90 | Participated on call with creditor professionals in regard to potential term sheet |
| 2/7/2011 | A. Cowie | 2.30 | Prepared changes to potential term sheet and model. |
| 2/7/2011 | J. Hyland | 2.90 | Reviewed proceeds allocations calculations |
| 2/7/2011 | J. Hyland | 2.90 | Conducted meeting with Fraser and counsel re: proceeds allocation |
| 2/7/2011 | A. Cowie | 2.10 | Continued to make changes to potential term sheet and related allocation model. |
| 2/7/2011 | J. Hyland | 0.80 | Continued conducting meeting with Fraser and counsel re: proceeds allocation. |
| 2/8/2011 | J. Hyland | 0.70 | Conducted meeting with counsel on allocations |
| 2/8/2011 | A. Cowie | 1.10 | Prepared updated presentation materials for committee in regard to potential term sheet |
| 2/9/2011 | C. Kearns | 0.70 | Participated in call with UCC member to discuss EMEA proposal. |
| 2/9/2011 | C. Kearns | 1.30 | Participated in calls and emails with FTI regarding issues to discuss with Debtors regarding EMEA draft proposal and related follow up |
| 2/9/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation and claims recovery scenarios |
| 2/9/2011 | A. Cowie | 2.90 | Prepared updated term sheet and allocation model for committee meeting. |
| 2/10/2011 | J. Hyland | 1.80 | Reviewed presentation materials for U.S. Debtors |
| 2/10/2011 | J. Hyland | 2.00 | Participated in meeting with Cleary, Chilmark, J. Ray, FTI, Milbank, and counsel re: proceeds. |
| 2/11/2011 | C. Kearns | 0.20 | Reviewed GENBAND status. |
| 2/11/2011 | C. Kearns | 0.60 | Worked on ongoing mediation related analysis. |
| 2/11/2011 | A. Cowie | 1.50 | Revised allocation analysis to conform with updated assumption set |
| 2/11/2011 | J. Hyland | 2.00 | Reviewed amendment and related issues for Business Unit divestiture |
| 2/11/2011 | J. Hyland | 2.80 | Analyzed revised proceeds allocation calculations |
| 2/14/2011 | J. Borow | 1.90 | Reviewed other potential asset sales including addresses |
| 2/15/2011 | C. Kearns | 0.70 | Reviewed draft agreement for allocation to the Fourth Estate |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/15/2011 | C. Kearns | 1.30 | Reviewed mediation analysis status. |
| 2/15/2011 | T. Morilla | 1.50 | Reviewed and analyzed the Fourth Estate term sheet issues |
| 2/15/2011 | J. Hyland | 1.90 | Analyzed cash balances by estate used in proceeds allocation discussions. |
| 2/15/2011 | A. Cowie | 2.80 | Prepared discussion points for Fourth Estate draft settlement |
| 2/15/2011 | T. Morilla | 0.90 | Continued to review and analyze the Fourth Estate term sheet. |
| 2/16/2011 | C. Kearns | 0.70 | Reviewed mediation status |
| 2/16/2011 | J. Borow | 1.10 | Reviewed issues relating to escrow releases and adjustments |
| 2/16/2011 | J. Hyland | 2.80 | Reviewed 4th estate term sheet, analyzed allocations, and provided comments to counsel |
| 2/17/2011 | C. Kearns | 0.40 | Reviewed issues in possible settlement with Fourth Estate. |
| 2/18/2011 | J. Borow | 2.10 | Reviewed issues relating to escrow releases and adjustments |
| 2/21/2011 | C. Kearns | 0.80 | Worked on ongoing issues regarding mediation. |
| 2/21/2011 | T. Morilla | 1.70 | Reviewed reconciliation of an EMEA entity's cash and standalone assets |
| 2/21/2011 | T. Morilla | 1.80 | Prepared schedule showing the reconciliation of the EMEA cash and standalone assets |
| 2/21/2011 | T. Morilla | 2.10 | Reviewed and analyzed the reconciliation of an EMEA entity's cash and standalone assets. |
| 2/21/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation analysis |
| 2/22/2011 | J. Hyland | 0.50 | Conducted call with counsel re: ASSA amendment for two entities |
| 2/22/2011 | J. Hyland | 1.00 | Reviewed allocation agreement for select entities re: treatment of specific entities. |
| 2/22/2011 | J. Hyland | 1.40 | Reviewed ASSA amendment for two entities |
| 2/23/2011 | T. Morilla | 1.10 | Reviewed and analyzed an EMEA entity's cash / standalone asset reconciliation |
| 2/23/2011 | C. Kearns | 1.50 | Participated in call with ad hocs and related follow up to prepare for upcoming session with EMEA. |
| 2/24/2011 | C. Kearns | 0.60 | Reviewed term sheet draft and discuss with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/24/2011 | C. Kearns | 1.20 | Prepared for and participated on call with ad hocs regarding EMEA proposal |
| 2/24/2011 | C. Kearns | 1.50 | Participated in call with NNI and related follow up regarding EMEA related issues |
| 2/25/2011 | C. Kearns | 0.20 | Reviewed issues regarding Fourth Estate term sheet. |
| 2/25/2011 | J. Hyland | 0.20 | Conducted call with T. Feuerstein re: Richardson |
| 2/25/2011 | J. Hyland | 0.50 | Participated on call with J. Ray, J. Bromley, M. Kennedy, M. Spragg, and M. Sandberg re: Richardson |
| 2/25/2011 | J. Borow | 0.50 | Participated in discussions with Debtors re: status of sale of real estate. |
| 2/25/2011 | C. Kearns | 0.90 | Preformed EMEA negotiation preparation |
| 2/28/2011 | T. Morilla | 0.40 | Reviewed and analyzed issues regarding the potential divestiture of an office property |
| 2/28/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation calculations |
| Subtotal | | 104.30 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2011 | T. Morilla | 1.10 | Reviewed the December Fee Application |
| 2/11/2011 | J. Hyland | 1.60 | Reviewed fee application. |
| 2/11/2011 | H. Becker | 2.90 | Began preparation for fee statement. |
| 2/14/2011 | H. Becker | 2.50 | Began preparation of January 2011 fee statement |
| 2/14/2011 | H. Becker | 2.90 | Prepared December 2010 fee statement |
| 2/18/2011 | J. Hyland | 0.80 | Finalized fee application. |
| 2/20/2011 | T. Morilla | 1.90 | Worked on the January fee application. |
| 2/21/2011 | J. Hyland | 1.50 | Reviewed fee application |
| 2/23/2011 | T. Morilla | 1.10 | Edited the January fee application |
| 2/25/2011 | J. Hyland | 0.60 | Reviewed interim fee application |
| 2/25/2011 | J. Hyland | 1.10 | Reviewed fee application |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/25/2011 | H. Becker | 2.80 | Prepared January fee statement |
| 2/28/2011 | J. Hyland | 0.40 | Reviewed interim fee application. |
| Subtotal | | 21.20 | |

### 07. Interaction/Meetings w/Debtors/Counsel

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/2/2011 | J. Hyland | 0.30 | Conducted call with L. Schweitzer re: IPA and U.S. claims. |
| 2/3/2011 | J. Hyland | 0.20 | Conducted call with J. Ray re: non-debtor directors |
| 2/4/2011 | J. Hyland | 0.50 | Conducted call with A. Bifield re: 4th estate valuation and employee compensation. |
| 2/8/2011 | J. Hyland | 1.00 | Conducted meeting with J. Doolittle and A. Bifield re: Canadian matters |
| 2/10/2011 | A. Cowie | 2.50 | Participated in meeting with Debtors, FTI, Milbank, Cleary, Chilmark, counsel and Capstone in regard to EMEA potential settlement documents |
| 2/10/2011 | J. Hyland | 2.90 | Prepared for meetings with the U.S. Debtors and Mercer. |
| 2/16/2011 | J. Hyland | 2.00 | Conducted meeting with C. Ricaurte re: NBS matters |
| 2/17/2011 | J. Peterson | 1.20 | Participated in a portion of meeting with the Debtors, E&Y, FTI, and Capstone re: 2011 Retention plans and metrics. |
