Exhibit D
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/2011 through 2/28/11**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 2/1/2011 | J. Peterson | Change fee incurred and charged by Air Canada | $78.75 |
| 2/4/2011 | J. Borow | Airfare to/from Toronto | $875.48 |
| 2/7/2011 | J. Hyland | Airfare for Canada & NY trip | $1,539.23 |
| 2/7/2011 | J. Hyland | Airfare for Canada & NY trip | $263.32 |
| 2/7/2011 | J. Hyland | Travel agency fee | $35.00 |
| 2/7/2011 | J. Hyland | Travel agency fee | $15.00 |
| 2/16/2011 | J. Peterson | Roundtrip flight from EWR to RDU | $941.40 |
| 2/16/2011 | J. Hyland | Airfare to Raleigh | $667.40 |
| 2/18/2011 | A. Cowie | Airfare from LGA to RDU | $264.00 |
| 2/23/2011 | J. Borow | Airfare to/from London | $7,471.40 |
| 2/28/2011 | J. Borow | Change fee for air | $4,996.20 |
| 2/28/2011 | J. Borow | Train to Heathrow | $31.60 |
| **Subtotal - Airfare/Train** | | | **$17,178.78** |
| **Auto Rental/Taxi** | | | |
| 2/4/2011 | Capstone Expense | Taxi rides in NYC | $201.76 |
| 2/7/2011 | J. Hyland | Taxi during Toronto trip | $64.94 |
| 2/7/2011 | J. Hyland | Taxi during Toronto trip | $28.00 |

