IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 12, 2011 AT 9:30 A.M. (EASTERN TIME)**

**MATTERS GOING FORWARD**

5.   Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

   Related Pleadings:   (See Exhibit A, hereto).

   Status:  Pretrial scheduling conferences are going forward in the adversary proceedings listed on Exhibit A hereto with the exception of Avea Iletism Hizmetleri A.S. (Adversary Case No. 10-53183), as this Defendant has not yet been served and thus will be rescheduled for a later pretrial conference date. The Debtors intend to present a proposed form of Scheduling Order in the form attached as Exhibit B for consideration by the Court.  The Debtors intend to submit a revised proposed scheduling order under certification of counsel prior to the hearing with regard to International Business Machines Corporation (Adversary Case No. 10-50206).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: April 8, 2011
       Wilmington, Delaware

              CLEARY GOTTLIEB STEEN & HAMILTON LLP

              James L. Bromley (admitted *pro hac vice*)
              Lisa M. Schweitzer (admitted *pro hac vice*)
              One Liberty Plaza
              New York, New York 10006
              Telephone: (212) 225-2000
              Facsimile: (212) 225-3999

              - and -

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ Alissa T. Gazze*
              Derek C. Abbott (No. 3376)
              Eric D. Schwartz (No. 3134)
              Ann C. Cordo (No. 4817)
              Alissa T. Gazze (No. 5338)
              1201 North Market Street, 18th Floor
              Wilmington, DE 19899-1347
              Telephone: (302) 658-9200
              Facsimile: (302) 425-4663

              *Counsel for the Debtors and Debtors in Possession*

4154636.4