**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|------|-------------------|
| Nortel Networks Inc. v. Algo Communication Products Ltd. | 10-55913 |
| Nortel Networks Inc. v. Avea Iletism Hizmetleri A.S. | 10-53183 |
| Nortel Networks Inc. v. Aviat U.S., Inc. | 11-50205 |
| Nortel Networks Inc. v. Avotus Corporation | 10-55916 |
| Nortel Networks Inc. v. CDW Direct, LLC and CDW LLC | 10-55185 |
| Nortel Networks Inc. v. Certicom Corporation | 10-55923 |
| Nortel Networks Inc. v. Covergence, Inc. | 11-50033 |
| Nortel Networks Inc. v. Demand Wave Solutions, Inc. | 10-55196 |
| Nortel Networks Inc. v. Focus Legal Solutions, LLC and Focus Legal Management, LLC | 11-50204 |
| Nortel Networks Inc. v. Infonet Services Corporation | 10-55935 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Informatics International Ltd. | 10-53186 |
| Nortel Networks Inc. v. International Business Machines Corporation *et al.* | 11-50206 |
| Nortel Networks Inc. v. ITC Networks SRL | 10-55210 |
| Nortel Networks Inc. v. PMC-Sierra, Inc. and PMC-Sierra, Ltd. | 10-55890 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | 10-55211 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Staples Contract & Commercial, Inc. | 11-50194 |
| Nortel Networks Inc. v. Zhone Technologies, Inc. | 10-55904 |