# EXHIBIT A

CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2011 through March 31, 2011

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 3/1/2011 — End Date 3/31/2011

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 9.8 | $470.00 | $4,606.00 |
| 2 | Reviewing operational management of transition services | 18.2 | $470.00 | $8,554.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 166.3 | $470.00 | $78,161.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 5.6 | $470.00 | $2,632.00 |
| 5 | Fee Applications | 4.8 | $470.00 | $2,256.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 20.0 | $235.00 | $4,700.00 |
| | **Hours/Billing Amount for Period:** | **224.7** | | **$100,909.00** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/1/2011 | Call re UK pension matters | 3 | 1.0 |
| 3/1/2011 | Call re claims and review of same | 3 | 2.4 |
| 3/1/2011 | Call with Cleary and Chilmark related to various financial and legal matters related to estate | 3 | 1.8 |
| 3/1/2011 | Preference settlement approvals and offers | 3 | 1.8 |
| 3/1/2011 | Review of Chilmark work related to receivables, 4th estate | 3 | 2.0 |
| 3/1/2011 | Tax matters update | 3 | 0.5 |
| 3/1/2011 | Richardson PSA review | 3 | 1.4 |
| 3/1/2011 | Prep for insurance renewals | 2 | 0.8 |
| 3/1/2011 | Call with Marsh re insurance renewals | 2 | 0.5 |
| 3/1/2011 | Sale closing matters | 3 | 0.5 |
| 3/1/2011 | Review of US budget changes and further review of calculations related to cash repatriation, receivables | 3 | 1.8 |
| 3/2/2011 | Further review of US budget changes and open issues; follow on Call with T Ross and Chilmark re US budget | 3 | 1.2 |
| 3/2/2011 | Preference settlement approvals | 3 | 0.8 |
| 3/2/2011 | Call with UCC re 4th estate | 3 | 1.4 |
| 3/2/2011 | Employment agreement extension | 3 | 0.4 |
| 3/2/2011 | Approval of claim settlement and review same | 3 | 0.5 |
| 3/2/2011 | Subsidiary liquidation matters | 3 | 0.3 |
| 3/2/2011 | Richardson draft PSA | 3 | 0.8 |
| 3/2/2011 | Budget review and call | 2 | 2.0 |
| 3/2/2011 | 4th estate term sheet | 3 | 0.8 |
| 3/2/2011 | Pluto accession agreement | 3 | 0.3 |
| 3/2/2011 | MSS matter | 3 | 0.2 |
| 3/2/2011 | Qualcomm royalties matters | 2 | 2.0 |
| 3/2/2011 | Invoice approvals | 2 | 0.3 |
| 3/2/2011 | Iceberg update with Cleary | 3 | 0.5 |
| 3/2/2011 | Internet address approval | 3 | 0.5 |
| 3/2/2011 | Two large claim matters input | 3 | 0.8 |
| 3/2/2011 | Broker retention matter | 3 | 0.5 |
| 3/3/2011 | Call with Cleary and Chilmark re allocation | 3 | 1.0 |
| 3/3/2011 | MOR review for December | 2 | 0.3 |
| 3/3/2011 | Internet address update | 3 | 0.3 |
| 3/3/2011 | Pluto document | 3 | 0.3 |
| 3/3/2011 | Review summary of claims and assets | 3 | 0.5 |
| 3/3/2011 | 10K matter | 1 | 0.3 |
| 3/3/2011 | IBM accession agreement | 2 | 0.3 |
| 3/3/2011 | Israel settlement matters | 3 | 0.5 |
| 3/3/2011 | Preference settlement approvals | 3 | 0.3 |
