## EXHIBIT B

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2011 through March 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,272.80 |
| Travel – Lodging | | 3,635.58 |
| Travel – Meals | | 192.48 |
| Travel – Car Service | | 146.90 |
| Travel – Parking | | 105.00 |
| Office supplies, shipping, and other office related expenses | | 198.11 |
| PACER | | 4.16 |
| TOTAL | | $ 5,555.03 |

# Nortel Expense Report

PERIOD: March 1, 2011 through March 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc. Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 3/8/2011 | New York Trip - Airfare | $ 735.40 | | | | | | |
| 3/8/2011 | New York Trip - Taxi | | | | $ 43.50 | | | |
| 3/8/2011 | New York Trip - Meal | | | $ 9.84 | | | | |
| 3/8/2011 | New York Trip - Meal | | | $ 47.20 | | | | |
| 3/8/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 3/8/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 3/9/2011 | New York Trip - Meal | | | $ 70.39 | | | | |
| 3/9/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 3/9/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 3/10/2011 | New York Trip - Taxi | | | | $ 29.80 | | | |
| 3/10/2011 | New York Trip - Parking | | | | | $ 30.00 | | |
| 3/14/2011 | Shipping | | | | | | $ 33.64 | |
| 3/21/2011 | New York - Airfare | $ 513.40 | | | | | | |
| 3/21/2011 | New York - Taxi | | | | $ 28.20 | | | |
| 3/21/2011 | New York - Hotel | | $ 525.00 | | | | | |
| 3/21/2011 | New York - Hotel tax | | $ 80.93 | | | | | |
| 3/21/2011 | New York - Taxi | | | | $ 7.20 | | | |
| 3/22/2011 | New York - Hotel | | $ 525.00 | | | | | |
| 3/22/2011 | New York - Hotel tax | | $ 80.93 | | | | | |
| 3/23/2011 | New York - Hotel | | $ 525.00 | | | | | |
| 3/23/2011 | New York - Hotel tax | | $ 80.93 | | | | | |
| 3/23/2011 | New York - Meal | | | $ 59.89 | | | | |
| 3/23/2011 | New York - Taxi | | | | $ 10.00 | | | |
| 3/24/2011 | New York - Hotel | | $ 525.00 | | | | | |
| 3/24/2011 | New York - Hotel tax | | $ 80.93 | | | | | |

# Nortel Expense Report

PERIOD: March 1, 2011 through March 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc. Office Exp. | PACER |
|---|---|---|---|---|---|---|---|---|
| 3/24/2011 | New York - Meal | | | $ 5.16 | | | | |
| 3/24/2011 | New York Trip - Taxi | | | | $ 28.20 | | | |
| 3/25/2011 | New York Trip - Parking | | | | | $ 75.00 | | |
| 3/28/2011 | Shipping | | | | | | $ 34.43 | |
| 2/28/2011 | Roaming charge for February | | | | | | $ 63.21 | |
| 3/31/2011 | Roaming charges for March | | | | | | $ 31.88 | |
| 3/31/2011 | PACER | | | | | | | $ 4.16 |
| 3/31/2011 | Aircell charge | | | | | | $ 34.95 | |
| 3/8/2011 | Additional air charge | $ 24.00 | | | | | | |