<u>**CERTIFICATE OF SERVICE**</u>

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations And Profitability Of Entities In Which The Estates Of Nortel Networks Inc., Nortel AltSystems Inc., Sonoma Systems, and Nortel Networks (NNCI) Inc. Hold A Substantial Or Controlling Interest** was caused to be made on April 8, 2011, in the manner indicated upon the entities identified on the attached service list.

Dated:  April 8, 2011

/s/ Alissa T. Gazze
Alissa T. Gazze (No. 5338)

2884312.2