**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re | Chapter 11 |
|---|---|
| Nortel Networks Inc., *et al.*,[1]<br>        Debtors. | Case No. 09-10138 (KG)<br><br>Jointly Administered<br>Re: D.I. 5232 |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | 10-55913<br>D.I. 19 |
| Nortel Networks Inc. v. Avea Iletisim Hizmetleri A.S. | 10-53183<br>D.I. 12 |
| Nortel Networks (CALA) Inc. v. Aviat U.S., Inc. | 11-50205<br>D.I. 5 |
| Nortel Networks Inc. v. Avotus Corporation | 10-55916<br>D.I. 16 |
| Nortel Networks Inc. v. CDW Direct, LLC et al. | 10-55185<br>D.I. 20 |
| Nortel Networks Inc. v. Certicom Corporation | 10-55923<br>D.I. 14 |
| Nortel Networks Inc. v. Covergence, Inc. | 11-50033<br>D.I. 6 |
| Nortel Networks Inc. v. Demand Wave Solutions, Inc. | 10-55196<br>D.I. 12 |
| Nortel Networks (CALA) Inc. v. Focus Legal Solutions, LLC et al. | 11-50204<br>D.I. 7 |
| Nortel Networks Inc. v. Infonet Services Corporation | 10-55935<br>D.I. 18 |
| Nortel Networks Inc. et al v. Informatics International Ltd. | 10-53186<br>D.I. 13 |
| Nortel Networks (CALA) Inc. v. International Business Machines Corporation et al. | 11-50206<br>D.I. 7 |
| Nortel Networks Inc. v. ITC Networks SRL, | 10-55210<br>D.I. 13 |
| Nortel Networks Inc. v. PMC-Sierra, Inc., et al. | 10-55890<br>D.I. 22 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | 10-55211<br>D.I. 15 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| Nortel Networks (CALA) Inc. et al v. Staples Contract & Commercial, Inc. | 11-50194 D.I. 11 |
| Nortel Networks Inc. v. Zhone Technologies, Inc. | 10-55904 D.I. 14 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 8, 2011, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on April 12, 2011 at 9:30 a.m.** was served in the manner indicated upon the entities identified on the attached service lists.

Dated:  April 11, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
   */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

4143204.1