Nortel Wave 4 Service List

**Via Fax**

**Counsel for Avotus Corporation**
Peter Brown
D'Ambrosio LLP
185 Devonshire Street, 10th Floor
Boston, MA 02110
Telephone: 617-720-5657
Fax: 617-723-4967

John Legare Williams
Brian Charles Crawford
The Williams Law Firm, P.A.
1201 N. Orange Street, Suite 600
Wilmington, DE 19801
Fax: 302-575-0925

**Counsel for Aviat U.S., Inc.**
DUANE MORRIS LLP
Christopher M. Winter
222 Delaware Ave., Ste 1600
Wilmington, DE 19801
Fax: (302) 397-2455

Parker Poe Adams & Bernstein LLP
Kiah T. Ford IV
Ashley A. Edwards
401 S. Tryon St., Ste 3000
Charlotte, NC 28202
Fax: (704) 334-4706

**Counsel for CDW Direct, LLC**
Arnstein & Lehr LLP
George Apostolides
120 S. Riverside Plaza
Chicago, IL 60606
Fax: (312) 876-7302

**Counsel for Covergence, Inc.**
Connolly Bove Lodge & Hutz LLP
Marc J. Phillips
1007 North Orange Street
Wilmington, DE 19801
Fax: (302) 658-0380

Bingham McCutchen LLP
Kate K. Simon
One State St.
Hartford, CT 06103
Fax: (860) 240-2800

**Counsel for Focus Legal Solutions, LLC**
Husch Blackwell LLP
Michael E. Degan
1620 Dodge St., Ste 2100
Omaha, NE 68102
Fax: (402) 964-5050

**Counsel for Staples Contract & Commercial, Inc.**
Wilmer Cutler Pickering Hale & Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109
Fax: (617) 526-5000

**Counsel for Zhone Technologies, Inc.**
Morris James LLP
Stephen M. Miller
Eric J. Monzo
500 Delaware Ave, Ste 1500
Wilmington, DE 19801
Fax: (302) 571-1750

**Counsel for Sigma Systems Canada**
Jeffrey M. Carbino
Thorp Reed & Armstrong LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Fax: (412) 394-2555

**Counsel for Algo Communications Products Ltd.**
Jeffery R. Waxman
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Fax: (302) 571-1750

**Counsel for ITC Networks SRL**
Vivian A. Houghton, Esq.
800 North West Street, 2nd Floor
Wilmington, DE 19801
Fax: (302) 658-5731

Roman V. Gambourg, Esq.
Gambourg & Borsen, LLC
The Bridge Plaza Building
218 5 Lemoine Ave. Suite B I
Fort Lee, NJ 07024
Fax: 201-242-6888

**Counsel to PMC-Sierra, Ltd.**
Ryan M. Murphy
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: 302 984 6250
Fax: 302 778 6250

Gregory A. Rougeau
Manasian & Rougeau, LLP
400 Montgomery St., Ste 1000
San Francisco, CA 94104
Telephone: 415-291-8425
Fax: 415-291-8426

**Counsel for Demand Wave Solutions, Inc.**
Richard E. B. Foster, PLLC
Richard E. B. Foster
305 First St, Ste722
Roanoke, VA 24011
Fax: 540-777-5595

**Counsel for Certicom Corporation**
Christian D. H. Schultz
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Fax: 202-654-9409

James A. Stempel
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654
Fax: 312-862-2200

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801
Fax: 302-426-9193

**Via Overnight Mail**

Informatics International Inc.
Attn: Officer Managing or General Agent
104 Kitulwatta Road
Colombo 8,
Sri Lanka

4176104.1