# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: ) | Chapter 11 |
| ) | |
| Nortel Network Inc., *et al.*,[1] ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Nortel Networks Inc., Debtor-in-Possession, which includes its affiliates and subsidiaries (collectively, the "Debtor") and ADC Telecommunications Sales, Inc., including its parents, subsidiaries, affiliates and related companies (the "Creditor"), entered into a Settlement and Release Agreement dated March 29, 2011 for the purpose of settling a dispute between the parties relating to a claim for money allegedly owed to the bankruptcy estate as a result of allegedly preferential payments made by Debtor to Creditor. In light of the Settlement Agreement, pursuant to Federal Rule of Bankruptcy Procedure 3006, Creditor withdraws, with prejudice, Claim No. 5556 filed against Debtor on September 30, 2009, a copy of which is attached hereto as Exhibit A.

Dated: April 11, 2011

**DORSEY & WHITNEY (DELAWARE) LLP**

By: /s/ Robert W. Mallard
Eric Lopez Schnabel, Esq. (DE ID # 3672)
Robert W. Mallard, Esq. (DE ID# 4279)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177

Attorneys for ADC Telecommunications Sales, Inc.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsytems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.