## Exhibit A

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | |
| Name of Debtor Against Which Claim is Held<br>NORTEL NETWORKS INC. | Case No. of Debtor<br>09-10138 (KG) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

ANI (SCHEDULE D HOLDER) NOT SCHEDULED [illegible]
AOC FIELD COMMUNICATIONS INC
PO BOX 1710
MINNEAPOLIS, MN 55440-1101

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Your claim is scheduled by the Debtor as:
$51,616.52 UNSECURED

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number:                    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 55,175.12

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.
   Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Goods sold / services performed
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 4368
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of [illegible] claim.

7. **Documents:** Attach redacted copies of any documents, orders, invoices, itemized statements of running accounts, [illegible]. You may also attach a summary. Attach redacted copies of [illegible]. You may also attach a summary. (See definition of "re[dacted]")
   **DO NOT SEND ORIGINAL DOCUMENTS.** ATT[ACHMENTS MAY BE DESTROYED AFTER] SCANNING.
   If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000005556

FOR COURT USE ONLY

FILED / RECEIVED
SEP 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/30/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Mark D. Ristau    Mark D. Ristau, Sr. Attorney

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Invoice# | PO# | Date | Amount |
|---|---|---|---|
| 3287617 | 4503563147 | 19-Nov-08 | $ 775.00 |
| 3288501 | 4503585895 | 20-Nov-08 | $ 775.00 |
| 3289489 | 4503579744 | 21-Nov-08 | $ 49,600.00 |
| 3293596 | 4320062324 | 1-Dec-08 | $ 18.96 |
| 3294488 | 4320055045 | 2-Dec-08 | $ 31.60 |
| 3294489 | 4320061412 | 2-Dec-08 | $ 1,143.56 |
| 3299220 | 4320062343 | 9-Dec-08 | $ 2,206.80 |
| 3299836 | 4320060659 | 9-Dec-08 | $ 576.80 |
| 3300662 | 4320063613 | 10-Dec-08 | $ 12.64 |
| 3304255 | 4320064288 | 16-Dec-08 | $ 31.60 |
| 3307442 | 4600010642 | 22-Dec-08 | $ 3.16 |

**Total Amount    $ 55,175.12**

Profit Center Details

**Details of Invoices which were Written off during 0Zomong to North American Collection Protection During Jan**

| Invoice Nbr | Catalog Nbr | Sales Ord Nbr | DL Dlvry Nbr | Sales Ord Item Nbr | Invoice Qty | Invoice Amt USD |
|---|---|---|---|---|---|---|
| 3287617 | PWX-071FC420YDPWN-C | 19401326 | 19405841 | 10 | 1 | $ 775.00 |
| 3288501 | PWX-071FC420YDPWN-C | 19406267 | 19409315 | 10 | 1 | $ 775.00 |
| 3289489 | PWX-071FC440YDPWN-C | 19406206 | 19412355 | 10 | 64 | $ 49,600.00 |
| 3293596 | F-5 | 19423684 | 19427019 | 20 | 4 | $ 6.32 |
| 3293596 | F-15 | 19423684 | 19427019 | 10 | 8 | $ 12.64 |
| 3294488 | F-20 | 19238840 | 19429806 | 160 | 20 | $ 31.60 |
| 3294489 | CL-01M | 19402958 | 19429814 | 40 | 8 | $ 164.80 |
| 3294489 | F-15 | 19402958 | 19429814 | 20 | 26 | $ 41.08 |
| 3294489 | PWX-031RGCSD10PWDP | 19402958 | 19429814 | 10 | 2 | $ 928.20 |
| 3294489 | F-20 | 19402958 | 19429814 | 30 | 6 | $ 9.48 |
| 3299220 | NGF-TB1CRU9 | 19255582 | 19449419 | 10 | 2 | $ 2,206.80 |
| 3299836 | CL-01M | 19385492 | 19451772 | 10 | 28 | $ 576.80 |
| 3300662 | F-2 | 19450395 | 19453780 | 20 | 2 | $ 3.16 |
| 3300662 | F-15 | 19450395 | 19453780 | 10 | 6 | $ 9.48 |
| 3304255 | F-15 | 19466134 | 19467006 | 10 | 20 | $ 31.60 |
| 3307442 | F-2 | 19476937 | 19478644 | 10 | 2 | $ 3.16 |

Profit Center Details

| SO Cust PO Nbr | Profit Center Code | Profit Center Lvl 1 ID | Profit Center Lvl 2 Desc | Profit Center Lvl 3 Desc | Profit Center Lvl 4 Desc |
|---|---|---|---|---|---|
| 4503563147 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4503585895 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4503579744 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320062324 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320062324 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320055045 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320061412 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320061412 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320061412 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320061412 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320062343 | ODF | CONNECTVTY | Fiber Termination | Fiber Connectivity | OPTICAL DIST FRM |
| 4320060659 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320063613 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320063613 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4320064288 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |
| 4600010642 | PWX | CONNECTVTY | Copper Products | Broadband Product Group | PowerWorx Product Group |