IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Network Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Robert W. Mallard, Esq., hereby certify that on April 11, 2011, the *Notice of Withdrawal of Proof of Claim No. 5556* was served by U.S. Mail, postage prepaid, upon the following parties:

Donna L. Culver, Esq.
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and Debtors-in-Possession]

Deborah M. Buell, Esq.
Neil P. Forrest, Esq.
Matthew J. Vanek, Esq.
Jennifer M. Palmer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
[Counsel for the Debtors and Debtors-in-Possession]

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsytems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

Thomas Patrick Tinker
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer &Feld LLP
One Bryant Park
New York, NY 10036
[Counsel to the Official Committee
of Unsecured Creditors]

Dated: April 11, 2011

DORSEY & WHITNEY (DELAWARE) LLP

By____/s/ Robert W. Mallard____
Robert W. Mallard, Esq. (DE ID# 4279)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801