# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 12, 2011 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

Pretrial Conference

**R / M #:**   5,232 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#5 -  Pretrial Conference in various adversaries -  10-55913; 11-50205; 10-55916; 10-55185; 10-55923; 11-50033; 10-55196
; 11-50204; 10-55935; 10-53186;  10-55210; 10-55890; 10-55211; 11-50194; 10-55904;  SCHEDULING ORDER SIGNED

11-50206 - ORDER PREVIOUSLY SIGNED
10-53183 -  NOT GOING FORWARD