Case 09-10138-MFW    Doc 5241-1    Filed 04/12/11    Page 1 of 2

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 4/12/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards, Layton & Finger, P.A. | Committee |
| Alissa Gazzu | Morris Nichols Arsht & Tunnell | Delta |
| Nora Azulawach | Cleary Gottlieb Steen + Hamilton | " |
| Ryan Murphy | Potter Anderson & Corroon | PMC-Sierra Ltd., PMC-Sierra Inc |
| Chris Griffiths | Connolly Bove Lodge & Hutz | Convergence |
| Eric Minizo | Morris James LLP | Ziva Technology |
| Margaret Manning | Klehr Harrison Harvey Branzburg | Ciphion Corp |
| Christopher Winter | Duane Morris LLP? | Aviat Networks, Inc. |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Courtroom

*1st Revision 04/12/2011 05:34 AM*

Calendar Date: 04/12/2011
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Rafael Aguirre-Sacasa | | Manasian & Rougeau | Defendant(s), PMC Sierra Inc, PMC Sierra Ltd. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Patrick Carothers | | Thorp Reed & Armstrong | Creditor, BWCS Limited, LTD / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Craig Damast | | Proskauer Rose LLP | Defendant(s), Infonet Services Corporation / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jessica D. Lubarsky | | Allen & Overy, LLP | Monitor, Ernst & Young INC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michelle McMahon | | Bryan Cave LLP | Representing, Defendant / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Katelyn Rood | | Wilmer Cutler Pickering Hale & Dorr, | Defendant(s), Staples Contract & Commercial, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Greg A. Rougeau | | Manasian & Rougeau | Defendant(s), PMC Sierra Inc, PMC Sierra Ltd. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sarah Schultz | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |