IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
              Debtors. :
:
:
---------------------------------------------------------------X

## SUPPLEMENTARY AFFIDAVIT AND DISCLOSURE STATEMENT

**David Rhode** ("Affiant"), being duly sworn, deposes and says:

I am a **member** of **Vaco Raleigh, LLC**, which maintains offices at 4000 Westchase Blvd Suite 250, Raleigh, NC 27607.

Ernst & Young LLP ("EY LLP") has requested, and **Vaco Raleigh, LLC** has agreed, to assist EY LLP to render the following services: Vaco Raleigh, LLC will provide tax or administrative personnel to Ernst & Young on an independent contractor basis as requested, all Vaco personnel will be under the supervision and direction of Ernst & Young during the project, and Vaco personnel will represent less than 20% of the project resources, to assist Ernst & Young in providing the tax consulting and compliance services contemplated by the Core,

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.

Variable and Routine tax service agreements dated March 1, 2011, in connection with EY LLP's retention in the above-referenced bankruptcy cases.

In connection with its provision of services as described herein, **Vaco Raleigh, LLC** has conducted a check to determine connections with the following entities: (i) the Debtors and their affiliates, (ii) the U.S. Trustee for the District of Delaware, the Assistant United States Trustee, and United States Trustee Trial Attorney for Region 3 assigned to these cases, (c) the Honorable Kevin Gross, United States Bankruptcy Judge, and (d) the forty largest unsecured creditors of the Debtors as disclosed by the Debtors in these cases (the "Connections Check Parties").

Based on the limited check described in the foregoing paragraph, neither **Vaco Raleigh, LLC** nor any partner, associate or other member thereof, insofar as I have been able to ascertain, has any connection with the Connections Check Parties except as set forth in this affidavit.

**Vaco Raleigh, LLC receives certain accounts receivable payments for client invoices in the regular course of business through a third party vendor management system ("VMS"), Beeline. Beeline is listed as one of the 40 largest unsecured creditors of Nortel Networks Inc.** There is no situation that makes Vaco Raleigh LLC adverse to Nortel Networks Inc. or its debtor affiliates.

**Vaco Raleigh, LLC provided temporary and permanent staff to Nortel Networks Inc. from 2005 to 2007 in the regular course of business. There is no situation that makes Vaco Raleigh LLC adverse to Nortel Networks Inc. or its debtor affiliates.**

Based on the limited check described above, neither I, **Vaco Raleigh, LLC** nor any partners, associate or other members thereof, insofar as I have been able to ascertain, holds or

Error! Unknown document property name.

represents any interest adverse to the Debtors or their estates in the matters upon which **Vaco Raleigh, LLC** is to be subcontracted.

In accordance with the Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP, *Nunc Pro Tunc* to March 1, 2011, **Vaco Raleigh, LLC** will be paid by EY LLP directly for services.

I declare under penalty of perjury that the foregoing is true and correct.

                                               David Rhode
                                               Vaco Raleigh, LLC

Sworn to before me this 6th
day of April, 2011

Catherine P. Roberson          Notary Public

[Notary Seal: CATHERINE P. ROBERSON, NOTARY PUBLIC, FRANKLIN COUNTY, NC]

3