## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplementary Affidavit and Disclosure Statement** was caused to be made on April 12, 2011, in the manner indicated upon the entities on the attached service list.

Date:  April 12, 2011                                         /s/ Ann C. Cordo
                                                                     Ann C. Cordo (No. 4817)

4189759.1