**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,752.09 |
| Conference Call /Telephone Charges | $5,444.44 |
| Courier Service/Postage | $65.70 |
| Duplicating (@ $0.10 per page) | $97.50 |
| Meals/Committee Meeting Expenses | $2,810.98 |
| Travel Expenses – Airfare | $2,487.40 |
| Travel Expenses – Ground Transportation | $992.32 |
| Travel expenses – Lodging | $904.96 |
| Travel Expenses – Train Fare | $576.00 |
| | |
| **TOTAL** | **$16,131.39** |