**EXHIBIT D**

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1356549 |
| ATTN: JOHN DOLITTLE | Invoice Date 03/18/11 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/10/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 662951 DATE: 10/22/2010  Vendor: Executive Royal Voucher #: 266948 Date: 10/10/2010 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 266948 Date: 10/10/2010 Name: Peter Sprofera | $31.36 |
| 10/18/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 663178 DATE: 10/29/2010  Vendor: Executive Royal Voucher #: 252324 Date: 10/18/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 252324 Date: 10/18/2010 Name: Brad Kahn | $26.93 |
| 10/19/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 663178 DATE: 10/29/2010  Vendor: Executive Royal Voucher #: 252764 Date: 10/19/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 252764 Date: 10/19/2010 Name: Brad Kahn | $29.09 |
| 10/22/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 663178 DATE: 10/29/2010 | $100.43 |

| Date | Description | Amount |
|---|---|---|
| | Vendor: Executive Royal Voucher #: 200267 Date: 10/22/2010 Name: Fred Hodara||Car Service, Vendor: Executive Royal Voucher #: 200267 Date: 10/22/2010 Name: Fred Hodara | |
| 12/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-121410; DATE: 12/21/2010 | $379.03 |
| 01/04/11 | Travel - Ground Transportation Medallion cab | $11.52 |
| 01/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1113310 DATE: 1/26/2011<br> Vendor: Dial Car Voucher #: DLA3289850 Date: 01/05/2011 Name: Lisa Beckerman||Car Service, Vendor: Dial Car Voucher #: DLA3289850 Date: 01/05/2011 Name: Lisa Beckerman | $63.91 |
| 01/05/11 | Travel - Ground Transportation Medallion cab | $13.40 |
| 01/05/11 | Computerized Legal Research - Other Charges Incurred 4th Quarter 2010 VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q42010; DATE: 1/5/2011 - Account AG1801 | $4.88 |
| 01/05/11 | Computerized Legal Research - Other Charges Incurred 4th Quarter 2010 VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q42010; DATE: 1/5/2011 - Account AG1801 | $13.44 |
| 01/06/11 | Travel - Ground Transportation Medallion cab | $9.36 |
| 01/06/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 862329A DATE: 1/9/2011<br>Catering Akin Gump - Mendy's at Rock Center - 01/06/2011 | $23.08 |
| 01/10/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: 0542485650 DEPARTURE DATE: 01/10/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/10/11 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $7.50 |
| 01/12/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 01/10/2011 ROUTE: NYP/WIL/NYP | $213.00 |
| 01/12/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 01/11/2011 | $-213.00 |

| Date | Description | Amount |
|---|---|---|
| 01/13/11 | ROUTE: NYP/WIL/NYP<br>Meals (100%)  1/12/11   P Sanchez - Committee call working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800119; DATE: 1/13/2011 | $412.91 |
| 01/18/11 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1114331 DATE: 2/9/2011<br> Vendor: Dial Car Voucher #: DLA3329968 Date: 01/18/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3329968 Date: 01/18/2011 Name: David Botter | $40.23 |
| 01/19/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 867611 DATE: 1/23/2011<br>Catering Akin Gump - Mendy's at Rock Center - 01/19/2011 | $23.08 |
| 01/20/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 867611 DATE: 1/23/2011<br>Kahn Brad - Szechuan Gourmet - 01/20/2011 | $22.23 |
| 01/20/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 867611 DATE: 1/23/2011<br>Catering Akin Gump - Mendy's at Rock Center - 01/20/2011 | $23.08 |
| 01/20/11 | Meals - Business  S. Schultz; Starbucks - NY | $5.93 |
| 01/20/11 | Travel - Ground Transportation  Home to Airport; Concierge Services - Car Service | $92.00 |
| 01/20/11 | Meals (100%)  1/18/11   B Kahn - Professionals' meeting working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800120; DATE: 1/20/2011 | $191.89 |
| 01/20/11 | Meals (100%)  1/19/11   B Kahn - Professionals' meeting working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800120; DATE: 1/20/2011 | $97.44 |
| 01/20/11 | Meals (100%)  1/20/11   P Sanchez - Committee call working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800120; DATE: 1/20/2011 | $358.47 |
| 01/21/11 | Meals - Business  S. Schultz; American Airlines AD - Laguardia Airport | $16.31 |
| 01/21/11 | Travel - Ground Transportation  Airport to Home; Concierge Services - Car Service | $92.00 |

