**EXHIBIT E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 14.10 | $13,747.50 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 42.40 | $38,160.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 83.95 | $83,110.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 27.90 | $19,530.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 51.40 | $40,606.00 |
| Alan L. Laves | Partner for 17 years; Admitted in 1985; Corporate department | $790 | 13.70 | $10,823.00 |
| Randall M. Ratner | Partner for 25 years; Admitted in 1979; Real Estate Department | $650 | 2.70 | $1,755.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 30.50 | $21,350.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; ERISA Department | $795 | 5.50 | $4,372.50 |
| Mark J. Volow | Partner for 22, years; Admitted in 1981, Corporate department | $775 | 2.40 | $1,860.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; ERISA Department | $610 | 9.00 | $5,490.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 19.60 | $13,524.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Litigation Department | $560 | 2.50 | $1,400.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 27.00 | $16,470.00 |
| Christopher T. Timura | Counsel for 1 year; Admitted in 2004; International Trade Department | $540 | 3.90 | $2,106.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 64.10 | $35,896.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring | $600 | 118.05 | $70,830.00 |
| Laura Geyer | Senior Attorney for 3 years; Admitted in 1998; Intellectual Property Department | $445 | 8.10 | $3,604.50 |
| Sara J. Wahl | Senior Attorney for 1 year; Admitted in 2000; Financial Restructuring Department. | $600 | 21.30 | $12,780.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 31.00 | $17,050.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 130.60 | $66,606.00 |
| Ben Morgan | Associate for 2 years; Admitted in 2009; Corporate Department | $360 | 43.30 | $15,588.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 17.40 | $6,264.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $265 | 5.80 | $1,537.00 |
| Scott A. Fener | Librarian for 4 years | $190 | 1.60 | $304.00 |