UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| NORTEL NETWORKS, INC., | ) Case No.: 09-10138-KG |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE AND EVIDENCE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or has been deemed filed under 11 U.S.C. § 1111(a). Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), CORPORATE BUSINESS GROUP, as Transferor, and WITEC, LLC, as Transferee, file this notice and evidence of transfer of claim other than for security as referenced below.

Name of Transferor:

CORPORATE BUSINESS GROUP, INC.

Name of Transferee:

WITEC, LLC

Name and Address of Transferor:

CORPORATE BUSINESS GROUP, INC
1109 Ponce de Leon Boulevard
Coral Gables, Florida 33134

Name and Address of Transferee:

WITEC, LLC
1221 Brickell Avenue
9th Floor
Miami, Florida 33131

Phone: (305) 448-5977

Phone: (786) 351-5038

Name and Address where transferee payments should be sent (if different from above)

Court Claim #: 771
Amount of Claim: $28,400.00
Date Claim Filed: 3/24/09
Date of Transfer: January 5, 2011

State of FLORIDA
County of DADE

NOTARY PUBLIC-STATE OF FLORIDA
Lucia Lee Caiazzo
Commission # DD682850
Expires: JUNE 06, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

I hereby consent to the filing of this Notice of Transfer of Claim Other Than for Security with the Clerk of Court as evidence of the transfer of claim, and acknowledge, as Transferor, I have waived any and all rights to any objections to the transfer. I further acknowledge that the claim will be noted as transferred in the records of the Court and the Transferee will be substituted as the original claimant.

By: _____   Date: 04 / 04 / 2011
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge, information and belief.

By: _____   Date: 11 / 04 / 2011
    Transferee/Transferee's Agent           dd    mm    yyyy

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
MIA 181,784,519v2