# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for (I) Relief from Stay to Effectuate a Setoff and (II) Approval of a Stipulation Between Nortel Networks Inc. and TW Telecom Inc.** was caused to be made on April 15, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  April 15, 2011

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

4106447.1