IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*[1] : Case No. 09-10138 (KG)
:
        Debtors. : Jointly Administered
:
: Re: D.I. 5143
---------------------------------------------------------------X

**NOTICE OF FILING OF REVISIONS TO PURCHASE AGREEMENT
AND PROPOSED SALE ORDER WITH RESPECT TO DEBTORS'
MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING
THE SALE OF INTERNET NUMBERS FREE AND CLEAR OF ALL LIENS,
CLAIMS, ENCUMBRANCES AND INTERESTS AND FOR OTHER RELIEF**

     PLEASE TAKE NOTICE that on March 31, 2011, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed their Motion for Entry of An Order (i) Authorizing And Approving The Sale Of Internet Numbers Free And Clear Of All Liens, Claims, Encumbrances And Interests; (ii) Authorizing And Approving Entry Into A Purchase And Sale Agreement; (iii) Authorizing The Filing Of Certain Documents Under Seal And (iv) Granting Related Relief [D.I. 5143] (the "Motion");

     PLEASE TAKE FURTHER NOTICE that the Motion sought, *inter alia*, approval of an Asset Sale Agreement between NNI and Microsoft Corporation (the "Purchaser") dated March 16, 2001 (the "Agreement");

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2856), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

PLEASE TAKE FURTHER NOTICE that as a result of further discussions with Purchaser and agreements reached between Purchaser and the American Registry for Internet Numbers, Ltd. ("ARIN"), and in response to informal comments received from ARIN, the Debtors and the Purchaser have agreed to enter into an Amended and Restated Asset Sale Agreement, dated as of April 13, 2011 (the "Amended Purchase Agreement"), attached hereto as Exhibit A. The Amended Purchase Agreement contemplates a revised proposed form of order granting the Motion (attached hereto as Exhibit B, the "Revised Order"), and a revised seller disclosure schedule (attached hereto as Exhibit C, the "Revised Disclosure Schedule").[2] Blackline versions comparing the Amended Purchase Agreement, the Revised Order, and the Revised Disclosure Schedule to the documents filed with the Motion are attached hereto as Exhibit D, Exhibit E and Exhibit F, respectively.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to seek approval of the Amended Purchase Agreement and entry of the Revised Order at the hearing currently scheduled for April 26, 2011.

---

[2] Pursuant to the relief sought in the Motion, the Debtors have filed the exhibits and schedules to the Agreement – including without limitation the Seller Disclosure Schedule (as defined in the Agreement) – under seal. Similarly, the Debtors will file the Revised Seller Disclosure Schedule attached as Exhibit C, as well as the related blackline attached as Exhibit F, under seal.

Dated: April 15, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

   - and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*