# EXHIBIT C

# REVISED DISCLOSURE SCHEDULE

# FILED UNDER SEAL