**EXHIBIT F**

**BLACKLINE REVISED DISCLOSURE SCHEDULE**

**FILED UNDER SEAL**