## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing of Revisions to Purchase Agreement and Proposed Sale Order with Respect to Debtors' Motion for Entry of an Order Authorizing and Approving the Sale of Interest Numbers Free and Clear of All Liens, Claims, Encumbrances and Interests and for Other Relief** was caused to be made on April 15, 2011. Copies of the unredeacted Notice were served in the manner indicated upon the entities identified in Exhibit A. Redacted copies of the Notice were securely enclosed in separate envelopes and served via hand delivery or first class mail to the parties listed in Exhibit B.

Date: April 15, 2011

_____
Alissa T. Gazze (No. 5338)

4106447.1