## EXHIBIT E

**Proposed Form of Sale Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                      Debtors. : Jointly Administered
:
:
:
:
-----------------------------------------------------------X

**NOTICE OF SALE HEARING AND OBJECTION DEADLINE**

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST PLEASE TAKE NOTICE:**

      1.     Chapter 11 Petitions.  On January 14, 2009 and on July 14, 2009 (with respect to Nortel Networks (CALA) Inc.), Nortel Networks Inc. ("NNI") and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      2.     The Sale Motion.  On April 15, 2011, the Debtors filed a motion for an order (I) approving NNI's entry into a purchase and sale agreement (the "Purchase and Sale Agreement") with Pillar Commercial, LLC ("Pillar"), (II) authorizing the sale of the NNI's premises at 2201 and 2221 Lakeside Boulevard, Richardson, Texas, consisting of one sixteen-story high rise building and a research and laboratory building on approximately eighteen acres of land and certain related assets (the "Richardson Campus" or the "Property") free and clear of all encumbrances, (III) approving NNI's entry into a license to use certain areas of the property (the "Nortel License"), (IV) approving the form and manner of sale notice (the "Notice Procedures"), and (V) authorizing the filing of certain documents under seal [D.I. ●] (the "Sale Motion").

      6.     The Sale Hearing.  The hearing at which the Debtors will request approval of the sale to Pillar (the "Sale Hearing") shall be conducted before the Honorable Kevin Gross, United

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 3, Wilmington, Delaware on **May 10, 2011 at 9:30 a.m. (ET)** or at such other time as the Bankruptcy Court permits.

7.  Key Deadlines. The deadline for all objections to the relief requested in the Sale Motion is currently set as **May 3, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline").

8.  Objections to the Sale Motion. All objections to the relief requested in the Sale Motion must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformity with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the Objection Deadline; and (e) served in accordance with the Local Rules so as to be received on or before the Objection Deadline by the following: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Facsimile: (302) 658-3989 (Attention: Derek C. Abbott); (ii) counsel to the Purchaser: Cherry Petersen Landry Albert LLP, 8350 North Central Expressway, Suite 800, Dallas, Texas 75206, Facsimile: (214) 265-7008 (Attention: Terry Landry); (iii) counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002 (Attention: Fred Hodara and Stephen Kuhn) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Facsimile: (212) 822-5735 (Attention: Roland Hlawaty); and (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Facsimile: (302) 573-6497 (Attention: Patrick Tinker).

9.  Documents. Copies of the Sale Motion, the Purchase and Sale Agreement, and the proposed Sale Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at *www.deb.uscourts.gov* and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at *http://dm.epiq11.com/nortel*.

This notice is subject to the full terms and conditions of the Sale Motion and the Debtors encourage parties in interest to review such document in its entirety.

Please note that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

Dated: April 15, 2011
     Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

   - and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*