# EXHIBIT H

**Proposed Form of Assignment and Assumption Agreement**

EXHIBIT 7

Form of Assignment and Assumption of Third Party Leases Agreement

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, NORTEL NETWORKS INC., a Delaware corporation, having an office at 2221 Lakeside Boulevard, Richardson, Texas 75082 (the "Assignor"), hereby assigns and delegates to PILLAR COMMERCIAL, LLC, a Texas limited liability company, having an office at 10440 N. Central Expressway, Suite 500, Dallas, Texas 75231 (the "Assignee"), all of Assignor's right, title and interest in and to and obligations under the (i) leases described on Schedule A attached hereto (collectively, the "Leases") and (ii) all guarantees with respect to any of the Leases, in each case relating to the property (collectively, the "Property") known as 2201 and 2221 Lakeside Boulevard, Richardson, Texas and more particularly described in the Agreement (as hereinafter defined) (the "Assignment").

Subject to the terms of the Agreement, Assignee hereby assumes all of the Assignor's obligations under the Leases arising with respect to the period on and after the date hereof, pursuant to the provisions of the Leases, in accordance with the terms of the Leases.

Subject to the terms of the Agreement, Assignee hereby agrees that it shall indemnify and hold the Assignor harmless from and against any and all judgments, suits, claims, demands, liabilities and obligations and related costs and expenses (including reasonable attorneys' fees) incurred or suffered by Assignor by reason of, or arising out of, the Leases with respect to the period on and after the date hereof.

The Assignor hereby agrees to indemnify and hold the Assignee harmless from and against any and all judgments, suits, claims, demands, liabilities and obligations and related costs and expenses (including reasonable attorneys' fees) incurred or suffered by Assignee by reason of, or arising out of, the Leases with respect to the period prior to the date hereof.

This Assignment is made pursuant to that certain Purchase and Sale Agreement, dated as of April ____, 2011, between Assignor and Assignee (the "Agreement"), and is made without any representation or warranty whatsoever by the Assignor except as expressly set forth in the Agreement and upon the express condition, understanding and agreement that this Assignment is made without recourse to the Assignor, except as expressly set forth in the Agreement, for any cause whatsoever (except with respect to Assignor's indemnification in the preceding paragraph), or by any successor to the interest of the Assignee. All capitalized terms not defined herein shall have the meaning ascribed to them in the Agreement.

This Assignment may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same instrument.

This Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

This Assignment shall be governed by the laws of the State of Texas.

Exh. 7-1

NEWYORK-2370468.17

IN WITNESS WHEREOF, the Assignor and Assignee have executed this Assignment effective as of this ____ day of [•], 2011.

        ASSIGNOR:

        NORTEL NETWORKS INC., a Delaware corporation

        By:_____
           Name:
           Title:

        ASSIGNEE:

        PILLAR COMMERCIAL, LLC, a Texas limited liability company

        By:_____
           Name:
           Title:

## Schedule A

### Leases

Dated August 1, 2010, between Nortel Networks Inc., as landlord, and Ericsson Inc., as tenant, with respect to space at the Lab.

Dated August 1, 2010, between Nortel Networks Inc., as landlord, and Ericsson, Inc., as tenant, with respect to space at the Lab.

Dated December 18, 2009, between Nortel Networks Inc., as landlord, and Avaya Inc., as tenant, with respect to space at the Lab.