IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
---------------------------------------------------------------X

## SUPPLEMENTARY AFFIDAVIT AND DISCLOSURE STATEMENT

**Marta P. Tart** ("Affiant"), being duly sworn, deposes and says:

I am a **member** of **MPT Consulting Services, LLC** ("MPT"), which maintains offices at 262 Fremont Avenue, Dubuque, IA 52003

Ernst & Young LLP ("EY LLP") has requested, and **MPT Consulting Services, LLC,** has agreed, to assist EY LLP to render the following services: MPT will provide, on an independent contractor basis, tax and related consulting services to be provided to certain Nortel entities pursuant to the Nortel-EY Engagement Agreement and the Tax Outsourcing Statement of Work, each dated March 1, 2011. In particular, MPT will assist EY LLP with the completion of international tax reporting required of relevant Nortel entities as part of the United States federal

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.

tax return. MPT expects its personnel and resources will represent less than 5% of the total project resources.

In connection with its provision of services as described herein, MPT Consulting Services, LLC, has conducted a check to determine connections with the following entities: (i) the Debtors and their affiliates, (ii) the U.S. Trustee for the District of Delaware, the Assistant United States Trustee, and United States Trustee Trial Attorney for Region 3 assigned to these cases, (c) the Honorable Kevin Gross, United States Bankruptcy Judge, and (d) the forty largest unsecured creditors of the Debtors as disclosed by the Debtors in these cases (the "Connections Check Parties").

Based on the limited check described in the foregoing paragraph, neither MPT Consulting Services, LLC, nor any partner, associate or other member thereof, insofar as I have been able to ascertain, has any connection with the Connections Check Parties except that I provided services to the Debtors as a contractor to EY LLP in the past as set forth in this affidavit below:

As a contractor to EY LLP in its previous work for the Debtors, I reviewed (i) various information returns attached to the Debtors' 2009 US Federal Income Tax Return and required by the U.S. Internal Revenue Code to describe its transactions with foreign affiliates; (ii) various computations of currently taxable income of the Debtor arising from specific transactions with foreign affiliates; and (iii) source documentation supporting the aforementioned information returns and computations including the original books and records of the Debtor and its foreign affiliates.

Based on the limited check described above, neither I, MPT Consulting Services, LLC, nor any partners, associate or other members thereof, insofar as I have been able to ascertain,

holds or represents any interest adverse to the Debtors or their estates in the matters upon which MPT Consulting Services, LLC, is to be subcontracted.

In accordance with the Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP, *Nunc Pro Tunc* to March 1, 2011, **MPT Consulting Services, LLC** will be paid by EY LLP directly for services.

I declare under penalty of perjury that the foregoing is true and correct.

*Marta P. Tart*
*MPT Consulting Services, LLC*

Sworn to before me this 15 day of April, 2011

Notary Public

JESSY WILLIAMS
Commission Number 731410
My Commission Expires
11/4/13