## **CERTIFICATE OF SERVICE**

       I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Supplementary Affidavit and Disclosure Statement** was caused to be made on April 18, 2011, in the manner indicated upon the entities on the attached service list.

Date: April 18, 2011                              */s/ Alissa T. Gazze*
                                                           Alissa T. Gazze (5338)

4197702.1