# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim No. 4819 Filed by Deka Immobilien Investment GMBH** was caused to be made on April 18, 2011, in the manner indicated upon the party identified below and the parties identified on the attached service list.

Dated: April 18, 2011

                                           */s/ Alissa T. Gazze*
                                           Alissa T. Gazze (No. 5338)

**Via First Class Mail**

Thaddeus D. Wilson, Esq.
King & Spalding LLP
1180 Peachtree St.
Atlanta, GA 30309-3521