the evolution of Nortel's practices, business, benefits and record keeping over the 30 years of the HWT's existence. In working with counsel, the Monitor has considered a number of potential interpretations of the Trust Agreement, and specifically the provisions dealing with the termination of the HWT, and has also taken into account other relevant documents and the manner in which the HWT was historically administered. The interpretations and issues related thereto included the following:

(a)    whether the HWT constitutes one trust or several trusts;

(b)    who is entitled to the assets in the reserve account on the HWT financial statements referred to as Group Life – Part II (optional life insurance);

(c)    which benefits should participate on a termination of the HWT; and

(d)    how the corpus of the HWT should be shared among participating beneficiaries.

97.    As mentioned above, to assist this Honourable Court and the parties, counsel to the Monitor has prepared a memorandum of law considering the potential interpretations of the Trust Agreement and issues related thereto, a draft of which was provided to Representative Counsel and Independent Counsel. A copy of the memorandum of law is attached as Appendix "B".

98.    The Monitor has prepared charts indicating the financial results of various allocation scenarios resulting from interpretations counsel has identified. In order to provide a basis for comparison, the resulting allocations are described using both a distribution percentage, where applicable (namely, the percentage of the present value of a particular benefit that is represented by the aggregate distribution amount for that benefit), and the aggregate distribution amount in dollars. The resulting allocations are expressed as an aggregate amount for each benefit type under the HWT and therefore relate to an

- 31 -

aggregate group of individuals participating in those benefits, not to individual beneficiaries. The illustrative scenarios use the following categories of benefits in accordance with the Mercer 2010 HWT Preliminary Valuation, except that they include an Optional Life category and an LTD Optional Life Benefit category and subdivide STBs into those in pay and those accrued but not in pay:

(a)     Pensioner Life (including ADB);

(b)     Pensioner M&D;

(c)     LTD Income (including IBNR[5]);

(d)     LTD M&D;

(e)     LTD – STB accrued;

(f)     LTD Life;

(g)     LTD Optional Life Benefit;

(h)     SIB;

(i)     STB – in pay;

(j)     STB – accrued; and

(k)     Optional Life,

(collectively, the "**Potential Participating Benefits**").

---

[5] "Incurred but not reported". As set out in the Mercer 2010 HWT Preliminary Valuation, there are 6 individuals whose status as LTD Beneficiaries as at December 31, 2010 cannot be known for certain at this time.

99.  Schedules prepared under the various scenarios are attached as Appendix "D" and described in more detail below[6]:

(a)  **Appendix D-1** – Optional Life is not a participating benefit, the surplus associated with Optional Life forms part of the assets available for allocation to other assets and:

(i)  **Column 1** – The HWT is to be treated as one trust.  On termination, all Potential Participating Benefits except Optional Life share *pro rata* in the HWT corpus (based on each such Potential Participating Benefit's respective share of the present value of all such Potential Participating Benefits).

(ii)  **Column 2** – This scenario reflects the Proposed Allocation Methodology. The HWT is to be treated as one trust.  On termination, certain of the Potential Participating Benefits share *pro rata* in the HWT corpus (based on each such Potential Participating Benefit's respective present value of all such Potential Participating Benefits.  A determination of which Potential Participating Benefits share *pro rata* in this scenario was based on an analysis of the beneficiaries with claims that have been or would certainly be made with no contingency except timing.

Claims that have been or would certainly be made are claims of:

A.  Pensioners (including those active employees who will vest by the valuation date and LTD Beneficiaries) for Pensioner Life;

---

[6] Under all applicable scenarios, it is assumed the Pensioner Life premiums paid from the HWT during 2010 are to be treated as a reduction only to the allocation otherwise made to Pensioner Life.  The reason for this treatment is that the only beneficiaries of this allocation are those with a claim for Pensioner Life.  In the scenarios set out in Columns 3, 7, 11 and 14, there is no allocation to Pensioner Life and, accordingly, the participating benefits in these scenarios bear the approximately $7.8 million in Pensioner Life premiums *pro rata*.  The estimated assets upon which the allocation under all scenarios is based are the cash and investments set out in the HWT financial statements as at December 31, 2009 since, except for the reduction in assets due to the payment of Pensioner Life premiums from the HWT, the December 31, 2009 cash and investments will be similar to the December 31, 2010 cash and investments.  To the extent the actual December 31, 2010 asset base differs from the December 31, 2009 asset base (other than for Pensioner Life premiums paid in 2010), that difference would apply equally to each benefit.

In addition, these illustrative scenarios include a line item for LTD Optional Life Benefit; however, amounts are not inserted as insufficient data is available at this time.  As set out in paragraph 93 above, for reference purposes, if the present value of the LTD Optional Life Benefit as at December 31, 2010 were $3 million (as estimated in the 2005 Valuation as at September 30, 2005), it would result in an aggregate distribution from the HWT of approximately $1.0 million to the participants in the LTD Optional Life Benefit.  Further, these illustrative scenarios do not include an amount relating to individuals who were employees of Nortel prior to being transferred as part of a pre-filing divestiture transaction.  As set out in paragraph 92, if these individuals are determined to have a claim against the HWT, under the Proposed Allocation Methodology, this would result in an aggregate distribution from the HWT of approximately $2.0 million to these individuals.

    B.    LTD Beneficiaries for LTD Income and LTD Life;

    C.    LTD Beneficiaries participating under Optional Life for LTD Optional Life Benefit;

    D.    STB Beneficiaries currently in pay for STBs; and

    E.    SIB Beneficiaries currently in pay for SIBs.

(iii)    **Column 3** – The HWT is to be treated as one trust. On termination, certain of the Potential Participating Benefits share *pro rata* in the HWT corpus (based on each such Potential Participating Benefit's respective share of the present value of all such Potential Participating Benefits). A determination of which Potential Participating Benefits share *pro rata* in this scenario was based on an analysis of the beneficiaries currently in pay who have claims for benefits in pay.

Claims for benefits in pay are claims of:

    A.    LTD Beneficiaries for LTD Income;

    B.    STB Beneficiaries currently in pay for STBs; and

    C.    SIB Beneficiaries currently in pay for SIBs;

(iv)    **Column 4** – The HWT is to be treated as separate trusts. Plans with reserved assets (the "Reserved Asset Plans") are each treated as a separate trust. On termination, the beneficiaries of each Reserved Asset Plan share pro. rata in the assets reserved in respect of that plan. The estimated assets available at December 31, 2010 are allocated to the reserves proportionate to the values included in the HWT financial statements as at December 31, 2009.

(b)    **Appendix D-2** – Optional Life is a participating benefit with resulting allocations shown in Columns 5 to 8 on the same basis as indicated with respect to Columns 1 to 4 (except that a claim for Optional Life is included as a claim that has been or would certainly be made or a claim for benefits in pay).

(c)    **Appendix D-3** – STB is not a participating benefit and Optional Life is a participating benefit, with allocations shown in Columns 9 to 11 on the same basis as indicated with respect to Columns 1 to 3 (except that a claim for STBs is not included as a claim that has been or would certainly be made or a claim for benefits in pay and a claim for Optional Life is included as a claim that has been or would certainly be made or a claim for benefits in pay); however, as there are

no reserved assets for STBs, the allocation using the reserved asset method set out in Appendix D-1 is applicable and is not reproduced in Appendix D-3.

(d)    Appendix D-4 -- STB is a participating benefit and Optional Life is not a participating benefit, with allocations shown in Columns 12 to 14 on the same basis as indicated with respect to Columns 1 to 3; however, as there are no reserved assets for STBs, the allocation using the reserved asset method set out in Appendix D-2 is applicable and is not reproduced in Appendix D-4.

100.    The scenarios are illustrative examples only to assist this Honourable Court and the interested parties in considering the Proposed Allocation Methodology. The actual dollar amount available may differ from the illustrative scenarios. There is also the potential for an adjustment to an allocation relating only to a particular benefit, thereby reducing the *pro rata* share relating to that particular benefit, for example, were this Honourable Court to award costs against a distribution otherwise available for a particular benefit.

## Proposed Allocation Methodology

101.    The Proposed Allocation Methodology (illustrated in Appendix D-1, Column 2) is as follows:

(a)    the HWT is to be treated as one trust;

(b)    on termination, the following Potential Participating Benefits share *pro rata* in the HWT corpus (based on each such Potential Participating Benefit's respective share of the present value of all such Potential Participating Benefits):

    (i)    Pensioner Life;

    (ii)    LTD Income;

    (iii)    LTD Life;

    (iv)    LTD Optional Life Benefit;

    (v)    STBs -- in pay; and

- 35 -

    (vi)    SIBs – in pay;

    (collectively, the "Proposed Participating Benefits");

(c)    the following beneficiaries will receive distributions from the Proposed Participating Benefits' *pro rata* share of the HWT corpus:

    (i)    Pensioners (including those active employees who will vest by the valuation date and LTD Beneficiaries) for Pensioner Life;

    (ii)    LTD Beneficiaries for LTD Income and LTD Life;

    (iii)    LTD Beneficiaries participating under Optional Life for LTD Optional Life Benefit;

    (iv)    STB Beneficiaries currently in pay for STBs; and

    (v)    SIB Beneficiaries currently in pay for SIBs;

    (collectively, the "Proposed Participating Beneficiaries");

(d)    the amount of the distribution to each Proposed Participating Beneficiary from the Proposed Participating Benefits' *pro rata* share of the HWT corpus will be calculated pursuant to the assumptions in the Mercer 2010 HWT Preliminary Valuation, with data as of December 31, 2010, and the Pensioner Life premiums paid from the HWT during 2010 will be treated as a reduction only to the allocation otherwise made to Pensioner Life;

(e)    the present value of the Proposed Participating Benefits will be calculated pursuant to the assumptions in the Mercer 2010 HWT Preliminary Valuation, with data as of December 31, 2010; and

(f)    there will be no payment from the HWT on account of any conversion privilege, if any, relating to the Pensioner Life or Optional Life that is exercised by any holder of such right.

102.    The Monitor recognizes the hardship felt by the beneficiaries of the HWT as a result of Nortel's insolvency and the deficit in the HWT. The Monitor believes the Proposed Allocation Methodology reasonably and equitably addresses this hardship as far as available funds of the HWT allow and in the most economical and practical manner available, by balancing the interests of the beneficiaries of the HWT in the circumstances,

and, as discussed with counsel, is consistent with the most reasonable interpretation of the Trust Agreement.

## Independent Legal Counsel

103.    Analysis of the HWT reveals there could be a multitude of potential differing interests among the beneficiaries. Each individual seeks to maximize his/her recovery from the HWT assets. Since the assets are insufficient to pay all claims, each has an interest in minimizing the claims of others. Through their Court-appointed representative counsel, Employee Representatives informed the Monitor that, as a result of the potential for conflicts arising from the different interpretations of the Trust Agreement, they would retain independent counsel to provide advice concerning the HWT and sought funding from the Applicants for this purpose. The Applicants and the Monitor agreed to: (a) the retention of independent legal counsel to consider the Proposed Allocation Methodology and provide the Employee Representatives with legal advice thereon; and (b) the Applicants providing funding for the retention of independent legal advice, subject to a fee cap.

104.    In June 2010, the LTD Beneficiaries' Representative retained Sack Goldblatt Mitchell LLP ("Sack") to represent the interests of her constituents in the HWT. In July 2010, the Former Employees' Representatives retained Lerners LLP ("Lerners") to represent the interests of their constituents in the HWT (Lerners and Sack together are referred to as "Independent Counsel"). CAW Counsel also ensured that the Pensioners and STB Beneficiaries they represent were advised by the same independent counsel as the Former Employees' Representatives. As it became evident that Independent Counsel would be required to attend this motion, the Applicants and Monitor agreed to increase the fee cap

to $85,000 for each firm, with an additional $7,500 available for Sack to retain an actuarial advisor. As part of the relief requested on the within motion, the Monitor is seeking that, for certainty, this Honourable Court approve the retention of Independent Counsel.

