IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on April 15, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Response to the Debtors' Motion for an Order Requiring a More Definite Statement of Claim and Setting a Deadline for the Filing of any Proofs of Claim by EMEA Claimants

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ___ day of April 2011.

_____
Notary Public
My Commission Expires:

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## SERVICE LIST
### 4/15/2011

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Chapter 11 Debtors)
*Hand Delivery*

Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 North Market Street, Suite 1900
Wilmington, DE 19801
(Ernst & Young Inc., Monitor and Foreign Rep - Canadian Nortel)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Fred S. Hodara, Esq.
David Botter, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Co-Counsel to the Official Committee of Unsecured Creditors)
*First Class Mail*

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Chapter 11 Debtors
*First Class Mail*

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Ernst & Young Inc., as Monitor)
*First Class Mail*

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, Ontario, M9C 5K1
(Debtor)
*First Class Mail (International)*

Laura D. Jones, Esq
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
(Ad Hoc Committee Noteholders)
*Hand Delivery*