```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                        )      Case No. 09-10138(KG)
                              )      (Jointly Administered)
                              )
Nortel Networks               )      Chapter 11

                              )      Courtroom
                              )      824 Market Street
        Debtors.              )      Wilmington, Delaware
                              )
                              )      April 12, 2011
                              )      Time 9:30 a.m.


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:             Morris Nichols Arsht & Tunnell, LLP
                         BY:  ALISSA GAZZA, ESQ.
                         1201 N. Market St., 18$^{th}$ Floor
                         Wilmington, DE  19899-1347
                         (302) 351-9662

                         Cleary Gottlieb Steen & Hamilton,
                         LLP
                         BY: NORA ABULARACH, ESQ.
                         One Liberty Plaza
                         New York, NY  10006
                         (212) 225-2000


ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For Committee:              Richards Layton & Finger
                            BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801

For PMC-Sierra Ltd.,
PMC-Sierra, Inc.:           Potter Anderson & Carroon
                            BY: RYAN MURPHY, ESQ.
                            Hercules Plaza
                            1313 N. Market St., 6th Floor
                            Wilmington, DE  19801

For Convergence:            Connolly Bove Lodge & Hutz, LLP
                            BY: CHRIS GRIFFITHS, ESQ.
                            1007 North Orange Street
                            Wilmington, DE  19899
                            (302) 658-5614

For Zhue Technologies:      Morris James, LLP
                            BY: ERIC MONZO, ESQ.
                            500 Delaware Avenue, Ste. 1500
                            Wilmington, DE  19801-1494
                            (302) 888-5848

For Certicom Corp.:         Klehr Harrison Harvey & Branzburg
                            BY: MARGARET MANNING, ESQ.
                            919 Market Street, Ste. 1000
                            Wilmington, DE  19801-3062
                            (302) 552-5507

For Aviat Networks,
Inc.:                       Duane Morris
                            BY: CHRISTOPHER M. WINTER, ESQ.
                            222 Delaware Avenue, Ste. 1600
                            Wilmington, DE  19801-1659

TELEPHONIC APPEARANCES:

For PMC Sierra, Inc.,
PMC Sierra Ltd.:            Manasian & Rougeau
                            BY: RAFAEL AGUIRRE-SACASA, ESQ.
                            (415)546-9810
                            BY: GREG A. ROUGEAU, ESQ.
                            (415) 291-8425
```

```
TELEPHONIC APPEARANCES:
(Continued)

For PSAM:                 PSAM, LP
                          BY: PHILIP E. BROWN, ESQ.
                          (212) 649-0506

For BWCS, Limited:        Thorp Reed & Armstrong
                          BY: GREG HAUFWIRTH, ESQ.
                          (412) 394-2325

For Infonet Services
Corporation:              Proskauer Rose, LLP
                          BY: CRAIG DAMAST, ESQ.
                          (302) 872-4369

For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld, LLP
                          BY: BRAD KAHN, ESQ.
                          (212) 872-8121
                          BY: SARAH SCHULTZ, ESQ.
                          (214) 969-4367

For Monitor, Ernst &
Young, Inc.:              Allen & Overy, LLP
                          BY: JESSICA LUBARSKY, ESQ.
                          (212) 610-6300

For Defendant:            Bryan Cave, LLP
                          BY: MICHELLE MCMAHON, ESQ.
                          (212) 541-3039

For Staples Contract
& Commerical, Inc.:       Wilmer Cutler Pickering Hale & Dorr
                          BY: KATELYN ROOD, ESQ.
                          (617) 526-6131
```

1

1  WILMINGTON, DELAWARE, TUESDAY, APRIL 12, 2011, 9:29 A.M.
2             THE COURT:  Good morning, everyone.  Thank you
3  and please be seated.  It's good to see you all.  Good
4  morning.
5             MS. GAZZE:  Good morning, Your Honor.  Alissa
6  Gazze of Morris, Nichols, Arsht & Tunnell on behalf of the
7  Debtors.  Just one item going forward today, Your Honor,
8  that's pretrial conferences in the adversary proceedings.
9             THE COURT:  Yes.
10            MS. GAZZE:  I just want to note that with respect
11 to IBM, the Debtors did submit yesterday afternoon under
12 Certification of Counsel, a revised proposed order.
13            THE COURT:  Thank you, Ms. Gazze.  I did sign
14 that this morning.
