IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
:
---------------------------------------------------------- X

## CERTIFICATION OF COUNSEL REGARDING (PROPOSED) SCHEDULING ORDER

I, Alissa T. Gazze, counsel for Debtors in the above-captioned cases (the "Debtors"), hereby certify (the "Certification") as follows regarding the *(Proposed) Scheduling Order* (the "Proposed Scheduling Order"), attached as **Exhibit A** hereto:

1. On September 29, 2009, SNMP Research International, Inc. ("SNMP RI") filed Claim Numbers 4624 through 4638 (the "Original Claims") against the Debtors.

2. On July 9, 2010, the Debtors objected to the Original Claims in the Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtors Claim) (the "Twelfth Omnibus Claims Objection").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. On August 4, 2010, SNMP RI filed a response to the Twelfth Omnibus Claims Objection requesting that the Court enter a scheduling order to allow SNMP RI to take discovery.

4. On January 31, 2011, the Court entered a scheduling order [D.I. 4782] regarding expected motion practice with respect to certain disputes relating to SNMP RI's assertion that it is entitled to require the Debtors to perform a certain software audit and produce such audit as discovery in connection with the Twelfth Omnibus Claims Objection as it relates to SNMP RI (the "Scheduling Order").

5. The parties have adhered to the deadlines in the Scheduling Order to date; however, both parties have agreed to amend the remaining deadlines in the Scheduling Order. The Proposed Scheduling Order, attached hereto as **Exhibit A**, has been reviewed and agreed to by counsel for SNMP RI. A blackline showing changes to the order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Scheduling Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: April 19, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   /s/ *Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

3