# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Certification of Counsel Regarding (Proposed) Scheduling Order** was caused to be made on April 19, 2011, in the manner indicated upon the entities identified below.

Date:  April 19, 2011

                           */s/ Alissa T. Gazze*
                            Alissa T. Gazze (No. 5338)

**Via Hand Delivery**

Daniel K. Astin
Joseph J. McMahon, Jr.
Ciardi Ciardi & Astin
919 N. Market St.
Wilmington, DE 19801

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market St.
Wilmington, DE 19899

**Via First Class Mail**

Fred. S. Hodara
Ryan C. Jacobs
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Thomas Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa St., Suite 3000
Los Angeles, CA 90017
Counsel to the Bondholders

Mark Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue
Suite 200
Dallas, TX 75219

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902

4197702.1