# EXHIBIT B

**Lydecker Affidavit**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

*In re*

Nortel Networks Inc., *et al.*,[1]

           Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. _____**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

**AFFIDAVIT OF RICHARD A. LYDECKER, JR. IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER APPROVING AN AMENDMENT TO
THE TERMS OF ENGAGEMENT OF RLKS EXECUTIVE SOLUTIONS LLC
AS CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO APRIL 19, 2011**

      I, Richard A. Lydecker, Jr., pursuant to section 1746 of title 28 of the United States Code hereby declare that the following is true to the best of my knowledge:

      1.      I am the Chief Executive Officer of RLKS Executive Solutions LLC ("RLKS"), whose offices are located at 101 Wescott # 706, Houston, Texas 77007.  I am authorized to execute this document on behalf of RLKS.  Unless otherwise stated in this declaration, I have personal knowledge of all facts stated herein. This declaration is being submitted in connection with the proposed amendment to the retention of RLKS as consultant to the Debtors to perform services as set forth in the Application (the "Application").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2. RLKS entered into an Engagement Contract with NNI, dated July 9, 2010, pursuant to which it has been providing certain services to the Debtors.

3. RLKS has agreed to continue assisting the Debtors with the wind down and liquidation of the Debtors' businesses and estates, including, without limitation, the preservation, organization, management and destruction of records, including records of both the Debtors' hard copy and electronic data, and has entered into the Amended Engagement Contract dated April 19, 2011.

3. In furtherance of its provision of services under the Amended Engagement Contract, RLKS may use additional Associates to provide services to the Debtors, including in the areas of tax, finance, human resources and information technology support. RLKS has further agreed that it will continue to be paid an hourly rate for services that are rendered and that compensation for services and for reasonable costs and expenses shall be paid as allowed by this Court upon application as required by the United States Bankruptcy Code. The RLKS hourly rate for its Associates is $450 per hour.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Houston, Texas
April 19, 2011

_____
Richard A. Lydecker, Jr.

2