**CERTIFICATE OF SERVICE**

    I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Application for Entry of an Order Approving an Amendment to the Terms of Engagement of RLKS Executive Solutions LLC as Consultants to the Debtors** *Nunc Pro Tunc* **to April 19, 2011** was caused to be made on April 19, 2011, in the manner indicated upon the entities identified in the attached service list.

Date: April 19, 2011                                        */s/ Alissa T. Gazze*
                                                                               Alissa T. Gazze (No. 5338)

4197702.1