IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------------x | | |
| NORTEL NETWORKS INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NORTEL NETWORKS (CALA) INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 10-55905 (KG) |
| | ) | |
| v. | ) | |
| | ) | |
| THE ADVERTISING CHECKING BUREAU, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------------x | | |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 19, 2011, I caused to be served:

**OBJECTION OF SPRINT NEXTEL TO DEBTORS'
MOTION FOR ENLARGEMENT OF TIME PERIOD PROVIDED BY RULE 4(m)**

Service was completed upon the parties on the attached service list as indicated thereon.

Date: April 19, 2011

_/s/ William Weller_
William Weller

SWORN AND SUBSCRIBED before me this 19th day of April, 2011.

_____
NOTARY
My commission expires:

RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

**VIA HAND DELIVERY & FACSIMILE**
Donna L. Culver, Esq.
Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
Facsimile: (302) 658-3989
[Counsel for the Debtors/Plaintiff]

**VIA FACSIMILE**
Deborah M. Buell, Esq.
Neil P. Forrest, Esq.
Matthew J. Vanek, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
[Counsel for the Debtors/Plaintiff]

**VIA FACSIMILE**
John A. Golieb, Esq.
Muchnick Golieb and Golieb, P.C.
200 Park Avenue South, Suite 1700
New York, NY 10003
Facsimile: (212) 977-5133
[Counsel for Defendant The Advertising Checking Bureau, Inc.]