**EXHIBIT A**

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**
**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**MOTION RECORD**
**Canadian Sales Process Order regarding**
**Certain Patents and other Assets**
**(returnable May 2, 2011)**

April 7, 2011

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC#: 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

# INDEX

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**INDEX**

| TAB | DOCUMENT | PAGE |
|---|---|---|
| 1. | Notice of Motion returnable May 2, 2011 | 001 |
| 2. | Affidavit of George Riedel sworn April 7, 2011 | 049 |
| A. | Exhibit "A" – Draft Approval and Vesting Order | 067 |
| 3. | Draft Order (Certain Patents and other Assets Bidding Procedures) | 084 |

# TAB 1

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**NOTICE OF MOTION**
**Canadian Sales Process Order re Certain Patents and other Assets**
**(returnable May 2, 2011)**

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List court on Monday, May 2, 2011 at 10:00 a.m., or as soon after that time as the motion can be heard, at 393 University Avenue, Toronto, Ontario.

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐ in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice;

☐ in writing as an opposed motion under subrule 37.12.1(4);

☒ orally.

THE MOTION IS FOR AN ORDER:

(a) Approving the Bidding Procedures (as defined below);

(b)     Approving an asset sale agreement dated as of April 4, 2011 (the "Stalking Horse Agreement") among:

    (i)     Ranger Inc. as purchaser (the "Stalking Horse Purchaser");

    (ii)     NNC, NNL, Nortel Networks Inc. ("NNI"), Nortel Networks UK Limited (in administration) ("NNUK"), Nortel Networks (Ireland) Limited (in administration), Nortel Networks S.A. (in administration and liquidation judiciare)("NNSA"), Nortel Networks France S.A.S. (in administration) and Nortel GmbH (in administration), the other entities identified therein as sellers, Alan Bloom, Stephen Harris, Alan Hudson, David Hughes and Christopher Hill as Joint Administrators, and Maître Cosme Rogeau as French Liquidator (collectively, the "Sellers"), and

    (iii)     Google Inc., as guarantor,

as a "stalking horse" sale agreement, including the bid protections (as described below) provided for therein. A copy of the Stalking Horse Agreement (without exhibits or schedules) is attached as an appendix to the sixty-third report (the "Sixty-Third Report") of the Monitor (as defined below) to be filed in connection with this motion;

(c)     Approving certain License Rejection Procedures (as defined below);

(d)     Approving a side agreement dated as of April 4, 2011 among the Sellers (the "Side Agreement");

(e)     The sealing of certain confidential appendices to the Sixty-Third Report and confidential exhibits of one or more affidavits of service (the "Service Affidavits") pending further Order of this Honourable Court; and

(f)     Such further and other relief as counsel may request and this Honourable Court deem just.

THE GROUNDS FOR THE MOTION ARE:

**BACKGROUND**

(a)     On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology
        Corporation, Nortel Networks Global Corporation and Nortel Networks International
        Corporation (collectively, the "Applicants") were granted protection under the
        *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the
        "CCAA") pursuant to an initial order (as subsequently amended and restated, the
        "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as
        monitor (the "Monitor") in the CCAA proceedings;

(b)     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal
        U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "U.S.
        Debtors"), made voluntary filings in the United States Bankruptcy Court for the District
        of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code
        (the "Code")(such proceedings, the "U.S. Proceedings");

(c)     The Applicants have previously obtained various relief related to the sale of certain
        other assets relating to their business units including Nortel's Layer 4-7 Application
        Delivery business, CDMA and LTE related assets, Enterprise Solutions business,
        Optical Networking and Carrier Ethernet businesses (associated with its Metro Ethernet
        Networks Business), Carrier Voice Over IP and Application Solutions business,
        GSM/GSM-R business and Multi-Service Switch business;

(d)     NNL has also sold, among other assets, its "Westwinds Facility" in Alberta, its interest
        in its joint venture with LG Electronics Inc., and real property in Ottawa, Ontario
        known as the Carling Campus;

(e)     References to "Nortel" herein are references to the global enterprise of NNC, NNL,
        NNI and their respective affiliates as a whole;

(f)     All dollar references are US$ unless otherwise indicated;

**THE ASSETS**

(g) At this time, Nortel's residual patent assets are one of Nortel's largest remaining assets;

(h) The Stalking Horse Agreement contemplates the sale of approximately 6,000 Canadian, U.S. and foreign patents and patent applications;

(i) The extensive patent portfolio touches nearly every aspect of telecommunications and additional markets as well, including Internet search and social networking;

**PREVIOUS MARKETING EFFORTS**

(j) Nortel first began to solicit interest in a divestiture of its patent assets in May 2010;

(k) Nortel, in consultation with its financial advisors, engaged in discussions with approximately one hundred and five (105) parties likely to be interested and able to acquire the patent assets, including a mix of financial investors and strategic buyers;

**THE STALKING HORSE AGREEMENT**

(l) After extensive arm's-length, good faith negotiations among the Sellers and the Stalking Horse Purchaser and their respective advisors, the Sellers have agreed, among other things, to convey the Assets (as defined in the Stalking Horse Agreement) in accordance with the terms and conditions of the Stalking Horse Agreement, subject to certain Court approvals including this Honourable Court and the U.S. Court;

