# EXHIBIT A

Court File No. 09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**
**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

### MOTION RECORD
### Canadian Approval and Vesting Order regarding
### Certain Patents and other Assets
### (returnable June 30, 2011)

April 7, 2011

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC#: 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

# INDEX

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

## INDEX

| TAB | DOCUMENT | PAGE |
|---|---|---|
| 1. | Notice of Motion returnable June 30, 2011 | 001 |
| 2. | Affidavit of George Riedel, sworn April 7, 2011 | 048 |
| A. | Exhibit "A" – Draft Approval and Vesting Order | 058 |
| 3. | Draft Approval and Vesting Order | 075 |
| 4. | Blackline of draft Approval and Vesting Order (MSS Business) to Model Approval and Vesting Order | 091 |

DOCSTOR: 2152112\1

# TAB 1

Court File No.  09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

### IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### NOTICE OF MOTION
### Canadian Approval and Vesting Order re Certain Patents and Other Assets
### (returnable June 30, 2011)

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List court on Thursday, June 30, 2011 at 10:00 a.m., or as soon after that time as the motion can be heard, at 393 University Avenue, Toronto, Ontario.

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐ in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice;

☐ in writing as an opposed motion under subrule 37.12.1(4);

☒ orally.

THE MOTION IS FOR AN ORDER:

(a)  approving a transaction contemplated by an asset sale agreement dated as of April 4, 2011 (the "Proposed Sale Agreement") among:

    i.    NNC, NNL, Nortel Networks Inc. ("NNI"), Nortel Networks UK Limited (in administration) ("NNUK"), Nortel Networks (Ireland) Limited (in administration), Nortel Networks S.A. (in administration and liquidation judiciaire) ("NNSA"), Nortel Networks France S.A.S. (in administration), Nortel GmbH (in administration), the other entities identified therein as sellers, Alan Bloom, Stephen Harris, Alan Hudson, David Hughes and Christopher Hill as Joint Administrators, and Maître Cosme Rogeau as French Liquidator (collectively, the "Sellers"),

    ii.    Ranger Inc. (the "Proposed Purchaser"), and

    iii.    Google Inc., as guarantor,

for the sale of the Assets (as defined in the Proposed Sale Agreement) (together with, the licenses under the Jointly Owned Patents, the Specified UK Patents, the Undisclosed Patent Interests and any other Patents (each as defined in the Proposed Sale Agreement) granted by one or more of the Applicants to the Proposed Purchaser pursuant to the Proposed Sale Agreement and, effective upon receipt by the Sellers or any successor or assign or any receiver, trustee or liquidator appointed in respect of a Seller (or its Property as defined in the Initial Order) of the applicable Exercise Price pursuant to Section 5.19 of the Proposed Sale Agreement, any Undisclosed Patent Interests, together with all the other Assets, collectively the "Purchased Assets");

(b)    vesting all of the Applicants' right, title and interest in and to the Purchased Assets absolutely in the Proposed Purchaser free and clear of and from all Encumbrances (as defined in the Canadian Approval and Vesting Order);

(c)    the approval of certain License Non-Assignment and Non-Renewal Protections (as defined below);

(d)    sealing the confidential appendices to the sixty-third report (the "Sixty-Third Report) of Ernst & Young Inc., as Monitor (in such capacity, the "Monitor") and the confidential

exhibits of one or more affidavits of service (the "Service Affidavits") pending further Order of this Court ; and

(e)     Such further and other relief as counsel may request and that this Honourable Court deems just.

THE GROUNDS FOR THE MOTION ARE:

**BACKGROUND**

(a)     On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") pursuant to an initial order (as subsequently amended and restated, the "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as monitor in the CCAA proceedings;

(b)     The Applicants have previously obtained various relief related to the sale of certain other assets relating to their business units including Nortel's Layer 4-7 Application Delivery business, CDMA and LTE related assets, Enterprise Solutions business, Optical Networking and Carrier Ethernet businesses (associated with its Metro Ethernet Networks Business), Carrier Voice Over IP and Application Solutions business, GSM/GSM-R business and Multi-Service Switch business;

(c)     NNL has also sold, among other assets, its "Westwinds Facility" in Alberta, its interest in its joint venture with LG Electronics Inc., and real property in Ottawa, Ontario known as the Carling Campus;

(d)     References to "Nortel" herein are references to the global enterprise of NNC, NNL, NNI and their respective affiliates as a whole;

