# EXHIBIT C

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 28, 2011
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Accommodations | $1,212.17 |
| Airfare/Travel | $3,625.58 |
| Binding Books / Documents | $     13.00 |
| Cellular Phones | $   295.48 |
| Library Computer Research | $   332.03 |
| Long Distance Telephone Calls | $     34.32 |
| Meals & Beverages | $   222.29 |
| Parking | $     33.63 |
| Photocopy Charges | $   709.10 |
| Ground Transportation (Taxi Charges/Courier) | $   814.75 |
| | |
| Total Non-Taxable Disbursements | **$7,292.35 CDN.** |

9696848 1