# EXHIBIT D

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 31, 2011  
Invoice #: 2822878  
Page 43 of 47

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/12/10 | Telephone;17033367052;ArlingtoVA; TO34 | 1 | 8.64 |
| 16/12/10 | Telephone;17033367052;ArlingtoVA; TO34 | 1 | 1.08 |
| 16/12/10 | Telephone;17033367052;ArlingtoVA; TO34 | 1 | 0.54 |
| 27/01/11 | Telephone;12128728020;New YorkNY;TO47 | 1 | 0.51 |
| 27/01/11 | Telephone;12128728040;New YorkNY;TO47 | 1 | 7.14 |
| 31/01/11 | Beck Taxi/Invoice 1721-025/Ryan Jacobs Jan 19/11 | 1 | 35.76 |
| 31/01/11 | "Beck Taxi/Invoice 1721-025/M Wunder/J. Hetu/R. Jacobs (separate taxis) | 1 | 82.00 |
| 31/01/11 | Beck Taxi/Invoice 1721-025/M J Wunder Sept 22/10 | 1 | 28.52 |
| 31/01/11 | Beck Taxi/Invoice 1721-025/M J Wunder Jan 20/11 | 1 | 55.87 |
| 31/01/11 | Beck Taxi/Invoice 1721-025/Jarvis Hetu Jan 4/11 | 1 | 23.14 |
| 02/02/11 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 02/02/11 | Laser Copy;NELSON M | 36 | 3.60 |
| 02/02/11 | Laser Copy;jacobsr | 13 | 1.30 |
| 03/02/11 | Laser Copy;NELSON M | 65 | 6.50 |
| 03/02/11 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 03/02/11 | Laser Copy;MattesL | 52 | 5.20 |
| 03/02/11 | Laser Copy;NELSON M | 249 | 24.90 |
| 04/02/11 | Photocopy;PUSHALIK A | 3 | 0.30 |
| 04/02/11 | Laser Copy;NELSON M | 266 | 26.60 |
| 04/02/11 | Laser Copy;MattesL | 10 | 1.00 |
| 07/02/11 | Laser Copy;HETU, Jarvis | 67 | 6.70 |
| 07/02/11 | Laser Copy;MacFarlaneA | 141 | 14.10 |
| 07/02/11 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 07/02/11 | Laser Copy;NELSON M | 134 | 13.40 |
| 07/02/11 | Laser Copy;DUNSMUIM | 110 | 11.00 |
| 08/02/11 | Telephone;19175447922;New YorkNY;4715 | 1 | 0.51 |
| 08/02/11 | Laser Copy;DuldulaoF | 123 | 12.30 |
| 08/02/11 | Laser Copy;NELSON M | 56 | 5.60 |
| 09/02/11 | Taxi to Eglinton for M. Wunder on Feb. 1/11; 2011-2-1 | 1 | 22.12 |
| 09/02/11 | Laser Copy;NELSON M | 26 | 2.60 |
| 09/02/11 | Laser Copy;MacFarlaneA | 17 | 1.70 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 31, 2011  
Invoice #: 2822878  
Page 44 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/02/11 | Working Lunch for J. Hetu on February 3, 2011 from Cultures.; 2011-2-3 | 1 | 9.98 |
| 09/02/11 | Working dinner from Louis' Pizza for M. Wunder on Feb. 6/11; 2011-2-6 | 1 | 17.70 |
| 09/02/11 | Parking at Royal Trust on January, 21, 2011 for J. Hetu to attend on conference call regarding FMC's presentation to the Committee's professionals.; 2011-1-21 | 1 | 24.78 |
| 09/02/11 | Taxi for R. Jacobs on Feb. 7/11; 2011-2-7 | 1 | 29.56 |
| 10/02/11 | Taxi Charges - Royal Taxi /inv #188562/Denise Williams Jan 11/11 | 1 | 33.16 |
| 10/02/11 | Laser Copy;NELSON M | 97 | 9.70 |
| 10/02/11 | Courier & Delivery - Speedy Messenger Service | 1 | 7.62 |
| 10/02/11 | Air Canada return flight to New York for R. Jacobs on Feb. 10/11; 2011-2-10 | 1 | 1,089.64 |
| 10/02/11 | Laser Copy;NELSON M | 14 | 1.40 |
| 10/02/11 | Laser Copy;MacFarlaneA | 10 | 1.00 |
| 11/02/11 | Laser Copy;PUSHALIK A | 21 | 2.10 |
| 11/02/11 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 11/02/11 | Laser Copy;MattesL | 11 | 1.10 |
| 14/02/11 | Tabs/Cerlox/Clear Cover | 1 | 5.00 |
| 14/02/11 | Laser Copy;NELSON M | 436 | 43.60 |
| 14/02/11 | Laser Copy;DUNSMUIM | 107 | 10.70 |
| 14/02/11 | Laser Copy;DamaniA | 196 | 19.60 |
| 14/02/11 | Telephone;12128728121;New YorkNY;4715 | 1 | 2.04 |
