# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 31.1 | $785.00 | $24,413.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 61.4 | $775.00 | $47,585.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 6.1 | $750.00 | $4,575.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 120.5 | $750.00 | $90,375.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 0.5 | $785.00 | $392.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 154.5 | $750.00 | $115,875.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 5.2 | $675.00 | $3,510.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 9.7 | $675.00 | $6,547.50 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 7.0 | $600.00 | $4,200.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 1.1 | $520.00 | $572.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 4.2 | $400.00 | $1,680.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 3.5 | $375.00 | $1,312.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 112.0 | $310.00 | $34,720.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 1.2 | $320.00 | $384.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 25.3 | $310.00 | $7,843.00 |
| Shay, R. | Partner | Corporate | Ontario - 1979 | 1.0 | $800.00 | $800.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | Ontario - 2011 | 159.8 | $600.00 | $95,880.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 27.9 | $600.00 | $16,740.00 |
| Mayles, Jonah | Associate | Taxation | Ontario - 2008 | 9.2 | $320.00 | $2,944.00 |
| Williams, D. | Associate | Financial Restructuring | Ontario - 2010 | 22.8 | $310.00 | $7,068.00 |
| Bass, N.E. | Partner | Taxation | Ontario - 1990 | 5.9 | $775.00 | $4,572.50 |
| Ragunathan, Saran | Articling Student | | | 12.1 | $200.00 | $2,420.00 |
| | | | | | | |
| TOTAL | | | | 782.0 | CDN. | $474,409.50 |
| | Less Non-Working Travel Time Discount (50% of $35,935) | | | | | ($17,967.50) |
| TOTAL | | | | | CDN. | $456,442.00 |

**Note:** Fraser Milner Casgrain LLP provides information regarding a change in its hourly billing rates effective February 1, 2011 as more particularly set out on the immediately following page.

9696848_1

## SUMMARY OF LAWYERS AND PARALEGALS HOURLY RATES
## REFLECTING CHANGES EFFECTIVE FEBRUARY 1, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hourly Billing Rate Before February 1, 2011 | Hourly Billing Rate After February 1, 2011 |
|---|---|---|---|---|---|
| Jacobs, R. C. | Partner | Financial Restructuring | Ontario - 2011 | $600 | $675 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | $750 | $775 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | $750 | $800 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | $775 | $775 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | $310 | $350 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | $375 | $450 |
| Banks, T.M. | Partner | Employment/Pension/ Research | Ontario - 2002 | $520 | $650 |
| Pushalik, A.G. | Associate | Employment/Labour | Ontario - 2009 | $320 | $390 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | $310 | $350 |
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | $785 | $850 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | $785 | $800 |
| Peters, M.I. | Partner | Taxation | Ontario - 2002 | $560 | $600 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | $675 | $700 |
| Williams, D. | Associate | Financial Restructuring | Ontario - 2010 | $310 | $320 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | $750 | $775 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | $600 | $625 |
| Shay, R.H. | Partner | Corporate | Ontario - 1979 | $800 | $800 |
| Riel, W.D. | Partner | Intellectual Property | Ontario - 1997 | $400 | $450 |
| Walker, R.W. | Partner | Financial Restructuring | Ontario - 1976 | $785 | $800 |
| Beer, A. | Associate | Financial Restructuring | Ontario - 2010 | $310 | $320 |
| Villeneuve, C.A. | Paralegal | | | $210 | $210 |
| Porretta, C.M. | Associate | Employment/Pension/ Research | Ontario - 2006 | $345 | $420 |
| Nurmohamed, Z. | Partner | Taxation | Ontario - 2001 | $575 | $615 |
| Dietrich, J.O. | Partner | Financial Restructuring | Ontario - 2004 | $510 | $550 |
| Mayles, J.S. | Associate | Taxation | Ontario - 2008 | $320 | $390 |
| Miselich, L.E. | Partner | Corporate | Ontario - 1999 | $560 | $600 |
| Besner, Yan | Partner | Real Estate | Quebec - 2003 | $375 | $385 |
| Woodbury, C.D | Counsel | Employment/Pension/ Research | Ontario - 1981 | $675 | $700 |
| Bass, N.E. | Partner | Taxation | Ontario - 1990 | $775 | $800 |
| Colvin, I. | Researcher | | | $100 | $100 |
| | Articling Student | | | $200 | $215 |

9696848 1