IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| -----------------------------------------------------------------X | : | Chapter 11 |
| In re | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | Re: D. I. 5275 |
| -----------------------------------------------------------------X | | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2011, copies of the **Amended Scheduling Order Regarding Claims Filed by SNMP Research International** were served in the manner indicated upon the entities identified on the attached service list.

Dated: April 20, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

4168215.1                              Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via Hand Delivery**

Daniel K. Astin
Joseph J. McMahon, Jr.
Ciardi Ciardi & Astin
919 N. Market St.
Wilmington, DE 19801

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market St.
Wilmington, DE 19899

**Via First Class Mail**

Fred. S. Hodara
Ryan C. Jacobs
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Thomas Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa St., Suite 3000
Los Angeles, CA 90017

Mark Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue
Suite 200
Dallas, TX 75219

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902