# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Certification of Counsel Regarding Proposed Amended Scheduling Order Regarding the Debtors' Motion to Enforce the CVAS Sale Order** was caused to be made on April 19, 2011, in the manner indicated upon the entities identified in the attached below.

Date: April 20, 2011

/s/ *Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

**Via Hand Delivery**

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Richards, Layton & Finger, P.A.
Mark D. Collins
Christopher M. Samis
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
Kathleen P. Makowski
919 North Market Street
P.O. Box 8705
Wilmington, DE 19801

**Via First Class Mail**

GENBAND Inc.
Attn: General Counsel
3605 E. Plano Pkwy., Suite 100
Plano, TX  75074

Latham & Watkins LLP
David S. Allinson, Esq.
885 Third Avenue
New York, NY 10022

Baker Botts LLP
Don J. McDermett, Jr., Esq.
Curt Anderson, Esq.
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Stikeman Elliott LLP
Ron Ferguson, Esq.
445 Park Avenue 7th Floor
New York, NY 10022

Wells Fargo Bank, N.A.
Lisa D'Angelo
45 Broadway, 14th Floor
New York, NY 10006

Akin Gump Strauss Hauer & Feld LLP
Fred S. Hodara
One Bryant Park
New York, NY 10036

MILBANK, TWEED, HADLEY & MCLOY LLP
Thomas R. Kreller
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

4197702.1