# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| In re: | Chapter 15 |
| Nortel Networks Corporation, et al., | Case No. 09-10164 (KG) |
| Foreign Applicants in Foreign Proceedings. | (Jointly Administered) |
| Nortel Networks Inc., a Delaware corporation, and Nortel Networks Limited, Plaintiffs, v. Communications Test Design, Inc., a Pennsylvania corporation, Defendant. | Adversary No. 10-53065 (KG) (Jointly Administered) RE: D.I. 178 |

## ORDER GRANTING MOTION TO SHORTEN NOTICE RELATING TO MOTION OF NORTEL NETWORKS LIMITED TO FILE UNDER SEAL THE OPENING BRIEF IN SUPPORT OF MOTION TO PERMIT DISCLOSURE BY WILLIAM CLEARY AND EXHIBIT D TO THE DECLARATION OF PAUL B. KELLER

Upon consideration of the Motion to Shorten Notice Relating to Motion of Nortel Networks Limited to File Under Seal the Opening Brief in Support of Motion to Permit Disclosure by William Cleary and Exhibit D to the Declaration of Paul B. Keller (the "Motion");[1] and it appearing that the Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion having been given under the circumstances; and

---

[1] Capitalized terms not otherwise defined herein shall carry the same meanings ascribed to them in the Motion.

2

it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the hearing on the Motion to File Under Seal is scheduled for April 26, 2011 at 9:30 a.m. (ET) (the "Hearing"); and it is further

ORDERED, that objections to the Motion to File Under Seal shall be presented at the Hearing; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 20, 2011
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge