# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply in Further Support of Their Motion for Authorization and Approval of the Sale of Internet Numbers Free and Clear of All Liens, Claims, Encumbrances and Interests** was caused to be made on April 20, 2011, in the manner indicated upon the entity identified below.

Date: April 20, 2011                              */s/ Alissa T. Gazze*
                                                            Alissa T. Gazze (No. 5338)

**Via Overnight International Mail**

Industry Canada
Strategic Policy Sector
Marta Morgan, Assistant Deputy Minister
C.D. Howe Building
235 Queen Street, 11th Floor, East Tower
Ottawa, Ontario K1A 0H5

4207338.1