## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply in Further Support of Their Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m)** was caused to be made on April 20, 2011, in the manner indicated upon the entities identified below.

Date: April 20, 2011

/s/ *Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

**Via Hand Delivery**

Morris James LLP
Brett D. Fallon
500 Delaware Ave.
Wilmington, DE 19801

**Via Overnight Mail**

McGuireWoods LLP
David Swan
Kenneth Misken
1750 Tysons Blvd, Ste 1800
McLean, VA 22102

4173719.1

4173719.1