

Industry Canada          Industrie Canada

Assistant Deputy Minister     Sous-ministre adjoint
Strategic Policy Sector       Secteur de la politique stratégique

AVR
APR 2 0 2011

The Honourable Kevin Gross
United States Bankruptcy Judge
United States Bankruptcy Court
 for the District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

> *In re* Nortel Networks Inc., et al:
> Motion to approve sale of Internet Numbers
> Case No. 09-10138 (KG)

On April 13, 2011, Industry Canada sent a letter to the Court asking it to take into account our concerns about certain aspects of the proposed transactions between the Nortel estate and Microsoft regarding certain Internet Protocol Numbers.

Since that filing was docketed, Industry Canada has received and reviewed a revised set of filings that resulted from a compromise proposed by Microsoft and Arin.

We are of the view that the revised filings adequately and fully address the concerns expressed in our prior letter. Industry Canada supports the actions voluntarily taken by Microsoft and ARIN to address the concerns Canada raised.

If the draft Order and the revised filings and agreement now provided to the Court by the parties remain unchanged, Industry Canada will have no objection to the proposed transaction, and our concerns as described in the April 13 letter will be moot in respect of this proposed transaction.

We thank the Court for its consideration of this letter in its disposition of this matter, which we hope will be in a manner consistent with what has been offered by the parties.

We thank the Court for considering this submission.

Marta Morgan
Assistant Deputy Minister
Strategic Policy Sector

by Philip Palmer, Senior General Counsel
by Adam Hiller with permission

Canada