IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: Re: D.I. 5225
---------------------------------------------------------------- X

### NOTICE OF FILING OF REVISIONS TO ORDER WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(b)(2) EXTENDING TIME FOR CERTAIN TAX AUTHORITIES TO COMPLETE AN EXAMINATION

PLEASE TAKE NOTICE that on April 5, 2011, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed their Motion for Entry of An Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination [D.I. 5225] (the "Motion");[2]

PLEASE TAKE FURTHER NOTICE that the Motion sought, *inter alia*, approval of an extension of the time for certain Tax Authorities to complete an examination of the Debtors' 2009 Income Tax Returns;

PLEASE TAKE FURTHER NOTICE that as a result of further discussions with the California Franchise Tax Board (the "FTB"), the Debtors have agreed to a revised proposed form

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2856), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

of order granting the Motion (attached hereto as Exhibit A, the "Revised Order").  A blackline version comparing the Revised Order to the proposed order filed with the Motion is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to seek entry of the Revised Order at the hearing currently scheduled for April 26, 2011.

Dated:  April 21, 2011
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

   - and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*