## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for Leave to File a Reply to the Objection of International Data Group, Inc. to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rules of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m)** was caused to be made on April 21, 2011, in the manner indicated upon the party identified below.

Dated: April 21, 2011

/s/ Alissa T. Gazze
Alissa T. Gazze (No. 5338)

### Via Hand Delivery

Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N Market St.
Wilmington, DE 19899

Blank Rome LLP
Michael DeBaecke
1201 N. Market St.
Wilmington, DE 19801

### Via Overnight Mail

Vorys, Sater, Seymour and Pease LLP
Tiffany Cobb
52 East Gay St.
Columbus, OH 43216

3790723.1