# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Asteelflash California, Inc. | Adv. Pro. No. 10-53166 |
| Nortel Networks Inc. v. Automotive Rentals, Inc. | 10-53167 |
| Nortel Networks Inc. v. Camiant, Inc. | 10-53168 |
| Nortel Networks Inc. v. CSWL, Inc. | 10-53169 |
| Nortel Networks Inc. et al v. Eltek Valere Inc. et al | 10-53170 |
| Nortel Networks Inc. v. Gail & Rice, Inc. | 10-53171 |
| Nortel Networks Inc. v. Green Hills Software, Inc. | 10-53172 |
| Nortel Networks Inc. v. Ingram Micro Inc. | 10-53173 |
| Nortel Networks Inc. v. Judge Technical Services, Inc. | 10-53174 |
| Nortel Networks Inc. v. Mercury Americas USA, Corp. | 10-53175 |
| Nortel Networks Inc. v. Nathanson and Company LLC | 10-53176 |
| Nortel Networks Inc. v. PowerSteering Software, Inc. | 10-53179 |
| Nortel Networks Inc. v. STMicroelectronics N.V. | 10-53181 |

**STATUS REPORT ON AVOIDANCE ACTIONS**
**ASSIGNED TO THE HONORABLE KEVIN GROSS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated January 21, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated:  April 21, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Alissa T. Gazze
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53174 | Judge Technical Services, Inc. | Parties settled this matter. Notice of Dismissal filed on March 9, 2011. Adversary proceeding closed by Clerk of Court on March 10, 2011. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53171 | Gail & Rice, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will |

3

| Adversary No. | Defendant | Status |
|---|---|---|
| | | be filed in connection with this proposed settlement. |
| 10-53172 | Green Hills Software, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-53168 | Camiant, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53181 | STMicroelectronics N.V. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Defendant's responses to Plaintiff's initial discovery requests were served March 28, 2011. Plaintiff's responses to Defendant's initial discovery requests due, by agreement of the parties, May 19, 2011. |
| 10-53179 | PowerSteering Software, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Defendant's responses to Plaintiff's initial discovery requests due May 11, 2011. |
| 10-53176 | Nathanson & Company, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Plaintiff's responses to Defendant's initial discovery requests were served March 2, 2011. Defendant's responses to Plaintiff's initial discovery requests were served March 8, 2011. |

| | | |
|---|---|---|
| 10-53167 | Automotive Rentals, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Plaintiff's responses to Defendant's initial discovery requests were served December 15, 2010. Defendant's responses to Plaintiff's initial discovery requests were served January 17, 2011. |
| 10-53169 | CSWL, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011.  Defendant's responses to Plaintiff's initial discovery requests due May 11, 2011.  Plaintiff's responses to Defendant's initial discovery requests due May 12, 2011. |
| 10-53175 | Mercury Americas USA, Corp. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Defendant's responses to Plaintiff's initial discovery requests due May 11, 2011. |
| 10-53173 | Ingram Micro Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011. Defendant's responses to Plaintiff's initial discovery requests due, by agreement of the parties, May 26, 2011. |
| 10-53166 | Asteelflash California, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011.  Defendant's responses to Plaintiff's initial discovery requests due May 11, 2011. |
| 10-53170 | Eltek Valere Inc., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011.  Defendants' responses to Plaintiffs' initial discovery requests due May 11, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K

## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |