## <u>CERTIFICATE OF SERVICE</u>

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on April 21, 2011, in the manner indicated upon the parties identified in the attached service lists.

Dated:  April 21, 2011

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

3790723.1