# NORTEL 2002 SERVICE LIST

<u>**VIA FACSIMILE**</u>

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310
FAX: 973-639-6244

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
FAX: 973-597-2400

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
FAX: 973-597-2400

Robert E. Nies Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052
FAX: 973-530-2212

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234
FAX: 972-561-6487

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC  28203
FAX: 919-942-5256

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett  Mitchell
& Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611
FAX: 919-821-6800

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709
FAX: 919-541-8297

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814
FAX: 916-442-0382

Mark G. Ledwin Esq.
Wilson Elser Moskowitz
    Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604
FAX: 914-323-7001

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022
FAX: 866-741-2505

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044
FAX: 860-277-2158

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096
FAX: 856-853-9933

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181
FAX: 845-491-3275

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
    & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013
FAX: 817-860-6509

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288
FAX: 813-229-0134

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255
FAX: 804-440-1171

Stephen C. Tingey Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385
FAX: 801-532-7543

Stephen K. Dexter Esq.
Lathrop & Gage LLP
US Bank Tower
950 Seventeenth Street
Suite 2400
Denver, CO  80202
FAX: 720-931-3201

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332
FAX: 720-913-3180

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601
FAX: 717-731-1985

John P. Dillman Esq.
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064
FAX: 713-844-3503

J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX  77010
FAX: 713-227-7497

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC  28246
FAX: 704-378-4000

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202
FAX: 704-342-5264

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA  22102-4215
FAX: 703-712-5050

Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA  94306
FAX: 650-494-2738

David W. Hansen Esq.
525 University Avenue
Suite 1100
Palo Alto, CA  94301
FAX: 650-470-4570

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY  11747
FAX: 631-367-1173

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
FAX: 617-951-7050

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110
FAX: 617-422-0383

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109
FAX: 617-345-9020

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202
FAX: 615-741-3334

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH  43215
FAX: 614-719-4663

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA  19382
FAX: 610-692-4936

Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankrutpcy &
    Complaince Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184
FAX: 610-378-4459

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ  85004
FAX: 602-734-3866

Robert N. Brier
Brier Irish Hubbard & Erhard PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ  85016-2115
FAX: 602-522-3945

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604
FAX: 585-238-9012

Sheryl L. Moreau Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO  65105-0475
FAX: 573-751-7232

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408
FAX: 561-691-7103

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701
FAX: 512-226-7324

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA  70113
FAX: 504-561-6024

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR  97201-5630
FAX: 503-778-5299

Elizabeth Weller Esq.
Linebarger Goggan Blair
    & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201
FAX: 469-221-5002

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West
Suite 400
Toronto, Ontario  M5K 0A1
CANADA
FAX: 416-863-4592

Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario  M5J 2Z4
CANADA
FAX: 416-216-3930

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA  94104
FAX: 415-362-7515

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA  94105-2126
FAX: 415-227-0770

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI  53202
FAX: 414-238-6532

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671
FAX: 410-659-4488

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209
FAX: 410-580-3001

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202
FAX: 410-332-8964

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL  32801
FAX: 407-770-6162

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309
FAX: 404-581-8330

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104
FAX: 334-954-6106

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Suite 3600
St. Louis, MO  63102
FAX: 314-552-8869

J. Douglas Bacon
Alice Decker Burke
Joseph A. Simei
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL  60606
FAX: 312-993-9767

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606
FAX: 312-876-3816

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313
FAX: 312-832-4700

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL  60601-6710
FAX: 312-794-8100

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street
Suite 4300
Chicago, IL  60601
FAX: 312-602-5050

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL  60606
FAX: 312-416-4886

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL  60606
FAX: 312-360-6995

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473
FAX: 312-258-5700

Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601
FAX: 312-236-3241

Dustin P.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021
FAX: 303-927-4513

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO  80124
FAX: 303-566-1010

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE  19801
FAX: 302-888-1119

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801
FAX: 302-778-7575

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Suite 1500
Wilmington, DE  19801
FAX: 302-777-7263

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
FAX: 302-777-4352

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
FAX: 302-777-4352

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801
FAX: 302-777-4224

Secretary of State Division of
Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5831

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5635

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
FAX: 302-658-6395

Daniel K. Astin Esq.
John D. McLaughlin Jr. Esq.
Carl D. Neff Esq.
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE  19801
FAX: 302-658-11--

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801
FAX: 302-658-0380

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE  19801-1659
FAX: 302-657-4901

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin
and Browder P.A.
1201 N Orange Street
Suite 400
Wilmington, DE  19801
FAX: 302-656-2769

Maria Aprile Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market Street
7th Floor
Wilmington, DE  19801
FAX: 302-654-5181

