# DEFERRED COMP. SERVICE LIST

**VIA FACSIMILE**

Blank Rome, LLP
Bonnie Glantz Fatell
1201 Market St.
Wilmington, DE 19801
Fax: 302-425-6464

Bernstein, Shur, Sawyer & Nelson
Robert Keach
100 Middle St.
Portland, ME 04104
Fax: 207-774-1127

Robert Wohlford
30 Alexander Place
Pittsburgh, PA 15243
FAX: 412-253-0861

Roger J. Bushnell
101 Maybank Court
Durham, NC 27713
FAX: 919-806-0043

Edward Natiuk
6143 NW 124th Dr.
Coral Springs, FL 33076
FAX: 954-255-1966

**VIA FEDERAL EXPRESS**

Mysore N. Prakash
5212 Lakecreek Court
Plano, TX 75093

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC 27518

Girishkumar Patel
3905 Jefferson Circle
Plano, TX 75023

Semra Tariq
12325 Richmond Run Drive
Raleigh, NC 27614

Peter Murphy
5555 Grove Point Road
Johns Creek, GA 30022

Richard R. Standel, Jr.
8231 Bay Colony Drive
Apt. 303
Naples, FL 34108

John E. Sheppard
4808 Wood Valley Drive
Raleigh, NC 27616

Keith McNulty
793 Bedford Oaks Dr
Marietta, GA 30068

Scott Peters
5520 Claire Rose Lane NW
Atlanta, GA 30327

Peter Farranto
1716 Withmere Way
Atlanta, GA 30338

Raymond Strassburger
2805 Pine Hollow Rd
Oakton, VA 22124

Gerry Cabot
5452 Golden Currant Way
Parker, CO 80134

Bruce Klein
8220 Fountain Park Dr.
Raleigh, NC 27616

Egbert Clarke
16405 Diamond Place
Weston, FL 33331

David Grant
205 Reedham Way
Raleigh, NC 27615

Mohan Dattatreya
1569 Blackhawk Dr.
Sunnyvale, CA 94087

Nicola Garito
19164 NE 44th Court
Sammamish, WA 98074

Bakul & Chander Khanna
58 Blake Rd.
Lexington, MA 02420

4078188.1

**Via Facsimile**

Blank Rome LLP
Michael D. DeBaecke
1201 N. Market St.
Wilmington, DE 19801
Fax: 302-428-5107
Counsel For Cable News Networks, Inc., Time Inc., and Turner Broadcasting Sales, Inc.

Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N. Market St.
Wilmington, DE 19899
Fax: 302-658-1192
Counsel for International Data Group, Inc. and CoAMS, Inc.

Katten Muchin Rosenman LLP
Jefrey A. Chadwick
Mark D. Conzelmann
525 W. Monroe St.
Chicago, IL 60661
Fax: 312-902-1061
Counsel for CoAMS, Inc.

Buchanan Ingersoll & Rooney PC
Mona Parikh
1105 N. Market St.
Wilmington, DE 19801
Fax: 302-552-4295
Counsel to NNI

Allen & Overy LLP
Paul Keller
Jessica Lubarsky
Laura Hall
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399
Counsel to NNI

Benesch Friedlander Coplan & Aronoff LLP
Jennifer R. Hoover
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax : 302-442-7012
Counsel to Nortel

Skadden Arps Slate Meagher & Flom LLP
Kristhy M. Peguero
One Rodney Square
Wilmington, DE 19801
Fax : 302-574-3128
Counsel to CTDI

**Via Overnight International Mail**

Industry Canada
Strategic Policy Sector
Marta Morgan, Assistant Deputy Minister
C.D. Howe Building
235 Queen Street
Ottawa, Ontario K1A 0H5
Canada

**Via Overnight Mail**

Muchnick, Golieb and Golieb, P.C.
John Golieb
200 Park Ave.
Suite 1700
New York, NY 10003
Counsel to The Advertising Checking Bureau

4217490.1