# NORTEL SERVICE LIST
## Re: McCann

**VIA EXPRESS MAIL**

Attn: John Cowles
NO B.S. Couriers Inc.
P.O. Box 411291
San Francisco, CA 94141

**VIA FEDERAL EXPRESS**

Attn: Bill Kolb
Ruben Hendel
McCann Relationship Marketing
Inetlligent s.r.l.
622 Third Avenue, 27th Floor
New York, NY 10017

c/o CT Corporation System
McCann Relationship Marketing
818 West 7th Street
Los Angeles, CA 90017

IPG Office of General Counsel
McCann Relationship Marketing
1114 Avenue of the Americas
18th Floor
New York, NY 10036

Attn: Officer, Managing or General Agent
McCann Relationship Marketing
Seattle #211200
1741 First Avenue South
Seattle, WA 08134

Attn: Andrea Schneider
McCann Relationship Marketing
 Worldwide
600 Battery Street
San Francisco, CA 94111

Turner Broadcasting System, Inc.
c/o CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

Attn: David Levy CEO
Turner Broadcasting System, Inc.
One Time Warner Center
New York, NY 10019

Attn: Officer, Managing or General Agent
Turner Broadcasting System, Inc.
180 North Stetson Avenue
Chicago, IL 60601-6710

Attn: Lauren Schwartz
Kaboom Productions
2169 Folsom Street
201M
San Francisco, CA 94110

Attn: Lauren Schwartz
Owner & President
Kaboom Productions
1465 Illinois Street
San Francisco, CA 94107-3514

Attn: Jody Rogers
Deluxe Entertainment Services
   Group, Inc.
c/o Filmcore Distribution
2130 North Hollywood Way
Burbank, CA 91505

Attn: Stephen Wagner
Principal Executive
Deluxe Entertainment Services
   Group, Inc.
c/o Filmcore Distribution of San Francisco
500 Sansome Street
Floor 7
San Francisco, CA 94111-3223

Deluxe Entertainment Services
   Group, Inc.
Corporation Service Company
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

Deluxe Entertainment Services
   Group, Inc.
1377 North Serrano Avenue
Hollywood, CA 95833

Attn: Amy Lyngos
Executor Productor
Ear to Ear
1660 9th Street
Santa Monica, CA 90404

Attn: Brian Banks, Owner
Ear to Ear
754 Malabar Road SE
Palm Bay, FL 32907-3254

Attn:  Mitchell Heicklen
Owner
Pro Camera Rental & Supply
1405 Minnesota Street
San Francisco, CA  94107-3519

John McGleenan
President
One Union Recording Studios
One Union Street
Suite 240
San Francisco, CA  94111-1223

Kristin Stinnet
President
Stars Model Management
23 Grant Avenue
4th Floor
San Francisco, CA  94108-5846

Stars Model Management
c/o Colin C. Claxon
790 Mission Avenue
San Rafael, CA  94901

Attn: Gerry Swartz
Team Services Corp.
Main Office
901 West Alameda Avenue
Suite 100
Burbank, CA  91506

Jeffrey J. McLain
McLain Photo
308 S. 6th St. E, Apt A

Missoula, MT  59801

Attn:  John Lapham, Sr.
VP and General Counsel
Getty Images, Inc.
601 North 34th Street
Seattle, WA  98103

Attn:  Jonathan Klein, CEO
Nicholas Evans-Lombe, COO
Getty Images, Inc.
601 North 34th Street
Seattle, WA  98103

Attn:  Mark Getty, Chairman
Getty Images, Inc.
122 South Michigan Avenue
Suite 900
Chicago, IL  60603

Attn:  Dan Spangenberg, VP
Ferrari Color, Inc.
601 Bercut Drive
Sacramento, CA  95811

Attn:  Dan Spangenberg, VP
Ferrari Color, Inc.
1550 South Gladiola Street
Salt Lake City, UT  84104

Charlotte Angerer
Dan Spangenberg
Ferrari Color, Inc.
900 National Drive
Sacramento, CA  95834

Attn:  Manu Mathew, President
738 Main Street
Suite 121
Waltham, MA  02461-0616

Visual IQ, Inc.
National Corporate Research, Ltd.
615 South DuPont Highway
Dover, DE  19901

Attn:  Manu Mathew
Registered Agent
Visual IQ, Inc.
75 Second Avenue
Suite 330
Needham, MA  02494

Attn:  Elaine Senay
Registered Agent
International Data Group
5 Speen Street
Framinghan, MA  01701

Attn: Susanna Hinds, Director
International Data Group
Corporate Headquarters
One Exeter Plaza
15th Floor
Boston, MA  02116

Attn:  Howard Averill EVP & CFO
Time Inc. Headquarters
1271 Avenue of the Americas
New York, NY  10020

Attn: Richard Dunmal
Senior VP & Director
Microsoft Online, Inc. fka Atlas
One Microsoft Way
4200 150th Street
Seattle USA Headquarters
Seattle, WA  98052

Attn: Officer, Managing or General Agent
Microsoft Online, Inc. fka Atlas
1401 Elm Street, 5th Floor
Dallas, TX  75202

Microsoft Online, Inc. fka Atlas
c/o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV  89119

Attn: Roxanne Spring, President
Microsoft Online, Inc. fka Atlas
6100 Neil Road
Suite 100
Reno, NV  89511-1137

Attn: J. Rick Bateman
VP & Worldwide Controller
Federal Express Corporation
3610 Hacks Cross Road
Memphis, TN  38125-7305

Attn: Frederick Smith
Chairman, President & CEO
Federal Express Corporation
942 South Shady Grove Road
Memphis, TN  38120

Attn: Katleen DeClaire-Aden, CEO
Mark Fink, Mng Dir & VP
Wahlstrom Group, LLC
800 Connecticut Avenue
Norwalk, CT  06854-1641

Attn: Krystyna Rushton, Finance Dept.
Doug Stevenson, CEO
Vibrant Media Inc.
565 Fifth Avenue
15th Floor
New York, NY  10017

Vibrant Media Inc.
c/o Incorporating Services Ltd
3500 South DuPont Highway
Dover, DE  19901

Vibrant Media Inc.
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA  90017

Vibrant Media Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY  10011

Attn: Officer, Managing or General Agent
Vibrant Media Inc.
75 Hawthorne Street
#2000
San Francisco, CA  94105-3919

Attn: Jim Walton, President
Cable News Networks, Inc.
1 CNN Center
Atlanta, GA  30348

Attn: Vered Raviv-Schwartz, Gen Counsel
Gal Trifon, CEO
MediaMind Technologies, Inc.
135 West 18th Street
5th Floor
New York, NY  10011

Marsh USA Inc.
Maine Headquarters
2 Monument Square
Suite 600
Portland, ME  04101-4097

Marsh USA Inc.
Foreign Corp Registered
Agent CT Corporation System
One Portland Square
Portland, ME  04101

c/o Victor Zvirzdys
ImageSource, Inc.
Corporate Headquarters
612 5th Avenue SW
Olympia, WA  98501-8216

Attn: Paul Adamson
ImageSource, Inc.
National Registered Agent, Inc.
1875 Michelle Drive
Suite 100
Irvine, CA  92606

Attn: Officer, Managing or General Agent
ImageSource, Inc.
1524 Market Street
Kirkland, WA  98033