AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Whitney Lewis, Advertising Representative for the DALLAS MORNING NEWS, being duly sworn by oath, states the attached advertisement of:

Miller Advertising/NY

as published in The Dallas Morning News on:

April 20, 2011

(Whitney Lewis)

Sworn to and subscribed before me this                April 20, 2011

(Notary Public)

LYNDA F. BLACK
Notary Public, State of Texas
My Commission Expires
May 27, 2013

Wednesday,

## Legal Notices

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re Nortel Networks Inc., et al., ) Chapter 11 • Case No. 09-10138 (KG)
Debtors.            ) Jointly Administered

#### NOTICE OF SALE HEARING AND OBJECTION DEADLINE

PLEASE TAKE NOTICE that on April 15, 2011, Nortel Networks Inc. ("NNI"), a debtor along with certain of its affiliates subject to creditor protection proceedings in the United States, (the "Seller"), entered into an agreement (the "Agreement") to convey NNI's premises at 2201 and 2221 Lakeside Boulevard, Richardson, Texas, consisting of one sixteen-story high rise building and a research and laboratory building on approximately eighteen acres of land and certain related assets (the "Richardson Campus" or the "Property") to Pillar Commercial, LLC ("Pillar"), as more fully set forth in that motion for approval of the Agreement and other related relief filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on April 15, 2011 [D.I. 5256] (the "Sale Motion"). The Seller seeks to sell the Property to Pillar free and clear of all liens, claims, encumbrances and other interests to the fullest extent permitted by section 363 of the Bankruptcy Code, except as set forth in the Agreement.

PLEASE TAKE FURTHER NOTICE that the terms and conditions of the proposed sale to Pillar are set forth in the Agreement attached to the Sale Motion. The Agreement represents the results of extensive marketing efforts conducted by the Seller to obtain the highest and best offer for the Property.

PLEASE TAKE FURTHER NOTICE that a hearing (the "Sale Hearing") will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, on **May 10, 2011 at 9:30 a.m. (ET)**, or at such other time as the Bankruptcy Court permits, to approve the sale of the Debtors' interests in the Property to Pillar in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The Debtors may adjourn the Sale Hearing one or more times without further notice by making an announcement in open Court or by the filing of a hearing agenda pursuant to Local Rule 9029-3 announcing the adjournment.

PLEASE TAKE FURTHER NOTICE that, the deadline for all objections to the relief requested in the Sale Motion is currently set as **May 3, 2011 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that all objections must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformity with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the Objection Deadline; and (e) served in accordance with the Local Rules so as to be received on or before the Objection Deadline by the following: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Facsimile: (302) 658-3989 (Attention: Derek C. Abbott); (ii) counsel to the Purchaser: Cherry Petersen Landry Albert LLP, 8350 North Central Expressway, Suite 800, Dallas, Texas 75206, Facsimile: (214) 265-7008 (Attention: Terry Landry); (iii) counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002 (Attention: Fred Hodara and Stephen Kuhn) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Facsimile: (212) 822-5735 (Attention: Roland Hlawaty); and (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Facsimile: (302) 573-6497 (Attention: Patrick Tinker).

PLEASE TAKE FURTHER NOTICE that this notice is subject to the full terms and conditions of the Sale Motion, and the Seller encourages parties in interest to review such document in its entirety. Copies of the Sale Motion and the Agreement may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' counsel: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

## Bids & Proposals

DFW International Airport Procurement Offices, 3122 East 30th Street, DFW Airport, TX 75261. Specifications may be obtained on or after Wednesday, April 20, 2011, at the herein stated bid opening location or viewed / downloaded from DFW International Airport website at "http://www.dfwairport.com/business/solicitations.php" or by calling 972-973-5600.

INVITATION FOR BIDS

The DALLAS COUNTY LOCAL WORKFORCE DEVELOPMENT BOARD, INC. dba Workforce Solutions Greater Dallas, a private, non-profit agency that administers Workforce funds in Dallas County, Texas is issuing an Invitation for Bids (IFB), #112004, for computer hardware and software for workforce centers and Board's administration offices. The IFB with detailed specifications will be available at the Board offices at One Main Place, 1201 Main Street, Suite 2700, Dallas Texas 75202, and available to download from the Board's website:

reject any and/or all submittals, in whole or in part. Dallas County Schools may waive minor technicalities and award such as deemed in its best interest.

### RFP NOTICE

Dallas County Schools is accepting submittals for the following:

**RFP # 05-06-11-01, INSURANCE COVERAGES.**

Submittals must be returned by 10:30 A.M., Friday, May 6, 2011. Late submittals may not be accepted. Envelopes must be marked with RFP title and number.

Dallas County Schools is not responsible for late submittals due to mail service, delivery service, etc.

A RFP and any Addendums may be obtained by accessing the Dallas County Schools' BIDDING OPPORTUNITIES page at http://www.dcschools.com/index.php?id=24, or by emailing Alan Hagy, Purchasing Manager, at ahagy@dcschools.com, o