## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Ace Technologies Corp. | Adv. Pro. No. 10-53182 |
| Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. | 10-55905 |
| Nortel Networks Inc. v. Aricent Technologies (Holdings) Limited | 10-55834 |
| Nortel Networks Inc. v. Axerra Networks, Inc. | 10-55836 |
| Nortel Networks Inc. v. Citrix Systems, Inc. | 10-55838 |
| Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick | 10-55933 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. CoAMS, Inc. | 10-55840 |
| Nortel Networks Inc. v. Cognizant Technology Solutions US Corporation | 10-55190 |
| Nortel Networks Inc. v. Continuous Computing Corporation | 10-55862 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Global IP Solutions, Inc. | 10-55864 |
| Nortel Networks Inc. v. Global Knowledge Training LLC | 10-55865 |
| Nortel Networks Inc. v. Insight Direct USA, Inc. | 10-55868 |
| Nortel Networks Inc. v. Intel Americas, Inc. | 10-55872 |
| Nortel Networks Inc. v. Layne Communications, LP | 10-55877 |
| Nortel Networks Inc. v. LTS Managed Technical Services LLC | 10-55879 |
| Nortel Networks (CALA) Inc. v. Manning Global, Inc. | 10-55882 |
| Nortel Networks Inc. *et al.* v. McCann-Erickson Worldwide, Inc. | 10-55937 |
| Nortel Networks Inc. v. Monster Worldwide, Inc. | 10-55884 |
| Nortel Networks Inc. v. NSG Technology Inc. | 10-55887 |
| Nortel Networks Inc. v. Prudential Relocation, Inc. | 10-55931 |
| Nortel Networks Inc. v. RADVISION Inc. | 10-55894 |
| Nortel Networks Inc. v. Razorfish, LLC | 10-55938 |
| Nortel Networks Inc. v. Real Time Monitors, Inc. | 10-55896 |
| Nortel Networks Inc. et al. v. Right Management Inc. | 10-55928 |
| Nortel Networks Inc. v. SecureLogix Corporation | 10-55898 |

| | |
|---|---|
| Nortel Networks Inc. v. Siemens Enterprise Communications, Inc. | 10-55930 |
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906 |
| Nortel Networks Inc. v. Spirent Communications Inc. | 10-55900 |
| Nortel Networks Inc. v. Starent Networks LLC | 10-55932 |
| Nortel Networks Inc. v. Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. | 10-55903 |
| Nortel Networks Inc. v. Trapeze Networks, Inc. | 10-55907 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |
| Nortel Networks Inc. v. Voxify, Inc. | 10-55897 |
| Nortel Networks Inc. v. Westcon Group (North America), Inc. et al | 10-55899 |
| Nortel Networks Inc. v. ZOHO Corporation f/k/a AdventNet Inc. | 10-55908 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011[2] entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

*[Remainder of page intentionally left blank]*

---

[2]   The Scheduling Order with respect to Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv. No. 10-55930, was entered March 1, 2011.

Dated:  April 25, 2011
Wilmington, Delaware

                           CLEARY GOTTLIEB STEEN & HAMILTON LLP[3]

                           Deborah M. Buell (admitted *pro hac vice*)
                           Neil P. Forrest (admitted *pro hac vice*)
                           One Liberty Plaza
                           New York, New York 10006
                           Telephone:  (212) 225-2000
                           Facsimile:  (212) 225-3999


                                  -   and –

                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP[4]

                           */s/ Alissa T. Gazze*
                           Donna L. Culver (No. 2983)
                           Derek C. Abbott (No. 3376)
                           Alissa T. Gazze (No. 5338)
                           1201 North Market Street, 18th Floor
                           P.O. Box 1347
                           Wilmington, DE  19899-1347
                           Telephone:  (302) 658-9200
                           Facsimile:  (302) 425-4663

                                - and –

---

[3]    Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937; (ii) Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick, Adv. Pro. No. 10-55933; (iii) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (iv) Nortel Networks Inc. v. Razorfish, LLC, Adv. Pro. No. 10-55938; (v) Nortel Networks Inc. *et al.* v. Right Management Inc., Adv. Pro. No. 10-55928; (vi) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932 and (vii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[4]    Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii)   Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; (iv) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906 and (v) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP[5]

*/s/ Jennifer R. Hoover*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-7005
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
jsmith@beneschlaw.com

---

[5] Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") is Debtors' counsel in (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930; (iv) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; and (v) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906. Benesch is also Debtors' counsel (as to certain defendants only) as set forth in the amended complaint in Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.,* Adv. Pro. No. 10-55937.

## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53182 | Ace Technologies Corp. | Answer to complaint due May 20, 2011. |
| 10-55864 | Global IP Solutions, Inc. | Answer to complaint due May 20, 2011. |
| 10-55872 | Intel Americas, Inc. | Answer to complaint due May 2, 2011. |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55894 | RADVISION, Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55190 | Cognizant Technology Solutions US Corporation | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55897 | Voxify, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55840 | CoAMS, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiffs' initial discovery requests due May 4, 2011. |
| 10-55887 | NSG Technology Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55896 | Real Time Monitors, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55898 | SecureLogix Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55906 | Sourcefire, Inc. | Discovery will be proceeding in accordance with the Scheduling |

| | | |
|---|---|---|
| | | Order dated March 9, 2011. |
| 10-55900 | Spirent Communications Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55899 | Westcon Group (North America), Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55834 | Aricent Technologies (Holdings) Limited | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55868 | Insight Direct USA, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due May 4, 2011. |
| 10-55903 | Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55907 | Trapeze Networks, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55844 | Monster Worldwide, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55879 | LTS Managed Technical Services L.L.C. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55877 | Layne Communications, L.P. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55865 | Global Knowledge Training LLC | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55836 | Axerra Networks, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55838 | Citrix Systems, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55905 | The Advertising Checking Bureau, Inc. | Discovery will be proceeding in accordance with the Scheduling |

| | | Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 18, 2011. |
|---|---|---|
| 10-55862 | Continuous Computing Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 20, 2011. |
| 10-55888 | TTI Team Telecom International Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55908 | Zoho Corporation f/k/a AdventNet Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55882 | Manning Global, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55937 | McCann-Erickson Worldwide, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  An amended complaint was filed on April 4, 2011 and a pre-trial conference is scheduled for July 12, 2011. |
| 10-55933 | CMGRP, Inc. d/b/a Weber Shandwick | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55938 | Razorfish, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55931 | Prudential Relocation, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55928 | Right Management, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55932 | Starent Networks LLC | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55930 | Siemens Enterprise Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling |

| | | Order dated March 1, 2011. |
|---|---|---|

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55930 | Siemens Enterprise Communications, Inc. | Stipulation of Mediator filed on April 20, 2011. |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |