# NORTEL WAVE 3 PRETRIAL SERVICE LIST

**VIA FIRST CLASS MAIL**

**Counsel for Ace Technologies**
Samuel S. Oh
Lim, Ruger & Kim LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeffrey E. Bjork
Gabriel R. MacConaill
Sidley Austin LLP
555 W. Fifth Street
Los Angeles, CA 90013

**Counsel for Citrix Systems**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109

**Counsel for Intel Americas, Inc.**
Craig Goldblatt
Katelyn Rood
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

**Counsel for Layne Communications, LP**
Anthony J. Interrante
Erika L. Gustafson
Kessler Collins, P.C.
2100 Ross Avenue, Suite 750
Dallas, TX 75201

**Counsel for LTS Managed Technical Services LLC**
Daniel C. Minteer
Duane Morris, LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285

**Counsel for NSG Technology Inc.**
Hua Chen
Atlis Law Group, Inc.
288 S. Mayo Avenue
City of Industry, CA 91789

**Counsel for SecureLogix Corporation**
Matthew T. Ferris
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

**VIA HAND DELIVERY**

**Counsel for Axerra Networks, Inc.**
Frederick B. Rosner
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

Zhone Technologies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeremy W. Ryan
R. Stephen McNeill
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**Counsel for Citrix Sytems, Inc.**
Michael J. Custer
David Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

**Counsel for CMGRP, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19801

**Counsel for Layne Communications, LP**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801

**Counsel for LTS Managed Technical Services LLC**
Richard W. Riley
Sommer L. Ross
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**Counsel for Spirent Communications Inc.**
Matthew W. Grimshaw
Ruatn & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

**Counsel for Starent Networks, LLC**
Kenneth Law
Bailson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

**Counsel for Siemens Enterprise Communications Inc**
Todd A. Feinsmith
Pepper Hamilton LLP
125 High Street
15th Floor, Oliver Street Tower
Boston, MA 02110

**Global Knowledge Training LLC (unrepresented)**
Brian Holland
Global Knowledge Training LLC
9000 Regency Parkway, Suite 500
Cary, NC 27518

**Manning Global, Inc. (unrepresented)**
Attn: Officer, Managing or General Agent
Manning Global, Inc.
Rockefeller Plaza Center, 7th floor
Avenue of the Americas
New York, NY 10020

Manning Global, Inc.
240 Madison Avenue
6th Floor
New York, NY 10016

Manning Global, Inc.
c/o Dan Skinner
240 Madison Avenue
6th Floor
New York, NY 10016

**Counsel for CoAMS, Inc.**
Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

**Counsel for Cognizant Technology Solutions**
Annie C. Wells
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600

**Counsel for Monster Worldwide, Inc.**
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500, Box 2306
Wilmington, DE 19899-2306

**Counsel for Real Time Monitors, Inc.**
Ronald S. Gellert
Brya Keilson
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Counsel for Right Management Inc.**
Henry Jaffe
James Carignan
Evelyn Meltzer
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for SecureLogix Corporation**
Kevin Collins
Bifferato LLC
800 N. King Street
Wilmington, DE 19801

**Counsel for Sourcefire, Inc.**
Elihu E. Allinson, III
Sillivan, Hazeltine, Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Prudential Relocation, Inc.**
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan, Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Razorfish, LLC**
Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

**Counsel for Starent Networks, LLC**
James Yoder
White & William LLP
824 North Market Street, Suite 902
Wilmington, DE 19801

**Counsel for Continuous Computing Corporation**
Robert L. Eisenbach III
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

**Counsel for Global IP Solutions, Inc.**
Blakeley & Blakeley LLP
Marisa Commerford, Esq.
Johnny White, Esq.
2 Park Plaza, Suite 400
Irvine, California 92614

**Counsel for Prudential Relocation, Inc.**
Joseph L. Clasen
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901

**Counsel for RADVISION Inc.**
Aaron R. Cahn
Carter Ledyard & Milburn
2 Wall Street
New York, NY 10005

**Counsel for Real Time Monitors, Inc.**
Sumithra Rao
Gary Bradley
Bradley & Gmelich
700 N. Brand Blvd., 10th Floor
Glendale, CA 91203

**Counsel for Sterling Mets & Queens Ballpark**
John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

**Counsel for The Advertising Checking Bureau**
John A. Golieb
Muchnick, Golieb & Golieb
200 Park Avenue South, Suite 1700
New York, NY 10003

**Counsel for Trapeze Networks Inc.**
Gaye Nell Heck
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

**Counsel for TTI Team Telecom**
Larry A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

**Counsel for Insight Direct USA, Inc.**
Gregory A. Taylor
Benjamin W. Keenan
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Counsel for McCann-Erickson Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801

**Counsel for Trapeze Networks Inc.**
James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

**Counsel for Voxify Inc.**
Morris James LLP
Stephen M. Miller and Eric J. Monzo
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494

**Counsel for Westcon Group (North America), Inc.**
Christopher A. Ward
Shanti M. Katona
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**ZOHO Corporation (not represented by counsel)**
Attn: Officer, Managing or General Agent
ZOHO Corporation
4900 Hopyard Road, Suite 310
Pleasanton, CA 94588

ZOHO Corporation
c/o Sridhar Vembu
4900 Hopyard Road, Suite 310
Pleasanton, CA 94588

Attn: Officer, Managing or General Agent
ZOHO Corporation
5200 Franklin Drive, Suite 115
Pleasanton, CA 94588-3363

4219753.1