IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
                                                            :
In re                                                       :   Case No. 09-10138 (KG)
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Jointly Administered
                                                            :   Re: D. I. 5292
         Debtors.                                           :
------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 25, 2011, copies of the **Amended Scheduling Order Regarding the Debtors' Motion to Enforce the CVAS Sale Order** were served in the manner indicated upon the entities identified on the attached service list.

Dated: April 25, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

4168215.1

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via Hand Delivery**

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market St.
Wilmington, DE 19899

**Via First Class Mail**

Fred. S. Hodara
Ryan C. Jacobs
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Thomas Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa St., Suite 3000
Los Angeles, CA 90017

GENBAND Inc.
Attn: General Counsel
3605 E. Plano Pkwy., Suite 100
Plano, TX 75074

Latham & Watkins LLP
David S. Allinson, Esq.
885 Third Avenue
New York, NY 10022

Baker Botts LLP
Don J. McDermett, Jr., Esq.
Curt Anderson, Esq.
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Stikeman Elliott LLP
Ron Ferguson, Esq.
445 Park Avenue 7th Floor
New York, NY 10022

Wells Fargo Bank, N.A.
Lisa D'Angelo
45 Broadway, 14th Floor
New York, NY 10006