## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                            :

In re                             :        Chapter 11
                            :

Nortel Networks Inc., *et al.*,[1]     :        Case No. 09-10138 (KG)
                            :

        Debtors.           :        Jointly Administered
                            :

---------------------------------------------------------X

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 26, 2011 AT 9:30 A.M. (EASTERN TIME)

## CONTINUED/RESOLVED/WITHDRAWN MATTERS

1.     Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

     Objection Deadline:   October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol Corporation and its affiliates until April 26, 2011.

     Remaining Response Received:

     (a)    Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]    **Amended items appear in bold.**

<u>Related Pleading</u>:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

<u>Status</u>:  The hearing with respect to the response to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for May 10, 2011 at 9:30 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for May 10, 2011 at 9:30 a.m. (ET).

2.     Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

<u>Objection Deadline</u>:  October 25, 2010 at 4:00 p.m. (ET).  Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m.  Extended for Red Hat to November 1, 2010. Extended for GE Fanuc to May 10, 2011.

<u>Remaining Responses Received</u>:

(a)     Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)     Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

<u>Related Pleadings</u>:

(a)     Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for May 24, 2011 at 9:30 a.m. (ET).  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for May 24, 2011 at 9:30 a.m. (ET).

3.     Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

Objection Deadline:  January 5, 2011 at 4:00 p.m. (ET).  Extended to May 17, 2011 at 4:00 p.m. (ET) for Nortel.

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter has been adjourned to May 24, 2011 at 9:30 a.m. (ET).

4.     Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4638, Filed 12/22/10).

Objection Deadline:  January 21, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)     Response of Robert Horne to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4710, Filed 1/13/11);

(b)     Amended Response of Robert Horne to Motion and Stipulation (D.I. 4723, Filed 1/18/11);

(c)     Response of Ellen Bevarnick to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III)

Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4729, Filed 1/20/11);

(d)      Objection of Darnell D. Barber-Moye to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4742, Filed 1/24/11);

(e)      Objection of Peter S. Budihardjo to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4743, Filed 1/24/11);

(f)      Objection of Girishkumar Patel to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4744, Filed 1/24/11);

(g)      Objection of Peter Cassidy to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4745, Filed 1/24/11);

(h)      Response of Roger J. Bushnell to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4746, Filed 1/24/11);

(i)      Objection of Semra Tariq to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4760, Filed 1/25/11);

(j)     Objection of Peter Murphy to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4761, Filed 1/26/11);

(k)     Objection of Timothy R. Pillow to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 541 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4764, Filed 1/26/11);

(l)     Response of Robert Wohlford to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 541, 541 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation by and between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4770, Filed 1/28/11);

(m)     Objection of Richard R. Standel, Jr. to Motion to Approve Compromise (D.I. 4784, Filed 1/31/11);

(n)     Objection of Cecil Raynor to Motion for an Order Approving the Stipulation by and between NNE and U.S.Bank National Association (D.I. 4785; Filed 1/31/11);

(o)     Objection of Niel A. Covey to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4791, Filed 2/1/11);

(p)     Objection of Ben Warren to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4792, Filed 2/1/11);

(q)     Objection  of John E. Sheppard to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4793, Filed 2/1/11);

(r)     Objection of Peter J. MacLaren to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4794, Filed 2/1/11);

(s)     Objection of David Dautenhahn to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4795, Filed 2/2/11);

(t)     Objection of Elias Cagiannos to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4796; Filed 2/2/11);

(u)     Objection of James R. Long to Motion to Approve Compromise (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation (D.I. 4797; Filed 2/2/11);

(v)     Objection of Dan Mondor to Motion to Approve Compromise (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation (D.I. 4798; Filed 2/2/11);

(w)     Objection of Barry D'Amour to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4799, Filed 2/3/11);

(x)     Objection of Prabir Das to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4800, Filed 2/3/11);

(y)     Objection of John Kalfa to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii)

6

Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4801, Filed 2/3/11);

(z)     Objection of Jenifer Maryak to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4802, Filed 2/3/11);

