**EXHIBIT B**
**DECLARATION OF JAMES J. KEIGHTLEY**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

-------------------------------------------------------------X

### DECLARATION OF JAMES J. KEIGHTLEY IN SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(a) TO RETAIN AND EMPLOY KEIGHTLEY & ASHNER LLP AS SPECIAL PENSION BENEFITS COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO APRIL 1, 2011

I, James J. Keightley, hereby declare under penalty of perjury:

        1.      I am a partner of Keightley & Ashner LLP ("Keightley & Ashner" or the "Firm"), a law firm, which maintains offices for the practice of law in Washington, D.C. I am admitted to practice in the District of Columbia and Virginia, and before the U.S. Supreme Court and the Courts of Appeal for the D.C. Circuit. I make this statement: (a) in support of the Application[2] for the retention and employment of Keightley & Ashner as special pension benefits counsel to the above-captioned debtors (the "Debtors") and (b) in accordance with sections 327(a), 328, 329, 330 and 331 of Title 11 of the United States Code (the "Bankruptcy

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Code"), and Rules 2014, 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.      I am duly authorized to make this declaration (the "Declaration") on behalf of Keightley & Ashner.  I make this Declaration pursuant to Bankruptcy Rules 2014(a) and 2016(a) and in support of the Application of the Debtors to retain and employ the Firm as special pension benefits counsel.  Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

3.      The Firm has extensive experience and knowledge in pension benefits law, with a focus on all matters relating to the Pension Benefit Guaranty Corporation (the "PBGC").  The Firm's lawyers have over 100 years of combined experience serving in responsible legal positions at the PBGC, including as General Counsel, Deputy General Counsel, Senior Assistant General Counsel for ERISA/Bankruptcy Matters, Assistant General Counsel for Legislation and Regulations, Assistant Chief Counsel, and Senior Legal Advisor.  I believe that Keightley & Ashner is qualified to represent the Debtors in this case in a cost-effective, efficient, and timely manner.

## Services to be Rendered

4.      The Debtors have requested that Keightley & Ashner provide advice and guidance to the Debtors relating to employee benefits issues, including advice and guidance that will allow the Debtors to evaluate the claims filed by the PBGC in the above-captioned cases and to develop a strategy to resolve such claims.  The Firm will work to support Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), as lead bankruptcy counsel, in evaluating the PBGC's claims and will assist Cleary Gottlieb in developing strategies to resolve the PBGC's claims.  The Firm's expertise in all matters relating to the PBGC and the unique experience of its

members who have worked within the PBGC will be of particular assistance to Cleary Gottlieb and the Debtors in this respect. Subject to this Court's approval of the Application, Keightley & Ashner is willing to serve as Debtors' special pension benefits counsel and to perform these services.

### Disinterestedness Of Professionals

5.      In preparing this Declaration, in order to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by the Debtors, I reviewed the Firm's records to determine which persons or entities, if any, on a list of parties provided to Keightley & Ashner by the Debtors (the "Conflicts Check List") Keightley & Ashner currently represents ("Current Clients") or represented in the past three years ("Former Clients"). The Conflicts Check List, which is attached hereto as Exhibit I, identifies (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel. The Firm has not, does not and will not represent any parties in interest on matters related to the Debtors' chapter 11 cases; however, it does represent and has in the past three years represented certain parties in interest in matters wholly unrelated to the Debtors' chapter 11 cases.[3]

6.      To the best of my knowledge and information after a review of the Conflicts Check List and Keightley & Ashner's records conducted at my direction, Keightley & Ashner has not represented in the previous three years, and does not currently represent, any

---

[3]      To protect client confidentiality, Keightley & Ashner is not disclosing the identities of certain Current Clients and Former Clients. Keightley & Ashner has disclosed such information in confidence to the Debtors, and will disclose such information to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") if requested to do so.

creditor, interest holder or other party in interest in connection with their respective dealings with the Debtors.  The Firm has fully informed the Debtors of its ongoing representation of certain parties in interest on unrelated matters.  The Debtors have agreed to Keightley & Ashner's continuation of its ongoing representation of these entities in matters unrelated to the Debtors' chapter 11 cases and to Keightley & Ashner's representation of the Debtors.

