**EXHIBIT C**
**ENGAGEMENT LETTER**

**Error! Unknown document property name.**

# KEIGHTLEY & ASHNER LLP

*The PBGC-Focused Law Firm*

JAMES J. KEIGHTLEY*
HAROLD J. ASHNER†

*Of Counsel*
WILLIAM G. BEYER*
STANLEY M. HECHT
LINDA E. ROSENZWEIG‡
DEBORAH G. WEST§

\* Also admitted in VA
† Also admitted in NY
‡ Also admitted in MD & NY
§ Also admitted in CA

One Metro Center
700 12th Street, N.W., Suite 700, Washington, D.C. 20005
*Phone:* (202) 558-5150    *Fax:* (202) 330-5490
www.keightleyashner.com

*Senior Actuarial Advisor*
JOHN F. LANGHANS, FSA, MAAA

*Senior PBGC Benefits Advisor*
ELLAN H. SPRING

April 22, 2011

John J. Ray, III
Principal Officer
Nortel Networks Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road
15th Floor
Oakbrook Terrace, IL 60181

Re:  Engagement Letter—Nortel Employee Benefits Issues

Dear Mr. Ray:

I am pleased that Nortel Networks Inc. and its affiliated Chapter 11 debtors and debtors in possession, the Chapter 11 cases of which are consolidated before the U.S. Bankruptcy Court for the District of Delaware for procedural purposes under Case No. 09-10138 (KG) (collectively, the "Nortel Debtors"), have decided to engage Keightley & Ashner LLP ("K&A"), effective April 1, 2011, to provide them with legal assistance, as assigned, in connection with employee benefits issues, including matters relating to the Pension Benefit Guaranty Corporation (the "PBGC"). This Engagement Letter is intended to confirm the terms of this engagement.

We will bill you for our services at our normal hourly rates. Our current billing rates are $750 per hour for James J. Keightley and $700 per hour for each of Harold J. Ashner, William G. Beyer, Stanley M. Hecht, Linda E. Rosenzweig, and Deborah G. West. Any necessary actuarial work to be performed by K&A will be performed by K&A's Senior Actuarial Advisor, John F. Langhans, FSA, MAAA, at a rate of $600 per hour, and any necessary work relating to PBGC benefit payment issues may be performed by K&A's Senior PBGC Benefits Advisor, Ellan H. Spring, at a rate of $550 per hour. Paralegal and law clerk work will be billed at $175 per hour. In addition, any direct expenses incurred by our firm in connection with this matter will be billed as incurred.

John J. Ray, III
April 22, 2011
Page 2

    We will follow the applicable procedures for the compensation of professionals in the above-noted bankruptcy case in order to receive compensation for our services. Of course, if there is ever any question regarding a bill, we would be more than happy to discuss it with you.

    If these terms are acceptable to you, please sign this Engagement Letter and fax it to me at (202) 330-5490 or email a PDF version to me at haroldashner@keightleyashner.com. We look forward to working with you and greatly appreciate the opportunity to do so.

                                        Sincerely yours,

                                        James J. Keightley

**ACKNOWLEDGEMENT:** I have read this Engagement Letter, understand the terms of the engagement, and agree to them on behalf of the Nortel Debtors.

_____            4-25-11
John J. Ray, III                                         Date
Principal Officer
Nortel Networks Inc.

NEWYORK:2379526 3