IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
: 
: Chapter 11
: 
*In re* : 
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : 
: Jointly Administered
          Debtors. : 
: 
: 
: 
: 
---------------------------------------------------------X

### DECLARATION OF INNA ROZENBERG IN SUPPORT OF JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND FOR RELATED RELIEF

    I, Inna Rozenberg, do hereby declare as follows:

    1.    I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), in the above-captioned proceeding. I am admitted to the bar of the State of New York and have been a member in good standing of such bar since 2001. I respectfully submit this declaration in support of the joint motion for entry of an order establishing an Allocation Protocol pursuant to the Interim Funding and Settlement Agreement, and for related relief (the "Joint Motion"), dated April 25, 2011.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. Annexed to this declaration are true and correct copies of the following documents that are cited and relied upon in the Joint Motion:

a. Attached hereto as Exhibit 1 is a true and correct copy of the Interim Funding and Settlement Agreement, dated as of June 9, 2009.

b. Attached hereto as Exhibit 2 is a true and correct copy of the Accession and Amendment Agreement relating to the Interim Funding and Settlement Agreement, dated as of September 11, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2011.

          */s/ Inna Rozenberg*
          Inna Rozenberg