# **Exhibit 2**

## ACCESSION AND AMENDMENT AGREEMENT

### relating to the

### INTERIM FUNDING AND SETTLEMENT AGREEMENT

**THIS AGREEMENT** (the "**Agreement**") is entered into by and among:

1. **NORTEL NETWORKS LIMITED** ("**NNL**") and the other entities set forth in Part 1 of Schedule 1 attached hereto;

2. **NORTEL NETWORKS INC.** ("**NNI**") and the other entities set forth in Part 2 of Schedule 1 attached hereto;

3. the entities set forth in Part 3 of Schedule 1 attached hereto (the "**EMEA Debtors**");

4. the Joint Administrators (as defined in the IFSA),

   (the above being the "**Existing Parties**");

5. **NORTEL NETWORKS AG**, a company incorporated under the laws of Switzerland having its registered office at Wilstrasse 11, Building U95, Uster, Switzerland CH-8610 (the "**NNAG**"); and

6. **NORTEL NETWORKS S.A. (In Administration)**, a French *société anonyme* registered with the Registry of Commerce of Versailles under the number RCS Versailles no. 389 516 741 ("**NNSA**") represented by the Joint Administrators acting in their capacity as agents of NNSA without personal liability.

**WHEREAS:**

(A) This Agreement is supplemental to an interim funding and settlement agreement (as amended or supplemented from time to time) dated 9 June 2009 between the Existing Parties (the "**IFSA**").

(B) NNAG and NNSA wish to accede to the IFSA and each has agreed to perform and comply with its obligations under the IFSA as if it had been a party from the date of execution thereof.

(C) The parties hereto have further agreed to make certain amendments to the IFSA as set out in this Agreement.

**NOW THEREFORE, THE PARTIES HERETO HEREBY AGREE THAT:**

1. **DEFINITIONS**

1.1 Words and expressions defined in (or by reference to) the IFSA have the same meaning when used in this Agreement (including the Recitals and Schedule hereto).

2. **ACCESSION**

2.1 The Existing Parties hereby agree that NNAG and NNSA shall accede to the IFSA as EMEA Debtors. The IFSA shall henceforth be read and construed as if NNAG and NNSA had originally been party thereto and accordingly references therein to an EMEA Debtor shall be deemed to include references to NNAG and NNSA.

2.2 Each of NNAG and NNSA hereby undertakes to and covenants with each of the Existing Parties in the same terms as it would have undertaken and covenanted if it had originally been a party to the IFSA as an EMEA Debtor.

2.3 Each of the Existing Parties to this Agreement covenants with each of NNAG and NNSA that NNAG and NNSA shall each be entitled to the benefit of the terms of the IFSA as if each were a party to it and named therein as an EMEA Debtor.

3. **AMENDMENT AND RESTATEMENT OF THE IFSA**

3.1 The parties hereto hereby agree that with effect from the date hereof the provisions of the IFSA shall be amended and restated by:

   3.1.1 inserting the words "*(excluding Nortel Networks AG and NNSA)*" after the words "*EMEA Debtor*" in the second line of Section 6.g.;

   3.1.2 inserting the words "*Nortel Networks AG*" and "*Nortel Networks S.A.(In Administration)*" (each on a separate line) below the words "*Nortel Networks France S.A.S. (In Administration)*" in Schedule 3 (EMEA Debtors); and

   3.1.3 inserting the following sentence at the end of Section 6.g.: "*In the event of a breach of Section 12.a. in connection with the Subject Transaction by Nortel Networks AG, NNSA or both, NNL's obligation to make any Shortfall Payments and the Shortfall Charge shall be automatically reduced by $4.08 million, $4.80 million or $8.88 million, respectively.*"

4. **WAIVER**

4.1 The Existing Parties hereby waive the requirement in Section 15 of the IFSA that the IFSA be amended on no less than 10 Business Days' notice as applicable to this Agreement.

5. **MISCELLANEOUS**

5.1 Subject to the terms of this Agreement, the IFSA shall remain in full force and effect.

5.2 The following provisions of the IFSA shall apply to this Agreement as if set out in this Agreement: Sections 16, 17 and 20-23.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be duly executed and delivered as of this 11th day of September 2009

NORTEL NETWORKS CORPORATION

By _____
John Doolittle, SVP, Finance a Corp. Services

NORTEL NETWORKS LIMITED

By: _____
John Doolittle, SVP, Finance a Corporate Services

By _____
John Doolittle, Director

By _____
John Doolittle, Director

NORTEL NETWORKS CORPORATION

By _____
Title: GENERAL COUNSEL - CORPORATE + CORPORATE SECRETARY

NORTEL NETWORKS LIMITED

By _____
Title: GENERAL COUNSEL - CORPORATE + CORPORATE SECRETARY

NORTEL NETWORKS GLOBAL CORPORATION

By _____
Title: Anna Ventresca, Secretary

NORTEL NETWORKS INTERNATIONAL CORPORATION

By _____
Title: Anna Ventresca, Secretary

NORTEL NETWORKS TECHNOLOGY CORPORATION

By _____
Title: Anna Ventresca, Secretary

Signature page to Accession and Amendment Agreement

NORTEL NETWORKS INC.

