IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., et al., ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Obj. Deadline: May 16, 2011 at 4:00 p.m. (ET)** |
| ) | |

## NOTICE OF APPLICATION

TO:     **The Debtor, Office of the United States Trustee and Notice Parties**

Benesch, Friedlander, Coplan & Aronoff, LLP has filed its **Sixth Interim Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period from March 1, 2011 through March 31, 2011** (the "Application") requesting compensation in the amount of $40,280.50 and reimbursement of expenses in the amount of $1,067.37.

You are required to file a response, if any, to the attached Application with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801 on or before **May 16, 2011 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of any response upon:

Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave., Suite 801
Wilmington, DE 19801

A HEARING ON THIS MATTER WILL BE HELD ON A DATE TO BE DETERMINED BY THE COURT, ONLY IF OBJECTIONS ARE FILED BY **MAY 16, 2011 AT 4:00 P.M. (ET)**. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE DEBTORS ARE AUTHORIZED TO IMMEDIATELY PAY 80% OF THE COMPENSATION AND 100%

OF THE EXPENSES REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE

OR HEARING.

Dated: April 26, 2011

          **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       Telephone:  (302) 442-7006
       Facsimile:  (302) 442-7012
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*