Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/01/11 | EH | Discuss status of pretrial conferences going forward at 3/09/11 hearing with J. Smith | 0.10 |
| 03/01/11 | EH | Email to A. Gazze regarding draft agenda for 3/09/11 hearing and pretrial conferences and change in status for Siemens adversary | 0.20 |
| 03/01/11 | EH | Review draft agenda for 3/09/11 hearing and pretrial conferences (0.10); email to J. Hoover and J. Smith regarding same (0.10) | 0.20 |
| 03/04/11 | EH | Review email from A. Gazze regarding draft agenda for 3/09/11 hearing and pretrial conferences (0.10); review agenda and email to J. Smith and J. Hoover regarding same (0.10) | 0.20 |
| 03/07/11 | EH | Review ECF notices and download notice of hearing; track 4/04/11 omnibus hearing date | 0.10 |
| 03/08/11 | EH | Review amended agenda for 3/09/11 hearing | 0.10 |
| 03/08/11 | EH | Discuss status of 3/09/11 hearing and pretrial conferences with J. Smith | 0.10 |
| 03/08/11 | EH | Prepare binder for 3/09/11 hearing and pretrial conferences | 0.40 |
| 03/09/11 | EH | Draft A. Ungberg pro hac motion for CTDI adversary proceeding (0.20); email to A. Ungberg (0.10) | 0.30 |
| 03/09/11 | EH | Review and respond to emails from A. Ungberg regarding pro hac motion in CTDI adversary | 0.10 |
| 03/14/11 | EH | File A. Ungberg pro hac motion (0.10); coordinate delivery to Judge Gross' chambers (0.20) | 0.30 |
| 03/14/11 | EH | Coordinate payment of A. Ungberg pro hac fee | 0.10 |
| 03/15/11 | EH | Review ECF notices and download order approving A. Ungberg pro hac admission (0.10); email to A. Ungberg (0.10) | 0.20 |
| 03/21/11 | EH | Review email from J. Hoover (0.10); coordinate telephonic appearance for J. Hoover at 3/23/11 hearing (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/21/11 | EH | Review agenda for 3/23/11 hearing | 0.20 |
| 03/23/11 | EH | Review clerk's minutes of 3/23/11 hearing | 0.10 |
| 03/30/11 | EH | Review emails from A. Lerch and S. Stafford confirming continuation of 3/31/11 hearing on discovery motions and main case objections to St. Joseph proofs of claim (0.10); track adjourned hearing date (0.10) | 0.20 |
| 03/31/11 | EH | Review agenda for 4/04/11 hearing | 0.10 |
| 03/31/11 | EH | Review amended agenda for 4/04/11 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 3.30 | $775.50 |
| | | | 3.30 | $775.50 |
| | | TOTAL: | 3.30 | $775.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/01/11 | LMS | Prepare BFCA Second Quarterly Fee Application | 1.10 |
| 03/01/11 | LMS | File BFCA Second Quarterly Fee Application | 0.10 |
| 03/01/11 | LMS | Docket hearing date regarding Second Quarterly Fee Application | 0.10 |
| 03/01/11 | LMS | Email from Debtor regarding February fee and expense estimates | 0.10 |
| 03/01/11 | LMS | Respond to email from Debtor regarding February fee and expense estimates | 0.10 |
| 03/06/11 | RHL | Edit time for fee application | 0.30 |
| 03/07/11 | LMS | Review estimated accruals for February 2011 | 0.10 |
| 03/07/11 | LMS | Email to J. Moldrem at Nortel regarding estimate accruals for February 2011 | 0.10 |
| 03/10/11 | LMS | Preparation of BFCA monthly fee application for February 2011 | 1.50 |
| 03/14/11 | LMS | Email from E. Hein regarding Nortel fee application CNO | 0.10 |
| 03/14/11 | EH | Review and respond to email from A. Gazze regarding CNO to Benesch January 2011 fee application | 0.10 |
| 03/15/11 | LMS | Preparation of BFCA monthly fee application for February 2011 | 0.90 |
| 03/15/11 | LMS | Review docket regarding objections to BFCA monthly fee application for January 2011 | 0.10 |
| 03/15/11 | LMS | Prepare CNO regarding BFCA monthly fee application for January 2011 | 0.10 |
| 03/15/11 | LMS | File CNO regarding BFCA monthly fee application for January 2011 | 0.10 |
| 03/16/11 | RHL | Review fifth monthly fee application | 0.20 |
| 03/16/11 | JRH | Coordinate with E. Hein and A. Cordo regarding fee application | 0.40 |
| 03/16/11 | LMS | Email from J. Hoover regarding omnibus fee order | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/16/11 | LMS | Review accuracy of omnibus fee order | 0.20 |
| 03/16/11 | LMS | Respond to email from J. Hoover regarding accuracy of omnibus fee order | 0.10 |
| 03/18/11 | LMS | Prepare BFCA monthly fee application for February 2011 | 0.20 |
| 03/18/11 | LMS | File BFCA monthly fee application for February 2011 | 0.10 |
| 03/18/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for February 2011 | 0.10 |
| 03/18/11 | EH | Review ECF notices and download BFCA February 2011 fee application | 0.10 |
| 03/21/11 | EH | Review ECF notices and download CNO to BFCA January 2011 fee application | 0.10 |
| 03/21/11 | EH | Review email from A. Cordo regarding proposed omnibus order approving quarterly fee applications (0.10); email to L. Behra regarding same (0.10) | 0.20 |
| 03/22/11 | RHL | Confer with J. Hoover regarding fee hearing tomorrow | 0.10 |
| 03/22/11 | JRH | Coordinate for hearing on fee applications | 0.20 |
| 03/24/11 | EH | Review ECF notices and download order approving quarterly fee applications; email to R. Lemisch and J. Hoover | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.60 | $357.00 |
| | | | 0.60 | $357.00 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.60 | $228.00 |
| | | | 0.60 | $228.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 5.30 | $1,033.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.60 | $141.00 |
| | | | 5.90 | $1,174.50 |
| | | TOTAL: | 7.10 | $1,759.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/01/11 | RHL | Review litigation hold issues with S. Stafford | 0.30 |
| 03/01/11 | RHL | Speak to D. Power regarding litigation hold issues and how to proceed | 0.40 |
| 03/01/11 | RHL | Review next steps with Jen and Sarah | 0.30 |
| 03/01/11 | JRH | Conference call with S. Stafford, R. Lemisch and D. Powers regarding e-discovery | 0.80 |
| 03/01/11 | JRH | Meeting with J. Smith regarding review of agenda, status of pretrials and follow up with MNAT | 0.20 |
| 03/01/11 | JES | Confer with R. Lemisch and J. Hoover regarding mediation (.2); confer with J. Hoover regarding additions to agenda regarding Siemens scheduling order (.2); review email from A. Gazze and note changes to agenda (.2); confer with E. Hein regarding Siemens scheduling order and changes to agenda (.2) | 0.80 |
| 03/01/11 | SRS | Call with client regarding e-discovery plan (.70); discuss e-discovery plan and case status with R. Lemisch and J. Hoover (1.0); call with UnitedLex regarding e-discovery services (.30); correspond with client regarding custodian list (.40) | 2.40 |
