**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

April 15, 2011

Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
Wilmington, DE  19801

Re:  Nortel Networks Inc., et al., Debtors vs. Centennial Ventures VII, L.P.

Case No. 09-10138 - KG

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P.. Currently, the state lists CORPORATION SERVICE COMPANY as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518329086

FedEx Tracking# 796997192154

cc: United States Bankruptcy Court
824 North Market Street,
Wilmington, DE  19801-4908