# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 26, 2011 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matters:*

1) OMNIBUS HEARING
   **R / M #:**   5,304 / 0

2) **ADV: 1-10-53065**

   **Nortel Networks, Inc. vs Communications Test Design, Inc.**

   Motion to Allow Nortel Networks Litmitd's Motion to Permit Disclosure by William Cleary

   **R / M #:**   183 / 0

3) **ADV: 1-10-55165**

   **Nortel Networks Inc. vs Beeline.com, Inc.**

   Enlargement of Time Motion

   **R / M #:**   28 / 0

4) **ADV: 1-10-55840**

   **Nortel Networks Inc. vs CoAMS, Inc.**

   Enlargement of Time Motion

   **R / M #:**   17 / 0

5) **ADV: 1-10-53187**

   **Nortel Networks Inc. vs Maritz Canada Inc.**

   Enlargement of Time Motion

   **R / M #:**   27 / 0

6) **ADV: 1-10-55868**

   **Nortel Networks Inc. & Nortel Networks Inc. vs Insight Enterprises, Inc. & Insight Enterprises, Inc.**

   Enlargement of Time Motion

   **R / M #:**   20 / 0

7) **ADV: 1-10-55937**

   **Nortel Networks Inc. vs McCann-Erickson Worldwide, Inc.**

   Enlargement of Time Motion

   **R / M #:**   28 / 0

8) **ADV: 1-10-55905**

   **Nortel Networks Inc. & Nortel Networks Inc. vs The Advertising Checking Bureau, Inc. & The Advertising Checking Bureau, Inc.**

   Enlargement of Time Motion

   **R / M #:**   28 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

(continue)...    09-10138-KG                TUESDAY, APRIL 26, 2011 09:30 AM

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to May 10 hearing
#2 - #3 Adjourned to May 24 hearing
#4 -  Adjourned to July 26 hearing
#5 -  Adjourned  to 5/10/11
#6 - A-10-55165 -   Granted -  Order to be submitted under Certification of Counsel
#7 - A-10-55840 -   Granted -  Order to be submitted under Certification of Counsel
#8 - A-10-53187 -   Granted -  Order to be submitted under Certification of Counsel
#9 - A-10-55868 -   Granted -  Order to be submitted under Certification of Counsel
#10 -  Adjourned to 5/24/11
#11 - A-10-53065 -   ORDER SIGNED
#12 - A-10-55937 -  Granted but Judge will issue written ruling
#13 - A-10-55905 -  Granted but Judge willissue written ruling
#14 -  Granted , ORDER SIGNED
#15 -   ScheduleTeleconference in the next 30 days, Ms. Cordo to call Chambers to arrange;
Status given on Mediation given;   Chambers conference at 12:00 pm today