# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.  
**CASE NO.:** 09-10138 / 10-53065 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 4/26/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen Ryan | McDermott Will Emery | American Registry of Internet Numbers |
| Raymond Harris | Blank Rome Harris Wilhelm | " |
| DAN GUYDER | ALLEN & OVERY | GMJ CANADIAN MONITOR & CANADIAN DEBTORS |
| JESSICA LUBARSKY | " " " | " and Turner Broadcasting, Cable News Network Inc., Time Inc. |
| Tori Gulfoyle | Blank Rome LLP | |
| THOMAS MATZ | MILBANK TWEED | BONDHOLDER GROUP |
| Mona Parikh | Buchanan Ingersoll + Rooney PC | E&Y Canadian Monitor + Canadian Debtor |
| Mario Forte | Ogilvy Renault | " |
| Chris Hunter | " | " |
| Joseph VanLeuven | Davis Wright Tremaine | Microsoft Corporation |
| Robert Hyong | CCC Inc | Nortel ex-employees |
| Donna Culver | Morris Nichols Arsht & Tunnell | Debtors |
| Rebecca Buell | Cleary Gottlieb Steen & Hamilton LLP | " |
| NIKA ALIAKBARI | CLEARY GOTTLIEB STEEN + HAMILTON | " |
| Fred Hodara | Akin Gump | Committee |
| David Botter | " | " |
| Mark Collins | Richards Layton | |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.
**CASE NO.:** 09-10138 / 10-53065 - KG
**COURTROOM LOCATION:** 3
**DATE:** 4/26/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Schwartz | Morris Nichols Arsht & Tunnell | Debtors |
| Ann Cordo | " | " |
| Jim Bromley | Cleary Gottlieb | " |
| Lisa Schweitzer | " | " |
| Jeremy Ryan | Potter Anderson | LM Data Group |
| Mayer Raybuck | UMB ABM | |
| Deborah Buell | Cleary Gottlieb | Debtors |
| Meghan Sercombe | " | " |
| Norce Arborlean | " | " |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.
**CASE NO.:** 09-10138 / 10-53065 - KG
**COURTROOM LOCATION:** 3
**DATE:** 4/26/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Austria | Werb & Sullivan | McCarter-Erickson Waldwin |
| Jane Leamy | USTrustee's Office | USTrustee |
| Brett Fallon | Morris James | Sprint Nextel |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 04/26/2011
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks, Inc. et al. | 09-10138 | Hearing | | Sandra Brown | | Nortel Networks Inc. | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Tiffany S. Cobb | | Vorys, Sater, Seymour & Pease LLP | Representing, Turner Broadcasting / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David H. Herrington David Livshiz | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Darryl Laddin | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Katherine Roberts | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jesse Sherrett | | Cleary & Gottlieb | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Ungberg | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Frank N. White | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |