**CT Corporation**

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213 627 8252 tel
www.ctlegalsolutions.com



April 18, 2011

Alissa T. Gazze
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Re: In re: Nortel Networks Inc., et al., Debtors, Nortel Networks Inc. and Nortel Networks (CALA) Inc., Pltfs. vs. McCann-Erickson Worldwide, Inc., et al. including McCann Relationship Marketing, Inc., Dfts.

Case No. 09-10138(KG)

Dear Sir/Madam:

After checking our records and the records of the State of CA, it has been determined that C T Corporation System is not the agent for an entity by the name of McCann Relationship Marketing, Inc.. Currently, the state lists Capitol Corporate Services Inc. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Nancy Flores
Process Specialist

Log# 518374866

FedEx Tracking# 794674222365

cc: Delaware, U.S. Bankruptcy Court
    824 Market Street, 5th Floor
    Wilmington, DE 19801