# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/1/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/1/2011 | Met with R. Boris and Carolyn Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/4/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/4/2011 | Met with R. Boris of Nortel to discuss weekly deliverables and action items. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/8/2011 | Met with B. Gibbon of Cleary and Cleary preference team as well as K. Hansen of Nortel for the weekly preference discussion. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/8/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/8/2011 | Met with R. Boris and Carolyn Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/11/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/11/2011 | Met with R. Boris of Nortel to discuss weekly deliverables and action items. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/15/2011 | Met with L. LaPorte and M. Alcock of Cleary to discuss the employee claims workstream. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/15/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/15/2011 | Met with R. Boris and Carolyn Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/18/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/18/2011 | Met with R. Boris of Nortel to discuss weekly deliverables and action items. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/22/2011 | Met with R. Boris and Carolyn Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/25/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/25/2011 | Met with R. Boris of Nortel to discuss weekly deliverables and action items. | 0.50 | 410 | 205.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/28/2011 | Met with J. Whynot and R. Boris of Nortel to discuss data retention initiatives for HR benefit plans. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/29/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 3/29/2011 | Met with R. Boris and Carolyn Shields of Nortel and A. Randazzo and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brian Heinimann | 3/31/2011 | Review of status of executory contract filings and call with J. Croft, Cleary and Huron director to discuss inquiry from Cleary Gottlieb. | 1.30 | 410 | 533.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 3/2/2011 | Nortel-MOR review. | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 3/7/2011 | Nortel-meeting with Huron director regarding reporting matters, current form 26 preparation, update on open budget questions. | 0.50 | 725 | 362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 3/23/2011 | Nortel-review Jan MOR draft, comments to Huron director. | 0.70 | 725 | 507.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 3/23/2011 | Nortel-review draft Form 26 for period ended Dec. 2010, comments to W. Ward (Nortel) and Huron director. | 0.60 | 725 | 435.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 3/24/2011 | Nortel-review Feb MOR draft. | 0.50 | 725 | 362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 3/25/2011 | Nortel-follow-up on questions on Feb MOR questions, relayed comments to Huron director and W. Ward (Nortel). | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 3/2/2011 | Met with W. Ward (Nortel) to discuss periodic reporting of nondebtor subsidiary investments owned by debtors pursuant to Rule 2015.3 | 1.00 | 555 | 555.00 |
| 6 | Retention and Fee Applications | Brian Heinimann | 3/15/2011 | Preparation of initial exhibits for February 2011 fee application of Huron Consulting Services, LLC. | 2.20 | 410 | 902.00 |
| 6 | Retention and Fee Applications | Brian Heinimann | 3/15/2011 | Preparation of initial February 2011 fee application of Huron Consulting Services, LLC. | 1.80 | 410 | 738.00 |
| 6 | Retention and Fee Applications | Brian Heinimann | 3/16/2011 | Review of fee-application and invoice drafts; made various changes; and prepared drafts to circulate to managing director for review. | 1.60 | 410 | 656.00 |
| 6 | Retention and Fee Applications | Brian Heinimann | 3/16/2011 | Preparation of February 2011 invoices for Huron Consulting Services. | 1.40 | 410 | 574.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/10/2011 | Updated the monthly interim fee application memo and time narratives and provided to Huron manager. | 1.40 | 410 | 574.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/10/2011 | Reviewed monthly interim fee application documents and invoices and provided comments and signoff to Huron manager. | 1.20 | 410 | 492.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/31/2011 | Updated and finalized detailed time report for purposes of the monthly fee application. | 2.50 | 410 | 1,025.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 3/7/2011 | Reviewed February fees and expenses and provided J. Moldrem (Nortel) with estimate. Discussion with Huron manager regarding fee app process. | 0.80 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 3/17/2011 | Review of February fee application and comments to Huron manager. | 0.50 | 335 | 167.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 3/21/2011 | Prepared February Fee Application for filing and provided to A. Cordo (MNAT). | 0.30 | 335 | 100.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 3/7/2011 | Review of powerpoint deck pertaining to operating budget for Nortel US entities for 2011 and discussed with Huron director. | 2.00 | 410 | 820.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 3/8/2011 | Review of 2010 US entity financials provided by A. Stout, Nortel, and created summary balance sheets for purpose of updating liquidation analysis. | 2.30 | 410 | 943.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 3/8/2011 | Updated liquidation analysis with 2010 year end balance sheet financials provided by A. Stout, Nortel. | 2.20 | 410 | 902.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 3/10/2011 | Discussion with Huron director regarding operating budget for Nortel US entities for 2011 and impact on liquidation analysis, and prepared analysis of asset recovery categories in budget as compared to liquidation analysis. | 2.50 | 410 | 1,025.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 3/10/2011 | Review of estimate of value within estates prepared by M. Kennedy, Chilmark Partners. | 1.80 | 410 | 738.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Brian Heinimann | 3/11/2011 | Drafted notes on review of current balance sheets; operating budget for Nortel US entities for 2011; and estimate of value within estates; and drafted e-mail to Huron director regarding findings. | 2.20 | 410 | 902.00 |
