# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  FEBRUARY 1, 2011 THROUGH MARCH 31, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/17/2011 | Matthew J. Fisher | Airfare | Roundtrip coach to attend meeting with debtors and advisors at outside counsel's offices: SOUTHWEST AIRLINES: MDW/LGA 03/23/2011 to 03/24/2011. | $ 691.40 |
| 2/6/2011 | Coley P. Brown | Ground Transportation | Cab ride to and from residence and Chicago office in order to transport documents and work on Nortel matters over weekend.: Cab: Residence / Office. | $ 40.00 |
| 2/17/2011 | Coley P. Brown | Ground Transportation | Cab ride from residence to Huron Chicago office in order to transport Nortel documents.: Cab: Residence / Office. | $ 20.00 |
| 3/24/2011 | James Lukenda | Ground Transportation | Cab to CGS&H meeting on 2011 Budget with Matt Fisher: Yellow Cab: NYC. | $ 10.00 |
| 3/23/2011 | Matthew J. Fisher | Hotel/Lodging | New York lodging near Debtors' attorneys offices: SHERATON CORPORATION: NEW YORK 03/23/2011 to 03/24/2011. | $ 240.00 |
| 2/1/2011 | Coley P. Brown | Meals | Dinner at Sushi Mura while working late on Nortel matters for Coley Brown (1 person).: Sushi Mura: Chicago. | $ 37.22 |
| 2/6/2011 | Coley P. Brown | Meals | Dinner at Subway for Coley Brown (1 person) while working over the weekend on Nortel matters.: Subway: Chicago. | $ 8.77 |
| 2/7/2011 | Coley P. Brown | Meals | Dinner at Lou Malnati's for Coley Brown (1 person) while working late on Nortel matters.: Lou Malnatti's: Chicago. | $ 26.88 |
| 2/8/2011 | Coley P. Brown | Meals | Dinner at Pockets for Coley Brown (1 person) while working late on Nortel matters.: Pockets: Chicago. | $ 15.59 |
| 2/9/2011 | Coley P. Brown | Meals | Dinner at Messners for Coley Brown (1 person) while working late on Nortel matters.: Messners: Chicago. | $ 31.13 |
| 2/21/2011 | Coley P. Brown | Meals | Dinner at Mystic Celt for Coley Brown (1 person) after working late on Nortel matters.: Mystic Celt: Chicago. | $ 21.36 |
| 3/22/2011 | Coley P. Brown | Meals | Dinner at Southport Lanes for Coley Brown (1 person) after working late on Nortel matters.: Sothport Lanes: Chicago. | $ 24.82 |
| 3/24/2011 | James Lukenda | Meals | Working meal, post meeting recap - Burger Joint, Burger Joint: NYC Attendees: James Lukenda, Matthew J. Fisher, 2 people. | $ 29.00 |
| 3/24/2011 | James Lukenda | Meals | Working breakfast, Red Flame Diner: NYC Attendees: James Lukenda, Matthew J. Fisher, 2 people. | $ 24.55 |
| 3/23/2011 | Matthew J. Fisher | Meals | Dinner at airport: MIDWAY AIRPORT CONCESSION: CHICAGO, 1 person. | $ 24.32 |
| 3/24/2011 | Matthew J. Fisher | Meals | Dinner at airport: MAR AIR FOODS INC: QUEENS, 1 person. | $ 18.43 |
| 3/25/2011 | Matthew J. Fisher | Parking & Tolls | Parking at MDW airport: COC MIDWAY: CHICAGO 03/23/2011 to 03/24/2011 (2 days). | $ 64.00 |
| 2/3/2011 | Coley P. Brown | Telecom | Wireless internet at MDW airport for work on Nortel matters.: Boingo: MDW 02/03/2011 to 02/03/2011. | $ 9.95 |
| | | | Total | $ 1,337.42 |