# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2011 - March 31, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | March 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 308.0 |
| 2 | Business Operations / General Corporate / Real Estate | 26.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 2.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 4.0 |
| 6 | Committee Matters and Creditor Meetings | 34.0 |
| 7 | Claims Administration and Analysis | 191.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 29.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **594.0** |

**Summary of Services Rendered by Professional**

| Name | March 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 173.0 |
| Michael Kennedy, Member | 232.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | 16.0 |
| Michael Sabo, Associate | 173.0 |
| **TOTAL** | **594.0** |

**Nortel Networks, Inc**
March 1, 2011 - March 31, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | March 2011 Hours | Code |
|---|---|---|---|
| 3/1/2011 | Calls and analysis re UK Pension claims | 3.0 | 7 |
| 3/1/2011 | Calls and analysis re allocation and EMEA | 4.0 | 1 |
| 3/2/2011 | Calls and analysis re mediation prep and allocation | 5.0 | 1 |
| 3/2/2011 | Calls and analysis re claims and asset analysis | 3.0 | 7 |
| 3/3/2011 | Calls and analysis re mediation prep and allocation | 4.0 | 1 |
| 3/3/2011 | Calls re case management | 1.0 | 2 |
| 3/3/2011 | Calls and analysis re claims and asset analysis | 4.0 | 7 |
| 3/4/2011 | Calls and analysis re claims and asset analysis | 3.0 | 7 |
| 3/4/2011 | Calls and analysis re allocation and mediation prep | 5.0 | 1 |
| 3/4/2011 | Calls re case management | 1.0 | 2 |
| 3/6/2011 | Case management | 2.0 | 2 |
| 3/7/2011 | Calls and analysis re claims, asset analysis, allocation, asset sales and mediation | 9.0 | 1 |
| 3/8/2011 | Calls and analysis re EMEA allocation | 3.0 | 1 |
| 3/8/2011 | Calls and analysis re claims, asset analysis, allocation, asset sales and mediation | 3.0 | 1 |
| 3/8/2011 | Travel to NYC | 4.0 | 15 |
| 3/9/2011 | Meetings and analysis re claims, mediation, asset sales and allocation | 7.0 | 1 |
| 3/9/2011 | Meeting w/ UCC and Ad Hoc bonds re case management, mediation and allocation | 3.0 | 6 |
| 3/9/2011 | Return travel to Chicago | 4.0 | 15 |
| 3/10/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 9.0 | 1 |
| 3/11/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 8.0 | 1 |
| 3/12/2011 | Analysis re allocationa and claims | 3.0 | 7 |
| 3/14/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 8.0 | 1 |
| 3/15/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 9.0 | 1 |
| 3/16/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 7.0 | 1 |
| 3/17/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 9.0 | 1 |
| 3/18/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 6.0 | 1 |
| 3/19/2011 | Analysis re mediation prep and claims | 4.0 | 7 |
| 3/20/2011 | Analysis re mediation prep and claims | 3.0 | 7 |
| 3/21/2011 | Calls and analysis re allocation, mediation prep and claims | 3.0 | 7 |
| 3/22/2011 | Calls and analysis re allocation, mediation prep and claims | 2.0 | 1 |
| 3/23/2011 | Calls and analysis re allocation, mediation prep and claims | 4.0 | 1 |
| 3/24/2011 | Calls and analysis re asset sales, allocation and mediation prep and claims | 6.0 | 1 |
| 3/25/2011 | Calls and analysis re allocation, mediation prep and claims | 3.0 | 1 |
| 3/27/2011 | Analysis re claims | 2.0 | 1 |
| 3/28/2011 | Calls and analysis re mediation prep and allocation | 3.0 | 1 |
| 3/29/2011 | Calls and analysis re mediation prep and allocation and claims | 4.0 | 7 |
| 3/30/2011 | Calls and analysis re mediation prep and allocation and claims | 5.0 | 1 |
| 3/31/2011 | Calls and analysis re mediation prep and allocation and claims | 7.0 | 1 |
| | **March 2011 Total** | **173.0** | |

