# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2011 through March 31, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 3/8/11-3/9/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 3/8/11-3/9/11 | Hotel (one night) | $ 514.13 |
| Matt Rosenberg | 3/8/11-3/9/11 | Ground transportation | $ 88.00 |
| Matt Rosenberg | 3/8/11-3/9/11 | Meals (one dinner) | $ 59.46 |
| Mike Kennedy | 3/8/11-3/9/11 | Flight to New York, NY | $ 853.48 |
| Mike Kennedy | 3/8/11-3/9/11 | Hotel (one night) | $ 422.33 |
| Mike Kennedy | 3/8/11-3/9/11 | Ground transportation | $ 48.00 |
| Mike Kennedy | 3/8/11-3/9/11 | Meals (two dinners) | $ 55.29 |
| Mike Kennedy | 3/21/11-3/24/11 | Flight to New York, NY | $ 965.40 |
| Mike Kennedy | 3/21/11-3/24/11 | Hotel (three nights) | $ 1,508.01 |
| Mike Kennedy | 3/21/11-3/24/11 | Ground transportation | $ 164.00 |
| Mike Kennedy | 3/21/11-3/24/11 | Meals (Four dinners and one breakfast) | $ 160.20 |
| Mike Sabo | 3/21/11-3/24/11 | Flight to New York, NY | $ 856.40 |
| Mike Sabo | 3/21/11-3/24/11 | Hotel (one night) | $ 1,520.96 |
| Mike Sabo | 3/21/11-3/24/11 | Ground transportation | $ 76.10 |
| Mike Sabo | 3/21/11-3/24/11 | Meals (one lunch) | $ 12.73 |
| **Total Expenses** | | | **$ 8,266.82** |