IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
                          Debtors.                       :   Jointly Administered
                                                         :
                                                         :   Re: D.I. _19, 5388_
                                                         :
---------------------------------------------------------X

**ORDER GRANTING DEBTORS LEAVE TO FILE A REPLY TO THE OBJECTION OF
INTERNATIONAL DATA GROUP, INC. TO DEBTORS' MOTION PURSUANT TO 11
U.S.C. § 105(a), FEDERAL RULES OF BANKRUPTCY PROCEDURE 7004 AND 9006,
AND FEDERAL RULE OF CIVIL PROCEDURE 4(m)
FOR ENLARGEMENT OF TIME PERIOD PROVIDED BY RULE 4(m)**

Upon the Motion (the "Motion")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for entry of an order, granting the Debtors leave to file a reply to the Objection; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Application.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby granted leave to file a reply to the Objection.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: April 26, 2011

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE