```
                   IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE

IN RE:                          )   Case No. 09-10138/
                                )          10-53065(KG)
                                )
NORTEL NETWORKS, INC.,          )   Chapter 11
         et al.,                )
                                )   Jointly Administered
                                )
                                )   Courtroom 3
                                )   824 Market Street
              Debtors.          )   Wilmington, Delaware
                                )
                                )   April 26. 2011
                                )   9:30 a.m.


                      TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For the Debtors:           Morris, Nichols, Arsht & Tunnell
                           BY: DONNA CULVER, ESQ.
                           BY: ERIC SCHWARTZ, ESQ.
                           BY: ANN CORDO, ESQ.
                           1201 North Market Street
                           18th Floor
                           Wilmington, DE 19899-1347
                           (302) 351-9459


                           Cleary, Gottlieb, Steen & Hamilton
                           BY: LISA M. SCHWEITZER, ESQ.
                           BY: JIM BROMLEY, ESQ.
                           BY: DEBORAH BUELL
                           BY: MEGHAN SERCOMBE, ESQ.
                           BY: NORA ARBURLACH
                           One Liberty Plaza
                           New York, NY 10006
                           (212) 225-2629


ECRO:                      GINGER MACE

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the Debtors:            Ogilvy Renault, LLP
                           BY: MARIO J. FORTE, ESQ.
                           BY: CHRIS HUNTER, ESQ.
                           Royal Bank Plaza, South Tower
                           200 Bay Street, Suite 3800
                           Toronto, Ontario M5J 2Z4 Canada
                           (416)216-4879


For the Committee:          Akin Gump
                           BY: DAVID BOTTER, ESQ.
                           BY: FRED S. HODARA, ESQ.
                           One Bryant Park
                           New York, NY 10036
                           (212) 872-1000

                           Richards Layton & Finger
                           BY: MARK COLLINS, ESQ.
                           One Rodney Square
                           920 North King Street
                           Wilmington, DE  19801
                           (302) 651-7531

For E&Y, Canadian           Allen & Overy, LLP
Monitor & Canadian          BY: DAN GUYDER, ESQ.
Debtors:                    JESSICA LUBARSKY, ESQ.
                           1221 Avenue of the Americas
                           New York, NY 10020
                           (212) 610-7300

                           Buchanan Ingersoll & Rooney, PC
                           BY; MONA A. PARIKH, ESQ.
                           1105 N. Market St., Ste. 1900
                           Wilmington, DE  19801-1054
                           (302) 552-4214

For American Registry       McDermott Will Emery, LLP
of Internet Numbers:        BY: STEPHEN M. RYAN, ESQ.
                           600 13th Street, NW
                           Washington DC 20005-3096
                           (202) 756-8333

                           Pinckney Harris & Weidinger, LLC
                           BY: ADAM HILLER, ESQ.
                           1220 North Market Street, Ste. 950
                           Wilmington, DE  19801
                           (302) 504-1527

APPEARANCES:
(Continued)

For Cable News Network,      Blank & Rome
Inc., Time, Inc., &          BY: VICTORIA A. GUILFOYLE, ESQ.
Turner Broadcasting:         1201 Market Street, Ste. 800
                             Wilmington, DE  19801
                             (302) 425-6404

For Bondholder Group:        Milbank Tweed Hadley McCloy
                             BY: THOMAS MATZ, ESQ.
                             One Chase Manhattan Plaza
                             New York, NY  10005-1413
                             (212) 530-5885

For Microsoft Corp.:         Davis Wright Tremaine, LLP
                             BY: JOSEPH VanLEUVEN, ESQ.
                             1300 SW Fifth Ave., Ste. 2300
                             Portland, OR  97201-5630
                             (503) 778-8525

For International Data
Group:                       Potter Anderson
                             BY: JEREMY RYAN, ESQ.
                             Hercules Plaza
                             1313 n. Market St., 6th Floor
                             Wilmington, DE  19801
                             (302) 984-6108

For U.S. Trustee:            Office of the U.S. Trustee
                             BY: JANE M. LEAMY ESQ.
                             J. Caleb Boggs Federal Bldg.
                             844 King Street, Suite 2207
                             Wilmington, DE 19801
                             (302) 573-6491

For Sprint Nextel:           Morris James, LLP
                             BY: BRETT D. FALLON, ESQ.
                             500 Delaware Ave., Ste. 1500
                             Wilmington, DE  19801-1494
                             (302) 888-6888

For NNI - Special            Benesch Friedlander Coplan &
Conflicts Counsel:           Arnoff, LLP
                             BY: JENNIFER E. SMITH, ESQ.
                             222 Delaware Ave., Ste. 801
                             Wilmington, DE  19801-1611
                             (302) 442-7011

APPEARANCES:
(Continued)

For  McCann-Erickson      Werb & Sullivan
Worldwide:                BY: MATTHEW AUSTRIE, ESQ.
                          300 Delaware Ave., Ste. 1300
                          Wilmington, DE  19801
                          (302) 652-1100

For Nortel Employees:     CCC Inc.,
                          BY: ROBERT HORNE

TELEPHONIC APPEARANCES:

For Nortel Networks:      Cleary Gottlieb Steen & Hamilton
                          BY: JAMES BROMLEY, ESQ.
                          BY: DAVID H. HERRINGTON, ESQ.
                          BY: DAVID LIVSHIZ, ESQ.
                          BY: KATHERINE ROBERTS, ESQ.
                          BY: JESSE SHERRETT, ESQ.
                          BY: ANDREW UNGBURG, ESQ
                          (212) 225-2000

                          Nortel Networks, Inc.
                          BY: SANDRA BROWN, ESQ.
                          (919) 905-0302

For PSAM:                 PSAM, LP
                          BY: PHILIP E. BROWN, ESQ.
                          (212) 649-9596

For Turner Broadcasting:  Vorys Sater Seymour & Pease, LLP
                          BY: TIFFANY S. COBB, ESQ.
                          (614) 464-8322

For Verizon
Communications, Inc.:     Arnall Golden & Gregory, LLP
                          BY: DARRYL LADDIN, ESQ.
                          BY: FRANK N. WHITE, ESQ.
                          (404) 873-8500

1    WILMINGTON, DELAWARE, TUESDAY, APRIL 26, 2011, 9:33 A.M.

2                THE CLERK:  Please rise.

3                THE COURT:  Good morning, everyone.  Thank you

4    and please be seated.  It's good to see you all.  Mr.

5    Schwartz, good morning.

6                MR. SCHWARTZ:  Good morning, Your Honor.  For the

7    record, Eric Schwartz of Morris Nichols on behalf of the

8    debtors.  Your Honor Derek Abbott's on vacation and that's

9    why I'm here.

10                THE COURT:  All right.

11                MR. SCHWARTZ:  Your Honor, we sent over yesterday

12    a second amended agenda.

13                THE COURT:  Yes.

14                MR. SCHWARTZ:  I'd like to work off that agenda

15    if that's okay with the Court.

16                THE COURT:  That would be fine.  Yes, Mr.

17    Schwartz, please.

18                MR. SCHWARTZ:  Thank you.  If you go all the way

19    to Page 16.

20                THE COURT:  Yes.

21                MR. SCHWARTZ:  Because everything prior to that

22    is continued.  We get up to Item No. 6.  And Items No. 6, 7,

23    8 and 9 are 4(m) matters.

24                THE COURT:  Yes.

25                MR. SCHWARTZ:  And if it's okay with the Court,

1  we'd like to take those at the same time that we deal with

2  the contested 4(m) matters.

3            THE COURT:  That would be fine.

4            MR. SCHWARTZ:  Which take us to Item 10 which has

5  been adjourned to May 24.

6            And then Item No. 11 is the motion of Nortel

7  Networks, Limited to file under seal the opening brief in

8  support of motion to permit disclosure by William Cleary in

9  Exhibit D to the declaration of Paul B. Keller.  And Jessica

10 Lubarsky of Allen & Overy will handle that, if I could cede

11 the podium.

12            THE COURT:  All right, thank you.  Thank you, Mr.

13 Schwartz.

14            MR. SCHWARTZ:  Thank you, Your Honor.

15            THE COURT:  Good morning.

16            MS. LUBARSKY:  Good morning, Your Honor.

17            THE COURT:  Good morning.

18            MS. LUBARSKY:  Jessica Lubarsky from Allen &

19 Overy on behalf of Nortel Networks, Limited.

20            THE COURT:  Yes.

21            MS. LUBARSKY:  Communications, counsel for

22 Communications Test Design does not object to the motion to

23 file under seal.  They asked me to advise you of that.

24            THE COURT:  All right.

25            MS. LUBARSKY:  And there have been no other

1    responses.

2              THE COURT:  Let me just make sure that no one

3    else has any response or concern?

4                        (No audible response.)

5              THE COURT:  Hearing none, I read the motion and I

6    certainly understand the sensitivity of the matters and the

7    necessity for them to be filed under seal and I'll be

8    pleased to sign the order.

9              MS. LUBARSKY:  Thank you.  May I hand up an

10   order?

11             THE COURT:  Please, Ms. Lubarsky, thank you.

12   Good morning.  Thank you.  All right.  It is signed.  Thank

13   you, Ms. Lubarsky.

14             MS. LUBARSKY:  Thank you.

15             THE COURT:  Mr. Schwartz?

16             MR. SCHWARTZ:  Your Honor, I think that takes us

17   to the 4(m) matters.

18             THE COURT:  Yes.

19             MR. SCHWARTZ:  And Nora Abularach --

20                        (Laughter)

21             MS. ABULARACH:  Abularach.

22             MR. SCHWARTZ:  Was I close?  Of Cleary Gottlieb

23   will handle those matters.

24             THE COURT:  All right, Mr. Schwartz, thank you.

25             MR. SCHWARTZ:  Thank you.

1          THE COURT:  Good morning.

2          MS. ABULARACH:  Good morning, Your Honor.  It's

3    Nora Abularach from Cleary, Gottlieb, Steen & Hamilton.

4          THE COURT:  Thank you.

5          MR. SCHWARTZ:  I apologize.

6          MS. ABULARACH:  No problem.  For the debtors.

7    Your Honor, the debtors are before you this morning on six

8    motions seeking enlargement of the time period provided

9    under Federal Rule of Civil Procedure 4(m).

10         THE COURT:  Yes.

11         MS. ABULARACH:  For the purpose of adding

12   additional defendants in these six adversary proceedings

13   which seek to avoid and recover preferential transfers.  I'd

14   just like to note at the outset that Cleary Gottlieb

15   represents the debtors in only five of these matters.

16         THE COURT:  Okay.

17         MS. ABULARACH:  And those are Nortel Networks,

18   Inc. vs. Maritz Canada, Inc.; Nortel Networks, Inc. and NNA

19   (CALA), Inc. vs. Edline.com, Inc.; Nortel Networks, Inc. vs.

20   the Advertising and Checking Bureau, Inc.; Nortel Networks,

21   Inc. and Nortel Networks (CALA), Inc. vs. CoAMS,

22   Incorporated; and Nortel Networks, Inc. vs. Insight Direct

23   USA.

24         THE COURT:  Okay.

25         MS. ABULARACH:  The sixth case which is the

1  Nortel Networks vs. McCann Erickson Worldwide case, the

2  debtors are represented by Morris Nichols.

3          THE COURT:  Yes.

4          MS. ABULARACH:  And my colleague from Morris

5  Nichols will address the motion and the objection in that

6  case.  So I'll be speaking primarily to the five cases in

7  which Cleary represents the debtors.

8          THE COURT:  Very well.

9          MS. ABULARACH:  Your Honor, these are all

10  straightforward procedural motions and only one of the

11  matters in which Cleary represents the debtors is there --

12  is contested.  In that one contested matter which is the

13  Advertising Checking Bureau case, the objection we believe

14  is easily resolved because it raises an issue that is

15  premature and not before the Court today on these motions.

16  I will address that objection in a moment and can also

17  propose some additional language for the proposed orders

18  that we believe will resolve the concerns raised by the

19  objection in that case and in the McCann Erickson case.

20          THE COURT:  Okay.

21          MS. ABULARACH:  But first I'd like to give Your

22  Honor some background on all of the six cases.

23          THE COURT:  Very well.

24          MS. ABULARACH:  As you are aware, the plaintiffs,

25  Nortel Networks, Inc., and/or Nortel Networks (CALA), Inc.,

1   have filed more than 125 avoidance actions and in good faith

2   have worked and continued to work with the defendants in

3   these matters to resolve them in a reasonable and cost

4   effective manner.  In the six cases in which the present

5   motions have been filed, the defendant has raised what is

6   called a mere conduit defense either formally in the answer

7   they have served or informally in settlement discussions

8   that have been undertaken with the plaintiff.

9         In summary, the mere conduit defense provides

10  that a party who is acting merely as a conduit and who

11  facilitates the transfer of funds from the debtor to a third

12  party is not an initial transferee under the relevant

13  statutes nor --

14        THE COURT:  Yes.

15        MS. ABULARACH:  -- nor an entity for his benefit.

16  The transfers were made and thus a true conduit is shielded

17  from preference liability.  The defendants named in the

18  complaints in these six cases before the Court today assert

19  that all or a portion of the transfers made by the debtors

20  in the 90 days prior to the bankruptcy filing were received

21  merely as a conduit and passed on to third parties who I

22  will refer to today as asserted conduit transferees.

23        With that as the backdrop, we come to today's

24  motions.  As the Court is well aware, the plaintiff has 120

25  days from the filing of a complaint to serve defendants

1    pursuant to Rule 4(m).  However, it is quite clear that in

2    the Third Circuit, that that 120 day period can be extended

3    on either a showing of good cause or in the Court's

4    discretion.

5                THE COURT:  Yes.

6                MS. ABULARACH:  And that is set forth in the case

7    of *Petrocelli vs. Boehringer* which is cited in our papers.

8    Here, there can be no dispute that the *Petrocelli* standard

9    has been met.  As our papers explained in each of these

10   cases, the plaintiff has pursued the defendants in good

11   faith and the failure to serve any additional defendants who

12   may be an asserted conduit transferee was not motivated by

13   any strategy decision or any other improper practice.  At

14   this point in some of these cases, we've been able to

15   identify the asserted conduit transferees and payments made

16   to them.  In other cases, we have discovery outstanding that

17   we hope will allow us to identify those potential

18   defendants.

19                In all, the *Petrocelli* standard has been met and

20   the requested 4(m) enlargements are warranted.  The case law

21   clearly supports Nortel's position on these motions.  Many

22   Court have granted an extension of the 4(m) period to permit

23   a plaintiff in an avoidance action to add additional

24   discrete defendants.  In particular, in the context of a

25   mere conduit defense being raised.  And those cases are

1    cited in our papers.  In particular, the *Alberts vs.*

2    *Gallagher* case out of the District of Columbia Bankruptcy

3    Court and the several *Enron* preference cases out of the

4    Southern District of New York Bankruptcy Court.  In this

5    context, where plaintiffs' failure to serve additional

6    defendants in the initial 120 day period was not tactical or

7    strategic if 4(m) enlargement is appropriate.

8         Turning now to the objection raised in the

9    Advertising Checking Bureau matter by Sprint Nextel.  As a

10   factual background, Nortel sent a letter to Sprint by

11   Federal Express on April 4 which notably was before the

12   expiration of the initial 120 day period.  Stating its

13   intention to amend the complaint to include a Sprint

14   subsidiary as an additional defendant and forwarding a copy

15   of the motion before you today.

16        In its objection, Sprint makes two arguments.

17   First, Sprint argues that Rule 4(m) can be used only to

18   enlarge the time to serve a defendant who has already been

19   named and not add additional defendants.  As I have

20   discussed and pointed out, the weight of the Court clearly

21   holds otherwise, especially in the context of a mere conduit

22   defense being raised in a preference action.

23        Second, Sprint argues that Nortel is attempting

24   to improperly use a 4(m) enlargement to what they say is a

25   de facto satisfaction of Rule 15(c) relation back standard

1   and to circumvent the statute of limitations.  This is

2   simply not correct.  The cases noted make it clear that

3   there is nothing improper about what Nortel seeks to do.

4   What Nortel Seeks to do here.  And it is expressly permitted

5   by the rule itself in the case law.  Rule 4(m) does not

6   affect the statute of limitations.

7        What Sprint attempts to do is prematurely make a

8   Rule 15(c) relation back argument.  But relation back is not

9   before the Court today on these motions.  If and when that

10   issue becomes before the Court, Sprint will have every

11   opportunity to make any arguments it wishes.

12        To be sure, I would just like to point out that

13   there is interplay between the 4(m) motions we seek today

14   and the relation back doctrine.  And at the proper time,

15   Nortel will take the position that pursuant to clear

16   precedent, notice to any additional defendant that may be

17   named in an amended complaint within the 4(m) period as that

18   period may be extended by the Court, will satisfy Rule 15(c)

19   for relation back purposes.

20        But again, this an argument for another day.  It

21   is not before the Court today.  And importantly, it is an

22   argument that is not even applicable to Sprint who

23   nonetheless attempts to raise it prematurely today because

24   Sprint received actual notice of this matter before

25   expiration of the original 120 day period.  That Sprint's

1  objections are incorrect as a factual and a legal matter and

2  if that's premature, then they should not foreclose

3  plaintiff from seeking the relief requested today.

4              For all of these reasons --

5              THE COURT:  Have any of the cases --

6              MS. ABULARACH:  Sure.

7              THE COURT:  -- Ms. Abularach, have any of the

8  cases addressed the fact that technically Sprint is not yet

9  a party?  Do they have standing to even object to your

10 motion?

11             MS. ABULARACH:  I have not seen any cases that

12 are directly on point to that question, but it does raise an

13 important point which is that they have not been named in

14 any amended complaint and indeed, you know, which further

15 emphasizes --

16             THE COURT:  And reinforces your prematurity

17 argument.

18             MS. ABULARACH:  Exactly.  It simply further

19 emphasizes that this is a premature argument.  In light of

20 all these reasons, the debtors respectfully request that the

21 Court grant the requested 4(m) enlargement.  And I noted at

22 the outset, the debtors would be willing to add additional

23 language to the order that we believe would address the

24 concerns raised by --

25             THE COURT:  That the defenses are reserved?

1          MS. ABULARACH:  Precisely, yes.

2          THE COURT:  Yes.

3          MS. ABULARACH:  And I could read that language

4    that we would suggest to if you like.

5          THE COURT:  Please, please, thank you.

6          MS. ABULARACH:  We would -- sure.  We would

7    suggest adding that "The right of any additional defendant

8    served with an amended complaint to assert any rights,

9    claims, or defenses including but not limited to those set

10   forth pursuant to Federal Rule of Civil Procedure 12(b)(6),

11   15(a) and 15(c), 11 USC Section 546 or otherwise is hereby

12   preserved."

13         THE COURT:  All right.

14         MS. ABULARACH:  And we believe that would address

15   the concerns that have been raised.  And I'm happy to answer

16   any other further questions.

17         THE COURT:  Not at the moment, but thank you.

18         MS. ABULARACH:  Okay.  Then I will turn the

19   podium over to my colleague from Morris Nichols.  Thanks.

20         THE COURT:  Thank you.  Good morning, Ms. Culver.

21   How are you today?

22         MS. CULVER:  Good morning, Your Honor.  For the

23   record, Donna Culver of Morris, Nichols, Arsht, and Tunnell

24   on behalf of the debtors.

25         Your Honor, I won't repeat what Ms. Abularach

1  said with respect to the standards applicable to Rule 4(m)

2  because they apply equally to the McCann Erickson proceeding

3  as well.

4         THE COURT:  Yes.

5         MS. CULVER:  But I rise just briefly to address

6  the specific posture of that case.

7         THE COURT:  Well it's a little different because

8  you have filed an amended complaint in that case.

9         MS. CULVER:  It is a little different and it's

10  also -- there are slightly different objections that have

11  been raised in response to that motion.  As an initial

12  matter, Your Honor, we filed a motion for leave to file a

13  reply to the IDG objection because of the Good Friday

14  holiday.

15         THE COURT:  Yes.

16         MS. CULVER:  We ran a little bit short or we cut

17  a little bit short under the local rules for filing a reply.

18  IDG did not object to the motion and Your Honor --

19         THE COURT:  I think I signed that order, Ms.

20  Culver.

21         MS. CULVER:  Okay.

22         THE COURT:  I hope I did.  If not, I will

23  certainly sign it.  You're certainly granted permission to

24  file the reply.

25         MS. CULVER:  Thank you, Your Honor.  Just briefly

1    by way of background in the McCann Erickson case, the

2    initial complaint was filed against McCann Erickson on

3    December 7 or December 6, 2010.  McCann Erickson requested

4    an extension of time to respond and the debtors agreed and

5    Your Honor signed an order extending their deadline to

6    respond to the complaint through February 7.  On that date,

7    they filed their answer to the complaint in which they

8    raised their mere conduit defense and asserted that some

9    portion of the transfers that they received from the debtors

10   were actually for the benefit of various third parties.

11            THE COURT:  Yes.

12            MS. CULVER:  Within a few days, we contacted

13   counsel for McCann Erickson, set up our Rule 26(f)

14   conference, and very shortly thereafter served discovery,

15   written discovery directed to identifying the parties that

16   they claim benefited from the transfers that they received.

17   McCann Erickson responded on March 31 just a few days prior

18   to the expiration of the original 120 day deadline to affect

19   service and produced in excess of 2,000 pages of documents

20   which the debtors very quickly reviewed in order to try to

21   identify the third parties.

22            On April 4, which was the day prior to the

23   initial 120 day deadline, pursuant to a stipulation with

24   McCann Erickson, the debtors filed an amended complaint in

25   which they named some 30 additional parties who they were

1  able to identify by looking in through the document

2  production.  And that same day over-nighted and/or faxed to

3  the defendants who were added both a copy of the Rule 4(m)

4  motion which was filed contemporaneously with the amended

5  complaint and a copy of the stipulation with McCann Erickson

6  allowing the amendment to the complaint to which was

7  attached the amended complaint that was, in fact, filed that

8  same day.

9          As reflected in the agenda, the debtors have

10  received two objections to the Rule 4(m) motion, a limited

11  objection on behalf of CNN, Time, and Turner Broadcasting

12  which I believe can be resolved by the inclusion of the

13  language suggested by Ms. Abularach.  And then an objection

14  by the International Data Group which in addition to

15  addressing the impact of an extension under Rule 4(m) on

16  this statute of limitations which we think is premature for

17  the reasons stated, also asserts that no good cause exists

18  and the Court should not exercise its discretion to extend

19  time to affect service.

20          As I said and for the reasons stated by my

21  colleague from Cleary, insofar as it seeks a ruling on the

22  effect of 4(m) extension on the statute of limitations and

23  whether there would be relation back, that issue is for

24  another day.  And I believe, although he can speak for

25  himself, Mr. McNeal is in agreement with that.

1              So the only issue to be decided today is whether

2    the Rule 4(m) deadline should be extended in accordance with

3    the standards set forth under the *Petrocelli* ruling by the

4    Third Circuit.  Initially, IDG says that the Court should

5    not exercise its discretion because the debtors have all of

6    the information they needed to serve IDG and, in fact, could

7    have accomplished that before the expiration of the 120

8    days.  I think that argument's based on a mistaken premise

9    to the extent it assumes that service on the newly added

10   parties was required within 120 days because I think it's

11   black letter law and we cited the cases in our papers that

12   say that the filing of an amended complaint adding parties

13   restarts the 120 day deadline as to those parties which is

14   perhaps not surprising since if the rule were otherwise, you

15   wouldn't be able to add parties after the initial 120 days

16   because it would be impossible to serve them within that

17   time period.

18              THE COURT:  Yes.

19              MS. CULVER:  So we don't think that's the law.

20   As for the standards applicable to Rule 4(m), we think the

21   facts as I've laid them out today and in the papers

22   establish good cause under the circumstances.  But

23   alternatively, if the Court concludes otherwise, that it

24   ought to exercise its discretion given the running of the

25   statute of limitations and the potential prejudice to the

1  debtors, if the extension is not granted.

2          As the Court's aware, it's not uncommon in

3  avoidance action proceedings, particularly where there are

4  numerous cases filed for plaintiffs to find themselves in

5  need of an extension of time to affect service of process

6  either to serve parties that were initially named or to

7  serve new parties.  And we think that's an appropriate use

8  of Rule 4(m) as laid out in the cases that are cited in the

9  papers.  It is of no moment that the debtors knew IDG's

10 identity because although we thought we had correct address

11 information, there was no way of knowing that at the time it

12 was served and it's, you know, not uncommon for registered

13 agents to return service of process and say we're no longer

14 the registered agent.

15         So we did the best we could under less than ideal

16 circumstances and would submit that in this case good cause

17 exists where the Court ought to exercise its discretion to

18 extend the time under the rules set forth in *Petrocelli*.

19         Unless Your Honor has questions for me, I will

20 cede the podium to the objectors' counsel to present their

21 arguments.

22         THE COURT:  I think the only thing I'd just make

23 certain about is that you indicated that good cause exists

24 for the Court to exercise its discretion.  And I think there

25 are two separate --

1              MS. CULVER:  They're all --

2              THE COURT:  -- grounds for relief.

3              MS. CULVER:  In fact, Your Honor, they're is the

4    good cause prong, but even if the Court were to conclude

5    that good cause has not been shown, Your Honor, can exercise

6    discretion to extend the time period.

7              THE COURT:  Yes.  All right.  Thank you, Ms.

8    Culver.  Good morning.

9              MR. FALLON:  Good morning, Your Honor.  Brett

10   Fallon for Sprint Nextel.

11             Your Honor, let me just follow up on some of the

12   remarks that were made.  I think if we're going to make a

13   motion under Rule 4(m), we should start with Rule 4(m) and

14   comply with 4(m).  So let me draw the Court's attention to

15   that rule because I listened carefully to the remarks made

16   by the plaintiff and I didn't hear anything about Rule 4(m).

17             But Rule 4(m) starts off if service of the

18   summons and complaint is not made upon a defendant.  So we

19   have a condition if service hasn't been made upon a

20   defendant within 20 days, et cetera, the Court shall dismiss

21   the action without prejudice and I'm paraphrasing, but I

22   pick up my quote again.  Shall dismiss the action without

23   prejudice as to that defendant or direct that service be

24   reflected -- be affected within a specified time provided

25   that if the plaintiff chose good cause for the failure.

1  Again, that is the failure to affect service, the Court

2  shall extend the time for service for an appropriate period.

3         So, Your Honor, we don't think that the plaintiff

4  has complied with Rule 4(m).  4(m) doesn't apply because the

5  conditions haven't been met.  And so we think that any

6  motion under 4(m) has to comply with 4(m) and we have to

7  wrestle with the language of 4(m).

8         Your Honor, I took a look at the docket in this

9  case.  And in the docket in this case, we do have a

10 certificate of service showing service upon the Advertising

11 Checking Bureau, Inc., duly signed by plaintiff's counsel.

12 There, in fact, has been a scheduling order entered and

13 there's a status report filed by the plaintiff indicating

14 that discovery is, in fact, under way.  So we're not really

15 sure that there is any need for an extension under Rule 4(m)

16 simply because conditions under 4(m) have not been

17 satisfied.

18        THE COURT:  Well it was due to that discovery

19 that the debtors learned about the conduit defense and

20 Sprint's potential liability.

21        MR. FALLON:  Well, Your Honor, that's an

22 interesting point and I don't think there's any evidence

23 in the -- in this matter to support that.  It's our view

24 and I did have this discussion with plaintiff's counsel,

1   that they were making this motion without evidence.

2   It's our view that that is not a correct view of the

3   evidence.  It's our view that they knew about it and it

4   chose not to sue Sprint Nextel at that time.

5           As I understand this and it's second or third

6   hand, but just to give you an idea.  As I understand it

7   in this case, certain phones were sold and I guess the

8   allegation is that they were served through or sold

9   through ACB.  Nortel paid ACB and then the allegation is

10  that ACB passed a number of them onto Sprint.  But our

11  understanding is that through the nature of the contract

12  and the nature of the relationship, that they, in fact,

13  knew that all along, but there's no evidence in the

14  record to reflect that one way or the other.  And the

15  plaintiff does have the burden of proving -- of showing

16  compliance with Rule 4(m).

17          So I don't think that we can grant the motion

18  based upon that understanding of the facts simply

19  because there isn't that and those facts simply aren't

20  in the record.

21          So our view is that you can't use Rule 4(m)

22  for that purpose.  And the plaintiff does cite a number

23  of cases saying well look at these cases because it was

1    done in those cases.  They cite the *Enron* cases and

2    there's an *Alberts v. Gallagher* case.

3                THE COURT:  Yeah.

4                MR. FALLON:  Now you'll also recall that there

5    was this view that okay well let's make sure we separate

6    them out because this is not a 15(c) motion, that's for

7    later and all those issues are reserved and that sort of

8    thing.  Well, Your Honor, I ask you to look closely at

9    the cases that they cite because each of those cases is,

10   in fact, a 15(c) case.  That's what the motion that was

11   before the Court in those particular cases and that's

12   what the Court analyzed.

