IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| Nortel Networks Inc. | (Jointly Administered) |
| and | |
| Nortel Networks (CALA) Inc., | Adv. Proc. No. 10-55840 (KG) |
| Plaintiffs, | |
| v. | Re: D.I. 5210<br>Adv. D.I. 14 |
| CoAMS, Inc., | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING (PROPOSED) ORDER
ENLARGING THE TIME PERIOD PROVIDED BY FEDERAL RULE OF
CIVIL PROCEDURE 4(m) IN AVOIDANCE ACTION**

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and Nortel Networks (CALA) Inc. ("NN CALA"), as two of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify (the "Certification") as follows regarding the *[Proposed] Order Enlarging the Time Period Provided by Federal Rule of Civil Procedure 4(m) in Avoidance Action* (the "Proposed Order"), attached as **Exhibit A** hereto:

1. On December 6, 2010, NNI and NN CALA (the "Plaintiffs") filed the Complaint to Avoid and Recover Preferential Transfers and to Disallow Claims (the

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks
(Continued . . .)

"Complaint") against defendant CoAMS, Inc. (the "Defendant") in the Avoidance Action. By the Complaint the Plaintiffs sought to avoid and recover certain transfers alleged to have been made to Defendant within the ninety (90) days preceding the Plaintiffs' bankruptcy filings.

2.	On January 10, 2011, Defendant filed the Answer to Complaint (Adv. D.I. 4) asserting, in part, that Defendant was a mere conduit and therefore has no liability to the Debtors for certain of the transfers identified in the Complaint.

3.	On April 4, 2011, the Debtors filed the Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of the Time Period Provided by Rule of 4(m) (the "Motion") (D.I. 5210, Adv. D.I. 14).

4.	The objection deadline for the Motion was April 19, 2011. No objections or other responses were received. The Proposed Order is attached hereto as **Exhibit A**. A blackline showing changes to the order is attached hereto as **Exhibit B**.

---

(. . . continued)
    Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: April 27, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

3