IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) |
| Nortel Networks Inc. <br><br> and <br><br> Nortel Networks (CALA) Inc, <br><br> Plaintiffs, <br><br> v. <br><br> Beeline.com, Inc. <br><br> Defendant. | (Jointly Administered) <br><br><br> Adv. Proc. No. 10-55165 (KG) <br><br><br><br> **Re: D.I. 5209** <br> **Adv. D.I. 25** |

### CERTIFICATION OF COUNSEL REGARDING (PROPOSED) ORDER ENLARGING THE TIME PERIOD PROVIDED BY FEDERAL RULE OF CIVIL PROCEDURE 4(m) IN AVOIDANCE ACTION

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and Nortel Networks (CALA) Inc. ("NN CALA"), as two of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify (the "Certification") as follows regarding the *[Proposed] Order Enlarging the Time Period Provided by Federal Rule of Civil Procedure 4(m) in Avoidance Action* (the "Proposed Order"), attached as **Exhibit A** hereto:

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1. On November 9, 2010, NNI and NN CALA (the "Plaintiffs") filed the Complaint to Avoid and Recover Preferential Transfers and to Disallow Claims (the "Complaint") against defendant Beeline.com, Inc. (the "Defendant") in the Avoidance Action. By the Complaint the Plaintiffs sought to avoid and recover certain transfers alleged to have been made to Defendant within the ninety (90) days preceding the Plaintiffs' bankruptcy filings.

2. On February 28, 2011, Defendant filed its Answer to the Complaint (Adv. D.I. 22) asserting, in part, that Defendant reserves all defenses, rights and benefits that may be available to it under section 550 of the Bankruptcy Code. Upon information and belief, Defendant contends that it was a "mere conduit" with respect to certain of the transfers identified in the Complaint (the "Asserted Conduit Transfers") and therefore has no liability to Plaintiffs for the Asserted Conduit Transfers.

3. On April 4, 2011, the Debtors filed the Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Enlargement of the Time Period Provided by Rule of 4(m) (the "Motion") (D.I. 5209, Adv. D.I. 25).

4. The objection deadline for the Motion was April 19, 2011. No objections or other responses were received. The Proposed Order is attached hereto as **Exhibit A**. A blackline showing changes to the order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: April 27, 2011<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Deborah M. Buell (admitted *pro hac vice*)<br>Neil P. Forrest (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Donna L. Culver<br><br>Donna L. Culver (No. 2983)<br>Derek C. Abbott (No. 3376)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |