IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 5307, 5308 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2011, I caused to be served the:

    a. "Notice of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief," dated April 25, 2011, to which was attached the "Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief," dated April 25, 2011 [Docket No. 5307], and

    b. "Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief," dated April 25, 2011 [Docket No. 5308],

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Joint Motion and Rozenberg Declaration_DI 5307, 5308_AFF 4-25-11.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
26th day of April, 2011

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ,AMANDA M WINFREE ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX |

| Claim Name | Address Information |
|---|---|
| BROWN MCCARROLL LLP | 78701 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEWEY & LEBOEUF | LAWRENECE E. MILLER 125 WEST 55TH STREET NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST STE. 4000 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA; THEODORE A. KITTILA COUNSEL TO THE LTD GROUP 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONOTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |

| Claim Name | Address Information |
|---|---|
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ROGER G. SCHWARTZ; ADAM J. GOLDBERG 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LATHAM & WATKINS LLP | J. DOUGLAS BACON; ALICE DECKER BURKE; JOSEPH A. SIMEI 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR. 100 SOUTH BROAD STREET, SUITE 1530 PHILADELPHIA PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

| Claim Name | Address Information |
|---|---|
| MATTHEW N. KLEIMAN, P.C. | MATTHEW N. KLEIMAN, ESQ. COUNSEL TO EXIDE TECHNOLOGIES 2506 NORTH CLARK STREET, SUITE 307 CHICAGO IL 60614 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC.51 WEST 52N 51 WEST 52ND STREET NEW YORK NY 10019 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 1001 PO BOX 708 WILMINGTON DE 19899 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  188**

| Claim Name | Address Information |
|---|---|
| AJASSOCIES | ATTN: NICOLAS GRICOURT 10 ALLEE PIERRE DE COUBERTIN VERSAILLES 78000 FRANCE |
| CAW-CANADA LEGAL DEPARTMENT | ATTN: BARRY E. WADSWORTH 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| COSME ROGEAU | 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| ERNST & YOUNG | ATTN: YARON HAR-ZVI 3 AMINADAV STREET, TEL AVIV 67067 ISRAEL |
| FRESHFIELDS BRUCKHAUS DERINGER LLP | ATTN: KEN BAIRD 65 FLEET STREET LONDON EC4Y 1HS ENGLAND |
| GOODMANS LLP | ATTN: JAY CARFAGNINI, BRIAN EMPEY, FRED MYERS, JOE PASQUARIELLO, 333 BAY ST., STE 2400 BAY ADELAIDE CENTRE TORONTO ON M5H 257 CANADA |
| KOSKIE MINSKY LLP | ATTN: ANDREA MCKINNON 20 QUEEN STREET WEST, SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| KOSKIE MINSKY LLP | ATTN: SUSAN PHILPOTT 20 QUEEN STREET WEST, SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| KOSKIE MINSKY LLP | ATTN: MARK ZIGLER 20 QUEEN STREET WEST, SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| MAYER BROWN LLP | ATTN: JEAN-MARIE L. ATAMIAN, THOMAS M. VITALE 1675 BROADWAY NEW YORK NY 10019-5820 USA |
