**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

**Please note the change of VAT registration number for Ashurst LLP**

# ashurst

**Interim (S)**

VAT Invoice Date: **13 April 2011**      Our Ref: **GDB/CCN01.00001**

Invoice No.: **307736**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees (NT)** | 0.00 | 0.00 | 222,660.00 |
| For the period to 31 March 2011, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 667.88 |
| **Disbursements: (NT)** | | | |
| External Photocopying Charges | 0.00 | 0.00 | 703.03 |
| International Travel and Related Expenses | 0.00 | 0.00 | 4,151.47 |
| Fares, Courier Charges and Incidental Expenses | 0.00 | 0.00 | 448.81 |
| Search Fees | 0.00 | 0.00 | 3.89 |
| | 0.00 | | 228,635.08 |
| | | VAT | 0.00 |
| | | Total | 228,635.08 |
| | | **Balance Due** | **228,635.08** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - Account No.: 00404268
**Sort Code: 50-00-00 - Swift Code: NWBKGB2L - IBAN Code:** GB12NWBK50000000404268
Please quote reference 307736 when settling this invoice
**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 March 2011**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.20 | 130.00 | (C0004) |
| | | 10.90 | 7,085.00 | (C0007) |
| | | 11.70 | 7,605.00 | (C0012) |
| | | 5.30 | 3,445.00 | (C0019) |
| | | 12.00 | 7,800.00 | (C0025) |
| | | 32.60 | 21,190.00 | (C0031) |
| | | 72.70 | 47,255.00 | |
| Partner: | Eric Bouffard | 12.50 | 7,812.50 | (C0031) |
| | | 12.50 | 7,812.50 | |
| Partner: | Steven Hull | 3.80 | 2,375.00 | (C0019) |
| | | 3.80 | 2,375.00 | |
| Partner: | Angela Pearson | 0.80 | 500.00 | (C0004) |
| | | 3.00 | 1,875.00 | (C0007) |
| | | 18.90 | 11,812.50 | (C0012) |
| | | 53.20 | 33,250.00 | (C0019) |
| | | 75.90 | 47,437.50 | |
| Partner: | Dominic Batchelor | 0.60 | 360.00 | (C0007) |
| | | 18.30 | 10,980.00 | (C0024) |
| | | 18.90 | 11,340.00 | |
| Senior Associate: | Marcus Fink | 6.40 | 3,296.00 | (C0007) |
| | | 15.90 | 8,188.50 | (C0012) |
| | | 28.00 | 14,420.00 | (C0019) |
| | | 50.30 | 25,904.50 | |
| Senior Associate: | Pierre-Emmanuel Fender | 12.00 | 6,180.00 | (C0031) |
| | | 12.00 | 6.180.00 | |
| Senior Associate: | Caroline Fitzgerald | 0.80 | 388.00 | (C0018) |
| | | 0.80 | 388.00 | |
| Senior Associate: | Luke Rollason | 9.30 | 4,557.00 | (C0007) |
| | | 6.60 | 3,234.00 | (C0019) |
| | | 4.70 | 2,303.00 | (C0024) |
| | | 20.60 | 10,094.00 | |
| Associate: | Paul Bagon | 9.60 | 3,360.00 | (C0003) |
| | | 9.00 | 3,150.00 | (C0004) |
| | | 9.80 | 3,430.00 | (C0007) |
| | | 19.60 | 6,860.00 | (C0012) |
| | | 61.90 | 21,665.00 | (C0019) |
| | | 22.20 | 7,770.00 | (C0024) |
| | | 28.50 | 9,975.00 | (C0031) |
| | | 160.60 | 56,210.00 | |

| | | | | |
|---|---|---|---|---|
| Junior Associate | Andy Wright | 6.10 | 1,921.50 | (C0019) |
| | | 6.10 | 1,921.50 | |
| Junior Associate | Michelle Egbosimba | 1.90 | 551.00 | (C0012) |
| | | 1.90 | 551.00 | |
| Junior Associate | Lorraine McLinn | 0.40 | 116.00 | (C0019) |
| | | 0.40 | 116.00 | |
| Junior Associate | Andrew Martin | 0.70 | 203.00 | (C0031) |
| | | 0.70 | 203.00 | |
| Trainee: | Manuela Krach | 0.90 | 144.00 | (C0019) |
| | | 0.90 | 144.00 | |
| Trainee: | Quentin de Margerie | 14.20 | 2,272.00 | (C0031) |
| | | 14.20 | 2,272.00 | |
| Trainee: | Andy Levett | 1.70 | 314.50 | (C0012) |
| | | 1.70 | 314.50 | |
| Trainee: | Sophie Law | 2.80 | 518.00 | (C0012) |
| | | 2.60 | 481.00 | (C0019) |
| | | 5.40 | 999.00 | |
| Trainee: | Edward Arden | 6.10 | 1,128.50 | (C0031) |
| | | 6.10 | 1,128.50 | |
| Paralegal | Claude Vernusse | 0.20 | 14.00 | (C0012) |
| | | 0.20 | 14.00 | |
| | | | | (C0019) |
| | **Total** | **465.70** | **222,660.00** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2011

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**      **Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| PDB | Paul Bagon | 9.60 | 350.00 | 3,360.00 |
|  |  |  | Total | **3,360.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/03/2011 | Paul Bagon | LETT | Emails re. Ashurst fees | 0 30 | 350 00 | 105.00 |
| 21/03/2011 | Paul Bagon | DRFT | Ashurst monthly fee app | 2 50 | 350 00 | 875.00 |
| 21/03/2011 | Paul Bagon | LETT | Reviewing Exhibit B of Interim Fee App and related emails with accounts | 1.50 | 350 00 | 525.00 |
| 22/03/2011 | Paul Bagon | LETT | Final review of interim fee app. | 0 30 | 350 00 | 105 00 |
| 28/03/2011 | Paul Bagon | DRFT | Finalising and sending out Ashurst monthly fee app | 5 00 | 350 00 | 1,750.00 |

