## Exhibit C

### DISBURSEMENT SUMMARY
### MARCH 01, 2011 THROUGH MARCH 31, 2011

| | |
|---|---:|
| Document Production | £1370.91 |
| Meals | £73.51 |
| Travel Expenses – Ground Transportation | £362.39 |
| Travel Expenses – Air Transportation | £4151.47 |
| Telephonic | £3.41 |
| Search Fees | £3.89 |
| Courier Fees | £9.50 |
| **TOTAL** | **£5,975.08** |