**Exhibit D**

## Disbursements Detailed Breakdown

| Document Production | 667 88 |
|---|---|

### External Photocopying Charges (Outside Photocopying Charges)

| | | |
|---|---|---|
| 07/03/2011 | VENDOR: Alllaw; INVOICE#: 59559; DATE: 07/03/2011  -  Outsourcing | 546.42 |
| 14/03/2011 | VENDOR: Lineal Limited; INVOICE#: 980; DATE: 14/03/2011  -  Copying Charges | 156.61 |

### Fares, Courier Charges and Incidental Expenses (Courier Charges)

| | | |
|---|---|---|
| 21/03/2011 | VENDOR: Destination Courier Services Ltd; INVOICE#: 265490; DATE: 21/03/2011  -  COURIER D – AMP (Clerk to Keith Rowley QC, Radcliffe Chambers) 15/03/11 | 9 50 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 06/03/2011 | VENDOR: Conference Room Catering; INVOICE#: 28FEB2011/06FEB2011; DATE: 06/03/2011  -  CATERING RECHARGE DATED – 02/03/11 | 7.40 |
| 06/03/2011 | VENDOR: Conference Room Catering; INVOICE#: 28FEB2011/06FEB2011; DATE: 06/03/2011  -  CATERING RECHARGE DATED – 03/03/11 | 8 10 |
| 09/03/2011 | VENDOR: Conference Room Catering INVOICE#: 03 07 03 2011 DATE: 15/03/2011 ,Hospitality Recharges - Wrlts Eve Food – PURPOSE: - – Mar  9 2011 | 5 95 |
| 18/03/2011 | VENDOR: Bouffard Eric CB; INVOICE#: 180311; DATE: 18/03/2011  -  Meal ERB + PEF le 18/03/11 | 45.76 |
| 27/02/2011 | VENDOR: Conference Room Catering; INVOICE#: 21FEB2011/27FEB2011; DATE: 27/02/2011  -  CATERING RECHARGES DATED – 23/02/11 | 6 30 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 07/03/2011 | PAYEE: Petty cash; REQUEST#: 430339; DATE: 07/03/2011.  -  petty cash GDB taxi to EY & taxi back from Lovells | 17 00 |
| 10/03/2011 | PAYEE: Petty cash; REQUEST#: 431089; DATE: 10/03/2011.  -  petty cash taxi | 28 00 |
| 14/03/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/95066; DATE: 14/03/2011  -  TAXI – AMP (EC2A to SW12) 09/03/11 | 51.73 |
| 14/03/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/95066; DATE: 14/03/2011  -  TAXI – MDF (EC2A to N4) 03/03/11 | 29 57 |
| 18/03/2011 | PAYEE: Petty cash; REQUEST#: 432068; DATE: 18/03/2011.  -  petty cash taxi from meeting | 12.00 |
| 18/03/2011 | PAYEE: Petty cash; REQUEST#: 432068; DATE: 18/03/2011.  -  petty cash taxis to Hogan Lovells | 18 00 |
| 18/03/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 109828; DATE: 18/03/2011 – TAXI – PDB (Broadwalk House to Hale Lane) 17/03/11 | 63.16 |
| 21/03/2011 | PAYEE: Petty cash; REQUEST#: 432252; DATE: 21/03/2011.  -  petty cash taxi | 14 00 |
| 21/03/2011 | PAYEE: Petty cash; REQUEST#: 432252; DATE: 21/03/2011.  -  petty cash taxi home | 40 00 |
| 28/02/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/94713; DATE: 28/02/2011  -  Taxi from EC2A to SW12 – 22/02/11 | 32.93 |
| 28/03/2011 | PAYEE: Bagon. Paul; REQUEST#: 431314; DATE: 28/03/2011.  -  Bacs payment to reimburse expenses PDB taxi fare 09.03 11 | 41.00 |
| 31/03/2011 | PAYEE: Petty cash; REQUEST#: 433637; DATE: 31/03/2011.  -  petty cash taxi to con | 15 00 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| | | |
|---|---|---|
| 01/03/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000394830; DATE: 01/03/2011  -  Conference call on 10/02/11 | 3 41 |

**Disbursements Detailed Breakdown**

**International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))**

| | | |
|---|---|---|
| 15/03/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: 01-15MARCH2011; DATE: 15/03/2011 – Air Fare on 21/24 March 2011 London-JFK RTN (R2156136) | 4,151.47 |

**Search Fees (Search Fees)**

| | | |
|---|---|---|
| 15/03/2011 | Doc Internet QDEMAR 1 kbis versailles | 3.89 |
| | | 5,975.08 |