Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 01, 2011 THROUGH MARCH 31 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 72.70 | 47,255.00 |
| Eric Bouffard | Partner for 5 years; Admitted in 1996; Litigation and Restructuring, France | £625 | 12.50 | 7,812.50 |
| Steven Hull | Partner for 14 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 3.8 | 2,375.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991; Litigation Group, UK | £625 | 75.90 | 47,437.50 |
| Dominic Batchelor | Partner for 1 year; Admitted in 2000; Intellectual Property Group, UK | £600 | 18.90 | 11,340.00 |
| Marcus Fink | Associate for 10 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 50.30 | 25,904.50 |
| Pierre-Emmanuel Fender | Associate for 8 years; Admitted in 2003; Litigation and Restructuring, France | £515 | 12.00 | 6,180.00 |
| Caroline Fitzgerald | Associate for 6 years; Admitted in 2005; Tax Group, UK | £485 | 0.80 | 388.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | 20.60 | 10,094.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 160.60 | 56,210.00 |
| Andy Wright | Associate for 2 years; Admitted in 2009; Employment, Incentives and Pensions Group, UK | £315 | 6.10 | 1,921.50 |
| Michelle Egbosimba | Associate for 1 year; Admitted in 2010; Litigation Group, UK | £290 | 1.90 | 551.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lorraine McLinn | Associate for 1 year; Admitted in 2010; Litigation Group, UK | £290 | 0.40 | 116.00 |
| Andrew Martin | Newly Qualified Associate; Admitted in 2011; Loan Markets, UK | £290 | 0.70 | 203.00 |
| Manuela Krach | Trainee Solicitor, Restructuring and Special Situations Group, UK | £160 | 0.90 | 144.00 |
| Quentin de Margerie | Trainee Solicitor; Litigation Group, France | £160 | 14.20 | 2,272.00 |
| Andy Levett | Trainee Solicitor Litigation Group, UK | £185 | 1.70 | 314.50 |
| Sophie Law | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 5.40 | 999.00 |
| Edward Arden | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 6.10 | 1,128.50 |
| Claude Vernusse | Paralegal; France | £70 | 0.20 | 14.00 |
| **TOTAL** | | | 465.70 | 222,660.00 |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2011 THROUGH MARCH 31, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 9.60 | 3,360.00 |
| Analysis of Other Professionals Fee Applications / Reports | 10.00 | 3,780.00 |
| Creditors Committee Meetings | 40.00 | 20,603.00 |
| General Claims Analysis | 72.70 | 35,863.50 |
| Tax Issues | 0.80 | 388.00 |
| Labor Issues / Employee Benefits | 168.80 | 81,051.50 |
| Asset/Stock Transaction/Business Liquidations | 45.20 | 21,053.00 |
| Travel | 12.00 | 7,800.00 |
| European Proceedings/Matters | 106.60 | 48,761.00 |
| **TOTAL** | **465.70** | **222,660.00** |