# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725
Page 2
Client #  732310

Matter # 165839

_____

For services through March 31, 2011
relating to  Case Administration


| 03/07/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 03/09/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Boom | 0.50 hrs. | 105.00 | $52.50 |
| 03/10/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Boom | 0.20 hrs. | 105.00 | $21.00 |
| 03/14/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 03/21/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 03/21/11 | Maintain original pleading | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |
| 03/23/11 | Maintain original pleading | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 03/28/11 | Call from B. Kahn re: upcoming activity in case | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 03/29/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 03/30/11 | Maintain original pleading | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2011
Invoice 378725

Page 3

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 03/30/11 | Review revised critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 03/31/11 | Maintain original pleading | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |

Total Fees for Professional Services     $510.00

TOTAL DUE FOR THIS INVOICE     **$510.00**

$62.00

**TOTAL DUE FOR THIS MATTER**     **$572.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 4

Client #  732310

Matter #  165839

---

For services through March 31, 2011
relating to  Use, Sale of Assets

| 03/31/11 | Call from J. Sturm re: procedure for identifying unknown licenses in connection with IP sale | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

| | Total Fees for Professional Services | $68.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$68.00** |
|---|---|

| **TOTAL DUE FOR THIS MATTER** | **$68.00** |
|---|---|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 5

Client #  732310

Matter # 165839

---

For services through March 31, 2011
relating to  Claims Administration

| 03/28/11 | Review and revise motion to dismiss EMEA debtor claims (1.6); Call from B. Kahn re: review of motion to dismiss EMEA debtor claims (.2); Call to B. Kahn re: review of motion to dismiss EMEA debtor claims (.2) | | | |
|----------|----------|----------|--------|--------|
| Associate | Christopher M. Samis | 2.00 hrs. | 340.00 | $680.00 |

Total Fees for Professional Services          $680.00

TOTAL DUE FOR THIS INVOICE                    **$680.00**

$20.40

**TOTAL DUE FOR THIS MATTER**                 **$700.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
invoice 378725

Page 6

Client #  732310

Matter # 165839

For services through March 31, 2011
relating to  Court Hearings

| 03/07/11 | Prepare 3/9/11 hearing binder per B. Witters | | | |
|----------|----------------------------------------------|---------|--------|---------|
| Paralegal | Brenda D. Tobin | 0.80 hrs. | 105.00 | $84.00 |

| 03/07/11 | Email to B. Tobin re: preparation for 3/9/11 hearing (.1); Review agenda for 3/9/11 hearing (.2) | | | |
|----------|------------------------------------------------------------------------------------------------|---------|--------|---------|
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

| 03/08/11 | Prepare 3/9/11 hearing binder (.7); Update 3/9/11 hearing binder per C. Samis (.2) | | | |
|----------|-----------------------------------------------------------------------------------|---------|--------|---------|
| Paralegal | Brenda D. Tobin | 0.90 hrs. | 105.00 | $94.50 |

| 03/08/11 | Email to J. Sturm re: logistics of 3/9/11 hearing | | | |
|----------|---------------------------------------------------|---------|--------|---------|
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

| 03/09/11 | Update 3/9/11 hearing binder per B. Witters | | | |
|----------|---------------------------------------------|---------|--------|---------|
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |

| 03/09/11 | Attend 3/9/11 hearing (1.1); Prepare for 3/9/11 hearing (.8) | | | |
|----------|-------------------------------------------------------------|---------|--------|---------|
| Associate | Christopher M. Samis | 1.90 hrs. | 340.00 | $646.00 |

| 03/10/11 | Circulate to distribution re: 3/9/11 hearing transcript | | | |
|----------|---------------------------------------------------------|---------|--------|---------|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

| 03/21/11 | Retrieve re: 3/23/11 agenda (.1); Review re: same (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: F. Hodara, D. Botter, S. Schultz, B. Kahn and M. Wunder (.5); E-mail to distribution re: same (.1) | | | |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|--------|---------|
| Paralegal | Barbara J. Witters | 0.90 hrs. | 200.00 | $180.00 |

| 03/21/11 | Review agenda for 3/21/11 hearing | | | |
|----------|-----------------------------------|---------|--------|---------|
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725
Page 7
Client #  732310

