# EXHIBIT B


# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

April 20, 2011
Invoice 378725

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through March 31, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Document Retrieval | $177.52 |
| Filing Fees | $60.00 |
| Long distance telephone charges | $65.81 |
| Messenger and delivery service | $225.26 |
| Photocopying/Printing | $223.50 |
| 1,624 @ $.10 pg./ 611 @ $.10/pg. | |
| Postage | $33.68 |

| | |
|---|---|
| Other Charges | $785.77 |
| TOTAL DUE FOR THIS INVOICE | $785.77 |
| **TOTAL DUE FOR THIS MATTER** | **$785.77** |

One Rodney Square ▪ 920 North King Street ▪ Wilmington, DE 19801 ▪ Phone: 302-651-7700 ▪ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 20, 2011  
Invoice 378725  
Page 18  
Client #  732310  

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 02/02/11 | PACER | | DOCRETRI |
| | Amount = | $0.72 | |
| 02/07/11 | PACER | | DOCRETRI |
| | Amount = | $1.36 | |
| 02/08/11 | PACER | | DOCRETRI |
| | Amount = | $4.32 | |
| 02/09/11 | PACER | | DOCRETRI |
| | Amount = | $15.68 | |
| 02/10/11 | PACER | | DOCRETRI |
| | Amount = | $4.00 | |
| 02/17/11 | PACER | | DOCRETRI |
| | Amount = | $45.52 | |
| 02/22/11 | PACER | | DOCRETRI |
| | Amount = | $8.88 | |
| 02/28/11 | PACER | | DOCRETRI |
| | Amount = | $7.44 | |
| 03/01/11 | Photocopies | | DUP.10CC |
| | Amount = | $50.50 | |
| 03/01/11 | PACER | | DOCRETRI |
| | Amount = | $4.24 | |
| 03/01/11 | Postage | | POST |
| | Amount = | $17.09 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | April 20, 2011 |
| c/o Fred S. Hodara, Esq. | | Invoice 378725 |
| Akin Gump Strauss Hauer Feld LLP | | Page 19 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |

| Date | Description | | Code |
|---|---|---|---|
| 03/01/11 | Printing | | DUP.10CC |
| | Amount = | $9.00 | |
| 03/02/11 | Photocopies | | DUP.10CC |
| | Amount = | $5.50 | |
| 03/02/11 | Messenger and delivery 2/28/11 BJW | | MESS |
| | Amount = | $75.30 | |
| 03/02/11 | Messenger and delivery 3/1/11 BJW | | MESS |
| | Amount = | $51.30 | |
| 03/02/11 | Messenger and delivery 3/1/11 BJW | | MESS |
| | Amount = | $12.00 | |
| 03/02/11 | Postage | | POST |
| | Amount = | $3.15 | |
| 03/03/11 | Messenger and delivery BJW | | MESS |
| | Amount = | $63.30 | |
| 03/04/11 | PACER | | DOCRETRI |
| | Amount = | $11.20 | |
| 03/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $58.20 | |
| 03/07/11 | PACER | | DOCRETRI |
| | Amount = | $47.28 | |
| 03/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 03/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 03/07/11 | Printing | | DUP.10CC |
| | Amount = | $9.70 | |
| 03/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 03/07/11 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 03/07/11 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 03/08/11 | COURTCALL LLC | | FLFEE |
| | Amount = | $60.00 | |
| 03/08/11 | Photocopies | | DUP.10CC |
| | Amount = | $3.20 | |

| Date | Description | | Code |
|---|---|---|---|
| | Nortel Creditors Committee | April 20, 2011 | |
| | c/o Fred S. Hodara, Esq. | Invoice 378725 | |
| | Akin Gump Strauss Hauer Feld LLP | Page 20 | |
| | One Bryant Park | | |
| | New York NY  10036 | Client #  732310 | |

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/08/11 | 12128728121 Long Distance | $2.78 | LD |
| 03/08/11 | Printing | $1.60 | DUP.10CC |
| 03/09/11 | 12128721056 Long Distance | $12.51 | LD |
| 03/09/11 | PACER | $2.40 | DOCRETRI |
| 03/14/11 | Printing | $4.70 | DUP.10CC |
| 03/15/11 | Printing | $1.00 | DUP.10CC |
| 03/16/11 | PACER | $17.20 | DOCRETRI |
| 03/16/11 | Printing | $1.70 | DUP.10CC |
| 03/16/11 | Printing | $1.60 | DUP.10CC |
| 03/16/11 | Printing | $1.00 | DUP.10CC |
| 03/16/11 | Printing | $1.70 | DUP.10CC |
| 03/16/11 | Printing | $1.50 | DUP.10CC |
| 03/16/11 | Printing | $1.00 | DUP.10CC |
| 03/16/11 | Printing | $1.70 | DUP.10CC |
| 03/16/11 | Printing | $1.50 | DUP.10CC |
| 03/18/11 | Photocopies | $22.00 | DUP.10CC |
| 03/18/11 | Messenger and delivery charges | $6.40 | MESS |
| 03/18/11 | Postage | $7.23 | POST |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 20, 2011  
Invoice 378725  
Page 21  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 03/18/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 03/21/11 | 14168634715 Long Distance | | LD |
| | Amount = | $14.10 | |
| 03/21/11 | 14168634715 Long Distance | | LD |
| | Amount = | $19.74 | |
| 03/22/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $16.96 | |
| 03/22/11 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 03/22/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 03/23/11 | PACER | | DOCRETRI |
| | Amount = | $2.40 | |
| 03/25/11 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 03/28/11 | Photocopies | | DUP.10CC |
| | Amount = | $23.00 | |
| 03/28/11 | Postage | | POST |
| | Amount = | $6.21 | |
| 03/28/11 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 03/31/11 | 12128721056 Long Distance | | LD |
| | Amount = | $16.68 | |
| 03/31/11 | PACER | | DOCRETRI |
| | Amount = | $4.88 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $785.77