# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 91 |

## AMENDED[1] NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Curtis Mallet-Prevost, Colt & Mosle LLP, and Ashby & Geddes, P.A., hereby amend their appearance as counsel to Flextronics Corporation, Flextronics Telecom Systems Ltd and certain of their affiliates (collectively, "Flextronics"), a creditor and party-in-interest in the above-captioned Chapter 11 cases (collectively, the "Cases"), and pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), request that all notices (including those governed by Bankruptcy Rules 2002, 3017, and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy, or proceeding related to the Cases, be given to and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

Steven J. Reisman, Esq.  
James V. Drew, Esq.  
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP  
101 Park Avenue  
New York, NY 10178-0061  
Telephone: 212-696-6000  
Facsimile: 212-697-1559  
sreisman@curtis.com  
jdrew@curtis.com

William P. Bowden, Esq.  
ASHBY & GEDDES, P.A.  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
Telephone: 302-654-1888  
Facsimile: 302-654-2067  
wbowden@ashby-geddes.com

-and-

---

[1] This Amended Notice of Appearance and Demand for Service of Notices and Pleadings amends Docket Entry No. 91, filed January 21, 2009.

9482462v2

Flextronics
847 Gibraltar Drive
Milpitas, CA 95035
Attn: Steve Jackman, VP/Assoc. General Counsel
Telephone: 408-576-7000
Facsimile: 408-956-6222
steve.jackman@flextronics.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that Flextronics does not intend that this Amended Notice of Appearance and Demand for Service of Notices and Pleadings, or any later appearance or pleading, be deemed or construed to be a waiver of Flextronics' rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceeding related to the Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm, or governmental agency; and (v) to any other rights, claims, actions, setoffs, recoupments, or defenses to which Flextronics is or may be entitled.

PLEASE TAKE FURTHER NOTICE that this Amended Notice of Appearance and Demand for Service of Notices and Pleadings shall not be construed as an appointment of Steven J. Reisman or James V. Drew, or Curtis, Mallet-Prevost, Colt & Mosle LLP, or William P. Bowden or Ashby & Geddes, P.A., or Steve Jackman as authorized agents of Flextronics, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: April 28, 2011

Steven J. Reisman, Esq.
James V. Drew, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559
sreisman@curtis.com
jdrew@curtis.com

*Counsel to Flextronics Corporation, Flextronics Telecom Systems Ltd and certain of their affiliates*

-and-

ASHBY & GEDDES, P.A.

/s/ *William P. Bowden*

William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067
wbowden@ashby-geddes.com

*Delaware Counsel to Flextronics Corporation, Flextronics Telecom Systems Ltd and certain of their affiliates*