## <u>CERTIFICATE OF SERVICE</u>

I, William P. Bowden, hereby certify that, on April 28, 2011, I caused one copy of the

foregoing to be served upon the persons on the attached service list via first class mail.

*/s/ William P. Bowden*
_____
William P. Bowden (#2553)

ACUSHNET COMPANY
ATTN: CREDIT DEPT
TITLEIST & FOOTJOY, PO BOX 965
FAIRHAVEN, MA  02719
FAX: 508-910-8441

AKIN GUMP
ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ.
ONE BRYANT PARK
NEW YORK, NY  10036
FAX: 212-872-1002
EMAIL: FHODARA@AKINGUMP.COM
RJACOBS@AKINGUMP.COM

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: SUSAN R. FUERTES, ESQ.
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX  77032

ALLEN & OVERY LLP
ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.
1221 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY  10020
FAX: 212-610-6399

AMPHENOL CORPORATION
ATTN: EDWARD C. WETMORE VP & GEN COUNSEL
358 HALL AVENUE
WALLINGFORD, CT  06492
FAX: 203-265-8827
EMAIL: EWETMORE@AMPHENOL.COM

APC WORKFORCE SOLUTIONS LLC
ATTN: DOUG GOIN CFO
420 SOUTH ORANGE AVENUE, 6TH FL
ORLANDO, FL  32801
FAX: 407-770-6162
EMAIL: DGOIN@ZEROCHAOS.COM

ARCHER & GREINER PC
ATTN: CHARLES J. BROWN III ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE  19801
FAX: 302-777-4352
EMAIL: CBROWN@ARCHERLAW.COM

ARCHER & GREINER PC
ATTN: JOHN V. FIORELLA ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE  19801
FAX: 302-777-4352

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE
ESQ.
171 17TH ST NW, STE 2100
ATLANTA, GA  30363-1031
FAX: 404-873-8121

BRACEWELL & GUILIANI LLP
ATTN: JENNIFER FELDSHER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2714
FAX: 212-938-3837
EMAIL: JENNIFER.FELDSHER@BGLLP.COM

BRIER IRISH HUBBARD & ERHARD PLC
ATTN: ROBERT N. BRIER
2400 E. ARIZONA BILTMORE CIRCLE
SUITE 1300
PHOENIX, AZ  85016-2115
FAX: 602-522-3940
EMAIL: BBRIER@BIHLAW.COM

BUUS KIM KUO & TRAN LLP
ATTN: HUBERT H. KUO ESQ.
4675 MACARTHUR CT, STE 590
NEWPORT BEACH, CA  92660
FAX: 949-863-9783

EMAIL: HKUO@BKKTLAW.COM

CAMPBELL & LEVINE LLC
ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO
ESQ.
800 N KING ST, STE 300
WILMINGTON, DE  19801
FAX: 302-426-9947
EMAIL: MESKIN@CAMLEV.COM
ACHACKO@CAMLEV.COM

DEWEY & LEBOEUF, LLP
MOSHIN N. KHAMBATI, ESQ.
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE, SUITE 3700
CHICAGO, IL  60601-6710
FAX: 312-794-8100
EMAIL: mkhamati@dl.com

DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN ESQ.,DALE K.
CATHELL ESQ.
6225 SMITH AVENUE
BALTIMORE, MD  21209
FAX: 410-580-3001
EMAIL: RICHARD.KREMEN@DLAPIPER.COM
DALE.CATHELL@DLAPIPER.COM

FPL LAW DEPARTMENT
ATTN: RACHEL S. BUDKE ESQ.
700 UNIVERSE BLVD
JUNO BEACH, FL  33408
FAX: 561-691-7103
EMAIL: RACHEL.BUDKE@FPL.COM

ASSISTANT ATTORNEY GENERAL
ATTN: LAURA L. MCCLOUD ESQ.
P.O. BOX 20207
NASHVILLE, TN 37202
FAX: 615-741-3334
EMAIL: ICDELAWARE@STATE.TN.US

BAKER BOTTS L.L.P.
JUDITH W. ROSS,
COUNSEL TO GENBAND, INC.
2001 ROSS AVENUE
DALLAS, TX 75201
FAX: 214-661-4605
EMAIL: judith.ross@bakerbotts.com

BALLARD SPAHR
ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN
ESQ.
919 MARKET ST, 12TH FL
WILMINGTON, DE 19801
FAX: (302) 252-4466

BALLARD SPAHR ANDREWS & INGERSOLL LLP
ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS
ESQ.
51ST FL MELLON BANK CTR, 1735 MARKET ST
PHILADELPHIA, PA 19103
FAX: 215-864-9473

BALLARD SPAHR LLP
ROBERT MCL. BOOTE, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599
FAX: 215-864-8999
EMAIL: mboote@ballardspahr.com

BALLARD SPAHR, LLP
TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801
FAX: 302-252-4466
EMAIL: daluzt@ballardspahr.com;
maydt@ballardspahr.com

