IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

                            Debtors.
---------------------------------------------------------
                                                       X

Nortel Networks Inc.,
                      Plaintiff,
v.

Beeline.com, Inc.,
                      Defendant.
---------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

(Jointly Administered)

Re: D.I. 5329

Adv. Proc. No. 10-55165 (KG)
Re: D.I. 34

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 28, 2011, a copy of **Order Enlarging Time Period Provided by Rule 4(m) in Avoidance Action** was served in the manner indicated and on the persons identified in the attached Service List.

Dated: April 28, 2011
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Alissa T. Gazze (No. 5338)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

4073442.1

*Counsel for the Debtors and Debtors in Possession*

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.