# EXHIBIT A

## No Liability Claims

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| COMED<br>ATTN: BANKRUPTCY SECTION/REVENUE MGMT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL  60523 | 116<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$884.11 (U)<br>$884.11 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| CORNING GLASS WORKS<br>HOUGHTON PARK<br>CORNING, NY  14830 | 3070<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$133,785.23 (U)<br>$133,785.23 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases, and for which the claimant provided no response when asked for further support. |
| CORNING INCORPORATED<br>PO BOX 75122<br>CHARLOTTE, NC  28275-0122 | 880<br>4/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$124,867.31 (U)<br>$124,867.31 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases, and for which the claimant provided no response when asked for further support. |
| MERCER HR<br>MERCER HUMAN RESOURCES CONSULTING<br>601 MERRITT 7<br>NORWALK, CT  06851-1091 | 5873<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$147,000.00 (U)<br>$147,000.00 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases, and which are not provided for in the underlying contract. |
| NEAL & HARWELL, PLC<br>GERALD D. NEENAN, ESQ.<br>150 FOURTH AVENUE NORTH, SUITE 200<br>NASHVILLE, TN  37219 | 2046<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$355.00 (A)<br>- (P)<br>- (U)<br>$355.00 (T) | Claim asserts amounts that have already been satisfied by the Debtors and their 3rd party insurance provider, with whom costs are shared. |
| WHITMAN TOWN OF<br>54 SOUTH AVE<br>WHITMAN, MA  02382-2052 | 6683<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | $3,033.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,033.00 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases, as the Debtors have fulfilled their support obligations under the applicable contract. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **6  Claims** | **$3,033.00 (S)**<br>**$355.00 (A)**<br>**- (P)**<br>**$406,536.65 (U)**<br>**$409,924.65 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed