# **EXHIBIT B**

## **Reduce and Allow Claims**

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON  L3R 5J6<br>CANADA | 657<br>3/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$79,047.18 (U)<br>$79,047.18 (T) | - (S)<br>- (A)<br>- (P)<br>$40,984.68 (U)<br>$40,984.68 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $38,062.50 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. Further, the Debtors believe $1,312.50 of that same amount has already been paid by an affiliate which is not a Debtor in these chapter 11 cases (check #80001730, 5/21/09). |
| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA  90067 | 4473<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$496,125.61 (U)<br>$496,125.61 (T) | - (S)<br>- (A)<br>- (P)<br>$160,174.46 (U)<br>$160,174.46 (T) | Partial No Liability Claim.  Claim should be modified to remove $332,996.48 in "excess materials" costs which the Debtors do not recognize in their Books and Records, and for which the claimant has agreed the Debtor is not liable.  The claim should be further modified to remove $2,954.65 in invoices that are subject to credit memo #JB506188.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid.  As detailed on that motion $52,330.30 of the $160,174.46 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $107,844.16. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ANDERSON GORECKI & MANARAS LLP<br>33 NAGOG PARK<br>ACTON, MA  01720-3421 | 2819<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$391,830.90 (U)<br>$391,830.90 (T) | - (S)<br>- (A)<br>- (P)<br>$47,896.77 (U)<br>$47,896.77 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $314,834.13 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for that overstated portion of the claim. |
| | | | | Partially Satisfied Claim. Claim should be modified to remove invoices totalling $29,100.00 that have already been paid as follows: $1,500.00 by check #207305 on 6/18/08;  $1,500.00 by check #207841 on 7/9/08; $100.00 by wire #6200004885 on 10/1/08;  $100.00 by wire #6200005246  on 11/3/08;  $8,810.00 by wire #6200005585 on 12/1/08; $1,620.00 by wire #6200005767 on 12/16/08; $1,500.00 by wire #6200003514 on 6/11/08; $7,670.00 by wire #6200005428 on 11/17/08; $750.00 by check #5807276 on 1/23/07; $1,690.00 by check #60000293 on 7/9/08; and $3,860.00 by check #60000350 on 8/27/08. |
| ARKANSAS AUDITOR OF STATE<br>ATTN: ROB SCOTT, ADMINISTRATOR<br>UNCLAIMED PROPERTY DIVISION<br>1401 WEST CAPITOL AVENUE, SUITE 325<br>LITTLE ROCK, AR  72201 | 2886<br>9/14/09<br><br>NO DEBTOR | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$100.00 (U)<br>$100.00 (T) | Partial No Liability Claim. Based on a review of the Debtors' Books and Records, the claim should be modified to reflect a properly allowable amount of $100.00. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TELOGY, LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 904<br>4/7/09<br>09-10138<br>Nortel Networks Inc. | $33,377.00 (S)<br>- (A)<br>- (P)<br>$2,805.62 (U)<br>$36,182.62 (T) | - (S)<br>- (A)<br>- (P)<br>$2,805.62 (U)<br>$2,805.62 (T) | Partial No Liability Claim. Claim should be modified to remove $33,377.00 asserted as a Secured claim for "Test Equipment Rental" which the Debtors do not recognize in their Books and Records, and for which the claimant provided no further support when contacted. |
| BECKER MEISEL LLC<br>ATTN: LAUREN HANNON, ESQ.<br>354 EISENHOWER PKWY, PLAZA II, STE. 1500<br>LIVINGSTON, NJ  07739 | 3937<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,192.46 (U)<br>$4,192.46 (T) | - (S)<br>- (A)<br>- (P)<br>$2,096.23 (U)<br>$2,096.23 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2,096.23 as valid liabilities of any Debtor in these chapter 11 cases. |
| DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD  21094 | 7406<br>9/13/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$131,477.97 (P)<br>$42,469.21 (U)<br>$173,947.18 (T) | - (S)<br>- (A)<br>- (P)<br>$21,052.00 (U)<br>$21,052.00 (T) | Partial Redundant Invoice Claim. Claim should be modified to remove $152,895.18 in invoices ($131,477.97 of which are incorrectly asserted as 507(a)(1) domestic support obligations) that were also asserted in claim #505 by the claimant, and were previously addressed by the Debtor's Fourteenth Omnibus Claims Objection. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| GARLICK, HARRISON & MARKISON<br>1901 SURREY HILL DRIVE<br>AUSTIN, TX  78746 | 5884<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$73,842.22 (U)<br>$73,842.22 (T) | - (S)<br>- (A)<br>- (P)<br>$45,462.65 (U)<br>$45,462.65 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $28,379.57 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| HEMINGWAY & HANSEN LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX  75201 | 2239<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | - (S)<br>- (A)<br>- (P)<br>$27,593.18 (U)<br>$27,593.18 (T) | Partially Satisfied Claim. Claim should be modified to remove invoices totalling $9,484.50 that have already been paid as follows: $3,212.40 by check #117525 on 6/28/06; $692.13 by check #121923 on 10/3/06; $3,297.80 by check #132940 on 6/15/07; $448.70 by check #133252 on 6/25/07; $199.58 by check #204013 on 2/20/08; and $1,633.89 by check #207170 on 6/11/08. |
| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA  23219 | 4793<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$65,530.59 (U)<br>$65,530.59 (T) | - (S)<br>- (A)<br>- (P)<br>$17,775.66 (U)<br>$17,775.66 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $47,784.93 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| IMPULSE TECHNOLOGIES<br>920 GANA COURT<br>MISSISSAUGA, ON  L5S 1Z4<br>CANADA | 3591<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$163,242.35 (U)<br>$163,242.35 (T) | - (S)<br>- (A)<br>- (P)<br>$105,569.92 (U)<br>$105,569.92 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $57,672.43 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portions of the claim. |
| KROLL ONTRACK INC.<br>ATTN: TAMMY DUNLAP<br>9023 COLUMBINE ROAD<br>EDEN PRAIRIE, MN  55347 | 6141<br>11/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$200,676.74 (U)<br>$200,676.74 (T) | - (S)<br>- (A)<br>- (P)<br>$53,660.45 (U)<br>$53,660.45 (T) | Partial No Liability Claim. Claim should be modified to remove $147,016.29 in invoices which are due to claimant from a 3rd party. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| NEAL & HARWELL PLC<br>150 FOURTH AVE NORTH<br>NASHVILLE, TN  37219-2498 | 2082<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,117.41 (U)<br>$25,117.41 (T) | - (S)<br>- (A)<br>- (P)<br>$4,975.00 (U)<br>$4,975.00 (T) | Partially Satisfied Claim. Claim should be modified to remove $20,142.41 in invoices that have already been paid by Nortel or its 3rd party insurance provider, with whom costs are shared. |
| NEW HORIZONS<br>5400 S MIAMI BLVD STE 140<br>DURHAM, NC  277038465 | 1910<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,254.14 (U)<br>$3,254.14 (T) | - (S)<br>- (A)<br>- (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $1,254.14 as valid liabilities of any Debtor in these chapter 11 cases. |

## Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| PHOENIX TELECOM SOLUTIONS, INC.<br>1513 E MCFADDEN AVE<br>SANTA ANA, CA  92705-4307 | 76<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$162,300.00 (U)<br>$162,300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$69,351.39 (U)<br>$69,351.39 (T) | Partial Redundant Invoice Claim. Claim should be modified to remove $92,948.61 in invoices that were already resolved pursuant to a court order effecting a setoff on 6/11/09 [D.I. 893].<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid. As detailed on that motion, $11,900.00 of the $69,351.39 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $57,451.39. |
