# EXHIBIT C

## Redundant Claims

## Exhibit C

### Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA  94588 | 6919<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$2,202.03 (U)<br>$2,202.03 (T) | ADP NATIONAL ACCT SERVICES PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA  94588 | 695<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$116,398.69 (U)<br>$116,398.69 (T) | The Liabilities asserted in claim 6919 and the documentation attached thereto in support of such liabilities, are fully contained within claim 695 also filed by the claimant or an affiliate of the claimant. |
| CORRE OPPORTUNITIES FUND LP<br>AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY  10019 | 7455<br>10/7/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$17,200.00 (A)<br>- (P)<br>- (U)<br>$17,200.00 (T) | CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY  10019 | 7454<br>10/7/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$17,200.00 (P)<br>$8,600.00 (U)<br>$25,800.00 (T) | The Liabilities asserted in claim 7455 and the documentation attached thereto in support of such liabilities, are fully contained within claim 7454 also filed by the claimant or an affiliate of the claimant. |
| TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: TELESOFT<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY  10504 | 3428<br>9/22/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$17,517.00 (U)<br>$17,517.00 (T) | TANNOR PARTNERS CREDIT FUND II, LP AS ASSIGNEE OF "TELESOFT "<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY  10504 | 7467<br>10/13/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,517.00 (U)<br>$17,517.00 (T) | Claim is redundant of claim 7467 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| TANNOR PARTNERS CREDIT FUND II, LP AS ASSIGNEE OF " THE BIG WORD "<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY  10504 | 7466<br>10/13/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,717.97 (U)<br>$2,717.97 (T) | TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: THEBIGWORD<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY  10504 | 897<br>4/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,039.23 (U)<br>$2,039.23 (T) | Claim is redundant of claim 897 filed by the claimant or an affiliate of the claimant asserting the same underlying liability, which was previously resolved on Debtors' Fifteenth Omnibus Claims Objection, order entered 11/8/2010 [D.I. 4256]. |
| TREASURER OF VIRGINIA DEPARTMENT OF THE TREASURY, DIVISION OF UNCLAIMED PROPERTY<br>PO BOX 2478<br>RICHMOND, VA  23218-2478 | 6578<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | VIRGINIA<br>VIRGINIA DEPARTMENT OF THE TREASURY<br>DIVISION OF UNCLAIMED PROPERTY<br>P.O. BOX 2478<br>RICHMOND, VA  23218-2478 | 3599<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is redundant of claim 3599 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| UNITED STATES DEBT RECOVERY VIII, LP TRANSFEROR: HELLMUTH, OBATA & KASSABAUM, 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE, NV  89451 | 4783 9/29/09 09-10138 Nortel Networks Inc. | - (S) $507,103.18 (A) - (P) - (U) $507,103.18 (T) | UNITED STATES DEBT RECOVERY VIII, L.P. ASSIGNEE OF HELLMUTH, OBATA & KASSABAUM 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV  89451 | 7616 2/25/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $527,168.64 (U) $527,168.64 (T) | The Liabilities asserted in claim 4783, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7616, also filed by the claimant or an affiliate of the claimant. |
| WI-FI ALLIANCE 3925 WEST BRAKER LANE AUSTIN, TX  78759-5316 | 2466 8/31/09 NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $575.34 (U) $575.34 (T) | WI-FI ALLIANCE 10900 STONELAKE BLVD STE B-126 AUSTIN, TX  78759-5828 | 2465 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $575.34 (U) $575.34 (T) | Claim is redundant of claim 2465 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| **Totals:** | **7  Claims** | - (S) $524,303.18 (A) - (P) $23,012.34 (U) $547,315.52 (T) | | | - (S) - (A) $17,200.00 (P) $672,298.90 (U) $689,498.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed