# EXHIBIT D

## Wrong Debtor Claims

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| A TELECOM TELEINFORMATICA LTDA<br>SCS Q 07 BLOCO A<br>SALA 822<br>ED PATIO SAU PEDRO, RJ  70307-902<br>BRAZIL | 2664<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,960.00 (U)<br>$6,960.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,960.00 (U)<br>$6,960.00 (T) |
| ALFRED WILLIAMS & CO<br>1813 CAPITAL BLVD<br>RALEIGH, NC  27604 | 530<br>3/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$54,133.57 (U)<br>$54,133.57 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$54,133.57 (U)<br>$54,133.57 (T) |
| ALONSO, BLANCA<br>409 WASHINGTON AVE APT 2B<br>BROOKLYN, NY  11238-1828 | 5985<br>10/15/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,195.45 (U)<br>$1,195.45 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.45 (U)<br>$1,195.45 (T) |
| AMREP VENDOR INSPECTION SERVICE PTE<br>10031 PINES BOULEVARD, SUITE 213<br>PEMBROKE PINES, FL  33024 | 6197<br>12/7/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,260.00 (U)<br>$3,260.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,260.00 (U)<br>$3,260.00 (T) |
| APANI NETWORKS<br>1800 E IMPERIAL HIGHWAY, SUITE 210<br>BREA, CA  92821 | 3589<br>9/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,683.33 (U)<br>$5,683.33 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,683.33 (U)<br>$5,683.33 (T) |
| APRIMO, INC.<br>ATTN: GEORGE LAWRENCE<br>900 EAST 96TH STREET<br>SUITE 400<br>INDIANAPOLIS, IN  46240 | 3108<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,785.33 (U)<br>$4,785.33 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,785.33 (U)<br>$4,785.33 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| ARKANSAS AUDITOR OF STATE<br>ATTN: ROB SCOTT, ADMINISTRATOR<br>UNCLAIMED PROPERTY DIVISION<br>1401 WEST CAPITOL AVENUE, SUITE 325<br>LITTLE ROCK, AR  72201 | 2886<br>9/14/09<br>NO DEBTOR | Unspecified* | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$100.00 (U)<br>$100.00 (T) |
| ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1559<br>7/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,333.00 (U)<br>$15,333.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,333.00 (U)<br>$15,333.00 (T) |
| ASM CAPITAL AS PURCHASER OF DAITO PRECISION, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 3835<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$66,762.00 (U)<br>$66,762.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$66,762.00 (U)<br>$66,762.00 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KAISER ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 516<br>3/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$59,091.49 (U)<br>$59,091.49 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,091.49 (U)<br>$59,091.49 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TAKE ONE PRODUCTIONS, LTD.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 887<br>4/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$46,762.19 (U)<br>$46,762.19 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$46,762.19 (U)<br>$46,762.19 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KEYTECH USA, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1821<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$8,015.00 (U)<br>$8,015.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,015.00 (U)<br>$8,015.00 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P. TRANSFEROR: WMS VISION INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY  11797 | 3573 9/24/09 NO DEBTOR | - (S) - (A) - (P) $31,374.13 (U) $31,374.13 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $31,374.13 (U) $31,374.13 (T) |
| AURITAS LLC 4907 INTERNATIONAL PKWY, SUITE 1051 SANFORD, FL  32771 | 614 3/17/09 NO DEBTOR | - (S) - (A) $21,000.00 (P) - (U) $21,000.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) $21,000.00 (P) - (U) $21,000.00 (T) |
| AVATECH SOLUTIONS, INC. 10715 RED RUN BLVD., SUITE 101 OWINGS MILLS, MD  21117 | 481 3/6/09 NO DEBTOR | - (S) - (A) - (P) $3,365.00 (U) $3,365.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $3,365.00 (U) $3,365.00 (T) |
| AVCON AVCON INC PO BOX 4793 CARY, NC  27519-4793 | 2135 8/24/09 NO DEBTOR | - (S) - (A) - (P) $414.13 (U) $414.13 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $414.13 (U) $414.13 (T) |
| BIG TIME BIG TIME AUDIO 170 MULBERRY BEND JONESBOROUGH, TN  37659 | 3158 9/17/09 NO DEBTOR | - (S) - (A) - (P) $1,170.00 (U) $1,170.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,170.00 (U) $1,170.00 (T) |
| BLAIR CONSULTING 2250 COTTONWOOD CT. MIDLOTHIAN, TX  76065 | 1549 7/16/09 NO DEBTOR | - (S) - (A) - (P) $13,699.00 (U) $13,699.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $13,699.00 (U) $13,699.00 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| BOULDER LOGIC LLC<br>4678 LEE HILL DRIVE<br>BOULDER, CO  80302 | 1218<br>5/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,502.28 (U)<br>$7,502.28 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,502.28 (U)<br>$7,502.28 (T) |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: BIG MOON MARKETING<br>92 UNION AVENUE<br>CRESSKILL, NJ  07626 | 5781<br>10/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,050.00 (U)<br>$1,050.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,050.00 (U)<br>$1,050.00 (T) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC<br>ATTENTION: ROBERT AUSTEN, 5TH FLOOR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY  11749 | 1954<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,845.00 (U)<br>$6,845.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,845.00 (U)<br>$6,845.00 (T) |
| CONTINENTAL RESOURCES INC<br>175 MIDDLESEX TPKE, PO BOX 9137<br>BEDFORD, MA  01730-9137 | 1743<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$14,641.90 (U)<br>$14,641.90 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,641.90 (U)<br>$14,641.90 (T) |
| DACA 2010L, LP<br>TRANSFEROR: FDR FORENSIC DATA RECOVERY<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA  92108 | 2397<br>9/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$32,394.95 (U)<br>$32,394.95 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,394.95 (U)<br>$32,394.95 (T) |
| DACA 2010L, LP<br>TRANSFEROR: NEXTHOP TECHNOLOGIES INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA  92108 | 6643<br>1/8/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$19,675.00 (U)<br>$19,675.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,675.00 (U)<br>$19,675.00 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| DELTA ENERGY SYSTEMS (SWEDEN) AB<br>BOX 3096<br>VAXJO SE-350 33<br>SWEDEN | 1434<br>6/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,136.00 (U)<br>$6,136.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,136.00 (U)<br>$6,136.00 (T) |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONTRON MODULAR COMPUTERS GM<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 710<br>3/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$85,467.00 (P)<br>- (U)<br>$85,467.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$85,467.00 (P)<br>- (U)<br>$85,467.00 (T) |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PANGEA3 LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 1603<br>7/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,050.00 (U)<br>$4,050.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,050.00 (U)<br>$4,050.00 (T) |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NORTH CAROLINA STATE UNIV.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 2993<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$74,244.98 (U)<br>$74,244.98 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$74,244.98 (U)<br>$74,244.98 (T) |
| FUTURE TELECOM INC<br>PO BOX 852728<br>MESQUITE, TX 75185 | 6149<br>11/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,864.57 (U)<br>$10,864.57 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,864.57 (U)<br>$10,864.57 (T) |
| GINTEL<br>1601 N. PALM AVENUE, SUITE 304 D<br>PEMBROKE PINES, FL 33026 | 5938<br>10/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$17,200.00 (U)<br>$17,200.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$17,200.00 (U)<br>$17,200.00 (T) |

# Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| HIFN, INC.<br>48720 KATO RD<br>FREMONT, CA  945387312 | 1229<br>5/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| IEEE<br>445 HOES LANE<br>PISCATAWAY, NJ  08854 | 1602<br>7/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,600.00 (U)<br>$6,600.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,600.00 (U)<br>$6,600.00 (T) |
| IMA CONSULTING<br>3 CHRISTY DR STE 100<br>CHADDS FORD, PA  19317-9663 | 1235<br>5/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$18,484.29 (U)<br>$18,484.29 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$18,484.29 (U)<br>$18,484.29 (T) |
| INTECH GROUP, INC., THE<br>305 EXTON COMMONS<br>EXTON, PA  19341 | 6982<br>1/26/10<br>ALL DEBTORS<br>CLAIM ASSERTED<br>AGAINST ALL<br>DEBTORS | - (S)<br>- (A)<br>- (P)<br>$32,475.00 (U)<br>$32,475.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,475.00 (U)<br>$32,475.00 (T) |
| LEVY<br>LEVY RESTAURANTS<br>7994 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 | 2635<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,182.43 (U)<br>$7,182.43 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,182.43 (U)<br>$7,182.43 (T) |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SANT CORPORATION, THE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 956<br>4/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$22,350.00 (U)<br>$22,350.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,350.00 (U)<br>$22,350.00 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| LTC INTERNATIONAL INC<br>PO BOX 1625<br>ALLEN, TX  75013-0027 | 2800<br>9/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$32,078.85 (U)<br>$32,078.85 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,078.85 (U)<br>$32,078.85 (T) |
| LUTHI & CO LAW OFFICES<br>AMERICA HOUSE PO BOX 33113<br>35 SHAUL HAMELECH BLVD<br>TEL AVIV  64927<br>ISRAEL | 5844<br>10/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,858.03 (U)<br>$4,858.03 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,858.03 (U)<br>$4,858.03 (T) |
| MCMASTER CARR<br>MCMASTER CARR SUPPLY CO<br>PO BOX 740100<br>ATLANTA, GA  30374-0100 | 3278<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,169.02 (U)<br>$5,169.02 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,169.02 (U)<br>$5,169.02 (T) |
| MINI-CIRCUITS<br>PO BOX 350165<br>BROOKLYN, NY  11235-0003 | 1886<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$388.05 (U)<br>$388.05 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$388.05 (U)<br>$388.05 (T) |
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA  92121-1044 | 7489<br>11/12/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,432.50 (U)<br>$1,432.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,432.50 (U)<br>$1,432.50 (T) |
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA  92121-1044 | 7491<br>11/12/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,424.69 (U)<br>$1,424.69 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,424.69 (U)<br>$1,424.69 (T) |

## Exhibit D

### Wrong Debtor Claims

| Claim to be Modified | | | | | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Modification** | **New Case Info and Identified Debtor** | **Total Allowed** |
| MONETTE, MADELEINE<br>2 CHARLTON STREET, APT 11K<br>NEW YORK, NY 10014 | 2127<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$520.00 (U)<br>$520.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$520.00 (U)<br>$520.00 (T) |
| MOVING SOLUTIONS<br>MOVING SOLUTIONS INC<br>927 WRIGLEY WAY<br>MILPITAS, CA 95035-5407 | 4332<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$3,859.91 (P)<br>- (U)<br>$3,859.91 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,859.91 (P)<br>- (U)<br>$3,859.91 (T) |
| MRV COMMUNICATIONS, INC.<br>20415 NORDHOFF STREET<br>CHATSWORTH, CA 91311-6112 | 3049<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,104.91 (U)<br>$9,104.91 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid. As detailed on that motion, $1,797.00 of the $9,104.91 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $7,307.91. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,104.91 (U)<br>$9,104.91 (T) |
| MYCOM INTERNATIONAL<br>4TH FLOOR THAMES CENTRAL<br>90 HATFIELD ROAD<br>SLOUGH SL1 1QE<br>UNITED KINGDOM | 1864<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,179.84 (U)<br>$1,179.84 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,179.84 (U)<br>$1,179.84 (T) |
| NEW HORIZONS<br>5400 S MIAMI BLVD STE 140<br>DURHAM, NC 277038465 | 1910<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,254.14 (U)<br>$3,254.14 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,000.00 (U)<br>$2,000.00 (T) |

## Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| PATTON BOGGS LLP<br>ATTN NANCY WASKOW, COLLECTION MANAGER<br>2550 M STREET NW<br>WASHINGTON, DC  20037 | 3156<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$23,925.78 (U)<br>$23,925.78 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,925.78 (U)<br>$23,925.78 (T) |
| PEOPLECLICK, INC.<br>TWO HANNOVER SQ 7TH FL<br>RALEIGH, NC  27601 | 1063<br>4/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$69,923.00 (U)<br>$69,923.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$69,923.00 (U)<br>$69,923.00 (T) |
| PERVASIVE SOFTWARE<br>12365-B RIATA TRACE PARKWAY<br>AUSTIN, TX  78727 | 413<br>2/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$24,960.00 (U)<br>$24,960.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,960.00 (U)<br>$24,960.00 (T) |
| PERVASIVE SOFTWARE INC<br>12365-B RIATA TRACE PARKWAY<br>AUSTIN, TX  78727 | 1574<br>7/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,400.00 (U)<br>$2,400.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,400.00 (U)<br>$2,400.00 (T) |
| PORTER NOVELLI, INC.<br>ATTN: KELLY MENNE<br>1838 SOLUTIONS CENTER<br>CHICAGO, IL  60677-1008 | 3054<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$34,596.22 (U)<br>$34,596.22 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$34,596.22 (U)<br>$34,596.22 (T) |
| REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA  152222716 | 370<br>2/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,060.10 (U)<br>$2,060.10 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,060.10 (U)<br>$2,060.10 (T) |

## Exhibit D

### Wrong Debtor Claims

| Claim to be Modified | | | | | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Reason for Modification** | **New Case Info and Identified Debtor** | **Total Allowed** |
| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL  33180 | 3084<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,500.00 (U)<br>$59,500.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$50,500.00 (U)<br>$50,500.00 (T) |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ  07054 | 2603<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$14,280.32 (U)<br>$14,280.32 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid. As detailed on that motion, $3,570.08 of the $14,280.32 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $10,710.24. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,280.32 (U)<br>$14,280.32 (T) |
| RICHARD BLAND COLLEGE<br>11301 JOHNSON ROAD<br>PETERSBURG, VA  23805-7100 | 2024<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,729.38 (U)<br>$1,729.38 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,729.38 (U)<br>$1,729.38 (T) |
| SANT CORPORATION, THE<br>ATTN: MARK CLAVER<br>10260 ALLIANCE ROAD<br>CINCINNATI, OH  45242 | 957<br>4/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$23,368.75 (U)<br>$23,368.75 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,368.75 (U)<br>$23,368.75 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| SHARED TECHNOLOGIES INC<br>2550 EISENHOWER AVE<br>NORRISTOWN, PA  19403 | 6687<br>1/12/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$19,158.37 (U)<br>$19,158.37 (T) | The Debtors have carefully reviewed the Debtors'<br>Books and Records, their Schedules and the<br>Proofs of Claim, including the supporting<br>documentation provided by the claimant. Based on<br>this review, the Debtors believe that the Claim<br>should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,158.37 (U)<br>$19,158.37 (T) |
| SHARED TECHNOLOGIES INC.<br>1405 S BELTLINE ROAD<br>COPPELL, TX  75019 | 2431<br>9/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$33,411.78 (U)<br>$33,411.78 (T) | The Debtors have carefully reviewed the Debtors'<br>Books and Records, their Schedules and the<br>Proofs of Claim, including the supporting<br>documentation provided by the claimant. Based on<br>this review, the Debtors believe that the Claim<br>should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,411.78 (U)<br>$33,411.78 (T) |
| SOLUTION SOURCES PROGRAMMING, INC.<br>1600 N 4TH ST<br>SAN JOSE, CA  95112 | 1279<br>6/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$26,000.00 (U)<br>$26,000.00 (T) | The Debtors have carefully reviewed the Debtors'<br>Books and Records, their Schedules and the<br>Proofs of Claim, including the supporting<br>documentation provided by the claimant. Based on<br>this review, the Debtors believe that the Claim<br>should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,000.00 (U)<br>$26,000.00 (T) |
| SS8 NETWORKS<br>SS8 NETWORKS INC<br>750 TASMAN DRIVE<br>MILPITAS, CA  95035 | 5883<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$104,316.26 (U)<br>$104,316.26 (T) | The Debtors have carefully reviewed the Debtors'<br>Books and Records, their Schedules and the<br>Proofs of Claim, including the supporting<br>documentation provided by the claimant. Based on<br>this review, the Debtors believe that the Claim<br>should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$104,316.26 (U)<br>$104,316.26 (T) |
| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC  27705 | 596<br>3/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$38,414.17 (U)<br>$38,414.17 (T) | The Debtors have carefully reviewed the Debtors'<br>Books and Records, their Schedules and the<br>Proofs of Claim, including the supporting<br>documentation provided by the claimant. Based on<br>this review, the Debtors believe that the Claim<br>should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$38,414.17 (U)<br>$38,414.17 (T) |
| SYSTEMS & SOFTWARE SERVICES<br>522 SOUTH NORTHWEST HIGHWAY<br>BARRINGTON, IL  60011 | 2261<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,377.80 (U)<br>$1,377.80 (T) | The Debtors have carefully reviewed the Debtors'<br>Books and Records, their Schedules and the<br>Proofs of Claim, including the supporting<br>documentation provided by the claimant. Based on<br>this review, the Debtors believe that the Claim<br>should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,377.80 (U)<br>$1,377.80 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| TBG INSURANCE SERVICES, INC.<br>ATTN: MICHAEL GLICKMAN<br>100 N. SEPULVEDA BLVD. SUITE 500<br>EL SEGUNDO, CA  90245 | 4523<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$42,930.15 (U)<br>$42,930.15 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,930.15 (U)<br>$42,930.15 (T) |
| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA<br>PANAMA | 6166<br>11/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,866.00 (U)<br>$4,866.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$4,866.00 (U)<br>$4,866.00 (T) |
| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA<br>PANAMA | 6168<br>11/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,211.19 (U)<br>$7,211.19 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$7,211.19 (U)<br>$7,211.19 (T) |
| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65, SAN FRANCISCO-<br>PANAMA<br>PANAMA<br>PANAMA | 6170<br>11/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,020.00 (U)<br>$1,020.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,020.00 (U)<br>$1,020.00 (T) |
| TELTRONICS, INC.<br>2511 CORPORATE WAY<br>PALMETTO, FL  342218478 | 417<br>2/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,636.33 (U)<br>$1,636.33 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,636.33 (U)<br>$1,636.33 (T) |
| T-METRICS, INC.<br>4430 STUART ANDREW BLVD<br>CHARLOTTE, NC  28217 | 936<br>4/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$12,038.00 (U)<br>$12,038.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,038.00 (U)<br>$12,038.00 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: SOAPSTONE NETWORKS INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 583<br>3/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,264.00 (U)<br>$11,264.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,264.00 (U)<br>$11,264.00 (T) |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ELEAD CORP, LLC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 1269<br>6/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,000.00 (U)<br>$75,000.00 (T) |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 1489<br>7/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$52,969.67 (U)<br>$52,969.67 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,969.67 (U)<br>$52,969.67 (T) |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 2386<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$17,898.86 (U)<br>$17,898.86 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,898.86 (U)<br>$17,898.86 (T) |
| WHITLOCK<br>WHITLOCK GROUP, THE<br>3900 GASKINS ROAD<br>RICHMOND, VA  23233 | 2515<br>9/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,377.82 (U)<br>$11,377.82 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,377.82 (U)<br>$11,377.82 (T) |
| WIREWERKS<br>WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE  H8T 1A3<br>CANADA | 1792<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$35,428.20 (U)<br>$35,428.20 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,428.20 (U)<br>$35,428.20 (T) |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| WITHROW & TERRANOVA, P.L.L.C.<br>100 REGENCY FOREST DRIVE, STE 160<br>CARY, NC  27518 | 1249<br>5/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$467,078.44 (U)<br>$467,078.44 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$126,388.67 (U)<br>$126,388.67 (T) |
| **Totals:** | **76 Claims** | **- (S)**<br>**- (A)**<br>**$110,326.91 (P)**<br>**$1,933,250.64 (U)**<br>**$2,043,577.55 (T)** | | | **- (S)**<br>**- (A)**<br>**$110,326.91 (P)**<br>**$1,582,406.73 (U)**<br>**$1,692,733.64 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed