# **EXHIBIT E**

## **No-Basis 503(b)(9) Claims**

# Exhibit E

## No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>ATTN: MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA  94588 | 6920<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$2,202.03 (A)<br>- (P)<br>- (U)<br>$2,202.03 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6919 filed by the claimant asserting the same liability. | 6919<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$2,202.03 (U)<br>$2,202.03 (T) |
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD,<br>SUITE 120<br>SAN DIEGO, CA  92121 | 7490<br>11/12/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,432.50 (A)<br>- (P)<br>- (U)<br>$1,432.50 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7489 filed by the claimant asserting the same liability. | 7489<br>11/12/10<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,432.50 (U)<br>$1,432.50 (T) |
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD,<br>STE 120<br>SAN DIEGO, CA  92121 | 7492<br>11/12/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,424.69 (A)<br>- (P)<br>- (U)<br>$1,424.69 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7491 filed by the claimant asserting the same liability. | 7491<br>11/12/10<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,424.69 (U)<br>$1,424.69 (T) |
| **Totals:** | **3  Claims** | **- (S)**<br>**$5,059.22 (A)**<br>**- (P)**<br>**- (U)**<br>**$5,059.22 (T)** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$5,059.22 (U)**<br>**$5,059.22 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed