# EXHIBIT B

## No Basis 503(b)(9) Claims

## Exhibit B

### No-basis 503(b)(9) Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| **No-basis 503(b)(9) Claim to be Expunged** | | | | **Corresponding Non-503(b)(9) Claim** | |
| SODEXHO CANADA<br>3350 SOUTH SERVICE RD<br>BURLINTON, ON L7N 3M6<br>CANADA | 6812<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$8,145.21 (A)<br>- (P)<br>- (U)<br>$8,145.21 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6811 filed by the claimant asserting the same liability. | 6811<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$8,145.21 (U)<br>$8,145.21 (T) |
| SODEXO CANADA LTD.<br>3350 SOUTH SERVICES ROAD<br>BURLINGTON, ON L7N 3H6<br>CANADA | 5744<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,538.78 (A)<br>- (P)<br>- (U)<br>$8,538.78 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5743 filed by the claimant asserting the same liability. | 5743<br>10/1/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$8,538.78 (U)<br>$8,538.78 (T) |
| Totals: | 2 Claims | - (S)<br>$16,683.99 (A)<br>- (P)<br>- (U)<br>$16,683.99 (T) | | | - (S)<br>- (A)<br>- (P)<br>$16,683.99 (U)<br>$16,683.99 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed