# **EXHIBIT C**

## **No Liability Claims**

## Exhibit C

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BT AMERICAS, INC<br>2160 EAST GRAND AVENUE<br>ATTN: NEIL HOBBS<br>EL SEGUNDO, CA  90245 | 3006<br>9/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,192.61 (U)<br>$7,192.61 (T) | No Amount Due Claim.  Claim is for prepetition amounts that were paid pre-petition.<br><br>Invoice # 20501500 was paid in the amount of $17,406.54 on 11/09/2008, which included the requested $7,192.61. |
| JORDALE TECHNOLOGIES<br>2280 ALFRED-NOBEL BLVD.<br>3RD FLOOR<br>ST. LAURENT, QC  H4S 2A4<br>CANADA | 1153<br>5/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$168,492.02 (U)<br>$168,492.02 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SODEXHO MARRIOTT SERVICES<br>195 WEST MALL<br>TORONTO, ON  M9C 5K1<br>CANADA | 5743<br>10/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$8,538.78 (U)<br>$8,538.78 (T) | No Amount Due Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| SODEXHO MARRIOTT SERVICES<br>SODEXHO<br>3500 CARLING AVE<br>OTTAWA, ON  K2H 8E9<br>CANADA | 6811<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$8,145.21 (U)<br>$8,145.21 (T) | No Amount Due Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| T-SYSTEMS NORTH AMERICA INC<br>701 WARRENVILLE ROAD<br>LISLE, IL  60532-1375 | 7116<br>2/22/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$22,935.48 (U)<br>$22,935.48 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| **Totals:** | 5  Claims | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$215,304.10 (U)**<br>**$215,304.10 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed