# EXHIBIT D

## Wrong Debtor Claims

# Exhibit D

## Wrong Debtor Claims

| **Claim to be Modified** | | | | | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Modification** | **New Case Info and Identified Debtor** | **Total Allowed** |
| COMPASS<br>COMPASS LEXECON<br>332 SOUTH MICHIGAN AVE<br>CHICAGO, IL 60604-4397 | 5045<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$52,496.40 (U)<br>$52,496.40 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,496.40 (U)<br>$52,496.40 (T) |
| **Totals:** | 1 Claim | - (S)<br>- (A)<br>- (P)<br>$52,496.40 (U)<br>$52,496.40 (T) | | | - (S)<br>- (A)<br>- (P)<br>$52,496.40 (U)<br>$52,496.40 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed