# EXHIBIT B[*]

Satisfied Obligations

---

[*]    For questions regarding the claims listed on Exhibit B other than claim 3947, please contact either Cleary Gottlieb Steen & Hamilton LLP or Morris, Nichols, Arsht & Tunnell LLP.  For questions regarding claim 3947, please contact either Cleary Gottlieb Steen & Hamilton LLP or Benesch, Friedlander, Coplan & Aronoff LLP.

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Objected<br>Amount | Satisfied<br>Amount | Remaining<br>Oblgation | Reason for<br>Modification |
|---|---|---|---|---|---|---|
| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA  98004 | 1308<br>6/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,653.85 (U)<br>$8,653.85 (T) | | - (S)<br>- (A)<br>- (P)<br>$618.13 (U)<br>$618.13 (T) | - (S)<br>- (A)<br>- (P)<br>$8,035.72 (U)<br>$8,035.72 (T) | Claim should be modified to remove $618.13 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 256APOST was paid in the amount of $618.13 on 11/9/2010, payment document # 6100024991. |
| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA  90067 | 4473<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$496,125.61 (U)<br>$496,125.61 (T) | - (S)<br>- (A)<br>- (P)<br>$335,951.15 (U)<br>$335,951.15 (T) | - (S)<br>- (A)<br>- (P)<br>$52,330.30 (U)<br>$52,330.30 (T) | - (S)<br>- (A)<br>- (P)<br>$107,844.16 (U)<br>$107,844.16 (T) | Claim should be modified to remove $52,330.30 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 9014150 was paid in the amount of $48,903.36 on 01/22/2010, payment document # 6200008254.<br><br>Invoice # 9014151 was paid in the amount of $3,426.94 on 01/22/2010, payment document # 6200008254.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Nineteenth Omnibus Claims Objection, filed concurrently with this Motion. As set forth in the Objection, $160,174.46 of the claim is allowable, with $52,330.30 having already been satisfied pursuant to this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $107,844.16. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD 509B CENTRE ST SW HIGH RIVER, AB  T1V 2C2 CANADA | 2192 8/25/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $17,010.00 (U) $17,010.00 (T) | | - (S) - (A) - (P) $17,010.00 (U) $17,010.00 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $17,010.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 71586 was paid in the amount of $1,470.00 on 08/28/2009, payment document # 6200001326.  Invoice # 71588 was paid in the amount of $700.00 on 08/28/2009, payment document # 6200001326.  Invoice # 71589 was paid in the amount of $2,135.00 on 08/28/2009, payment document # 6200001327.  Invoice # 71602 was paid in the amount of $770.00 on 09/10/2009, payment document # 6200001340.  Invoice # 71587 was paid in the amount of $6,335.00 on 09/25/2009, payment document # 6200001369.  Invoice # 71603 was paid in the amount of $5,600.00 on 09/25/2009, payment document # 6200001367. |
| APPLIED SIMULATION TECHNOLOGY INC 2025 GATEWAY PLACE, SUITE 318 SAN JOSE, CA  95110-1008 | 2451 8/31/09 NO DEBTOR | - (S) - (A) - (P) $3,097.50 (U) $3,097.50 (T) | | - (S) - (A) - (P) $3,097.50 (U) $3,097.50 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $3,097.50 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 100622 was paid in the amount of $3,097.50 on 09/30/2010, payment document # 6000019859. |
| ASM CAPITAL, L.P. TRANSFEROR: HARRIS INTERACTIVE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY  11797 | 678 3/23/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $124,200.00 (U) $124,200.00 (T) | | - (S) - (A) - (P) $31,000.00 (U) $31,000.00 (T) | - (S) - (A) - (P) $93,200.00 (U) $93,200.00 (T) | Claim should be modified to remove $31,000.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 125181 was paid in the amount of $31,000.00 on 04/20/2009, payment document # 6200007366. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Objected<br>Amount | Satisfied<br>Amount | Remaining<br>Oblgation | Reason for<br>Modification |
|---|---|---|---|---|---|---|
| BERKEMEYER ATTORNEYS & COUNSELORS<br>EDIFICIO JACARANDA 4TO PISO<br>BENJAMIN CONSTANT 835<br>ASUNCION<br>PARAGUAY | 5775<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,220.00 (U)<br>$2,220.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$518.00 (U)<br>$518.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,702.00 (U)<br>$1,702.00 (T) | Claim should be modified to remove $518.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # F4828 was paid in the amount of $518.00 on 1/10/2011, payment document # 6100001985. |
| COMTEL, S.A.<br>AVENIDA 4 SUR, NO. 30, BELLA VISTA<br>APARTADO 0823-05880<br>PANAMA<br>PANAMA | 7181<br>4/2/10<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$3,551.00 (U)<br>$3,551.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$1,172.50 (U)<br>$1,172.50 (T) | - (S)<br>- (A)<br>- (P)<br>$2,378.50 (U)<br>$2,378.50 (T) | Claim should be modified to remove $1,172.50 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 80520 was paid in the amount of $502.50 on 02/17/2010, payment document # 6200001587.<br><br>Invoice # 80504 was paid in the amount of $670.00 on 02/19/2010, payment document # 6200001592. |
| DATAMONITOR<br>245 FIFTH AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10016 | 2986<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$47,000.00 (U)<br>$47,000.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$47,000.00 (U)<br>$47,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$0.00 (U)<br>$0.00 (T) | Claim should be modified to remove $47,000.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 53500754RI was paid in the amount of $23,500.00 on 10/14/2009, payment document # 6200010971.<br><br>Invoice # 53500753RI was paid in the amount of $23,500.00 on 12/10/2009, payment document # 6200012151. |
| ELECTRONIC ENVIRONMENTS<br>CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA  01752 | 1805<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,240.61 (U)<br>$6,240.61 (T) | | - (S)<br>- (A)<br>- (P)<br>$6,018.34 (U)<br>$6,018.34 (T) | - (S)<br>- (A)<br>- (P)<br>$222.27 (U)<br>$222.27 (T) | Claim should be modified to remove $6,018.34 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 187801B was paid in the amount of $6,018.34 on 04/27/2010, payment document # 6000018323. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| FEDEX FREIGHT INC. FKA FEDEX FREIGHT EAST & FEDEX FREIGHT WEST PO BOX 840 HARRISON, AR  72602-0840 | 1601 7/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $885.28 (U) $885.28 (T) | | - (S) - (A) - (P) $885.28 (U) $885.28 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $885.28 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 1473460413 was paid in the amount of $664.53 on 09/02/2010, check # E352053.  Invoice # 1541494754 was paid in the amount of $109.52 on 09/02/2010, check # E352053.  Invoice # 837541186 was paid in the amount of $111.23 on 09/02/2010, check # E352053. |
| GETABSTRACT INC 20900 NE 30TH AVE SUITE 315 AVENNTURA, FL  33180 | 6809 1/20/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $12,500.00 (U) $12,500.00 (T) | | - (S) - (A) - (P) $12,500.00 (U) $12,500.00 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $12,500.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 2009032 was paid in the amount of $12,500.00 on 10/05/2010, payment document # 6100024561. |
| GFI, A DIVISION OF THOMAS & BETTS MANUFACTURING INC. C/O BRETT D FALLON ESQ, MORRIS JAMES LLP 500 DELAWARE AVENUE WILMINGTON, DE  19801 | 3834 9/25/09 09-10138 Nortel Networks Inc. | - (S) $40,951.30 (A) - (P) - (U) $40,951.30 (T) | | - (S) $5,789.00 (A) - (P) - (U) $5,789.00 (T) | - (S) $35,162.30 (A) - (P) - (U) $35,162.30 (T) | Claim should be modified to remove $5,789.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 332650 was paid in the amount of $2,769.50 on 06/16/2009, payment document # 6200008463.  Invoice # 332651 was paid in the amount of $2,769.50 on 06/16/2009, payment document # 6200008463.  Invoice # 332652 was paid in the amount of $250.00 on 06/16/2009, payment document # 6200008463. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| GO TO MARKET INC DBA NEXT LEVEL 9350 S DADELAND BLVD MIAMI, FL 33156-2706 | 2251 8/27/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $149,675.00 (U) $149,675.00 (T) | | - (S) - (A) - (P) $15,000.00 (U) $15,000.00 (T) | - (S) - (A) - (P) $134,675.00 (U) $134,675.00 (T) | Claim should be modified to remove $15,000.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 5310784 was paid in the amount of $15,000.00 on 10/08/2009, payment document # 6200001391. |
| KONET CORP. PO BOX 366243 SAN JUAN, PR 00936 | 742 3/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $83,538.00 (U) $83,538.00 (T) | | - (S) - (A) - (P) $50,122.80 (U) $50,122.80 (T) | - (S) - (A) - (P) $33,415.20 (U) $33,415.20 (T) | Claim should be modified to remove $50,122.80 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 9087 NORTEL was paid in the amount of $50,122.80 on 06/05/2009, payment document # 6200008277. |
| LEXISNEXIS A DIVISION OF REED ELSEVIER KIM CRAMER 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 746 3/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,540.30 (U) $2,540.30 (T) | | - (S) - (A) - (P) $768.00 (U) $768.00 (T) | - (S) - (A) - (P) $1,772.30 (U) $1,772.30 (T) | Claim should be modified to remove $768.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 0901109782 was paid in the amount of $768.00 on 04/13/2009, check # 212239. |
| MASSACHUSETTS MATERIALS RESEARCH 1500 CENTURY DRIVE WEST BOYLSTON, MA 01583-2115 | 1738 8/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $5,087.50 (U) $5,087.50 (T) | | - (S) - (A) - (P) $5,087.50 (U) $5,087.50 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $5,087.50 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 126255 was paid in the amount of $5,087.50 on 08/13/2009, payment document # 6100015249. |
| METIA SOLUTIONS INC 10220 NE POINTS DR STE 200 KIRKLAND, WA 980337864 | 1823 8/19/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $19,043.00 (U) $19,043.00 (T) | | - (S) - (A) - (P) $5,110.00 (U) $5,110.00 (T) | - (S) - (A) - (P) $13,933.00 (U) $13,933.00 (T) | Claim should be modified to remove $5,110.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 5567 was paid in the amount of $5,110.00 on 06/02/2009, payment document # 6200008199. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| MRV COMMUNICATIONS, INC. 20415 NORDHOFF STREET CHATSWORTH, CA  91311-6112 | 3049 9/16/09 NO DEBTOR | - (S) - (A) - (P) $9,104.91 (U) $9,104.91 (T) | | - (S) - (A) - (P) $1,797.00 (U) $1,797.00 (T) | - (S) - (A) - (P) $7,307.91 (U) $7,307.91 (T) | Claim should be modified to remove $1,797.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 233183 was paid in the amount of $1,797.00 on 09/14/2009, payment document # 6100016198. The claimant should also locate this claim on Exhibit D to the Debtors' Nineteenth Omnibus Claims Objection, filed concurrently with this Motion. As set forth in the Objection, $9,104.91 of the claim is allowable, with $1,797.00 having already been satisfied pursuant to this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $7,307.91. |
| ORACLE USA, INC. C/ O BUCHALTER NEMER, P. C. ATTN: SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO, CA  94105 | 3947 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $183,579.77 (U) $183,579.77 (T) | | - (S) - (A) - (P) $20,764.80 (U) $20,764.80 (T) | - (S) - (A) - (P) $162,814.97 (U) $162,814.97 (T) | Claim should be modified to remove $20,764.80 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 41038868 was paid in the amount of $10,281.60 on 09/22/2009, payment document # 6100016457. Invoice # 41051978 was paid in the amount of $10,281.60 on 09/22/2009, payment document # 6100016457. Invoice # 40980096 was paid in the amount of $201.60 on 02/16/2010, payment document # 40980096. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| PHOENIX TELECOM SOLUTIONS, INC.<br>1513 E MCFADDEN AVE<br>SANTA ANA, CA 92705-4307 | 76<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$162,300.00 (U)<br>$162,300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$92,948.61 (U)<br>$92,948.61 (T) | - (S)<br>- (A)<br>- (P)<br>$11,900.00 (U)<br>$11,900.00 (T) | - (S)<br>- (A)<br>- (P)<br>$57,451.39 (U)<br>$57,451.39 (T) | Claim should be modified to remove $11,900.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # PTI3434 was paid in the amount of $11,900.00 on 02/17/2009, payment document # 6100002822.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Nineteenth Omnibus Claims Objection, filed concurrently with this Motion. As set forth in the Objection, $69,351.39 of the claim is allowable, with $11,900.00 having already been satisfied pursuant to this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $57,451.39. |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | 2603<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$14,280.32 (U)<br>$14,280.32 (T) | | - (S)<br>- (A)<br>- (P)<br>$3,570.08 (U)<br>$3,570.08 (T) | - (S)<br>- (A)<br>- (P)<br>$10,710.24 (U)<br>$10,710.24 (T) | Claim should be modified to remove $3,570.08 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 14931A was paid in the amount of $3,570.08 on 09/23/2009, payment document # 6000015569.<br><br>The claimant should also locate this claim on Exhibit D to the Debtors' Nineteenth Omnibus Claims Objection, filed concurrently with this Motion. As set forth in the Objection, $14,280.32 of the claim is allowable, with $3,570.08 having already been satisfied pursuant to this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $10,710.24. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| SEDIN, S.A. PO BOX 6211 GENEVA 6  CH-1211 SWITZERLAND | 6569 1/4/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $829.04 (U) $829.04 (T) | | - (S) - (A) - (P) $829.04 (U) $829.04 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $829.04 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 9007605 was paid in the amount of $829.04 on 12/22/2009, payment document # 6200002596. |
| STEARNS WEAVER MILLER, ET AL ATTN: CONNIE GRAVER, PARALEGAL MUSEUM TOWER, STE 2200 150 WEST FLAGLER STREET MIAMI, FL  33130 | 6068 10/29/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $64,004.22 (U) $64,004.22 (T) | | - (S) - (A) - (P) $259.48 (U) $259.48 (T) | - (S) - (A) - (P) $63,744.74 (U) $63,744.74 (T) | Claim should be modified to remove $259.48 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 15775807 was paid in the amount of $259.48 on 11/13/2009, payment document # 6000016327. |
| TALX CORPORATION 11432 LACKLAND RD SAINT LOUIS, MO  63146 | 506 3/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $5,752.76 (U) $5,752.76 (T) | | - (S) - (A) - (P) $967.74 (U) $967.74 (T) | - (S) - (A) - (P) $4,785.02 (U) $4,785.02 (T) | Claim should be modified to remove $967.74 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 417230A was paid in the amount of $967.74 on 09/21/2009, payment document # 6100016417. |
| TMFECUADOR CIA. LTDA. REPUBLICA DEL SALVADOR 1082 NACIONES UNIDAS EDIF. MANSION BLANCA P5 QUITO ECUADOR | 6829 1/21/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $6,720.00 (U) $6,720.00 (T) | | - (S) - (A) - (P) $3,129.86 (U) $3,129.86 (T) | - (S) - (A) - (P) $3,590.14 (U) $3,590.14 (T) | Claim should be modified to remove $3,129.86 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 1540 was paid in the amount of $3,129.86 on 10/11/2010, payment document # 6200001724. |
| TVSNET TECHNOLOGIES LIMITED 7TH FLOOR MPL SILICON TOWERS NO. 23/1, VELACHERY TAMBARAM ROAD PALLIKARANAI CHENNAI-600100 INDIA | 4390 9/22/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $3,595.52 (U) $3,595.52 (T) | | - (S) - (A) - (P) $2,748.36 (U) $2,748.36 (T) | - (S) - (A) - (P) $847.16 (U) $847.16 (T) | Claim should be modified to remove $2,748.36 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # CHSER003920809C was paid in the amount of $2,748.36 on 05/05/2010, payment document # 6200014465. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| UNITED BUSINESS MEDIA LLC D/A TECHWEB AND EVERYTHING CHANNEL 600 COMMUNITY DRIVE, 3RD FLOOR MANHASSET, NY 11030 | 547 3/10/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $128,675.00 (U) $128,675.00 (T) | - (S) - (A) - (P) $4,000.00 (U) $4,000.00 (T) | - (S) - (A) - (P) $128,675.00 (U) $128,675.00 (T) | - (S) - (A) - (P) $0.00 (U) $0.00 (T) | Claim should be modified to remove $128,675.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. <br><br>Invoice # 8309416 was paid in the amount of $50,000.00 on 03/16/2009, payment document # 6200006721. <br><br>Invoice # 5303991 was paid in the amount of $32,288.50 on 04/09/2009, payment document # 6200001043. <br><br>Invoice # 8309409 was paid in the amount of $16,000.00 on 05/01/2009, payment document # 6200007596. <br><br>Invoice # 5304991 was paid in the amount of $30,711.50 on 05/07/2009, payment document # 6200001114. <br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims [D.I. 3942]. As set forth in that Objection, $128,675.00 of the claim was allowed, and $128,675.00 of the claim is satisfied pursuant to this Motion. As a result, for voting and distribution purposes, this claim will be treated as a fully satisfied. |
| VANDYKE SOFTWARE 4848 TRAMWAY RIDGE DR. NE, SUITE 101 ALBUQUERQUE, NM 87111 | 2674 9/8/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $190.00 (U) $190.00 (T) | | - (S) - (A) - (P) $174.38 (U) $174.38 (T) | - (S) - (A) - (P) $15.62 (U) $15.62 (T) | Claim should be modified to remove $174.38 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. <br><br>Invoice # 20415915122008B was paid in the amount of $174.38 on 02/23/2009, payment document # 5100072836. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Oblgation | Reason for Modification |
|---|---|---|---|---|---|---|
| VANDYKE SOFTWARE 4848 TRAMWAY RIDGE DR. NE, SUITE 101 ALBUQUERQUE, NM  87111 | 2676 9/8/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,245.00 (U) $1,245.00 (T) | | - (S) - (A) - (P) $1,231.36 (U) $1,231.36 (T) | - (S) - (A) - (P) $13.64 (U) $13.64 (T) | Claim should be modified to remove $1231.36 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 20415915122008B was paid in the amount of $1,231.36 on 03/10/2009, payment document # 5100072834. |
| WIRELESS INTEGRATED NETWORKS INC. NINOS HEROES 134 PTE. COL. CENTRO HERMOSILLO SONORA MEXICO, CP  83000 MEXICO | 3773 9/25/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $117,626.00 (U) $117,626.00 (T) | | - (S) - (A) - (P) $1,300.00 (U) $1,300.00 (T) | - (S) - (A) - (P) $116,326.00 (U) $116,326.00 (T) | Claim should be modified to remove $1,300.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 701 was paid in the amount of $1,300.00 on 10/26/2009, payment document # 6100001416. |
| WJF TELECOM LLC 9410 DESOTO AVE # E CHATSWORTH, CA  91311 | 23 1/22/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $19,900.00 (U) $19,900.00 (T) | | - (S) - (A) - (P) $1,730.00 (U) $1,730.00 (T) | - (S) - (A) - (P) $18,170.00 (U) $18,170.00 (T) | Claim should be modified to remove $1,730.00 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business. Invoice # 1518 was paid in the amount of $945.00 on 01/27/2009, payment document # 6100000815. Invoice # 1528 was paid in the amount of $785.00 on 03/03/2009, payment document # 6100000908. |
| **Totals:** | **31  Claims** | **- (S) $40,951.30 (A) - (P) $1,699,170.19 (U) $1,740,121.49 (T)** | **- (S) - (A) - (P) $432,899.76 (U) $432,899.76 (T)** | **- (S) $5,789.00 (A) - (P) $427,315.45 (U) $433,104.45 (T)** | **- (S) $35,162.30 (A) - (P) $842,954.98 (U) $878,117.28 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  Amounts in the Objected Amount column reflect the amount of the claim objected to on Debtors' current or previous omnibus objections.