# EXHIBIT C[*]

Satisfied Obligations

---

[*] For questions regarding the claims listed on Exhibit C, please contact Morris, Nichols, Arsht & Tunnell LLP.

## Exhibit C

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| BT AMERICAS, INC.<br>2160 EAST GRAND AVENUE<br>ATTN: NEIL HOBBS<br>EL SEGUNDO, CA  90245 | 3007<br>9/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$75,254.55 (A)<br>- (P)<br>- (U)<br>$75,254.55 (T) | | - (S)<br>$75,254.55 (A)<br>- (P)<br>- (U)<br>$75,254.55 (T) | - (S)<br>$0.00 (A)<br>- (P)<br>- (U)<br>$0.00 (T) | Claim should be modified to remove $75,254.55 in invoices that were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice #20503730 was paid in the amount of $7,980.00 on 02/28/2009, payment document #6100010484.<br><br>Invoice #20504687 was paid in the amount of $7,980.00 on 03/24/2009, payment document #6100011017.<br><br>Invoice #20504678 was paid in the amount of $11,723.48 on 03/24/2009, payment document #6100011090.<br><br>Invoice #20505772 was paid in the amount of $7,980.00 on 04/27/2009, payment document #6100011927.<br><br>Invoice #20507648 was paid in the amount of $7,980.00 on 06/22/2009, payment document #6100013634.<br><br>Invoice #20508485 was paid in the amount of $11,907.59 on 07/24/2009, payment document #6100014698.<br><br>Invoice #20508486 was paid in the amount of $7,980.00 on 07/24/2009, payment document #6100014698.<br><br>Invoice #20504797 was paid in the amount of $11,723.48 on 12/3/2010, payment document # 6100025260. |

## Exhibit C

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Objected<br>Amount | Satisfied<br>Amount | Remaining<br>Obligation | Reason for<br>Modification |
|---|---|---|---|---|---|---|
| **Totals:** | 1  Claim | - (S)<br>$75,254.55 (A)<br>- (P)<br>- (U)<br>$75,254.55 (T) | | - (S)<br>$75,254.55 (A)<br>- (P)<br>- (U)<br>$75,254.55 (T) | - (S)<br>$0.00 (A)<br>- (P)<br>- (U)<br>$0.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed