## EXHIBIT A

1

Court File ___09-CL-7950___

Ontario
Superior Court of Justice
(Commercial List)

In the matter of the companies' creditors arrangement act (CCAA)
R.S.C. 1985, c. C-36, as amended

and in the matter of a plan of compromise or arrangement of
Nortel Networks Corporation, Nortel Networks Limited,
Nortel Networks Global Corporation, Nortel Networks International Corporation and
Nortel Networks Technology Corporation

application under the companies' creditors arrangement act
R.S.C. 1985, c. C-36, as amended.

MOTION RECORD
Canadian Sales Process Order regarding
Certain Patents and other Assets
(returnable May 2nd, 2011

Dr. Leo Strawczynski
Inventor
479 Highland Avenue
Ottawa, Ontario, Canada
K2A 2J5
strawczynski@sympatico.ca
April 28, 2011

This filing is provided in response to the proposal to sell intellectual property, certain patents and other assets as outlined in the 63rd report of the monitor and its associated documentation (dated April 7th 2011).

This affidavit is made to depose items of which I have personal knowledge and which have a bearing on the motion being discussed in the session on May 2nd and continuations thereof.

I am an inventor and retiree from Nortel Technologies Corporation.  A partial list of the US patents and patent applications for which I am a named inventor is included in Appendix 1.

I have reviewed the filing made in this motion record from my colleague and co-inventor Dr. Steer (filed April 27, 2011).  I concur with the analysis that the wording of the proposed motion

and vesting order may cause uncertainty among the potential purchasers of the intellectual property and thereby reduce the benefits to the applicants, the inventors and the creditors.

The patents and patent applications for which I am a named inventor (many of which are listed in Appendix 1) should be added to the listing in Dr. Steer's deposition. These inventions would also become without the consent of the inventor under the proposed wording of the court order and sales agreements. Potential purchasers will be aware that without the consent of the inventor, legal proceedings for infringement actions may not proceed.  In addition the powers of attorney required for pending applications would also be terminated, thus blocking the continuation of these applications.  The value of the many pending applications would thereby be lost.

In order to protect the interests of the applicants and to protect the interests of the purchaser and other potential bidders, I agree with the recommended amendments to the proposed "motion approval and vesting order (certain patents and other assets)" suggested by Dr. Steer.

I fully support the position taken by Dr. Steer and the remedies he proposes. In particular, a satisfactory disposition of any fulfilment accruing to the inventors from the intellectual property sales would be the formation of a trust to benefit collectively all of the Nortel Networks LTD beneficiaries and pensioners.

If there are further questions about this filing, or if additional documentation is required, I may be contacted at the address given above.  (The email is the most convenient)

Yours sincerely

ORIGINAL SIGNED BY:

Leo Strawczynski,   PhD.

April 28th, 2011

Appendix 1

The following is a partial listing of the intellectual property (patents and patent applications) for which Leo Strawczynski is an inventor. Note that some of these may have time expired or otherwise been abandoned. Interested parties are also advised to perform due diligence as to those patents that are the subjects of licensing and those that are embedded in communications standards. This listing includes only the U.S. patents. There are additional EU equivalents for many of these as well as some that have only been filed in the EU.

This is a partial listing as it does not include filings for which the inventor has not been informed, continuations, divisionals etc. of existing applications or those applications for which it was requested that publication be delayed until the patent was issued.

The following US patents plus such other United Sates patents that may be issued or discovered in continued publication:

| | | |
|---|---|---|
| 1. | 7,801,019 | Adaptive time diversity and spatial diversity for OFDM |
| 2. | 7,756,421 | Electrical domain compensation of non-linear effects in an optical communications system |
| 3. | 7,688,710 | Adaptive time diversity and spatial diversity for OFDM |
| 4. | 7,680,420 | Optical E-field modulation using a directly driven laser |
| 5. | 7,596,123 | Frame structures supporting voice or streaming communications with high speed data communications in wireless access networks |
| 6. | 7,484,120 | Dual protocol layer automatic retransmission request scheme for wireless air interface |
| 7. | 7,483,389 | Hybrid ARQ schemes with soft combining in variable rate packet data applications |
| 8. | 7,463,600 | Frame structure for variable rate wireless channels transmitting high speed data |
| 9. | 7,457,538 | Digital performance monitoring for an optical communications system |
| 10. | 7,382,985 | Electrical domain mitigation of polarization dependent effects in an optical communications system |
| 11. | 7,382,984 | Electrical domain compensation of optical dispersion in an optical communications system |
| 12. | 7,356,256 | Digital performance monitoring for an optical communications system |
| 13. | 7,336,601 | Adaptive time diversity and spatial diversity for OFDM |
| 14. | 7,072,307 | Hybrid ARQ schemes with soft combining in variable rate packet data applications |
| 15. | 6,985,434 | Adaptive time diversity and spatial diversity for OFDM |
| 16. | 6,956,835 | Multi-carrier arrangement for high speed data |
| 17. | 6,931,569 | Dual protocol layer automatic retransmission request scheme for wireless air interface |
| 18. | 6,930,470 | System and method for code division multiple access communication in a wireless communication environment |
| 19. | 6,917,603 | Servicing multiple high speed data users in shared packets of a high speed wireless channel |

| 20. | 6,907,271 | Multibeam wireless communications method and system including an interference avoidance scheme in which the area of each transmitted beam is divided into a plurality of sub-areas |
| 21. | 6,907,020 | Frame structures supporting voice or streaming communications with high speed data communications in wireless access networks |
| 22. | 6,880,088 | Secure maintenance messaging in a digital communications network |
| 23. | 6,804,521 | Multi-beam antenna system for high speed data |
| 24. | 6,781,537 | High speed digital to analog converter |
| 25. | 6,628,641 | Header error detection for wireless data cells |
| 26. | 6,618,430 | Methods and apparatus for receiving N-chip resistant codes |
| 27. | 6,522,633 | Conferencing arrangement for use with wireless terminals |
| 28. | 6,389,034 | System for providing stream based and packet based services |
| 29. | 6,381,232 | Handoff procedures based on broadband networks |
| 30. | 6,378,069 | Apparatus and methods for providing software updates to devices in a communication network |
| 31. | 6,373,842 | Unidirectional streaming services in wireless systems |
| 32. | 6,373,831 | Systems and methods of channel coding and inverse-multiplexing for multi-carrier CDMA systems |
| 33. | 6,317,422 | Methods and apparatus of N-chip resistant spreading in CDMA systems |
| 34. | 6,249,253 | Mobile radiotelephone determination using time of arrival of GPS and pilot signals |
| 35. | 6,249,245 | GPS and cellular system interworking |
| 36. | 6,236,359 | Cellular terminal location using GPS signals in the cellular band |
| 37. | 6,230,018 | Devices and processing in a mobile radio communication network having calibration terminals |
| 38. | 6,154,659 | Fast forward link power control in a code division multiple access system |
| 39. | 6,148,422 | Telecommunication network utilizing an error control protocol |
| 40. | 6,138,022 | Cellular communication network with vocoder sharing feature |
| 41. | 6,097,712 | Multi-carrier CDMA communications systems |
| 42. | 6,070,083 | Mobile communication device and communication network for providing location services |
| 43. | 6,038,452 | Telecommunication network utilizing a quality of service protocol |
| 44. | 6,006,189 | Method and apparatus for storing and forwarding voice signals |
| 45. | 5,982,324 | Combining GPS with TOA/TDOA of cellular signals to locate terminal |
| 46. | 5,625,881 | Time and frequency diversity in a radio system having intermittent operation receivers |
| 47. | 5,345,597 | Call set-up in a radio communication system with dynamic channel allocation |
| 48. | 5,239,676 | Intra-cell call hand-over in radio communication systems with dynamic channel allocation |
| 49. | 5,229,995 | Radio link architecture for wireless communication systems |
| 50. | 4,920,565 | Method for connection of secure conference calls |
| 51. | 4,648,108 | Conference circuits and methods of operating them |
| 52. | 4,592,070 | ADPCM encoder/decoder with improved tracking |
| 53. | 4,549,304 | ADPCM Encoder/decoder with signalling bit insertion |
| 54. | 4,410,763 | Speech detector |

The following US patent applications and continuations and those that may be filed or discovered in continued publication (this list does not include applications that have yet to be published) :

| 1 | 20110044394 | Adaptive time diversity and spatial diversity for OFDM |
| 2 | 20090103480 | Hybrid ARQ schemes with soft combining in variable rate packet data applications |
| 3 | 20080002568 | Adaptive time diversity and spatial diversity for OFDM |
| 4 | 20070036069 | Adaptive time diversity and spatial diversity for OFDM |
| 5 | 20070014571 | Control of parameters in a global optical controller |
| 6 | 20060239237 | Hybrid ARQ schemes with soft combining in variable rate packet data applications |
| 7 | 20060228116 | Method and apparatus for improving dual-polarization optical communication performance |
| 8 | 20060104196 | Adaptive time diversity and spatial diversity for OFDM |
| 9 | 20060078336 | Optical dispersion compensation in the electrical domain in an optical communications system |
| 10 | 20060007883 | Multi-carrier arrangement for high speed data |
| 11 | 20050237994 | Dual protocol layer automatic retransmission request scheme for wireless air interface |
| 12 | 20050226173 | Servicing multiple high speed data users in shared packets of a high speed wireless channel |
| 13 | 20050201368 | Frame structures supporting voice or streaming communications with high speed data communications in wireless access networks |
| 14 | 20040213338 | Digital performance monitoring for an optical communications system |
| 15 | 20040197103 | Electrical domain compensation of non-linear effects in an optical communications system |
| 16 | 20040105682 | Electrical domain mitigation of polarization dependent effects in an optical communications system |
| 17 | 20040067064 | Electrical domain compensation of optical dispersion in an optical communications system |
| 18 | 20040037234 | Header error detection for wireless data cells |
| 19 | 20030123414 | Frame structure for variable rate wireless channels transmitting high speed data |
| 20 | 20030058494 | Control of parameters in a global optical controller |
| 21 | 20030008654 | Multibeam wireless communications method and system including an interference avoidance scheme in which the area of each transmitted beam is divided into a plurality of sub-areas |
| 22 | 20020122402 | System and method for code division multiple access communication in a wireless communication environment |
| 23 | 20020122383 | Adaptive time diversity and spatial diversity for OFDM |
| 24 | 20020058514 | Multibeam wireless communications method and system including an |

6

|  |  | interference avoidance scheme in which the area of each transmitted beam is divided into a plurality of sub-areas |
|---|---|---|
| 25 | 20020012334 | Servicing multiple high speed data users in shared packets of a high speed wireless channel |
| 26 | 20010053141 | Frame structures supporting voice or streaming communications with high speed data communications in wireless access networks |
| 27 | 20010038630 | Multi-carrier arrangement for high speed data |
| 28 | 20010034236 | Multi-beam antenna system for high speed data |
| 29 | 20010034209 | Hybrid ARQ schemes with soft combining in variable rate packet data applications |
| 30 | 20010033560 | Flexible frame structures in adaptive high data rate wireless access systems |
| 31 | 20010032325 | Dual protocol layer automatic retransmission request scheme for wireless air interface |