IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF CANADIAN APPLICANTS' RESPONSE
TO STATEMENTS OF DAVID STEER AND DR. LEO STRAWCZYNSKI
REGARDING THE SALE OF CERTAIN PATENTS**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that on April 29, 2011, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the response of the Canadian Applicants to the statements of David Steer and Dr. Leo Strawczynski regarding the sale of certain patents (the "**Response**"), dated April 28, 2011. A copy of the Response is annexed hereto as Exhibit A.

Dated: April 29, 2011
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 N. Market Street
Suite 1900
Wilmington, Delaware 19801-1228
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email: mary.caloway@bipc.com
mona.parikh@bipc.com

-and-

Ken Coleman
Jessica Lubarsky
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
Email: ken.coleman@allenovery.com
jessica.lubarsky@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*