0с **166**

**APPENDIX "C" TO FIFTY-SEVENTH REPORT
- SUPPLEMENT TO FIFTY-FIRST REPORT OF THE MONITOR DATED
SEPTEMBER 17, 2010 (WITH APPENDICES)**

167

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS
ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF
COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

SUPPLEMENT TO FIFTY-FIRST REPORT OF THE MONITOR
DATED SEPTEMBER 17, 2010

## PURPOSE

1.     This supplement to the Fifty-First Report of the Monitor ("**Supplemental Fifty-First
Report**") is provided in reference to the Monitor's Fifty-First Report dated August 27,
2010 (the "**Fifty-First Report**").  The purpose of this Supplemental Fifty-First Report is
to provide this Honourable Court with:

(a)     information on the LTD Optional Life Benefit, in respect of which there was
insufficient data at the date of the Fifty-First Report; and

(b)     an update on specific process matters relating to the Monitor's motion for
approval of the Proposed Allocation Methodology (the "**Proposed Allocation
Methodology Approval Motion**"), including information on certain inquiries
received.

ᴐ  **168**

TERMS OF REFERENCE

2.      In preparing this Supplemental Fifty-First Report, the Monitor has relied upon unaudited
financial information, the Company's books and records, financial information prepared
by the Company and discussions with management of Nortel. The Monitor has not
audited, reviewed or otherwise attempted to verify the accuracy or completeness of the
information and accordingly, expresses no opinion or other form of assurance on the
information contained in this Supplemental Fifty-First Report. Unless otherwise stated,
all monetary amounts contained herein are expressed in Canadian dollars.

3.      Capitalized terms used in this Supplemental Fifty-First Report (including in the preceding
paragraphs) are as defined herein or in the Fifty-First Report.

GENERAL BACKGROUND

4.      The Fifty-First Report was filed in support of the Monitor's motion for approval of a
proposed allocation methodology (the **"Proposed Allocation Methodology"**) for the
allocation of funds held in the Applicants' Health and Welfare Trust (the **"HWT"**) and
such ancillary relief as is just and convenient to terminate the HWT and implement the
Proposed Allocation Methodology to distribute the funds held in the HWT to the
beneficiaries who are entitled thereto.

5.      The Fifty-First Report provided this Honourable Court with information about the HWT
relevant to its termination and more specifically to the allocation and distribution of its
corpus. This information included the Mercer 2010 Preliminary HWT Valuation, which
provided a preliminary valuation of certain non-pension post retirement benefit plans and

post employment benefit plans, estimated as at December 31, 2010. As indicated in paragraph 93 of the Fifty-First Report, no amount was included in the valuation for the LTD Optional Life Benefit as there was insufficient data at the date of the Fifty-First Report to determine the present value of this benefit to LTD Beneficiaries participating under Optional Life.

6.      The Fifty-First Report also provided this Honourable Court with information on the process that has been followed by the Applicants and the Monitor leading up to the within motion.

## LTD OPTIONAL LIFE BENEFIT

7.      As set out in paragraph 54 of the Fifty-First Report, the premium for Optional Life is waived while an individual is on LTD benefits (the "**LTD Optional Life Benefit**"). Since the date of the Fifty-First Report, Nortel has provided the Monitor and Mercer with the data to enable Mercer to determine the present value of the LTD Optional Life Benefit based on the assumptions set out in the Mercer 2010 HWT Preliminary Valuation.

8.      The information provided by Nortel and Mercer, as applicable, regarding the LTD Optional Life Benefit is as follows:

    (a)      there are 273 individuals receiving LTD benefits who participate under Optional Life[1] (collectively, the "**LTD Optional Life Participants**"); and

---

[1] Of the LTD Optional Life Participants, 171 are non-union and 102 are unionized.

(b)     as indicated in the addendum to the Mercer 2010 HWT Preliminary Valuation dated September 16, 2010 attached hereto as Appendix "A" (the "**2010 Mercer Addendum**") and based on the assumptions referred to therein, the estimated present value of the LTD Optional Life Benefit is $5.3 million (including $0.1 million of LTD – IBNR claims relating to the LTD Optional Life Benefit[2]).

9.    The Monitor has revised the illustrative scenarios attached as Appendix "D" to the Fifty-First Report to include the present value of the LTD Optional Life Benefit, which revised illustrative scenarios are attached as Appendix "B" hereto.  As set out in revised Appendix D-1, Column 2, under the Proposed Allocation Methodology, the present value of the LTD Optional Life Benefit of approximately $5.3 million will result in:

(a)     an aggregate distribution from the HWT of approximately $1.8 million to individuals participating in the LTD Optional Life Benefit; and

(b)     a revised distribution percentage (namely, the percentage of the present value of a particular benefit that is represented by the aggregate distribution amount for that benefit) of 33.8%[3].

10.    All qualifications set out in the Fifty-First Report, including those relating to the Mercer 2010 Preliminary HWT Valuation and the illustrative scenarios, continue to apply to the

---

[2] Incurred but not reported.  As set out in the Mercer 2010 HWT Preliminary Valuation, there are 6 individuals whose status as LTD Beneficiaries as at December 31, 2010 cannot be known for certain at this time. 4 of these 6 individuals participated in Optional Life resulting in an increase of the LTD – IBNR amount from $2.6 million set out in the Mercer 2010 Preliminary HWT Valuation to $2.7 million set out in the 2010 Mercer Addendum.

[3] When no amount was included in the valuation for the LTD Optional Life Benefit as a result of insufficient data, the distribution percentage was 34.5%.

information provided in, or attached as Appendices to, this Supplemental Fifty-First Report.

## UPDATE ON SPECIFIC PROCESS MATTERS

### Update on Inquiries Received

11.   The Monitor has received inquiries relating to the Proposed Allocation Methodology Approval Motion and is responding to these inquiries on a timely basis.  One of these inquiries asked for an explanation of the reduction of the $37 million due from sponsoring company amount set out on the 2008 HWT financial statements to $1.358 million in the 2009 HWT financial statements.

12.   As reported in the Thirty-Ninth Report of the Monitor dated February 18, 2010, the $37 million Amount Due from Sponsoring Company set out on the 2008 HWT financial statements represents amounts due by the Applicants primarily related to benefit payments made to beneficiaries of the HWT prior to the Filing Date.

13.   During 2009, Nortel made payments to the HWT for pay-as-you-go benefits using a payment schedule based on prior period benefit activity.  Payments to the HWT during 2009 exceeded benefits paid through the HWT during 2009 for a number of reasons, including headcount reductions that occurred during 2009, and this contributed to the reduction in the Amount Due from Sponsoring Company from approximately $37 million to approximately $28 million.

14.    As noted in the 2009 HWT financial statements[4], as a result of the commencement of Nortel's creditor protection proceedings, a reserve of approximately $27 million was recorded with respect to the Due from Sponsoring Company balance.

## Update on Notice Matters

15.    In addition to serving the Service List and the individual parties listed on the Notice of Motion:

    (a)    the Monitor posted on its website:

        (i)    on August 30, 2010, the Motion Record (in English) relating to the Proposed Allocation Methodology Approval Motion; and

        (ii)    commencing September 7, 2010 to September 10, 2010, French translations of Appendix "D" – Illustrative Scenarios, the draft HWT Allocation Order and the form of Beneficiary Estimated Allocation Statement; and

    (b)    on September 10, 2010, the Monitor placed an English version of a notice in the form attached as Appendix "C" hereto in the Toronto Star, The Globe and Mail (National Edition), the Ottawa Citizen, the London Free Press, the Montreal Gazette, the Calgary Herald, the Halifax Chronicle Herald, the Kingston Whig Standard, the Vancouver Sun and the Belleville Intelligencer and a French translation of the notice in La Presse and La Droit.

---

[4] See note 4 to the 2009 HWT financial statements.

16.    Further, as described in the Fifty-First Report, the Monitor, with the assistance of Mercer, agreed to provide statements to individuals in receipt of income benefits (a "**Beneficiary Estimated Allocation Statement**") setting out the estimated actuarial value (expressed as a dollar amount) of:

(a)    the LTD Income[5], SIB or STB the respective LTD Beneficiary, SIB Beneficiary or STB Beneficiary would be entitled to on a distribution based on the Proposed Allocation Methodology; and

(b)    the LTD Life such individual would be entitled to on a distribution (if the recipient of such income benefits is also a recipient of LTD Life), based on the Proposed Allocation Methodology.

17.    Following service of the Fifty-First Report, Mercer prepared the Beneficiary Estimated Allocation Statements in the manner and using the methodology described in the Fifty-First Report and the Mercer 2010 Preliminary HWT Valuation. Substantially the form of the Beneficiary Estimated Allocation Statement was attached as Appendix "NNN" to the Fifty-First Report.

18.    On September 3, 2010, Mercer mailed the Beneficiary Estimated Allocation Statements to individuals in receipt of income benefits, namely, LTD Beneficiaries, STB Beneficiaries and SIB Beneficiaries.

---

[5] LTD Beneficiaries entitled to an income benefit will receive a Beneficiary Estimated Allocation Statement; however, certain LTD Beneficiaries with health and/or life insurance coverage may not receive an income benefit from Nortel because they receive income benefits from certain other sources.

19.    Following receipt of the information from Nortel on the LTD Optional Life Benefit enabling Mercer to determine the present value of the LTD Optional Life Benefit, Mercer prepared revised Beneficiary Estimated Allocation Statements for the LTD Optional Life Participants.    The revised Beneficiary Estimated Allocation Statements for the LTD Optional Life Participants:

(a)    included a line item reflecting the estimated actuarial value of the LTD Optional Life Benefit such individual would be entitled to on a distribution based on the Proposed Allocation Methodology; and

(b)    reflected an adjusted estimated actuarial value of LTD Income and LTD Life, if applicable, such individual would be entitled to on a distribution based on the Proposed Allocation Methodology and the revised distribution percentage of 33.8% (since there is now sufficient data to determine the estimated present value of the LTD Optional Life Benefit).

20.    Mercer has advised the Monitor that it anticipates sending the revised Beneficiary Estimated Allocation Statements to LTD Optional Life Participants on or about September 20, 2010.   Revised Beneficiary Estimated Allocation Statements will not be sent to any other individuals in receipt of income benefits.   The Beneficiary Estimated Allocation Statements clearly indicated that the amounts set out therein were estimates only and subject to change depending on several factors.   Accordingly, it was determined that the slight change in the distribution percentage from 34.5% to 33.8% as a result of the estimated present value of the LTD Optional Life Benefit did not merit the significant time and expense associated with preparing and delivering revised Beneficiary Estimated

Allocation Statements to those individuals not participating in the LTD Optional Life Benefit.

All of which is respectfully submitted this 17th day of September, 2010.

**ERNST & YOUNG INC.**
In its capacity as Monitor of the Applicants

Per:

Murray A. McDonald
President

\S885743

APPENDIX A – ADDENDUM TO MERCER 2010 PRELIMINARY HWT VALUATION

177



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

# Addendum

16 September 2010

To Nortel Networks Limited ("Nortel" or the "Company") and Ernst & Young Inc. (the "Monitor").

In accordance with your request, and further to our report titled *Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010*, dated August 27, 2010, the purpose of this addendum is to provide updated pages of the August 27, 2010 report to reflect the estimated liabilities for the Optional Employee Life Insurance benefit for disabled members. This addendum should be read in combination with the August 27, 2010 report which contains the details on the methods and assumptions used for all calculations, as well as the necessary certifications.

Each non-union employee can elect Optional Employee Life Insurance amounts ranging from a minimum of 1 to a maximum of 5 times their annual earnings. Each union employee can elect Optional Employee Life Insurance which is a flat amount that varies depending on the option level selected. The Optional Employee Life Insurance benefit is employee paid. While the employee is disabled, the employee-paid premiums are waived.

Optional Employee Life Insurance amounts for the LTD members was provided as at June 30, 2010 and projected to December 31, 2010 and used for the LTD – Optional Life plans.

The updated Valuation Results (page 5) and Membership Data (pages 10, 12, and 13) from the August 27, 2010 report are attached, as well as a new Employer Certification (page 35) reflecting the Optional Employee Life Insurance data provided subsequent to the August 27, 2010 report.

I:\nortel\opebiyear2010\correspondence\addendum - sep 16 10.doc

Mercer (Canada) Limited

Consulting. Outsourcing. Investments.

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

<div style="border:1px solid black;display:inline-block;padding:1em;">

## 2

</div>

## Valuation Results

The following table presents a summary of the estimated liabilities from our valuation as at December 31, 2010 (in millions Canadian dollars).

| Plans | Actives | LTD | Pensioners/ Beneficiaries | Total | Percent |
|---|---|---|---|---|---|
| PRB - M&D | $1.0 | $5.2 | $250.3 | $256.5 | 46.8% |
| PRB – Life | 1.0 | 2.0 | 124.9 | 127.9 | 23.3% |
| PRB – ADB | | | 1.0 | 1.0 | 0.2% |
| PRB – Total | $2.0 | $7.2 | $376.2 | $385.4 | 70.3% |
| | | | | | |
| LTD – Income | | $77.3 | | $77.3 | 14.1% |
| LTD – IBNR | | 2.7 | | 2.7 | 0.5% |
| LTD – M&D | | 24.5 | | 24.5 | 4.5% |
| LTD – Life | | 2.5 | | 2.5 | 0.4% |
| LTD – Optional Life | | 5.2 | | 5.2 | 0.9% |
| LTD – STB - accrual | | 0.3 | | 0.3 | 0.1% |
| LTD – Total | $0.0 | $112.5 | $0.0 | $112.5 | 20.5% |
| | | | | | |
| SIB | | | $16.2 | $16.2 | 3.0% |
| STB – in receipt | | | 4.1 | 4.1 | 0.7% |
| STB – accrual | | | 30.0 | 30.0 | 5.5% |
| SIB/STB – Total | $0.0 | $0.0 | $50.3 | $50.3 | 9.2% |
| | | | | | |
| Grand Total | $2.0 | $119.7 | $426.5 | $548.2 | 100.0% |

179

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

## Member Headcount

| Plans | Remaining Active | LTD | Pensioners/ Beneficiaries | Total |
|---|---|---|---|---|
| PRB – M&D[1] | 165 | 355 | 10,660 | 11,180 |
| PRB – Life | 165 | 355 | 9,941 | 10,461 |
| PRB – ADB | 0 | 0 | 77 | 77 |
| | | | | |
| LTD – Income | 0 | 351 | 0 | 351 |
| LTD – IBNR | 0 | 6 | 0 | 6 |
| LTD – M&D[2] | 0 | 360 | 0 | 360 |
| LTD – Life | 0 | 358 | 0 | 358 |
| LTD – Optional Life | 0 | 273 | 0 | 273 |
| LTD – STB – accrual | 0 | 101 | 0 | 101 |
| | | | | |
| SIB | 0 | 0 | 81 | 81 |
| STB – in receipt | 0 | 0 | 305 | 305 |
| STB – accrual | 0 | 0 | 2,873 | 2,873 |

---

[1]    There are also 6,251 spouses of pensioners covered for benefits.

[2]    There are also 158 spouses and 160 children covered for benefits (85 members with children).

**Mercer (Canada) Limited**

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

| | Non-Union | Union | Total |
|---|---|---|---|
| **LTD Members projected to 31.12.10[3]** | | | |
| Number with Income Benefits[4] | 225 | 126 | 351 |
| • Average age (years) | 54.5 | 58.3 | 55.8 |
| • Average duration on claim | 12.2 | 17.6 | 14.2 |
| • Average monthly benefit | $3,018 | $1,651 | $2,527 |
| **Number with Medical/Dental** | 232 | 128 | 360 |
| • Average age (years) | 54.4 | 58.2 | 55.8 |
| • Average duration on claim | 12.3 | 17.6 | 14.2 |
| **Number with Basic Life Insurance** | 232 | 126 | 358 |
| • Average age (years) | 54.4 | 59.2 | 56.1 |
| • Average duration on claim | 12.3 | 17.9 | 14.2 |
| • Average life insurance benefit | $65,305 | $33,536 | $54,124 |
| **Number with Optional Life Insurance** | 171 | 102 | 273 |
| • Average age (years) | 54.1 | 56.9 | 55.1 |
| • Average duration on claim | 12.6 | 17.6 | 14.5 |
| • Average optional life insurance benefit | $189,041 | $64,711 | $142,588 |
| **Number with STB accrual** | | 101 | 101 |
| • Average age (years) | | 57.0 | 57.0 |
| • Average monthly STB benefit | | $551 | $551 |
| | | | |
| **LTD – IBNR[5] Members projected to 31.12.10** | | | |
| Number with Income Benefits | 6 | | 6 |
| • Average age (years) | 50.2 | | 50.2 |
| • Average duration on claim | 1.7 | | 1.7 |
| • Average monthly benefit | $5,013 | | $5,013 |
| **Number with Medical/Dental** | 6 | | 6 |
| • Average age (years) | 50.2 | | 50.2 |
| • Average duration on claim | 1.7 | | 1.7 |
| **Number with Basic Life Insurance** | 6 | | 6 |
| • Average age (years) | 50.2 | | 50.2 |
| • Average duration on claim | 1.7 | | 1.7 |
| • Average life insurance benefit | $103,453 | | $103,453 |

---

[3]  3 Non-Union and 3 Union members from the data provided were excluded as they will reach age 65 before December 31, 2010.

[4]  6 Non-union and 2 Union members from the data provided have $0 net benefit as the Workers' Compensation benefits or other offsets have reduced the net benefit to $0. One Non-Union member is from previous divestitures and Nortel is only responsible for their medical/dental and life insurance benefits. All 9 of these records have been excluded from the LTD income benefit information.

[5]  There are 4 members on STD and 2 members with STD/LTD claims under appeal as at the date of this report. We have included a liability estimate for these members assuming they are on open LTD claim as at December 31, 2010.

**Mercer (Canada) Limited**

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

| | Non-Union | Union | Total |
|---|---|---|---|
| Number with Optional Life Insurance | 4 | | 4 |
| ▪ Average age (years) | 48.3 | | 48.3 |
| ▪ Average duration on claim | 0.8 | | 0.8 |
| ▪ Average optional life insurance benefit | $367,000 | | $367,000 |

**SIB/STB – Beneficiaries in receipt of SIB/STB projected to 31.12.10**

| | Non-Union | Union | Total |
|---|---|---|---|
| Number of STB | | 305 | 305 |
| ▪ Average Age (years) | | 76.7 | 76.7 |
| ▪ Average monthly STB benefit | | $535 | **$535** |
| Number of SIB | 81 | | 81 |
| ▪ Average Age (years) | 70.5 | | 70.5 |
| ▪ Average monthly SIB benefit | $1,395 | | $1,395 |

**STB – Accruals for Future Beneficiaries projected to 31.12.10**

| | Non-Union | Union | Total |
|---|---|---|---|
| Number | | 2,873 | 2,873 |
| ▪ Average Age (years) | | 74.5 | 74.5 |
| ▪ Average monthly STB Benefit | | $579 | $579 |

**Mercer (Canada) Limited**

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

**182**



**7**

## Employer Certification

With respect to the Addendum to the *Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010* (dated August 27, 2010) for Nortel's Benefit Plans, I hereby certify that to the best of my knowledge and belief:

- The Optional Employee Life Insurance data for members on Long Term Disability supplied to the actuary provides a complete and accurate description of all persons who are entitled to benefits under the terms of the Plan for service up to the date of the data provided as outlined in this Addendum.

- A copy of the plan documents and of all amendments made up to the date of the valuation were supplied to the actuary.

- All events subsequent to the valuation that may have an impact on the results of the valuation have been communicated to the actuary.

September 16, 2010
_____
Date

*Julie Graffam*
_____
Signed

Julie Graffam
_____
Name

Director, HR Operations
_____
Title

183

APPENDIX B – REVISED APPENDIX D TO FIFTY-FIRST REPORT –
ILLUSTRATIVE SCENARIOS

# Nortel Health and Welfare Trust
## REVISED Illustrative Allocation Scenarios
Scenario: Optional Life does not participate
Cdn Millions

**REVISED Appendix D-1**
Scenarios 1 to 4

| Type of Benefit | Benefit Liabilities [6] | 1 — All Benefits Share Pro Rata (Distribution %: 14.6%) | 2 — Proposed Participating Benefits Share Pro Rata (Distribution %: 33.8%) | 3 — Benefits in Pay Share Pro Rata (Distribution %: 72.1%) | 4 — Reserved Asset Method 3.5 (Distribution %: N/A) |
|---|---|---|---|---|---|
| Pensioner Life (including ADB)[1] | $ 126.9 | $ 10.72 | $ 35.05 | $ - | $ 33.53 |
| Pensioner M&D | 251.3 | 36.67 | | | |
| Pensioner Benefit Total | 378.2 | 47.39 | 35.05 | - | 33.53 |
| | | | | | |
| LTD Income (including IBNR) | 79.9 | 11.66 | 26.98 | 57.57 | 21.47 |
| LTD M&D[2] | 29.7 | 4.33 | | | |
| LTD - STB accrued | 0.3 | 0.04 | | | |
| LTD Life[2] | 4.5 | 0.66 | - | - | - |
| LTD Optional Life Benefit | 5.3 | 0.78 | 1.52 | - | |
| (including IBNR) | | | 1.80 | - | 0.65 |
| LTD Benefit Total | 119.7 | 17.47 | 30.30 | 57.57 | 22.12 |
| | | | | | |
| SIB[4] | 16.2 | 2.36 | 5.47 | 11.67 | 16.55 |
| STB - in pay | 4.1 | 0.60 | 1.38 | 2.95 | - |
| STB - accrued | 30.0 | 4.38 | - | - | - |
| Optional Life | - | - | - | - | - |
| Total Benefits | $ 548.2 | $ 72.2 | $ 72.2 | $ 72.2 | $ 72.2 |
| | | | | | |
| Pensioner Life 2010 Premiums[1] | NA | 7.80 | 7.80 | 7.80 | 7.80 |
| | | | | | |
| Total | $ 548.2 | $ 80.0 | $ 80.0 | $ 80.0 | $ 80.0 |

**NOTES**
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. Optional life reserved asset of $18.7 million has been allocated pro rata amongst the other reserved assets based on asset value
4. The pro-rata allocation of the optional life reserved asset amongst the other remaining reserved asset categories results in the SIB reserved asset allocation exceeding the total benefit claim attributable to this category. No adjustments have been made to limit the SIB distribution under the reserved asset method
5. The Reserved Asset Method allocates HWT Assets using the reserved asset mix as at December 31, 2009 (as disclosed in the 2009 Health Welfare Trust Financial Statements)
6. Source: Mercer 2010 HWT Preliminary Valuation

REVISED Illustrative Allocation Scenarios

185

# Nortel Health and Welfare Trust
## REVISED Illustrative Allocation Scenarios
Scenario: Optional Life is a participating benefit
Cdn Millions

**REVISED Appendix D-2**
Scenarios 5 to 8

| Type of Benefit | Benefit Liabilities [4] | 5 — All Benefits Share Pro Rata [Distribution %: 11.2%] | 6 — Proposed Participating Benefits Share Pro Rata [Distribution %: 25.9%] | 7 — Benefits in Pay Share Pro Rata [Distribution %: 53.3%] | 8 — Reserved Asset Method [3] [Distribution %: N/A] |
|---|---|---|---|---|---|
| Pensioner Life (including ADB) [1] | $ 126.9 | $ 6.38 | $ 25.01 | $ - | $ 23.85 |
| Pensioner M&D | 251.3 | 28.08 | | - | |
| **Pensioner Benefit Total** | 378.2 | 34.46 | 25.01 | - | 23.85 |
| LTD Income (including IBNR) | 79.9 | 8.93 | 20.66 | 42.63 | 16.44 |
| LTD M&D [2] | 29.7 | 3.32 | - | - | - |
| LTD - STB accrued | 0.3 | 0.03 | - | - | - |
| LTD Life [2] | 4.5 | 0.50 | - | - | - |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.50 | 1.16 | - | 0.50 |
| **LTD Benefit Total** | 119.7 | 13.38 | 23.20 | 42.63 | 16.94 |
| SIB | 16.2 | 1.81 | 4.19 | 8.64 | 12.67 |
| STB - in pay | 4.1 | 0.46 | 1.06 | 2.19 | - |
| STB - accrued | 30.0 | 3.35 | - | - | - |
| Optional Life | | 18.74 | 18.74 | 18.74 | 18.74 |
| **Total Benefits** | $ 548.2 | $ 72.2 | $ 72.2 | $ 72.2 | $ 72.2 |
| Pensioner Life 2010 Premiums [1] | NA | 7.80 | 7.80 | 7.80 | 7.80 |
| **Total** | $ 548.2 | $ 80.0 | $ 80.0 | $ 80.0 | $ 80.0 |

REVISED Illustrative Allocation Scenarios

NOTES
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. The Reserved Asset Method allocates HWT Assets using the reserved asset mix as at December 31, 2009 (as disclosed in the 2009 Health Welfare Trust Financial Statements)
4. Source: Mercer 2010 HWT Preliminary Valuation

# Nortel Health and Welfare Trust
## REVISED Illustrative Allocation Scenarios
Scenario: STB Liability is excluded and Optional Life does not participate
Cdn Millions

**REVISED Appendix D-3**
Scenarios 9 to 11

| Type of Benefit | Benefit Liabilities [3] | 9 All Benefits Share Pro Rata [Distribution %: 15.6%] | 10 Proposed Participating Benefits [Distribution %: 34.4%] | 11 Benefits in Pay Share Pro Rata [Distribution %: 75.1%] |
|---|---|---|---|---|
| Pensioner Life (including ADB) [1] | $ 126.9 | $ 11.96 | $ 35.80 | $ - |
| Pensioner M&D | 251.3 | 39.13 | | - |
| Pensioner Benefit Total | 378.2 | 51.08 | 35.80 | - |
| | | | | |
| LTD Income (including IBNR) | 79.9 | 12.44 | 27.45 | 60.03 |
| LTD M&D [2] | 29.7 | 4.62 | - | |
| LTD - STB accrued | EXCLUDED | - | - | |
| LTD Life [2] | 4.5 | 0.70 | 1.55 | - |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.83 | 1.83 | - |
| LTD Benefit Total | 119.4 | 18.60 | 30.83 | 60.03 |
| | | | | |
| SIB | 16.2 | 2.52 | 5.57 | 12.17 |
| STB - in pay | EXCLUDED | - | - | - |
| STB - accrued | EXCLUDED | - | - | - |
| Optional Life | | - | - | - |
| Total Benefits | $ 513.8 | $ 72.2 | $ 72.2 | $ 72.2 |
| | | | | |
| Pensioner Life 2010 Premiums [1] | NA | 7.80 | 7.80 | 7.80 |
| | | | | |
| Total | $ 513.8 | $ 80.0 | $ 80.0 | $ 80.0 |

**NOTES**
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. Source: Mercer 2010 HWT Preliminary Valuation (excludes STB Liability)

REVISED Illustrative Allocation Scenarios

# Nortel Health and Welfare Trust

## REVISED Illustrative Allocation Scenarios

Scenario: STB Liability is excluded and Optional Life is a participating benefit
Cdn Millions

REVISED Appendix D-4

Scenarios 12 to 14

| Type of Benefit | Benefit Liabilities [3] | 12 All Benefits Share Pro Rata [Distribution %: 11.6%] | 13 Proposed Participating Benefits [Distribution %: 26.3%] | 14 Benefits in Pay Share Pro Rata [Distribution %: 55.6%] |
|---|---|---|---|---|
| Pensioner Life (including ADB) [1] | $ 126.9 | $ 7.33 | $ 25.59 | $ - |
| Pensioner M&D | 251.3 | 29.96 | - | - |
| **Pensioner Benefit Total** | 378.2 | 37.29 | 25.59 | - |
| LTD Income (including IBNR) | 79.9 | 9.53 | 21.02 | 44.45 |
| LTD M&D [2] | 29.7 | 3.54 | - | - |
| LTD - STB accrued | EXCLUDED | - | - | - |
| LTD Life [2] | 4.5 | 0.54 | 1.18 | - |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.64 | 1.40 | - |
| **LTD Benefit Total** | 119.4 | 14.24 | 23.61 | 44.45 |
| SIB | 16.2 | 1.93 | 4.26 | 9.01 |
| STB - in pay | EXCLUDED | - | - | - |
| STB - accrued | EXCLUDED | - | - | - |
| Optional Life | - | - | - | - |
| **Total Benefits** | $ 513.8 | $ 72.2 | $ 72.2 | $ 72.2 |
| Pensioner Life 2010 Premiums [1] | NA | 7.80 | 7.80 | 7.80 |
| **Total** | $ 508.5 | $ 80.0 | $ 80.0 | $ 80.0 |

NOTES

1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit (if any).
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. Source: Mercer 2010 HWT Preliminary Valuation (excludes STB Liability)

REVISED Illustrative Allocation Scenarios

188

APPENDIX C – FORM OF NOTICE

NOTICE CONCERNING NORTEL NETWORKS CORPORATION, NORTEL NETWORKS
LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

TO NORTEL'S FORMER EMPLOYEES, INCLUDING PENSIONERS AND PEOPLE IN
RECEIPT OF SURVIVOR INCOME BENEFITS AND SURVIVOR TRANSITION BENEFITS,
EMPLOYEES ON LONG TERM DISABILITY, AND CONTINUING EMPLOYEES

On Wednesday, September 29, 2010 at 10 am at 361 University Avenue, Toronto, Ontario
the Monitor will make a motion to the Ontario Superior Court of Justice in Nortel's CCAA
proceedings.  The Monitor is seeking approval of a proposed methodology for the
allocation of the funds held in Nortel's Health and Welfare Trust through which Nortel
paid certain employment and post-retirement benefits, and for directions concerning the
termination of the trust.  This motion may affect your recovery of funds from the Health
and Welfare Trust.

Please consult the Health and Welfare Trust Document Package for more details at the
Monitor's website www.ey.com/ca/nortel.

Questions can be directed to the Monitor by telephone (1-416-943-4439 or 1-866-942-7177) or
by fax (1-416-943-2808).

You may also contact any of your Court-appointed representatives:
- the Court appointed representatives for the Former Employees (including pensioners and
those receiving survivor benefits), at sproule.nrpc@gmail.com;
- the Court appointed representative for LTD Beneficiaries at SteeringCommittee@cneltd.info;
and
- the Court appointed representatives for Continuing Employees, which group includes
employees whose employment has transferred to purchasers of Nortel business units after
January 14, 2009,  and their counsel at ncce@nelligan.ca.

If you are a member or former member of the CAW represented by counsel to the CAW, you
may contact Barry Wadsworth at 1-800-268-5763 ext. 3776 or by e-mail to mbondy@caw.ca.

Koskie Minsky LLP is also making its website available at www.kmlaw.ca.

Lerners LLP, independent counsel to the Former Employees' Representatives for purposes of
the Motion, participated in a webinar held September 1, 2010, which may be accessed here:
http://bellwebcasting.ca/audience/index.asp?eventid=97668092

Sack Mitchell Goldblatt LLP, independent counsel to the LTD Beneficiaries' Representative for
purposes of the Motion, participated in a webinar held September 8, 2010, which may be
accessed here: http://bellwebcasting.ca/audience/index.asp?eventid=95260255.

**It is not necessary for you to attend court in person to participate in any distribution.**

190

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

---

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

---

SUPPLEMENT TO FIFTY-FIRST REPORT
OF THE MONITOR
DATED SEPTEMBER 17, 2010

---

GOODMANS LLP
Barristers & Solicitors
Bay Adelaide Centre, 333 Bay Street
Toronto, Canada  M5H 2S7

Jay A. Carfagnini  (LSUC# 222936)
Fred Myers  (LSUC# 26301A)
Gale Rubenstein (LSUC# 17088E)
Melaney J. Wagner (LSUC# 44063B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

191

**APPENDIX "D" TO FIFTY-SEVENTH REPORT
- ILLUSTRATIVE CHART RE: JANUARY INTERIM DISTRIBUTION**

# Nortel Health and Welfare Trust
## Proposed Interim Distribution
### Cdn (000s)

**Appendix D**

| Income beneficiaries | # of Beneficiaries[1] | Estimated income benefit claim[2] | 10% Distribution | 10% Distribution limited to a maximum of 3 months |
|---|---|---|---|---|
| | | A | B = A * 10% | |
| LTD (including IBNR) | 357 | $ 79,897 | $ 7,990 | $ 2,553 |
| STB-in-pay | 305 | 4,110 | 411 | 355 |
| SIB | 81 | 16,169 | 1,617 | 339 |
| Total | 743 | $ 100,176 | $ 10,018 | $ 3,247 |

The following tables stratify the income beneficiaries by the number of months of net[2] monthly benefits that would be received by them under the proposed HWT interim distribution:

**LTD (including IBNR)**

| # of months of net[2] monthly benefit | Total HWT interim distribution | Median HWT interim distribution | Average HWT interim distribution | # of beneficiaries |
|---|---|---|---|---|
| ≤2 | $ 79 | $ 1.6 | $ 2.1 | 38 |
| >2 & <3 | 86 | 4.3 | 5.7 | 15 |
| Capped at 3 | 2,388 | 5.7 | 7.9 | 304 |
| Total | $ 2,553 | | | 357 |

**STB-in-pay**

| # of months of net[2] monthly benefit | Total HWT interim distribution | Median HWT interim distribution | Average HWT interim distribution | # of beneficiaries |
|---|---|---|---|---|
| ≤2 | $ 63 | $ 0.6 | $ 0.5 | 116 |
| >2 & <3 | 99 | 1.4 | 1.4 | 71 |
| Capped at 3 | 193 | 1.7 | 1.5 | 118 |
| Total | $ 355 | | | 305 |

**SIB**

| # of months of net[2] monthly benefit | Total HWT interim distribution | Median HWT interim distribution | Average HWT interim distribution | # of beneficiaries |
|---|---|---|---|---|
| ≤2 | $ - | $ - | $ - | - |
| >2 & <3 | - | - | - | - |
| Capped at 3 | 339 | 4.0 | 4.2 | 81 |
| Total | $ 339 | | | 81 |

[1] Based on data as of June 30, 2010 as reflected in the Illustrative HWT Allocation Scenarios in Appendix D to the Monitor's Fifty-First Report. Numbers are subject to change based on any status changes and estimated income benefits are subject to change based on confirmation of personal data.

[2] Gross monthly benefit net of other income benefits (i.e. CPP, WSIB) as applicable but before income tax

**TAB II**

·0·  **193**

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS*
*ARRANGEMENT ACT***, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF**
**COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS**
**TECHNOLOGY CORPORATION**

**FIFTY-NINTH REPORT OF THE MONITOR**
**DATED FEBRUARY 18, 2011**

**INTRODUCTION**

1.  On January 14, 2009 (the "Filing Date"), Nortel Networks Corporation ("NNC" and
    collectively with all its subsidiaries "Nortel" or the "Company"), Nortel Networks
    Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), Nortel
    Networks International Corporation and Nortel Networks Global Corporation
    (collectively the "Applicants") filed for and obtained protection under the
    *Companies' Creditors Arrangement Act* ("CCAA").  Pursuant to the Order of this
    Honourable Court dated January 14, 2009, as amended and restated (the "Initial
    Order"), Ernst & Young Inc. was appointed as the Monitor of the Applicants (the
    "Monitor") in the CCAA proceedings.  The stay of proceedings was extended to
    February 28, 2011 by this Honourable Court in its Order dated October 27, 2010.

2.  Nortel Networks Inc. ("NNI") and certain of its U.S. subsidiaries and affiliates
    concurrently filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code
    (the "Code") in the United States Bankruptcy Court for the District of Delaware (the
    "U.S. Court") on January 14, 2009 (the "Chapter 11 Proceedings").  As required by

0   194

U.S. law, an official unsecured creditors committee (the "Committee") was established in January, 2009.

3.  An ad hoc group of holders of bonds issued by NNL, NNC and Nortel Networks Capital Corporation has been organized and is participating in these proceedings as well as the Chapter 11 Proceedings (the "Bondholder Group"). In addition, pursuant to Orders of this Honourable Court dated May 27, 2009, July 22, 2009 and July 30, 2009, respectively, representative counsel was appointed on behalf of the former employees of the Applicants, the continuing employees of the Applicants and the LTD Beneficiaries and each of these groups is participating in the CCAA proceedings.

4.  Nortel Networks (CALA) Inc. ("NN CALA" and together with NNI and certain of its subsidiaries and affiliates that filed on January 14, 2009, the "U.S. Debtors") filed a voluntary petition under Chapter 11 of the Code in the U.S. Court on July 14, 2009.

5.  Nortel Networks UK Limited ("NNUK") and certain of its affiliates located in EMEA were granted administration orders (the "UK Administration Orders") by the High Court of England and Wales on January 14, 2009 (collectively the "EMEA Debtors"). The UK Administration Orders appointed Alan Bloom, Stephen Harris, Alan Hudson and Chris Hill of Ernst & Young LLP as administrators of the various EMEA Debtors, except for Nortel Networks (Ireland) Limited, to which David Hughes (Ernst & Young LLP Ireland) and Alan Bloom were appointed (collectively the "Joint Administrators").

6.  Subsequent to the filing date, Nortel Networks SA ("NNSA") commenced secondary insolvency proceedings within the meaning of Article 27 of the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings in the Republic of France pursuant to which a liquidator and an administrator have been appointed by the Versailles Commercial Court.

195

7.   The CCAA proceedings and the UK Administration proceedings of NNUK and the other EMEA Debtors have been recognized by the U.S. Court as foreign main proceedings under Chapter 15 of the Code.

8.   Subsequent to the Filing Date, certain other Nortel subsidiaries have filed for creditor protection or bankruptcy proceedings in the local jurisdiction in which they are located.

**PURPOSE**

9.   The purpose of this fifty-ninth report of the Monitor (the "Fifty-Ninth Report") is to report to this Honourable Court on the following matters:

  a)   consolidated cash position and liquidity as at February 5, 2011;

  b)   actual receipts and disbursements from October 3, 2010 until February 5, 2011;

  c)   cash flow forecast for the period from February 6, 2011 until June 30, 2011;

  d)   consolidated Canadian entities' net inter-company position by region;

  e)   status of Applicants' claims process and cross-border claims;

  f)   status of EMEA inter-company claims process;

  g)   current status of the Group Supplier Protocol Agreement ("GSPA");

  h)   status of Health and Welfare Trust ("HWT");

  i)   status of Termination Fund;

  j)   status of the Employee Hardship Application Process;

  k)   asset divestitures and allocation matters;

3