235

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

**HWT INTERIM DISTRIBUTION ORDER**

**Goodmans LLP**
Barristers & Solicitors
333 Bay Street, Suite 3400
Toronto, Canada  M5H 2S7

Jay Carfagnini  LSUC#: 222936
Fred Myers  LSUC#: 26301A
Gale Rubenstein  LSUC#: 17088E
Melaney J. Wagner  LSUC#: 44063B

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

5907796

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

*ONTARIO*
**SUPERIOR COURT OF JUSTICE (COMMERCIAL LIST)**

Proceeding commenced at Toronto

**SIXTY-SECOND REPORT OF THE MONITOR DATED April 4, 2011**

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre, 333 Bay Street
Toronto, Canada  M5H 2S7

Jay A. Carfagnini  (LSUC#: 222936)
Fred Myers  (LSUC#: 26301A)
Gale Rubenstein (LSUC# 17088E)
Melaney J. Wagner (LSUC# 44063B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

236

\5953952

237

**APPENDIX "B"**

# Nortel Health and Welfare Trust
## Proposed May/June HWT Interim Distribution
Cdn (000s)

Appendix B

| Income Beneficiaries | # of Beneficiaries[1] | Estimated income benefit claim[1] | # of Beneficiaries[2] | Estimated income benefit claim[2] | 10% Distribution | January Interim Distribution | 10% Cumulative Distribution limited to a maximum of 2 months |
|---|---|---|---|---|---|---|---|
| | | | A | B = A * 10% | | | |
| LTD (including IBNR) | 357 | $ 79,897 | 347 | $ 76,408 | $ 7,641 | $ 2,407 | $ 1,426 |
| STB In Pay | 305 | $ 4,110 | 335 | $ 5,091 | $ 509 | $ 415 | $ 92 |
| SIB | 81 | $ 16,169 | 80 | $ 16,006 | $ 1,601 | $ 335 | $ 224 |
| | 743 | $ 100,176 | 762 | $ 97,505 | $ 9,751 | $ 3,157 | $ 1,742 |

The following tables stratify the income beneficiaries by the number of months of net[3] monthly benefits that would be received by them, solely with respect to the proposed May/June HWT interim distribution:

**LTD (including IBNR)**

| # of months of net[3] monthly benefit | Total HWT interim distribution | Median HWT interim distribution | Average HWT interim distribution | # of beneficiaries |
|---|---|---|---|---|
| 0 | $ - | $ - | $ - | 55 |
| > 0 & < 2 | 73 | 1.4 | 2.1 | 34 |
| Capped at 2 | 1,353 | 4.0 | 5.2 | 258 |
| Total | $ 1,426 | | | 347 |

**STB In Pay**

| # of months of net[3] monthly benefit | Total HWT interim distribution | Median HWT interim distribution | Average HWT interim distribution | # of beneficiaries |
|---|---|---|---|---|
| 0 | $ - | $ - | $ - | 177 |
| < 2 | 80 | 0.5 | 0.5 | 148 |
| Capped at 2 | 12 | 1.3 | 1.3 | 10 |
| Total | $ 92 | | | 335 |

**SIB**

| # of months of net[3] monthly benefit | Total HWT interim distribution | Median HWT interim distribution | Average HWT interim distribution | # of beneficiaries |
|---|---|---|---|---|
| 0 | $ - | $ - | $ - | - |
| < 2 | - | - | - | - |
| Capped at 2 | 224 | 2.7 | 2.8 | 80 |
| Total | $ 224 | | | 80 |

[1] Based on data as of June 30, 2010 as reflected in the Illustrative HWT Allocation Scenarios in Appendix D to the Monitor's Fifty-First Report.
[2] Based on data as of December 31, 2010 updated to April 21, 2011 using the methodology used in the Monitor's Fifty-First Report. Numbers are subject to change based on any status changes and estimated income benefits are subject to change based on confirmation of personal data.
[3] Gross monthly benefit net of other income benefits (i.e. CPP, WSIB) as applicable but before income tax

239

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

Court File No: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**SIXTY-FOURTH REPORT OF THE MONITOR DATED APRIL 25, 2011**

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre, 333 Bay Street
Toronto, Canada M5H 2S7

Jay A. Carfagnini (LSUC#: 222936)
Fred Myers (LSUC#: 26301A)
Gale Rubenstein (LSUC# 17088E)
Melaney J. Wagner (LSUC# 44063B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

\5957485