## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
Nortel Networks Inc., et al.,¹                         :    Case No. 09-10138 (KG)
                                                       :
              Debtors.                                 :    Jointly Administered
                                                       :
-------------------------------------------------------X
```

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2011 AT 11:00 A.M. (EASTERN TIME)

| |
|---|
| **AT THE DIRECTION OF THE COURT THE HEARING WILL NOW BE HELD ON MAY 2, 2011 AT 11:00 A.M. (EASTERN TIME)** |

## UNCONTESTED MATTERS GOING FORWARD

1.  Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing or Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections (D.I. 5202, Filed 4/4/11).

    Objection Deadline:  April 18, 2011 at 4:00 p.m. (ET); Extended to April 20, 2011 at 4:00 p.m. (ET) for Hewlett-Packard.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

Responses Received:  None at this time.

Related Pleadings:

(a)     Notice of Filing of Sixty-Third Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings (D.I. 5263, Filed 4/18/11);

(b)     Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Approve the Canadian Sales Process Order Regarding Certain Patents and Other Assets (D.I. 5270, Filed 4/19/11);

(c)     Certification of No Objection Regarding Docket No. 5202 (D.I. 5305, Filed 4/25/11);

(d)     **Notice of Filing of Statement of David Steer Regarding the Sale of Certain Patents (D.I. 5347, Filed 4/29/11);**

(e)     **Notice of Filing of Statement of Dr. Leo Strawczynski Regarding the Sale of Certain Patents (D.I. 5348, Filed 4/29/11);**

(f)     **Notice of Filing of Canadian Applicants' Response to Statements of David Steer and Dr. Leo Strawczynski Regarding the Sale of Certain Patents (D.I. 5349, Filed 4/29/11); and**

(g)     **Notice of Filing of Response Of David Steer To The Statement Of The Canadian Applicants In Response To The Statements Of David Steer And Dr. Leo Strawczynski Regarding The Sale Of Certain Patents (D.I. 5354, Filed 5/2/11).**

Status:  The hearing on this matter with respect to the bidding procedure order will go forward.  A revised form of order will be presented at the hearing.

Dated: **May 2, 2011**
　　　　Wilmington, Delaware

　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　Telephone: (212) 225-2000
　　　　　　　　　　　Facsimile: (212) 225-3999

　　　　　　　　　　　and

　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　_____
　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　Ann C. Cordo (No. 4817)
　　　　　　　　　　　Alissa T. Gazze (No. 5338)
　　　　　　　　　　　1201 North Market Street, 18th Floor
　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　Facsimile: (302) 425-4663

　　　　　　　　　　　*Counsel for the Debtors and Debtors in Possession*

4200797.4

3