# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 5/2/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Philip Mindlin | Wachtell Lipton Rosen & Katz | Google Inc. and Ranger |
| Steven K. Kortanek | Womble Carlyle | " |
| Paul Sloan | Official Committee of Unsecured Creditors | Richards Layton & Finger |
| Annie Cordo | Morris Nichols Arsht & Tunnel | Debtors |
| Derek Abbott | " | " |
| James Bromley | Cleary Gottlieb Steen & Hamilton | " |
| Lisa Schweitzer | " | " |
| Emily Bussigel | " | " |
| Robert Ryan | " | " |
| David Botter | Akin Gump | Official Committee of Unsecured (UCC) |
| Fred Hodara | Akin Gump | " " |
| Joshua Sturm | " " | " " |
| Jami Mineroff | Brown Stone Nimeroff LLC | Microsoft |
| Matthew Kelsey | Gibson Dunn & Crutcher | " |
| Ken Coleman | Allen Overy | Ey Canadian Monitor |
| Mona Parikh | Buchanan Ingersoll & Rooney | " " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 5/2/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jaime Luton | YCST | Joint Administrators |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

**Calendar Date:** 05/02/2011
**Calendar Time:** 11:00 AM ET

Amended Calendar 05/02/2011 08:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert Bertin | | Bingham McCutchen, LLP | Creditor, Google Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert G. Burns | | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James A. Croft | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Svilen Karaivanov | | Svilen Karaivanov - Client | Client, Svilen Karaivanov / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Darryl Laddin | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Douglas Mayer | | Wachtell, Lipton, Rosen & Katz | Creditor, Google Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Diane Meyers | | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Tim Porter | | Tim Porter - Client | Client, Tim Porter / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Rosenzweig | | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Dennis Ruggere | | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |