# EXHIBIT A
## TWENTY-FOURTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/01/11 | RET | .40 | Teleconference with plaintiffs' counsel regarding impact of termination of plan |
| 2/01/11 | RET | .20 | Communications with plaintiffs' counsel regarding the impact of the termination of the LTIP |
| 2/01/11 | RET | .60 | Receive and analyze latest draft of confidential documents |
| 2/02/11 | RET | .40 | Communications with Ruth Jenkins regarding impact of termination of the LTIP |
| 2/02/11 | RET | .40 | Receive and analyze additional comments from Peter Bisio to regarding confidential documents |
| 2/02/11 | RET | .30 | Communications with Laurel Van Allen regarding claim with Chubb |
| 2/03/11 | RET | .10 | Communications with Ruth Jenkins regarding termination of the LTIP |
| 2/03/11 | RET | .30 | Communications with Jennifer Palmer regarding termination of LTIP |
| 2/03/11 | RET | .20 | Communications with plaintiffs' counsel regarding treasury regulation concerns |
| 2/03/11 | RET | .20 | Communications with Peter Bisio regarding treasury regulation concerns |
| 2/03/11 | RET | .30 | Communications with plaintiffs' counsel regarding termination of LTIP |
| 2/03/11 | RET | .20 | Communications with Ruth Jenkins regarding termination of LTIP |
| 2/03/11 | RET | .30 | Additional communications with plaintiffs' counsel regarding termination of LTIP |
| 2/04/11 | RET | .40 | Communications with plaintiffs' counsel regarding LTIP termination |
| 2/04/11 | RET | .50 | Call with Ruth Jenkins regarding LTIP termination |
| 2/04/11 | RET | .80 | Analyze issues raised by Cleary regarding LTIP termination |
| 2/04/11 | RET | .50 | Receive and analyze confidential documents regarding LTIP termination |
| 2/04/11 | RET | .30 | Communications with Jennifer Palmer regarding LTIP termination |
| 2/04/11 | RET | .50 | Prepare for call with Jennifer Palmer regarding LTIP termination |

| | | | |
|---|---|---|---|
| 2/04/11 | RET | 1.30 | Research regarding impact of LTIP termination on the lawsuit |
| 2/04/11 | RET | .50 | Call with Cleary regarding LTIP termination |
| 2/04/11 | RET | .30 | Prepare for call with Cleary regarding LTIP termination |
| 2/04/11 | JMS7 | .50 | Communicate with Rene' Thorne regarding LTIP termination |
| 2/08/11 | RET | .30 | Communications with Laurel Van Allen regarding Lexecon's proof of claim |
| 2/09/11 | RET | .50 | Receive and analyze proposed changes to confidential documents and communications with Jennifer Palmer regarding same |
| 2/10/11 | RET | .50 | Receive and analyze changes to confidential documents and communications with Cleary regarding same |
| 2/10/11 | RET | .30 | Communications with Cleary regarding confidential documents |
| 2/10/11 | RET | .30 | Communications with Natalie Kossack from IFS regarding fiduciary issues |
| 2/10/11 | RET | .30 | Communications with plaintiffs' counsel regarding governmental filings |
| 2/10/11 | RET | .30 | Communications with plaintiff's counsel regarding confidential documents |
| 2/10/11 | RET | .30 | Communications with Jennifer Palmer regarding confidential documents |
| 2/11/11 | RET | .30 | Communications with plaintiffs' counsel regarding confidential documents |
| 2/11/11 | RET | .30 | Communications with plaintiffs' counsel regarding confidential documents |
| 2/16/11 | RET | .80 | Work on issues raised by plan termination |
| 2/16/11 | RET | .30 | Communications with Jennifer Palmer regarding mechanics of plan termination |
| 2/17/11 | RET | .40 | Communications with Jennifer Palmer about and analyze issues regarding plan termination |
| 2/17/11 | RET | .30 | Communications with plaintiffs' counsel regarding plan termination |
| 2/22/11 | RET | .60 | Receive and analyze letter from independent fiduciary |
| 2/22/11 | RET | .30 | Receive and analyze audit letter |
| 2/22/11 | RET | .30 | Communications with Don Powers regarding termination of plan |
| 2/22/11 | RET | .20 | Communications with Laurel Van Allen regarding Lexecon's proof of claim |
| 2/22/11 | RET | .60 | Prepare for and call with Don Powers regarding plan termination |
| 2/23/11 | RET | .20 | Communications with Arthur Kahn regarding confidential matters |
| 2/23/11 | RET | .40 | Communications with Don Powers regarding current issues between NNI and NNL |

| | | |
|---|---|---|
| 2/23/11 RET | .20 | Communications with Jennifer Palmer regarding my call with plaintiffs' counsel regarding update on John Ray |
| 2/23/11 RET | .40 | Teleconference with Jennifer Palmer regarding update on John Ray |
| 2/23/11 RET | .50 | Prepare for and call with plaintiffs' counsel regarding John Ray |
| 2/23/11 RET | .40 | Communications with Jennifer Palmer regarding status of termination issues |
| 2/23/11 RET | .30 | Communications with Don Powers regarding his conversation with Cleary about termination issues |
| 2/23/11 RET | .20 | Communications with Don Powers and Anna Ventresca regarding confidential issues |
| 2/24/11 RET | .30 | Communications with Arthur Kohn regarding issues raised by the potential termination of the plan |
| 2/24/11 RET | .40 | Communications with Laurel Van Allen regarding Lexecon's proof of claim |
| 2/24/11 RET | .40 | Communications with Don Powers regarding Cleary's request regarding confidential documents |
| 2/24/11 RET | .40 | Communications with Arthur Kohn regarding confidential documents |
| 2/24/11 RET | .30 | Communications with Jennifer Palmer regarding court status conference |
| 2/24/11 RET | .40 | Draft and edit response to audit letter |

**SUB TOTAL    $ 10,712.50**

**TOTAL HOURS: 21.5**
**FEE GRAND TOTAL:**    **$10,712.50**
**NORTEL'S 50% TOTAL:**    **$ 5,356.25**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|

L120 Analysis/Strategy

| | | | |
|------|------|-----|----------------------------------|
| 2/16/11 | RET | .20 | Communications with Annie Cordo and Jason Stein regarding Eighth Quarterly Fee hearing |
| 2/18/11 | RET | .60 | Teleconference with Ruth Jenkins regarding issues related to LTIP termination |
| 2/22/11 | RET | .30 | Communications with Annie Cordo and Jason Stein regarding upcoming fee application |
| 2/25/11 | RET | .40 | Edit Twenty-Third Interim Fee Application and communications with Jason Stein regarding same |
| 2/25/11 | JMS | 5.90 | Draft twenty-third interim fee application and its exhibits |
| 2/28/11 | RET | .20 | Communications with Annie Cordo and Jason Stein regarding quarterly fee application |
| 2/28/11 | JMS | 2.10 | Draft eighth quarterly fee hearing report |
| | | | SUB TOTAL    $4,675.00 |

L160 Settlement/Non-Binding ADR

| | | | |
|------|------|-----|----------------------------------|
| 2/04/11 | KAD | 1.40 | Consider termination of 401k plan issue to provide comments on impact on litigation |
| | | | SUB TOTAL    $654.50 |

L190 Other Case Assessment, Devel. & Adm

| | | | |
|------|------|-----|----------------------------------|
| 2/16/11 | JMS | .10 | Communication with Annie Cordo regarding upcoming fee hearing |
| 2/22/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee deadline |
| 2/25/11 | JMS | .30 | Communicate with Annie Cordo regarding draft twenty-third interim fee application and its exhibits |
| 2/28/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee deadline |
| | | | SUB TOTAL    $374.00 |

**TOTAL HOURS:  11.9**

**FEE GRAND TOTAL:**        $ 5,703.50