# EXHIBIT B
## TWENTY-FOURTH INTERIM FEE APPLICATION

EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 Through February 28, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Expenses |  |  |  |
| Grand Total: |  |  | 0.00 |

\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

**TOTAL EXPENSES DUE: $0.00**

-1-

## Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

TOTAL DISBURSEMENTS:          $0.00

**NORTEL'S 50% TOTAL:**          **$0.00**


**NORTEL (non-insurance)**

DISBURSEMENTS

TOTAL DISBURSEMENTS:          $0.00


**TOTAL EXPENSES DUE:**          **$0.00**


4848-3141-0953, v. 1