IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | |
| NORTEL NETWORKS, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | May 2, 2011 |
| | ) | 11:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:            Morris, Nichols, Arsht & Tunnell
                            BY: DEREK ABBOTT, ESQ.
                            BY: ANN CORDO, ESQ.
                            1201 North Market Street
                            18th Floor
                            Wilmington, DE 19899-1347
                            (302) 351-9459

                            Cleary, Gottlieb, Steen & Hamilton
                            BY: LISA M. SCHWEITZER, ESQ.
                            BY: JIM BROMLEY, ESQ.
                            BY: EMILY BUSSIGEL, ESQ.
                            BY: ROBERT RYAN, ESQ.
                            One Liberty Plaza
                            New York, NY 10006
                            (212) 225-2629

ECRO:                       GINGER MACE

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Committee:          Akin Gump
                           BY: DAVID BOTTER, ESQ.
                           BY: FRED S. HODARA, ESQ.
                           BY: JOSHUA STURM, ESQ.
                           One Bryant Park
                           New York, NY 10036
                           (212) 872-1000

                           Richards Layton & Finger
                           BY: DREW SLOAN, ESQ.
                           One Rodney Square
                           920 North King Street
                           Wilmington, DE  19801
                           (302) 651-7531

For E&Y, Canadian          Allen & Overy, LLP
Monitor & Canadian         BY: KEN COLEMAN, ESQ.
Debtors:                   1221 Avenue of the Americas
                           New York, NY 10020
                           (212) 610-7300

                           Buchanan Ingersoll & Rooney, PC
                           BY: MONA A. PARIKH, ESQ.
                           1105 N. Market St., Ste. 1900
                           Wilmington, DE  19801-1054
                           (302) 552-4214

For Microsoft Corp.:       Brown Stone Nimeroff, LLC
                           BY: JAMI NIMEROFF, ESQ.
                           Two Commerce Square
                           2001 Market St., Ste. 3420
                           Philadelphia, PA  19103-7042
                           (267) 861-5335

                           Gibson Dunn & Crutcher
                           BY: MATTHEW KELSEY, ESQ.
                           200 Park Avenue
                           New York, NY  10166-0193
                           (212) 351-2615

For Joint Admin.:          Young Conaway Stargatt & Taylor
                           BY: JAIME LUTTON, ESQ.
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           P.O. Box 391
                           Wilmington, Delaware  19801
                           (302) 571-6600

```
APPEARANCES:
(Continued)

For Google Inc.:          Wachtell Lipton Rosen & Katz
                          BY: PHILIP MINDLIN, ESQ.
                          51 West 52nd Street
                          New York, New York  10019
                          (212) 403-1217

                          Womble Carlyle Sandridge & Rice
                          BY: STEVEN K. KORTANEK, ESQ.
                          222 Delaware Avenue, Suite 1501
                          Wilmington, DE 19801
                          (302) 252-4363

TELEPHONIC APPEARANCES:

                          Justice Geoffrey Morawetz

For Norpax,LLC:           McMillan LLP
                          BY: ANDREW F. KENT
                          (416) 865-7160

For Former Employees
Of Nortel:                Koskie Minsky
                          BY: SUSAN PHILPOTT
                          (416) 595-210

For Nortel Networks:      Cleary Gottlieb Steen & Hamilton
                          BY: JAMES A. CROFT, ESQ.
                          (212) 225-2662

For PSAM:                 PSAM, LP
                          BY: PHILIP E. BROWN, ESQ.
                          (212) 649-9596

For Google:               Bingham McCutchen, LLP
                          BY: ROBERT BERLIN, ESQ.
                          (202) 373-6672

                          Wachtell Lipton Rosen & Katz
                          BY: DOUGLAS MAYER, ESQ.
                          (212) 403-1251

For Monarch Alternative
Capital, LP:              Monarch Alternative Capital, LP
                          BY: ROBERT G. BURNS, ESQ.
                          (212) 554-1768
```

TELEPHONIC APPEARANCES:
(Continued)

For Svilen Karalvanov:      Svilen Karalvanov
                            (302) 252-4369

For Verizon Comm., Inc:     Arnall Golden & Gregory, LLP
                            BY: DARRYL LADDIN, ESQ.
                            (404) 873-8500

For Ad Hoc Committee:       Milbank Tweek Hadley & McCloy
                            BY: THOMAS MATZ, ESQ.
                            (212) 530-5885

For Barclays Capital:       Barclays Capital, Inc.
                            BY: OLIVIA MAURO, ESQ.
                            (212) 412-6773

For Paul Weiss:             Paul Weiss Rifkind Wharton
                            BY: DIANE MEYERS, ESQ.
                            (212) 373-3868

For Tim Porter:             Tim Porter
                            (302) 252-4369

For A T&T Live:             Fulbright & Jaworski
                            BY: DAVID ROSENZWEIG, ESQ.
                            (212) 318-3035

For A T&T and Alcatel-
Lucent:                     McMillan, LLP
                            BY:  SHERYL E. SEIGEL
                            (416)307-4063

For Applicants:             Ogilvy Renault, LLP
                            BY: JENNIFER STAM
                            (416) 216-4000

For Rangers:                Torys, LLP
                            BY: MICHAEL ROTSZTAIN
                            (416) 865-7508

1

1      WILMINGTON, DELAWARE, MONDAY, MAY 2, 2011, 11:04 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning, everyone.  Thank you

4    and please be seated.  It's a pleasure to see you all.

5    Justice Morawetz, good morning.

6              JUSTICE MORAWETZ:  Good morning, Judge Gross.

7              THE COURT:  Mr. Abbott, good morning, to you,

8    sir.

9              MR. ABBOTT:  Good morning, Your Honor, Mr.

10   Justice Morawetz.  I'm not sure if there were some things

11   happening in Canada that we needed to wait for or are you

12   ready to move forward, Your Honor?

13             JUSTICE MORAWETZ:  Well, it's my understanding

14   that it's a motion obviously to deal with the collectible

15   property.  And in the past, we have proceeded by way of

16   hearing the motion in the U.S. Court first, followed by

17   submissions in this Court.  There will then be a recess

18   taken at the conclusion of that before any disposition is

19   made, but we'll proceed before Judge Gross to start today.

20             MR. ABBOTT:  Thank you, Your Honor.  With that,

21   Your Honor, I will cede the podium to Ms. Schweitzer.

22             THE COURT:  All right, thank you, Mr. Abbott.

23   Ms. Schweitzer, good morning.

24             MS. SCHWEITZER:  Good morning, Your Honor.  Good

25   morning, Mr. Justice Morawetz as well.  It's a pleasure to

1  be in front of you twice in the seven or eight days time

2  period.  For the record, I'm Lisa Schweitzer from Cleary

3  Gottlieb, counsel for the Nortel U.S. debtors.

4          Today we have the joint hearing for the motion

5  for the approval of the sale of Nortel patent assets and

6  particularly with some procedural and first step approvals

7  we're seeking today.  We knew we were going to be

8  overshadowed by the Will and Kate wedding, we didn't realize

9  there was going to be other headline breaking news over the

10  last 24 hours.  But putting those aside, definitely we can

11  say it's a momentous day and a momentous sale for Nortel and

12  the patent community in terms of what's being offered for

13  sale and the auction process we hope to launch today.

14          As both Courts are aware, there have been prior

15  divestitures of the business lines of Nortel and the patents

16  remain one of the largest remaining assets if not the

17  largest remaining assets of Nortel in the U.S. and globally.

18  We'll be before you in the U.S. again shortly on the pending

19  sale of the Richardson property and there will be other

20  sales, but this while the last farthest from the least, in

21  fact, is the largest stalking horse asset figure we've come

22  in front of you with and we're hoping for a vigorous auction

23  to follow.

24          As the Courts are aware, in April, we announced

25  the proposed sale by way of stalking horse bid of the patent

1    assets and certainly related assets to Ranger, Inc., which

2    is an affiliated of Google, Inc., for a $900 million

3    headline price which includes a $45 million escrow that is

4    unreserved for potential breaches of reps and warranties by

5    the sellers under the terms of the sale agreement.

6          The sale includes a sale of about 6,000 patents

7    and patent applications that are U.S. and foreign and cover

8    a wide variety of types of patents from telecom patents to

9    internet search patents and other areas described in the

10   motion.  So it's big in number and big in scope and

11   important to Nortel and the community that this is being

12   offered.  The sellers under the sale agreement are NNI and

13   certain other U.S. debtors.  There's NNL and NNC in Canada

14   and certain of the EMEA debtors are sellers as well, similar

15   to prior sales.

16         What we are before Your Honor today to seek

17   approval of is first the debtors entry into the stalking

18   horse agreement, including the payment or the approval at

19   least of the payment of a break fee and expense

20   reimbursement pursuant to the terms of the sale agreement if

21   and when those conditions would occur.

22         The second is the approval of the bidding

23   procedures that are attached to the motion.

24         And the third is the approval of notice

25   procedures, notice of the sale, notice of the auction

1   process, and some other procedures as described in the

2   motion.

3          We're seeking approval of the license rejection

4   procedures again as set forth in the motion.

5          And the approval of assumption and assignment

6   procedures where the stalking horse bidder, Ranger, is not

7   intending to assume or -- have any contracts assumed or

8   assigned to it, but we've put procedures in place similar to

9   those contained in prior sale motions in the event that

10  other buyers might want contracts down the road to

11  streamline that process.

12         We also seek approval of a side agreement that's

13  filed under seal, but entered into among the sellers in

14  relation to the sale.  And the sealing of certain exhibits

15  and documents similar to the relief we sought in prior

16  sales.

17         As I've described the terms of the stalking horse

18  agreement, it's a $900 million purchase price.  Unlike other

19  prior sales, we don't have purchase price adjustments

20  relating to cash and other things because it's not an

21  operational business in the sense of the prior sale, but it

22  does contemplate the $45 million escrow as described in the

23  motion and the sale agreement itself.  And the other

24  provisions, just not to walk you through them, were

25  summarized in the motion of the U.S. and the Canadian

1    monitor report as well.

2                 THE COURT:  Yes.

3                 MS. SCHWEITZER:  There -- in connection with the

4    stalking horse agreement, we're seeking the approval of the

5    bid protections, which are contained in Section 8.2 of the

6    sale agreement, and particularly, a break fee of $25 million

7    which is 2.8 percent of the sale price and expense

8    reimbursement in actual expenses up to $4 million which

9    itself is 4/10 of a percent of the headline sale price.  So

10   together, it's a break fee or bidding protections of $29

11   million or 3.2 percent of the total purchase price which is

12   well within the precedent set by this Court, well within the

13   precedents that we've used in prior sales, and appropriate

14   in our view for the size of the sale, the nature of the

15   sale, and the importance of having a stalking horse

16   purchaser identified up front in the process.

17                 In the U.S., we seek approval of that expense as

18   an administrative expense where the sellers in the side

19   letter have agreed to certain allocations of that liability

20   that's been asked by the buyer for us to seek approval of it

21   as an administrative expense in the U.S.

22                 THE COURT:  Yes.

23                 MS. SCHWEITZER:  The bidding procedures that

24   we're also seeking approval of, I feel like we've done this

25   enough times that I hopefully cannot walk us through them

1    again.  We've put the summary of them in the motion as well.

2    And I can say that they're similar to the bidding procedures

3    that we've used in other prior sales.  Each prior sale has

4    its own little variations around the margins, but they're

5    substantially similar to what both Courts have seen before

6    and are very familiar with.  In this case, there is a

7    possibility that we'll have consortium bidders or teams of

8    bidders.

9              THE COURT:  Um-hum.

10             MS. SCHWEITZER:  And there are a couple of extra

11   provisions regarding qualification as a bidder where you

12   have a team, a consortium and the things that people must do

13   including signing up of NDAs and providing of certain

14   financial information for the members of the group that are

15   additional to the other prior procedures, but we think are

16   also consistent with what we're expecting as potential

17   auction participants and consistent with the process

18   generally of having a qualified bidder show up.

19             On the notice procedures, again, we've tried to

20   follow what we've already done and it seemed to have worked

21   well so far in terms of notice of the sale being given to

22   potential parties in interest and potential bidders.

23   Similar to other sales that we intend to mail a notice of

24   the auction and sale being proposed in the U.S. to all known

25   creditors, people who have filed proofs of claims, and

1    people that we've identified as interests to potential

2    bidders.  So we intend to blast everyone with the notice

3    that the sale is happening.  We're also doing publication

4    notice in various papers enumerated in the motion, but the

5    same list we've seen before.

6              THE COURT:  Yes.

7              MS. SCHWEITZER:  And in this time in an effort to

8    save a little money on the margin and make sure that wide

9    publication notice is given, we're sending those publication

10   notices jointly with Canada so they're double captioned and

11   contain the Canadian information as well, but all in all,

12   they're very similar to what everyone has seen before and

13   what we think is consistent with due process and notice and

14   an ability to bring in potential bidders in the sale.

15              As far as the auction procedures themselves, in

16   addition to the other bidding procedures, we're seeking to

17   propose to have the bids due June 13.  To have the auction

18   commence on June 20.  And then the sale hearing by way of

19   joint hearing on June 30.  And again, the debtors believe

20   that that schedule gives us enough time to get the potential

21   interested parties in and also develop those bids at the

22   same time while keeping Ranger, Inc., alive and what they're

23   willing to stand as for a stalking horse bidder.

24              I think the one new thing in this sale compared

25   to other sales, just by the nature of the assets being sold

1   is that we've added license rejection procedures again as

2   described in the motion.  And in connection with the sale of

3   assets, obviously, the person buying the patents wants to

4   know all of the encumbrances on the patents and particularly

5   whether the sellers, Nortel, have granted outbound or cross

6   licenses that encumber the patents.

7            So in connection with developing the Ranger bid

8   and working with Google on it, Nortel has made every effort

9   to identify and disclose to the purchaser all known outbound

10  and cross licenses of our patents or that would encumber the

11  patents.  And we've provided that in a disclosure schedule.

12  And as well, there are additional licenses which may be too

13  numerous, but we've defined as commercial licenses or

14  intercompany licenses where we've either defined or

15  described in some combination, but the purchaser is aware

16  that those as well encumber the licenses -- encumber the

17  patents generally.

18           However, of course, purchasers wants comfort.  So

19  they said we know this is your best job.  We know you think

20  this is everything, but we want, if at all, you can cleanse

21  the world of anything else that might be out there or at

22  least force people to come forward and identify themselves

23  so that we can deal with any other what we would call an

24  unknown license.

25           So in connection with that, the U.S. and Canadian

1  debtors have proposed that we would basically reject unknown

2  licenses.  Obviously, we think it's a null set or be

3  anything on the margin would not be material to the sale if

4  something were to surface.  But we've created procedures so

5  that we can notify all potential parties.  Again, hard to

6  notify actual known people when we think they don't exist,

7  but what we intend to do is in the sale notices being

8  served, to tell people about this procedure to serve that

9  notice on people who have known licenses, tell them what we

10  know about so if they have other licenses.  And also again

11  in the U.S., serve it on our entire schedules, anyone who

12  filed proofs claims, put publication notice out there so

13  effectively do our best to tell the world that if you have a

14  license and we haven't identified it, then you can call us

15  and ask us if you wanted to know if you're on the list, but

16  if we haven't identified it, then that license is being

17  rejected.

18          THE COURT:  Is there a website or something of

19  that nature for people to check?

20          MS. SCHWEITZER:  What we're doing is that the

21  schedules themselves are under seal, but in the notices

22  we're giving a hotline number --

23          THE COURT:  Okay.

24          MS. SCHWEITZER:  -- that people can call into.

25  And, in fact, we have had a couple calls and we've tried --

1    and we have a procedure in place to respond as quickly as

2    possible to let people know that, yes, you're on the list or

3    you're a commercial license, or you're falling into this

4    other bucket.

5             And obviously in the U.S., even if your license

6    is rejected, it doesn't mean the end of the game for you.

7    You still have the right under 365(n) to opt to have your

8    license passed through under the terms of 365(n).  And so

9    what we're proposing is to set deadlines relatively far out

10   that if we notify people as soon as the order is entered and

11   we have a mailing done as described in the motion, that we'd

12   give a deadline to object to the rejection itself of May 31

13   at 4:00 p.m.  And then we'd give another week for people to

14   elect their 365(n) rights where it would be June 6 --

15             THE COURT:  June 6.

16             MS. SCHWEITZER:  -- at 4:00 p.m., as their

17   deadline to file a notice of election that they, in fact,

18   want their rights to pass through rather than just the right

19   to a damages claim.  The damages claims themselves wouldn't

20   -- the bar date for those wouldn't be set until after the

21   closing which is when the rejections would be effective.

22   But again, to the extent someone wants to have their rights

23   protected, they can speak up now and come forward.  And

24   notably, that's also both dates are prior to the time of the

25   auction so that if, in fact, we guess wildly wrong which we

1  have no reason to think we did, that we'll know about that

2  sooner rather than later.  And we've tried to create as

3  many, I guess procedural rights and ways of notice to

4  everyone.  And we think it's working in that we have started

5  getting calls even before we sent the notices out, but we're

6  obviously committed to respond to calls as quickly as

7  possible and to work with the purchaser.  Of course, the

8  purchaser is committed as well to help us through this

9  process so that we can give people assurances as to how

10  their licenses are being treated as time goes by.

11         Now the one thing that was in the notices, which

12  I think is a natural extension of the entire conversation

13  that we intend to put into the order as well so it's more up

14  front, is that if a person -- sometimes a person will have a

15  license with the U.S. and Canada for example.  And so

16  Canada, Ogilvy will describe the process in Canada.  It's

17  similar, not exactly the same.  They don't have 365(n).

18         THE COURT:  Right.

19         MS. SCHWEITZER:  The people will get notice of

20  the termination and have a right to come forward and seek a

21  similar pass through right.  And the one procedural step

22  we're asking for is that if you have a contract with the

23  U.S. and Canada, that if you elect, you elect the same way

24  for both.  You either go for damages in both jurisdictions

25  or pass through in both jurisdictions because anything else

1   would be procedurally improper or impossible to administer.

2          THE COURT:  Sure.

3          MS. SCHWEITZER:  So we have had that in the

4   notice.  We will hand up an order at the end that clarifies

5   that, but I think it's basically, it's almost a necessary

6   step in order to have this work effectively to the extent

7   that that again is a license that even falls under this

8   bucket.

9          And as far as the assumption and assignment

10  procedures being proposed, as I said, Ranger, Inc., as the

11  stalking horse bidder is not looking to assume and assign

12  agreements and having those go over to it in connection with

13  the sale.  The procedure that we've proposed in the sale

14  motion similarly, or similar to the ones we've used in prior

15  sales where we have the right to send notices to parties, if

16  in the event another person wins the auction and they as

17  part of their winning bid determine that they want to assume

18  and assign agreements, then we can send notice,

19  individualized notice to the parties whose contracts are up

20  for assumption and assignment with a proposed cure and we

21  can do that without having to bring individualized motions

22  before the Court.

23         So again, this is a procedure we've used in prior

24  sales for clean up contracts along the way.  We found it

25  works well and it's less burdensome to the Court yet the

1  parties, counter parties are also getting notice of the

2  proposed assumptions and assignments.  So we propose again

3  to add that in to the process.  But as far as the stalking

4  horse bid, we won't have that under this term and it's not

5  clear that any potential bidder would ask for any contracts

6  to go to them.  We put it in just as an abundance of

7  caution.

8         Finally, as I mentioned up front, we have

9  proposed filed under seal a side agreement among the sellers

10 in connection with the sale that deals with some of the

11 potential costs and liabilities with the sale that in

12 furtherance of the sale and so that the sellers all can feel

13 comfortable agreeing to the sale, they negotiate in good

14 faith a way of sharing responsibility similar in spirit to

15 what we've done in prior sales and we seek approval of that

16 at this time.

17         As far as objections, we have no objections filed

18 in the United States before the U.S. debtors.  As I

19 mentioned, we've had some inquiries regarding licenses, but

20 no one that I'm aware of intend to raise those in the U.S.

21 Court and certainly no one filed formal objections in the

22 U.S. Court at the hearing.

23         In Canada, as indicated on the agenda letter,

24 there are two former employees who filed or submitted

25 letters and the Canadian debtors have responded to those.

1   There was another reply received over the weekend.  We'll

2   allow Ogilvy and the Canadian debtors to address those

3   issues, but just so the Courts are aware that that is one of

4   the things that Canada will be addressing.  I believe that

5   we view it as premature at this hearing to the extent the

6   claims have merit at all, but obviously will defer to Canada

7   to address those.

8            With that, I propose we have Mr. George Riedel,

9   Chief Strategy Officer in the courtroom.

10           THE COURT:  Yes.

11           MS. SCHWEITZER:  As well as, Mr. David Descoteaux

12  who is the Managing Director at Lazard.  And given the

13  absence of the objections, I would propose to proffer their

14  testimony in support of the relief being sought today unless

15  there's any objection.

16           THE COURT:  Does anyone object to a proffer?

17                (No audible response.)

18           THE COURT:  All right, hearing no one, you may

19  proceed then.  Thank you, Ms. Schweitzer.

20           MS. SCHWEITZER:  Thank you, Your Honor.  So to

21  start with Mr. George Riedel who's the Chief Strategy

22  Officer of Nortel.  As I said, he's in the courtroom today.

23           THE COURT:  And I have his declaration as well.

24           MS. SCHWEITZER:  Right.  And if he was called to,

25  he would be prepared to testify as follows.

1              First, he's the Chief Strategy Officer of Nortel.

2    He's also employed by NNI directly.  And his

3    responsibilities include the oversight of various corporate

4    strategy, MNA activity and business development generally.

5    He's been very familiar and actively involved in all the

6    prior sales, major sales of the company including the sales

7    of all the business lines and has either testified or his

8    testimony has been proffered at many of the prior hearings.

9              THE COURT:  Yes.

10             MS. SCHWEITZER:  Well all know him well.

11             THE COURT:  Yes.

12             MS. SCHWEITZER:  So in similar to the prior

13   proceedings, he also oversaw the sale process for the patent

14   assets and has been involved throughout the process.

15             If Mr. Riedel was called, he would testify that

16   that the assets being sold essentially consist of all

17   Nortel's remaining patent assets.  There's some other

18   related assets along with it.  But it includes 6,000 U.S.

19   and foreign patents and patent applications spanning a wide

20   variety of areas touching nearly every aspect of

21   telecommunications and additional markets such as internet

22   search and social networking and other areas.

23             Mr. Riedel would testify that the debtors believe

24   that the potential purchase price that could be realized

25   from the sale of assets would decline over time.  They are

1  by definition in some level a wasting asset.  And that it's

2  in the debtors' interest to sell, to sell now, and to

3  consummate the sale quickly.  And that this process is going

4  to be the best way to maximize the value for the debtors'

5  estates.

6              As far the plans to divest, they touch back to

7  early May 2010.  The debtors have worked on potential

8  alternatives for monetizing the patent assets.  There's been

9  a lot of press leading up to this date.  Originally, the

10 debtors reached out to or identified 105 potential

11 counterparties who might be interested in the sale and sent

12 teasers to 95 potential counterparties.  Of those, that

13 resulted in 40 companies showing up, signing non-disclosure

14 agreements and accessing the electronic data room.  So

15 there's been a healthy development of potential interest

16 over a long period of time for these assets.

17             In addition, Nortel management and advisers gave

18 several presentations to interested parties in order to

19 further build up the interest in a sale.  All of that

20 ultimately led to the signing, negotiation and signing of

21 the stalking horse agreement with Ranger, Inc., and its

22 affiliate Google, Inc.

23             Mr. Riedel also would testify that he's familiar

24 with the asset sale agreement.  And that, in fact,

25 substantially all the residual patents are being sold and

1    that the terms as I've described are a headline price of

2    $900 million with the $45 million escrow and the related

3    break fees being proposed.

4           Mr. Riedel would also testify that he's aware of

5    and was involved in the negotiation of the license rejection

6    procedures and that, in fact, Nortel has worked diligently

7    to identify the licenses that we know about for the residual

8    patents, but it is in the interest of the debtors to propose

9    these rejection procedures to give comfort to purchasers in

10   order to again, maximize the value that purchasers are

11   willing to offer for the assets.

12          In addition, Mr. Riedel is familiar with some of

13   the ancillary agreements negotiated with respect to the sale

14   agreement.  There's a closing date license agreement where

15   Ranger, Inc., or the purchaser would give back a license to

16   Nortel to operate its remaining businesses through the wind

17   down.  There's an assumption agreement to be entered into by

18   the purchaser to assume certain obligations under the CDMA

19   IPLA, IP license agreement that comes out of a provision in

20   the Canadian sale order from that sale.

21          Also, that there are provisions in -- or proposed

22   provisions in the sale order, what we call the withering

23   provisions with respect to the debtors' obligations under

24   its existing cross licenses and outbound licenses where we

25   would not amend/extend or use our discretion to further keep

1  those licenses alive.  Obviously, not to actually amend them

2  to cut them back, but that we're not going to further them

3  after the sale.   And that there's a power of attorney being

4  proposed in connection with that to be given to Ranger,

5  Inc., so that they, too, can enforce those protections.  And

6  that's all described in the proposed sale order not for

7  today, but for June 30, hopefully.

8                    THE COURT:  Um-hum.

9                    MS. SCHWEITZER:  Finally, Mr. Riedel would

10  testify that it's important to keep certain the specific

11  information regarding the identity of the counterparties and

12  certain of the schedules to the sale agreement under seal as

13  they contain competitive information, sensitive information

14  that's important to disclose to the purchaser in its

15  essential parts of the sale, but also would cause Nortel

16  harm if we were forced to disclose them publically.

17                    Finally, Mr. Riedel would suggest that the

18  bidding procedures that have been negotiated with Google

19  then Ranger, Inc., and it's counsel were done at arm's

20  length, in good faith, and that they're reasonable and also

21  similar to the protections we've given other people before.

22  And that they're also in furtherance of using a stalking

23  horse bidder.  There are things that are required by a

24  stalking horse bidder.  And that it's in the debtors'

25  interest to have a stalking horse bidder in place in order

1  to create a floor for other bids coming in and a starting

2  point for negotiations of a contract with any parties and

3  obviously other parties are asked to bid against this

4  contract and not their own contract.

5       Mr. Riedel also would testify that the size of

6  the break fees and expense reimbursements being proposed is

7  reasonable in his view based on his experience in the prior

8  sales and also what he thinks would adequately protect the

9  purchaser.

10       And finally, Mr. Riedel is generally familiar

11  with the intercompany side agreement and he, too, can say

12  that it was negotiated in good faith, but it too, should be

13  sealed as it contains competitive information that is best

14  kept between the estates rather than potential bidders.

15       So with that, that would be the proffer of Mr.

16  Riedel that I'd offer to the Court.  Again, he's available

17  for cross examination unless anyone has further questions or

18  objections.

19       THE COURT:  Anyone interested in cross examining

20  Mr. Riedel?

21            (No audible response.)

22       THE COURT:  All right, hearing no one, his

23  proffer is admitted into evidence.

24       MS. SCHWEITZER:  Thank you, Your Honor.  Finally,

25  we have the proffer of Mr. David Descoteaux who is the

1  Managing Director at Lazard.  And Mr. Descoteaux again is

2  present in the courtroom and if called to testify, he's

3  prepared to testify today.  If called to testify, he would

4  testify that he's been employed by Lazard since 1999.  Has

5  prior experience as an advisor prior to that time as well.

6  And that Lazard was retained by Nortel as a restructuring

7  advisor in January of 2009 and has been active in helping it

8  with the prior sales as well.  Has been involved in the

9  patent sales and the leading up to the Ranger, Inc., bid

10  being made.  Mr. Descoteaux previously testified also in the

11  GSM sale transaction.

12          Mr. Descoteaux if called to testify, would

13  testify that he and Lazard as part of developing this bid

14  and exploring options for the monetization of the Nortel

15  patents have considered the value of the ability to sell the

16  patents and other potential alternatives and ultimately

17  recommend that this is the best way of pursuing value off of

18  the patents right now and it's in the debtors' best interest

19  for pursuing this sale, pursuing the sale at this time, and

20  on the proposed terms.

21          Mr. Descoteaux could again give the testimony

22  that Mr. Riedel had just offered regarding the history of

23  solicitation of the divestiture in terms of that it started

24  in May 2010, the number of people that have been contacted,

25  and that it's been a vigorous process throughout, and it

1   ultimately led to a substantial negotiation with Google,

2   Inc., then Ranger, Inc., on the terms that ultimately led to

3   be the stalking horse sale agreement.  As a basis for that,

4   Mr. Descoteaux would testify that he doesn't know of any

5   facts that would cause it not to be an arm's length

6   transaction and he's supportive of the sale.

7           Again, Mr. Descoteaux like Mr. Riedel could

8   testify that the highest and best value would be achieved

9   through this auction process and particularly used as a

10  stalking horse bidder.  And that in his experience as a

11  financial advisor and in this case and generally, that the

12  bidding protections involved and proposed are reasonable in

13  terms of the dollar amounts being proposed and in terms of

14  their inducing other people into the process and what

15  Ranger, Inc., required as a result of this process.  And in

16  the same way the bidding procedures as I've said are similar

17  to those before Mr. Descoteaux as well in support of the use

18  of these bidding procedures and thinks that they'll further

19  the auction process.

20          So with that, I would offer Mr. Descoteaux's

21  testimony unless again there are questions or objections or

22  anyone would like to cross examine him.

23          THE COURT:  All right.  Thank you, Ms.

24  Schweitzer.  Does anyone wish to cross examine Mr.

25  Descoteaux?

1                (No audible response.)

2                THE COURT:  Again, hearing no one, Mr.

3   Descoteaux's proffer, the proffer of his testimony is

4   admitted.

5                MS. SCHWEITZER:  Thank you, Your Honor.  With

6   that, I think it's time to turn it over to Canada.  The one

7   thing I would do without trying to jump the gun, but just so

8   you have it in front of you for consideration is to hand up

9   the revised order and bidding procedures.

10               THE COURT:  Yes, yes, thank --

11               MS. SCHWEITZER:  May I approach?

12               THE COURT:  Please Ms. Schweitzer, thank you.

13   Before we turn it over to Canada, does anyone else in the

14   courtroom wish to be heard?

15                   (No audible response.)

16               THE COURT:  All right.  All right, Mr. Justice

17   Morawetz, it's back to you, sir.

18               JUSTICE MORAWETZ:  Thank you, Judge Gross.  Ms.

19   Stam.

20               MS. STAM:  Good morning, Your Honor.

21               JUSTICE MORAWETZ:  Good morning.

22               MS. STAM:  Good morning, Judge Gross.

23               THE COURT:  Good morning.

24               MS. STAM:  We are here today for the same reason

25   as they are in the U.S., the approval of the sales process

1    for Nortel's residual patent portfolio and related relief

2    which includes approval of the stalking horse agreement

3    entered into with Ranger, Inc., for the purposes of

4    conducting the sales process which also includes the

5    specific approval of a breakup fee and expense

6    reimbursement, approval of Canadian license rejection

7    procedures which as Ms. Schweitzer indicated are being

8    entered into jointly with the U.S. procedures, but are

9    slightly different due to the different laws in the two

10   jurisdictions and I'll go through those in a bit.  The

11   approval of the side agreement which we've entered into with

12   the other sellers relating to interstate matters in which

13   was filed under seal with the sixty-third monitor's report.

14   And then a request for sealing certain exhibits and

15   appendices to the report and to some of the service

16   exhibits.

17           In terms of everyone who's in the courtroom

18   today, it's a full courtroom, I don't believe there's any

19   opposition with the possible exception of Mr. Steer [ph] who

20   I'm not sure if he's attending or not, but who had filed a

21   letter which I've handed up this morning and we can go

22   through that correspondence.

23           JUSTICE MORAWETZ:  Mr. Steer, this is Mr. David

24   Steer, are you in the courtroom?  Mr. Registrar, if you

25   could go outside and see whether Mr. David Steer is outside?

1    Thank you.

2            MS. STAM:  Your Honor, also Mr. Pasquerella just

3    rightly pointed out, Mr. Strazinsky [ph] filed a letter in

4    support of Mr. Steer.  Also, I handed that one up also.  I

5    also do not believe that he is in the courtroom today.

6            JUSTICE MORAWETZ:  All right.  That's Dr. Leo

7    Strazinsky.

8            MS. STAM:  Yes.

9            JUSTICE MORAWETZ:  And when the deputy comes

10   back, we'll have him go out and try to find Dr. Strazinsky

11   as well.

12           MS. STAM:  Okay.  In addition to that, there are

13   a few other parties who I'm sure are going to be speaking

14   today and perhaps reserving some rights and I will try to

15   address those preemptively in my submissions and hopefully

16   address a lot of the concerns, but there will probably be a

17   few other people speaking.

18           JUSTICE MORAWETZ:  The one thing I also want to

19   cover is the past it has been quite clear where the money is

20   going by way of deposit and then further on in the, I think

21   the black box has been what has been referred to the past,

22   but I don't see any obvious reference to that and it may be

23   in a side agreement, but if you could cover that as well.

24           MS. STAM:  I believe the plan is for it to go

25   into "black box" like the other transactions.  I thought

1   that it was addressed in the --

2               JUSTICE MORAWETZ:  I may have just missed it

3   then.

4               MS. STAM:  -- Paragraph 82 of the monitor's

5   sixty-third report.  Similar to past reports, it discusses

6   the proceeds.

7               JUSTICE MORAWETZ:  All right, thank you.

8               MS. STAM:  So, Your Honor, I don't propose to go

9   through the -- all of the terms of the sale agreement.

10  Suffice to say this is a significant portfolio for us to be

11  selling and we're very happy to have entered into the

12  stalking horse agreement with Ranger, Inc., for the purchase

13  price of $900 million.  I guess the two commercial terms

14  that I would point out to Your Honor are the --

15              JUSTICE MORAWETZ:  And that's in U.S. funds,

16  regrettably this time.

17                          (Laughter)

18              MS. STAM:  It is in U.S. funds.  The $900 million

19  purchase price is subject to as Ms. Schweitzer alluded to a

20  $45 million indemnification escrow which is with respect to

21  certain claims that they -- that the purchaser may claim

22  back against the sellers as certain of the reps survive for

23  one year post closing.  The full details are set out at

24  Paragraph 30 of the monitor's report.  Mr. Pasquerella can

25  speak for the monitor, but the applicants and the monitor

1  set out in this Court and have considered the commercial

2  utility of that term and believe it to be reasonable.

3          Similarly, there is a breakup fee and expense

4  reimbursement for a total of $29 million, approximately 3.2

5  percent of the purchase price.  Again, this is comparable to

6  other deals in these proceedings.  The applicants believe it

7  to be reasonable and the monitor has also provided his

8  recommendation in his report.

9          Beyond that, there are a number of a balances in

10  the agreement.  And the agreement in any negotiation has

11  attempted to address both the purchaser's need and

12  requirement for certainty on things like licenses and the

13  scope of the assets and the scope of the diligence that the

14  sellers have provided in their disclosure schedules and the

15  reality that the applicants and the other sellers are

16  insolvent in the proceedings.  And so we believe that we've

17  done and the Nortel team has done a great job in terms of

18  the diligence in coming up with the schedules in negotiating

19  the terms of the agreement, but there are provisions of the

20  agreement that do account for in the event that, excuse me,

21  that there are things that are discovered after the signing

22  of the agreement.  And the most significant one would be the

23  licenses.

24          And I recognize that walking through the

25  agreement that a number of the definitions and the

1    provisions are very complicated and that's been pointed out

2    to me by a number of counsel in the room.  But perhaps to

3    dumb it down hopefully not too much, the purchaser has

4    agreed to take the patents subject to outbound and cross

5    licenses that have been granted, as well as, commercial

6    licenses which is a very lengthy definition and gets into a

7    number of things, but it, you know, but which the Nortel IP

8    team and we are familiar with and are working with other

9    people to explain, as well as, intercompany licenses that

10   we've granted that are being used for example in the

11   connection with the wind down of various subsidiaries around

12   the world.

13           And there is a distinction here between taking

14   subject to licenses and taking assignment of those

15   agreements.  And as Ms. Schweitzer pointed out, there are no

16   agreements that are contemplated as being assumed and

17   assigned by the purchaser right now with the one exception

18   of the Ericcson CDMA license which is required to be assumed

19   and assigned by the -- pursuant to the CDMA approval and

20   vesting order that was granted back in 2009.

21           And so what we're doing is we're selling the

22   assets subject to these licenses, but the agreements

23   themselves are staying with Nortel.  And so for example, on

24   a cross license where there are rights going out to a party

25   and rights coming back into Nortel on another party's IP,

1    that those corresponding rights back in aren't being

2    transferred, it's just that the rights that were granted out

3    are being -- are continuing the patents.

4           And while Ranger has negotiated or we've

5    negotiated with Ranger for the patents to be sold subject to

6    these interests, it is necessary and commercially reasonable

7    that there be a known universe of license -- of what the

8    interests that are being sold on the patents are.  And so in

9    order to give Ranger the comfort of certainty, as much

10   certainty as we can, we creatively came up with what are

11   being referred to as the license rejection procedures.  And

12   they are not intended to affect or impact or terminate any

13   rights on people that we know about, who we've disclosed to

14   Ranger about.  They're meant to flesh out anyone who has an

15   outbound or cross license with Nortel who for whatever

16   reason we don't know about despite all of the best due

17   diligence that's been done for the several months.  And for

18   those people to come forward prior to the deadline and

19   assert their license.

20          And the process that is being proposed is largely

21   similar to the one in the U.S., but it is a bit different

22   because we do not have 365(n) of the code.  There's nothing

23   in the CCAA that we're subject to that deals with the

24   rejection or termination of license agreements.  And so

25   we've set it up a bit like a claims process and it

1    contemplates a date by which people must come forward and

2    file an objection notice and file their agreement.  And in

3    the event that they do that, their license will go through

4    the patents if it's a valid license.  It could be that

5    there's a dispute on whether there's a valid license, in

6    which case we'll have to come back to Your Honor.

7            And also, there are some -- there are remedies

8    that the purchaser has vis-a-vis the sellers, not

9    necessarily vis-a-vis a counter party that comes forward in

10   the event that there are significant licenses that come

11   forward between now and the bar date which is June 6.

12           There are a number of carve outs out of the

13   procedures and I think that the inquiries we've been getting

14   to date have really been partly due to the confusion what

15   all of these carve outs out and as I alluded to you, there's

16   a concept of commercial licenses in the agreement which is

17   very long and complicated and really you need to be an IP

18   person in order to understand all the intricacies of it.

19           And so in part to address and pre-empt a lot of

20   concerns that people may have, we've set up a hotline and in

21   the U.S. they'll set up a hotline and there will be a lot of

22   real time inquiries and dialogues going on between people as

23   to what is a commercial license, what falls into the

24   category of a commercial license, and whether people need to

25   be filing an objection notice prior to the June 6 bar date.

1            I know that Ms. Seigel is here today and I

2    believe she's one of the people who will be speaking about

3    this process.  She represents two licensees and reserving

4    her rights to continue a dialogue as to the extent of the

5    licenses that her clients may have.  And we're content to do

6    that.  We're happy to do that.

7            Obviously, the dates are very important to us and

8    the procedures themselves being approved are very important

9    to us, but we recognize that this is a fluid process in

10    terms of the dialogue and ultimately at the end of the day

11    if an objection notice is filed and there's not an agreement

12    on how it gets resolved, we'll be back before Your Honor or

13    be back before a joint hearing.

14            What happens if someone doesn't file an objection

15    notice prior to the deadline and has a license is that

16    effective as of the closing date, their license interest

17    will be deemed terminated and it will not continue through

18    to the patents and they would have the right to file a claim

19    in Canada as a restructuring claim and that would be 30 days

20    after the closing deadline.  And, of course, these are

21    things that are difficult to notice because as Ms.

22    Schweitzer said, these are people that we don't know about

23    and who haven't come forward.  However, they would have a

24    right to file a claim in the estate.  And we're quite

25    hopeful that if all issues if any are resolved prior to that

1  time, but in the event that there are licenses that are

2  deemed to be terminated, they will become restructuring

3  claims.

4          JUSTICE MORAWETZ:  Well, do I take it that this

5  whole process is set out in this proposed license objection

6  agreement?

7          MS. STAM:  It is set out in the draft form of

8  order.

9          JUSTICE MORAWETZ:  Um-hum.  Can you tell me how

10  this concept of reservation of rights enters into something

11  that's the subject of an order today?

12          MS. STAM:  Well I believe that the reservations

13  of rights and Ms. Seigel can speak to it directly is not to

14  the procedures themselves, but just to ensure that everyone

15  is willing to continue a dialogue with her clients in

16  particular as to what their license rights are or may be and

17  whether they constitute known licenses, unknown licenses, or

18  commercial licenses.  Ms. Seigel always has -- clients

19  always have the option of filing an objection notice prior

20  to the bar date.  So I don't see there being any prejudice

21  there.

22          JUSTICE MORAWETZ:  Thank you.

23          MS. STAM:  And, Your Honor, in connection with

24  that, we have done a fair amount of notice already.  We have

25  served both this motion and the approval and vesting motion

1   on the normal service list, as well as, all of our list of

2   known licensees.  It's been served widely in the U.S. also

3   and we've served on as many of our affiliates as we've been

4   able to.  And there are extensive affidavits of service that

5   have been filed in support of all of the efforts that have

6   been undertaken with respect to service in that regard.  We

7   felt that it was best to serve people early as far in

8   advance of both motions as possible.

9           We also will be as Ms. Schweitzer indicated,

10  we've developed a form of joint publication notice and joint

11  known licensee notice and joint notice of sale.  And each of

12  those notices will be published or sent out inside of the

13  materials.  The joint notice of sale will be sent out by the

14  U.S. debtors' service agent.  But to parties in -- for the

15  Canadian applicants, as well as, the U.S. debtors and the

16  publication notice will be published in I think four

17  national newspapers.

18          The bidding procedures are substantially similar

19  to those in past Nortel sales and Ms. Schweitzer set out the

20  dates, but very quickly again, they contemplate a bid

21  deadline of June 13 and then an auction starting on June 20.

22  And everything going well, there is a joint hearing that has

23  been set up for June 30 and that would be for this U.S. sale

24  motion and the Canadian approval and vesting order.  The

25  dates as usual have been in negotiation, but we believe

1    their reasonable in the circumstances and the monitor has

2    provided its recommendation also.  I do believe that there

3    is -- when Mr. Kent is here and they -- he intends to make a

4    few submissions with respect to the bidding procedures, but

5    I don't believe that there's any objection with respect to

6    the bidding procedures themselves.

7            And, Your Honor, unless you had any other

8    questions about the materials or the transaction, the only

9    other thing I intended to address in substance were the --

10   was the correspondence filed by Mr. Steer and Mr.

11   Strazinsky.  There isn't really any evidence before Your

12   Honor besides the letters, the two letters, and then in our

13   response and Mr. Steer's response from last night.  And I

14   can summarize it in this fashion.

15           My understanding is that these two individuals

16   are former Nortel employees who were inventors for Nortel.

17   They are included in the Kosky group and again to my

18   knowledge have not opted out of representation.  And the

19   crux of their claims seems to be that they have claims as

20   inventors due to the fact that they will not be receiving

21   full benefits or pension amounts in light of Nortel's

22   insolvency.  The details of which, I don't know of any

23   specific details as to specific things that have -- that

24   they have been denied other than I know generally, I think

25   it can be noted generally as to what has happened with

1  pensioners and other former employees in connection with

2  past motions in these proceedings.

3        JUSTICE MORAWETZ:  Is there any suggestion that

4  they're taking some sort of proprietary position with

5  respect to these patents?

6        MS. STAM:  The extent of the claim that we -- the

7  extent of our knowledge of any claim that they are asserting

8  is set out in those letters and they -- it does appear to

9  imply that there is a proprietary claim as an inventor.  And

10  for a number of reasons, we disagree with that position.

11  And I guess as a first step, our view is that the opposition

12  that they've raised or any complaints that they have are

13  really best dealt with at the approval and vesting motion

14  because that is an vesting order that will operate to

15  extinguish rights in the assets themselves, whatever rights

16  they may be.  And it is that motion where we will discuss

17  what interests are to be vested out of the assets

18  themselves.

19        But preliminarily on a -- just in a response and

20  as we set out in our letter last Thursday, we disagree on

21  the substance with the allegations that have made -- it's

22  clear that there were employment agreements and assignment

23  agreements that were executed with these individuals wherein

24  they assigned their rights and their inventions over to

25  Nortel and those agreements haven't been terminated or

1   repudiated and I indicate as much in my letter April 28.

2         And further, you know, while we're very

3   sympathetic to their situation, these claims are really

4   compensation claims and should be dealt with in accordance

5   with both the settlement agreement that was entered into

6   last year, as well as, the compensation claims process when

7   it gets started.

8         Ms. Filapod [ph] is here on behalf of the former

9   Nortel employees today and I believe she intends to make

10   some motions.  And I don't believe that they are supportive

11   of Mr. Steer's or Mr. Strazinsky's position.  But in any

12   event, our view is that the issue if it is to be dealt with

13   at all on a formal opposition should be addressed on the

14   approval and vesting motion as opposed to this motion today.

15         JUSTICE MORAWETZ:  Thank you.

16         MS. STAM:  And just very briefly to close the

17   loop, Your Honor.  We have entered into a side agreement

18   which deals with various cautionary matters and interstate

19   matters.  And there's a number of things that are sensitive

20   and commercial in it due to some of the costs that we've

21   addressed and so we filed the entire thing under seal and

22   ask for it to be sealed, approved and sealed.

23         JUSTICE MORAWETZ:  Is that part of these two big

24   volumes?

25         MS. STAM:  Yes.

1          JUSTICE MORAWETZ:  Okay.  We'll add Appendices B,

2    G, and H to the monitor's report.

3          UNKNOWN MALE SPEAKER:  It's at Tab 4, Your Honor.

4          JUSTICE MORAWETZ:  Tab 4, then.

5          UNKNOWN MALE SPEAKER:  Employee 2.

6          JUSTICE MORAWETZ:  Thank you.  All right.

7          MS. STAM:  And then as in the past, we are asking

8    that the schedules and exhibits today and ask they be

9    sealed.  They contain commercial information much like the

10   past deals, including the identification of licensees and

11   other insensitive information.  And similarly, we're asking

12   for certain of the exhibits to the supplemental affidavits

13   of service to be sealed again because we did much more

14   extensive noticing and effectively to disclose the schedules

15   to the affidavits of service would be to disclose certain

16   schedules to the stalking horse agreement.  So we're asking

17   for those to be sealed also.

18         JUSTICE MORAWETZ:  Okay.  Just so that I'm clear

19   is that separate from these two big volumes of --

20         MS. STAM:  No, I believe that it is contained

21   within --

22         JUSTICE MORAWETZ:  All right, so --

23         MS. STAM:  -- one of the two big volumes.

24         JUSTICE MORAWETZ:  Thank you.

25         MS. STAM:  And, Your Honor, unless you have any

1    further questions, those are my submissions.

2              JUSTICE MORAWETZ:   Thank you.   Ms. Filipod?

3              MS. FILIPOD:   Thank you, Your Honor.   Good

4    morning and good morning, Judge Gross.

5              THE COURT:   Good morning.

6              MS. FILIPOD:   I'm Susan Filipod here on behalf of

7    the former employees of Nortel and the disabled employees of

8    Nortel.

9              We are familiar with Mr. Steer's claims as they

10   appear in his correspondence that you have before you.   We

11   have considered those claims and advised our clients in

12   respect of them.   I think it's suffice it to say that we are

13   satisfied that the claims an interests of the inventors are

14   going to be dealt with ultimately in the compensation claims

15   procedure as unsecured claims for various compensation

16   pieces that will be claimed against the estate.   We've got

17   the pension claim, benefits claim, a number of other related

18   sorts of compensation claims, and the interest that Mr.

19   Steer claims, the proprietary interest that Mr. Steer claims

20   in the patents is not one that we support.

21             So we are in support of the motion before you

22   today for approval of the bid procedure and the auction

23   procedure.   Thank you.

24             JUSTICE MORAWETZ:   Thank you.   Ms. Seigel?

25             MS. SEIGEL:   Thank you, Your Honor.   Good

1   morning, Judge Gross.  As has been telegraphed, our concerns

2   don't relate to the sales process itself and are more

3   focused on the license rejection procedures that are being

4   proposed.  These concerns are being raised because there is

5   much information which is being held confidential and has

6   not been disclosed as part of this process, making it very

7   difficult for clients such as mine to determine how the

8   process is going to impact on them.  And in appearing before

9   you today, I'm here on behalf of both AT&T and Alcatel-

10  Lucent, each of which has license rights that may relate to

11  some of the patents in question.  I say maybe because we

12  don't know which patents are involved in this process yet.

13          Nortel has chosen a process that is going to put

14  upon third parties claiming license rights under things

15  called transfer patents, specified UK patents, or jointly

16  owned patents other than scheduled licenses, commercial

17  licenses, and certain intercompany licenses the obligation

18  if they're not scheduled as a known claimant to come forward

19  and indicate that they have license rights.

20          And while at first the process seems simple, the

21  only point we make today is that the schedules that -- to

22  the stalking horse agreement that help you understand which

23  patents and license rights involved have been filed on a

24  confidential basis, I think they're called the sellers

25  disclosure schedules and those include what will I think be

1   the universe of transfer patents, specified UK patents,

2   jointly owned patents.  And as well, known licenses are

3   defined as including cross licenses and outbound license --

4   or cross license agreements and outbound license agreements

5   which are also defined in an annex which then references

6   back to the seller's disclosure schedules.  And as Ms. Stam

7   has already kindly pointed out, the definitions are

8   complicated and they will take come people other than me to

9   review with IP expertise, but also the business people at

10  the various units because you can't read these definitions

11  as a lawyer and understand what they mean, you then have to

12  tie it into the business relationships.

13          So none of this, none of these comments are

14  addressed to suggesting the process should be different,

15  although we would have preferred perhaps if they had adopted

16  the provisions that are now in our CCAA under Section 32(6),

17  but that being said, that's not the way they're going.  And

18  in view of this, I want to just outline some of the

19  potential complications that might arise.

20          If you look at AT&T by way of example, its

21  predecessors and affiliates have been doing business with

22  Nortel for decades, well over 30 years.  They've made

23  purchases that probably total billions of dollars.  And what

24  they want to do as part of this process is work with Nortel

25  cooperatively, productively to ensure that the rights that

1    they think they have under licenses for which they paid

2    dearly will still continue after this transaction moves

3    forward.  And Nortel because it hasn't identified the patent

4    rights in question, we really can't come to Court and

5    intelligently comment on the proposed license rejection

6    process including the timing issues that are being proposed

7    in the context of what might be a relationship that has

8    spanned decades and decades.  And we will work with Nortel

9    to try to get the information.  And what we're here today on

10   behalf of each of the clients I represent is to just

11   telegraph that if for whatever reason there may be issues

12   that come out of that process, we may need to come back to

13   Court today.

14          In the case of Alcatel-Lucent in similar issues,

15   they received a notice of this hearing.  They have had

16   initial communications and they know that at least in

17   relation to certain other licenses, they're on the list of

18   known licenses.  But the one point I do raise is it's not

19   enough to be known to be a known licensee, you're going to

20   have to identify each and every agreement.  And when you

21   have a relationship that spans decades and decades, that's a

22   big process.  So we may be able to work with Nortel on

23   definitions and a process that's going to identify the

24   issues of concern to AT&T and Alcatel-Lucent, but again, I

25   raise the issue in the context of this is a lot of stuff.

1                Nortel sold the -- or Alcatel-Lucent purchased

2      the 3G business of Nortel in 2006.  We don't know what the

3      appraisement of that Alcatel's business is in North America

4      and of elsewhere in the world has had many reorganizations

5      of its own over the past 20 years.  So you're going to have

6      to go through -- it's going to have to go through records of

7      various entities to try to understand better help process

8      relates to it.

9                So as indicate prior to this hearing, I did reach

10     out to counsel for Nortel.  We've had a good discussion. I'm

11     hoping those discussions will continue and my clients are

12     motivated to try to deal with these issues on a consensual

13     business basis.  And to the extent they can't, the relief

14     I'm requested to request today from this Court would be an

15     endorsement on the record to provide that the making of an

16     order relating to the proposed license projection process

17     shall be without prejudice to AT&T or Alcatel-Lucent

18     returning to this Court --

19                JUSTICE MORAWETZ:  Well don't you always have

20     that right, Ms. Seigel?

21                MS. SEIGEL:  We do, but to do the extent which

22     this return to the Court -- we're not going to appeal this,

23     but we may need to have the license rejection process

24     modified or altered to deal with issues specific to AT&T and

25     Alcatel-Lucent.

1          JUSTICE MORAWETZ:  Well if you can work out

2    consensual language provide to the registrar during the

3    break.   To the extent that there is no consensus, the

4    comeback provisions and the scheduling issues that have been

5    in place since day one should provide sufficient comfort, I

6    would have thought.

7          MS. SEIGEL:  And that would be fine.

8          JUSTICE MORAWETZ:  You're -- you know, there is a

9    record.   Everybody's aware that this issue is out there.

10          MS. SEIGEL:  And we're not seeking to appeal, we

11   are -- we have every hope that this going to resolve in a

12   normal commercial way, but if not, we didn't want to not be

13   here today to telegraph these concerns because of the

14   relationships are so long and deep.   There are many, many

15   agreements.   There's many, many, many company relationships

16   that have to be reviewed as part of the process.   And as

17   long as that's understood, it may be well dealt with in the

18   objection process.   There's even a process to allow for

19   unknown licenses with consent of the parties, if it's built

20   into the draft order.   I understand that.   And it's possible

21   as part of all of that we can move forward, but I just -- as

22   long as that's acceptable.   And we will work to work on --

23          JUSTICE MORAWETZ:  Well my guess is there will be

24   an opportunity.   It's not going to be a lengthy opportunity

25   to put forth some language that the parties may be agreeable

1    to and if that's the case, provide it to the registrar

2    during the break and it may find its way into the

3    endorsement sealing which your objections are on the record

4    and --

5            MS. SEIGEL:  Thank you, Your Honor.

6            JUSTICE MORAWETZ:  And you have the 930's are

7    always available.

8            MS. SEIGEL:  Much obliged, thank you.

9            JUSTICE MORAWETZ:  Thank you.

10           MS. STAM:  Your Honor, I do want to respond to

11   Ms. Seigel.  I don't know if you want other people to --

12           JUSTICE MORAWETZ:  Let's hear everybody else

13   first then you can summarize all the problems that I should

14   be aware of.  Mr. Kent?

15           MR. KENT:  Thank you, Your Honor.  I appear for

16   an organization known as Norpax, LLC, which was organized by

17   a well known patent firm called RPX.

18           And we would note this morning with reference to

19   a consortium and some new rules in the bidding procedures

20   about how consortium could be bidders.  We might be one of

21   those parties and we've had some questions about how these

22   new procedures work.  In fairness to Nortel, they felt

23   constrained by the agreements they've signed in terms of

24   engaging with us on our questions and have asked us to wait

25   until after this hearing and after the Courts rule on the

1    motions and if appropriate, then engage with us on those

2    questions.

3           So I simply want to let Your Honor know this.

4    Are expectations, are questions can be dealt with through

5    discussion post hearing.  But if there was ever a problem,

6    we could come back and see you.

7           JUSTICE MORAWETZ:  If there's a problem, you know

8    where to find me.

9           MR. KENT:  Thank you, Your Honor.

10          JUSTICE MORAWETZ:  Thank you.  Mr. Pasquerella?

11          MR. PASQUERELLA:  Good afternoon, Your Honor, and

12   Judge Gross.

13          Your Honor, the monitor supports the relief being

14   sought by the applicants today.  The monitor has been and

15   will continue to be intricately involved in the sale process

16   and the related procedures.  The sixty-third report of the

17   monitor has been filed in support of the motion and outlines

18   the history of the sale process, the key terms of the Ranger

19   agreement which is attached as Appendix A and explains the

20   related license rejection procedures which if Your Honor

21   wants to note is that commences at Paragraph 49 in the

22   discussion.

23          We've also attached as various appendices in

24   particular C, E, and F, the notices associated with that

25   license rejection procedure.  I don't propose to go through

1  that in detail.  Your Honor's heard enough about it, but if

2  you have any questions, I'm happy to address to address

3  them.

4         JUSTICE MORAWETZ:  I'm sure your friends would be

5  very happy to have you go through all of those details.

6                   (Laughter.)

7         JUSTICE MORAWETZ:  Both here and in Delaware.

8         MR. KENT:  I'll take the hint.

9                   (Laughter.)

10        MR. KENT:  Your Honor, the report also goes on to

11 explain the license non-assignment and non-renewal

12 protections which in effect are meant to maintain the status

13 quo as it relates to licenses and that discussion commences

14 at Paragraph 57.  The report also attaches -- it has

15 Appendix I, the proposed bid procedures which have been

16 described accurately as being substantially similar to ones

17 that have been utilized on this file previously.  And

18 ultimately lead to the auction June 20.  That's Appendix I,

19 Your Honor.

20        We've also as Ms. Stam has indicated to you,

21 filed confidential material as Appendices B, G, and H, being

22 the exhibits to the sale agreement and disclosure schedule.

23 G being the affidavit of service of these known licenses,

24 Your Honor, which contain obviously the information with

25 respect to the counterparties in question and, therefore,

1    that commercially sensitive information is the reason why

2    the request is being made to have that information sealed.

3    The IP transaction side agreement, Your Honor, which

4    addresses the splitting of costs in respect to the Ranger

5    agreement between the estates is attached as Appendix I.

6    And again, that's being requested to be provided on a sealed

7    basis.

8            In summary, Your Honor, the monitor is of the

9    view that Nortel is acting in good faith to maximize the

10   value of its residual IP and the monitor recommends approval

11   of the Ranger agreement as a stalking horse and approval of

12   the bidding procedures including the potential payment of

13   the breakup fee and the expense reimbursement as reasonable

14   in the circumstances.

15           If I may, Your Honor, if I could address the --

16   you had an issue with respect to Dr. Steer's claim of

17   whether or not he was claiming a proprietary interest in the

18   material.  As Ms. Stam said, we have not had any direct

19   dialogue other than by correspondence and emails that you

20   have in front of you.  But I do note, Your Honor, in Dr.

21   Steer's original letter which is the April 26, 20011 letter,

22   if you have that?

23           JUSTICE MORAWETZ:  Yes, I do.

24           MR. KENT:  If you could turn to Page 10 of that

25   letter, Your Honor, which is reference -- which is in an

1  appendix, but the appendix is meant to address as Dr. Steer

2  has described it, some imperfections in his view with

3  respect to the patents and also importantly speaks to the

4  resolution, his proposed resolution, if you have Page 10,

5  Your Honor, under the heading resolution.

6              JUSTICE MORAWETZ:  Um-hum.

7              MR. KENT:  You will not that Dr. Steer indicates

8  and I quote, "The most complete resolution would be to make

9  whole to the satisfaction of each of the inventors, the

10  employee compensation plans that were in place at the time

11  the assignment contracts were signed or the inventor

12  terminated."  He goes on to describe some of the

13  deficiencies to date in respect to those compensation plans,

14  but in my respectful submission, Your Honor, that amounts to

15  a damages claim that I believe is being put forward.

16  Without getting to the merits which as Ms. Stam indicated

17  the company has full answer to, the monitor also supports

18  dealing with this at the time of the vesting order, but I

19  did want to bring that to your attention.

20              JUSTICE MORAWETZ:  I just raised it to -- just to

21  satisfy myself, but to the extent that they are compensation

22  claims, I do not regard that as the issue before me today.

23              MR. KENT:  And just in response to Ms. Seigel's

24  submissions, Your Honor, we'd be happy to spend a few

25  moments with Ms. Seigel at the break, however, Your Honor

1  will have noted that the rejection procedures themselves

2  contemplate the discussion that Ms. Seigel is speaking of in

3  terms of reservation of right, but also importantly speak to

4  an objection deadline after which if there is further

5  disagreement as between the company and the licensee in

6  question, Ms. Seigel being only one, that there's built into

7  that process the ability and the right to come back to Court

8  to seek adjudication.

9            So I'm not really sure about what the reservation

10  of rights are that we will be speaking about.  And certainly

11  from a timing perspective, it's important that the

12  timeframes that are being proposed be respected in order to

13  see us get to the proposed qualified bid date, bid deadline

14  date and then ultimately the auction.  But as I said, we'd

15  be happy to speak to Ms. Seigel in the break.

16            JUSTICE MORAWETZ:  And just I would caution you

17  that based on the lack of objection, my expectation is that

18  the administrative discussion between Judge Gross and I will

19  not take very long.

20                      (Laughter)

21            MS. KENT:  I think our discussions with Ms.

22  Seigel will parallel your timeframe.

23                      (Laughter)

24            JUSTICE MORAWETZ:  Thank you.

25            MR. KENT:  Thank you.

1          JUSTICE MORAWETZ:  Ms. Stam?  And there's no race

2   to the microphone.

3          MS. STAM:  Your Honor, I think Mr. Pasquerella

4   really covered in substance the response that I wanted to

5   make with Ms. Seigel -- to Ms. Seigel's submissions.  We are

6   like I said in my main submissions, we are happy to continue

7   the dialogue.  The deadline is important to us, but as I

8   said, it is always open for a party to file an objection

9   notice in which case that has built into it the concept of

10  coming back to Court anyway.

11         JUSTICE MORAWETZ:  Thank you.  Anybody have

12  anything further to add?

13                  (No audible response.)

14         JUSTICE MORAWETZ:  Judge Gross, that completes

15  the submissions here.  I would suggest that we take a brief

16  recess, perhaps about ten minutes.

17         THE COURT:  Yes.  Thank you, Justice Morawetz.

18         JUSTICE MORAWETZ:  Okay, thank you.

19         THE COURT:  And we'll stand in recess for

20  approximately ten minutes.

21             (Recess from 12:12 p.m. to 12:27 p.m.)

22         THE CLERK:  Please rise.

23         THE COURT:  Thank you, everyone.  Please be

24  seated.

25         JUSTICE MORAWETZ:  Ms. Seigel?

1          MS. SEIGEL:  We did speak over the break.

2          THE COURT:  All right.

3          MS. SEIGEL:  And there are other people that have

4  similar sentiments to those that I expressed and haven't

5  spoken before.  We were not able to agree on an endorsement.

6  Based on our understanding that if there is a problem with

7  respect to the license rejection process, we can come back

8  to Court to deal with it on a 930 motion.  I think that me

9  on behalf of my clients and the others who were speaking

10  before would be content with that.  But we do -- have not

11  agreed on wording for a particular endorsement to that

12  effect.

13          JUSTICE MORAWETZ:  Well that option is always

14  open for you.

15          MS. SEIGEL:  Thank you.

16          JUSTICE MORAWETZ:  And having disposed of that,

17  Judge Gross is going to deliver -- sorry?

18          MS. STAM:  Your Honor, just briefly.  Mr.

19  Rotsztain I believe he was here on behalf of Ranger.  In

20  light of Ms. Seigel's submissions he just wants to also make

21  a quick submission on the record.

22          JUSTICE MORAWETZ:  All right.  Go ahead.

23          MR. ROTSZTAIN:  Good morning, Your Honor, and

24  good morning, Judge Gross.  I'll be very brief.  The only

25  thing I wish to add is in view of what Ms. Seigel just said,

1  I just wanted to point out that the license rejection

2  procedures has a -- are in the draft order is effectively a

3  requirement of the agreement for the purchaser.  So I just

4  wanted to state for the record that if there's any

5  subsequent change in those procedures and hopefully there

6  won't be and the parties can just provide Ms. Seigel and

7  others the information they need.  But if there were a

8  change to the procedures as set out in the order that's

9  issued, then that does give rise to termination part on the

10  right of the purchaser.

11       So I felt it necessary to say that just to make

12  it clear that the purchaser is obviously not intending to

13  lose any rights it has under the agreement if in effect

14  there's a future change to the license rejection procedures.

15       JUSTICE MORAWETZ:  Thank you.  All right, Judge

16  Gross and I have had a procedural discussion and between the

17  two of us, he will deliver his ruling first, followed by the

18  ruling from this Court.  Judge Gross?

19       THE COURT:  Thank you, Justice Morawetz.  Before

20  the Court this morning and now this afternoon is the

21  debtors' motion for an order authorizing the debtors to

22  enter into a stalking horse asset sale agreement and

23  authorizing an approving bidding procedures and bid

24  protections, as well as, related relief.  The motion is

25  uncontested and I will approve the request and the motion.

1          Certainly, the sale of approximately 6,000

2    patents is a major sale for the debtors even given the

3    previous sales that the Court has heard and approved.  And I

4    find that this represents the reasonable exercise -- or the

5    exercise of the debtors' reasonable business judgment as the

6    *Abbotts Dairies* and the *Delaware and Hudson* cases require

7    and describe.  There is a sound business reason for the

8    sale.  One is the necessity to preserve the value of the

9    assets of the estate and that of course is the most

10   significant.  And as well this is an important step towards

11   the debtors' ultimate plan confirmation.

12          I find that the breakup fee and the expense

13   reimbursement are appropriate under the tests in this

14   circuit.  Of course that's primarily the *Abbotts Dairies*

15   decision.  It is a catalyst for what will hopefully be a

16   very active auction and it clearly sets a floor and a

17   helpful floor for the proposed sale of these patent assets.

18   It will benefit the debtors' estates.  And as a consequence,

19   I find that the breakup fees, the breakup fee I should say

20   and the expense reimbursement are appropriate and justify an

21   administrative expense under Section 503(b).  Clearly, the

22   amounts are reasonable given the size of the sale and fall

23   within the reasonable range which this Court applies for

24   breakup fees and expense reimbursements.  And I'll note that

25   the expense reimbursement of $4 million is up to $4 million

1  and has to be actual expenses.

2         The sale is -- the terms of the proposed sale are

3  fair and reasonable.  They were certainly exercised in good

4  faith and at arm's length.  The evidence in the proffers and

5  the declarations of Mr. Riedel and Mr. Descoteaux support

6  the Court's findings and I am certainly satisfied that the

7  bidding procedures will -- as well as, the stalking horse

8  asset sale agreement will provide a -- should provide for a

9  very active auction.

10         I similarly, will approve the side agreement and

11 permit the license rejection procedures.  The notice is

12 clearly appropriate and reasonable and as I started to say

13 or maybe said, the side agreement is also appropriate within

14 the same context as the Court is approving the bidding

15 procedures.  I also find that the exhibits to the motion, as

16 well as, the side agreement represent commercially sensitive

17 information and therefore I will approve the request that

18 those documents remain under seal.

19         The schedule, the proposed schedule is also

20 certainly a reasonable schedule and the notice clearly

21 defines what those key dates are.  In particular, the

22 auction date of June -- I'm sorry, the auction date of --

23         MS. SCHWEITZER:  June 20.

24         THE COURT:  -- June 20 and the sale hearing date

25 of June 30.  And the objection date for the license

1    rejection again are certainly satisfactory and reasonable

2    for parties to -- by which parties can object.  So

3    accordingly, the Court does approve the motion as requested

4    by the debtors.

5              MS. SCHWEITZER:  Thank you, Your Honor.

6              THE COURT:  Mr. Justice Morawetz.

7              JUSTICE MORAWETZ:  Thank you, Judge Gross.  The

8    following is normal endorsement in connection with this

9    motion.  This hearing was conducted by videoconference with

10   the companion motion being heard in the United States

11   Bankruptcy Court with His Honor, Judge Gross presiding over

12   the hearing in the U.S. Court.  This joint hearing was

13   conducted in accordance with the provisions of the cross

14   border protocol which has been previously approved by both

15   the U.S. Court and by this Court.

16             Nortel brings this motion for the approval of the

17   bidding procedures relating to the patent assets of Nortel

18   which cover approximately 6,000 Canadian, U.S., and foreign

19   patent applications.  It also seeks approval of the stalking

20   horse agreement and various -- among the various Nortel

21   entities and Ranger, Inc., an affiliate of Google, Inc., as

22   purchaser with the Nortel entities being the sellers.  The

23   stalking horse agreement provides for a breakup fee and

24   expense reimbursement.  The applicant also seeks approval of

25   certain notice of procedures, a license rejection procedure,

1    assumption and assignment procedures, as well as, a sealing

2    order to seal confidential Appendices B, G, and H to the

3    sixty-third report which also includes a side agreement

4    entered into by the parties.

5            The transaction, the service procedures, the sale

6    and bidding procedures, and the sale agreement including the

7    license rejection procedures are all described in detail in

8    the affidavit of Mr. George Riedel, R-I-E-D-E-L, Chief

9    Strategy Officer of Nortel sworn April 7, 2010.  And they

10   are also described in the sixty-third report of the monitor.

11   No objections were taken with respect to the relief

12   requested today.

13           The purchase price set out in the stalking horse

14   agreement is U.S. $900 million.  In addition, the stalking

15   horse agreement provides for a breakup fee of $25 million

16   which is approximately 2.8 percent of the total sale price.

17   There's also a provision for an expense reimbursement of up

18   to $4 million or .4 percent for a total of 3.2 percent of

19   the total purchase price.  The materials indicate that bids

20   are to be received by June 13, 2011 and the sellers to

21   conduct an auction on June 20, 2011, followed by a motion to

22   approve any transaction both in this Court and the U.S.

23   Court which hearing is tentatively scheduled for June 30,

24   2011.

25           With respect to the evidence in support of the

1   transactions, I refer to the conclusions of Mr. Riedel at

2   Paragraphs 44 to 47 of his affidavit.  The formal

3   endorsement will reflect those paragraphs being included.

4   The monitor has similarly provided extensive background to

5   the transaction and reports its analysis and recommendations

6   commencing at Paragraph 85 of the sixty-third report and

7   likewise those provisions will be included in the formal

8   endorsement.

9         The bidding procedures as proposed are not unlike

10  the bidding procedures which have previously been approved

11  by this Court in the sale of the CDMA business, the LG

12  business, the Enterprise Solution business, the Metro

13  Ethernet business, and the Servos business.  The proposed

14  breakup fee and the proposed expense reimbursement

15  agreements are in my view comparable to agreements

16  previously approved in these proceedings and in non-Nortel

17  proceedings.  The basis for the proposed breakup fee and

18  expense reimbursements are set out in both the affidavit of

19  Mr. Riedel and in the sixty-third report.

20        The issue before this Court is whether it is

21  appropriate in this case to approve the sale process.  As

22  with previous transactions, I'm satisfied that this Court

23  has the jurisdiction to authorize the sale agreement.  The

24  factors to consider in the absence of a plan of arrangement

25  have previously been considered in these proceedings and I

1   refer to my reasons reported at *in re: Nortel 2009, Can*

2   *39492, Paragraph 49.*  The facts are as follows:  One, is a

3   sale transaction warranted at this time?  Two, will the sale

4   benefit the whole economic community?  Three, do any of the

5   debtors' creditors have a bona fide reason to object to the

6   sale of the business?  Four, is there a better alternative?

7   In this case, the details of the transaction in the bidding

8   procedures establish the basis for the approval of a

9   stalking horse agreement.

10          I am satisfied having considered the factors

11  referenced above, as well as, the facts summarized in the

12  affidavit of Mr. Riedel and in the sixty-third report of the

13  monitor, that the applicants have met the test and am,

14  therefore, satisfied that this motion should be granted.

15  The bidding procedures, the stalking horse agreement, and

16  the license rejection procedures in the April 4, 2011 side

17  agreement are all approved, as well as, any ancillary

18  agreements.

19          I have also been satisfied that Appendices B, G,

20  and H of the sixty-third report contain information which is

21  commercially sensitive, the dissemination of which could be

22  detrimental to the stakeholders, and accordingly, I order

23  that this document be sealed without pending further order

24  of this Court.  In granting the sealing order, I've

25  considered the principals set forth by the Supreme Court of

1   Canada in the *Sierra Club* decision.

2           In approving the bidding procedures and the

3   stalking horse agreement, I've also taken into account that

4   the auction be conducted prior to the sale approval motion.

5   This process is consistent with the practice of this Court.

6   The Court expects that the applicants will make reference to

7   both the (indiscernible) and the Crown Trust principals at

8   any sale approval motion.

9           I have endorsed the record for oral reasons

10  given.  The motion is granted.  Ms. Stam is there a formal

11  order for me to sign?

12          MS. STAM:  There is Your Honor.  I have one very

13  small point with respect to your oral endorsement.

14          JUSTICE MORAWETZ:  Yes.

15          MS. STAM:  I believe that you made reference to

16  approval of assumption and assignment procedures in Canada.

17  Unlike the U.S. that gets this approved, we do not have any

18  formal assumption and assignment --

19          JUSTICE MORAWETZ:  That will be deleted.  That

20  was obviously an error and you can anticipate that this was

21  cribbed from a previous endorsement.  All right, are there

22  any changes to the formal order?

23          MS. STAM:  I've handed up a black line to the

24  version that was in the motion record.  The extent of the

25  changes are just to fill in bullets and few clean up

1  changes, no changes of substance.  I also have handed up a

2  very short separate order for the approval of the side

3  agreement as that was not in the bidding process order

4  itself.  Beyond that, there were no other --

5         JUSTICE MORAWETZ:  I'll just amend the written

6  endorsement which will now say orders have been signed in

7  the form presented.

8         MS. STAM:  Thank you, Your Honor.

9         JUSTICE MORAWETZ:  Thank you.  I think that

10  concludes the hearing.  I would ask counsel to meet in the

11  conference room to discuss some scheduling issues going

12  forth.  Thank you, Judge Gross.  I think that completes

13  matters here.

14         THE COURT:  Thank you, sir.  Good day to you all.

15         JUSTICE MORAWETZ:  Thank you.

16         THE COURT:  Thank you.

17         JUSTICE MORAWETZ:  I'll just take a moment, Ms.

18  Stam and sign these orders for you.

19         THE COURT:  Mr. Abbott?

20         MR. ABBOTT:  Your Honor, I think that concludes

21  matters here as well.  I would ask if Your Honor would be so

22  kind upon entry of the order to have it docketed as promptly

23  as possible.

24         THE COURT:  You bet.

25         MR. ABBOTT:  Thank you, Your Honor.

1              THE COURT:  And I think our order does make

2    reference to the side agreement, does it not, Ms.

3    Schweitzer?

4              MS. SCHWEITZER:  Yes, it does, Your Honor.

5              THE COURT:  Yes.  Very well, thank you.  I just

6    wanted to indicate one thing while we're here.  Justice

7    Morawetz and I did speak about a couple of scheduling

8    matters and relating to allocation and the EMEA claim.  And,

9    of course, we haven't decided whether those will proceed

10   separately or not, but we could agree on the weeks of

11   September 19 on the EMEA claim and for the allocation trial

12   the weeks of December 5 and 12.  Hopefully, that works for

13   counsel.  We did take into consideration holidays and that

14   sort of thing, as well as, Justice Morawetz's schedule and

15   other, you know, other pending matters.  So I don't think

16   that anybody is here today for the EMEA debtors, but I will

17   -- I think what I'll do under these circumstances is send an

18   email or something of that nature.

19             MR. BROMLEY:  Thank you, Your Honor.  We were

20   scheduled, I think to be in front of Justice Morawetz

21   tomorrow morning as well on a chambers conference.  Mr.

22   Hodara and I were actually going to leave --

23             THE COURT:  Oh, okay.

24             MR. BROMLEY:  -- from Court to go to Canada to

25   actually be there for tomorrow morning.  And we certainly

1   appreciate the effort that you and Justice Morawetz have put

2   in in terms of discussing the scheduling.  We will have to

3   coordinate with everyone and get back to you just to make

4   sure.

5           THE COURT:  Understood.

6           MR. BROMLEY:  And I know we are in front of you

7   on the 10th.

8           THE COURT:  Yes.

9           MR. BROMLEY:  With respect to the EMEA claims.

10  And at that point, I think we'll have a consolidated

11  reaction.  If you could give us that --

12          THE COURT:  Of course.  I won't enter any orders

13  in the meantime.

14                  (Laughter)

15          MR. BROMLEY:  Appreciate that, Your Honor.

16          MR. ABBOTT:  Thank you, Your Honor.

17          THE COURT:  Thank you.  Thank you, Counsel.  That

18  order will be docketed promptly.

19          MS. SCHWEITZER:  Thank you, Your Honor.

20          THE COURT:  I wish you all a good day.

21          MR. ABBOTT:  Thank you, Judge.

22          MR. BROMLEY:  Thank you, Your Honor.

23          THE COURT:  We stand in recess.

24      (Whereupon, at 12:44 p.m., the hearing was adjourned.)

25

1                          CERTIFICATION

2            I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____        2 May 2011
8    Traci L. Calaman, Transcriber                Date
9

| Word | Page:Line |
|------|-----------|
| **a.m**(2) 1:15  5:1 | |
| **abbott**(10) 1:24  5:7  5:9  5:20  5:22  63:19  63:20  63:25  65:16  65:21 | |
| **abbotts**(2) 56:6  56:14 | |
| **ability**(3) 11:14  24:15  52:7 | |
| **able**(3) 36:4  44:22  54:5 | |
| **about**(18) 7:6  13:8  13:10  13:10  15:1  21:7  32:13  32:14  32:16  34:2  34:22  37:8  47:20  47:21  49:1  52:9  52:10  53:16  64:7 | |
| **above**(1) 61:11 | |
| **aboveentitled** (1) 66:4 | |
| **absence**(2) 18:13  60:24 | |
| **abundance**(1) 17:6 | |
| **acceptable**(1) 46:22 | |
| **accessing**(1) 20:14 | |
| **accordance**(2) 39:4  58:13 | |
| **accordingly**(2) 58:3  61:22 | |
| **account**(2) 30:20  62:3 | |
| **accurately**(1) 49:16 | |
| **achieved**(1) 25:8 | |
| **acting**(1) 50:9 | |
| **active**(3) 24:7  56:16  57:9 | |
| **actively**(1) 19:5 | |
| **activity**(1) 19:4 | |
| **actual**(3) 9:8  13:6  57:1 | |
| **actually**(3) 22:1  64:22  64:25 | |
| **add**(4) 17:3  40:1  53:12  54:25 | |
| **added**(1) 12:1 | |
| **addition**(5) 11:16  20:17  21:12  28:12  59:14 | |
| **additional**(3) 10:15  12:12  19:21 | |
| **address**(11) 18:2  18:7  28:15  28:16  30:11  33:19  37:9  49:2  49:2  50:15  51:1 | |
| **addressed**(4) 29:1  39:13  39:21  43:14 | |
| **addresses**(1) 50:4 | |
| **addressing**(1) 18:4 | |
| **adequately**(1) 23:8 | |
| **adjourned**(1) 65:24 | |
| **adjudication**(1) 52:8 | |
| **adjustments**(1) 8:19 | |
| **admin**(1) 2:44 | |
| **administer**(1) 16:1 | |
| **administered**(1) 1:8 | |
| **administrativ**(4) 9:18  9:21  52:18  56:21 | |
| **admitted**(2) 23:23  26:4 | |
| **adopted**(1) 43:15 | |
| **advance**(1) 36:8 | |
| **advised**(1) 41:11 | |
| **advisers**(1) 20:17 | |
| **advisor**(3) 24:5  24:7  25:11 | |
| **affect**(1) 32:12 | |
| **affidavit**(5) 49:23  59:8  60:2  60:18  61:12 | |
| **affidavits**(3) 36:4  40:12  40:15 | |
| **affiliate**(2) 20:22  58:21 | |
| **affiliated**(1) 7:2 | |
| **affiliates**(2) 36:3  43:21 | |
| **after**(8) 14:20  22:3  30:21  34:20  44:2  47:25  47:25  52:4 | |
| **afternoon**(2) 48:11  55:20 | |
| **again**(26) 6:18  8:4  10:1  10:19  11:19  12:1  13:5  13:10  14:22  16:7  16:23  17:2  21:10  23:16  24:1  24:21  25:7  25:21  26:2  30:5  36:20  37:17  40:13  44:24  50:6  58:1 | |
| **against**(3) 23:3  29:22  41:16 | |
| **agenda**(1) 17:23 | |
| **agent**(1) 36:14 | |
| **agree**(2) 54:5  64:10 | |
| **agreeable**(1) 46:25 | |
| **agreed**(3) 9:19  31:4  54:11 | |
| **agreeing**(1) 17:13 | |
| **agreement**(64) 7:5  7:12  7:18  7:20  8:12  8:18  8:23  9:4  9:6  17:9  20:21  20:24  21:14  21:14  21:17  21:19  22:12  23:11  25:3  27:2  27:11  28:23  29:9  29:12  30:10  30:10  30:20  30:25  33:2  33:16  34:11  35:6  39:5  39:17  40:16  42:22  44:20  48:19  49:22  50:3  50:5  50:11  55:3  55:13  55:22  57:8  57:10  57:13  57:16  58:20  58:23  59:3  59:6  59:14  59:15  60:23  61:9  61:15  61:17  62:23  63:3  64:2 | |
| **agreements**(18) 16:12  16:18  20:14  21:13  31:15  31:16  31:22  32:24  38:22  38:23  38:25  43:4  43:4  46:15  47:23  60:15  60:15  61:18 | |
| **ahead**(1) 54:22 | |
| **akin**(1) 2:4 | |
| **alcatel**(2) 4:31  42:9 | |
| **alcatel's**(1) 45:3 | |
| **alcatel-lucent**(5) 44:14  44:24  45:1  45:17  45:25 | |
| **alive**(2) 11:22  22:1 | |
| **all**(46) 5:4  5:22  10:24  11:11  11:11  12:4  12:9  12:20  13:5  17:12  18:6  18:18  19:5  19:7  19:10  19:16  20:19  20:25  23:22  25:23  26:16  26:16  28:6  29:7  29:9  32:16  33:15  33:18  34:25  36:1  36:5  39:13  40:6  40:22  46:21  47:13  49:5  54:2  54:22  55:15  59:7  61:17  62:21  63:14  65:20 | |
| **allegations**(1) 38:21 | |
| **allen**(1) 2:19 | |
| **allocation**(2) 64:8  64:11 | |
| **allocations**(1) 9:19 | |
| **allow**(2) 18:2  46:18 | |
| **alluded**(2) 29:19  33:15 | |
| **almost**(1) 16:5 | |
| **along**(2) 16:24  19:18 | |
| **already**(3) 10:20  35:24  43:7 | |
| **also**(52) 8:12  9:24  10:16  11:3  11:21  13:10  14:24  17:1  19:2  19:13  20:23  21:4  21:21  22:15  22:20  22:22  23:5  23:8  24:10  27:4  28:2  28:4  28:5  28:18  30:7  33:7  36:2  36:9  37:2  40:17  43:5  43:9  48:23  49:10  49:14  49:20  51:3  51:17  52:3  54:20  57:13  57:15  57:19  58:19  58:24  59:3  59:10  59:11  61:19  62:3  63:1 | |
| **altered**(1) 45:24 | |
| **alternative**(3) 3:45  3:46  61:6 | |
| **alternatives**(2) 20:8  24:16 | |
| **although**(1) 43:15 | |
| **always**(6) 35:18  35:19  45:19  47:7  53:8  54:13 | |
| **amend**(2) 22:1  63:5 | |
| **amend/extend**(1) 21:25 | |
| **america**(1) 45:3 | |
| **americas**(1) 2:21 | |
| **among**(3) 8:13  17:9  58:20 | |
| **amount**(1) 35:24 | |
| **amounts**(4) 25:13  37:21  51:14  56:22 | |
| **analysis**(1) 60:5 | |
| **ancillary**(2) 21:13  61:17 | |
| **and**(301) 4:31  5:4  5:15  6:5  6:6  6:8  6:11  6:11  6:13  6:15  6:17  6:19  6:22  7:1  7:4  7:7  7:7  7:7  7:9  7:10  7:10  7:11  7:12  7:13  7:14  7:19  7:21  7:24  8:1  8:5  8:5  8:14  8:20  8:23  8:23  8:25  9:6  9:7  9:13  9:15  10:2  10:6  10:10  10:12  10:13  10:17  10:20  10:22  10:24  10:25  11:7  11:8  11:10  11:12  11:13  11:13  11:18  11:19  11:21  11:22  11:22  12:4  12:8  12:9  12:10  12:11  12:12  12:22  12:25  13:10  13:14  13:15  13:25  13:25  14:1  14:5  14:8  14:10  14:13  14:23  14:23  15:2  15:3  15:4  15:7  15:15  15:15  15:20  15:21  15:23  16:9  16:9  16:11  16:12  16:16  16:18  16:20  16:20  16:25  17:2  17:4  17:11  17:12  17:15  17:21  17:25  18:2  18:12  18:22  18:24  19:2  19:4  19:5  19:7  19:14  19:19  19:19  19:22  19:22  20:1  20:2  20:3  20:11  20:14  20:17  20:20  20:24  20:25  21:2  21:5  21:6  21:24  22:3  22:5  22:11  22:19  22:20  22:20  22:22  22:24  23:1  23:2  23:4  23:6  23:8  23:10  23:11  24:1  24:2  24:6  24:7  24:9  24:13  24:14  24:16  24:16  24:18  24:19  24:25  24:25  25:6  25:8  25:9  25:10  25:11  25:11  25:12  25:13  25:14  25:15  25:18  26:9  27:1  27:10  27:14  27:14  27:15  27:21  27:25  28:9  28:10  28:14  28:14  28:15  28:20  28:22  29:11  29:15  29:25  30:1  30:2  30:3  30:7  30:10  30:11  30:12  30:13  30:14  30:15  30:16  30:17  30:22  30:24  30:25  31:1  31:4  31:6  31:8  31:8  31:13  31:14  31:15  31:16  31:19  31:19  31:21  31:23  31:25  32:4  32:6  32:8  32:11  32:17  32:18  32:24  32:24  32:25  33:1  33:2  33:2  33:7  33:11  33:13  33:15  33:17  33:17  33:19  33:19  33:20  33:21  33:22  33:24  34:1  34:3  34:5  34:7  34:10  34:11  34:15  34:17  34:18  34:19  34:20  34:23  34:24  35:13  35:16  35:23  35:25  35:25  36:3  36:4  36:10  36:11  36:11  36:15  36:19  36:21  36:22  36:23  36:24  36:24  37:3  37:7  37:10  37:12  37:13  37:13  37:17  37:18  38:1  38:8  38:9  38:11  38:13  38:15  38:20  38:22  38:2  38:25  39:1  39:2  39:4  39:9  39:10 | |
| **and**(194) 39:14  39:16  39:18  39:19  39:20  39:21  39:21  39:22  40:2  40:7  40:8  40:8  40:10  40:11  40:14  40:25  41:4  41:7  41:11  41:18  41:22  42:2  42:3  42:5  42:8  42:9  42:17  42:19  42:20  42:23  42:25  43:2  43:3  43:4  43:6  43:8  43:11  43:17  43:21  43:23  44:3  44:21  44:23  44:24  45:4  45:11  45:13  45:24  46:4  46:7  46:10  46:14  46:16  46:20  46:22  47:1  47:2  47:4  47:6  47:18  47:19  47:21  47:24  47:25  48:1  48:6  48:11  48:14  48:16  48:17  48:19  48:24  49:7  49:11  49:13  49:17  49:21  49:22  49:25  50:6  50:10  50:11  50:13  50:19  51:3  51:8  51:23  52:5  52:7  52:10  52:14  52:16  52:18  53:1  53:19  54:3  54:4  54:9  54:16  54:23  55:5  55:6  55:6  55:16  55:16  55:20  55:22  55:23  55:25  55:25  56:3  56:6  56:6  56:7  56:9  56:10  56:12  56:16  56:16  56:18  56:20  56:20  56:22  56:24  56:24  57:1  57:3  57:4  57:4  57:5  57:25  58:1  58:5  58:18  58:20  58:21  58:22  59:1  59:2  59:6  59:6  59:9  59:20  59:22  60:5  60:5  60:6  60:13  60:14  60:16  60:17  60:19  60:25  61:12  61:13  61:15  61:20  61:22  62:2  62:7  62:16  62:18  62:22  62:25  63:18  64:1  64:7  64:8  64:8  64:8  64:11  64:12  64:13  64:14  64:22  64:25  65:1  65:3  65:6  65:10 | |
| **andrew**(1) 3:21 | |
| **ann**(1) 1:25 | |
| **annex**(1) 43:5 | |
| **announced**(1) 6:24 | |
| **another**(4) 14:13  16:16  18:1  31:25 | |
| **answer**(1) 51:17 | |
| **anticipate**(1) 62:20 | |
| **any**(34) 5:18  8:7  12:23  17:5  17:5  18:15  23:2  25:4  27:18  28:22  30:10  32:12  34:25  35:20  37:5  37:7  37:11  37:22  38:3  38:7  38:12  39:11  40:25  49:2  50:18  55:4  55:13  59:22  61:4  61:17  62:8  62:17  62:22  65:12 | |
| **anybody**(2) 53:11  64:16 | |
| **anyone**(8) 13:11  18:16  23:17  23:19  25:22  25:24  26:13  32:14 | |
| **anything**(4) 12:21  13:3  15:25  53:12 | |
| **anyway**(1) 53:10 | |
| **appeal**(2) 45:22  46:10 | |
| **appear**(3) 38:8  41:10  47:15 | |
| **appearances**(2) 3:16  4:1 | |
| **appearing**(1) 42:8 | |
| **appendices**(6) 27:15  40:1  48:23  49:21  59:2  61:19 | |
| **appendix**(6) 48:19  49:15  49:18  50:5  51:1  51:1 | |
| **applicant**(1) 58:24 | |
| **applicants**(8) 4:36  29:25  30:6  30:15  36:15  48:14  61:13  62:6 | |
| **applications**(3) 7:7  19:19  58:19 | |
| **applies**(1) 56:23 | |
| **appraisement**(1) 45:3 | |
| **appreciate**(2) 65:1  65:15 | |
| **approach**(1) 26:11 | |
| **appropriate**(7) 9:13  48:1  56:13  56:20  57:12  57:13  60:21 | |
| **approval**(34) 6:5  7:17  7:18  7:22  7:24  8:3  8:5  8:12  9:4  9:17  9:20  9:24  17:15  26:25  27:2  27:5  27:6  27:11  31:19  35:25  36:24  38:13  39:14  41:22  50:10  50:11  58:16  58:19  58:24  61:8  62:4  62:8  62:16  63:2 | |
| **approvals**(1) 6:6 | |
| **approve**(6) 55:25  57:10  57:17  58:3  59:22  60:21 | |
| **approved**(8) 34:8  39:22  56:3  56:13  58:14  60:10  60:16  61:17  62:17 | |
| **approving**(3) 55:23  57:14  62:2 | |
| **approximately**(5) 30:4  53:20  56:1  58:18  59:16 | |
| **april**(6) 6:24  39:1  50:21  59:9  61:16 | |
| **are**(132) 5:11  6:14  6:24  7:7  7:12  7:14  7:16  7:23  9:5  10:16  10:19  10:15  12:12  13:21  14:24  15:10  16:19  17:1  17:24  18:3  19:25  20:25  21:1  21:10  21:21  22:23  22:23  23:3  25:12  25:16  25:21  26:24  26:25  27:7  27:8  27:24  28:12  28:13  29:14  29:23  30:9  30:15  30:19  30:21  30:21  31:1  31:8  31:8  31:10  31:15  31:16  31:23  31:24  32:3  32:3  32:8  32:12  32:13  33:7  33:7  33:10  33:12  34:7  34:8  34:20  34:21  34:22  34:25  35:1  35:1  35:16  36:4  36:18  37:16  37:17  38:7  38:12  38:17  39:3  39:10  39:19  40:7  41:1  41:9  41:12  41:13  41:21  42:2  42:3  42:4  42:12  43:2  43:5  43:7  43:13  43:16  44:6  45:11  46:11  46:14  46:14  47:3  47:6  48:4  48:7  49:12  51:21  52:10  52:12  53:5  53:6  54:3  55:2  56:13  56:20  56:22  57:2  57:21  58:1  59:7  59:10  59:20  60:9  60:15  61:18  61:2  61:17  62:21  62:25  65:6 | |
| **areas**(3) 7:9  19:20  19:22 | |
| **aren't**(1) 32:1 | |
| **arise**(1) 43:19 | |
| **arm's**(3) 22:19  25:5  57:4 | |
| **arnall**(1) 4:7 | |
| **around**(2) 10:4  31:11 | |
| **arrangement**(1) 60:24 | |
| **arsht**(1) 1:23 | |

| Word | Page:Line |
|------|-----------|

**aside**(1) 6:10
**ask**(6) 13:15 17:5 39:22 40:8 63:10 63:21
**asked**(3) 9:20 23:3 47:24
**asking**(4) 15:22 40:7 40:11 40:16
**aspect**(1) 19:20
**assert**(1) 32:19
**asserting**(1) 38:7
**asset**(5) 6:21 20:1 20:24 55:22 57:8
**assets**(22) 6:5 6:16 6:17 7:1 7:1 11:25
12:3 19:14 19:16 19:17 19:18 19:25 20:8
20:16 21:11 30:13 31:22 38:15 38:17 56:9
56:17 58:17

**assign**(2) 16:11 16:18
**assigned**(4) 8:8 31:17 31:19 38:24
**assignment**(9) 8:5 16:9 16:20 31:14 38:22
51:11 59:1 62:16 62:18

**assignments**(1) 17:2
**associated**(1) 48:24
**assume**(4) 8:7 16:11 16:17 21:18
**assumed**(3) 8:7 31:16 31:18
**assumption**(7) 8:5 16:9 16:20 21:17 59:1
62:16 62:18

**assumptions**(1) 17:2
**assurances**(1) 15:9
**att** (5) 42:9 43:20 44:24 45:17 45:24
**attached**(4) 7:23 48:19 48:23 50:5
**attaches**(1) 49:14
**attempted**(1) 30:11
**attending**(1) 27:20
**attention**(1) 51:19
**attorney**(1) 22:3
**auction**(21) 6:13 6:22 7:25 10:17 10:24
11:15 11:17 14:25 16:16 25:9 25:19 36:21
41:22 49:18 52:14 56:16 57:9 57:22 57:22
59:21 62:4

**audible**(5) 18:17 23:21 26:1 26:15 53:13
**authorize**(1) 60:23
**authorizing**(2) 55:21 55:23
**available**(2) 23:16 47:7
**avenue**(3) 2:21 2:40 3:12
**aware**(6) 6:14 6:24 12:15 17:20 18:3 21:4
46:9 47:14

**back**(19) 20:6 21:15 22:2 26:17 28:10
29:22 31:20 31:25 32:1 33:6 34:12 34:13
43:6 44:12 48:6 52:7 53:10 54:7 65:3

**background**(1) 60:4
**balances**(1) 30:9
**bankruptcy**(3) 1:1 1:19 58:11
**bar**(4) 14:20 33:11 33:25 35:20
**barclays**(2) 4:15 4:15
**based**(3) 23:7 52:17 54:6
**basically**(2) 13:1 16:5
**basis**(6) 25:3 42:24 45:13 50:7 60:17 61:8
**because**(11) 8:20 15:25 32:22 34:21 38:14
40:13 42:4 42:11 43:10 44:3 46:13

**become**(1) 35:2
**been**(43) 6:14 9:20 19:5 19:8 19:14 20:8
20:15 22:18 24:4 24:7 24:8 24:24 24:25
28:19 28:21 28:21 31:1 31:3 32:17 33:13
33:14 36:2 36:3 36:5 36:6 36:23 36:25
37:24 38:25 42:1 42:6 42:23 43:21 44:6
48:14 48:17 49:15 49:17 58:14 60:10
60:25 61:19 63:6

**before**(25) 1:18 5:18 5:19 6:18 7:16 10:5
11:5 11:12 15:5 16:22 17:18 22:21 25:17
26:13 34:12 34:13 37:11 41:10 41:21 42:8
51:22 54:5 54:10 55:19 60:20

**behalf**(6) 39:8 41:6 42:9 44:10 54:9 54:19

**being**(44) 6:12 7:11 10:21 10:24 11:25
13:7 13:16 15:10 16:10 18:14 19:16 20:2
21:3 22:25 23:6 24:10 25:13 27:7 31:10
31:16 32:1 32:3 32:8 32:11 32:20 34:8
35:20 42:3 42:4 42:5 43:17 44:6 48:13
49:16 49:21 49:23 50:2 50:6 51:15 52:6
52:12 58:10 58:22 60:3

**believe**(20) 11:19 18:4 19:23 27:18 28:5
28:24 30:2 30:6 30:16 34:2 35:12 36:25
37:2 37:5 39:9 39:10 40:20 51:15 54:19
62:15

**benefit**(2) 56:18 61:4
**benefits**(2) 37:21 41:17
**berlin**(1) 3:38
**besides**(1) 37:12
**best**(10) 12:19 13:13 20:4 23:13 24:17
24:18 25:8 32:16 36:7 38:13

**bet**(1) 63:24
**better**(2) 45:7 61:6
**between**(8) 23:14 31:13 33:11 33:22 50:5
52:5 52:18 55:16

**beyond**(2) 30:9 63:4
**bid**(14) 6:25 9:5 12:7 16:17 17:4 23:3
24:9 24:13 36:20 41:22 49:15 52:13 52:15
55:23

**bidder**(10) 8:6 10:11 10:18 11:23 16:11
17:5 22:23 22:24 22:25 25:10

**bidders**(7) 10:7 10:8 10:22 11:2 11:14
23:14 47:20

**bidding**(26) 7:22 9:10 9:23 10:2 11:16
22:18 25:12 25:16 25:18 26:9 36:18 37:4
37:6 47:19 50:12 55:23 57:7 57:14 58:17
59:6 60:9 60:10 61:7 61:15 62:2 63:3

**bids**(4) 11:17 11:21 23:1 59:19
**big**(6) 7:10 7:10 39:23 40:19 40:23 44:22
**billions**(1) 43:23
**bingham**(1) 3:37
**bit**(3) 27:10 32:21 32:25
**black**(3) 28:21 28:25 62:23
**blast**(1) 11:2
**bona**(1) 61:5
**border**(1) 58:14
**both**(16) 6:14 10:5 14:24 15:24 15:24
15:25 30:11 35:25 36:8 39:5 42:9 49:7
58:14 59:22 60:18 62:7

**botter**(1) 2:5
**box**(3) 2:48 28:21 28:25
**brandywine**(1) 2:46
**breaches**(1) 7:4
**break**(10) 7:19 9:6 9:10 21:3 23:6 46:3
47:2 51:25 52:15 54:1

**breaking**(1) 6:9
**breakup**(11) 27:5 30:3 50:13 56:12 56:19
56:19 56:24 58:23 59:15 60:14 60:17

**brief**(2) 53:15 54:24
**briefly**(2) 39:16 54:18
**bring**(3) 11:14 16:21 51:19
**brings**(1) 58:16
**bromley**(7) 1:33 64:19 64:24 65:6 65:9
65:15 65:22

**brown**(2) 2:31 3:34
**bryant**(1) 2:8
**buchanan**(1) 2:25
**bucket**(2) 14:4 16:8
**build**(1) 20:19
**building**(1) 2:46
**built**(3) 46:19 52:6 53:9
**bullets**(1) 62:25
**burdensome**(1) 16:25
**burns**(1) 3:47

**business**(18) 6:15 8:21 19:4 19:7 43:9
43:12 43:21 45:2 45:3 45:13 56:5 56:7
60:11 60:12 60:12 60:13 60:13 61:6

**businesses**(1) 21:16
**bussigel**(1) 1:34
**but**(74) 5:19 6:10 6:20 8:8 8:13 8:21 10:4
10:15 11:4 11:11 12:3 12:15 12:20 13:4
13:7 13:15 13:21 14:22 15:5 16:5 17:3
17:19 18:3 18:6 19:18 21:8 22:7 22:7
22:15 23:12 26:7 27:8 27:20 28:16 28:22
28:23 29:25 30:19 31:2 31:7 31:7 31:22
32:21 34:9 35:1 35:14 36:14 36:20 36:25
37:4 38:19 39:11 43:9 43:17 44:18 44:24
45:21 45:23 46:12 46:21 48:5 49:1 50:20
51:1 51:14 51:18 51:21 52:3 52:14 53:7
54:10 55:7 64:10 64:16

**buyer**(1) 9:20
**buyers**(1) 8:10
**buying**(1) 12:3
**calaman**(1) 66:8
**call**(4) 12:23 13:14 13:24 21:22
**called**(8) 18:24 19:15 24:2 24:3 24:12
42:15 42:24 47:17

**calls**(3) 13:25 15:5 15:6
**came**(1) 32:10
**can**(30) 6:10 10:2 12:20 12:23 13:5 13:14
13:24 14:23 15:9 16:18 16:21 17:12 22:5
23:11 27:21 29:24 32:10 35:9 35:13 37:14
37:25 46:1 46:21 47:13 48:4 54:7 55:6
58:2 61:1 62:20

**can't**(3) 43:10 44:4 45:13
**canada**(16) 5:11 7:13 11:10 15:15 15:16
15:16 15:23 17:23 18:4 18:6 26:6 26:13
34:19 62:1 62:16 64:24

**canadian**(12) 2:19 2:20 8:25 11:11 12:25
17:25 18:22 21:20 27:6 36:15 36:24 58:18

**cannot**(1) 9:25
**capital**(4) 3:46 3:46 4:15 4:15
**captioned**(1) 11:10
**carlyle**(1) 3:10
**carve**(2) 33:12 33:15
**case**(9) 1:4 10:6 25:11 33:6 44:14 47:1
53:9 60:21 61:7

**cases**(1) 56:6
**cash**(1) 8:20
**catalyst**(1) 56:15
**category**(1) 33:24
**cause**(2) 22:15 25:5
**caution**(2) 17:7 52:16
**cautionary**(1) 39:18
**ccaa**(2) 32:23 43:16
**cdma**(4) 21:18 31:18 31:19 60:11
**cede**(1) 5:21
**certain**(16) 7:13 9:14 8:14 9:19 10:13
21:18 22:10 22:12 27:14 29:21 29:22
40:12 40:15 42:17 44:17 58:25

**certainly**(9) 7:1 17:21 52:10 56:1 57:3
57:6 57:20 58:1 64:25

**certainty**(3) 30:12 32:9 32:10
**certification**(1) 66:1
**certify**(1) 66:2
**chambers**(1) 64:21
**change**(3) 55:5 55:8 55:14
**changes**(4) 62:22 62:25 63:1 63:1
**chapter**(1) 1:6
**check**(1) 13:19
**chief**(4) 18:9 18:21 19:1 59:8
**chosen**(1) 42:13
**circuit**(1) 56:14
**circumstances**(3) 37:1 50:14 64:17

**claim**(14) 14:19 29:21 34:18 34:19 34:24
38:6 38:7 38:9 41:17 41:17 50:16 51:15
64:8 64:11

**claimant**(1) 42:18
**claimed**(1) 41:16
**claiming**(2) 42:14 50:17
**claims**(22) 10:25 13:12 14:19 18:6 29:21
32:25 35:3 37:19 37:19 39:3 39:4 39:6
41:9 41:11 41:13 41:14 41:15 41:18 41:19
41:19 51:22 65:9

**clarifies**(1) 16:4
**clean**(2) 16:24 62:25
**cleanse**(1) 12:20
**clear**(5) 17:5 28:19 38:22 40:18 55:12
**clearly**(4) 56:16 56:21 57:12 57:20
**cleary**(3) 1:31 3:29 6:2
**clerk**(2) 5:2 53:22
**clients**(8) 34:5 35:15 35:18 41:11 42:7
44:10 45:11 54:9

**close**(1) 39:16
**closing**(5) 14:21 21:14 29:23 34:16 34:20
**club**(1) 62:1
**code**(1) 32:22
**coleman**(1) 2:24
**collectible**(1) 5:14
**combination**(1) 12:15
**come**(17) 6:21 12:22 14:23 15:20 32:18
33:1 33:6 33:10 34:23 42:18 43:8 44:4
44:12 44:12 48:6 52:7 54:7

**comeback**(1) 46:4
**comes**(3) 21:19 28:9 33:9
**comfort**(4) 12:18 21:9 32:9 46:5
**comfortable**(1) 17:13
**coming**(4) 23:1 30:18 31:25 53:10
**comm**(1) 4:7
**commence**(1) 11:18
**commences**(2) 48:21 49:13
**commencing**(1) 60:6
**comment**(1) 44:5
**comments**(1) 43:13
**commerce**(1) 2:33
**commercial**(13) 12:13 14:3 29:13 30:1
31:5 33:16 33:23 33:24 35:18 39:20 40:9
42:16 46:12

**commercially**(4) 32:6 50:1 57:16 61:21
**committed**(2) 15:6 15:8
**committee**(2) 2:4 4:11
**communications**(1) 44:16
**community**(3) 6:12 7:11 61:4
**companies**(1) 20:13
**companion**(1) 58:10
**company**(4) 19:6 46:15 51:17 52:5
**comparable**(2) 30:5 60:15
**compared**(1) 11:24
**compensation**(8) 39:4 39:6 41:14 41:15
41:18 51:10 51:13 51:21

**competitive**(2) 22:13 23:13
**complaints**(1) 38:12
**complete**(1) 51:8
**completes**(2) 53:14 63:12
**complicated**(3) 31:1 33:17 43:8
**complications**(1) 43:19
**conaway**(1) 2:44
**concept**(3) 33:16 35:10 53:9
**concern**(1) 44:24
**concerns**(5) 28:16 33:20 42:1 42:4 46:13
**concludes**(2) 63:10 63:20
**conclusion**(1) 5:18
**conclusions**(1) 60:1
**conditions**(1) 7:21
**conduct**(1) 59:21
**conducted**(3) 58:9 58:13 62:4
**conducting**(1) 27:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**conference(2)** 63:11 64:21
**confidential(4)** 42:5 42:24 49:21 59:2
**confirmation(1)** 56:11
**confusion(1)** 33:14
**connection(11)** 9:3 12:2 12:7 12:25 16:12 17:10 22:4 31:11 35:23 38:1 58:8

**consensual(2)** 45:12 46:2
**consensus(1)** 46:3
**consent(1)** 46:19
**consequence(1)** 56:18
**consider(1)** 60:24
**consideration(2)** 26:8 64:13
**considered(6)** 24:15 30:1 41:11 60:25 61:10 61:25

**consist(1)** 19:16
**consistent(4)** 10:16 10:17 11:13 62:5
**consolidated(1)** 65:10
**consortium(4)** 10:7 10:12 47:19 47:20
**constitute(1)** 35:17
**constrained(1)** 47:23
**consummate(1)** 20:3
**contacted(1)** 24:24
**contain(5)** 11:11 22:13 40:9 49:24 61:20
**contained(3)** 8:9 9:5 40:20
**contains(1)** 23:13
**contemplate(3)** 8:22 36:20 52:2
**contemplated(1)** 31:16
**contemplates(1)** 33:1
**content(2)** 34:5 54:10
**context(3)** 44:7 44:25 57:14
**continue(7)** 34:4 34:17 35:15 44:2 45:11 48:15 53:6

**continued(3)** 2:2 3:2 4:2
**continuing(1)** 32:3
**contract(4)** 15:22 23:2 23:4 23:4
**contracts(6)** 8:7 8:10 16:19 16:24 17:5 51:11

**conversation(1)** 15:12
**cooperatively(1)** 43:25
**coordinate(1)** 65:3
**cordo(1)** 1:25
**corp(1)** 2:31
**corporate(1)** 19:3
**correct(1)** 66:2
**correspondence(4)** 27:22 37:10 41:10
**corresponding(1)** 32:1
**costs(3)** 17:11 39:20 50:4
**could(13)** 19:24 24:21 25:7 27:25 28:23 33:4 47:20 48:6 50:15 50:24 61:21 64:10 65:11

**counsel(7)** 6:3 22:19 31:2 45:10 63:10 64:13 65:17

**counter(2)** 17:1 33:9
**counterparties(4)** 20:11 20:12 22:11 49:25
**couple(3)** 10:10 13:25 64:7
**course(7)** 12:18 15:7 34:20 56:9 56:14 64:9 65:12

**court(86)** 1:1 5:3 5:7 5:16 5:17 5:22 9:2 9:12 9:22 10:9 11:6 13:18 13:23 14:15 15:18 16:2 16:22 16:25 17:21 17:24 18:10 18:16 18:18 18:23 19:9 19:11 22:8 23:16 23:19 23:22 25:23 26:2 26:10 26:12 26:16 26:23 30:1 41:5 44:4 44:13 45:14 45:18 45:22 52:7 53:10 53:17 53:19 53:23 54:2 54:8 55:18 55:19 55:20 56:3 56:23 57:14 57:24 58:3 58:6 58:11 58:12 58:15 58:15 59:22 59:23 60:11 60:20 60:22 61:24 61:25 62:5 62:6 63:14 63:16 63:19 63:24 64:1 64:5 64:23 64:24 65:5 65:8 65:12 65:17 65:20 65:23

**court's(1)** 57:6

**courtroom(9)** 1:10 18:9 18:22 24:2 26:14 27:17 27:18 27:24 28:5

**courts(5)** 6:14 6:24 10:5 18:3 47:25
**cover(4)** 7:7 28:19 28:23 58:18
**covered(1)** 53:4
**create(2)** 15:2 23:1
**created(1)** 13:4
**creatively(1)** 32:10
**creditors(2)** 10:25 61:5
**cribbed(1)** 62:21
**croft(1)** 3:30
**cross(13)** 12:5 12:10 21:24 23:17 23:19 25:22 25:24 31:4 31:24 32:15 43:3 43:4 58:13
**crown(1)** 62:7
**crutcher(1)** 2:38
**crux(1)** 37:19
**cure(1)** 16:20
**cut(1)** 22:2
**dairies(2)** 56:6 56:14
**damages(4)** 14:19 14:19 15:24 51:15
**darryl(1)** 4:8
**data(1)** 1:42 20:14
**date(17)** 14:20 20:9 21:14 33:1 33:11 33:14 33:25 34:16 35:20 51:13 52:13 52:14 57:22 57:22 57:24 57:25 66:8
**dates(5)** 14:24 34:7 36:20 36:25
**david(6)** 2:5 4:27 18:11 23:25 27:23 27:25
**day(5)** 6:11 34:10 46:5 63:14 65:20
**days(2)** 6:11 34:19
**deadline(9)** 14:12 14:17 32:18 34:15 34:20 36:21 52:4 52:13 53:7

**deadlines(1)** 14:9
**deal(5)** 5:14 12:23 45:12 45:24 54:8
**dealing(1)** 51:18
**deals(5)** 17:10 30:6 32:23 39:18 40:9
**dealt(6)** 38:13 39:4 39:12 41:14 46:17 48:
**dearly(1)** 44:2
**debtors(32)** 1:12 1:23 2:21 6:3 7:13 7:14 7:17 11:19 13:1 17:18 17:25 18:2 19:23 20:2 20:4 20:7 20:10 21:8 21:23 22:24 24:18 36:14 36:15 55:21 55:21 56:2 56:5 56:11 56:18 58:4 61:5 64:16

**decades(5)** 43:22 44:8 44:8 44:21 44:21
**december(1)** 64:12
**decided(1)** 64:9
**decision(2)** 56:15 62:1
**declaration(1)** 18:23
**declarations(1)** 57:5
**decline(1)** 19:25
**deemed(2)** 34:17 35:2
**deep(1)** 46:14
**defer(1)** 18:6
**deficiencies(1)** 51:13
**defined(4)** 12:13 12:14 43:3 43:5
**defines(1)** 57:21
**definitely(1)** 6:10
**definition(2)** 20:1 31:6
**definitions(4)** 30:25 43:7 43:10 44:23
**delaware(7)** 1:2 1:12 2:49 3:12 5:1 49:7 56:6

**deleted(1)** 62:19
**deliver(2)** 54:17 55:17
**denied(1)** 37:24
**deposit(1)** 28:20
**deputy(1)** 28:9
**derek(1)** 1:24
**descoteaux(11)** 18:11 23:25 24:1 24:10 24:12 24:21 25:4 25:7 25:17 25:25 57:5

**descoteaux's(2)** 25:20 26:3
**describe(3)** 15:16 51:12 56:7

**described(13)** 7:9 8:1 8:17 8:22 12:2 12:15 14:11 21:1 22:6 49:16 51:2 59:7 59:10
**despite(1)** 65:1
**detail(2)** 49:1 59:7
**details(5)** 29:23 37:22 37:23 49:5 61:7
**determine(2)** 16:17 42:7
**detrimental(1)** 61:22
**develop(1)** 11:21
**developed(1)** 36:10
**developing(2)** 12:7 24:13
**development(2)** 19:4 20:15
**dialogue(5)** 34:4 34:10 35:15 50:19 53:7
**dialogues(1)** 33:22
**diane(1)** 4:20
**diaz(1)** 1:42
**did(2)** 15:1 40:13 45:9 51:19 54:1 64:7 64:13

**didn't(2)** 6:8 46:12

**different(2)** 27:9 27:9 32:21 43:14
**difficult(2)** 34:21 42:7
**diligence(3)** 30:13 30:18 32:17
**diligently(1)** 21:6
**direct(1)** 50:18
**directly(2)** 19:2 35:13
**director(2)** 18:12 24:1
**disabled(1)** 41:7
**disagree(2)** 38:10 38:20
**disagreement(1)** 52:5
**disclose(5)** 12:9 22:12 22:16 40:14 40:15
**disclosed(2)** 32:13 42:6
**disclosure(5)** 12:11 30:14 42:25 43:6 49:22 58:20 60:3 60:8 62:13 62:21 63:6
**discovered(1)** 30:21
**discretion(1)** 21:25
**discuss(2)** 38:16 63:11
**discusses(1)** 29:5
**discussing(1)** 65:2
**discussion(7)** 45:10 48:5 48:22 49:13 52:2 52:18 55:16

**discussions(2)** 45:11 52:21
**disposed(1)** 54:16
**disposition(1)** 5:18
**dispute(1)** 33:5
**dissemination(1)** 61:21
**distinction(1)** 31:13
**district(1)** 1:2
**divest(1)** 20:6
**divestiture(1)** 24:23
**divestitures(1)** 6:15
**docketed(2)** 63:22 65:18
**document(1)** 61:23
**documents(2)** 8:15 57:18
**does(10)** 8:22 18:16 25:24 26:13 38:8 55:
58:3 64:1 64:2 64:4

**doesn't(4)** 14:6 25:4 34:14
**doing(4)** 11:3 13:20 31:21 43:21
**dollar(1)** 25:13
**dollars(1)** 43:23
**don't(19)** 8:19 13:6 15:17 27:18 28:22 29:8 32:16 34:22 35:20 37:5 37:22 39:10 42:2 42:12 45:2 45:19 47:11 48:25 64:15

**done(9)** 9:24 10:20 14:11 17:15 22:19 30:17 30:17 32:17 35:24

**double(1)** 11:10
**douglas(1)** 3:42
**down(4)** 8:10 21:17 31:3 31:11
**draft(3)** 35:7 46:20 55:2
**drew(1)** 2:13
**due(7)** 11:13 11:17 27:9 32:16 33:14 37:20 39:20

**dumb(1)** 31:3
**dunn(1)** 2:38
**during(2)** 46:2 47:2

**ex  (1)** 2:19
**each(6)** 10:3 36:11 42:10 44:10 44:20 51:9
**early(2)** 20:7 36:7
**economic(1)** 61:4
**ecro(1)** 1:40
**effect(3)** 49:12 54:12 55:13
**effective(2)** 14:21 34:16
**effectively(4)** 13:13 16:6 40:14 55:2
**effort(3)** 11:7 12:8 65:1
**efforts(1)** 36:5
**eight(1)** 6:1
**either(3)** 12:14 15:24 19:7
**elect(3)** 14:14 15:23 15:23
**election(1)** 14:17
**electronic(3)** 1:49 20:14 66:3
**else(4)** 12:21 15:25 26:13 47:12
**elsewhere(1)** 45:4
**email(1)** 64:18
**emails(1)** 50:19
**emea(5)** 7:14 64:8 64:11 64:16 65:9
**emily(1)** 1:34
**employed(2)** 19:2 24:4
**employee(2)** 40:5 51:10
**employees(7)** 3:24 17:24 37:16 38:1 39:9 41:7 41:7

**employment(1)** 38:22
**encumber(4)** 12:6 12:10 12:16 12:16
**encumbrances(1)** 12:4
**end(3)** 14:6 16:4 34:10
**endorsed(1)** 62:9
**endorsement(10)** 45:15 47:3 54:5 54:11 58:2 60:3 60:8 62:13 62:21 63:6

**enforce(1)** 22:5
**engage(1)** 48:1
**engaging(1)** 47:24
**enough(4)** 9:25 11:20 44:19 49:1
**ensure(2)** 35:14 43:25
**enter(2)** 55:22 65:12
**entered(10)** 8:13 14:10 21:17 27:3 27:8 27:11 29:11 39:5 39:17 59:4

**enterprise(1)** 60:12
**enters(1)** 35:10
**entire(3)** 13:11 15:12 39:21
**entities(3)** 45:7 58:21 58:22
**entry(2)** 7:17 63:22
**enumerated(1)** 11:4
**ericsson(1)** 31:18
**error(1)** 62:20
**escrow(4)** 7:3 8:22 21:2 29:20
**esq(27)** 1:24 1:25 1:32 1:33 1:34 1:35 2:5 2:6 2:7 2:13 2:20 2:26 2:32 2:39 2:45 3:5 3:11 3:30 3:34 3:38 3:42 3:47 4:8 4:12 4:16 4:20 4:27

**essential(1)** 22:15
**essentially(1)** 19:16
**establish(1)** 61:8
**estate(3)** 34:24 41:16 56:9
**estates(4)** 20:5 23:14 50:5 56:18
**ethernet(1)** 60:13
**even(5)** 14:5 15:5 16:7 46:18 56:2
**event(7)** 8:9 16:16 30:20 33:3 33:10 35:1 39:12

**ever(1)** 48:5
**every(4)** 12:8 19:20 44:20 46:11
**everybody(1)** 47:12
**everybody's(1)** 46:9
**everyone(8)** 5:3 11:2 11:12 15:4 27:17 35:14 53:23 65:3

**everything(2)** 12:20 36:22
**evidence(4)** 23:23 37:11 57:4 59:25
**exactly(1)** 15:17
**examination(1)** 23:17
**examine(2)** 25:22 25:24

| Word | Page:Line |
|------|-----------|
| examining(1) 23:19 | |
| example(4) 15:15 31:10 31:23 43:20 | |
| exception(2) 27:19 31:17 | |
| excuse(1) 30:20 | |
| executed(1) 38:23 | |
| exercise(2) 56:4 56:5 | |
| exercised(1) 57:3 | |
| exhibits(7) 8:14 27:14 27:16 40:8 40:12 49:22 57:15 | |
| exist(1) 13:6 | |
| existing(1) 21:24 | |
| expectation(1) 52:17 | |
| expectations(1) 48:4 | |
| expecting(1) 10:16 | |
| expects(1) 62:6 | |
| expense(18) 7:19 9:7 9:17 9:18 9:21 23:6 27:5 30:3 50:13 56:12 56:20 56:21 56:24 56:25 58:24 59:17 60:14 60:18 | |
| expenses(2) 9:8 57:1 | |
| experience(3) 23:7 24:5 25:10 | |
| expertise(1) 43:9 | |
| explain(2) 31:9 49:11 | |
| explains(1) 48:19 | |
| exploring(1) 24:14 | |
| expressed(1) 54:4 | |
| extension(1) 15:12 | |
| extensive(3) 36:4 40:14 60:4 | |
| extent(11) 14:22 16:6 18:5 34:4 38:6 38:7 45:13 45:21 46:3 51:21 62:24 | |
| extinguish(1) 38:15 | |
| extra(1) 10:10 | |
| fact(7) 6:21 13:25 14:17 14:25 20:24 21:6 37:20 | |
| factors(2) 60:24 61:10 | |
| facts(3) 25:5 61:2 61:11 | |
| fair(2) 35:24 57:3 | |
| fairness(1) 47:22 | |
| faith(5) 17:14 22:20 23:12 50:9 57:4 | |
| fall(1) 56:22 | |
| falling(1) 14:3 | |
| falls(2) 16:7 33:23 | |
| familiar(7) 10:6 19:5 20:23 21:12 23:10 31:8 41:9 | |
| far(8) 10:21 11:15 14:9 16:9 17:3 17:17 20:6 36:7 | |
| farthest(1) 6:20 | |
| fashion(1) 37:14 | |
| fee(12) 7:19 9:6 9:10 27:5 30:3 50:13 56:12 56:19 58:23 59:15 60:14 60:17 | |
| feel(2) 9:24 17:12 | |
| feels(4) 21:3 23:6 56:19 56:24 | |
| felt(3) 36:7 47:22 55:11 | |
| few(5) 28:13 28:17 37:4 51:24 62:25 | |
| fide(1) 61:5 | |
| figure(1) 6:21 | |
| filapod(1) 39:8 | |
| file(8) 14:17 33:2 33:2 34:14 34:18 34:24 49:17 53:8 | |
| filed(17) 8:13 10:25 13:12 17:9 17:17 17:21 17:24 27:13 27:20 28:3 34:11 36:5 37:10 39:21 42:23 48:17 49:21 | |
| filing(2) 33:25 35:19 | |
| filipod(4) 41:2 41:3 41:6 41:6 | |
| fill(1) 62:25 | |
| finally(5) 17:8 22:9 22:17 23:10 23:24 | |
| financial(2) 10:14 25:11 | |
| find(7) 28:10 47:2 48:8 56:4 56:12 56:19 57:15 | |
| findings(1) 57:6 | |

| Word | Page:Line |
|------|-----------|
| fine(1) 46:7 | |
| finger(1) 2:12 | |
| firm(1) 47:17 | |
| first(8) 5:16 6:6 7:17 19:1 38:11 42:20 47:13 55:17 | |
| flesh(1) 32:14 | |
| floor(5) 1:27 2:47 23:1 56:16 56:17 | |
| fluid(1) 34:9 | |
| focused(1) 42:3 | |
| follow(2) 6:23 10:20 | |
| followed(3) 5:16 55:17 59:21 | |
| following(1) 58:8 | |
| follows(2) 18:25 61:2 | |
| for(129) 1:2 1:23 2:4 2:19 2:31 2:44 3:4 3:20 3:24 3:29 3:33 3:37 3:45 4:4 4:7 4:11 4:15 4:19 4:23 4:26 4:31 4:36 4:40 5:11 6:2 6:3 6:4 6:5 6:11 6:12 6:22 7:2 7:4 9:14 9:20 10:14 11:23 13:19 14:6 14:13 14:20 15:15 15:22 15:24 15:24 16:20 16:24 17:15 19:13 20:4 20:8 20:16 21:7 21:11 22:6 22:7 23:1 23:2 23:17 24:14 24:19 25:3 26:8 26:24 27:1 27:3 27:14 28:24 29:10 29:12 29:22 29:25 30:4 30:12 30:20 31:10 31:23 32:5 32:15 32:1 32:17 36:14 36:23 36:23 37:16 38:10 39:22 40:12 40:17 41:15 41:22 42:7 43:22 44:1 44:11 45:10 46:18 47:15 53:8 53:19 54:11 54:14 55:3 55:4 55:21 56:2 56:7 56:15 56:17 56:23 57:8 57:25 58:2 58:16 58:23 59:15 59:17 59:18 59:23 60:17 61:2 62:9 62:11 63:2 63:18 64:11 64:12 64:16 64:25 | |
| force(1) 12:22 | |
| forced(1) 22:16 | |
| foregoing(1) 66:2 | |
| foreign(3) 7:7 19:19 58:18 | |
| form(3) 35:7 36:10 63:7 | |
| formal(7) 17:21 39:13 60:2 60:7 62:10 62:18 62:22 | |
| former(6) 3:24 17:24 37:16 38:1 39:8 41:37:7 43:15 44:15 45:4 45:10 47:21 50:16 50:18 55:16 | |
| forth(4) 8:4 46:25 61:25 63:12 | |
| forward(13) 5:12 12:22 14:23 15:20 32:18 33:1 33:9 33:11 34:23 42:18 44:3 46:21 51:15 | |
| found(1) 16:24 | |
| four(2) 36:16 61:6 | |
| fred(1) 2:6 | |
| friends(1) 49:4 | |
| from(14) 6:2 6:20 7:8 19:25 21:20 37:13 40:19 45:14 52:11 53:21 55:18 62:21 64:24 66:3 | |
| front(9) 6:1 6:22 9:16 15:14 17:8 26:8 50:20 64:20 65:6 | |
| fulbright(1) 4:26 | |
| full(4) 27:18 29:23 37:21 51:17 | |
| funds(2) 29:15 29:18 | |
| further(11) 20:19 21:25 22:2 23:17 25:18 28:20 39:2 41:1 52:4 53:12 61:23 | |
| furtherance(2) 17:12 22:22 | |
| future(1) 55:14 | |
| game(1) 14:6 | |
| gave(1) 20:17 | |
| generally(7) 10:18 12:17 19:4 23:10 25:11 37:24 37:25 | |
| geoffrey(1) 3:18 | |
| george(3) 18:8 18:21 59:8 | |
| get(5) 11:20 15:19 44:9 52:13 65:3 | |
| gets(4) 31:6 34:12 39:7 62:17 | |
| getting(4) 15:5 17:1 33:13 51:16 | |
| gibson(1) 2:38 | |
| ginger(1) 1:40 | |

| Word | Page:Line |
|------|-----------|
| give(9) 14:12 14:13 15:9 21:9 21:15 24:21 32:9 55:9 65:11 | |
| given(10) 10:21 11:9 18:12 22:4 22:21 56:2 56:22 62:10 | |
| gives(1) 11:20 | |
| giving(1) 13:22 | |
| globally(1) 6:17 | |
| goes(5) 15:10 49:10 51:12 | |
| going(23) 6:7 6:9 20:3 22:2 28:13 28:20 31:24 33:22 36:22 41:14 42:8 42:13 43:17 44:19 44:23 45:5 45:6 45:22 46:11 46:24 54:17 63:11 64:22 | |
| golden(1) 4:7 | |
| good(27) 5:3 5:5 5:6 5:7 5:9 5:23 5:24 5:24 17:13 22:20 23:12 26:20 26:21 26:22 26:23 41:3 41:4 41:5 41:25 45:10 48:11 50:9 54:23 54:24 57:3 63:14 65:20 | |
| google(8) 3:4 3:37 7:2 12:8 20:22 22:18 25:1 58:21 | |
| got(1) 41:16 | |
| gottlieb(3) 1:31 3:29 6:3 | |
| granted(7) 12:5 31:5 31:10 31:20 32:2 61:14 62:10 | |
| granting(1) 61:24 | |
| great(1) 30:17 | |
| gregory(1) 4:7 | |
| gross(17) 1:18 5:6 5:19 26:18 26:22 41:4 42:1 48:12 52:18 53:14 54:17 54:24 55:10 55:18 58:7 58:11 63:12 | |
| group(2) 10:14 37:17 | |
| gsm(1) 24:11 | |
| guess(5) 14:25 15:3 29:13 38:11 46:23 | |
| gump(1) 2:4 | |
| gun(1) 26:7 | |
| had(14) 12:25 16:3 17:19 24:22 27:20 37:7 43:15 44:15 45:4 45:10 47:21 50:16 50:18 55:16 | |
| hadley(1) 4:11 | |
| hamilton(2) 1:31 3:29 | |
| hand(1) 16:4 26:8 | |
| handed(4) 27:21 28:4 62:23 63:1 | |
| happened(1) 37:25 | |
| happening(2) 5:11 11:3 | |
| happens(1) 34:14 | |
| happy(7) 29:11 34:6 49:2 49:5 51:24 52:15 53:6 | |
| hard(1) 13:5 | |
| harm(1) 22:16 | |
| harrisburg(1) 1:44 | |
| has(47) 10:3 11:12 12:8 19:7 19:8 19:14 21:6 23:17 24:4 24:7 24:8 28:19 28:21 28:21 30:7 30:10 30:17 31:3 32:4 32:14 33:8 34:15 35:18 36:22 37:1 37:25 42:1 42:5 42:10 42:13 43:7 44:7 45:4 48:14 48:17 49:14 49:20 51:2 51:17 53:9 55:2 55:13 56:3 57:1 58:14 60:4 60:23 | |
| hasn't(1) 44:3 | |

| Word | Page:Line |
|------|-----------|
| have(123) 5:15 6:4 6:14 8:7 8:19 9:19 10:5 10:7 10:12 10:20 10:25 11:17 11:17 12:5 13:1 13:9 13:10 13:13 13:25 14:1 14:7 14:7 14:11 14:22 15:1 15:4 15:14 15:17 15:20 15:22 16:3 16:6 16:15 17:4 17:8 17:17 17:25 18:6 18:8 18:23 20:7 22:18 22:25 23:25 24:15 24:24 26:8 28:10 29:2 29:11 30:1 30:14 31:5 32:22 33:6 33:14 33:20 34:5 34:18 34:23 35:19 35:24 34:24 36:5 36:25 37:18 37:19 37:23 37:24 38:12 38:21 39:17 40:25 41:10 41:11 42:19 42:23 43:11 43:15 43:21 44:1 44:15 44:20 44:21 45:5 45:6 45:19 45:23 46:4 46:6 46:11 46:16 47:6 47:24 49:2 49:15 49:17 50:2 50:18 50:20 50:22 51:4 52:1 53:11 54:3 54:10 55:16 60:10 60:25 61:5 61:13 61:19 62:9 62:12 62:17 63:1 63:6 63:22 65:1 65:2 65:10 | |
| haven't(6) 13:14 13:16 34:23 38:25 54:4 64:9 | |
| having(6) 9:15 10:18 16:12 16:21 54:16 61:10 | |
| he's(11) 18:22 19:1 19:2 19:5 20:23 21:4 23:16 24:2 24:4 25:6 27:20 | |
| heading(1) 51:5 | |
| headline(4) 6:9 7:3 9:9 21:1 | |
| healthy(1) 20:15 | |
| hear(1) 47:12 | |
| heard(4) 26:14 49:1 56:3 58:10 | |
| hearing(22) 5:16 6:4 11:18 11:19 17:22 18:5 18:18 23:22 26:2 34:13 36:22 44:15 45:9 47:25 48:5 57:24 58:9 58:12 58:12 59:23 63:10 65:24 | |
| hearings(1) 19:8 | |
| held(1) 42:5 | |
| help(3) 15:8 42:22 45:7 | |
| helpful(1) 56:17 | |
| helping(1) 24:7 | |
| her(3) 34:4 34:5 35:15 | |
| here(16) 26:24 31:13 34:1 37:3 39:8 41:6 42:9 44:9 46:13 49:7 53:15 54:19 63:13 63:21 64:6 64:16 | |
| highest(1) 25:8 | |
| him(3) 19:10 25:22 28:10 | |
| hint(1) 49:8 | |
| his(16) 18:23 19:2 19:7 23:7 23:7 23:22 25:10 26:3 30:7 30:8 41:10 51:2 51:4 55:17 58:11 60:2 | |
| history(2) 24:22 48:18 | |
| hoc(1) 4:11 | |
| hodara(2) 2:6 64:22 | |
| holidays(1) 64:13 | |
| honor(59) 5:9 5:12 5:20 5:21 5:24 7:16 18:20 23:24 26:5 26:20 28:2 29:8 29:14 33:6 34:12 35:23 37:7 37:12 39:17 40:3 40:25 41:3 41:25 47:5 47:10 47:15 48:3 48:9 48:11 48:13 48:20 49:10 49:19 49:24 50:3 50:8 50:15 50:20 50:25 51:5 51:14 51:24 51:25 53:3 54:18 54:23 58:5 58:11 62:12 63:8 63:20 63:21 63:25 64:4 64:19 65:15 65:16 65:19 65:22 | |
| honor's(1) 49:1 | |
| honorable(1) 1:18 | |
| hope(2) 6:13 46:11 | |
| hopeful(1) 34:25 | |
| hopefully(7) 9:25 22:7 28:15 31:3 55:5 56:15 64:12 | |
| hoping(2) 6:22 45:11 | |

| Word | Page:Line |
|------|-----------|

**horse**(30) 6:21 6:25 7:18 8:6 8:17 9:4 9:15 11:23 16:11 17:4 20:21 22:23 22:24 22:25 25:3 25:10 27:2 29:12 40:16 42:22 50:11 55:2 57:7 58:20 58:23 59:13 59:15 61:9 61:15 62:3

**hotline**(3) 13:22 33:20 33:21
**hours**(1) 6:10
**how**(6) 15:9 34:12 35:9 42:7 47:20 47:21
**however**(2) 12:18 34:23 51:25
**hudson**(1) 56:6

**i'd**(1) 23:16
**i'll**(7) 27:10 49:8 54:24 56:24 63:5 63:17 64:17

**i'm**(15) 5:10 6:2 17:20 27:20 28:13 40:18 41:6 42:9 45:10 45:14 49:2 49:4 52:9 57:22 60:22

**i've**(7) 8:17 21:1 25:16 27:21 61:24 62:3 62:23

**identification**(1) 40:10
**identified**(6) 9:16 11:1 13:14 13:16 20:10 44:3

**identify**(5) 12:9 12:22 21:7 44:20 44:23
**identity**(1) 22:11
**impact**(2) 32:12 42:8
**imperfections**(1) 51:2
**imply**(1) 38:9
**importance**(1) 9:15
**important**(8) 7:11 22:10 22:14 34:7 34:8 52:11 53:7 56:10

**importantly**(2) 51:3 52:3
**impossible**(1) 16:1
**improper**(1) 16:1
**inc**(21) 1:6 3:4 4:7 4:15 7:1 7:2 11:22 16:10 20:21 20:22 21:15 22:5 22:19 24:9 25:2 25:2 25:3 27:3 29:12 58:21 58:21

**include**(2) 19:3 42:25
**included**(3) 37:17 60:3 60:7
**includes**(6) 7:3 7:6 19:18 27:2 27:4 59:3
**including**(8) 7:18 10:13 19:16 40:10 43:3 44:6 50:12 59:6

**indemnification**(1) 29:20
**indicate**(5) 39:1 42:19 45:9 59:19 64:6
**indicated**(5) 17:23 27:7 36:9 49:20 51:16
**indicates**(1) 51:7
**indiscernible**(1) 62:7
**individualized**(2) 16:19 16:21
**individuals**(2) 37:15 38:23
**inducing**(1) 25:14
**information**(16) 10:14 11:11 12:11 22:13 22:13 23:13 40:9 40:11 42:5 44:9 49:24 50:1 50:2 55:7 57:7 61:20

**ingersoll**(1) 2:25
**initial**(1) 44:16
**inquiries**(3) 17:19 33:13 33:22
**insensitive**(1) 41:1
**inside**(1) 36:12
**insolvency**(1) 37:22
**insolvent**(1) 30:16
**intelligently**(1) 44:5
**intend**(5) 10:23 11:2 13:7 15:13 17:20
**intended**(2) 32:12 37:9
**intending**(2) 8:7 55:12
**intends**(2) 37:3 39:9
**intercompany**(4) 12:14 23:11 31:9 42:17
**interest**(11) 10:22 20:2 20:15 20:19 22:18 22:25 24:18 34:16 41:18 41:19 50:17

**interested**(4) 11:21 20:11 20:18 23:19
**interests**(5) 11:1 32:6 32:8 38:17 41:13
**internet**(2) 7:9 19:21

**interstate**(2) 27:12 39:18
**into**(28) 7:17 8:13 13:24 14:3 15:13 21:17 23:23 25:14 27:3 27:8 27:11 28:25 29:11 31:6 31:25 33:23 35:10 39:5 39:17 43:12 46:20 47:2 52:6 53:9 55:22 59:4 62:3 64:13

**intricacies**(1) 33:18
**intricately**(1) 48:15
**inventions**(1) 38:24
**inventor**(2) 38:9 51:11
**inventors**(4) 37:16 37:20 41:13 51:9
**involved**(8) 19:5 19:14 21:5 24:8 25:12 42:12 42:23 48:18 48:15

**ipla**(1) 21:19
**isn't**(1) 37:11
**issue**(6) 39:12 44:25 46:9 50:16 51:22
**issued**(1) 55:9
**issues**(10) 18:3 34:25 44:6 44:11 44:14 44:24 45:12 45:24 46:4 63:11

**it's**(38) 5:4 5:13 5:14 5:25 6:11 7:10 8:18 8:20 9:10 13:2 15:4 15:13 15:16 16:5 16:5 16:25 17:4 20:1 22:10 22:19 22:24 24:18 24:25 26:6 26:17 27:18 32:2 33:4 36:2 38:21 40:3 41:12 44:18 45:6 46:19 46:20 46:24 52:11

**its**(11) 10:4 20:21 21:16 21:24 22:14 37:2 43:20 45:5 47:2 50:10 60:5

**itself**(5) 8:23 9:9 14:12 42:2 63:4
**jaime**(1) 2:45
**james**(1) 3:30
**jami**(1) 2:32
**january**(1) 24:7
**jaworski**(1) 4:26
**jennifer**(1) 4:37
**jim**(1) 1:33
**job**(2) 12:19 30:17

**joint**(10) 2:44 6:4 11:19 34:13 36:10 36:10 36:11 36:13 36:22 58:12

**jointly**(5) 1:8 11:10 27:8 42:15 43:2
**joshua**(1) 2:7
**judge**(18) 1:19 5:6 5:19 26:18 26:22 41:4 42:1 48:12 52:18 53:14 54:17 54:24 55:1 55:18 58:7 58:11 63:12 65:21

**judgment**(1) 56:5
**jump**(1) 26:7
**june**(19) 11:17 11:18 11:19 14:14 14:15 22:7 33:11 33:25 36:21 36:21 36:23 49:15 57:22 57:23 57:24 57:25 59:20 59:21 59:23

**jurisdiction**(1) 60:23
**jurisdictions**(3) 15:24 15:25 27:10
**just**(33) 8:24 11:25 14:18 17:6 18:3 24:22 26:7 28:2 29:2 32:2 35:14 38:19 39:16 40:18 43:18 44:10 46:21 51:20 51:20 51:23 52:16 54:18 54:20 54:25 55:1 55:3 55:6 55:11 62:25 63:5 63:17 64:5 65:3

**justice**(69) 3:18 5:5 5:6 5:10 5:13 5:25 26:16 26:18 26:21 27:23 28:6 28:9 28:18 29:2 29:7 29:15 35:4 35:9 35:22 38:3 39:15 39:23 40:1 40:4 40:6 40:18 40:22 40:24 41:2 41:24 46:11 46:8 46:23 47:6 47:9 47:12 48:7 48:10 49:4 49:7 50:23 51:6 51:20 52:24 53:1 53:11 53:14 53:17 53:18 53:25 54:13 54:16 54:22 55:15 58:9 58:7 62:14 64:20 63:5 63:9 63:15 63:17 64:6 64:14 64:20 65:1

**justify**(1) 56:20
**karalvanov**(2) 4:4 4:4
**kate**(1) 6:8
**katz**(2) 3:4 3:41
**keep**(2) 21:25 22:10
**keeping**(1) 11:22

**kelsey**(1) 2:39
**ken**(1) 2:20
**kent**(12) 3:21 37:3 47:14 47:15 48:9 49:8 49:10 50:24 51:7 51:23 52:21 52:25

**kept**(1) 23:14
**kevin**(1) 1:18
**key**(2) 48:18 57:21
**kind**(1) 63:22
**kindly**(1) 43:7
**king**(1) 2:15
**knew**(1) 6:7
**know**(27) 12:4 12:19 12:19 13:10 13:15 14:2 15:1 19:10 21:7 25:4 31:7 32:13 32:16 34:1 34:22 37:22 37:24 39:2 42:12 44:16 45:2 46:8 47:11 48:3 48:7 64:15 65:6

**knowledge**(2) 37:18 38:7
**known**(16) 10:24 13:6 13:9 32:7 35:17 36:2 36:11 42:18 43:2 44:18 44:19 44:19 47:16 47:17 49:23

**kortanek**(1) 3:11
**koskie**(1) 3:25
**kosky**(1) 37:17
**lack**(1) 52:17
**laddin**(1) 4:8
**language**(2) 46:2 46:25
**largely**(1) 32:20
**largest**(3) 6:16 6:17 6:21
**last**(5) 6:10 6:20 37:13 38:20 39:6
**later**(1) 15:2
**laughter**(6) 29:17 49:6 49:9 52:20 52:23 65:14

**launch**(1) 6:13
**laws**(1) 27:9
**lawyer**(1) 43:11
**layton**(1) 2:12
**lazard**(5) 18:12 24:1 24:4 24:6 24:13
**lead**(1) 49:18
**leading**(2) 20:9 24:9
**least**(4) 6:20 7:19 12:22 44:16
**leave**(1) 64:22
**led**(3) 20:20 25:1 25:2
**length**(3) 22:20 25:5 57:4
**lengthy**(2) 31:6 46:24
**leo**(1) 28:6
**less**(1) 16:25
**let**(2) 14:2 48:3
**let's**(1) 47:12
**letter**(9) 9:19 17:23 27:21 28:3 38:20 39:1 50:21 50:21 50:25

**letters**(4) 17:25 37:12 37:12 38:8
**level**(1) 20:1
**liabilities**(1) 17:11
**liability**(1) 9:19
**liberty**(1) 1:36
**license**(53) 8:3 12:1 12:24 13:14 13:16 14:3 14:5 14:8 15:15 16:7 21:5 21:14 21:15 21:19 27:9 31:18 31:24 32:7 32:11 32:15 32:19 32:24 33:3 33:4 33:5 33:23 32:24 34:15 34:16 35:5 35:16 42:3 42:10 42:14 42:19 42:23 43:3 43:4 44:5 45:16 45:23 48:20 48:25 49:11 54:7 55:1 55:14 57:11 57:25 58:25 59:7 61:16

**licensee**(3) 36:11 44:19 52:5
**licensees**(3) 34:3 36:2 40:10
**licenses**(40) 12:6 12:10 12:12 12:13 12:14 12:16 13:2 13:9 13:10 15:10 17:19 21:7 21:24 21:24 22:11 30:12 30:23 31:5 31:6 31:9 31:14 31:22 33:10 33:16 34:5 35:1 35:17 35:17 35:18 42:16 42:17 42:17 43:1 43:3 44:1 44:17 44:18 46:19 49:13 49:23

**light**(2) 37:21 54:20

**like**(8) 9:24 25:7 25:22 28:25 30:12 32:25 40:9 53:6

**likewise**(1) 60:7
**line**(1) 62:23
**lines**(2) 19:16 19:7
**lipton**(2) 3:4 3:41
**lisa**(2) 1:32 6:2
**list**(6) 11:5 13:15 14:2 36:1 36:1 44:17
**little**(2) 10:4 11:8
**live**(1) 4:26
**llc**(2) 2:31 47:16
**llp**(7) 2:19 3:20 3:37 4:7 4:32 4:36 4:40
**long**(6) 20:16 33:17 46:14 46:17 46:22 52:19

**look**(1) 43:20
**looking**(1) 16:11
**loop**(1) 39:17
**lose**(1) 55:13
**lot**(5) 20:9 28:16 33:19 33:21 44:25
**lucent**(2) 4:32 42:10
**lutton**(1) 2:45
**mace**(1) 1:40
**made**(7) 5:19 12:8 24:10 38:21 43:22 50:2 62:15

**mail**(1) 10:23
**mailing**(1) 14:11
**main**(1) 53:6
**maintain**(1) 49:12
**major**(2) 19:6 56:2
**make**(11) 11:8 37:3 39:9 42:21 51:8 53:5 54:20 55:11 62:6 64:1 65:3

**making**(2) 42:6 45:15
**male**(2) 40:3 40:5
**management**(1) 20:17
**managing**(2) 18:12 24:11
**many**(9) 15:3 19:8 36:3 45:4 46:14 46:14 46:15 46:15 46:15

**margin**(2) 11:8 13:3
**margins**(1) 10:4
**market**(4) 1:11 1:26 2:27 2:34
**markets**(1) 19:21
**material**(3) 13:3 49:21 50:18
**materials**(3) 36:13 37:8 59:19
**matter**(1) 66:4
**matters**(7) 27:12 29:18 39:19 63:13 63:21 64:8 64:15

**matthew**(1) 2:39
**matz**(1) 4:12
**mauro**(1) 4:16
**maximize**(3) 20:4 21:10 50:9
**may**(25) 1:14 5:1 12:12 14:12 18:18 20:7 24:24 26:11 28:22 29:2 29:21 33:20 34:5 35:16 38:16 42:10 44:1 44:11 44:12 44:22 45:23 46:17 46:25 47:2 50:15 66:7

**maybe**(2) 42:11 57:13
**mayer**(1) 3:42
**mccloy**(1) 4:11
**mccutchen**(1) 3:37
**mcmillan**(2) 3:20 4:32
**mean**(2) 14:6 43:11
**meant**(3) 32:14 49:12 51:1
**meantime**(1) 65:13
**meet**(1) 63:10
**members**(1) 10:14
**mentioned**(2) 17:8 17:19
**merit**(1) 18:6
**merits**(1) 51:16
**met**(1) 61:13
**metro**(1) 60:12
**meyers**(1) 4:20
**michael**(1) 4:41
**microphon**(1) 53:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**microsoft**(1) 2:31
**might**(6) 8:10 12:21 20:11 43:19 44:7
**milbank**(1) 4:11
**million**(18) 7:2 7:3 8:18 8:22 9:6 9:8 9:11 21:2 21:2 29:13 29:18 29:20 30:4 56:25 56:25 59:14 59:15 59:18

**mindlin**(1) 3:5
**mine**(1) 42:7
**minsky**(1) 3:25
**minutes**(2) 53:16 53:20
**missed**(1) 29:2
**mna**(1) 19:4
**modified**(1) 45:24
**moment**(1) 63:17
**momentous**(2) 6:11 6:11
**moments**(1) 51:25
**mona**(1) 2:26
**monarch**(2) 3:45 3:46
**monday**(1) 5:1
**monetization**(1) 24:14
**monetizing**(1) 20:8
**money**(2) 11:8 28:19
**monitor**(15) 2:20 9:1 29:25 29:25 30:7 37:1 48:13 48:14 48:17 50:8 50:10 51:17 59:10 60:4 61:13

**monitor's**(4) 27:13 29:4 29:24 40:2
**months**(1) 51:25
**morawetz**(68) 3:18 5:5 5:6 5:10 5:13 5:25 26:17 26:18 26:21 27:23 28:6 28:9 28:18 29:2 29:7 29:15 35:4 35:9 35:22 38:3 39:15 39:23 40:1 40:4 40:6 40:18 40:22 40:24 41:2 41:24 45:19 46:1 46:8 46:23 47:6 47:9 47:12 48:7 48:10 49:4 49:7 50:23 51:6 51:20 52:16 52:24 53:1 53:11 53:14 53:17 53:18 53:25 54:13 54:16 54:22 55:15 55:19 58:6 58:7 62:14 62:19 63:5 63:9 63:15 63:17 64:7 64:20 65:1

**morawetz's**(1) 64:14
**more**(3) 15:13 40:13 42:2
**morning**(23) 5:3 5:5 5:6 5:7 5:9 5:23 5:24 5:25 26:20 26:21 26:22 26:23 27:21 41:4 41:4 41:5 42:1 47:18 54:23 54:24 55:20 64:21 64:25

**morris**(1) 1:23
**most**(3) 30:22 51:8 56:9
**motion**(38) 5:14 5:16 6:4 7:10 7:23 8:2 8:4 8:23 8:25 10:1 11:4 12:2 12:11 16:14 35:25 35:25 36:24 38:13 38:16 39:14 39:14 41:21 48:17 54:8 55:21 55:24 55:25 57:15 58:3 58:9 58:10 58:16 59:21 61:14 62:4 62:8 62:10 62:24

**motions**(6) 8:9 16:21 36:8 38:2 39:10 48:1
**motivated**(1) 45:12
**move**(2) 5:12 46:21
**moves**(1) 44:2
**much**(7) 31:3 32:9 39:1 40:9 40:13 42:5 47:8

**must**(2) 10:12 33:1
**myself**(1) 51:21
**national**(1) 36:17
**natural**(1) 15:12
**nature**(4) 9:14 11:25 13:19 64:18
**ndas**(1) 10:13
**nearly**(1) 19:20
**necessarily**(1) 33:9
**necessary**(3) 16:5 32:6 55:11
**necessity**(1) 56:8
**need**(6) 30:11 33:17 33:24 44:12 45:23
**needed**(1) 5:11
**negotiate**(1) 17:13
**negotiated**(5) 21:13 22:18 23:12 32:4 32:5
**negotiating**(1) 32:5
**negotiation**(5) 20:20 21:5 25:1 30:10 36:25

**negotiations**(1) 23:2
**networking**(1) 19:22
**networks**(2) 1:6 3:29
**new**(9) 1:37 2:9 2:22 2:41 3:7 3:7 11:24 47:19 47:22

**news**(1) 6:9
**newspapers**(1) 36:17
**nichols**(1) 1:23
**night**(1) 37:13
**nimeroff**(2) 2:31 2:32
**nnc**(1) 7:13
**nni**(2) 7:12 19:2
**nnl**(1) 7:13
**non-assignmen**(1) 49:11
**non-disclosur**(1) 20:13
**non-nortel**(1) 60:16
**non-renewal**(1) 49:11
**none**(2) 43:13 43:13
**norpax**(1) 47:16
**norpax,llc**(1) 3:20
**nortel**(48) 1:6 3:25 3:29 6:3 6:5 6:11 6:15 6:17 7:11 12:5 12:8 18:22 19:1 20:17 21:16 21:16 22:15 24:6 24:14 30:17 31:7 31:23 31:25 32:15 36:19 37:16 37:16 38:25 39:9 41:7 41:8 42:13 43:22 43:24 44:3 44:8 44:22 45:1 45:2 45:10 47:22 50:9 58:16 58:17 58:20 58:22 59:9 61:1

**nortel's**(3) 19:17 27:1 37:21
**north**(3) 1:26 2:15 45:3
**not**(51) 5:10 6:16 8:6 8:20 8:24 13:3 15:17 16:11 17:4 21:25 22:1 22:2 22:6 23:4 25:5 27:20 27:20 28:5 33:2 32:12 32:22 33:8 34:11 34:17 35:13 37:18 37:20 41:20 42:6 42:18 43:17 44:8 45:22 46:10 46:12 46:12 46:24 50:17 50:18 51:7 51:12 52:9 52:19 54:5 54:10 55:12 60:9 62:17 63:3 64:2 64:10

**notably**(1) 14:24
**note**(4) 47:18 48:21 50:20 56:24
**noted**(2) 37:25 52:1
**nothing**(1) 32:22
**notice**(36) 7:24 7:25 7:25 10:19 10:21 10:23 11:2 11:4 11:9 11:13 13:9 13:12 14:17 15:3 15:9 16:4 16:18 16:19 17:1 33:2 33:25 34:11 34:15 34:21 35:19 35:24 36:10 36:11 36:11 36:13 36:16 44:15 53:5 57:11 57:20 58:25

**notices**(8) 11:10 13:7 13:21 15:5 15:11 16:15 36:12 48:24
**noticing**(1) 40:14
**notify**(3) 13:5 13:10 14:10
**now**(9) 14:23 15:11 20:2 24:18 31:17 33:11 43:16 55:20 63:6
**null**(1) 13:2
**number**(11) 7:10 13:22 24:24 30:9 30:25 31:2 31:7 33:12 38:10 39:19 41:17

**numerous**(1) 12:13
**object**(4) 14:12 18:16 58:2 61:5
**objection**(13) 18:15 33:2 33:25 34:11 34:14 35:5 35:19 37:5 46:18 52:4 52:17 53:8 57:25
**objections**(8) 17:17 17:17 17:21 18:13 23:18 25:21 47:3 59:11

**obligation**(1) 42:17
**obligations**(2) 21:18 21:23
**obliged**(1) 47:8
**obvious**(1) 28:22
**obviously**(12) 5:14 12:3 13:2 14:5 15:6 18:6 22:1 23:3 34:7 49:24 55:12 62:20
**occur**(1) 7:21

**off**(1) 24:17
**offer**(3) 21:11 23:16 25:20
**offered**(3) 6:12 7:12 24:22
**officer**(4) 18:9 18:22 19:1 59:9
**ogilvy**(3) 4:36 15:16 18:2
**okay**(6) 13:23 28:12 40:1 40:18 53:18
**olivia**(1) 4:16
**one**(31) 1:36 2:8 2:14 6:16 11:24 15:11 15:21 17:20 17:21 18:3 18:18 23:22 26:2 26:6 28:4 28:18 29:23 30:22 31:17 32:21 34:2 40:23 41:20 44:18 46:5 47:20 52:6 56:8 61:2 62:12 64:6

**ones**(2) 16:14 49:16
**only**(4) 37:8 42:21 52:6 54:24
**open**(2) 53:8 54:14
**operate**(2) 21:16 38:14
**operational**(1) 8:21
**opportunity**(2) 46:24 46:24
**opposed**(1) 39:14
**opposition**(3) 27:19 38:11 39:13
**opt**(1) 14:7
**opted**(1) 37:18
**option**(2) 35:19 54:13
**options**(1) 24:14
**oral**(2) 62:9 62:13
**order**(36) 14:10 15:13 16:4 16:6 20:18 21:10 21:20 21:22 22:6 22:25 26:9 31:20 32:9 33:18 35:8 35:11 36:24 38:14 45:16 46:20 51:18 52:12 55:2 55:8 55:21 59:2 61:22 61:23 61:24 62:11 62:22 63:2 63:3 63:22 64:1 65:18

**orders**(3) 63:6 63:18 65:12
**organization**(1) 47:16
**organized**(1) 47:16
**original**(1) 50:21
**originally**(1) 20:9
**other**(46) 6:9 6:19 7:9 7:13 8:1 8:10 8:18 8:20 8:23 10:3 10:15 10:23 11:16 11:25 12:23 13:10 14:4 19:17 19:22 22:21 23:1 23:3 24:16 25:14 27:12 28:13 28:17 28:25 30:6 30:15 31:8 37:7 37:9 37:24 38:1 40:11 41:17 42:16 43:8 44:17 47:11 50:19 54:9 55:7
**our**(19) 9:12 12:10 13:11 13:13 21:25 36:1 36:3 37:12 38:7 38:11 38:20 39:12 41:11 42:1 43:16 47:24 52:21 54:6 64:1
**out**(36) 12:21 13:12 14:9 15:5 20:10 21:19 28:3 28:10 29:14 29:23 30:1 31:1 31:15 31:24 32:2 32:14 33:12 33:15 35:5 35:7 36:12 36:13 36:19 37:18 38:8 38:17 38:20 43:7 44:12 45:10 46:1 46:9 55:1 59:13 60:18

**outbound**(7) 12:5 12:9 21:24 31:4 32:15 43:3 43:4
**outline**(1) 43:18
**outlines**(1) 48:17
**outs**(2) 33:13 33:15
**outside**(2) 27:25 27:25
**over**(12) 6:9 16:12 18:1 19:25 20:16 26:6 26:13 38:24 43:22 45:5 54:1 58:11

**oversaw**(1) 19:13
**overshadowed**(1) 6:8
**oversight**(1) 19:3
**overy**(1) 21:19
**own**(3) 10:4 23:4 45:5
**owned**(2) 42:16 43:2

**p.m**(5) 14:13 14:16 53:21 53:21 65:24
**p.o**(1) 2:48
**page**(2) 50:24 51:4
**paid**(1) 44:1
**papers**(1) 11:4

**paragraph**(6) 29:4 29:24 48:21 49:14 60:6 61:2

**paragraphs**(2) 60:2 60:3
**parallel**(1) 52:22
**parikh**(1) 2:26
**park**(2) 2:8 2:40
**part**(9) 16:17 24:13 33:19 39:23 42:6 43:24 46:16 46:21 55:9

**participants**(1) 10:17
**particular**(4) 35:16 48:24 54:11 57:21
**particularly**(4) 6:9 9:6 12:4 25:9
**parties**(20) 10:22 11:21 13:5 16:15 16:19 17:1 17:1 20:18 23:2 23:3 28:13 36:14 42:14 46:19 46:25 47:21 55:6 58:2 58:2 59:4
**partly**(1) 33:14
**parts**(1) 22:15
**party**(3) 31:24 33:9 53:8
**party's**(1) 31:25
**pasquerella**(5) 28:2 29:24 48:10 48:11
**pass**(3) 14:18 15:21 15:25
**passed**(1) 14:8
**past**(9) 5:15 28:19 28:21 29:5 36:19 38:2 40:7 40:10 45:5
**patent**(15) 6:5 6:12 6:25 7:7 19:13 19:17 19:19 20:8 24:9 27:1 44:3 47:17 56:17 58:17 58:19

**patents**(36) 6:15 7:6 7:8 7:8 7:9 12:3 12:4 12:6 12:10 12:11 12:17 19:19 20:25 21:8 24:15 24:16 24:18 31:4 32:3 32:5 32:8 33:4 34:18 38:5 41:20 42:11 42:12 42:15 42:15 42:16 42:23 43:1 43:1 43:2 51:3 56:2
**paul**(2) 4:19 4:19
**payment**(3) 7:18 7:19 50:12
**pending**(3) 6:18 61:23 64:15
**pennsylvania**(1) 1:44
**pension**(2) 37:21 41:17
**pensioners**(1) 38:1
**people**(32) 10:12 10:25 11:1 12:22 13:6 13:8 13:9 13:19 13:24 14:2 14:10 14:13 15:9 15:19 22:21 24:24 25:14 28:17 31:9 32:13 32:18 33:1 33:20 33:22 33:24 34:2 34:22 36:7 43:8 43:9 47:11 54:3

**percent**(7) 9:7 9:9 9:11 30:5 59:16 59:18 59:18

**perhaps**(4) 28:14 31:2 43:15 53:16
**period**(2) 6:2 20:16
**permit**(1) 57:11
**person**(5) 12:3 15:14 15:14 16:16 33:18
**perspective**(1) 52:11
**philadelphia**(1) 2:35
**philip**(2) 3:5 3:34
**philpott**(1) 3:26
**pieces**(1) 41:16
**place**(5) 8:8 14:1 22:25 46:5 51:10
**plan**(3) 28:24 56:11 60:24
**plans**(3) 20:6 51:10 51:13
**plaza**(1) 1:36
**please**(5) 5:2 5:4 26:12 53:22 53:23
**pleasure**(2) 5:4 5:25
**podium**(1) 5:21
**point**(7) 23:2 29:14 42:21 44:18 55:1 62:13 65:10

**pointed**(4) 28:3 31:1 31:15 43:7
**porter**(2) 4:23 4:23
**portfolio**(2) 27:1 29:10
**position**(3) 38:4 38:10 39:11
**possibility**(1) 9:1
**possible**(6) 14:2 15:7 27:19 36:8 46:20 63:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| post(2) 29:23 48:5 | | proofs(2) 10:25 13:12 | | reached(1) 20:10 | | report(16) 9:1 27:13 27:15 29:5 29:24 |
| potential(19) 7:4 10:16 10:22 10:22 11:1 11:14 11:20 13:5 17:5 17:11 19:24 20:7 20:10 20:12 20:15 23:14 24:16 43:19 50:12 | | property(2) 5:15 6:19 | | reaction(1) 65:11 | | 30:8 40:2 48:16 49:10 49:14 59:3 59:10 60:6 60:19 61:12 61:20 |
| | | propose(7) 11:17 17:2 18:8 18:13 21:8 29:8 48:25 | | read(1) 43:10 | | |
| power(1) 22:3 | | | | ready(1) 5:12 | | reported(1) 61:1 |
| ppearances(3) 1:21 2:1 3:1 | | proposed(33) 6:25 10:24 13:1 16:10 16:13 16:20 17:2 17:9 21:3 21:21 22:4 22:6 23:6 24:20 25:12 25:13 32:20 35:5 42:4 44:5 44:6 45:16 49:15 51:4 52:12 52:13 56:17 57:2 57:19 60:9 60:13 60:14 60:17 | | real(1) 33:22 | | reports(2) 29:5 60:5 |
| practice(1) 62:5 | | | | reality(1) 30:15 | | represent(4) 44:10 57:16 |
| pre-empt(1) 33:19 | | | | realize(1) 6:8 | | representation(1) 37:18 |
| precedent(1) 9:12 | | | | realized(1) 19:24 | | represents(2) 34:3 56:4 |
| precedents(1) 9:13 | | | | really(8) 33:14 33:17 37:11 38:13 39:3 44:4 52:9 53:4 | | reps(2) 7:4 29:22 |
| predecessors(1) 43:21 | | proposing(1) 14:9 | | | | repudiated(1) 39:1 |
| preemptively(1) 28:15 | | proprietary(4) 38:4 38:9 41:19 50:17 | | reason(7) 15:1 26:24 32:16 44:11 50:1 56:7 61:5 | | request(5) 27:14 45:14 50:2 55:25 57:17 |
| preferred(1) 43:15 | | protect(1) 23:8 | | | | requested(4) 45:14 50:6 58:3 59:12 |
| prejudice(2) 35:20 45:17 | | protected(1) 14:23 | | reasonable(16) 22:20 23:7 25:12 30:2 37:7 32:6 37:1 50:13 56:4 56:5 56:22 56:23 57:3 57:12 57:20 61:2 | | require(1) 56:6 |
| preliminarily(1) 38:19 | | protections(7) 9:5 9:10 22:5 22:21 25:12 49:12 55:24 | | | | required(3) 22:23 31:18 |
| premature(1) 18:5 | | | | | | requirement(2) 30:12 55:3 |
| prepared(2) 18:25 24:3 | | protocol(1) 58:14 | | reasons(3) 38:10 61:1 62:9 | | reservation(3) 35:10 52:3 52:9 |
| present(1) 24:2 | | provide(7) 45:15 46:2 46:5 47:1 55:6 57:8 57:8 | | received(3) 18:1 44:15 59:20 | | reservations(1) 35:12 |
| presentations(1) 20:18 | | | | receiving(1) 37:20 | | reserving(2) 28:14 34:3 |
| presented(1) 63:7 | | provided(6) 12:11 30:7 30:14 37:2 50:6 60:4 | | recess(5) 5:17 53:16 53:19 53:21 65:23 | | residual(4) 20:25 21:7 27:1 50:10 |
| preserve(1) 56:8 | | | | recognize(2) 30:24 34:9 | | resolution(4) 51:4 51:4 51:5 51:8 |
| presiding(1) 51:18 | | provides(2) 58:23 59:15 | | recommend(1) 24:17 | | resolve(1) 46:11 |
| press(1) 20:9 | | providing(1) 10:13 | | recommendation(2) 30:8 37:2 | | resolved(2) 34:12 34:25 |
| previous(3) 56:3 60:22 62:21 | | provision(2) 21:19 59:17 | | recommendation(1) 60:5 | | respect(18) 21:13 21:23 29:20 36:6 37:4 |
| previously(6) 24:10 49:17 58:14 60:10 60:16 60:25 | | provisions(11) 8:24 10:11 21:21 21:22 21:23 30:19 31:1 43:16 46:4 58:13 60:7 | | recommends(1) 50:10 | | 37:5 38:5 41:12 49:25 50:4 50:16 51:3 51:13 54:7 59:11 59:25 62:13 65:9 |
| | | | | record(8) 6:2 45:15 46:9 47:3 54:21 55:4 62:9 62:24 | | respected(1) 52:12 |
| price(14) 7:3 8:18 8:19 9:7 9:9 9:11 19:24 21:1 29:13 29:19 30:5 59:13 59:16 59:19 | | psam(2) 3:33 3:33 | | | | respectful(1) 51:14 |
| | | publically(1) 22:16 | | recorded(1) 1:49 | | respond(3) 14:1 15:6 47:10 |
| | | publication(1) 11:3 11:9 11:9 13:12 36:10 36:16 | | recording(2) 1:49 66:3 | | responded(1) 17:25 |
| primarily(1) 56:14 | | | | records(1) 45:6 | | response(10) 18:17 23:21 26:1 26:15 |
| principals(2) 61:25 62:7 | | | | refer(2) 60:1 61:1 | | 37:13 37:13 38:19 51:23 53:4 53:13 |
| prior(28) 6:14 7:15 8:9 8:15 8:19 8:21 9:13 10:3 10:3 10:15 14:24 16:14 17:15 17:19 19:6 19:8 19:12 23:7 24:5 24:5 24:8 32:18 33:25 34:15 34:25 35:19 45:9 62:4 | | published(2) 36:12 36:16 | | reference(6) 28:22 47:18 50:25 62:6 62:15 64:2 | | responsibilities(1) 19:3 |
| | | purchase(9) 8:18 8:19 9:11 19:24 29:12 29:19 30:5 59:13 59:19 | | | | responsibility(1) 17:14 |
| | | | | referenced(1) 61:11 | | restructuring(3) 24:6 34:19 35:2 |
| | | purchased(1) 45:1 | | references(1) 43:5 | | result(1) 25:15 |
| | | purchaser(17) 9:16 12:9 12:15 15:7 15:8 21:15 21:18 22:14 23:9 29:21 31:3 31:17 33:8 55:3 55:10 55:12 58:22 | | referred(1) 60:3 | | resulted(1) 20:13 |
| | | | | reflect(1) 60:3 | | retained(1) 24:6 |
| probably(2) 28:16 43:23 | | | | regard(3) 36:6 51:22 | | return(1) 45:22 |
| problem(3) 48:5 48:7 54:6 | | | | regarding(4) 10:11 17:19 22:11 24:22 | | returning(1) 45:18 |
| problems(1) 47:13 | | | | registrar(3) 27:24 46:2 47:1 | | review(1) 43:9 |
| procedural(4) 6:6 15:3 15:21 55:16 | | purchaser's(1) 30:11 | | regrettably(1) 29:16 | | reviewed(1) 46:16 |
| procedurally(1) 16:1 | | purchasers(3) 12:18 21:9 21:10 | | reimbursemen(11) 7:20 9:8 27:6 30:4 50:13 56:13 56:20 56:25 58:24 59:17 60:14 | | revised(2) 26:9 |
| procedure(9) 13:8 14:1 16:13 16:23 41:15 41:22 41:23 48:25 58:25 | | purchases(1) 43:23 | | | | rice(1) 3:10 |
| | | purposes(1) 27:3 | | | | richards(1) 2:12 |
| | | pursuant(1) 7:20 31:19 | | reimbursements(3) 23:6 56:24 60:18 | | richardson(1) 6:19 |
| procedures(59) 7:23 7:25 8:1 8:4 8:6 8:8 9:23 10:2 10:15 10:19 11:15 11:16 12:1 13:4 16:10 21:6 21:9 22:18 25:16 25:18 26:9 27:7 27:8 32:11 33:13 34:8 35:14 36:18 37:4 37:6 42:3 47:19 47:22 48:16 48:20 49:15 50:12 52:1 52:5 55:5 55:8 55:14 55:23 57:7 57:11 57:15 58:17 58:24 59:1 59:5 59:6 59:7 60:9 60:10 61:8 61:15 61:16 62:2 62:16 | | | | reject(1) 13:1 | | riedel(20) 18:8 18:21 19:15 19:23 20:3 |
| | | pursuing(3) 24:17 24:19 24:19 | | rejected(2) 13:17 14:6 | | 21:4 21:12 22:9 22:17 23:5 23:10 23:16 |
| | | put(9) 8:8 10:1 13:12 15:13 17:6 42:13 46:25 51:15 65:1 | | rejection(22) 8:3 12:1 14:12 21:5 21:9 27:6 32:11 32:24 42:3 44:5 45:23 48:20 48:25 52:1 54:7 55:1 55:14 57:11 58:1 58:25 59:7 61:16 | | 23:20 24:22 25:7 57:55 59:8 60:1 60:19 61:12 |
| | | | | | | rifkind(1) 4:19 |
| | | putting(1) 6:10 | | | | right(59) 5:22 14:7 14:18 15:18 15:20 |
| | | qualification(1) 10:11 | | | | 15:21 16:15 18:18 18:24 23:22 24:18 |
| proceed(3) 5:19 18:19 64:9 | | qualified(2) 10:18 52:13 | | rejections(1) 14:21 | | 25:23 26:16 26:16 28:6 29:7 31:17 34:18 |
| proceeded(1) 5:15 | | question(4) 42:11 44:4 49:25 52:6 | | relate(2) 42:2 42:10 | | 34:24 40:6 40:22 45:20 52:2 52:7 54:2 |
| proceedings(10) 1:17 1:49 19:13 30:6 30:16 38:2 60:1 60:17 60:25 66:4 | | questions(9) 23:17 25:21 37:8 41:1 47:21 47:24 48:2 48:4 49:2 | | related(8) 7:1 19:18 21:2 27:1 41:17 48:16 48:20 55:24 | | 54:22 55:10 55:15 62:21 |
| | | | | | | rightly(1) 28:3 |
| proceeds(1) 29:6 | | quick(1) 54:21 | | relates(2) 45:8 49:13 | | rights(25) 14:14 14:18 14:22 15:3 28:14 |
| process(50) 6:13 8:1 8:11 9:16 10:17 11:13 15:9 15:11 17:3 19:13 19:14 20:3 24:25 25:9 25:14 25:15 25:16 26:25 27:4 32:20 32:25 34:3 34:9 35:5 39:6 42:2 42:6 42:8 42:12 42:13 42:20 43:14 43:24 44:6 44:12 44:22 44:23 45:7 45:16 45:23 46:16 46:18 46:18 48:15 48:18 52:7 54:7 60:21 62:5 63:3 | | quickly(4) 14:1 15:6 20:3 36:20 | | relating(5) 8:20 27:12 45:16 58:17 64:8 | | 31:24 31:25 32:1 32:2 32:13 34:4 35:10 |
| | | quite(2) 28:19 34:24 | | relation(2) 8:14 44:17 | | 35:13 35:16 38:15 38:15 38:24 42:10 |
| | | quo(1) 49:13 | | relationship(2) 44:7 44:21 | | 42:14 42:19 42:23 43:25 44:4 52:10 55:13 |
| | | quote(1) 51:8 | | relationships(3) 43:12 46:14 46:15 | | |
| | | r-i-e-d-e-l(1) 59:8 | | relatively(1) 14:9 | | rise(3) 5:2 53:22 55:9 |
| | | race(1) 53:1 | | relief(7) 8:15 18:14 27:1 45:13 48:13 55:24 59:11 | | road(1) 8:10 |
| | | raise(3) 17:20 44:18 44:25 | | | | robert(3) 1:35 3:38 3:47 |
| | | raised(3) 38:12 42:4 51:12 | | remain(2) 6:16 57:18 | | rodney(1) 2:14 |
| produced(1) 1:50 | | range(1) 56:23 | | remaining(4) 6:16 6:17 19:17 21:16 | | room(3) 20:14 31:2 63:11 |
| productively(1) 43:25 | | ranger(23) 7:1 8:6 11:22 12:7 16:10 20:21 21:15 22:2 22:19 24:9 25:2 25:15 27:3 32:24 32:25 32:9 32:14 48:18 50:4 50:11 54:19 58:21 | | remedies(1) 33:7 | | rooney(1) 2:25 |
| proffer(7) 18:13 18:16 23:15 23:23 23:25 26:3 26:3 | | | | rentall(1) 4:36 | | rosen(2) 3:4 3:41 |
| | | | | reorganizations(1) 45:4 | | rosenzweig(1) 4:27 |
| | | | | reply(1) 18:1 | | rotsztain(3) 4:41 54:19 54:23 |
| proffered(1) 19:8 | | rangers(1) 4:40 | | | | rpx(1) 47:17 |
| proffers(1) 57:4 | | rather(3) 14:18 15:2 23:14 | | | | rule(1) 47:25 |
| projection(1) 45:16 | | reach(1) 45:9 | | | | rules(1) 47:15 |
| promptly(2) 63:22 65:18 | | | | | | ruling(2) 55:17 55:18 |
| | | | | | | ryan(1) 1:35 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**said**(12) 12:19 16:10 18:22 25:16 34:22 43:17 50:18 52:14 53:6 53:8 54:25 57:13

**sale**(83) 6:5 6:11 6:13 6:19 6:25 7:5 7:6 7:6 7:12 7:20 7:25 8:9 8:14 8:21 8:23 9:6 9:7 9:9 9:14 9:15 10:3 10:21 10:24 11:3 11:14 11:18 11:24 12:2 13:3 13:7 16:13 16:13 17:10 17:11 17:12 17:13 19:13 19:25 20:3 20:11 20:19 20:24 21:13 21:20 21:22 22:23 22:12 22:15 24:11 24:19 24:19 25:3 25:6 29:9 36:11 36:13 36:23 48:15 48:18 49:22 55:22 56:1 56:2 56:8 56:17 56:22 57:2 57:2 57:8 57:24 59:5 59:6 59:16 60:11 60:21 60:23 61:3 61:3 61:6 62:4 62:8

**sales**(22) 6:20 7:15 8:16 8:19 9:13 10:3 10:23 11:25 14:16 16:24 17:15 19:6 19:6 19:6 23:8 24:8 24:9 26:25 27:4 36:19 42:2 56:3

**same**(7) 11:5 11:22 15:17 15:23 25:16 26:24 57:14

**sandridge**(1) 3:10
**satisfaction**(1) 51:9
**satisfactory**(1) 58:1
**satisfied**(6) 41:13 57:6 60:22 61:10 61:14 61:19

**satisfy**(1) 51:21
**save**(1) 11:8
**say**(10) 6:11 10:2 23:11 29:10 41:12 42:1 55:11 56:19 57:12 63:6

**schedule**(7) 11:20 12:11 49:22 57:19 57:19 57:20 64:14

**scheduled**(4) 42:16 42:18 59:23 64:20
**schedules**(11) 13:11 13:21 22:12 30:14 30:18 40:8 40:14 40:16 42:21 42:23 49:21

**scheduling**(4) 46:4 63:11 64:7 65:2
**schuylkill**(1) 1:43
**schweitzer**(37) 1:32 5:21 5:23 5:24 6:2 9:3 9:23 10:10 11:7 13:20 13:24 14:16 15:19 16:3 18:11 18:19 18:20 18:24 19:10 19:12 22:9 23:24 25:24 26:5 26:11 26:12 27:7 29:19 31:15 34:22 36:9 36:19 57:23 58:5 64:3 64:3 65:19

**scope**(3) 7:10 30:13 30:13
**seal**(8) 8:13 13:21 17:9 22:12 27:13 39:21 57:18 59:2

**sealed**(9) 23:13 39:22 39:22 40:9 40:13 40:17 50:2 50:6 61:23

**sealing**(5) 8:14 27:14 47:3 59:1 61:24
**search**(2) 7:9 19:22
**seated**(2) 5:4 53:24
**second**(1) 7:22
**section**(3) 9:5 43:16 56:21
**see**(6) 5:4 27:25 28:22 35:20 48:6 52:13
**seek**(7) 7:16 8:12 9:17 9:20 15:20 17:15 52:8

**seeking**(6) 6:7 8:3 9:4 9:24 11:16 46:10
**seeks**(2) 58:19 58:24
**seemed**(1) 10:20
**seems**(2) 37:19 42:20
**seen**(3) 10:5 11:5 11:12
**seigel**(25) 4:33 34:1 35:13 35:18 41:24 41:25 45:20 45:21 46:7 46:10 47:5 47:8 47:11 51:25 52:2 52:6 52:15 52:22 53:5 53:25 54:1 54:3 54:15 54:25 55:6

**seigel's**(3) 51:23 53:5 54:20
**sell**(3) 20:2 20:2 24:15
**seller's**(1) 43:6

**sellers**(16) 7:5 7:12 7:14 8:13 9:18 12:5 17:9 17:12 27:12 29:22 29:22 30:14 30:15 33:8 42:24 58:22 59:20

**selling**(2) 29:11 31:21
**send**(3) 16:15 16:18 64:17
**sending**(1) 11:9
**sense**(1) 8:21
**sensitive**(5) 22:13 39:19 50:1 57:16 61:21
**sent**(4) 15:5 20:11 36:12 36:13
**sentiments**(1) 54:4
**separate**(2) 40:19 63:2
**separately**(1) 64:10
**september**(1) 64:11
**serve**(3) 13:8 13:11 36:7
**served**(4) 13:8 35:25 36:2 36:3
**service**(11) 1:42 1:50 27:15 36:1 36:4 36:6 36:14 40:13 40:15 49:23 59:5

**services**(1) 1:42
**servos**(1) 60:13
**set**(20) 8:4 9:12 13:2 14:9 14:20 29:23 30:1 32:25 33:20 33:21 35:5 35:7 36:19 36:23 38:8 38:20 55:8 58:13 60:18 61:25

**sets**(1) 56:16
**settlement**(1) 39:5
**seven**(1) 6:1
**several**(2) 20:18 32:17
**shall**(1) 45:17
**sharing**(1) 17:14
**she**(2) 34:3 39:9
**she's**(1) 34:2
**sheryl**(1) 4:33
**short**(1) 63:2
**shortly**(1) 6:18
**should**(9) 23:12 39:4 39:13 43:14 46:5 47:13 56:19 57:8 61:14

**show**(1) 10:18
**showing**(1) 20:13
**side**(15) 8:12 9:18 17:9 23:11 27:11 28:23 39:17 50:3 57:10 57:13 57:16 59:3 61:16 63:2 64:2

**sierra**(1) 62:1
**sign**(2) 62:11 63:18
**signed**(3) 47:23 51:11 63:6
**significant**(4) 29:10 30:22 33:10 56:10
**signing**(5) 10:13 20:13 20:20 20:20 30:21
**similar**(20) 7:14 8:8 8:15 10:22 10:23 11:12 15:17 15:21 16:14 17:14 19:12 22:21 25:16 29:5 32:21 36:19 44:14 49:11 54:4

**similarly**(5) 16:14 30:3 40:11 57:10 60:4
**simple**(1) 42:20
**simply**(1) 48:3
**since**(2) 24:4 46:5
**sir**(3) 5:8 26:17 63:14
**situation**(1) 39:3
**sixty-third**(9) 27:13 29:5 48:16 59:3 59:10 60:6 60:19 61:12 61:20

**size**(2) 9:14 23:5 56:22
**slightly**(1) 27:9
**sloan**(1) 2:13
**small**(1) 62:13
**social**(1) 19:22
**sold**(6) 11:25 19:16 20:25 32:5 32:8 45:1
**solicitation**(1) 24:23
**solution**(1) 60:12
**some**(23) 5:10 6:6 8:1 12:15 17:10 17:19 19:17 20:1 21:12 27:15 28:14 33:7 38:4 39:10 39:20 42:11 43:18 46:25 47:19 47:21 51:2 51:12 63:11

**someone**(2) 14:22 34:14
**something**(4) 13:4 13:18 35:10 64:18

**sometimes**(1) 15:14
**soon**(1) 14:10
**sooner**(1) 15:2
**sorry**(2) 54:17 57:22
**sort**(2) 38:4 64:14
**sorts**(1) 41:18
**sought**(3) 8:15 18:14 48:14
**sound**(3) 1:49 56:7 66:3
**spanned**(1) 44:8
**spanning**(1) 19:19
**spans**(1) 44:21
**speak**(7) 14:23 29:25 35:13 52:3 52:15 54:1 64:7

**speaker**(2) 40:3 40:5
**speaking**(6) 28:13 28:17 34:2 52:2 52:10 54:9

**speaks**(1) 51:3
**specific**(5) 22:10 27:5 37:23 37:23 45:24
**specified**(2) 42:15 43:1
**spend**(1) 51:24
**spirit**(1) 17:14
**splitting**(1) 50:4
**spoken**(1) 54:5
**square**(2) 2:14 2:33
**stakeholders**(1) 61:22
**stalking**(30) 6:21 6:25 7:17 8:6 8:17 9:4 9:15 11:23 16:11 17:3 20:21 22:22 22:24 22:25 25:3 25:10 27:2 29:12 40:16 42:22 50:11 55:22 57:7 58:19 58:23 59:13 59:14 61:9 61:15 62:3

**stam**(36) 4:37 26:19 26:20 26:22 26:24 28:2 28:8 28:12 28:24 29:4 29:8 29:18 35:7 35:12 35:23 38:6 39:16 39:25 40:7 40:20 40:23 40:25 43:6 47:10 49:20 50:18 51:16 53:1 53:3 54:18 62:10 62:12 62:15 62:23 63:8 63:18

**stand**(3) 11:23 53:19 65:23
**stargatt**(1) 2:44
**start**(2) 5:19 18:21
**started**(4) 15:4 24:23 39:7 57:12
**starting**(2) 23:1 36:21
**state**(1) 55:4
**states**(4) 1:1 1:19 17:18 58:10
**status**(1) 49:12
**staying**(1) 31:23
**ste**(2) 2:27 2:34
**steen**(1) 1:31 3:29
**steer**(10) 27:19 27:23 27:24 27:25 28:4 37:10 41:19 41:19 51:1 51:7

**steer's**(5) 37:13 39:11 41:9 50:16 50:21
**step**(2) 5:6 15:21 16:6 38:11 56:10
**steven**(1) 3:11
**still**(2) 14:7 44:2
**stone**(1) 2:31
**strategy**(5) 18:9 18:21 19:1 19:4 59:9
**strazinsky**(4) 28:3 28:7 28:10 37:11
**strazinsky's**(1) 39:11
**streamline**(1) 8:11
**street**(6) 1:11 1:26 1:43 2:15 2:47 3:6
**stuff**(1) 44:25
**sturm**(1) 2:7
**subject**(7) 29:19 31:4 31:14 31:22 32:5 32:23 35:11

**submission**(2) 51:14 54:21
**submissions**(9) 5:17 28:15 37:4 41:1 51:24 53:5 53:6 53:15 54:20

**submitted**(1) 17:24
**subsequent**(1) 55:5
**subsidiaries**(1) 31:11
**substance**(4) 37:9 38:21 53:4 63:1
**substantial**(1) 25:1
**substantially**(4) 10:5 20:25 36:18 49:16

**such**(2) 19:21 42:7
**suffice**(2) 29:10 41:12
**sufficient**(1) 46:5
**suggest**(2) 22:17 53:15
**suggesting**(1) 43:14
**suggestion**(1) 38:3
**suite**(1) 3:12
**summarize**(2) 37:14 47:13
**summarized**(2) 8:25 61:11
**summary**(2) 10:1 50:8
**supplemental**(1) 40:12
**support**(9) 18:14 25:17 28:4 36:5 41:20 41:21 48:17 57:5 59:25

**supportive**(2) 25:6 39:10
**supports**(2) 48:13 51:17
**supreme**(1) 61:25
**sure**(8) 5:10 11:8 16:2 27:20 28:13 49:4 52:9 65:4

**surface**(1) 13:4
**survive**(1) 29:22
**susan**(2) 3:26 41:6
**svilen**(2) 4:4 4:4
**sworn**(1) 59:9
**sympathetic**(1) 39:3
**tt** (2) 4:26 4:31
**tab**(2) 40:3 40:4
**take**(11) 31:4 35:4 43:8 49:8 52:19 53:15 63:17 64:13

**taken**(3) 5:18 59:11 62:3
**taking**(3) 31:13 31:14 38:4
**taylor**(1) 2:44
**team**(3) 30:12 30:17 31:8
**teams**(1) 30:7
**teasers**(1) 20:12
**telecom**(1) 7:8
**telecommunications**(1) 19:21
**telegraph**(2) 44:11 46:13
**telegraphed**(1) 42:1
**telephonic**(3) 3:16 4:1
**tell**(4) 13:8 13:9 13:13 35:9
**ten**(2) 53:16 53:20
**tentatively**(1) 59:23
**term**(2) 17:4 30:2
**terminate**(1) 32:12
**terminated**(4) 34:17 35:2 38:25 51:12
**termination**(3) 15:20 32:24 55:9
**terms**(23) 6:12 7:5 7:20 8:17 10:21 14:8 21:1 24:20 24:23 25:2 25:13 25:13 27:17 29:9 29:13 30:19 34:10 47:23 48:18 52:3 57:2 65:2

**test**(1) 61:13
**testified**(2) 19:7 24:10
**testify**(15) 18:25 19:15 19:23 20:23 21:4 22:10 23:5 24:2 24:3 24:3 24:4 24:12 24:13 25:4 25:8

**testimony**(5) 18:14 19:8 24:21 25:21 26:3
**tests**(1) 56:13
**than**(7) 14:18 15:2 23:14 37:24 42:16 43:8 50:19

**thank**(54) 5:3 5:20 5:22 18:19 18:20 23:24 26:5 26:10 26:12 26:18 28:1 29:7 35:22 39:15 40:6 40:24 41:2 41:3 41:23 41:24 41:25 47:5 47:8 47:9 47:15 48:9 48:10 52:22 52:25 53:11 53:17 53:23 54:15 55:15 55:19 58:5 58:7 63:8 63:9 63:12 63:14 63:15 63:16 63:25 64:5 64:19 65:16 65:17 65:17 65:19 65:21 65:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**that**(301) 5:11 5:14 5:18 5:20 7:3 7:7 7:11 7:23 8:9 8:11 9:13 9:17 9:19 9:23 9:25 10:2 10:3 10:7 10:12 10:14 10:23 11:1 11:3 11:8 11:20 11:20 12:1 12:6 12:10 12:11 12:16 12:21 12:23 12:25 13:5 13:8 13:13 13:16 13:19 13:20 13:24 14:2 14:10 14:11 14:17 14:25 15:1 15:1 15:4 15:9 15:15 15:13 15:14 15:22 15:23 16:3 16:4 16:5 16:7 16:7 16:7 16:13 16:17 16:21 17:3 17:4 17:5 17:10 17:11 17:12 17:15 17:20 18:3 18:3 18:4 18:4 18:8 19:15 19:16 19:23 19:24 19:24 20:1 20:3 20:12 20:19 20:23 20:24 21:1 21:4 21:6 21:7 21:10 21:19 21:20 21:21 22:2 22:3 22:4 22:5 22:10 22:17 22:18 22:20 22:22 22:23 22:24 23:5 23:12 23:13 23:15 23:15 23:16 24:4 24:5 24:6 24:13 24:17 24:22 24:23 24:24 24:25 25:2 25:3 25:4 25:5 25:8 25:10 25:11 25:18 25:20 26:6 27:22 28:4 28:5 28:12 28:22 28:23 29:14 29:21 29:21 30:2 30:9 30:13 30:15 30:16 30:20 30:20 30:21 30:21 30:24 30:25 31:5 31:9 31:10 31:16 31:20 32:1 32:2 32:2 32:7 32:8 32:13 32:20 32:23 32:23 33:3 33:3 33:4 33:8 33:9 33:10 33:10 33:13 33:20 34:1 34:5 34:6 34:6 34:9 34:15 34:19 34:21 34:22 34:25 34:25 35:1 35:1 35:4 35:12 35:14 35:24 36:4 36:5 36:6 36:7 36:22 36:23 37:2 37:5 37:15 37:19 37:20 37:23 37:23 38:3 38:6 38:7 38:9 38:10 38:11 38:12 38:12 38:14 38:14 38:16 38:21 38:22 38:23 39:9 39:10 39:12 39:19 39:20 39:23 40:8 40:18 40:19 40:20 41:10 41:12 41:13 41:16 41:18 41:19 41:20 42:3 42:10 42:13 42:19 42:21 42:21 42:22 42:23 43:17 43:19 43:23 43:25 43:25 44:6 44:7 44:11 44:12 44:16 44:21 45:3 45:15 45:20 46:3 46:4 46:7 46:9 46:11 46:16 46:20 46:25 47:13 48:21 48:24 49:1 49:13 49:17 50:1 50:2 50:9 50:19 50:22 50:24 51:7 51:10 51:14 51:15 51:21 51:22 52:1 52:2 52:6 52:7 52:10 52:11 52:12 52:17 52:17 53:4 53:9 53:14

**that**(52) 53:15 54:3 54:4 54:6 54:8 54:10 54:11 54:13 54:16 55:1 55:4 55:9 55:11 55:12 56:3 56:4 56:9 56:12 56:19 56:24 57:6 57:15 57:17 59:19 60:22 61:13 61:14 61:19 61:23 62:3 62:6 62:15 62:17 62:19 62:19 62:20 62:24 63:3 63:4 63:9 63:12 63:20 64:12 64:13 64:16 64:18 65:1 65:10 65:11 65:15 65:17 66:2

**that's**(19) 9:20 14:24 22:6 22:14 28:6 29:15 31:1 32:17 35:11 43:17 44:21 44:23 46:17 46:22 47:1 49:18 50:6 55:8 56:14

**that's**(1) 8:12

**the**(301) 1:1 1:2 1:18 1:23 2:4 2:21 2:46 5:2 5:3 5:7 5:14 5:15 5:16 5:16 5:18 5:22 5:22 6:1 6:2 6:3 6:4 6:4 6:5 6:5 6:8 6:9 6:12 6:13 6:15 6:15 6:16 6:16 6:17 6:18 6:18 6:19 6:20 6:20 6:21 6:24 6:25 6:25 7:5 7:5 7:5 7:6 7:9 7:11 7:12 7:12 7:14 7:17 7:17 7:18 7:18 7:19 7:20 7:20 7:22 7:22 7:22 7:23 7:24 7:24 7:25 7:25 8:1 8:3 8:4 8:5 8:6 8:9 8:10 8:13 8:14 8:14 8:15 8:17 8:17 8:21 8:21 8:22 8:22 8:23 8:23 8:25 8:25 8:25 9:2 9:3 9:4 9:4 9:5 9:7 9:9 9:9 9:11 9:12 9:14 9:14 9:14 9:14 9:15 9:16 9:17 9:18 9:18 9:20 9:21 9:22 9:23 10:1 10:1 10:2 10:4 10:9 10:12 10:14 10:14 10:15 10:17 10:19 10:21 10:24 10:24 11:2 11:3 11:4 11:4 11:6 11:8 11:11 11:14 11:15 11:16 11:17 11:17 11:18 11:19 11:20 11:21 11:24 11:25 11:25 12:2 12:2 12:3 12:4 12:4 12:5 12:6 12:7 12:9 12:10 12:15 12:16 12:16 12:21 12:25 13:3 13:3 13:7 13:11 13:13 13:15 13:18 13:20 13:21 13:23 14:2 14:5 14:6 14:6 14:7 14:8 14:10 14:11 14:12 14:15 14:18 14:19 14:20 14:20 14:21 14:22 14:24 14:24 15:5 15:7 15:7 15:11 15:12 15:12 15:13 15:15 15:16 15:17 16:3 16:4 16:6 16:9 16:10 16:13 16:13 16:14 16:15 16:16 16:16 16:19 16:24 16:25 16:25 17:1 17:3 17:3 17:9 17:10 17:10 17:11 17:12 17:12 17:13 17:18 17:18 17:20 17:21 17:22 17:23 18:1 18:2 18:3 18:4 18:5 18:5 18:9 18:18 18:21 18:22 18:23 19:1 19:3 19:5 19:6 19:7 19:8 19:9 19:11 19:12 19:13 19:13 19:14 19:16 19:23 19:24 19:25 20:2 20:3 20:4 20:4 20:4 20:6 20:7 20:8 20:9 20:11 20:14 20:19 20:20 20:21 20:24 20:25 21:1 21:2 21:2 21:5 21:5 21:7 21:7 21:8 21:8 21:10 21:11 21:13

**the**(88) 60:23 60:23 60:23 60:24 61:2 61:3 61:4 61:4 61:5 61:6 61:7 61:7 61:7 61:8 61:8 61:10 61:11 61:11 61:12 61:12 61:13 61:13 61:15 61:15 61:16 61:16 61:20 61:21 61:22 61:24 61:25 61:25 62:1 62:2 62:2 62:4 62:4 62:5 62:6 62:6 62:7 62:7 62:9 62:10 62:17 62:22 62:23 62:24 62:24 62:24 63:2 63:2 63:3 63:5 63:7 63:10 63:10 63:14 63:16 63:19 63:22 63:24 64:1 64:2 64:5 64:8 64:10 64:11 64:11 64:12 64:16 64:23 65:1 65:2 65:5 65:7 65:8 65:9 65:12 65:15 65:17 65:20 65:23 65:24 66:2 66:3 66:3 66:4

**their**(20) 14:14 14:16 14:18 14:22 15:10 16:17 18:13 23:4 25:14 30:14 32:19 33:2 33:3 34:16 35:16 37:1 37:19 38:24 38:24 39:3

**them**(12) 8:24 9:25 10:1 13:9 17:6 22:1 22:22 22:2 22:16 41:12 42:8 49:3

**themselves**(11) 11:15 12:22 13:21 14:19 31:23 34:8 35:14 37:6 38:15 38:18 52:1

**then**(22) 5:17 11:18 13:14 13:16 14:13 16:18 18:19 22:19 25:2 27:14 28:20 29:3 36:21 37:12 40:4 40:7 43:5 43:11 47:13 48:1 52:14 55:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**there**(62) 5:10  5:17  6:9  6:14  6:19  9:3  10:6  10:10  12:12  12:21  13:12  13:18  17:24  18:1  21:21  22:23  25:21  28:12  28:16  30:3  30:9  30:19  30:21  31:13  31:15  31:24  32:7  33:7  33:7  33:10  33:12  33:21  35:1  35:20  35:21  36:4  36:22  37:2  37:13  38:9  38:22  42:4  44:11  46:3  46:8  46:9  46:14  46:23  48:5  52:4  54:3  54:6  55:5  55:7  56:7  61:6  62:10  62:12  62:21  63:4  64:25

**there's**(24) 7:13  18:15  19:17  20:8  20:15  21:14  21:17  22:3  27:18  32:22  33:5  33:5  33:15  34:11  37:5  39:19  46:15  46:18  48:7  52:6  53:1  55:4  55:14  59:17

**therefore**(3) 49:25  57:17  61:14

**these**(28) 20:16  21:9  25:18  30:6  31:22  32:6  33:15  34:20  34:22  37:15  38:2  38:5  38:23  39:3  39:23  40:19  42:4  43:10  43:13  45:12  46:13  47:21  49:23  56:17  60:16  60:25  63:18  64:17

**they**(53) 12:19  13:6  13:10  14:17  14:23  15:17  16:16  16:17  17:13  19:25  20:6  22:5  22:13  26:25  29:21  32:12  33:3  34:18  34:25  35:2  35:17  36:20  37:3  37:17  37:19  37:20  37:24  38:7  38:8  38:12  38:16  38:24  39:10  40:8  40:9  41:9  42:19  43:8  43:11  43:15  43:24  44:1  44:1  44:1  44:15  44:15  44:16  45:13  47:22  51:21  55:7  57:3  59:9

**they'll**(2) 25:18  33:21

**they're**(13) 10:2  10:4  11:10  11:12  11:22  22:20  22:22  32:14  38:4  42:18  42:24  43:17  44:17

**they've**(3) 38:12  43:22  47:23

**thing**(9) 11:24  15:11  26:7  28:18  37:9  39:21  54:25  64:6  64:9

**things**(12) 5:10  8:20  10:12  18:4  22:23  30:12  30:21  31:7  34:21  37:23  39:19  42:14

**think**(30) 10:15  11:13  11:24  12:19  13:2  13:6  15:1  15:4  15:12  16:5  26:6  28:20  33:13  36:16  37:24  41:12  42:24  42:25  44:1  52:21  53:3  54:8  63:9  63:12  63:20  64:1  64:15  64:17  64:20  65:10

**thinks**(2) 23:8  25:18

**third**(2) 7:24  42:14

**this**(90) 5:17  6:20  7:11  9:12  9:24  10:6  11:7  11:24  12:19  12:24  13:18  14:3  15:8  16:6  16:7  16:23  17:4  17:16  18:5  20:3  20:9  23:3  24:13  24:17  24:19  24:19  25:9  25:11  25:15  27:21  27:23  29:10  29:16  30:1  30:5  34:3  34:9  35:4  35:5  35:10  35:25  36:23  37:14  39:14  42:6  42:12  43:13  43:18  43:24  44:2  44:15  44:25  45:9  45:14  45:18  45:22  45:22  46:9  46:11  47:18  47:25  48:3  49:17  51:18  55:18  55:20  55:20  56:4  56:10  56:13  56:23  58:8  58:9  58:12  58:15  58:18  59:22  60:11  60:20  60:21  60:23  61:2  61:14  61:23  62:4  62:5  62:5  62:17  62:20

**thomas**(1) 4:12

**those**(41) 6:10  7:21  8:9  11:9  11:21  12:16  14:20  17:12  17:20  17:25  18:2  18:7  20:12  22:1  22:5  25:17  27:10  28:15  31:14  32:1  32:18  36:12  36:19  38:8  38:25  40:17  41:1  41:11  42:25  45:14  45:21  48:1  49:5  51:13  54:4  55:5  57:18  57:21  60:3  60:7  64:9

**thought**(2) 28:25  46:6

**three**(1) 61:4

**through**(20) 8:24  9:25  14:8  14:18  15:8  15:21  15:25  21:16  25:9  27:10  27:22  29:9  30:24  33:3  34:17  45:6  45:6  48:4  48:25  49:5

**throughout**(2) 19:14  24:25

**thursday**(1) 38:20

**tie**(1) 43:12

**tim**(2) 4:23  4:23

**time**(18) 6:1  11:7  11:20  11:22  14:24  15:15  17:16  19:25  20:16  24:5  24:19  26:6  29:16  33:22  35:1  51:10  51:18  61:3

**timeframe**(1) 52:22

**timeframes**(1) 52:12

**times**(1) 9:25

**timing**(2) 44:6  52:11

**today**(29) 5:19  6:4  6:7  6:13  7:16  18:14  18:22  22:7  24:3  26:24  27:18  28:21  34:1  35:11  39:9  39:14  40:8  41:22  42:9  42:21  44:9  44:13  45:14  46:13  48:14  51:22  59:12  64:16

**together**(1) 9:10

**tomorrow**(2) 64:21  64:25

**too**(5) 12:12  22:5  23:11  23:12  31:3

**torys**(1) 4:40

**total**(6) 9:11  30:4  43:23  59:16  59:18  59:19

**touch**(1) 20:6

**touching**(1) 19:20

**towards**(1) 56:10

**traci**(1) 66:8

**transaction**(10) 24:11  25:6  37:8  44:2  50:3  59:5  59:22  60:5  61:3  61:7

**transactions**(3) 28:25  60:1  60:22

**transcriber**(1) 66:8

**transcript**(3) 1:17  1:50  66:3

**transcription**(1) 1:42  1:50

**transfer**(2) 42:15  43:1

**transferred**(1) 32:2

**treated**(1) 15:10

**trial**(1) 64:11

**tried**(3) 10:19  13:25  15:2

**trust**(1) 62:7

**try**(5) 28:10  28:14  44:9  45:7  45:12

**trying**(1) 26:7

**tunnell**(1) 1:23

**turn**(3) 26:6  26:13  50:24

**tweek**(1) 4:11

**twice**(1) 6:1

**two**(12) 2:33  17:24  27:9  29:13  34:3  37:12  37:15  39:20  40:19  40:23  55:17  61:3

**types**(1) 7:8

**u.s**(35) 5:16  6:3  6:17  6:18  7:7  7:13  8:25  9:17  9:21  10:24  12:25  13:11  14:5  15:15  15:23  17:18  17:20  17:22  19:18  26:25  27:8  29:15  29:18  32:21  33:21  36:2  36:14  36:11  36:23  58:12  58:15  58:18  59:14  59:22  62:17

**ultimate**(1) 56:11

**ultimately**(8) 20:20  24:16  25:1  25:2  34:10  41:14  49:18  52:14

**um-hum**(4) 10:9  22:8  35:9  51:6

**uncontested**(1) 55:25

**under**(23) 7:5  7:12  8:13  13:21  14:7  14:8  16:7  17:4  17:19  21:18  21:23  22:12  27:13  39:21  42:14  43:16  44:1  51:5  55:13  56:13  56:21  57:18  64:17

**understand**(5) 33:18  42:22  43:11  45:7  46:20

**understanding**(3) 5:13  37:15  54:6

**understood**(2) 46:17  65:5

**undertaken**(1) 36:6

**united**(4) 1:1  1:19  17:18  58:10

**units**(1) 43:10

**universe**(2) 32:7  43:1

**unknown**(6) 12:24  13:1  35:17  40:3  40:5  41:25

**unless**(5) 18:14  23:17  25:21  37:7  40:25

**unlike**(3) 8:18  60:9  62:17

**unreserved**(1) 7:4

**unsecured**(1) 41:15

**until**(2) 14:20  47:25

**upon**(2) 42:14  63:22

**use**(2) 21:25  25:17

**used**(6) 9:13  10:3  16:14  16:23  25:9  31:10

**using**(1) 22:22

**usual**(1) 36:25

**utility**(1) 30:2

**utilized**(1) 49:17

**valid**(2) 33:4  33:5

**value**(7) 20:4  21:10  24:15  24:17  25:8  50:10  56:8

**variations**(1) 10:4

**variety**(2) 7:8  19:20

**various**(10) 11:4  19:3  31:11  39:18  41:15  43:10  45:7  48:23  58:20  58:20

**verizon**(1) 4:7

**version**(1) 62:24

**very**(21) 10:6  11:12  19:5  29:11  31:1  31:6  33:17  34:7  34:8  36:20  39:2  39:16  42:6  46:9  52:19  54:24  56:16  57:9  62:12  63:2  64:5

**vested**(1) 38:17

**vesting**(7) 31:20  35:25  36:24  38:13  38:14  39:14  51:18

**videoconferenc**(1) 58:9

**view**(10) 9:14  18:5  23:7  38:11  39:12  43:18  50:9  51:2  54:25  60:15

**vigorous**(2) 6:22  24:25

**vis-a-vis**(2) 33:8  33:9

**volumes**(3) 39:24  40:19  40:23

**wachtell**(2) 3:4  3:41

**wait**(2) 5:11  47:24

**walk**(2) 8:24  9:25

**walking**(1) 30:24

**want**(12) 8:10  12:20  14:18  16:17  28:18  43:18  43:24  46:12  47:10  47:11  48:3  51:19

**wanted**(5) 13:15  53:4  55:1  55:4  64:6

**wants**(5) 12:3  12:18  41:22  48:21  54:20

**warranted**(1) 61:3

**warranties**(1) 7:4

**was**(25) 6:9  15:11  18:1  18:24  19:15  21:5  23:12  24:6  27:13  29:1  31:20  36:7  37:10  39:5  47:16  48:5  50:17  54:19  58:9  58:12  62:20  62:24  63:2  63:5  65:24

**wasting**(1) 20:1

**way**(14) 5:15  6:25  11:18  15:23  16:24  17:14  20:4  24:17  25:16  28:20  43:17  43:20  46:12  47:2

**ways**(1) 15:3

**we'd**(4) 14:11  14:13  51:24  52:14

**we'll**(11) 5:19  6:18  10:7  15:1  18:1  28:10  33:6  34:12  40:1  53:19  65:10

**we're**(29) 6:7  6:22  8:3  9:4  9:24  10:16  11:3  11:9  11:16  13:20  13:22  14:9  15:5  15:22  22:2  29:11  31:21  31:21  32:23  34:5  34:6  34:24  39:2  40:11  40:16  44:9  45:22  46:10  64:6

**we've**(40) 6:21  8:8  9:13  9:24  10:1  10:3  10:19  10:20  11:1  11:5  12:1  12:11  12:13  12:14  13:4  13:25  15:2  16:13  16:14  16:23  17:15  17:19  22:21  27:11  30:16  31:10  32:4  32:13  32:25  33:3  33:20  36:3  36:3  36:10  39:20  41:16  45:10  47:21  48:23  49:20

**website**(1) 13:18

**wedding**(1) 6:8

**week**(1) 14:13

**weekend**(1) 18:1

**weeks**(2) 64:10  64:12

**weiss**(2) 4:19  4:19

**well**(50) 5:13  5:25  7:14  9:1  9:12  9:12  10:1  10:21  11:11  12:12  12:16  15:8  15:13  16:25  18:11  18:23  19:10  19:10  24:5  24:8  25:17  28:11  28:23  31:5  31:5  34:2  35:12  36:1  36:15  36:22  39:6  43:2  43:22  45:19  46:1  46:17  46:23  47:17  54:13  55:24  56:10  57:7  57:16  59:1  61:11  61:17  63:21  64:5  64:14  64:21

**were**(21) 5:10  6:7  8:24  13:4  22:16  22:19  32:2  37:9  37:16  38:22  38:23  51:10  51:11  54:5  54:9  55:7  57:3  59:11  63:4  64:19  64:22

**west**(2) 2:47  3:6

**wharton**(1) 4:19

**what**(38) 7:16  10:5  10:16  10:20  11:12  11:13  11:22  12:23  13:7  13:9  13:20  14:9  17:15  21:22  23:8  25:14  28:21  31:21  32:7  32:10  33:14  33:23  33:23  34:14  35:16  37:25  38:17  42:25  43:11  43:23  44:7  44:9  45:22  52:9  54:25  56:15  57:21  64:17

**what's**(1) 6:12

**whatever**(3) 32:15  38:15  44:11

**when**(7) 7:21  13:6  14:21  28:9  37:3  39:6  44:20

**where**(12) 8:6  9:18  10:11  12:14  14:14  16:15  21:14  21:24  28:19  31:24  38:16  48:8

**wherein**(1) 38:23

**whereupon**(1) 65:24

**whether**(8) 12:5  27:25  33:5  33:24  35:17  50:17  60:20  64:9

**which**(59) 7:1  7:3  9:5  9:7  9:8  9:11  12:12  14:21  14:25  15:11  27:2  27:4  27:7  27:11  27:12  27:21  29:20  31:6  31:7  31:18  33:1  33:6  33:11  33:16  37:22  39:18  42:5  42:10  42:12  42:22  43:5  43:5  44:1  45:21  47:3  47:16  48:19  48:20  49:12  49:15  49:24  50:3  50:5  50:20  50:25  51:16  52:4  53:9  56:23  58:2  58:14  58:18  59:3  59:16  59:23  60:10  61:20  61:21  63:6

**while**(6) 6:20  11:22  32:4  39:2  42:20  64:6

**who**(17) 10:25  13:9  13:11  17:24  18:12  20:11  23:25  27:19  27:20  28:13  32:13  32:14  32:15  34:2  34:23  37:16  54:9

**who's**(2) 18:21  27:17

**whole**(3) 35:5  51:9  61:4

**whose**(1) 16:19

**why**(1) 50:1

**wide**(3) 7:8  11:8  19:19

**widely**(1) 36:2

**wildly**(1) 14:25

**will**(57) 5:17  5:21  6:8  6:19  15:14  15:16  15:19  16:4  18:4  18:6  28:14  28:16  33:3  33:21  34:2  34:17  34:17  35:2  36:9  36:12  36:13  36:16  37:20  38:14  38:16  41:16  42:25  43:8  44:2  44:8  45:11  46:22  46:23  48:15  51:7  52:1  52:10  52:18  52:22  55:17  55:25  56:15  56:18  57:7  57:8  57:10  57:17  60:3  60:7  61:3  62:6  62:19  63:6  64:9  64:16  65:2  65:18

**willing**(3) 11:23  21:11  35:15

**wilmington**(7) 1:12  1:28  2:16  2:28  2:49  3:13  5:1

**wind**(2) 21:16  31:11

**winning**(1) 16:17

**wins**(1) 16:16

**wish**(4) 25:24  26:14  54:25  65:20

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **with**(113) 5:14  5:20  6:6  6:22  9:3  10:6 | | **your**(67) 5:9  5:12  5:20  5:21  5:24  7:16 | |

**with**(113) 5:14  5:20  6:6  6:22  9:3  10:6
10:16  10:17  11:2  11:10  11:13  12:2  12:7
12:8  12:23  12:25  15:7  15:15  15:22  16:12
16:20  17:10  17:10  17:11  18:8  18:21  19:18
20:21  20:24  21:2  21:12  21:13  21:23  22:4
22:18  23:2  23:11  23:15  24:8  25:1  25:20
26:5  27:3  27:8  27:11  27:13  27:19  29:12
29:20  30:18  31:8  31:8  31:11  31:17  31:23
32:5  32:10  32:15  32:23  35:15  35:23  36:6
37:4  37:5  37:25  38:1  38:4  38:10  38:13
38:21  38:23  39:4  39:5  39:12  39:18  41:9
41:14  43:9  43:21  43:24  44:8  44:22  45:12
45:24  46:17  46:19  47:18  47:24  48:1  48:4
48:24  49:24  50:16  51:2  51:18  51:25  52:21
53:5  54:6  54:8  54:10  58:8  58:9  58:11
58:13  58:22  59:11  59:25  60:22  62:5  62:13
65:3  65:9

**withering**(1) 21:22
**within**(5) 9:12  9:12  40:21  56:23  57:13
**without**(5) 16:21  26:7  45:17  51:16  61:23
**womble**(1) 3:10
**won't**(3) 17:4  55:6  65:12
**wording**(1) 54:11
**work**(9) 15:7  16:6  43:24  44:8  44:22  46:1
46:22  46:22  47:22

**worked**(3) 10:20  20:7  21:6
**working**(3) 12:8  15:4  31:8
**works**(2) 16:25  64:12
**world**(4) 12:21  13:13  31:12  45:4
**would**(52) 7:21  12:10  12:23  13:1  13:3
14:14  14:21  16:1  17:5  18:13  18:25  19:15
19:23  19:25  20:23  21:4  21:15  21:25  22:9
22:15  22:17  23:5  23:8  23:15  24:3  24:12
25:4  25:5  25:8  25:20  25:22  26:7  29:14
30:22  34:18  34:19  34:23  36:23  40:15
43:15  45:14  46:6  46:7  47:18  49:4  51:8
52:16  53:15  54:10  63:10  63:21  63:21

**wouldn't**(2) 14:19  14:20
**written**(1) 63:5
**wrong**(1) 14:25
**www.diazdata.com**(1) 1:46
**year**(2) 29:23  39:6
**years**(2) 43:22  45:5
**yes**(17) 9:2  9:22  11:6  14:2  18:10  19:9
19:11  26:10  26:10  28:8  39:25  50:23  53:17
62:14  64:4  64:5  65:8

**yet**(2) 16:25  42:12
**york**(6) 1:37  2:9  2:22  2:41  3:7  3:7
**you**(126) 5:3  5:4  5:7  5:11  5:20  5:22  6:1
6:18  6:22  8:24  10:11  12:19  12:20  13:13
13:14  13:15  14:6  14:7  15:22  15:23  15:23
15:24  18:18  18:19  18:20  23:24  25:23  26:5
26:8  26:8  26:12  26:17  26:18  27:24  27:24
28:1  28:23  29:7  31:7  33:15  33:17  35:9
35:22  37:7  39:2  39:15  40:6  40:24  40:25
41:2  41:3  41:10  41:10  41:21  41:23  41:24
41:25  42:9  42:22  43:10  43:11  43:20  44:20
45:19  46:1  46:8  47:5  47:6  47:8  47:9
47:11  47:13  47:15  48:6  48:7  48:9  48:10
49:2  49:5  49:20  50:16  50:19  50:20  50:22
50:24  51:4  51:7  52:16  52:24  52:25  53:11
53:17  53:18  53:23  54:14  54:15  55:15
55:19  58:5  58:7  62:15  62:20  63:8  63:9
63:12  63:14  63:14  63:15  63:16  63:18
63:24  63:25  64:5  64:15  64:19  65:1  65:3
65:6  65:11  65:16  65:17  65:17  65:19  65:20
65:21  65:22

**you're**(7) 13:15  14:2  14:3  14:3  44:19  45:5
 46:8

**young**(1) 2:44

**your**(67) 5:9  5:12  5:20  5:21  5:24  7:16
12:19  14:5  14:7  18:20  23:24  26:5  26:20
28:2  29:8  29:14  33:6  34:12  35:23  37:7
37:11  39:17  40:3  40:25  41:3  41:25  47:3
47:5  47:10  47:15  48:3  48:9  48:11  48:13
48:20  49:1  49:4  49:10  49:19  49:24  50:3
50:8  50:15  50:20  50:25  51:5  51:14  51:19
51:24  51:25  52:22  53:3  54:18  54:23  58:5
62:12  62:13  63:8  63:20  63:21  63:25  64:4
64:19  65:15  65:16  65:19  65:22