# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard          **Chapter:** 11
Richardson, TX 75082
  **EIN:** 04–2486332


Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020
                                 *Case No*.:  09–10138–KG


### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 5/2/2011 was filed on 5/3/2011 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/24/2011 .

If a request for redaction is filed, the redacted transcript is due 6/3/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/1/2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.


Clerk of Court

Date: 5/3/11

(ntc)