# Notice Recipients

District/Off: 0311−1         User: Brandon              Date Created: 5/3/2011
Case: 09−10138−KG           Form ID: ntcBK             Total: 23

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Nortel Networks Inc., et al.         2221 Lakeside Boulevard         Richardson, TX 75082
frep        Allen &Overy LLP,         1221 Avenue of the Americas         New York, NY 10020
ust         Thomas Patrick Tinker         Office of the U.S. Trustee         844 King Street Suite 2207         Wilmington, DE 19801
aty         Alissa T. Gazze         Morris Nichols Arsht &Tunnell, LLP         1201 N. Market Street         Wilmington, DE 19801
aty         Andrew R. Remming         Morris, Nichols, Arsht &Tunnell         1201 North Market Street         P.O. Box 1347         Wilmington, DE 19899−1347
aty         Ann C. Cordo         Morris Nichols Arsht &Tunnell LLP         1201 N. Market Street         P.O. Box 1347         Wilmington, DE 19899−1347
aty         Derek C. Abbott         Morris Nichols Arsht &Tunnell         1201 N. Market Street         Wilmington, DE 19899
aty         Elihu Ezekiel Allinson, III         Sullivan Hazeltine Allinson LLC         4 East 8th Street         Suite 400         Wilmington, DE 19801
aty         Eric D. Schwartz         Morris, Nichols, Arsht &Tunnell         1201 N.Market Street         P. O. Box 1347         Wilmington, DE 19801
aty         James Croft         Cleary Gottlieb Steen &Hamilton LLP         One Liberty Plaza         New York, NY 10006
aty         James L. Bromley         Cleary Gottlieb Steen &Hamilton         One Liberty Plaza         New York, NY 10006
aty         Jennifer M. Westerfield         Cleary Gottlieb Steen &Hamilton, LLP         One Liberty Plaza         New York, NY 10006
aty         Juliet A. Drake         Cleary Gottlieb Steen &Hamilton LLP         One Liberty Plaza         New York, NY 10006
aty         Mary Caloway         Buchanan Ingersoll &Rooney PC         1105 North Market Street         Suite 1900         Wilmington, DE 19801−1228
aty         Mona A. Parikh         Buchanan Ingersoll &Rooney PC         1105 North Market Street         Suite 1900         Wilmington, DE 19801−1228
aty         Nancy G. Everett         Winston &Strawn LLP         35 W. Wacker Drive         Chicago, IL 60601
aty         Neil P Forrest         Cleary Gottlieb Steen &Hamiton LLP         One Liberty Plaza         New York, NY 10006
aty         Nora K Abularach         Cleary Gottlieb Steen &Hamilton LLP         One Liberty Plaza         New York, NY 10006
aty         Peter James Duhig         Buchanan Ingersoll &Rooney PC         1105 North Market Street         Suite 1900         Wilmington, DE 19801−1228
aty         Raymond Howard Lemisch         Benesch Friedlander Coplan &Aronoff, LL         222 Delaware Avenue         Suite 801         Wilmington, DE 19801
aty         Robin J. Baik         Cleary Gottlieb Steen &Hamilton LLP         One Liverty Plaza         New York, NY 10006
aty         Thomas F. Driscoll, III         Morris, Nichols, Arsht &Tunnell LLP         1201 North Market Street         Wilmington, DE 19801

TOTAL: 22