**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **Nortel Networks, Inc., *et al.*,** | **:** | **Case No. 09-10138(KG)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

 PLEASE TAKE NOTICE, that Microsoft Corporation ("Microsoft") hereby appears by

its counsel, Brown Stone Nimeroff LLC and Gibson, Dunn & Crutcher LLP, and demands,

pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or

required to be given in the case and all papers served or required to be served in the case, be

given to and served upon the undersigned attorneys on its behalf, at the addresses set forth

below, attention:

**Jami B. Nimeroff, Esquire**
**BROWN STONE NIMEROFF LLC**
**901 N. Market Street, Suite 1300**
**Wilmington, DE 19801**
**(302) 428-8142 Tel**
**(302) 351-2744 Fax**
**Email: jnimeroff@bsnlawyers.com**

**and**

**David M. Feldman, Esquire**
**Mitchell A. Karlan, Esquire**
**Matthew K. Kelsey, Esquire**
**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue, New York, NY 10166-0193**
**(212) 351-2615 Tel**
**(212) 351-6351 Fax**
**Email:  DFeldman@gibsondunn.com**
**MKarlan@gibsondunn.com**
**MKelsey@gibsondunn.com**

**PLEASE TAKE FURTHER NOTICE**, the foregoing demand includes not only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Microsoft's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Microsoft is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  May 4, 2011
      Wilmington, DE

              Respectfully Submitted,

              BROWN STONE NIMEROFF LLC

By:    /s/ Jami B. Nimeroff
          Jami B. Nimeroff, Esquire
          901 N. Market Street, Suite 1300
          Wilmington, DE 19801
          (302) 428-8142 Tel
          (302) 351-2744 Fax
          jnimeroff@bsnlawyers.com

          and

          David M. Feldman, Esquire
          Mitchell A. Karlan, Esquire
          Matthew K. Kelsey, Esquire
          GIBSON, DUNN & CRUTCHER LLP
          200 Park Avenue, New York, NY 10166-0193
          (212) 351-2615 Tel
          (212) 351-6351 Fax
          DFeldman@gibsondunn.com
          MKarlan@gibsondunn.com
          MKelsey@gibsondunn.com


          *Counsel for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, do hereby certify that on this 4ᵗʰ day of May, 2011, I caused to be served a true and correct copy of the foregoing Notice of Appearance upon the parties listed below via first class mail, postage pre-paid.

Alissa T. Gazze, Esquire
Thomas F. Driscoll, III, Esquire
Andrew R. Remming, Esquire
Ann C. Cordo, Esquire
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
**Morris Nichols Arsht & Tunnell, LLP**
1201 N. Market Street
Wilmington, DE 19801

Elihu Ezekiel Allinson, III, Esquire
**Sullivan Hazeltine Allinson LLC**
4 East 8th Street
Suite 400
Wilmington, DE 19801

James L. Bromley, Esquire
James Croft, Esquire
Jennifer M. Westerfield, Esquire
Juliet A. Drake, Esquire
Neil P Forrest, Esquire
Nora K Abularach, Esquire
Robin J. Baik, Esquire
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006

Mary Caloway, Esquire
**Buchanan Ingersoll & Rooney PC**
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

Nancy G. Everett, Esquire
**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601

2

Raymond Howard Lemisch
**Benesch Friedlander Coplan & Aronoff, LLC**
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

/s/ Jami B. Nimeroff
Jami B. Nimeroff