# EXHIBIT A

## EXPENSE SUMMARY[3]
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 24, 2010 Through March 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Research | Depository, Inc. | $50,000.00 |
| Other – Incorporation Records | Commonwealth of Massachusetts | $16.00 |
| Other – Incorporation Records | Delaware State Division of Corporations | $474.00 |
| Other – Incorporation Records | Corporation Service Company | $599.00 |
| Out-of-Town Travel | Mileage & hotel | $332.12 |
| **Grand Total Expenses** | | **$51,421.12** |

---

[3] This application contains $857.12 in expenses for costs related to work performed by Addrex for the Debtors for a period of six weeks prior to Addrex's November 24, 2010 contract date. At the request of the Debtors, Addrex had begun working prior to the execution of the agreement and Court's entry of the order on representations that such minimal costs could be recouped. As such, Addrex is seeking reimbursement of these expenses.

4179206.1

# DEPOSITORY

**INVOICE**

Depository, Inc.

INVOICE # 121510
DATE: DECEMBER 20, 2010

P.O. Box 2172
Reston, VA 20195
Phone (703) 343-6256
billing@depository.net

TO  Addrex, Inc.
    1775 Wiehle Ave.
    Suite 400
    Reston, VA 20190
    (703) 663-0961

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | | | | Dec 15, 2010 | Due on receipt | Dec 20, 2010 |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | 1 | Research and documentation of allocation authority, corporate ownership succession, Internet registry information, routing announcements, blacklistings, pending litigation and other encumbrances of 666,624 IPv4 numbers in various allocation blocks. | $50,000.00 Fixed fee | | $50,000.00 |
| | | | | SUBTOTAL | $50,000.00 |
| | | | | SALES TAX | na |
| | | | | TOTAL | $50,000.00 |

Make all checks payable to Depository, Inc.



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Date: Wednesday, October 13, 2010

## PAYMENT CONFIRMATION

| | |
|---|---|
| Confirmation DateTime: | 10/13/2010 4:31:26 PM |
| Confirmation Number: | 031916 |
| Invoice Number: | 501117000004932413372O4 |
| Payment Id: | 2493031 |
| Transaction Id: | 49324 |
| Transaction Category: | Certified Copies |
| Description: | Certified Copy |

PAID
10/15/10

| | |
|---|---|
| Filing Fee: | $13.00 |
| Expedited Service Fee: | $3.00 |
| Total Fee: | $16.00 |

Thank you for ordering your certificate/certified copy online. Please note that all orders are subject to verification. If the entity does not meet the legal criteria necessary to issue a certificate or if a copy of the requested document is not available, your order may be rejected, at which time you may request a refund for your payment. The Corporations Division will contact you by e-mail or phone if there is a problem with fulfilling your order.

If you have any questions or concerns about your request you may contact our office at (617) 727-9640 or e-mail our support desk at corpinfo@sec.state.ma.us

**Thank You for using our online service.**

Click HERE to print this page

Click HERE to return to the home page

# State of Delaware - Division of Corporations
## CERTIFICATION SHEET - Fax# 302-739-3812

☐ Priority 1 (One Hr)  ☐ Priority 2 (Two Hr)  ☐ Priority 3 (Same Day)  ☐ Priority 4 (24 Hour)  ☐ Priority 7 (Reg Work)

### SUBMITTER'S INFORMATION

Company/Firm or Individual's Name: [redacted]
Return Address: [redacted]
City - State - Zip: [redacted]
Attention: [redacted]
Phone#: [redacted]
E-mail address: [redacted]
Account Number: [redacted]

### DO NOT WRITE IN THIS SPACE

[stamp]

### CERTIFICATION REQUEST INFORMATION

Name of Company/Entity: Nortel Networks Group Inc.
File Number: 2226110

### Type of Certificate Requested
☐ Certified Copy of All Charter Documents
☐ Certified Copy of Charter Documents, Restated Forward
☐ Certified Copy Filed on _____
☐ Short Form Good Standing (check if additional language req'd)
  ☐ Tax reports filed
  ☐ Taxes paid to date
  ☐ No taxes assessed
☐ Long Form Good Standing (check if additional language req'd)
  ☐ Tax reports filed
  ☐ Taxes paid to date
  ☐ No taxes assessed
☐ Certificate in RE _____ (Type of Cert.)
☐ Apostille - Country _____
☐ Other _____    508.00
Check #: 1044   Total $ Enclosed: _____

### METHOD OF RETURN
☐ Messenger/Pick up
☐ Express Mail  Select Express Service  Acct# _____
☐ Regular Mail
☐ Other _____
Fax or E-mail is not available

### COMMENTS/FILING INSTRUCTIONS
② 99.657106   12 31 1999
   Nortel Networks Group Inc
   Nortel Networks NA
⑤ 9911 63689   4 26 1999
   Bay Networks Group p-> Nortel Corp
① 9500 42875   1 24 1995
   Bay Networks Corp. Delaware Inc.

### INSTRUCTIONS   9500 9415  1-12-95

1. Visit corp.delaware.gov/cvmemo.shtml for complete instructions on how to properly complete this memo
2. Fully shade in the required Priority Square using a dark pencil or marker, staying within the square.

### CREDIT CARD INFORMATION   Type of Card
☑ Visa  ☐ MasterCard or Discover Card Only
CC#: [redacted]
Expiration: [redacted]
Security: [redacted]

# State of Delaware / Division of Corporations
## CERTIFICATION SHEET - Fax# 302-739-3812

- Priority 1 (One Hr)
- Priority 2 (Two Hr)
- Priority 3 (Same Day)
- Priority 4 (24 Hour)
- Priority 7 (Reg. Work)

### SUBMITTER'S INFORMATION

- Company/Firm or Individual's Name
- Return Address
- City - State - Zip
- Attention
- Phone#
- E-mail address
- Account Number

### DO NOT WRITE IN THIS SPACE

### CERTIFICATION REQUEST INFORMATION

Name of Company/Entity: ~~Wellfleet~~ Wellfleet Communications International / Nortel Networks Group Inc

File Number: ~~2484438~~ 2226110

### Type of Certificate Requested

- [ ] Certified Copy of All Charter Documents
- [ ] Certified Copy of Charter Documents, Restated Forward
- [ ] Certified Copy Filed on _____
- [x] Short Form Good Standing (check if additional language req.)
  - [ ] Tax reports filed
  - [ ] Taxes paid to date
  - [ ] No taxes assessed
- [ ] Long Form Good Standing (check if additional language req.)
  - [ ] Tax reports filed
  - [ ] Taxes paid to date
  - [ ] No taxes assessed
- [ ] Certificate in Re: _____ (Type of Cert.)
- [ ] Apostille - Country _____
- [ ] Other _____

Check # _____   Total $ Enclosed 18.00

### METHOD OF RETURN

- [ ] Messenger/Pick up
- [ ] Express Mail   Select Express Service
  - Acct# _____
- [ ] Regular Mail
- [ ] Other _____

Fax or E-mail is not available

### COMMENTS/FILING INSTRUCTIONS

(1) 4500 42873  2  24 1995

### CREDIT CARD INFORMATION   Type of Card
(Visa, MasterCard or Discover Card Only)

- CC# _____
- Expiration Date _____
- Security Code _____

### INSTRUCTIONS

1. Visit corp.delaware.gov/gvmemo.shtml for complete instructions on how to properly complete this memo.
2. Fully shade in the required Priority Square using a dark pencil or marker, staying within the square.

## State of Delaware - Division of Corporations
### CERTIFICATION SHEET - Fax#/302-739-3812

☐ Priority 1 (One Hr)   ☐ Priority 2 (Two Hr)   ☐ Priority 3 (Same Day)   ☐ Priority 4 (24 Hour)   ☐ Priority 7 (Reg Work)

**SUBMITTER'S INFORMATION**

Company/Firm or Individual's Name: [redacted]
Return Address:
City - State - Zip:
Attention:
Phone#:
E-mail address:
Account Number:

**DO NOT WRITE IN THIS SPACE**

**CERTIFICATION REQUEST INFORMATION**

Name of Company/Entity: Micom Communications Corp
File Number: 2165798

**Type of Certificate Requested**

☐ Certified Copy of All Charter Documents
☐ Certified Copy of Charter Documents, Restated Forward
☐ Certified Copy Filed on
☐ Short Form Good Standing (check if additional language req.)
  ☐ Tax reports filed
  ☐ Taxes paid to date
  ☐ No taxes assessed
☐ Long Form Good Standing (check if additional language req.)
  ☐ Tax reports filed
  ☐ Taxes paid to date
  ☐ No taxes assessed
☐ Certificate in RE:_____ (Type of Cert.)
☐ Apostille - Country
☐ Other

Check # _____ Total $ Enclosed _____

**METHOD OF RETURN**

☐ Messenger/Pick up
☐ Express Mail  Select Express Service
    Acct#
☐ Regular Mail
☐ Other
Fax or E-mail is not available

**COMMENTS/FILING INSTRUCTIONS**

⑧ 901925214   7-11-1990
Amended cert Incorp

**CREDIT CARD INFORMATION**  Type of Card
(Visa, MasterCard or Discover Card Only)

CC#
Expiration Date
Security Code

**INSTRUCTIONS**

1. Visit corp.delaware.gov/eymemo.shtml for complete instructions on how to properly complete this memo
2. Fully shade in the required Priority Square using a dark pencil or marker, staying within the square.

## State of Delaware - Division of Corporations
### CERTIFICATION SHEET - Fax# 302-739-3812

- [ ] Priority 1 (One Hr)
- [ ] Priority 2 (Two Hr)
- [ ] Priority 3 (Same Day)
- [ ] Priority 4 (24 Hour)
- [ ] Priority (Reg Work)

### SUBMITTER'S INFORMATION

Company/Firm or Individual's Name: [redacted]
Return Address:
City - State - Zip:
Attention:
Phone#:
E-mail address:
Account Number:

### DO NOT WRITE IN THIS SPACE

### CERTIFICATION REQUEST INFORMATION

Name of Company/Entity: ~~Nortel~~ Percom, Inc
File Number: 2142871

### Type of Certificate Requested

- [ ] Certified Copy of All Charter Documents
- [ ] Certified Copy of Charter Documents, Restated Forward
- [ ] Certified Copy Filed on _____
- [ ] Short Form Good Standing (check if additional language req.)
  - [ ] Tax reports filed
  - [ ] Taxes paid to date
  - [ ] No taxes assessed
- [x] Long Form Good Standing (check if additional language req.)
  - [ ] Tax reports filed
  - [ ] Taxes paid to date
  - [ ] No taxes assessed
- [ ] Certificate in RE: _____ (Type of Cert.)
- [ ] Apostille - Country _____
- [ ] Other _____

Check # _____  Total $ Enclosed 16.00

### METHOD OF RETURN

- [ ] Messenger/Pick up
- [ ] Express Mail    Select Express Service
  Acct# _____
- [ ] Regular Mail
- [ ] Other _____

Fax or E-mail is not available

### COMMENTS/FILING INSTRUCTIONS

2) 751309026  11/5 1987
Incorp

~~⊕ 873000068  10/27/1989~~
Change Agent Address
$16.00

### CREDIT CARD INFORMATION   Type of Card
(Visa, MasterCard or Discover Card Only)

CC#
Expiration Date -
Security Code

### INSTRUCTIONS

1. Visit corp.delaware.gov/cvrmemo.shtml for complete instructions on how to properly complete this memo.
2. Fully shade in the required Priority Square using a dark pencil or marker, staying within the square.

## State of Delaware – Division of Corporations
### CERTIFICATION SHEET - Fax# 302-739-3812

☐ Priority 1 (One Hr)  ☐ Priority 2 (Two Hr)  ☐ Priority 3 (Same Day)  ☒ Priority 4 (24 Hour)  ☐ Priority 7 (Reg Work)

**SUBMITTER'S INFORMATION**

Company/Firm or Individual's Name: [redacted]
Return Address: [redacted]
City - State - Zip: [redacted]
Attention: [redacted]
Phone#: [redacted]
E-mail address: [redacted]
Account Number: [redacted]

**DO NOT WRITE IN THIS SPACE**

[Received stamp: 2010 DEC 6 PM 2:00]

**CERTIFICATION REQUEST INFORMATION**

Name of Company/Entity: Nortel Networks NA Inc
File Number: 2090048

**Type of Certificate Requested**
☐ Certified Copy of All Charter Documents
☐ Certified Copy of Charter Documents, Restated Forward
☐ Certified Copy Filed on _____
☐ Short Form Good Standing (check if additional language req.)
  ☐ Tax reports filed
  ☐ Taxes paid to date
  ☐ No taxes assessed
☐ Long Form Good Standing (check if additional language req.)
  ☐ Tax reports filed
  ☐ Taxes paid to date
  ☐ No taxes assessed
☐ Certificate in RE: _____ (Type of Cert.)
☐ Apostille - Country _____
☐ Other _____

Check # _____   Total $ Enclosed _____

**METHOD OF RETURN**
☐ Messenger/Pick up
☐ Express Mail   Select Express Service
  Acct# _____
☐ Regular Mail
☐ Other _____
Fax or E-mail is not available

**COMMENTS/FILING INSTRUCTIONS**
(27) 730236008   8-24-1990
      with amend cert.
(24) 731172002   6-21-1991
      Amendment amended
(20) 944200093   10-21-1994
      with cert. change name Inc
(17) 950049096   2-27-1995
(14) 981248265   6-25-1998
(12) 981339371   8-31-1998
(8)  991171575   4-30-1999
(1)  991559106   12-31-1999

**CREDIT CARD INFORMATION** Type of Card
(Visa, MasterCard or Discover Card Only)
CC#: _____
Expiration Date: _____
Security Code: _____

**INSTRUCTIONS**
1. Visit corp.delaware.gov/evmemo.shtml for complete instructions on how to properly complete this memo.
2. Fully shade in the required Priority Square using a dark pencil or marker, staying within the square.



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

101114713

9794337

| DESCRIPTION | AMOUNT |
|---|---|
| MICOM COMMUNICATIONS CORP. | |
| 2165798    4100W | |
| Plain Copy Fee | 34.00 |
| FILING TOTAL | |
| TOTAL PAYMENTS | 90.00 |
| CHARGED TO ACCOUNT | 56.00CR |



PAGE   1



SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

101114944

9794337

11-23-2010

| DESCRIPTION | AMOUNT |
|---|---|
| XYLOGICS, INC. 0870068   4100W | |
| Plain Copy Fee | 14.00 |
| FILING TOTAL | |
| CHARGED TO ACCOUNT | 14.00 |

PAGE  1  **State of Delaware**
SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

101114973

9794337

| DESCRIPTION | | AMOUNT |
|---|---|---|
| PERIPHONICS CORPORATION | | |
| 2040701    4100W | Plain Copy Fee | 14.00 |
| | FILING TOTAL | |
| | CHARGED TO ACCOUNT | 14.00 |

PAGE   1



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

101114874

9794337



| DESCRIPTION | AMOUNT |
|---|---|
| BAY NETWORKS, INC.<br>3087769    4100W | |
| Plain Copy Fee | 16.00 |
| FILING TOTAL | 16.00 |
| CHARGED TO ACCOUNT | 16.00 |

PAGE 1



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

101114891

9794337

| DESCRIPTION | | AMOUNT |
|---|---|---|
| NORTHERN TELECOM (NMS) INC. 2227518    4100W | | |
| | Plain Copy Fee | 12.00 |
| | FILING TOTAL | |
| | CHARGED TO ACCOUNT | 12.00 |

PAGE  1



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

9794337



101109927

| DESCRIPTION | AMOUNT |
|---|---|
| NORTEL NETWORKS GROUP INC. | |
| 2226110    4100W | |
| Plain Copy Fee | 50.00 |
| FILING TOTAL | 50.00 |
| CHARGED TO ACCOUNT | 50.00 |

PAGE 1



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

101109642

9794337



| DESCRIPTION | | AMOUNT |
|---|---|---|
| NORTEL NETWORKS INC. 0775112  4100W | | |
| | Plain Copy Fee | * 46.00 |
| * ITEMS WERE PREVIOUSLY BILLED | FILING TOTAL | |
| | TOTAL PAYMENTS | 96.00 |
| | CHARGED TO ACCOUNT | 50.00CR |