

10/14/2010                    Division of Corporations - Online Services

Delaware.gov | Text Only              Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION | PHOTO BY JEFFREY DOYER

**Department of State: Division of Corporations**

HOME            Frequently Asked Questions   View Search Results   Logout
About Agency
Secretary's Letter
Newsroom                              Payment
Frequent Questions
Related Links
Contact Us
Office Location            * Required Field

SERVICES
Pay Taxes
File UCC's               * First Name:     ▉           * Last Name:     ▉
Delaware Laws Online
Name Reservation        * Card Number:    ▉           * Card Type:     ▉
Entity Search
Status                  * Expiration Date: ▉          * CVV2 Number    ▉
Validate Certificate                   (mm/yyyy)
Customer Service
Survey                  * Mailing Address:  1775 WIEHLE AVE

INFORMATION             * City:            RESTON        State:  VA      OR Province:
Corporate Forms
Corporate Fees          * Postal Code:     20190       * Country:    UNITED STATES
UCC Forms and Fees
Taxes                   Canadian Postal Codes must be in format 'XXX XXX'
Expedited Services
Service of Process      The following amount will be charged to your credit card  $10.00
Registered Agents
Get Corporate Status      Submit
Submitting a Request
How to Form a New       NOTE: Clicking the submit button more than once or hitting the Back Button in your browser will result in
Business Entity         duplicate charges.
Certifications, Apostilles
& Authentication of
Documents

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

PAID
10/18/10

delecorp.delaware.gov/tin/controller                                        1/1

10/14/2010

Division of Corporations - Online Services

Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION | PHOTO BY JEFFREY BONER

**Department of State: Division of Corporations**

| HOME | Frequently Asked Questions | View Search Results | Summary of Charges | Logout |

About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

### Entity Details

| | | |
|---|---|---|
| File Number: | 2090048 | Incorporation Date / Formation Date: | 05/02/1986 (mm/dd/yyyy) |
| Entity Name: | NORTEL NETWORKS NA INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | MERGED | Status Date: | 12/31/2000 |

**REGISTERED AGENT INFORMATION**

| | | |
|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | |

Additional information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more.

Would you like ☐ Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here

| site map | about this site | contact us | translate | delaware.gov |



## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results   Logout

## Payment

* Required Field



| | | |
|---|---|---|
| * First Name: | ▮▮▮ | * Last Name: ▮▮▮ |
| * Card Number: | ▮▮▮ | * Card Type: ▮▮▮ |
| * Expiration Date: | ▮▮▮ | * CVV2 Number: ▮▮▮ |
| | (mm/yyyy) | |
| * Mailing Address: | 1775 WIEHLE AVE | |
| * City | RESTON | State: VA ▮ | OR Province: ▮ |
| * Postal Code | 20190 | * Country: UNITED STATES ▮ |

Canadian Postal Codes must be in format XXX XXX

The following amount will be charged to your credit card: $10.00

[ Submit ]

NOTE: Clicking the submit button more than once or hitting the Back Button in your browser will result in duplicate charges.

site map | about this site | contact us | translate | delaware.gov



Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION | PHOTO BY JEFFREY BOYER

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **0870065** | Incorporation Date / Formation Date: | **03/30/1979** (mm/dd/yyyy) |
| Entity Name | **XYLOGICS, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **MERGED** | Status Date: | 06/26/1998 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more.

Would you like ☐ Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent **click here**

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION  |  PHOTO BY JEFFREY BOWER

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results   Logout

### Payment



* Required Field

| | | |
|---|---|---|
| * First Name | ████ | * Last Name ████ |
| * Card Number | ████ | * Card Type ████ |
| * Expiration Date | ████ | * CVV2 Number ████ |
| | (mm/yyyy) | |

| | | | |
|---|---|---|---|
| Mailing Address | 1775 WIEHLE AVE | | |
| City | RESTON | State VA | OR Province |
| * Postal Code | 20190 | Country | UNITED STATES |

Canadian Postal Codes must be in format XXX XXX

The following amount will be charged to your credit card : $10.00

[ Submit ]

NOTE: Clicking the submit button more than once or hitting the Back Button in your browser will result in duplicate charges.

site map   |   about this site   |   contact us   |   translate   |   delaware.gov



10/14/2010

Division of Corporations - Online Services



Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION | PHOTO BY JEFFREY BOVER

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2724885 | Incorporation Date / Formation Date: | 03/24/1997 (mm/dd/yyyy) |
| Entity Name: | NORTEL NETWORKS INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | MERGED | Status Date: | 05/03/1999 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more.

Would you like ☐ Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



JOHN DICKINSON PLANTATION  |  PHOTO BY JEFFREY BOYER

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostiles
& Authentication of
Documents

Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 0775112 | Incorporation Date / Formation Date: | 09/16/1971 (mm/dd/yyyy) |
|---|---|---|---|

Entity Name:     **NORTEL NETWORKS INC.**

Entity Kind:     **CORPORATION**     Entity Type:   **GENERAL**

Residency:     **DOMESTIC**     State:   **DE**

*PAID 11/3/10*

**REGISTERED AGENT INFORMATION**

Name:     **THE CORPORATION TRUST COMPANY**

Address:     **CORPORATION TRUST CENTER 1209 ORANGE STREET**

City:     **WILMINGTON**     County:   **NEW CASTLE**

State:     **DE**     Postal Code:   **19801**

Phone:     **(302)658-7581**

*PURCHASED*

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed Information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ☑ Status ☑ Status,Tax & History Information  Submit

Back to Entity Search

To contact a Delaware Online Agent click here.



**CSC**

CORPORATION SERVICE COMPANY

|  |  |
|---|---|
| **Invoice No.** | 53416273 |
| **Invoice Date** | 11/02/10 |
| **Amount Due** | 30.00 |
| **Page** | 1 |
|  | PEJ |

Re: NORTEL NETWORKS NA INC.
Account No.    7766480

| Billing Address | Shipping Address |
|---|---|
| ████████████ | SAME |
| 1775 WIEHLE AVENUE | |
| SUITE 400 | |
| RESTON VA 20190 | |

Matter No. Not Provided          Order No.   563491 010     Order Date    11/02/10

| Description of Services | | | Amount |
|---|---|---|---|
| | Additional Ref: Not Provided | | |
| DE220D | DELAWARE STATUS SEARCH ON-LINE VIA INCSPOT | 1 @    30.00 | 30.00 |
| | | | ·········· |
| | | TOTAL AMOUNT | 30.00 |

THANK YOU FOR USING CSC · POLLYE JANISSE · 800-927-9800

---

### THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge.  CSC extends credit to the party
requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

*Please return this portion with your payment.*

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53416273 | 11/02/10 | 30.00 |

**Credit Card Payment (optional)**          Amount Remitted $ _____

Circle one:   VISA   MC   Amex
Card No. _____
Expiration Date _____
Signature _____          Please Remit to:
Telephone No. _____          CSC
                                                   PO Box 13397
                                                   Philadelphia, PA  19101-3397

6 01 7766480 5 53416273 00003000 00000000 00000000 00000000 00000000



**CSC**

CORPORATION SERVICE COMPANY

| | |
|---|---|
| Invoice No. | 53416269 |
| Invoice Date | 11/02/10 |
| Amount Due | 30.00 |
| Page | 1 |
| | PEJ |

Re: XYLOGICS, INC.
Account No.    7766480

**Billing Address**

█████████████

1775 WIEHLE AVENUE
SUITE 400
RESTON VA 20190

**Shipping Address**
SAME

Matter No. Not Provided          Order No.  563491 005    Order Date    11/02/10

| Description of Services | Amount |
|---|---|

Additional Ref: Not Provided
DE220D    DELAWARE STATUS SEARCH ON-LINE VIA INCSPOT          1 @    30.00          30.00
                                                                            ..........
                                                        TOTAL AMOUNT    30.00

THANK YOU FOR USING CSC - POLLYE JANISSE · 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party
requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

*Please return this portion with your payment.*

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53416269 | 11/02/10 | 30.00 |

**Credit Card Payment (optional)**          Amount Remitted $_____

Circle one:   VISA   MC   Amex
Card No._____
Expiration Date_____
Signature_____          Please Remit to:
Telephone No._____          **CSC**
                                                            PO Box 13397
                                                            **Philadelphia, PA  19101-3397**

S 01 7766480 S 53416269 0003000 0000000 0000000 0000000 0000000



**CSC**

| | |
|---|---|
| Invoice No. | 53420463 |
| Invoice Date | 11/03/10 |
| Amount Due | 175.00 |
| Page | 1 |
| | GZN |

CORPORATION SERVICE COMPANY

Re: NORTEL NETWORKS INC.
Account No.     7766480

**Billing Address**                               **Shipping Address**
                                                  SAME

1775 WIEHLE AVENUE
SUITE 400
RESTON VA 20190

Matter No. NOT PROVIDED          Order No.   563568 002     Order Date     11/02/10

| Description of Services | | | Amount |
|---|---|---|---|
| PROJECT ID: Not Provided | | | |
| Additional Ref: NOT PROVIDED | | | |
| DOCUMENT RETRIEVAL WORK IN DELAWARE | 1 @ | .00 | .00 |
| DISBURSEMENT/COST | 1 @ | 122.00 | 122.00 |
| SERVICE FEE - CERTIFIED COPY OF DOCUMENT | 1 @ | 53.00 | 53.00 |
| | | TOTAL AMOUNT | 175.00 |

THANK YOU FOR USING CSC · CELLINA WOHNER · 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party
requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

Please return this portion with your payment

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53420463 | 11/03/10 | 175.00 |

**Credit Card Payment (optional)**            **Amount Remitted $** _____

Circle one:   VISA   MC   Amex
Card No._____
Expiration Date_____
Signature_____
Telephone No._____

Please Remit to:
CSC
   PO Box 13397
   Philadelphia, PA  19101-3397

01 7766480 S 53420463 00017500 0000000 0000000 0000000 0000000



CORPORATION SERVICE COMPANY

| | |
|---|---|
| Invoice No. | 53420022 |
| Invoice Date | 11/03/10 |
| Amount Due | 166.00 |
| Page | 1 |
| | GZN |

Re: XYLOGICS, INC.
Account No.    7766480

| Billing Address | Shipping Address |
|---|---|
| ▉▉▉▉▉▉▉▉▉ | SAME |
| 1775 WIEHLE AVENUE | |
| SUITE 400 | |
| RESTON VA 20190 | |

Matter No. NOT PROVIDED         Order No.  563568 001    Order Date    11/02/10

| Description of Services | | | Amount |
|---|---|---|---|
| PROJECT ID: Not Provided | | | |
| Additional Ref: NOT PROVIDED | | | |
| DEDR00   DOCUMENT RETRIEVAL WORK IN DELAWARE | 1 @ | .00 | .00 |
| DI25F    DISBURSEMENT/COST | 1 @ | 108.00 | 108.00 |
| DI212    SERVICE FEE - CERTIFIED COPY OF DOCUMENT | 1 @ | 53.00 | 53.00 |
| DI243E   IMAGING FEE | 1 @ | 5.00 | 5.00 |
| | | TOTAL AMOUNT | 166.00 |

THANK YOU FOR USING CSC · CELLINA WOHNER · 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

*Please return this portion with your payment.*

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53420022 | 11/03/10 | 166.00 |

**Credit Card Payment (optional)**

Amount Remitted $ _____

Circle one:  VISA   MC   Amex
Card No. ___ _____
Expiration Date_____
Signature_____
Telephone No._____ _____

Please Remit to:
CSC
  PO Box 13397
  Philadelphia, PA  19101-3397

4 01 7766480 5 53420022 00016600 00000000 00000000 00000000 00000000



**CSC**

CORPORATION SERVICE COMPANY

| | |
|---|---|
| Invoice No. | 53526943 |
| Invoice Date | 12/10/10 |
| Amount Due | 65.00 |
| Page | 1 |
| | TWC |

Re: XYLOGICS, INC.
Account No.    7766480

**Billing Address**

1775 WIEHLE AVENUE
SUITE 400
RESTON VA 20190

**Shipping Address**
SAME

Matter No.  NOT PROVIDED                    Order No.   595571 003      Order Date    12/02/10

| Description of Services | | | Amount |
|---|---|---|---|
| PROJECT ID: Not Provided | | | |
| Additional Ref: NOT PROVIDED | | | |
| DEDR00 | DOCUMENT RETRIEVAL WORK IN DELAWARE | 1 @       .00 | .00 |
| DE2SF | DISBURSEMENT/COST | 1 @      12.00 | 12.00 |
| DE216 | SERVICE FEE - PLAIN COPY OF DOCUMENT | 1 @      53.00 | 53.00 |
| | | | ............. |
| | | TOTAL AMOUNT | 65.00 |

THANK YOU FOR USING CSC - CELLINA WOHNER - 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party
requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

CSC E.I.D. No: 510009810

*Please return this portion with your payment.*

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53526943 | 12/10/10 | 65.00 |

**Credit Card Payment (optional)**                    Amount Remitted $_____

Circle one:  VISA   MC   Amex
Card No._____
Expiration Date_____
Signature_____
Telephone No._____

Please Remit to:
**CSC**
  PO Box 13397
  Philadelphia, PA  19101-3397

9 01 7766480 5 53526943 00006500 00000000 00000000 00000000 00000000



# CSC®

**C O R P O R A T I O N   S E R V I C E   C O M P A N Y®**

| | |
|---|---|
| Invoice No. | 53526938 |
| Invoice Date | 12/10/10 |
| Amount Due | 65.00 |
| Page | 1 |
| | TWC |

Re: NORTEL NETWORKS
Account No.    7766480

| Billing Address | Shipping Address |
|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉ | SAME |
| 1775 WIEHLE AVENUE | |
| SUITE 400 | |
| RESTON VA 20190 | |

Matter No. NOT PROVIDED                    Order No.  595571 002    Order Date    12/02/10

| Description of Services | | | Amount |
|---|---|---|---|
| | PROJECT ID: Not Provided | | |
| | Additional Ref: NOT PROVIDED | | |
| DEDR00 | DOCUMENT RETRIEVAL WORK IN DELAWARE | 1 @      .00 | .00 |
| DE2SF | DISBURSEMENT/COST | 1 @    12.00 | 12.00 |
| DE216 | SERVICE FEE - PLAIN COPY OF DOCUMENT | 1 @    53.00 | 53.00 |
| | | | ---------- |
| | | TOTAL AMOUNT | 65.00 |

THANK YOU FOR USING CSC · CELLINA WOHNER · 800-927-9800

## THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

*Please return this portion with your payment.*

CSC E.I.D. No: 510009810

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53526938 | 12/10/10 | 65.00 |

**Credit Card Payment (optional)**                    Amount Remitted $ _____

Circle one:  VISA   MC   Amex
Card No. _____
Expiration Date _____
Signature _____              Please Remit to:
Telephone No. _____              **CSC**
                                                   PO Box 13397
                                                   Philadelphia, PA  19101-3397

0 01 7766480 5 53526938 00006500 00000000 00000000 00000000 00000000



**CSC**

CORPORATION SERVICE COMPANY

| | |
|---|---|
| **Invoice No.** | 53526917 |
| **Invoice Date** | 12/10/10 |
| **Amount Due** | 68.00 |
| **Page** | 1 |
| | TWC |

Re: NORTEL NETWORKS N.A.
**Account No.** 7766480

| **Billing Address** | **Shipping Address** |
|---|---|
| | SAME |
| 1775 WIEHLE AVENUE | |
| SUITE 400 | |
| RESTON VA 20190 | |

**Matter No.** NOT PROVIDED          **Order No.** 595571 001    **Order Date** 12/02/10

| Description of Services | | | Amount |
|---|---|---|---|
| PROJECT ID: Not Provided | | | |
| Additional Ref: NOT PROVIDED | | | |
| DEDR00  DOCUMENT RETRIEVAL WORK IN DELAWARE | 1 @ | .00 | .00 |
| DE2SF  DISBURSEMENT/COST | 1 @ | 10.00 | 10.00 |
| DE216  SERVICE FEE - PLAIN COPY OF DOCUMENT | 1 @ | 53.00 | 53.00 |
| DE243E  IMAGING FEE | 1 @ | 5.00 | 5.00 |
| | | TOTAL AMOUNT | 68.00 |

THANK YOU FOR USING CSC - CELLINA WOHNER - 800-927-9800

### THANK YOU for your business

TERMS: NET 30 DAYS - Invoices not paid within 30 days are subject to a 1.5% per month finance charge. CSC extends credit to the party
requesting service whom it holds responsible for payment in full for all monies expended and services rendered.

*Please return this portion with your payment.*

CSC E.I.D. No: 510009810

| Account No. | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| 7766480 | 53526917 | 12/10/10 | 68.00 |

**Credit Card Payment (optional)**                     **Amount Remitted $**_____

Circle one:  **VISA   MC   Amex**
**Card No.**_____
**Expiration Date**_____
**Signature**_____
**Telephone No.**_____

Please Remit to:
**CSC**
    PO Box 13397
    Philadelphia, PA  19101-3397

8 01 7766480 5 53526917 00006800 00000000 00000000 00000000 00000000

**Travel & Mileage Summary**

| | | |
|---|---|---|
| 11/19 – 11/22 | Roundtrip mileage Reston, VA to Dover, DE to research and obtain incorporation documents<br>236 miles @ $0.50 / mile | $118.00 |
| 11/22 | Holiday Inn overnight stay in Dover, DE – document production required 2 days | $96.12 |
| 12/6 | Roundtrip mileage Reston, VA to Dover, DE to research and obtain incorporation documents<br>236 miles @ $0.50 / mile | $118.00 |
| | | |
| | **Total Travel & Mileage** | **$332.12** |