IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
------------------------------------------------------------X

## SUPPLEMENTARY AFFIDAVIT AND DISCLOSURE STATEMENT

Teresita Fuentes ("Affiant"), being duly sworn, deposes and says:

I am a Partner of Ernst & Young Puerto Rico LLC ("EY Puerto Rico"), which maintains offices at 1000 Scotiabank Plaza, 273 Ponce de Leon Ave., San Juan PR 00917.

Ernst & Young LLP ("EY LLP") has requested, and EY Puerto Rico has agreed, to assist EY LLP to render the following services: assistance with local country tax matters to include tax controversy, tax compliance (including return preparation) and meetings with tax local country authorities, in connection with EY LLP's retention in the above-referenced bankruptcy cases.

In connection with its provision of services as described herein, EY Puerto Rico has conducted a check to determine connections with the following entities: (i) the Debtors and their affiliates, (ii) the U.S. Trustee for the District of Delaware, the Assistant United States Trustee,

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.

DETR_1607112.3

and United States Trustee Trial Attorney for Region 3 assigned to these cases, (c) the Honorable Kevin Gross, United States Bankruptcy Judge, and (d) the forty largest unsecured creditors of the Debtors as disclosed by the Debtors in these cases, as listed on Exhibit 1 attached hereto (the "Connections Check Parties").

Based on the limited check described in the foregoing paragraph, neither EY Puerto Rico nor any partner, associate or other member thereof, insofar as I have been able to ascertain, has any connection with the Connections Check Parties except as set forth in this affidavit. To the extent that EY Puerto Rico's research of relationships with the Connections Check Parties indicated that EY Puerto Rico has had in the recent past, or currently as, a client relationship with such parties-in-interest, EY Puerto Rico has so indicated in Exhibit 1. To the best of my knowledge, information and belief, formed after reasonable inquiry, none of the services rendered by EY Puerto Rico to the entities set forth in Exhibit 1 hereto have been in connection with the Debtors or these chapter 11 cases, except that EY Puerto Rico has provided and continues to provide tax services for the Debtors, specifically for Nortel Networks Inc. and Nortel Networks (CALA) Inc. As indicated in Exhibit 1, EY Puerto Rico has provided in the past tax services to certain non-debtor affiliates of the Debtors, specifically Nortel Communications Inc., Nortel Networks Technology Corporation and Nortel Networks Corporation.

Based on the limited check described above, neither I, EY Puerto Rico nor any partners, associate or other members thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which EY Puerto Rico is to be subcontracted.

In accordance with the Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP, *Nunc Pro Tunc* to March 1, 2011, EY Puerto Rico will be paid by EY LLP directly for services.

I declare under penalty of perjury that the foregoing is true and correct.

*Teresita Fuentes*
*Ernst & Young Puerto Rico LLC*

AFFIDAVIT NO. 2190

SWORN AND SUBSCRIBED before me by Teresita Fuentes, of legal age, single, certified public accountant and resident of San Juan, Puerto Rico, in her capacity as Partner of Ernst & Young Puerto Rico LLC, personally known by me in San Juan, Puerto Rico, this 5 day of May, 2011.

BY: _____
NOTARY PUBLIC

DETR_1607112.3