**Exhibit 1**

**(Connections Check Matrix)**

| Category | PILL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors | Nortel Networks Inc. | | x | x |
| Debtors | Nortel Networks Capital Corporation | x | | |
| Debtors | Alteon WebSystems, Inc. | x | | |
| Debtors | Alteon WebSystems International, Inc. | x | | |
| Debtors | Xros, Inc. | x | | |
| Debtors | Sonoma Systems | x | | |
| Debtors | Qtera Corporation | x | | |
| Debtors | CoreTek, Inc. | x | | |
| Debtors | Nortel Networks Applications Management Solutions Inc. | x | | |
| Debtors | Nortel Networks Optical Components Inc. | x | | |
| Debtors | Nortel Networks HPOCS Inc. | x | | |
| Debtors | Architel Systems (U.S.) Corporation | x | | |
| Debtors | Nortel Networks International Inc. | x | | |
| Debtors | Northern Telecom International Inc. | x | | |
| Debtors | Nortel Networks Cable Solutions Inc. | x | | |
| Debtors | Nortel Networks (CALA) Inc. | | x | x |
| Non-Debtor Affiliates | AC Technologies Inc. | x | | |
| Non-Debtor Affiliates | Alteon WebSystems AB | x | | |
| Non-Debtor Affiliates | Architel Systems (UK) Ltd. | x | | |
| Non-Debtor Affiliates | Bay Networks do Brasil Ltda. | x | | |
| Non-Debtor Affiliates | Bay Networks Redes de Dados para Sistemas Informaticos Lda. | x | | |
| Non-Debtor Affiliates | Capital Telecommunications Funding Corporation | x | | |
| Non-Debtor Affiliates | Clarify K.K. | x | | |
| Non-Debtor Affiliates | Clarify Ltd. | x | | |
| Non-Debtor Affiliates | CTFC Canada Inc. | x | | |
| Non-Debtor Affiliates | Diamondware Ltd. | x | | |
| Non-Debtor Affiliates | Frisken Investments Pty. Ltd. | x | | |
| Non-Debtor Affiliates | Guangdong - Nortel Telecommunications Equipment Co., Ltd. | x | | |
| Non-Debtor Affiliates | Integrated Information Technology Corporation | x | | |
| Non-Debtor Affiliates | LG-Nortel Co. Ltd. | x | | |
| Non-Debtor Affiliates | LN Srithai Comm Co Ltd. | x | | |
| Non-Debtor Affiliates | Matra Communication Cellular Terminals GmbH | x | | |
| Non-Debtor Affiliates | Matra Communications Business Systeme GmbH | x | | |
| Non-Debtor Affiliates | Nor. Web DLP Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Australia Communication Systems Pty. Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Communication Holdings (1997) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Communications Inc. | | x | |
| Non-Debtor Affiliates | Nortel de Mexico S. De RL de CV | x | | |
| Non-Debtor Affiliates | Nortel GmbH | x | | |
| Non-Debtor Affiliates | Nortel Government Solutions Inc. | x | | |
| Non-Debtor Affiliates | Nortel Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (Asia) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (Austria) GmbH | x | | |
| Non-Debtor Affiliates | Nortel Networks (Bulgaria) EOOD | x | | |
| Non-Debtor Affiliates | Nortel Networks (China) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (India) Private Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (Ireland) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (Northern Ireland) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (Photonics) Pty. Ltd. | x | | |

| | | | | |
|---|---|---|---|---|
| Non-Debtor Affiliates | Nortel Networks (Shannon) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks (Thailand) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks 0.0.0. | x | | |
| Non-Debtor Affiliates | Nortel Networks AB | x | | |
| Non-Debtor Affiliates | Nortel Networks AG | x | | |
| Non-Debtor Affiliates | Nortel Networks AS | x | | |
| Non-Debtor Affiliates | Nortel Networks Australia Pty Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks BV | x | | |
| Non-Debtor Affiliates | Nortel Networks Chile S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks Communications (Israel) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Communications Engineering Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Argentina S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Bolivia S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Colombia S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Ecuador S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Guatemala Ltda. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Mexico S.A. de C.V. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Panama S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks de Venezuela C.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks del Paraguay S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks del Uruguay S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks Eastern Mediterranean Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Electronics Corporation | x | | |
| Non-Debtor Affiliates | Nortel Networks Employee Benefit Trustee Company Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Engineering Service Kft. | x | | |
| Non-Debtor Affiliates | Nortel Networks Europe Sales Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Financial Services Ltd. Liability Co. | x | | |
| Non-Debtor Affiliates | Nortel Networks France SAS | x | | |
| Non-Debtor Affiliates | Nortel Networks Global Corporation | x | | |
| Non-Debtor Affiliates | Nortel Networks Hispania S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks India International Inc | x | | |
| Non-Debtor Affiliates | Nortel Networks International Corporation | x | | |
| Non-Debtor Affiliates | Nortel Networks International Finance & Holding BV | x | | |
| Non-Debtor Affiliates | Nortel Networks Israel (Sales and Marketing Ltd.) | x | | |
| Non-Debtor Affiliates | Nortel Networks Japan | x | | |
| Non-Debtor Affiliates | Nortel Networks Korea Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Malaysia Sdn. Bhd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Malta Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Mauritius Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Netas Telekomunikasyon A.S. | x | | |
| Non-Debtor Affiliates | Nortel Networks New Zealand Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks NV | x | | |
| Non-Debtor Affiliates | Nortel Networks Optical Companies (Switzerland) GmbH | x | | |
| Non-Debtor Affiliates | Nortel Networks OY | x | | |
| Non-Debtor Affiliates | Nortel Networks Peru S.A.C. | x | | |
| Non-Debtor Affiliates | Nortel Networks Polska Sp. z.o.o. | x | | |
| Non-Debtor Affiliates | Nortel Networks Portugal S.A. | x | | |
| Non-Debtor Affiliates | Nortel Networks Properties Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Romania Srl | x | | |
| Non-Debtor Affiliates | Nortel Networks S.A. (Lux Entity) | x | | |
| Non-Debtor Affiliates | Nortel Networks S.p.A. | x | | |

| | | | | |
|---|---|---|---|---|
| Non-Debtor Affiliates | Nortel Networks S.R.O. | x | | |
| Non-Debtor Affiliates | Nortel Networks SA (French Entity) | x | | |
| Non-Debtor Affiliates | Nortel Networks Singapore Pte Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Singapore Pte. Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Slovensko, s.r.o. | x | | |
| Non-Debtor Affiliates | Nortel Networks South Africa (Proprietary) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Southeast Asia Pte Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Technology (Thailand) Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Technology Corporation | | x | |
| Non-Debtor Affiliates | Nortel Networks Corporation | | x | |
| Non-Debtor Affiliates | Nortel Networks Technology Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Networks Telecomunicaco es do Brazil Bhd. | x | | |
| Non-Debtor Affiliates | Nortel Networks UK Ltd. | x | | |
| Non-Debtor Affiliates | Nortel SE d.o.o. Beograd | x | | |
| Non-Debtor Affiliates | Nortel Technology Excellence Centre Private Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Trinidad and Tobago Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Ukraine Ltd. | x | | |
| Non-Debtor Affiliates | Nortel Ventures LLC | x | | |
| Non-Debtor Affiliates | Nortel Vietnam Ltd. | x | | |
| Non-Debtor Affiliates | Northern Telecom Canada Ltd. | x | | |
| Non-Debtor Affiliates | Northern Telecom France SA | x | | |
| Non-Debtor Affiliates | Northern Telecom International Ltd. | x | | |
| Non-Debtor Affiliates | Northern Telecom Maroc SA | x | | |
| Non-Debtor Affiliates | Northern Telecom PCN Ltd. | x | | |
| Non-Debtor Affiliates | Novera Optics Inc. | x | | |
| Non-Debtor Affiliates | Novera Optics Korea Inc. | x | | |
| Non-Debtor Affiliates | Ontario Inc. | x | | |
| Non-Debtor Affiliates | Penril Datacomm Ltd. | x | | |
| Non-Debtor Affiliates | Periphonics Ltd. | x | | |
| Non-Debtor Affiliates | Promatory Communications (UK) Ltd. | x | | |
| Non-Debtor Affiliates | PT Nortel Networks Indonesia | x | | |
| Non-Debtor Affiliates | R. Betts Investments Pty. Ltd. | x | | |
| Non-Debtor Affiliates | Regional Telecommunications Funding Corporation | x | | |
| Non-Debtor Affiliates | Shenyang Nortel Telecommunications Company Ltd. | x | | |
| Non-Debtor Affiliates | Sonoma Ltd. | x | | |
| Non-Debtor Affiliates | Sonoma Systems Europe Ltd. | x | | |
| Non-Debtor Affiliates | Star 21 Facility Management GmbH & Co. KG | x | | |
| Non-Debtor Affiliates | Star 21 Facility Management Verwaltung GmbH | x | | |
| Non-Debtor Affiliates | Star 21 Networks (Schweitz) AG | x | | |
| Non-Debtor Affiliates | Star 21 Networks Deutschland GmbH | x | | |
| Non-Debtor Affiliates | Star 21 Networks GmbH | x | | |
| Non-Debtor Affiliates | Star 21 Operations GmbH | x | | |
| Non-Debtor Affiliates | Telephone Switching International Ltd. | x | | |
| Non-Debtor Affiliates | The Nortel Foundation | x | | |
| Non-Debtor Affiliates | TSFC Canada Inc. | x | | |
| Non-Debtor Affiliates | Uni-Nortel Communication Technologies (Hellas), S.A. | x | | |
| Non-Debtor Affiliates | X-CEL Communications Ltd. | x | | |
| United States Trustee, Assistant United States Trustee and Trial Attorney | Roberta A. DeAngelis | x | | |

| | | | | |
|---|---|---|---|---|
| United States Trustee, Assistant United States Trustee and Trial Attorney | William K. Harrington | x | | |
| United States Trustee, Assistant United States Trustee and Trial Attorney | Kevin P. Callahan | x | | |
| Bankruptcy Judge | Kevin Gross | x | | |
| 40 Largest Unsecured Creditors | The Bank of New York Mellon | x | | |
| 40 Largest Unsecured Creditors | Export Development Canada | x | | |
| 40 Largest Unsecured Creditors | Flextronics | x | | |
| 40 Largest Unsecured Creditors | Flextronics America LLC | x | | |
| 40 Largest Unsecured Creditors | Flextronics International Europe BV | x | | |
| 40 Largest Unsecured Creditors | SEAL Consulting | x | | |
| 40 Largest Unsecured Creditors | Computer Science Corporation | x | | |
| 40 Largest Unsecured Creditors | Jabil Circuit Inc. | x | | |
| 40 Largest Unsecured Creditors | Beeline | x | | |
| 40 Largest Unsecured Creditors | Infosys Technologies Ltd. | x | | |
| 40 Largest Unsecured Creditors | JDS Uniphase Corporation | x | | |
| 40 Largest Unsecured Creditors | Tata Consultancy Services | x | | |
| 40 Largest Unsecured Creditors | Communications Test Design Inc. | x | | |
| 40 Largest Unsecured Creditors | Glow Networks | x | | |
| 40 Largest Unsecured Creditors | Anixter, Inc | | x | |
| 40 Largest Unsecured Creditors | Flextronics International | x | | |
| 40 Largest Unsecured Creditors | ITC Networks | x | | |
| 40 Largest Unsecured Creditors | Johnson Controls Inc. | x | | |
| 40 Largest Unsecured Creditors | Emerson Network Power Embedded | x | | |
| 40 Largest Unsecured Creditors | Wistron InfoComm Technology Corp. | x | | |
| 40 Largest Unsecured Creditors | Wipro Technologies | x | | |
| 40 Largest Unsecured Creditors | Flextronics Logistics USA Inc. | x | | |
| 40 Largest Unsecured Creditors | Wipo Systems Ltd. | x | | |
| 40 Largest Unsecured Creditors | Telrad Networks Ltd. | x | | |
| 40 Largest Unsecured Creditors | Advanced Information Management | x | | |
| 40 Largest Unsecured Creditors | Airspan Communications Ltd. | x | | |
| 40 Largest Unsecured Creditors | McCann Erickson San Francisco | x | | |
| 40 Largest Unsecured Creditors | TEKsystems Inc. | x | | |
| 40 Largest Unsecured Creditors | Convergence Inc. | x | | |
| 40 Largest Unsecured Creditors | GFI Inc. | x | | |
| 40 Largest Unsecured Creditors | Flextronics Sales & Marketing North | x | | |
| 40 Largest Unsecured Creditors | Coams Inc. | x | | |
| 40 Largest Unsecured Creditors | IBM Corporation | x | | |
| 40 Largest Unsecured Creditors | Nortel Networks Corp. "ERISA" Litigation Plaintiffs | x | | |
| 40 Largest Unsecured Creditors | Pension Benefit Guaranty Corporation | x | | |