## CERTIFICATE OF SERVICE

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplementary Affidavit And Disclosure Statement** was caused to be made on May 5, 2011, in the manner indicated upon the entities identified on the attached service list.

Dated: May 5, 2011

                                                */s/Ann C. Cordo*
                                                Ann C. Cordo (No. 4817)

3098764.2