# NORTEL 2002 SERVICE LIST

**VIA HAND DELIVERY**

Jami B. Nimeroff, Esquire
BROWN STONE NIMEROFF LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street
11th Floor
Wilmington, DE 19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE 19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE 19801

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street
Suite 1000
Wilmington, DE 19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street
Suite 300
Wilmington, DE 19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Suite 400
Wilmington, DE 19801

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE 19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE 19801

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
10th Floor
Wilmington, DE 19801

William P. Bowden Esq.
Amanda M. Winfree Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

Ricardo Palacio Esq.  
Ashby & Geddes P.A.  
500 Delaware Avenue  
Wilmington, DE  19801  

Gregory A. Taylor Esq.  
Benjamin W. Keenan Esq.  
Ashby & Geddes P.A.  
500 Delaware Avenue  
8th Floor  
Wilmington, DE  19801  

Rachel B. Mersky Esq.  
Monzack Mersky McLaughlin  
and Browder P.A.  
1201 N Orange Street  
Suite 400  
Wilmington, DE  19801  

Jeffrey S. Wisler Esq.  
Marc J. Phillips Esq.  
Connolly Bove  
The Nemours Building  
1007 N Orange St  
Wilmington, DE  19801  

Charlene D. Davis Esq.  
Daniel A. O'Brien Esq.  
Justin R. Alberto  
Bayard P.A.  
222 Delaware Avenue  
Suite 900  
Wilmington, DE  19801  

John V. Fiorella Esq.  
Archer & Greiner PC  
300 Delaware Avenue  
Suite 1370  
Wilmington, DE  19801  

Charles J. Brown III Esq.  
Archer & Greiner PC  
300 Delaware Avenue  
Suite 1370  
Wilmington, DE  19801  

Kurt F. Gwynne Esq.  
J. Cory Falgowski Esq.  
Reed Smith LLP  
1201 N Market Street  
Suite 1500  
Wilmington, DE  19801  

Maria Aprile Maria Aprile Sawczuk Esq.  
Stevens & Lee P.C.  
1105 N Market Street  
7th Floor  
Wilmington, DE  19801  

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE  19899-8705  

James L. Patton  
Edwin J. Harron  
Young Conaway  
The Brandywine Bldg  
1000 West Street  
17th Floor  
Wilmington, DE  19801  

Ian Connor Bifferato  
Kevin G. Collins  
Bifferato LLC  
800 N. King Street  
First Floor  
Wilmington, DE  19801  

Gregg M. Galardi  
Sarah E. Pierce  
Skadden Arps Slate  
    Meagher & Flom LLP  
One Rodney Square  
PO Box 636  
Wilmington, DE  19899-0636  

Norman L. Pernick  
Sanjay Bhatnagar  
Cole Schotz Meisel Forman  
    & Leonard  
500 Delaware Avenue  
Suite 1410  
Wilmington, DE  19801  

Christopher P. Simon  
Cross & Simon LLC  
913 N. Market Street  
11th Floor  
Wilmington, DE  19801  

Stuart M. Brown  
Edwards Angell Palmer & Dodge  
919 N. Market Street  
Suite 1500  
Wilmington, DE  19801  

Michael R. Lastowski  
Duane Morris LLP  
222 Delaware Avenue  
Suite 1600  
Wilmington, DE  19801-1659

Adam G. Landis Esq.
Kerri K. Mumford Esq.
J. Landon Ellis Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Anthony W. Clark Esq.
Michelle L. Green Esq.
Kristy M. Peguero Esq.
Skadden Arps Slate
    Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

Daniel K. Astin Esq.
John D. McLaughlin Jr. Esq.
Carl D. Neff Esq.
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801

**VIA FIRST CLASS MAIL – INT'L.**

Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario  M5J 2Z4
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West
Suite 400
Toronto, Ontario  M5K 0A1
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Suite 3400
Toronto, Ontario  M5H 2S7
CANADA

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho
Totsuka-ku, Yokohama
-shi  244-8567
JAPAN

**VIA FIRST CLASS MAIL**

David M. Feldman, Esquire
Mitchell A. Karlan, Esquire
Matthew K. Kelsey, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of State Division of
Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Sheryl L. Moreau Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO  65105-0475

John P. Dillman Esq.
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett Mitchell
& Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE  19801

Fred S. Kurtzman Esq.
Klehr Harrison
1835 Market Street
Suite 1400
Philadelphia, PA  19103

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA  19109

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA  98154-1192

Ramona Neal Esq.
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq.
Linebarger Goggan Blair
    & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter
    & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Alistar Bambach  
SEC NY Regional Office  
Bankruptcy Division  
3 World Financial Center  
Suite 400  
New York, NY  10281-1022  

Michael L. Schein Esq.  
Vedder Price P.C.  
1633 Broadway  
47th Floor  
New York, NY  10019  

Raniero D'Aversa Jr. Esq.  
Laura D. Metzger Esq.  
Orrick Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY  10103-0001  

Dennis Dunne Esq.  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005-1413  

Michelle McMahon Esq.  
Bryan Cave LLP  
1290 Avenue of the Americas  
New York, NY  10104  

N. Thodore Zink Jr. Esq.  
Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY  10112  

Alan Kolod  
Christopher J. Caruso  
Kent C. Kolbig  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Avenue  
New York, NY  10174  

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY  10020  

Edmond P. O'Brien Esq.  
Stempel Bennett Claman  
   & Hochberg P.C.  
675 Third Avenue  
31st Floor  
New York, NY  10017  

Steven J. Reisman Esq.  
James V. Drew Esq.  
Curtis Mallet-Prevost Colt  
   & Mosle LLP  
101 Park Avenue  
New York, NY  10178-0061  

Nicholas Vianna  
The Interpublic Group of Companies  
1114 Avenue of the Americas  
19th Floor  
New York, NY  10036  

Jeremy E.  
Crystal Esq.  
Willkie Farr & Gallagher LLP  
787 7th Avenue  
New York, NY  10019  

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Avenue  
New York, NY  10019-6099  

Robert J. Rosenberg  
Michael J. Riela  
Zachary N. Goldstein  
Latham & Watkins LLP  
885 Third Avenue  
Suite 1000  
New York, NY  10022-4068  

David S. Allinson  
Thomas Malone  
Alexandra Croswell  
Latham & Watkins LLP  
885 Third Avenue  
Suite 1000  
New York, NY  10022-4068  

Kristin S. Elliott  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY  10178  

Fred S. Hodara Esq.  
Ryan C. Jacobs Esq.  
David H. Botter Esq.  
Akin Gump  
One Bryant Park  
New York, NY  10036  

Kenneth E. Noble Esq.  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY  10022-2585

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Ste 4000
Dallas, TX   75201-7332

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place
Suite 3700
Dallas, TX   75202-2799

Jonathan L. Howell Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX   75201-6659

Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA   19110

Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA   19107-3603

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews
   & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA   19103

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH   44114

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO   80124

Steve Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA   95035

Dustin P.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA   90067-3012

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL   60606-6473

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street
Suite 4300
Chicago, IL   60601

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL   60604-1404

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL   60654-5313

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Suite 3600
St. Louis, MO   63102

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL   36104

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA   30309

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA   30363-1031

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL   32801

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD   21202

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD   21209

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI   53202

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA   94105-2126

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA   94104

Elizabeth Weller Esq.
Linebarger Goggan Blair
   & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX   75201

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR   97201-5630

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL   33408

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ   85004

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA   19382

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA   02109

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA   02110

Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA   94306

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC   28246

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA   22102-4215

J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX   77010

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA   17101-1601

Stephen K. Dexter Esq.  
Lathrop & Gage LLP  
US Bank Tower  
950 Seventeenth Street  
Suite 2400  
Denver, CO  80202  

Elizabeth Banda Esq.  
Perdue Brandon Fielder Collins  
    & Mott LLP  
4025 Woodland Park Blvd  
Suite 300  
Arlington, TX  76013  

Beverly H. Shideler BS8399  
IBM Corporation  
Two Lincoln Centre  
Oakbrook Terrace, IL  60181  

Donald K. Ludman Esq.  
Brown & Connery LLP  
6 North Broad Street  
Ste 1000  
Woodbury, NJ  08096  

Attn:  Chantel Pinnock  
Travelers  
1 Tower Square  
5MN  
Hartford, CT  06183-4044  

Andrew Herenstein  
Monarch Alternative Capital LP  
535 Madison Avenue  
New York, NY  10022  

Mark G. Ledwin Esq.  
Wilson Elser Moskowitz  
    Edelman & Dicker LLP  
3 Gannett Drive  
White Plains, NY  10604  

Robert S. McWhorter Esq.  
Nossaman LLP  
915 L Street  
Ste 1000  
Sacramento, CA  95814  

Chris Finch Credit Manager  
Sumitomo Electric  
78 Alexander Drive  
PO Box 13445  
Triangle Park, NC  27709  

Ann Groninger Esq.  
Patterson Harkavy  
225 E. Worthington Ave  
Suite 200  
Charlotte, NC  28203  

R. S. Stahel  
IBM Corp. Legal Dept  
1503 LBJ Freeway  
3rd Floor  
Dallas, TX  75234  

Vincent A. D'Agostino Esq.  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  07068  

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  07068  

Samuel H. Rudman  
David A. Rosenfeld  
Robbins Geller Rudman & Dowd LLP  
58 S. Service Road  
Suite 200  
Melville, NY  11747  

David N. Crapo Esq.  
Gibbons P.C.  
One Gateway Center  
Newark, NJ  07102-5310  

Securities & Exchange Commission  
100 F Street NE  
Washington, DC  20549  

Attn:  Nathan Fuchs  
SEC NY Regional Office  
233 Broadway  
New York, NY  10279  

Deborah B. Waldmeir Esq.  
State of MI Dept of Treasury  
3030 W Grand Blvd.  
Suite 10-200  
Cadillac Place  
Detroit, MI  48202  

Ernie Holling President  
The InTech Group Inc.  
305 Exton Commons  
Exton, PA  19341

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL  60606

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA  70113

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601

Robert N. Brier
Brier Irish Hubbard & Erhard PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ  85016-2115

Stephen C. Tingey Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604

Robert E. Nies Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Avenue of the Americas
New York, NY  10020

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701

Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankrutpcy &
    Complaince Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671

Office of Unemplmt Insurance  
Contributions Div.  
MD Department of Labor Licensing & Reg.  
Litigation Prosecution Unit  
1100 N. Eutaw Street  
Room 401  
Baltimore, MD   21201  

Jeffrey B. Rose  
Tishler & Walk Ltd.  
200 S. Wacker Drive  
Suite 3000  
Chicago, IL   60606  

Mohsin N. Khambati  
Dewey & LeBoeuf LLP  
Two Prudential Plaza  
180 N. Stetson Avenue  
Suite 3700  
Chicago, IL   60601-6710  

Lawrence E. Miller Esq.  
Dewey & LeBoeuf LLP  
125 W. 55th Street  
New York, NY   10019  

James H. Lister  
Birch Horton Bittner & Cherot  
1155 Connecticut Avenue NW  
Suite 1200  
Washington, DC   20036  

Tiffany Strelow Cobb  
Vorys Sater Seymour and Pease  
55 East Gay Street  
Columbus, OH   43215  

Judith W. Ross  
Baker Botts LLP  
2001 Ross Avenue  
Dallas, TX   75201  

Ronald Rowland Esquire  
EMC Corporation  
c/o Receivable Management Servs  
307 International Circle  
Suite 270  
Hunt Valley, MD   21094  

Stephen J. Shimshak  
Marilyn Sobel  
Paul Weiss Rifkind Wharton & Garrison  
1285 Avenue of the Americas  
New York, NY   10019-6064  

J. Douglas Bacon  
Alice Decker Burke  
Joseph A. Simei  
Latham & Watkins LLP  
233 South Wacker Drive  
Suite 5800  
Chicago, IL   60606  

Ernest S. Wechsler  
Kramer Levin Naftalis Frankel LLP  
1177 Avenue of the Americas  
New York, NY   10036  

James M. Wilton  
Patricia I. Chen  
Ropes & Gray LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA   02199-3600  

Robert Winter  
Paul Hastings Janofsky &  
    Walker LLP  
875 15th Street, N.W.  
Washington, DC   20005  

Thomas A. Lerner  
Stokes Lawrence P.S.  
800 Fifth Ave  
Suite 4000  
Seattle, WA   98104  

David W. Hansen Esq.  
525 University Avenue  
Suite 1100  
Palo Alto, CA   94301  

Mary E. Olson  
Wildman Harrold Allen & Dixon LLP  
225 West Wacker Drive  
Suite 3000  
Chicago, IL   60606  

Philip Mindlin  
Douglas K. Mayer  
Benjamin M. Roth  
Gregory E. Pessin  
Wachtell Lipton Rosen & Katz  
51 West 52nd Street  
New York, NY   10019  

#4197252