# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 3832 |

**DECLARATION OF DR. JEFFREY CASE IN SUPPORT OF
SNMP RESEARCH INTERNATIONAL, INC.'S RESPONSE TO DEBTORS' MOTION
FOR PROTECTIVE ORDER LIMITING DISCOVERY REQUESTS PROPOUNDED BY
SNMP RESEARCH INTERNATIONAL, INC.**

I, Dr. Jeffrey Case, declare under penalty of perjury as follows:

1. I am a contractor consultant to SNMP Research International, Inc. ("SNMPRI"), working at the request and direction of Mrs. Mary Case, CEO of SNMPRI. Mrs. Case is my spouse. SNMPRI's primary business is selling intellectual property licenses and related support services through non-exclusive software license agreements and software support agreements also known as software maintenance contracts. SNMPRI licenses computer source code and object code to network equipment manufacturers such as Nortel to allow Nortel's products to implement the Simple Network Management Protocol (SNMP) and related standards. I am a co-author of all three versions of SNMP, SNMP Version 1 (SNMPv1), SNMP Version 2 (SNMPv2), and SNMP Version 3 (SNMPv3), as well as the author, co-author, and/or editor of numerous related standards specifications.

2. I and SNMPRI, including SNMPRI predecessors, have entered into licenses for various portions of our intellectual property portfolio with Nortel Networks, its subsidiaries, and predecessor entities ("Nortel") since 1989. Nortel has licensed multiple SNMPRI software products from SNMPRI directly. Nortel has obtained other licenses for SNMPRI software

7317 2.537356

indirectly via licensing terms which transfer the otherwise non-transferrable license rights following mergers with or acquisitions of companies that were SNMPRI licensees. Nortel merger and acquisition activities with companies that were SNMPRI licensees have included Bay Networks, Shasta Networks, Inc., and others.

3. SNMPRI's revenue from royalties, software license fees, and maintenance fees from Nortel has exceeded $350,000 per year during several years.

4. A diligent search of SNMPRI's licensing records show that SNMPRI has not licensed SNMPRI software to Nortel for use in the SP2000. SNMPRI's accounting records show that Nortel's last royalty payment for the USP (Universal Signaling Point) was in 2006.

5. Attached as Exhibit A is a true and correct copy of an email from Pierre Tremblay to Jeff Case dated May 28, 2010.

6. I was surprised to learn from Pierre Tremblay that the MG9000 was using our EMANATE/Lite product in 2010 because it was my recollection and belief that Nortel had represented to SNMPRI on multiple occasions over a period spanning nearly a decade that the corresponding project was not using our software. It was doubly surprising because some of those representations had come from Pierre himself.

7. SNMPRI calculated the fees owed by Nortel for the Nortel's unauthorized use and distribution of SNMPRI software in the MG9000 as $1,494,946 from SNMPRI's standard price list that was in effect during the relevant time period, the time the license was originally requested by Nortel and offered by SNMPRI.

8. Attached as Exhibit B is a true and correct copy of an email and the attached spreadsheet from Roy J. Weldon to Barry Marcus, Jeff Case, et al. dated April 14, 2011.

9.   Based on SNMPRI's knowledge of SNMPRI software used by Nortel in the Bay products, the SP2000, and the Universal Signaling Point, SNMPRI calculated the fees owed by Nortel as $3,853,713 from SNMPRI's standard price sheet in effect during the relevant time period. However, the fees calculated are almost certainly an underestimate, if, for no other reason, because the estimate is based on product families with a conservative assumption of only one product per product family. Product families usually have more than one product, so the correct fees associated with the Bay Software are almost certainly larger than this conservative estimate. Further, there is almost no information about Nortel's use of SNMPRI software in the SP2000. Accordingly, no amounts have been calculated or included for the unlicensed use in the SP2000, thereby necessarily increasing the extent to which the fees are underestimated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed May 5, 2011.

_____
Jeffrey Case, Ph.D.

7317 2 537356

EXHIBIT A

---------- Forwarded message ----------
Date: Fri, 28 May 2010 11:04:28 -0400
From: Pierre Tremblay <pierre.tremblay@nortel.com>
To: Jeff Case <case@private.snmp.com>
Cc: Baiju Dalal <dalal@nortel.com>
Subject: RE: Genband - SNMP RI Accession Agreement

Thank you Jeff and frankly, once I discovered that CVAS had been shipping your software under schedule 19 without paying the associated royalties, I realized that it would be hard for me to ever refer to your concerns as paranoia. ;-)  I will send to Baiju all the emails I have on SNMP RI to help him out as he works with you through all your concerns.
I suspect we will bump into each other again as I will be responsible for all software licensing activities at GENBAND.

Pierre

-----Original Message-----
From: Jeff Case [mailto:case@private.snmp.com]
Sent: Friday, May 28, 2010 10:59 AM
To: Tremblay, Pierre (CAR:0700)
Cc: Dalal, Baiju (PGP:4155)
Subject: RE: Genband - SNMP RI Accession Agreement


hello

ok, i will be prepared to work with Mr Dalal (pleased to meet you) and his team

i wish you best of luck with your new career at genband

thank you for your explanation of VOB ... it is helpful

we do not use clearcase, so i am not familiar with their lingo, but we do use a similar tool (actually one that clearcase was based upon long ago) so i am somewhat familiar with the concepts, if not the lingo

thank you also for your explanation of schedule 18

perhaps it will help you to understand that there were two additional problems in the background of our discussions of which you may have been only tangentially aware:

1) schedule 18 was preceded by a test license which, despite repeated attempts, we were never able to get that team to either license or certify destruction, as was required of them by the terms of the test license agreement, plus, they asked questions about why they should have to destroy the software they had developed and how the test software differed from the software under the new license

2) this is not the first time there as been confusion about what portions of our software are in what portions of nortel's products ... i know you think i may be "paranoid" but i think you also now know that sometimes these concerns are, in fact, true and appropriate

   for example, we continue to think it is very very likely that nortel sent avaya portions of our software that are beyond what was agreed upon in the accession agreement and if true, that is a problem for everyone concerned

this is just to help you to understand our position and i hope i don't sound too defensive about not being "paranoid"

however, as of midnight, my paranoia will be, at least for you personally:
      SNMP:  Simply Not My Problem
since you will no longer have to deal with any remaining issues moving forward as it will fall to Mr Dalal and myself to do so

thank you for your business over the years

i hope genband will be a good new "home" for you

best wishes,
jdc


On Fri, 28 May 2010, Pierre Tremblay wrote:

> Hello Jeff.   This is likely my last day as a Nortel employee.  If
> everything works according to plan, at 23:59.59 tonight I will become a
> Genband employee.  Going forward, your Nortel point of contact will be
> Baiju Dalal (Cced).  He heads the software licensing team that will
> remain part of Nortel until "the end".  I have already forwarded to him
> all the information he will need to work with you to resolve the
> outstanding issues that were discovered as a result of the CVAS

2

```
detailed
> review. Baiju or a representative from his team will contact you
shortly
> to initiate discussions on the findings of this review.  Meanwhile, I
do
> have some answers to your questions. VOB stands for Versioned Object
> Base.  It is a term used by the ClearCase configuration management
tool
> to represent a repository where all the source code is stored for a
> particular product/project.  In other words, the review that was
> performed by the CVAS team was a review of all their source code
> repositories.  This allowed them to identify all the VOBs where SNMP
RI
> software was stored and compiled into Nortel products.  In parallel to
> this code search, I provided the CVAS team with a copy of all the
> schedules that were ever discussed with SNMP RI (whether they were
shown
> as signed or not) and which might relate to CVAS (the only ones I did
> not provide them were those that were clearly not CVAS).  This allowed
> for a second layer of checks based on the product descriptions in each
> schedule.  Schedule 18 was looked at again as part of this review.
The
> final result of this detailed review were provided in my email
response
> to you (i.e. 3 schedules are still relevant to the CVAS business Unit:
> #19, #27 and #29).
>
> I will remain accessible to Baiju and his team should they need my
> knowledge of the SNMP RI relationship, so don't worry about the
> outstanding issues falling into a black hole.
>
> P.S. I do realize that from your perspective, schedule 18 looks very
> suspicious.  For the longest time, I insisted that it was still
relevant
> and then, after both of us failed to locate a signed copy of the
> schedule, I indicated that it was not relevant after all.  The
confusion
> originated from me.  All along, I was proceeding based on MY
> understanding that Schedule 18 was relevant.  It's only when I
contacted
> the product team in question that it was confirmed to me that while
they
> did consider using EMANATE for a while, the eventually decided not to
> use the technology.  In hindsight, I should have gone to them in the
> first place. :(
>
> Pierre
>
> -----Original Message-----
> From: Jeff Case [mailto:case@private.snmp.com]
> Sent: Tuesday, May 25, 2010 7:30 PM
> To: Tremblay, Pierre (CAR:0700)
> Subject: RE: Genband - SNMP RI Accession Agreement
>
>
> hi pierre:
>
```

3

```
> thank you for your note
>
> i will look forward to receiving the materials you reference so that
> we can discuss next steps
>
> relatedly, in the analysis of the snmp IP, did schedule 18 get a
> re-look? (i am not familiar with what a VOB is)  if there are any
> issues with schedule 18, as i suspect there probably are, we should
> discuss those at the same time as the other issues
>
> thanks again for the update
>
> best,
> jdc
>
>
>
>
> On Tue, 25 May 2010, Pierre Tremblay wrote:
>
>> Hello Jeff.  Sorry for taking this long to get back to you.  Your
> email
>> generated a LOT of discussion both at, and between Nortel and
Genband.
>> Since the beginning of the stalking horse process, Genband have made
> it
>> very clear that they had absolutely no interest in inheriting any of
>> Nortel's prior issues: they want to start with a completely clean
> slate.
>> Your email raised concerns on their side as to whether Nortel had
> clean
>> title to your technology and the issue was escalated to the CVAS
>> Director of Product Line Management who immediately instructed all
his
>> product leaders to go through their VOBs to confirm whether or not
> they
>> were using your Intellectual Property.  Below is a summary of the
>> findings of this thorough analysis:
>>
>> Schedule 19 - The MG9000 still uses Emanate Lite.  According to our
>> records, Nortel never paid royalties for this use.  Nortel will
> provide
>> you a report of all the prior shipments that were missed along with a
>> calculation of the amount owed.
>>
>> Schedule 27 - CICM still uses Emanate.  Nortel has been reporting and
>> paying royalties for this product.
>>
>> Schedule 29 - GWC still uses Emanate.  This schedule includes a
> royalty
>> buy-out so no shipment reports were required.  Note that John
> Southwood
>> and I both erroneously concluded that this schedule was no longer
>> required.
>>
>> Once the above findings were shared with Genband, they indicated that
>> they were not comfortable with the LOA approach and instead, they
```

4

```
will
>> be engaging SNMP RI directly to negotiate their own license for the
>> above products, to be effective on the divestiture closing date.  You
>> can expect to be contacted by them shortly.  Meanwhile, Nortel will
> work
>> with you to rectify its non-compliance.
>>
>> Pierre
>>
```

EXHIBIT B

**From:** Roy, J Weldon (Weldon)
**Sent:** Thursday, April 14, 2011 11:52 AM
**To:** Marcus, Barry P. (Barry); Mead, John (John)
**Cc:** Cote, Michel (Michel); La-Anyane, Michael N (Nana); Ravi, Tilak (Tilak); Jeff Case
**Subject:** RE: Requst for help in order to complete the SNMP Product matrix report (BCM information broken out)

Hi Barry,

I have completed the spreadsheet for each of our Stackable (formally Baystack) products. Let me know if you have any questions. Note, I am not sure about who handles Royalty since we have never had to pay it for this s/w.

Weldon

**From:** Marcus, Barry P. (Barry)
**Sent:** Wednesday, April 13, 2011 8:36 AM
**To:** Mead, John (John)
**Cc:** Cote, Michel (Michel); Roy, J Weldon (Weldon); La-Anyane, Michael N (Nana); Ravi, Tilak (Tilak); Jeff Case
**Subject:** Re: Requst for help in order to complete the SNMP Product matrix report (BCM information broken out)
**Importance:** High

Hi John,

I am working with Jeff Case (SNMP – whom I copied on this e-mail) whom I believe you know and Jeff gives his regards.

Can you please help me complete the enclosed spread sheet for the Bay Network products (provided the products use SNMP software). I only captured the WLAN products in the spread sheet and we need your help adding the other Baystack (Bay Network - Synoptics) products to the list.

Please provide the requisite information so that we can complete all of the columns. This information will be used to help us create a new pricing schedule for our master agreement. The SNMP licenses were not assignable from Nortel to Avaya (FYI).

Thank you,

Barry Marcus
Avaya

1

(908) 953.5512