# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X
                                                    :
In re                                               :        Chapter 11
                                                    :
Nortel Networks Inc., *et al.*,[1]                  :        Case No. 09-10138 (KG)
                                                    :
             Debtors.                               :        Jointly Administered
                                                    :
-------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 10, 2011 AT 9:30 A.M. (EASTERN TIME)

## CONTINUED/RESOLVED/WITHDRAWN MATTERS

1.    Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

      Objection Deadline:   October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol Corporation and its affiliates until June 8, 2011.

      Remaining Response Received:

      (a)    Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

      Related Pleading:

      (a)    Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

<u>Status</u>:  The hearing with respect to the response to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).

2.    Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

<u>Objection Deadline</u>:  October 25, 2010 at 4:00 p.m. (ET).  Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m. (ET).  Extended for Red Hat to November 1, 2010 at 4:00 p.m. (ET).  Extended for GE Fanuc to June 8, 2011 at 4:00 p.m. (ET).

<u>Remaining Responses Received</u>:

(a)    Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)    Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

<u>Related Pleadings</u>:

(a)    Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)    First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

<u>Status</u>:  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).  The hearing with respect to the response filed by the Commonwealth of Virginia, Department

of Taxation has been adjourned to the hearing scheduled for May 24, 2011 at 9:30 a.m. (ET).

3.    Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

      Objection Deadline:  January 5, 2011 at 4:00 p.m. (ET).  Extended to May 17, 2011 at 4:00 p.m. (ET) for Nortel.

      Responses Received:  None at this time.

      Related Pleadings:  None.

      Status:  The hearing on this matter has been adjourned to May 24, 2011 at 9:30 a.m. (ET).

4.    Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 4842, Filed 2/4/11).

      Objection Deadline:  February 23, 2011 at 4:00 p.m. (ET).

      Responses Received:

      (a)    Claimant Ritz-Carlton Hotel Company, LLC's Response to Objection to its Claim (D.I. 4973, Filed 2/23/11).

      Related Pleadings:  None.

      Status:  The hearing with respect to the response filed by Ritz Carlton Hotel Company, LLC has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).

5.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 5225, Filed 4/5/11).

      Objection Deadline:  April 19, 2011 at 4:00 p.m. (ET).

      Responses Received:  None at this time.

      Related Pleadings:

      (a)    Notice of Filing of Revisions to Order with Respect to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 5284, Filed 4/21/11).

      Status:  The hearing on this matter has been adjourned to the hearing scheduled for May 24, 2011 at 9:30 a.m. (ET).

## UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION

6.    Debtors' Motion for (I) Relief from Stay to Effectuate a Setoff and (II) Approval of a

Stipulation Between Nortel Networks Inc. and TW Telecom Inc. (D.I. 5251, Filed 4/15/11)

Objection Deadline:  May 3, 2011 at 4:00 p.m. (ET).

Response Received:  None as of this date.

Related Pleading:

(a)     Certification of No Objection Regarding D.I. 5251 (D.I. 5381, Filed 5/5/11).

Status:  No objections have been received and a Certificate of No Objection has been filed.

## UNCONTESTED MATTERS GOING FORWARD

7.     Debtors' Application for Entry of an Order Approving an Amendment to the Terms of Engagement of RLKS Executive Solutions LLC as Consultants to the Debtors *Nunc Pro Tunc* to April 19, 2011 (D.I. 5268, Filed 4/19/11).

Objection Deadline:  May 3, 2011 at 4:00 p.m. (ET). Extended to May 5, 2011 at 4:00 p.m. for the Creditors' Committee.

Response Received:  None as of this date.

Related Pleading:  None as of this date.

Status:  The hearing on this matter will go forward.

8.     Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Keightley & Ashner LLP as Special Pension Benefits Counsel for the Debtors *Nunc Pro Tunc* to April 1, 2011 (D.I. 5306, Filed 4/25/11).

Objection Deadline:  May 3, 2011 at 4:00 p.m. (ET). Extended to May 4, 2011 at 4:00 p.m. (ET) for the Trustee and May 5, 2011 at 4:00 p.m. (ET) for the Creditors' Committee.

Response Received:  Informal comments from the United States Trustee.

Related Pleading:  None as of this date.

Status:  The hearing on this matter will go forward. The informal comments from the UST have been resolved and a revised order will be handed up at the hearing.

## CONTESTED MATTERS GOING FORWARD

9.     Debtors' Objection to the Proofs of Claim Filed by the EMEA Claimants and Motion for an Order Requiring a More Definite Statement of Claim and Setting a Deadline for the Filing of any Proofs of Claim by the EMEA Claimants (D.I. 5200, Filed 4/1/11).

<u>Objection Deadline</u>:  April 15, 2011 at 4:00 p.m. (ET).

<u>Response Received</u>:

(a)     The Joint Administrators' Response to the Debtors' Motion for an Order
        Requiring a More Definite Statement of Claim and Setting a Deadline for the
        Filing of any Proofs of Claim by the EMEA Claimants (D.I. 5255, Filed 4/15/11);
        and

(b)     Debtors' Reply in Further Support of their Objection to the Proofs of Claim Filed
        by the EMEA Claimants and Motion for an Order Requiring a More Definite
        Statement of Claim and Setting a Deadline for the Filing of any Proofs of Claim
        by the EMEA Claimants (D.I. 5380, Filed 5/5/11).

<u>Related Pleading</u>:  None as of this date.

<u>Status</u>:  The hearing on this matter will go forward.

10.     Debtors' Motion for an Order (I) Approving NNI's Entry into Purchase and Sale
        Agreement; (II) Authorizing the Sale of NNI's Richardson Campus Free and Clear of All
        Encumbrances; (III) Approving NNI's Entry into the Nortel License; (IV) Approving the
        Notice Procedures; and (V) Authorizing the Filing of Certain Documents Under Seal
        (D.I. 5256, Filed 4/15/11).

        <u>Objection Deadline</u>:  May 3, 2011 at 4:00 p.m. (ET). Extended to May 4, 2011 at 4:00
        p.m. (ET) for Qwest.

        <u>Response Received</u>:

        (a)     Limited Objection to Debtors' Motion for an Order (I) Approving NNI's Entry
                into Purchase and Sale Agreement; (II) Authorizing the Sale of NNI's Richardson
                Campus Free and Clear of all Encumbrances (D.I. 5367, Filed 5/3/11).

        <u>Related Pleading</u>:  None as of this date.

        <u>Status</u>:  The hearing on this matter will go forward.

## **PRETRIAL CONFERENCE**

11.     Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

        <u>Related Pleadings</u>:

        (a)     Certification of Counsel Regarding (Proposed) Scheduling Order (Ad. Pro. D.I.s
                18, 19, 17, & 18, Filed 5/6/11).

        <u>Status</u>:   The Debtors have filed the proposed scheduling order under certification of
        counsel.

Dated:  May 6, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4222347.3