## EXHIBIT "A"

| **Case** | **Adversary Case No.** |
|---|---|
| Nortel Networks Inc. v. BizSphere AG (f/k/a SVA-BizSphere AG) | Adv. Pro. No. 10-55918 |
| Nortel Networks Inc. v. Devoteam Danet GmbH (f/k/a Danet GmbH) | Adv. Pro. No. 10-55926 |
| Nortel Networks Inc. v. EION Inc. | Adv. Pro. No. 10-55204 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | Adv. Pro. No. 10-55915 |