## <u>CERTIFICATE OF SERVICE</u>

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on May 10, 2011 at 9:30 a.m. (ET)** was caused to be made on May 6, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated:  May 6, 2011

_____/s/ Alissa T. Gazze_____
Alissa T. Gazze (No. 5338)

3790723.1