**Wave 5 Service List**

**Via Facsimile**

Glenn D. Solomon
Offit Kurman
Attorneys At Law
8 Park Center Court
Suite 200
Owings Mills, Maryland 21117
Fax: 443-738-1535
Counsel to EION, Inc.

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Fax : 302-656-8053
Counsel for BizSphere AG (f/k/a SVA-BizSphere AG) and Macadamian Technologies Inc.

Roland Gary Jones
Jones & Associates
1230 6th Avenue 7th Floor
New York, NY 10020
Fax : 212-202-4416
Counsel for BizSphere AG (f/k/a SVA-BizSphere AG) and Macadamian Technologies Inc.

Eric D. Rosenberg
Christine A. Saunders
Metz Lewis Brodman Must O'Keefe LLC
11 Stanwix Street
Pittsburgh, PA 15222
Fax: 412-918-1199
Counsel for Devoteam Danet GmbH (f/k/a Danet GmbH)

4229514.1