| 2/17/2011 | J. Peterson | 2.80 | Participated in a meeting with the Debtors, FTI, E&Y, and Capstone re: 2011 Budget overview |
| 2/18/2011 | J. Hyland | 0.40 | Conducted call with L. Schweitzer re: IPA status |
| Subtotal | | 13.80 | |

### 08. Interaction/Meetings w/Creditors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2011 | J. Borow | 2.10 | Participated in discussions with various creditors re: status of matter |
| 2/2/2011 | J. Hyland | 0.30 | Conducted call with M. Sandberg re: IPA and U.S. claims. |
| 2/2/2011 | J. Hyland | 0.60 | Participated on the pre-UCC call excluding the portion on IP. |
| 2/2/2011 | C. Kearns | 1.00 | Participated in weekly status call with UCC professionals |
| 2/3/2011 | J. Hyland | 0.70 | Participated on call with counsel re: UCC meeting follow-up matters |
| 2/3/2011 | J. Hyland | 1.00 | Participated in UCC call excluding portion on IP. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/3/2011 | C. Kearns | 1.50 | Discussed and reviewed next steps with counsel |
| 2/3/2011 | J. Hyland | 1.80 | Prepared for UCC call |
| 2/3/2011 | C. Kearns | 1.80 | Prepared for (0.5) and participated (1.3) on weekly UCC call |
| 2/3/2011 | J. Borow | 3.20 | Prepared for (1.9) and participated (1.3) in meeting of UCC and professionals to UCC |
| 2/7/2011 | C. Kearns | 1.10 | Prepared for (0.2) and participated (0.9) on status call with ad hocs |
| 2/8/2011 | J. Hyland | 0.90 | Participated on pre-UCC call with UCC professionals with the exception of the IP portion |
| 2/8/2011 | C. Kearns | 1.10 | Participated on weekly status call with UCC professionals |
| 2/9/2011 | J. Hyland | 0.70 | Participated on UCC call excluding time on IP with UCC professionals |
| 2/9/2011 | C. Kearns | 0.90 | Prepared for and participated on weekly UCC call |
| 2/9/2011 | C. Kearns | 1.00 | Participated in issues discussion with counsel |
| 2/9/2011 | J. Hyland | 1.30 | Participated in meeting with counsel re: UCC discussions and proceeds allocations |
| 2/9/2011 | J. Hyland | 1.70 | Prepared for UCC call |
| 2/9/2011 | J. Borow | 2.40 | Prepared for (1.4) and participated (0.9) in meeting with UCC and professionals to UCC |
| 2/10/2011 | J. Hyland | 0.30 | Conducted call with M. Sandberg re: NBS, allocations, and taxes |
| 2/10/2011 | J. Hyland | 2.80 | Prepared for (0.3) and participated (2.5) in meeting with counsel re: UCC matters and proceeds allocations |
| 2/14/2011 | J. Hyland | 0.10 | Conducted call with L. Beckerman re: IP and compensation |
| 2/18/2011 | J. Hyland | 0.40 | Conducted call with counsel re: fee application, IP, and UCC reports |
| 2/22/2011 | J. Hyland | 1.30 | Prepared talking points for UCC discussion items |
| 2/23/2011 | J. Hyland | 0.80 | Participated on call with UCC professionals re: UK pension |
| 2/23/2011 | C. Kearns | 1.30 | Prepared for (0.3) and participated (1.0) in weekly status call with UCC professionals |
| 2/23/2011 | J. Hyland | 1.40 | Prepared for (0.4) and participated (1.0) on the UCC pre-call with UCC professionals |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/23/2011 | J. Hyland | 2.60 | Prepared for pre-UCC call |
| 2/24/2011 | M. Lasinski | 0.40 | Participated in call with UCC, Counsel, Jeffries and other Advisors (intellectual property portion) |
| 2/24/2011 | J. Hyland | 1.30 | Participated on the UCC call excluding portion related to IP |
| 2/24/2011 | C. Kearns | 1.70 | Participated on weekly UCC call |
| 2/24/2011 | J. Hyland | 2.00 | Prepared for the UCC call |
| 2/24/2011 | J. Borow | 3.10 | Prepared for (1.8) and participated (1.3) in meeting with UCC and |
| 2/28/2011 | J. Hyland | 1.60 | Prepared agenda items for UCC. |
| Subtotal | | 46.20 | |
| **09. Employee Issues/KEIP** | | | |
| 2/1/2011 | J. Hyland | 2.60 | Reviewed compensation and AIP |
| 2/1/2011 | J. Hyland | 2.70 | Revised NBS 2H 2010 AIP report |
| 2/1/2011 | J. Peterson | 1.80 | Reviewed and edited the Hong Kong / Singapore Trust report |
| 2/2/2011 | J. Hyland | 0.70 | Participated on call with C. Ricaurte, T. Ross and M. Sandberg re: NBS 2H 2010 AIP |
| 2/2/2011 | J. Peterson | 0.70 | Participated on a call with C. Ricaurte, T. Ross and M. Sandberg re: NBS 2H 2010 AIP |
| 2/2/2011 | T. Morilla | 1.20 | Reviewed employee compensation as it related to the cash report |
| 2/2/2011 | J. Hyland | 1.50 | Reviewed NBS AIP based upon discussion with Debtors |
| 2/2/2011 | J. Hyland | 2.30 | Revised NBS AIP report for the UCC. |
| 2/2/2011 | J. Peterson | 2.30 | Continued to review and update the report re: 2H 2010 NBS AIP proposal |
| 2/2/2011 | J. Peterson | 1.50 | Continued to review and edit the 2H NBS 2010 AIP proposed payout report. |
| 2/3/2011 | J. Peterson | 0.60 | Reviewed the final NBS 2H 2010 AIP proposal |
| 2/3/2011 | J. Borow | 1.70 | Reviewed various Canada employee claim issues |
| 2/7/2011 | J. Hyland | 2.50 | Reviewed AIP and compensation amounts |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2011 - 2/28/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2011 | J. Peterson | 2.70 | Started to review and analyze the Corporate Group's 2010 2H AIP metrics and payout proposal. |
| 2/8/2011 | T. Morilla | 1.00 | Reviewed and analyzed the second half AIP results |
| 2/8/2011 | J. Peterson | 2.00 | Continued to draft a report on the Corporate Group's 2H 2010 AIP results and proposed payout |
| 2/8/2011 | J. Peterson | 2.80 | Continued to draft a report for the UCC re: 2H 2010 Corporate Group AIP results and proposed payout |
| 2/10/2011 | J. Hyland | 1.00 | Participated in meeting with Mercer, Cleary, counsel, Milbank, and FTI re: employee benefits |
| 2/10/2011 | A. Cowie | 1.00 | Participated in Debtors' meeting with Mercer in regard to LTD and employee benefits |
| 2/10/2011 | A. Cowie | 2.80 | Reviewed issues regarding LTD and employee benefits |
| 2/10/2011 | A. Cowie | 2.90 | Continued to review issues regarding LTD and employee benefits |
| 2/10/2011 | J. Peterson | 1.10 | Continued to draft the 2010 2H Corporate AIP report for distribution to the UCC |
| 2/10/2011 | J. Peterson | 2.40 | Continued to prepare a report on the 2H 2010 Corporate Group AIP results |
| 2/14/2011 | J. Hyland | 0.50 | Participated on call with J. Doolittle, C. Lambda, B. Beekenkamp, and M. Sandberg re: Corporate Group 2H 2010 AIP |
| 2/14/2011 | J. Hyland | 0.80 | Reviewed 2H 2010 AIP summary from the Corporate Group |
| 2/14/2011 | T. Morilla | 1.20 | Reviewed and analyzed the forecasted AIP payments in 2011 as it related to the cash forecast |
| 2/14/2011 | T. Morilla | 1.20 | Reviewed and analyzed the Corporate Group 2H 2010 AIP results |
| 2/14/2011 | T. Morilla | 1.40 | Continued to review and analyze the NBS NSIP program |
| 2/14/2011 | J. Peterson | 2.20 | Continued to review and edit the UCC report re: Corporate Group's 2H 2010 AIP results |
| 2/14/2011 | T. Morilla | 0.90 | Continued to review and analyze the 2H 2010 Corporate Group AIP results |
| 2/15/2011 | T. Morilla | 1.20 | Reviewed and analyzed the Corporate Group 2H 2010 AIP report |
| 2/15/2011 | J. Hyland | 1.80 | Reviewed 2h 2010 AIP report for UCC |
| 2/16/2011 | T. Morilla | 1.60 | Reviewed and analyzed the AIP payments as it related to the cash forecast |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/21/2011 | D. Rothberg | 0.60 | Analyzed NBS and Corp AIP |
| 2/21/2011 | J. Hyland | 1.50 | Reviewed employment agreement with an employee and prepared UCC presentation. |
| 2/21/2011 | T. Morilla | 2.00 | Reviewed and analyzed the NBS SIP plan. |
| 2/21/2011 | J. Peterson | 2.80 | Started to review and draft a report for the UCC re: 1H 2011 NBS AIP proposal. |
| 2/22/2011 | J. Hyland | 0.10 | Conducted call with J. Doolittle re: Hong Kong and Singapore employee matter. |
| 2/22/2011 | T. Morilla | 0.60 | Created list of questions for the 2011 AIP and NSIP programs for NBS. |
| 2/22/2011 | J. Hyland | 0.70 | Conducted call with M. Sandberg and M. Spragg re: NBS 2011 NSIP |
| 2/22/2011 | T. Morilla | 0.80 | Reviewed and analyzed the NBS 2011 AIP presentation |
| 2/22/2011 | J. Hyland | 1.00 | Conducted call with M. Sandberg and M. Spragg re: NBS 2011 AIP |
| 2/22/2011 | J. Hyland | 1.40 | Reviewed summary of UK pension |
| 2/22/2011 | T. Morilla | 1.60 | Participated in NBS 2011 AIP and SIP call with FTI |
| 2/22/2011 | J. Peterson | 1.60 | Participated in a meeting with FTI re: NBS 2011 Retention plans |
| 2/22/2011 | J. Hyland | 1.90 | Reviewed AIP and incentive plan proposals and calculations. |
| 2/22/2011 | J. Hyland | 2.80 | Analyzed UK pension matters |
| 2/22/2011 | J. Peterson | 2.90 | Continued to draft the 2011 1H NBS AIP report for distribution to the UCC |
| 2/22/2011 | J. Peterson | 0.70 | Continued to edit the 2H 2010 Corporate Group AIP report |
| 2/22/2011 | T. Morilla | 1.50 | Continued to review and analyze the NBS 2011 NSIP presentation |
| 2/22/2011 | T. Morilla | 1.50 | Continued to prepare the NSIP presentation |
| 2/22/2011 | T. Morilla | 2.60 | Continued to prepare the NBS SIP presentation. |
| 2/23/2011 | J. Peterson | 0.70 | Participated on call with the Debtors and FTI re: 2011 Corporate Group AIP proposal |
| 2/23/2011 | J. Hyland | 0.70 | Participated on call with FTI and J. Doolittle re: Corporate Group 2011 AIP |
| 2/23/2011 | T. Morilla | 0.70 | Participated in Corporate Group 1H 2011 AIP call with the Debtors and FTI |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/23/2011 | J. Hyland | 0.90 | Participated on call with FTI, C. Ricaurte, and T. Ross re: NBS incentive plans for 2011 |
| 2/23/2011 | J. Peterson | 0.90 | Participated on a call with NBS Management and FTI re: 2011 NBS AIP and SIP proposals |
| 2/23/2011 | T. Morilla | 0.90 | Participated in NBS AIP and SIP call with NBS management and FTI |
| 2/23/2011 | J. Peterson | 1.20 | Started to review the proposed 1H 2011 Corporate Group AIP metrics |
| 2/23/2011 | J. Hyland | 2.90 | Prepared AIP report |
| 2/23/2011 | T. Morilla | 1.10 | Continued to revise the NBS 2011 NSIP presentation based on comments |
| 2/23/2011 | T. Morilla | 1.80 | Continued to edit the employee incentive program presentation based on comments |
| 2/23/2011 | J. Peterson | 2.60 | Continued to review and update the 1H 2011 NBS AIP report |
| 2/23/2011 | J. Hyland | 2.70 | Continued preparing AIP report for UCC |
| 2/28/2011 | T. Morilla | 1.30 | Reviewed and analyzed the CG AIP metric report |
| 2/28/2011 | J. Hyland | 2.50 | Reviewed Corporate Group 1H 2011 AIP report |
| 2/28/2011 | J. Peterson | 2.70 | Continued to draft a report for the UCC re: proposed 1H 2011 Corporate Group AIP metrics |
| Subtotal | | 106.80 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/1/2011 | T. Morilla | 0.50 | Prepared charts for appendices to the term sheet |
| 2/1/2011 | T. Morilla | 1.80 | Prepared EMEA term sheet for allocations from the black box and IP |
| 2/1/2011 | A. Cowie | 2.50 | Updated estate recovery model for adjusted asset, claims and allocation assumptions |
| 2/1/2011 | A. Cowie | 2.80 | Prepared estate negotiating documents for allocation issues |
| 2/1/2011 | J. Borow | 2.80 | Reviewed recovery scenarios and related analyses |
| 2/1/2011 | A. Cowie | 2.50 | Continued to prepare estate level negotiating documents in regard to allocation issues |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/1/2011 | T. Morilla | 2.90 | Continued preparing EMEA presentation showing sensitivity analysis |
| 2/1/2011 | T. Morilla | 2.10 | Continued preparing term sheet for EMEA allocations from the black box and IP |
| 2/1/2011 | J. Peterson | 2.20 | Continued to analyze and edit the EMEA recovery model. |
| 2/2/2011 | C. Kearns | 0.70 | Worked on ongoing recovery analysis regarding purchase allocation |
| 2/2/2011 | T. Morilla | 1.20 | Reviewed and analyzed term sheet draft of for EMEA sensitivity analysis |
| 2/2/2011 | T. Morilla | 1.70 | Revised EMEA sensitivity analysis presentation. |
| 2/2/2011 | A. Cowie | 2.60 | Analyzed creditor recovery scenarios at estate level |
| 2/2/2011 | J. Borow | 2.90 | Reviewed recovery scenarios and related analyses. |
| 2/2/2011 | T. Morilla | 0.60 | Continued to edit the EMEA sensitivity analysis presentation |
| 2/2/2011 | J. Peterson | 1.70 | Continued to edit the EMEA recovery analysis. |
| 2/3/2011 | C. Kearns | 0.50 | Reviewed NNCC bond support and consider potential impact to recovery waterfall |
| 2/3/2011 | T. Morilla | 1.20 | Reviewed and analyzed a creditor agreement |
| 2/3/2011 | A. Cowie | 2.30 | Analyzed changes to allocation models based on feedback from case professionals. |
| 2/3/2011 | T. Morilla | 1.60 | Continued to review the EMEA sensitivity analysis appendices |
| 2/3/2011 | T. Morilla | 1.10 | Continued to review EMEA sensitivity analysis proposal. |
| 2/4/2011 | T. Morilla | 1.90 | Reviewed and analyzed draft of EMEA proposal document |
| 2/4/2011 | T. Morilla | 2.30 | Incorporated additional changes to the EMEA sensitivity analysis. |
| 2/4/2011 | A. Cowie | 2.30 | Analyzed changes to estate allocation model. |
| 2/4/2011 | J. Peterson | 2.60 | Continued to edit and update the EMEA recovery model |
| 2/4/2011 | T. Morilla | 2.10 | Continued to edit the EMEA sensitivity analysis term sheet. |
| 2/4/2011 | T. Morilla | 0.80 | Continued to review and analyze the EMEA proposal document |
| 2/7/2011 | T. Morilla | 2.40 | Adjusted EMEA sensitivity analysis |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2011 | T. Morilla | 2.80 | Analyzed EMEA sensitivity analysis with high claims |
| 2/7/2011 | T. Morilla | 2.40 | Continued to review EMEA sensitivity analysis in preparation for call with counsel and Bondholders |
| 2/8/2011 | T. Morilla | 1.10 | Revised EMEA sensitivity analysis document |
| 2/8/2011 | C. Kearns | 1.90 | Worked on ongoing EMEA sensitivity analysis |
| 2/8/2011 | J. Borow | 2.80 | Reviewed recovery scenarios and related analyses |
| 2/8/2011 | T. Morilla | 2.90 | Created document comparing Chilmark EMEA sensitivity analysis to Capstone EMEA sensitivity analysis |
| 2/8/2011 | T. Morilla | 2.10 | Continued creating document comparing Chilmark and Capstone EMEA sensitivity analyses |
| 2/9/2011 | T. Morilla | 1.00 | Reviewed and analyzed the recovery model |
| 2/9/2011 | T. Morilla | 1.20 | Reviewed and analyzed the EMEA term sheet |
| 2/9/2011 | T. Morilla | 1.20 | Reviewed and analyzed the EMEA sensitivity analysis document |
| 2/9/2011 | J. Peterson | 1.80 | Analyzed the EMEA recovery model for changes made in assumptions |
| 2/9/2011 | J. Borow | 2.10 | Reviewed issues relating to allocation proceeds amongst various estates |
| 2/9/2011 | T. Morilla | 2.40 | Continued to review and analyze the EMEA sensitivity analysis |
| 2/10/2011 | J. Borow | 2.50 | Reviewed issues relating to allocation proceeds amongst various estates |
| 2/10/2011 | C. Kearns | 3.00 | Prepared for (0.2) and met (2.5) with Debtors and ad hocs to discuss next steps |
| 2/10/2011 | T. Morilla | 0.90 | Continued to prepare EMEA sensitivity analyses |
| 2/10/2011 | T. Morilla | 2.20 | Continued to review additional changes to the EMEA sensitivity analyses |
| 2/11/2011 | T. Morilla | 2.30 | Began creating document recovery model assumptions |
| 2/11/2011 | A. Cowie | 2.80 | Reviewed potential term sheet presentation |
| 2/11/2011 | J. Borow | 2.90 | Reviewed issues relating to allocation proceeds amongst various estates |
| 2/11/2011 | T. Morilla | 1.00 | Continued preparing document showing recovery model assumptions |
| 2/14/2011 | A. Cowie | 1.10 | Analyzed creditor recovery scenarios based on updated assumptions |
| 2/15/2011 | A. Cowie | 2.90 | Analyzed proposed creditor recovery scenarios for non-filed entities |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2011 - 2/28/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/16/2011 | J. Borow | 2.80 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/16/2011 | J. Borow | 1.80 | Continued to review various recovery scenarios and related negotiating strategies |
| 2/17/2011 | J. Borow | 1.10 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/18/2011 | J. Borow | 2.90 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/21/2011 | A. Cowie | 0.30 | Analyzed document changes for EMEA negotiations |
| 2/21/2011 | J. Borow | 2.30 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/22/2011 | J. Borow | 1.10 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/22/2011 | A. Cowie | 1.30 | Analyzed recovery documents and models for pension trip |
| 2/23/2011 | A. Cowie | 0.60 | Discussed with M. Spragg and M. Sandberg recovery documents and analysis to be used in EMEA negotiations |
| 2/23/2011 | A. Cowie | 1.80 | Analyzed recovery documents and models for pension trip |
| 2/23/2011 | J. Borow | 2.70 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/23/2011 | T. Morilla | 1.90 | Continued to review and analyze EMEA sensitivity analyses |
| 2/23/2011 | J. Borow | 2.20 | Continued to review various recovery scenarios and related negotiating strategies |
| 2/23/2011 | T. Morilla | 2.30 | Continued to revise the EMEA recovery analyses based on comments |
| 2/24/2011 | A. Cowie | 0.30 | Analyzed presentation document for EMEA negotiations |
| 2/24/2011 | A. Cowie | 0.80 | Discussed with FTI the recovery documents and analysis to be used in EMEA negotiations |
| 2/24/2011 | T. Morilla | 1.60 | Revised the EMEA recovery analyses based on comments |
| 2/24/2011 | T. Morilla | 1.60 | Prepared additional EMEA sensitivity analyses |
| 2/24/2011 | J. Borow | 1.60 | Participated in discussion with creditors and advisors re: negotiating issues |
| 2/24/2011 | T. Morilla | 1.80 | Reviewed and analyzed issues regarding the potential EMEA recoveries |
| 2/24/2011 | J. Peterson | 2.10 | Reviewed and edited the latest EMEA recovery analysis |
| 2/24/2011 | T. Morilla | 2.10 | Reviewed and analyzed the proposed EMEA term sheet |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/24/2011 | A. Cowie | 2.70 | Analyzed recovery model in regard to EMEA negotiations |
| 2/24/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation and creditor recovery schedules |
| 2/24/2011 | J. Borow | 2.90 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/24/2011 | J. Borow | 2.90 | Continued to review various recovery scenarios and related negotiating strategies |
| 2/24/2011 | T. Morilla | 2.40 | Continued to review and analyze issues regarding the potential EMEA recoveries |
| 2/25/2011 | A. Cowie | 0.40 | Analyzed document changes for EMEA negotiations |
| 2/25/2011 | T. Morilla | 0.90 | Reviewed and analyzed EMEA sensitivity analyses |
| 2/25/2011 | T. Morilla | 1.10 | Reviewed and edited EMEA creditor recovery document |
| 2/25/2011 | J. Peterson | 1.30 | Reviewed the latest EMEA recovery model and impact of assumption changes |
| 2/25/2011 | T. Morilla | 1.30 | Prepared reconciliation of an EMEA creditor recovery |
| 2/25/2011 | J. Hyland | 2.00 | Finalized creditor recovery schedules |
| 2/25/2011 | T. Morilla | 2.10 | Reviewed and analyzed the EMEA term sheet appendices |
| 2/25/2011 | J. Borow | 2.80 | Reviewed various recovery scenarios and related negotiating strategies |
| 2/25/2011 | J. Hyland | 2.80 | Reviewed creditor recovery schedules |
| 2/25/2011 | T. Morilla | 2.10 | Continued preparing EMEA sensitivity analyses |
| 2/25/2011 | J. Borow | 1.60 | Continued to review various recovery scenarios and related negotiating strategies |
| 2/25/2011 | T. Morilla | 0.50 | Continued to review and analyze the reconciliation of an EMEA creditor recovery |
| 2/25/2011 | T. Morilla | 0.80 | Continued to prepare EMEA claims recovery reconciliation |
| 2/27/2011 | J. Borow | 2.90 | Review issues relating to various recovery scenarios |
| 2/27/2011 | J. Borow | 1.30 | Continued to review issues relating to various recovery scenarios |
| 2/28/2011 | J. Borow | 9.40 | Prepared for, attended and participated in meetings with UK pension parties and review related scenarios |
| Subtotal | | 183.90 | |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **II. Claim Analysis/Accounting** | | | |
| 2/1/2011 | J. Borow | 2.90 | Reviewed claims at various entities and related issues |
| 2/3/2011 | J. Hyland | 0.50 | Participated on call with M. Wunder and Fraser team re: Canadian claims |
| 2/3/2011 | J. Peterson | 1.60 | Started to review the latest Canadian claims report received from E&Y |
| 2/3/2011 | J. Hyland | 1.60 | Reviewed proceeds allocation summary |
| 2/3/2011 | J. Peterson | 1.90 | Started to review Mercer's valuation of the Canadian HWT |
| 2/3/2011 | J. Peterson | 1.80 | Continued to review and analyze Mercer's valuation of the Canadian HWT claim |
| 2/4/2011 | J. Peterson | 1.70 | Continued to review and analyze the Canadian claims re: Employee claims |
| 2/4/2011 | J. Peterson | 1.90 | Continued to review the latest Canadian claims report re: contract rejections |
| 2/4/2011 | J. Peterson | 2.00 | Continued to review and analyze the Canadian claims re: Litigation |
| 2/7/2011 | T. Morilla | 0.90 | Reviewed and compared EMEA high and low claims estimates |
| 2/7/2011 | J. Peterson | 2.00 | Continued to analyze the Canadian claims re: cross-border |
| 2/7/2011 | J. Borow | 2.30 | Reviewed Canada claims issues |
| 2/8/2011 | J. Hyland | 1.50 | Participated in meeting with T. Ayers, B. Beekenkamp, B. Kahn, and Fraser re: Canadian claims |
| 2/8/2011 | J. Peterson | 1.80 | Prepared for (0.3) and participated (1.5) in a meeting with E&Y, Fraser, and Akin re: status update on Canadian claims |
| 2/8/2011 | T. Morilla | 2.10 | Reviewed and analyzed the Canadian claims |
| 2/8/2011 | J. Hyland | 2.50 | Reviewed cross-border claims |
| 2/8/2011 | J. Borow | 2.60 | Prepared for (1.1) and participated (1.5) in meeting with Canada Debtors re: claims issues |
| 2/8/2011 | J. Hyland | 2.70 | Reviewed Canadian claims |
| 2/9/2011 | J. Hyland | 0.30 | Conducted call with T. Ayres re: Canadian claims |
| 2/9/2011 | J. Peterson | 2.80 | Continued to review and analyze the Canadian claims re: cross-border |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/14/2011 | J. Peterson | 1.50 | Started to bridge the differences between the most recent Canadian claims reports re: January 13 to February 2. |
| 2/14/2011 | J. Peterson | 2.40 | Continued to review and analyze the Canadian claims re: pension and employee benefits |
| 2/14/2011 | J. Peterson | 1.10 | Continued to analyze the Canadian claims re: UK Pension claims |
| 2/15/2011 | J. Hyland | 0.40 | Reviewed cross-border claims summary |
| 2/15/2011 | J. Peterson | 0.90 | Reviewed issues regarding cross border claims issues |
| 2/15/2011 | J. Hyland | 2.60 | Reviewed settlement agreement with a supplier and follow-up with |
| 2/15/2011 | J. Peterson | 2.70 | Started to review the U.S. cross-border claims by claimant |
| 2/15/2011 | J. Peterson | 2.40 | Continued to analyze and draft a summary of the U.S. and Canadian cross-border claims |
| 2/16/2011 | J. Hyland | 0.50 | Conducted call with D. McKenna and B. Bariahtaris re: Settlement agreement with a supplier. |
| 2/16/2011 | J. Hyland | 1.20 | Summarized business issues for counsel in supplier settlement agreement |
| 2/16/2011 | J. Hyland | 1.60 | Analyzed cross-border claims. |
| 2/16/2011 | J. Peterson | 2.10 | Continued to review and analyze the Canadian claims re: Real Estate and Treasury |
| 2/17/2011 | J. Peterson | 1.10 | Participated in a meeting with R. Boris re: U.S. claims update |
| 2/17/2011 | A. Cowie | 1.20 | Prepared for (0.1) and analyzed (1.1) US claims base and discussed with Boris |
| 2/17/2011 | J. Peterson | 1.80 | Prepared for a meeting with R. Boris re: U.S. claims update |
| 2/18/2011 | C. Kearns | 0.40 | Reviewed status of Canadian claim base analysis |
| 2/18/2011 | J. Peterson | 0.50 | Participated on calls with Chilmark re: U.S. and Canadian claim issues |
| 2/18/2011 | J. Peterson | 0.70 | Participated on a call with R. Boris re: U.S cross-border claims |
| 2/18/2011 | J. Peterson | 1.10 | Drafted and sent an email to E&Y re: status of employee benefit claims. |
| 2/18/2011 | J. Peterson | 1.60 | Continued to analyze and draft of summary on the U.S. and Canadian cross-border claims |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/21/2011 | T. Morilla | 1.40 | Reviewed and analyzed an EMEA entity's claim reconciliation. |
| 2/21/2011 | T. Morilla | 1.70 | Prepared schedule showing EMEA entity's claims reconciliation. |
| 2/21/2011 | J. Peterson | 1.90 | Continued to draft a summary of the Canadian claims by claimant |
| 2/21/2011 | T. Morilla | 0.60 | Continued to review and analyze the EMEA claims reconciliation |
| 2/22/2011 | C. Kearns | 0.50 | Worked on ongoing issues regarding UK guarantee claim |
| 2/23/2011 | T. Morilla | 1.10 | Reviewed and analyzed issues regarding potential FSD claims |
| 2/23/2011 | C. Kearns | 1.50 | Prepared for and participated on call with UK counsel regarding pension claim issues. |
| 2/23/2011 | T. Morilla | 2.30 | Reviewed and analyzed the Canadian claims amounts. |
| 2/23/2011 | J. Peterson | 2.20 | Continued to edit and update the Canadian and U.S. claims summary |
| 2/23/2011 | J. Peterson | 1.60 | Continued to update the U.S. and Canadian claims cross-border claims summary |
| 2/24/2011 | L. Ahearn | 0.70 | Researched and analyzed Canadian and EMEA claims |
| 2/24/2011 | J. Hyland | 2.00 | Analyzed claims analysis by estate. |
| 2/24/2011 | J. Peterson | 2.90 | Analyzed and compared the current estimate of the Canadian employee claims to documents filed with the SEC. |
| 2/24/2011 | J. Peterson | 1.70 | Continued to review and edit the Canadian claims analysis re: filed real estate claims. |
| 2/25/2011 | J. Hyland | 2.40 | Analyzed claims summary. |
| 2/25/2011 | J. Peterson | 1.20 | Continued to review the Canadian employee related claims estimates |
| Subtotal | | 90.90 | |

### 13. Intercompany Transactions/Bal

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2011 | J. Hyland | 0.50 | Participated on call with J. Doolittle, T. Beeches, Debtors, Monitor, and Administrator re: APAC Restructuring |
| 2/1/2011 | J. Peterson | 0.90 | Reviewed the January 2011 APAC restructuring update. |
| 2/1/2011 | L. Ahearn | 2.10 | Reviewed and analyzed Asian rationalization plan documents |
| 2/1/2011 | J. Hyland | 2.90 | Analyzed employee trust matters and coordinated with counsel |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/3/2011 | T. Morilla | 1.80 | Reviewed and analyzed the intercompany matrices by region. |
| 2/3/2011 | T. Morilla | 1.10 | Continued to review and analyze intercompany balances |
| 2/17/2011 | J. Borow | 1.40 | Reviewed intercompany claims and related analyses |
| 2/18/2011 | J. Borow | 1.10 | Reviewed intercompany claims and related analyses |
| 2/22/2011 | J. Hyland | 0.50 | Participated on APAC restructuring call |
| 2/22/2011 | T. Morilla | 0.50 | Participated in the monthly Asia restructuring call. |
| 2/22/2011 | L. Ahearn | 1.00 | Prepared for (0.5) and participated (0.5) in monthly Asian Manager's restructuring call. |
| 2/22/2011 | J. Hyland | 1.50 | Reviewed information for APAC restructuring call. |
| 2/22/2011 | T. Morilla | 1.50 | Reviewed and analyze the Asia restructuring report |
| 2/22/2011 | L. Ahearn | 1.80 | Reviewed and analyzed Asian restructuring documents distributed on Monday. |
| 2/22/2011 | T. Morilla | 0.80 | Continued to review and analyze the Asia restructuring report |
| 2/23/2011 | J. Borow | 2.80 | Reviewed intercompany claims and related analyses |
| 2/25/2011 | J. Hyland | 2.60 | Reviewed forecasted intercompany collections |
| Subtotal | | 24.80 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/1/2011 | A. Cowie | 1.70 | Analyzed APAC historical and forecasted operating and cash flow information |
| 2/2/2011 | A. Cowie | 1.30 | Participated in call with Debtors in regard to APAC operating results and cash forecast |
| 2/2/2011 | A. Cowie | 1.80 | Analyzed APAC historical operating results and forecasted cash flows. |
| 2/11/2011 | J. Peterson | 2.80 | Reviewed the 2009 and 2010 SEC filings re: changes in certain balance sheet accounts. |
| 2/16/2011 | A. Cowie | 1.90 | Analyzed historical NBS performance. |
| 2/16/2011 | A. Cowie | 2.40 | Continued to analyze NBS historical performance. |
| 2/21/2011 | J. Peterson | 2.10 | Reviewed the Q3 2010 10Q re: Liabilities Subject to Compromise and Contingent Liabilities |
| Subtotal | | 14.00 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **18. Operating and Other Reports** | | | |
| 2/2/2011 | J. Hyland | 1.60 | Finalized reports for UCC meeting. |
| 2/8/2011 | A. Cowie | 1.10 | Participated in discussion with creditor's professionals in regard to current case status and reports for the committee. |
| 2/8/2011 | A. Cowie | 1.40 | Prepared supporting documents for committee call. |
| 2/9/2011 | T. Morilla | 0.90 | Created summary list of U.S. Non-Debtor entities |
| 2/9/2011 | A. Cowie | 1.30 | Reviewed issues and reports discussed during the UCC meeting. |
| 2/9/2011 | J. Hyland | 1.80 | Analyzed UCC reports for next week. |
| 2/16/2011 | J. Peterson | 2.20 | Started to review the latest filed EMEA Admin Progress Reports re: Nortel Networks (Ireland) Limited |
| 2/16/2011 | J. Peterson | 2.20 | Reviewed the 2010 NBS budget and status updates in preparation for the 2011 Budget presentation |
| 2/16/2011 | T. Morilla | 2.80 | Reviewed and analyzed the EMEA Administrator's Progress reports |
| 2/16/2011 | J. Peterson | 2.60 | Continued to review and analyze the EMEA Administrator progress reports re: Nortel Networks S.A. and Nortel Networks France S.A.S. |
| 2/16/2011 | J. Peterson | 1.90 | Continued to review the latest EMEA Admin Progress Reports re: Nortel GmbH |
| 2/17/2011 | J. Hyland | 1.60 | Prepared agenda items for UCC meeting. |
| 2/17/2011 | J. Borow | 2.90 | Reviewed NBS operating performance. |
| 2/17/2011 | J. Peterson | 1.10 | Continued to review the latest EMEA Admin Progress Reports re: Nortel Networks S.p.A. and Nortel Networks (Austria) GmbH. |
| 2/18/2011 | C. Kearns | 0.60 | Reviewed memo from counsel regarding UK pension guarantee enforceability. |
| 2/18/2011 | C. Kearns | 0.80 | Reviewed latest EMEA status reports. |
| 2/18/2011 | T. Morilla | 1.30 | Reviewed and analyzed potential reports for the next UCC meeting |
| 2/18/2011 | J. Peterson | 1.90 | Started to draft a summary of the EMEA Admin Progress Reports re: material changes from prior reports |
| 2/21/2011 | T. Morilla | 2.10 | Reviewed and analyzed the 59th Report of the Monitor |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/21/2011 | J. Peterson | 2.20 | Reviewed the 59th Report of the Monitor re: cash forecast and claims |
| 2/22/2011 | J. Hyland | 0.80 | Reviewed status of UCC reports |
| 2/22/2011 | J. Peterson | 1.40 | Reviewed the latest APAC restructuring reports |
| 2/25/2011 | J. Hyland | 0.70 | Prepared case planning report for UCC |
| 2/25/2011 | T. Morilla | 1.20 | Reviewed and analyzed the Administrator's Progress Reports |
| 2/25/2011 | J. Peterson | 1.60 | Reviewed and analyzed the EMEA Admin Progress reports re: Nortel Networks Slovensko s r o and Nortel Networks B V |
| 2/25/2011 | J. Peterson | 2.30 | Reviewed and analyzed the latest Admin Progress Report re: Nortel Networks UK Limited |
| 2/25/2011 | J. Peterson | 2.70 | Reviewed and analyzed the latest EMEA Admin Progress reports re: Nortel Networks International Finance & Holding B V and Nortel Networks Hispania S A |
| Subtotal | | 45.00 | |

### 19. Cash Flow/Cash Mgmt Liquidity

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2011 | J. Peterson | 0.80 | Reviewed the January 28th cash flash |
| 2/1/2011 | J. Hyland | 1.50 | Reviewed accounts receivable collections |
| 2/1/2011 | T. Morilla | 2.10 | Continued preparing cash forecast schedules for bi-weekly report |
| 2/2/2011 | J. Borow | 1.30 | Reviewed cash position and related liquidity issues |
| 2/2/2011 | J. Peterson | 1.80 | Started to review and analyze the cash forecast re: January 16 to June 30, 2011 |
| 2/2/2011 | J. Hyland | 1.90 | Reviewed cash report for UCC |
| 2/2/2011 | T. Morilla | 2.10 | Prepared the bi-weekly cash presentation |
| 2/2/2011 | J. Peterson | 2.20 | Continued to analyze the forecasted 2011 cash payments for the Debtors' retention plans |
| 2/2/2011 | T. Morilla | 2.80 | Continued preparing cash schedules for the bi-weekly cash report |
| 2/3/2011 | J. Peterson | 2.30 | Analyzed the forecasted AIP and Retention 2011 regional payments |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/3/2011 | T. Morilla | 2.40 | Reviewed and analyzed payroll data as it related to the cash forecast. |
| 2/3/2011 | T. Morilla | 0.90 | Continued to review the cash forecast as it related to the payroll. |
| 2/4/2011 | T. Morilla | 2.10 | Reviewed and analyzed payroll data as it related to the cash forecast |
| 2/7/2011 | C. Kearns | 0.20 | Reviewed cash forecast status |
| 2/9/2011 | J. Peterson | 0.70 | Reviewed the daily cash flash dated February 4, 2011 |
| 2/9/2011 | T. Morilla | 1.50 | Began reviewing the cash forecast. |
| 2/9/2011 | J. Peterson | 2.90 | Started to review the latest cash forecast re: January 30 to June 30, 2011 |
| 2/10/2011 | T. Morilla | 0.40 | Reviewed and analyzed the February 4 cash flash. |
| 2/10/2011 | J. Borow | 1.10 | Reviewed cash and liquidity for all Debtors' entities |
| 2/10/2011 | T. Morilla | 2.90 | Began preparing the bi-weekly cash forecast report |
| 2/10/2011 | T. Morilla | 1.10 | Created the bi-weekly cash forecast presentation |
| 2/10/2011 | J. Peterson | 1.90 | Continued to review and draft a summary of the 2011 budget. |
| 2/10/2011 | T. Morilla | 2.80 | Continued preparing the schedules for the bi-weekly cash forecast. |
| 2/10/2011 | J. Peterson | 0.70 | Continued to edit and update the bi-weekly UCC cash update report |
| 2/11/2011 | J. Borow | 1.40 | Reviewed cash and liquidity for all Debtors' entities. |
| 2/11/2011 | J. Hyland | 2.20 | Reviewed cash forecast. |
| 2/11/2011 | T. Morilla | 2.40 | Reviewed and edited the cash forecast presentation |
| 2/11/2011 | J. Peterson | 2.70 | Continued to draft and edit the supporting schedules for the bi-weekly UCC cash update |
| 2/11/2011 | J. Peterson | 2.90 | Continued to draft the supporting schedules for the bi-weekly UCC cash update |
| 2/14/2011 | J. Peterson | 2.20 | Reviewed the draft bi-weekly UCC cash update report and discussed internally. |
| 2/14/2011 | T. Morilla | 2.50 | Reviewed and edited the cash report based on comments |
| 2/14/2011 | T. Morilla | 2.20 | Continued to review and analyze the cash forecast. |
| 2/15/2011 | T. Morilla | 0.50 | Reviewed and analyzed the February 11 cash flash |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/15/2011 | T. Morilla | 1.20 | Edited the cash forecast based on comments |
| 2/15/2011 | J. Peterson | 2.10 | Continued to review and analyze the 2011 and 2012 forecasted AIP/Retention plan payments |
| 2/15/2011 | J. Hyland | 2.60 | Reviewed cash balances and cash reporting |
| 2/15/2011 | T. Morilla | 2.10 | Continued to review and analyze the cash forecast |
| 2/16/2011 | T. Morilla | 0.90 | Continued to review the cash forecast |
| 2/17/2011 | T. Morilla | 0.40 | Reviewed the repayment of the $75M DIP loan between the U.S. and Canadian Debtors |
| 2/17/2011 | T. Morilla | 1.50 | Continued to review and analyze the cash forecast |
| 2/21/2011 | J. Peterson | 1.20 | Reconciled the 2011 Nortel Networks S.A. cash forecast to the filed Admin Progress report |
| 2/21/2011 | J. Hyland | 1.90 | Reviewed cash trends |
| 2/23/2011 | J. Peterson | 0.90 | Reviewed the February 18, 2011 cash flash update |
| 2/24/2011 | J. Peterson | 1.80 | Continued to review the latest weekly cash forecast provided and start to draft the summary schedules |
| 2/28/2011 | T. Morilla | 0.70 | Prepared list of questions on the bi-weekly cash report |
| 2/28/2011 | T. Morilla | 1.40 | Reviewed and analyzed the cash flow forecast as it related to certain employee incentive plans |
| 2/28/2011 | J. Hyland | 1.50 | Analyzed cash forecast prepared by Nortel |
| 2/28/2011 | T. Morilla | 2.80 | Prepared the schedules for the bi-weekly cash report |
| 2/28/2011 | J. Hyland | 2.00 | Reviewed cash report for UCC |
| 2/28/2011 | J. Peterson | 1.90 | Continued to update and edit the schedules for the bi-weekly UCC cash update report |
| 2/28/2011 | T. Morilla | 2.10 | Continued preparing the schedules for the bi-weekly cash report |
| 2/28/2011 | J. Peterson | 2.40 | Continued to update the supporting cash schedules for the bi-weekly UCC cash update re: cash forecast from February 13 to June 30 |
| 2/28/2011 | T. Morilla | 1.30 | Continued preparing the bi-weekly cash report |
| Subtotal | | 92.10 | |

Capstone Advisory Group, LLC
Invoice for the 2/1/2011 - 2/28/2011 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **20. Projections/Business Plan/Other** | | | |
| 2/9/2011 | J. Hyland | 0.40 | Reviewed agenda for NBS meeting re: 2011 NBS budget |
| 2/9/2011 | J. Hyland | 2.70 | Analyzed support for 2011 NBS budget and 2010 NBS actuals |
| 2/10/2011 | J. Peterson | 2.60 | Continued to review and analyze the 2011 quarterly budget by region |
| 2/16/2011 | J. Hyland | 1.50 | Reviewed NBS preliminary 2011 financial forecast |
| 2/16/2011 | T. Morilla | 1.70 | Reviewed the current NBS Financial Advisor Review in preparation of discussion with NBS management |
| 2/16/2011 | T. Morilla | 2.70 | Reviewed July NBS Financial Advisor Review document in preparation for the NBS meeting |
| 2/16/2011 | A. Cowie | 2.70 | Analyzed Debtors' NBS forecast for 2011 |
| 2/16/2011 | J. Hyland | 2.90 | Prepared discussion items for NBS meeting |
| 2/16/2011 | A. Cowie | 2.40 | Continued to analyze 2011 forecasted NBS performance. |
| 2/17/2011 | T. Morilla | 1.10 | Reviewed and analyzed the leave behind and residual costs in the NBS budget |
| 2/17/2011 | T. Morilla | 2.20 | Reviewed and analyzed the forecasted TSA billings and operating costs |
| 2/17/2011 | A. Cowie | 2.60 | Analyzed NBS 2011 forecasted performance information |
| 2/17/2011 | A. Cowie | 2.70 | Participated in NBS 2011 forecast meeting |
| 2/17/2011 | J. Peterson | 2.90 | Started to review and analyze the NBS 2011 budget |
| 2/17/2011 | T. Morilla | 2.90 | Reviewed and analyzed the NBS Financial Advisor Review presentation |
| 2/17/2011 | J. Hyland | 4.30 | Participated in meeting with C. Ricaurte, NBS team, FTI, and the Monitor re: NBS 2011 budget presentation |
| 2/17/2011 | A. Cowie | 2.70 | Continued to participate in NBS 2011 forecast meeting (1.6) and portion of meeting with R. Boris (1.1) |
| 2/17/2011 | J. Hyland | 2.40 | Conducted meeting with NBS personnel re: 2011 budget |
| 2/17/2011 | J. Hyland | 2.60 | Continued conducting meetings with NBS personnel re: 2011 budget |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/17/2011 | T. Morilla | 1.50 | Continued to review and analyze the NBS Financial Advisor Review presentation |
| 2/18/2011 | A. Cowie | 1.30 | Prepared report for the committee in regard to NBS forecasted 2011 performance |
| 2/18/2011 | J. Hyland | 2.10 | Analyzed supplier contract |
| 2/18/2011 | A. Cowie | 2.70 | Analyzed proposed NSIP and AIP 2011 figures |
| 2/18/2011 | J. Hyland | 2.80 | Reviewed 2011 NBS budget |
| 2/18/2011 | A. Cowie | 2.80 | Analyzed forecasted NBS 2011 performance |
| 2/18/2011 | J. Hyland | 1.80 | Continued analyzing 2011 NBS budget |
| 2/18/2011 | A. Cowie | 2.10 | Continued to analyze NBS 2011 forecasted performance |
| 2/18/2011 | J. Peterson | 2.30 | Continued to review and analyze the 2011 NBS Budget re: residual and leave behind |
| 2/21/2011 | J. Hyland | 1.40 | Analyzed agreement with supplier and corresponded with counsel |
| 2/22/2011 | J. Peterson | 0.90 | Participated on a call with D. Cozart re: 2011 NBS budget assumptions |
| 2/22/2011 | J. Peterson | 2.20 | Drafted a summary of the NBS 2011 budget by quarter for the TSA aspect |
| 2/28/2011 | J. Peterson | 1.30 | Reviewed and analyzed the 2011 Corporate Group budget |
| 2/28/2011 | J. Peterson | 1.80 | Reviewed and analyzed the 2011 APAC budget |
| Subtotal | | 73.00 | |

**22. Pref/Avoidance Actions**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2011 | J. Hyland | 2.90 | Revised avoidance action report |
| 2/1/2011 | J. Peterson | 2.40 | Continued to review and update the Avoidance action report for distribution to the UCC |
| 2/2/2011 | J. Peterson | 1.10 | Reviewed final comments and finalized the avoidance action report |
| 2/2/2011 | J. Hyland | 2.40 | Revised Avoidance Action Update report for UCC |
| Subtotal | | 8.80 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/4/2011 | J. Hyland | 0.10 | Conducted call with K. Rowe re: U.S. taxes |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/7/2011 | J. Peterson | 2.30 | Started to review and analyze the Canadian tax issues and attributes |
| 2/7/2011 | J. Borow | 2.40 | Reviewed and prepared for tax meeting in Canada. |
| 2/7/2011 | J. Peterson | 1.10 | Continued to review and analyze the Canadian tax issues, both historical and future. |
| 2/8/2011 | J. Hyland | 1.70 | Participated in meeting with R. Culina, B. Beekenkamp, T. Ayers, M. Peters, B. Kahn, and Fraser re: Canadian taxes |
| 2/8/2011 | J. Peterson | 1.70 | Participated in a meeting with the Corporate Group, FTI, Akin, Capstone, and E&Y. |
| 2/8/2011 | J. Borow | 2.60 | Prepared for (0.9) and participated (1.7) in meeting with Canada Debtors re: tax issues. |
| Subtotal | | 11.90 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2011 | M. Lasinski | 2.10 | Reviewed intellectual property information provided by Debtors |
| 2/1/2011 | M. Lasinski | 2.40 | Developed intellectual property report for counsel and Advisors |
| 2/2/2011 | M. Lasinski | 0.30 | Discussed intellectual property issues with GIPLG |
| 2/2/2011 | M. Lasinski | 0.40 | Participated in call with counsel, Jeffries and other Advisors on intellectual property. |
| 2/2/2011 | M. Lasinski | 0.40 | Discussed intellectual property issues with FTI |
| 2/2/2011 | J. Hyland | 0.80 | Participated on call with counsel re: IPA and IP. |
| 2/2/2011 | M. Lasinski | 0.90 | Prepared for UCC call - intellectual property |
| 2/2/2011 | C. Kearns | 1.80 | Prepared for (1.0) and participated in (0.8) calls with J. Ray and counsel regarding IP Addresses and other matters |
| 2/2/2011 | M. Lasinski | 2.30 | Reviewed intellectual property information provided by Debtors. |
| 2/2/2011 | M. Lasinski | 2.50 | Reviewed intellectual property information provided by Debtors |
| 2/3/2011 | M. Lasinski | 0.30 | Participated in UCC call with Counsel, Jeffries and other Advisors |
| 2/3/2011 | M. Lasinski | 0.70 | Reviewed information provided by Debtors on intellectual property |
| 2/3/2011 | J. Hyland | 1.00 | Participated on call with S. Kuhn, counsel, and Jefferies re: IPA |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/3/2011 | M. Lasinski | 1.00 | Participated in call on intellectual property with counsel. |
| 2/3/2011 | J. Borow | 1.10 | Reviewed valuation issues relating to other IPA |
| 2/3/2011 | C. Kearns | 1.30 | Reviewed issues/next steps regarding possible sale of US IP addresses including call with Akin |
| 2/3/2011 | J. Borow | 2.10 | Reviewed issues relating to monetization of intellectual property assets |
| 2/3/2011 | J. Hyland | 2.70 | Reviewed status of IP and IPA monetization. |
| 2/3/2011 | M. Lasinski | 2.80 | Reviewed information on intellectual property provided by Debtors |
| 2/4/2011 | C. Kearns | 0.60 | Reviewed issues regarding possible sale of IP addresses. |
| 2/4/2011 | M. Lasinski | 1.50 | Participated in call with FTI, Counsel, Milbank, Jeffries and other Advisors on intellectual property. |
| 2/4/2011 | C. Kearns | 1.80 | Reviewed status of IP sale including calls with ad hocs |
| 2/4/2011 | J. Hyland | 2.10 | Reviewed IP valuation and monetization |
| 2/4/2011 | J. Hyland | 2.80 | Analyzed IP monetization status |
| 2/4/2011 | J. Borow | 3.20 | Reviewed (1.7) and discussed (1.5) with creditors and professionals re: status of intellectual property valuation and auction issues. |
| 2/5/2011 | M. Lasinski | 2.10 | Reviewed information provided by Debtors on intellectual property |
| 2/6/2011 | M. Lasinski | 1.90 | Reviewed information provided by Debtors. |
| 2/6/2011 | M. Lasinski | 2.10 | Reviewed information provided by Debtors |
| 2/7/2011 | C. Kearns | 0.50 | Reviewed status of US IP Address sale |
| 2/7/2011 | C. Kearns | 0.80 | Review IP APA draft- bidder #1 |
| 2/7/2011 | M. Lasinski | 1.80 | Reviewed information provided by the Debtors on intellectual property. |
| 2/7/2011 | M. Lasinski | 2.20 | Reviewed information provided by the Debtors on intellectual property |
| 2/8/2011 | J. Hyland | 0.10 | Reviewed IPA letter. |
| 2/8/2011 | M. Lasinski | 0.20 | Participated on IP portion of the call with counsel and other Advisors in preparation for the UCC call |
| 2/8/2011 | M. Lasinski | 1.70 | Reviewed information provided by the Debtors on intellectual property |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/9/2011 | M. Lasinski | 0.10 | Participated in the IP portion of the conference call with the UCC, counsel and other advisors |
| 2/9/2011 | M. Lasinski | 0.70 | Participated in a call with FTI and Lazard on intellectual property |
| 2/9/2011 | C. Kearns | 0.90 | Reviewed IP monetization status |
| 2/9/2011 | T. Morilla | 1.00 | Reviewed intellectual property related issues |
| 2/9/2011 | J. Borow | 2.40 | Reviewed issues relating to intellectual property sale process and valuation |
| 2/9/2011 | M. Lasinski | 2.70 | Analyzed information provided by the Debtors and Advisors on intellectual property |
| 2/10/2011 | J. Borow | 2.50 | Reviewed issues relating to intellectual property sale process and valuation |
| 2/11/2011 | C. Kearns | 0.70 | Reviewed IP sale status |
| 2/11/2011 | J. Borow | 2.30 | Reviewed issues relating to intellectual property sale process and valuation |
| 2/14/2011 | C. Kearns | 0.40 | Participated in calls with Jeffries and FTI regarding IP monetization status |
| 2/14/2011 | J. Hyland | 0.50 | Conducted multiple calls with A. Rohan re: IP |
| 2/14/2011 | J. Schad | 0.60 | Ran scenarios in IP valuation model to determine outcome of various discount rates |
| 2/14/2011 | C. Kearns | 0.80 | Participated in call with Akin and Jeffries to review key issues regarding IP APA draft |
| 2/14/2011 | M. Lasinski | 0.80 | Participated in a call with the UCC, counsel, Jeffries and Advisors on intellectual property |
| 2/14/2011 | M. Lasinski | 0.80 | Developed analyses based on information provided by the Debtors on intellectual property |
| 2/14/2011 | T. Morilla | 0.90 | Reviewed and analyzed issues regarding the sale of the intellectual property |
| 2/14/2011 | M. Lasinski | 1.10 | Participated in a call with counsel and Advisors on intellectual property |
| 2/14/2011 | J. Hyland | 1.20 | Prepared for (0.1) and participated (1.1) on pre-UCC call re: IP |
| 2/14/2011 | C. Kearns | 1.40 | Prepared for (0.3) and participated (1.1) on call with UCC regarding status of IP monetization |
| 2/14/2011 | A. Cowie | 1.80 | Prepared updated analysis on monetization process for intellectual property |
| 2/14/2011 | J. Borow | 2.30 | Reviewed and discussed issues relating to the intellectual property values and auction and bid processes |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/14/2011 | J. Borow | 2.60 | Reviewed issues related to intellectual property auction and process |
| 2/14/2011 | M. Lasinski | 2.80 | Developed analyses based on information provided by the Debtors on intellectual property |
| 2/14/2011 | M. Lasinski | 2.80 | Developed analyses based on information provided by the Debtors on intellectual property |
| 2/14/2011 | M. Lasinski | 2.80 | Analyzed information provided by the Debtors on intellectual property |
| 2/14/2011 | C. Kearns | 2.90 | Reviewed IP sale process status latest draft and relayed comments to counsel |
| 2/14/2011 | J. Hyland | 2.90 | Reviewed IP monetization documents |
| 2/14/2011 | J. Hyland | 2.70 | Continued to review IP monetization documents |
| 2/15/2011 | M. Desalvio | 0.20 | Retrieved Debtwire articles |
| 2/15/2011 | C. Kearns | 0.50 | Reviewed IP sale status |
| 2/15/2011 | M. Lasinski | 2.30 | Developed intellectual property analysis |
| 2/15/2011 | J. Hyland | 2.50 | Analyzed IP monetization models |
| 2/15/2011 | T. Morilla | 1.10 | Continued to review and analyze issues regarding the intellectual property |
| 2/15/2011 | T. Morilla | 1.30 | Continued to review and analyze issues regarding the intellectual property |
| 2/16/2011 | C. Kearns | 0.30 | Reviewed IP monetization status |
| 2/16/2011 | M. Lasinski | 2.10 | Reviewed documents provided by Debtors on intellectual property |
| 2/16/2011 | J. Schad | 2.20 | Revised IP valuation model to allow for easier changes to the model by creating a single tab for changes |
| 2/16/2011 | J. Borow | 2.40 | Reviewed issues relating to intellectual property monetization process |
| 2/17/2011 | C. Kearns | 0.40 | Reviewed IP monetization status |
| 2/17/2011 | T. Morilla | 0.70 | Reviewed issues regarding the monetization of the intellectual property |
| 2/17/2011 | M. Lasinski | 1.10 | Reviewed documents provided by Debtors and Lazard on intellectual property |
| 2/18/2011 | M. Lasinski | 1.40 | Reviewed documents provided by Debtors and Lazard on intellectual property |
| 2/18/2011 | J. Hyland | 1.80 | Analyzed IPA monetization |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/18/2011 | J. Borow | 2.90 | Reviewed issues relating to intellectual property monetization process |
| 2/20/2011 | C. Kearns | 0.50 | Reviewed IP monetization status |
| 2/21/2011 | M. Lasinski | 1.50 | Reviewed documents provided by Debtors and Lazard on intellectual property |
| 2/22/2011 | M. Lasinski | 2.20 | Reviewed documents provided by Debtors and Lazard on intellectual property |
| 2/23/2011 | M. Lasinski | 0.70 | Reviewed documents provided by Jeffries on intellectual property |
| 2/23/2011 | M. Lasinski | 1.00 | Participated in call with Counsel, Jeffries and other Advisors to prepare for the UCC update. |
| 2/23/2011 | M. Lasinski | 1.50 | Reviewed documents provided by the Debtors and Lazard on intellectual property |
| 2/28/2011 | M. Lasinski | 1.70 | Prepared intellectual property analysis |
| Subtotal | | 130.00 | |
| **Total Hours** | | **966.70** | |

Capstone Advisory Group, LLC
Invoice for the 2/1/2011 - 2/28/2011 Fee Statement