Capstone Advisory Group, LLC
Invoice for the 2/1/2011 - 2/28/2011 Fee Statement

Page 1 of 5

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/7/2011 | J. Hyland | Taxi during Toronto trip | $20.00 |
| 2/7/2011 | J. Hyland | Taxi during Toronto trip | $20.00 |
| 2/7/2011 | J. Hyland | Taxi during Toronto trip | $15.00 |
| 2/8/2011 | J. Borow | Cab fare to/from LaGuardia | $144.00 |
| 2/8/2011 | J. Hyland | Taxi during Toronto trip | $70.97 |
| 2/8/2011 | J. Hyland | Taxi during NY trip | $37.50 |
| 2/8/2011 | J. Hyland | Taxi during Toronto trip | $14.00 |
| 2/17/2011 | J. Peterson | Car rental for 2 days while at Nortel in NC | $314.80 |
| 2/17/2011 | J. Hyland | Rental car during Raleigh trip | $182.49 |
| 2/18/2011 | A. Cowie | Taxi from office to LaGuardia | $123.06 |
| 2/28/2011 | J. Borow | Cabs in London | $214.00 |
| 2/28/2011 | J. Borow | Cab fare to/from JFK | $170.00 |
| 2/28/2011 | J. Borow | Cab from Heathrow in London to hotel | $136.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$1,756.52** |
| **Hotel** | | | |
| 2/8/2011 | J. Hyland | Hotel during Canada trip | $409.10 |
| 2/8/2011 | J. Borow | Hotel in Toronto | $310.05 |
| 2/10/2011 | J. Hyland | Hotel during NY trip | $788.58 |
| 2/16/2011 | J. Peterson | Hotel while in North Carolina | $164.94 |
| 2/17/2011 | J. Hyland | Hotel during Raleigh trip | $226.36 |
| 2/18/2011 | A. Cowie | Hotel including breakfast for A. Cowie and J. Peterson | $197.30 |
| 2/27/2011 | C. Kearns | London hotel cancellation fee | $467.13 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/28/2011 | J. Borow | Hotel in London plus tips | $1,067.70 |
| **Subtotal - Hotel** | | | **$3,631.16** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/1/2011 | T. Morilla | Meal due to working late | $10.75 |
| 2/7/2011 | J. Hyland | Meal during Canada trip | $1.79 |
| 2/8/2011 | J. Hyland | Meal during Toronto trip with J. Doolittle, A. Bifield, J. Borow and J. Hyland | $87.00 |
| 2/8/2011 | J. Hyland | Meal during NY trip | $2.67 |
| 2/9/2011 | J. Hyland | Meal during NY trip | $16.31 |
| 2/9/2011 | J. Hyland | Meal during NY trip | $5.20 |
| 2/10/2011 | J. Hyland | Meal during NY trip | $16.31 |
| 2/10/2011 | J. Hyland | Meal during NY trip | $12.22 |
| 2/10/2011 | J. Hyland | Meal during NY trip | $9.48 |
| 2/16/2011 | A. Cowie | Meal at LaGuardia Airport | $13.67 |
| 2/16/2011 | J. Peterson | Breakfast at RDU airport | $12.10 |
| 2/16/2011 | J. Peterson | Lunch in Toronto | $9.91 |
| 2/16/2011 | J. Hyland | Meal during Raleigh trip | $2.69 |
| 2/16/2011 | J. Hyland | Meal during Raleigh trip | $2.61 |
| 2/17/2011 | J. Hyland | Meal during Raleigh trip | $12.50 |
| 2/17/2011 | J. Peterson | Lunch in Toronto | $10.78 |
| 2/17/2011 | A. Cowie | Lunch during travel | $10.57 |
| 2/17/2011 | A. Cowie | Meal at RDU | $9.58 |
| 2/17/2011 | J. Hyland | Meal during Raleigh trip | $9.57 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/17/2011 | J. Peterson | Dinner while traveling back from NC | $8.25 |
| 2/17/2011 | J. Peterson | Breakfast in Toronto | $6.52 |
| 2/21/2011 | T. Morilla | Meal due to working late | $8.50 |
| 2/23/2011 | T. Morilla | Meal due to working late | $25.58 |
| **Subtotal - Meals** | | | **$304.56** |
| **Mileage** | | | |
| 2/7/2011 | J. Hyland | Mileage to/from airport for Canada & NY trip | $21.42 |
| 2/10/2011 | J. Hyland | Mileage to/from airport for Canada & NY trip | $21.42 |
| 2/16/2011 | J. Hyland | Mileage to/from airport for Raleigh trip | $21.42 |
| 2/17/2011 | A. Cowie | Incurred mileage from JFK to home | $31.62 |
| 2/17/2011 | J. Hyland | Mileage to/from airport for Raleigh trip | $21.42 |
| **Subtotal - Mileage** | | | **$117.30** |
| **Other** | | | |
| 2/7/2011 | J. Hyland | Foreign transaction credit card fee | $1.75 |
| 2/8/2011 | J. Hyland | Foreign Transaction Fee | $2.35 |
| 2/8/2011 | J. Hyland | Foreign Transaction Fee | $1.92 |
| **Subtotal - Other** | | | **$6.02** |
| **Parking/Tolls** | | | |
| 2/7/2011 | J. Hyland | Tolls during Canada & NY trip | $1.60 |
| 2/10/2011 | J. Hyland | Tolls during Canada & NY trip | $1.60 |
| 2/16/2011 | J. Hyland | Local tolls for Raleigh trip | $1.60 |
| 2/17/2011 | A. Cowie | Parking at JFK | $33.00 |
| 2/17/2011 | J. Hyland | Local tolls for Raleigh trip | $1.60 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/18/2011 | A. Cowie | Incurred tolls from JFK to home | $4.80 |

**Subtotal - Parking/Tolls** $44.20

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/1/2011 | Capstone Expense | Telephone for Nortel | $123.00 |
| 2/1/2011 | Capstone Expense | Telephone for Nortel | $53.00 |
| 2/5/2011 | Capstone Expense | Conference call for Nortel | $74.81 |
| 2/7/2011 | Capstone Expense | Telephone for Nortel | $1,097.43 |

**Subtotal - Telecom** $1,348.24

**For the Period 2/1/2011 through 2/28/2011** $24,386.78