| 3/3/2011 | ERISA litigation update | 3 | 1.0 |
| 3/3/2011 | Execution of documents for closing; escrows | 3 | 0.5 |
| 3/3/2011 | Non debtor subsidiary appointments | 3 | 0.8 |
| 3/3/2011 | US claims update | 3 | 0.5 |
| 3/3/2011 | CTDI litigation update | 3 | 0.4 |
| 3/3/2011 | Employee matters; retention dates | 3 | 0.4 |
| 3/3/2011 | Prepare fee application | 5 | 3.4 |
| 3/4/2011 | Call with MNAT re accession agreement | 2 | 0.5 |
| 3/4/2011 | Non debtor sub liquidation | 3 | 0.3 |
| 3/4/2011 | NBS financial transition update call | 2 | 0.5 |
| 3/4/2011 | Asset sale inquiry | 3 | 0.2 |
| 3/4/2011 | Review updated cash summaries | 3 | 0.8 |
| 3/4/2011 | Preference approvals and resolution recommendations | 3 | 1.0 |
| 3/4/2011 | Document request related to mediation/allocation | 3 | 0.3 |
| 3/4/2011 | CMC matters | 3 | 0.5 |
| 3/4/2011 | Mediator follow up letter | 3 | 0.2 |
| 3/4/2011 | Marsh invoicing for NBS renewals | 2 | 0.2 |
| 3/4/2011 | LTD plan matters | 3 | 1.0 |
| 3/4/2011 | APAC repatriation | 3 | 0.8 |
| 3/4/2011 | IPV sale letter and escrow | 1 | 0.8 |
| 3/4/2011 | Prepare and file fee application | 1 | 1.2 |
| 3/7/2011 | Weekly case management call | 5 | 1.2 |
| 3/7/2011 | Weekly NBS status call | 2 | 0.5 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/7/2011 | Update re Richardson | 3 | 0.5 |
| 3/7/2011 | Iceberg sale update | 3 | 0.3 |
| 3/7/2011 | Large claim matter input | 3 | 0.5 |
| 3/7/2011 | Pluto closing matter | 3 | 0.5 |
| 3/7/2011 | LTD matter | 3 | 1.8 |
| 3/7/2011 | Preference settlement input | 3 | 0.8 |
| 3/7/2011 | ERISA settlement review and update | 3 | 1.8 |
| 3/7/2011 | Customs disclosure; review of revised document | 3 | 0.5 |
| 3/7/2011 | Santa Clara lease options review | 3 | 1.4 |
| 3/7/2011 | Receivables collection; update to status | 2 | 0.3 |
| 3/7/2011 | E-data retention matters and strategy for cost minimization | 2 | 0.4 |
| 3/7/2011 | 4th estate term sheet and cash repatriation | 3 | 1.8 |
| 3/8/2011 | Review revised ERISA settlement and call re same | 3 | 4.0 |
| 3/8/2011 | E-data retention matters and strategy for cost minimization | 3 | 1.8 |
| 3/8/2011 | Royalties review; amount paid by US | 2 | 2.0 |
| 3/8/2011 | Irish director appointment | 3 | 0.3 |
| 3/8/2011 | Travel to NY | 7 | 5.0 |
| 3/8/2011 | Iceberg escrow matter | 3 | 0.3 |
| 3/8/2011 | Richardson sale matters and bidder updates | 3 | 0.5 |
| 3/8/2011 | Weekly invoice review | 2 | 0.2 |
| 3/8/2011 | Interestate term sheet review and comment | 1 | 1.8 |
| 3/8/2011 | Tax matters update | 3 | 0.3 |
| 3/8/2011 | Review UCC materials | 4 | 1.8 |
| 3/8/2011 | Deferred comp motion update | 3 | 0.3 |
| 3/8/2011 | Further Iceberg matter | 3 | 0.3 |
| 3/9/2011 | Meeting with Cleary and Chilmark re allocation; case management matters | 3 | 6.0 |
| 3/9/2011 | Meetings with bonds and UCC re allocation; EMEA meetings | 3 | 2.8 |
| 3/9/2011 | APAC cash call | 1 | 0.8 |
| 3/9/2011 | E-data requirements call | 3 | 0.8 |
| 3/9/2011 | 4th estate term sheet review | 3 | 1.0 |
| 3/9/2011 | Retiree matters | 3 | 0.8 |
| 3/9/2011 | Sale of IP addresses | 3 | 0.5 |
| 3/9/2011 | Review draft of customs letter re claims | 3 | 0.8 |
| 3/9/2011 | Claims stipulation approval | 3 | 0.5 |
| 3/9/2011 | Pluto closing agreement execution of documents | 3 | 0.3 |
| 3/9/2011 | Review and analysis of Richardson bids | 3 | 1.0 |
| 3/9/2011 | Approval of preferences | 3 | 0.5 |
| 3/10/2011 | Travel from NY meetings | 7 | 5.0 |
| 3/10/2011 | Review of escrow letters | 3 | 0.8 |
| 3/10/2011 | APAC cash follow up questions | 3 | 0.5 |
| 3/10/2011 | NBS broker consolidation | 2 | 0.5 |
| 3/10/2011 | Further review re Richardson bids | 3 | 1.0 |
| 3/10/2011 | Iceberg matters | 3 | 0.8 |
| 3/10/2011 | Update re tax matters | 3 | 0.7 |
| 3/10/2011 | Documentation re Equinox | 3 | 0.3 |
| 3/10/2011 | Update re receivables and GDNT for interestate term sheet | 3 | 0.5 |
| 3/10/2011 | ERISA settlement update | 3 | 0.8 |
| 3/11/2011 | Richardson bidder call; call with broker re interviews and selection | 3 | 2.8 |
| 3/11/2011 | Interestate term sheet | 1 | 1.8 |
| 3/11/2011 | Tax maters | 3 | 0.5 |
| 3/11/2011 | Large claims matters; review and approve recommendations | 3 | 1.0 |
| 3/11/2011 | Nortel environmental matter | 3 | 1.8 |
| 3/11/2011 | IBM accession agreement | 3 | 0.5 |
| 3/11/2011 | Follow up re royalties | 2 | 2.0 |
| 3/13/2011 | E-data requirements for Iceberg; review of proposals | 3 | 0.8 |
| 3/14/2011 | IP call | 3 | 0.5 |
| 3/14/2011 | Retiree matters | 3 | 1.0 |
| 3/14/2011 | ACS stipulation | 3 | 0.5 |
| 3/14/2011 | Interestate issues; review of term sheet | 3 | 0.8 |
| 3/14/2011 | Non debtor subs execution of documents | 1 | 0.8 |
| 3/14/2011 | Richardson sale matters | 3 | 2.0 |
| 3/14/2011 | IP escrow agent matter | 3 | 1.5 |

## NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/Minutes Worked |
|---|---|---|---|
| 3/14/2011 | ERISA call | 3 | 0.8 |
| 3/14/2011 | Tax update | 3 | 0.8 |
| 3/14/2011 | Cleary weekly call | 3 | 1.4 |
| 3/14/2011 | Mediation/allocation matters | 3 | 1.0 |
| 3/14/2011 | Review materials from Mark Blyth re pension | 3 | 1.8 |
| 3/14/2011 | Review preference matters | 3 | 0.8 |
| 3/14/2011 | Review Israel settlement and motion papers | 3 | 1.0 |
| 3/15/2011 | IP call | 3 | 2.0 |
| 3/15/2011 | Further review of retiree matters | 3 | 0.5 |
| 3/15/2011 | ACS stipulation | 3 | 0.3 |
| 3/15/2011 | Interestate issue list | 1 | 1.8 |
| 3/15/2011 | ERISA call | 3 | 1.8 |
| 3/15/2011 | Richardson sale | 3 | 2.0 |
| 3/15/2011 | Set up quarterly fee application court call | 5 | 0.2 |
| 3/16/2011 | IP escrow agent matters | 3 | 0.3 |
| 3/16/2011 | Genband mediation matters | 3 | 0.3 |
| 3/17/2011 | LTD matter update | 3 | 1.5 |
| 3/17/2011 | US budget matters update | 2 | 1.8 |
| 3/18/2011 | RTP lease matters | 2 | 2.8 |
| 3/18/2011 | Richardson matters | 3 | 0.8 |
| 3/21/2011 | Travel to NY meetings | 7 | 5.0 |
| 3/21/2011 | Meetings at Cleary related to allocation/mediation | 3 | 3.0 |
| 3/21/2011 | Meeting with EMEA | 3 | 2.0 |
| 3/21/2011 | Preference matters | 3 | 0.3 |
| 3/21/2011 | CMC items for review and approval | 2 | 0.3 |
| 3/21/2011 | IP data escrow matter | 3 | 0.8 |
| 3/21/2011 | LTD matter update | 3 | 0.5 |
| 3/21/2011 | India tax matter | 3 | 0.3 |
| 3/21/2011 | Claim approvals | 3 | 0.5 |
| 3/21/2011 | Canada IP sale matter | 1 | 0.5 |
| 3/22/2011 | Monthly rm call | 3 | 0.5 |
| 3/22/2011 | Meeting at Cleary re large US claim | 3 | 2.0 |
| 3/22/2011 | Call with UCC re EMEA meetings | 3 | 0.8 |
| 3/22/2011 | Deferred comp matters; meeting re same | 3 | 0.5 |
| 3/22/2011 | Retiree matters | 3 | 0.8 |
| 3/22/2011 | SNMP matter | 3 | 0.3 |
| 3/22/2011 | Approval of preference strategy and settlements | 3 | 0.5 |
| 3/22/2011 | Meetings with Cleary case management; allocation | 3 | 4.8 |
| 3/23/2011 | Meetings re data retention | 3 | 3.8 |
| 3/23/2011 | Meetings related to allocation and claims | 3 | 3.8 |
| 3/23/2011 | Internal meetings re cross border claims | 3 | 1.8 |
| 3/23/2011 | Handling of matters related to non debtor subsidiaries | 3 | 0.5 |
| 3/24/2011 | Budget meeting with UCC and bonds | 4 | 3.8 |
| 3/24/2011 | Meeting with Cleary and internal re electronic data retention | 3 | 2.8 |
| 3/24/2011 | Interestate term sheet | 3 | 1.8 |
| 3/24/2011 | Richardson update | 3 | 0.5 |
| 3/25/2011 | Travel from NY meetings | 7 | 5.0 |
| 3/25/2011 | Mexico inventory matter | 3 | 0.5 |
| 3/25/2011 | Iceberg matter | 3 | 0.8 |
| 3/25/2011 | CMC matter | 3 | 0.5 |
| 3/25/2011 | Review summary of assets/claims disputes | 3 | 1.0 |
| 3/28/2011 | Cleary case management call | 3 | 1.3 |
| 3/28/2011 | Data retention work stream meeting | 3 | 1.0 |
| 3/28/2011 | Richardson status | 3 | 0.8 |
| 3/28/2011 | US internet address matter | 3 | 1.5 |
| 3/28/2011 | January MOR | 3 | 0.3 |
| 3/28/2011 | Customs disclosure letter | 3 | 1.0 |
| 3/28/2011 | Preference matters | 3 | 0.5 |
| 3/28/2011 | MOU re licenses re Canada | 3 | 0.8 |
| 3/29/2011 | Japan tax return | 3 | 1.8 |
| 3/29/2011 | CMC matters | 3 | 0.5 |
| 3/29/2011 | WPB environmental site review | 3 | 2.0 |

| NORTEL TIME SHEET | | | |
|---|---|---|---|
| John Ray | | | |
| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
| 3/29/2011 | Mediation/allocation | 3 | 3.0 |
| 3/29/2011 | Review UCC statement | 3 | 0.8 |
| 3/29/2011 | Claims matters | 3 | 1.0 |
| 3/29/2011 | Tax matters calls and updates; review analysis | 3 | 2.8 |
| 3/30/2011 | Call with Cleary re allocation and mediation | 3 | 2.8 |
| 3/30/2011 | Review and prep for Genband mediation | 3 | 2.8 |
| 3/31/2011 | Calls with Cleary and Chilmark re mediation and follow up calls | 3 | 3.0 |
| 3/31/2011 | Execute documents re NN Asia | 3 | 0.5 |