| Date | Description | Amount |
|---|---|---|
| 01/21/11 | Travel - Airfare  Flight Changed; AA; Frosch Travel | $2,238.40 |
| 01/21/11 | Travel - Airfare  Service Fee; AA; Frosch Travel | $25.00 |
| 01/21/11 | Travel - Airfare  Revised Flight Fee; AA; Frosch Travel | $187.00 |
| 01/21/11 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel New York | $408.92 |
| 01/21/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 666782 DATE: 1/28/2011  Vendor: Executive Royal Voucher #: 290244 Date: 01/21/2011 Name: Sarah Schultz‖Car Service, Vendor: Executive Royal Voucher #: 290244 Date: 01/21/2011 Name: Sarah Schultz | $60.74 |
| 01/21/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 666782 DATE: 1/28/2011  Vendor: Executive Royal Voucher #: RV01A311F8 Date: 01/21/2011 Name: Stephen Kuhn‖Car Service, Vendor: Executive Royal Voucher #: RV01A311F8 Date: 01/21/2011 Name: Stephen Kuhn | $64.35 |
| 01/21/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 666782 DATE: 1/28/2011  Vendor: Executive Royal Voucher #: RVZ1A311V9 Date: 01/21/2011 Name: Stephen Kuhn‖Car Service, Vendor: Executive Royal Voucher #: RVZ1A311V9 Date: 01/21/2011 Name: Stephen Kuhn | $60.74 |
| 01/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E051 DATE: 1/29/2011 TRACKING #: 1Z02E52E6650725007; PICKUP DATE: 01/25/2011; SENDER: BRAD KAHN; RECEIVER: JARVIS HETU - FRASER MILNER CASGRAIN LLP; | $65.70 |
| 01/25/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: 0542993727 DEPARTURE DATE: 01/25/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/26/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 868858 DATE: 1/30/2011 Catering Akin Gump - Mendy's at Rock Center - 1/26/2011 | $15.66 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1356549

Page 5  
March 18, 2011

| Date | Description | Amount |
|---|---|---|
| 01/26/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: 0543029877 DEPARTURE DATE: 01/26/2011 ROUTE: NYP/WAS/NYP | $37.00 |
| 01/27/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 01/25/2011 ROUTE: NYP/WIL/NYP | $235.00 |
| 01/28/11 | Meals (100%)  1/21/11   P Sanchez - In-person UCC professionals' meeting working meal (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800121; DATE: 1/28/2011 | $477.96 |
| 01/28/11 | Meals (100%)  1/25/11   P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800121; DATE: 1/28/2011 | $97.44 |
| 01/28/11 | Meals (100%)  1/26/11   P Sanchez - Professionals' meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800121; DATE: 1/28/2011 | $97.44 |
| 01/28/11 | Meals (100%)  1/27/11   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800121; DATE: 1/28/2011 | $358.47 |
| 01/30/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/30/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $469.81 |
| 01/31/11 | Meals - Business  Lunch in Wilmington, DE re: Nortel meeting; Brad Kahn; Quiznos receipt | $7.79 |
| 01/31/11 | Travel - Ground Transportation  Taxi to DE Bankruptcy CT. Re: Nortel; Bob's Transport receipt | $10.00 |
| 01/31/11 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $9.10 |
| 02/01/11 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $8.70 |
| 02/02/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 880103 DATE: 2/6/2011 Catering Akin Gump - Mendy's at Rock Center - 02/02/2011 | $23.84 |
| 02/02/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 880103 DATE: 2/6/2011 Kahn Brad - Mi Nidito - 02/02/2011 | $34.83 |

| Date | Description | Amount |
|---|---|---|
| 02/02/11 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $8.70 |
| 02/03/11 | Meals (100%)  2/2/11 - B Kahn - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800122; DATE: 2/3/2011 | $110.24 |
| 02/03/11 | Meals (100%)  2/3/11 - P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800122; DATE: 2/3/2011 | $358.47 |
| 02/05/11 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 02001-54901-11; DATE: 2/5/2011 | $5,065.41 |
| 02/06/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1115144 DATE: 2/23/2011  Vendor: Dial Car Voucher #: DLA3241491 Date: 02/06/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3241491 Date: 02/06/2011 Name: Lisa Beckerman | $61.87 |
| 02/07/11 | Travel - Ground Transportation  Taxi from FMC office to hotel; Beck  taxi receipt | $13.29 |
| 02/07/11 | Travel - Ground Transportation  Taxi from Toronto airport to FMC offices; Aerofleet Taxi receipt | $61.34 |
| 02/08/11 | Computerized Legal Research - Westlaw User: MORGAN,BENJAMIN L Date: 2/8/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $192.90 |
| 02/08/11 | Travel - Ground Transportation  Taxi fare (working late) | $17.85 |
| 02/08/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 667655 DATE: 2/18/2011  Vendor: Executive Royal Voucher #: 272379 Date: 02/08/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 272379 Date: 02/08/2011 Name: Brad Kahn | $60.74 |
| 02/08/11 | Meals - Business  Lunch at Toronto airport; Brad Kahn; SSP America receipt | $12.10 |
| 02/08/11 | Travel - Lodging (Hotel, Apt, Other) Hazelton Hotel lodging re Nortel trip; Hazelton Hotel re: Nortel trip; Hazelton Hotel invoice | $496.04 |
| 02/09/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 881509 DATE: 2/13/2011 Catering Akin Gump - Mendy's at Rock Center - 02/09/2011 | $17.90 |

| Date | Description | Amount |
|---|---|---|
| 02/10/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 881509 DATE: 2/13/2011 Kahn Brad - Aceluck - 02/10/2011 | $24.42 |
| 02/11/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 2/11/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,239.87 |
| 02/11/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 1.0 | $72.90 |
| 02/11/11 | Travel - Ground Transportation Taxi fare (working late) | $16.23 |
| 02/14/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 34 page(s) | $3.40 |
| 02/14/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 2/14/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $46.93 |
| 02/14/11 | Travel - Ground Transportation Taxi fare (working late) | $20.94 |
| 02/15/11 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 2/15/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $45.22 |
| 02/15/11 | Computerized Legal Research - Westlaw User: WAHL,SARA Date: 2/15/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $12.81 |
| 02/15/11 | Computerized Legal Research - Westlaw User: WAHL,SARA Date: 2/15/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $139.17 |
| 02/17/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 2/17/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $32.85 |
| 02/17/11 | Computerized Legal Research - Westlaw User: WAHL,SARA Date: 2/17/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $30.86 |
| 02/22/11 | Computerized Legal Research - Westlaw User: WAHL,SARA Date: 2/22/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $450.45 |
| 02/23/11 | Duplication - In House Photocopy - User # 990100, NY, 918 page(s) | $91.80 |
| 02/26/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 18 page(s) | $1.80 |
| 02/27/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN11-53062500000206 DATE: 1/28/2010 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 01/26/2011 ROUTE: NYP/WAS/NYP | $267.00 |
| 02/28/11 | Duplication - In House Photocopy - | $0.50 |

Beckerman, Lisa, NY, 5 page(s)

| | Current Expenses | | $16,131.39 |
|---|---|---|---|

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 3.20 | $2,214.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 19.20 | $9,384.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.60 | $828.00 |
| 0006 | Retention of Professionals | 17.90 | $9,608.50 |
| 0007 | Creditors Committee Meetings | 110.90 | $71,690.00 |
| 0008 | Court Hearings | 6.70 | $5,743.50 |
| 0012 | General Claims Analysis/Claims Objections | 106.70 | $58,010.00 |
| 0014 | Canadian Proceedings/Matters | 7.00 | $5,280.00 |
| 0016 | Lift Stay Litigation | 0.50 | $255.00 |
| 0017 | General Adversary Proceedings | 0.50 | $495.00 |
| 0018 | Tax Issues | 7.90 | $5,157.00 |
| 0019 | Labor Issues/Employee Benefits | 47.40 | $35,056.00 |
| 0020 | Real Estate Issues/Leases | 0.80 | $488.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 67.90 | $40,749.50 |
| 0025 | Travel | 14.70 | $10,273.50 |
| 0028 | Non-Debtor Affiliates | 1.40 | $829.00 |
| 0029 | Intercompany Analysis | 113.90 | $86,455.00 |
| 0031 | European Proceedings/Matters | 8.90 | $5,268.00 |
| 0032 | Intellectual Property | 240.70 | $156,980.00 |
| | TOTAL | 777.80 | $504,764.00 |

| **Total Amount of This Invoice** | | | **$520,895.39** |
|---|---|---|---|

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number    1356549<br>Invoice Date       03/18/11<br>Client Number      687147<br>Matter Number        0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**AKIN GUMP STRAUSS LB# 7247-6838**
c/o Citibank Delaware Lockbox Operations
1615 Brett Road
New Castle, DE 19720

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITIBANK, NA**
399 Park Avenue
New York, NY 10022

Account #: 3044-7604
ABA# 0210-0008-9
Ref: 687147/0001, Invoice No. 1356549

(For wires originating outside the US reference Swift ID# CITIUS33)