105.    Independent Counsel signed confidentiality agreements in June 2010 and were then provided with access to documents, financial and actuarial information and other analysis related to the HWT. Attached hereto as Appendix "LLL" is a list of the documents provided to each Independent Counsel. The Monitor has confirmed that the same information has been provided to each Independent Counsel. The Monitor provided Continuing Employees' Representative Counsel with the same information and engaged in discussions with such counsel. All of the documents provided to Independent Counsel are attached as Appendices to this Fifty-First Report except for certain documents subject to confidentiality restrictions with third parties or portions of certain documents that have been redacted for privacy purposes.

106.    Since June 2010, there have been many in person meetings and telephone discussions concerning the HWT among various combinations of the Monitor, the Applicants, Mercer, Former Employees' Representatives, Former Employees' Representative Counsel, certain members of the NRPC, CAW Counsel, Lerners, LTD Beneficiaries' Representative, LTD Beneficiaries' Representative Counsel, Segal, certain members of the CNELTD and Sack.

107.    At the meetings and calls in which the Monitor participated, the Monitor discussed the Proposed Allocation Methodology, and the Monitor's process in developing and

- 38 -

presenting the scenarios provided above. The Monitor and its advisors have remained available for discussion and continue to respond to information requests.

108. Independent Counsel are considering the Proposed Allocation Methodology and will advise the Court of their position prior to the return of the within motion.

109. As mentioned above, there could be a multitude of potential differing interests among the beneficiaries. The Monitor is of the view that with the retention of Independent Counsel, the interests of the beneficiaries are appropriately represented and that retaining yet further counsel is not required and would not assist with the fair, practical and timely resolution of the issues at hand. There are already four sets of counsel appearing on this motion: two Independent Counsel, Continuing Employees' Representative Counsel and CAW counsel. The Monitor has been advised by Koskie Minsky LLP that it will not appear on this motion. A copy of a letter from Koskie Minsky LLP dated August 26, 2010 to the Monitor and the Service List is attached as Appendix "MMM".

110. Each individual beneficiary may be a participant in multiple benefit plans or may only participate in a single benefit plan. For example, some LTD Beneficiaries do not or will not receive LTD Income because they receive or will receive income or income benefits from another source. Furthermore, the specific interests of individual participants in any one benefit may differ from those of another participant because of individual employment history or particular circumstances. Therefore, interests may differ between members in the same general group and interests may differ between participants in the same benefit plan. The Monitor has also considered the impracticality of hearing representations from thousands of individuals, including the timing and the costs of any attempt to do so.

- 39 -

111.    The Monitor is aware that a motion record has been served by Arlene Borenstein (Plante) on behalf of a group of dissident LTD Beneficiaries (the "**Dissident Beneficiaries**"). The motion seeks, among other things, the appointment of Rochon Genova LLP as counsel for the LTD Beneficiaries at Nortel's expense and the replacement of the LTD Beneficiaries' Representative. Sack has already been retained as independent counsel for the LTD Beneficiaries as noted above. The Monitor has corresponded with Rochon Genova LLP and advised it that the motion is unnecessary and the Dissident Beneficiaries may wish instead to make their submissions on the merits in response to the within motion. The Monitor reserves the right to deliver material in reply should the Dissident Beneficiaries choose to deliver material in response to this motion. The Monitor notes the Dissident Beneficiaries have not opted out of the various representation orders and are already represented by LTD Beneficiaries' Representative Counsel in these proceedings. Pursuant to the Settlement Agreement, the fees and disbursements of counsel are a cost to the HWT to the extent they are incurred in respect of disputes concerning entitlement to a distribution of the HWT corpus.

**Specific Process Matters**

112.    The Monitor will serve the within Motion Record and this Fifty-First Report on the Service List, including Independent Legal Counsel, and the Individual Parties not otherwise represented by counsel on the Service List.

113.    In addition, as discussed above, the Mercer 2010 HWT Preliminary Valuation was prepared on an aggregate basis to assist in an analysis of the effect of various scenarios, including the proposed allocation methodology, on the various benefits covered by the HWT and thereby on the aggregate group of individuals participating in those benefits.

- 40 -

The LTD Beneficiaries' Employee Representative advised the Monitor that it is very important for those she represents to have an estimate of the amount they would receive individually as a result of an allocation and requested that such estimates be provided to LTD Beneficiaries. The Monitor considered the request and agreed to provide such a statement to those individuals in receipt of income benefits, namely, all LTD Beneficiaries in receipt of LTD Income, STB Beneficiaries in receipt of STBs and SIB Beneficiaries in receipt of SIBs (a "Beneficiary Estimated Allocation Statement"). Accordingly, the Monitor instructed Mercer to prepare such statements for delivery to such individuals subsequent to service of this Fifty-First Report and the within Motion Record, with the proviso that the statements must clearly indicate, among other things, that they are estimates only and subject to change, including as a result of an allocation of the HWT corpus different from the Proposed Allocation Methodology.

114.    In preparing the Beneficiary Estimated Allocation Statements, Mercer will apply the same actuarial assumptions and data dates used to value the benefits on an aggregate basis to each LTD Beneficiary, STB Beneficiary and SIB Beneficiary and will also apply unique employee information to determine the individual amounts for LTD Income, SIBs and STBs as indicated in Section 5 of the Mercer 2010 HWT Preliminary Valuation. The LTD Beneficiaries' Employee Representative and its independent counsel, Sack, reviewed and approved the form of Beneficiary Estimated Allocation Statement. The Beneficiary Estimated Allocation Statement substantially in the form attached hereto as Appendix "NNN" will be available in both English and French.

115.    The Monitor was provided with the spreadsheet used to produce the individual statements. The Monitor compared that spreadsheet to information available from the

- 41 -

Company, including addresses and recipient information, and was satisfied that the spreadsheet was suitable for producing Beneficiary Estimated Allocation Statements.

116.    Each Beneficiary Estimated Allocation Statement will include the actuarial value (expressed as a dollar amount) of: (a) the LTD Income[7], SIB or STB the respective LTD Beneficiary, SIB Beneficiary or STB Beneficiary would be entitled to on a distribution based on the Proposed Allocation Methodology; and (b) if the recipient of such income benefits is also a recipient of LTD Life, the actuarial value (expressed as a dollar amount) of the LTD Life such individual would be entitled to on a distribution based on the Proposed Allocation Methodology. The Beneficiary Estimated Allocation Statement will also indicate that the dollar amounts set out therein reflect such individual's share of a distribution representing an estimated 34.5% of the present value of the Proposed Participating Benefits.

117.    The Beneficiary Estimated Allocation Statements clearly indicate they are illustrative only and subject to change for such things as:

(a)    changes to the estimated actuarial value of benefits as a result of status changes occurring with respect to the individual, such as recovery or death; and

(b)    changes to the estimated distribution percentage and consequently the estimated distribution amount as a result of:

    (i)    a different allocation of the HWT corpus;

    (ii)    the distributable assets being more or less than estimated;

    (iii)    the resolution of contingencies;

---

[7] LTD Beneficiaries entitled to an income benefit will receive a Beneficiary Estimated Allocation Statement; however, certain LTD Beneficiaries with health and/or life insurance coverage may not receive an income benefit from Nortel because they receive income benefits from certain other sources.

- 42 -

(iv)    updating of data to December 31, 2010; and

(v)    the award of fees against any particular benefit type.

118.    It is not proposed that individual statements be provided to participants under Pensioner Life as the number of participants is very large (approximately 10,400) and the average claim value and distribution to such participants is much smaller on an individual basis than the average claim and distribution of a participant under LTD Income.

119.    The distribution amount for each participant under Pensioner Life will be calculated using the assumptions in the Mercer 2010 HWT Preliminary Valuation (including Section 5 thereof) based on data as of December 31, 2010.

## Operational Steps

120.    Court approval of a proposed allocation methodology is one of a number of steps that must take place in order to implement a distribution of the HWT corpus. Many steps facilitating such allocation and distribution have already occurred, and many must still be implemented, particularly since the HWT continues to operate. Accordingly, many variables may still affect the assets available for distribution and the benefits in respect of which those assets will be distributed.

121.    To date, the Applicants and the Monitor have taken a number of steps to facilitate the allocation and distribution of the HWT corpus, including:

(a)    reducing the term of the investments held by the HWT;

(b)    establishing a new banking arrangement for payment of current employee health benefits;

(c)    requesting a tax ruling with respect to the taxability to recipients of funds to be distributed from the HWT;

- 43 -

(d)     instructing Mercer to prepare the Mercer 2010 HWT Preliminary Valuation and working with Mercer on such valuation;

(e)     analyzing the impact of various allocation scenarios;

(f)     amassing and organizing documents;

(g)     terminating the current LTD program for working employees;

(h)     investigating options with respect to life insurance; and

(i)     ongoing data review and reconciliation.

Settlement Representative Counsel and CAW Counsel were involved and consulted with respect to the tax ruling referred to in (c) above.

122.    A further step required to facilitate the allocation and ultimate distribution of the corpus of the HWT is Court approval of the provisions in the requested Order deeming December 31, 2010 as the date of notice of termination of the HWT for the purposes of the Trust Agreement and dispensing with Nortel sending a notice of termination to the Trustee. This will create synergy between the date of termination of benefits and the LTD Beneficiary termination date of December 31, 2010 pursuant to the Settlement Agreement, the valuation date in the Mercer 2010 HWT Preliminary Valuation and the expected date of termination of the HWT. Otherwise, a date at least sixty days prior to termination of the HWT would have to be used (depending on the date of written notice to the Trustee). A deemed notice of termination date of December 31, 2010 creates certainty and consistency and avoids confusion.

123.    With Court approval of an allocation methodology, including a deemed notice of termination date of December 31, 2010, the Monitor, the Applicants and the Trustee can look to distributing the HWT corpus.

- 44 -

## IX.   RECOMMENDATION

124.   The Monitor believes the Proposed Allocation Methodology represents the most equitable, reasonable and practical approach to the distribution of the HWT funds, balancing the interests of the beneficiaries in the circumstances, particularly given the following:

   (a)   the Trust Agreement does not provide clear guidance on the issue of who is entitled to participate in a distribution on termination of the HWT and there are a number of interpretations and possible outcomes;

   (b)   based on its counsel's legal analysis, the Proposed Allocation Methodology is consistent with the most reasonable interpretation of the Trust Agreement;

   (c)   in general, the Proposed Allocation Methodology is consistent with the manner in which the HWT has been administered; and

   (d)   the resolution of HWT allocation and distribution matters is a necessary step to completion of the Applicants' claims process, development of a CCAA plan and administration of the Applicants' estates.

125.   The Monitor believes the retention of Independent Counsel by the respective Employee Representatives will facilitate the fair, timely and practical resolution of the within motion and recommends the approval of their retention.

126.   Accordingly, the Monitor requests that this Honourable Court grant the Order in the form submitted.

- 45 -

All of which is respectfully submitted this 27th day of August, 2010.

ERNST & YOUNG INC.
In its capacity as Monitor of the Applicants

Per:
Murray A. McDonald
President

\5879303

**APPENDIX "C" TO**
**FIFTY-FIRST REPORT**

27 August 2010

# Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010

Nortel Networks Limited

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Consulting. Outsourcing. Investments.

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

# Contents

1. Introduction.................................................................................................................1

2. Valuation Results.......................................................................................................5

3. Membership Data .......................................................................................................7
   ▪ Included Members ...............................................................................................9
   ▪ Member Headcount ...........................................................................................10
   ▪ Summary of Data ..............................................................................................11

4. Methods and Assumptions.......................................................................................14
   ▪ Post Retirement Medical, Dental and Life Insurance Benefits (PRB – M&D, PRB
     – Life and PRB – ADB) ....................................................................................15
   ▪ Benefits Provided to Disabled Members – LTD Income, Medical, Dental, Life
     Insurance, Optional Life Insurance and STB Benefits (LTD – Income, LTD –
     IBNR, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB – Accruals).....20
   ▪ Survivor Benefits (SIB, STB)...........................................................................25

5. Calculations for Individual Member Allocation of Trust...........................................26

6. Non-Pension Benefit Plan Provisions......................................................................28
   ▪ Post Retirement Benefits .................................................................................28
   ▪ Benefits Provided to Disabled Members .........................................................33
   ▪ Survivor Benefits.............................................................................................34

7. Employer Certification..............................................................................................35

Mercer (Canada) Limited                                                                                    i



# Introduction

To Nortel Networks Limited ("Nortel" or the "Company") and Ernst & Young Inc. (the "Monitor").

In accordance with your request, we have performed a valuation of the non-pension benefits provided by Nortel for purposes of termination of their Health and Welfare Trust ("Trust"). This report contains preliminary estimated liabilities for the identified non-pension plans and plan members based on assumptions and methodologies as reviewed with Nortel and the Monitor. We understand that the liability figures provided in this report (along with the corresponding per member Excel file) are expected to be used for the following purposes:

1. To determine a pro-rata allocation of the accumulated Trust funds to different benefit types.

2. To determine an initial estimate of the corresponding per claimant liabilities for a certain subset of the specific benefits provided in this report. These liabilities, after potential adjustments for updates, will be used to determine the pro-rata allocation of the Trust funds for the specified benefit, to the individual claimants on a pro-rata basis.

This is all subject to the approval of the court in Nortel's insolvency proceedings.

We understand that Nortel will stop making benefit payments under both the non-pension post retirement, long-term post employment and survivor benefit plans as at December 31, 2010. The liabilities in this report have been determined using the membership status as at the dates outlined below projected to December 31, 2010. The liabilities represent the present value as at December 31, 2010, of expected benefits to be received/claimed after December 31, 2010. The membership data used for the valuations is outlined in Section 3.

Nortel has established a Health & Welfare Trust for the purposes of funding its member benefit plans. Most of Nortel's benefits, including life insurance, disability, medical and dental, and survivor income benefits, are funded through the Trust. These benefits are extended to active, disabled and certain pensioned members and their beneficiaries. Most of the benefits are funded by Nortel on a "pay-as-you-go" basis. Nortel makes contributions to the Trust to pay for the current benefits paid for by the Trust. Nortel has made contributions in excess of current benefit payments, and therefore funds have accumulated in the Trust.

We understand that as part of the insolvency proceedings, the Trust will be terminated and the accumulated funds distributed to the beneficiaries, subject to the approval of the court in the insolvency proceedings. We understand that the liabilities identified in this report, subject to potential subsequent adjustments, will be referenced to determine the allocation to different benefit types and to different individual claimants.

The scope of our work did not include legal or tax review of the Trust or a determination of appropriate contribution levels.

Liabilities for the following benefit plans have been provided in this report:

1. Post retirement medical and dental benefits (PRB – M&D)
2. Post retirement life insurance (PRB – Life)
3. Post retirement additional death benefit (PRB – ADB)
4. Long term disability income benefits (LTD – Income)
5. Medical and Dental benefits for LTD[1] claimants (LTD – M&D)
6. Life insurance benefits for LTD[2] claimants (LTD – Life)
7. Optional life insurance benefits for LTD claimants (LTD – Optional Life)
8. Survivor Transition Benefits for members on LTD (STB – LTD – accrual)
9. Survivor Income Benefit plan (SIB)
10. Survivor Transition Benefit plan (STB)

We have only provided a liability estimate for the benefits outlined above. Note that any references for the dental plan for the LTD members, includes vision care and hearing costs (DVH plan), whereas for the PRB plans these costs are measured separately but included in PRB-M&D. At this time, we had insufficient data to determine a liability for the waiver of premium for the Optional Life Insurance benefit while the member is on LTD, including which employees on LTD participate in the Optional Life Insurance plan and therefore it has yet to be determined.

---

[1] Members on LTD with full benefit offsets (i.e. WSIB income benefit is greater than the LTD income benefit) that are still eligible for Medical and Dental Benefits have been included in the information provided.

[2] Members on LTD with full benefit offsets (i.e. WSIB income benefit is greater than the LTD income benefit) that are still eligible for Life Insurance Benefits have been included in the information provided.

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Nortel Networks Limited

A complete description of the valuation including the benefits included, the assumptions used and the results is provided in the body of this report.

Although we have included the above Plans, we understand that no determination has been made of benefits that would participate in a distribution of the Trust on termination. Further, we make no comment on the applicability of the assumptions used herein, including the valuation date, for any purpose other than the valuation of the liabilities with respect to the termination of the Trust.

Mercer (Canada) Limited

3

Valuation of the Obligations of the Non-Pension                    Nortel Networks Limited
Benefits as at December 31, 2010

In our opinion:

- The individual membership data on which the valuation is based are sufficient and reliable for the purposes of preparing a preliminary estimate of the aggregate liabilities. However, for certain members, we were unable to obtain complete membership data, or to reconcile and validate the membership data. Furthermore, changes in status may occur for some members between the effective date of the data and the valuation date. Therefore, at this time, individual liability amounts should be considered as preliminary estimates only, subject to revision and correction when complete and correct data becomes available.

- The assumptions are in accordance with the instructions received from the Company and the Monitor, and in our opinion, are in aggregate, appropriate for the purposes of this report. The assumptions may not be appropriate for other potential purposes.

- The methods employed are in accordance with the instructions received from the Company and the Monitor for the valuation and, in our opinion, are appropriate for the purposes of the valuation.

This report has been prepared and our opinions given, in accordance with accepted actuarial practice in Canada. However, we are not aware of any actuarial standards or practice requirements specifically designed for settlement of non-pension benefits as outlined in this report. With respect to the selection of the discount rate and the assumed mortality we have used the assumptions described in Section 3800 – *Pension Commuted Values* of the Canadian Institute of Actuaries Standards of Practice.

The information contained in this report was prepared exclusively for Nortel and the Monitor, in connection with the court application with respect to the distribution of the Trust. This report is only intended for the purposes outlined above. Mercer assumes no liability for the use, or reliance upon, this report for purposes other than those specifically identified in this report.

Respectfully submitted,

_Ellen Whelan_                                      _Karen Dixon_

Ellen Whelan                                         Karen Dixon
Fellow of the Canadian Institute of Actuaries        Fellow of the Society of Actuaries
Fellow of the Society of Actuaries

August 27, 2010                                      August 27, 2010
Date                                                 Date

Mercer (Canada) Limited; 161 Bay Street, P.O. Box 501; Toronto, Ontario  M5J 2S5

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010                    Nortel Networks Limited

**2**

# Valuation Results

The following table presents a summary of the estimated liabilities from our valuation as at December 31, 2010 (in millions Canadian dollars).

| Plans | Actives | LTD | Pensioners/ Beneficiaries | Total | Percent |
|---|---|---|---|---|---|
| PRB - M&D | $1.0 | $5.2 | $250.3 | $256.5 | 47.2% |
| PRB – Life | 1.0 | 2.0 | 124.9 | 127.9 | 23.6% |
| PRB – ADB | | | 1.0 | 1.0 | 0.2% |
| PRB – Total | $2.0 | $7.2 | $376.2 | $385.4 | 71.0% |
| | | | | | |
| LTD – Income | | $77.3 | | $77.3 | 14.2% |
| LTD – IBNR | | 2.6 | | 2.6 | 0.5% |
| LTD – M&D | | 24.5 | | 24.5 | 4.5% |
| LTD – Life | | 2.5 | | 2.5 | 0.5% |
| LTD – Optional Life | | TBD | | TBD | TBD |
| LTD – STB - accrual | | 0.3 | | 0.3 | 0.1% |
| LTD – Total | $0.0 | $107.2 | $0.0 | $107.2 | 19.7% |
| | | | | | |
| SIB | | | $16.2 | $16.2 | 3.0% |
| STB – in receipt | | | 4.1 | 4.1 | 0.8% |
| STB – accrual | | | 30.0 | 30.0 | 5.5% |
| SIB/STB – Total | $0.0 | $0.0 | $50.3 | $50.3 | 9.3% |
| | | | | | |
| Grand Total | $2.0 | $114.4 | $426.5 | $542.9 | 100.0% |

Please note the following:

- LTD – IBNR: As at June 30, 2010 there were 4 members on short term disability (STD) and 2 members with LTD claims under appeal. The status of their claim for LTD as at December 31, 2010 cannot be known for certain at this time. Therefore, an estimate of their LTD income and medical, dental, basic and optional life insurance and STB benefits has been determined assuming they are an open LTD claim at December 31, 2010 and included in the table above under LTD – IBNR. One of these members would meet the eligibility requirements for the post retirement benefits as at December 31, 2010 if they were still employed at that date and the liability for this has been included in the post retirement liabilities (PRB) above for this member.

- LTD – Optional Life: At this time, we had insufficient data to determine a liability for the waiver of premium for the Optional Life Insurance benefit while the member is on LTD, including which employees on LTD participate in the Optional Life Insurance plan and therefore a liability estimate for this benefit has yet to be determined.

- LTD – STB – accrual: As at June 30, 2010, there are 101 members on LTD who have beneficiaries which will be eligible for the STB benefit upon the member's death if the member dies while on LTD. This information was based upon the members' date of disability and that they have elected family coverage for medical benefits.

- STB – in receipt: As at June 30, 2010 there were 305 surviving spouses currently in receipt of income benefits with a benefit ending date after December 31, 2010.

- STB – accrual: As at June 30, 2010 there are 2,873 pensioners who have beneficiaries which will be eligible for the STB benefit upon the member's death if they survive the member.

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks,Limited

---

**3**

# Membership Data

The membership data has been provided to us by the Company collected at different dates, as follows:

- PRB – Pensioner and Active data (including LTD) as at August 31, 2009, updated to reflect known restructuring and divestitures to March 31, 2010 and used for the PRB – M&D, PRB – Life and PRB – ADB Plans
- LTD (and STD) data as at June 30, 2010 was projected to December 31, 2010 and used for the LTD – Income, LTD – IBNR, LTD – M&D, LTD – Life Plans, LTD – STB – accrual Plans (LTD – Optional Life – data yet to be obtained)
- Survivor data as at June 30, 2010 was projected to December 31, 2010 and used for the SIB and STB income Plans; STB accruals were based on the PRB – Pensioner data outlined above

Due to the differences in the dates of the valuation data, certain members' status may be inconsistent between Plans. This explains the difference in the LTD headcounts shown on the membership statistics table on the next page (i.e. 355 LTD members were included in the PRB – M&D valuation; however, 360 (351 + 9 with $0 net benefit) were included for LTD – Income).

We have not independently verified the accuracy or completeness of the data except to the extent required by generally accepted professional standards and practices. Mercer will not be held responsible for any liability arising from the use of incomplete, inaccurate or not up-to-date data or documentation. We have applied tests for internal consistency, as well as for consistency with the data used for the previous valuation. These tests were applied to membership reconciliation, basic information (date of birth, date of hire, date of membership, gender, etc.), earnings, and service. The results of these tests were satisfactory for the purpose of determining a reasonable estimate of the aggregate liabilities of the plan. The data are not sufficiently complete and reliable (and not as of the required valuation date) for the purpose of allocation of assets to individual

Mercer (Canada) Limited

7

members without the benefit of subsequent adjustments to reflect true-ups in the membership data.

Mercer has used and relied on the membership data supplied by Nortel, and summarized in this valuation report.  Nortel is responsible for ensuring that such membership data provides an accurate description of all persons who are eligible for benefits as of December 31, 2010 and that it is sufficiently comprehensive and accurate for the purposes of this report.

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

# Included Members

The following table describes the basis for establishing the estimated liability as of December 31, 2010 for each member group:

| Member Group | Liability Determination Basis |
|---|---|
| PRB - Pensioners/ Beneficiaries | The liability represents the actuarial present value of the benefits payable under the Plans as of December 31, 2010 based on members who were retired as at the dates of the data as outlined above. |
| PRB – Active Members | The liability represents the actuarial present value of the benefits payable under the Plans assuming the member terminated employment on December 31, 2010 and benefits commence immediately if the member met the eligibility requirements for the plan at that date, based on members who were active as at the dates of the data as outlined above. If the member does not meet the eligibility requirements for the plan at December 31, 2010 no liability has been calculated. |
| PRB – Disabled Members | The liability represents the actuarial present value of the benefits payable under the Plans assuming the members remain on LTD until age 65 and commence these benefits at age 65 if they meet the eligibility requirements at that date. The actuarial present value is discounted by the cumulative ultimate recovery rates for the period between the projected age at December 31, 2010 and the earliest eligibility age for these benefits. |
| LTD - Disabled Members | The liability represents the actuarial present value of the benefits (i.e. LTD - Income, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB – accrual) payable after December 31, 2010 and until the earliest of age 65, recovery, or death according to the recovery and mortality assumptions.<br><br>For members who are on Short Term Disability or have appealed STD or LTD claims as at the date of the data as outlined above, a liability has been included in this report (LTD – IBNR) for them in the same manner as open LTD claims as outlined above for the Income, Medical, Dental, Basic and Optional Life insurance and STB benefits. |
| SIB/STB – Pensioners/ Beneficiaries | The liability represents the actuarial present value of the benefits payable under the Plans as of December 31, 2010 based on members who were retired as at the dates of the data as outlined above for the "accruals", and based on beneficiaries who were in receipt of the benefits as at the date of the data as outlined above for the "in receipt". |

The data used in this valuation includes plan provisions, membership data, and claims data. This data has been provided by Nortel and Sun Life.

This valuation is based on the plan provisions as provided by Nortel and the provisions of Government Healthcare Programs as they existed at the time of the valuation. Except as otherwise noted, it has been assumed that the Nortel and Government plan provisions described and valued in this report continue unchanged.

Mercer (Canada) Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

# Member Headcount

| Plans | Remaining Active | LTD | Pensioners/ Beneficiaries | Total |
|---|---|---|---|---|
| PRB – M&D[3] | 165 | 355 | 10,660 | 11,180 |
| PRB – Life | 165 | 355 | 9,941 | 10,461 |
| PRB – ADB | 0 | 0 | 77 | 77 |
| | | | | |
| LTD – Income | 0 | 351 | 0 | 351 |
| LTD – IBNR | 0 | 6 | 0 | 6 |
| LTD – M&D[4] | 0 | 360 | 0 | 360 |
| LTD – Life | 0 | 358 | 0 | 358 |
| LTD – Optional Life | 0 | TBD | 0 | TBD |
| LTD – STB – accrual | 0 | 101 | 0 | 101 |
| | | | | |
| SIB | 0 | 0 | 81 | 81 |
| STB – In receipt | 0 | 0 | 305 | 305 |
| STB – accrual | 0 | 0 | 2,873 | 2,873 |

---

[3]  There are also 6,251 spouses of pensioners covered for benefits.

[4]  There are also 158 spouses and 160 children covered for benefits (85 members with children).

Mercer (Canada) Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

## Summary of Data

| | Non-Union | Union | Total |
|---|---|---|---|
| **PRB – Pensioner/Beneficiary Members projected to 31.12.10** | | | |
| *Pensioners* | | | |
| Total Number | 4,580 | 5,495 | 10,075 |
| ▪ Average Age (years) | 73.4 | 74.9 | 74.2 |
| Number with Medical/Dental | 3,956 | 5,490 | 9,446 |
| ▪ Average Age (years) | 73.8 | 74.9 | 74.4 |
| Number with Life Insurance | 4,555 | 5,386 | 9,941 |
| ▪ Average Age (years) | 73.4 | 74.7 | 74.1 |
| ▪ Average Life Insurance | $36,279 | $14,618 | $23,690 |
| Number with ADB | 77 | | 77 |
| ▪ Average Age (years) | 87.5 | | 87.5 |
| ▪ Average ADB Benefit | $23,714 | | $23,714 |
| | | | |
| *Spouses of Pensioners* | | | |
| Number with Medical/Dental | 2,859 | 3,392 | 6,251 |
| ▪ Average Age (years) | 70.3 | 72.6 | 71.5 |
| | | | |
| *Surviving Spouses* | | | |
| Number with Medical/Dental | 577 | 637 | 1,214 |
| ▪ Average Age (years) | 81.3 | 78.6 | 79.9 |
| | | | |
| **PRB - Active Members projected to 31.12.10** | | | |
| Number | 150 | 15 | 165 |
| ▪ Average age (years) | 59.1 | 58.1 | 59.0 |
| ▪ Average service (years) | 31.3 | 33.1 | 31.5 |
| ▪ Average life insurance | $24,000 | $38,446 | $25,234 |
| | | | |
| **PRB - LTD Members projected to 31.12.10** | | | |
| Number | 211 | 144 | 355 |
| ▪ Average age (years) | 54.9 | 58.5 | 56.4 |
| ▪ Average service (years) | 30.7 | 25.6 | 28.6 |
| ▪ Average life insurance | $19,555 | $37,883 | $26,958 |

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| | Non-Union | Union | Total |
|---|---|---|---|
| **LTD Members projected to 31.12.10**[5] | | | |
| Number with Income Benefits[6] | 225 | 126 | 351 |
| Average age (years) | 54.5 | 58.3 | 55.8 |
| Average duration on claim | 12.2 | 17.6 | 14.2 |
| Average monthly benefit | $3,018 | $1,651 | $2,527 |
| Number with Medical/Dental | 232 | 128 | 360 |
| Average age (years) | 54.4 | 58.2 | 55.8 |
| Average duration on claim | 12.3 | 17.6 | 14.2 |
| Number with Basic Life Insurance | 232 | 126 | 358 |
| Average age (years) | 54.4 | 59.2 | 56.1 |
| Average duration on claim | 12.3 | 17.9 | 14.2 |
| Average life insurance benefit | $65,305 | $33,536 | $54,124 |
| Number with Optional Life Insurance | TBD | TBD | TBD |
| Average age (years) | TBD | TBD | TBD |
| Average duration on claim | TBD | TBD | TBD |
| Average optional life insurance benefit | TBD | TBD | TBD |
| Number with STB accrual | | 101 | 101 |
| Average age (years) | | 57.0 | 57.0 |
| Average monthly STB benefit | | $551 | $551 |
| | | | |
| **LTD – IBNR**[7] **Members projected to 31.12.10** | | | |
| Number with Income Benefits | 6 | | 6 |
| Average age (years) | 50.2 | | 50.2 |
| Average duration on claim | 1.7 | | 1.7 |
| Average monthly benefit | $5,013 | | $5,013 |
| Number with Medical/Dental | 6 | | 6 |
| Average age (years) | 50.2 | | 50.2 |
| Average duration on claim | 1.7 | | 1.7 |
| Number with Basic Life Insurance | 6 | | 6 |
| Average age (years) | 50.2 | | 50.2 |
| Average duration on claim | 1.7 | | 1.7 |
| Average life insurance benefit | $103,453 | | $103,453 |

---

[5]  3 Non-Union and 3 Union members from the data provided were excluded as they will reach age 65 before December 31, 2010.

[6]  6 Non-union and 2 Union members from the data provided have $0 net benefit as the Workers' Compensation benefits or other offsets have reduced the net benefit to $0. One Non-Union member is from previous divestitures and Nortel is only responsible for their medical/dental and life insurance benefits. All 9 of these records have been excluded from the LTD income benefit information.

[7]  There are 4 members on STD and 2 members with STD/LTD claims under appeal as at the date of this report. We have included a liability estimate for these members assuming they are on open LTD claim as at December 31, 2010.

Mercer (Canada) Limited

12

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**                                        Nortel Networks Limited

| | | | |
|---|---|---|---|
| Number with Optional Life Insurance | TBD | TBD | TBD |
| Average age (years) | TBD | TBD | TBD |
| Average duration on claim | TBD | TBD | TBD |
| Average optional life insurance benefit | TBD | TBD | TBD |

**SIB/STB – Beneficiaries in receipt of SIB/STB projected to 31.12.10**

| | | | |
|---|---|---|---|
| Number of STB | | 305 | 305 |
| Average Age (years) | | 76.7 | 76.7 |
| Average monthly STB benefit | | $535 | $535 |
| Number of SIB | 81 | | 81 |
| Average Age (years) | 70.5 | | 70.5 |
| Average monthly SIB benefit | $1,395 | | $1,395 |

**STB – Accruals for Future Beneficiaries projected to 31.12.10**

| | | | |
|---|---|---|---|
| Number | | 2,873 | 2,873 |
| Average Age (years) | | 74.5 | 74.5 |
| Average monthly STB Benefit | | $579 | $579 |

Mercer (Canada) Limited

13

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited



**4**

# Methods and Assumptions

## Comments

The actuarial assumptions and methodologies used were reviewed with Nortel and the Monitor.

The future is uncertain and the actual experience will differ from those assumptions. These differences may be significant or material because valuation results are very sensitive to the assumptions made and, in some cases, to the interaction between assumptions. Different assumptions or scenarios within a range of possibilities may also be reasonable and results based on those assumptions would be different. No one projection of the future or set of assumptions for the future covering a long period of time is uniquely "correct". Due to the limited scope of our assignment, we did not perform, nor do we present, an analysis of the potential range of future possibilities and scenarios.

The figures provided in this report do not reflect the potential tax consequences, if any, on the liability estimates.

In connection with the discount rate, there is no applicable standard of practice which specify how the discount rate should be determined for purposes of the settlement of the non-pension benefits. The discount rate has been determined based on the assumptions described in Section 3800 – *Pension Commuted Values* of the Canadian Institute of Actuaries Standards of Practice. The discount rate(s) selected reflect a reasonable choice of rate(s), but do not reflect in detail all potential considerations.

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

# Post Retirement Medical, Dental and Life Insurance Benefits (PRB – M&D, PRB – Life and PRB – ADB)

The liability for the PRBs is determined for each individual. The liability is equal to the present value of expected future benefits after December 31, 2010. Anticipated benefits are discounted for payment eligibility, for increases in medical and dental costs and the time value of money.

The assumptions used are described in the following table:

| | |
|---|---|
| Measurement date | December 31, 2010 |
| Discount rate | 3.70% per annum for 10 years, then 5.10% per annum thereafter |
| Health care cost trend rates | *Grandfathered Traditional Program* |
| Semi-Private Hospital | 4.75% per annum |
| Prescription Drugs | 8.40% per annum in 2011 grading down to 5.00% per annum in and after 2028 |
| Other Health Care | 4.75% per annum |
| Vision Care | 0.00% per annum |
| Dental Care | 4.75% per annum |
| Provincial Premium (non-BC) | 3.25% per annum |
| BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |

Mercer (Canada) Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| Health care cost trend rates (Cont'd) | **Non-Grandfathered Traditional Program** | |
|---|---|---|
| | Catastrophic Plan | 7.55% per annum in 2011 grading down to 5.00% per annum in and after 2028 |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium (non-BC) | 3.25% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| | **Balanced Program and SARP** | |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium (non-BC) | 3.25% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| Mortality | UP 94 mortality table with generational improvements projected to 2020 | |
| Retirement rates | Members currently in receipt of LTD benefits are assumed to retire at age 65. | |
| | Active members who meet the eligibility requirements for benefits are assumed to retire at December 31, 2010. | |
| Marital status | For active members, 90% are assumed to be married at retirement with males assumed to be 3 years older than their female spouses. | |
| | For current pensioners, actual spousal information was used | |

Mercer (Canada) Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| 2011 per capita claim cost at age 65 | **Grandfathered Traditional Program** | |
|---|---|---|
| | Semi-private Hospital | $25 |
| | Prescription Drugs[8] | 793 |
| | Vision Care | 17 |
| | Other Medical | 120 |
| | Dental Care | 245 |
| | Total | $1,200 |
| | **Non-Grandfathered Traditional Program** | |
| | Catastrophic Medical Program | $1,004 |
| | Healthcare Spending Account | $50[9] per year of service from age 40 to retirement age |
| | **Balanced Program** | |
| | Healthcare Spending Account | $50[9] per year of service from age 40 to retirement age |
| | **SARP Program** | |
| | Healthcare Spending Account | $50[9] per year of service from age 40 to retirement age |

| Increases in cost by age | | Cost at Age | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| | Supplementary Hospital | 45% | 64% | 100% | 161% | 253% | 388% | 562% |
| | Prescription Drugs[8] | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Other Medical | 106% | 103% | 100% | 102% | 110% | 121% | 135% |
| | Vision Care | 106% | 103% | 100% | 97% | 95% | 92% | 89% |
| | Dental Care | 107% | 104% | 100% | 95% | 90% | 83% | 74% |
| | Catastrophic Medical Plan | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Healthcare Spending Account | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

| Prescription drug offset assumption at age 65 and after | |
|---|---|
| Alberta: 65% of claims | |
| Ontario: 65% of claims | |
| Quebec: 50% of claims | |
| Others: 0% | |

---

[8] Drug costs are reduced from age 65 due to coverage from the provincial government drug plans. The assumptions shown here are before the assumed offset.

[9] Amount decreases to 50% upon members' death and continues for surviving spouses.

Mercer (Canada) Limited

17

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010                                    Nortel Networks Limited

| | |
|---|---|
| Adjustment factors for the Catastrophic Medical Plan deductible and lifetime maximum | The liabilities for the catastrophic medical coverage under the Non-Grandfathered Traditional Program were initially calculated based on the above claims cost, aging, trend and drug offset assumptions. The resulting obligations were then reduced by multiplying by the following factors by age at the valuation date to reflect the expected impact of the plan's lifetime deductible ($7,500 per family) and lifetime maximum ($500,000 per family) provisions. It has been assumed that the current flat lifetime deductible and maximum amounts do not increase in the future. |

| Age Group | Adjustment Factors |
|---|---|
| Less than 30 | 0.96 |
| 30 to 34 | 0.95 |
| 35 to 39 | 0.93 |
| 40 to 44 | 0.92 |
| 45 to 49 | 0.89 |
| 50 to 54 | 0.87 |
| 55 to 59 | 0.82 |
| 60+ | 0.89 |

| | |
|---|---|
| Provincial government plans | As of January 1, 2010 the pensioner premium for the government plans are as follows: |

| Province | Single | Family |
|---|---|---|
| RAMQ Premium (Nortel reimbursement) | $175 | $350 |
| British Columbia MSP | $57 ($60 projected to 2011) | $102 ($108 projected to 2011) |

## Claims Cost Development

### Grandfathered Traditional Plan

The 2011 per covered person claim costs at age 65 are based on actual claims experience for Nortel's retired members or surviving spouses for the calendar years, 2007 to 2009, applying equal weight to all experience years. Claim costs were trended to the mid-point (July 1, 2011) of the current valuation period. Refer to the schedule for the development of the 2011 claim costs on the following page.

### Catastrophic Plan

To determine the per capita costs at age 65 for the catastrophic plan, we relied on the data used for the Grandfathered Traditional Plan and applied certain relative value adjustments for the differences in plan designs, to develop the costs for the catastrophic plan.

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

Nortel Networks Limited

## Grandfathered Traditional Plan

| | 2009 Total | 2008 Total | 2007 Total |
|---|---|---|---|
| **Actual Nortel pensioners' paid claims (before administration costs and taxes)** | | | |
| Hospital | | | |
| Drug | $906,256 | $1,078,173 | $1,100,860 |
| Vision care | 6,866,200 | 6,864,493 | 6,538,106 |
| Other medical | 328,025 | 285,046 | 287,077 |
| Dental | 2,249,351 | 2,506,056 | 1,845,079 |
| Total | 4,007,245 | 3,499,054 | 3,450,848 |
| | $14,357,078 | $14,232,822 | $13,221,571 |
| **Number of Nortel pensioners, spouses and surviving spouses** | | | |
| • Eligible for medical benefits | 17,995 | 17,943 | 17,856 |
| • Eligible for dental benefits | 17,995 | 17,943 | 17,656 |
| **Per covered member costs** | | | |
| Hospital | | | |
| Drug | $50.36 | $60.09 | $61.64 |
| Vision care | 381.56 | 382.57 | 366.16 |
| Other medical | 18.23 | 15.89 | 16.08 |
| Dental | 125.00 | 139.67 | 103.33 |
| Total | 222.69 | 195.01 | 193.25 |
| | $797.84 | $793.22 | $740.46 |
| **Trend to July 01, 2009** | | | |
| Hospital | | | |
| Drug | 1.00 | 1.05 | 1.10 |
| Vision care | 1.00 | 1.09 | 1.19 |
| Other medical | 1.00 | 1.00 | 1.00 |
| Dental | 1.00 | 1.05 | 1.10 |
| | 1.00 | 1.05 | 1.10 |
| **2009 per covered member costs** | | | |
| Hospital | | | |
| Drug | $50.36 | $62.94 | $67.64 |
| Vision care | 381.56 | 417.00 | 435.03 |
| Other medical | 18.23 | 15.89 | 16.08 |
| Dental | 125.00 | 146.30 | 113.38 |
| Total | 222.69 | 204.27 | 212.04 |
| | $797.84 | $846.41 | $944.17 |
| **Weighting** | 33% | 33% | 33% |
| **Trend to July 01, 2011** | | | |
| Hospital | | | |
| Drug | 1.097 | | |
| Vision care | 1.182 | | |
| Other medical | 1.000 | | |
| Dental | 1.097 | | |
| | 1.097 | | |
| **2011 per covered member costs** | | | |
| Hospital | | | |
| Drug | $66.18 | | |
| Vision care | 465.86 | | |
| Other medical | 16.73 | | |
| Dental | 140.70 | | |
| Total | 233.72 | | |
| | $943.18 | | |
| **Adjustment factors to convert 2011 per covered member costs into age 65 per covered member costs** | | | |
| Hospital | | | |
| Drug | 0.3776 | | |
| Vision care | 1.6322 | | |
| Other medical | 1.0161 | | |
| Dental | 0.8529 | | |
| | 1.0483 | | |
| **Drug offset assumption at age 65** | 0% | | |
| **Per covered member age 65 claims costs (2011 per covered member costs x adjustment factors)** | | | |
| Hospital | | | |
| Drug - incorporating 0% drug offset | $25.00 | | |
| Vision care | 793.00 | | |
| Other medical | 17.00 | | |
| Dental | 120.00 | | |
| Total | 245.00 | | |
| | $1,200.00 | | |

Mercer (Canada) Limited

# Benefits Provided to Disabled Members – LTD Income, Medical, Dental, Life Insurance, Optional Life Insurance and STB Benefits (LTD – Income, LTD – IBNR, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB – Accruals)

In general, disabled members are provided the same benefits as active members.[10] Benefits are paid to the earlier of recovery, death or attainment of age 65. The benefits provided are the benefits in effect at the time the member is disabled. The liability associated with this obligation is the present value of income payments, health care claim reimbursements and life insurance benefits provided to disabled members while they are disabled or upon their death during disability. Income and/or benefits are discounted for the likelihood of continuing disability and the time value of money. Anticipated payments are increased to reflect increases in the cost of living for members with indexed LTD income benefits or trend rate increases in the cost of medical and dental benefits.

| | |
|---|---|
| Measurement date | December 31, 2010 |
| Discount rate | 3.70% per annum for 10 years, then 5.10% per annum thereafter |
| COLA increase for members with indexed benefits | 60% of (1.66% per annum for 10 years, then 2.49% per annum thereafter) |
| Medical trend rate | 8.4% per annum in 2011 grading down linearly to 5.0% per annum in and after 2026. |
| Dental (DVH) trend rate | 4.75% per annum |
| CPP offset | If the LTD claimant has an approved CPP/QPP disability pension at the date of the valuation, the valuation assumes that benefit level will continue.

If the LTD claimant does not have an approved CPP/QPP disability pension at the date of the valuation, the valuation assumes no disability pension will be awarded in the future. |
| Termination rate (due to mortality, termination and recovery) assumption | Canadian Group Long Term Disability Termination Experience 1988-1997 as at December 31, 2009 assuming a 6 month elimination period for non-union members and a 12 month elimination period for union members, no modifications applied; 11.99% Quebec assumed |
| Covered dependents | Actual covered dependent information was used to determine the medical and dental liabilities for the non-union members.

Coverage level (EE Only or EE&Family) was used to determine the medical and dental liabilities for the union members and for their STB accrual liabilities. |
| Average STB monthly benefit | Actual STB monthly benefit was known for 2 eligible members and assumed to be $550 per month for other eligible members. |

---

[10]  Where the benefit program has changed since the member became disabled, the member may be provided benefits under the earlier benefit program or may have been changed to the newer benefit plan. As an example, certain disabled union members are provided with STB coverage.

*Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010*                                    Nortel Networks Limited

*2011 per capita claim
cost (contributions not
subtracted)*

| NON-UNION[11] | Employee | Employee + Spouse | Employee + Child | Employee + Spouse + Child |
|---|---|---|---|---|
| **Medical** | | | | |
| ▪ Comprehensive | $3,883 | $4,549 | $4,382 | $5,048 |
| ▪ Plus | $4,357 | $5,223 | $4,821 | $5,687 |
| ▪ Select | $9,085 | $15,439 | $9,445$1 | 5,799 |
| **Dental (DVH)[12]** | | | | |
| ▪ Comprehensive | $462 | $823 | $1,085 | $1,446 |
| ▪ Plus | $671 | $1,150 | $1,480 | $1,959 |

| UNION | Employee | Employee + Spouse | Employee + Child | Employee + Spouse + Child |
|---|---|---|---|---|
| **Medical** | $4,464 | N/A | N/A | $7,090 |
| **Dental[11]** | $433 | N/A | N/A | $1,370 |

*2011 annual employee
contributions*

| NON-UNION[10] | Employee | Employee + Spouse | Employee + Child | Employee + Spouse + Child |
|---|---|---|---|---|
| **Medical** | | | | |
| ▪ Comprehensive | $0 | $72 | $56 | $135 |
| ▪ Plus | $150 | $461 | $356 | $616 |
| ▪ Select | $277 | $831 | $468[13] | $1,115 |
| **Dental (DVH)[11]** | | | | |
| ▪ Comprehensive | $0 | $41 | $26 | $110 |
| ▪ Plus | $97 | $345 | $233 | $519 |

## Claims Cost Development

The 2011 per covered person claim costs are based on actual claims experience for
Nortel's disabled members and their covered dependents for the calendar years, 2008 to
2009, applying equal weight to all experience years.  Claims totalling $292,800 for 2008
and $106,800 for 2009 were provided but not indentified as being from union or non-
union members.  These claims were allocated to the union and non-union groups on a
pro-rata basis.   Claim costs were then trended to the mid-point (July 1, 2011) of the

---

[11]  There are 5 union members who are identified as receiving the Non-Union plan and paying appropriate
contributions, so we have included them in the Non-Union plan.

[12]  Dental costs for disabled members also include Vision Care and Hearing benefit costs.

[13]  There are 2 members with this level of coverage and paying different contributions rates. The average
has been shown here.

Mercer (Canada) Limited

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Nortel Networks Limited

current valuation period. Refer to the schedules for the development of the 2011 claim costs on the following pages.

**Valuation of the Obligations of the Non-Pension**
**Benefits as at December 31, 2010**

Nortel Networks Limited

## 2008 Data

| | Records | Med | DVH | DVH | Total | Records | Per Capita Claim Costs Med | DVH | Trend to 2011 Med | DVH | Trended Claim Costs Med | DVH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | | | | | | | |
| Union | 150 | $264,225 | | $52,620 | $758,846 | 179.76 | $3,851.98 | | 1.287909 | 1.149376 | $4,973.89 | $455.43 |
| Non-Union | 222 | $977,168 | | $117,345 | $1,094,511 | 267.24 | $3,656.50 | | 1.287909 | 1.149376 | $4,709.23 | $641.50 |
| *Medical:* COMP-Comprehensive Medical | 154 | $602,469 | N/A | | $602,469 | 184.55 | $3,264.50 | N/A | 1.287909 | 1.149376 | $4,204.51 | |
| PLUS-Plan Medical | 55 | $246,843 | N/A | | $246,843 | 65.91 | $3,745.07 | N/A | 1.287909 | 1.149376 | $4,823.31 | |
| SMED-Select Medical | 14 | $127,834 | N/A | | $127,834 | 16.78 | $7,619.37 | N/A | 1.287909 | 1.149376 | $9,813.05 | |
| WAIV-Waived Medical | 0 | $0 N/A | | | $0 | | | N/A | | | | |
| *DVH:* COMP-Comprehensive DVH | 164 N/A | | $77,876 | | $77,876 | 166.54 N/A | | $ | 1.287909 | 1.149376 | | |
| PLUS-Plus DVH | 59 N/A | | $39,469 | | $39,469 | 70.31 N/A | | $ | 1.287909 | 1.149376 | | |
| WAIV-Waived DVH | 0 N/A | | $0 | | $0 | N/A | | $ | 1.287909 | 1.149376 | | |
| **Total** | 447 | $1,671,392 | $179,965 | | $1,851,357 | 447.00 | $3,739.13 | $ | 1.287909 | 1.149376 | $4,815.66 | $462.75 |
| **Spouse** | | | | | | | | | | | | |
| Union | | | | | | | | | | | | |
| Non-Union | | | | | | | | | | | | |
| *Medical:* COMP-Comprehensive Medical | 82 | $153,938 | | $30,174 | $184,111 | 97.20 | $1,377.96 | | 1.287909 | 1.149376 | $1,774.69 | $346.80 |
| PLUS-Plus Medical | 123 | $148,422 | | $47,796 | $196,218 | 145.80 | $1,017.88 | | 1.287909 | 1.149376 | $1,311.07 | $378.78 |
| SMED-Select Medical | 81 | $47,767 N/A | | | $47,767 | 96.04 | $497.59 | N/A | 1.287909 | 1.149376 | $640.73 | |
| SMED-Select Medical | 31 | $26,300 N/A | | | $26,300 | 36.75 | $715.71 | N/A | 1.287909 | 1.149376 | $921.77 | |
| WAIV-Waived Medical | 11 | $74,355 N/A | | | $74,355 | 13.04 | $5,702.51 | N/A | 1.287909 | 1.149376 | $7,344.32 | |
| | 0 | $0 N/A | | | $0 | | | N/A | | | | |
| *DVH:* COMP-Comprehensive DVH | 86 N/A | | $30,729 | | $30,729 | 101.34 N/A | | $ | 1.287909 | 1.149376 | | |
| PLUS-Plus DVH | 37 N/A | | $17,067 | | $17,067 | 43.86 N/A | | $ | 1.287909 | 1.149376 | | |
| WAIV-Waived DVH | 0 N/A | | $0 | | $0 | N/A | | $ | 1.287909 | 1.149376 | | |
| **Total** | 243 | $282,350 | $77,969. | | $360,329 | 243.00 | $1,161.98 | | 1.287909 | 1.149376 | $1,496.52 | $358.79 |
| **Child** | | | | | | | | | | | | |
| Union | | | | | | | | | | | | |
| Non-Union | | | | | | | | | | | | |
| *Medical:* COMP-Comprehensive Medical | 33 | $27,657 | | $20,608 | $48,275 | 38.76 | $752.59 | | 1.287909 | 1.149376 | $969.25 | $844.30 |
| PLUS-Plus Medical | 31 | $32,202 | | $50,810 | $83,012 | 36.86 | $358.86 | | 1.287909 | 1.149376 | $450.60 | $847.19 |
| SMED-Select Medical | 50 | $20,692 N/A | | | $20,692 | 55.70 | $371.30 | N/A | 1.287909 | 1.149376 | $478.23 | |
| WAIV-Waived Medical | 24 | $9,640 N/A | | | $9,640 | 25.74 | $380.54 | N/A | 1.287909 | 1.149376 | $464.25 | |
| | 7 | $1,880 N/A | | | $1,880 | 7.20 | 241.07 | N/A | 1.287909 | 1.149376 | 310.48 | |
| | 0 | $0 N/A | | | $0 | | | N/A | | | | |
| *DVH:* COMP-Comprehensive DVH | 56 N/A | | $31,254 | | $31,254 | 64.61 N/A | | $ | 1.287909 | 1.149376 | | |
| PLUS-Plus DVH | 23 N/A | | $19,547 | | $19,547 | 25.82 N/A | | $ | 1.287909 | 1.149376 | | |
| WAIV-Waived DVH | 0 N/A | | $0 | | $0 | N/A | | $ | 1.287909 | 1.149376 | | |
| **Total** | 127 | $59,899 | $71,419 | | $131,287 | 127.00 | $471.41 | | 1.287909 | 1.149376 | $607.13 | $556.13 $876.81 $646.25 |

Mercer (Canada) Limited

23

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

## 2009 Data

Mercer (Canada) Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

## Survivor Benefits (SIB, STB)

The liability for the survivor benefits is determined for each individual. The liability is equal to the present value of expected future benefits after December 31, 2010 for those currently in receipt of a benefit. For certain pensioners, their beneficiaries are eligible for an STB benefit upon their death. The present value of these expected payments, that would start upon the member's death, has been included in the STB -- accrual figures. Anticipated benefits are discounted for payment eligibility and the time value of money.

The assumptions used are described in the following table:

| Measurement date | December 31, 2010 |
|---|---|
| Discount rate | 3.70% per annum for 10 years, then 5.10% per annum thereafter |
| Mortality | UP 94 mortality table with generational improvements projected to 2020 |

**5**

# Calculations for Individual Member Allocation of Trust

The aggregate estimated liabilities contained in this report are expected to be used to allocate the accumulated Trust assets to different benefit types, subject to court approval.   The estimated liabilities for each covered individual as at the valuation date have also been calculated for LTD – Income, LTD – Life and SIB and STB – in receipt benefits.  Individual member's amounts are expected to be used to allocate a pro-rata share of the accumulated Trust assets to each member, based on the allocation to that benefit level.

The following unique member information was used in determining the individual amounts for the LTD – Income and LTD life insurance amounts:

1.  Attained age
2.  Duration on disability
3.  Gender
4.  Net Monthly LTD income benefit after offsets for other income benefits (i.e. CPP, WSIB)
5.  LTD index option
6.  Basic life insurance volume

The following unique beneficiary information was used in determining the individual amounts for the SIB and STB amounts in receipt of payment:

1.  Attained age
2.  Remaining payment period for STB
3.  Gender
4.  Monthly STB or SIB income benefit

The estimated liability for each individual member on LTD or pensioner/beneficiary has not been calculated at this time for the LTD – M&D plan, LTD – IBNR, LTD – Optional

Life, the PRB -- M&D, PRB -- Life, PRB -- ADB, or STB - accruals.  To do so, the following unique member information would be used as required for the appropriate plan:

1.  Attained age
2.  Duration on disability
3.  Gender
4.  Basic life insurance volume or ADB volume or Optional Life volume
5.  Benefit plan (union, non-union grandfathered, etc)
6.  Benefit coverage (pensioner, pensioner and spouse, pensioner and spouse and child, etc)
7.  Monthly STB income benefit

As noted in Section 3, the data are not sufficiently complete and reliable (and not as of the required valuation date) for purposes of the allocation of assets to individual members without the benefit of subsequent adjustments to reflect true ups in the membership data.



**6**

# Non-Pension Benefit Plan Provisions

## Post Retirement Benefits

### *Non-Union Pensioners (Retired on or after January 1, 2008)*

On June 2, 2006 Nortel announced changes to the post retirement benefits provided to non-union members. Effective January 1, 2008, non-union members who were not at least 50 years of age with 5 years of service on July 1, 2006:

* Would be provided with medical and dental benefits on an "access-only" basis (100% paid by pensioner)
* A flat $10,000 life benefit

### *Non-Union Pensioners (Retired before January 1, 2008)*

May be covered by one of the various plans outlined on the following pages depending on their compensation plan and depending on their retirement date.

### *Union Pensioners*

Union pensioners are covered under the Traditional Grandfathered plan or SARP plan as shown on the following pages. (There are a few plan differences for the union members covered under the Traditional plan than the non-union members covered under this plan.)

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP, Healthcare Spending Account |
|---|---|---|---|
| Eligibility | ▪ Age 50 or have at least 28 years of service as at April 30, 2000<br>▪ Part I: Member must retire directly from active status or Long Term Disability<br>▪ Part II: Member must be at least age 55 with 5 years of service at retirement | **Catastrophic Program**<br>▪ If member does not qualify for the Grandfathered Traditional program<br>▪ Part I: Member must retire directly from active status or Long Term Disability<br>▪ Part II: Member must be at least age 55 with 10 years of service at retirement | ▪ Part I: Member must retire directly from active status or Long Term Disability<br>▪ Part II: Balanced Program & SARP; member must be at least age 55 with 10 years of service at retirement<br>▪ Investor program for Quebec pensioners under age 65 who retire from active status |
| Medical and Dental Coverage | | | |
| Deductible | ▪ $25/50 (single/family) per calendar year<br>▪ Applies to expenses incurred under either or both health and dental plans | ▪ $7,500 lifetime out-of-pocket deductible per family<br>▪ Applies to certain medical benefits only | ▪ N/A |
| Overall Plan Maximum | ▪ Unlimited | ▪ $600,000 lifetime maximum per family | ▪ |
| Benefit Amount | ▪ Out-of-pocket maximum of $1,000 per calendar year per family | ▪ Reimburses 100% (from catastrophic plan) of eligible medical expenses after the lifetime deductible is satisfied | ▪ Annual company paid allocation is $50 per year of service from age 40<br>▪ N/A |
| Spousal & Dependent Coverage | ▪ Yes | ▪ Yes | ▪ N/A |
| Cost Sharing | | | |
| Medical | ▪ 100% Nortel-paid if member at least age 50 with 5 years service at July 1, 2006, otherwise, 100% pensioner-paid | ▪ 100% Nortel-paid if member at least age 50 with 5 years service at July 1, 2006, otherwise, 100% pensioner-paid | ▪ Annual company paid allocation reduced by half after the death of the pensioner<br>▪ 100% Nortel-paid if member at least age 50 with 5 years service at July 1, 2006, otherwise, 100% pensioner-paid |
| Drug (Non-Quebec) | ▪ Prescription drugs covered at 80% | ▪ Prescription drugs, generic substitution where possible<br>▪ $7 dispensing fee maximum | ▪ Not covered |

Mercer (Canada) Limited

29

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| | | Catastrophic Program | Healthcare Spending Account |
| Drug (Quebec) – Pensioners 65 and over: 2 Choices | Provincial RQ Drug Plan<br>• Covers 68% up to $954 out of pocket/yr<br>• 100% of expenses in excess of $954<br>• Monthly deductible $14.95/month<br>• Nortel pays premiums (taxable benefit) to a maximum of $175/yr<br>NN RAMQ Equivalent Drug Plan<br>• 80% eligible on RAMQ formulary up to $954 out of pocket a year and 100% of expenses in excess of $954; $25/$50 deductible<br>• Pensioner pays premiums | Provincial RQ Drug Plan<br>• Covers 68% up to $954 out of pocket/yr<br>• 100% of expenses in excess of $954<br>• Monthly deductible $14.95/month<br>• Nortel pays premiums (taxable benefit) to a maximum of $175/yr<br>NN RAMQ Equivalent Drug Plan<br>• 80% eligible on RAMQ formulary up to $954 out of pocket a year and 100% of expenses in excess of $954; $25/$50 deductible<br>• Pensioner pays premiums | Provincial RQ Drug Plan<br>• Covers 68% up to $954 out of pocket/yr<br>• 100% of expenses in excess of $954<br>• Monthly deductible $14.95/month<br>• Nortel pays premiums (taxable benefit) to a maximum of $175/yr<br>NN RAMQ Equivalent Drug Plan<br>• 80% eligible on RAMQ formulary up to $954 out of pocket a year and 100% of expenses in excess of $954<br>• Pensioner pays premiums |
| Hospital | • 100% of the first $50 per day and 50% of the remaining cost<br>• Difference between ward and private room coverage | • Not covered | • Not covered |
| Private Duty Nursing | • 80% to a maximum of $12,500 in period of illness/injury | • 100% subject to deductible and overall plan maximum | • Not covered |
| Vision Care | Non-Union<br>• 50% up to a maximum of $100/2yrs /per person, and $200/2yrs for severe eye conditions<br>CAW and COEU<br>• Maximum of $100 /2yrs /per person, and $200/2yrs for severe eye conditions | • Not covered | • Not covered |
| Hearing Aid | • 50% to a maximum of $200 /2yrs/ per person | • Not covered | • Not covered |
| Provincial Health Insurance Premium | • Nortel Networks pays 100% of the provincial health insurance premiums for pensioners in British Columbia. | • Nortel Networks pays100% of the provincial health insurance premiums for pensioners in British Columbia. | • Nortel Networks pays 100% of the provincial health insurance premiums for pensioners in British Columbia. |

Mercer (Canada) Limited

30

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

|  | Grandfathered Traditional Program | Non-Grandfathered Traditional Program Catastrophic Program | Non-Grandfathered Traditional, Balanced Program and SARP Healthcare Spending Account |
|---|---|---|---|
| *Other Medical* | • Includes: | • Includes: | Not covered |
|  | 80% co-insurance: | – Medical equipment and supplies |  |
|  | – Out of province medical coverage | – Ambulance services |  |
|  | – Medical equipment and supplies | – X-rays |  |
|  | – Ambulance services | – Selected list of paramedical services (physiotherapist, chiropractor, speech therapist, osteopath) $250 maximum per practitioner per calendar year |  |
|  | – X-rays | – 100% subject to deductible and overall plan maximum |  |
|  | – Accidental dental |  |  |
|  | – Paramedical services ($250 maximum per person per calendar year) |  |  |
|  | – Orthopaedic shoes |  |  |
|  | – Physiotherapist (no maximum) |  |  |
|  | – Other paramed. ($250 maximum) |  |  |
|  | 50% co-insurance: |  |  |
|  | – Hearing aids |  |  |
|  | – Nursing Homes |  |  |
| *Dental* | Coinsurance of: | Not Covered | Not covered |
| *Basic* | 80% |  |  |
| *Periodontic / Endodontic* | 50% |  |  |
| *Major Restorative* | 50% |  |  |
| *Orthodontic* | None |  |  |
| *Maximum Benefit* | • Periodontic / Endodontic: $1,000 per person in any 3 years |  |  |
|  | • Major: $1,000 per person per calendar year |  |  |

Mercer (Canada) Limited

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Nortel Networks Limited

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| | | Catastrophic Program | Healthcare Spending Account |
| *Life Insurance* | Equal to pre-retirement basic life coverage | Non Grandfathered Traditional | Balanced |
| | ▪ Non-union members receive $10,000 if not at least age 50 with 5 years service on July 1, 2006 | ▪ $35,000 in company paid coverage or $10,000 death benefit if at least age 50 with 5 years service at July 1, 2006, otherwise, $10,000 | ▪ $35,000 in company paid coverage or $10,000 death benefit if at least age 50 with 5 years service at July 1, 2006, otherwise, $10,000 |
| | ▪ Reducing by 5% on each retirement anniversary | | SARP |
| | **Non-Union** | | ▪ $30,000 in company paid coverage or $10,000 death benefit for CAW pensioners |
| | *Non-Union Pre '91 Pensioner* | | ▪ $35,000 in company paid coverage or $10,000 death benefit for COEU pensioners |
| | – Reduction stops when coverage is 75% of pre-retirement basic life coverage | | |
| | *Non-Union Post '91 Pensioner* | | |
| | – Reduction stops when coverage is 25% of pre-retirement basic life coverage | | |
| | – Minimum coverage of $20,000 | | |
| | **Exceptions to the Above:** | | |
| | ▪ For pensioners on private payroll whose band was 12 and above, and for NEDCO pensioners: the initial amount of insurance remains level after retirement | | |
| | ▪ There is an identified group of members who retired (mostly) pre-1983 receiving an additional death benefit of 1x preretirement earnings, with no reductions | | |
| | **Union** | | |
| | *Union Pre '91 Pensioner* | | |
| | – Reduction stops when coverage is 75% of pre-retirement basic life coverage | | |
| | *Union Post '91 Pensioner* | | |
| | – Reduction stops when coverage is 50% of pre-retirement basic life coverage | | |
| | ▪ Minimum coverage of $10,000 except for CAW who have a minimum coverage of $25,000 | | |

Mercer (Canada) Limited

# Benefits Provided to Disabled Members

## LTD – Income Benefits

For most union members, the income benefit is a flat amount based on their benefit group. There is a 12 month elimination period to be satisfied before LTD starts. Effective January 1, 2004, members of the COEU have the non-union LTD FLEX plan design. Before January 1, 2004, the benefit ranged from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 to $3,050 and after April 1, 2003 the range is $1,950 to $3,150. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union members, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 66 2/3% of salary (reduced from 70%, effective January 1, 2006), with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. There is a 6 month elimination period to be satisfied before LTD starts. This COLA feature does not apply if the member is covered under the core LTD option only.

For both union and non-union LTD members, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65. If the non-union member has waived coverage or is in the Basic or Comprehensive plan, they will be put into the Comprehensive plan at no cost to them. If the member is in the Plus or Select plan, they can continue in that plan provided they pay the member contributions. If the union member went on disability before April 1, 2003 and have a covered dependent, they are eligible to receive the STB income benefit, if they die while on LTD.

## Medical and Dental Benefits

In general, disabled members are provided the same benefits as active members.[14] Benefits are paid to the earlier of recovery, death or attainment of age 65. The benefits provided are the benefits in effect at the time the member is disabled.

## Life Insurance for Members on LTD

There is employer-paid basic coverage for life insurance. Premium for the basic life insurance is continued and paid by Nortel.

For union members, the basic coverage is a flat amount for members of the CUCW; a flat amount that varies by benefit group for members of the CAW; and the FLEX non union basic life for members of the COEU. The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any member not on LTD to range from $76,000 to $87,000 depending on benefit group.

---

[14]  Where the benefit program has changed since the member became disabled, the member may be provided benefits under the earlier benefit program or may have been changed to the newer benefit plan. As an example, certain disabled union members are provided with STB coverage.

For non-union members, the basic coverage is one-time salary.

For both groups, the definition of disability is the same as the LTD definition.

## Survivor Benefits

### Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of non-union members. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union members or certain retired union members. The monthly benefit is provided to the surviving spouse for 60 months following the death of the member. Monthly benefit amounts range from $250 - $825.

Coverage for two of the union groups is as follows:

- CAW – Effective April 1, 2003, there is no STB for active members or future pensioners. Members on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – Effective January 1, 2004, active members were covered under the non union Flex plan, and STB benefits for current or future pensioners were eliminated.

Current pensioners retain eligibility for the STB coverage if they retired before the dates outlined above and they have an eligible dependent.

Nortel Julie Graffam          9723627152          P.1

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010                          Nortel Networks Limited



## Employer Certification

With respect to the Report on the Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010 for Nortel's Benefit Plans, I hereby certify that, to the
best of my knowledge and belief:

* The membership data supplied to the actuary provides a complete and accurate
  description of all persons who are entitled to benefits under the terms of the Plan for
  service up to the date of the data provided as outlined in Section 3.

* A copy of the plan documents and of all amendments made up to the date of the
  valuation were supplied to the actuary.

* All events subsequent to the valuation that may have an impact on the results of the
  valuation have been communicated to the actuary.

_August 27, 2010_
Date

_Julie Graffam_
Signed

_Julie Graffam_
Name

_Director, HR Operations_
Title

Nortel (Canada) Limited

35

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Mercer (Canada) Limited
161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
+1 416 868 2000

Consulting. Outsourcing. Investments.

Mercer (Canada) Limited

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS
ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF
COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

SUPPLEMENT TO FIFTY-FIRST REPORT OF THE MONITOR
DATED SEPTEMBER 17, 2010

PURPOSE

1.    This supplement to the Fifty-First Report of the Monitor ("Supplemental Fifty-First
Report") is provided in reference to the Monitor's Fifty-First Report dated August 27,
2010 (the "Fifty-First Report"). The purpose of this Supplemental Fifty-First Report is
to provide this Honourable Court with:

(a)    information on the LTD Optional Life Benefit, in respect of which there was
insufficient data at the date of the Fifty-First Report; and

(b)    an update on specific process matters relating to the Monitor's motion for
approval of the Proposed Allocation Methodology (the "Proposed Allocation
Methodology Approval Motion"), including information on certain inquiries
received.

- 2 -

## TERMS OF REFERENCE

2.  In preparing this Supplemental Fifty-First Report, the Monitor has relied upon unaudited financial information, the Company's books and records, financial information prepared by the Company and discussions with management of Nortel. The Monitor has not audited, reviewed or otherwise attempted to verify the accuracy or completeness of the information and accordingly, expresses no opinion or other form of assurance on the information contained in this Supplemental Fifty-First Report. Unless otherwise stated, all monetary amounts contained herein are expressed in Canadian dollars.

3.  Capitalized terms used in this Supplemental Fifty-First Report (including in the preceding paragraphs) are as defined herein or in the Fifty-First Report.

## GENERAL BACKGROUND

4.  The Fifty-First Report was filed in support of the Monitor's motion for approval of a proposed allocation methodology (the "Proposed Allocation Methodology") for the allocation of funds held in the Applicants' Health and Welfare Trust (the "HWT") and such ancillary relief as is just and convenient to terminate the HWT and implement the Proposed Allocation Methodology to distribute the funds held in the HWT to the beneficiaries who are entitled thereto.

5.  The Fifty-First Report provided this Honourable Court with information about the HWT relevant to its termination and more specifically to the allocation and distribution of its corpus. This information included the Mercer 2010 Preliminary HWT Valuation, which provided a preliminary valuation of certain non-pension post retirement benefit plans and

- 3 -

post employment benefit plans, estimated as at December 31, 2010.  As indicated in paragraph 93 of the Fifty-First Report, no amount was included in the valuation for the LTD Optional Life Benefit as there was insufficient data at the date of the Fifty-First Report to determine the present value of this benefit to LTD Beneficiaries participating under Optional Life.

6.      The Fifty-First Report also provided this Honourable Court with information on the process that has been followed by the Applicants and the Monitor leading up to the within motion.

## LTD OPTIONAL LIFE BENEFIT

7.      As set out in paragraph 54 of the Fifty-First Report, the premium for Optional Life is waived while an individual is on LTD benefits (the "**LTD Optional Life Benefit**"). Since the date of the Fifty-First Report, Nortel has provided the Monitor and Mercer with the data to enable Mercer to determine the present value of the LTD Optional Life Benefit based on the assumptions set out in the Mercer 2010 HWT Preliminary Valuation.

8.      The information provided by Nortel and Mercer, as applicable, regarding the LTD Optional Life Benefit is as follows:

(a)      there are 273 individuals receiving LTD benefits who participate under Optional Life[1] (collectively, the "**LTD Optional Life Participants**"); and

---

[1] Of the LTD Optional Life Participants, 171 are non-union and 102 are unionized.

- 4 -

(b)     as indicated in the addendum to the Mercer 2010 HWT Preliminary Valuation dated September 16, 2010 attached hereto as Appendix "A" (the "2010 Mercer Addendum") and based on the assumptions referred to therein, the estimated present value of the LTD Optional Life Benefit is $5.3 million (including $0.1 million of LTD – IBNR claims relating to the LTD Optional Life Benefit[2]).

9.     The Monitor has revised the illustrative scenarios attached as Appendix "D" to the Fifty-First Report to include the present value of the LTD Optional Life Benefit, which revised illustrative scenarios are attached as Appendix "B" hereto.  As set out in revised Appendix D-1, Column 2, under the Proposed Allocation Methodology, the present value of the LTD Optional Life Benefit of approximately $5.3 million will result in:

(a)     an aggregate distribution from the HWT of approximately $1.8 million to individuals participating in the LTD Optional Life Benefit; and

(b)     a revised distribution percentage (namely, the percentage of the present value of a particular benefit that is represented by the aggregate distribution amount for that benefit) of 33.8%[3].

10.     All qualifications set out in the Fifty-First Report, including those relating to the Mercer 2010 Preliminary HWT Valuation and the illustrative scenarios, continue to apply to the

---

[2] Incurred but not reported.  As set out in the Mercer 2010 HWT Preliminary Valuation, there are 6 individuals whose status as LTD Beneficiaries as at December 31, 2010 cannot be known for certain at this time.  4 of these 6 individuals participated in Optional Life resulting in an increase of the LTD – IBNR amount from $2.6 million set out in the Mercer 2010 Preliminary HWT Valuation to $2.7 million set out in the 2010 Mercer Addendum.

[3] When no amount was included in the valuation for the LTD Optional Life Benefit as a result of insufficient data, the distribution percentage was 34.5%.

- 5 -

information provided in, or attached as Appendices to, this Supplemental Fifty-First Report.

## UPDATE ON SPECIFIC PROCESS MATTERS

### Update on Inquiries Received

11.    The Monitor has received inquiries relating to the Proposed Allocation Methodology Approval Motion and is responding to these inquiries on a timely basis.  One of these inquiries asked for an explanation of the reduction of the $37 million due from sponsoring company amount set out on the 2008 HWT financial statements to $1.358 million in the 2009 HWT financial statements.

12.    As reported in the Thirty-Ninth Report of the Monitor dated February 18, 2010, the $37 million Amount Due from Sponsoring Company set out on the 2008 HWT financial statements represents amounts due by the Applicants primarily related to benefit payments made to beneficiaries of the HWT prior to the Filing Date.

13.    During 2009, Nortel made payments to the HWT for pay-as-you-go benefits using a payment schedule based on prior period benefit activity.  Payments to the HWT during 2009 exceeded benefits paid through the HWT during 2009 for a number of reasons, including headcount reductions that occurred during 2009, and this contributed to the reduction in the Amount Due from Sponsoring Company from approximately $37 million to approximately $28 million.

- 6 -

14.   As noted in the 2009 HWT financial statements[4], as a result of the commencement of Nortel's creditor protection proceedings, a reserve of approximately $27 million was recorded with respect to the Due from Sponsoring Company balance.

## Update on Notice Matters

15.   In addition to serving the Service List and the individual parties listed on the Notice of Motion:

   (a)   the Monitor posted on its website:

      (i)   on August 30, 2010, the Motion Record (in English) relating to the Proposed Allocation Methodology Approval Motion; and

      (ii)   commencing September 7, 2010 to September 10, 2010, French translations of Appendix "D" – Illustrative Scenarios, the draft HWT Allocation Order and the form of Beneficiary Estimated Allocation Statement; and

   (b)   on September 10, 2010, the Monitor placed an English version of a notice in the form attached as Appendix "C" hereto in the Toronto Star, The Globe and Mail (National Edition), the Ottawa Citizen, the London Free Press, the Montreal Gazette, the Calgary Herald, the Halifax Chronicle Herald, the Kingston Whig Standard, the Vancouver Sun and the Belleville Intelligencer and a French translation of the notice in La Presse and La Droit.

---

[4] See note 4 to the 2009 HWT financial statements.

- 7 -

16.    Further, as described in the Fifty-First Report, the Monitor, with the assistance of Mercer, agreed to provide statements to individuals in receipt of income benefits (a "Beneficiary Estimated Allocation Statement") setting out the estimated actuarial value (expressed as a dollar amount) of:

(a)    the LTD Income[5], SIB or STB the respective LTD Beneficiary, SIB Beneficiary or STB Beneficiary would be entitled to on a distribution based on the Proposed Allocation Methodology; and

(b)    the LTD Life such individual would be entitled to on a distribution (if the recipient of such income benefits is also a recipient of LTD Life), based on the Proposed Allocation Methodology.

17.    Following service of the Fifty-First Report, Mercer prepared the Beneficiary Estimated Allocation Statements in the manner and using the methodology described in the Fifty-First Report and the Mercer 2010 Preliminary HWT Valuation.  Substantially the form of the Beneficiary Estimated Allocation Statement was attached as Appendix "NNN" to the Fifty-First Report.

18.    On September 3, 2010, Mercer mailed the Beneficiary Estimated Allocation Statements to individuals in receipt of income benefits, namely, LTD Beneficiaries, STB Beneficiaries and SIB Beneficiaries.

---

[5] LTD Beneficiaries entitled to an income benefit will receive a Beneficiary Estimated Allocation Statement; however, certain LTD Beneficiaries with health and/or life insurance coverage may not receive an income benefit from Nortel because they receive income benefits from certain other sources.

- 8 -

19.   Following receipt of the information from Nortel on the LTD Optional Life Benefit enabling Mercer to determine the present value of the LTD Optional Life Benefit, Mercer prepared revised Beneficiary Estimated Allocation Statements for the LTD Optional Life Participants.   The revised Beneficiary Estimated Allocation Statements for the LTD Optional Life Participants:

   (a)   included a line item reflecting the estimated actuarial value of the LTD Optional Life Benefit such individual would be entitled to on a distribution based on the Proposed Allocation Methodology; and

   (b)   reflected an adjusted estimated actuarial value of LTD Income and LTD Life, if applicable, such individual would be entitled to on a distribution based on the Proposed Allocation Methodology and the revised distribution percentage of 33.8% (since there is now sufficient data to determine the estimated present value of the LTD Optional Life Benefit).

20.   Mercer has advised the Monitor that it anticipates sending the revised Beneficiary Estimated Allocation Statements to LTD Optional Life Participants on or about September 20, 2010.  Revised Beneficiary Estimated Allocation Statements will not be sent to any other individuals in receipt of income benefits. The Beneficiary Estimated Allocation Statements clearly indicated that the amounts set out therein were estimates only and subject to change depending on several factors. Accordingly, it was determined that the slight change in the distribution percentage from 34.5% to 33.8% as a result of the estimated present value of the LTD Optional Life Benefit did not merit the significant time and expense associated with preparing and delivering revised Beneficiary Estimated

- 9 -

Allocation Statements to those individuals not participating in the LTD Optional Life
Benefit.

All of which is respectfully submitted this 17th day of September, 2010.

ERNST & YOUNG INC.
In its capacity as Monitor of the Applicants

Per:

Murray A. McDonald
President

\5885743

APPENDIX A -- ADDENDUM TO MERCER 2010 PRELIMINARY HWT VALUATION

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## **Addendum**

16 September 2010

To Nortel Networks Limited ("Nortel" or the "Company") and Ernst & Young Inc. (the "Monitor").

In accordance with your request, and further to our report titled *Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010*, dated August 27, 2010, the purpose of this addendum is to provide updated pages of the August 27, 2010 report to reflect the estimated liabilities for the Optional Employee Life Insurance benefit for disabled members. This addendum should be read in combination with the August 27, 2010 report which contains the details on the methods and assumptions used for all calculations, as well as the necessary certifications.

Each non-union employee can elect Optional Employee Life Insurance amounts ranging from a minimum of 1 to a maximum of 5 times their annual earnings. Each union employee can elect Optional Employee Life Insurance which is a flat amount that varies depending on the option level selected. The Optional Employee Life Insurance benefit is employee paid. While the employee is disabled, the employee-paid premiums are waived.

Optional Employee Life Insurance amounts for the LTD members was provided as at June 30, 2010 and projected to December 31, 2010 and used for the LTD – Optional Life plans.

The updated Valuation Results (page 5) and Membership Data (pages 10, 12, and 13) from the August 27, 2010 report are attached, as well as a new Employer Certification (page 35) reflecting the Optional Employee Life Insurance data provided subsequent to the August 27, 2010 report.

I:\nortel\opeb\yea\2010\correspondence\addendum - sep 16 10.doc

Mercer (Canada) Limited                                                    Consulting. Outsourcing. Investments.

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

# 2

# Valuation Results

The following table presents a summary of the estimated liabilities from our valuation as at December 31, 2010 (in millions Canadian dollars).

| Plans | Actives | LTD | Pensioners/ Beneficiaries | Total | Percent |
|---|---|---|---|---|---|
| PRB - M&D | $1.0 | $5.2 | $250.3 | $256.5 | 46.8% |
| PRB -- Life | 1.0 | 2.0 | 124.9 | 127.9 | 23.3% |
| PRB -- ADB | | | 1.0 | 1.0 | 0.2% |
| PRB -- Total | $2.0 | $7.2 | $376.2 | $385.4 | 70.3% |
| | | | | | |
| LTD -- Income | | $77.3 | | $77.3 | 14.1% |
| LTD -- IBNR | | 2.7 | | 2.7 | 0.5% |
| LTD -- M&D | | 24.5 | | 24.5 | 4.5% |
| LTD -- Life | | 2.5 | | 2.5 | 0.4% |
| LTD -- Optional Life | | 5.2 | | 5.2 | 0.9% |
| LTD -- STB - accrual | | 0.3 | | 0.3 | 0.1% |
| LTD -- Total | $0.0 | $112.5 | $0.0 | $112.5 | 20.5% |
| | | | | | |
| SIB | | | $16.2 | $16.2 | 3.0% |
| STB -- In receipt | | | 4.1 | 4.1 | 0.7% |
| STB -- accrual | | | 30.0 | 30.0 | 5.5% |
| SIB/STB -- Total | $0.0 | $0.0 | $50.3 | $50.3 | 9.2% |
| | | | | | |
| Grand Total | $2.0 | $119.7 | $426.5 | $548.2 | 100.0% |

Mercer (Canada) Limited

5

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

## Member Headcount

| Plans | Remaining Active | LTD | Pensioners/ Beneficiaries | Total |
|---|---|---|---|---|
| PRB – M&D[1] | 165 | 355 | 10,660 | 11,180 |
| PRB – Life | 165 | 355 | 9,941 | 10,461 |
| PRB – ADB | 0 | 0 | 77 | 77 |
| | | | | |
| LTD – Income | 0 | 351 | 0 | 351 |
| LTD – IBNR | 0 | 6 | 0 | 6 |
| LTD – M&D[2] | 0 | 360 | 0 | 360 |
| LTD – Life | 0 | 358 | 0 | 358 |
| LTD – Optional Life | 0 | 273 | 0 | 273 |
| LTD – STB – accrual | 0 | 101 | 0 | 101 |
| | | | | |
| SIB | 0 | 0 | 81 | 81 |
| STB – in receipt | 0 | 0 | 305 | 305 |
| STB – accrual | 0 | 0 | 2,873 | 2,873 |

---

[1]   There are also 6,251 spouses of pensioners covered for benefits.

[2]   There are also 158 spouses and 160 children covered for benefits (85 members with children).

Mercer (Canada) Limited

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Nortel Networks Limited (September 16, 2010)

| | Non-Union | Union | Total |
|---|---|---|---|
| **LTD Members projected to 31.12.10[3]** | | | |
| Number with Income Benefits[4] | 225 | 126 | 351 |
| ▪ Average age (years) | 54.5 | 58.3 | 55.8 |
| ▪ Average duration on claim | 12.2 | 17.6 | 14.2 |
| ▪ Average monthly benefit | $3,018 | $1,651 | $2,527 |
| Number with Medical/Dental | 232 | 128 | 360 |
| ▪ Average age (years) | 54.4 | 58.2 | 55.8 |
| ▪ Average duration on claim | 12.3 | 17.6 | 14.2 |
| Number with Basic Life Insurance | 232 | 126 | 358 |
| ▪ Average age (years) | 54.4 | 59.2 | 56.1 |
| ▪ Average duration on claim | 12.3 | 17.9 | 14.2 |
| ▪ Average life insurance benefit | $65,305 | $33,536 | $54,124 |
| Number with Optional Life Insurance | 171 | 102 | 273 |
| ▪ Average age (years) | 54.1 | 56.9 | 55.1 |
| ▪ Average duration on claim | 12.6 | 17.6 | 14.5 |
| ▪ Average optional life insurance benefit | $189,041 | $64,711 | $142,588 |
| Number with STB accrual | | 101 | 101 |
| ▪ Average age (years) | | 57.0 | 57.0 |
| ▪ Average monthly STB benefit | | $551 | $551 |
| | | | |
| **LTD – IBNR[5] Members projected to 31.12.10** | | | |
| Number with Income Benefits | 6 | | 6 |
| ▪ Average age (years) | 50.2 | | 50.2 |
| ▪ Average duration on claim | 1.7 | | 1.7 |
| ▪ Average monthly benefit | $5,013 | | $5,013 |
| Number with Medical/Dental | 6 | | 6 |
| ▪ Average age (years) | 50.2 | | 50.2 |
| ▪ Average duration on claim | 1.7 | | 1.7 |
| Number with Basic Life Insurance | 6 | | 6 |
| ▪ Average age (years) | 50.2 | | 50.2 |
| ▪ Average duration on claim | 1.7 | | 1.7 |
| ▪ Average life insurance benefit | $103,453 | | $103,453 |

---

[3] 3 Non-Union and 3 Union members from the data provided were excluded as they will reach age 65 before December 31, 2010.

[4] 6 Non-union and 2 Union members from the data provided have $0 net benefit as the Workers' Compensation benefits or other offsets have reduced the net benefit to $0. One Non-Union member is from previous divestitures and Nortel is only responsible for their medical/dental and life insurance benefits. All 9 of these records have been excluded from the LTD income benefit information.

[5] There are 4 members on STD and 2 members with STD/LTD claims under appeal as at the date of this report. We have included a liability estimate for these members assuming they are on open LTD claim as at December 31, 2010.

**Mercer (Canada) Limited**

12