15            MS. GAZZE:  Thank you, Your Honor.  And I will
16 turn the podium over to Nora Abularach from Cleary Gottlieb
17 Steen & Hamilton, who will walk Your Honor through the
18 scheduling order.
19            THE COURT:  All right, Ms. Gazze.  Thank you.
20 Welcome and good morning to you.
21            MS. ABULARACH:  Thank you.  Good morning to you.
22 Good morning.  Nora Abularach of Cleary Gottlieb Steen &
23 Hamilton for the Debtors.  Your Honor, the Debtors are
24 before the Court today for initial scheduling conference in
25 15 adversary proceedings --

1               THE COURT:  Yes.
2               MS. ABULARACH:  -- seeking to avoid and recover
3    preferential transfers.  The case is going -- scheduled to
4    go forward today or listed on Exhibit A to the agenda.
5               THE COURT:  Yes, thank you.
6               MS. ABULARACH:  And as noted on the agenda,
7    however, there's one case previously scheduled for today
8    that's not going forward.  This is the case of Nortel
9    Networks v. Avea Iletism Hizmetleri.  That's Adversary Case
10   #10-53183.  This is a foreign Defendant, whom the Debtors
11   have not been able to serve yet, so we'll move them to a
12   later date --
13              THE COURT:  Very well.
14              MS. ABULARACH:  -- once service happens.
15              THE COURT:  Okay.
16              MS. ABULARACH:  In addition, I should note for
17   the record that Cleary Gottlieb represents only 14 of the
18   Debtors in 14 of the 15 cases.  In <u>Nortel Networks v.</u>
19   <u>Infonet Services Corporation</u>, Morris Nichols represents the
20   Debtors and they are here today on behalf of the Debtors in
21   that case.
22              THE COURT:  Okay.
23              MS. ABULARACH:  The proposed -- the Debtors
24   proposed form of scheduling order is attached as Exhibit B
25   and I have a clean copy if Your Honor would like it.

1           THE COURT: I have it right here. Thank you.
2           MS. ABULARACH: Okay. Great. The Debtors submit
3  this order for your consideration. This same order or
4  substantially the same proposed order was sent out to each
5  Defendant, either at the time the complaint was filed or
6  shortly after service was affected. This order tracks three
7  previous scheduling orders that Your Honor has entered in
8  respective 81 avoidance actions that the Debtors have filed
9  prior to these. These orders were signed by the Court on
10 January 21, 2011, February 9, 2011, and March 9, 2011. It
11 also closely tracks Your Honor's form scheduling order with
12 a few variations which are designed to allow the Debtors and
13 the Defendants to work towards a possible resolution in a
14 cost effective manner. I believe my colleague walked you
15 through those changes at the last conference.
16          THE COURT: Yes.
17          MS. ABULARACH: I'm happy to do so again if you
18 would like.
19          THE COURT: No, that won't be necessary and they
20 were acceptable then.
21          MS. ABULARACH: Great. Then we would ask the
22 Court to enter this order in the cases identified on Exhibit
23 A to the order.
24          THE COURT: All right. Thank you, Ms. Abularach.
25 Does anyone wish to be heard? Well, it's a -- oh, I'm

1  sorry.  Please.  Good morning.
2              MR. GRIFFITHS:  Good morning, Your Honor.  Chris
3  Griffiths from Connolly Bove Lodge & Hutz here on behalf of
4  Convergence, one of the Defendants in the adversary
5  proceeding before the Court today.
6              THE COURT:  Yes.  Yes.
7              MR. GRIFFITHS:  Your Honor, I rise simply to say
8  we have no real objection to the form of order here.  We
9  just ask that there's an understanding that the Plaintiffs
10 will pay for the mediation costs pursuant to the general
11 sort of standing order with the Court.
12             MS. ABULARACH:  Yeah, we have no objection to
13 that.
14             THE COURT:  No objection.  All right.  That's
15 going to happen then, Mr. Griffiths.  Thank you.  Thank you
16 very much and I'll just make my normal statement that
17 there's always flexibility in these cases.  I recognize that
18 some cases move along more smoothly than others and I'm
19 always willing to consider requests for extensions or if
20 parties want to move a case along a little more quickly
21 that, too, but the proposed order is certainly acceptable to
22 me and I'm pleased to sign it.  So if there's -- is there
23 anything further, Ms. Gazze?
24             MS. GAZZE:  I don't believe so.  Thank you, Your
25 Honor.

1            THE COURT: All right. Thank you, all. I thank
2 you for coming over. Hopefully you've beaten the rain or
3 you got over here before the rain and we'll stand in recess.
4 Good day to all of you.
5            ALL: Good day, Your Honor.
6
7  (Whereupon, at 9:34 a.m., the hearing was adjourned.)
8                          CERTIFICATION
9        I certify that the foregoing is a correct
10 transcript from the electronic sound recording of the
11 proceedings in the above-entitled matter.
12
13
14  _____          18 April 2011
15 Wendy Evans                                   Date
16 /gbs

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15 4:1 8:7 | **conferences**(1) | 4:8 | **ginger**(1) | 1:39 | **margaret**(1) | 2:30 |
| **able**(1) | 5:11 | **connolly**(2) | 2:17 7:3 | **going**(4) | 4:7 5:3 5:8 7:15 | **market**(4) | 1:11 1:27 2:14 2:31 |
| **aboveentitled** (1) | 8:11 | **consider**(1) | 7:19 | **good**(11) | 4:2 4:3 4:3 4:5 4:20 4:21 4:22 | **matter**(1) | 8:11 |
| **abularach**(14) | 1:33 4:16 4:21 4:22 5:2 5:6 | **consideration**(1) | 6:3 | 7:1 7:2 8:4 8:5 | | **mcmahon**(1) | 3:30 |
| 5:14 5:16 5:23 6:2 6:17 6:21 6:24 7:12 | | **continued**(2) | 2:2 3:2 | | | **mediation**(1) | 7:10 |
| | | **contract**(1) | 3:33 | **got**(1) | 8:3 | **michelle**(1) | 3:30 |
| **acceptable**(2) | 6:20 7:21 | **convergence**(2) | 2:17 7:4 | **gottlieb**(4) | 1:31 4:16 4:22 5:17 | **monitor**(1) | 3:24 |
| **actions**(1) | 6:8 | **copy**(1) | 5:25 | **great**(2) | 6:2 6:21 | **monzo**(1) | 2:24 |
| **addition**(1) | 5:16 | **corp**(1) | 2:29 | **greg**(2) | 2:47 3:9 | **more**(2) | 7:18 7:20 |
| **adjourned**(1) | 8:7 | **corporation**(2) | 3:13 5:19 | **griffiths**(5) | 2:18 7:2 7:3 7:7 7:15 | **morning**(9) | 4:2 4:4 4:5 4:14 4:20 4:21 |
| **administered**(1) | 1:6 | **correct**(1) | 8:9 | **gross**(1) | 1:19 | 4:22 7:1 7:2 | |
| **adversary**(4) | 4:8 4:25 5:9 7:4 | **cost**(1) | 6:14 | **gump**(1) | 3:18 | | |
| **affected**(1) | 6:6 | **costs**(1) | 7:10 | **hale**(1) | 3:34 | **morris**(5) | 1:25 2:23 2:36 4:6 5:19 |
| **after**(1) | 6:6 | **counsel**(1) | 4:12 | **hamilton**(3) | 1:31 4:17 4:23 | **move**(3) | 5:11 7:18 7:20 |
| **afternoon**(1) | 4:11 | **court**(22) | 1:1 4:2 4:9 4:13 4:19 4:24 5:1 | **happen**(1) | 7:15 | **much**(1) | 7:16 |
| **again**(1) | 6:17 | 5:5 5:13 5:15 5:22 6:1 6:9 6:16 6:19 6:22 | | **happens**(1) | 5:14 | **murphy**(1) | 2:12 |
| **agenda**(2) | 5:4 5:6 | 6:24 7:5 7:6 7:11 7:14 8:1 | | **happy**(1) | 6:17 | **necessary**(1) | 6:19 |
| **aguirre-sacasa**(1) | 2:45 | | | **harrisburg**(1) | 1:43 | **networks**(4) | 1:8 2:35 5:9 5:18 |
| **akin**(1) | 3:18 | **courtroom**(1) | 1:10 | **harrison**(1) | 2:29 | **new**(1) | 1:35 |
| **alissa**(2) | 1:26 4:5 | **craig**(1) | 3:14 | **harvey**(1) | 2:29 | **nichols**(3) | 1:25 4:6 5:19 |
| **all**(8) | 4:3 4:19 6:24 7:14 8:1 8:1 8:4 8:5 | **creditors**(1) | 3:18 | **has**(1) | 6:7 | **nora**(3) | 1:33 4:16 4:22 |
| **allen**(1) | 3:25 | **cutler**(1) | 3:34 | **hauer**(1) | 3:18 | **normal**(1) | 7:16 |
| **allow**(1) | 6:12 | **damast**(1) | 3:14 | **haufwirth**(1) | 3:9 | **nortel**(3) | 1:8 5:8 5:18 |
| **along**(2) | 7:18 7:20 | **data**(1) | 1:41 | **have**(6) | 5:11 5:25 6:1 6:8 7:8 7:12 | **north**(2) | 2:7 2:19 |
| **also**(1) | 6:11 | **date**(2) | 5:12 8:15 | **heard**(1) | 6:25 | **not**(2) | 5:8 5:11 |
| **always**(2) | 7:17 7:19 | **day**(2) | 8:4 8:5 | **hearing**(1) | 8:7 | **note**(2) | 4:10 5:16 |
| **and**(14) | 4:3 4:15 4:20 5:2 5:6 5:20 5:25 | **debtors**(14) | 1:12 1:25 4:7 4:11 4:23 4:23 | **hercules**(1) | 2:13 | **noted**(1) | 5:6 |
| 6:10 6:12 6:19 7:16 7:18 7:22 8:3 | | 5:10 5:18 5:20 5:20 5:23 6:2 6:8 6:12 | | **here**(5) | 5:20 6:1 7:3 7:8 8:3 | **objection**(3) | 7:8 7:12 7:14 |
| | | | | **hizmetleri**(1) | 5:9 | **official**(1) | 3:17 |
| **anderson**(1) | 2:11 | **defendant**(3) | 3:29 5:10 6:5 | **honor**(11) | 4:5 4:7 4:15 4:17 4:23 5:25 6:7 | **okay**(3) | 5:15 5:22 6:2 |
| **anyone**(1) | 6:25 | **defendants**(2) | 6:13 7:4 | 7:2 7:7 7:25 8:5 | | **once**(1) | 5:14 |
| **anything**(1) | 7:23 | **delaware**(5) | 1:2 1:12 2:25 2:38 4:1 | | | **one**(5) | 1:34 2:6 4:7 5:7 7:4 |
| **appearances**(2) | 2:41 3:1 | **designed**(1) | 6:12 | **honor's**(1) | 6:11 | **only**(1) | 5:17 |
| **april**(3) | 1:14 4:1 8:14 | **diaz**(1) | 1:41 | **honorable**(1) | 1:19 | **orange**(1) | 2:19 |
| **are**(3) | 4:23 5:20 6:12 | **did**(2) | 4:11 4:13 | **hopefully**(1) | 8:2 | **order**(13) | 4:12 4:18 5:24 6:3 6:3 6:4 6:6 |
| **armstrong**(1) | 3:8 | **district**(1) | 1:2 | **however**(1) | 5:7 | 6:11 6:22 6:23 7:8 7:11 7:21 | |
| **arsht**(2) | 1:25 4:6 | **does**(1) | 6:25 | **hutz**(2) | 2:17 7:3 | | |
| **ask**(2) | 6:21 7:9 | **don't**(1) | 7:24 | **i'll**(1) | 7:16 | **orders**(2) | 6:7 6:9 |
| **attached**(1) | 5:24 | **dorr**(1) | 3:34 | **i'm**(4) | 6:17 6:25 7:18 7:22 | **others**(1) | 7:18 |
| **avea**(1) | 5:9 | **duane**(1) | 2:36 | **ibm**(1) | 4:11 | **out**(1) | 6:4 |
| **avenue**(2) | 2:25 2:38 | **each**(1) | 6:4 | **identified**(1) | 6:22 | **over**(3) | 4:16 8:2 8:3 |
| **aviat**(1) | 2:35 | **ecro**(1) | 1:39 | **iletism**(1) | 5:9 | **overy**(1) | 3:25 |
| **avoid**(1) | 5:2 | **effective**(1) | 6:14 | **inc**(5) | 2:11 2:36 2:43 3:25 3:34 | **parties**(1) | 7:20 |
| **avoidance**(1) | 6:8 | **either**(1) | 6:5 | **infonet**(2) | 3:12 5:19 | **pay**(1) | 7:10 |
| **bankruptcy**(2) | 1:1 1:20 | **electronic**(2) | 1:46 8:10 | **initial**(1) | 4:24 | **pennsylvania**(1) | 1:43 |
| **beaten**(1) | 8:2 | **enter**(1) | 6:22 | **it's**(2) | 4:3 6:25 | **philip**(1) | 3:5 |
| **been**(1) | 5:11 | **entered**(1) | 6:7 | **item**(1) | 4:7 | **pickering**(1) | 3:34 |
| **before**(4) | 1:19 4:24 7:5 8:3 | **eric**(1) | 2:24 | **james**(1) | 2:23 | **plaintiffs**(1) | 7:9 |
| **behalf**(3) | 4:6 5:20 7:3 | **ernst**(1) | 3:24 | **january**(1) | 6:10 | **plaza**(2) | 1:34 2:13 |
| **believe**(2) | 6:14 7:24 | **esq**(18) | 1:26 1:33 2:5 2:12 2:18 2:24 2:30 | **jessica**(1) | 3:26 | **please**(2) | 4:3 7:1 |
| **bove**(2) | 2:17 7:3 | 2:37 2:45 2:47 3:5 3:9 3:14 3:19 3:21 | | **jointly**(1) | 1:6 | **pleased**(1) | 7:22 |
| **brad**(1) | 3:19 | 3:26 3:30 3:35 | | **judge**(2) | 1:19 1:20 | **pmc**(2) | 2:43 2:44 |
| **branzburg**(1) | 2:29 | | | **just**(4) | 4:7 4:10 7:9 7:16 | **pmc-sierra**(2) | 2:10 2:11 |
| **brown**(1) | 3:5 | **evans**(1) | 8:15 | **kahn**(1) | 3:19 | **podium**(1) | 4:16 |
| **bryan**(1) | 3:29 | **everyone**(1) | 4:2 | **katelyn**(1) | 3:35 | **possible**(1) | 6:13 |
| **but**(1) | 7:21 | **exhibit**(3) | 5:4 5:24 6:22 | **kevin**(1) | 1:19 | **potter**(1) | 2:11 |
| **bwcs**(1) | 3:8 | **extensions**(1) | 7:19 | **king**(1) | 2:7 | **ppearances**(2) | 1:23 2:1 |
| **carroon**(1) | 2:11 | **february**(1) | 6:10 | **klehr**(1) | 2:29 | **preferential**(1) | 5:3 |
| **case**(7) | 1:5 5:3 5:7 5:8 5:9 5:21 7:20 | **feld**(1) | 3:18 | **last**(1) | 6:15 | **pretrial**(1) | 4:8 |
| **cases**(4) | 5:18 6:22 7:17 7:18 | **few**(1) | 6:12 | **later**(1) | 5:12 | **previous**(1) | 6:7 |
| **cave**(1) | 3:29 | **filed**(2) | 6:5 6:8 | **layton**(1) | 2:4 | **previously**(1) | 5:7 |
| **certainly**(1) | 7:21 | **finger**(1) | 2:4 | **liberty**(1) | 1:34 | **prior**(1) | 6:9 |
| **certicom**(1) | 2:29 | **flexibility**(1) | 7:17 | **like**(2) | 5:25 6:18 | **proceeding**(1) | 7:5 |
| **certification**(2) | 4:12 8:8 | **floor**(2) | 1:27 2:14 | **limited**(1) | 3:8 | **proceedings**(5) | 1:18 1:46 4:8 4:25 8:11 |
| **certify**(1) | 8:9 | **for**(24) | 1:2 1:25 2:4 2:10 2:17 2:23 2:29 | **listed**(1) | 5:4 | **produced**(1) | 1:47 |
| **changes**(1) | 6:15 | 2:35 2:43 3:4 3:8 3:12 3:17 3:24 3:29 | | **little**(1) | 7:20 | **proposed**(5) | 4:12 5:23 5:24 6:4 7:21 |
| **chapter**(1) | 1:8 | 3:33 4:23 4:24 5:7 5:16 6:3 7:10 7:19 8:1 | | **llp**(8) | 1:25 1:32 2:17 2:23 3:13 3:18 3:25 | **proskauer**(1) | 3:13 |
| **chris**(3) | 2:5 2:18 7:2 | | | 3:29 | | **psam**(2) | 3:4 3:4 |
| **christopher**(1) | 2:37 | **foregoing**(1) | 8:9 | | | **pursuant**(1) | 7:10 |
| **clean**(1) | 5:25 | **foreign**(1) | 5:10 | **lodge**(2) | 2:17 7:3 | **quickly**(1) | 7:20 |
| **cleary**(4) | 1:31 4:16 4:22 5:17 | **form**(3) | 5:24 6:11 7:8 | **ltd**(2) | 2:10 2:44 | **rafael**(1) | 2:45 |
| **closely**(1) | 6:11 | **forward**(3) | 4:7 5:4 5:8 | **lubarsky**(1) | 3:26 | **rain**(2) | 8:2 8:3 |
| **colleague**(1) | 6:14 | **from**(3) | 4:16 7:3 8:10 | **mace**(1) | 1:39 | **real**(1) | 7:8 |
| **coming**(1) | 8:2 | **further**(1) | 7:23 | **make**(1) | 7:16 | **recess**(1) | 8:3 |
| **commerical**(1) | 3:34 | **gazza**(1) | 1:26 | **manasian**(1) | 2:44 | **recognize**(1) | 7:17 |
| **committee**(2) | 2:4 3:17 | **gazze**(8) | 4:5 4:6 4:10 4:13 4:15 4:19 7:23 | **manner**(1) | 6:14 | **record**(1) | 5:17 |
| **complaint**(1) | 6:5 | 7:24 | | **manning**(1) | 2:30 | **recorded**(1) | 1:46 |
| **conference**(2) | 4:24 6:15 | | | **march**(1) | 6:10 | **recording**(2) | 1:46 8:10 |
| | | **general**(1) | 7:10 | | | | |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **recover**(1) | 5:2 | **this**(7) | 4:14 5:8 5:10 6:3 6:3 6:6 6:22 |
| **reed**(1) | 3:8 | **thorp**(1) | 3:8 |
| **represents**(2) | 5:17 5:19 | **those**(1) | 6:15 |
| **requests**(1) | 7:19 | **three**(1) | 6:6 |
| **resolution**(1) | 6:13 | **through**(2) | 4:17 6:15 |
| **respect**(1) | 4:10 | **time**(2) | 1:15 6:5 |
| **respective**(1) | 6:8 | **today**(6) | 4:7 4:24 5:4 5:7 5:20 7:5 |
| **revised**(1) | 4:12 | **too**(1) | 7:21 |
| **richards**(1) | 2:4 | **towards**(1) | 6:13 |
| **right**(5) | 4:19 6:1 6:24 7:14 8:1 | **tracks**(2) | 6:6 6:11 |
| **rise**(1) | 7:7 | **transcript**(3) | 1:18 1:47 8:10 |
| **rodney**(1) | 2:6 | **transcription**(2) | 1:41 1:47 |
| **rood**(1) | 3:35 | **transfers**(1) | 5:3 |
| **rose**(1) | 3:13 | **tuesday**(1) | 4:1 |
| **rougeau**(2) | 2:44 2:47 | **tunnell**(2) | 1:25 4:6 |
| **ryan**(1) | 2:12 | **turn**(1) | 4:16 |
| **same**(2) | 6:3 6:4 | **under**(1) | 4:11 |
| **samis**(1) | 2:5 | **understanding**(1) | 7:9 |
| **sarah**(1) | 3:21 | **united**(2) | 1:1 1:20 |
| **say**(1) | 7:7 | **unsecured**(1) | 3:18 |
| **scheduled**(2) | 5:3 5:7 | **variations**(1) | 6:12 |
| **scheduling**(5) | 4:18 4:24 5:24 6:7 6:11 | **very**(2) | 5:13 7:16 |
| **schultz**(1) | 3:21 | **walk**(1) | 4:17 |
| **schuylkill**(1) | 1:42 | **walked**(1) | 6:14 |
| **seated**(1) | 4:3 | **want**(2) | 4:10 7:20 |
| **see**(1) | 4:3 | **was**(4) | 6:4 6:5 6:6 8:7 |
| **seeking**(1) | 5:2 | **we'll**(2) | 5:11 8:3 |
| **sent**(1) | 6:4 | **welcome**(1) | 4:20 |
| **serve**(1) | 5:11 | **well**(2) | 5:13 6:25 |
| **service**(4) | 1:41 1:47 5:14 6:6 | **wendy**(1) | 8:15 |
| **services**(3) | 1:41 3:12 5:19 | **were**(2) | 6:9 6:20 |
| **shortly**(1) | 6:6 | **whereupon**(1) | 8:7 |
| **should**(1) | 5:16 | **which**(1) | 6:12 |
| **sierra**(2) | 2:43 2:44 | **who**(1) | 4:17 |
| **sign**(2) | 4:13 7:22 | **whom**(1) | 5:10 |
| **signed**(1) | 6:9 | **will**(3) | 4:15 4:17 7:10 |
| **simply**(1) | 7:7 | **willing**(1) | 7:19 |
| **smoothly**(1) | 7:18 | **wilmer**(1) | 3:34 |
| **some**(1) | 7:18 | **wilmington**(9) | 1:12 1:28 2:8 2:15 2:20 2:26 2:32 2:39 4:1 |
| **sorry**(1) | 7:1 | | |
| **sort**(1) | 7:11 | **winter**(1) | 2:37 |
| **sound**(2) | 1:46 8:10 | **wish**(1) | 6:25 |
| **square**(1) | 2:6 | **with**(3) | 4:10 6:11 7:11 |
| **stand**(1) | 8:3 | **won't**(1) | 6:19 |
| **standing**(1) | 7:11 | **work**(1) | 6:13 |
| **staples**(1) | 3:33 | **would**(3) | 5:25 6:18 6:21 |
| **statement**(1) | 7:16 | **yeah**(1) | 7:12 |
| **states**(2) | 1:1 1:20 | **yes**(6) | 4:9 5:1 5:5 6:16 7:6 7:6 |
| **ste**(3) | 2:25 2:31 2:38 | **yesterday**(1) | 4:11 |
| **steen**(3) | 1:31 4:17 4:22 | **yet**(1) | 5:11 |
| **strauss**(1) | 3:18 | **york**(1) | 1:35 |
| **street**(5) | 1:11 1:42 2:7 2:19 2:31 | **you**(20) | 4:2 4:3 4:13 4:15 4:19 4:20 4:21 4:21 5:5 6:1 6:14 6:17 6:24 7:15 7:15 7:24 8:1 8:2 8:3 8:4 |
| **submit**(2) | 4:11 6:2 | | |
| **substantially**(1) | 6:4 | | |
| **technologies**(1) | 2:23 | **you've**(1) | 8:2 |
| **telephonic**(2) | 2:41 3:1 | **young**(1) | 3:25 |
| **than**(1) | 7:18 | **your**(13) | 4:5 4:7 4:15 4:17 4:23 5:25 6:3 6:7 6:11 7:2 7:7 7:24 8:5 |
| **thank**(13) | 4:2 4:13 4:15 4:19 4:21 5:5 6:1 6:24 7:15 7:15 7:24 8:1 8:1 | | |
| **that**(14) | 4:10 4:14 5:17 5:21 6:7 6:8 6:19 7:9 7:9 7:13 7:16 7:17 7:21 8:9 | **zhue**(1) | 2:23 |
| **that's**(4) | 4:8 5:8 5:9 7:14 | | |
| **the**(67) | 1:1 1:2 1:19 4:2 4:6 4:8 4:9 4:11 4:13 4:16 4:17 4:19 4:23 4:23 4:24 5:1 5:3 5:4 5:5 5:6 5:8 5:10 5:13 5:15 5:17 5:17 5:18 5:19 5:20 5:22 5:23 5:23 6:1 6:2 6:4 6:5 6:5 6:8 6:9 6:12 6:13 6:15 6:16 6:19 6:21 6:22 6:23 6:24 7:4 7:4 7:5 7:6 7:8 7:9 7:10 7:10 7:11 7:14 7:21 8:1 8:2 8:3 8:7 8:9 8:10 8:10 8:11 | | |
| **them**(1) | 5:11 | | |
| **then**(3) | 6:20 6:21 7:15 | | |
| **there**(1) | 7:22 | | |
| **there's**(4) | 5:7 7:9 7:17 7:22 | | |
| **these**(3) | 6:9 6:9 7:17 | | |
| **they**(2) | 5:20 6:19 | | |