(m) The Stalking Horse Purchaser will pay to the Sellers, through their Distribution Agent, a purchase price of $900 million in cash, which includes $45 million to be held in escrow to secure indemnity obligations of the Sellers;

(n) No later than three (3) Business Days following the later of the entry of the Order sought in the within motion and the entry of the U.S. Debtors' Bidding Procedures Order (as defined in the Stalking Horse Agreement), the Stalking Horse Purchaser will deliver a good faith deposit in the amount of $27 million in cash;

(o)    The terms and conditions of the Stalking Horse Agreement are described in further detail in the Affidavit of George Riedel, sworn April 7, 2011 (the "Riedel Affidavit") and the Sixty-Third Report;

(p)    The Applicants have determined that the Stalking Horse Agreement represents the best opportunity for the Applicants to maximize the value of the Assets by serving as a basis for conducting an auction to seek higher and/or better offers;

**BID PROTECTIONS**

(q)    In recognition of the Stalking Horse Purchaser's expenditure of time, energy, and resources, the Sellers, in accordance with section 8.2 of the Stalking Horse Agreement and upon the termination events described therein, have agreed to pay the Stalking Horse Purchaser a break-up fee of twenty-five million dollars and 00/100 ($25,000,000), which break-up fee is equal to approximately two and eight-tenths percent (2.8%) of the aggregate Purchase Price (as defined in the Stalking Horse Agreement);

(r)    In accordance with section 8.2 of the Stalking Horse Agreement and upon the termination events described therein, the Sellers also have agreed to pay the Stalking Horse Purchaser's reasonable and documented out-of-pocket costs and expenses in connection with the preparation, execution and performance of the Stalking Horse Agreement, which shall not exceed four million dollars and 00/100 ($4,000,000), which is equal to approximately four-tenths of one percent (0.4%) of the aggregate Purchase Price;

**LICENSE MATTERS**

(s)    In view of the potential impact of continuing licenses on the value of the Sellers' patent assets, as a condition to the proposed transaction, and in furtherance of the sale of the Purchased Assets, the Applicants in these proceedings and the U.S. Debtors in the U.S. Proceedings have both agreed:

(i) to implement a process for the rejection or termination of certain licenses (the "License Rejection Procedures"); and

(ii) to various limitations and prohibitions on their rights to renew, extend, assign, amend, waive or modify contracts containing licenses to the patents offered for sale which limitations are contemplated as part of the Canadian Approval and Vesting Order and the U.S. Sale Order;

**BID PROCEDURES**

(t) It is anticipated that if the U.S. Debtors' Bidding Procedures Order and the Canadian Sales Process Order (in each case as defined in the Stalking Horse Agreement) are granted, Nortel will conduct an expedited sale process and follow the bidding procedures in the form attached to the proposed Canadian Sales Process Order (the "Bidding Procedures") with a view to ultimately conducting an auction;

**SIDE AGREEMENT**

(u) In connection with the entry into the Stalking Horse Agreement, the Applicants and certain of the other Sellers have negotiated and executed the Side Agreement, to address certain issues among such parties relating to the transaction contemplated by the Stalking Horse Agreement, including the allocation of certain costs incurred or that may potentially be incurred as part of the proposed transaction with the Stalking Horse Purchaser or other successful bidder;

**SEALING**

(v) The Monitor has or will be filing confidential appendices to the Sixty-Third Report which contain the disclosure schedules and exhibits to the Stalking Horse Agreement as well as the Side Agreement;

(w) The disclosure schedules and exhibits contain sensitive competitive, commercial and, in some instances, personal information, including lists of the Transferred Patents (as defined in the Stalking Horse Agreement) and licensees to such patents;

(x) The confidential exhibits to the Service Affidavits will contain a list of the Known Licensees and information related to their service of the materials. This information is commercially sensitive and confidential;

(y) Disclosure of this confidential information would be damaging to the Applicants and the other Sellers and any successful bidder if it is disclosed to their competitors;

(z) The Side Agreement contains sensitive information relating to certain inter-estate matters;

**MISCELLANEOUS**

(aa) The provisions of the CCAA; and

(bb) Such further and other grounds as counsel may advise and this Honourable Court permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a) The Riedel Affidavit;

(b) The Service Affidavits;

(c) The Sixty-Third Report, filed separately; and

(d) Such further material as may be filed.

April 7, 2011

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario M5J 2Z4 CANADA

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930
Lawyers for the Applicants

TO:     Attached Service List

*April 6, 2011*

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:      **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Tony Reyes
Jennifer Stam

Email:      dtay@ogilvyrenault.com
treyes@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:      416.216.4000
Fax:      416.216.3930

Lawyers for the Applicants

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON M5K 1J7

Murray McDonald
Brent Beekenkamp

Email: nortel.monitor@ca.ey.com

Tel: 416.943.3016
Fax: 416.943.3300

AND TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email: jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
fmyers@goodmans.ca
carmstrong@goodmans.ca

Tel: 416.597.4107
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND TO: **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email: lbarnes@osler.com
rchartrand@osler.com
esellers@osler.com
ahirsh@osler.com

Tel: 416.362.2111
Fax: 416.862.6666

Lawyers for the Boards of Directors of Nortel Networks Corporation and Nortel Networks Limited

AND TO: **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email: dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel: 416.868.3538
Fax: 416.364.7813

Lawyers for Export Development Canada

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email: jsullivan@edc.ca

Tel: 613.597.8651
Fax: 613.598.3113

AND TO: **THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON M5K 1K7

Leanne M. Williams

Email: lwilliams@tgf.ca

Tel: 416.304.1616
Fax: 416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email: john.stringer@mcinnescooper.com
stephen.kingston@mcinnescooper.com

Tel: 902.425.6500
Fax: 902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart

Email: jcarhart@millerthomson.com

Tel: 416.595.8615/8577
Fax: 416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email: barry.wadsworth@caw.ca
lewis.gottheil@caw.ca

Tel.: 416.495.3776
Fax: 416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

AND TO: **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email: hharrison@boughton.ca

Tel: 604.687.6789
Fax: 604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd., in its capacity as duly authorized agent for Holdings 1506 Enterprises Ltd.

AND TO: **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email: mmacnaughton@blgcanada.com
Tel: 416. 367.6646
Fax: 416. 682.2837

Email: rjaipargas@blgcanada.com
Tel: 416.367.6266
Fax: 416.361.7067

Email: srappos@blgcanada.com
Tel: 416.367.6033
Fax: 416.361.7306

Lawyers for Bell Canada

AND TO: **LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON M5J 2T7

John Contini
Aaron Rousseau

Email jcontini@langmichener.ca
Tel: 416.307.4148
Fax: 416.304.3767

Email arousseau@langmichener.ca
Tel: 416.307.4081
Fax: 416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND TO: **SISKINDS LLP**
680 Waterloo Street
London, ON N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein
Emilie E. M. Maxwell

Email: ray.leach@siskinds.com
dimitri.lascaris@siskinds.com
emilie.maxwell@siskinds.com

Tel: 519.672.2121
Fax: 519.672.6065

Lawyers for Indiana Electrical Workers Pension Trust Fund IBEW, Laborers Local 100 and 397 Pension Fund, and Bruce William Lapare

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email: zychk@bennettjones.com
Tel: 416.777.5738
Fax: 416.863.1716

Email: orzyr@bennettjones.com
Tel: 416.777.5737
Fax: 416.863.1716

Email: finlaysong@bennettjones.com
Tel: 416.777.5762
Fax: 416.863.1716

Email: swanr@bennettjones.com
Tel: 416.777.7479
Fax: 416.863.1716

Canadian Lawyers for The Informal Nortel Noteholder Group

AND TO: **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email: mzigler@kmlaw.ca
Tel: 416.595.2090
Fax: 416.204.2877

Email: sphilpott@kmlaw.ca
Tel: 416.595.2104
Fax: 416.204.2882

Email: dyiokaris@kmlaw.ca
Tel: 416.595.2130
Fax: 416.204.2810

Email: amckinnon@kmlaw.ca
Tel: 416.595.2150
Fax: 416.204.2874

Email: cpoltak@kmlaw.ca
Tel: 416.595.2701
Fax: 416.204.2909

Lawyers for the Former Employees of Nortel

AND TO: **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email: mzigler@kmlaw.ca
Tel: 416.595.2090
Fax: 416.204.2877

Email: sphilpott@kmlaw.ca
Tel: 416.595.2104
Fax: 416.204.2882

Email: dyiokaris@kmlaw.ca
Tel: 416.595.2130
Fax: 416.204.2810

Email: amckinnon@kmlaw.ca
Tel: 416.595.2150
Fax: 416.204.2874

Email: cpoltak@kmlaw.ca
Tel: 416.595.2701
Fax: 416.204.2909

Lawyers for the LTD Beneficiaries

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:   jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:      416.595.8695

Email:   msims@millerthomson.com
Tel:      416.595.8577
Fax:      416.595.8695

Email:   jmklotz@millerthomson.com
Tel:      416.595.4373
Fax:      416.595.8695

Lawyers for LG Electronics Inc.

AND
TO:

**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:   joseph.kim@lge.com

Tel:      +82.2.3777.3171
Fax:      +82.2.3777.5345

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:      416.595.8695

Email    msims@millerthomson.com
Tel:      416.595.8577
Fax:      416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND
TO:

**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:   harvey@chaitons.com

Tel:      416.218.1129
Fax:      416.218.1849

Lawyers for IBM Canada Limited

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:    ken.rosenberg@paliareroland.com
Tel:       416.646.4304
Fax:      416.646.4301

Email:    max.starnino@paliareroland.com
Tel:       416.646.7431
Fax:      416.646.4301

Email:    lily.harmer@paliareroland.com
Tel:       416.646.4326
Fax:      416.646.4301

Email:    tina.lie@paliareroland.com
Tel:       416.646.4332
Fax:      416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:    Shayne.kukulowicz@fmc-law.com
            Alex.macfarlane@fmc-law.com
            Michael.wunder@fmc-law.com
            ryan.jacobs@fmc-law.com

Tel:       416.863.4511
Fax:      416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:    patrick.shea@gowlings.com

Tel:       416.369.7399
Fax:      416.862.7661

Lawyers for Westcon Group

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:    rslattery@mindengross.com
            dullmann@mindengross.com
Tel:       416.369.4149
Fax:      416.864.9223

Lawyers for Verizon Communications Inc.

AND TO: **AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Harry Fogul
Peter K. Czegledy

Email: hfogul@airdberlis.com
Tel: 416.865.7773
Fax: 416.863.1515

Email: pczegledy@airdberlis.com
Tel: 416.865.7749
Fax: 416.863.1515

Lawyers for Microsoft Corporation

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email: renglish@airdberlis.com
smitra@airdberlis.com

Tel: 416.863.1500
Fax: 416.863.1515

Lawyers for Tata Consultancy Services Limited and Tata America International Corporation

AND TO: **ALEXANDER HOLBURN BEAUDIN & LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia V7Y 1B8

Sharon M. Urquhart

Email: surquhart@ahbl.ca
Tel: 604.484.1757
Fax: 604.484.1957

Lawyers for Algo Communication Products Ltd.

AND TO: **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email: jwigley@gardiner-roberts.com
Tel: 416.865.6655
Fax: 416.865.6636

Email: vdare@foglers.com
Tel: 416.865.6641
Fax: 416.865.6636

Lawyers for Andrew, LLC

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel: 416.865.7726
Fax: 416.863.1515

Email: iaversa@airdberlis.com
Tel: 416.865.3082
Fax: 416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Maurice Fleming

Email: mfleming@millerthomson.com
Tel: 416.595.8686
Fax: 416.595.8695

Lawyers for Verint Americas Inc. and Verint Systems, Inc.

AND TO: **DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email: bdarlington@davis.ca
Tel: 416.365.3529
Fax: 416.369.5210

Email: jdavissydor@davis.ca
Tel: 416.941.5397
Fax: 416.365.7886

Lawyers for Brookfield LePage Johnson Controls Facility Management Services

AND TO: **McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email: andrew.kent@mcmillan.ca
Tel: 416.865.7160
Fax: 416.865.7048

Email: hilary.clarke@mcmillan.ca
Tel: 416.865.7286
Fax: 416.865.7048

Email: tushara.weerasooriya@mcmillan.ca
Tel: 416.865.7262
Fax: 416.865.7048

Lawyers for Royal Bank of Canada

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel: 416.865.7726
Fax: 416.863.1515

Email: iaversa@airdberlis.com
Tel: 416.865.3082
Fax: 416.863.1515

Lawyers for Perot Systems Corporation

AND TO: **McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email: lawrence.crozier@mcmillan.ca
Tel: 416.865.7178
Fax: 416.865.7048

Email: adam.maerov@mcmillan.ca
Tel: 416.865.7285
Fax: 416.865.7048

Lawyers for Citibank

AND TO: **CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario M5H 3C2

Deborah S. Grieve

Email: dgrieve@casselsbrock.com
Tel: 416.860.5219
Fax: 416.350.6923

Lawyers for Alvarion Ltd.

AND TO: **BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario M5C 3G5

Domenico Magisano

Email: dmagisano@blaney.com
Tel: 416.593.2996
Fax: 416.593.5437

Lawyers for Expertech Network Installation Inc.

AND TO: **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email: jwigley@gardiner-roberts.com
Tel: 416.865.6655
Fax: 416.865.6636

Email: vdare@foglers.com
Tel: 416.865.6641
Fax: 416.865.6636

Lawyers for Amphenol Corporation

AND TO: **LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario M5J 2T7

Aaron Rousseau

Email: arousseau@langmichener.ca
Tel: 416.307.4081
Fax: 416.365.1719

Lawyer for Right Management Inc.

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Sanjeev P.R. Mitra

Email: smitra@airdberlis.com

Tel: 416.863.1500
Fax: 416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND TO: **CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2

E. Bruce Leonard
David S. Ward
Michael Casey

Email: bleonard@casselsbrock.com
dward@casselsbrock.com
mcasey@casselsbrock.com

Tel: 416.860.6455
Fax: 416.640.3054

Lawyers for the UK Pension Protection Fund and Nortel Networks UK Pension Trust Limited

AND
TO:
**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:   pklepsoe@mcfarlanelaw.com

Tel:      613.233.2679
Fax:      613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management,
Inc.

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:   theintzm@mccarthy.ca
Tel:      416.601.7627
Fax:      416.868.0673

Email:   jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:      416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:
**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:      514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:
**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
            steven.levitt@nelligan.ca
            christopher.rootham@nelligan.ca

Tel:      613.231.8245
Fax:      613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND TO: **BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario M5J 2T3

Chris Besant
Lydia Salvi

Email: chris.besant@bakernet.com

Tel: 416.865.2318
Fax: 416.863.6275

Email: lydia.salvi@bakernet.com

Tel: 416.865.6944
Fax: 416.863.6275

Lawyers for Jabil Circuit Inc.

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email: ryanbellr@bennettjones.com
laugesenm@bennettjones.com

Tel: 416.863.1200
Fax: 416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and Tel-e Connect Systems (Toronto) Ltd.

AND TO: **SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec H9S 2A5

Dan Goldstein
Marco Gaggino

Email: dgoldstein@schneidergaggino.com
mgaggino@schneidergaggino.com

Tel: 514.631.8787
Fax: 514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND TO: **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario M5H 4G2

Timothy R. Dunn

Email: tdunn@mindengross.com
Tel: 416.369.4335
Fax: 416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO: **EURODATA**
2574 Sheffield Road
Ottawa, Ontario K1B 3V7

Nanci Shore

Email: nanci@eurodata.ca
Tel: 613.745.0921
Fax: 613.745.1172

AND TO: **BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email: Ibrady@baldwinlaw.ca
Tel: 613.771.9991
Fax: 613.771.9998

Lawyers for Sydney Street Properties Corp.

AND
TO:
**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:     714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND
TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
Tel:     416.214.5213
Fax:     416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
Tel:     416.214.5213
Fax:     416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:
**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:     714.998.4351

AND
TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:     416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND TO: **DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email: bdarlington@davis.ca
Tel: 416.365.3529
Fax: 416.369.5210

Email: jdavissydor@davis.ca
Tel: 416.941.5397
Fax: 416.365.7886

Lawyers for Computershare Trust Company of Canada

AND TO: **DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email: rschwill@dwpv.com
Tel: 416.863.0900
Fax: 416.863.0871

Email: mgottlieb@dwpv.com
Tel: 416.863.0900
Fax: 416.863.0871

Lawyers for Nortel Networks UK Limited (In Administration)

AND TO: **LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail: tosullivan@counsel-toronto.com
Tel: 416.598.1744
Fax: 416.598.3730

Email: slaubman@counsel-toronto.com
Tel: 416.598.1744
Fax: 416.598.3730

Lawyers for William A. Owens

AND TO: **BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario M5J 2T3

Lydia Salvi

Email: lydia.salvi@bakernet.com

Tel: 416.865.6944
Fax: 416.863.6275

Lawyers for Wipro Limited

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel: 416.865.7726
Fax: 416.863.1515

Email: iaversa@airdberlis.com
Tel: 416.865.3082
Fax: 416.863.1515

Lawyers for the Current and Former Employees of Nortel Networks Inc. who are or were Participants in the Long-Term Investment Plan Sponsored by Nortel Networks Inc.

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario M5K 1E6

Heather Meredith

Email: hmeredith@mccarthy.ca
Tel: 416.601.8342
Fax: 416.868.0673

Lawyers for Hitachi Communications Technologies, Ltd.

AND TO: **TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Scott Bomhof

Email: sbomhof@torys.com
Tel: 416.865.7370
Fax: 416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND TO: **DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario M5X 1K6

Diane Winters

Email: dwinters@justice.gc.ca
Tel: 416.973.3172
Fax: 416.973.0810

AND TO: **LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email: sseigel@langmichener.ca
Tel: 416.307.4063
Fax: 416.365.1719

Lawyers for The Bank of New York Mellon

AND TO: **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario M5L 1A9

Susan M. Grundy
Marc Flynn

Email: susan.grundy@blakes.com
Tel: 416.863.2572
Fax: 416.863.2653

Email: marc.flynn@blakes.com
Tel: 416.863.2685
Fax: 416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson (publ)

AND TO: **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email: pamela.huff@blakes.com
Tel: 416.863.2958
Fax: 416.863.2653

Email: milly.chow@blakes.com
Tel: 416.863.2594
Fax: 416.863.2653

Email: hugh.desbrisay@blakes.com
Tel: 416.863.2426
Fax: 416.863.2653

Email: craig.thorburn@blakes.com
Tel: 416.863.2965
Fax: 416.863.2653

Lawyers for MatlinPatterson Global Advisers LLC, MatlinPatterson Global Opportunities Partners III L.P. and MatlinPatterson Opportunities Partners (Cayman) III L.P.

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email: kmcelcheran@mccarthy.ca
Tel: 416.601.7730
Fax: 416.868.0673

Email: rstabile@mccarthy.ca
Tel: 416.601.8335
Fax: 416.868.0673

Lawyers for Avaya Inc.

AND TO: **SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario M5G 2G8

James McDonald
Darrell Brown

Email: jmcdonald@sgmlaw.com
Tel: 416.979.6425
Fax: 416.591.7333

Email: dbrown@sgmlaw.com
Tel: 416.979.4050
Fax: 416.591.7333

Lawyers for Edmund Fitzgerald

AND TO: **FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email: jspiegelman@foglers.com
Tel: 416.864.9700
Fax: 416.941.8852

Lawyers for Belden (Canada) Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON M5L 1B9

Sean F. Dunphy

Email:   sdunphy@stikeman.com
Tel:   416.869.5662
Fax:   416.947.0866

Lawyers for GENBAND Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY 10022

Gordon Cameron
Ron Ferguson

Email:   gncameron@stikeman.com
Tel:   212.845.7464
Fax:   212.371.7087

Email:   rferguson@stikeman.com
Tel:   212.845.7477
Fax:   212.371.7087

Lawyers for GENBAND Inc.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:   416.367.6024
Fax:   416.361.2763

Email:   chill@blgcanada.com
Tel:   416.367.6156
Fax:   416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON K1N 7G2

Thomas Wallis

E-mail:   thomas.wallis@vdg.ca
Tel:   613.241.2701
Fax:   613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND
TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON M5H 2K1

Joel P. Rochon

Email:   jrochon@rochongenova.com
Tel:   416.363.1867
Fax:   416.363.0263

Lawyers for the Opposing LTD Employees

AND
TO:

**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:   pamela.huff@blakes.com
Tel:   416.863.2958
Fax:   416.863.2653

Email:   jeremy.forgie@blakes.com
Tel:   416.863.3888
Fax:   416.863.2653

Lawyers for The Northern Trust Company, Canada

AND TO: **MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email: kyle.kashuba@macleoddixon.com
Tel: 403.267.8399
Fax: 403.264.5973

Constellation NewEnergy Canada Inc.

AND TO: **SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON K1P 5L4

Peter Engelmann
Fiona Campbell

Email: pengelmann@sgmlaw.com
Tel: 613-482-2452
Fax: 613-235-3041

Email: fcampbell@sgmlaw.com
Tel: 613-482-2451
Fax: 613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND TO: **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email: jbromley@cgsh.com
lschweitzer@cgsh.com
Tel: 212.225.2000
Fax: 212.225.3999

Lawyers for Nortel Networks Inc.

AND TO: **LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON M5H 3P5

William E. Pepall

Email: wpepall@lerners.ca
Tel: 416.601.2352
Fax: 416.867.2415

Lawyers for the Former Employees in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND TO: **LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON M5J 2T7

D. Brent McPherson

Email: bmcpherson@langmichener.ca
Tel: 416.307.4103
Fax: 416.304.3769

Lawyers for Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., in its capacity as Servicer for the Nortel Networks Pass-Through Trust, Series 1-1

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

Barbara J. Boake
James D. Gage

E-mail: bboake@mccarthy.ca
Tel: 416.601.7557
Fax: 416.868.0673

Email: jgage@mccarthy.ca
Tel: 416.601.7539
Fax: 416.686.0673

Lawyers for Morneau Shepell Ltd.

AND TO: **DAVID STEER**
10 Cypress Court
Nepean, ON K2H 8Z8

E-mail: davidsteer127@sympatico.ca

AND TO: **TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray

Email: tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
Tel: 416.865.0040
Fax: 416.865.8730

Lawyers for Nortel Networks Inc.

AND TO: **FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email: jspiegelman@foglers.com

Tel: 416.864.9700
Fax: 416.941.8852

Lawyers for Apex Logistics Inc.

AND TO: **TORYS LLP**
79 Wellington St. W., Suite 3000
Toronto-Dominion Centre
Toronto, Ontario M5K 1N2

Michael Rotsztain

Email: mrotsztain@torys.com
Tel: 416.865.7508
Fax: 416.865.7380

Lawyers for Ranger, Inc.

AND TO: **TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email: hvw@tmlegal.ca
rbm@tmlegal.ca

Tel: 613.542.1889
Fax: 613.542.8202

Lawyers for The Corporation of the City of Belleville

AND TO: **MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta T2P 4H2

Andrew Robertson

Email : andrew.robertson@macleoddixon.com

Tel : 403.267.8222
Fax : 403.264.5973

Lawyers for Recently Severed Calgary Employees

023

**COURTESY COPIES:**

AND TO: **LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email: sbrown@lrlaw.com

Tel: 602.262.5321
Fax: 602.734.3866

Lawyers for The Prudential Insurance Company of America

AND TO: **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail: sreisman@curtis.com
jdrew@curtis.com

Tel: 212.696.6000
Fax: 212-697-1559

Lawyers for Flextronics International

AND TO: **AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara

Email: fhodara@akingump.com

Tel: 212.872.1000
Fax: 212.872.1002

U.S. Lawyers for the Official Committee of Unsecured Creditors

AND TO: **MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email: DDunne@milbank.com
Tel: 212.530.5770
Fax: 212.530.5219

Email: ALeblanc@milbank.com
Tel: 212.835.7574
Fax: 212.530.5219

Email: APisa@milbank.com
Tel: 212.530.5319
Fax: 212.530.5219

U.S. Lawyers for The Informal Nortel Noteholder Group

AND
TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019

Michael L. Schein

Email:   mschein@vedderprice.com

Tel:      212.407.6920
Fax:     212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND
TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta  T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :   andrew.robertson@macleoddixon.com
           caylee.rieger@macleoddixon.com

Tel :     403.267.8222
Fax :    403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND
TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:   eric.prezant@bryancave.com
Tel:      312.602.5033
Fax:     312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :    212.906.1373
Fax :   212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

030

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTAL SERVICE LIST**

TO: **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Tony Reyes
Jennifer Stam

Email: dtay@ogilvyrenault.com
treyes@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel: 416.216.4000
Fax: 416.216.3930

Lawyers for the Applicants

**BY E-MAIL:**

AND
TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Ashley John Taylor

Email:  ataylor@stikeman.com
Tel:     416.869.5236
Fax:     416.947.0866

Lawyers for Ciena Corporation

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Scott Kugler

Email:  scott.kugler@gowlings.com
Tel:     416.369.7107
Fax:     416.862.7661

Laweyrs for Sanmina SCI Corporation

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Scott Kugler

Email:  scott.kugler@gowlings.com
Tel:     416.369.7107
Fax:     416.862.7661

Lawyers for BreconRidge Ltd.

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Scott Kugler

Email:  scott.kugler@gowlings.com
Tel:     416.369.7107
Fax:     416.862.7661

Lawyers for SCI Brockville Corp.

AND
TO:

**DELL CANADA INC.**
Dell Canada Inc.
155 Gordon Baker Rd., Suite 501
North York, Ontario M2H 3N5

Stephanie Cantalini

Email:  Stephanie_cantalini@dell.com
Tel:     416.410.8966
Fax:     866.884.5022

**BY COURIER:**

AND TO: **RADWARE LTD.**
22 Raoul Wallenberg Street
Tel Aviv 69710
Israel

Roy Zisapel

Tel: +972-3-7668610
Fax: +972-3-7668982

with a copy to:

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, New York 10036

Ernest S. Wechsler

Tel: 212.715.9100
Fax: 212.715.8000

AND TO: **7522312 CANADA INC.**
800-515 Legget Drive
Kanata, ON K2K 3G4

Carleton Miller, Chief Executive Officer

Tel: 214.862.7154

with a copy to:

**LaBarge Weinstein Professional Corporation**
515 Legget Drive, Suite 800
Kanata, ON K2K 3G4

Michael Dunleavy

Tel: 613.599.9600 ext. 268
Fax: 613.599.0018

AND TO: **KAPSCH CARRIERCOM AG**
Am Europlatz 5, A1120
Vienna, Austria

Attention: Petra Pracher-Ratnik

AND TO: **ERICSSON (CHINA) COMMUNICATIONS COMPANY LTD.**

No. 5 Lize East Street
Chaoyang District
Beijing 1001102 PRC

Attention: Tom Nygren

AND TO: **OEP RHEA TURKEY TECH B.V.**
21 South Clark Street, 14th Floor
Chicago, IL
60670 U.S.A.

Attention: Joseph Huffsmith / Andrew Dunn

AND TO: **WIRELESS TECHNOLOGY LABORATORIES LIMITED**
Witan Gate House
400-600 Witan Gate West
Milton Keynes
Buckinghamshire MK9 1SH

AND TO: **THARINI SHANMUGANATHAR**
218 Edenbrook Hill Drive
Brampton, ON L7A 2W7

AND TO: **ROY WILLIAM VOKEY**
702-1001 Main Street West
Hamilton, ON L8S 1A9

AND TO: **YUAN ZHUO XIE**
54 Snowball Crescent
Toronto, ON M1B 1R9

AND TO: **TERRY LASCHUK**
3033 Dangerfield Road
Kemptville, ON K0G 1J0

034

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF PPSA REGISTRANTS**

TO: **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Mario Forte
Jennifer Stam

Email: dtay@ogilvyrenault.com
mforte@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel: 416.216.4000
Fax: 416.216.3930

Lawyers for the Applicants

**BY EMAIL:**

AND TO: **ARI FINANCIAL SERVICES INC.**
600-1270 Central Parkway West
Mississauga, ON L5C 4P4

Tel: 905-803-8000
Fax: 905-803-8644

Email: ldearborn@arifleet.ca
jmcmullin@arifleet.ca

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email: jsullivan@edc.ca

Tel: 613.597.8651
Fax: 613.598.3113

AND TO: **GENERAL ELECTRIC CAPITAL EQUIPMENT FINANCE INC.**
5420 North Service Road
Burlington, ON L7L 6C7

Christopher Rankin

Tel: 514.394.2919
Fax: 514.397.5300

Email : christopher.rankin@ge.com

AND TO: **GE CAPITAL CANADA LEASING SERVICES INC.**
5420 North Service Road
4th Floor
Burlington, ON L7L 6C7

Christopher Rankin

Tel: 514.394.2919
Fax: 514.397.5300

Email : christopher.rankin@ge.com

AND TO: **GE CAPITAL CANADA LEASING SERVICES INC.**
1 Place Ville Marie
Suite 1401
Montreal, QC H3B 2B2

Christopher Rankin

Tel: 514.394.2919
Fax: 514.397.5300

Email : christopher.rankin@ge.com

AND TO: **GENERAL ELECTRIC CANADA EQUIPMENT FINANCE G.P.**
500 North Service Road
8th Floor
Burlington, ON L7L 6W6

Christopher Rankin

Tel: 514.394.2919
Fax: 514.397.5300

Email : christopher.rankin@ge.com

AND TO: **NEXCAP FINANCE CORPORATION**
3027 Harvester Road
Suite 212
Burlington, ON L7N 3G7

Scott Lowes

Tel: 905.637.4467 ext. 117
Fax: 905-637-1882

Email: slowes@nexcap.com

AND TO: **STEELCASE FINANCIAL SERVICES LTD.**
1 Steelcase Rd. W.
Markham, ON L3R 0T3

Janeen Treur

Tel: 616.246.4389

Email: jtreur@steelcase.com

AND TO: **THE BANK OF NOVA SCOTIA**
44 King Street West,
Toronto, ON M5H 1H1

Attn: CSRS Queue

Tel: 1.888.855.1234

Email: bsc@scotiabank.com

**BY FAX:**

AND TO: **ABN AMRO BANK N.V.**
Canada Branch
79 Wellington Street West
Suite 1500
Toronto, ON M5K 1G8

Tel: 416-367-0850
Fax: 416-367-1485

AND TO: **ABN AMRO BANK N.V.**
600 De Maissonneuve Blvd. W.
Suite 1500
Montreal, QC H3A 3J2

Tel: 514.284.1133
Fax: 514.284.2357

AND TO: **DELL FINANCIAL SERVICES CANADA LIMITED**
155 Gordon Baker Road
Suite 501
North York, ON M2H 3N5

Tel: 1.877.814.4142
Fax: 1.888.438..1117

AND TO: **GENERAL ELECTRIC CAPITAL CANADA INC.**
2300 Meadowvale Boulevard
Suite 200
Mississauga, ON L5N 5P9

Bethany St. Pierre

Tel: 1.866.329.4323
Fax: 1.866.993.1902

AND TO: **ST MICROELECTRONICS (CANADA), INC.**
1310 Electronics Drive
Carrollton, Texas 75006

Tel: 613.768.9011
Fax: 613.768.9001

AND TO: **HEWLETT-PACKARD FINANCIAL SERVICES CANADA COMPANY**
5150 Spectrum Way
Mississauga, ON L4W 5G1

Attn: Anna Gagliardi

Tel: 905.206.4725
Fax: 905.614.5391

AND TO: **PRODAIR CANADA LTEE**
291 Rue Quinlan
Ville Lasalle, QC H8R 3W4

Alain Cote

Tel: 1.800.363.3572
Fax: 418.878.3235

**BY COURIER:**

AND TO: **CIT TECHNOLOGIES INC.**

181 Bay Street
Suite 3500
Toronto, ON M5J 2T3

AND TO: **HOLMAN CANADA LIMITED PARTNERSHIP**

9000 Midlantice Drive
Mt. Laurel, New Jersey
USA 08054

AND TO: **THE ROYAL BANK OF SCOTLAND N.V., (CANADA) BRANCH**

79 Wellington Street West
Suite 1610
Toronto, ON M5K 1G8

AND TO: **THE ROYAL BANK OF SCOTLAND N.V., (CANADA) BRANCH**

600 De Maissonneuve Blvd. W.
Suite 2810
Montreal, QC H3A 3J2

040

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF PROVINCIAL TAX AUTHORITIES**

TO: **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Mario Forte
Jennifer Stam

Email: dtay@ogilvyrenault.com
mforte@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel: 416.216.4000
Fax: 416.216.3930

Lawyers for the Applicants

**BY EMAIL:**

**ALBERTA**

AND
TO:

**ALBERTA MINISTRY OF FINANCE**
The Tax and Revenue Administration
9811-109 Street
Edmonton, Alberta  T5K 2L5

Sue Jamieson, Assistant Deputy Minister

Email: sue.jamieson@gov.ab.ca
Tel:    780.427.9403
Fax:   780.427.0348

**MANITOBA**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF MANITOBA AS
REPRESENTED BY THE MINISTER OF
FINANCE**

450 Broadway
Winnipeg, Manitoba  R3C 0V8

Barry Draward

E-mail: barry.draward@gov.mb.ca
Tel:    204.945.3758
Fax:   204.948.2360

**NEW BRUNSWICK**

AND TO: **HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF NEW BRUNSWICK AS REPRESENTED BY THE MINISTER OF FINANCE**

Centennial Building
Room: 371, Floor: 3
P. O. Box 6000
Fredericton, New Brunswick
E3B 5H1

Lynn Noel

Email: lynn.noel@gnb.ca
Tel: 506.457.3550
Fax: 506.444.4920

**NEWFOUNDLAND**

AND TO: **HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF NEWFOUNDLAND AS REPRESENTED BY THE MINISTER OF FINANCE**

Department of Finance
3rd Floor, East Block, Confederation Complex
P.O. Box 8700, St. John's, Newfoundland
A1B 4J6

Keith Rees

Email: krees@gov.nl.ca
Tel: 709.729.6297
Fax: 709.729.2856