(e)     All dollar references are US$ unless otherwise indicated;

**THE ASSETS**

(f)     At this time, Nortel's residual patent assets are one of Nortel's largest remaining assets;

(g)     The Proposed Sale Agreement contemplates the sale of approximately 6,000 Canadian, U.S. and foreign patents and patent applications;

(h)     The extensive patent portfolio touches nearly every aspect of telecommunications and additional markets as well, including Internet search and social networking;

**PROPOSED SALE AGREEMENT**

(i)     After extensive arm's-length, good faith negotiations among the Sellers and the Proposed Purchaser and their respective advisors, the Sellers have agreed, among other things, to convey the Purchased Assets in accordance with the terms and conditions of the Proposed Sale Agreement, subject to certain Court approvals including this Honourable Court and the U.S. Court;

(j)     The Proposed Purchaser will pay to the Sellers, through their Distribution Agent, a purchase price of $900 million in cash, which includes $45 million to be held in escrow to secure indemnity obligations of the Sellers;

(k)     No later than three (3) Business Days following the later of the entry of the Canadian Sales Process Order and the entry of the U.S. Debtors' Bidding Procedures Order (as such term is defined in the Proposed Sale Agreement), the Proposed Purchaser will deliver a good faith deposit in the amount of $27 million in cash;

(l)     The terms and conditions of the Proposed Sale Agreement are described in further detail in the Affidavits of George Riedel, sworn April 7, 2011 and the Sixty-Third Report;

(m)     The Applicants have determined that the Proposed Sale Agreement represents the best opportunity for the Applicants to maximize the value of the Purchased Assets;

(n)     The proposed transaction as set out in the Proposed Sale Agreement is the highest and best offer available for the Purchased Assets, subject to any higher and/or better offers received through the bidding procedures;

## LICENSE MATTERS

(o)     In view of the potential impact of continuing licenses on the value of the Sellers' patent assets, the Applicants also have agreed in furtherance of the sale of the Purchased Assets to the License Non-Assignment and Non-Renewal Protections (as defined in the Canadian Approval and Vesting Order) which contain various limitations and prohibitions on their rights to renew, extend, assign, amend, waive or modify contracts containing licenses to the patents offered for sale;

(p)     These limitations and prohibitions, which are set forth in full in paragraph 14 of the Canadian Approval and Vesting Order, include:

(i)     the deemed non-consent by the Applicants to requests to amend or modify these agreements in manners that would have the practical effect of expanding the scope or term of the licenses to the patents to be transferred to the Proposed Purchaser pursuant to the Proposed Sale Agreement;

(ii)    the deemed non-consent by the Applicants to the assignment of certain of these agreements by the counterparties thereto to third parties;

(iii)   restrictions on the Applicants' ability to assign such contracts; and

(iv)    a power of attorney for the Proposed Purchaser to enforce these protections and terminate certain licenses upon the occurrence of events, dates or circumstances entitling the Applicants to terminate such licenses pursuant to the terms of such licenses.

(q)     The License Non-Assignment and Non-Renewal Protections limit the impact of the applicable license agreements on the Purchased Assets, which benefit the Applicants, their creditors, estates and all interested parties through their expected ability to realize a

higher price for the Purchased Assets, and these protections are tailored to respect the Applicants' current obligations under their existing contracts (while limiting their discretion to extend or modify those obligations after the Closing);

(r) Such counterparties will retain any rights under their contracts that can be exercised without the Applicants' consent;

**SEALING**

(s) The Monitor has or will be filing confidential appendices to the Sixty-Third Report which contain the disclosure schedules and exhibits to the Proposed Sale Agreement;

(t) The disclosure schedules and exhibits contain sensitive competitive, commercial and, in some instances, personal information, including lists of the Transferred Patents and licensees to such patents;

(u) The confidential exhibits to the Service Affidavits will contain a list of the Known Licensees and information related to their service of the materials. This information is commercially sensitive and confidential;

(v) Disclosure of this confidential information would be damaging to the Applicants and the other Sellers and any successful bidder if it is disclosed to their competitors;

**MISCELLANEOUS**

(w) The Applicants may file further supplemental materials prior to the return of this Motion;

(x) The provisions of the CCAA; and

(y) Such further and other grounds as counsel may advise and this Honourable Court permit;

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a) the Affidavits of George Riedel, sworn April 7, 2011;

(b)     the Service Affidavits;

(c)     the Sixty-Third Report and

(d)     such further and other material as may be filed.

April 7, 2011                              **OGILVY RENAULT LLP**
                                          Suite 3800
                                          Royal Bank Plaza, South Tower
                                          200 Bay Street
                                          Toronto, Ontario  M5J 2Z4  CANADA

                                          **Derrick Tay LSUC#: 21152A**
                                          Tel:  (416) 216-4832
                                          Email: dtay@ogilvyrenault.com

                                          **Jennifer Stam LSUC #46735J**
                                          Tel: (416) 216-2327
                                          Email: jstam@ogilvyrenault.com

                                          Fax: (416) 216-3930
                                          Lawyers for the Applicants

TO:        Attached Service List

*April 6, 2011*  008

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:    **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Tony Reyes
Jennifer Stam

Email:    dtay@ogilvyrenault.com
treyes@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:    416.216.4000
Fax:    416.216.3930

Lawyers for the Applicants

TO:    **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:    nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:    416.943.3300

AND
TO:    **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email:    jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
fmyers@goodmans.ca
carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:    416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:    **OSLER HOSKIN AND HARCOURT
LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON  M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email:    lbarnes@osler.com
rchartrand@osler.com
esellers@osler.com
ahirsh@osler.com

Tel:    416.362.2111
Fax:    416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO:    **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email:    dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel:    416.868.3538
Fax:    416.364.7813

Lawyers for Export Development Canada

| | | | |
|---|---|---|---|
| AND TO: | **EXPORT DEVELOPMENT CANADA**<br>151 O'Connor Street<br>Ottawa, ON K1A 1K3 | AND TO: | **THORNTON GROUT FINNIGAN LLP**<br>3200-100 Wellington Street West<br>Toronto-Dominion Centre, Canadian Pacific Tower<br>Toronto, ON M5K 1K7 |

**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:     613.597.8651
Fax:     613.598.3113

**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON M5K 1K7

Leanne M. Williams

Email:   lwilliams@tgf.ca

Tel:     416.304.1616
Fax:     416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:   john.stringer@mcinnescooper.com
         stephen.kingston@mcinnescooper.com

Tel:     902.425.6500
Fax:     902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart

Email:   jcarhart@millerthomson.com

Tel:     416.595.8615/8577
Fax:     416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

Tel.:    416.495.3776
Fax:     416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

AND TO: **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email:   hharrison@boughton.ca

Tel:     604.687.6789
Fax:     604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.,
in its capacity as duly authorized agent for
Holdings 1506 Enterprises Ltd.

AND
TO:    **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:   mmacnaughton@blgcanada.com
Tel:     416. 367.6646
Fax:     416. 682.2837

Email:   rjaipargas@blgcanada.com
Tel:     416.367.6266
Fax:     416.361.7067

Email:   srappos@blgcanada.com
Tel:     416.367.6033
Fax:     416.361.7306

Lawyers for Bell Canada

AND
TO:    **SISKINDS LLP**
680 Waterloo Street
London, ON  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein
Emilie E. M. Maxwell

Email:   ray.leach@siskinds.com
         dimitri.lascaris@siskinds.com
         emilie.maxwell@siskinds.com

Tel:     519.672.2121
Fax:     519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND
TO:    **LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

John Contini
Aaron Rousseau

Email    jcontini@langmichener.ca
Tel:     416.307.4148
Fax:     416.304.3767

Email    arousseau@langmichener.ca
Tel:     416.307.4081
Fax:     416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND
TO:    **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email:   zychk@bennettjones.com
Tel:     416.777.5738
Fax:     416.863.1716

Email:   orzyr@bennettjones.com
Tel:     416.777.5737
Fax:     416.863.1716

Email:   finlaysong@bennettjones.com
Tel:     416.777.5762
Fax:     416.863.1716

Email:   swanr@bennettjones.com
Tel:     416.777.7479
Fax:     416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

| | | | | |
|---|---|---|---|---|
| AND TO: | **KOSKIE MINSKY** | | AND TO: | **KOSKIE MINSKY** |

AND
TO:     **KOSKIE MINSKY**
        20 Queen Street West
        Suite 900
        Toronto, ON  M5H 3R3

        Mark Zigler
        Susan Philpott
        Demetrios Yiokaris
        Andrea McKinnon
        Celeste Poltak

        Email:   mzigler@kmlaw.ca
        Tel:     416.595.2090
        Fax:     416.204.2877

        Email:   sphilpott@kmlaw.ca
        Tel:     416.595.2104
        Fax:     416.204.2882

        Email:   dyiokaris@kmlaw.ca
        Tel:     416.595.2130
        Fax:     416.204.2810

        Email:   amckinnon@kmlaw.ca
        Tel:     416.595.2150
        Fax:     416.204.2874

        Email:   cpoltak@kmlaw.ca
        Tel:     416.595.2701
        Fax:     416.204.2909

        Lawyers for the Former Employees of Nortel

AND
TO:     **KOSKIE MINSKY**
        20 Queen Street West
        Suite 900
        Toronto, ON  M5H 3R3

        Mark Zigler
        Susan Philpott
        Demetrios Yiokaris
        Andrea McKinnon
        Celeste Poltak

        Email:   mzigler@kmlaw.ca
        Tel:     416.595.2090
        Fax:     416.204.2877

        Email:   sphilpott@kmlaw.ca
        Tel:     416.595.2104
        Fax:     416.204.2882

        Email:   dyiokaris@kmlaw.ca
        Tel:     416.595.2130
        Fax:     416.204.2810

        Email:   amckinnon@kmlaw.ca
        Tel:     416.595.2150
        Fax:     416.204.2874

        Email:   cpoltak@kmlaw.ca
        Tel:     416.595.2701
        Fax:     416.204.2909

        Lawyers for the LTD Beneficiaries

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email:   msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Email:   jmklotz@millerthomson.com
Tel:     416.595.4373
Fax:     416.595.8695

Lawyers for LG Electronics Inc.

AND TO:
**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:   joseph.kim@lge.com

Tel:     +82.2.3777.3171
Fax:     +82.2.3777.5345

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email   msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND TO:
**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:   harvey@chaitons.com

Tel:     416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:   ken.rosenberg@paliareroland.com
Tel:     416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:     416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:     416.646.4326
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:     416.646.4332
Fax:     416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
         Alex.macfarlane@fmc-law.com
         Michael.wunder@fmc-law.com
         ryan.jacobs@fmc-law.com

Tel:     416.863.4511
Fax:     416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON M5X 1G5

E. Patrick Shea

Email:   patrick.shea@gowlings.com

Tel:     416.369.7399
Fax:     416.862.7661

Lawyers for Westcon Group

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:   rslattery@mindengross.com
         dullmann@mindengross.com
Tel:     416.369.4149
Fax:     416.864.9223

Lawyers for Verizon Communications Inc.

AND
TO:

**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:    hfogul@airdberlis.com
Tel:       416.865.7773
Fax:      416.863.1515

Email:    pczegledy@airdberlis.com
Tel:       416.865.7749
Fax:      416.863.1515

Lawyers for Microsoft Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:    renglish@airdberlis.com
             smitra@airdberlis.com

Tel:       416.863.1500
Fax:      416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND
TO:

**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:    surquhart@ahbl.ca
Tel:       604.484.1757
Fax:      604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:    jwigley@gardiner-roberts.com
Tel:       416.865.6655
Fax:      416.865.6636

Email:    vdare@foglers.com
Tel:       416.865.6641
Fax:      416.865.6636

Lawyers for Andrew, LLC

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:    sgraff@airdberlis.com
Tel:       416.865.7726
Fax:      416.863.1515

Email:    iaversa@airdberlis.com
Tel:       416.865.3082
Fax:      416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Maurice Fleming

Email:    mfleming@millerthomson.com
Tel:       416.595.8686
Fax:      416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

| | | | |
|---|---|---|---|
| AND TO: | **DAVIS LLP** | AND TO: | **McMILLAN LLP** |

AND TO:     **DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:     416.365.3529
Fax:     416.369.5210

Email:   jdavissydor@davis.ca
Tel:     416.941.5397
Fax:     416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services


AND TO:     **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Perot Systems Corporation


AND TO:     **CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:   dgrieve@casselsbrock.com
Tel:     416.860.5219
Fax:     416.350.6923

Lawyers for Alvarion Ltd.


AND TO:     **McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:   andrew.kent@mcmillan.ca
Tel:     416.865.7160
Fax:     416.865.7048

Email:   hilary.clarke@mcmillan.ca
Tel:     416.865.7286
Fax:     416.865.7048

Email:   tushara.weerasooriya@mcmillan.ca
Tel:     416.865.7262
Fax:     416.865.7048

Lawyers for Royal Bank of Canada


AND TO:     **McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:   lawrence.crozier@mcmillan.ca
Tel:     416.865.7178
Fax:     416.865.7048

Email:   adam.maerov@mcmillan.ca
Tel:     416.865.7285
Fax:     416.865.7048

Lawyers for Citibank


AND TO:     **BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:   dmagisano@blaney.com
Tel:     416.593.2996
Fax:     416.593.5437

Lawyers for Expertech Network Installation Inc.

017

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:     416.865.6636

Email:   vdare@foglers.com
Tel:      416.865.6641
Fax:     416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:   smitra@airdberlis.com

Tel:      416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Aaron Rousseau

Email:   arousseau@langmichener.ca
Tel:      416.307.4081
Fax:     416.365.1719

Lawyer for Right Management Inc.

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Michael Casey

Email:   bleonard@casselsbrock.com
              dward@casselsbrock.com
              mcasey@casselsbrock.com

Tel:      416.860.6455
Fax:     416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND
TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:   pklepsoe@mcfarlanelaw.com

Tel:      613.233.2679
Fax:     613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management,
Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:   theintzm@mccarthy.ca
Tel:      416.601.7627
Fax:     416.868.0673

Email:   jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:

**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:      514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca

Tel:      613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:   chris.besant@bakernet.com

Tel:      416.865.2318
Fax:     416.863.6275

Email:   lydia.salvi@bakernet.com

Tel:      416.865.6944
Fax:     416.863.6275

Lawyers for Jabil Circuit Inc.

AND
TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
            mgaggino@schneidergaggino.com

Tel:      514.631.8787
Fax:     514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND
TO:

**EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:   nanci@eurodata.ca
Tel:      613.745.0921
Fax:     613.745.1172

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:   ryanbellr@bennettjones.com
            laugesenm@bennettjones.com

Tel:      416.863.1200
Fax:     416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:   tdunn@mindengross.com
Tel:      416.369.4335
Fax:     416.864.9223

Lawyers for 2748355 Canada Inc.

AND
TO:

**BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:   lbrady@baldwinlaw.ca
Tel:      613.771.9991
Fax:     613.771.9998

Lawyers for Sydney Street Properties Corp.

AND
TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:      416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:       416.365.3529
Fax:      416.369.5210

Email:   jdavissydor@davis.ca
Tel:       416.941.5397
Fax:      416.365.7886

Lawyers for Computershare Trust Company of
Canada


AND
TO:
**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:       416.598.1744
Fax:      416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:       416.598.1744
Fax:      416.598.3730

Lawyers for William A. Owens


AND
TO:
**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:       416.863.0900
Fax:      416.863.0871

Email:   mgottlieb@dwpv.com
Tel:       416.863.0900
Fax:      416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)


AND
TO:
**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:   lydia.salvi@bakernet.com

Tel:       416.865.6944
Fax:      416.863.6275

Lawyers for Wipro Limited

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for the Current and Former Employees
of Nortel Networks Inc. who are or were
Participants in the Long-Term Investment Plan
Sponsored by Nortel Networks Inc.

AND
TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:   sbomhof@torys.com
Tel:      416.865.7370
Fax:     416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email:   sseigel@langmichener.ca
Tel:      416.307.4063
Fax:     416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:   hmeredith@mccarthy.ca
Tel:      416.601.8342
Fax:     416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:   dwinters@justice.gc.ca
Tel:      416.973.3172
Fax:     416.973.0810

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:   susan.grundy@blakes.com
Tel:      416.863.2572
Fax:     416.863.2653

Email:   marc.flynn@blakes.com
Tel:      416.863.2685
Fax:     416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson
(publ)

AND
TO:     **BLAKE, CASSELS & GRAYDON LLP**
        199 Bay Street, Suite 2800
        Commerce Court West
        Toronto, Ontario  M5L 1A9

        Pamela Huff
        Milly Chow
        Hugh DesBrisay
        Craig Thorburn

        Email:   pamela.huff@blakes.com
        Tel:     416.863.2958
        Fax:     416.863.2653

        Email:   milly.chow@blakes.com
        Tel:     416.863.2594
        Fax:     416.863.2653

        Email:   hugh.desbrisay@blakes.com
        Tel:     416.863.2426
        Fax:     416.863.2653

        Email:   craig.thorburn@blakes.com
        Tel:     416.863.2965
        Fax:     416.863.2653

        Lawyers for MatlinPatterson Global Advisers
        LLC, MatlinPatterson Global Opportunities
        Partners III L.P. and MatlinPatterson
        Opportunities Partners (Cayman) III L.P.

AND
TO:     **McCARTHY TETRAULT LLP**
        Suite 5300, Toronto Dominion Bank Tower
        Toronto, Ontario  M5K 1E6

        Kevin P. McElcheran
        Ryan Stabile

        Email:   kmcelcheran@mccarthy.ca
        Tel:     416.601.7730
        Fax:     416.868.0673

        Email:   rstabile@mccarthy.ca
        Tel:     416.601.8335
        Fax:     416.868.0673

        Lawyers for Avaya Inc.

AND
TO:     **SACK GOLDBLATT MITCHELL LLP**
        20 Dundas Street West
        Suite 1100
        Toronto, Ontario  M5G 2G8

        James McDonald
        Darrell Brown

        Email:   jmcdonald@sgmlaw.com
        Tel:     416.979.6425
        Fax:     416.591.7333

        Email:   dbrown@sgmlaw.com
        Tel:     416.979.4050
        Fax:     416.591.7333

        Lawyers for Edmund Fitzgerald

AND
TO:     **FOGLER, RUBINOFF LLP**
        Barristers and Solicitors
        Suite 1200
        Toronto-Dominion Centre
        95 Wellington Street West
        Toronto, Ontario  M5J 2Z9

        Jeffrey K. Spiegelman

        Email:   jspiegelman@foglers.com
        Tel:     416.864.9700
        Fax:     416.941.8852

        Lawyers for Belden (Canada) Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:  sdunphy@stikeman.com
Tel:      416.869.5662
Fax:      416.947.0866

Lawyers for GENBAND Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:  gncameron@stikeman.com
Tel:      212.845.7464
Fax:      212.371.7087

Email:  rferguson@stikeman.com
Tel:      212.845.7477
Fax:      212.371.7087

Lawyers for GENBAND Inc.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:  jmarshall@blgcanada.com
Tel:      416.367.6024
Fax:      416.361.2763

Email:  chill@blgcanada.com
Tel:      416.367.6156
Fax:      416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:      613.241.2701
Fax:      613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND
TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:  jrochon@rochongenova.com
Tel:      416.363.1867
Fax:      416.363.0263

Lawyers for the Opposing LTD Employees

AND
TO:

**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:      416.863.2958
Fax:      416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:      416.863.3888
Fax:      416.863.2653

Lawyers for The Northern Trust Company, Canada

AND
TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:   kyle.kashuba@macleoddixon.com
Tel:      403.267.8399
Fax:     403.264.5973

Constellation NewEnergy Canada Inc.

AND
TO:

**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:   jbromley@cgsh.com
          lschweitzer@cgsh.com
Tel:      212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

D. Brent McPherson

Email:   bmcpherson@langmichener.ca
Tel:      416.307.4103
Fax:     416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to
Wachovia Bank, N.A., in its capacity as Servicer
for the Nortel Networks Pass-Through Trust,
Series 1-1

AND
TO:

**SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:   pengelmann@sgmlaw.com
Tel:      613-482-2452
Fax:     613-235-3041

Email:   fcampbell@sgmlaw.com
Tel:      613-482-2451
Fax:     613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the
Distribution of the Corpus of the Health and Welfare
Trust

AND
TO:

**LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email:   wpepall@lerners.ca
Tel:      416.601.2352
Fax:     416.867.2415

Lawyers for the Former Employees in Respect of the
Distribution of the Corpus of the Health and Welfare
Trust

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage

E-mail:  bboake@mccarthy.ca
Tel:      416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:      416.601.7539
Fax:     416.686.0673

Lawyers for Morneau Shepell Ltd.

AND
TO:
**DAVID STEER**
10 Cypress Court
Nepean, ON K2H 8Z8

E-mail: davidsteer127@sympatico.ca

AND
TO:
**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray

Email: tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
Tel: 416.865.0040
Fax: 416.865.8730

Lawyers for Nortel Networks Inc.

AND
TO:
**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email: jspiegelman@foglers.com

Tel: 416.864.9700
Fax: 416.941.8852

Lawyers for Apex Logistics Inc.

AND
TO:
**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email: hvw@tmlegal.ca
rbm@tmlegal.ca

Tel: 613.542.1889
Fax: 613.542.8202

Lawyers for The Corporation of the City of Belleville

AND
TO:
**TORYS LLP**
79 Wellington St. W., Suite 3000
Toronto-Dominion Centre
Toronto, Ontario M5K 1N2

Michael Rotsztain

Email: mrotsztain@torys.com
Tel: 416.865.7508
Fax: 416.865.7380

Lawyers for Ranger, Inc.

AND
TO:
**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta T2P 4H2

Andrew Robertson

Email : andrew.robertson@macleoddixon.com

Tel : 403.267.8222
Fax : 403.264.5973

Lawyers for Recently Severed Calgary Employees

## COURTESY COPIES:

AND
TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email:   sbrown@lrlaw.com

Tel:      602.262.5321
Fax:     602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND
TO:

**CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
         jdrew@curtis.com

Tel:      212.696.6000
Fax:     212-697-1559

Lawyers for Flextronics International

AND
TO:

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:   fhodara@akingump.com

Tel:      212.872.1000
Fax:     212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**MILBANK, TWEED, HADLEY
McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email:   DDunne@milbank.com
Tel:      212.530.5770
Fax:     212.530.5219

Email:   ALeblanc@milbank.com
Tel:      212.835.7574
Fax:     212.530.5219

Email:   APisa@milbank.com
Tel:      212.530.5319
Fax:     212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

AND
TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:       212.407.6920
Fax:      212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND
TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :  andrew.robertson@macleoddixon.com
            caylee.rieger@macleoddixon.com

Tel :     403.267.8222
Fax :    403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND
TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Eric S. Prezant

Email:   eric.prezant@bryancave.com
Tel :      312.602.5033
Fax:      312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :    212.906.1373
Fax :   212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

029

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**


**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**


**SUPPLEMENTAL SERVICE LIST**


TO:        **OGILVY RENAULT LLP**
           Royal Bank Plaza, South Tower
           200 Bay Street, Suite 3800
           Toronto, Ontario M5J 2Z4

           Derrick Tay
           Tony Reyes
           Jennifer Stam

           Email:    dtay@ogilvyrenault.com
                     treyes@ogilvyrenault.com
                     jstam@ogilvyrenault.com

           Tel:      416.216.4000
           Fax:      416.216.3930

           Lawyers for the Applicants


DOCSTOR: 2150821\2

**BY E-MAIL:**

| | |
|---|---|
| AND TO: | **STIKEMAN ELLIOTT LLP** |

AND
TO:    **STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Ashley John Taylor

Email:   ataylor@stikeman.com
Tel:      416.869.5236
Fax:     416.947.0866

Lawyers for Ciena Corporation

AND
TO:    **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Scott Kugler

Email:   scott.kugler@gowlings.com
Tel:      416.369.7107
Fax:     416.862.7661

Lawyers for BreconRidge Ltd.

AND
TO:    **DELL CANADA INC.**
Dell Canada Inc.
155 Gordon Baker Rd., Suite 501
North York, Ontario M2H 3N5

Stephanie Cantalini

Email:  Stepha nie_cantalini@dell.com
Tel:      416.410.8966
Fax:     866.884.5022

AND
TO:    **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Scott Kugler

Email:   scott.kugler@gowlings.com
Tel:      416.369.7107
Fax:     416.862.7661

Laweyrs for Sanmina SCI Corporation

AND
TO:    **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Scott Kugler

Email:   scott.kugler@gowlings.com
Tel:      416.369.7107
Fax:     416.862.7661

Lawyers for SCI Brockville Corp.

## BY COURIER:

AND TO:
**RADWARE LTD.**
22 Raoul Wallenberg Street
Tel Aviv 69710
Israel

Roy Zisapel

Tel:    +972-3-7668610
Fax:   +972-3-7668982

with a copy to:

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, New York 10036

Ernest S. Wechsler

Tel:    212.715.9100
Fax:   212.715.8000

AND TO:
**KAPSCH CARRIERCOM AG**
Am Europlatz 5, A1120
Vienna, Austria

Attention: Petra Pracher-Ratnik

AND TO:
**THARINI SHANMUGANATHAR**
218 Edenbrook Hill Drive
Brampton, ON  L7A 2W7

AND TO:
**YUAN ZHUO XIE**
54 Snowball Crescent
Toronto, ON  M1B 1R9

AND TO:
**7522312 CANADA INC.**
800-515 Legget Drive
Kanata, ON K2K 3G4

Carleton Miller, Chief Executive Officer

Tel:     214.862.7154

with a copy to:

**LaBarge Weinstein Professional Corporation**
515 Legget Drive, Suite 800
Kanata, ON  K2K 3G4

Michael Dunleavy

Tel:    613.599.9600 ext. 268
Fax:   613.599.0018

AND TO:
**ERICSSON (CHINA) COMMUNICATIONS COMPANY LTD.**

No. 5 Lize East Street
Chaoyang District
Beijing 1001102 PRC

Attention: Tom Nygren

AND TO:
**ROY WILLIAM VOKEY**
702-1001 Main Street West
Hamilton, ON  L8S 1A9

**TERRY LASCHUK**
3033 Dangerfield Road
Kemptville, ON  K0G 1J0

DOCSTOR: 2150821\2

033

034

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF PPSA REGISTRANTS**

TO:      **OGILVY RENAULT LLP**
         Royal Bank Plaza, South Tower
         200 Bay Street, Suite 3800
         Toronto, Ontario M5J 2Z4

         Derrick Tay
         Mario Forte
         Jennifer Stam

         Email:    dtay@ogilvyrenault.com
                   mforte@ogilvyrenault.com
                   jstam@ogilvyrenault.com

         Tel:      416.216.4000
         Fax:      416.216.3930

         Lawyers for the Applicants

DOCSTOR: 1685281\7

035

**BY EMAIL:**

AND    **ARI FINANCIAL SERVICES INC.**
TO:    600-1270 Central Parkway West
     Mississauga, ON L5C 4P4

     Tel:     905-803-8000
     Fax:    905-803-8644

     Email:    ldearborn@arifleet.ca
             jmcmullin@arifleet.ca

AND    **EXPORT DEVELOPMENT CANADA**
TO:    151 O'Connor Street
     Ottawa, ON K1A 1K3

     Jennifer Sullivan

     Email:    jsullivan@edc.ca

     Tel:     613.597.8651
     Fax:    613.598.3113

AND    **GENERAL ELECTRIC CAPITAL**
TO:    **EQUIPMENT FINANCE INC.**
     5420 North Service Road
     Burlington, ON L7L 6C7

     Christopher Rankin

     Tel:     514.394.2919
     Fax:    514.397.5300

     Email :    christopher.rankin@ge.com

AND    **GE CAPITAL CANADA LEASING**
TO:    **SERVICES INC.**
     5420 North Service Road
     4th Floor
     Burlington, ON L7L 6C7

     Christopher Rankin

     Tel:     514.394.2919
     Fax:    514.397.5300

     Email :    christopher.rankin@ge.com

AND    **GE CAPITAL CANADA LEASING**
TO:    **SERVICES INC.**
     1 Place Ville Marie
     Suite 1401
     Montreal, QC H3B 2B2

     Christopher Rankin

     Tel:     514.394.2919
     Fax:    514.397.5300

     Email :    christopher.rankin@ge.com

AND    **GENERAL ELECTRIC CANADA**
TO:    **EQUIPMENT FINANCE G.P.**
     500 North Service Road
     8th Floor
     Burlington, ON L7L 6W6

     Christopher Rankin

     Tel:     514.394.2919
     Fax:    514.397.5300

     Email :    christopher.rankin@ge.com

AND
TO:
**NEXCAP FINANCE
CORPORATION**
3027 Harvester Road
Suite 212
Burlington, ON L7N 3G7

Scott Lowes

Tel:     905.637.4467 ext. 117
Fax:     905-637-1882

Email:  slowes@nexcap.com

AND
TO:
**THE BANK OF NOVA SCOTIA**
44 King Street West,
Toronto, ON M5H 1H1

Attn:    CSRS Queue

Tel:     1.888.855.1234

Email:  bsc@scotiabank.com

AND
TO:
**STEELCASE FINANCIAL SERVICES
LTD.**
1 Steelcase Rd. W.
Markham, ON L3R 0T3

Janeen Treur

Tel:     616.246.4389

Email:  jtreur@steelcase.com