| 14/02/11 | Telephone;12128728121;New YorkNY;4715 | 1 | 0.51 |
| 14/02/11 | Telephone;12015877134;HackensaNJ; 4715 | 1 | 1.62 |
| 14/02/11 | Telephone;12128728121;New YorkNY;4715 | 1 | 0.51 |
| 14/02/11 | Telephone;12128728121;New YorkNY;4715 | 1 | 11.22 |
| 14/02/11 | Laser Copy;Kee, Evelyn | 150 | 15.00 |
| 14/02/11 | Laser Copy;LEGAULT | 5 | 0.50 |
| 14/02/11 | Laser Copy;MattesL | 402 | 40.20 |
| 14/02/11 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 14/02/11 | Laser Copy;HETU, Jarvis | 6 | 0.60 |
| 14/02/11 | Laser Copy;MacFarlaneA | 21 | 2.10 |
| 15/02/11 | Laser Copy;HETU, Jarvis | 283 | 28.30 |
| 15/02/11 | Taxi from Pearson International Airport to 77 King Street West; A. MacFarlane 2011-1-21 | 1 | 57.52 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 31, 2011  
Invoice #: 2822878  
Page 45 of 47

| Date | Description | Qty. | Amount |
| --- | --- | --- | --- |
| 15/02/11 | Taxi from Toronto to Pearson International Airport - January 20, 2011; A. MacFarlane 2011-1-20 | 1 | 57.52 |
| 15/02/11 | ECarswell | 1 | 332.03 |
| 15/02/11 | Laser Copy;MattesL | 45 | 4.50 |
| 15/02/11 | Laser Copy;NELSON M | 80 | 8.00 |
| 15/02/11 | Laser Copy;NELSON M | 168 | 16.80 |
| 15/02/11 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 15/02/11 | Photocopy;Kee, Evelyn | 32 | 3.20 |
| 15/02/11 | Airfare from Toronto to Laguardia and return - January 20-21, 2011; 2010-12-20 | 1 | 952.45 |
| 15/02/11 | Food and beverage at Pearson International Airport while traveling; A. MacFarlane- January 20, 2011; 2011-1-20 | 1 | 9.07 |
| 15/02/11 | Hotel accommodations at LeParker Meridien - January 20-21, 2011; A. MacFarlane 2011-1-21 | 1 | 312.17 |
| 16/02/11 | Laser Copy;HETU, Jarvis | 49 | 4.90 |
| 16/02/11 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 16/02/11 | Laser Copy;NELSON M | 68 | 6.80 |
| 16/02/11 | Laser Copy;MattesL | 24 | 2.40 |
| 17/02/11 | Laser Copy;NELSON M | 65 | 6.50 |
| 17/02/11 | Taxi Charges - Diamond Taxicab Association /inv dated Jan 31/11 | 1 | 21.03 |
| 17/02/11 | Laser Copy;MacFarlaneA | 100 | 10.00 |
| 17/02/11 | Laser Copy;MattesL | 144 | 14.40 |
| 17/02/11 | Laser Copy;HETU, Jarvis | 8 | 0.80 |
| 18/02/11 | Laser Copy;KAPLAN M | 11 | 1.10 |
| 18/02/11 | Laser Copy;NELSON M | 6 | 0.60 |
| 18/02/11 | Meals and Beverages - Working Dinner Restaurants On The Go/A North-Nov. 15/10/Inv. 7360 | 1 | 18.15 |
| 18/02/11 | Laser Copy;MacFarlaneA | 79 | 7.90 |
| 20/02/11 | Laser Copy;LEGAULT | 5 | 0.50 |
| 21/02/11 | Laser Copy;jacobsr | 122 | 12.20 |
| 21/02/11 | Laser Copy;MacFarlaneA | 329 | 32.90 |
| 22/02/11 | Taxi in New York to meeting at Cleary for M. Wunder on Jan. 18/11 (see Visa); 2011-1-18 | 1 | 25.75 |
| 22/02/11 | Laser Copy;NELSON M | 329 | 32.90 |
| 22/02/11 | Air Canada return trip to New York for M. Wunder on Jan. 18-19/11; 2011-1-18 | 1 | 934.89 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 31, 2011  
Invoice #: 2822878  
Page 46 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 22/02/11 | Laser Copy;jacobsr | 19 | 1.90 |
| 22/02/11 | Laser Copy;Kee, Evelyn | 56 | 5.60 |
| 22/02/11 | Photocopy;Kee, Evelyn | 115 | 11.50 |
| 22/02/11 | Laser Copy;NELSON M | 100 | 10.00 |
| 22/02/11 | Breakfast at Starbucks while travelling in New York for M. Wunder on Jan. 19/11; 2011-1-19 | 1 | 10.52 |
| 22/02/11 | Breakfast at Starbucks at Toronto airport while travelling to New York for M. Wunder on Jan. 18/11; 2011-1-18 | 1 | 11.04 |
| 22/02/11 | Photocopy;Kee, Evelyn | 267 | 26.70 |
| 22/02/11 | Hotel room at Le Parker Meridien in New York for M. Wunder on Jan. 18/11 (see Visa); 2011-1-18 | 1 | 450.00 |
| 22/02/11 | Laser Copy;NORTH, Alexandra | 140 | 14.00 |
| 22/02/11 | Laser Copy;HETU, Jarvis | 362 | 36.20 |
| 22/02/11 | Tabs / Cerlox / Clear Cover | 1 | 8.00 |
| 22/02/11 | Laser Copy;MacFarlaneA | 94 | 9.40 |
| 22/02/11 | Taxi from New York airport to city for M. Wunder on Jan. 18/11; 2011-1-18 | 1 | 65.00 |
| 22/02/11 | Taxi from Toronto airport to office for M. Wunder on Jan. 19/11; 2011-1-19 | 1 | 59.21 |
| 22/02/11 | Taxi to Toronto airport for M. Wunder on Jan. 18/11; 2011-1-18 | 1 | 43.28 |
| 23/02/11 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 23/02/11 | Taxi from Eglinton to Toronto office for M. Wunder on Jan. 20/11; 2011-1-20 | 1 | 23.89 |
| 23/02/11 | Air Canada return flight to New York for M. Wunder on Jan. 20-21/11; 2011-1-20 | 1 | 648.60 |
| 23/02/11 | Laser Copy;HETU, Jarvis | 58 | 5.80 |
| 23/02/11 | Laser Copy;Kee, Evelyn | 95 | 9.50 |
| 23/02/11 | Dinner at Park Cafe while working in New York for M. Wunder and M. Picard on Jan. 20/11 (see Visa); 2011-1-20 | 1 | 50.00 |
| 23/02/11 | Breakfast at Starbucks while working in New York for M. Wunder on Jan. 21/11; 2011-1-21 | 1 | 12.41 |
| 23/02/11 | Taxi from Toronto airport to Eglinton for M. Wunder on Jan. 21/11; 2011-1-21 | 1 | 49.56 |
| 23/02/11 | Laser Copy;NELSON M | 151 | 15.10 |
| 23/02/11 | Hotel room at Le Parker Meridien in New York for M. Wunder on Jan. 20/11 (see Visa); 2011-1-20 | 1 | 450.00 |
| 23/02/11 | Laser Copy;NORTH, Alexandra | 39 | 3.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 31, 2011  
Invoice #: 2822878  
Page 47 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 23/02/11 | Laser Copy;jacobsr | 86 | 8.60 |
| 23/02/11 | Taxi from Akin Gump office to New York airport for M. Wunder on Jan. 21/11; 2011-1-21 | 1 | 40.00 |
| 23/02/11 | Taxi from hotel to meeting in New York for M. Wunder on Jan. 21/11 (see Visa); 2011-1-21 | 1 | 12.67 |
| 23/02/11 | Taxi from New York airport to hotel for M. Wunder on Jan. 20/11 (see Visa); 2011-1-20 | 1 | 41.57 |
| 24/02/11 | Meals and Beverages - Working meals A.MacFarlane/J. Hetu on Jan 4/11/inv 301566 | 1 | 50.00 |
| 24/02/11 | Laser Copy;HETU, Jarvis | 2 | 0.20 |
| 24/02/11 | Laser Copy;jacobsr | 29 | 2.90 |
| 24/02/11 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 24/02/11 | Parking for work on holiday for M. Wunder on Feb. 21/11; 2011-2-21 | 1 | 8.85 |
| 24/02/11 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 24/02/11 | Laser Copy;Kee, Evelyn | 259 | 25.90 |
| 25/02/11 | Laser Copy;MacFarlaneA | 21 | 2.10 |
| 25/02/11 | Laser Copy;Kee, Evelyn | 104 | 10.40 |
| 25/02/11 | Working lunch for R. Jacobs and A. MacFarlane from Subway on February 24, 2011; 2011-2-24 | 1 | 20.17 |
| 25/02/11 | Working lunch for J. Hetu from Aroma on February 24, 2011; 2011-2-24 | 1 | 13.25 |
| 28/02/11 | Laser Copy;MacFarlaneA | 39 | 3.90 |
| 28/02/11 | Verizon Wireless roaming charges for R. Jacobs on Oct. 20 - Nov. 19/10; 2010-10-20 | 1 | 276.98 |
| 28/02/11 | Laser Copy;Kee, Evelyn | 146 | 14.60 |
| 28/02/11 | Laser Copy;jacobsr | 31 | 3.10 |
| 28/02/11 | Verizon Wireless roaming charges for R. Jacobs for Dec. 20/10 - Jan. 19/11; 2010-12-20 | 1 | 18.50 |
| | Total | CDN | $7,292.35 |