William P. Bowden Esq.
Amanda M. Winfree Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE  19801
FAX: 302-654-2067

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
10th Floor
Wilmington, DE  19801
FAX: 302-652-8405

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
FAX: 302-652-4400

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman
   & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801
FAX: 302-652-3117

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801
FAX: 302-652-1111

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
FAX: 302-651-7701

Anthony W. Clark Esq.
Michelle L. Green Esq.
Kristy M. Peguero Esq.
Skadden Arps Slate
    Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801
FAX: 302-651-3001

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate
    Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
FAX: 302-651-3001

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801
FAX: 302-573-6431

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
FAX: 302-571-1750

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801
FAX: 302-571-1750

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg
1000 West Street
17th Floor
Wilmington, DE  19801
FAX: 302-571-1253

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE  19801-1228
FAX: 302-552-4295

Adam G. Landis Esq.
Kerri K. Mumford Esq.
J. Landon Ellis Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801
FAX: 302-467-4450

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Suite 400
Wilmington, DE  19801
FAX: 302-428-8195

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street
Suite 300
Wilmington, DE  19801
FAX: 302-426-9947

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street
Suite 1000
Wilmington, DE  19801
FAX: 302-426-9193

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801
FAX: 302-421-8390

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801
FAX: 302-421-8390

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE  19801
FAX: 302-254-5383

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
FAX: 302-252-4330

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801
FAX: 302-252-0921

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
FAX: 281-985-6321

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346
FAX: 267-941-1015

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH  44114
FAX: 216-241-2824

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424
FAX: 215-986-5721

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews
   & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA  19103
FAX: 215-864-9473
215-864-8999

Fred S. Kurtzman Esq.
Klehr Harrison
1835 Market Street
Suite 1400
Philadelphia, PA  19103
FAX: 215-568-6603

Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603
FAX: 215-560-2202

Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA  19110
FAX: 215-557-9552

Jonathan L. Howell Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX  75201-6659
FAX: 214-855-7584

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place
Suite 3700
Dallas, TX  75202-2799
FAX: 214-740-7181

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
FAX: 214-661-4605

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Ste 4000
Dallas, TX  75201-7332
FAX: 214-462-6401

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Avenue of the Americas
New York, NY  10020
FAX: 212-938-3837

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
FAX: 212-894-5653

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
FAX: 212-822-5219

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
FAX: 212-808-7897

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
FAX: 212-757-3990

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068
FAX: 212-751-4864

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068
FAX: 212-751-4864

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099
FAX: 212-728-8111

Jeremy E.
Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019
FAX: 212-728-8111

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
FAX: 212-715-8000

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt
   & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
FAX: 212-697-1559

Edmond P. O'Brien Esq.
Stempel Bennett Claman
   & Hochberg P.C.
675 Third Avenue
31st Floor
New York, NY  10017
FAX: 212-681-4041

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter
    & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112
FAX: 212-653-8701

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020
FAX: 212-610-6399

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
FAX: 212-596-9090

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
FAX: 212-554-7700

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
FAX: 212-541-5369

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104
FAX: 212-541-4630

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001
FAX: 212-506-5151

Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
125 W. 55th Street
New York, NY  10019
FAX: 212-424-8500

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
FAX: 212-407-7799

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY  10019
FAX: 212-403-2217

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022
FAX: 212-336-1348

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198
FAX: 212-318-3400

David G. Aelvoet Esq.
Linebarger Goggan Blair
    & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205
FAX: 210-226-4308

Ramona Neal Esq.
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714
FAX: 208-396-3958

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA  98104
FAX: 206-464-1496

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA  98154-1192
FAX: 206-389-1708

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492
FAX: 203-265-8827

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036
FAX: 202-776-0080

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC  20036
FAX: 202-659-1027

Robert Winter
Paul Hastings Janofsky &
    Walker LLP
875 15th Street, N.W.
Washington, DC  20005
FAX: 202-551-0129

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044
FAX: 202-514-6866

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026
FAX: 202-326-4112

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044
FAX: 202-307-0494

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND
FAX: 011-44-20-7098-4878

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho
Totsuka-ku, Yokohama
-shi  244-8567
JAPAN
FAX: +81-45-881-3221

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street
11th Floor
Wilmington, DE  19801
FAX: (302) 252-4466

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA  19109
FAX: (215) 864-9669

**VIA EXPRESS MAIL**

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

**VIA FEDERAL EXPRESS OVERNIGHT**

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341


Office of Unemplmt Insurance
Contributions Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI  48202

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD  21094


**VIA FEDERAL EXPRESS – INT'L.**

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA


ID #419763