(aa)    Response of Carroll Gray-Preston to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4816, Filed 2/4/11);

(bb)    Response of Kevin Garnica to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4817, Filed 2/4/11);

(cc)    Objection of Alan B. Reid to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4818, Filed 2/4/11);

(dd)    Objection of Enis Erkel to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4819, Filed 2/4/11);

(ee)    Objection of Vince Iacoviello to  Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4821, Filed 2/4/11);

(ff)    Objection of Peter Farranto to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4822, Filed 2/4/11);

(gg)    Objection of Frank Bayno to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4823, Filed 2/4/11);

(hh)    Objection of Gordon Adamyk to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4824, Filed 2/4/11);

(ii)    Objection of David Longaker to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4825, Filed 2/4/11);

(jj)    Objection of Scott C. Peters to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4826, Filed 2/4/11);

(kk)    Objection of Didier Werkoff to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And
        (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred
        Compensation Plan (D.I. 4827, Filed 2/4/11);

(ll)    Objection of Charla Crisler to Debtors' Motion For An Order Pursuant To 11
        U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving
        The Stipulation By And Between NNI And U.S. Bank National Association, (ii)
        Directing U.S. Bank National Association To Turn Over Property To NNI, And

(iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4828, Filed 2/4/11);

(mm)    Objection of David Ko to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4829, Filed 2/4/11);

(nn)    Objection of Levon Habosian to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4830, Filed 2/4/11);

(oo)    Objection of Patrick A. Davis to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4831, Filed 2/4/11);

(pp)    Objection of Bart Kohnhorst to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4832, Filed 2/4/11);

(qq)    Objection of Raymond L. Strassburger to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4833, Filed 2/4/11);

(rr)    Objection of Vivek and Kamna Kapil to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4834, Filed 2/4/11);

(ss)     Objection of Gillian McColgan to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4835, Filed 2/4/11);

(tt)     Objection of Chanrakant (Chand) V. Gundecha to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4836, Filed 2/4/11);

(uu)     Objection of Brian Leonard to Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4838, Filed 2/4/11);

(vv)     Objection of John Seligson (D.I. 4749, Filed 1/24/11);

(ww)     Objection of David Hilbig to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4857, Filed 2/7/11);

(xx)     Response of Jeffrey D. Townley to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4845, Filed 2/4/11);

(yy)     Objection of Mysore N. Prakash to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4858, Filed 2/7/11);

(zz)     Objection of Tom Chavez to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4852, Filed 2/7/11);

(aaa)   Objection of George Montgomery to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4875, Filed 2/7/11);

(bbb)   Objection of Basil Papantonis to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4848, Filed 2/7/11);

(ccc)   Objection of Keith J. McNulty;

(ddd)   Objection of Daniel Barran to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4872, Filed 2/7/11);

(eee)   Objection of Nora Winje to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4881, Filed 2/7/11);

(fff)   Objection of Andrew J. Sutcliffe;

(ggg)   Objection of Gregory J. Hoy to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4879, Filed 2/7/11);

(hhh)   Objection of Brian E. Page;

(iii)   Objection of Edward Natiuk to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4869, Filed 2/7/11);

(jjj)   Objection of Gerry Cabot to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related

Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4873, Filed 2/7/11);

(kkk)   Response of Mason James (Jim) Young to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4880, Filed 2/8/11);

(lll)   Objection of Anthony M. Leger to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4851, Filed 2/7/11);

(mmm)   Objection of Susan M. Keegan to Debtors' Motion to Grant Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4896, Filed 2/8/11);

(nnn)   Objection of Cynthia A. Schmidt To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4903, Filed 2/8/11);

(ooo)   Objection of Anthony and Lisa Perez to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4849, Filed 2/7/11);

(ppp)   Objection of Dennis J. Missini to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4874, Filed 2/7/11);

(qqq)   Response of John P. Ryan, Jr. To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4890, Filed 2/8/11);

(rrr)   Response of Robert A. McCabe To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4885, Filed 2/7/11);

(sss)   Objection of Robert M. Graham to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4868, Filed 2/7/11);

(ttt)    Objection of Bruce Klein to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4876, Filed 2/7/11);

(uuu)    Unsigned Objection;

(vvv)    Objection of Andrew Twynham to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4850, Filed 2/7/11);

(www)    Objection of Bruce Schofield to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4853, Filed 2/7/11);

(xxx)    Objection of Mauricio Cvjetkovic to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4854, Filed 2/7/11);

(yyy)    Objection of Egbert Clarke to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4855, Filed 2/7/11);

(zzz)    Objection of Moses Sun to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4856, Filed 2/7/11);

(aaaa)    Response of William Barnes to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4864, Filed 2/7/11);

(bbbb)    Response of Richard Rose to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank

National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4865, Filed 2/7/11);

(cccc) Objection of Luc Dhondt to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4866, Filed 2/7/11);

(dddd) Objection of Gregory S. Lagios to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4867, Filed 2/7/11);

(eeee) Objection of Samuel Layne to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4870, Filed 2/7/11);

(ffff) Objection of John C. Crowl to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4871, Filed 2/7/11);

(gggg) Objection of David F. Grant to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4877, Filed 2/7/11);

(hhhh) Objection of Rob Keates to Motion For An Order Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4878, Filed 2/7/11);

(iiii) Objection of Scott A Matheny To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4886, Filed 2/8/11);

(jjjj) Objection of Mohan Dattatreya to the December 22, 2010 Motion allowing Nortel to recapture the funds in the Deferred Compensation Plan (D.I. 4887, Filed 2/8/11);

(kkkk) Objection of John F Orbe to Debtors' Motion Allowing Nortel to Recapture the Funds in the Deferred Compensation Plan (D.I. 4888, Filed 2/8/11);

(llll) Objection of Inder Monga to Debtors' Motion Allowing Nortel to Recapture the Funds in the Deferred Compensation Plan (D.I. 4889, Filed 2/8/11);

(mmmm) Objection of Nicola (Nick) Garito to the Debtors Motion dated 12/22/2010 (D.I. 4909, Filed 2/9/11);

(nnnn) Objection of Michael Heslop To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4892, Filed 2/8/11);

(oooo) Objection of Jagdish D. Dassani To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4891, Filed 2/8/11);

(pppp) Objection of Michael Whitehurst To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4900, Filed 2/8/11);

(qqqq) Objection of Bakul Khanna & Chander Khanna To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4893, Filed 2/8/11);

(rrrr) Objection of Tai Lavian To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4894, Filed 2/8/11);

(ssss) Objection of Robert Horne, James Young & the Ad Hoc Group of Beneficiaries Debtors Motion for an Order Pursuant to 11 U.S.C. §§ 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation By and Between NNI and U.S. Bank National Association, (II) Directing U.S. Bank National Association to Turn Over Property to NNI, and (III) Granting Related Relief Related to the Nortel Networks U.S. Deferred Compensation Plan (D.I. 4897, Filed 2/8/11);

(tttt) Objection of Mara E. Foulois To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4902, Filed 2/8/11); and

(uuuu) Objection of Harold Seaman to Debtors' Motion For An Order (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4972, Filed 2/23/11).

Related Pleadings:

(a) Debtors' Reply in Further Support of Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National

Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4839, Filed 2/4/11);

(b)    Declaration of Daniel Ray in Support of Debtors' Motion For An Order Pursuant To 11 U.S.C. Sections 105, 541, 542 And 543 And Bankruptcy Rule 9019 (i) Approving The Stipulation By And Between NNI And U.S. Bank National Association, (ii) Directing U.S. Bank National Association To Turn Over Property To NNI, And (iii) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan (D.I. 4840, Filed 2/4/11);

(c)    Verified Statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. Pursuant to Bankruptcy Rule 2019 (D.I. 5046, Filed 3/2/11); and

(d)    Supplemental Verified  Statement of Elliott Greenleaf Pursuant to Fed. R. Bankr. P. 2019(a) (D.I. 5105, Filed 3/10/11).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for July 26, 2011 at 9: 30 a.m. (ET).  The parties will meet and confer prior to such hearing regarding a schedule to govern the motion.  The hearing date may be further adjourned by agreement of the parties or at the direction of the Court.

5.    Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 4842, Filed 2/4/11).

Objection Deadline:  February 23, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)    Claimant Ritz-Carlton Hotel Company, LLC's Response to Objection to its Claim (D.I. 4973, Filed 2/23/11).

Related Pleadings:  None.

Status:  The hearing with respect to the response filed by Ritz Carlton Hotel Company, LLC has been adjourned to the hearing scheduled for May 10, 2011 at 9:30 a.m. (ET).

## UNCONTESTED MATTERS GOING FORWARD

6.    Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5209, Adv. Proc. No. 25, Filed 4/4/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Related Matters:  Nortel Networks Inc., *et al.* v. Beeline.com, Inc. (Adv. Proc. No. 10-55165 (KG))

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter will go forward.

7.   Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5210, Adv. Proc. No. 14, Filed 4/4/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Related Matters:  Nortel Networks Inc., *et al.* v. CoAMS, Inc. (Adv. Proc. No. 10-55840 (KG))

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter will go forward.

8.   Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5216, Adv. Proc. No. 24, Filed 4/4/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Related Matters:  Nortel Networks Inc. v. Maritz Canada Inc. (Adv. Proc. No. 10-53187 (KG))

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter will go forward.

9.   Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5217, Adv. Proc. No. 17, Filed 4/4/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Related Matters:  Nortel Networks Inc. v. Insight Direct USA, Inc. (Adv. Proc. No. 10-55868  (KG))

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter will go forward.

10.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 5225, Filed 4/5/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)    Notice of Filing of Revisions to Order with Respect to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 5284, Filed 4/21/11).

Status:  The hearing on this matter **has been adjourned to the hearing scheduled for May 24, 2011 at 9:30 a.m. (ET).**

11.    Motion of Nortel Networks Limited to File Under Seal the Opening Brief in Support of Motion to Permit Disclosure by William Cleary and Exhibit D to the Declaration of Paul B. Keller (Nortel Networks Inc., and Nortel Networks Limited v. Communications Test Design, Inc.; Adv. Proc. No. 10-53065 (KG) D.I. 177, Filed 4/19/11)

Objection Deadline: At the hearing.

Responses Received:  None at this time.

Related Pleadings:

(a)    Nortel Networks Limited's Motion to Permit Disclosure by William Cleary (Nortel Networks Inc., and Nortel Networks Limited v. Communications Test Design, Inc.; Adv. Proc. No. 10-53065 (KG) D.I. 175, Filed 4/19/11);

(b)    Opening Brief in Support of Nortel Networks Limited Motion to Permit Disclosure by William Cleary [Filed Under Seal] (Nortel Networks Inc., and Nortel Networks Limited v. Communications Test Design, Inc.; Adv. Proc. No. 10-53065 (KG) D.I. 176, Filed 4/19/11);

(c)     Motion to Shorten Notice Relating to Motion of Nortel Networks Limited to File Under Seal the opening Brief in Support of Motion to Permit Disclosure by William Cleary and Exhibit D to the Declaration of Paul B. Keller (Nortel Networks Inc., and Nortel Networks Limited v. Communications Test Design, Inc.; Adv. Proc. No. 10-53065 (KG) D.I. 178, Filed 4/19/11);

(d)     Order Granting Motion to Shorten Notice Relating to Motion of Nortel Networks Limited to File Under Seal the opening Brief in Support of Motion to Permit Disclosure by William Cleary and Exhibit D to the Declaration of Paul B. Keller (Nortel Networks Inc., and Nortel Networks Limited v. Communications Test Design, Inc.; Adv. Proc. No. 10-53065 (KG) D.I. 179, Entered 4/20/11); and

(e)     Notice of Hearing (Nortel Networks Inc., and Nortel Networks Limited v. Communications Test Design, Inc.; Adv. Proc. No. 10-53065 (KG) D.I. 181, Filed 4/20/11).

Status:  The hearing on this matter will go forward.

## CONTESTED MATTERS GOING FORWARD

12.     Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5208, Adv. Proc. No. 19, Filed 4/4/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Related Matters:  Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide Inc., *et al*. (Adv. Proc. No. 10-55937 (KG))

Responses Received:

(a)     Limited Objection of Cable News Network, Inc., Time Inc. and Turner Broadcasting Sales, Inc. to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (Adv. Proc. No. 10-55937, D.I. 23, Filed 4/19/11); and

(b)     Objection of International Data Group, Inc. to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (Adv. Proc. No. 10-55937, D.I. 24, Filed 4/19/11).

Related Pleadings:

(a)     Debtors' Motion for Leave to File a Reply to the Objection of International Data Group, Inc. to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of

Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5288, Adv. Proc. No. 27, Filed 4/4/11).

Status:  The hearing on this matter will go forward. The Debtors reply deadline has been extended until April 21, 2011 at 12:00 p.m. (ET) with respect to the Objection.

13.    Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5218, Adv. Proc. No. 20, Filed 4/4/11).

Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

Related Matters:  Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. (Adv. Proc. No. 10-55905    (KG))

Responses Received:

(a)    Objection of Sprint Nextel to Debtors' Motion for Enlargement to Time Period Provided by Rule 4(m) (D.I. 5269; Adv. Proc. No. 10-55905, D.I. 25, Filed 4/19/11).

Related Pleadings:

(a)    Debtors' Reply in Further Support of Their Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of Time Period Provided by Rule 4(m) (D.I. 5281, Adv. Proc. No. 26, Filed 4/20/11).

Status:  The hearing on this matter will go forward.

14.    Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Sale of Internet Numbers Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing and Approving Entry into a Purchase and Sale Agreement; (III) Authorizing the Filing of Certain Documents Under Seal and (IV) Granting Related Relief (D.I. 5143, Filed 3/21/11).

Objection Deadline:  April 4, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)    Response to Motion to Approve an Order (I) Authorizing and Approving the Sale of Internet Numbers Free and Clear of all Liens, Claims, Encumbrances and Interests; (II) Authorizing and Approving Entry into a Purchase and Sale Agreement; (III) Authorizing the Filing of Certain Documents Under Seal and

(IV) Granting Related Relief Filed by Strategic Policy Sector of the Department of Industry (D.I. 5253, Filed 4/15/11); and

(b)      Amended Response to Motion to Approve an Order (I) Authorizing and Approving the Sale of Internet Numbers Free and Clear of all Liens, Claims, Encumbrances and Interests; (II) Authorizing and Approving Entry into a Purchase and Sale Agreement; (III) Authorizing the Filing of Certain Documents Under Seal and (IV) Granting Related Relief Filed by Strategic Policy Sector of the Department of Industry (D.I. 5283, Filed 4/21/11).

Related Pleadings:

(a)      Notice of Filing of Revisions to Purchase Agreement and Proposed Sale Order with Respect to Debtors Motion for Entry of an Order Authorizing and Approving the Sale of Interest Numbers Free and Clear of All Liens, Claims, Encumbrances and Interests and for Other Relief (D.I. 5252, Filed 4/15/11); and

(b)      Debtors' Reply in Further Support of Their Motion for Authorization and Approval of the Sale of Internet Numbers Free and Clear of All Liens, Claims, Encumbrances and Interests (D.I. 5280, Filed 4/20/11).

Status:  The hearing on this matter will go forward.

## STATUS CONFERENCE

**15.**      **Letter of Robert Horne Requesting Appointment to the Official Committee of Unsecured Creditors and Appearance at the 4/26/2011 Hearing (D.I. 5266, Filed 4/18/11).**

      **Status:  A status conference on this matter will go forward.**

Dated:  April 25, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4217617.1

*[SIGNATURE PAGE FOR  NOTICE OF SECOND AMENDED[3] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 26, 2011 AT 9:30 A.M. (EASTERN TIME)]*

---

[3]    **Amended items appear in bold.**