7.    To the best of my knowledge, the partners, other attorneys, and other professionals of Keightley & Ashner (except for having routine retail accounts, such as checking, savings, investment, or retirement accounts, mortgages, or home equity lines of credit, with certain financial institutions that are creditors in this case, or having routine retail stock or debt holdings in parties in interest not exceeding $30,000, none of which routine retail accounts or holdings give rise to an interest materially adverse to the interest of the estate or any class of creditors or equity security holders): (i) are not related to the Hon. Kevin Gross; (ii) do not have any connection with the U.S. Trustee or any person employed in the office thereof; (iii) are not and were not a creditor, equity security holder or insider of the Debtors; (iv) are not and were not within two years of the Petition Date, a director, officer or employee of the Debtors; and (v) do not hold or represent any interest adverse to the Debtors or their estates.

8.    To the best of my knowledge and information, Keightley & Ashner is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and does not hold or represent any interest materially adverse to the Debtors or their estates.[4]

---

[4]    The statements contained herein respecting Keightley & Ashner are based upon a review of Keightley & Ashner's records as of April 19, 2011.

## Proposed Compensation

9.      Keightley & Ashner intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for this District, and orders of this Court.  Subject to allowance by the Court, the Firm will charge the Debtors for its legal services in accordance with the fee structure and expense reimbursement terms the parties agreed to under the Engagement Letter.

10.      The Debtors and Keightley & Ashner have agreed that the Firm will apply to the Court for compensation for services rendered and reimbursement of expenses incurred in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedure and orders of the Court and consistent with the proposed compensation set forth in the Engagement Letter.

11.      No promises have been received by Keightley & Ashner, or any partner of or other attorney or other professional of Keightley & Ashner, as to compensation or reimbursement of expenses in connection with the Debtors' chapter 11 cases.  There is no agreement of any nature for the Firm to share any portion of the compensation to be received from the Debtors, and the Firm will not share any portion of such compensation, other than among the partners or other employees of the Firm or independent contractors regularly associated with the Firm.

12.    I hereby attest that the attorneys of Keightley & Ashner who will be working on this engagement are familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules for this District, and shall comply with them.

Dated: April 22, 2011
Washington, D.C.

_____
James J. Keightley

**EXHIBIT I**

**CONFLICTS CHECK LIST**

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation

Nortel Networks Optical Companies (Switzerland) GmbH

Sonoma Ltd.

Sonoma Systems Europe Ltd.

Architel Systems Corporation

Architel Systems (UK) Ltd.

Alteon WebSystems AB

Alteon WebSystems International Ltd.

Nortel Networks Ltd.

Nortel Networks UK Ltd.

Nor. Web DLP Ltd.

Nortel Ltd.

Nortel Networks (Northern Ireland) Ltd.

Nortel Networks Employee Benefit Trustee Company Ltd.

Nortel Networks Properties Ltd.

Nortel SE d.o.o. Beograd

Northern Telecom PCN Ltd.

Promatory Communications (UK) Ltd.

Telephone Switching International Ltd.

X-CEL Communications Ltd.

Star 21 Networks GmbH

Nortel Networks Australia Pty Ltd.

Periphonics Ltd.

Nortel Networks (Photonics) Pty. Ltd.

Frisken Investments Pty. Ltd.

R. Betts Investments Pty. Ltd.

Nortel Australia Communication Systems Pty. Ltd.

Nortel Networks International Finance & Holding BV

Nortel Networks Singapore Pte. Ltd.

Nortel Networks (Austria) GmbH

Nortel Networks AG

Nortel Networks AS

Nortel Networks S.R.O.

Nortel Networks S.p.A.

Nortel Networks S.A. (Lux Entity)

Nortel Networks South Africa (Proprietary) Ltd.

Uni-Nortel Communication Technologies (Hellas), S.A.

Nortel Networks NV

Matra Communication Cellular Terminals GmbH

Nortel Networks Engineering Service Kft.

Nortel Networks (Bulgaria) EOOD

Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl

Nortel Networks O.O.O.

Nortel Networks Portugal S.A.

Nortel Communication Holdings (1997) Ltd.

Nortel Networks Polska Sp. z.o.o.

Nortel GmbH

Nortel Networks BV

Nortel Ukraine Ltd.

Nortel Networks AB

Nortel Networks Hispania S.A.

Nortel Networks Netas Telekomunikasyo n.A.S.

Nortel Networks Israel (Sales and Marketing Ltd.)

Nortel Networks Communications (Israel) Ltd.

Nortel Networks Malta Ltd.

Nortel Networks OY

Bay Networks do Brasil Ltda.

Bay Networks Redes de Dados para Sistemas Informaticos Lda.

2

Clarify Ltd.

Clarify K.K.

Nortel Networks Eastern Mediterranean Ltd.

Nortel Ventures LLC

Nortel Networks Japan

Penril Datacomm Ltd.

Nortel Networks Southeast Asia Pte Ltd.

Nortel Networks Technology (Thailand) Ltd.

Nortel Technology Excellence Centre Private Ltd.

Diamondware Ltd.

Northern Telecom International Inc.

Nortel Networks Optical Components Inc.

The Nortel Foundation

Nortel Networks India International Inc

North Networks (CALA) Inc.

Qtera Corporation

Nortel Networks Techonology Ltd.

Nortel Networks HPOCS Inc.

Nortel Government Solutions Inc.

Nortel Networks de Guatemala Ltda.

Nortel Trinidad and Tobago Ltd.

Nortel Networks (Shannon) Ltd.

Nortel Networks Europe Sales Ltd.

AC Technologies Inc.

Integrated Information Technology Corporation

Capital Telecommunications Funding Corporation

PT Nortel Networks Indonesia

Nortel Networks Peru S.A.C.

Nortel Networks (Thailand) Ltd.

Nortel Networks Telecomunicaco es do Brazil Bhd.

Nortel Networks Malaysia Sdn. Bhd.

Nortel Networks New Zealand Ltd.

Nortel Networks Global Corporation

Nortel Networks de Colombia S.A.

Nortel Networks Chile S.A.

Nortel Networks de Argentina S.A.

Nortel Networks del Paraguay S.A.

Nortel Networks de Venezuela C.A.

Nortel Networks de Ecuador S.A.

Nortel Networks de Mexico S.A. de C.V.

Nortel de Mexico S. De RL de CV

Nortel Networks del Uruguay S.A.

Nortel Networks Technology Corporation

Nortel Vietnam Ltd.

Nortel Networks Korea Ltd.

Nortel Networks Singapore Pte Ltd.

Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.

Nortel Networks International Corporation

Shenyang Nortel Telecommunications Company Ltd.

Nortel Networks (Ireland) Ltd.

Northern Telecom Maroc SA

Nortel Networks Electronics Corporation

Regional Telecommunications Funding Corporation

Nortel Networks de Bolivia S.A.

Ontario Inc.

CTFC Canada Inc.

Northern Telecom Canada Ltd.

Nortel Networks de Panama S.A.

TSFC Canada Inc.

Nortel Networks Mauritius Ltd.

Nortel Networks SA (French Entity)

Nortel Networks (China) Ltd.

Nortel Networks (Asia) Ltd.

Guangdong – Nortel Telecommunications Equipment Co., Ltd.

LG-Nortel Co. Ltd.

Nortel Communications Inc.

Nortel Networks (India) Private Ltd.

Northern Telecom France SA

Nortel Networks Communications Engineering Ltd.

Novera Optics Korea Inc.

Novera Optics Inc.

LN Srithai Comm Co Ltd.

Nortel Networks Financial Services Ltd. Liability Co.

Nortel Networks France SAS

Matra Communications Business Systeme GmbH

Northern Telecom International Ltd.

Star 21 Facility Management GmbH & Co. KG

Star 21 Facility Management Verwaltung GmbH

Star 21 Networks Deutschland GmbH

Star 21 Networks (Schweitz) AG

Star 21 Operations GmbH


***Debtors' 5% Shareholders***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

5

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*
Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*
<u>Current Directors and Officers of NNI</u>

Donald Powers

Christopher Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Wood

<u>Former Directors and Officers of NNI for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri

Dennis Carey

Gordon A. Davies

Joseph F. Dearing

John Doolittle

Lynn Egan

William R. Ellis

Thomas A. Gigliotti

Clarke Glaspell

Mark J. Hamilton

Ernest R. Higginbotham

Paul W. Karr

Paul T. Knudsen

Laurie A. Krebs

William J. LaSalle

Peter Look

Eugene McClain

Claudio Morfe Jr.

Kimberly P. Poe

Charles R. Raphun

Karen E. Sledge

Katharine B. Stevenson

Allan K. Stout

Anna Ventresca


Current Directors and Officers of NNCC

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

Mark J. Hamilton

Paul W. Karr

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Katharine B. Stevenson


Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

Mark J. Hamilton

A. Aziz Khadbai

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe


Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

Mark J. Hamilton

Abdul Aziz Khadbai

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe


Current Directors and Officers of Architel Systems (U.S.) Corporation

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge

Current Directors and Officers of Xros, Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William R. Ellis

Clarke Glaspell

 Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge


Current Officers and Directors of CoreTek, Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

Clarke Glaspell

Laurie A. Krebs

Robert J. Looney

Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William Roy Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge


Current Directors and Officers of Nortel Networks Optical Components Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William Roy Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge


Current Directors and Officers of Nortel Networks HPOCS Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William Roy Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge


Current Directors and Officers of Nortel Networks International Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood


Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William Roy Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge


Current Directors and Officers of Northern Telecom International Inc.

Christopher Simon Ricaurte

Timothy C. Ross

Allen Keith Stout

Jeffrey Thomas Wood

<u>Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri

Allan Bifield

Dennis Carey

Gordon A. Davies

John Doolittle

Lynn Cecelia Egan

William Roy Ellis

Clarke Glaspell

Mark J. Hamilton

Laurie A. Krebs

Robert J. Looney

Kimberly P. Poe

Karen E. Sledge


<u>Current Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>

Raj Krishnan

Christopher Ricaurte

Timothy C. Ross

Allen K. Stout

Jeffrey T. Wood


<u>Former Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>

John D. Atkinson

Francois Audet

Mary Barnes

Allan Bifield

Kevin Boyle II

Shelley Bracken

Roger W. Britt

Mario Brown

Glenn Brownridge

Francois Burton

Tom Buttermore

Matteo Candaten

Dennis Carey

Norman Caron

Serge Caron

Sudarshan Chitale

Russell Coffin

Graeme Currie

Gordon A. Davies

John M. Doolittle

Lynn Cecelia Egan

Emre  Erkol

J. Erik Fako

Jean-Pierre Fortin

Jeremy Fuller

Tim Gaiser

Sonia Garapaty

Michael Gawargy

William Gentry

Duncan Gillibrand

Clarke Glaspell

Paul Granville

Andrew Harrison

Christopher Hogg

Henry Holland

Gregory Hood

Robin Scott Hughes

Ken Huntington

Camille Issa

Oya Istemi

Anthony Jones

Joel Joseph, Jr.

Ricky Kaura

Mark Kepke

Christian Kittlitz

Paul T. Knudsen

Peter Krautle

Laurie A. Krebs

Guy Lafontaine

Keith Landau

Gregor W. Larson

Michael Leeder

Louis LeVay

Brian Lindsay

Robert Litalien

Dennis Lloyd

Wade Lyon

Anthony G. MacDonald

John R. McCready

James McEachern

Steve J. McKinnon

Swapan Nandi

James Ostrom

Alain Papineau

April A. Pennisi

David Price

Alan W. Pritchard

Robert C. Pugh

Stephan Radatus

Dharmaraja Rajan

Parviz Rashidi

Ron Ryan

Mehdi Sajasi

Donna Samper

Robert Saunders

Ian Scales

Kevin Sembrat

Iain Sharp

Elaine Smiles

Eric L. Smith

Pete Streng

Guillaume Strub

Dany Sylvain

Richard C. Taylor

Tom P. Taylor

Craig Telke

Denis R. X. Thibault

Bill Thompson

Greg Thor

Lee B. Valerius

Guy Vonderweidt

Richard Willis

Cortland Wolfe

Steven Woods

Wei Jen Yeh


Current Directors and Officers of Nortel Networks (CALA) Inc.

Christopher Ricaurte

Timothy C. Ross

Allen K. Stout

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the
Petition Date

Alvio Silvio Barrios

Martha Helena Bejar

Juan Jose Chico

Gordon Allan Davis

Joseph F. Dearing

John Doolittle

Lynn Cecelia Egan

William Roy Ellis

Clarke Glaspell

Cristina Gomez

Felipe Gonzales

Jacqueline C. Hea

Robert Michael Kales

Paul Karr

Fabiola Leva

Peter Look

Norberto Milan

Eduardo Santoyo

Jorge Humberto Suarez

Hector Benjamin Viana

***Debtors' Vendors***

Wistron

JDS Uniphase Corporation

Bookham Technology Ltd.

IBM

Delta Networks Systems SA DE CV

Texas Instruments Inc.

Motorola Corporation

Applied Micro Circuits Corporation

Artesyn Technologies

Audiocodes Ltd.

Sanmina SCI Corporation

Astec

Amphenol

Andrew Corporation

Qualcomm Inc.

Xilinx Inc.

Freescale Semiconductor

Trapeze Networks Inc.

Santur Corporation

Altera

STMicroelectronics

Broadcom Corporation

Hewlett Packard

Spectra Link

Alanex Corporation

Alpha Networks

Excelight Communications Inc.

Daeduck Electronics Company

Micron

Sun Microsystems

Airvana

Witness Systems Inc.

Scansoft

Minerva Systems Inc.

Microsoft

Itel House

Oracle Corporation

Wind River Systems Inc.

Wipro

TCS Consulting

Sasken

Tejas

Infosys

Bell Micro

ITC

Airspan

Mera

Polycom

Flextronics

CTDI

Advanced Information Management

Kuehne & Nagel International AG

Anixter International

Accton Technolgies

Emerson

Polytronix

Brookfield Lepage Johnson

Johnson Controls Inc.

Cigna

**_Debtors' Litigants_**

California State Board of Equalization

Highpoint Telecommunications Inc.

Motorola

Patricia Harmon

Teligent Services Inc.

Verizon New York, Inc.

Robert Buchwald

Alexander Lovgren

Sharon Tangney

A.W. Chesterton, Inc.

Federal Insurance Company (Chubb)

Aldine Independent School District

Joseph Srygler

Ernest Demel

Steven Domenikos

Carrasco

Mack Thorpe, Jr.

Pavel Molodetskiy

Pamela Richardson

Harris Corporation

Scott M. Johnson

Terrence Freeman

Lisa Fitzgerald

Wanland and Associates

Jay Colton

Jim and Elaine Wright

Certain Tunable Laser Chips

Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada


***Debtors' Banks and Money Market Funds***

Citibank

Bank of America

Deutsche Bank

JP Morgan

Morgan Stanley

UBS

Federated Treasury Obligations

JP Morgan U.S. Money Market Funds

Fidelity Treasury Portfolio Fund

Dreyfus Government Cash Management Fund

Government Prime Cash Management Fund

Reserve Primary Fund

***Debtors' Significant Customers***

Verizon

Korea Telecom – Freetel

AT&T

BCE

Telefonica

LGT

Datatec Networking and Com.

Sprint Nextel

Direct Touch Federal

SK Telecom

Telus

France Telecom/Orange

Alltel (ACI)

Hanoi Telecom

British Telecom

US Cellular

Deutsche Telecom

Tech Data Corp.

AMX

Motorola

BSNL

China Mobility

***Debtors' Landlords***

Hewlett Packard Financial Services

Meadow Brook Office LLC

New Boston 175 Capital Boulevard LP

Bonham Golf & Country Club, Inc.

City of Bonham

Woodfield Holdings Pt., LLC

Tomorrow 35 Century L.P.

Riverdale Office Properties Partnership

IStar Ctl. 1, L.P./Lehman Ali Inc.

Ciminelli Development Co. Inc.

Gail G. Anderson dba Willard T. Anderson Properties

Campbell Creek Ltd.

10 Sylvan SPE LLC

Sunset Land Company LLC

State Street Bank & Trust Co.

USAA Real Estate Company

Metropolitan Tulsa Investments LLC

Brookfield Lakes Corporate Center

Insignia ESG, Inc.

TCIT Dallas Industrial, Inc.

West Colony Office Associates, LP

Teachers Insurance & Annuity Corp.

Genesis Building LLC

Duke Realty Ohio

Technology Park X LTD Partnership

Flagler Development Company

7884 BR LLC

Behringer Harvard TIC

Coliseum Transfer Inc.

The Plaza CP, LLC

Omega Corporate Center, LP

Omaha Plaza Investments c/o CBRE The Mega Group

The Irvine Company and ACE Parking Management

Metropark South LLC

RP Sam Houston Plaza, L.P.

I & G Direct Real Estate 16, LP

Deka Immobilien Investment GMBH

One Boston Place, LLC

Crescent Peakview Tower LLC

Biltmore Financial Center II

Wireless (TX) LP QRS 14

UCM/SREP-Corporate Woods, LLC

Sobrato Land Holdings

Reckson Operating Partnership

IPC Metrocenter LLC

Technology Center Associates LP

Talcott III Ormsby LLC

Talcott II Alamo LP

101 Constitution Trust

HQ Global Workplaces Inc.

Colliers Dickson Flake Partners Inc.

Open Terrace Associates LLC

California State Teachers Retierment

Duesenberg Investment Company

Tallahassee Corporate Center LLC

Two Towne Square LLC

Duke Realty Ohio

One Capital Mall Investors LP

Gateway Associates Ltd.

Hines Riverfront Plaza, LP

Canal View Properties III, LLC

Green 485 Owner LLC

13560 Morris Road Office Investors, LLC

Tower 333 LLC

IGD Properties Corp.

Technology Park V LP


***Debtors' Insurers***

ACE USA

ACE INA Insurance

ACE Bermuda Insurance Ltd.

American Home Assurance Company

AIG Commercial Insurance Company of Canada

Allianz Global Risks US Insurance Company

Arch Insurance Company

Arrowhead General Insurance Agency

Allied World Assurance Company Ltd

Chubb Insurance Company of Canada

Continental Casualty Company

American Home Assurance Company (National Union)

Empire Indemnity

Falvey Cargo Underwriting

GCAN Insurance Company

Great American Insurance Group

Hartford Fire Insurance Company

Liberty International Underwriters Canada

Beazley Syndicate

Hiscox Syndicate

Catlin Canada Inc.

Temple Insurance Company

Max Bermuda Ltd.

Princeton E&S

QBE Specialty

Travelers Guarantee Company of Canada

XL Insurance (Bermuda) Ltd

XL Insurance Company Ltd.

Zurich Insurance Company


***Counterparties to Debtors' Significant Contracts***

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.


***Debtors' Bondholders and Trustees***

Bank of New York

Ameriprise Financial Services, Inc.

Amalgated Bank

Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America

The Bank of New York Mellon

Barclay's Capital, Inc./Fixed Income Bond-C

Barclay's Capital, Inc., LE

BMO Nesbitt Burns, Inc/CDS

BNY-SBL/PB

BNP of Paribas Prime Brokerage, Inc

BNP Paribas Securities Corp/Fixed Income

BNP/PPBC

Bank of New York/LDSEG

Bank of New York/London

Bank of New York/Prudential

Bank of New York/TD BK

Mellon Trust of New England, NA

Bank of America/La Salle

Bank of New York/Barclays

Sanford C. Bernstein & Co., LLC

Brown Brothers Harriman & Co.

Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc

Cede & Co.

Citigroup Global Markets, Inc./Salomon Brothers

Charles Schwab & Co., Inc.

CIBC World Markets, Inc

Citadel Derivatives Group, LLC or Citidel Trading Group, LLC

Citibank, NA

Citigroup Private Bank & Trust

Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.

Comerica Bank

Credit Suisse Securities (USA)

Davidson (D.A.) & Co., Inc.

Deutsche Bank Securities, Inc.

Dresdner Kleinwort Securities LLC

E*Trade Capital Markets, LLC; E*Trade Cleary, LLC

Emmett Larkin Co., Inc.

Fiducie Desjardins, Inc.

First Clearing, LLC

First Southwest Company

Goldman Sachs & Co.

Goldman Sachs Execution & Clearing, LP

Goldman Sachs International Ltd.

Haywood Securities, Inc.

H&R Block

Huntington National Bank

Ingalls & Snyder, LLC

Interactive Brokers, LLC/Retail Clearance

Jefferies & Co., Inc.

Janney Montgomery Scott, LLC

Jones (Edward D.) & Co.

JP Morgan Securities, Inc.

JPM/CCS2

JPM/GS CAP

JP Morgan Clearing Corp.

JP Morgan International

JP Morgan Chase Bank, National Association

JP Morgan Securities Inc./Fixed Income

Keybank National Association

Laurential Bank of Canada

Lehman Brothers, Inc.

LPL Financial Corporation

Marshall & Illsey Bank

Merrill Lynch Pierce Fenner & Smith Inc.

Manufacturers & Trust Company

The Bank of Tokyo-Mitsubishi UFJ, Ltd.

ML SFKPG

Morgan, Keegan & Company, Inc.

Morgan Stanley & Co. Inc.

Morgan Stanley & Co Inc./Retail

National City Bank

NBCN Inc./CDS

National Financial Services Corp.

The Northern Trust Company

Oppenheimer & Co., Inc.

Pershing, LLC

PNC Bank, NA

Raymond James & Associates, Inc

Raymond James Ltd

RBC Dominion Securities Inc

RBC Capital Markets Corporation

Ridge Clearing & Outsourcing Solutions, Inc

Scotia Capital Inc

Scottrade, Inc

Southwest Securities Inc

SSB-Trust Custody

SSB&T Co.

SSBIBT/BGI

SSB-SPDR'S

SSBT/IBT

Sterne, Agee & Leach, Inc.

Stifel Nicholaus & Company

Suntrust Bank

TD Ameritrade Inc.

Sumi Trust

Suntrust Bank

TD Waterhouse Canada, Inc.

Trustmark

UBS Financial Services, Inc.

UBS Securities, LLC

UMB Bank NA

Union Bank of California

US Bank NA

Wachovia Bank, NA

Wachovia Securities, LLC

Wachovia Capital Markets, LLC

Wells Fargo Bank, National Association

Wilmington Trust Company

The Fifth Third Bank

***Debtors' Professionals***

Cleary Gottlieb Steen & Hamilton LLP

Morris, Nichols, Arsht & Tunnell LLP

Crowell & Moring LLP

Jackson Lewis LLP

Shearman & Sterling LLP

Lazard Frères & Co., LLC

Mercer (US) Inc.

Huron Consulting Group

Palisades Capital Advisors LLC

Punter Southall

Special Counsel Inc.

Global IP Law Group, LLC

RLKS Executive Solutions LLC

Chilmark Partners, LLC

Grant Thornton LLP

Linklaters LLP

Benesch Friedlander Coplan & Aronoff LLP

Torys LLP

Addrex Inc.

CB Richard Ellis, Inc.

Ernst & Young LLP


***Unsecured Creditors Committee's Professionals***

Akin Gump Strauss Hauer & Feld LLP

Fraser Milner Casgrain LLP

Ashurst LLP

Capstone Advisory Group, LLC

Jefferies & Co., Inc.

Richards, Layton & Finger

*Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.

Alcatel-Lucent

Ciena Corporation

Cisco Systems, Inc.

Nokia

Tellabs, Inc.

Juniper Networks, Inc.

Siemens Enterprise

Siemens Networks

Huawei

ZTE

NEC

Foundry

Hitachi Cable

Avaya

Motorola

IBM

Hewlett Packard

*Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation

Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy

City of Richardson

Suez Energy Resources N.A. Inc.

TXU Energy

Con Ed

City of Durham

Duke Energy Company

PSNC Energy

National Fuel

JCP&L

City of Santa Clara

PG&E – California

National Grid

National Grid – Massachusetts

National Grid - Melville

Town of Billerica

LIPA

Suffolk County Water Authority

Great Oaks Water Company

SRP

City of Sunrise

FPL

AT&T

BT Americas Inc

Cablevision Lightpath, Inc

China Telecom Americas Corp

Cincinnati Bell

Comcast

Cox Communications

Embarq

First Digital Telecom

Frontier Communications

Global Crossing Conferencing

Hydro One Telecom Inc.

Level 3 Communications LLC

Masergy Communications, Inc

McDonald County Telephone Co

MCI

MTS Allstream Inc.

PCCW Global Inc

***Others***

Ogilvy Renault LLP

Ernst & Young Inc.

Allen & Overy LLP

American Movil

Richardson Independent School District (ISD)

Texas Comptroller of Public Accounts

Margolis Edelstein

Cellco Partnership

Iron Mountain Information Management Inc.

Telmar Network Technology Inc.

Precision Communication Services, Inc.

Automotive Rentals, Inc.

ABN AMRO Bank N.V.

Bexar County

Westcon Group North America Inc.

SprintCom Inc.

Sprint/United Management Company

The Prudential Insurance Company of America

Tata American International Corporation

Scott Douglass

Powerwave Technologies, Inc.

NeoPhotonics Corp.

Oracle USA, Inc.

Cummins, Inc.

485 Lexington Owner LLC

GTCI

Hok, Inc,

Alpha Network USA, Inc.

SAP America, Inc.

Qwest Communications Corporation and Qwest Corporation

Sumitomo Electric Lightwave Corporation

Insight Direct USA, Inc.

Harris County

APC Workforce Solutions

Unisys

County of Loudon

Right Management

Slash Support

Clearwire Corp.

tw telecom

Aon Consulting

Tandberg

Xeta Technologies

Monarch Alternative Capital LP

State of Michigan, Department of Treasury

Commonwealth of Pennsylvania, Department of Revenue

Tennessee Department of Revenue

Harte-Hanks, Inc.

Intech Group, Inc.

Lisa Fitzgerald

Alan Robert Bloom (UK Administrator)

Christopher John Wilkinson Hall (UK Administrator)

Alan Michael Hudson (UK Administrator)

Steven John Harris (UK Administrator)

Eltek Valere U.S. Inc.

Thomas & Betts Manufacturing Inc.

City and County of Denver

MatlinPatterson Global Advisors LLP

Avaya Inc.

Gores Group, Inc.

Aldine Independent School District

TTI Team Telecom Netherlands B.V.

GE Fanuc Embedded Systems, Inc.

Commonwealth of Pennsylvania, Department of Revenue

Keith Weiner

Rudy Mathieu

Wendell Allen Neff

Charles Rowe

Neal Shact

Fred Scott

Jac Goudsmit

Dwayne Roberts

William Weidner

Price Paschall

The Internal Revenue Service

Bell Microproducts Canada-Tenex Data ULC

Law Debenture Trust Company of New York

Kien Chen

Moreno Minto

Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund

Guyana Telephone and Telegraph Company Limited

Cypress Communications, Inc.

Duane Morris LLP

Baker Botts L.L.P.

GENBAND, Inc.

Westchester Fire Insurance Company

ACE USA

Nuance Communications, Inc.

ACS Cable Systems, Inc.

One Equity Partners III, L.P.

Radware Ltd.

Telefonaktiebolaget LM Ericsson

Kapsch Carriercom AG

East Camelback Road, Inc.

Department of the Navy

Arthur A. Russell

Thomas & Betts Manufacturing Inc.

City and County of Denver

Aldine Independent School District

TTI Team Telecom Netherlands B.V.

Amphenol Corporation

Amphenol Fiber Optics

Andrew, LLC

Avanex

Dell Marketing, LP

Graybar Electric Company, Inc.

Staples National Advantage

Starent Networks Corp.

Tyco Electronics

Volex, Inc.

Zyxel Communications, Inc.

EMC Corporation

Sodexo, Inc.

Microvision, Inc.

Avidity Partners LLC

Acme Packet, Inc.

PSP Holding LLC

Google, Inc.

Spectrum Group Management LLC

Exide Technologies

Credit Suisse Strategic Partners

ASM Capital III, L.P.

ASM Capital, L.P.

Michael Alms

Gussie Anderson

Faye Brown

Roger Carlsen

John Elliott

Nanette Faison

Bert Fletcher

Barbara Gallagher

Gary Garrett

Laura Hale

Janette Head

Brad Henry

Mark Janis

William Johnson

Deborah (Margaret) Jnes

Peter Lawrence

James Lee

Fred Lindow

David Litz

Kerry Logan

Robert Martel

Terry Massengill

Reid Mullett

Pamela Powell

Frankie Proctor

Janie Proctor

Carol Raymond

William Reed

Ronald Rose Jr.

Charles Sandner

Cynthia Schmidt

Wayne Schmidt

Manuel Segura

Leolia Strickland

Michael Stutts

Carmel Totman

Claudia Vidmer

Susan Widener

Vada Wilson

Thomas Patrick Tinker (Assistant US Trustee)

William K. Harrington (Office of the US Trustee)

David Buchbinder (Office of the US Trustee)

Diane Giordano (Office of the US Trustee)

Christine Green (Office of the US Trustee)

Jeffrey Heck (Office of the US Trustee)

Mark Kenney (Office of the US Trustee)

David Klauder (Office of the US Trustee)

Jane Leamy (Office of the US Trustee)

James R. O'Malley (Office of the US Trustee)

Lauren O'Neal (Office of the US Trustee)

Michael Panacio (Office of the US Trustee)

Juliet Sarkessian (Office of the US Trustee)

Richard Schepacarter (Office of the US Trustee)

Ramona Vinson (Office of the US Trustee)

Michael West (Office of the US Trustee)

Shakima L. Williams (Office of the US Trustee)

Dion Wynn (Office of the US Trustee)

The Hon. Kevin Gross -*Only family relationships with Judge Gross need be disclosed


***Ad Hoc Bondholder Group***

Mackay Sheilds LLC

Loomis Sayles & Company, L.P.

Fidelity Management & Research Co.

Pacific Investment Management Company LLC

Sankaty Advisors LLC

Milbank Tweed LLP (advisors)


***Top 20 Creditors of Nortel Networks (CALA) Inc.***

Lederfyl SA

Optime Consulting Inc

Mcomm Group Inc

I and C SA

Telmar Network Technology

United Business Media LLC dba Everything Channel

Newcomm 2000

Central General Engineering and Maintenance Limited

Wireless Integrated Networks WIN

Siemens Enterprise Comm Inc

Manning Global

Mercury America USA Corp

Isbel SA

Alvarion Ltd

Coams Inc

Rerate Limited Inc

J Mock & Co SA

Konet PR

Online 2000 Inc

Verint Americas Inc

***Mediator***

Layn R. Phillips

Irell & Manella LLP

***Principal Officer***

John Ray