By _____
Title: John Doolittle, Vice President

ARCHITEL SYSTEMS (U.S.) CORPORATION

By _____
Title: John Doolittle, Vice President

CORETEK, INC.

By _____
Title: John Doolittle, Vice President

NORTEL ALTSYSTEMS, INC.

By _____
Title: John Doolittle, Vice President

NORTEL ALTSYSTEMS INTERNATIONAL INC.

By _____
Title: John Doolittle, Vice President

NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC.

By _____
Title: John Doolittle, Vice President

NORTEL NETWORKS CABLE SOLUTIONS INC.

By _____
Title: John Doolittle, Vice President

Signature page to Accession and Amendment Agreement

NORTEL NETWORKS CAPITAL
CORPORATION

By _____
Title: John Doolittle, Vice President

NORTEL NETWORKS HPOCS INC.

By _____
Title: John Doolittle, Vice President

NORTEL NETWORKS INTERNATIONAL
INC.

By _____
Title: John Doolittle, Vice President

NORTEL NETWORKS OPTICAL
COMPONENTS INC.

By _____
Title: John Doolittle, Vice President

NORTHERN TELECOM INTERNATIONAL
INC.

By _____
Title: John Doolittle, Vice President

QTERA CORPORATION

By _____
Title: John Doolittle, Vice President

SONOMA SYSTEMS

By _____
Title: John Doolittle, Vice President

XROS, INC.

By _____
Title: John Doolittle, Vice President

Signature page to Accession and Amendment Agreement

Signed by **ALAN BLOOM** as joint Administrator on behalf of the Joint Administrators without personal liability solely for the purpose of obtaining the benefit of the provisions of this Agreement expressed to be conferred on or given to the Joint Administrators

By _____
Title:

---

**SIGNED** for and on behalf of **NORTEL NETWORKS UK LIMITED (IN ADMINISTRATION)**
by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal liability)
in the presence of:
)
)  **ALAN BLOOM**
)
)

Witness signature  *[signature]*

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

---

**SIGNED** for and on behalf of **NORTEL NETWORKS (IRELAND) LIMITED (IN ADMINISTRATION)**
by **ALAN BLOOM** as Joint Administrator
(acting as agent and without personal liability)
in the presence of:
)
)  **ALAN BLOOM**
)
)

Witness signature  *[signature]*

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

Signature page to Accession and Amendment Agreement

SIGNED for and on behalf of **NORTEL NETWORKS NV (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:                )
)    **ALAN BLOOM**
)
)

Witness signature   *W. Graham*

Name:    WILMA GRAHAM
Address: 1 MORE LONDON PLACE
         LONDON SE1 2AF

SIGNED for and on behalf of **NORTEL NETWORKS SPA (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:                )
)    **ALAN BLOOM**
)
)

Witness signature   *W. Graham*

Name:    WILMA GRAHAM
Address: 1 MORE LONDON PLACE
         LONDON SE1 2AF

SIGNED for and on behalf of **NORTEL NETWORKS BV (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:                )
)    **ALAN BLOOM**
)
)

Witness signature   *W. Graham*

Name:    WILMA GRAHAM
Address: 1 MORE LONDON PLACE
         LONDON SE1 2AF

SIGNED for and on behalf of **NORTEL** )
**NETWORKS POLSKA SP Z.O.O. (IN** )   **ALAN BLOOM**
**ADMINISTRATION)** )
by **ALAN BLOOM** as Joint Administrator )
(acting as agent and without personal liability)
in the presence of:


Witness signature      *W. Graham*


Name:    WILMA GRAHAM
Address:  1 MORE LONDON PLACE
         LONDON SE1 2AF

SIGNED for and on behalf of **NORTEL** )
**NETWORKS HISPANIA SA (IN** )   **ALAN BLOOM**
**ADMINISTRATION)** )
by **ALAN BLOOM** as Joint Administrator )
(acting as agent and without personal liability)
in the presence of:


Witness signature      *W. Graham*


Name:    WILMA GRAHAM
Address:  1 MORE LONDON PLACE
         LONDON SE1 2AF

SIGNED for and on behalf of **NORTEL** )
**NETWORKS (AUSTRIA) GMBH (IN** )   **ALAN BLOOM**
**ADMINISTRATION)** )
by **ALAN BLOOM** as Joint Administrator )
(acting as agent and without personal liability)
in the presence of:


Witness signature      *W. Graham*


Name:    WILMA GRAHAM
Address:  1 MORE LONDON PLACE
         LONDON SE1 2AF


Signature page to Accession and Amendment Agreement

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS SRO (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) ) ) | **ALAN BLOOM** |

Witness signature _W. Graham_

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS ENGINEERING SERVICES KFT (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) ) | **ALAN BLOOM** |

Witness signature _W. Graham_

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS PORTUGAL SA (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) ) | **ALAN BLOOM** |

Witness signature _W. Graham_

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

Signature page to Accession and Amendment Agreement

| | | |
|---|---|---|
| SIGNED for and on behalf of **NORTEL NETWORKS SLOVENSKO SRO (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) ) | **ALAN BLOOM** |

Witness signature _W. Graham_

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

| | | |
|---|---|---|
| SIGNED for and on behalf of **NORTEL NETWORKS ROMANIA SRL (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) ) | **ALAN BLOOM** |

Witness signature _W. Graham_

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

| | | |
|---|---|---|
| SIGNED for and on behalf of **NORTEL GMBH (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) ) ) | **ALAN BLOOM** |

Witness signature _W. Graham_

Name: WILMA GRAHAM
Address: 1 MORE LONDON PLACE
LONDON SE1 2AF

Signature page to Accession and Amendment Agreement

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS OY (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) **ALAN BLOOM** ) ) ) | *[signature]* |

Witness signature  *W. Graham*

Name:   WILMA GRAHAM
Address:  1 MORE LONDON PLACE
          LONDON SE1 2AF

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS AB (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) **ALAN BLOOM** ) ) | *[signature]* |

Witness signature  *W. Graham*

Name:   WILMA GRAHAM
Address:  1 MORE LONDON PLACE
          LONDON SE1 2AF

| | | |
|---|---|---|
| **SIGNED** for and on behalf of **NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV (IN ADMINISTRATION)** by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of: | ) ) **ALAN BLOOM** ) ) ) | *[signature]* |

Witness signature  *W. Graham*

Name:   WILMA GRAHAM
Address:  1 MORE LONDON PLACE
          LONDON SE1 2AF

Signature page to Accession and Amendment Agreement

SIGNED for and on behalf of **NORTEL**     )
**NETWORKS FRANCE S.A.S. (IN**         )    **ALAN BLOOM** 
**ADMINISTRATION)**                     )
by **ALAN BLOOM** as Joint Administrator    )
(acting as agent and without personal liability)
in the presence of:

Witness signature    *W. Graham*

Name:   WILMA GRAHAM
Address:   1 MORE LONDON PLACE
           LONDON SE1 2AF

SIGNED for and on behalf of **NORTEL**     )
**NETWORKS S.A. (IN ADMINISTRATION)**   )    **ALAN BLOOM**
by **ALAN BLOOM** as Joint Administrator    )
(acting as agent and without personal liability)   )
in the presence of:

Witness signature    *W. Graham*

Name:   WILMA GRAHAM
Address:   1 MORE LONDON PLACE
           LONDON SE1 2AF

Signature page to Accession and Amendment Agreement

| | |
|---|---|
| **SIGNED** by **SIMON FREEMANTLE** duly authorised for and on behalf of **NORTEL NETWORKS AG** in the presence of: ) ) ) ) | **SIMON FREEMANTLE** *(signature)* |

Witness signature  *(signature)*

Name: B. DANDRIDGE
Address: c/o Nortel Networks
Maidenhead, UK

# SCHEDULE 1

## PART 1

**Canadian Debtors**

Nortel Networks Corporation

Nortel Networks Limited

Nortel Networks Global Corporation

Nortel Networks International Corporation

Nortel Networks Technology Corporation

## PART 2

**US Debtors**

Nortel Networks Inc.

Architel Systems (U.S.) Corporation

CoreTek, Inc.

Nortel Altsystems, Inc. (previously "Alteon WebSystems, Inc.")

Nortel Altsystems International Inc. (previously "Alteon WebSystems International, Inc.")

Nortel Networks Applications Management Solutions Inc.

Nortel Networks Cable Solutions Inc.

Nortel Networks Capital Corporation

Nortel Networks HPOCS Inc.

Nortel Networks International Inc.

Nortel Networks Optical Components Inc.

Northern Telecom International Inc.

Qtera Corporation

Sonoma Systems

Xros, Inc.

## PART 3

**EMEA Debtors**

Nortel Networks UK Limited (In Administration)
Nortel Networks (Ireland) Limited (In Administration)
Nortel Networks NV (In Administration)
Nortel Networks SpA (In Administration)
Nortel Networks BV (In Administration)
Nortel Networks Polska Sp z.o.o. (In Administration)
Nortel Networks Hispania, SA (In Administration)
Nortel Networks (Austria) GmbH (In Administration)
Nortel Networks sro (In Administration)
Nortel Networks Engineering Services Kft (In Administration)
Nortel Networks Portugal SA (In Administration)
Nortel Networks Slovensko, sro (In Administration)
Nortel Networks Romania Srl (In Administration)
Nortel GmbH (In Administration)
Nortel Networks Oy (In Administration)
Nortel Networks AB (In Administration)
Nortel Networks International Finance & Holding BV (In Administration)
Nortel Networks France S.A.S. (In Administration)