| 03/01/11 | EH | Review notices of service of discovery regarding Nokia's initial disclosures and first set of document production requests and interrogatories (0.10); calculate and track response deadline (0.10) | 0.20 |
| 03/01/11 | EH | Review and respond to email from S. Stafford regarding final version of stipulation and third proposed pretrial scheduling order | 0.20 |
| 03/01/11 | EH | Draft notice of completion of briefing for motion to dismiss CTDI counterclaims (0.40); email to K. Wilson-Milne (0.10) | 0.50 |
| 03/01/11 | EH | Assemble completion of briefing binder for motion to dismiss counterclaims | 0.50 |
| 03/01/11 | EH | File and serve notice of completion of briefing on motion to dismiss CTDI counterclaims (0.20); coordinate delivery to Judge Gross (0.10) | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/01/11 | EH | Review ECF notices and download Siemens scheduling order | 0.10 |
| 03/02/11 | RHL | Received correspondence from S. Stafford - no need to file complaint under seal | 0.10 |
| 03/02/11 | JRH | Review various emails from counsel for preference defendants in connection with the upcoming pretrial conference | 0.20 |
| 03/02/11 | JRH | Conference call with discovery mediator (CTDI litigation) | 0.20 |
| 03/02/11 | JRH | Follow up with R. Lemisch and E. Hein regarding status of CTDI litigation | 0.50 |
| 03/02/11 | JES | Review email from K. Law regarding Starent adversary proceeding (.1); respond to email from K. Law (.2) | 0.30 |
| 03/02/11 | SRS | Review and revise draft protective order with R. Lemisch comments (.30); review and revise draft stipulation for under seal filings (.30); call with opposing counsel regarding protective order and under seal complaint (.30); correspond with client regarding protective order and stipulation (.20) | 1.10 |
| 03/02/11 | EH | Review email from D. Livshiz regarding Exhibit A to CTDI discovery mediation letter and discuss with J. Hoover (0.20); coordinate delivery of Exhibit A to D. Livshiz (0.10) | 0.30 |
| 03/02/11 | EH | Review letter from D. Livshiz to A. Clark regarding insufficient CTDI responses to NNI first set of interrogatories | 0.10 |
| 03/02/11 | EH | Review numerous emails from D. Livshiz, D. Herrington and A. Clark regarding W. Cleary non-disparagement agreement related to CTDI adversary | 0.20 |
| 03/02/11 | EH | Review ECF notices and download Siemens answer | 0.10 |
| 03/03/11 | JRH | Review e-mails related to retention of e-discovery personnel | 0.20 |
| 03/03/11 | JES | Review email from N. Abularach regarding scheduling order and upcoming hearing (.2); conversation with N. Abularach regarding scheduling order (.2) | 0.40 |
| 03/03/11 | SRS | Call with UnitedLex regarding e-discovery services and estimated costs (.80); correspond with bankruptcy counsel regarding retention of e-discovery vendor (.40); discuss retention of e-discovery vendor and under seal filing issue with J. Hoover (.30) | 1.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/04/11 | RHL | Discuss protective order issues with S. Stafford | 0.10 |
| 03/04/11 | JES | Review email from P. Keller regarding mediation(.1); review email from D. Herrington regarding mediation (.1); review email from C. Price regarding mediation (.1); review email from I. Yosef regarding mediation (.1); review email from D. Herrington regarding mediation (.1); review email from I. Yosef regarding mediation (.1); review email from D. Herrington regarding mediation (.1) | 0.70 |
| 03/04/11 | JES | Review agenda for Nortel adversary proceeding from A. Gazze (.2); email E. Hein regarding language of status in agenda (.1) | 0.30 |
| 03/04/11 | SRS | Correspond with opposing counsel regarding protective order and stipulation for filing under seal (.20); call with opposing counsel regarding same (.20); prepare stipulation to extend time to file protective order and ancillary papers (.60); discuss stipulation with R. Lemisch (.10) | 1.10 |
| 03/04/11 | EH | Coordinate filing of certification of counsel submitting Nokia proposed protective order | 0.10 |
| 03/04/11 | EH | Review ECF notices and download CTDI rejoinder in support of motion to join NNC | 0.10 |
| 03/06/11 | RHL | Review agenda for mediation and prepare for tomorrow's mediation | 0.20 |
| 03/06/11 | RHL | Received correspondence from D. Herrington regarding mediation tomorrow and respond | 0.10 |
| 03/06/11 | JRH | Review and respond to various emails with Cleary regarding discovery mediation (CTDI) | 0.30 |
| 03/07/11 | RHL | Participate at first part of discovery mediation with CTDI | 2.20 |
| 03/07/11 | JRH | Emails related to Nortel agenda | 0.20 |
| 03/07/11 | JRH | Follow up with J. Smith regarding Nortel pretrial, etc. | 0.20 |
| 03/07/11 | JRH | Meeting with S. Stafford regarding retention of document service and issues related to Nokia litigation | 0.30 |
| 03/07/11 | JRH | Attend Nortel/CTDI discovery conference | 4.00 |
| 03/07/11 | JES | Review email from J. Carignan regarding Right Management scheduling order (.1); review changes requested by Right Management (.2); confer with J. Hoover regarding changes (.2); call J. Carignan to discuss changes and submission of certification of counsel (.2); respond to email from A. Gazze updating | 1.70 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | status with info regarding Right Management (.3); draft certification of counsel regarding revised Right Management scheduling order (.3); draft revised scheduling order for Right Management (.3); email J. Carignan with revised order and certification of counsel (.1) | |
| 03/07/11 | JES | Review email from K. Sidhu regarding hearing on 3/9/11 (.1); review agenda and scheduling order for hearing on 3/9/11 (.2); email K. Sidhu with comments regarding agenda and scheduling order (.2); confer with J. Hoover regarding status conference hearing (.2); confer with J. Hoover regarding CTDI discovery mediation (.1); respond to email from K. Sidhu regarding language for Siemens status (.2) | 1.00 |
| 03/07/11 | SRS | Correspond with UnitedLex regarding e-discovery services (.20); review estimate from UnitedLex for e-discovery services (.30); correspond with client regarding quotes from e-discovery vendors (.30); correspond with client regarding document collection for custodian (.30); correspond with counsel for bankruptcy regarding retention of e-discovery vendor issues (.30) | 1.40 |
| 03/07/11 | EH | Coordinate delivery of certification of counsel submitting Nokia proposed protective order to Judge Gross; update pleading binder | 0.10 |
| 03/07/11 | EH | Review email from J. Hoover regarding 3/10/11 conference call with CTDI discovery mediator; track conference call information | 0.10 |
| 03/07/11 | EH | Review email from D. Livshiz regarding materials for 3/07/11 discovery mediation (0.10); follow-up email to J. Hoover regarding same (0.10) | 0.20 |
| 03/07/11 | EH | Review notice of service of NNL second amended initial disclosures; update pleading binder | 0.10 |
| 03/07/11 | EH | Telephone call from J. Hoover regarding status of CTDI discovery mediation and estimated completion time | 0.10 |
| 03/07/11 | EH | Review ECF notices and download and review status report for certain open adversary proceedings | 0.10 |
| 03/08/11 | MJB | Researching special masters in bankruptcy (0.7); discussing same with J. Hoover and R. Lemisch (0.3) | 1.00 |
| 03/08/11 | RHL | Research discovery issue regarding appointment for master | 0.30 |
| 03/08/11 | RHL | Received correspondence from T. Clark to court regarding clearing order | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/08/11 | RHL | Coordinate filing of letter brief | 0.20 |
| 03/08/11 | RHL | Touch base with J. Hoover regarding discovery issues | 0.20 |
| 03/08/11 | JRH | Review letter to J. Gross, coordinate filing with Cleary, follow up regarding filing | 0.50 |
| 03/08/11 | JRH | Follow up related to special master and coordinate issues related to discovery letter with Judge Gross. | 1.00 |
| 03/08/11 | JRH | Meeting with J. Smith regarding appearance at pretrial conferences | 0.20 |
| 03/08/11 | JES | Review email from J. Carignan (.1); revise Right Management scheduling order (.2); revise Right Management certification of counsel (.2); email J. Carignan regarding changes (.2); review order from C. Price referring CDTI matter to special master (.2); confer with J. Hoover in preparation for status hearing on adversary proceedings (.2); review and respond to email from A. Gazze regarding status conference (.2); conversation with Kamal Sidhu regarding status conference and hearing (.1) | 1.40 |
| 03/08/11 | SRS | Correspond with J. Hoover regarding issues with retaining e-discovery vendor | 0.20 |
| 03/08/11 | EH | Review email from J. Smith regarding revised proposed scheduling order for Right Management adversary | 0.10 |
| 03/08/11 | EH | Format certification of counsel and proposed scheduling order for Right Management adversary | 0.20 |
| 03/08/11 | EH | File certification of counsel submitting proposed scheduling order for Right Management adversary (0.20); coordinate delivery to Judge Gross (0.20) | 0.40 |
| 03/08/11 | EH | Review and respond to emails from J. Hoover, D. Herrington and K. Wilson-Milne regarding NNI 3/08/11 discovery dispute letter to Judge Gross | 0.20 |
| 03/08/11 | EH | Review ECF notices and download notice of erroneous filing regarding Sourcefire answer and corrected answer | 0.10 |
| 03/08/11 | EH | Review letter from A. Clark to Judge Gross regarding outstanding issues with competing proposed orders for W. Cleary and ATC/SWB litigations; forward to J. Hoover | 0.10 |
| 03/08/11 | EH | Telephone call from D. Livshiz regarding NNI letter to Judge Gross responding to CTDI's 3/08/11 letter addressing outstanding issues with proposed orders (0.10); discuss with J. Hoover (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/08/11 | EH | Follow-up email to D. Livshiz regarding NNI letter to Judge Gross responding to CTDI's 3/08/11 letter addressing outstanding issues with proposed orders | 0.10 |
| 03/09/11 | MJB | Discussion with S. Stafford and J. Hoover regarding confidentiality order | 0.40 |
| 03/09/11 | RHL | Discuss document control company for litigation with Nokia | 0.40 |
| 03/09/11 | JRH | Meeting with R. Lemisch and J. Smith regarding next steps related to dicovery in Nokia litigation | 0.50 |
| 03/09/11 | JRH | Review letter to J. Gross and coordinate with Cleary Gottlieb, coordinate filing and service of letter brief | 0.50 |
| 03/09/11 | JRH | Meeting with J. Smith with regard to pretrial hearing and next steps with regard to discovery | 0.30 |
| 03/09/11 | JES | Prepare for and attend hearing on scheduling order for preference defendants(1.3); discuss hearing with J. Hoover and determine next steps for discovery (.3); email K. Sidhu to coordinate conference call regarding adversary proceedings (.2) | 1.80 |
| 03/09/11 | JES | Review letter to J. Gross from D. Herrington regarding discovery issues (.3); review letter from A. Clark to J. Gross regarding discovery issues (.3) | 0.60 |
| 03/09/11 | SRS | Correspond with Cleary regarding retention of Merrill Corp for e-discovery services (.40); discuss same with J. Hoover and R. Lemisch (.50) | 0.90 |
| 03/09/11 | SRS | Draft discovery requests | 0.50 |
| 03/09/11 | EH | Review ECF notices and download Right Management, Starent, Sourcefire and Prudential scheduling orders | 0.20 |
| 03/09/11 | EH | Review A. Clark letter to Judge Gross regarding outstanding discovery dispute and competing proposed forms of order regarding Atlanta Telephone, SWB of Nashville and W. Cleary issues related to CTDI adversary | 0.10 |
| 03/09/11 | EH | Review emails from J. Hoover, D. Livshiz and K. Wilson-Milne regarding letter to Judge Gross replying to CTDI letter addressing Atlanta Telephone, SWB of Nashville and W. Cleary discovery disputes | 0.20 |
| 03/09/11 | EH | Review notice of service of NNL limited responses and objections to CTDI second document production request; update discovery binder | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/09/11 | EH | Review email from A. Ungberg regarding service of NNI responses and objections to CTDI second document production request | 0.10 |
| 03/10/11 | RHL | Received correspondence from J. Smith regarding status of Nortel adversaries | 0.10 |
| 03/10/11 | RHL | Received correspondence to and from J. Smith and E. Meltzer regarding extension of time with Siemens to file initial disclosures | 0.20 |
| 03/10/11 | RHL | Received correspondence from J. Hoover regarding hiring Merrill for document retrieval and respond | 0.20 |
| 03/10/11 | JRH | Meeting with S. Stafford and conference calls with A. Ungberg related to forensic document issues, etc. | 0.40 |
| 03/10/11 | JRH | Conference call with E. Bussigel regarding Merrill | 0.20 |
| 03/10/11 | JRH | Follow up and attend to files regarding CTDI litigation and discovery | 0.50 |
| 03/10/11 | JRH | Conference call with J. Smith and K. Sidhu regarding next steps in preference actions, initial disclosure query, etc., follow up meeting with J. Smith | 0.70 |
| 03/10/11 | JRH | Meeting with S. Stafford regarding Merrill retention, employment process and next steps in litigation (Nokia) | 0.40 |
| 03/10/11 | JRH | Draft email correspondence to R. Lemisch regarding Merrill and how to proceed | 0.30 |
| 03/10/11 | JRH | Review emails related to status of CTDI litigation in advance of discovery mediation conference call | 0.30 |
| 03/10/11 | JES | Review email from I. Yosef regarding CTDI (.1); review email from D. Herrington regarding CTDI (.1); confer with J. Hoover regarding adversary proceedings and litigation stratgey (.7); email K. Hansen regarding initial disclosures (.2); call K. Sidhu regarding discovery in adversary proceedings (.3); review and respond to email from E. Meltzer regarding Siemens after conferring with J. Hoover (.3); prepare for and attend conference call regarding CTDI discovery matters (.4); email R. Lemsich regarding status of adversaries and next steps (.2); email J. Hoover regarding call with mediator in CTDI and next steps (.2) | 2.50 |
| 03/10/11 | SRS | Draft discovery requests | 1.60 |
| 03/10/11 | SRS | Call with Bill Ryan of Merrill regarding retention of Merrill Corp. | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/10/11 | SRS | Correspond with client regarding case status update | 0.40 |
| 03/10/11 | SRS | Meet with J. Hoover to discuss retention of Merrill Corp. | 0.40 |
| 03/10/11 | SRS | Calls with J. Hoover and Cleary regarding retention issues with e-discovery vendor | 0.40 |
| 03/10/11 | SRS | Discuss case status with J. Hoover (.20); discuss lifting of under seal order and filing complaint publicly with E. Hein (.30) | 0.50 |
| 03/10/11 | EH | Review emails from D. Livshiz regarding W. Cleary documents and Atlanta Telephone Company and SWB of Nashville documents to be produced in connection with CTDI litigation | 0.10 |
| 03/10/11 | EH | Review ECF notices and download order directing NNI to produce sealed SWB of Nashville documents related to CTDI adversary | 0.10 |
| 03/10/11 | EH | Review ECF notices and download CTDI rejoinder in support of motion to join NNC | 0.10 |
| 03/10/11 | EH | Discuss filing of unredacted Nokia complaint with S. Stafford and J. Hoover | 0.20 |
| 03/10/11 | EH | Draft notice of service of discovery regarding NNI responses and objections to CTDI second document production request | 0.30 |
| 03/10/11 | EH | File notice of service of discovery regarding NNI responses and objections to CTDI second document production request (0.10); update discovery binder (0.10) | 0.20 |
| 03/11/11 | EH | Review ECF notices and download order directing NNI, NNL and CTDI to produce W. Cleary documents | 0.10 |
| 03/11/11 | EH | Review notice of service of CTDI's second supplemental responses and objections to NNI's first set of interrogatories; update discovery binder | 0.10 |
| 03/14/11 | RHL | Received correspondence from K. Hansen regarding initial disclosure information for preference actions | 0.10 |
| 03/14/11 | RHL | Speak to S. Stafford regarding status update on Nokia litigation | 0.40 |
| 03/14/11 | RHL | Speak to J. Smith regarding discovery issues in CTDI | 0.20 |
| 03/14/11 | RHL | Participate on discovery conference call | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/14/11 | RHL | Research issue of whether Merrill is a professional under 327 | 0.40 |
| 03/14/11 | JES | Review email from P. Keller regarding revised CTDI scheduling order (.1); review email from D. Herrington regarding Judge Gross (.1); review email from Y. Ibrahimi regrading CTDI 3/11 document production (.1); review email from C. Price regarding discovery orders (.1); review email from Y. Ibrahimi regarding discovery orders (.1); review email from C. Price regarding supplemental discovery responses (.1); review email from T. Clark regrading supplemental discovery responses (.1); review email from C Price regarding proposed schedule (.1); review email from T. Clark regarding proposed schedule (.1); review email from Y. Ibrahimi regarding supplemental interrogatories (.1); review email from C. Price regarding supplemental interrogatories (.1); review email from D. Herrington regarding scheduling order (.1); review email from P. Keller regarding scheduling order (.1); review email from T. Clark regarding proposed schedule (.1); review email from M. Caloway regarding discussion with mediator today (.1); review email from M. Caloway regarding responses to requests for production (.1); review email from C. Price regarding stipulation (.1); review email from D. Livshiz regarding amended scheduling order (.1) | 1.80 |
| 03/14/11 | SRS | Review certification of counsel and order regarding under seal complaint and send same to opposing counsel for approval | 0.50 |
| 03/14/11 | SRS | Review draft discovery requests | 0.20 |
| 03/14/11 | SRS | Meet with R. Lemisch to discuss case status update and retention of e-discovery vendor | 0.30 |
| 03/14/11 | EH | Review email from K. Wilson-Milne regarding service of NNI responses to CTDI third document production request | 0.10 |
| 03/14/11 | EH | Review emails from R. Weber, D. Livshiz and A. Clark regarding extension of deadline to respond to CTDI second document production request | 0.10 |
| 03/14/11 | EH | Draft certification of counsel regarding filing of unredacted Nokia complaint (0.40); email to S. Stafford and J. Hoover (0.20) | 0.60 |
| 03/14/11 | EH | Review notice of completion of briefing on CTDI's motion to join NNC | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/15/11 | JES | Review NNI responses to third set of document requests from CTDI (.2); review letter from C. Price with stipulation and orders in CTDI case (.2); review letter regarding production of ACT and SWB hardrives in CTDI case (.2) | 0.60 |
| 03/15/11 | SRS | Draft claims matrix for issues and proof (1.0); draft discovery requests (1.90) | 2.90 |
| 03/15/11 | SRS | Call with K. Spiering from Cleary regarding case status (.10); correspond with Merrill Corp. regarding confidentiality issue with Cleary (.10) | 0.20 |
| 03/15/11 | EH | Review ECF notices and download notice of service of NNL responses and objections to CTDI third document production request | 0.10 |
| 03/15/11 | EH | Review ECF notices and download order appointing S. Price as special master for CTDI adversary | 0.10 |
| 03/15/11 | EH | Review ECF notices and download CTDI second amended scheduling order (0.20); update discovery deadlines, pretrial conference date and trial date and submission deadlines (0.20) | 0.40 |
| 03/15/11 | EH | Review email from L. Hall to A. Clark regarding production of Atlanta Telephone Company and SWB of Nashville hard drives in connection with CTDI discovery requests | 0.10 |
| 03/15/11 | EH | Draft notice of service of discovery for NNI responses to CTDI third request for document production | 0.20 |
| 03/15/11 | EH | File notice of service of discovery for NNI responses to CTDI third request for document production (0.10); update discovery binder (0.10) | 0.20 |
| 03/16/11 | RHL | Received correspondence from S. Stafford to D. Powers regarding protective order and response from Dan | 0.20 |
| 03/16/11 | RHL | Review first set of interrogatories and request for production of documents and revise same | 0.30 |
| 03/16/11 | JRH | Meeting with S. Stafford regarding status of litigation | 0.20 |
| 03/16/11 | JRH | Follow up related to fee order and hearing | 0.20 |
| 03/16/11 | JES | Review email and attachment from Y. Ibrahimi regarding CTDI case(.3); review email and attachment from K. Peguero regarding CTDI case (.2) | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/16/11 | JES | Revise and supplement initial disclosures for Prudential Relocation (.3); Right management (.3); Siemens (.3) and Starent Networks (.3); after conferring with K. Hansen of Nortel (.2) | 1.40 |
| 03/16/11 | SRS | Discuss case status with J. Hoover (.30); voicemail with opposing counsel regarding protective order and other issues (.10); call with opposing counsel regarding protective order, under seal filings, and discovery responses (.50); draft email to Cleary regarding use of Merrill Corp and conflict with NSN (.10) | 1.00 |
| 03/16/11 | SRS | Review and revise draft discovery requests and send same to J. Hoover and R. Lemisch for review | 1.70 |
| 03/16/11 | SRS | Draft cover letter for litigation hold letter to send to former employees | 0.60 |
| 03/16/11 | SRS | Revise protective order per opposing counsel's comments (.10); correspond with client regarding AEO provision in protective order and opposing counsel's comments regarding same (.30) | 0.40 |
| 03/16/11 | SRS | Revise stipulation for under seal filings per opposing counsel's comments and send same to opposing counsel for approval | 0.50 |
| 03/16/11 | EH | Review and respond to email from S. Stafford regarding revisions to certification of counsel submitting unredacted Nokia complaint | 0.20 |
| 03/16/11 | EH | Review scheduling order for Starent, Sourcefire and Prudential adversary matters (0.20); calculate and track deadlines (0.20) | 0.40 |
| 03/17/11 | RHL | Review Merrill confidentiality letter and discuss with S. Stafford | 0.20 |
| 03/17/11 | RHL | Received correspondence from S. Stafford - e-mail to D. Herrington regarding Merrill conflict issues and respond | 0.10 |
| 03/17/11 | SRS | Review and revise discovery requests | 0.30 |
| 03/17/11 | SRS | Review correspondence from Merrill regarding confidentiality issue and e-discovery services (.20); correspond with R. Lemisch and J. Hoover regarding same (.10); correspond with Merrill regarding same (.10); correspond with Cleary attorney regarding use of Merrill for e-discovery services (.20) | 0.60 |
| 03/17/11 | SRS | Review correspondence with Court regarding filing of unredacted version of complaint | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/17/11 | SRS | Review correspondence from client regarding AEO provision of protective order (.20); review discovery requests for potential AEO issues (.20); review documents for potential AEO issues (.30) | 0.70 |
| 03/17/11 | EH | File certification of counsel regarding filing of Nokia unredacted complaint (0.30); coordinate delivery to Judge Gross (0.20) | 0.50 |
| 03/17/11 | EH | Update Nokia pleading binder | 0.10 |
| 03/17/11 | EH | Review ECF notices and download order approving second extension of deadline to submit Nokia proposed protective order; track extended deadline | 0.10 |
| 03/17/11 | EH | Review email from S. Stafford regarding extension of deadline to respond to Nokia's first set of discovery requests; track extended deadline | 0.10 |
| 03/17/11 | EH | Serve Right Management and Siemens scheduling orders on E. Meltzer | 0.20 |
| 03/18/11 | RHL | Telephone call made to S. Stafford regarding protective order language; discovery | 0.20 |
| 03/18/11 | JRH | Meeting with S. Stafford regarding status and issues related to Merrill | 0.20 |
| 03/18/11 | JRH | Conference call with Special Master (CTDI litigation). | 0.20 |
| 03/18/11 | JES | Email J. Hoover regarding conference call with CTDI parties (.1); review email from Y. Ibrahimi and scheduling order in connection with CTDI matter (.2); review memorandum order permitting CTDI to join Nortel Networks Corporation (.2); review email and attachments from Y. Ibrahimi regarding discovery in CTDI (.3) | 0.80 |
| 03/18/11 | SRS | Call with R. Lemisch to discuss discovery requests and protective order | 0.20 |
| 03/18/11 | SRS | Review and revise discovery requests (1.10); discuss same with J. Hoover (.20); correspond with client regarding draft discovery requests for review (.30) | 1.60 |
| 03/18/11 | SRS | Draft discovery requests | 0.50 |
| 03/18/11 | SRS | Call with Merrill Corp. regarding e-discovery plan | 0.10 |
| 03/18/11 | SRS | Review correspondence from client regarding AEO provision of protective order (.20); review NSN discovery requests and research AEO issue (.40); correspond with client regarding AEO issue (.20) | 0.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/18/11 | SRS | Prepare and review certification of counsel regarding filing of public complaint | 0.20 |
| 03/18/11 | SRS | Correspond with client regarding discovery requests and call regarding AEO issue | 0.20 |
| 03/18/11 | SRS | Draft discovery responses | 0.80 |
| 03/18/11 | EH | Draft certificates of service for Right Management and Siemens scheduling orders | 0.30 |
| 03/18/11 | EH | Serve Right Management and Siemens scheduling orders (0.20); file certificates of service (0.20) | 0.40 |
| 03/18/11 | EH | Review Right Management and Siemens scheduling orders (0.20); calculate and track discovery and submission deadlines (0.20) | 0.40 |
| 03/18/11 | EH | Review ECF notices and download order approving filing of unredacted Nokia complaint | 0.10 |
| 03/18/11 | EH | Prepare unredacted version of Nokia complaint for delivery to clerk's office (0.30); telephone call and follow-up email to clerk's office regarding same (0.20) | 0.50 |
| 03/18/11 | EH | Review ECF notices and download memorandum order granting motion to join NNC in CTDI litigation | 0.10 |
| 03/21/11 | JRH | Meeting with J. Smith regarding initial disclosures | 0.30 |
| 03/21/11 | JRH | Review draft of the requests for production of documents and interrogatories (1.2) and meeting with S. Stafford regarding same (.3) | 1.50 |
| 03/21/11 | JES | Follow up with E. Meltzer regarding Siemens adversary proceeding (.2); review email and attachment from J. Ibrahimi regarding CTDI counterclaims (.2); review email and attachment from L. Hall regarding CTDI production (.2); review email and attachment from K. Puguero regarding CTDI discovery (.2); confer with J. Hoover regarding initial disclosures in three adversary proceeding(.3); email K. Hansen regarding initial disclosures (.2) | 1.30 |
| 03/21/11 | SRS | Correspond with client and Merrill Corp. regarding coordination of e-discovery plan and next steps | 0.60 |
| 03/21/11 | SRS | Review NSN's discovery requests (.50); draft responses to discovery requests (.70) | 1.20 |
| 03/21/11 | SRS | Review and revise discovery requests | 0.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/21/11 | SRS | Correspond with opposing counsel regarding AEO provision of PO (.80); revise Protective Order and prepare for submission to Court (1.0) | 1.80 |
| 03/21/11 | SRS | Review litigation hold and correspond with client regarding distribution of same | 0.90 |
| 03/21/11 | SRS | Correspond with UnitedLex regarding e-discovery services and use of alternative vendor | 0.20 |
| 03/21/11 | EH | Discuss certification of counsel submitting Nokia stipulated protective order with S. Stafford (0.20); file Nokia stipulated protective order (0.20) | 0.40 |
| 03/21/11 | EH | Review email from K. Peguero regarding service of CTDI's responses and objections to NNI's third set of document production requests | 0.10 |
| 03/22/11 | RHL | Received correspondence from Paul Keller regarding representation of NNC | 0.10 |
| 03/22/11 | RHL | Review and revise interrogatories and production requests directed to Nokia | 0.50 |
| 03/22/11 | JRH | Review email and respond to E. Bussigel regarding filing of answer in light of opinion | 0.30 |
| 03/22/11 | JRH | Review opinion and email with D. Livshiz | 0.40 |
| 03/22/11 | JES | Review email from K. Hansen regarding initial disclosures for adversary proceedings (.1); respond to email from K. Hansen with additional questions (.1); review opinion and order denying motions to dismiss in CTDI matter (.4); review letter from C. Price regarding adjudication of discovery issues with CTDI (.2) | 0.80 |
| 03/22/11 | SRS | Call with client and Merrill Corp. regarding e-discovery plan and next steps (.70); correspond with Merrill Corp. regarding custodian list and data (.20); correspond with client regarding custodians and litigation hold (.20) | 1.10 |
| 03/22/11 | SRS | Correspond with client regarding submission of protective order to Court | 0.10 |
| 03/22/11 | EH | Review and respond to email from T. Blanford confirming clerk's replacement of Nokia complaint with unredacted version | 0.10 |
| 03/22/11 | EH | Review email from E. Bussigel regarding deadline to respond to CTDI counterclaims (0.10); discuss with J. Hoover (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/22/11 | EH | Calculate and track deadline to answer CTDI counterclaims | 0.10 |
| 03/22/11 | EH | Review ECF notices and download order and opinion denying CTDI motions to dismiss complaint and counterclaims (0.10); email to Cleary Gottlieb (0.10) | 0.20 |
| 03/22/11 | EH | Review emails from Y. Ibrahimi and P. Keller regarding Allen & Overy representation of NNC in CTDI adversary | 0.10 |
| 03/22/11 | EH | Review notice of service of CTDI's second set of interrogatories, fourth document production request and first request for admissions; calculate and track response deadline | 0.10 |
| 03/22/11 | EH | Review notice of service of CTDI responses and objections to NNI's third document production request; update discovery binder | 0.10 |
| 03/22/11 | EH | Review 3/22/11 mediator's report regarding supplemental discovery responses required by CTDI, NNI and NNL; track response submission deadline | 0.10 |
| 03/23/11 | RHL | Discuss discovery requests with S. Stafford | 0.20 |
| 03/23/11 | RHL | Further review of discovery requests with S. Stafford and how to proceed | 0.50 |
| 03/23/11 | JRH | Conference call with J. Smith to discuss initial disclosures | 0.20 |
| 03/23/11 | JES | Review and finalize initial disclosures for Prudential Relocation adversary (.3); review and finalize initial disclosures for Right Management adversary (.3); review and finalize initial disclosures for Starent Networks (.3); email K. Sidhu regarding initial disclosures (.2); review response from K. Sidhu regarding initial disclosures (.1); confer with J. Hoover regarding initial disclosures (.3); meet with E. Hein to coordinate service of initial disclosures (.1) | 1.60 |
| 03/23/11 | SRS | Meeting with Ray regarding case status and discovery requests (.70); correspond with Merrill Corp. regarding custodian list (.20); review R. Lemisch's comments to discovery requests (.30) | 1.20 |
| 03/23/11 | EH | Review ECF notices and download stipulated protective order | 0.10 |
| 03/23/11 | EH | Review ECF notices and download notice of service of Prudential's initial disclosures | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/23/11 | EH | Finalize notice of service of discovery regarding initial disclosures for Starent, Prudential and Right Management | 0.20 |
| 03/23/11 | EH | Serve Starent, Prudential and Right Management initial disclosures (0.30); file notices of service of discovery (0.20) | 0.50 |
| 03/23/11 | EH | Discuss service of Starent, Prudential and Right Management initial disclosures with J. Smith | 0.10 |
| 03/24/11 | RHL | Received correspondence from E. Meltzer, counsel to Siemens, regarding settlement proposal | 0.20 |
| 03/24/11 | JES | Review settlement letter and exhibits from E. Meltzer in Siemens adversary proceeding (.4); confer with J. Hoover regarding Siemens settlement offer (.2); review letter from C. Price regarding supplemental decision with regarding to discovery (.2); review email from B. Gibbon regarding service on foreign defendants (.1); review email from A. Gazze regarding foreign defendants (.1); respond to email regarding foreign defendants in preference actions (.1) | 1.10 |
| 03/24/11 | EH | Review ECF notices and download discovery mediator's 3/24/11 report; track CTDI supplemental submission deadline | 0.10 |
| 03/24/11 | EH | Review ECF notices and download notice of service of Right Management's initial disclsoures | 0.10 |
| 03/24/11 | EH | Prepare discovery binder for Starent, Prudential, and Right Management adversaries | 0.50 |
| 03/25/11 | CER | Conversation with S. Stafford regarding research needed on attorney/client privilege and communications with former Nortel employees | 0.20 |
| 03/25/11 | SRS | Review client's litigation hold notice (.10); send email to Ericsson counsel regarding discovery issues (.20); revise litigation hold notice for Ericsson employees (.30) | 0.60 |
| 03/25/11 | SRS | Call with C. Richardson regarding research on attorney-client privilege issue | 0.20 |
| 03/25/11 | SRS | Review custodian list update from client | 0.20 |
| 03/25/11 | SRS | Send protective order entered by Court to client (.10); review and revise stipulation to file under seal and correspond with opposing counsel regarding same (.20); review certification of counsel regarding same (.10) | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/25/11 | SRS | Review and revise discovery requests per R. Lemisch's comments | 0.80 |
| 03/25/11 | EH | Review email from Y. Ibrahimi regarding service of summons for CTDI counterclaims against NNC and CTDI discovery requests directed to NNC | 0.10 |
| 03/25/11 | EH | Review CTDI summons, notice of service of first through fourth document production requests, first request for admissions, and first and second interrogatories directed to NNC (0.10); update pleading and discovery binders (0.10) | 0.20 |
| 03/25/11 | EH | Review and respond to email from S. Stafford regarding entry of stipulated protective order | 0.10 |
| 03/25/11 | EH | Review notice of service of CTDI responses and objections to NNI fourth set of interrogatories; update discovery binder | 0.10 |
| 03/25/11 | EH | Discuss preparation of certification of counsel submitting proposed order governing filing under seal | 0.10 |
| 03/25/11 | EH | Draft certification of counsel submitting proposed order governing filing under seal (0.20); email to S. Stafford (0.10) | 0.30 |
| 03/27/11 | RHL | Received correspondence from P. Keller from I. Yosef regarding complaint and discovery served on NNC | 0.10 |
| 03/28/11 | RHL | Discuss Siemens settlement letter and how to proceed with J. Smith | 0.20 |
| 03/28/11 | RHL | Discuss status of initial disclosures on various preferences with J. Smith | 0.10 |
| 03/28/11 | CER | Research regarding attorney/client privilege with former employees of Nortel now working for Ericsson | 3.50 |
| 03/28/11 | JES | Conversation with R. Lemisch regarding Siemens settlement proposal | 0.20 |
| 03/28/11 | SRS | Correspond with J. Hoover and R. Lemisch regarding discovery requests | 0.10 |
| 03/28/11 | SRS | Correspond with C. Richardson regarding attorney-client privilege research (.30); correspond with opposing counsel regarding stipulation for filing documents under seal (.10); review stipulation for filing document under seal and COC and prepare for filing (.30) | 0.70 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/28/11 | SRS | Correspond with Merrill Corp. regarding e-discovery plan (.10); review correspondence from client and custodian regarding ESI storage and preservation (.20); review custodian list detail provided by client (.20) | 0.50 |
| 03/28/11 | EH | Revise certification of counsel submitting proposed Nokia seal order | 0.20 |
| 03/28/11 | EH | File certification of counsel submitting Nokia seal order (0.10); coordinate delivery to Judge Gross (0.10) | 0.20 |
| 03/28/11 | EH | Review and respond to email from S. Stafford regarding draft certification of counsel submitting stipulated Nokia seal order | 0.20 |
| 03/29/11 | CER | Further research regarding attorney-client privilege for former employee of Client Nortel now working for Ericsson, asset purchaser | 2.40 |
| 03/29/11 | JES | Review email and attachments from Y. Ibrahimi regarding discovery served upon NNC (.3); review decision of Special Master Price regarding CTDI's responses to requests for admission (.2); review email and attachment from L. Hall regarding NNL's production to CTDI (.2) | 0.70 |
| 03/29/11 | SRS | Call with Merrill Corp. regarding e-discovery plan and tiered approach for preservation and collection of custodian ESI | 0.30 |
| 03/29/11 | SRS | Review custodian information from Merrill and client to determine top priorities for preservation and collection | 0.30 |
| 03/29/11 | EH | Review ECF notices and download Nokia stipulated seal order; email to S. Stafford | 0.10 |
| 03/29/11 | EH | Review email from P. Keller to A. Clark regarding NNC answer to CTDI complaint and incomplete discovery requests; review responsive email from Y. Ibrahimi regarding corrected discovery requests | 0.10 |
| 03/30/11 | RHL | Received correspondence from S. Stafford regarding service of discovery on Nokia | 0.10 |
| 03/30/11 | RHL | Speak to S. Stafford regarding discovery - okay to serve | 0.20 |
| 03/30/11 | JES | Review email and attachments from Y. Ibrahimi in CTDI matter (.2); review email and attachment from R. Schafer regarding CTDI matter (.2) | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/30/11 | SRS | Correspond with Ericsson counsel regarding contact with former Nortel employees and e-discovery issues | 0.20 |
| 03/30/11 | SRS | Review custodian list for Nortel employees and data already collected (.20); correspond with Lynn Rowan regarding call regarding ESI (.20); correspond with D. McKenna regarding call regarding ESI (.20); correspond with H. DeAlmeida regarding call regarding ESI (.10); correspond with Merrill Corp. regarding same (.10) | 0.80 |
| 03/30/11 | SRS | Correspond with L. Rowan regarding interrogatory responses | 0.20 |
| 03/30/11 | SRS | Review email from C. Richardson analyzing attorney-client privilege issue regarding former employees | 0.50 |
| 03/30/11 | SRS | Discuss discovery requests with R. Lemisch | 0.20 |
| 03/30/11 | SRS | Review and finalize discovery requests for service | 0.90 |
| 03/30/11 | EH | Review and respond to email from S. Stafford regarding service of Nokia discovery requests | 0.10 |
| 03/30/11 | EH | Draft notice of service of Nokia's first set of interrogatories and first set of document production requests | 0.20 |
| 03/30/11 | EH | Serve Nokia's first set of interrogatories and first set of document production requests (0.10); file notice of service of discovery (0.10) | 0.20 |
| 03/31/11 | RHL | Coordinate coverage of discovery call | 0.10 |
| 03/31/11 | JRH | Review decisions of S. Price in advance of conference call | 0.50 |
| 03/31/11 | JRH | Conference call with discovery mediator (0.30); follow up on three decisions and next steps (0.30) | 0.60 |
| 03/31/11 | CER | Phone call with S. Stafford discussing issues relating to attorney-client privilege and refining research | 0.30 |
| 03/31/11 | JES | Review various emails regarding conference call with Special master Price (.2); review email from D. Livshiz regarding supplementation to discovery in CTDI (.1); review email and attachment from L. Hall rearding NNC's responses to CTDI discovery (.2); | 0.50 |
| 03/31/11 | SRS | Correspond with Merrill (Richard) regarding custodians (Muniz and Livelink info) regarding preservation and collection of relevant data | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/31/11 | SRS | Call with Merrill (Richard) and L. Rowan regarding ESI preservation and collection (1.0); call with Merrill (Richard) regarding custodian interviews (.20) | 1.20 |
| 03/31/11 | SRS | Correspond with ESI custodians (Ericsson) regarding calls with Merrill Corp and litigation hold | 0.30 |
| 03/31/11 | SRS | Review Nokia's discovery requests and correspond with clients (Lynn, Jacqueline, Matt and Larry) regarding responses to interrogatories | 0.40 |
| 03/31/11 | EH | Review and respond to email from N. Monhait regarding Nortel's first set of discovery requests to Nokia (0.10); follow-up email to S. Stafford regarding same (0.10) | 0.20 |
| 03/31/11 | EH | Review email from J. Hoover regarding status of 3/31/11 conference call with CTDI discovery mediator | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MICHAEL J. BARRIE | (MJB) | $425.00 | 1.40 | $595.00 |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 10.10 | $6,009.50 |
| | | | 11.50 | $6,604.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 17.50 | $6,650.00 |
| CAROLINE RICHARDSON | (CER) | $195.00 | 6.40 | $1,248.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 23.20 | $5,800.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 44.20 | $13,260.00 |
| | | | 91.30 | $26,958.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 17.80 | $4,183.00 |
| | | | 17.80 | $4,183.00 |
| | | TOTAL: | 120.60 | $37,745.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/01/11 | EH | Document Reproduction 348 copies | 34.80 |
| 03/01/11 | EH | Document Reproduction 10 copies | 1.00 |
| 03/01/11 | LMS | Document Reproduction 36 copies | 3.60 |
| 03/07/11 | RHL | Document Reproduction 32 copies | 3.20 |
| 03/08/11 | EH | Document Reproduction 11 copies | 1.10 |
| 03/14/11 | EH | Document Reproduction 4 copies | 0.40 |
| 03/14/11 | EH | Document Reproduction 1 copies | 0.10 |
| 03/17/11 | EH | Document Reproduction 5 copies | 0.50 |
| 03/18/11 | LMS | Document Reproduction 92 copies | 9.20 |
| 03/18/11 | LMS | Document Reproduction 230 copies | 23.00 |
| 03/21/11 | EH | Document Reproduction 27 copies | 2.70 |
| 03/23/11 | EH | Document Reproduction 28 copies | 2.80 |
| 03/28/11 | EH | Document Reproduction 9 copies | 0.90 |
| 03/30/11 | EH | Document Reproduction 23 copies | 2.30 |
| | | TOTAL: | $85.60 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/28/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington Hand Delivery - Judge Gross | 5.00 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Skadden Arps | 5.00 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Judge Kevin Gross | 7.50 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Judge Brendan L. Shannon | 7.50 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC FedEx Drop Bin-Parcels | 17.00 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Judge Kevin Gross | 7.50 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Rosenthal Monhait Gross & Godde | 18.00 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Buchanan, Skadden | 24.00 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Wilmington Train Station | 50.00 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Judge Kevin Gross | 7.50 |
| 03/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC Bankruptcy Court E-Filing | 147.50 |

TOTAL:                    $296.50

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/29/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC Document Delivery | 15.34 |
| 03/29/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC Bankruptcy Court E-filing | 132.50 |
| 03/29/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC B&W copies and Velobind | 286.00 |
| | | TOTAL: | $433.84 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 03/01/11 | LMS | Federal Express 03/01/11 Lisa M. Behra to Fred S. Hodara | 11.35 |
| 03/01/11 | LMS | Federal Express 03/01/11 LISA M. BEHRA to ANNA VENTRESCA | 36.80 |
| 03/01/11 | LMS | Federal Express 03/01/11 Lisa M. Behra to Thomas P. Tinke | 11.35 |
| 03/01/11 | LMS | Federal Express 03/01/11 Lisa M. Behra to Derek C. Abbott | 11.35 |
| 03/01/11 | LMS | Federal Express 03/01/11 Lisa M. Behra to M. Collins Esq. | 11.35 |
| 03/02/11 | JRH | Federal Express 03/02/11 J HOOVER to DAVID LIUSHIZ | 22.40 |
| 03/11/11 | JRH | Federal Express 03/11/11 Jennifer Hoover Esq. to Katherin | 25.46 |
| 03/18/11 | XXX | Federal Express 03/18/11 Carol Thompson to D. Abbot/E. Sc | 11.46 |
| 03/18/11 | XXX | Federal Express 03/18/11 Carol Thompson to Thomas P. Tink | 11.46 |
| 03/18/11 | XXX | Federal Express 03/18/11 Carol Thompson to M. Collins/C. | 11.46 |
| 03/18/11 | XXX | Federal Express 03/18/11 Carol Thompson to Fred S. Hodara | 11.46 |
| 03/18/11 | XXX | Federal Express 03/18/11 CAROL THOMPSON to ANNA VENTRESCA | 42.19 |
|  |  | TOTAL: | $218.09 |

**Postage - Special Mailing**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/01/11 | ACCT | Postage - Special Mailing | 2.10 |
| 03/18/11 | ACCT | Postage - Special Mailing | 3.46 |
| 03/23/11 | ACCT | Postage - Special Mailing | 2.44 |
| 03/30/11 | ACCT | Postage - Special Mailing | 1.56 |
| | | TOTAL: | $9.56 |

**Long Distance Calls**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/14/11 | ACCT | Conference Calls | 7.74 |
| 02/18/11 | ACCT | Conference Calls | 10.20 |
| 02/25/11 | ACCT | Conference Calls | 3.39 |
| 03/01/11 | ACCT | Conference Calls | 2.45 |
| | | TOTAL: | $23.78 |