| 7 | Disclosure Statement / Plan of Reorganization | James Lukenda | 3/7/2011 | Nortel-preparation for upcoming meetings regarding budget and plan matters, correspondence review, documents. | 0.70 | 725 | 507.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 3/7/2011 | Reviewed docketed items for updates to case, asset sales, claims, and stipulations | 1.40 | 555 | 777.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 3/9/2011 | Analyzed wind-down plan prepared by T. Ross (Nortel) and detailed entity balance sheets, prepared follow up questions for FA meeting | 4.00 | 555 | 2,220.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 3/11/2011 | Analyzed wind-down plan prepared by T. Ross (Nortel) and detailed entity balance sheets, prepared follow up questions for FA meeting | 1.00 | 555 | 555.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Matthew J. Fisher | 3/24/2011 | Met with T. Ross and J. Ray (Nortel) regarding wind down activities and budget for US estates | 4.00 | 555 | 2,220.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/3/2011 | Nortel-operations meeting plan, correspondence and scheduling. | 0.40 | 725 | 290.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/4/2011 | Nortel-review status and work plan, correspondence, staffing. | 1.00 | 725 | 725.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/15/2011 | Nortel-preparation for meetings at CGS&H, review materials from company. | 0.70 | 725 | 507.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/17/2011 | Nortel-review budget materials, preparation for meetings at CGS&H. | 1.30 | 725 | 942.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/21/2011 | Nortel-preparation for budget meeting at CGS&H, package review. | 1.20 | 725 | 870.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/23/2011 | Nortel-preparation for meeting with company, representatives regarding 2011 Budget Review. | 1.30 | 725 | 942.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/24/2011 | Nortel-meeting regarding 2011 Budget Review at CGS&H. | 3.00 | 725 | 2,175.00 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 3/24/2011 | Nortel-Budget review meeting, post meeting follow-up with Huron director regarding Huron work streams. | 0.70 | 725 | 507.50 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 3/1/2011 | Review of files and correspondence with A. Tsai, Epiq and A. Cambouris, Cleary Gottlieb, regarding status of Enterprise Solutions Business contract assignments through 03/03/2011. | 1.50 | 410 | 615.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 3/2/2011 | Review of request for clarification on assignment history of various contracts being assigned in MSS business contract assignment process, and drafted response to K. Carpenter and J. Seery, Cleary Gottlieb. | 1.20 | 410 | 492.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 3/2/2011 | Review of request from J. Seery, Cleary Gottlieb, pertaining to MSS Business contract assignments; investigated; and drafted response. | 0.20 | 410 | 82.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 3/14/2011 | Review of e-mail correspondence from counterparty to MSS business contract; investigated comments; and drafted e-mail to group of Nortel and Ericsson employees regarding same. | 1.20 | 410 | 492.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 3/15/2011 | Review of request from P. Siddiqi, Ericsson, pertaining to MSS business contract assignment notices; investigated; and drafted e-mail response. | 1.00 | 410 | 410.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 3/28/2011 | Review of request from J. Croft, pertaining to MSS contract assignments, investigated, and e-mailed response . | 1.00 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Reviewed vendor preference response claiming ordinary course and new value defenses and provided response to J. Lacks of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Investigated certain preference vendor items and prepared response per request from J. Lacks of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Corresponded with K. Sidhu of Cleary regarding amnesty letter settlements. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Updated the Nortel top vendor summary with settlement checks received, group claim numbers, deemed filed schedules and amounts. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Prepared vendor response analysis and provided to J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/1/2011 | Worked with G. Townsend of Nortel to obtain invoice information for certain invoices submitted by a preference defendant. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Corresponded with B. Phelps of Nortel regarding AR account for preference settlements. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Compiled lists of vendor historical paid invoice information and provided to M. Cook and G. Townsend of Nortel for discovery purposes. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Created ordinary course analysis for certain preference vendor and provided to J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Corresponded with M. Cook of Nortel regarding purchase order information and legal entity responsible for liability. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Prepared preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Prepared updated preference vendor defense response analysis per request from K. Sidhu of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Updated payment invoice detail for preference vendor and provided to N. Abularach of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/2/2011 | Updated vendor preference response and provided to K. Sidhu of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Compiled purchase order information for certain preference vendors per request from J. Sherrett of Cleary. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Reviewed preference vendor invoice and payment support to determine proper legal entity and updated exhibit accordingly. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Updated a preference vendor response analysis and provided to J. Galvin of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Updated vendor preference exhibit and provided to N. Abularach of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/3/2011 | Corresponded with G. Townsend of Nortel regarding Oracle company code information. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Prepared preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Corresponded with J. Lacks of Cleary regarding historical paid invoice activity for certain preference vendor. | 1.20 | 410 | 492.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Updated the Nortel preference summary with settlement information. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Investigated NNI financials for purposes of proving insolvency per request from K. Sidhu of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Requested preference discovery invoices from M. Cook of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/4/2011 | Investigated other Nortel entity historical paid invoice activity for certain preference vendors. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Investigated preference vendor's claim that preference payments were not for NNI liabilities. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Provided K. Sidhu of Cleary with a summary of the preference action settlements. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Corresponded with B. Gibbon of Cleary regarding expiring tolling agreements. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Prepared preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Prepared preference settlement accounting email and documents for working group. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Corresponded with M. Cook of Nortel regarding outstanding vendor receivables. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/7/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Prepared preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Investigated contracts for preference vendors per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Corresponded with G. Townsend of Nortel regarding preference vendor historical paid invoice activity. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Reconciled a preference vendor's ordinary course analysis and provided response to M. Vanek of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Prepared high / low DPO range and vendor response analysis per request from J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Corresponded with M. Cook of Nortel regarding PO support. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/8/2011 | Updated vendor preference response and provided to J. Sherrett of Cleary. | 0.40 | 410 | 164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/9/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/9/2011 | Provided the updated top vendor preference summary to the working team. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/9/2011 | Call with M. Vanek of Cleary to discuss certain preference action items. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/9/2011 | Provided M. Vanek of Cleary with certain vendor preference analyses. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/9/2011 | Corresponded with G. Townsend of Nortel regarding historical paid invoice activity. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/9/2011 | Prepared updated individual vendor preference analysis and provided to K. Sidhu of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/10/2011 | Corresponded with N. Abularach of Cleary regarding new value and prepetition claim overlap for certain preference vendor. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/10/2011 | Corresponded with M. Cook of Nortel regarding payment screenshots and PO support. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/10/2011 | Prepared preference vendor response analysis given various scenarios per request from N. Abularach of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/10/2011 | Provided high/low DPO analysis for preference vendor to B. Gibbon of Cleary. | 0.50 | 410 | 205.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/10/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/14/2011 | Corresponded with M. Vanek of Cleary regarding contracts and POs indicating responsible entity. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/14/2011 | Prepared ordinary course analysis for preference vendor per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/14/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/14/2011 | Requested certain POs and payment screenshots from M. Cook of Nortel. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/15/2011 | Corresponded with J. Lacks of Cleary regarding royalty preference payments. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/15/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/15/2011 | Prepared preference vendor defense response analysis per request from N. Abularach of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/15/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/16/2011 | Reviewed vendor preference response asserting mere conduit defense and provided analysis to J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/16/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/16/2011 | Updated vendor preference action summary with recent settlement information. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/16/2011 | Worked with J. Sherrett of Cleary to review paid invoices and DPO analysis. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/16/2011 | Updated preference vendor response analysis with number of payments by period and sent to B. Gibbon of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/16/2011 | Updated vendor preference action summary with recent settlement information. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/17/2011 | Corresponded with M. Cook of Nortel regarding PO support. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/17/2011 | Corresponded with G. Townsend of Nortel regarding paid invoice activity. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/17/2011 | Worked with C. Shields of Nortel to obtain certain claim reconciliations for preference responses. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/18/2011 | Corresponded with P. Dubai of Nortel regarding receipt of preference settlements. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/18/2011 | Updated a preference vendor response analysis and provided to N. Abularach of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/18/2011 | Prepared updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/18/2011 | Reviewed certain amnesty letter responses and worked with K. Sidhu of Cleary on responses. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Provided K. Sidhu of Cleary with the updated amnesty letter settlement numbers. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Prepared updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Prepared vendor response analysis and provided to J. Sherrett of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Prepared preference vendor defense response analysis per request from N. Abularach of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Prepared preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Corresponded with K. Hansen and M. Cook of Nortel regarding contract and AP vendor name information. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/21/2011 | Corresponded with K. Hansen of Nortel regarding SRM contact information for preference vendors. | 0.60 | 410 | 246.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Corresponded with M. Cook of Nortel regarding email support for payment information. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Analyzed preference vendor's ordinary course and new value defenses and provided response to J. Galvin of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Requested preference vendor contract information from K. Hansen of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Analyzed preference vendor's ordinary course and new value defenses and provided response to N. Abularach of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Corresponded with J. Galvin of Cleary regarding scheduled vs. claimed discrepancies for preference purposes. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Corresponded with M. Cook of Nortel regarding outstanding vendor receivables. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Prepared high / low DPO range and vendor response analysis per request from J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/22/2011 | Requested preference discovery invoices from M. Cook of Nortel. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/23/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/23/2011 | Prepared updated excel exhibit for certain preference vendor and sent to B. Zabaruskas of Crowell. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/23/2011 | Provided the updated top vendor preference summary to the working team. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/23/2011 | Provided high/low DPO analysis for preference vendor to B. Gibbon of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/23/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/23/2011 | Investigated contracts for preference vendors per request from K. Sidhu of Cleary. | 0.40 | 410 | 164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/24/2011 | Prepared vendor response analysis and provided to J. Sherrett of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/24/2011 | Provided K. Sidhu of Cleary with the updated amnesty letter settlement numbers. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/24/2011 | Requested vendor historical paid invoice activity from G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/24/2011 | Updated preference vendor response analysis with number of payments by period and sent to B. Gibbon of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/24/2011 | Corresponded with J. Lacks of Cleary regarding royalty preference payments. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/24/2011 | Prepared preference vendor defense response analysis per request from K. Sidhu of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Investigated certain preference vendor items and prepared response per request from J. Lacks of Cleary. | 1.60 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Reviewed preference vendor invoice and payment support to determine proper legal entity and updated exhibit accordingly. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Prepared preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Compiled purchase order information for certain preference vendors per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Prepared preference vendor defense response analysis per request from N. Abularach of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/25/2011 | Prepared preference vendor defense response analysis per request from N. Abularach of Cleary. | 1.00 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/28/2011 | Requested certain vendor contracts from K. Hansen of Nortel for preference purposes. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/28/2011 | Requested purchase order and payment screenshots for certain preference vendor from M. Cook of Nortel. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/28/2011 | Provided M. Vanek of Cleary with certain vendor preference analyses. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 3/28/2011 | Prepared preference vendor defense response analysis per request from K. Sidhu of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 3/7/2011 | Nortel-conference with Huron manager regarding response on preference actions, amnesty letters, and related matters. | 0.20 | 725 | 145.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 3/14/2011 | Nortel-address RMA inquiry from Huron manager, available materials. | 0.70 | 725 | 507.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 3/15/2011 | Nortel-call with Huron manager regarding use of RMA materials for industry standards, review available materials, and discuss follow-up. | 0.50 | 725 | 362.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 3/31/2011 | Nortel-update on file, re status of assistance with avoidance actions, review correspondence. | 0.50 | 725 | 362.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Michael Scannella | 3/29/2011 | Correspondence with Cleary regarding outstanding settlement check. Correspondence with vendor regarding the same. | 0.50 | 335 | 167.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Vincent Skokandic | 3/7/2011 | Compiled invoice, payment and PO information for certain preference vendors per request from Huron manager. | 1.20 | 335 | 402.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/1/2011 | Prepared subsidiary claims report for Shirley Lo of Cleary. | 1.00 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/4/2011 | Corresponded with D. Ray of Nortel regarding LTIP restoration plan contributions. | 0.50 | 410 | 205.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2011 | Requested updated severance file from W. Grammer of Nortel | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/14/2011 | Corresponded with D. Ray of Nortel regarding LTIP restoration and Deferred Compensation plan contributions. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/15/2011 | Documented discussion regarding the Nortel employee claims and pending schedule amendments. | 1.40 | 410 | 574.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/17/2011 | Corresponded with E. Smith of Nortel regarding US SERP existing calculations. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/18/2011 | Documented the updated severance calculation methodology and results and circulated to the working team. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/18/2011 | Corresponded with A. Tsai of Epiq regarding employee claims and pending schedule amendments timeline. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/18/2011 | Updated the employee severance calculations to include number of active days within the unsecured, priority and administrative periods. | 1.00 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/18/2011 | Updated the employee severance calculations to include certain fringe benefits per W. Grammer of Nortel. | 0.90 | 410 | 369.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/23/2011 | Corresponded with E. Smith of Nortel regarding US SERP updated calculations given revised methodology. | 1.50 | 410 | 615.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/23/2011 | Documented schedule for upcoming employee claims call with T. Britt of Cleary. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/23/2011 | updated 60-day notice and severance summary and calculation results which applies the corrected accrual of severance. | 1.00 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/24/2011 | Corresponded with D. Ray of Nortel regarding LTIP restoration and Deferred Compensation plan contributions. | 1.20 | 410 | 492.00 |
| 25 | Case Administration | Coley P. Brown | 3/31/2011 | Corresponded with Nortel and Cleary teams regarding staffing updates and future deliverables. | 1.90 | 410 | 779.00 |
| 26 | Travel Time | Matthew J. Fisher | 3/24/2011 | Round trip travel Chicago to NY to meet with Nortel and UCC advisors | 4.00 | 555 | 2,220.00 |
| | | | | Totals | 215.10 | | $ 94,933.00 |