**Nortel Networks, Inc**
March 1, 2011 - March 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | March 2011 Hours | Code |
|---|---|---|---|
| 3/1/2011 | Calls and analysis re UK Pension claims | 3.0 | 7 |
| 3/1/2011 | Follow-up call w/ Cleary & JR | 2.0 | 7 |
| 3/1/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 4.0 | 2 |
| 3/1/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 3/2/2011 | Review US Budget package | 2.0 | 2 |
| 3/2/2011 | Call w/ management re: budget package | 1.0 | 2 |
| 3/2/2011 | Call w/ Cleary re: fourth estate documentation | 1.0 | 1 |
| 3/2/2011 | Call w/ JR re: fourth estate documentation/cash repatriation | 2.0 | 1 |
| 3/2/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 3/3/2011 | Calls & analysis re allocation, mediation and financial data | 2.0 | 1 |
| 3/3/2011 | Call w/ Cleary & JR re: allocation specific items | 2.0 | 1 |
| 3/3/2011 | Prepare and review analysis re: claims & cash position | 6.0 | 1 |
| 3/4/2011 | Calls and analysis for prep of claims & cash position | 5.0 | 1 |
| 3/4/2011 | Review US Budget package | 4.0 | 2 |
| 3/7/2011 | Conference call with Cleary | 2.0 | 5 |
| 3/7/2011 | Calls with UCC and bondholder advisors re: budget and meeting prep | 2.0 | 6 |
| 3/7/2011 | Call w/ Cleary re: interestate term sheet issues | 1.0 | 1 |
| 3/7/2011 | Review and discuss interstate term sheet | 2.0 | 1 |
| 3/7/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 4.0 | 2 |
| 3/8/2011 | Calls and analysis for prep of claims & cash position | 5.0 | 1 |
| 3/8/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| 3/8/2011 | Travel to NYC | 4.0 | 15 |
| 3/9/2011 | Call w/ management re: APAC issues | 1.0 | 2 |
| 3/9/2011 | Meetings and analysis re claims, mediation, asset sales and allocation | 7.0 | 1 |
| 3/9/2011 | Meeting w/ UCC and Ad Hoc bonds re case management, mediation and allocation | 3.0 | 6 |
| 3/9/2011 | Travel to Chicago | 3.0 | 15 |
| 3/10/2011 | Calls and analysis for prep of claims & cash position | 4.0 | 1 |
| 3/10/2011 | Call w/ Capstone re: allocation, mediation and financial data | 1.0 | 6 |
| 3/10/2011 | Calls w/ Cleary re: allocation, mediation and financial data | 3.0 | 1 |
| 3/11/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| 3/11/2011 | Calls w/ Cleary re: allocation, mediation and financial data | 2.0 | 1 |
| 3/11/2011 | Calls & communication w/ Cleary & JR re: allocation specific items | 2.0 | 1 |
| 3/14/2011 | Calls & communication w/ Cleary & JR re: allocation specific items | 3.0 | 1 |
| 3/15/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 3/15/2011 | Calls and analysis for prep of claims & cash position | 4.0 | 1 |
| 3/15/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 3/15/2011 | Call w/ Cleary re: NNIII issues | 2.0 | 1 |
| 3/16/2011 | Calls and analysis for prep of claims & cash position | 4.0 | 1 |
| 3/16/2011 | Call w/ Capstone re: Cash repatriation | 1.0 | 6 |
| 3/16/2011 | Call w/ Cleary re: NNIII issues | 1.0 | 1 |
| 3/17/2011 | Calls and analysis for prep of claims & cash position | 2.0 | 1 |
| 3/17/2011 | Call w/ Cleary re: NNIII issues | 1.0 | 1 |
| 3/17/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 3/18/2011 | Call w/management & JR re: Budget package | 2.0 | 1 |
| 3/18/2011 | Call w/ Capstone re: NNIII issues | 1.0 | 6 |
| 3/18/2011 | Call w/ Capstone re: Cash position | 1.0 | 6 |
| 3/18/2011 | Calls w/ Cleary re: allocation, mediation and financial data | 2.0 | 1 |
| 3/21/2011 | Travel to NYC | 4.0 | 15 |
| 3/21/2011 | Meetings with Cleary & JR re claims, mediation, asset sales and allocation | 4.0 | 1 |
| 3/21/2011 | Meetings with E&Y UK re claims, mediation, asset sales and allocation | 2.0 | 1 |
| 3/21/2011 | Meetings with Cleary & JR re follow-up to UK meeting | 2.0 | 1 |
| 3/22/2011 | Monthly RM call | 1.0 | 3 |
| 3/22/2011 | Meeting w/ Cleary re: claims disutes | 4.0 | 7 |

**Nortel Networks, Inc**
March 1, 2011 - March 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>
(CONTINUED)

| Date | Description | Hours | Code |
|---|---|---|---|
| 3/22/2011 | Call re: UK meeing regroup | 2.0 | 1 |
| 3/22/2011 | Meetings with Cleary & JR re claims, mediation, asset sales and allocation | 4.0 | 1 |
| 3/23/2011 | Meeting w/ FAs re: claims and assets | 6.0 | 1 |
| 3/23/2011 | Meeting w/ Cleary re: claims disutes | 1.0 | 7 |
| 3/23/2011 | Meetings with Cleary & JR re follow-up to FA meeting | 3.0 | 1 |
| 3/24/2011 | Meeting w/ UCC and Bondholder FAs re: US Debtor Budget | 6.0 | 6 |
| 3/24/2011 | Meetings with Cleary & JR re: estate issues | 2.0 | 1 |
| 3/24/2011 | Meetings with Cleary & JR re claims, mediation, asset sales and allocation | 1.0 | 1 |
| 3/24/2011 | Travel to Chicago | 3.0 | 15 |
| 3/25/2011 | Prepare and review analysis re: submission materials | 10.0 | 1 |
| 3/28/2011 | Conference call with Cleary | 2.0 | 5 |
| 3/28/2011 | Calls w/ Capstone re: allocation, mediation and financial data | 2.0 | 6 |
| 3/28/2011 | Prepare and review analysis re: submission materials | 4.0 | 1 |
| 3/28/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 3/29/2011 | Calls w/ E&Y UK & E&Y Canada re: allocation, mediation and financial data | 2.0 | 6 |
| 3/29/2011 | Prepare and review analysis re: submission materials | 2.0 | 1 |
| 3/29/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 3/29/2011 | Calls with Cleary & JR re claims, mediation, asset sales and allocation | 1.0 | 1 |
| 3/29/2011 | Calls with management re claims, mediation, asset sales and allocation | 1.0 | 1 |
| 3/30/2011 | Calls w/ MCR re: claims disutes | 2.0 | 7 |
| 3/30/2011 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 1 |
| 3/30/2011 | Calls w/ Capstone re: allocation, mediation and financial data | 3.0 | 6 |
| 3/30/2011 | Prepare and review analysis re: submission materials | 4.0 | 1 |
| 3/31/2011 | Calls w/ Capstone re: allocation, mediation and financial data | 3.0 | 6 |
| 3/31/2011 | Call  with UCC re claims, mediation, asset sales and allocation | 1.0 | 1 |
| 3/31/2011 | Calls with Cleary & JR re claims, mediation, asset sales and allocation | 3.0 | 1 |
| 3/31/2011 | Prepare and review analysis re: submission materials | 6.0 | 1 |
| | **March 2011 Total** | **232.0** | |

**Nortel Networks, Inc**
March 1, 2011 - March 31, 2011 Time Detail
Chilmark Partners, LLC
Rolando Capinpin, Jr., Vice President

| Date | Description of Work | March 2011 Hours | Code |
|---|---|---:|:---:|
| 3/28/2011 | Analysis and research re: claim disputes | 4.0 | 7 |
| 3/29/2011 | Analysis and research re: claim disputes | 6.5 | 7 |
| 3/30/2011 | Analysis and research re: claim disputes | 1.5 | 7 |
| 3/31/2011 | Analysis and research re: claim disputes | 4.0 | 7 |
| **March 2011 Total** | | **16.0** | |

**Nortel Networks, Inc**
March 1, 2011 - March 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | March 2011 Hours | Code |
|---|---|---:|---:|
| 3/14/2011 | Analysis and research re: claim disputes | 12.0 | 7 |
| 3/15/2011 | Analysis and research re: claim disputes | 13.0 | 7 |
| 3/16/2011 | Analysis and research re: claim disputes | 13.0 | 7 |
| 3/17/2011 | Analysis and research re: claim disputes | 14.0 | 7 |
| 3/18/2011 | Analysis and research re: claim disputes | 12.0 | 7 |
| 3/21/2011 | Travel to NYC | 4.0 | 15 |
| 3/21/2011 | Meetings with Cleary & JR re claims, mediation, asset sales and allocation | 4.0 | 1 |
| 3/21/2011 | Meetings with E&Y UK re claims, mediation, asset sales and allocation | 2.0 | 1 |
| 3/21/2011 | Meetings with Cleary & JR re follow-up to UK meeting | 2.0 | 1 |
| 3/22/2011 | Monthly RM call | 1.0 | 3 |
| 3/22/2011 | Meeting w/ Cleary re: claim disutes | 4.0 | 7 |
| 3/22/2011 | Call re: UK meeing regroup | 2.0 | 1 |
| 3/22/2011 | Meetings with Cleary & JR re claims, mediation, asset sales and allocation | 4.0 | 1 |
| 3/23/2011 | Meeting w/ FAs re: claims and assets | 6.0 | 1 |
| 3/23/2011 | Meeting w/ Cleary re: claim disutes | 1.0 | 7 |
| 3/23/2011 | Meetings with Cleary & JR re follow-up to FA meeting | 3.0 | 1 |
| 3/24/2011 | Meeting w/ UCC and Bondholder FAs re: US Debtor Budget | 6.0 | 6 |
| 3/24/2011 | Meetings with Cleary & JR re: estate issues | 2.0 | 1 |
| 3/24/2011 | Meetings with Cleary & JR re claims, mediation, asset sales and allocation | 1.0 | 1 |
| 3/24/2011 | Travel to Chicago | 3.0 | 15 |
| 3/25/2011 | Analysis and research re: claim disputes | 10.0 | 7 |
| 3/28/2011 | Analysis and research re: claim disputes | 12.0 | 7 |
| 3/29/2011 | Analysis and research re: claim disputes | 15.0 | 7 |
| 3/30/2011 | Analysis and research re: claim disputes | 15.0 | 7 |
| 3/31/2011 | Analysis and research re: claim disputes | 12.0 | 7 |
| | **March 2011 Total** | **173.0** | |