13               The real question in those cases is could the

14   complaint relate back.  And as a plaintiff pointed out,

15   we're going to get to that and that's a question for

16   another day.  Now it is true that in those cases there

17   is a recitation of the history of the case saying okay,

18   well before they made this motion, we did extend the

19   time for service under Rule 4(m).

20               THE COURT:  That's right.

21               MR. FALLON:  But it's only in the sense of

22   reciting the history of the case.  There's no analysis

23   of Rule 4(m).  And there's no indication of whether, in

1    fact, that motion was contested.  And how many times

2    have I gotten up in this Court and other Courts saying

3    well, Your Honor, entered an order before and the

4    question I got back is well was it contested in that

5    case?  Was it an issue that the Court focused on?  Was

6    it an issue that the Court analyzed?  And I would

7    contend, Your Honor, that under these cases that they

8    cited, there is no discussion of Rule 4(m).  There's no

9    analysis of Rule 4(m).  They're 15(c) cases.  And while

10   it is true that in the history of those cases there may

11   have been a rule, an order entered under 4(m), it was

12   not analyzed, it was not contested.  There's no showing

13   of who they serve that motion on.

14          So, Your Honor, I would contend that that if

15   you look at the rule and you analyze the rule and you

16   wrestle with the rule, that it simply hasn't been

17   complied with here.  The rule doesn't apply.  Your

18   Honor, they do need as Your Honor observed, they do need

19   to show cause.  And we contend that they have not shown

20   cause under these circumstances.  If Your Honor has any

21   questions, I'll be glad to answer them, otherwise --

22          THE COURT:  I do not, thank you.

23          MR. FALLON:  Thank you.

1          THE COURT:  Thank you, Mr. Fallon.  Good

2  morning, Mr. Riley.

3          MR. RYAN:  Good morning, Judge Gross.  Jeremy

4  Ryan on behalf of International Data Group.

5          THE COURT:  Ryan, excuse me.

6          MR. RYAN:  That's all right.  Patrick and I

7  are always mistaken.

8                    (Laughter)

9          MR. RYAN:  I echo most of Mr. Fallon's

10  comments, especially with respect to the authority cited

11  in *Enron* and *Alberts*, that those aren't 4(m) cases.

12          Your Honor with respect to the 4(m) cases that

13  were cited where the Court was actually addressing what

14  distinguishes International Data Group from all of those

15  other cases is in those 4(m) cases, the plaintiff made

16  an attempt to serve the defendant, if it had any

17  information with respect to the defendant.

18          The docket with respect to International Data

19  Group is crystal clear.  They had amended the complaint

20  prior to the expiration of 120 days.  They had

21  International Data Group service information.  That's

22  the same service information they used to serve the

23  summons two weeks later.  They were fully aware and

1  capable of filling out a summons.  It takes five minutes

2  now to fill out a summons, Your Honor.  They could have

3  done all of that before the 120 days expired.  They

4  affirmatively chose not to.  I haven't seen a single

5  4(m) case where a plaintiff affirmatively chooses not to

6  serve a summons when it's within its power to do and it

7  has all the requisite knowledge that Court has granted.

8  Obviously, that can't be good cause.  And even under the

9  Court's discretionary authority under *Petrocelli*, that's

10 just not something the Court should exercise its

11 discretion and condone when a plaintiff willfully

12 chooses not to serve a defendant.  And that's what they

13 did, Your Honor.

14         So for those reasons, I don't think a 4(m)

15 extension is appropriate under the circumstances with

16 respect to International Data Group.

17         And with respect to the statement that they

18 get an automatic 120 days, that's fine then.  They don't

19 need this order.  If they get an automatic 120 days, if

20 they believe that's the view of the law, let them live

21 with it, let them not have this order, and then when we

22 answer the complaint, we can then raise whether

23 appropriate service and process was made and personal

1  jurisdiction was affected under Rule 12.

2          THE COURT:  All right.

3          MR. RYAN:  Thank you.

4          THE COURT:  Thank you, Mr. Ryan.  Thank you,

5  sir.  Ms. Abularach?

6          MS. ABULARACH:  Thank you, Your Honor.  Just

7  briefly to respond to the objections of Sprint Nextel.

8          The argument put forth that Rule 4(m) does not

9  apply to this situation, it only applies to an already

10  named Defendant, as I stated previously, it's clearly

11  contradicted by the case law.  4(m) has been used in a

12  number of cases to extend the period to add additional

13  defendants.  And again, in particular in the mere

14  conduit context.

15          And I would also point out in addition to the

16  cases I have already noted in this Court, Judge Carey in

17  the case of PCT vs. New England Confectionary Company --

18          THE COURT:  Yes.

19          MS. ABULARACH:  -- which was cited in Morris

20  Nichols' reply papers, this has specifically been done

21  or it has been used to extend the period to add

22  additional defendants.

23          The -- again, just to reemphasize the

1   arguments that Sprint is putting forth are relation back

2   arguments.  The fact that the cases we have cited deal

3   with relation back arguments is of no consequence here.

4   It's a separate issue which will be addressed at a later

5   date if raised at that time properly.

6           THE COURT:  And the statute of limitations

7   defenses said similarly a separate issue that can be

8   raised later as an affirmative defense in fact.

9           MS. ABULARACH:  Of course, definitely.  And

10  for the reasons that I've stated and the reasons stated

11  in our motion, we feel that there is no question that

12  either good cause exists here or in the Court's

13  discretion, these 4(m) enlargements should be granted.

14          THE COURT:  All right, thank you.  And we're -

15  -

16          MS. COBB:  Your Honor?

17          THE COURT:  Yes.

18          MS. COBB:  This is Tiffany Cobb with the Vorys

19  Law Firm.  And I represent Cable News Network, Time,

20  Inc., Turner Broadcasting Sales, and my local counsel,

21  Tori Guilfoyle is also in your courtroom, Your Honor.

22  May I speak briefly?

23          THE COURT:  Certainly.

1          MS. COBB:  All right.  Thank you so much.

2    Everything that Ms. Culver stated is correct.  We filed

3    a limited objection and the language proposed by each of

4    the plaintiffs' counsel is consistent with the language

5    we proposed.  I did want to note one thing to clarify

6    for the record.  There has been some mention today of

7    the filing of an amended complaint.  And one of the

8    defenses that is being reserved is one under 15(a).  And

9    I do want to make clear that my client reserved the

10   right to raise an issue as to whether an authorized

11   amendment has even been filed in the McCann case.  And

12   that is under 15(a).  But otherwise, the language put

13   forth in the proposed amended order does preserve that

14   issue, but I did want to clarify that since there's been

15   some discussion today on the record.

16          THE COURT:  All right, Ms. Cobb, thank you.

17          MS. COBB:  Thank you.

18          THE COURT:  Ms. Culver, did you wish to

19   respond to that last comment?

20          MS. CULVER:  Your Honor, just very briefly.

21   And we agree that that objection is reserved.

22          THE COURT:  Yes.

23          MS. CULVER:  As to a later date.  But it also

1  points out precisely why it's important for the Court to

2  extend the Rule 4(m) deadline here today because if it's

3  not extended and it's determined that there was some

4  error in the amendment to the complaint, the plaintiffs

5  are going to find themselves stuck because the statute

6  of limitations will have expired with respect to the

7  filing of the new complaint.  So I think that actually

8  points out exactly why a Rule 4(m) extension either for

9  cause or in the Court's discretion is appropriate here.

10          THE COURT:  Thank you.  Thank you, Ms. Culver.

11  Well I'd like to write a little something on this, but I

12  will indicate at this time that I'm going to grant the

13  motions.  The only thing I've not fully decided is

14  whether I'm going to base it on good cause or just in

15  the exercise of my discretion.

16          But clearly, the cases indicate the Court's

17  should be protective of plaintiffs under circumstances

18  such as this.  And there would be significant --

19  obviously significant prejudice to the debtors were the

20  Court to deny the motions.  And so I just want to give a

21  little more thought to the reasoning behind the

22  decision.  But clearly, I'm prepared to exercise my

23  discretion because I think it's appropriate to do so

1  under these circumstances.

2          I understand, certainly Mr. Fallon's

3  arguments, but the case law indicates that it is

4  appropriate even where there has not been an actual

5  complaint naming that particular defendant filed at the

6  time that the Rule 4(m) motion was filed.

7          So at the very least, I will exercise my

8  discretion, but I suspect -- and there are some

9  differences here that I'm also sort of playing with

10 between the cases, but I want to make a final decision

11 as to whether I'm basing my ruling on good cause as

12 opposed to simply the exercise of discretion given the

13 prejudice and given the supporting case law for the

14 relief that's been sought.

15         So it was a hopeful argument to me and the

16 papers I thought were very, very fine and helpful and it

17 was an issue that I had not grappled with previously.

18 And I guess we don't really see too many objections to

19 the 4(m) extensions because I've certainly signed orders

20 but I haven't been faced directly with the issue on a

21 contested basis.

22         So I will put something to paper and issue it

23 promptly.  But in the meantime, I do want to indicate so

1  that people aren't left hanging, that I will be granting

2  the relief sought.

3          MR. SCHWARTZ:  Thank you, Your Honor.

4          THE COURT:  Mr. Schwartz.

5          MR. SCHWARTZ:  Your Honor, again for the

6  record, Eric Schwartz.  I think we're up to Item No. 14.

7          THE COURT:  Yes.

8          MR. SCHWARTZ:  And Lisa Schweitzer of the

9  Cleary firm will handle that matter.

10          THE COURT:  All right.

11          MR. SCHWARTZ:  Thank you.

12          THE COURT:  Good morning, Ms. Schweitzer.

13          MS. SCHWEITZER:  Good morning, Your Honor.  I

14  hope you had a good holiday and are enjoying the spring

15  weather.

16          THE COURT:  Very nice, thank you and hopefully

17  everyone here has as well.

18          MS. SCHWEITZER:  Yes.  We are here on Item No.

19  14, the motion to sell the internet numbers.

20          THE COURT:  Yes.

21          MS. SCHWEITZER:  And as you've seen separately

22  we'll be before your Court next Monday on the larger

23  sale of the pattened portfolio of Nortel.  This is a

1  smaller sale, but has its own interesting components and

2  one of them is not that it's being contested today to my

3  understanding.  This will be an uncontested motion, but

4  it's still worth giving the history, to walk through the

5  motion.

6           This is our unique opportunity in the modern

7  day world of the twenty-first century buggy-whip where

8  the buggy-whip factory is shut down and we have a couple

9  in our inventory.

10          THE COURT:  Yes.

11          MS. SCHWEITZER:  The modern day automobile has

12  not been rolled off the assembly line yet.  Only here,

13  of course, we're talking about internet numbers and

14  particularly the IPv4 numbers which are the numbers that

15  allow every device in the world to connect to the

16  internet from computers to cell phones to iPods and all

17  the technology in our pockets every day.  The numbers

18  around the world have been fully or almost fully

19  allocated so as you might have seen in the Popular

20  Press, the numbers are running out.

21          THE COURT:  Yes.

22          MS. SCHWEITZER:  And the next generation which

23  is IPv6 is just a longer number, but sort of like the

1  Y2K bug, you can fix it, but you can't fix it in time,

2  right?  And so in the meantime, there's this gratuitous

3  window where we have addresses, people need addresses,

4  and no solution has been ruled out yet.  So NNI was

5  lucky enough to have the world come to the right time on

6  this small issue.  But NNI has through -- has in its

7  possession or now has about 666,000 internet numbers

8  that are being offered for sale today that it got from

9  various acquisitions historically that are either

10 available today or will be available after certain

11 transition services agreements roll off later this year.

12          So as set forth in the motion, I don't want to

13 go through it in too much detail, but NNI and Adrex, a

14 third party that it had retained to assist it with the

15 marketing had, in fact, marketed the internet numbers

16 which ultimately led to an agreement to sell the numbers

17 to Microsoft by an agreement dated March 16, 2011 that

18 was filed with the Court and attached to the motion.

19 After the announcement, NNI and Microsoft were contacted

20 by ARIN which is the American Registry of Internet

21 Numbers or the IRR it's referred to as well, who had

22 raised potential questions and concerns regarding the

23 sale and particularly, for bankruptcy talk whether the

1    addresses are property of NNI.

2              THE COURT:  Yes.

3              MS. SCHWEITZER:  And the manner in which that

4    the transfer is being described in the sale agreement in

5    the order.  Those discussions wound up branching off to

6    discussions between Microsoft and ARIN and they reached

7    resolution through the signature of a side agreement

8    between them called an LRSA which Nortel is not a party

9    to.  And then as well, there are proposed changes to the

10   sale agreement in the order which NNI was willing to

11   accommodate and, in fact, we filed with the Court in

12   April.  And we're informed by ARIN's counsel that that

13   satisfies ARIN's prior concerns.

14             THE COURT:  Yes.

15             MS. SCHWEITZER:  Of course, things you don't

16   need to deal with today are NNI's position that we

17   thought that the prior motion was proper. We would

18   probably disagree whether ARIN has standing to make

19   arguments before this Court or the scope of its

20   jurisdiction and power over these particular addresses,

21   but those aren't issues for today or they are issues

22   necessary to decide the motion and the agreement and

23   order as amended.

1              In the same vein, that there was a letter

2    filed by the Canadian Department of Industry known as

3    Industry Canada which again, appears to have crossed in

4    that it was filed after the amended agreements were

5    filed with the Court, but doesn't count for the amended

6    agreements.   Industry Canada then filed a subsequently

7    letter saying oops, in fact, you solved all my problems.

8              THE COURT:   Right.

9              MS. SCHWEITZER:   Again, we have our own

10    defenses to some of the facts in their letter being

11    maybe not completely accurate or that we would have

12    arguments as we set forth in our reply as to whether

13    they should be heard, but not an issue for today because

14    it's been withdrawn or they've said that they're fine

15    with the amended form of order.

16              THE COURT:   Yeah.   I think they actually did

17    indicate they were withdrawing their objection.

18              MS. SCHWEITZER:   Yes.

19              THE COURT:   Yes.

20              MS. SCHWEITZER:   And as long as we're going

21    forward in the matter, we've proceeded that they have no

22    further objections.   I only pause to call it an

23    objection because I'm not quite sure what it was, but

1  again, not an issue for the Court today.

2        We have in the courtroom also George Reichert

3  who is the Chief Information Officer of Nortel.

4        THE COURT:  Yes.

5        MS. SCHWEITZER:  Given the size of the sale, I

6  wasn't going to call him to the stand unless you found

7  it necessary, but he is prepared to testify to the facts

8  in the motion.  Particularly, the desirability of the

9  sale and the existence of this magic window and the

10 details of the sale process that are set forth in the

11 motion including the number of parties contacted and the

12 interest that was received and how we determined that

13 the sale price is fair and reasonable which the debtors

14 do believe it is.  And finally, of course, that they

15 need to seal the exhibits to the sale agreement which

16 have some of the specific addressed listed.  And so he's

17 prepared to testify on those points, if you'd like me to

18 call, otherwise, I'd proffer just that he's willing to

19 testify to the facts as set forth in the motion.

20       THE COURT:  And that certainly is sufficient.

21 And perhaps Mr. Reichert would just indicate that you

22 are prepared to verify the facts stated in the motion.

23       MR. REICHERT:  I am.  I'm prepared to do that.

1              THE COURT:  Thank you, Mr. Reichert.

2              MS. SCHWEITZER:  Also, just to introduce you

3    to them, we have Mr. VanLeuvan, counsel to Microsoft in

4    the courtroom today.

5              MR. VANLEUVAN:  Good morning, Your Honor.

6              THE COURT:  It's a pleasure to have you here.

7    Good morning.

8              MR. VANLEUVAN:  Thank you.

9              MS. SCHWEITZER:  And we have Mr. Steve Ryan

10   who's counsel to ARIN in the courtroom as well.

11             MR. RYAN:  Good morning, Your Honor.

12             THE COURT:  Good morning.  Good morning,

13   welcome.

14             MR. RYAN:  And my colleague who is a member of

15   your bar.

16             THE COURT:  Very well, good morning.

17             MS. SCHWEITZER:  They're Delaware counsel.

18             THE COURT:  Yes.

19             MS. SCHWEITZER:  And so I believe that no one

20   had felt a need to come to the podium to talk, but I

21   wanted to let you know that they were in the courtroom

22   in case Your Honor had any questions or wanted any

23   further information.  But otherwise, we would ask

1   respectfully, that you would approve the motion as being

2   in the best interest of the debtors and both necessary

3   and desirable at this time.

4            THE COURT:  Does anyone else wish to be heard?

5                    (No audible response.)

6            THE COURT:  All right.  And people aren't

7   generally shy and --

8                    (Laughter)

9            THE COURT:  I will certainly take notice of the

10  fact that there are no objections and that no one wished to

11  be heard.  And I will also take notice that Mr. Reichert has

12  in effect verified or not in effect, but actually verified

13  the facts stated in the motion and those facts certainly

14  cause or support the Court's findings that the sale is in

15  the best interest of the debtors' estates.  That the

16  process, the marketing process was certainly full and

17  sufficient, and that the price is fair and reasonable and

18  that the transaction is one at arm's length.  And on that

19  basis, I will grant the motion.

20           MS. SCHWEITZER:  Thank you, Your Honor.  As a bit

21  of housekeeping, we realize when we had filed the amended

22  order that there were two dates missing, the date of the

23  hearing and the date of agreement.

24           THE COURT:  Yes.

1               MS. SCHWEITZER:  So if I could approach, I have a

2  revised order for you to sign.

3               THE COURT:  Sure, Ms. Schweitzer, thank you.

4  Good morning, thank you.

5               MS. SCHWEITZER:  This is a page just the black

6  line so you can see what's been filled in.

7               THE COURT:  Oh, good, okay.

8               MS. SCHWEITZER:  Those are the first two pages.

9               THE COURT:  All right.  If that's what you tell

10  me, I don't even check.

11              MS. SCHWEITZER:  There you go.

12              THE COURT:  Thank you.

13              MS. SCHWEITZER:  Thank you, Your Honor.

14              THE COURT:  All right, thank you.

15              MS. SCHWEITZER:  The next item on the agenda,

16  Item 15 was -- we wanted to give Mr. Horne an opportunity to

17  present to the Court.  He had filed a letter --

18              THE COURT:  Yes.

19              MS. SCHWEITZER:  -- that was docketed.  So I

20  would cede the podium to Mr. Horne at this time.

21              THE COURT:  All right, thank you.  I noticed the

22  actual matter has been adjourned to July, but we're

23  basically just receiving a position statement at this point

24  in advance of that from Mr. Horne.  Is that correct?

25              MS. SCHWEITZER:  This is actually -- and thank

1   you for asking that.  Mr. Horne is one of the lead

2   plaintiffs in the deferred compensation motion.

3           THE COURT:  Yes.

4           MS. SCHWEITZER:  That matter has been adjourned

5   to July and we're working through with counsel.  He actually

6   was hoping to address the Court not with respect to the

7   deferred compensation motion, but rather because he -- since

8   his name is public, has become a recipient of calls,

9   concerns, questions, from other employees and he offered to

10  come before the Court to relay some concerns by other

11  employees.  So I don't want to call him a representative or

12  agent, but just obviously we wanted to give him an

13  opportunity as someone who's heard different concerns raised

14  in the letter about employee claims generally or questions

15  employees have and question whether employees should be

16  added to the creditor committee.

17          THE COURT:  All right.

18          MS. SCHWEITZER:  But I'll address the remarks,

19  but I obviously will cede the podium to Mr. Horne to speak

20  first so that he has his opportunity to tell you what he

21  wants to tell you.

22          THE COURT:  All right, I'll be pleased to hear

23  from Mr. Horne.  Good morning, Mr. Horne and welcome to you.

24          MR. HORNE:  Good morning, sir.  And thank you for

25  allowing me to come and talk to you today.

1            THE COURT:  All right, it's a pleasure.

2            MR. HORNE:  First, let me say I am not an

3  attorney and so I apologize in advance if I do anything

4  wrong as to the protocols.  This is the third time of being

5  in Court.  I have not spoken on the two previous occasions

6  because I've been with attorneys.  And I just want to say

7  how magnificent the procedure is here.  And I want to thank

8  debtors' counsel for summarizing very well in advance the

9  position that I think this process is working very well.

10           So in saying that, sir, my name is Robert Horne.

11  I am a U.S. Citizen.  I live in Atlanta which is where I was

12  employed by the U.S. part of Nortel till I retired close to

13  a decade ago.  You may have noticed may name.  It's actually

14  there three times in the agenda here today.

15           THE COURT:  Yes.

16           MR. HORNE:  Various letters.  And so I was

17  probably -- I was the first person to file an objection to

18  Docket 4638.  And then one of the first two people in the ad

19  hoc committee.  We're now very well represented by attorneys

20  and I wish not to say a single word about deferred

21  compensation because they're not here by intention.  What

22  I'm saying is something totally different which I addressed

23  to you in a letter which I sent to you, Docket 52 --

24           THE COURT:  And which I was pleased to receive

25  and I did read, Mr. Horne, thank you.

1              MR. HORNE:  Thank you.  The result of my

2     visibility in the deferred compensation, I've been receiving

3     a whole lot of telephone calls, emails, and you know, these

4     are from people who have had their compensation cut off,

5     their pensions cut off, they're disabled people.  It's

6     really been a very sad procedure.  But they've seen my name

7     and said Mr. Horne, can you do something for us?  And my

8     first reaction is please get an attorney because I'm not an

9     attorney.  And they say well, how do we go about that.  And

10    that brings to me my mind of having actually some difficulty

11    in getting attorneys to represent us back in January because

12    every attorney I spoke to, every attorney I was introduced

13    to had a conflict of interest because they're representing

14    somebody else.  And, in fact, it was only the day before the

15    February 9th hearing that we actually managed to finally

16    sign up with attorneys.  It was incredible, the last minute

17    procedure there.  So I understand the problems these people

18    have.  I also understand the problems of getting employees

19    organized.  I assure you, it's not an easy task.

20              So just a couple of things.  In the weeks that

21    I've just been hearing from people, one of the situations

22    which I've been dealing with is the cutback in the HR

23    service, the Human Relation Services.  There's an

24    organization called HR Services which has been doing a very

25    good job through 2010 and now the service appears to have

1  been cutback.  It's very difficult to get through to

2  anybody.  And I'm getting people calling in saying Mr.

3  Horne, how do I get through to these people?  So these

4  people, you know, they may be disabled, they've lost their

5  pension, they're struggling without jobs, and you know, it's

6  not good for them to be struggling with how do I get a

7  reference out of Nortel and things like that.

8          So one of my requests is that those services be

9  restored to the situation they were at the end of 2010.  It

10 appears that things were working very well then.  There's

11 been a cutoff since the 1st of January.

12         THE COURT:  Do you know what that cutback has

13 been, Mr. Horne?  In other words, as far as numbers are

14 concerned?

15         MR. HORNE:  Yes, I do, Your Honor, but I've

16 personally called because I decided I ought to do that.  The

17 service is only open now from 9:00 in the morning until 1:00

18 lunchtime.  It's not open in the afternoon and there's a

19 very small number of people.  They told me how many people,

20 but I think it's perhaps better for me just to leave it.

21 It's a very, very small number of people for what used to be

22 100,000 employees who occasionally need to get some

23 information.

24         But I want to go a little bit further than that.

25 I want to be able to refer those people who call me to

1    somebody else.  And while I was setting up the deferred

2    compensation issue, a lot of people referred me to the

3    official committee of unsecured creditors and saying why

4    don't the employees have a representative on that committee?

5    And that's been an issue which I've been working quietly for

6    a few weeks.  It seems to me when I talked to the people in

7    Nortel U.S. who are still very friendly with people in

8    Nortel Canada because they all used to work together, the

9    people in Nortel Canada, the employees are being very much

10   better looked after in the Court there.  And that's very

11   difficult for me to explain to the people that the U.S.

12   Court System is different.  And so many of them have asked

13   me, please approach the Court and see if we can get some

14   representation.

15            So that's the question there.  And the question

16   gets a little bit, you know, stronger when everybody's

17   reading the press and seeing how much money is now going

18   into the account and the fact that eventually this is going

19   to resolve with three jurisdictions, the Canadian, the UK,

20   and the U.S.  And if they're not represented as well in the

21   United States as the Canadian employees and the European

22   employees, they feel that, you know, there's going to be a

23   difficult time coming in the future.  So that's specifically

24   the question that I've been asked to present to you.

25            While saying that, Your Honor, I want to be very

1  careful.  In my letter to you, I was very careful not to say

2  anything about myself being on that official committee.

3  I've been told that it may be a conflict of interest with

4  the representation I have on deferred compensation and we've

5  got attorneys for that and I absolutely do not want to put

6  myself or the Court in any conflict of interest situation so

7  it's there on the table.  I recognize it.  I do not want to

8  be seen as being a conflict of interest here.  I'm just

9  trying to convey something that the employees have been

10  talking to me about.  And it's the question of appointing

11  somebody, some individual who's appropriate to that

12  committee of unsecured creditors, but I'd like to present to

13  you.

14        So, Your Honor, if there's any questions, I'll be

15  happy to try and answer them, but thank you, indeed, for

16  hearing me.

17        THE COURT:  All right, Mr. Horne, thank you for

18  attending.  I think it might be well before I ask any

19  questions or have further discussion, if I would hear from

20  the Office of the United States Trustee at this time because

21  they have responsibility for the committee appointments.

22  Thank you, Mr. Horne.  And remain -- if you would remain in

23  case I have any questions.

24        MR. HORNE:  Yes, sir.

25        THE COURT:  Thank you.  Ms. Leamy, good morning.

1            MS. LEAMY:  Good morning, Your Honor.  I'm just -

2  - Jane Leamy on behalf of the United States Trustee.

3            I'm just going to comment on the second part of

4  Mr. Horne's issue, the request for appointment to the

5  committee.  Our office as you're aware is responsible for

6  the appointment of creditors' committees and we do get

7  requests for individuals of companies to be added to

8  committees after they're formed.  We do consider all

9  requests that we receive carefully.

10           And in this case, there have been communications

11  with our office with Mr. Horne.  As he indicated to you, he

12  is represented by counsel in his capacity as a member of the

13  ad hoc committee of Nortel deferred compensation

14  participants.  And counsel in that matter, I'm not sure if

15  they're here in the courtroom today.  I believe it's Robert

16  Keach at Bernstein Shur and Bonnie Fatell at Blank Rome.  We

17  have reached out to them.  What we would like to do is have

18  a conversation with counsel present with Mr. Horne before we

19  can really go farther with respect to this matter.  Mr.

20  Horne does say that he represents or is expressing to the

21  Court the concerns of other employees, but -- and the may

22  not himself want to be on the committee, but we really need

23  to hear from the people themselves that want to be on the

24  committee.  We can't -- if Mr. Horne's not interested, we

25  need to hear from those people and we're certainly willing

1    to hear those requests.  We've only heard from Mr. Horne so

2    far is what I'm trying to say.

3              THE COURT:  I think Mr. Horne would be

4    interested, but is concerned about his participation on the

5    committee and the integrity of the process and that sort of

6    thing and any conflicts.

7              MS. LEAMY:  Right.  And we're certainly -- I

8    don't really want to go into detail about that, the

9    perceived conflict issue right now.

10             THE COURT:  No.

11             MS. LEAMY:  But we're certainly happy to discuss

12   that with him and the counsel to the ad hoc committee.

13             THE COURT:  All right.  And so procedurally at

14   the moment, the office has not yet rejected the request.

15   Okay.

16             MS. LEAMY:  It's still under consideration.

17             THE COURT:  Understood.

18             MS. LEAMY:  And we would like -- I think it would

19   be helpful if we had the opportunity to speak with counsel

20   before we go farther with the issue.

21             THE COURT:  All right.

22             MS. LEAMY:  Thank you.

23             THE COURT:  And are you making arrangements for

24   that conference call?

25             MS. LEAMY:  We have reached out to them. I think

1  the last communication was Friday and as far as I'm aware,

2  we haven't heard back yet.  And Mr. Horne was cc'd on those

3  communications so he is aware of them.

4              THE COURT:  All right.

5              MS. LEAMY:  Thank you.

6              THE COURT:  Mr. Horne, Mr. Horne -- oh, Mr.

7  Horne, perhaps you could light a little bit of a fire

8  underneath your attorneys --

9              MR. HORNE:  Well --

10             THE COURT:  -- to get them to respond.

11             MR. HORNE:  -- Your Honor, my attorneys have been

12 responding very quickly to me.

13             THE COURT:  Okay.

14             MR. HORNE:  They -- there are two issues here.

15 One is whether I'm in conflict of interest being on the

16 official committee.  That's something we can leave

17 completely alone.  The question is whether I should be

18 talking to the U.S. Trustee with or without counsel present.

19 Our contract in the deferred compensation limits discussions

20 to deferred compensation.  This is not a discussion on

21 deferred compensation.  So Bonnie Fatell of Blank Rome has

22 said no, Mr. Horne, go to the Court by yourself, we will not

23 come and represent you because you're talking about

24 something which is outside our agreement.  So I'm sort of

25 going round in circles here and not quite sure who I should

1    talk to and who I should not talk to.

2            THE COURT:  And I take it -- let me hear from Ms.

3    Schweitzer and --

4            MR. HORNE:  And let me say --

5            THE COURT:  -- even while I'm still thinking

6    about the issue.

7            MR. HORNE:  -- the attorneys, you know, debtors'

8    attorneys have been extremely polite in talking to me and

9    involved our attorneys, too.  So --

10            THE COURT:  Ms. Schweitzer.

11            MS. SCHWEITZER:  Thank you, Your Honor.  I think

12    Mr. Horne -- I don't want to jump around.  Mr. Horne raised

13    a couple bundles of issues and we do want to address each

14    one.  And I think the first is the accessibility to this

15    hotline.  The second is just general concerns by employees

16    about the handling of their claims just to understand the

17    process.  And the third is this committee representation.

18    To take the committee representation first just because that

19    is the one that it runs most focused on right now.

20            Since the time that we received the letter, in

21    fact, Cleary Gottlieb has spoken to Mr. Tinker of the United

22    States Trustees Office as well.  And we also reached out to

23    Mr. Horne's counsel in the deferred compensation matter.

24    And were informed also I believe last week, but sometime

25    since we've gotten the letter, that they are not

1   representing him with respect to anything beyond deferred

2   compensation and that we were free to contact him directly.

3   So I just -- it's not to say anyone's putting this off, but

4   I think that this is just a new issue that everyone is in

5   conversation with.  Mr. Tinker has reached out to us and

6   we've spoken to Akin, as committee counsel so that they're

7   aware of the issue generally.

8           So I don't want to steal your thunder -- mistake

9   anything from the U.S. Trustee's Office, but my

10  understanding is that we -- at this time, we will continue

11  to talk about it.  And certainly now that it's clear on the

12  record that Mr. Horne is free to be contacted directly, I'm

13  sure we can work through that with the U.S. Trustee's Office

14  if they want to contact him directly.  They've also asked

15  for some information from us regarding creditors generally.

16  So I think that on that side that the report is -- the

17  request has been received and certainly everyone takes it

18  seriously and we're working through the issues.

19          To address the need, I mean, obviously every

20  request gets taken seriously.  We do work with the attorneys

21  at Akin Gump regularly and they're quite experienced

22  committee counsel.  And something that's not always

23  accessible to individual employees is that their duties run

24  to all unsecured creditors generally.  So whatever the

25  particular composition is, it's not a parochial committee,

1    it's meant to be representing the interests of people

2    generally.  And particularly as he suggested with these

3    allocation issues and things of making sure that the U.S.

4    creditors get their share of the larger money, that that is

5    the exact purpose of the creditor committee regardless of

6    individual membership.

7              Second of all, of course the PVGC is a member of

8    the committee. And while they don't facially represent all

9    employee issues, that they are a voice for some of the

10   employee issues and another way that concerns of employees

11   can be filtered to the committee.  As a practical fact,

12   we've been in constant contact with the committee on

13   employee issues. They provide many good insights and we work

14   with them regularly resolving claims and trying to think of

15   strategies to minimize the burden on other employees.

16             Some of the larger issues also the employees have

17   raised are particularly what's happening with their pension

18   claims which those are being turned over to the PVGC.  Not

19   to say people shouldn't have their questioned answered, but

20   there is a process for addressing those claims.  The second

21   is the deferred compensation money which again, however we

22   got here, we now do have counsel.  We're working with

23   counsel on that.  A third larger concern was the retiree LTD

24   benefits which as a result of the motion brought in the fall

25   and the Third Circuit's ruling, we now know that we have to

1   form an 1114 committee to the extent we want to modify those

2   benefits.  And quite frankly, since we've had to step back,

3   we have to restart the process that things were available

4   next -- last year may or may not be available this year.

5   But we recognize and are seriously considering the formation

6   of an 1114 committee and, of course, would do it before we

7   sought to modify any of those benefits in such that we would

8   be before the Court and that would be the purpose of getting

9   some particular representation that issue.

10                  Of course, there are the other employee claims

11  that are out there which one of the largest is just

12  relatively straightforward severance claims.  People have

13  been terminated. They need their severance paid at some

14  point.  Some of those claims are scheduled, some of them are

15  not.  And we've been working -- the reason we haven't been

16  objecting to claims is we've actually been actively working

17  on the Nortel side and with the committee to come up with

18  strategies for working through these claims, gathering

19  information in a systematic manner, and providing a process

20  for when it comes time to reconcile claims we can do it in a

21  way that presents the least burden to the employees.

22  Understanding that any process isn't perfect and any process

23  necessarily has burden, but to try and create ways of

24  providing information disclosure in a consistent, uniform,

25  public manner so the employees don't have to rely on call

1   centers or finding their own attorneys.

2          Additionally, obviously, it goes without saying

3   that we've been contacted by several employees for attorneys

4   on issues that are general to other employees and issues

5   that are specific to them.  We've gotten calls directly from

6   employee counsel.  We've gotten calls from people purporting

7   to represent groups of employees, and we have calls

8   forwarded to us from employees directly that call us or that

9   call the committee.  And anyone with or without an attorney

10  we would take that request just as seriously and we make

11  every attempt to answer those requests as timely as we can.

12         And just to finish off the last of the concerns

13  going backwards with respect to the shared services or

14  hotline is available.  There's been some suggestion that the

15  number was cutoff or that it's no longer available.  In

16  fact, the hotline is available both as a 1-800 number and as

17  a regular toll number so the numbers haven't changed.  That

18  process -- that call center is manned with a live person

19  from 9:00 a.m. to 1:00 p.m. every day.  We're down to 400

20  employees at the company from 9,000 at the time of filing.

21  That's in the U.S. as a result of the divestitures, natural

22  attrition, and of course, some layoffs.  And so we're just

23  down to less people overall.

24         And we understand that sometimes things take

25  longer, but we have three individuals who are dedicated to

1    manning the call center.  And part of the reason that the

2    hours are reduced are so that 1:00 and later they can turn

3    to the process of gathering information and attempting to

4    respond to the requests that do come in.  Obviously, with as

5    many people as possible, things still take time to respond,

6    but this is the first kind of formal contact we've had of

7    concerns.  And I think it's maybe been intensified by the

8    fact of the 1114 motion and the deferred comp motions that

9    there might have been a peak in calling, you know, couple

10   with the natural attrition.  But the debtors are totally

11   committed to return calls as quickly as possible, and

12   research information as quickly as possible, and address

13   employee needs.

14          So we want you to know that we do take it all

15   seriously and we recognize that it isn't the Canadian

16   process where an employee representative is appointed to

17   represent all the interests of employees.  The laws are

18   different.  The process is different.  We can't change the

19   process, but we're trying to do everything we can to address

20   the employee issues as timely as we can and as in as fair a

21   way as we can during the bankruptcy.

22          THE COURT:  Thank you.  Thank you, Ms.

23   Schweitzer.  Mr. Hodara, good morning, to you.

24          MR. HODARA:  Good morning, Your Honor, thank you.

25   Fred Hodara, Akin, Gump, Strauss, Hauer & Feld for the

1  official committee of unsecured creditors --

2              THE COURT:  Nice to see you again.

3              MR. HODARA:  -- and Mr. Bodder is with me here

4  today.

5              THE COURT:  Of course, Mr. Bodder.

6              MR. HODARA:  Your Honor, first we endorse

7  everything that Ms. Schweitzer said.  I want to personally

8  say to Mr. Horne and to the extent that there are any other

9  deferred comp or retiree claimants that are listening in

10  today or in the courtroom to say that we receive calls all

11  the time from unsecured creditors in this case.  We're very

12  good at responding to those calls and we'd be pleased to

13  take those calls at any time and to do the best we can in

14  responding to them substantively.  As Ms. Schweitzer said,

15  the committee irrespective of its actual membership at any

16  given time, is very cognizant of its duty to all unsecured

17  creditors.

18              And so that's why when I say we consider

19  ourselves good at responding to those calls, we take that

20  responsibility very seriously.  And so if there are parties

21  in the unsecured creditor community of any stripe who wish

22  to speak with us on these issues at any time, we will make

23  ourselves available and we'll have those conversations

24  absent material non-public information obviously.

25              THE COURT:  Sure.

1              MR. HODARA:  Except to the extent that any such

2    parties have signed the confidentiality agreements, but we

3    would look forward to those calls.

4              THE COURT:  All right, thank you, Mr. Hodara.

5              MR. HODARA:  Thank you.

6              THE COURT:  Ms. Leamy?

7              MS. LEAMY:  Just briefly, Your Honor.  I will

8    when I get back to the office will confirm that we have

9    authorization for direct contact with Mr. Horne from the

10   Blank Rome firm.  And if that's the case, we'll proceed

11   accordingly.  You can just appreciate that we would be

12   sensitive to speaking directly with people that are

13   represented by counsel.

14             THE COURT:  Absolutely, I do appreciate that, Ms.

15   Leamy and I understand your concern and the reason for

16   caution, but it sounds at this point like it's fairly clear

17   that you may have direct discussions with Mr. Horne and I

18   think that would be helpful.

19             And Mr. Horne, I assume you've traveled all the

20   way from Atlanta for this hearing.  Is that correct, sir?

21             MR. HORNE:  Yes, indeed, sir.

22             THE COURT:  And --

23             MR. HORNE:  And has been my honor to be here,

24   too.

25             THE COURT:  It's good to have you here.  And I

1  appreciate your bringing the concerns to my attention.  It

2  sounds like there's an awful lot at play at the moment and

3  this is probably not a particularly -- it's not a -- it

4  would not be particularly useful nor is it perhaps even

5  appropriate for me to address those concerns while parties

6  are still talking, but I think what I would like to do is to

7  schedule a teleconference so that for one thing, so that you

8  don't have to travel all the way to -- from Atlanta at your

9  expense, at the moment at your expense.  And also just so

10  that I can make certain that I'm being -- you know, not that

11  the debtors or the committee or Ms. Leamy don't keep me

12  apprised, but at least I'll be able to pay particularized

13  attention to the employee concerns.

14          And why don't we -- I don't know that I need to

15  do it this moment.  If someone on behalf -- Ms. Cordo on

16  behalf of the debtors would call chambers to -- after

17  talking with everyone as to when it might be appropriate,

18  let's say in within the next 30 days to have a conference

19  call just so that I am aware of what's going on and what

20  actions, if any, it may be appropriate or necessary for me

21  to take at that time, Mr. Horne.

22          MR. HORNE:  Your Honor, let me just say, I'm very

23  impressed by the way debtors' counsel has responded here.

24          THE COURT:  Yes.

25          MR. HORNE:  And also U.S. Trustee counsel.  It's

1  just a little difficult for me to explain to employees you

2  go to Nortel's counsel who they sort of think that's the

3  other, you know, the enemy.  They're putting in a claim and

4  it's very difficult to explain that to somebody.  So that's

5  why we do need to do this.  And, Your Honor, I am a retired

6  person.  It will be my pleasure to come here in person if

7  that is going to help.

8         THE COURT:  It may be appropriate at some point -

9  -

10        MR. HORNE:  Yes.

11        THE COURT:  -- but in the meantime at least --

12        MR. HORNE:  We can do everything you wish, sir.

13        THE COURT:  -- we'll be scheduling --

14        MR. HORNE:  Appreciate it.

15        THE COURT:  -- and as I say, at least you won't

16  sort of be lost in the larger case.  Obviously, your issues

17  are significant and important to me.

18        MR. HORNE:  And thank you, it's on behalf of the

19  10,000 people or thereabouts.  I haven't even tried to count

20  them, how many claims there are there on the every day to

21  day so.  But thank you very much, indeed, for your time and

22  for the, you know, for the response.  I appreciate it.

23        THE COURT:  All right, Mr. Horne, thank you.

24  Thank you for attending.  Mr. Schweitzer.

25        MS. SCHWEITZER:  Schwartz.

1          THE COURT:  Oh.

2                    (Laughter)

3          THE COURT:  I'm having a tough day.  Mr.

4    Schwartz, excuse me.  We want to make that clear on the

5    record.

6                    (Laughter)

7          MS. SCHWEITZER:  Exactly.

8          MR. SCHWARTZ:  Your Honor, the agenda for today,

9    we've completed it, but we have two items.  One is I think

10   there's a need for a clarification on the 4(m) motions and

11   Donna Culver wanted to address the Court.  And then after

12   that's over, Mr. Bromley wanted to address the Court on some

13   matters.

14         THE COURT:  Absolutely.  Thank you, Mr. Schwartz.

15         MR. SCHWARTZ:  All right, thank you, Your Honor.

16         THE COURT:  Ms. Culver?  What did I do?

17         MS. CULVER:  Your Honor, just briefly with

18   respect to the 4(m) motions.  Four of those motions and

19   they're Items 6 through 10 on the agenda or 6 through 9 on

20   the agenda were uncontested.  It was not clear whether the

21   Court intends to write on those motions --

22         THE COURT:  No.

23         MS. CULVER:  -- as well.  If not, we'd be

24   prepared to just submit the orders under a CNO or

25   certification of counsel.

1          THE COURT:  Do that on those uncontested motions,

2   please.  Thank you, Ms. Culver.  Thank you for reminding me

3   of that and yes, that's how we'll proceed.  Mr. Bromley,

4   it's good to see you.

5          MR. BROMLEY:  It's good to see you, Your Honor.

6   I wanted to just take a couple of moments to give the Court

7   a brief update on certain things as we've periodically done.

8          THE COURT:  It's helpful, yes.

9          MR. BROMLEY:  It has been awhile since we've been

10  before you and there have been some material developments

11  and so it would be worthwhile, I think to bring you up to

12  speed on a couple of things and also preview a few other

13  things.

14          THE COURT:  All right.

15          MR. BROMLEY:  First, as Ms. Schweitzer mentioned,

16  we will be before you next Monday for the approval of the

17  bidding procedures in connection with the stalking horse bid

18  by Google and affiliate of Google for the remaining IP

19  assets, the pattened assets of the Nortel Companies.  And

20  the stalking horse bid there is for $900 million.  It is

21  certainly our hope that we will have a very robust auction.

22  And the calendar for that auction if approved would lead the

23  bids into mid-June and a hearing to approve the results of

24  the auction at the end of June.

25          THE COURT:  All right.

1          MR. BROMLEY:  So with that, Your Honor, that

2     would be the last transaction on a cross border basis to

3     sell assets.  And if we simply recovered the $900 million

4     for the stalking horse, the amount of money that would be in

5     the black boxes as we call them in escrow agreements would

6     be about $3.7 billion.  And so in the 25 months since we've

7     filed the cases, we will have basically sold all of the

8     operating business and material assets of the Nortel

9     businesses worldwide and we will have nearly $4 billion.

10    And it's certainly our hope that the results of the auction

11    will yield even higher amounts.

12          THE COURT:  Certainly.

13          MR. BROMLEY:  We also today approved the sale of

14    the internet addresses that the U.S. debtors own.  We have

15    filed a motion, Your Honor, for hearing on May 10 to sell

16    the U.S. headquarters of Nortel --

17          THE COURT:  Yes.

18          MR. BROMLEY:  -- located in Richardson, Texas.

19    There's a bid on the table for $43.1 million.  And so what

20    does that mean, Your Honor?  It means obviously that we've

21    been all very busy working to sell things and to accumulate

22    cash for distribution.  Also behind the scenes as Ms.

23    Schweitzer alluded and Mr. Hodara alluded, we have been

24    working very hard to resolve claims, to work to make sure

25    that the folks that Mr. Horne so eloquently described are

1   able to recover on their claims as quickly as possible.  It

2   is not easy to take a part of a company like Nortel or a

3   business like Nortel across 140 jurisdictions and to this

4   point, actually it's been very smooth.

5           THE COURT:  It certainly has from my standpoint,

6   Mr. Bromley.

7           MR. BROMLEY:  Anybody's.

8           THE COURT:  And the Court acknowledges that and

9   is grateful.

10          MR. BROMLEY:  You may have noticed, Your Honor,

11  that a few things have hit your docket lately that indicate

12  things may not turn out to be as smooth going forward as

13  they have been up to this point.

14          THE COURT:  No, I --

15          MR. BROMLEY:  And I think it's worthwhile to

16  mention a couple of things.  We have filed a series of

17  objections to 370 claims that have been filed here in the

18  U.S. by affiliates of Nortel located in Europe, the so

19  called AMIA claims.  AMIA representing Europe, Middle East,

20  and Africa.  Those claims, Your Honor, are set for hearing

21  on the 10th of May.  We have asked that those claims be

22  restated if they're going to be restated by June 1.  Those

23  entities also have claims against the Canadian debtors

24  and --

25          THE COURT:  Uh-huh.

1          MR. BROMLEY:  -- there was a separate process

2   established before Justice Morowitz for the filing of those

3   claims.  And a series of claims were filed in Canada on the

4   18th of March.  And so we have now separate claims

5   procedures relating to these claims pending both in Canada

6   and in the United States.

7          And they are important, Your Honor, because they

8   do relate very much to the next issue that I'll raise which

9   is how do we split up the money that we have generated and

10  are about to generate?  We have used the term allocation to

11  refer to that and, Your Honor, we have been working very

12  hard behind the scenes for nearly two years.  Since the

13  first decisions were made to sell Nortel's businesses, the

14  concept of allocation has been in everyone's mind.

15          THE COURT:  Yes.

16          MR. BROMLEY:  It has never been easy to imagine

17  how this would resolve itself.  But the one thing that

18  everything was united in from the very beginning was that

19  more money would be generated if these businesses were sold

20  on a going concern basis.  And the decision that was made

21  back in June of 2009 that all arguments and disputes that

22  could exist with respect to the allocation of whatever sales

23  proceeds were generated would be put off to another day and

24  they would not be conditions to the sales.  And that has

25  worked wonderfully well because we have been able to have a

1 blue chip collection of bidders and buyers and auction

2 participants eager to buy Nortel's businesses and assets.

3 And without that agreement up front to not fight about

4 allocation, I am certain that the results of the auctions

5 would not have been as anywhere near what they have been.

6          We have been working very closely with all of our

7 creditor constituencies and the various parties around the

8 world first to try to figure out a way to have a process to

9 split up the moneys.  And then we moved as Your Honor's

10 aware into a process of active non-binding mediation.

11          THE COURT:  Yes.

12          MR. BROMLEY:  And starting I think we filed the

13 motion in September of 2010, a former U.S. Federal Judge,

14 Lane Phillips was appointed as a mediator and since his

15 appointment in November, we have had eight full days of

16 mediation.  We have had over 125 participants in two of

17 these sessions, five days in November, three days just a

18 couple of weeks ago.  And it is unfortunate to report that

19 those mediation efforts have failed.

20          And last night, Your Honor, the U.S. debtors

21 together with the creditors' committee filed a motion here

22 before Your Honor and before Justice Morowitz asking for a

23 joint hearing on June 7, a little bit more than a month

24 away, for the approval of protocol for both you and Justice

25 Morowitz to hold hearings to resolve the allocation

1    disputes.  We believe that the time has come for the

2    allocation process to become fully transparent before both

3    Courts and to proceed in an expeditious manner.  The

4    allocation protocol that we have proposed is based firmly in

5    the documents that have been signed and approved by both you

6    and Justice Morowitz.  In particular, the document known as

7    the IFSA.

8                    THE COURT:  Yes.

9                    MR. BROMLEY:  The Interim Funding and Settlement

10   Agreement.

11                   THE COURT:  Yes.

12                   MR. BROMLEY:  We believe that Your Honor and

13   Justice Morowitz have both the jurisdiction and the duty to

14   address these issues.  We understand that setting up a

15   process like this on a cross border basis will have certain

16   challenges, but we do believe that the history that we have

17   had up to this time and having successful joint hearings on

18   a cross border basis will allow us to move forward and to do

19   this in a matter that is both efficient and transparent and

20   expeditious.

21                   So, Your Honor, we do have things that we should

22   be happy about and proud of, but we shouldn't allow that to

23   cloud our vision that it's individuals like Mr. Horne and

24   the 10,000 other retirees at Nortel that we have an

25   obligation to serve.  And we do believe that the opportunity

1  for mediation was given a full and fair hearing.  And we

2  believe that the time has come to move into the Courts.  It

3  is certainly our hope that all parties will participate and

4  participate in a manner that allows us to proceed to a

5  prompt resolution.

6          We do, I think speaking both for the U.S. debtors

7  and for the creditors' committee, certainly are not

8  foreclosing any further conversations in an attempt to

9  resolve this on a consensual basis.  Indeed, we continue to

10  believe that a consensual resolution provides the

11  opportunity for the fastest resolution.  But we do believe

12  that the time has come that we have to go into a second

13  track.

14          And so for that reason, Your Honor, we did file

15  the motion last night both here in an in Canada.  I will

16  note that there was a pleading filed last week by the joint

17  administrators of the AMIA entities.  They had asked for a

18  joint status conference between you and Justice Morowitz on

19  June 7 in any event.  June 7 had been scheduled for a joint

20  hearing.  We had a number of matters that are more or less

21  hopefully by that time administrative, but needed to be

22  addressed on a joint basis.  I think at this point, we have

23  approximately four hours allocated.  It may be that we need

24  a little bit more depending on what people have to say, but

25  we wanted to give you the heads up to let you know what was

1  coming --

2           THE COURT:  So I can clear my schedule for that

3  day.

4                        (Laughter)

5           MR. BROMLEY:  -- down the pike.

6           THE COURT:  Yes.

7           MR. BROMLEY:  And to let you know where we were

8  coming from.  Certainly, the efforts that have been put into

9  mediating have been substantial by all parties and we

10 believe that those efforts actually will make the process

11 that we propose in connection with allocation before you and

12 Justice Morowitz able to move on a much faster basis.  It is

13 not as if the parties don't know the issues.  They do know

14 the issues.  And we believe they have been narrowed and we

15 believe that they're able to be positioned in a manner that

16 is I won't say easy, but in a manner that will allow you and

17 Justice Morowitz to be able to conduct a focused and

18 efficient exercise.

19          And as I mentioned, the fact that we've already

20 commenced both here in Canada separate proceedings with

21 respect to these AMIA claims is an essential element to that

22 process.  They will proceed at least from the U.S.

23 perspective first.  We'll have the hearing on the 10th of

24 May and we've asked that any amended claims be filed by June

25 1.  If they're able to file those claims sooner, we'd be

1  happy to take them and deal with them and object to them as

2  quickly as possible.

3          So that's where we stand, Your Honor, on that.

4  If you have any questions, I'd certainly be happy to address

5  them.  And I'd also be happy to defer to Mr. Hobara or Mr.

6  Bodder if they have anything to add.

7          THE COURT:  Well, I'm going to go back and read

8  the motion that you just filed last night.  And since you'll

9  be back before me on Monday, I'll certainly raise any

10  questions with you at that time, Mr. Bromley.  I fully

11  appreciate the significance of what you're talking about.  I

12  know the tremendous efforts that everyone went to in the

13  mediation process.  I don't know is the mediator still

14  continuing some efforts or has the mediation been formally

15  terminated at this point?

16          MR. BROMLEY:  We have not formally terminated the

17  mediation in that sense.  Mr. Phillips is still available,

18  but I think that the pleading filed by the administrators,

19  the joint administrators made it clear that in their view

20  the mediation has failed and that an impasse has been

21  reached.  And it was for that reason that they asked for the

22  status conference on the 7th of June.  We on the U.S.

23  debtors and creditors side have also come to the view that

24  we are at an impasse and therefore need to seek you and

25  Justice Morowitz to get involved and provide us with a route

1  out of this.

2          THE COURT:  All right.  And the similar motion

3  issue you indicated it was filed in the Canadian Court?

4          MR. BROMLEY:  Yes, Your Honor, it was filed last

5  night simultaneously.

6          THE COURT:  Also, okay, very well.  All right,

7  all right, so I'll have something to read and think about.

8  And Monday will not be the time obviously for me to raise

9  issues concerning that, but if I have any specific limited

10  questions, I certainly would raise them with you at that

11  time.

12          MR. BROMLEY:  We certainly don't want to do

13  anything to take the focus away from the IP sale process.

14          THE COURT:  That's right.

15          MR. BROMLEY:  That is absolutely job number one.

16  We will be before you again on the 10th and if there's a

17  time that you'd like to set up a chambers conference or a

18  phone call or anything, we are at your disposal, Your Honor.

19          THE COURT:  All right.  All right, Mr. Bromley, I

20  appreciate it as always.

21          MR. BROMLEY:  Thank you very much, Your Honor.

22          THE COURT:  Thank you, thank you.  It's sobering,

23  I will say that, but I understand that some of the more

24  difficult issues are finally -- have come to a head and

25  require the Court's interventions.  Thank you.  Mr. Hodara,

1    yes, sir.

2              MR. HODARA:  Just very quickly, Your Honor. It is

3    sobering, but I think it's also in a way an opportunity.

4    And I rise only to say that.  I think that in every large

5    case there comes a time where the stars align, events occur,

6    so that a course suddenly makes sense.  And in this case, we

7    have a confluence of a number of things all at one time, the

8    last of the very major assets sales being teed up and

9    prepared to move forward with a clear date for that to come

10   to conclusion.  The mediation second full round having

11   occurred without a successful resolution.  Followed

12   immediately by the filing of the joint administrators last

13   week which --

14             THE COURT:  Yes.

15             MR. HODARA:  -- when read together as Your Honor

16   will with the motion that the committee and the debtors have

17   now jointly filed, dovetail nicely.  So I think that this

18   may, in fact, be the time in this case where everything

19   aligns for the parties with the assistance of the two Judges

20   to focus fully on allocation and to bring that to a

21   conclusion.

22             And the only other thing I would say and Mr.

23   Bromley made this point clearly and we feel the exact same

24   way.  The fact is we all know that the Judges become

25   involved does not mean that the parties lose their ability

1  to settle --

2              THE COURT:  That's right.

3              MR. HODARA:  -- there disputes.  In fact, as

4  we've often found, sometimes it's the intervention of the

5  Court that moves that forward.  Probably also relevant to

6  the pattern of things falling into place that this year is

7  flying by at faster than all the prior years it seems and so

8  people start to focus on the end of 2011 approaching.

9              THE COURT:  Yes.

10             MR. HODARA:  If one can believe that.

11             THE COURT:  It's hard, yes.

12             MR. HODARA:  And so perhaps that will have

13 parties throughout the globe who are involved in this case

14 looking at the prospect of another year going by without a

15 conclusion.  We know that our creditor constituencies as I

16 mentioned earlier, contact us continually.  One of the

17 issues they contact us about more than anything else is is

18 there a prospect for successfully resolving the allocation

19 issues in 2011?  And I think there is particularly with this

20 motion before the Court.

21             THE COURT:  All right.  I certainly understand

22 that, Mr. Hodara.  And it will be difficult, but I think

23 you're right, it is a positive development.

24             MR. HODARA:  The other thing I'd say, Your Honor,

25 is I can't -- I'm not sure of anyone else's schedules.  If

1  you would like us to standby for -- through the lunch hour

2  to see us afterwards in chambers if you'd like to read the

3  motion and talk to us if that's more convenient than

4  addressing it next week or of course we will all be here

5  next week and we can proceed in any way that suits Your

6  Honor.

7          THE COURT:  I'm just debating whether or not to

8  hold you up from proceeding, but I would be pleased to see

9  the normal parties in chambers at say at 12:00.  Why don't

10 we do that?  I mean, I don't know how long the motion is so

11 I may not have read it, you know, in great detail, but at

12 least I'll have a better sense of what is facing us and if I

13 have any questions, we'll talk about it then.

14          MR. HODARA:  We're certainly at your disposal.

15          THE COURT:  All right, let's do that.  Let's

16 figure on 12:00 and I'll go do some reading real quickly.

17          MR. HODARA:  Thank you, Your Honor.

18          THE COURT:  All right, everyone, thank you.  And

19 we will stand in recess and everyone travel safely.  Thank

20 you.

21          ALL:  Thank you, Your Honor.

22

1    Whereupon, at 11:00 a.m., the hearing was adjourned.)

2

3                        CERTIFICATION

4          I certify that the foregoing is a correct

5    transcript from the electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9    _____          26 April 2011
10   Traci L. Calaman, Transcriber               Date

**Word**  Page:Line

12(b)(6)(1) 15:10
a.m(4) 1:16 5:1 55:19 75:1
abbott's(1) 5:8
ability(1) 72:25
able(11) 11:14 18:1 19:15 45:25 59:12
64:1 65:25 69:12 69:15 69:17 69:25

about(26) 13:3 20:23 21:16 22:19 22:19 23:3
34:13 35:7 42:14 43:20 44:9 47:2 47:10
49:4 49:8 50:23 51:6 51:16 52:11 63:6
65:10 66:3 67:22 70:11 71:7 73:17 74:13

aboveentitled  (1) 75:6
absent(1) 57:24
absolutely(4) 47:5 58:14 61:14 71:15
abularach(30) 7:19 7:21 7:21 8:2 8:3 8:6
8:11 8:17 8:25 9:4 9:9 9:21 9:24 10:15
11:6 14:6 14:7 14:11 14:18 15:1 15:3
15:6 15:14 15:18 15:25 18:13 28:5 28:6
28:19 29:9

acb(3) 23:9 23:9 23:10
accessibility(1) 51:14
accessible(1) 52:23
accommodat(1) 36:11
accomplished(1) 19:7
accordance(1) 19:2
accordingly(1) 58:11
account(1) 46:18
accumulate(1) 63:21
accurate(1) 37:11
acknowledges(1) 64:8
acquisitions(1) 35:9
across(1) 64:3
acting(1) 10:10
action(5) 11:23 12:22 20:3 21:21 21:22
actions(2) 10:1 59:20
active(1) 66:10
actively(1) 54:8
actual(4) 13:24 32:4 41:22 57:15
actually(13) 17:10 26:13 31:7 37:16 40:12
41:25 42:5 43:13 44:10 44:15 54:16 64:4
69:10
adam(1) 2:46
add(7) 11:23 12:19 14:22 19:15 28:12
28:21 70:6

added(4) 18:3 19:9 42:16 48:7
adding(3) 8:11 15:7 19:12
addition(2) 18:14 28:15
additional(13) 8:12 9:17 11:11 11:23 12:5
12:14 12:19 13:16 14:22 15:7 17:25 28:12
28:22

additionally(1) 55:2
address(17) 9:5 9:16 14:23 15:14 16:5
20:10 42:6 42:18 51:13 52:19 56:12 56:19
59:5 61:11 61:12 67:10 70:4

addressed(5) 14:8 29:4 38:16 43:22 68:22
addresses(5) 35:3 35:3 36:1 36:20 63:14
addressing(4) 18:15 26:13 53:20 74:4
adjourned(4) 6:5 41:22 42:4 75:1
administered(1) 1:9
administrativ(1) 68:21
administrators(4) 68:17 70:18 70:19 72:12
adrex(1) 35:13
advance(3) 41:24 43:3 43:8
adversary(1) 8:12
advertising(4) 8:20 9:13 12:9 22:10
advise(1) 6:23
affect(5) 13:6 17:18 18:19 20:5 22:1
affected(1) 21:24 28:1
affiliate(1) 62:18
affiliates(1) 64:18
affirmative(1) 29:8
affirmatively(2) 27:4 27:5
africa(1) 64:20

after(8) 19:15 35:10 35:19 37:4 46:10
48:8 59:16 61:11

afternoon(1) 45:18
afterwards(1) 74:2
again(12) 13:20 21:22 22:1 28:13 28:23
33:5 37:3 37:9 38:1 53:21 57:2 71:16

against(2) 17:2 64:23
agenda(8) 5:12 5:14 18:9 41:15 43:14
61:8 61:19 61:20

agent(2) 20:14 42:12
agents(1) 20:13
ago(2) 43:13 66:18
agree(1) 30:21
agreed(1) 17:4
agreement(12) 18:25 35:16 35:17 36:4
36:7 36:10 36:22 38:15 40:23 50:24 66:3
67:10

agreements(5) 35:11 37:4 37:6 58:2 63:5
akin(4) 2:12 52:6 52:21 56:25
alberts(3) 12:1 24:2 26:11
align(1) 72:5
aligns(1) 72:19
all(76) 5:4 5:10 5:18 6:12 6:24 7:12 7:24
9:9 9:22 10:19 11:19 14:4 14:20 15:13
19:5 21:1 21:7 23:13 24:7 26:6 26:14
27:3 27:7 27:8 29:2 30:1 30:16 33:10
34:16 37:7 40:6 41:9 41:14 41:21 42:17
42:22 43:1 46:8 47:17 48:8 49:13 49:21
50:4 52:24 53:7 53:8 56:14 56:17 57:10
57:16 58:4 58:19 59:8 60:23 61:15 62:14
62:25 63:7 63:21 65:21 66:6 68:3 69:4
71:2 71:6 71:7 71:19 71:19 72:7 72:24
73:7 73:21 74:4 74:15 74:18 74:21

allegation(2) 23:8 23:9
allen(2) 2:26 6:10 6:18
allocated(2) 34:19 68:23
allocation(11) 53:3 65:10 65:14 65:22 66:3
66:25 67:2 67:4 69:11 72:20 73:18

allow(5) 11:17 34:15 67:18 67:22 69:16
allowing(2) 18:6 42:25
allows(1) 68:4
alluded(2) 63:23 63:23
almost(1) 34:18
alone(1) 50:17
along(1) 23:13
already(4) 12:18 28:9 28:16 69:19
also(27) 9:16 16:10 18:17 24:4 28:15
29:21 30:23 32:9 38:2 39:2 40:1 44:18
51:22 51:24 52:14 53:16 59:9 59:25 62:1
63:13 63:22 64:23 70:5 70:23 71:6 72:3
73:5

alternatively(1) 19:23
although(2) 18:24 20:10
always(3) 26:7 52:22 71:20
amend(1) 12:13
amended(18) 5:12 13:17 14:14 15:6 16:8
17:24 18:4 18:7 19:12 26:19 30:7 30:13
36:23 37:4 37:5 37:15 40:21 69:24

amendmen(3) 18:6 30:11 31:4
american(2) 2:39 35:20
americas(1) 2:29
amia(4) 64:19 64:19 68:17 69:21
amount(1) 63:4
amounts(1) 63:11
analysis(2) 24:22 25:9
analyze(1) 25:15
analyzed(3) 24:12 25:6 25:12

and(301) 5:4 5:8 5:22 5:23 5:25 6:6 6:9
6:25 7:5 7:6 7:7 7:19 8:13 8:17 8:17 8:18 8:23
8:21 8:22 9:4 9:5 9:10 9:15 9:16 9:19
10:1 10:2 10:3 10:10 10:16 10:21 11:6
11:11 11:15 11:19 11:25 12:3 12:4 13:21
12:20 13:1 13:4 13:9 13:13 13:14 13:21
14:1 14:1 14:14 14:16 14:21 15:3 15:11
15:14 15:15 15:23 16:9 16:18 17:4 17:4
17:8 17:14 17:19 18:2 18:5 18:11 18:13
18:18 18:20 18:22 18:24 19:6 19:11 19:2
19:25 20:7 20:12 20:13 20:16 20:24 21:1
21:16 21:18 21:21 22:5 22:6 22:9 22:12
22:19 22:22 22:24 23:3 23:5 23:7 23:9
23:12 23:14 23:19 23:22 24:1 24:7 24:7
24:11 24:14 24:15 24:23 25:1 25:2 25:3
25:6 25:9 25:15 25:15 25:19 26:16 26:23
26:23 27:6 27:8 27:11 27:12 27:17 27:21
27:23 27:23 28:13 28:15 29:6 29:9 29:10
29:14 29:19 29:20 30:3 30:7 30:16 30:20
30:21 31:3 31:18 31:20 32:8 32:13 32:15
32:16 32:16 32:18 32:22 33:8 33:14 34:9
35:4 35:13 35:18 35:19 35:22 35:23 36:3
36:6 36:6 36:9 36:11 36:12 36:20 36:22
36:22 37:20 38:9 38:9 38:11 38:12 38:13
38:20 38:24 38:20 38:21 39:9 39:14 39:9
40:2 40:3 40:6 40:7 40:10 40:11 40:13
40:16 40:17 40:17 40:17 40:18 40:23
41:25 42:5 42:9 42:15 42:23 42:24 42:25
43:3 43:6 43:7 43:16 43:18 43:20 43:24
43:25 44:3 44:7 44:7 44:9 44:9 44:14
44:22 44:25 45:5 45:5 45:7 46:1 46:3
46:5 46:10 46:12 46:13 46:15 46:17 46:18
46:20 46:20 46:21 47:4 47:5 47:10 47:15
47:22 48:6 48:10 48:14 48:16 48:21 48:22
49:5 49:5 49:6 49:7 49:12 49:13 49:18
49:23 50:1 50:2 50:23 50:25 51:1 51:2
51:3 51:4 51:8 51:13 51:14 51:17 51:22
51:24 52:2 52:5 52:11 52:17 52:18 52:21
52:22 53:2 53:3 53:8 53:10 53:23 53:24
53:25 54:2 54:5 54:6 54:8 54:15 54:17
54:19 54:22 54:23 55:4 55:7 55:9 55:10
55:12 55:16 55:22 55:22 55:24

and(144) 56:1 56:2 56:3 56:7 56:8 56:11
56:12 56:15 56:20 57:3 57:8 57:12 57:13
57:18 57:20 57:23 58:10 58:15 58:15
58:17 58:19 58:22 58:23 58:25 59:2 59:9
59:14 59:19 59:25 60:3 60:5 60:15 60:17
60:18 60:21 61:10 61:11 61:18 62:3 62:11
62:11 62:12 62:18 62:19 62:22 62:23 63:3
63:6 63:8 63:9 63:10 63:19 63:21 63:23
64:3 64:8 64:8 64:15 64:20 64:24 65:3
65:4 65:6 65:7 65:9 65:11 65:20 65:21
65:23 65:24 66:1 66:1 66:2 66:3 66:7
66:9 66:12 66:14 66:18 66:20 66:22 66:2
67:3 67:5 67:6 67:9 67:12 67:23 67:25 68:1
67:18 67:19 67:19 67:22 67:23 67:25 68:1
68:1 68:3 68:7 68:14 68:18 69:7 69:9
69:11 69:14 69:16 69:16 69:17 69:19
69:24 70:1 70:1 70:5 70:7 70:8 70:20
70:21 70:23 70:24 70:24 70:25 71:2 71:7
71:8 71:16 71:24 72:4 72:18 72:16
72:20 72:22 72:22 72:23 73:7 73:12 73:19
73:22 74:3 74:5 74:7 74:16 74:18 74:19

and/or(2) 9:25 18:2
anderson(1) 3:22
andrew(1) 4:21
ann(1) 1:27
announcement(1) 35:19
another(6) 13:20 18:24 24:16 53:10 65:23
73:14

answer(7) 10:6 15:15 17:7 25:21 27:22
47:15 55:11

answered(1) 53:19

any(43) 7:3 11:11 11:13 11:13 13:11
13:16 14:5 14:7 14:14 15:14 15:7 15:8
15:16 22:5 22:15 22:22 25:20 26:16 39:22
39:22 47:6 47:14 47:18 47:23 49:6 54:7
54:22 54:22 57:8 57:13 57:15 57:21 57:22
58:1 59:20 68:8 68:19 69:24 70:4 70:9
71:9 74:5 74:13

anybody(1) 45:2
anybody's(1) 64:7
anyone(3) 40:4 55:9 73:25
anyone's(1) 52:2
anything(9) 21:16 43:3 47:2 52:1 52:9
70:6 71:13 71:18 73:17

anywhere(1) 66:5
apologize(2) 6:5 43:3
appearances(1) 4:13
appears(3) 37:3 44:25 45:10
applicable(3) 13:22 16:1 19:20
applies(1) 28:9
apply(4) 16:2 22:4 25:17 28:9
appointed(2) 56:16 66:14
appointing(1) 47:10
appointment(3) 48:4 48:6 66:15
appointments(1) 47:21
appreciate(7) 58:11 58:14 59:1 60:14
60:22 70:11 71:20

apprised(1) 59:12
approach(2) 41:1 46:13
approaching(1) 73:8
appropriat(13) 12:7 20:7 22:2 27:15
27:23 31:9 31:23 32:4 47:11 59:5 59:17
59:20 60:8

approval(2) 62:16 66:24
approve(2) 40:1 62:23
approved(3) 62:22 63:13 67:5
approximately(1) 68:23
april(6) 1:15 5:1 12:11 17:22 36:12 75:9
arburlach(1) 1:38
are(74) 5:23 8:7 8:17 9:2 9:9 9:24 11:20
11:25 14:1 14:12 14:25 15:21 16:10 20:3
20:8 20:25 24:7 26:7 29:1 31:5 32:8
33:14 33:18 34:14 34:20 35:8 35:9 36:1
36:9 36:16 36:21 38:10 38:22 40:10 41:8
44:4 45:13 46:7 46:9 49:22 50:14 51:25
53:9 53:17 53:18 54:5 54:10 54:11 54:14
54:14 55:5 55:5 55:25 56:2 56:2 56:10
56:17 57:8 57:9 57:20 58:12 59:6 60:17
60:20 63:25 64:20 65:7 65:10 68:7 68:20
70:24 71:18 71:24 73:13

aren't(5) 23:19 26:11 33:1 36:21 40:6
argues(2) 12:17 12:23
argument(7) 13:8 13:20 13:22 14:17 14:19
28:8 32:15

argument's(1) 19:8
arguments(10) 12:16 13:11 20:21 29:1
29:2 29:3 32:3 36:19 37:12 65:21

arin(4) 35:20 36:6 36:18 39:10
arin's(2) 36:12 36:13
arm's(1) 40:18
arnall(1) 4:37
arnoff(1) 3:43
around(3) 34:18 51:12 66:7
arrangement(1) 49:23
arsht(2) 1:24 15:23
ask(3) 24:8 39:23 47:18
asked(6) 6:23 46:12 46:24 52:14 64:21
68:17 69:24 70:21

asking(2) 42:1 66:22
assembly(1) 34:12
assert(2) 10:18 15:8
asserted(4) 10:22 11:12 11:15 17:8
asserts(1) 18:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **assets(6)** 62:19 62:19 63:3 63:8 66:2 72:8 | | **been(84)** 6:5 6:25 10:5 10:8 11:9 11:14 11:19 12:18 14:13 15:15 16:11 21:5 21:19 22:5 22:12 22:16 25:11 25:16 28:11 28:21 28:30 30:11 30:14 32:4 32:14 32:20 34:12 34:18 35:4 37:14 41:6 41:22 42:4 43:6 44:2 44:6 44:21 44:22 44:24 45:1 45:11 45:13 46:5 46:5 46:24 47:3 47:9 48:10 50:11 51:8 52:17 53:12 54:13 54:15 54:15 54:16 55:3 55:14 56:7 56:9 58:23 62:9 62:9 62:10 63:21 63:23 64:4 64:13 64:17 65:11 65:14 65:16 65:25 66:5 66:5 66:6 67:5 68:19 69:8 69:9 69:14 70:14 70:20 | | **bromley(29)** 1:35 4:16 61:12 62:3 62:5 62:9 62:15 63:1 63:13 63:18 64:6 64:7 64:10 64:15 65:1 65:16 66:12 67:9 67:12 69:5 69:7 70:10 70:16 71:4 71:12 71:15 71:19 71:21 72:23 | | **cash(1)** 63:22 | |
| **assist(1)** 35:14 | | | | **brought(1)** 53:24 | | **cause(16)** 11:3 18:17 19:22 20:16 20:23 21:4 21:25 21:25 25:19 25:20 27:8 29:12 31:9 31:14 32:11 40:14 | |
| **assistance(1)** 72:19 | | | | **brown(2)** 4:25 4:29 | | | |
| **assume(1)** 58:19 | | | | **bryant(1)** 2:15 | | **caution(1)** 58:16 | |
| **assumes(1)** 19:9 | | | | **buchanan(1)** 2:33 | | **cc'd(1)** 50:2 | |
| **assure(1)** 44:19 | | | | **buell(1)** 1:36 | | **ccc(1)** 4:10 | |
| **atlanta(3)** 43:11 58:20 59:8 | | | | **bug(1)** 35:1 | | **cede(4)** 6:10 20:20 41:20 42:19 | |
| **attached(2)** 18:7 35:18 | | **before(34)** 1:19 8:7 9:15 10:18 12:11 12:15 13:9 13:10 13:21 13:24 19:7 24:11 24:18 25:3 27:3 33:22 36:19 42:10 44:14 45:18 48:18 49:20 54:6 54:8 62:10 62:16 65:2 66:22 66:22 67:2 69:11 70:9 71:16 73:20 | | **buggy-whip(2)** 34:7 34:8 | | **cell(1)** 34:16 | |
| **attempt(3)** 26:16 55:11 68:8 | | | | **bundles(1)** 51:13 | | **center(2)** 55:18 56:1 | |
| **attempting(2)** 12:23 56:3 | | | | **bureau(2)** 23:15 53:15 54:21 54:23 | | **centers(1)** 55:1 | |
| **attempts(2)** 13:7 13:23 | | | | **bureau(1)** 8:20 9:13 12:9 22:11 | | **century(1)** 34:7 | |
| **attending(2)** 47:18 60:24 | | **beginning(1)** 65:18 | | **business(2)** 63:8 64:3 | | **certain(7)** 20:23 23:7 35:10 59:10 62:7 66:4 67:15 | |
| **attention(3)** 21:14 59:1 59:13 | | | | **businesses(4)** 63:9 65:13 65:19 66:2 | | | |
| **attorney(6)** 43:3 44:8 44:9 44:12 44:12 55:9 | | **behalf(9)** 5:7 6:19 15:24 18:11 26:4 48:2 59:15 59:16 60:18 | | **busy(1)** 63:21 | | **certainly(28)** 7:6 16:23 16:23 29:23 32:2 32:19 38:20 40:9 40:13 40:16 48:25 49:7 49:11 52:11 52:17 62:13 63:12 64:5 68:3 68:7 69:8 70:4 70:9 71:10 71:12 73:21 74:14 | |
| **attorneys(13)** 43:6 43:19 44:11 44:16 47:5 50:8 50:11 51:7 51:8 51:9 52:20 55:1 55:3 | | | | **but(86)** 9:21 13:8 13:20 14:12 15:9 15:17 16:5 19:22 21:4 21:17 21:21 23:6 23:10 23:13 24:21 30:12 30:14 30:23 31:11 31:16 31:22 32:3 32:8 32:12 32:20 32:23 34:1 34:3 34:23 35:1 35:6 35:13 36:21 37:5 37:13 37:23 38:7 39:20 39:23 40:12 41:22 42:7 42:12 42:18 42:19 44:6 45:15 45:20 45:24 47:12 47:15 48:21 48:22 49:11 51:24 52:3 52:9 53:19 54:5 54:23 55:25 56:6 56:10 56:19 58:2 58:16 59:6 59:12 60:11 60:21 61:9 65:17 67:16 67:23 68:11 68:21 68:24 69:16 70:18 71:9 71:23 72:3 73:22 74:8 74:11 | | **certificate(1)** 22:10 | |
| **attrition(2)** 55:22 56:10 | | **behind(3)** 31:21 63:22 65:12 | | | | **certification(2)** 61:25 75:3 | |
| **auction(5)** 62:21 62:22 62:24 63:10 66:1 | | **being(16)** 11:25 12:22 30:8 34:2 35:8 36:4 37:10 40:1 43:4 46:9 47:2 47:8 50:15 53:18 59:10 72:8 | | | | **certify(1)** 75:4 | |
| **auctions(1)** 66:4 | | | | | | **cetera(1)** 21:20 | |
| **audible(2)** 7:4 40:5 | | | | | | **challenges(1)** 67:16 | |
| **austrie(1)** 4:5 | | **believe(27)** 9:13 9:18 14:23 15:14 18:12 18:24 27:20 38:14 39:19 48:15 51:24 67:7 67:12 67:16 67:25 68:2 68:10 68:11 69:1 69:14 69:15 73:10 | | **buy(1)** 66:2 | | **chambers(4)** 59:16 71:17 74:2 74:9 | |
| **authority(2)** 26:10 27:9 | | | | **buyers(1)** 66:1 | | **change(1)** 56:18 | |
| **authorization(1)** 58:9 | | | | **cable(2)** 3:4 29:19 | | **changed(1)** 55:17 | |
| **authorized(1)** 30:10 | | | | **cala(3)** 8:19 8:21 9:25 | | **changes(1)** 36:9 | |
| **automatic(2)** 27:18 27:19 | | | | **caleb(1)** 3:31 | | **chapter(1)** 1:7 | |
| **automobile(1)** 34:11 | | | | **calendar(1)** 62:22 | | **chase(1)** 3:12 | |
| **available(9)** 35:10 35:10 54:3 54:4 55:14 55:15 55:16 57:23 70:17 | | **benefit(2)** 10:15 17:10 | | **call(15)** 37:22 38:6 38:18 42:11 45:25 49:24 54:25 55:8 55:9 55:18 56:1 59:16 59:19 63:5 71:18 | | **check(1)** 41:10 | |
| | | **benefited(1)** 17:16 | | | | **checking(4)** 8:20 9:13 12:9 22:11 | |
| **ave(4)** 3:17 3:38 3:45 4:6 | | **benefits(3)** 53:24 54:2 54:7 | | | | **chief(1)** 38:3 | |
| **avenue(1)** 2:29 | | **benesch(1)** 3:42 | | **called(5)** 10:6 36:8 44:24 45:16 64:19 | | **chip(1)** 66:1 | |
| **avoid(1)** 8:13 | | **bernstein(1)** 48:16 | | **calling(2)** 45:7 56:9 | | **chooses(2)** 27:5 27:12 | |
| **avoidance(3)** 10:1 11:23 20:3 | | **best(4)** 20:15 40:2 40:15 57:13 | | **calls(11)** 42:8 44:3 55:5 55:6 55:7 56:11 57:10 57:12 57:13 57:19 58:3 | | **chose(5)** 21:25 23:4 27:4 | |
| **aware(10)** 9:24 10:24 20:2 26:23 48:5 50:1 50:3 52:7 59:19 66:10 | | **better(3)** 45:20 46:10 74:12 | | | | **chris(1)** 2:6 | |
| | | **between(5)** 13:13 32:10 36:6 36:8 68:18 | | **can(31)** 9:16 11:2 11:8 12:17 18:12 18:24 21:5 23:17 27:22 29:7 35:1 41:6 44:7 46:13 48:19 50:16 52:13 53:11 54:20 55:11 56:2 56:9 56:20 56:21 57:13 58:1 59:10 60:12 69:2 73:10 74:5 | | **circles(1)** 50:25 | |
| **away(2)** 66:24 71:13 | | **beyond(1)** 52:1 | | | | **circuit(1)** 11:2 19:4 | |
| **awful(1)** 59:2 | | **bid(3)** 62:17 62:20 63:19 | | | | **circuit's(1)** 53:25 | |
| **awhile(1)** 62:9 | | **bidders(1)** 66:1 | | **can't(6)** 23:21 27:8 35:1 48:24 56:18 73:2 | | **circumstances(6)** 19:22 20:16 25:20 27:15 31:17 32:1 | |
| **back(17)** 12:25 13:8 13:8 13:14 13:19 18:23 24:5 24:5 29:1 29:3 44:11 50:2 54:2 58:8 65:21 70:7 70:9 | | **bidding(1)** 62:17 | | **canada(10)** 2:9 8:18 37:3 37:6 46:8 46:9 65:3 65:5 68:15 69:20 | | | |
| | | **bids(1)** 62:23 | | | | **circumvent(1)** 13:1 | |
| **backdrop(1)** 10:23 | | **billion(2)** 63:6 63:9 | | **canadian(8)** 2:26 2:27 37:2 46:19 46:21 56:15 64:23 71:3 | | **cite(3)** 23:22 24:1 24:9 | |
| **background(3)** 9:22 12:10 17:1 | | **bit(8)** 16:16 16:17 40:20 45:24 46:16 50:7 66:23 68:24 | | | | **cited(9)** 11:7 12:1 19:11 20:8 25:8 26:10 26:13 28:19 29:2 | |
| **backwards(1)** 55:13 | | | | **capable(1)** 27:1 | | | |
| **bank(1)** 2:7 | | | | **capacity(1)** 48:12 | | **citizen(1)** 43:11 | |
| **bankruptcy(7)** 1:1 1:20 10:20 12:2 12:4 35:23 56:21 | | **black(3)** 19:11 41:5 63:5 | | **careful(2)** 47:1 47:1 | | **civil(2)** 8:9 15:10 | |
| | | **blank(4)** 3:4 48:16 50:21 58:10 | | **carefully(2)** 21:15 48:9 | | **claim(2)** 17:16 60:3 | |
| **bar(1)** 39:15 | | **bldg(1)** 3:31 | | **carey(1)** 28:16 | | **claimants(1)** 57:9 | |
| **base(1)** 31:14 | | **blue(1)** 66:1 | | **case(39)** 1:4 8:25 9:1 9:6 9:13 9:19 9:19 11:6 11:20 12:2 13:5 16:6 16:8 17:1 20:16 22:9 22:9 23:7 24:2 24:10 24:17 24:22 25:5 27:5 27:5 28:11 28:7 30:11 32:3 32:13 39:22 47:23 48:10 57:11 58:10 60:16 72:5 72:6 72:18 73:13 | | **claims(27)** 15:9 42:14 51:16 53:14 53:18 53:20 54:10 54:12 54:14 54:16 54:18 54:20 60:20 63:24 64:1 64:17 64:19 64:20 64:21 64:23 65:3 65:3 65:4 65:9 65:21 69:24 69:25 | |
| **based(3)** 19:8 23:18 67:4 | | **bodder(3)** 57:3 57:5 70:6 | | | | | |
| **basically(2)** 41:23 63:7 | | **boehringer(1)** 11:7 | | | | | |
| **basing(1)** 32:11 | | **boggs(1)** 3:31 | | | | **clarification(1)** 61:10 | |
| **basis(3)** 32:21 40:19 63:2 65:20 67:15 67:18 68:9 68:22 69:12 | | **bondholder(1)** 3:10 | | **cases(38)** 9:6 9:22 10:4 10:18 11:10 11:14 11:16 11:25 12:3 13:2 14:5 14:8 14:11 19:11 20:4 20:8 23:23 23:23 24:1 24:1 24:9 24:9 24:11 24:13 24:16 25:7 25:9 25:10 26:11 26:12 26:15 26:15 28:12 28:16 29:2 31:16 32:10 63:7 | | **clarify(2)** 30:5 30:14 | |
| | | **bonnie(2)** 48:16 50:21 | | | | **clear(12)** 11:1 13:2 13:15 26:19 30:9 52:11 58:16 61:4 61:20 69:2 70:19 72:9 | |
| **bay(1)** 2:8 | | **border(3)** 63:17 65:17 67:18 | | | | | |
| **because(36)** 5:21 9:14 13:23 16:2 16:7 16:13 19:5 19:10 19:16 20:10 21:15 22:4 22:16 23:19 23:23 24:6 24:9 31:2 31:5 31:23 32:19 37:13 37:23 42:7 43:6 43:21 44:8 44:11 44:13 45:16 46:8 47:20 50:23 51:18 65:7 65:25 | | **both(12)** 18:3 40:2 55:16 65:5 66:24 67:2 67:5 67:13 67:19 68:6 68:15 69:20 | | | | **clearly(6)** 11:21 12:20 28:10 31:16 31:22 72:23 | |
| | | **botter(1)** 2:13 | | | | | |
| | | **boxes(1)** 63:5 | | | | **cleary(11)** 1:33 4:15 6:8 7:22 8:3 8:14 9:7 9:11 18:21 33:9 51:21 | |
| | | **branching(1)** 36:5 | | | | | |
| | | **brett(2)** 3:37 21:9 | | | | | |
| | | **brief(2)** 6:7 62:7 | | | | **clerk(1)** 5:2 | |
| **become(3)** 42:8 67:2 72:24 | | **briefly(7)** 16:5 16:25 28:7 29:22 30:20 58:7 61:17 | | | | **client(1)** 30:9 | |
| **becomes(1)** 13:10 | | | | | | **close(2)** 7:22 43:12 | |
| | | **bring(2)** 62:11 72:20 | | | | **closely(2)** 24:8 66:6 | |
| | | **bringing(1)** 59:1 | | | | **cloud(1)** 67:23 | |
| | | **brings(1)** 44:10 | | | | **cnn(1)** 18:11 | |
| | | **broadcasting(4)** 3:6 4:32 18:11 29:20 | | | | **cno(1)** 61:24 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**coams**(1) 8:21

**cobb**(7) 4:33 29:16 29:18 29:18 30:1 30:16 30:17

**cognizant**(1) 57:16
**colleague**(4) 9:4 15:19 18:21 39:14
**collection**(1) 66:1
**collins**(1) 2:20
**columbia**(1) 12:2
**come**(15) 10:23 35:5 39:20 42:10 42:25 50:23 54:17 56:4 56:6 67:1 68:2 68:12 70:23 71:24 72:9

**comes**(2) 54:20 72:5
**coming**(3) 46:23 69:1 69:8
**commenced**(1) 69:20
**comment**(2) 30:19 48:3
**comments**(1) 26:10
**committed**(1) 56:11
**committee**(34) 42:2 42:16 43:19 46:3 46:4 47:2 47:12 47:21 48:5 48:13 48:22 48:24 49:5 49:12 50:16 51:7 51:18 52:6 52:22 52:25 53:5 53:8 53:11 53:12 54:1 54:6 54:17 55:9 57:1 57:15 59:11 66:21 68:7 72:16

**committees**(1) 48:6 48:8
**communication**(1) 50:1
**communication**(5) 4:37 6:21 6:22 48:10 50:3

**community**(1) 57:21
**comp**(2) 56:8 57:9
**companies**(2) 48:7 62:19
**company**(3) 28:17 55:20 64:2
**compensation**(14) 42:2 42:7 43:21 44:2 44:4 46:2 47:4 48:13 50:19 50:20 51:20 51:23 52:2 53:21

**complaint**(10) 10:25 12:13 13:17 14:14 15:8 16:8 17:2 17:6 17:7 17:24 18:5 18:6 18:7 19:12 21:18 24:14 26:19 27:22 30:7 31:4 31:7 32:5

**complaints**(1) 10:18
**completed**(1) 61:9
**completely**(2) 37:11 50:17
**compliance**(1) 23:16
**complied**(2) 22:4 25:17
**comply**(2) 21:14 22:6
**components**(1) 34:1
**composition**(1) 52:25
**computers**(1) 34:16
**concept**(1) 65:14
**concern**(4) 7:3 53:23 58:15 65:20
**concerned**(2) 45:14 49:4
**concerning**(1) 71:9
**concerns**(16) 9:18 14:24 14:15 35:22 36:13 42:9 42:10 42:13 48:21 51:15 53:10 55:12 56:7 59:1 59:5 59:23

**conclude**(1) 21:4
**concludes**(1) 19:23
**conclusion**(3) 72:10 72:21 73:15
**condition**(1) 21:19
**conditions**(3) 22:5 22:16 65:24
**condone**(1) 27:11
**conduct**(1) 69:17
**conduit**(13) 10:6 10:9 10:10 10:16 10:21 10:22 11:12 11:15 11:25 12:21 17:8 22:19 28:14

**confectionary**(1) 28:17
**conference**(6) 17:14 49:24 59:18 68:18 70:22 71:17

**confidentiality**(1) 58:2
**confirm**(1) 58:8
**conflict**(6) 44:13 47:3 47:6 47:8 49:9
**conflicts**(2) 3:43 49:6

**confluence**(1) 72:7
**connect**(1) 34:15
**connection**(2) 62:17 69:11
**consensual**(2) 68:9 68:10
**consequence**(1) 29:3
**consider**(2) 48:8 57:18
**consideration**(1) 49:16
**considering**(1) 54:5
**consistent**(2) 30:4 54:24
**constant**(1) 53:12
**constituencies**(2) 66:7 73:15
**contact**(7) 52:2 52:14 53:12 56:6 58:9 73:16 73:17

**contacted**(5) 17:12 35:19 38:11 52:12 55:3
**contemporaneously**(1) 18:4
**contend**(3) 25:7 25:14 25:19
**contested**(8) 6:2 9:12 9:12 25:1 25:4 25:12 32:21 34:2

**context**(4) 11:24 12:5 12:21 28:14
**continually**(1) 73:16
**continue**(2) 52:10 68:9
**continued**(5) 2:2 3:2 4:2 5:22 10:2
**continuing**(1) 70:14
**contract**(2) 23:11 50:19
**contradicted**(1) 28:11
**convenient**(1) 74:3
**conversation**(2) 48:18 52:5
**conversations**(2) 57:23 68:8
**convey**(1) 47:9
**coplan**(1) 3:42
**copy**(3) 12:14 18:3 18:5
**cordo**(2) 1:27 59:15
**corp**(1) 3:15
**correct**(7) 13:2 20:10 23:2 30:2 41:24 58:20 75:4

**cost**(1) 10:3
**could**(9) 6:10 15:3 19:6 20:15 24:13 27:2 41:1 50:7 65:22

**counsel**(31) 3:43 6:21 17:13 20:20 22:11 22:24 29:20 30:4 36:12 39:3 39:10 39:17 42:5 43:8 48:12 48:14 48:18 49:12 49:19 50:18 51:23 52:6 52:22 53:23 53:25 55:6 58:13 59:23 59:25 60:2 61:25

**count**(2) 37:5 60:19
**couple**(8) 34:8 44:20 51:13 56:9 62:6 62:12 64:16 66:18

**course**(11) 29:9 34:13 36:15 38:14 53:7 54:6 54:10 55:22 57:5 72:6 74:4

**court**(227) 1:1 5:3 5:10 5:13 5:15 5:16 5:20 5:24 5:25 6:3 6:12 6:15 6:17 6:20 6:24 7:2 7:5 7:11 7:15 7:18 7:24 8:1 8:4 8:10 8:16 8:24 9:3 9:8 9:15 9:20 9:23 10:14 10:18 10:24 11:5 11:22 12:3 12:4 12:20 13:9 13:10 13:18 13:21 14:5 14:7 14:16 14:21 14:25 15:2 15:5 15:13 15:17 15:20 16:4 16:7 16:15 16:19 16:22 17:11 18:18 19:4 19:18 19:23 20:17 20:22 20:23 21:2 21:4 21:7 21:20 22:1 22:18 24:3 24:11 24:12 24:20 25:2 25:5 25:6 25:22 26:1 26:5 26:13 27:7 27:10 28:2 28:7 28:16 28:18 29:6 29:14 29:17 29:23 30:16 30:18 30:22 31:1 31:10 33:4 33:7 33:10 33:12 33:16 33:20 33:22 34:10 34:21 35:18 36:2 36:11 36:14 36:19 37:5 37:8 37:16 37:19 38:1 38:4 38:20 39:1 39:6 39:12 39:16 39:18 40:4 40:9 40:24 41:3 41:7 41:9 41:12 41:14 41:17 41:18 41:21 42:3 42:6 42:17 42:22 43:1 43:5 43:15 43:24 45:12 46:10 46:12 46:13 47:6 47:17 47:25 48:21 49:3 49:10 49:13 49:17 49:21 49:23 50:4 50:6 50:10 50:13 50:22 51:2 51:5 51:10 54:8 56:22 57:2 57:5 57:25 58:4 58:6 58:14 58:22 58:25 59:24 60:8 60:11 60:13 60:15 60:22 61:1 61:3 61:11 61:12 61:14 61:16 61:21 61:22 62:1 62:6 62:8 62:14 62:25 63:2 63:17 64:5 64:8 64:8 64:14 64:25 65:15 66:11 67:8 67:11 69:2 69:6 70:7 71:2 71:3 71:6 71:14 71:19 71:22 72:14 73:2 73:5 73:9 73:11 73:20 73:21 74:7 74:15 74:18

**court's**(9) 11:3 20:2 21:14 27:9 29:12 31:9 31:16 40:14 71:25

**courtroom**(8) 1:11 29:21 38:2 39:4 39:10 39:21 48:15 57:10

**courts**(3) 25:2 67:3 68:2
**create**(1) 54:23
**creditor**(5) 42:16 53:5 57:21 66:7 73:15
**creditors**(12) 46:3 47:12 48:6 52:15 52:24 53:4 57:1 57:11 57:17 66:21 68:7 70:23

**cross**(3) 63:2 67:15 67:18
**crossed**(1) 37:3
**crystal**(1) 26:19
**culver**(5) 1:25 15:20 15:22 15:23 16:5 16:9 16:16 16:20 16:21 16:25 17:12 19:19 21:1 21:3 21:8 30:2 31:8 30:20 30:23 31:10 61:11 61:16 61:17 61:23 62:2

**cut**(3) 16:16 44:4 44:5
**cutback**(3) 44:22 45:1 45:12
**cutoff**(2) 45:11 55:15

**dan**(1) 2:27
**darryl**(1) 4:38
**data**(8) 1:45 3:21 18:14 26:4 26:14 26:18 26:21 27:16

**date**(6) 17:6 29:5 30:23 40:22 40:23 72:9
**dated**(1) 35:17
**dates**(1) 40:22
**david**(3) 2:13 4:17 4:18
**davis**(1) 3:15
**day**(23) 11:2 12:6 12:12 13:20 13:25 17:18 17:22 17:23 18:2 18:8 18:24 19:13 24:16 34:7 34:11 34:17 44:14 55:19 60:20 60:21 61:3 65:23 69:3

**days**(16) 10:20 10:25 17:12 17:17 19:8 19:10 19:15 21:20 26:20 27:3 27:18 27:19 59:18 66:15 66:17 66:17

**deadline**(6) 17:5 17:18 17:23 19:2 19:13 31:2

**deal**(4) 6:1 29:2 36:16 70:1
**dealing**(1) 44:22

**debating**(1) 74:7
**deborah**(1) 1:36
**debtor**(1) 10:11
**debtors**(40) 1:13 1:24 2:4 2:28 5:8 8:6 8:7 8:15 9:2 9:7 9:11 10:19 14:20 14:22 15:24 17:4 17:9 17:20 17:24 18:9 19:5 20:1 20:9 22:19 22:19 38:13 40:2 40:15 43:8 51:7 56:9 59:11 59:16 59:23 63:14 64:23 66:20 68:6 70:23 72:16

**decade**(1) 43:13
**december**(2) 17:3 17:3
**decide**(1) 36:22
**decided**(3) 19:1 31:13 45:16
**decision**(4) 11:13 31:22 32:10 65:20
**decisions**(1) 65:13
**declaration**(1) 6:9
**dedicated**(1) 55:25
**defendant**(10) 5:10 12:14 12:18 13:16 15:7 21:18 21:20 21:23 26:16 26:17 27:12 28:10 32:5

**defendants**(13) 8:12 10:2 10:17 10:25 11:10 11:11 11:18 11:24 12:6 12:19 18:3 28:13 28:22

**defense**(7) 10:6 10:9 11:25 12:22 17:8 22:19 29:8

**defenses**(5) 14:25 15:9 29:7 30:8 37:10
**defer**(1) 70:5
**deferred**(15) 42:2 42:7 43:20 44:2 46:1 47:4 48:13 50:19 50:20 50:21 51:23 52:1 53:21 56:8 57:9

**definitely**(1) 29:9
**delaware**(7) 1:2 1:13 3:38 3:45 4:6 5:1 39:17

**deny**(1) 31:20
**department**(1) 37:2
**depending**(1) 68:24
**derek**(1) 5:8
**described**(2) 36:4 63:25
**design**(1) 6:22
**desirability**(1) 38:8
**desirable**(1) 40:3
**detail**(3) 35:13 49:8 74:11
**details**(1) 38:10
**determined**(2) 31:3 38:12
**development**(1) 73:23
**developments**(1) 62:10
**device**(1) 34:15
**diaz**(1) 1:45
**did**(13) 16:18 16:22 20:15 22:24 24:18 27:13 30:5 30:14 30:18 37:16 43:25 61:16 68:14

**didn't**(1) 21:16
**differences**(1) 32:9
**different**(8) 16:7 16:9 16:10 42:13 43:22 46:12 56:18 56:18

**difficult**(7) 45:1 46:11 46:23 60:1 60:4 71:24 73:22

**difficulty**(1) 44:10
**direct**(4) 8:22 21:23 58:9 58:17
**directed**(1) 17:5
**directly**(8) 14:12 32:20 52:2 52:12 52:14 55:5 55:8 58:12

**disabled**(2) 44:5 45:4
**disagree**(1) 36:18
**disclosure**(2) 6:8 54:24
**discovery**(5) 11:16 17:14 17:15 22:14
**discrete**(1) 11:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**discretion**(14) 11:4 18:18 19:5 19:24 20:17 20:24 21:6 27:11 29:13 31:9 31:15 31:23 32:8 32:12

**discretionary**(1) 27:9
**discuss**(1) 49:11
**discussed**(1) 12:20
**discussion**(5) 22:24 25:8 30:15 47:19 50:20
**discussions**(5) 10:7 36:5 36:6 50:19 58:17
**dismiss**(2) 21:20 21:22
**disposal**(2) 71:18 74:14
**dispute**(1) 11:8
**disputes**(3) 65:21 67:1 73:3
**distinguishes**(1) 26:14
**distribution**(1) 63:22
**district**(3) 1:2 12:2 12:4
**divestitures**(1) 55:21
**docket**(6) 22:8 22:9 26:18 43:18 43:23 64:11

**docketed**(1) 41:19
**doctrine**(1) 13:14
**document**(2) 18:1 67:6
**documents**(2) 17:19 67:5
**does**(11) 6:22 13:5 14:12 23:15 23:22 28:4 30:13 40:4 48:20 63:20 72:25

**doesn't**(3) 22:4 25:17 37:5
**doing**(1) 44:24
**don't**(26) 19:19 22:3 22:22 23:17 27:14 27:18 32:18 35:12 36:15 41:10 42:11 46:4 49:8 51:12 52:8 53:8 54:25 59:8 59:11 59:14 59:14 70:13 71:12 74:9 74:10

**done**(4) 24:1 27:3 28:20 62:7
**donna**(3) 1:25 15:23 61:11
**dovetail**(1) 72:17
**down**(4) 34:8 55:19 55:23 69:5
**draw**(1) 21:14
**due**(1) 22:18
**duly**(1) 22:11
**during**(1) 56:21
**duties**(1) 52:23
**duty**(2) 57:16 67:13
**ey** (1) 2:26

**each**(4) 11:9 24:9 30:3 51:13
**eager**(1) 66:2
**earlier**(1) 73:16
**easily**(1) 9:14
**east**(1) 64:19
**easy**(4) 44:19 64:2 65:16 69:16
**echo**(1) 26:9
**ecro**(1) 1:43
**edline.com**(1) 8:19
**effect**(3) 18:22 40:12 40:12
**effective**(1) 10:4
**efficient**(2) 67:19 69:18
**efforts**(5) 66:19 69:8 69:10 70:12 70:14
**eight**(1) 66:15
**either**(6) 10:6 11:3 20:6 29:12 31:8 35:9
**electronic**(2) 1:52 75:5
**element**(1) 69:21
**eloquently**(1) 63:25
**else**(5) 7:3 40:4 44:14 46:1 73:17
**else's**(1) 73:25
**emails**(1) 44:3
**emery**(1) 2:39
**emphasizes**(2) 14:15 14:19
**employed**(1) 43:12
**employee**(10) 42:14 53:9 53:10 53:13 54:10 55:6 56:13 56:16 56:20 59:13

**employees**(27) 4:10 42:9 42:11 42:15 42:15 44:18 45:22 46:4 46:9 46:21 46:22 47:9 48:21 51:15 52:13 52:15 53:15 53:16 54:21 54:25 55:3 55:4 55:7 55:8 55:20 56:17 60:11

**end**(3) 45:9 62:24 73:8

**endorse**(1) 57:6
**enemy**(1) 60:3
**england**(1) 28:17
**enjoying**(1) 33:14
**enlarge**(1) 12:18
**enlargement**(4) 8:8 12:7 12:24 14:21
**enlargements**(2) 11:20 29:13
**enough**(1) 35:5
**enron**(3) 12:3 24:1 26:11
**entered**(3) 22:12 25:3 25:11
**entities**(2) 64:23 68:17
**entity**(1) 10:15
**equally**(1) 16:2
**eric**(3) 1:26 5:7 33:6
**erickson**(9) 9:1 9:19 16:2 17:1 17:2 17:3 17:13 17:17 17:24 18:5

**error**(1) 31:4
**escrow**(1) 63:5
**especially**(2) 12:21 26:10
**esq**(35) 1:25 1:26 1:27 1:34 1:35 1:37 2:5 2:6 2:13 2:14 2:20 2:27 2:28 2:34 2:40 2:46 3:5 3:11 3:16 3:23 3:30 3:37 3:44 4:5 4:16 4:17 4:18 4:19 4:20 4:21 4:25 4:29 4:33 4:38 4:39

**essential**(1) 69:21
**establish**(1) 19:22
**established**(1) 65:2
**estates**(1) 40:15
**europe**(2) 64:18 64:19
**european**(1) 46:21
**even**(11) 13:22 14:9 21:4 27:8 30:11 32:4 41:10 51:5 59:2 60:19 63:11

**event**(1) 68:19
**events**(1) 72:5
**eventually**(1) 46:18
**every**(10) 13:10 34:15 34:17 44:12 44:12 52:19 55:11 55:19 60:20 72:4

**everybody's**(1) 46:16
**everyone**(8) 5:3 33:17 52:4 52:17 59:17 70:12 74:18 74:19

**everyone's**(1) 65:14
**everything**(7) 5:21 30:2 56:19 57:7 60:12 65:18 72:18

**evidence**(4) 22:22 23:1 23:3 23:13
**exact**(2) 53:5 72:23
**exactly**(3) 14:18 31:8 61:7
**except**(1) 58:1
**excess**(1) 17:19
**excuse**(2) 26:5 61:4
**exercise**(12) 18:18 19:5 19:24 20:17 20:24 21:5 27:10 31:15 31:22 32:7 32:12 69:18

**exhibit**(1) 6:9
**exhibits**(1) 38:15
**exist**(1) 65:22
**existence**(1) 38:9
**exists**(4) 18:17 20:17 20:23 29:12
**expeditious**(2) 67:3 67:20
**expense**(2) 59:9 59:9
**experienced**(1) 26:9
**expiration**(5) 12:12 13:25 17:18 19:7 26:24
**expired**(2) 27:3 31:6
**explain**(3) 46:11 60:1 60:4
**explained**(1) 11:9
**express**(1) 12:11
**expressing**(1) 48:20
**expressly**(1) 13:4
**extend**(8) 18:18 20:18 21:6 22:2 24:18 28:12 28:21 31:2

**extended**(4) 11:2 13:18 19:2 31:3
**extending**(1) 17:5

**extension**(9) 11:22 17:4 18:15 18:22 20:1 20:5 22:15 27:15 31:8

**extensions**(1) 22:15
**extent**(4) 19:9 54:1 57:8 58:1
**extremely**(1) 51:8
**faced**(1) 32:20
**facially**(1) 53:8
**facilitates**(1) 10:11
**facing**(1) 74:12
**fact**(25) 14:8 18:7 19:6 21:3 22:12 22:14 23:12 24:10 25:1 29:2 29:8 35:15 36:11 37:7 40:10 44:14 46:18 51:21 53:11 55:10 56:8 69:19 72:18 72:24 73:3

**facto**(1) 12:25
**factory**(1) 34:8
**facts**(9) 19:21 23:18 23:19 37:10 38:7 38:19 38:22 40:13 40:13

**factual**(2) 12:10 14:1
**failed**(2) 66:19 70:20
**failure**(4) 11:1 12:5 21:25 22:1
**fair**(4) 38:13 40:17 56:20 68:1
**fairly**(1) 58:16
**faith**(2) 10:1 11:11
**fall**(1) 53:24
**falling**(1) 73:6
**fallon**(8) 3:37 21:9 21:10 22:21 24:4 24:21 25:23 26:1

**fallon's**(2) 26:9 32:2
**far**(3) 45:13 49:2 50:1
**farther**(2) 48:19 49:20
**faster**(2) 69:12 73:7
**fastest**(1) 68:11
**fatell**(2) 48:16 50:21
**faxed**(1) 18:2
**february**(2) 17:6 44:15
**federal**(5) 3:31 8:9 12:11 15:10 66:13
**feel**(3) 29:11 46:22 72:23
**feld**(1) 56:25
**felt**(1) 39:20
**few**(5) 17:12 17:17 46:6 62:12 64:11
**fifth**(1) 3:17
**fight**(1) 66:3
**figure**(2) 66:8 74:16
**file**(6) 6:7 6:23 16:12 16:24 43:17 68:14 69:25

**filed**(38) 7:7 10:1 10:5 16:8 16:12 17:2 17:7 17:24 18:4 18:7 20:4 22:13 30:2 30:11 32:5 32:6 35:18 36:11 37:2 37:4 37:5 37:6 40:21 41:17 63:7 63:15 64:16 64:17 65:3 66:12 66:21 68:16 69:24 70:8 70:18 71:3 71:4 72:17

**filing**(9) 10:20 10:25 16:17 19:12 30:7 31:7 55:20 65:2 72:12

**fill**(1) 27:2
**filled**(1) 41:6
**filing**(1) 27:1
**filtered**(1) 53:11
**final**(1) 32:10
**finally**(3) 38:14 44:15 71:24
**find**(2) 20:4 31:5
**finding**(1) 55:1
**findings**(1) 40:14
**fine**(5) 5:16 6:3 27:18 32:16 37:14
**finger**(1) 2:19
**finish**(1) 55:12
**fire**(1) 50:7
**firm**(3) 29:19 33:9 58:10
**firmly**(1) 67:4
**first**(16) 9:21 12:17 41:8 42:20 43:2 43:17 43:18 44:8 51:14 51:18 55:6 57:6 62:15 65:13 66:8 69:23

**five**(4) 8:15 9:6 27:1 66:17
**fix**(2) 35:1 35:1
**floor**(1) 1:29 3:25
**flying**(1) 73:7
**focus**(3) 71:13 72:20 73:8
**focused**(3) 25:5 51:19 69:17
**folks**(1) 63:25
**follow**(1) 21:11
**followed**(1) 72:11
**for**(135) 1:2 1:24 2:4 2:12 2:26 2:39 3:4 3:10 3:15 3:21 3:29 3:36 3:42 4:4 4:10 4:15 4:28 4:32 4:36 5:6 6:21 7:7 8:6 8:1 9:17 10:15 13:19 13:20 14:4 15:22 16:12 16:17 17:10 17:13 18:16 18:20 18:23 18:24 19:20 20:4 20:12 20:19 20:24 21:2 21:10 21:25 22:2 22:22 22:15 23:22 24:6 24:15 24:19 27:14 29:10 30:6 31:1 31:8 32:13 33:5 35:8 35:23 36:21 37:5 37:13 38:1 41:2 42:1 42:24 43:8 44:7 45:6 45:20 45:21 46:5 46:11 47:5 47:15 47:17 47:21 48:4 48:5 48:7 49:23 52:15 53:9 53:20 54:18 54:20 55:3 56:25 58:9 58:15 58:20 59:5 59:7 59:20 60:1 60:21 60:22 60:22 60:24 61:10 62:2 62:16 62:18 62:20 62:22 63:4 63:15 63:19 63:22 64:20 65:2 65:12 66:22 66:24 66:24 67:1 68:1 68:6 68:7 68:11 68:14 68:17 68:19 69:2 70:21 70:21 71:8 72:9 72:19 73:18 74:1

**foreclose**(1) 14:2
**foreclosing**(1) 68:8
**foregoing**(1) 75:4
**form**(2) 37:15 54:1
**formal**(1) 56:6
**formally**(3) 10:6 70:14 70:16
**formation**(1) 54:5
**formed**(1) 48:8
**former**(1) 66:13
**forte**(1) 2:5
**forth**(11) 11:6 15:10 19:3 20:18 28:8 29:1 30:13 35:12 37:12 38:10 38:19

**forward**(6) 37:21 58:3 64:12 67:18 72:9 73:5

**forwarded**(1) 55:8
**forwarding**(1) 12:14
**found**(2) 38:6 73:4
**four**(2) 61:18 68:23
**frank**(1) 4:39
**frankly**(1) 54:2
**fred**(2) 2:14 56:25
**free**(2) 52:2 52:12
**friday**(2) 16:13 50:1
**friedlander**(1) 3:42
**friendly**(1) 46:7
**from**(43) 6:18 8:3 9:4 10:11 10:17 10:25 14:3 15:19 17:9 17:16 18:21 26:14 34:16 35:8 41:24 42:9 42:23 44:4 44:21 45:17 47:19 48:23 48:25 49:1 51:2 52:9 52:15 55:5 55:6 55:8 55:19 55:20 57:11 58:9 58:20 59:9 64:5 65:18 69:8 69:22 71:13 74:8 75:5

**front**(1) 64:23
**full**(4) 40:16 66:15 68:1 72:10
**fully**(7) 26:23 31:13 34:18 34:18 67:2 70:10 72:20

**funding**(1) 67:9
**funds**(1) 10:11
**further**(8) 14:14 14:18 15:16 37:22 39:23 45:24 47:19 68:8

**future**(1) 46:23
**gallagher**(2) 12:2 24:2
**gathering**(2) 54:18 56:3
**general**(2) 51:15 55:4

**NORTEL NETWORKS, INC. 04/26/11 TLC.DOC**

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| generally(6) 40:7 42:14 52:7 52:15 52:24 53:2 | | has(56) 6:4 7:3 10:5 10:24 11:9 11:10 11:19 12:18 20:19 21:5 22:4 22:6 22:12 25:20 27:7 27:7 28:11 28:20 28:21 30:6 30:11 32:4 33:17 34:1 34:11 35:4 35:6 35:6 35:7 36:18 40:11 41:22 42:4 42:8 42:20 44:14 45:12 49:14 50:21 51:21 52:17 54:23 58:23 59:23 62:9 64:5 65:14 65:16 65:21 67:1 68:2 68:12 70:14 70:20 70:20 | | holiday(2) 16:14 33:14 honor(84) 5:6 5:8 5:11 6:14 6:16 7:16 8:2 8:7 9:9 9:22 15:22 15:25 16:12 16:18 16:25 17:5 20:19 21:3 21:5 21:9 21:11 22:3 22:8 22:21 24:8 25:3 25:7 25:14 25:18 25:18 25:20 26:12 27:2 27:13 28:6 29:16 29:21 30:20 33:3 33:5 33:13 39:5 39:11 39:22 40:20 41:13 45:15 46:25 47:14 48:1 50:11 51:11 56:24 57:6 58:7 58:23 59:22 60:5 61:6 61:15 61:17 62:5 63:1 63:15 63:20 64:10 64:20 65:7 65:11 66:20 66:22 67:12 67:21 68:14 70:3 71:4 71:18 71:21 72:2 72:21 73:24 74:6 74:17 74:21 | | including(2) 15:9 38:11 inclusion(1) 18:12 incorporated(1) 8:22 incorrect(1) 14:1 incredible(1) 44:16 indeed(5) 14:14 47:15 58:21 60:21 68:9 indicate(6) 31:12 31:16 32:23 37:17 38:21 64:11 |
| generate(1) 65:10 generated(3) 65:9 65:19 65:23 generation(1) 34:22 george(1) 38:2 get(15) 5:22 24:15 27:18 27:19 44:8 45:1 45:3 45:6 45:22 46:13 48:6 50:10 53:4 58:8 70:25 | | | | | | indicated(3) 20:23 48:11 71:3 indicates(1) 32:3 indicating(1) 22:13 indication(1) 24:23 individual(3) 47:11 52:23 53:6 individuals(3) 48:7 55:25 67:23 industry(3) 37:2 37:3 37:6 informally(1) 10:7 |
| gets(2) 46:16 52:20 getting(4) 44:11 44:18 45:2 54:8 ginger(1) 1:43 give(7) 9:21 23:6 31:20 41:16 42:12 62:6 68:25 | | hasn't(2) 21:19 25:16 hauer(1) 56:25 have(140) 6:25 10:1 10:2 10:5 10:7 10:8 11:16 11:22 12:19 13:10 14:5 14:7 14:9 14:11 14:13 15:15 16:8 16:10 18:9 19:5 19:7 21:19 22:6 22:9 22:16 22:24 23:15 25:2 25:11 25:19 27:2 27:21 28:16 29:2 31:6 34:8 34:18 34:19 35:3 35:5 37:3 37:9 37:11 37:21 38:2 38:16 39:3 39:6 39:9 41:1 42:15 43:5 43:13 44:4 44:18 44:25 46:4 46:12 47:4 47:9 47:19 47:21 47:23 48:10 48:17 48:17 49:25 50:11 51:3 53:16 53:19 53:22 53:25 54:3 54:12 54:20 55:7 55:25 56:9 57:23 58:2 58:8 58:17 58:25 59:8 59:18 61:9 62:10 62:21 63:7 63:9 63:14 63:23 64:10 64:11 64:13 64:15 64:17 64:21 64:23 65:4 65:15 65:15 65:25 65:25 66:5 66:5 66:6 66:8 66:15 66:16 66:19 67:4 67:5 67:13 67:15 67:16 67:21 67:24 68:12 68:22 68:24 69:8 69:9 69:14 69:21 70:4 70:6 70:16 70:23 71:7 71:9 71:24 72:7 72:16 73:12 74:11 74:12 74:13 | | honor's(1) 66:9 honorable(1) 1:19 hope(1) 11:17 16:22 33:14 62:21 63:10 hopeful(1) 32:15 hopefully(2) 33:16 68:21 hoping(1) 42:6 horne(55) 4:11 41:16 41:20 41:24 42:1 42:19 42:23 42:23 42:24 43:2 43:10 43:16 43:25 44:1 44:7 45:3 45:13 45:15 47:17 47:22 47:24 48:11 48:18 48:20 49:1 49:3 50:2 50:6 50:6 50:7 50:9 50:11 50:14 50:22 51:4 51:7 51:12 51:12 52:12 57:8 58:9 58:17 58:19 58:21 58:23 59:21 59:22 59:25 60:10 60:12 60:14 60:18 60:23 63:25 67:23 | | informed(2) 36:12 51:24 ingersoll(1) 2:33 initial(7) 10:12 12:6 12:12 16:11 17:2 17:23 19:15 initially(2) 19:4 20:6 insight(1) 8:22 insights(1) 53:13 insofar(1) 18:21 integrity(1) 49:5 intends(1) 61:21 |
| given(6) 19:24 32:12 32:13 38:5 57:16 giving(1) 34:4 glad(1) 25:21 globe(1) 73:13 goes(1) 55:2 | | | | | | interest(8) 38:12 40:2 40:15 44:13 47:3 47:6 47:8 50:15 interested(2) 48:24 49:4 interesting(2) 22:22 34:1 interests(2) 53:1 56:17 interim(1) 67:9 |
| golden(1) 4:37 good(56) 5:3 5:4 5:5 5:6 6:15 6:16 6:17 7:12 8:1 8:2 10:1 11:3 11:10 15:20 15:22 16:13 18:17 19:22 20:16 20:23 21:4 21:5 21:8 21:9 25:21 26:1 26:3 27:8 29:12 31:14 32:11 33:12 33:13 33:14 39:5 39:7 39:11 39:12 39:12 39:16 41:4 41:7 42:23 42:24 44:25 45:6 47:25 48:1 53:13 56:23 56:24 57:12 57:19 58:25 62:4 62:5 | | | | horne's(3) 48:4 48:24 51:23 horse(3) 62:17 62:20 63:4 hotline(3) 51:15 55:14 55:16 hour(1) 74:1 hours(2) 56:2 68:23 housekeeping(1) 40:21 | | international(7) 3:21 18:14 26:4 26:14 26:18 26:21 27:16 internet(8) 2:40 33:19 34:13 34:16 35:7 35:15 35:20 63:14 interplay(1) 13:13 intervention(1) 73:4 interventions(1) 71:25 into(8) 46:18 49:8 62:23 66:10 68:2 68:12 69:8 73:6 |
| google(2) 62:18 62:18 got(4) 25:4 35:8 47:5 53:22 gotten(4) 25:2 51:25 55:5 55:6 gottlieb(6) 1:33 4:15 7:22 8:3 8:14 51:21 grant(4) 14:21 23:17 31:12 40:19 granted(5) 11:22 16:23 20:1 27:7 29:13 granting(1) 33:1 | | having(4) 44:10 61:3 67:17 72:10 he's(3) 38:16 38:18 head(1) 71:24 headquarters(1) 63:16 heads(1) 68:25 hear(7) 21:16 42:22 47:19 48:23 48:25 49:1 51:2 | | how(14) 15:21 25:1 38:12 43:7 44:9 45:3 45:6 45:19 46:17 60:20 62:3 65:9 65:17 74:10 however(2) 11:1 53:21 human(1) 44:23 hunter(1) 2:6 | | introduce(1) 39:2 introduced(1) 44:12 inventory(1) 34:9 involved(4) 51:9 70:25 72:25 73:13 ipods(1) 34:16 ipv4(1) 34:14 ipv6(1) 34:23 |
| grappled(1) 32:17 grateful(1) 64:9 gratuitous(1) 35:2 great(1) 74:11 gregory(1) 4:37 gross(2) 1:19 26:3 grounds(1) 21:2 group(8) 3:10 3:22 18:14 26:4 26:14 26:19 26:21 27:16 | | heard(6) 37:13 40:4 40:11 42:13 49:1 50:2 hearing(14) 7:5 40:23 44:15 44:21 47:16 58:20 62:23 63:15 64:20 66:23 68:1 68:2 69:23 75:1 hearings(2) 66:25 67:17 | | i'd(10) 5:14 8:13 9:21 20:22 31:11 38:18 47:12 70:4 70:5 73:24 i'll(12) 7:7 9:6 25:21 42:18 42:22 47:14 59:12 65:8 70:9 71:7 74:12 74:16 | | irr(1) 35:21 irrespective(1) 57:15 isn't(3) 23:19 54:22 56:15 |
| groups(1) 55:7 guess(2) 23:7 32:18 guilfoyle(2) 3:5 29:21 gump(3) 2:12 52:21 56:25 guyder(1) 2:27 | | help(1) 60:7 helpful(4) 32:16 49:19 58:18 62:8 hercules(1) 3:24 here(31) 5:9 11:8 13:4 25:17 29:3 29:12 31:2 31:9 32:9 33:17 33:18 34:12 39:6 43:7 43:14 43:21 47:8 48:15 50:14 50:25 53:22 57:3 58:23 58:25 59:23 60:6 64:17 66:21 68:15 69:20 74:4 | | i'm(29) 5:9 15:15 21:21 31:12 31:14 31:22 32:9 32:11 37:23 38:23 43:22 44:8 45:2 47:8 48:1 48:3 48:14 49:2 50:1 50:15 50:24 51:5 52:12 59:10 59:22 61:3 70:7 73:25 74:7 i've(12) 19:21 29:10 31:13 32:19 43:6 44:2 44:21 44:22 45:15 46:5 46:24 47:3 idea(1) 23:6 | | issue(27) 9:14 13:10 18:23 19:1 25:5 25:6 29:4 29:7 30:10 30:14 32:17 32:20 32:22 35:6 37:13 38:1 46:2 46:5 48:4 49:9 49:20 51:6 52:4 52:7 54:9 65:8 71:3 |
| had(24) 20:10 26:16 26:19 26:20 32:17 33:14 35:14 35:15 35:21 39:20 39:22 40:21 41:17 44:4 44:13 49:19 54:2 56:6 66:15 66:16 67:17 68:17 68:19 68:20 | | | | ideal(1) 20:15 identify(4) 11:15 11:17 17:21 18:1 identifying(1) 17:15 identity(1) 20:10 | | issues(23) 24:7 36:21 36:21 50:14 51:13 52:18 53:3 53:9 53:10 53:13 53:16 55:4 55:4 56:20 57:22 60:16 67:14 69:13 69:14 71:9 71:24 73:17 73:19 |
| hadley(1) 3:10 hamilton(3) 1:33 4:15 8:3 hand(2) 7:9 23:6 handle(3) 6:10 7:23 33:9 handling(1) 51:16 hanging(1) 33:1 happening(1) 57:17 happy(7) 15:15 47:15 49:11 67:22 70:1 70:4 70:5 | | hereby(1) 15:11 herrington(1) 4:17 higher(1) 63:11 hiller(1) 2:46 | | idg(4) 16:13 16:18 19:4 19:6 idg's(1) 20:9 ifsa(1) 67:7 imagine(1) 65:16 immediately(1) 72:12 impact(1) 18:15 impasse(2) 70:20 70:24 important(4) 14:13 31:1 60:17 65:7 importantly(1) 13:21 | | |
| hard(3) 63:24 65:12 73:11 harris(1) 2:45 harrisburg(1) 1:47 | | him(7) 38:6 42:11 42:12 49:12 52:1 52:2 52:14 himself(2) 18:25 48:22 his(6) 10:15 42:8 42:20 48:12 49:4 66:14 historically(1) 35:9 history(5) 24:17 24:22 25:10 34:4 67:16 hit(1) 64:11 hobara(1) 70:5 hoc(3) 43:19 48:13 49:12 hodara(20) 2:14 56:23 56:24 56:25 57:3 57:6 58:1 58:4 58:5 63:23 71:25 72:2 72:15 73:3 73:10 73:12 73:22 73:24 74:11 74:17 hold(2) 66:25 74:8 holds(1) 12:21 | | impossible(1) 19:16 impressed(1) 59:23 improper(2) 11:13 13:3 improperly(1) 12:24 inc(20) 1:7 3:5 3:5 4:10 4:24 4:37 8:18 8:18 8:18 8:19 8:19 8:19 8:20 8:21 8:21 8:22 9:25 9:25 22:11 29:20 include(1) 12:13 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **it's**(61) 5:4 5:25 8:2 16:7 16:9 19:10 20:2 20:12 22:23 23:2 23:3 23:5 24:21 27:6 28:10 29:4 31:1 31:2 31:3 31:23 34:2 34:4 35:21 37:14 39:6 43:1 43:13 44:5 44:19 45:1 45:5 45:18 45:20 45:21 47:7 47:10 48:15 49:16 52:3 52:11 52:23 55:15 56:7 58:16 58:25 59:3 59:25 60:4 60:18 62:4 62:5 62:8 63:6 64:4 64:15 67:23 71:22 72:3 73:4 73:11 | | **last**(14) 30:19 44:16 50:1 51:24 54:4 55:12 63:2 66:20 68:15 68:16 70:8 71:4 72:8 72:12 | | **lucky**(1) 35:5 | | **milbank**(1) 3:10 |
| **item**(7) 5:22 6:4 6:6 33:6 33:18 41:15 41:16 | | **lately**(1) 64:11 | | **lunch**(1) 74:1 | | **million**(3) 62:20 63:3 63:19 |
| | | **later**(7) 24:7 26:23 29:4 29:8 30:23 35:11 56:2 | | **lunchtime**(1) 45:18 | | **mind**(2) 44:10 65:14 |
| **items**(3) 5:22 61:9 61:19 | | | | **m5j**(1) 2:9 | | **minimize**(1) 53:15 |
| **its**(14) 12:12 12:16 18:18 19:5 19:24 20:17 20:24 27:6 27:10 34:1 35:6 36:19 57:15 57:16 | | **laughter**(6) 7:20 26:8 40:8 61:2 61:6 69:4 69:24 | | **mace**(1) 1:43 | | **minute**(1) 44:16 |
| | | **law**(9) 11:20 13:5 19:11 19:19 27:20 28:11 29:19 32:3 32:13 | | **made**(14) 10:16 10:19 11:15 21:12 21:15 21:18 21:19 24:18 26:15 27:23 65:13 65:20 70:19 72:23 | | **minutes**(1) 27:1 |
| **itself**(2) 13:5 65:17 | | | | | | **missing**(1) 40:22 |
| **james**(2) 3:36 4:16 | | **laws**(1) 56:17 | | **magic**(1) 38:9 | | **mistake**(1) 52:8 |
| **jane**(2) 3:30 48:2 | | **layoffs**(1) 55:22 | | **magnificent**(1) 43:7 | | **mistaken**(2) 19:8 26:7 |
| **january**(2) 44:11 45:11 | | **layton**(1) 2:19 | | **major**(1) 72:8 | | **modern**(2) 34:6 34:11 |
| **jennifer**(1) 3:44 | | **lead**(2) 42:1 62:22 | | **make**(16) 7:2 13:2 13:7 13:11 20:22 21:12 24:5 30:9 32:10 36:18 55:10 57:22 59:10 61:4 63:24 69:10 | | **modify**(2) 54:1 54:7 |
| **jeremy**(2) 3:23 26:3 | | **leamy**(15) 3:30 47:25 48:1 48:2 49:7 49:11 49:16 49:18 49:22 49:25 50:5 58:6 58:7 58:15 59:11 | | | | **moment**(7) 9:16 15:17 20:9 49:14 59:2 59:9 59:15 |
| **jesse**(1) 4:20 | | | | | | |
| **jessica**(3) 2:28 6:9 6:18 | | | | **makes**(2) 12:16 72:6 | | **moments**(1) 62:6 |
| **jim**(1) 1:35 | | **learned**(1) 22:19 | | **making**(3) 23:1 49:23 53:3 | | **mona**(1) 2:34 |
| **job**(2) 44:25 71:15 | | **least**(7) 32:7 54:21 59:12 60:11 60:15 69:22 74:12 | | **managed**(1) 44:15 | | **monday**(3) 33:22 62:16 70:9 71:8 |
| **jobs**(1) 45:5 | | | | **manhattan**(1) 3:12 | | **money**(6) 46:17 53:4 53:21 63:4 65:9 |
| | | **leave**(3) 16:12 45:20 50:16 | | **manned**(1) 55:18 | | **moneys**(1) 66:9 |
| **joint**(6) 66:23 67:17 68:16 68:18 68:19 68:22 70:19 72:12 | | **led**(1) 35:16 | | **manner**(8) 10:4 36:3 54:19 54:25 67:3 68:4 69:15 69:16 | | **monitor**(1) 2:27 |
| | | **left**(1) 33:1 | | | | **month**(1) 66:23 |
| **jointly**(2) 1:9 72:17 | | **legal**(1) 14:1 | | **manning**(1) 56:1 | | **months**(1) 63:6 |
| **joseph**(1) 3:16 | | **length**(1) 40:18 | | **many**(8) 11:21 25:1 32:18 45:19 46:12 53:13 56:5 60:20 | | **more**(9) 10:1 31:21 65:19 66:23 68:20 68:24 71:23 73:17 74:3 |
| **judge**(4) 1:20 26:3 28:16 66:13 | | **less**(3) 20:15 55:23 68:20 | | | | |
| **judges**(2) 72:19 72:24 | | **let**(17) 7:2 21:11 21:14 27:20 27:21 39:21 43:2 51:2 51:4 59:22 68:25 69:7 | | **march**(3) 17:17 35:17 65:4 | | **morning**(32) 5:3 5:5 5:6 6:15 6:16 6:17 7:12 8:1 8:2 8:7 15:20 18:2 21:8 21:9 26:2 26:3 33:12 33:13 39:5 39:7 39:11 39:12 39:12 39:16 41:4 42:23 42:24 45:17 47:25 48:1 56:23 56:24 |
| **july**(2) 41:22 42:5 | | | | **mario**(1) 2:5 | | |
| **jump**(1) 51:12 | | **let's**(4) 24:5 59:18 74:15 74:15 | | **maritz**(1) 8:18 | | |
| **june**(6) 62:24 64:22 65:21 66:23 68:19 68:19 69:24 70:22 | | **letter**(11) 12:10 19:11 37:1 37:7 37:10 41:17 42:14 43:23 47:1 51:20 51:25 | | **mark**(1) 2:20 | | **morowitz**(9) 65:2 66:22 66:25 67:6 67:13 68:18 69:12 69:17 70:25 |
| | | | | **market**(6) 1:12 1:28 2:35 2:47 3:6 3:25 | | |
| **jurisdiction**(3) 28:1 36:20 67:13 | | **letters**(1) 43:16 | | **marketed**(1) 35:15 | | **morris**(8) 1:24 3:36 5:7 9:2 9:4 15:19 15:23 28:19 |
| **jurisdictions**(2) 46:19 64:3 | | **liability**(2) 10:17 22:20 | | **marketing**(2) 35:15 40:16 | | |
| **just**(51) 7:2 8:14 13:12 16:5 16:25 17:17 20:22 21:11 23:6 27:10 28:6 28:23 30:20 31:14 31:20 34:23 38:18 38:21 39:2 41:5 41:23 42:12 43:6 44:20 44:21 45:20 47:8 48:1 48:3 51:5 51:16 51:18 52:3 52:4 54:11 55:10 55:12 55:22 58:7 58:11 59:9 59:19 59:22 60:1 61:17 61:24 62:6 66:17 70:8 72:4 74:7 | | **liberty**(1) 1:39 | | **material**(1) 57:24 62:10 63:8 | | **most**(2) 26:9 51:19 |
| | | **light**(1) 14:19 50:7 | | **matter**(15) 9:12 12:9 13:24 14:1 16:12 22:23 33:9 37:21 41:22 42:4 48:14 48:19 51:23 67:19 75:6 | | **motion**(51) 6:6 6:8 6:22 7:5 9:5 12:15 14:10 16:1 16:12 16:16 18:4 18:10 21:3 22:6 23:1 23:17 24:6 24:10 24:18 25:1 25:13 29:11 32:6 33:19 34:3 34:5 35:12 35:18 36:17 36:22 38:8 38:11 38:19 38:22 40:1 40:13 40:19 42:2 42:7 53:24 56:8 63:15 66:13 66:21 68:15 70:8 71:2 72:16 73:20 74:3 74:10 |
| | | **like**(23) 5:14 6:1 8:14 9:21 13:12 15:4 31:11 34:23 38:17 45:7 47:12 48:17 49:18 58:16 59:2 59:6 64:2 64:3 67:15 67:23 71:17 74:1 74:2 | | | | |
| | | | | **matters**(10) 5:23 6:2 7:6 7:17 7:23 8:15 8:11 10:3 61:13 68:20 | | |
| **justice**(9) 65:2 66:22 66:24 67:6 67:13 68:18 69:12 69:17 70:25 | | **limitations**(7) 13:1 13:6 18:16 18:22 19:25 29:6 31:6 | | **matthew**(1) 4:5 | | **motions**(16) 8:8 9:10 9:15 10:5 10:24 11:21 13:9 13:13 13:13 31:20 56:8 61:10 61:18 61:18 61:21 62:1 |
| | | **limited**(6) 6:7 6:19 15:9 18:10 30:3 71:9 | | **matz**(1) 3:11 | | |
| **katherine**(1) 4:19 | | **limits**(1) 50:19 | | **may**(25) 6:5 7:9 11:12 13:16 13:18 25:10 29:22 43:13 43:13 45:4 47:3 48:21 54:4 54:54 58:17 59:20 60:6 63:15 64:10 64:12 64:21 68:23 69:24 72:18 74:11 | | **motivated**(1) 11:12 |
| **keach**(1) 48:16 | | **line**(2) 34:12 41:6 | | | | **move**(4) 67:18 68:2 69:12 72:9 |
| **keep**(1) 59:11 | | **lisa**(2) 1:34 33:8 | | | | **moved**(1) 66:9 |
| **keller**(1) 6:9 | | **listed**(1) 38:16 | | | | **moves**(1) 73:5 |
| **kevin**(1) 1:19 | | **listened**(1) 21:15 | | **maybe**(2) 37:11 56:7 | | **much**(8) 30:1 35:13 46:9 46:17 60:21 65:8 69:12 71:21 |
| **kind**(1) 56:6 | | **listening**(1) 57:9 | | **mccann**(11) 9:1 9:19 16:2 17:1 17:2 17:3 17:13 17:17 17:24 18:5 30:11 | | |
| **king**(2) 2:22 3:32 | | **little**(12) 16:7 16:9 16:16 16:17 31:11 31:21 45:24 46:16 50:7 60:1 66:23 68:24 | | | | **myself**(2) 47:2 47:6 |
| **knew**(3) 20:9 23:3 23:13 | | | | **mccann-erickson**(1) 4:4 | | **name**(4) 42:8 43:10 43:13 44:6 |
| **know**(27) 14:14 20:12 39:21 44:3 45:4 45:5 45:12 46:16 46:22 51:7 53:25 56:9 56:14 59:10 59:14 60:3 60:25 62:25 68:25 69:7 69:13 69:13 70:12 70:13 72:24 73:15 74:10 74:11 | | **live**(3) 27:20 43:11 55:18 | | **mccloy**(1) 3:10 | | **named**(7) 10:17 12:19 13:17 14:13 17:25 20:6 28:10 |
| | | **livshiz**(1) 4:18 | | **mcdermott**(1) 2:39 | | |
| | | **llc**(1) 2:45 | | **mcneal**(1) 13:8 | | **naming**(1) 32:5 |
| | | **llp**(8) 2:4 2:26 2:39 3:15 3:36 3:43 4:32 4:37 | | **mean**(4) 52:19 63:20 72:25 74:10 | | **narrowed**(1) 69:14 |
| **knowing**(1) 20:11 | | | | **means**(1) 63:20 | | **natural**(2) 55:21 56:10 |
| **knowledge**(1) 27:7 | | **local**(2) 16:17 29:20 | | **meant**(1) 53:1 | | **nature**(2) 23:11 23:12 |
| **known**(2) 37:2 67:6 | | **located**(2) 63:18 64:18 | | **mediating**(1) 69:9 | | **near**(1) 66:5 |
| **laddin**(1) 4:38 | | **long**(2) 37:20 74:10 | | **mediation**(9) 66:10 66:16 66:19 68:1 70:13 70:14 70:17 70:20 72:10 | | **nearly**(2) 63:9 65:12 |
| **laid**(2) 19:21 20:8 | | **longer**(3) 20:13 34:23 55:15 55:25 | | | | **necessarily**(1) 54:23 |
| **lane**(1) 66:14 | | **look**(5) 22:8 23:23 24:8 25:15 58:3 | | **mediator**(2) 66:14 70:13 | | **necessary**(4) 36:22 38:7 40:2 59:20 |
| **language**(8) 9:17 14:23 15:3 18:13 22:7 30:3 30:4 30:12 | | **looked**(1) 46:10 | | **meghan**(1) 1:37 | | **necessity**(1) 7:7 |
| | | **looking**(2) 18:1 73:14 | | **member**(3) 39:14 48:12 53:7 | | **need**(19) 20:5 22:15 25:18 25:18 27:19 35:3 36:16 38:5 39:20 45:22 48:22 48:23 52:19 54:13 59:14 60:5 61:10 68:23 70:24 |
| | | **lose**(1) 72:25 | | **membership**(2) 53:6 57:15 | | |
| **large**(1) 72:4 | | **lost**(2) 45:4 60:16 | | **mention**(2) 30:6 64:16 | | |
| **larger**(5) 33:22 53:4 53:16 53:23 60:16 | | **lot**(3) 44:3 46:2 59:2 | | **mentioned**(5) 62:15 69:19 73:16 | | **needed**(2) 19:6 68:21 |
| **largest**(1) 54:11 | | **lrsa**(1) 36:8 | | **mere**(6) 10:6 10:9 11:25 12:21 17:8 28:13 | | **needs**(1) 56:13 |
| | | **ltd**(1) 53:23 | | **merely**(2) 10:10 10:21 | | **network**(2) 3:4 29:19 |
| | | **lubarsky**(11) 2:28 6:10 6:16 6:18 6:18 6:21 6:25 7:9 7:11 7:13 7:14 | | **met**(1) 11:9 11:19 22:5 | | |
| | | | | **microsoft**(5) 3:15 35:17 35:19 36:6 39:3 | | |
| | | | | **mid-june**(1) 62:23 | | |
| | | | | **middle**(1) 64:19 | | |
| | | | | **might**(4) 34:19 47:18 56:9 59:17 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **networks**(14) 1:7 4:15 4:24 6:7 6:19 8:17 8:18 8:19 8:20 8:21 8:22 9:1 9:25 9:25 | | **objection**(14) 9:5 9:13 9:16 9:19 12:8 12:16 16:13 18:11 18:13 30:3 30:21 37:1 37:23 43:17 | | **outstanding**(1) 11:16 **over**(6) 5:11 15:19 36:20 53:18 61:12 **over-nighted**(1) 18:2 **overall**(1) 55:23 **overy**(3) 2:26 6:10 6:19 **own**(4) 34:1 37:9 55:1 63:14 **p.m**(1) 55:19 | | **pick**(1) 21:22 **pike**(1) 69:5 **pinckney**(1) 2:45 **place**(1) 73:6 **plaintiff**(15) 10:8 10:24 11:10 11:23 14:3 21:16 21:25 22:3 22:13 23:15 23:22 24:14 26:15 27:5 27:11 | |
| **never**(1) 65:16 **new**(9) 1:40 2:16 2:30 3:13 12:4 20:7 28:17 31:7 52:4 | | **objections**(8) 14:1 16:10 18:10 28:7 32:18 37:22 40:10 64:17 | | **page**(2) 5:19 41:5 **pages**(2) 17:19 41:8 **paid**(2) 23:9 54:13 | | **plaintiff's**(2) 22:11 22:24 **plaintiffs**(7) 9:24 12:5 20:4 30:4 31:4 31:17 42:2 | |
| **newly**(1) 19:9 **news**(2) 3:4 29:19 **next**(9) 33:22 34:22 41:15 54:4 59:18 62:16 65:8 74:4 74:5 | | **objectors**(1) 20:20 **obligation**(1) 67:25 **observed**(1) 25:18 **obviously**(11) 27:8 31:19 42:12 42:19 52:19 55:2 56:4 57:24 60:16 63:20 71:8 | | **paper**(1) 32:22 **papers**(8) 11:7 11:9 12:1 19:11 19:21 20:9 28:20 32:16 | | **play**(1) 59:2 **playing**(1) 32:9 **plaza**(4) 1:39 2:7 3:12 3:24 **pleading**(2) 68:16 70:18 **please**(9) 5:2 5:4 5:17 7:11 15:5 15:5 44:8 46:13 62:2 | |
| **nextel**(5) 3:36 12:9 21:10 23:4 28:7 **nice**(2) 33:16 57:2 **nichols**(7) 1:24 5:7 9:2 9:5 15:19 15:23 28:20 | | **occasionally**(1) 45:22 **occasions**(1) 43:5 **occur**(1) 72:5 **occurred**(1) 72:11 **off**(10) 5:14 21:17 34:12 35:11 36:5 44:4 44:5 52:3 55:12 65:23 | | **paraphrasing**(1) 21:21 **parikh**(1) 2:34 **park**(1) 2:15 **parochial**(1) 52:25 **part**(4) 43:12 48:3 56:1 64:2 **participants**(3) 48:14 66:2 66:16 **participate**(2) 68:3 68:4 **participation**(1) 49:4 | | **pleased**(5) 7:8 42:22 43:24 57:12 74:8 **pleasure**(3) 39:6 43:1 60:6 **pockets**(1) 34:17 **podium**(6) 6:11 15:19 20:20 39:20 41:20 42:19 | |
| **night**(4) 66:20 68:15 70:8 71:5 **nna**(1) 8:18 **nni**(3) 7:42 35:4 35:6 35:13 35:19 36:1 36:10 | | **offered**(2) 35:8 42:9 **office**(9) 3:29 47:20 48:5 48:11 49:14 51:22 52:9 52:13 58:8 | | **particular**(9) 11:24 12:1 24:11 28:13 32:5 36:20 52:25 54:9 67:6 | | **point**(15) 11:14 13:12 14:12 14:13 22:22 28:15 41:23 54:14 58:16 60:8 64:4 64:13 68:22 70:15 72:23 | |
| **nni's**(1) 36:16 **non-binding**(1) 66:10 **non-public**(1) 57:24 **none**(1) 7:5 **nonetheless**(1) 13:23 **nor**(3) 10:13 10:15 59:4 **nora**(1) 1:38 7:19 8:3 | | **officer**(1) 38:3 **official**(4) 46:3 47:2 50:16 57:1 **often**(1) 73:4 **ogilvy**(1) 2:4 **okay**(13) 5:15 5:25 8:16 8:24 9:20 15:18 16:21 24:5 24:17 41:7 49:15 50:13 71:6 | | **particularized**(1) 59:12 **particularly**(9) 20:3 34:14 35:23 38:8 53:2 53:17 59:3 59:4 73:19 **parties**(23) 10:21 17:10 17:15 17:21 17:25 19:10 19:12 19:13 19:15 20:6 20:7 38:11 57:20 58:2 59:5 66:7 68:3 69:9 69:13 72:19 72:25 73:13 74:9 | | **pointed**(2) 12:20 24:14 **points**(3) 31:1 31:8 38:17 **polite**(1) 51:8 **popular**(1) 34:19 **portfolio**(1) 33:23 **portion**(2) 10:19 17:9 **portland**(1) 3:18 **position**(5) 11:21 13:15 36:16 41:23 43:9 | |
| **normal**(1) 74:9 **nortel**(38) 1:7 4:10 4:15 4:24 6:6 6:19 8:17 8:18 8:18 8:20 8:21 8:22 9:1 9:25 9:25 12:10 12:23 13:3 13:4 13:15 23:9 33:23 36:8 38:3 43:12 45:7 46:7 46:8 46:9 48:13 54:17 62:19 63:8 63:16 64:2 64:3 64:18 67:24 | | **one**(30) 1:39 2:15 2:21 3:12 7:2 9:10 9:12 23:14 30:5 30:7 30:8 34:2 39:19 40:10 40:18 42:1 43:18 44:21 45:8 50:15 51:14 51:19 54:11 59:7 61:9 65:17 71:15 72:7 73:10 73:16 | | **party**(5) 10:10 10:12 14:19 35:14 36:8 **passed**(2) 10:21 23:10 **patrick**(1) 2:6 **pattened**(2) 33:23 62:19 **pattern**(1) 73:6 **paul**(1) 6:9 **pause**(1) 37:22 **pay**(1) 59:12 **payments**(1) 11:15 | | **positioned**(1) 69:15 **positive**(1) 73:23 **possession**(1) 35:7 **possible**(5) 56:5 56:11 56:12 64:1 70:2 **posture**(1) 16:6 **potential**(4) 11:17 19:25 22:20 35:22 **potter**(1) 2:2 **power**(2) 27:6 36:20 | |
| **nortel's**(4) 11:21 60:2 65:13 66:2 **north**(3) 1:28 2:22 2:47 **not**(101) 6:22 9:15 10:12 11:12 12:6 12:19 13:2 13:5 13:8 13:21 13:22 14:2 14:8 14:11 14:13 15:9 15:17 16:18 16:22 18:18 19:5 19:14 20:1 20:2 20:12 21:5 21:18 28:8 31:3 31:3 32:4 32:17 34:2 34:7 36:8 37:11 37:13 37:23 38:1 40:12 42:6 43:2 43:5 43:20 43:23 44:19 45:6 45:18 46:20 47:1 47:5 47:7 48:14 48:22 48:24 49:14 50:20 50:22 50:25 51:1 51:25 52:3 52:22 52:25 53:18 54:4 54:15 59:3 59:3 59:4 59:10 61:20 61:23 64:2 64:12 65:24 66:3 66:5 68:7 69:13 70:16 71:8 72:25 73:25 74:7 74:11 | | **only**(15) 8:15 9:10 12:17 19:1 20:22 24:21 28:9 31:13 34:12 37:22 44:14 45:17 49:1 72:4 72:22 | | **people**(32) 33:1 35:3 40:6 43:18 44:4 44:5 44:17 44:21 45:2 45:3 45:4 45:19 45:19 45:21 45:25 46:2 46:6 46:7 46:9 46:11 48:23 48:25 53:1 53:19 54:12 55:6 55:23 56:5 58:12 60:19 68:24 73:8 | | **position**(5) 11:21 13:15 36:16 41:23 43:9 | |
| **notably**(1) 12:11 **note**(3) 8:14 30:5 68:16 **noted**(3) 13:2 14:21 28:16 **nothing**(1) 13:3 **notice**(4) 13:16 13:24 40:9 40:11 **noticed**(3) 41:21 43:13 64:10 **november**(2) 66:15 66:17 **now**(16) 12:8 24:4 24:16 27:2 35:7 43:19 44:25 45:17 46:17 49:9 51:19 52:11 53:22 53:25 65:4 72:17 | | **ontario**(1) 2:9 **onto**(1) 23:10 **oops**(1) 37:7 **open**(2) 45:17 45:18 **opening**(1) 6:7 **operating**(1) 63:8 **opportunity**(9) 13:11 34:6 41:16 42:13 42:20 49:19 67:25 68:11 72:3 | | **perceived**(1) 49:9 **perfect**(1) 54:22 **perhaps**(6) 19:14 38:21 45:20 50:7 59:4 73:12 **period**(13) 8:8 11:2 11:22 12:6 12:12 13:17 13:18 13:25 19:17 21:6 22:2 28:12 28:21 **periodically**(1) 62:7 **periodic**(1) 16:23 **permit**(2) 6:8 11:22 | | **present**(7) 10:4 20:20 41:17 46:24 47:12 48:18 50:18 **presents**(1) 54:21 **preserve**(1) 30:13 **preserved**(1) 15:12 **press**(2) 34:20 46:17 **preview**(1) 62:12 **previous**(1) 43:5 **previously**(2) 28:10 32:17 **price**(2) 38:13 40:17 **primarily**(1) 9:6 | |
| **number**(13) 23:10 23:22 28:12 34:23 38:11 45:19 45:21 55:15 55:16 55:17 68:20 71:15 72:7 | | **opposed**(1) 32:12 **order**(18) 7:8 7:10 14:23 16:19 17:5 17:22 22:12 25:3 25:11 27:19 27:21 30:13 36:5 36:10 36:23 37:15 40:22 41:2 | | **permission**(1) 16:23 **permit**(2) 6:8 11:22 **permitted**(1) 13:4 **person**(4) 43:17 55:18 60:6 60:6 **personal**(1) 27:23 **personally**(2) 45:16 57:7 **perspective**(1) 69:23 **petrocelli**(9) 11:7 11:8 11:19 19:3 20:18 27:9 | | **prior**(8) 5:21 10:20 17:17 17:22 26:20 36:13 36:17 73:7 **probably**(4) 36:18 43:17 59:3 73:5 **problem**(1) 8:6 **problems**(3) 37:7 44:17 44:18 **procedural**(1) 9:10 | |
| **numbers**(13) 2:40 33:19 34:13 34:14 34:14 34:17 34:20 35:7 35:15 35:16 35:21 45:13 55:17 **numerous**(1) 20:4 **object**(4) 6:22 14:9 16:18 70:1 **objecting**(1) 54:16 | | **orders**(3) 9:17 32:19 61:24 **organization**(1) 44:24 **organized**(1) 44:19 **original**(2) 13:25 17:18 **other**(20) 6:25 11:13 11:16 15:16 23:14 25:2 26:15 42:9 42:10 45:13 48:21 53:15 54:10 55:4 57:8 60:3 62:12 67:24 72:22 73:24 **otherwise**(8) 12:21 15:11 19:14 19:23 25:21 30:12 38:18 39:23 **ought**(3) 19:24 20:17 45:16 **our**(27) 11:7 11:9 12:1 17:13 19:11 22:23 23:2 23:3 23:10 23:17 24:7 29:11 34:6 34:9 34:17 37:9 37:12 48:5 48:11 50:19 50:24 51:9 62:21 63:10 66:6 67:23 68:3 73:15 | | **philip**(1) 4:29 **phillips**(2) 66:14 70:17 **phone**(1) 71:18 **phones**(2) 23:7 34:16 | | **presently**(1) 54:22 | |
| **ourselves**(2) 57:19 57:23 **out**(24) 12:2 12:3 12:20 13:12 19:21 20:8 24:6 24:14 27:1 27:2 28:15 31:1 31:8 34:20 35:4 45:7 48:17 49:25 51:22 52:5 54:11 64:12 66:8 71:1 **outset**(2) 8:14 14:22 **outside**(1) 50:24 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **procedurally**(1) 49:13 | | **real**(2) 24:13 74:16 | | **required**(1) 19:10 | | **safely**(1) 74:19 | |

procedurally(1) 49:13
procedure(5) 8:9 15:10 43:7 44:6 44:17
procedures(2) 62:17 65:5
proceed(6) 58:10 62:3 67:3 68:4 69:22
proceeded(1) 37:21
proceeding(2) 16:2 74:8
proceedings(6) 1:18 1:52 8:12 20:3 69:20
75:6

proceeds(1) 65:23
process(28) 20:5 20:13 27:23 38:10 40:16
40:16 43:9 49:5 51:17 53:20 54:3 54:21
54:22 54:22 55:18 56:3 56:16 56:18 56:19
54:22 54:22 55:18 56:3 56:16 56:18 56:19
65:1 66:8 66:10 67:2 67:15 69:10 69:22
70:13 71:13

produced(2) 1:53 17:19
production(1) 18:2
proffer(1) 38:18
prompt(1) 68:5
promptly(1) 32:23
prong(1) 21:4
proper(2) 13:14 36:17
properly(1) 29:5
property(1) 36:1
propose(2) 9:17 69:11
proposed(6) 9:17 30:3 30:5 30:13 36:9
prospect(2) 73:14 73:18
protective(1) 31:17
protocol(2) 66:24 67:4
protocols(1) 43:4
proud(1) 67:22
provide(2) 53:13 70:25
provided(2) 8:8 21:24
provides(2) 10:9 68:10
providing(2) 54:19 54:24
proving(1) 23:15
psam(2) 4:28 4:28
public(2) 42:8 54:25
purporting(1) 55:6
purpose(4) 8:11 23:22 53:5 54:8
purposes(1) 13:19
pursuant(4) 11:1 13:15 15:10 17:23
pursued(1) 11:10
put(6) 28:8 30:12 32:22 47:5 65:23 69:8
putting(3) 29:1 52:3 60:3
pvgc(2) 53:7 53:18

question(11) 14:12 24:13 24:15 25:4 29:11
42:15 46:15 46:15 46:24 47:10 50:17

questioned(1) 53:19
questions(14) 15:16 20:19 25:21 35:22
39:22 42:9 42:14 47:14 47:19 47:23 70:4
70:10 71:10 74:13

quickly(8) 17:20 50:12 56:11 56:12 64:1
70:2 72:2 74:16

quietly(1) 46:5
quite(5) 11:17 37:23 50:25 52:21 54:2
quote(1) 21:22
raise(8) 13:23 14:12 27:22 30:10 65:8
70:9 71:8 71:10

raised(15) 9:18 10:5 11:25 12:8 12:22
14:24 15:15 16:11 17:8 29:5 29:8 35:22
42:13 51:12 53:17

raises(1) 9:14
ran(1) 16:16
rather(1) 42:7
reached(6) 36:6 48:17 49:25 51:22 52:5
70:21

reaction(1) 44:8
read(8) 7:5 15:3 43:25 70:7 71:7 72:15
74:2 74:11

reading(2) 46:17 74:16

real(2) 24:13 74:16
realize(1) 40:21
really(6) 22:14 32:18 44:6 48:19 48:22
reason(5) 54:15 56:1 58:15 68:14 70:21
reasonable(3) 10:3 38:13 40:17
reasoning(1) 31:21
reasons(7) 14:4 14:20 18:17 18:20 27:14
29:10 29:10

recall(1) 24:4
receive(3) 43:24 48:9 57:10
received(8) 10:20 13:24 17:9 17:16 18:10
38:12 51:20 52:17

receiving(2) 41:23 44:2
recess(1) 74:19
recipient(1) 42:8
recitation(1) 24:17
reciting(1) 24:22
recognize(3) 47:7 54:5 56:15
reconcile(1) 54:20
record(9) 5:7 15:23 23:14 23:20 30:6
30:15 33:6 52:12 61:5

recorded(1) 1:52
recording(1) 1:52 75:5
recover(2) 8:13 64:1
recovered(1) 63:3
reduced(1) 56:2
reemphasize(1) 28:23
refer(3) 10:22 45:25 65:11
reference(1) 45:7
referred(2) 35:21 46:2
reflect(1) 23:14
reflected(2) 18:9 21:24
regarding(2) 35:22 52:15
regardless(1) 53:5
registered(2) 20:12 20:14
registry(2) 23:9 35:20
regular(1) 55:17
regularly(2) 52:21 53:14
reichert(5) 38:2 38:21 38:23 39:1 40:11
reinforces(1) 14:16
rejected(1) 49:14
relate(2) 24:14 65:8
relating(1) 65:5
relation(9) 12:25 13:8 13:8 13:14 13:19
18:23 29:1 29:3 44:23

relationship(1) 23:12
relatively(1) 54:12
relay(1) 42:10
relevant(2) 10:12 73:5
relief(4) 14:3 21:2 32:14 33:2
rely(1) 54:25
remain(2) 47:22 47:22
remaining(1) 62:18
remarks(3) 21:12 21:15 42:18
reminding(1) 62:2
renault(1) 2:4
repeat(1) 15:25
reply(5) 16:13 16:17 16:24 28:20 37:12
report(2) 22:13 52:16 66:18
represent(6) 29:19 44:11 50:23 53:8 55:7
56:17

representation(5) 46:14 47:4 51:17 51:18
54:9

representative(2) 42:11 46:4 56:16
represented(5) 9:2 43:19 46:20 48:12
representing(4) 44:13 52:1 53:1 64:19
represents(4) 8:15 9:7 9:11 48:20
request(6) 14:20 48:4 49:14 52:17 52:20
55:10

requested(4) 11:20 14:3 14:21 17:3
requests(6) 45:8 48:7 48:9 49:1 55:11 56:
require(1) 71:25

required(1) 19:10
requisite(1) 27:7
research(1) 56:12
reserved(5) 14:25 24:7 30:8 30:9 30:21
resolution(5) 36:7 68:5 68:10 68:11 72:11
resolve(7) 9:18 10:3 46:19 63:24 65:17
66:25 68:9

resolved(2) 9:14 18:12
resolving(2) 53:14 73:19
respect(15) 16:1 26:10 26:12 26:17 26:18
27:16 27:17 31:6 42:6 48:19 52:1 55:13
61:18 65:22 69:21

respectfully(1) 14:20 40:1
respond(7) 17:4 17:6 28:7 30:19 50:10
56:4 56:5

responded(2) 17:17 59:23
responding(4) 50:12 57:12 57:14 57:19
response(5) 7:3 7:14 11:6 11:40:5 60:22
responses(1) 7:1
responsibility(2) 47:21 57:20
responsible(1) 48:5
restart(1) 54:3
restarts(1) 19:13
restated(2) 64:22 64:22
restored(1) 45:9
result(3) 44:1 53:24 55:21
results(3) 62:23 63:10 66:4
retained(1) 35:14
retired(2) 43:12 60:5
retiree(2) 53:23 57:9
retirees(1) 67:24
return(2) 20:13 56:11
reviewed(1) 17:20
revised(1) 41:2
richards(1) 2:19
richardson(1) 63:18
right(49) 5:10 6:12 6:24 7:12 7:24 15:7
15:13 21:7 24:20 26:6 28:2 29:9 30:1
30:10 30:16 33:10 35:2 35:5 37:8 40:6
41:9 41:14 41:21 42:7 42:22 43:1 47:17
49:7 49:9 49:13 49:21 50:4 51:19 58:4
60:23 61:15 62:14 62:25 71:2 71:6 71:7
71:14 71:19 71:19 73:2 73:21 73:23 74:15
74:18

rights(1) 15:8
riley(1) 26:2
rise(3) 5:2 16:5 72:4
robert(3) 4:11 43:10 48:15
roberts(1) 4:19
robust(1) 62:21
rodney(1) 2:21
roll(1) 35:11
rolled(1) 34:12
rome(4) 3:4 48:16 50:21 58:10
rooney(1) 2:33
round(2) 50:25 72:10
route(1) 70:25
royal(1) 2:7
rule(41) 8:9 11:1 12:17 12:25 13:5 13:5
13:8 13:18 15:10 16:1 17:13 18:3 18:10
18:15 19:2 19:14 19:20 20:8 21:13 21:13
21:15 21:16 21:17 22:4 22:15 23:6 23:22
24:19 24:23 25:8 25:9 25:11 25:15 25:15
25:16 25:17 28:1 28:8 31:2 31:8 32:6

ruled(1) 35:4
rules(2) 16:17 20:18
ruling(48) 18:21 19:3 32:11 53:25
run(1) 52:23
running(2) 19:24 34:20
runs(1) 51:19
ryan(12) 2:40 3:23 26:3 26:4 26:5 26:6
26:9 28:3 28:4 39:9 39:11 39:14

sad(1) 44:6

safely(1) 74:19
said(8) 16:1 18:20 29:7 37:14 44:7 50:22
57:7 57:14

sale(14) 33:23 34:1 35:8 35:23 36:4 36:10
38:5 38:9 38:10 38:13 38:15 40:14 63:13
71:13

sales(4) 29:20 65:22 65:24 72:8
same(6) 6:1 18:2 18:8 26:22 37:1 72:23
sandra(1) 4:25
sater(1) 4:32
satisfaction(1) 12:25
satisfied(1) 22:17
satisfies(1) 36:13
satisfy(1) 13:18
say(26) 12:24 19:12 20:13 43:2 43:6 43:20
44:9 47:1 48:20 49:2 51:4 52:3 53:19
57:8 57:10 57:18 59:18 59:22 60:15 68:24
69:16 71:23 72:4 72:22 73:24 74:9

saying(10) 23:23 24:17 25:2 37:7 43:10
43:22 45:2 46:3 46:25 55:2

says(1) 19:4
scenes(2) 63:22 65:12
schedule(2) 59:7 69:2
scheduled(2) 54:14 68:19
schedules(1) 73:25
scheduling(2) 22:12 60:13
schuylkill(1) 1:46
schwartz(31) 1:26 5:5 5:6 5:7 5:11 5:14
5:17 5:18 5:21 5:25 6:4 6:13 6:14 7:15
7:16 7:19 7:22 7:24 7:25 8:3 33:4 33:4
33:5 33:6 33:8 33:11 60:25 61:4 61:8
61:14 61:15

scope(1) 36:19
seal(4) 6:7 6:23 7:7 38:15
seated(1) 5:4
second(9) 5:12 12:23 23:5 48:3 51:15 53:7
53:20 68:12 72:10

section(1) 15:11
see(9) 5:4 32:18 41:6 46:13 57:2 62:4
62:5 74:2 74:8

seeing(1) 46:17
seek(3) 8:13 13:13 70:24
seeking(2) 8:8 14:3
seeks(3) 13:3 13:4 18:21
seems(2) 46:6 73:7
seen(6) 14:11 27:4 33:21 34:19 44:6 47:8
sell(6) 33:19 35:16 63:3 63:15 63:21 65:13
sense(4) 24:21 70:17 72:6 74:12
sensitive(1) 58:12
sensitivity(1) 7:6
sent(3) 5:11 12:10 43:23
separate(7) 20:25 24:5 29:4 29:7 65:1
65:4 69:20

separately(1) 33:21
september(1) 66:13
sercombe(1) 1:37
series(2) 64:16 65:3
seriously(6) 52:18 52:20 54:5 55:10 56:15
57:20

serve(14) 10:25 11:11 12:5 12:18 19:6
19:16 20:6 20:7 25:13 26:16 26:22 27:6
27:12 67:25

served(5) 10:7 15:8 17:14 20:12 23:8

| Word | Page:Line |
|---|---|
| **service**(21) | 1:45 1:53 17:19 18:19 19:9 20:5 20:13 21:17 21:19 21:23 22:1 22:2 22:10 22:10 24:19 26:21 26:22 27:23 44:23 44:25 45:17 |
| **services**(6) | 1:45 35:11 44:23 44:24 45:8 55:13 |
| **sessions**(1) | 66:17 |
| **set**(11) | 11:6 15:9 17:13 19:3 20:18 35:12 37:12 38:10 38:19 64:20 71:17 |
| **setting**(2) | 46:1 67:14 |
| **settle**(1) | 73:1 |
| **settlement**(2) | 10:7 67:9 |
| **several**(2) | 12:3 55:3 |
| **severance**(2) | 54:12 54:13 |
| **seymour**(1) | 4:32 |
| **shall**(3) | 21:20 21:22 22:2 |
| **share**(1) | 53:4 |
| **shared**(1) | 55:13 |
| **sherrett**(1) | 4:20 |
| **shielded**(1) | 10:16 |
| **short**(2) | 16:16 16:17 |
| **shortly**(1) | 17:14 |
| **should**(14) | 14:2 18:18 19:2 19:4 21:13 27:10 29:13 31:17 37:13 42:15 50:17 50:25 51:1 67:21 |
| **shouldn't**(2) | 53:19 67:22 |
| **show**(1) | 25:19 |
| **showing**(4) | 11:3 22:10 23:15 25:12 |
| **shown**(2) | 21:5 25:19 |
| **shur**(1) | 48:16 |
| **shut**(1) | 34:8 |
| **shy**(1) | 40:7 |
| **side**(4) | 36:7 52:16 54:17 70:23 |
| **sign**(4) | 7:8 16:23 41:2 44:16 |
| **signature**(1) | 36:7 |
| **signed**(7) | 7:12 16:19 17:5 22:11 32:19 58:2 67:5 |
| **significance**(1) | 70:11 |
| **significant**(3) | 31:18 31:19 60:17 |
| **similar**(1) | 71:2 |
| **similarly**(1) | 29:7 |
| **simply**(8) | 13:2 14:18 22:16 23:18 23:19 25:16 32:12 63:3 |
| **simultaneously**(1) | 71:5 |
| **since**(12) | 19:14 30:14 42:7 45:11 51:20 51:25 54:2 62:9 63:6 65:12 66:14 70:8 |
| **single**(2) | 27:4 43:20 |
| **sir**(8) | 28:5 42:24 43:10 47:24 58:20 58:21 60:12 72:1 |
| **situation**(2) | 28:9 45:9 47:6 |
| **situations**(1) | 44:21 |
| **six**(5) | 8:7 8:12 9:22 10:4 10:18 |
| **sixth**(1) | 8:25 |
| **size**(1) | 38:5 |
| **slightly**(1) | 16:10 |
| **small**(3) | 35:6 45:19 45:21 |
| **smaller**(1) | 34:1 |
| **smith**(1) | 3:44 |
| **smooth**(2) | 64:4 64:12 |
| **sobering**(2) | 71:22 72:3 |
| **sold**(4) | 23:7 23:8 63:7 65:19 |
| **solution**(1) | 35:4 |
| **solved**(1) | 37:7 |
| **some**(32) | 9:17 9:22 11:14 17:8 17:25 21:11 30:6 30:15 31:3 32:8 37:10 38:16 42:10 44:10 45:22 46:13 47:11 52:15 53:9 53:16 54:9 54:13 54:14 54:14 55:14 55:21 60:8 61:12 62:10 70:14 71:23 74:16 |
| **somebody**(4) | 44:14 46:1 47:11 60:4 |
| **someone**(2) | 42:13 59:15 |
| **something**(10) | 27:10 31:11 32:22 43:22 44:7 47:9 50:16 50:24 52:22 71:7 |
| **sometime**(1) | 51:24 |
| **sometimes**(2) | 55:24 73:4 |
| **sooner**(1) | 69:25 |
| **sort**(7) | 24:7 32:9 34:23 49:5 50:24 60:2 60:16 |
| **sought**(3) | 32:14 33:2 54:7 |
| **sound**(1) | 1:52 75:5 |
| **sounds**(2) | 58:16 59:2 |
| **south**(1) | 2:7 |
| **southern**(1) | 12:4 |
| **speak**(3) | 18:24 29:22 42:19 49:19 57:22 |
| **speaking**(3) | 9:6 58:12 68:6 |
| **special**(1) | 3:42 |
| **specific**(4) | 16:6 38:16 55:5 71:9 |
| **specifically**(2) | 28:20 46:23 |
| **specified**(1) | 21:24 |
| **speed**(1) | 62:12 |
| **split**(2) | 65:9 66:9 |
| **spoke**(1) | 44:12 |
| **spoken**(3) | 43:5 51:21 52:6 |
| **spring**(1) | 33:14 |
| **sprint**(17) | 3:36 12:9 12:10 12:13 12:16 12:17 12:23 13:7 13:10 13:22 13:24 14:8 21:10 23:4 23:10 28:7 29:1 |
| **sprint's**(2) | 13:25 22:20 |
| **square**(1) | 2:21 |
| **stalking**(3) | 62:17 62:20 63:4 |
| **stand**(3) | 38:6 70:3 74:19 |
| **standard**(3) | 11:8 11:19 12:25 |
| **standards**(3) | 16:1 19:3 19:20 |
| **standby**(1) | 74:1 |
| **standing**(2) | 14:9 36:18 |
| **standpoint**(1) | 64:5 |
| **stars**(1) | 72:5 |
| **start**(2) | 21:13 73:8 |
| **starting**(1) | 66:12 |
| **starts**(1) | 21:17 |
| **stated**(8) | 18:17 18:20 28:10 29:10 29:10 30:2 38:22 40:13 |
| **statement**(2) | 27:17 41:23 |
| **states**(7) | 1:1 1:20 46:21 47:20 48:2 51:22 65:6 |
| **stating**(1) | 12:12 |
| **status**(3) | 22:13 68:18 70:22 |
| **statute**(7) | 13:1 13:6 18:16 18:22 19:25 29:6 31:5 |
| **statutes**(1) | 10:13 |
| **ste**(7) | 2:35 2:47 3:6 3:17 3:38 3:45 4:6 |
| **steal**(1) | 52:8 |
| **steen**(3) | 1:33 4:15 8:3 |
| **step**(1) | 54:2 |
| **stephen**(1) | 2:40 |
| **steve**(1) | 39:9 |
| **still**(3) | 34:4 46:7 49:16 51:5 56:5 59:6 70:13 70:17 |
| **stipulation**(2) | 17:23 18:5 |
| **straightforward**(2) | 9:10 54:12 |
| **strategic**(1) | 12:7 |
| **strategies**(2) | 53:15 54:18 |
| **strategy**(1) | 11:13 |
| **strauss**(1) | 36:3 |
| **street**(9) | 1:12 1:28 1:46 2:8 2:22 2:41 2:47 3:6 3:32 |
| **stripe**(1) | 57:21 |
| **stronger**(1) | 46:16 |
| **struggling**(2) | 45:5 45:6 |
| **stuck**(1) | 31:5 |
| **submit**(2) | 20:16 61:24 |
| **subsequently**(1) | 37:6 |
| **subsidiary**(1) | 12:14 |
| **substantial**(1) | 69:9 |
| **substantively**(1) | 57:14 |
| **successful**(2) | 67:17 72:11 |
| **successfully**(1) | 73:18 |
| **such**(3) | 31:18 54:7 58:1 |
| **suddenly**(1) | 72:6 |
| **sue**(1) | 23:4 |
| **sufficient**(2) | 38:20 40:17 |
| **suggest**(2) | 15:4 15:7 |
| **suggested**(2) | 18:13 53:2 |
| **suggestion**(1) | 55:14 |
| **suite**(2) | 2:8 3:32 |
| **suits**(1) | 74:5 |
| **sullivan**(1) | 4:4 |
| **summarizing**(1) | 43:8 |
| **summary**(1) | 10:9 |
| **summons**(5) | 21:18 26:23 27:1 27:2 27:6 |
| **support**(3) | 6:8 22:23 40:14 |
| **supporting**(1) | 32:13 |
| **supports**(1) | 11:21 |
| **sure**(15) | 7:2 13:12 14:6 15:6 22:15 24:5 37:23 41:3 48:14 50:25 52:13 53:3 57:25 63:24 73:25 |
| **surprising**(1) | 19:14 |
| **suspect**(1) | 32:8 |
| **system**(1) | 46:12 |
| **systematic**(1) | 54:19 |
| **table**(2) | 47:7 63:19 |
| **tactical**(1) | 12:8 |
| **take**(18) | 6:1 6:4 13:15 40:9 40:11 51:2 51:18 55:10 55:24 56:5 56:14 57:13 57:19 59:21 62:6 64:2 70:1 71:13 |
| **taken**(1) | 52:20 |
| **takes**(1) | 7:16 27:1 52:17 |
| **talk**(8) | 35:23 39:20 42:25 51:1 51:1 52:11 74:3 74:13 |
| **talked**(1) | 44:6 |
| **talking**(8) | 34:13 47:10 50:18 50:23 51:8 59:6 59:17 70:11 |
| **that**(108) | 59:10 59:14 59:19 59:21 60:4 60:7 61:4 62:1 62:3 62:21 62:22 63:1 63:1 63:4 63:10 63:16 63:20 63:20 63:25 64:8 64:11 64:11 64:17 64:21 65:8 65:9 65:11 65:17 65:18 65:20 65:21 65:21 65:24 66:3 66:4 66:18 67:1 67:4 67:5 67:12 67:14 67:16 67:16 67:19 67:21 67:22 67:23 67:24 67:25 68:2 68:3 68:4 68:10 68:12 68:12 68:14 68:16 68:20 68:21 68:23 69:2 69:8 69:10 69:11 69:15 69:15 69:16 69:19 69:21 69:24 70:3 70:8 70:10 70:12 70:17 70:18 70:19 70:20 70:21 70:21 70:23 71:7 71:10 71:15 71:17 71:23 71:23 72:4 72:4 72:6 72:9 72:16 72:17 72:20 72:24 72:25 73:5 73:5 73:6 73:10 73:12 73:15 73:22 74:5 74:10 74:15 75:4 |
| **that's**(36) | 5:8 5:15 14:2 19:19 20:7 22:21 24:6 24:10 24:11 24:15 24:20 26:6 26:21 27:9 27:12 27:18 27:20 32:14 41:9 45:7 46:10 46:15 46:23 50:16 52:22 55:21 57:18 58:10 60:2 60:4 61:12 62:3 70:3 71:14 73:2 74:3 |
| **thank**(76) | 5:3 5:18 6:12 6:12 6:14 7:9 7:11 7:12 7:12 7:14 7:24 7:25 8:4 15:5 15:17 15:20 16:25 21:7 25:22 25:23 26:1 28:3 28:4 28:4 28:6 29:14 30:1 30:16 30:17 31:10 31:10 33:3 33:11 33:16 39:1 39:8 40:20 41:3 41:4 41:12 41:13 41:14 41:21 41:25 42:24 43:7 43:25 44:1 47:15 47:17 47:22 47:25 49:22 50:5 51:11 56:22 56:22 56:24 58:4 58:5 60:18 60:21 60:23 60:24 61:14 61:15 62:2 62:2 71:21 71:22 71:25 74:17 74:18 74:19 74:21 |
| **thanks**(1) | 15:19 |
| **that**(301) | 5:14 5:16 5:21 6:1 6:3 6:10 6:23 7:2 7:16 8:14 9:5 9:12 9:14 9:16 9:18 9:19 10:8 10:10 10:19 10:23 11:1 11:2 11:2 11:6 11:8 11:16 12:17 12:23 13:2 13:9 13:12 13:15 13:16 13:17 13:22 13:25 14:8 14:11 14:12 14:13 14:19 14:20 14:23 14:25 15:3 15:4 15:7 15:14 15:15 16:6 16:8 16:10 16:11 16:19 17:6 17:9 17:15 17:16 18:2 18:7 18:7 18:17 18:23 18:25 19:4 19:7 19:9 19:11 19:12 19:16 19:23 20:6 20:8 20:9 20:11 20:16 20:23 20:23 21:5 21:12 21:15 21:23 21:23 21:25 22:1 22:3 22:5 22:14 22:15 22:18 22:19 22:23 23:1 23:2 23:2 23:3 23:4 23:8 23:10 23:11 23:12 23:13 23:14 23:17 23:18 23:19 23:21 23:22 24:4 24:5 24:7 24:9 24:10 24:15 24:16 25:1 25:4 25:5 25:6 25:7 25:7 25:10 25:13 25:14 25:14 25:16 25:19 26:11 26:12 27:3 27:7 27:8 27:17 28:8 29:1 29:2 29:5 29:7 29:10 29:11 29:11 30:2 30:8 30:9 30:12 30:13 30:14 30:19 30:21 30:21 31:3 31:7 31:12 32:3 32:5 32:6 32:9 32:17 33:1 33:1 33:9 34:2 34:14 35:8 35:8 35:9 35:14 35:17 36:3 36:12 36:12 36:16 36:17 37:1 37:4 37:11 37:14 37:21 38:10 38:12 38:12 38:14 38:18 38:20 38:21 38:23 39:19 39:21 40:1 40:10 40:10 40:11 40:14 40:15 40:17 40:18 40:18 40:22 41:19 41:24 41:24 42:1 42:4 42:20 43:9 43:10 44:9 44:10 44:15 44:20 45:7 45:8 45:10 45:12 45:16 45:24 46:4 46:11 46:18 46:22 46:24 46:25 47:2 47:3 47:5 47:9 47:11 48:9 48:14 48:20 48:23 49:5 49:8 49:24 51:18 51:19 51:20 51:25 52:2 52:4 52:4 52:6 52:10 52:11 52:12 52:13 52:16 52:16 52:16 52:23 53:3 53:4 53:4 53:9 53:10 53:23 53:25 54:3 54:7 54:8 54:9 54:11 54:21 54:22 55:3 55:4 55:5 55:8 55:8 55:10 55:14 55:15 55:17 55:18 55:24 56:1 56:2 56:4 56:8 56:14 56:15 57:7 57:8 57:9 57:10 57:19 58:1 58:8 58:11 58:12 58:14 58:17 58:18 58:20 59:7 59:7 59:10 59:10 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) 1:1 1:2 1:19 1:24 2:4 2:12 2:29 3:29 5:2 5:3 5:6 5:7 5:10 5:13 5:15 5:16 5:18 5:20 5:24 5:25 6:1 6:2 6:3 6:6 6:7 6:9 6:11 6:12 6:15 6:17 6:20 6:22 6:24 7:2 7:5 7:5 7:6 7:6 7:6 7:8 7:11 7:15 7:17 7:18 7:24 8:1 8:4 8:6 8:7 8:8 8:10 8:11 8:14 8:15 8:16 8:20 8:24 8:25 8:25 9:1 9:3 9:5 9:5 9:6 9:7 9:8 9:10 9:11 9:12 9:13 9:15 9:17 9:18 9:18 9:19 9:20 9:22 9:23 9:24 10:2 10:4 10:4 10:5 10:6 10:8 10:9 10:11 10:11 10:12 10:14 10:16 10:17 10:17 10:18 10:19 10:19 10:20 10:20 10:23 10:24 10:24 10:25 11:2 11:3 11:5 11:6 11:8 11:10 11:10 11:11 11:15 11:19 11:20 11:20 11:22 11:24 12:1 12:2 12:3 12:3 12:6 12:8 12:8 12:11 12:12 12:13 12:15 12:18 12:20 12:20 12:21 13:3 13:2 13:5 13:5 13:6 13:9 13:10 13:12 13:14 13:14 13:15 13:17 13:18 13:21 13:25 14:3 14:5 14:5 14:7 14:7 14:8 14:16 14:20 14:20 14:21 14:22 14:22 14:23 14:23 14:24 14:25 15:2 15:5 15:7 15:13 15:15 15:17 15:17 15:18 15:20 15:22 15:24 16:1 16:2 16:4 16:6 16:7 16:13 16:13 16:15 16:17 16:18 16:19 16:22 16:24 17:1 17:1 17:4 17:6 17:7 17:9 17:9 17:10 17:11 17:15 17:16 17:18 17:18 17:20 17:21 17:22 17:22 17:24 18:3 18:3 18:4 18:4 18:5 18:6 18:6 18:7 18:9 18:9 18:10 18:12 18:12 18:14 18:15 18:17 18:18 18:20 18:21 18:22 19:1 19:2 19:3 19:3 19:3 19:4 19:5 19:6 19:7 19:7 19:9 19:9 19:11 19:12 19:13 19:14 19:15 19:18 19:19 19:20 19:20 19:21 19:22 19:23 19:24 19:24 19:25 19:25 20:1 20:2 20:8 20:9 20:11 20:14 20:15 20:17 20:18 20:18 20:20 20:20 20:22 20:22 20:24 21:2 21:3 21:4 21:6 21:7 21:11 21:14 21:15 21:16 21:17 21:20 21:21 21:22 21:25 21:25 22:1 22:1 22:2 22:3 22:4 22:7 22:8 22:9 22:10 22:13 22:18 22:19 22:19 22:22 23:2 23:7 23:9 23:11 | | **the**(301) 23:11 23:12 23:12 23:13 23:14 23:14 23:15 23:17 23:18 23:20 23:22 24:3 24:3 24:9 24:10 24:11 24:12 24:13 24:13 24:17 24:17 24:18 24:20 24:21 24:22 24:22 25:3 25:5 25:6 25:10 25:15 25:15 25:16 25:17 25:22 26:1 26:5 26:10 26:12 26:13 26:15 26:16 26:17 26:18 26:19 26:20 26:22 26:22 27:3 27:7 27:8 27:10 27:15 27:17 27:20 27:20 27:22 28:2 28:4 28:7 28:8 28:11 28:12 28:13 28:15 28:17 28:18 28:21 28:23 28:23 29:2 29:2 29:6 29:6 29:10 29:10 29:12 29:14 29:17 29:18 29:23 30:3 30:4 30:4 30:6 30:7 30:7 30:9 30:11 30:12 30:13 30:15 30:16 30:18 30:22 31:1 31:2 31:4 31:4 31:4 31:5 31:7 31:9 31:10 31:12 31:13 31:15 31:16 31:16 31:19 31:19 31:20 31:21 31:21 32:5 32:6 32:7 32:10 32:12 32:12 32:13 32:13 32:15 32:19 32:20 32:23 33:2 33:4 33:5 33:7 33:8 33:10 33:12 33:14 33:16 33:19 33:19 33:20 33:22 33:23 34:4 34:4 34:5 34:7 34:8 34:10 34:11 34:12 34:14 34:14 34:15 34:15 34:17 34:17 34:18 34:19 34:20 34:21 34:22 34:23 35:2 35:5 35:5 35:12 35:14 35:15 35:16 35:18 35:18 35:19 35:20 35:21 35:23 36:2 36:3 36:4 36:4 36:5 36:7 36:9 36:10 36:11 37:4 37:5 37:5 37:7 37:8 37:10 37:15 37:16 37:19 37:21 38:1 38:2 38:3 38:4 38:5 38:5 38:6 38:7 38:8 38:8 38:9 38:9 38:10 38:10 38:11 38:11 38:13 38:13 38:15 38:16 38:19 38:19 38:20 38:22 38:22 39:1 39:4 39:6 39:10 39:12 39:16 39:18 39:20 39:21 40:1 40:2 40:2 40:4 40:6 40:9 40:9 40:13 40:14 40:14 40:15 40:15 40:16 40:17 40:18 40:19 40:21 40:22 40:22 40:23 40:24 41:3 41:5 41:7 41:8 41:9 41:12 41:13 41:15 41:15 41:17 41:18 41:20 41:21 41:21 42:1 42:2 42:3 42:6 42:6 42:10 42:12 42:14 42:16 42:17 42:19 42:22 43:1 43:4 43:4 43:5 43:7 43:8 43:12 43:14 43:15 43:17 43:18 43:18 43:24 44:1 44:2 | | **the**(301) 44:14 44:14 44:16 44:17 44:18 44:20 44:21 44:22 44:22 44:23 44:25 45:9 45:9 45:11 45:12 45:16 45:17 45:18 46:1 46:2 46:4 46:6 46:8 46:9 46:10 46:11 46:11 46:13 46:15 46:15 46:17 46:18 46:18 46:19 46:19 46:20 46:20 46:21 46:21 46:23 46:24 47:4 47:6 47:7 47:9 47:10 47:17 47:20 47:20 47:21 47:25 48:7 48:3 48:4 48:4 48:6 48:12 48:15 48:20 48:21 48:21 48:22 48:23 48:23 49:3 49:4 49:5 49:5 49:8 49:10 49:12 49:12 49:13 49:14 49:14 49:14 49:17 49:19 49:20 49:21 49:23 50:1 50:4 50:6 50:10 50:13 50:15 50:17 50:18 50:19 50:22 51:2 51:5 51:6 51:7 51:10 51:14 51:14 51:15 51:16 51:16 51:17 51:18 51:19 51:20 51:20 51:21 51:23 51:25 52:7 52:9 52:11 52:13 52:16 52:16 52:18 52:19 52:20 52:24 53:3 53:4 53:5 53:5 53:7 53:8 53:9 53:11 53:12 53:15 53:16 53:16 53:18 53:20 53:21 53:23 53:24 53:25 54:1 54:3 54:5 54:8 54:8 54:10 54:15 54:17 54:17 54:21 54:21 54:25 55:9 55:12 55:12 55:13 55:14 55:16 55:17 55:20 55:20 55:21 55:21 56:1 56:1 56:1 56:3 56:4 56:5 56:7 56:8 56:8 56:10 56:15 56:17 56:17 56:18 56:18 56:20 56:21 56:22 56:25 57:2 57:5 57:8 57:10 57:11 57:13 57:15 57:21 57:25 58:1 58:2 58:4 58:6 58:8 58:9 58:10 58:14 58:15 58:22 58:25 59:1 59:2 59:8 59:9 59:11 59:11 59:13 59:16 59:18 59:23 59:24 60:3 60:8 60:11 60:11 60:13 60:15 60:16 60:18 60:20 60:22 60:22 60:23 61:1 61:3 61:4 61:8 61:10 61:11 61:12 61:14 61:16 61:18 61:19 61:20 61:20 61:22 61:24 62:2 62:6 62:8 62:14 62:16 62:16 62:17 62:18 62:19 62:19 62:20 62:22 62:22 62:24 62:24 62:25 63:2 63:3 63:4 63:4 63:5 63:6 63:7 63:7 63:8 63:10 63:10 63:12 63:13 63:14 63:16 63:17 63:19 63:22 63:25 64:5 64:8 64:8 64:14 64:17 64:18 64:21 64:23 64:25 65:2 65:3 65:6 65:9 65:10 65:12 65:12 65:13 65:15 65:17 65:18 | | **there**(51) 6:25 9:11 11:8 13:3 13:13 16:10 18:23 20:3 20:11 20:24 22:12 22:15 23:19 24:4 24:16 25:8 25:10 29:11 30:6 31:3 31:18 32:4 32:8 36:9 37:1 40:10 40:22 41:11 43:14 44:17 46:10 46:15 47:7 48:10 50:14 53:20 54:10 54:11 56:9 57:8 57:20 60:20 60:20 62:10 62:20 65:1 68:16 72:5 73:3 73:18 73:19 |
| | | | | | | **there's**(20) 22:13 22:22 23:13 24:2 24:22 24:23 25:8 25:12 30:14 35:2 44:23 45:10 45:18 46:22 47:14 55:14 59:2 61:10 63:19 71:16 |
| | | | | | | **thereabouts**(1) 60:19 |
| | | | | | | **thereafter**(1) 17:14 |
| | | | | | | **therefore**(1) 70:24 |
| | | | | | | **these**(30) 8:12 8:15 9:9 9:15 10:3 10:18 11:9 11:14 11:21 13:9 14:4 14:20 23:23 25:7 25:20 29:13 32:1 36:20 44:3 44:17 45:3 45:3 53:2 54:18 57:22 65:5 65:19 66:17 67:14 69:21 |
| | | | | | | **they**(74) 6:23 10:7 12:24 14:2 14:9 14:13 16:2 17:7 17:7 17:9 17:16 17:16 17:25 17:25 19:6 23:1 23:3 23:8 23:12 24:1 24:9 24:18 25:7 25:13 25:18 25:18 25:19 26:19 26:20 26:22 26:23 27:2 27:3 27:12 27:17 27:18 27:19 27:20 36:6 36:21 37:13 37:16 37:17 37:21 38:14 39:21 44:9 45:4 45:9 45:19 46:8 46:22 47:21 50:14 51:25 52:14 53:8 53:9 53:13 54:3 56:2 60:2 64:13 65:7 65:7 65:24 66:5 68:17 69:13 69:14 69:22 70:6 70:21 73:17 |
| | | | | | | **they're**(19) 21:1 21:3 25:9 37:14 39:17 43:21 44:5 44:13 45:5 46:20 48:8 48:15 52:6 52:21 60:3 61:19 64:22 69:15 69:25 |
| | | | | | | **they've**(4) 37:14 44:6 45:4 52:14 |
| | | | | | | **thing**(9) 20:22 30:5 31:13 49:6 59:7 65:17 72:22 73:24 |
| | | | | | | **things**(18) 36:15 44:20 45:7 45:10 53:3 54:3 55:24 56:5 62:7 62:12 62:13 63:21 64:11 64:12 64:16 67:21 72:7 73:6 |
| | | | | | | **think**(48) 7:16 16:19 18:16 19:8 19:10 19:19 19:20 20:19 20:16 22:8 20:24 21:12 22:3 22:5 22:22 23:17 27:14 31:7 31:23 33:6 37:16 43:9 45:18 46:10 49:3 49:18 49:25 51:11 51:14 52:4 52:16 53:14 56:7 58:18 59:6 60:2 61:9 62:11 64:15 66:12 68:6 68:22 70:18 71:7 72:3 72:4 72:17 73:19 73:22 |
| | | | | | | **thinking**(1) 51:5 |
| | | | | | | **third**(12) 10:11 10:21 11:2 17:10 17:21 19:4 23:5 35:14 43:4 51:17 53:23 53:25 |
| | | | | | | **this**(79) 8:7 11:14 12:4 13:1 13:20 13:24 14:19 18:16 20:16 22:8 22:9 22:23 22:24 23:1 23:5 23:7 24:5 24:6 24:18 25:2 27:19 27:21 28:9 28:16 28:20 29:18 31:11 31:12 31:18 33:23 34:3 34:6 35:2 35:6 35:11 36:19 38:9 40:3 41:5 41:20 41:23 41:25 43:4 43:9 46:18 47:20 48:10 48:19 50:20 51:14 51:17 52:3 52:4 52:10 54:4 56:6 57:11 58:16 58:20 59:3 59:15 60:5 64:3 64:13 65:17 67:15 67:17 67:19 68:9 68:22 70:15 71:1 72:6 72:17 72:18 72:23 73:6 73:13 73:19 |
| | | | | | | **thomas**(1) 3:11 |

| | | | | **the**(126) 65:20 65:22 65:24 66:4 66:4 66:7 66:7 66:9 66:11 66:12 66:18 66:21 66:24 66:25 67:1 67:1 67:3 67:5 67:6 67:7 67:8 67:9 67:11 67:13 67:13 67:16 67:24 67:25 68:2 68:2 68:6 68:7 68:10 68:11 68:12 68:15 68:16 68:17 68:25 69:2 69:5 69:6 69:8 69:10 69:13 69:13 69:14 69:19 69:22 69:23 69:23 70:7 70:8 70:11 70:12 70:12 70:13 70:14 70:16 70:18 70:18 70:19 70:20 70:21 70:22 70:22 70:23 71:2 71:2 71:3 71:6 71:8 71:13 71:13 71:14 71:16 71:19 71:22 71:23 71:25 72:5 72:7 72:8 72:10 72:12 72:12 72:14 72:16 72:16 72:16 72:18 72:19 72:20 72:21 72:23 72:24 72:24 72:25 73:2 73:4 73:4 73:6 73:7 73:8 73:9 73:11 73:13 73:14 73:16 73:18 73:20 73:21 73:24 74:1 74:2 74:7 74:9 74:10 74:15 74:18 75:1 75:4 75:5 75:5 75:6 | | | |
| | | | | **their**(19) 17:5 17:7 17:8 20:20 37:10 37:17 44:4 44:5 45:4 51:16 53:2 53:4 53:17 53:19 54:13 55:1 64:1 70:19 72:25 | | | |
| | | | | **them**(31) 7:7 10:3 11:16 19:16 19:21 23:10 24:6 25:21 27:20 27:21 34:2 36:8 39:3 45:6 46:12 47:15 48:17 49:25 50:3 50:10 53:14 54:9 55:14 60:20 63:5 70:1 70:1 70:1 70:5 71:10 | | | |
| | | | | **themselves**(3) 20:4 31:5 48:23 | | | |
| | | | | **then**(15) 6:6 14:2 15:18 18:13 23:9 27:18 27:21 27:22 36:9 37:6 43:18 45:10 61:11 66:9 74:13 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**those**(51) 6:1 7:23 8:17 11:17 11:25 15:9 19:13 23:19 24:1 24:7 24:9 24:11 24:13 24:16 25:10 26:11 26:14 26:15 27:14 36:7 36:21 38:17 40:13 41:8 45:8 45:25 48:25 49:1 50:2 53:18 53:20 54:1 54:7 54:14 55:11 57:12 57:13 57:19 57:23 58:3 59:5 61:18 61:21 62:1 64:20 64:21 64:22 65:2 66:19 69:10 69:25

**thought**(4) 20:10 31:21 32:16 36:17

**three**(4) 43:14 46:19 55:25 66:17

**through**(19) 17:6 18:1 23:8 23:9 23:11 34:4 35:6 35:13 36:7 42:5 44:25 45:1 45:3 52:13 52:18 54:18 61:19 61:19 74:1

**throughout**(1) 73:13

**thunder**(1) 52:8

**thus**(1) 10:16

**tiffany**(2) 4:33 29:18

**till**(1) 43:12

**time**(51) 3:5 6:1 8:8 12:18 13:14 17:4 18:11 18:19 19:17 20:5 20:11 20:18 21:6 21:24 22:2 23:4 24:19 29:5 29:19 31:12 32:6 35:1 35:5 40:3 41:20 43:4 46:23 47:20 51:20 52:10 54:20 55:20 56:5 57:11 57:13 57:16 57:22 59:21 60:21 67:1 67:17 68:2 68:12 68:21 70:10 71:8 71:11 71:17 72:5 72:7 72:18

**timely**(2) 55:11 56:20

**times**(2) 25:1 43:14

**tinker**(1) 51:21 52:5

**today**(39) 9:15 10:18 10:22 12:15 13:9 13:13 13:21 13:23 14:3 15:21 19:1 19:21 30:6 30:15 31:2 34:2 35:8 35:10 36:16 36:21 37:13 38:1 39:4 42:25 43:14 48:15 57:4 57:10 61:8 63:13

**today's**(1) 10:23

**together**(3) 46:8 66:21 72:15

**told**(2) 45:19 47:3

**toll**(1) 55:17

**too**(4) 32:18 35:13 51:9 58:24

**took**(1) 22:8

**tori**(1) 29:21

**toronto**(1) 2:9

**totally**(2) 43:22 56:10

**tough**(1) 61:3

**tower**(1) 2:7

**track**(1) 68:13

**transaction**(2) 40:18 63:2

**transcript**(3) 1:18 1:53 75:5

**transcription**(2) 1:45 1:53

**transfer**(2) 10:11 36:4

**transferee**(2) 10:12 11:12

**transferees**(2) 10:22 11:15

**transfers**(5) 8:13 10:16 10:19 17:9 17:16

**transition**(1) 35:11

**transparent**(2) 67:2 67:19

**travel**(2) 59:8 74:19

**traveled**(1) 58:19

**tremaine**(1) 3:15

**tremendous**(1) 70:12

**tried**(1) 60:19

**true**(3) 10:16 24:16 25:10

**trustee**(6) 3:29 3:29 47:20 48:2 50:18

**trustee's**(2) 52:9 52:13

**trustees**(1) 51:22

**try**(4) 17:20 47:15 54:23 66:8

**trying**(4) 47:9 49:2 53:14 56:19

**tuesday**(1) 5:1

**tunnell**(2) 1:24 15:23

**turn**(3) 15:18 56:2 64:12

**turned**(1) 53:18

**turner**(4) 3:6 4:32 18:11 29:20

**turning**(1) 13:7

**tweed**(1) 3:10

**twenty-first**(1) 34:7

**two**(13) 12:16 18:10 20:25 26:23 40:22 41:8 43:5 43:18 50:14 61:9 65:12 66:16 72:19

**u.s.**(21) 3:29 3:29 43:11 43:12 46:7 46:11 50:18 50:25 52:9 52:13 55:21 59:25 63:14 63:16 64:18 66:13 66:20 68:6 69:22 70:22

**uh-huh**(1) 64:25

**ultimately**(1) 35:16

**uncommon**(2) 20:2 20:12

**uncontested**(3) 34:3 61:20 62:1

**under**(30) 6:7 6:23 7:7 8:9 10:12 16:17 18:15 19:3 19:22 20:15 20:18 21:13 22:6 22:14 22:15 22:16 24:19 25:7 25:11 25:22 27:8 27:9 27:15 28:1 30:8 30:12 31:17 32:1 49:16 61:24

**underneath**(1) 50:8

**understand**(12) 7:6 23:5 23:6 32:2 44:17 44:18 51:16 55:24 58:15 67:14 71:23 73:21

**understanding**(5) 23:11 23:18 34:3 52:10 54:22

**understood**(1) 49:17

**undertaken**(1) 10:8

**unfortunate**(1) 66:18

**ungburg**(1) 4:21

**uniform**(1) 54:24

**unique**(1) 34:6

**united**(8) 1:1 1:20 46:21 47:20 48:2 51:21 65:6 65:18

**unless**(2) 20:19 38:6

**unsecured**(7) 46:3 47:12 52:24 57:1 57:11 57:16 57:21

**until**(1) 45:17

**update**(1) 62:7

**upon**(4) 21:18 21:19 22:10 23:18

**usa**(1) 8:23

**usc**(1) 15:11

**use**(3) 12:24 20:7 23:21

**used**(7) 12:17 26:22 28:11 28:21 45:21 46:8 65:10

**useful**(1) 59:4

**vacation**(1) 5:8

**vanleuvan**(3) 39:3 39:5 39:8

**vanleuven**(1) 3:16

**various**(4) 17:10 35:9 43:16 66:7

**vein**(1) 37:1

**verified**(2) 40:12 40:12

**verify**(1) 38:22

**verizon**(1) 4:36

**very**(44) 9:8 9:23 17:14 17:20 30:20 32:7 32:16 32:16 33:16 39:16 43:8 43:9 43:19 44:6 44:24 45:1 45:10 45:19 45:21 45:21 46:7 46:9 46:10 46:25 47:1 50:12 57:11 57:16 57:20 59:22 60:4 60:21 62:21 63:21 63:24 64:4 65:8 65:11 65:18 66:6 71:6 71:21 72:2 72:8

**victoria**(1) 3:5

**view**(9) 22:23 23:2 23:2 23:3 23:21 24:5 27:20 70:19 70:23

**visibility**(1) 44:2

**vision**(1) 75:1

**voice**(1) 53:9

**vorys**(2) 4:32 29:18

**walk**(1) 34:4

**want**(37) 30:5 30:9 30:14 31:20 32:10 32:23 35:12 42:11 43:6 43:7 45:24 45:25 46:25 47:5 47:7 48:22 48:23 49:8 51:12 51:13 52:9 54:1 56:14 57:7 61:4 71:12

**wanted**(8) 39:21 39:22 41:16 42:12 61:11 61:12 62:6 68:25

**wants**(1) 42:21

**warranted**(1) 11:20

**was**(68) 7:22 11:12 12:6 12:11 17:2 17:22 18:4 18:6 18:7 19:10 20:11 20:12 22:18 23:23 24:5 24:10 25:1 25:4 25:5 25:5 25:11 25:12 26:13 27:23 28:1 28:19 31:3 32:6 32:15 32:17 35:4 35:18 36:17 37:1 37:4 37:23 38:12 40:16 41:16 41:19 42:6 43:11 43:16 43:17 43:24 44:10 44:16 46:1 47:1 50:1 50:2 53:23 55:15 61:20 65:1 65:18 65:20 66:14 68:1 68:16 68:25 70:21 71:3 71:4 75:1

**washington**(1) 2:42

**wasn't**(1) 17:11

**way**(15) 5:18 17:1 20:11 22:14 23:14 53:10 54:21 56:21 58:20 59:8 59:23 66:8 72:3 72:24 74:5

**ways**(1) 54:23

**we'd**(1) 6:1 57:12 61:23 69:25

**we'll**(7) 33:22 57:23 58:10 60:13 62:3 69:23 74:13

**we're**(22) 20:13 21:12 22:14 24:15 29:14 33:6 34:13 36:12 37:20 41:22 42:5 43:19 48:25 49:7 49:11 52:18 53:22 55:19 55:22 56:19 57:11 74:14

**we've**(22) 11:14 37:21 47:4 49:1 51:25 52:6 53:12 54:2 54:15 54:16 55:3 55:5 55:6 56:6 61:9 62:7 62:9 63:6 63:20 69:19 69:24 73:4

**weather**(1) 33:15

**week**(5) 51:24 68:16 72:13 74:4 74:5

**weeks**(4) 26:23 44:20 46:6 66:18

**weidinger**(1) 2:45

**weight**(1) 12:20

**welcome**(2) 39:13 42:23

**well**(32) 9:8 9:23 10:24 16:3 16:7 22:18 22:21 23:23 24:5 24:8 24:18 25:3 25:4 31:11 33:17 35:21 36:9 39:10 39:16 43:8 43:9 43:19 44:9 45:10 46:20 47:18 50:9 51:22 61:23 65:25 70:7 71:6

**went**(1) 70:12

**werb**(1) 4:4

**were**(32) 10:16 10:20 17:10 17:25 18:3 19:14 20:6 21:4 21:22 23:1 23:7 23:8 26:13 26:23 31:19 32:16 35:19 37:4 37:11 39:21 40:22 45:9 45:10 51:24 52:1 54:3 61:20 65:3 65:13 65:19 65:23 69:7

**what**(27) 10:5 12:24 13:3 13:4 13:7 15:25 24:10 24:12 26:13 27:12 37:23 41:9 42:20 43:21 45:12 45:21 48:17 49:2 59:6 59:19 61:16 63:19 66:5 68:24 68:25 70:11 74:1

**what's**(3) 41:6 53:17 59:19

**whatever**(2) 52:24 65:22

**when**(12) 13:9 27:6 27:11 27:21 40:21 46:6 46:16 54:20 57:18 58:8 59:17 72:15

**where**(14) 12:5 20:3 20:17 26:13 27:5 32:4 34:7 35:3 43:11 56:16 69:7 70:3 72:5 72:18

**whereupon**(1) 75:1

**whether**(15) 18:23 19:1 24:23 27:22 30:10 31:14 32:11 35:23 36:18 37:12 42:15 50:15 50:17 61:20 74:7

**which**(48) 6:4 6:4 8:13 8:25 9:7 9:11 9:12 10:4 11:7 12:11 14:13 14:14 17:7 17:20 17:22 17:25 18:4 18:6 18:12 18:14 18:16 19:13 28:19 29:4 34:14 34:22 35:16 35:20 36:3 36:8 36:10 37:3 38:13 38:15 43:11 43:22 43:23 43:24 44:22 44:24 46:5 50:24 53:18 53:21 53:24 54:11 65:8 72:13

**while**(6) 25:9 46:1 46:25 51:5 53:8 59:5

**white**(1) 4:39

**who**(22) 10:10 10:10 10:21 11:11 12:18 13:22 17:25 18:3 25:13 35:21 38:3 39:14 44:4 45:22 45:25 46:7 50:25 51:1 55:25 57:21 60:2 73:13

**who's**(3) 39:10 42:13 47:11

**whole**(1) 44:3

**why**(8) 5:9 31:1 31:8 46:3 57:18 59:14 60:5 74:9

**will**(53) 2:39 6:10 7:23 9:5 9:16 9:18 10:22 11:17 13:10 13:15 13:18 15:18 16:22 20:19 29:4 31:6 31:12 32:7 32:22 33:1 33:9 34:3 35:10 40:9 40:11 40:19 42:19 50:22 52:10 57:22 58:7 58:8 60:6 62:16 62:21 63:7 63:9 63:11 67:15 67:18 68:3 68:15 69:10 69:16 69:22 71:8 71:16 71:23 72:16 73:12 73:22 74:4 74:19

**willfully**(1) 27:11

**william**(1) 6:8

**willing**(4) 14:22 36:10 38:18 48:25

**wilmington**(12) 1:13 1:30 2:23 2:36 2:48 3:7 3:26 3:33 3:39 3:46 4:7 5:1

**window**(2) 35:3 38:9

**wish**(5) 30:18 40:4 43:20 57:21 60:12

**wished**(1) 40:10

**wishes**(1) 13:11

**with**(98) 5:15 5:25 6:1 10:2 10:8 10:23 15:8 16:1 17:23 18:4 18:25 19:2 21:13 21:14 22:4 22:6 22:7 22:24 23:16 25:16 25:17 26:10 26:12 26:17 26:18 27:15 27:17 27:21 29:3 29:18 30:4 31:6 32:9 32:17 32:20 35:14 35:18 36:11 36:16 37:5 37:15 42:5 42:6 43:6 44:16 44:22 45:6 46:7 46:19 47:3 48:11 48:11 48:18 48:18 48:19 49:12 49:19 49:20 50:18 52:1 52:5 52:13 52:20 53:2 53:12 53:14 53:17 53:22 54:14 54:17 55:9 55:13 55:18 56:4 56:10 57:3 57:22 58:9 58:12 58:17 59:17 61:17 62:17 63:1 65:22 66:6 66:21 69:11 69:20 70:11 70:25 71:10 72:9 72:16 72:19 73:19

**withdrawing**(1) 37:17

**withdrawn**(1) 37:14

**within**(8) 13:17 17:12 19:16 21:20 21:24 27:6 59:19

**without**(10) 21:21 21:22 23:1 45:5 50:18 55:2 55:9 66:3 72:11 73:14

**won't**(3) 15:25 60:15 69:16

**wonderfully**(1) 65:25

**word**(1) 43:20

**words**(1) 45:13

**work**(5) 7:14 10:2 46:8 52:13 52:20 53:13 63:24

**worked**(2) 10:2 65:25

**working**(12) 42:5 43:9 45:10 46:5 52:18 53:22 54:15 54:16 54:18 63:21 63:24 65:11 66:6

**world**(5) 34:7 34:15 34:18 35:5 66:8

**worldwide**(3) 4:5 9:1 63:9

**worth**(1) 34:4

**worthwhile**(2) 62:11 64:15

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|

**would**(52) 5:16 6:3 13:12 14:22 14:23
15:4 15:6 15:6 15:14 18:23 19:16 20:16
25:6 25:14 28:15 31:18 36:17 37:11 38:21
39:23 40:1 41:20 47:19 47:22 48:17 49:3
49:18 49:18 54:6 54:7 54:8 55:10 58:3
58:11 58:18 59:4 59:6 59:16 62:11 62:22
63:2 63:4 63:5 65:17 65:19 65:23 65:24
66:5 71:10 72:22 74:1 74:8

**wouldn't**(1) 19:15
**wound**(1) 36:5
**wrestle**(2) 22:7 25:16
**wright**(1) 3:15
**write**(2) 31:11 61:21
**written**(1) 17:15
**wrong**(1) 43:4
**www.diazdata.com**(1) 1:49
**y2k**(1) 35:1
**yeah**(2) 24:3 37:16
**year**(5) 35:11 54:4 54:4 73:6 73:14
**years**(2) 65:12 73:7
**yes**(53) 5:13 5:16 5:20 5:24 6:20 7:18
8:10 9:3 10:14 11:5 15:1 15:2 16:4 16:15
17:11 19:18 21:7 28:18 29:17 30:22 33:7
33:18 33:20 34:10 34:21 36:2 36:14 37:18
37:19 38:4 39:18 40:24 41:18 42:3 43:15
45:15 47:24 58:21 59:24 60:10 62:3 62:8
63:17 65:15 66:11 67:8 67:11 69:6 71:4
72:1 72:14 73:9 73:11

**yesterday**(1) 5:11
**yet**(5) 14:8 34:12 35:4 49:14 50:2
**yield**(1) 63:11
**york**(5) 1:40 2:16 2:30 3:13 12:4
**you**(173) 5:3 5:4 5:18 5:18 6:12 6:12 6:14
6:23 7:9 7:11 7:12 7:13 7:14 7:24 7:25
8:4 8:7 9:24 12:15 14:14 15:4 15:5 15:17
15:20 15:21 16:8 16:25 19:14 20:12 20:23
21:7 23:6 23:21 24:8 25:15 25:15 25:15
25:22 25:23 26:1 28:3 28:4 28:4 28:6
29:14 30:1 30:16 30:17 30:18 31:10 31:10
33:3 33:11 33:14 33:16 34:19 35:1 35:1
36:15 37:7 38:6 38:21 39:1 39:2 39:6
39:8 39:21 40:1 40:20 41:2 41:3 41:4
41:6 41:9 41:11 41:12 41:13 41:14 41:21
42:1 42:20 42:21 42:23 42:24 42:25 43:13
43:23 43:23 43:25 44:1 44:3 44:7 44:19
45:4 45:5 45:12 46:16 46:22 46:24 47:1
47:13 47:15 47:17 47:22 47:22 47:25
48:11 49:22 49:23 50:5 50:7 50:23 51:7
51:11 56:9 56:14 56:22 56:22 56:23 56:24
57:2 58:4 58:5 58:11 58:17 58:25 59:7
59:10 60:1 60:3 60:12 60:15 60:18 60:21
60:22 60:23 60:24 61:14 61:15 62:2 62:2
62:4 62:5 62:10 62:11 62:16 64:10 66:24
67:5 68:18 68:25 68:25 69:7 69:11 69:16
70:4 70:8 70:10 70:24 71:3 71:10 71:16
71:21 71:22 71:22 71:25 74:1 74:8 74:11
74:17 74:18 74:20 74:21

**you'd**(3) 38:17 71:17 74:2
**you'll**(2) 24:4 70:8
**you're**(5) 16:23 48:5 50:23 70:11 73:23
**you've**(2) 33:21 58:19
**your**(100) 5:6 5:8 5:11 6:14 6:16 7:16 8:2
8:7 9:9 9:21 14:9 14:16 15:22 15:25
16:12 16:18 16:25 17:5 20:19 21:3 21:5
21:9 21:11 22:3 22:8 22:21 24:8 25:3
25:7 25:14 25:17 25:18 25:20 26:12 27:2
27:13 28:6 29:16 29:21 29:21 30:20 33:3
33:5 33:13 33:22 39:5 39:11 39:15 39:22
40:20 41:13 45:15 46:25 47:14 48:1 50:8
50:11 51:11 52:8 56:24 57:6 58:7 58:15
59:1 59:8 59:9 59:22 60:5 60:16 60:21
61:8 61:15 61:17 62:5 63:1 63:15 63:20
64:10 64:11 64:20 65:7 65:11 66:9 66:20
66:22 67:12 67:21 68:14 70:3 71:4 71:18
71:18 71:21 72:2 72:15 73:24 74:5 74:14
74:17 74:21

**yourself**(1) 50:22