| MCCARTHY TETRAULT LLP | ATTN: BARBARA J. BOAKE 66 WELLINGTON STREET, SUITE 5300, TD BANK TOWER TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: JAMES D. GAGE 66 WELLINGTON STREET, SUITE 5300, TD BANK TOWER TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: RYAN STABILE 66 WELLINGTON STREET, SUITE 5300, TD BANK TOWER TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| NORTEL AUSTRALIA COMMUNICATION SYSTEMS PTY LIMITED | C/O THOMSONS LAWYERS LEVEL 25 AUSTRALIA SQUARE, 265 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LIMITED | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LIMITED | HAYARDEN STREET, AIRPORT CITY CENTRE, BEN-GURION AIRPORT PO BOX 266 TEL AVIV 70100 ISRAEL |
| NORTEL DE MEXICO, S. DE R. L. DE C. V. | INSURGENTES SUR 1605-FLOOR 30 COL. SAN JOSE INSURGENTES 03900 MEXICO |
| NORTEL GMBH | MAIN AIRPORT CENTER UNTERSCHEWEINSTIEGE 6 FRANKFURT AM MAIN 60549 GERMANY |
| NORTEL GMBH | ATTN: ALAN BLOOM/ CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (ASIA) LIMITED | 5/F CITYPLAZA FOUR 12 TAIKOO WAN ROAD TAIKOO SHING HONG KONG |
| NORTEL NETWORKS (ASIA) LIMITED | MACAU S.A.R., AVENIDA DA PRAIA GRANDE NOS. 417-429, PRAIA GRANDE COMMERCIAL CENTRE, NO. 17 ANDAR E, EM MACAU |
| NORTEL NETWORKS (ASIA) LIMITED | 68, NAZIMUDDIN ROAD, F-8/4 ISLAMABAD PAKISTAN |
| NORTEL NETWORKS (ASIA) LIMITED | TAIPEI BRANCH OFFICE SHIN KONG MANHATTAN BUILDING, 14F, SECTION 5, NO. 8 XIN YI ROAD TAIPEI TAIWAN 110 |
| NORTEL NETWORKS (AUSTRIA) GMBH | C/O BDO AUSTRIA GMGH, FISCHHOF 316 WIEN 1010 AUSTRIA |
| NORTEL NETWORKS (AUSTRIA) GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (CHINA) LIMITED | NO. 6 WANGJING DONG LU, CHAOYANG, DISTRICT BEIJING 100102 CHINA |
| NORTEL NETWORKS (INDIA) PRIVATE LIMITED | C-227, GROUND FLOOR, NEAR GARDEN OF FIVE SENSES WESTEND MARG, PARYAVARAN COMPLEX NEW DELHI 110 030 INDIA |
| NORTEL NETWORKS (IRELAND) LIMITED | MERVUE BUSINESS PARK MERVUE, GALWAY IRELAND |
| NORTEL NETWORKS (IRELAND) LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (NORTHERN IRELAND) LIMITED | DOAGH ROAD NEWTOWNABBEY CO. ANTRIM BT3 66XA UK |
| NORTEL NETWORKS (THAILAND) LTD. | C/O REGUS, 36TH FLOOR, CRC TOWER, ALL SEASONS PLACE NO. 87/2, WIRELESS ROAD KHWAENG LUMPINI   KHET PATHUMWAN BANGKOK 10320 THAILAND |
| NORTEL NETWORKS AB | NORTEL NETWORKS FILIAL AF NORTEL NETWORKS AKTIEBOLAG LAUTRUPSGADE 11 COPENHAGEN 5 2100 DENMARK |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS AB | C/O BDO STOCKHOLM AB BOX 241 15, STOCKHOLM 104 51 SWEDEN |
| NORTEL NETWORKS AB | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS AG | WILSTRASSE 11 8610 USTER CH-8610 SWITZERLAND |
| NORTEL NETWORKS AS | H. HEYERDAHLSGT 1 OSLO 0160 NORWAY |
| NORTEL NETWORKS AUSTRALIA PTY LIMITED | C/O THOMSONS LAWYERS LEVEL 25 AUSTRALIA SQUARE, 265 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| NORTEL NETWORKS B.V. | EVERT VAN DE BEEKSTRAAT, , 310 SCHIPHOL AIRPORT SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS B.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS CHILE S.A. | AVENIDA DEL VALLE 662 CIUDAD EMPRESARIAL HUECHUARABA SANTIAGO CHILE |
| NORTEL NETWORKS CORPORATION | ATTN: ALLAN BIFIELD 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: JOHN DOOLITTLE 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: ANNA VENTRESCA 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS DE ARGENTINA, S.A. | C/O  MATIAS DE LARRECHEA OF SEVERGNINI, ROBIOLA, GRINBERG & LARRECHEA RECONQUISTA 336, 2O PISO BUENOS AIRES, C1003ABC ARGENTINA |
| NORTEL NETWORKS DE COLOMBIA, S.A.S. | CALLE 96 NO. 13-11 SANTAFE DE BOGOTA COLOMBIA |
| NORTEL NETWORKS DE GUATEMALA, LTDA. | 16 CALLE O-55, ZONA 10 TORRE INTERNACIONAL, 7MO NIVEL GUATEMALA GUATEMALA |
| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | AVENIDA INSURGENTES, SUR NO. 1605-PISO 30 TORRE MURAL, COL SAN JOSE INSURGENTES MEXICO, D.F. MEXICO |
| NORTEL NETWORKS DEL ECUADOR, S.A. | AV. REPUBLICA DEL SALVADOR Y NACIONES UNIDAS MANSION BLANCA BUILDING, PARIS TOWER, 5TH FLOOR, OFFICE P5-1 QUITO ECUADOR |
| NORTEL NETWORKS DEL PARAGUAY S.A. | C/O BERKEMEYER & ASOCIADOS, BENJAMIN CONSTANT 835 EDIFICIO JACARANDA, 4TH FLOOR ASUNCION PARAGUAY |
| NORTEL NETWORKS DEL URUGUAY, S.A. | BOULEVARD ARTIGAS 417 APT. 11 MONTEVIDEO 1100 URUGUAY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | NAGY JENO UTCA 10 BUDAPEST 1126 HUNGARY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS FRANCE S.A.S. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DES FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS FRANCE S.A.S. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS GLOBAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS GLOBAL CORPORATION | NORTEL NETWORKS GLOBAL CORPORATION, SHANGHAI, CHINA - REPRESENTATIVE OFFICE, 11/F, ETON PLACE 69 DONGFANG ROAD SHANGHAI 200/20 CHINA |
| NORTEL NETWORKS GLOBAL CORPORATION | C/O PRAGMA GROUP, QUANTUM TOWER, 6TH FLOOR CHARLES MALEK AVENUE ASHRAFIEH, BEIRUT LEBANON |
| NORTEL NETWORKS GLOBAL CORPORATION | OUTSOURCING DIVISION , BDO (RUSSIA) 9, MALAYA SEMENOVSKAYA STR.,BLDG. 3 MOSCOW 107023 RUSSIA |
| NORTEL NETWORKS HISPANIA, S.A. | CAMINO DEL CERRO DE LOS GAMOS NO. 1 EDIFICIO 6,  28.224 POZUELO DE ALARCÓN MADRID SPAIN |
| NORTEL NETWORKS HISPANIA, S.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION, BEIJING REPRESENTATIVE OFFICE NO. 6, WANGJING DONG LU CHAOYANG DISTRICT BEIJING 100102 PEOPLE'S REPUBLIC OF CHINA |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION, PORT OF SPAIN, TRINIDAD REPRESENTATIVE OFFICE 5/7 SWEET BRIAR ROAD ST. CLAIR TRINIDAD |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION, HO CHI MINH CITY, VIETNAM - REP OFFICE REGUS, ME LINH POINT TOWER, 6F & 7F, ME LINH POINT TOWER 2, NGO DUC KE DISTRICT 1 HO CHI MINH CITY VIETNAM |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION, HANOI, VIETNAM - REPRESENTATIVE OFFICE REGUS, HANOI PRESS CLUB, 4-6/F, 59A LY THAI TO HOAM KIEM DISTRICT HANOI VIETNAM |
| NORTEL NETWORKS INTERNATIONAL FINANCE | & HOLDING BV ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV | EVERT VAN DE BEEKSTRAAT, , 310 SCHIPHOL AIRPORT SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS ISRAEL | (SALES AND MARKETING) LIMITED 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES AND | MARKETING) LIMITED ATTN: AVI D. PELOSSOF, ZELLERMAYER, PELOSSOF & CO, THE RUBENSTEIN HOUSE, 20 LINCOLN STREET TEL AVIV ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES AND | MARKETING) LIMITED HAYARDEN STREET, AIRPORT CITY CENTRE, BEN-GURION AIRPORT, TEL AVIV 70100 ISRAEL |
| NORTEL NETWORKS JAPAN, | (A/K/A NORTEL NETWORKS KABUSHIKI KAISHA) 2F SHINBASHI TOKYU BUILDING 4-21-3 SHINBASHI, MINATO-KU TOKYO 105-0004 JAPAN |
| NORTEL NETWORKS KOREA LIMITED | 16F, HAE-SUNG 2 BLDG. 942-10, DAECHI 3-DONG, KANGNAM-KU SEOUL 135-725 KOREA |
| NORTEL NETWORKS LIMITED | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS MALAYSIA SDN. BHD. | SECURITIES SERVICES (HOLDINGS) SDN. BHD. SUITE 18.05 MWE PLAZA, NO. 8 LEBUH FARQUHAR PENANG 10200 MALAYSIA |
| NORTEL NETWORKS N.V. | NORTEL NETWORKS NV C/O REGUS PAGASUSLAAN 5 DIEGEM B-1831 BELGIUM |
| NORTEL NETWORKS N.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS NETAS TELEKOMUNIKASYON A.S. | ALEMDAG CADDESI NO. 171 UMRANIYE ISTANBUL 34768 TURKEY |
| NORTEL NETWORKS NEW ZEALAND LIMITED | 171 FEATHERSTON STREET HP TOWER, LEVEL 21 WELLINGTON NEW ZEALAND |
| NORTEL NETWORKS O.O.O. | 3 SMOLENSKAYA SQUARE, BLOCK B 9TH FLOOR BUSINESS CENTRE REGUS, MOSCOW 121099 RUSSIA |
| NORTEL NETWORKS OY | C/O BDO OY, VATTENIEMENRANTA 2 HELSINKI 002 10 FINLAND |
| NORTEL NETWORKS OY | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PERU S.A.C. | VIA PRINCIPAL 140 EDIFICIO REAL SEIS, PISO 6 SAN ISIDRO, LIMA 27 PERU |
| NORTEL NETWORKS POLSKA SP Z.O.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PORTUGAL, S.A. | C/O ERNST & YOUNG AVENIDA DA REPUBLICA 90 3O LISBON 1649-024 PORTUGAL |
| NORTEL NETWORKS S.A. | ATTN: EDOUARD FABRE, RAJEEV SHARMA-FOKEER , ANTOINE TCHEKHOFF, , FOUCAUD, TCHEKHOFF, POCHET ET ASSOCIS , 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| NORTEL NETWORKS S.A. | COSME ROGEAU, 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| NORTEL NETWORKS S.A. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DE FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS S.P.A. | VIA SENIGALLIA N. 18/2 MILAN NORTH PARK MILANO ITALY |
| NORTEL NETWORKS S.P.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS S.R.O. | KLIMENTSKA 1216/46 PRAGUE 1 11002 CZECH REPUBLIC |
| NORTEL NETWORKS S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SINGAPORE PTE LTD | C/O DELOITTE TOUCHE TOMATSU PO BOX 1275, PORT MORESBY NATIONAL CAPITAL DISTRICT 121 PAPUA NEW GUINEA |
| NORTEL NETWORKS SINGAPORE PTE LTD | NORTEL NETWORKS SINGAPORE PTE LTD, MANILA, PHILIPPINES - BRANCH OFFICE, C/O BATUHAN BLANDO CONCEPCION LAW OFFICE 20/F LIBERTY CENTER 104 HV DELA COSTA |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS SINGAPORE PTE LTD | STREET SALCEDO VILLAGE MAKATI CITY 1227 PHILIPPINES |
| NORTEL NETWORKS SINGAPORE PTE LTD | C/O ABOGADO PTE LTD 8 MARINA BOULEVARD #05-02, MARINA BAY, FINANCIAL CENTRE TOWER 1 SINGAPORE 018981 |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | SV. CYRILA A METODA 2 PIEST'ANY 921 101 SLOVAK REPUBLIC |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LIMITED | 13 WELLINGTON ROAD PARKTOWN 2193 JOHANNESBURG SOUTH AFRICA |
| NORTEL NETWORKS TECHNOLOGY (THAILAND) LTD. | REGUS, 36TH FLOOR, CRC TOWER, ALL SEASONS PLACE NO. 87/2 WIRELESS ROAD KHWAENG LUMPINI KHET PATHUMWAN BANGKOK THAILAND |
| NORTEL NETWORKS TECHNOLOGY (THAILAND) LTD. | 1768 THAI SUMMIT TOWER, 24TH FLOOR NEW PETCHBURI ROAD, BANGKAPI BANGKAPI, HUAY KWANG BANGKOK 10320 THAILAND |
| NORTEL NETWORKS TECHNOLOGY CORPORATION | C/O STEWART MCKELVEY SUITE 800, 1959 UPPER WATER ST. HALIFAX NS B3J 2X2 CANADA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT | (SHANGHAI) CO., LTD. NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO., LTD., SHANGHAI BRANCH OFFICE ROOM 1101-1104 AND 1110-1113, 69 DONGFONG ROAD SHANGHAI 200120 CHINA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT | (SHANGHAI) CO., LTD. SOUTHPART 1ST & 2ND FLOOR, XINS NO. 43 BUILDING NO.556, FASAI ROAD WAIGAOQIAO FREE TRADE ZONE SHANGHAI 200131 CHINA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT | (SHANGHAI) CO., LTD. NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO., LTD., GUANGZHOU BRANCH OFFICE UNIT 04, 31/F, NO. 403, HUAN SHI DONG LU GUANGZHOU 510095 CHINA |
| NORTEL NETWORKS TELECOMUNICACOES | DO BRASIL LTDA. AVENIDA DAS NACOES UNIDAS, 17.891, 9 ANDAR, PARTE B SANTO AMARO, SAO PAULO 04795-000 BRAZIL |
| NORTEL NETWORKS UK LIMITED | ATTN: STEPHEN GALE, HERBERT SMITH, EXCHANGE HOUSE PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| NORTEL NETWORKS UK LIMITED | NORTEL NETWORKS UK LIMITED, RIYADH, SAUDI ARABIA - BRANCH OFFICE 18TH FLOOR, ABRAJ BUILDING, ULAYYAH STREET RIYADH 11683 SAUDI ARABIA |
| NORTEL NETWORKS UK LIMITED | MAIDENHEAD OFFICE PARK WESTACOTT WAY MAIDENHEAD, BERKSHIRE SL6 3QH UK |
| NORTEL NETWORKS UK LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL, ERNST & YOUNG LLP, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | ATTN: MICHAEL LUSKIN,  HUGHES HUBBARD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| NORTEL NETWORKS UK LIMITED | ATTN: JAMES L. PATTON  EDWIN J. HARRON, YOUNG CONAWAY , THE BRANDYWINE BLDG 1000 WEST STREET, 17TH FLOOR WILMINGTON DE 19801 |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE | PRIVATE LIMITED 122 BULL TEMPLE ROAD BANGALORE 560 019 INDIA |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE | PRIVATE LIMITED 5TH FLOOR, TOWER D IBC KNOWLEDGE PK, NO 4/1 BANNERGHATTA RD. BANGALORE 560 029 INDIA |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE | PRIVATE LIMITED NORTEL TECHNOLOGY EXCELLENCE CENTRE LTD. UNIT $701, 7TH FLOOR, "C" BLOCK RMZ CENTENNIAL, DODDANDEKUNDI (V), KRISHNARAJAPURAM (H) BANGALORE 560048 INDIA |
| NORTEL TRINIDAD AND TOBAGO LIMITED | 34 FITT STREET WOODBROOK PORT OF SPAIN TRINIDAD & TOBAGO |
| NORTEL TRINIDAD AND TOBAGO LIMITED | 5-7 SWEET BRIAR ROAD PORT OF SPAIN TRINIDAD AND TOBAGO |
| NORTEL VIETNAM LIMITED | HANOI PRESS CLUB, 4-6F, 59 LY THAI TO HOAN KIEM DISTRICT HANOI VIETNAM |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: LILY HARMER 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: JESSICA LATIMER 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: KENNETH T. ROSENBERG 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: MASSIMO (MAX) STARNINO 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PT NORTEL NETWORKS INDONESIA | REGUS, 30/F MENARA KADIN INDONESIA JL H.R. RASUNA SAID BLOCK X-5, KAV 2-3 JAKARTA 12950 INDONESIA |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  122**