|  |
|---|
| **3,360.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0004**   **Analysis of Other Professionals Fee Applications/Reports**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.80 | 625.00 | 500.00 |
| GDB | Giles Boothman | 0.20 | 650.00 | 130.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 9.00 | 350.00 | 3,150.00 |
| | | | Total | **3,780.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2011 | Giles Boothman | PHON | Josh Sturm re. counsel | 0.20 | 650.00 | 130.00 |
| 18/03/2011 | Paul Bagon | PHON | AG re retention of Keith Rowley QC | 0.50 | 350.00 | 175.00 |
| 21/03/2011 | Paul Bagon | PHON | With AG re Keith Rowley retention and related emails. | 0.50 | 350.00 | 175.00 |
| 22/03/2011 | Paul Bagon | LETT | Re retention of Keith Rowley and related discussions with AG | 0.50 | 350.00 | 175.00 |
| 23/03/2011 | Angela Pearson | MISC | Check Declaration | 0.50 | 625.00 | 312.50 |
| 23/03/2011 | Paul Bagon | DRFT | Keith Rowley Retention Doc | 1.50 | 350.00 | 525.00 |
| 23/03/2011 | Paul Bagon | LETT | Emails to AMP & AG re Keith Rowley retention | 0.50 | 350.00 | 175.00 |
| 28/03/2011 | Angela Pearson | READ | Check declaration | 0.30 | 625.00 | 187.50 |
| 29/03/2011 | Paul Bagon | DRFT | Reviewing Keith Rowley retention app and sending to AG. Related discussions with AG and emails | 2.50 | 350.00 | 875.00 |
| 30/03/2011 | Paul Bagon | LETT | To AG re Keith Rowley retention app. | 1.00 | 350.00 | 350.00 |
| 31/03/2011 | Paul Bagon | LETT | Amending Keith Rowley retention app and related calls and emails with AG. | 2.00 | 350.00 | 700.00 |
| | | | | | | **3,780.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0007    Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** |  |  |  |  |
| AMP | Angela Pearson | 3.00 | 625.00 | 1,875.00 |
| DTB | Dominic Batchelor | 0.60 | 600.00 | 360.00 |
| GDB | Giles Boothman | 10.90 | 650.00 | 7,085.00 |
| **Senior Associate** |  |  |  |  |
| LAR | Luke Rollason | 9.30 | 490.00 | 4,557.00 |
| MDF | Marcus Fink | 6.40 | 515.00 | 3,296.00 |
| **Associate** |  |  |  |  |
| PDB | Paul Bagon | 9.80 | 350.00 | 3,430.00 |
|  |  |  | Total | 20,603.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2011 | Giles Boothman | ATTD | UCC call | 1.50 | 650.00 | 975.00 |
| 02/03/2011 | Luke Rollason | LETT | Attending committee pre-call. Committee call. Post-call. Reviewing reports for call. Reviewing Iceberg sale order. | 6.50 | 490.00 | 3,185.00 |
| 02/03/2011 | Marcus Fink | LETT | Attend committee call and consider paper re PPF claim analysis. Dictate paper | 4.60 | 515.00 | 2,369.00 |
| 02/03/2011 | Paul Bagon | LETT | UCC weekly meeting | 1.00 | 350.00 | 350.00 |
| 09/03/2011 | Giles Boothman | ATTD | Committee call | 0.50 | 650.00 | 325.00 |
| 10/03/2011 | Angela Pearson | PHON | Committee Call | 1.00 | 625.00 | 625.00 |
| 10/03/2011 | Dominic Batchelor | PHON | On conference call re: IP status (and other matters) | 0.60 | 600.00 | 360.00 |
| 10/03/2011 | Giles Boothman | ATTD | UCC call | 1.20 | 650.00 | 780.00 |
| 10/03/2011 | Paul Bagon | PHON | UCC weekly call | 1.30 | 350.00 | 455.00 |
| 16/03/2011 | Giles Boothman | ATTD | UCC call | 0.70 | 650.00 | 455.00 |
| 17/03/2011 | Angela Pearson | PHON | Committee Call | 2.00 | 625.00 | 1,250.00 |
| 17/03/2011 | Giles Boothman | ATTD | UCC call | 4.00 | 650.00 | 2,600.00 |
| 17/03/2011 | Paul Bagon | PHON | UCC (in person) meeting - attending by phone. | 5.00 | 350.00 | 1,750.00 |
| 23/03/2011 | Giles Boothman | ATTD | Committee call and discussions before/after (12.15-2.15) | 2.00 | 650.00 | 1,300.00 |
| 23/03/2011 | Luke Rollason | PHON | Prep for and attend committee call | 2.80 | 490.00 | 1,372.00 |
| 23/03/2011 | Marcus Fink | LETT | Attend weekly update meeting by phone | 1.80 | 515.00 | 927.00 |
| 23/03/2011 | Paul Bagon | PHON | UCC weekly meeting. | 1.30 | 350.00 | 455.00 |
| 29/03/2011 | Giles Boothman | ATTD | UCC call | 1.00 | 650.00 | 650.00 |
| 29/03/2011 | Paul Bagon | PHON | UCC weekly meeting. | 1.20 | 350.00 | 420.00 |

20,603.00

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**      General Claims Analysis/Claims Objections

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Partner** | | | |
| AMP      Angela Pearson | 18.90 | 625.00 | 11,812.50 |
| GDB      Giles Boothman | 11.70 | 650.00 | 7,605.00 |
| **Senior Associate** | | | |
| MDF      Marcus Fink | 15.90 | 515.00 | 8,188.50 |
| **Associate** | | | |
| PDB      Paul Bagon | 19.60 | 350.00 | 6,860.00 |
| **Junior Associate** | | | |
| MVE      Michelle Egbosimba | 1.90 | 290.00 | 551.00 |
| **Trainee** | | | |
| ALEVET   Andy Levett | 1.70 | 185.00 | 314.50 |
| SLAW     Sophie Law | 2.80 | 185.00 | 518.00 |
| **Other** | | | |
| CVERNU   Claude Vernusse | 0.20 | 70.00 | 14.00 |
| | | Total | 35,863.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**   <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2011 | Angela Pearson | PREP | Prepare for meeting | 0.50 | 625.00 | 312.50 |
| 01/03/2011 | Angela Pearson | TRAV | Travel time | 0.50 | 625.00 | 312.50 |
| 01/03/2011 | Angela Pearson | ATTD | Meeting at Ernst & Young | 1.50 | 625.00 | 937.50 |
| 01/03/2011 | Angela Pearson | TRAV | Travel time | 0.50 | 625.00 | 312.50 |
| 01/03/2011 | Angela Pearson | ATTD | Meeting - Hogan Lovell | 1.50 | 625.00 | 937.50 |
| 01/03/2011 | Angela Pearson | TRAV | Travel time | 0.50 | 625.00 | 312.50 |
| 01/03/2011 | Giles Boothman | ATTD | Meetings with EY and pension parties (10.00 - 3.00) plus travel to/from meetings | 5.00 | 650.00 | 3,250.00 |
| 01/03/2011 | Giles Boothman | PREP | For meetings | 0.50 | 650.00 | 325.00 |
| 01/03/2011 | Marcus Fink | LETT | Prep for and attend meeting with the Pension Parties. Discussion of next steps internally | 3.10 | 515.00 | 1,596.50 |
| 04/03/2011 | Giles Boothman | READ | Emails re. claims process | 0.50 | 650.00 | 325.00 |
| 07/03/2011 | Angela Pearson | READ | Review administrator Proof of Claim | 0.50 | 625.00 | 312.50 |
| 08/03/2011 | Angela Pearson | DRFT | Review draft Motion/email to Akin Gump | 2.50 | 625.00 | 1,562.50 |
| 08/03/2011 | Angela Pearson | DRFT | Review list of documents | 0.50 | 625.00 | 312.50 |
| 08/03/2011 | Marcus Fink | LETT | Revise 2004 disclosure request list and review draft motion re pension party claim. Draft footnotes for motion. Discuss position with GDB. AMP and PB throughout course of day | 5.60 | 515.00 | 2,884.00 |
| 08/03/2011 | Paul Bagon | READ | Mediation docs re discovery list. | 3.00 | 350.00 | 1,050.00 |
| 09/03/2011 | Angela Pearson | DRFT | Drafting list of documents | 4.00 | 625.00 | 2,500.00 |
| 09/03/2011 | Marcus Fink | LETT | Attend call with Akin and discussions with AMP and GDB. Correction to Motion footnotes | 2.20 | 515.00 | 1,133.00 |
| 09/03/2011 | Paul Bagon | READ | Reviewing data room indexes and related emails. | 3.00 | 350.00 | 1,050.00 |
| 09/03/2011 | Paul Bagon | LETT | Emails and internal discussions re UK pension parties discovery | 1.00 | 350.00 | 350.00 |
| 10/03/2011 | Andy Levett | MISC | Proof reading list of 2004 requests | 1.70 | 185.00 | 314.50 |
| 10/03/2011 | Paul Bagon | READ | 2004 discovery motion and related emails and discussions with AMP and MDF. | 2.50 | 350.00 | 875.00 |
| 10/03/2011 | Paul Bagon | PHON | Call with AG re pension party negotiations and related discussions with GDB. | 0.30 | 350.00 | 105.00 |
| 11/03/2011 | Angela Pearson | READ | Review document list | 0.50 | 625.00 | 312.50 |
| 11/03/2011 | Giles Boothman | LETT | Fred re. status of calls with pension advisers | 0.20 | 650.00 | 130.00 |
| 11/03/2011 | Paul Bagon | PHON | AG re 2004 discovery list. | 0.50 | 350.00 | 175.00 |
| 14/03/2011 | Angela Pearson | READ | Review open documents for 2004 list | 1.00 | 625.00 | 625.00 |
| 14/03/2011 | Paul Bagon | PHON | Canadian proposal call | 2.00 | 350.00 | 700.00 |
| 15/03/2011 | Claude Vernusse | RSCH | Kbis | 0.20 | 70.00 | 14.00 |
| 16/03/2011 | Paul Bagon | PHON | With Bonds re allocation. | 2.50 | 350.00 | 875.00 |
| 22/03/2011 | Giles Boothman | ATTD | Meeting with EY/Herbert Smith (09.15 - 2.15) | 5.00 | 650.00 | 3,250.00 |
| 22/03/2011 | Giles Boothman | ATTD | Meeting Fred Hodara | 0.50 | 650.00 | 325.00 |
| 22/03/2011 | Marcus Fink | LETT | Attend meeting with Administrator via telephone | 2.80 | 515.00 | 1,442.00 |
| 22/03/2011 | Paul Bagon | PHON | UKA meeting with UCC and Bonds re proceeds allocation | 3.00 | 350.00 | 1,050.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**     **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 23/03/2011 | Angela Pearson | INTD | Discussion with MVE re: Proof of Claim | 0.40 | 625.00 | | 250.00 |
| 23/03/2011 | Michelle Egbosimba | INTD | Discussion PDB/AMP | 0.30 | 290.00 | | 87.00 |
| 23/03/2011 | Michelle Egbosimba | LETT | Review of Proofs of Claims in zip file | 0.50 | 290.00 | | 145.00 |
| 23/03/2011 | Sophie Law | LETT | Conf call | 0.40 | 185.00 | | 74.00 |
| 25/03/2011 | Angela Pearson | READ | Review Proofs of Claim | 3.50 | 625.00 | | 2,187.50 |
| 28/03/2011 | Angela Pearson | LETT | Review Proof of Claim | 0.50 | 625.00 | | 312.50 |
| 28/03/2011 | Angela Pearson | READ | Review mediation document | 0.50 | 625.00 | | 312.50 |
| 28/03/2011 | Michelle Egbosimba | READ | Review of proofs of claim | 1.10 | 290.00 | | 319.00 |
| 28/03/2011 | Sophie Law | LETT | Review of Iceberg ASA - check with latest draft with previous comments, email to Luke Rollason | 2.40 | 185.00 | | 444.00 |
| 29/03/2011 | Paul Bagon | READ | Opposition motion to EMEA Proofs of Claim | 1.00 | 350.00 | | 350.00 |
| 30/03/2011 | Marcus Fink | LETT | Review emails and con with Herbert Smith on disclosure of documents from Administrator Consider documents to be requested and email to Ashurst team on outcome | 2.20 | 515.00 | | 1,133.00 |
| 30/03/2011 | Paul Bagon | READ | PPF letter of response to discovery request. | 0.30 | 350.00 | | 105.00 |
| 30/03/2011 | Paul Bagon | READ | Mediation statement | 0.50 | 350.00 | | 175.00 |

|  |
|---|
| 35,863.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0018**   **Tax Issues**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| CTF | Caroline Fitzgerald | 0.80 | 485.00 | 388.00 |
|  |  |  | Total | 388.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2011 | Caroline Fitzgerald | READ | Latest draft agreement | 0.20 | 485.00 | 97.00 |
| 10/03/2011 | Caroline Fitzgerald | LEFT | Review of latest form agreement for tax issues | 0.60 | 485.00 | 291.00 |
|  |  |  |  |  |  | 388.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0019      Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 53.20 | 625.00 | 33,250.00 |
| GDB | Giles Boothman | 5.30 | 650.00 | 3,445.00 |
| SEH | Steven Hull | 3.80 | 625.00 | 2,375.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 6.60 | 490.00 | 3,234.00 |
| MDF | Marcus Fink | 28.00 | 515.00 | 14,420.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 61.90 | 350.00 | 21,665.00 |
| **Junior Associate** | | | | |
| ACW | Andy Wright | 6.10 | 315.00 | 1,921.50 |
| LSM | Lorraine McLinn | 0.40 | 290.00 | 116.00 |
| **Trainee** | | | | |
| MKRACH | Manuela Krach | 0.90 | 160.00 | 144.00 |
| SLAW | Sophie Law | 2.60 | 185.00 | 481.00 |
| | | | Total | 81,051.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2011 | Angela Pearson | INTD | Emails Giles Boothman | 0.20 | 625.00 | 125.00 |
| 01/03/2011 | Angela Pearson | INTD | Emails Marcus Fink | 0.20 | 625.00 | 125.00 |
| 01/03/2011 | Angela Pearson | INTD | Telephone conversation with Marcus Fink | 0.20 | 625.00 | 125.00 |
| 01/03/2011 | Giles Boothman | LETT | Fred re. guarantees and internal discussions | 0.30 | 650.00 | 195.00 |
| 02/03/2011 | Angela Pearson | MISC | Checking availability of Counsel | 1.00 | 625.00 | 625.00 |
| 02/03/2011 | Angela Pearson | INTD | Emails to Giles Boothman | 0.40 | 625.00 | 250.00 |
| 02/03/2011 | Angela Pearson | INTD | Telephone conversation with Marcus Fink | 0.30 | 625.00 | 187.50 |
| 02/03/2011 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 02/03/2011 | Angela Pearson | LETT | Email to Counsel's clerk | 0.30 | 625.00 | 187.50 |
| 03/03/2011 | Andy Wright | INTD | Conversation with MDF re. research on compromising s75 and contributions after scheme emerges from assessment period | 0.10 | 315.00 | 31.50 |
| 03/03/2011 | Angela Pearson | INTD | Emails Giles Boothman | 0.20 | 625.00 | 125.00 |
| 03/03/2011 | Angela Pearson | LETT | Email to Luke Rollason | 0.20 | 625.00 | 125.00 |
| 03/03/2011 | Angela Pearson | DRFT | Review Advice Note | 0.50 | 625.00 | 312.50 |
| 03/03/2011 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 03/03/2011 | Luke Rollason | LETT | Drafting summary re priority claims re Past Service Deficit Contributions with Marcus Fink.. Discussing with Giles Boothman. Reviewing previous email summary and memo re pension liabilities | 4.50 | 490.00 | 2,205.00 |
| 03/03/2011 | Marcus Fink | LETT | Research and draft paper on PPF valuation of scheme liabilities and the interaction with current PPF settlement claim. Cons with L Rollason re priority claims and draft email re the same | 7.40 | 515.00 | 3,811.00 |
| 03/03/2011 | Paul Bagon | LETT | Various emails re. pension guarantees | 0.50 | 350.00 | 175.00 |
| 04/03/2011 | Andy Wright | RSCH | Note on compromise of S75 Debts | 1.10 | 315.00 | 346.50 |
| 04/03/2011 | Andy Wright | RSCH | Reviewing MDF note on s143 valuations | 0.10 | 315.00 | 31.50 |
| 04/03/2011 | Angela Pearson | INTD | Discussion Giles Boothman | 0.50 | 625.00 | 312.50 |
| 04/03/2011 | Angela Pearson | LETT | Emails to Fred Hodara | 0.80 | 625.00 | 500.00 |
| 04/03/2011 | Angela Pearson | READ | Review email | 0.50 | 625.00 | 312.50 |
| 04/03/2011 | Angela Pearson | PHON | Telephone conversation with Luke Rollason | 0.50 | 625.00 | 312.50 |
| 04/03/2011 | Angela Pearson | LETT | Amend email re: E45 priority claim | 1.00 | 625.00 | 625.00 |
| 04/03/2011 | Giles Boothman | READ | Emails re. pensions issues | 0.50 | 650.00 | 325.00 |
| 04/03/2011 | Giles Boothman | SUPE | Various pensions issues | 0.50 | 650.00 | 325.00 |
| 04/03/2011 | Luke Rollason | LETT | Discussing summary re priority claims re Past Service Deficit Contributions with Angela Pearson. Discussing with Giles Boothman. Reviewing amends. | 2.10 | 490.00 | 1,029.00 |
| 05/03/2011 | Andy Wright | LETT | Reviewing MDF note on s143 valuation. Email to MDF re. the same | 1.10 | 315.00 | 346.50 |
| 06/03/2011 | Andy Wright | RSCH | Compromise of s75 debts; payment of contributions after emergence of from assessment period | 3.50 | 315.00 | 1,102.50 |
| 07/03/2011 | Andy Wright | INTD | Conversation with MDF re. research on contributions during assessment period | 0.20 | 315.00 | 63.00 |
| 07/03/2011 | Angela Pearson | INTD | Discussion Paul Bagon/Marcus Fink | 0.50 | 625.00 | 312.50 |
| 07/03/2011 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 0.50 | 625.00 | 312.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0019    Labor Issues/Employee Benefits

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 07/03/2011 | Angela Pearson | LETT | Emails - Akin Gump | 0.40 | 625 00 | 250.00 |
| 07/03/2011 | Angela Pearson | READ | Read email | 0.50 | 625 00 | 312.50 |
| 07/03/2011 | Angela Pearson | INTD | Emails Giles Boothman | 0.40 | 625 00 | 250.00 |
| 07/03/2011 | Angela Pearson | DRFT | Revise pension memos | 1 00 | 625 00 | 625.00 |
| 07/03/2011 | Angela Pearson | READ | Review research note | 0.50 | 625.00 | 312.50 |
| 07/03/2011 | Giles Boothman | LETT | Fred re. NNUK pension liabilities | 0 70 | 650.00 | 455 00 |
| 07/03/2011 | Marcus Fink | LETT | Finalising note on PPF liability position  Con with PB re meeting with trustees,. Discussion with ACW on research papers produced re requirement to contribute following a PPF assessment period and necessity of court approval of any settlement. Attend call with Brad from Akin on 2004 disclosure process and discuss same internally. | 6 20 | 515.00 | 3,193.00 |
| 07/03/2011 | Manuela Krach | MISC | Reviewed documents for the exact PPF amount | 0.90 | 160 00 | 144.00 |
| 07/03/2011 | Paul Bagon | DRFT | Drafting ashurst pensions memos. related internal discussions with GDB, AMP and MDF. Sending to AG and related emails and calls | 9 00 | 350.00 | 3,150.00 |
| 08/03/2011 | Angela Pearson | INTD | Email - Marcus Fink | 0.20 | 625.00 | 125.00 |
| 08/03/2011 | Angela Pearson | LETT | Email to L Beckerman | 0 30 | 625 00 | 187.50 |
| 08/03/2011 | Angela Pearson | INTD | Email to Paul Bagon | 0.20 | 625.00 | 125.00 |
| 08/03/2011 | Angela Pearson | INTD | Email to Marcus Fink | 0 20 | 625.00 | 125 00 |
| 08/03/2011 | Angela Pearson | LETT | Email to Akin Gump | 0 20 | 625.00 | 125.00 |
| 08/03/2011 | Giles Boothman | LETT | Emails re. EMEA pension issues | 0.30 | 650.00 | 195.00 |
| 09/03/2011 | Angela Pearson | PHON | Making enquiries re: Counsel availability | 1.50 | 625.00 | 937 50 |
| 09/03/2011 | Angela Pearson | INTD | Paul Bagon | 0.20 | 625 00 | 125.00 |
| 09/03/2011 | Angela Pearson | INTD | Giles Boothman | 0 30 | 625 00 | 187.50 |
| 09/03/2011 | Angela Pearson | PHON | Telephone conversations with available Counsel | 0.50 | 625.00 | 312.50 |
| 09/03/2011 | Angela Pearson | INTD | Email Giles Boothman | 0 20 | 625 00 | 125.00 |
| 09/03/2011 | Angela Pearson | INTD | Marcus Fink | 0.20 | 625 00 | 125.00 |
| 09/03/2011 | Steven Hull | INTD | Discussions with Marcus Fink regarding obtaining Counsel's opinion in connection with guarantees and enforceability during PPF assessment period; emails with Angela Pearson and Giles Boothman regarding Keith Rowley QC of Radcliffe Chambers and discussions with Marcus Fink regarding scope of opinion required and related matters | 0.80 | 625.00 | 500.00 |
| 10/03/2011 | Angela Pearson | INTD | Giles Boothman | 0.30 | 625 00 | 187.50 |
| 10/03/2011 | Angela Pearson | INTD | Paul Bagon | 0 20 | 625 00 | 125 00 |
| 10/03/2011 | Angela Pearson | LETT | Email to Akin Gump | 1.00 | 625 00 | 625.00 |
| 10/03/2011 | Angela Pearson | DRFT | Drafting/amending 2004 list | 4.50 | 625 00 | 2,812.50 |
| 10/03/2011 | Angela Pearson | CASE | Reference for QC | 0 50 | 625 00 | 312.50 |
| 10/03/2011 | Marcus Fink | LETT | Research status of FSDs. Con with Administrator counsel (HS) re info requests | 1 40 | 515.00 | 721.00 |
| 10/03/2011 | Paul Bagon | INTD | Re pension issues | 1 50 | 350 00 | 525.00 |
| 11/03/2011 | Angela Pearson | LETT | Emails Akin Gump | 0 30 | 625.00 | 187.50 |
| 11/03/2011 | Angela Pearson | LETT | Email Akin Gump | 0.20 | 625 00 | 125.00 |
| 11/03/2011 | Angela Pearson | LETT | Email Akin Gump | 0 20 | 625.00 | 125.00 |
| 11/03/2011 | Angela Pearson | PHON | Telephone conversation with Akin Gump/discussion Paul Bagon | 0 80 | 625.00 | 500.00 |
| 11/03/2011 | Angela Pearson | PHON | Telephone conversation with Counsel | 0 40 | 625 00 | 250.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>C0019</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 11/03/2011 | Angela Pearson | PREP | Preparation of Instructions to Counsel | 1 00 | 625.00 | 625.00 |
| 11/03/2011 | Angela Pearson | READ | Review emails | 0 50 | 625.00 | 312.50 |
| 11/03/2011 | Angela Pearson | INTD | Discussion Giles Boothman | 0.30 | 625.00 | 187.50 |
| 11/03/2011 | Paul Bagon | PREP | Disclosure bundle for QC re pension guarantees | 3 00 | 350.00 | 1,050.00 |
| 12/03/2011 | Angela Pearson | INTD | Email Giles Boothman | 0.20 | 625.00 | 125.00 |
| 13/03/2011 | Angela Pearson | INTD | Email Giles Boothman | 0.20 | 625.00 | 125.00 |
| 14/03/2011 | Angela Pearson | LETT | Email to Akin Gump | 0 20 | 625.00 | 125.00 |
| 14/03/2011 | Angela Pearson | PHON | Telephone conversations with Counsel's clerk. etc. | 1 00 | 625.00 | 625.00 |
| 14/03/2011 | Angela Pearson | INTD | Telephone conversation with Giles Boothman | 0.20 | 625.00 | 125.00 |
| 14/03/2011 | Angela Pearson | LETT | Email Akin Gump | 0.60 | 625.00 | 375.00 |
| 14/03/2011 | Angela Pearson | DRFT | Drafting Instructions to Counsel | 4 30 | 625.00 | 2,687.50 |
| 14/03/2011 | Angela Pearson | INTD | Discussions P Bagon | 0.40 | 625.00 | 250.00 |
| 14/03/2011 | Angela Pearson | INTD | Email - Litigation Department | 0 20 | 625.00 | 125.00 |
| 14/03/2011 | Paul Bagon | PREP | Finalising bundles for QC re pension guarantee query. | 4 50 | 350.00 | 1,575.00 |
| 14/03/2011 | Paul Bagon | RSCH | Administrator notices re preferential claims and related email | 2.00 | 350.00 | 700.00 |
| 15/03/2011 | Angela Pearson | INTD | Discussion Paul Bagon | 0.20 | 625.00 | 125.00 |
| 15/03/2011 | Angela Pearson | PHON | Telephone conversation with Keith Rowley's clerk | 0.20 | 625.00 | 125.00 |
| 15/03/2011 | Angela Pearson | PHON | Telephone conversation with AH's clerk | 0 20 | 625.00 | 125.00 |
| 15/03/2011 | Angela Pearson | DRFT | Instructions to Counsel | 2.50 | 625.00 | 1,562.50 |
| 15/03/2011 | Marcus Fink | LETT | Review instructions to counsel and instruction folder in prep for conference with counsel | 1.10 | 515.00 | 566.50 |
| 15/03/2011 | Paul Bagon | PREP | Finalising bundles for counsel re UK pension guarantees. | 0 50 | 350.00 | 175.00 |
| 16/03/2011 | Angela Pearson | PHON | Telephone conversation with AS's clerk | 0 20 | 625.00 | 125.00 |
| 16/03/2011 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.20 | 625.00 | 125.00 |
| 16/03/2011 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.20 | 625.00 | 125.00 |
| 16/03/2011 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 16/03/2011 | Marcus Fink | LETT | Review emails re disclosure process and discuss with P Bagon. Review guarantee analysis and conduct additional research into s150 pA04 and PPF entry regulations | 1 50 | 515.00 | 772.50 |
| 16/03/2011 | Paul Bagon | LETT | Update emails re conference with counsel. | 1 00 | 350.00 | 350.00 |
| 17/03/2011 | Angela Pearson | LETT | Emails to Keith Rowley's clerk | 0.40 | 625.00 | 250.00 |
| 17/03/2011 | Angela Pearson | LETT | Email to Counsel | 0.60 | 625.00 | 375.00 |
| 17/03/2011 | Angela Pearson | INTD | Email Paul Bagon | 0 20 | 625.00 | 125.00 |
| 17/03/2011 | Angela Pearson | INTD | Email Paul Bagon | 0.20 | 625.00 | 125.00 |
| 17/03/2011 | Angela Pearson | INTD | Email Paul Bagon | 0.20 | 625.00 | 125.00 |
| 17/03/2011 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 17/03/2011 | Marcus Fink | LETT | Locate and send copy of NNUK Pension Scheme trust deed and rules to counsel Review t,d and rules | 1 10 | 515.00 | 566.50 |
| 18/03/2011 | Angela Pearson | TRAV | Travel to/from conference with Counsel | 1 00 | 625.00 | 625.00 |
| 18/03/2011 | Angela Pearson | CONC | Conference with Counsel | 2.80 | 625.00 | 1,750.00 |
| 18/03/2011 | Angela Pearson | LETT | Email to Akin Gump, etc. | 1 00 | 625.00 | 625.00 |
| 18/03/2011 | Angela Pearson | READ | Review email | 0 50 | 625.00 | 312.50 |
| 18/03/2011 | Angela Pearson | LETT | Email Counsel's clerk | 0.20 | 625.00 | 125.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0019    Labor Issues/Employee Benefits

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 18/03/2011 | Giles Boothman | CONC | Attend con with counsel (10.00 - 1 00) | 3.00 | 650.00 | 1,950.00 |
| 18/03/2011 | Marcus Fink | LETT | Prep for and attend conference with Keith Rowley QC | 3.10 | 515.00 | 1,596.50 |
| 18/03/2011 | Paul Bagon | ATTD | Conference with Keith Rowley QC and travel | 3.00 | 350.00 | 1,050.00 |
| 21/03/2011 | Angela Pearson | PHON | Telephone conversations with Counsel's clerks | 0.40 | 625.00 | 250.00 |
| 21/03/2011 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.40 | 625.00 | 250.00 |
| 21/03/2011 | Angela Pearson | READ | Review emails - miscellaneous | 0.50 | 625.00 | 312.50 |
| 21/03/2011 | Angela Pearson | INTD | Emails - Paul Bagon | 0.40 | 625.00 | 250.00 |
| 21/03/2011 | Paul Bagon | INTD | AMP. CWW and AAL re QC opinion. | 0.50 | 350.00 | 175.00 |
| 21/03/2011 | Paul Bagon | PHON | AG re guarantees and QC opinion. | 0.30 | 350.00 | 105.00 |
| 21/03/2011 | Paul Bagon | INTD | AMP re format of QC opinion. | 0.30 | 350.00 | 105.00 |
| 21/03/2011 | Paul Bagon | DRFT | Note of consultation with Keith Rowley QC. | 3.40 | 350.00 | 1,190.00 |
| 22/03/2011 | Angela Pearson | INTD | Email to Giles Boothman | 0.50 | 625.00 | 312.50 |
| 22/03/2011 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.20 | 625.00 | 125.00 |
| 22/03/2011 | Angela Pearson | LETT | Email to Paul Bagon | 0.20 | 625.00 | 125.00 |
| 22/03/2011 | Angela Pearson | PHON | Telephone conversation with Counsel's clerk | 0.30 | 625.00 | 187.50 |
| 22/03/2011 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 22/03/2011 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.20 | 625.00 | 125.00 |
| 22/03/2011 | Paul Bagon | DRFT | Note of conference with counsel and related discussions with MDF. | 9.80 | 350.00 | 3,430.00 |
| 22/03/2011 | Steven Hull | INTD | Discussion with Marcus Fink regarding opinion of Counsel in connection with enforceability of guarantees during PPF assessment period and review email correspondence regarding enforceability of Financial Support Directions against employer companies sponsoring pension schemes; discussions with Marcus Fink and review relevant legislation and review Marcus Fink email correspondence with Dan Hamilton and Giles Boothman regarding same; review Marcus Fink draft email and responding to Marcus Fink re same | 1.60 | 625.00 | 1,000.00 |
| 22/03/2011 | Sophie Law | LETT | Asset sale ag't (IP) - checking current draft against Ashurst comments | 1.90 | 185.00 | 351.50 |
| 23/03/2011 | Angela Pearson | LETT | Email to Keith Rowley QC | 0.40 | 625.00 | 250.00 |
| 23/03/2011 | Angela Pearson | INTD | Email to P Bagon | 0.20 | 625.00 | 125.00 |
| 23/03/2011 | Paul Bagon | LETT | Note re conference with counsel | 5.00 | 350.00 | 1,750.00 |
| 24/03/2011 | Angela Pearson | INTD | Emails to Giles Boothman | 0.40 | 625.00 | 250.00 |
| 24/03/2011 | Angela Pearson | INTD | Discussion with MVE | 0.20 | 625.00 | 125.00 |
| 24/03/2011 | Paul Bagon | DRFT | Note of Con with Keith Rowley QC | 7.50 | 350.00 | 2,625.00 |
| 25/03/2011 | Paul Bagon | DRFT | Finalising note of conference with Keith Rowley and circulating internally | 6.00 | 350.00 | 2,100.00 |
| 25/03/2011 | Sophie Law | LETT | Proof reading PDB note on counsel mtg | 0.70 | 185.00 | 129.50 |
| 28/03/2011 | Angela Pearson | INTD | Email to P Bagon | 0.20 | 625.00 | 125.00 |
| 28/03/2011 | Angela Pearson | INTD | Email to P Bagon | 0.20 | 625.00 | 125.00 |
| 28/03/2011 | Angela Pearson | LETT | Email to K Rowley | 0.20 | 625.00 | 125.00 |
| 28/03/2011 | Marcus Fink | LETT | Review draft mediation statement. Detailed review of PB draft con with counsel note, check statutory references and add additional detail about pension analysis discussions Discuss same with PB | 4.10 | 515.00 | 2,111.50 |
| 29/03/2011 | Angela Pearson | INTD | Explain to LKSM re: work to be done | 0.50 | 625.00 | 312.50 |
| 29/03/2011 | Angela Pearson | READ | Review application | 0.50 | 625.00 | 312.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>    <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 29/03/2011 | Angela Pearson | DRFT | Amend Counsel's note | 1 30 | 625 00 | | 812 50 |
| 29/03/2011 | Angela Pearson | LETT | Email to Counsel | 0 40 | 625.00 | | 250 00 |
| 29/03/2011 | Angela Pearson | INTD | Review emails P Bagon, etc. | 0 20 | 625 00 | | 125 00 |
| 29/03/2011 | Angela Pearson | READ | Review emails | 0 50 | 625 00 | | 312 50 |
| 29/03/2011 | Angela Pearson | READ | Review letter from WF | 0 50 | 625 00 | | 312 50 |
| 29/03/2011 | Lorraine McLinn | INTD | AMP | 0 20 | 290.00 | | 58.00 |
| 29/03/2011 | Lorraine McLinn | READ | Reading | 0 10 | 290.00 | | 29.00 |
| 29/03/2011 | Marcus Fink | LETT | Review AYP amends to note of con with counsel. Discuss finding with SEH and review analysis on 2006 and 2007 guarantees Review s150 and s133 of PA 04 in relation to counsel assertions | 2 10 | 515.00 | | 1.081 50 |
| 29/03/2011 | Paul Bagon | DRFT | Reviewing MDF comments on note of conf with counsel. Amending note and circulating internally for final review. Related emails to AG. | 3 30 | 350.00 | | 1.155 00 |
| 29/03/2011 | Steven Hull | LETT | Emails with Marcus Fink regarding discussion re: opinion of Keith Rowley QC; review J.Sturn email and review attached Order adopting magistrate Judge report and related matters | 0 70 | 625 00 | | 437.50 |
| 30/03/2011 | Lorraine McLinn | RSCH | Prof neg pensions case – finding case | 0 10 | 290 00 | | 29 00 |
| 30/03/2011 | Paul Bagon | INTD | AMP & GDB re note of conference with Keith Rowley. | 0 80 | 350 00 | | 280 00 |
| 31/03/2011 | Angela Pearson | LETT | Email K Bewley | 0 20 | 625 00 | | 125 00 |
| 31/03/2011 | Steven Hull | LETT | Review Marcus Fink email to Fred H regarding obtaining actuarial opinion regarding PPF valuation and related matters in connection with limited documentation; discussion with Marcus Fink re: same and calls to actuary to advise in connection with same. | 0.70 | 625 00 | | 437.50 |

81,051.50

**Matter: CCN01.00001 – BANKRUPTCY**

**C0024**     **Asset/Stock Transaction/Business Liquidations**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| DTB | Dominic Batchelor | 18.30 | 600.00 | 10,980.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 4.70 | 490.00 | 2,303.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 22.20 | 350.00 | 7,770.00 |
| | | | Total | 21,053.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0024     Asset/Stock Transaction/Business Liquidations**

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2011 | Paul Bagon | LETT | Emails re Iceberg Sale Order | 0.70 | 350.00 | 245 00 |
| 02/03/2011 | Dominic Batchelor | PREP | Read of Sale Order; review of relevant terms of ASA; email to Paul Bagon | 1 80 | 600.00 | 1,080.00 |
| 03/03/2011 | Paul Bagon | LETT | Various emails re. Iceberg | 0.50 | 350.00 | 175.00 |
| 07/03/2011 | Dominic Batchelor | READ | Review of drafts | 1.50 | 600.00 | 900.00 |
| 07/03/2011 | Paul Bagon | INTD | Internal discussions and emails re Iceberg bid docs | 1 00 | 350.00 | 350.00 |
| 08/03/2011 | Dominic Batchelor | PREP | Review of amended APA; INTD with Paul Bagon | 1 70 | 600.00 | 1,020.00 |
| 08/03/2011 | Dominic Batchelor | LETT | To Paul Bagon re: key IP issues | 0.40 | 600.00 | 240.00 |
| 08/03/2011 | Paul Bagon | READ | Iceberg bid docs and related internal discussions with DMB and emails to AG. | 3 50 | 350.00 | 1,225.00 |
| 09/03/2011 | Dominic Batchelor | PREP | For call | 0 30 | 600.00 | 180.00 |
| 09/03/2011 | Dominic Batchelor | PHON | With Akin Gump re: IP amendments | 0.70 | 600.00 | 420.00 |
| 09/03/2011 | Paul Bagon | READ | Iceberg ASA. | 1 00 | 350.00 | 350.00 |
| 09/03/2011 | Paul Bagon | PHON | AG re latest draft of Iceberg ASA. | 0 50 | 350.00 | 175.00 |
| 11/03/2011 | Dominic Batchelor | READ | Review of revised agreement; INTD with Paul Bagon | 2 30 | 600.00 | 1,300.00 |
| 11/03/2011 | Paul Bagon | INTD | DMB re ASA and related emails to Tax. Call to AG re tax. | 1 00 | 350.00 | 350.00 |
| 14/03/2011 | Paul Bagon | READ | Latest version of Iceberg APA | 2 00 | 350.00 | 700.00 |
| 16/03/2011 | Dominic Batchelor | LETT | Email to Paul Bagon re: IP issues in APA | 2 90 | 600.00 | 1.740.00 |
| 16/03/2011 | Dominic Batchelor | INTD | Total with Paul Bagon (two conversations) | 0.40 | 600.00 | 240 00 |
| 16/03/2011 | Paul Bagon | READ | Reviewing ASA | 3.00 | 350.00 | 1,050.00 |
| 17/03/2011 | Dominic Batchelor | PREP | Review of latest draft APA; email; INTD with Paul Bagon | 2.70 | 600 00 | 1,620.00 |
| 17/03/2011 | Paul Bagon | READ | Revised Iceberg ASA and related email to AG. | 2.50 | 350.00 | 875 00 |
| 18/03/2011 | Dominic Batchelor | PREP | Review of amended APA; email; INTD with Paul Bagon | 1.50 | 600.00 | 900.00 |
| 18/03/2011 | Paul Bagon | READ | Revised Iceberg asa | 1 00 | 350.00 | 350.00 |
| 22/03/2011 | Luke Rollason | LETT | Reviewing Iceberg comments by Sophie Law. Making amendments to email advice re IP sale. | 2 20 | 490.00 | 1,078.00 |
| 22/03/2011 | Paul Bagon | LETT | Review of latest Iceberg ASA, related discussions with LAR and sending out to Akin. | 1 00 | 350.00 | 350.00 |
| 28/03/2011 | Luke Rollason | READ | Reviewing Iceberg revised ASA draft. Discussing with Paul Bagon. Amending Sophie Law summary email. | 2 50 | 490 00 | 1,225.00 |
| 28/03/2011 | Paul Bagon | READ | Mediation brief | 1 00 | 350.00 | 350.00 |
| 28/03/2011 | Paul Bagon | LETT | Email to AG with review of latest version of Iceberg agreement. Related discussions with LAR and email to CTF. | 1 00 | 350.00 | 350.00 |
| 29/03/2011 | Dominic Batchelor | READ | Review of emails | 0.20 | 600.00 | 120 00 |
| 30/03/2011 | Dominic Batchelor | READ | Review of amends; INTD with Paul Bagon | 0.50 | 600.00 | 300.00 |
| 30/03/2011 | Paul Bagon | READ | Iceberg side agreement re shared liabilities. | 1 00 | 350.00 | 350.00 |
| 30/03/2011 | Paul Bagon | READ | Revised ASA and related email to DTB. | 1 00 | 350.00 | 350 00 |
| 31/03/2011 | Dominic Batchelor | PREP | Review of amends to APA | 1 00 | 600.00 | 600.00 |
| 31/03/2011 | Dominic Batchelor | INTD | With Paul Bagon | 0.40 | 600.00 | 240.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0024**</u>     <u>**Asset/Stock Transaction/Business Liquidations**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 31/03/2011 | Paul Bagon | INTD | With DTB re Iceberg bid docs and related calls and emails with AG. | 0.50 | 350.00 | | 175.00 |
| | | | | | | | 21,053.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0025**    **Travel**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 12.00 | 650.00 | 7,800.00 |
| | | | Total | 7,800.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 21/03/2011 | Giles Boothman | TRAV | Travel to New York for meetings with EMEA parties, including reading time on trip in preparation for meetings. | 8 00 | 650.00 | 5,200.00 |
| 24/03/2011 | Giles Boothman | ATTD | Reading emails, docs and other materials during travel back to UK | 4 00 | 650.00 | 2,600.00 |
| | | | | | | 7,800.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

| **C0031** | **European Proceedings/Matters** | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| ERB | Eric Bouffard | 12.50 | 625.00 | 7,812.50 |
| GDB | Giles Boothman | 32.60 | 650.00 | 21,190.00 |
| **Senior Associate** | | | | |
| PEF | Pierre-Emmanuel Fender | 12.00 | 515.00 | 6,180.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 28.50 | 350.00 | 9,975.00 |
| **Junior Associate** | | | | |
| AMARTI | Andrew Martin | 0.70 | 290.00 | 203.00 |
| **Trainee** | | | | |
| EARDEN | Edward Arden | 6.10 | 185.00 | 1,128.50 |
| QDEMAR | Quentin de Margerie | 14.20 | 160.00 | 2,272.00 |
| | | | Total | 48,761.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031      European Proceedings/Matters**

|  |  |  | Time (Decimal) | Std Rate (GBP /hour) |  | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2011 | Giles Boothman | READ | Appendices | 0.50 | 650.00 | 325 00 |
| 02/03/2011 | Giles Boothman | ATTD | Professional call | 0.50 | 650.00 | 325 00 |
| 02/03/2011 | Giles Boothman | ATTD | Further call with professionals/Jay Borrow | 1.40 | 650.00 | 910.00 |
| 02/03/2011 | Giles Boothman | LETT | Emails | 0.30 | 650.00 | 195 00 |
| 02/03/2011 | Giles Boothman | READ | Emails/docs | 0.30 | 650.00 | 195.00 |
| 02/03/2011 | Giles Boothman | SUPE | Administrator conflict Q | 0 30 | 650 00 | 195.00 |
| 02/03/2011 | Paul Bagon | LETT | Professionals' pre-call | 0 50 | 350.00 | 175 00 |
| 03/03/2011 | Giles Boothman | SUPE | Luke re. trustee pref claim and PPF claim | 1.00 | 650.00 | 650 00 |
| 03/03/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325 00 |
| 04/03/2011 | Edward Arden | RSCH | Researching requirements for notice to be given by an administrator when making a distribution. Discussing with LAR and emailing GDB. | 2.70 | 185.00 | 499 50 |
| 04/03/2011 | Giles Boothman | INTD | Angela, Luke | 0.50 | 650 00 | 325 00 |
| 07/03/2011 | Giles Boothman | INTD | Paul, Angela. Marcus | 0.50 | 650.00 | 325 00 |
| 07/03/2011 | Giles Boothman | DRFT | Amends to note | 1 00 | 650.00 | 650 00 |
| 07/03/2011 | Giles Boothman | READ | Emails/docs | 0 50 | 650.00 | 325.00 |
| 08/03/2011 | Giles Boothman | INTD | Fred/Marcus/Paul | 0.50 | 650.00 | 325.00 |
| 08/03/2011 | Giles Boothman | PHON | Call Herbert Smith | 0.10 | 650 00 | 65 00 |
| 08/03/2011 | Giles Boothman | READ | Emails/docs | 0.50 | 650 00 | 325 00 |
| 08/03/2011 | Paul Bagon | PHON | Re Canadian proceedings. | 2.00 | 350.00 | 700 00 |
| 09/03/2011 | Giles Boothman | INTD | Angela re. counsel/Paul | 0.30 | 650.00 | 195 00 |
| 09/03/2011 | Giles Boothman | LETT | Marcus re. footnote re. administrator | 0 20 | 650.00 | 130.00 |
| 09/03/2011 | Giles Boothman | LETT | Email Herbert Smith | 0.10 | 650 00 | 65 00 |
| 09/03/2011 | Giles Boothman | READ | Emails/docs | 0.50 | 650 00 | 325.00 |
| 09/03/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1 50 | 350 00 | 525 00 |
| 10/03/2011 | Giles Boothman | ATTD | Day time call | 0 70 | 650.00 | 455 00 |
| 10/03/2011 | Giles Boothman | PHON | Fred Hodora re. call Hogan Lovells | 0 30 | 650.00 | 195.00 |
| 10/03/2011 | Giles Boothman | INTD | Paul/Angela | 0.50 | 650.00 | 325.00 |
| 10/03/2011 | Giles Boothman | LETT | Emails | 0.20 | 650.00 | 130.00 |
| 10/03/2011 | Giles Boothman | READ | Emails/docs | 0.50 | 650.00 | 325 00 |
| 10/03/2011 | Paul Bagon | CASE | Case management. | 1.00 | 350.00 | 350.00 |
| 10/03/2011 | Paul Bagon | PHON | Post-UCC professionals call | 0.50 | 350.00 | 175.00 |
| 10/03/2011 | Paul Bagon | INTD | Re French issues and related emails. | 0 70 | 350 00 | 245 00 |
| 11/03/2011 | Edward Arden | RSCH | Continuing research for GDB into an administrator's obligations when making a distribution – checking recent and pending amendments to Rule 2 95 with Library and summarising findings. | 1 80 | 185 00 | 333 00 |
| 11/03/2011 | Eric Bouffard | PHON | CT PDB | 0.60 | 625.00 | 500.00 |
| 11/03/2011 | Giles Boothman | PHON | Joe Bannister | 0.20 | 650 00 | 130 00 |
| 11/03/2011 | Giles Boothman | LETT | Hogan Lovells re. call | 0.20 | 650 00 | 130 00 |
| 11/03/2011 | Giles Boothman | SUPE | Re. French meetings | 0.30 | 650 00 | 195 00 |
| 11/03/2011 | Giles Boothman | READ | Emails/docs | 0 50 | 650.00 | 325 00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031**    **European Proceedings/Matters**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 11/03/2011 | Giles Boothman | PHON | Angela Dimsdale Gill | 0.10 | 650.00 | 65 00 |
| 11/03/2011 | Paul Bagon | INTD | With Paris re French Party proceedings. | 1 00 | 350.00 | 350.00 |
| 11/03/2011 | Paul Bagon | LETT | Emails re French proceedings. | 3 50 | 350.00 | 1,225.00 |
| 11/03/2011 | Paul Bagon | CASE | Case management. | 1 00 | 350.00 | 350.00 |
| 12/03/2011 | Edward Arden | LETT | Drafting emails to LAR/SLAW, Library (to send to Sweet & Maxwell) and the Insolvency Service, to answer query about notices to be given by an administrator prior to a distribution. | 1 10 | 185.00 | 203 50 |
| 12/03/2011 | Giles Boothman | LETT | Email - Hogan Lovells and Akin | 0 50 | 650.00 | 325.00 |
| 12/03/2011 | Giles Boothman | READ | Emails re. call with Hogan Lovells and proposed meetings | 0.50 | 650.00 | 325 00 |
| 12/03/2011 | Paul Bagon | LETT | Various emails re UK pension pension parties and French parties. | 0.30 | 350.00 | 105 00 |
| 13/03/2011 | Giles Boothman | PHON | Hogan Lovells - Angela Dimsdale Gill | 0.30 | 650.00 | 195.00 |
| 13/03/2011 | Giles Boothman | LETT | Fred re. call with Hogan Lovells | 0 50 | 650.00 | 325.00 |
| 13/03/2011 | Giles Boothman | LETT | Emails to Hogan Lovells re. call | 0.20 | 650.00 | 130 00 |
| 13/03/2011 | Giles Boothman | READ | Emails re. meetings/French liquidation call | 0.30 | 650.00 | 195.00 |
| 14/03/2011 | Eric Bouffard | CASE | Instructing question for reply + LT P. Bayou + disc RAF sur super privilège | 1.50 | 625.00 | 937.50 |
| 14/03/2011 | Giles Boothman | PHON | Angela DG | 0 20 | 650.00 | 130 00 |
| 14/03/2011 | Giles Boothman | INTD | Angela re. counsel | 0.30 | 650.00 | 195.00 |
| 14/03/2011 | Giles Boothman | ATTD | UCC professional call re. valuation | 1 70 | 650.00 | 1,105 00 |
| 14/03/2011 | Giles Boothman | LETT | Emails | 0.20 | 650.00 | 130 00 |
| 14/03/2011 | Giles Boothman | READ | Emails | 0 50 | 650.00 | 325.00 |
| 14/03/2011 | Paul Bagon | CASE | Coordinating arrangements re meetings with French liquidator with London and Paris offices. | 0.50 | 350 00 | 175 00 |
| 14/03/2011 | Paul Bagon | LETT | Query re trade vendor status | 0 50 | 350.00 | 175 00 |
| 14/03/2011 | Quentin de Margerie | LETT | Memo drafting: preferred claims in the context of insolvency procedures under French law | 3 50 | 160 00 | 560.00 |
| 14/03/2011 | Quentin de Margerie | LETT | Conf Call Ashurst London | 1 00 | 160 00 | 160.00 |
| 15/03/2011 | Edward Arden | MISC | Discussing distribution rules for preferential creditors with PDB. Circulating conclusions and response from Sweet & Maxwell. | 0.50 | 185.00 | 92 50 |
| 15/03/2011 | Eric Bouffard | INTD | Briefing PEF | 0 50 | 625.00 | 312.50 |
| 15/03/2011 | Giles Boothman | INTD | Paul | 0 50 | 650.00 | 325.00 |
| 15/03/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325 00 |
| 15/03/2011 | Giles Boothman | LETT | Fred re. US meetings | 0 20 | 650.00 | 130 00 |
| 15/03/2011 | Paul Bagon | PREP | For meetings with French parties. | 2 50 | 350.00 | 875.00 |
| 15/03/2011 | Quentin de Margerie | LETT | Memo drafting: Preferred claims in insolvency procedures under French law | 3 50 | 160.00 | 560 00 |
| 16/03/2011 | Eric Bouffard | CASE | Call FTPA (Rejeev Fokeer) + debrief PEF | 1 50 | 625 00 | 937.50 |
| 16/03/2011 | Giles Boothman | INTD | PDB | 0 50 | 650.00 | 325 00 |
| 16/03/2011 | Giles Boothman | READ | Emails/docs | 0.50 | 650 00 | 325 00 |
| 16/03/2011 | Paul Bagon | DRFT | Prep for discussions with French parties. | 1 50 | 350.00 | 525 00 |
| 16/03/2011 | Pierre-Emmanuel Fender | PHON | Conf call | 1 00 | 515 00 | 515 00 |
| 16/03/2011 | Quentin de Margerie | MISC | Memo drafting: super privileged claims under French law in the context of insolvency procedures | 2.00 | 160.00 | 320 00 |
| 17/03/2011 | Andrew Martin | RSCH | Company Articles/Memorandum query | 0.70 | 290.00 | 203.00 |
| 17/03/2011 | Eric Bouffard | CASE | Disc PEF + call PDB + amending memo to GDB + CDB + call GDB | 3.00 | 625.00 | 1.875 00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>    <u>**European Proceedings/Matters**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 17/03/2011 | Giles Boothman | INTD | Angela. Paul | 0 50 | 650 00 | | 325 00 |
| 17/03/2011 | Giles Boothman | LETT | French counsel | 0 20 | 650 00 | | 130.00 |
| 17/03/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | | 325.00 |
| 17/03/2011 | Giles Boothman | INTD | Eric Bouffard | 0.20 | 650.00 | | 130.00 |
| 17/03/2011 | Paul Bagon | INTD | With Paris office and related emails re meetings with French liquidator. | 3 00 | 350.00 | | 1.050.00 |
| 17/03/2011 | Paul Bagon | LETT | Various email re video conference with French parties and retention of Keith Rowley QC | 0 50 | 350.00 | | 175.00 |
| 17/03/2011 | Pierre-Emmanuel Fender | PHON | Conf call Paul puis général | 4 00 | 515.00 | | 2.060.00 |
| 18/03/2011 | Eric Bouffard | CASE | Preparing meeting with PEF (exam number received from Alain + pre-meeting + Video conf + review list of questions | 5 00 | 625.00 | | 3,125.00 |
| 18/03/2011 | Giles Boothman | ATTD | Call with French liquidators and Ashurst Paris (2.30 - 6 00) | 3.50 | 650.00 | | 2.275.00 |
| 18/03/2011 | Giles Boothman | READ | Emails/docs | 1 00 | 650.00 | | 650.00 |
| 18/03/2011 | Paul Bagon | LETT | Various emails re French Office Holders | 0.50 | 350.00 | | 175.00 |
| 18/03/2011 | Paul Bagon | READ | Note re French priority claims. | 1.50 | 350.00 | | 525.00 |
| 18/03/2011 | Paul Bagon | ATTD | Video-conference with French liquidator and related pre-call | 3 50 | 350.00 | | 1,225.00 |
| 18/03/2011 | Pierre-Emmanuel Fender | CASE | Conf call vidéo ; lecture document | 3.00 | 515.00 | | 1,545.00 |
| 18/03/2011 | Quentin de Margerie | MISC | Videocall: Ashurst London, Akin Gump, Capstone. French liquidator counsels | 3 20 | 160.00 | | 512.00 |
| 18/03/2011 | Quentin de Margerie | MISC | Videocall preparation | 1.00 | 160.00 | | 160.00 |
| 22/03/2011 | Giles Boothman | PREP | For meeting | 0.50 | 650.00 | | 325.00 |
| 22/03/2011 | Giles Boothman | READ | Emails | 0 50 | 650.00 | | 325.00 |
| 22/03/2011 | Giles Boothman | LETT | Emails | 0 50 | 650.00 | | 325.00 |
| 22/03/2011 | Paul Bagon | RSCH | Re CVA procedures in relation to non UK companies | 0 30 | 350.00 | | 105 00 |
| 22/03/2011 | Pierre-Emmanuel Fender | PHON | Conf call: meeting with Alan Blum in NY | 4 00 | 515.00 | | 2,060.00 |
| 23/03/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | | 325.00 |
| 23/03/2011 | Giles Boothman | SUPE | Paul/Angela | 0.50 | 650 00 | | 325.00 |
| 23/03/2011 | Paul Bagon | CASE | Case management | 1.00 | 350.00 | | 350.00 |
| 28/03/2011 | Eric Bouffard | PHON | CT E. Fabre | 0.20 | 625.00 | | 125.00 |
| 28/03/2011 | Giles Boothman | INTD | PDB | 0.50 | 650 00 | | 325.00 |
| 28/03/2011 | Giles Boothman | READ | Emails | 0 50 | 650.00 | | 325.00 |
| 28/03/2011 | Paul Bagon | PHON | Professionals' pre-call (in part) | 0 70 | 350.00 | | 245.00 |
| 29/03/2011 | Giles Boothman | INTD | Paul. Angela | 0.30 | 650.00 | | 195.00 |
| 29/03/2011 | Giles Boothman | READ | Emails | 0.50 | 650 00 | | 325.00 |
| 30/03/2011 | Giles Boothman | INTD | PDB; Marcus | 0 50 | 650.00 | | 325.00 |
| 30/03/2011 | Giles Boothman | READ | Wilkie letter | 0 50 | 650.00 | | 325.00 |
| 31/03/2011 | Giles Boothman | INTD | PDB | 0.50 | 650.00 | | 325.00 |
| 31/03/2011 | Giles Boothman | READ | Emails | 0.50 | 650 00 | | 325.00 |
| 31/03/2011 | Paul Bagon | LETT | Various emails | 0 50 | 350.00 | | 175.00 |

**48,761.00**