Matter #  165839

| 03/22/11 | Telephone call to Courtcall re: cancellation of telephonic appearances for 3/23/11 hearing | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 03/22/11 | Update 3/23/11 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 0.70 hrs. | 105.00 | $73.50 |
| 03/22/11 | Prepare for 3/23/11 hearing (.7); Email to B. Tobin re: preparation for 3/23/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |
| 03/23/11 | Prepare for 3/23/11 hearing (.3); Attend 3/23/11 hearing (.5); Email to B. Tobin re: preparation for 3/23/11 hearing (.1); Email to B. Kahn re: preparation for 3/23/11 hearing (.1); Email to B. Kahn re: update on outcome of 3/23/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 340.00 | $374.00 |
| 03/24/11 | Circulate to distribution re: 3/23/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 03/31/11 | Retrieve and review re: 4/4/11 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 4/4/11 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 03/31/11 | Review emails (x2) from B. Witters re: agenda re: 4/4/11 hearing (.1); Review agenda re: same (.1); Review amended agenda re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services $2,201.50

TOTAL DUE FOR THIS INVOICE **$2,201.50**

$541.40

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 8

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$2,742.90**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 9

Client #  732310

Matter # 165839

For services through March 31, 2011

relating to  Litigation/Adversary Proceedings

| 03/04/11 | Meet with D. DeFranceschi re: identifying parties subject to 2004 (.2); Meet with R. Stearn re: identifying parties subject to 2004 (.2); Meet with C. Jang re: identifying parties subject to 2004 (.2); Call from B. Kahn re: identifying parties subject to 2004 and form 2004 motions (.2); Locate form 2004 motions for B. Kahn (.4); Emails to B. Kahn re: form 2004 motion (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.40 hrs. | 340.00 | $476.00 |
| 03/07/11 | Review draft 2004 motion for U.K. Pension Parties (.5); Call from B. Kahn re: filing potential 2004 motion under seal (.3) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |
| 03/08/11 | Meet with M. Merchant re: getting around potential 408 issues  in a 2004 request (.2); Call to B. Kahn re: getting around potential 408 issues  in a 2004 request (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 03/29/11 | Circulate to distribution re: memorandum order in UK case | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 03/29/11 | Review correspondence from B. O'Connor re: U.K. Pension parties refusal to voluntary submit to document request | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 03/31/11 | Call from A. Quereshi re: referral to magistrate judges vs. mandatory mediation in District Court (.2); Email to A. Quereshi re: referral to magistrate judges vs. mandatory mediation in District Court (.3) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services          $1,108.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 10

Client #  732310

Matter #  165839

---

TOTAL DUE FOR THIS INVOICE                    **$1,108.00**

**TOTAL DUE FOR THIS MATTER**                 **$1,108.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 11

Client #  732310

Matter # 165839

---

For services through March 31, 2011
relating to RLF Fee Applications


| 03/03/11 | Finalize and file aos re: RLF January 2011 fee application | | | |
|----------|-----------------------------------------------------------|-----------|--------|----------|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

| 03/07/11 | E-mail to B. Kahn re: estimated RLF February 2011 fees and expenses | | | |
|----------|----------|-----------|--------|----------|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

| 03/10/11 | Review RLF February 2011 bill memo | | | |
|----------|----------|-----------|--------|----------|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |

| 03/10/11 | Review February 2011 bill memos re: RLF monthly fee application (.2); Discussion with B. Witters re: comments to same (.1) | | | |
|----------|----------|-----------|--------|----------|
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

| 03/18/11 | Review and revise RLF February 2011 fee application (.3); Prepare notice of application (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|----------|----------|-----------|--------|----------|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |

| 03/18/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing ad service of same (.1) | | | |
|----------|----------|-----------|--------|----------|
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

| 03/21/11 | Prepare cno re: RLF January fee application (.2); Finalize and file cno re: same (.2) | | | |
|----------|----------|-----------|--------|----------|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

| 03/21/11 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
|----------|----------|-----------|--------|----------|
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
invoice 378725

Page 12

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 03/22/11 | Prepare letter to A. Stout re: RLF January fee application and cno (.2); Coordinate to A. Stout re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |

Total Fees for Professional Services          $726.00

TOTAL DUE FOR THIS INVOICE          **$726.00**

$209.60

**TOTAL DUE FOR THIS MATTER**          **$935.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 13

Client #  732310

Matter #  165839

---

For services through March 31, 2011

relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 03/01/11 | Attention to e-mail re: Capstone eighth interim fee application (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Fraser Milner January 2011 fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 200.00 | $340.00 |
| 03/01/11 | Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review Capstone interim fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |
| 03/02/11 | Attention to e-mail re: Jefferies eighth interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare cno re: Fraser Milner December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump December fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Fraser Milner eighth interim fee application (.1); Retrieve re: same (.1); E-mail to and from M. Wunder re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to J. Hyland re: pdf of Capstone eighth interim fee application (.1) | | | |
| Paralegal | Barbara J. Witters | 2.40 hrs. | 200.00 | $480.00 |
| 03/02/11 | Review and execute certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1); Review Jefferies interim fee application (.2); Review Fraser Milner interim fee application (.2) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |
| 03/03/11 | Finalize and file aos re: eighth interim fee application of Ashurst | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2011
invoice 378725
Page 14
Client # 732310

Matter # 165839

---

| 03/04/11 | Update fee status chart | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 03/07/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 03/09/11 | Call with J. Sturm and P. Tinker re: retention of barrister through Ashurst for obtaining pension opinion | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 03/11/11 | Prepare cno re: Fraser Milner December 2010 fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 03/11/11 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 03/16/11 | Prepare cno re: Capstone December fee application (.2); Finalize and file cno re: same (.2); Prepare eighth interim fee order (1.5) | | | |
| Paralegal | Barbara J. Witters | 1.90 hrs. | 200.00 | $380.00 |
| 03/16/11 | Review email from B. Kahn re: filing certificate of no objection re: Capstone monthly fee application (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 03/17/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 03/18/11 | Revise eighth interim fee exhibit (.3); E-mail to D. Sloan re: same (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 03/18/11 | Review Committee fee exhibit for 8th interim fee order | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725

Page 15

Client #  732310

Matter # 165839

---

| 03/18/11 | Review emails (x2) from B. Witters re: proposed omnibus fee order (.1); Review same (.2); Email to B. Witters re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |

| 03/21/11 | Prepare cno re: Akin Gump January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst January fee application (.2); Finalize and file cno re: same (.2); Telephone call to M. Wunder re: Fraser Milner eighth interim fee order (.1); Revise eighth interim fee order (.4) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.30 hrs. | 200.00 | $260.00 |

| 03/21/11 | Meet with B. Witters re: calculating Fraser fees for 8th interim fee application (.2); Call from M. Wunder re: calculating Fraser fees for 8th interim fee application (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

| 03/21/11 | Review and execute certificate of no objection re: Ashurst monthly fee application (.1); Review and execute certificate of no objection re: Akin Gump monthly fee application (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |

| 03/22/11 | Revise eighth interim fee order exhibit (.1); E-mail to and from P. Bagon re: same (.1); E-mail to A. Cordo re: same (.1); Update fee status chart (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |

| 03/22/11 | Email to B. Witters re: informing Committee professionals that there is no need to appear in connection with interim fee applications at 3/23/11 hearing | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

| 03/23/11 | Prepare cno re: Capstone January 2011 fee application (.2); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

| 03/23/11 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2011
Invoice 378725

Page 16

Client # 732310

Matter # 165839

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/24/11 | Prepare cno re: Fraser Milner January fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 03/24/11 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 03/28/11 | Attention to e-mail re: Ashurst February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 03/28/11 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| 03/31/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |

Total Fees for Professional Services $3,692.00

TOTAL DUE FOR THIS INVOICE **$3,692.00**

$688.00

**TOTAL DUE FOR THIS MATTER** **$4,380.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2011
Invoice 378725
Page 17
Client #  732310

### Summary of Hours

|                      | Hours | Rate/Hr  | Dollars  |
|----------------------|-------|----------|----------|
| Amy B. Boom          | 0.70  | 105.00   | 73.50    |
| Barbara J. Witters   | 17.00 | 200.00   | 3,400.00 |
| Brenda D. Tobin      | 3.60  | 105.00   | 378.00   |
| Christopher M. Samis | 11.00 | 340.00   | 3,740.00 |
| Drew G. Sloan        | 4.10  | 340.00   | 1,394.00 |
| TOTAL                | 36.40 | $246.85  | 8,985.50 |

**TOTAL DUE FOR THIS INVOICE**                                  **$9,771.27**

Payment may be made by wire transfer to our account at Wilmington
Trust Company, Rodney Square North, Wilmington, Delaware 19890,
Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire
transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone
charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310