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN ESQ.
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110
FAX: 617-422-0383

BAYARD P.A.
ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN
ESQ
222 DELAWARE AVE, STE 900
WILMINGTON, DE 19801
FAX: 302-658-6395
EMAIL: CDAVIS@BAYARDLAW.COM
DOBRIEN@BAYARDLAW.COM

BAYARD, P.A.
CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO,
ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE  19899
EMAIL: cdavis@bayardlaw.com; jalberto@bayardlaw.com

BELL MICROPRODUCTS INC
ATTN: DAVID L. URANGA
201 MONROE STREET, SUITE 300
MONTGOMERY, AL  36104
FAX: 334-954-6106
EMAIL: DLURANGA@BELLMICRO.COM

BIALSON BERGEN & SCHWAB
ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M.
GAA ESQ.
PATRICK M. COSTELLO ESQ.
2600 EL CAMINO REAL, STE 300
PALO ALTO, CA  94306
FAX: 650-494-2738
EMAIL: PCOSTELLO@BBSLAW.COM

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS
800 N. KING STREET, FIRST FLOOR
WILMINGTON, DE  19801
FAX: 302-254-5383

BIRCH HORTON BITTNER & CHEROT
ATTN: JAMES H. LISTER
1155 CONNECTICUT AVENUE NW
SUITE 1200
WASHINGTON, DC  20036
FAX: 202-659-5800
EMAIL: JLISTER@DC.BHB.COM

BLAKELEY & BLAKELEY LLP
ATTN: JOHNNY WHITE, ESQ.
COUNSEL TO GOOGLE, INC.
2 PARK PLAZA, SUITE 400
IRVINE, CA  92614
FAX: 949-260-0613
EMAIL: jwhite@blakeleyllp.com

BOYLAN BROWN
ATTN: DEVIN LAWTON PALMER
2400 CHASE SQUARE
ROCHESTER, NY  14604
FAX: 585-238-9012
EMAIL: DPALMER@BOYLANBROWN.COM

BRACEWELL & GUILIANI LLP
ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT  06103
FAX: 860-246-3201
EMAIL: EVAN.FLASCHEN@BGLLP.COM
KATHERINE.LINDSAY@BGLLP.COM

BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN ESQ.
6 NORTH BROAD ST, STE 1000
WOODBURY, NJ 08096
FAX: 856-853-9933
EMAIL: DLUDMAN@BROWNCONNERY.COM

BROWN MCCAROLL LLP
ATTN: AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

BROWN MCCARROLL LLP
KELL C. MERCER; AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

BRYAN CAVE LLP
ATTN: CULLEN K. KUHN ESQ.
211 N BROADWAY, STE 3600
ST. LOUIS, MO 63102
FAX: 314-552-8869
EMAIL: CKKUHN@BRYANCAVE.COM

BRYAN CAVE LLP
ATTN: ERIC S. PREZANT ESQ.
161 N CLARK ST, STE 4300
CHICAGO, IL 60601
FAX: 312-602-5050
EMAIL: ERIC.PREZANT@BRYANCAVE.COM

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-541-4630
EMAIL: MICHELLE.MCMAHON@BRYANCAVE.COM

BUCHALTER NEMER
ATTN: SHAWN M. CHRISTIANSON ESQ.
333 MARKET ST, 25TH FL
SAN FRANCISCO, CA 94105-2126
FAX: 415-227-0770
EMAIL: SCHRISTIANSON@BUCHALTER.COM

BUCHANAN INGERSOLL & ROONEY
ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.
1000 WEST STREET, SUITE 1410
WILMINGTON, DE 19801
FAX: 302-552-4295

CHADBOURNE & PARKE LLP
ATTN: N. THODORE ZINK JR. ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
FAX: 212-541-5369
EMAIL: TZINK@CHADBOURNE.COM

COLE SCHOTZ MEISEL FORMAN & LEONARD
ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR
500 DELAWARE AVE, SUITE 1410
WILMINGTON, DE 19801
FAX: 302-652-3117
EMAIL: NPERNICK@COLESCHOTZ.COM
SBHATNAGAR@COLESCHOTZ.COM

COMMONWEALTH OF PENNSLYVANIA
CAROL E. MOMJIAN
OFFICE OF THE ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
FAX: 215-560-2202
EMAIL: cmomjian@attorneygeneral.gov

CONNOLLY BOVE
ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS
ESQ.
THE NEMOURS BUILDING, 1007 N ORANGE ST
WILMINGTON, DE 19801
FAX: 302-658-0380
EMAIL: JWISLER@CBLH.COM
MPHILLIPS@CBLH.COM

COUGHLIN STOIA GELLER RUDMAN & ROBBINS
LLP
SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD,
ESQ.
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE, NY 11747
FAX: 631-367-1173
EMAIL: srudman@csgrr.com; drosenfeld@csgrr.com

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
P.O. BOX 1380
WILMINGTON, DE 19899-1380
FAX: 302-777-4224
EMAIL: csimon@crosslaw.com

CURTIS MALLET-PREVOST COLT & MOSLE LLP
ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW
ESQ.
101 PARK AVENUE
NEW YORK, NY 10178-0061
FAX: 212-697-1559

DEWEY & LEBOEUF
LAWRENECE E. MILLER
125 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-424-8500
EMAIL: lmiller@dl.com

)0447389;v1}

DUANE MORRIS LLP
MICHAEL R. LASTOWSKI, ESQ.
COUNSEL TO GENBAND INC.
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE  19801
FAX: 302-657-4901
EMAIL: mlastowski@duanemorris.com

DYKEMA GOSSETT PLLC
ATTN: STEPHEN C. STAPLETON
1717 MAIN ST
STE. 4000
DALLAS, TX  75201
FAX: 214-462-6401
EMAIL: SSTAPLETON@DYKEMA.COM

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE  19801
FAX: 30-770-7263
EMAIL: sbrown@eapdlaw.com

EMC CORPORATION
RONALD ROWLAND, ESQ.
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD  21094

EXPORT DEVELOPMENT CANADA
ATTN: DEREK AUSTIN
151 O'CONNOR STREET
OTTOWA, ON  K1A 1K3
CANADA

FLEXTRONICS INTERNATIONAL
ATTN: TERRY ZALE
305 INTERLOCKEN PKWY
BROOMFIELD, CO  80021
FAX: 303-927-4513
EMAIL: TERRYZALE@FLEXTRONICS.COM

FOLEY & LARDNER LLP
ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ.
321 NORTH CLARK ST, STE 2800
CHICAGO, IL  60654-5313
FAX: 312-832-4700
EMAIL: JMURCH@FOLEY.COM
LAPETERSON@FOLEY.COM

FOSTER PEPPER PLLC
ATTN: CHRISTOPHER M. ALSTON ESQ.
1111 3RD AVE, STE 3400
SEATTLE, WA  98101-3299
FAX: 206-447-9700Ÿ
EMAIL: ALSTC@FOSTER.COM

00447389;v1}

HINCKLEY ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN ESQ.
28 STATE ST
BOSTON, MA  02109
FAX: 617-345-9020

FRANCHISE TAX
ATTN: SECRETARY OF STATE DIVISION OF
CORPORATIONS
P.O. BOX 7040
DOVER, DE  19903
FAX: 302-739-5831

HITACHI COMMUNICATIONS TECHNOLOGIES LTD
MINORU INAYOSHI, GEN MGR.
OMORI BELLPORT D BLDG., 26-3
MINAMI OI 6-CHROME
SHINAGAWA-KU 140-0013
TOKYO,
JAPAN
FAX: 011-813-6404-0555

JD THOMPSON LAW
JUDY T. THOMPSON, ESQ.
P.O. BOX 33127
CHARLOTTE, NC  28233
EMAIL: jdt@jdthompson.com

JONES DAY
ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S.
RAHMAN ESQ.
1420 PEACHTREE ST NE, STE 800
ATLANTA, GA  30309
FAX: 404-581-8330

LATHAM & WATKINS LLP
ATTN: MICHAEL J. RIELA ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK, NY  10022-4068
FAX: 212-751-4864
EMAIL: MICHAEL.RIELA@LW.COM

FRASER MILNER CASGRAIN LLP
ATTN: MICHAEL J. WUNDER,R. SNAYNE
KUKULOWICZ
ALEX L. MACFARLANE
1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST
WEST
TORONTO, ON  M5X 1B2
CANADA
FAX: 416-863-4592
EMAIL: MICHAEL.WUNDER@FMC-LAW.COM
SHAYNE.KUKULOWICZ@FMC-LAW.COM

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT
ESQ.
311 SOUTH WACKER DR, STE 3000
CHICAGO, IL  60606
FAX: 312-360-6995
EMAIL: AHAMMER@FREEBORNPETERS.COM
DEGGERT@FREEBORNPETERS.COM

FULBRIGHT & JAWORSKI LLP
ATTN: DAVID A. ROSENZWEIG ESQ.
666 5TH AVE
NEW YORK, NY  10103-3198
FAX: 212-318-3400
EMAIL: DROSENZWEIG@FULBRIGHT.COM

GIBBONS P.C.
ATTN: DAVID N. CRAPO ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102-5310
FAX: 973-639-6244
EMAIL: DCRAPO@GIBBONSLAW.COM

GOULD & RATNER LLP
ATTN: CHRISTOPHER J. HORVAY ESQ.
222 N LASALLE ST, STE 800
CHICAGO, IL  60601
FAX: 312-899-1624
EMAIL: CHORVAY@GOULDRATNER.COM

HAHN LOESER & PARKS LLP
ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER
ESQ.
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH  44114
FAX: 216-241-2824
EMAIL: ASKOPIT@HAHNLAW.COM
CPEER@HAHNLAW.COM

HERBERT SMITH
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREEET
LONDON,  EC2A 2HS
ENGLAND
FAX: 44-0-20-7098-4878
EMAIL: STEPHEN.GALE@HERBERTSMITH.COM

HERMAN HERMAN KATZ & COTLAR
ATTN: SOREN E. GISLESON
820 O'KEEFE AVENUE
NEW ORELANS, LA  70113
FAX: 504-561-6024
EMAIL: SGISLESON@HHKC.COM

0447389;v1}

HOLLAND & KNIGHT LLP
ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ.
P.O. BOX 1288
TAMPA, FL 33601-1288
FAX: 813-229-0134
EMAIL: ROD.ANDERSON@HKLAW.COM

HP COMPANY
ATTN: RAMONA NEAL ESQ.
11307 CHINDEN BLVD, MS 314
BOISE, ID 83714
FAX: 208-396-3958
EMAIL: RAMONA.NEAL@HP.COM

HUGHES HUBBARD
MICHAEL LUSKIN; DEREK ADLER
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

HUNTON & WILLIAMS
ATTN: LYNNETTE R. WARMAN
1445 ROSS AVE, ROUNTAIN PLACE STE 3700
DALLAS, TX 75202-2799
FAX: 214-740-7181
EMAIL: LWARMAN@HUNTON.COM

IBM CORP. LEGAL DEPT
ATTN: R. S. STAHEL
1503 LBJ FREEWAY, 3RD FL
DALLAS, TX 75234
FAX: 972-561-6487
EMAIL: SSTAHEL@US.IBM.COM

IBM CORPORATION
ATTN: BEVERLY H. SHIDELER BS8399
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181
FAX: 845-491-3275
EMAIL: BHSHIDE@US.IBM.COM

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114-0126
FAX: 215-516-2015

J. SCOTT DOUGLASS ESQ.
909 FANNIN, STE 1800
HOUSTON, TX 77010
FAX: 713-227-7497
EMAIL: JSDLAW@MSN.COM

KATTEN MUCHIN ROSENMAN LLP
ATTN: KENNETH E. NOBLE ESQ.
575 MADISON AVE
NEW YORK, NY  10022-2585
FAX: 212-894-5653
EMAIL: KENNETH.NOBLE@KATTENLAW.COM

KATTEN MUCHIN ROSENMAN LLP
ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH
ESQ.
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES, CA  90067-3012
FAX: 310-788-4471
EMAIL: THOMAS.LEANSE@KATTENLAW.COM
DUSTIN.BRANCH@KATTENLAW.COM

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
FAX: 212-808-7897
EMAIL:
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.C
OM

KELLEY DRYE & WARREN LLP
KRISTIN S. ELLIOTT, ESQ.
COUNSEL TO CYPRESS COMMUNICATIONS, INC.;
TATA AMERICAN INTERNATIONAL CORP.
101 PARK AVENUE
NEW YORK, NY  10178
FAX: 212-808-7897
EMAIL: kdwbankruptcydepartment@kelleydrye.com

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA  90067-6049
FAX: 310-407-9090
EMAIL: EATTANASIO@KTBSLAW.COM

KLEHR HARRISON
ATTN: JOANNE B. WILLS ESQ.
919 MARKET ST, STE 1000
WILMINGTON, DE  19801
FAX: 302-426-9193
EMAIL: JWILLS@KLEHR.COM

KRAMER LEVIN NAFTALIS FRANKEL LLP
ERNSEST S. WECHSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

L.A. COUNTY TREASURER & TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA  90054-0110

LATHAM & WATKINS LLP
ATTN: ZACHARY N. GOLDSTEIN ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK, NY  10022-4068
FAX: 212-751-4864
EMAIL: ZACHARY.GOLDSTEIN@LW.COM

LATHAM & WATKINS LLP
J. DOUGLAS BACON; ALICE DECKER BURKE;
JOSEPH A. SIMEI
233 SOUTH WACKER DRIVE, SUITE 5800
CHICAGO, IL  60606

LATHAM & WATKINS LLP
ROGER G. SCHWARTZ; ADAM J. GOLDBERG
885 THIRD AVENUE
NEW YORK, NY  10022-4834
FAX: 212-751-4864
EMAIL: roger.schwartz@lw.com; adam.goldberg@lw.com

LATHROP & GAGE LLP
ATTN: STEPHEN K. DEXTER ESQ.
370 17TH ST, STE 4650
DENVER, CO  80202
FAX: 720-931-3201
EMAIL: SDEXTER@LATHROPGAGE.COM

LAW OFFICES OF ROBERT T. VANCE JR.
ATTN: ROBERT T. VANCE JR.
100 SOUTH BROAD STREET, SUITE 1530
PHILADELPHIA, PA  19110
FAX: 215-557-9552

LEWIS AND ROCA LLP
ATTN: SCOTT K. BROWN ESQ.
40 NORTH CENTRAL AVE, STE 1900
PHOENIX, AZ  85004
FAX: 602-734-3866
EMAIL: SBROWN@LRLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET ESQ.
TRAVIS BLDG SUITE 300, 711 NAVARRO
SAN ANTONIO, TX  78205
FAX: 210-226-4308

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ.
2323 BRYAN STREET, STE 1600
DALLAS, TX  75201
FAX: 469-221-5002

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN ESQ.
P.O. BOX 3064
HOUSTON, TX  77253-3064
FAX: 713-844-3503
EMAIL:
HOUSTON_BANKRUPTCY@PUBLICANS.COM

LOWENSTEIN SANDLER PC
ATTN: VINCENT A. D'AGOSTINO ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ  07068
FAX: 973-597-2400
EMAIL: VDAGOSTINO@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG ESQ.
885 THIRD AVENUE, STE 1000
NEW YORK, NY  10022-4068
FAX: 212-751-4864
EMAIL: ROBERT.ROSENBERG@LW.COM

MONARCH ALTERNATIVE CAPITAL LP
ATTN: ANDREW HERENSTEIN
535 MADISON AVE.
NEW YORK, NY  10022
FAX: 866-741-2505
EMAIL: ANDREW.HERENSTEIN@MONARCHLP.COM

MONZACK MERSKY MCLAUGHLIN AND BROWDER
P.A.
ATTN: RACHEL B. MERSKY ESQ.
1201 N ORANGE ST, STE 400
WILMINGTON, DE  19801
FAX: 302-656-2769
EMAIL: RMERSKY@MONLAW.COM

OGILVY RENAULT LLP
ATTN: JENNIFER STAM
200 BAY STREET SUITE 3800
ROYAL BANK PLAZA SOUTH TOWER
TORONTO, ON  M5J 2Z4
CANADA
FAX: 416-216-3930
EMAIL: JSTAM@OGILVYRENAULT.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA JR ESQ,LAURA D
METZGER ESQ
WESTON T. EGUCHI ESQ.
666 FIFTH AVENUE
NEW YORK, NY  10103-0001
FAX: 212-506-5151

PEPPER HAMILTON LLP
ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M
RAPORT ESQ
1313 MARKET ST, STE 5100
WILMINGTON, DE  19801
FAX: 302-421-8390
EMAIL: STRATTOND@PEPPERLAW.COM
RAPORTL@PEPPERLAW.COM

)0447389;v1}

LOWENSTEIN SANDLER PC
MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
EMAIL: metkin@lowenstein.com; ilevee@lowenstein.com

MAYER BROWN LLP
ATTN: MELISSA A. MICKEY
71 S. WACKER DRIVE
CHICAGO, IL 60604-1404
FAX: 312-706-9359
EMAIL: MMICKEY@MAYERBROWN.COM

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN
ESQ.
1750 TYSONS BLVD, STE 1800
MCLEAN, VA 22102-4215
FAX: 703-712-5050
EMAIL: DSWAN@MCGUIREWOODS.COM
KMISKEN@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: JAMES E. VAN HORN
7 SAINT PAUL STREET
SUITE 1000
BALTIMORE, MD 21202

MEYERS LAW GROUP P.C.
ATTN: MERLE C. MEYERS ESQ.,MICHELE
THOMPSON ESQ.
44 MONTGOMERY STREET, STE 1010
SAN FRANCISCO, CA 94104
FAX: 415-362-7515
EMAIL: MMEYERS@MLG-PC.COM
MTHOMPSON@MLG-PC.COM

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005-1413
FAX: 212-530-5219

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER
ESQ.
ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
FAX: 212-822-5219
EMAIL: DDUNNE@MILBANK.COM
TKRELLER@MILBANK.COM APISA@MILBANK.COM
ALEBLANC@MILBANK.COM

MISSOURI DEPT OF REVENUE
ATTN: SHERYL L. MOREAU ESQ.
P.O. BOX 475, BANKRUPTCY DIVISION
JEFFERSON CITY, MO 65105-0475
FAX: 573-751-7232

MORRIS JAMES LLP
ATTN: BRETT D. FALLON ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE  19801
FAX: 302-571-1750
EMAIL: BFALLON@MORRISJAMES.COM

MORRIS JAMES LLP
ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER
ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE  19801
FAX: 302-571-1750
EMAIL: CKUNZ@MORRISJAMES.COM
MCUSTER@MORRISJAMES.COM

MOSES & SINGER LLP
ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT
KOLBIG
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174
FAX: 212-554-7700
EMAIL: AKOLOD@MOSESSINGER.COM
CCARUSO@MOSESSINGER.COM
KKOLBIG@MOSESSINGER.COM

MUNICIPAL OPERATIONS
ATTN: MAX TAYLOR ASST. CITY ATTY.
201 W. COLFAX AVENUE, DEPT. 1207
DENVER, CO  80202-5332
FAX: 720-913-3180
EMAIL: MAX.BANKRUPTCY@DENVERGOV.ORG

MUNSCH HARDT KOPF & HARR P.C.
ATTN: JONATHAN L. HOWELL
3800 LINCOLN PLAZA, 500 N AKARD ST
DALLAS, TX  75201-6659
FAX: 214855-7584
EMAIL: jhowell@munsch.com

NOSSAMAN LLP
ATTN: ROBERT S. MCWHORTER ESQ.
915 L ST, STE 1000
SACRAMENTO, CA  95814
FAX: 916-442-0382
EMAIL: RMCWHORTER@NOSSAMAN.COM

OFFICE OF THE U.S. TRUSTEE
ATTN: KEVIN CALLAHAN
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE  19801-3519
FAX: 302-573-6497

OFFICE OF UNEMPLOYMENT INSURANCE
CONTRIBUTIONS DIVISION
MD DEPT. OF LABOR LICENSING & REG.
1100 N. EUTAW STREET, ROOM 401
BALTIMORE, MD  21201

PA DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A MERTZ, TAX AGENT
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA  19602-1184

PA DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA  19602-1184

PA SENIOR DEPUTY ATTY GEN
ATTN: CAROL E. MOMJIAN ESQ.
21 S 12TH ST, 3RD FL
PHILADELPHIA, PA  19107-3603
FAX: 215-560-2202
EMAIL: CMOMJIAN@ATTORNEYGENERAL.GOV

PACHULSKI STANG
ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS
919 N. MARKET ST. 17TH FL.
WILMINGTON, DE  19899-8705
FAX: 302-652-4400
EMAIL: LJONES@PSZJLAW.COM
TCAIRNS@PSZJLAW.COM

PATTERSON HARKAVY
225 E WORTHINGTON AVE STE 200
CHARLOTTE, NC  282034886
FAX: 919-942-5256
EMAIL: AGRONINGER@PATHLAW.COM

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HILLA URIBE; RICHARD CHESLEY
COUNSEL TO IBM CORPORATION
191 N. WACKER DRIVE, 30TH FLOOR
CHICAGO, IL  60606
FAX: 312-499-6000

EMAIL: hillauribe@paulhastings.com;
richardchesley@paulhastings.com

PAUL WEISS RIFKIND WHARTON & GARRISON
STEPHEN J. SHIMSHAK; MARILYN SOBEL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6064

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL ESQ.
STEPHEN D. SCHREIBER ESQ.
1200 K STREET NW
WASHINGTON, DC  20005-4026
FAX: 202-326-4112
EMAIL: MURRELL.VICENTE@PBGC.GOV
EFILE@PBGC.GOV

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH JR. ESQ.
1001 4TH AVE, STE 4500
SEATTLE, WA  98154-1192
FAX: 206-389-1708
EMAIL: JSCHICKICH@RIDDELLWILLIAMS.COM

PEPPER HAMILTON LLP
ATTN: HENRY JAFFE ESQ.
1313 MARKET ST, STE 5100
WILMINGTON, DE  19801
FAX: 302-421-8390
EMAIL: JAFFEH@PEPPERLAW.COM

ROBINSON BRADSHAW & HINSON P.A.
ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.
101 NORTH TRYON ST, STE 1900
CHARLOTTE, NC  28246
FAX: 703-378-4000
EMAIL: DSCHILLI@RBH.COM TSHAFFER@RBH.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN B SHULMAN ESQ,KIMBERLY K
SMITH ESQ
30 ROCKEFELLER PLAZA, 24TH FL
NEW YORK, NY  10112
FAX: 212-332-3888
EMAIL: CSHULMAN@SHEPPARDMULLIN.COM
KSMITH@SHEPPARDMULLIN.COM

SIRLIN GALLOGLY & LESSER
ATTN: DANA S. PLON ESQ.
123 S. BROAD STREET, SUITE 2100
PHILADELPHIA, PA  19109
FAX: (215) 864-9669
EMAIL: DPLON@SIRLINLAW.COM

SUMITOMO ELECTRIC
ATTN: CHRIS FINCH CREDIT MANAGER
78 ALEXANDER DRIVE, PO BOX 13445
TRIANGLE PARK, NC  27709
FAX: 919-541-8297
EMAIL: CFINCH@SUMITOMOELECTRIC.COM

SWARTZ CAMPBELL LLC
ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL
ESQ.
ONE S. CHURCH ST, STE 400
WEST CHESTER, PA  19382
FAX: 610-692-4936
EMAIL: TOM@BBSLAW.COM

US ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON, DE  19801
FAX: 302-573-6431

}0447389;v1}

PEPPER HAMILTON LLP
DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
PO BOX 1709
WILMINGTON, DE  19899-1709
FAX: 302-421-8390
EMAIL: strattond@pepperlaw.com;
meltzere@pepperlaw.com

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA ESQ.
4025 WOODLAND PARK BLVD, STE 300
ARLINGTON, TX  76013
FAX: 817-860-6509

POLSINELLI SHUGHART PC
ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ
222 DELAWARE AVENUE, STE 1101
WILMINGTON, DE  19801
FAX: 302-252-0921
EMAIL: CWARD@POLSINELLI.COM
JEDELSON@POLSINELLI.COM

POST & SCHELL P.C.
ATTN: BRIAN W. BISIGNANI ESQ.
17 N 2ND ST, 12TH FL
HARRISBURG, PA  17101-1601
FAX: 717-731-1985
EMAIL: BBISIGNANI@POSTSCHELL.COM

POYNER SPRUILL LLP
ATTN: SHANNON E. HOFF
301 S. COLLEGE STREET, SUITE 2300
CHARLOTTE, NC  28202
FAX: 704-342-5264
EMAIL: SHOFF@POYNERSPRUILL.COM

RAY QUINNEY & NEBEKER P.C.
ATTN: STEPHEN C. TINGEY, ESQ.
36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY, UT  84145-0385
FAX: 801-532-7543
EMAIL: STINGEY@RQN.COM

REED SMITH LLP
ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE  19801
FAX: 302-778-7575
EMAIL: KGWYNNE@REEDSMITH.COM
JFALGOWSKI@REEDSMITH.COM

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ
ONE RODNEY SQUARE, 920 N KING ST
WILMINGTON, DE  19801
FAX: 302-651-7701
EMAIL: COLLINS@RLF.COM SAMIS@RLF.COM

)0447389;v1}

ROPES & GRAY LLP
ATTN: MARK I. BANE, ANNE H. PAK
1211 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-8704
FAX: 212-596-9090
EMAIL: MARK.BANE@ROPESGRAY.COM
ANNE.PAK@ROPESGRAY.COM

ROPES & GRAY LLP
JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ.
ONE INTERNATIONAL PLACE
BOSTON, MA  02110-2624
FAX: 617-951-7050
EMAIL: james.wilton@ropesgray.com;
patricia.chen@ropesgray.com

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET, 8TH FLOOR
BALTIMORE, MD  21202
FAX: 410-332-8964
EMAIL: JKUHNS@SAUL.COM

SCHIFF HARDIN LLP
ATTN: JOHN C. VIGANO ESQ., PATRICIA J. FOKUO
ESQ.
6600 SEARS TOWER
CHICAGO, IL  60606-6473
FAX: 312-258-5700
EMAIL: JVIGANO@SCHIFFHARDIN.COM
PFOKUO@SCHIFFHARDIN.COM

SEC NY REGIONAL OFFICE
ATTN: ALISTAR BAMBACH
BANKRUPTCY DIV_STE 400
3 WORLD FINANCIAL CENTER
NEW YORK, NY  10281-1022
FAX: 212-336-1348

SEC NY REGIONAL OFFICE
ATTN: ATTN:  NATHAN FUCHS
233 BROADWAY
NEW YORK, NY  10279

SECRETARY OF TREASURY
P.O. BOX 7040
DOVER, DE  19903
FAX: 302-739-5635

SECURITIES & EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON, DC  20549

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: GREGG M. GALARDI,SARAH E. PIERCE
ONE RODNEY SQUARE, PO BOX 636
WILMINGTON, DE  19899-0636
FAX: 302-651-3001
EMAIL: SARAH.PIERCE@SKADDEN.COM

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: N. LYNN HIESTAND
FOUR TIMES SQUARE
NEW YORK, NY  10036
FAX: 212-735-2000

SMITH ANDERSON BLOUNT DORSETT MITCHELL &
JERNIGAN
LLP, ATTN: AMOS U. PRIESTER IV ESQ.
ANNA B. OSTERHOUT ESQ.
P.O. BOX 2611
RALEIGH, NC  27602-2611
FAX: 919-821-6800

SMITH KATZENSTEIN & FURLOW
ATTN: KATHLEEN M. MILLER ESQ.
800 DELAWARE AVE., 7TH FL
WILMINGTON, DE  19801
FAX: 302-652-8405
EMAIL: KMILLER@SKFDELAWARE.COM

STATE OF MI DEPT OF TREASURY
ATTN: DEBORAH B. WALDMEIR ESQ.
3030 W GRAND BLVD. STE. 10-200
CADILLAC PLACE
DETROIT, MI  48202
EMAIL: WALDMEIRD@MICHIGAN.GOV

STEMPEL BENNETT CLAMAN & HOCHBERG P.C.
ATTN: EDMOND P. O'BRIEN ESQ.
675 THIRD AVE, 31ST FL
NEW YORK, NY  10017
FAX: 212-681-4041
EMAIL: EOBRIEN@SBCHLAW.COM

STEVENS & LEE P.C.
ATTN: JOSEPH H HUSTON JR,MARIA APRILE
SAWCZUK
1105 N MARKET ST, 7TH FL
WILMINGTON, DE  19801
FAX: 610-371-7972
EMAIL: JHH@STEVENSLEE.COM
MASA@STEVENSLEE.COM

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN ESQ.
4 E 8TH ST, STE 400
WILMINGTON, DE  19801
FAX: 302-428-8195
EMAIL: WHAZELTINE@SHA-LLC.COM

THE INTECH GROUP INC.
ATTN: ERNIE HOLLING PRESIDENT
305 EXTON COMMONS
EXTON, PA  19341
EMAIL: HOLLING@INTECH-GROUP.COM

THE INTERPUBLIC GROUP OF COMPANIES
ATTN: NICHOLAS VIANNA
1114 AVENUE OF THE AMERICAS, 19TH FLOOR
NEW YORK, NY  10036
FAX: 212-704-2236

TISHLER & WALK, LTD.
JEFFREY B. ROSE
200 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

TRAVELERS
ATTN: ATTN:  CHANTEL PINNOCK
1 TOWER SQUARE, 5MN
HARTFORD, CT  06183-4044
FAX: 860-277-2158

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR, STE 400
LITTLETON, CO  80124
FAX: 303-566-1010

U.S. DEPT OF JUSTICE CIVIL DIV
ATTN: SETH B. SHAPIRO ESQ.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC  20044
FAX: 202-307-0494
EMAIL: SETH.SHAPIRO@USDOJ.GOV

UNISYS CORPORATION
ATTN: JANET FITZPATRICK
P.O. BOX 500, M/S E8-108
BLUE BELL, PA  19424
FAX: 215-986-5721

UNIVERSAL SERVICE ADMINISTRATIVE CO
ATTN: DAVID CAPOZZI,ACTING GENERAL
COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC  20036
FAX: 202-776-0080

WOLFF & SAMSON PC
ATTN: ROBERT E. NIES ESQ.
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
FAX: 973-530-2212
EMAIL: RNIES@WOLFFSAMSON.COM

VAL MANDEL P.C.
ATTN: VAL MANDEL ESQ.
80 WALL ST, STE 1115
NEW YORK, NY 10005
FAX: 212-668-1701
EMAIL: VM@VALMANDELPC.NET

XETA TECHNOLOGIES, INC.
C/O JOE M. FEARS, ESQ.
BARBER & BARTZ
800 PARK CENTRE
525 SOUTH MAIN STREET
TULSA, OK 74103-4511
EMAIL: jfears@barberbartz.com

YOUNG CONAWAY
ATTN: JAMES L. PATTON, EDWIN J. HARRON
THE BRANDYWINE BLDG 17TH FL.
1000 WEST STREET
WILMINGTON, DE 19801
FAX: 302-571-1253
EMAIL: JPATTON@YCST.COM
EHARRON@YCST.COM

MD DEPARTMENT OF LABOR LICENSING & REG.
OFFICE OF UNEMPLOYMENT
INSURANCE CONTRIBUTIONS DIVISION
1100 N. EUTAW STREET, ROOM 401
SUITE 3000
BALTIMORE, MD 21201

)0447389;v1}

VEDDER PRICE P.C.
ATTN: MICHAEL L. SCHEIN ESQ.
1633 BROADWAY, 47TH FL
NEW YORK, NY 10019
FAX: 212-407-7799

VONBRIESEN & ROPER S.C.
ATTN: RANDALL D. CROCKER ESQ.
411 E WISCONSIN AVE, STE 700
MILWAUKEE, WI 53202
FAX: 414-238-6532
EMAIL: RCROCKER@VONBRIESEN.COM

VORYS, SATER, SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
FAX: 614-719-4663
EMAIL: tscobb@vorys.com

WEIR & PARTNERS LLP
JEFFREY S. CIANCIULLI, ESQ.
COUNSEL TO ACME PACKET, INC.
824 MARKET STREET, SUITE 1001
PO BOX 708
WILMINGTON, DE 19899
FAX: 302-652-8909
EMAIL: jcianciulli@weirpartners.com

WERB & SULLIVAN
ATTN: DUANE D. WERB ESQ.
300 DELAWARE AVE, 13TH FL
WILMINGTON, DE 19801
FAX: 302-652-1111
EMAIL: DWERB@WERBSULLIVAN.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL
ESQ.
787 7TH AVE
NEW YORK, NY 10019
FAX: 212-728-8111
EMAIL: ALIPKIN@WILKIE.COM
JCRYSTAL@WILKIE.COM

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ;
SAMEER ADVANI, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
EMAIL: mabrams@willkie.com; boconnor@willkie.com;
sadvani@willkie.com

WILSON ELSER MOSKOWITZ EDELMAN & DICKER
LLP
ATTN: MARK G. LEDWIN ESQ.
3 GANNETT DR
WHITE PLAINS, NY 10604
FAX: 914-323-7001
EMAIL: MARK.LEDWIN@WILSONELSE.COM