| REMFRY & SAGAR<br>ATTORNEYS AT LAW<br>REMFRY HOUSE AT THE MILLENNIUM PLAZA<br>SECTOR - 27, GURGAON - 122 002<br>NEW DELHI<br>INDIA | 6153<br>11/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,343.01 (U)<br>$3,343.01 (T) | - (S)<br>- (A)<br>- (P)<br>$1,729.00 (U)<br>$1,729.00 (T) | Partial No Liability Claim. Claim should be modified to remove $1,614.01 in invoices that are due from third parties who are not Debtors in these chapter 11 cases and are not reflected in the Debtors' Books and Records. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL  33180 | 3084<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,500.00 (U)<br>$59,500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$50,500.00 (U)<br>$50,500.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $9,000 as valid liabilities of any Debtor in these chapter 11 cases. |
| SECURITAS SECURITY SERVICES USA<br>2 CAMPUS DR<br>PARSIPPANY, NJ  07950 | 999<br>4/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$824,348.53 (U)<br>$824,348.53 (T) | - (S)<br>- (A)<br>- (P)<br>$756,815.58 (U)<br>$756,815.58 (T) | Partially Satisfied Claim. Claim should be modified to remove $58,810.85 in invoices that were already paid on 1/5/09, reference #6100009964.<br><br>Partial No Liability Claim. Claim should be modified to remove $8,722.10 in invoices related to invalid or fully-billed purchase orders. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| TELLABS NORTH AMERICA<br>F/K/A/ TELLABS OPERATIONS INC.<br>1415 DIEHL ROAD<br>NAPERVILLE, IL  60563 | 4726<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | $2,973.32 (S)<br>- (A)<br>- (P)<br>$76,101.63 (U)<br>$79,974.95 (T) | - (S)<br>- (A)<br>- (P)<br>$47,169.60 (U)<br>$47,169.60 (T) | Partial Insufficient Documentation Claim. Claim states a face value of $79,974.95, but the supporting documentation indicates a claim of only $79,074.95. The claim is overstated by $900.00 for which no support is provided, and the Debtors do not recognize in their Books and Records.<br><br>Partially Satisfied Claim. Claim should be modified to remove $2,973.32 in invoices, claimed as Secured, that have already been paid on 8/6/08, reference #6200000518.<br><br>Partial No Liability Claim. Claim should be modified to remove $31,905.35 in unpurchased inventory costs, liability for which is not provided for in the relevant Letter of Agreement. |
| VIRGINIA<br>VIRGINIA DEPARTMENT OF THE TREASURY<br>DIVISION OF UNCLAIMED PROPERTY<br>P.O. BOX 2478<br>RICHMOND, VA  23218-2478 | 3599<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$96.05 (U)<br>$96.05 (T) | Partial No Liability Claim. Based on a review of the Debtors' Books and Records, the claim should be modified to reflect a properly allowable amount of $96.05. |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>WILMERHALE LLP C/O CRAIG GOLDBLATT<br>1875 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC  20006 | 3828<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$125,431.82 (U)<br>$125,431.82 (T) | - (S)<br>- (A)<br>- (P)<br>$16,827.97 (U)<br>$16,827.97 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $108,603.85 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| WITHROW & TERRANOVA, P.L.L.C.<br>100 REGENCY FOREST DRIVE, STE 160<br>CARY, NC  27518 | 1249<br>5/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$467,078.44 (U)<br>$467,078.44 (T) | - (S)<br>- (A)<br>- (P)<br>$126,388.67 (U)<br>$126,388.67 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $328,644.27 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partially Satisfied Claim.  Claim should be modified to remove invoices totaling $12,045.50 that have been fully paid as follows: $500.00 paid on 1/30/08, check reference 6000003867; $9,800.00 paid on 11/17/08, check reference 6100009261; $250.00 paid on 11/17/08, check reference 6100009261; and $1,495.50 paid on 12/16/08, check reference 6100009762. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| **Totals:** | **22  Claims** | $36,350.32 (S)<br>- (A)<br>$131,477.97 (P)<br>$3,303,315.54 (U)<br>$3,472,043.83 (T) | - (S)<br>- (A)<br>- (P)<br>$1,601,024.88 (U)<br>$1,601,024.88 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed