# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2011 Through March 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 25.00 |
| Transcripts | | 255.90 |
| Photos/Art/ Spec Duplicating | | 4,553.74 |
| Travel | | 57.60 |
| Meals | | 20.00 |
| Messenger Service | | 258.00 |
| Courier/Delivery Service | | 1,089.79 |
| Computer Research | Westlaw | 277.36 |
| Duplicating | In Office | 1,182.40 |
| Postage | | 4.55 |
| Facsimile | | 2,968.00 |
| Paralegal Overtime | | 23.43 |
| **Grand Total Expenses** | | **$10,715.77** |

```
Nortel Networks, Inc.                    PRO FORMA   270192              AS OF 03/31/11                         INVOICE# ******
63989-DIP
DATE: 05/06/11 10:58:51
```

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 863881 | 03/28/11 | B | 25.00 | Court Costs - UNITED STATES DISTRICT COURT` GIBBON PRO HAC - 03/28/2011 | 503 | 546 | 178467 |
| 858719 | 03/01/11 | B | 66.75 | Transcripts - DIAZ DATA SERVICES` CASE NO 09-10138 - TRANSCRIPT - 03/01/2011 | 506 | 904 | 177897 |
| 861395 | 03/11/11 | B | 116.40 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 03/11/2011 | 506 | 904 | 178128 |
| 864064 | 03/25/11 | B | 72.75 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 TRANSCRIPT - 03/25/2011 | 506 | 904 | 178492 |
| 858560 | 03/01/11 | B | 362.28 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES & HAND DELIVERIES - 03/01/2011 | 510 | 684 | 177851 |
| 858717 | 03/03/11 | B | 379.58 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES & HAND DELIVERIES - 03/03/2011 | 510 | 684 | 177893 |
| 861966 | 03/04/11 | B | 734.69 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (18 ORGINALS x 173 COPIES) & HAND DELIVERIES - 03/04/2011 | 510 | 684 | 178202 |
| 861968 | 03/04/11 | B | 623.46 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (13 ORIGINALS x 173 COPIES) & HAND DELIVERIES - 03/04/2011 | 510 | 684 | 178204 |
| 860282 | 03/04/11 | B | 85.41 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS & HAND DELIVERIES - 03/07/2011 | 510 | 684 | 178008 |
| 860348 | 03/08/11 | B | 769.29 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 03/08/2011 | 510 | 684 | 178031 |
| 860415 | 03/09/11 | B | 494.93 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS & HAND DELIVERIES - 03/09/2011 | 510 | 684 | 178059 |
| 861128 | 03/10/11 | B | 636.98 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 03/10/2011 | 510 | 684 | 178100 |
| 861799 | 03/14/11 | B | 467.12 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BINDERS, TABS (ALPHA/NUMERIC) & B&W COPIES C MEDIUM LITIGATION - 03/14/2011 | 510 - | 684 | 178165 |
| 860973 | 03/09/11 | B | 57.60 | Travel - EAGLE CHAUFFEURED SERVICES, INC.` M. FLYNN - PU; MNAT - DO; WILMINGTON TRAIN STATION - 03/09/2011 | 511 | 622 | 178084 |
| 865884 | 03/31/11 | B | 20.00 | Meals PETTY CASH` A. GAZZE WORKING DINNER - 03/31/2011 | 512 | 948 | 178683 |
| 861523 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/06/11 10:58:51

PRO FORMA  270192        AS OF 03/31/11        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 861524 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861540 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861503 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861504 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861507 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861513 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861499 | 03/01/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 861544 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861545 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861553 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861555 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861556 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861557 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861558 | 03/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861570 | 03/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861571 | 03/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861576 | 03/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861579 | 03/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861603 | 03/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861604 | 03/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861606 | 03/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861609 | 03/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861614 | 03/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861622 | 03/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861628 | 03/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861629 | 03/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861630 | 03/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861631 | 03/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861647 | 03/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861649 | 03/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/06/11 10:58:51

PRO FORMA   270192          AS OF 03/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 861650 | 03/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861662 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861663 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861669 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861670 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861671 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861672 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861673 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861674 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861684 | 03/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861696 | 03/10/11 | B | 3.00 | Messenger Service | 513S | 201 | |
| 861693 | 03/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 861745 | 03/14/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 861755 | 03/14/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 863833 | 03/16/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 863865 | 03/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863871 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863873 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863876 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863879 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863880 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863893 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863904 | 03/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863915 | 03/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863922 | 03/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863929 | 03/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863939 | 03/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863942 | 03/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863943 | 03/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863944 | 03/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/06/11 10:58:51

PRO FORMA   270192          AS OF 03/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 863961 | 03/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863991 | 03/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863992 | 03/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 863984 | 03/23/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 863985 | 03/23/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 863986 | 03/23/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 864001 | 03/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 864002 | 03/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 864003 | 03/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 864013 | 03/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 864027 | 03/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 864011 | 03/25/11 | B | 3.00 | Messenger Service | 513S | 209 | |
| 865169 | 03/29/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 865172 | 03/30/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 865211 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865213 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865214 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865215 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865216 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865195 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865196 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865201 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865208 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865209 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 865210 | 03/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 860381 | 03/01/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178057 |
| 860382 | 03/03/11 | B | 29.81 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178057 |
| 860383 | 03/04/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178057 |
| 860431 | 03/07/11 | B | 13.68 | Courier/Delivery Service | 514 | 000 | 178071 |
| 860432 | 03/07/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178071 |
| 860433 | 03/07/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178071 |

```
Nortel Networks, Inc.                         PRO FORMA   270192         AS OF 03/31/11                          INVOICE# ******
63989-DIP
DATE: 05/06/11 10:58:51
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 860456 | 03/07/11 | B | 22.49 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860434 | 03/07/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178071 |
| 860435 | 03/07/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178071 |
| 860436 | 03/07/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178071 |
| 860451 | 03/07/11 | B | 22.49 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860449 | 03/08/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860450 | 03/08/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860457 | 03/08/11 | B | 22.49 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860458 | 03/08/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860459 | 03/08/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860460 | 03/08/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178072 |
| 862067 | 03/08/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178225 |
| 860452 | 03/08/11 | B | 19.13 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860453 | 03/08/11 | B | 15.77 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860454 | 03/08/11 | B | 13.68 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860455 | 03/08/11 | B | 22.49 | Courier/Delivery Service | 514 | 000 | 178072 |
| 860416 | 03/09/11 | B | 140.95 | Courier/Delivery Service - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS & HAND DELIVERIES - 03/09/2011 | 514 | 684 | 178060 |
| 862259 | 03/10/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178258 |
| 862068 | 03/14/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178225 |
| 866579 | 03/21/11 | B | 16.73 | Courier/Delivery Service | 514 | 000 | 178726 |
| 863287 | 03/21/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863288 | 03/21/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863601 | 03/21/11 | B | 30.26 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 178434 |
| 863281 | 03/21/11 | B | 20.01 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863282 | 03/21/11 | B | 14.54 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863283 | 03/21/11 | B | 20.01 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863284 | 03/21/11 | B | 16.73 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863285 | 03/21/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863286 | 03/21/11 | B | 15.77 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863275 | 03/21/11 | B | 21.88 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863276 | 03/21/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863277 | 03/21/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863278 | 03/21/11 | B | 20.01 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863279 | 03/21/11 | B | 16.73 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863280 | 03/21/11 | B | 20.01 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863269 | 03/21/11 | B | 20.15 | Courier/Delivery Service | 514 | 000 | 178410 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/06/11 10:58:51

PRO FORMA 270192        AS OF 03/31/11        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 863270 | 03/21/11 | B | 16.73 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863271 | 03/21/11 | B | 20.15 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863272 | 03/21/11 | B | 16.73 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863273 | 03/21/11 | B | 20.01 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863274 | 03/21/11 | B | 20.01 | Courier/Delivery Service | 514 | 000 | 178410 |
| 863604 | 03/22/11 | B | 16.96 | Courier/Delivery Service | 514 | 000 | 178435 |
| 864465 | 03/22/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178554 |
| 864466 | 03/23/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178554 |
| 864485 | 03/23/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178554 |
| 864467 | 03/24/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178554 |
| 864468 | 03/24/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178554 |
| 864469 | 03/26/11 | B | 15.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178554 |
| 867463 | 03/31/11 | B | 30.26 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 178874 |
| 865446 | 03/31/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178627 |
| 865447 | 03/31/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178627 |
| 865448 | 03/31/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178627 |
| 865449 | 03/31/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178627 |
| 865444 | 03/31/11 | B | 11.49 | Courier/Delivery Service | 514 | 000 | 178627 |
| 865445 | 03/31/11 | B | 15.77 | Courier/Delivery Service | 514 | 000 | 178627 |
| 862631 | 03/10/11 | B | 83.34 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 865019 | 03/25/11 | B | 11.11 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 865514 | 03/28/11 | B | 53.99 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 865515 | 03/29/11 | B | 6.17 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 865516 | 03/30/11 | B | 122.75 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 859690 | 03/01/11 | B | 19.00 | In-House Duplicating | 519 | 605 | |
| 859686 | 03/01/11 | B | 15.30 | In-House Duplicating | 519 | 684 | |
| 859687 | 03/01/11 | B | 13.20 | In-House Duplicating | 519 | 684 | |
| 859688 | 03/01/11 | B | 9.20 | In-House Duplicating | 519 | 684 | |
| 859689 | 03/01/11 | B | 55.70 | In-House Duplicating | 519 | 684 | |
| 859691 | 03/03/11 | B | 1.00 | In-House Duplicating | 519 | 684 | |
| 860098 | 03/04/11 | B | 9.20 | In-House Duplicating | 519 | 684 | |
| 860099 | 03/04/11 | B | 4.80 | In-House Duplicating | 519 | 684 | |
| 860507 | 03/07/11 | B | 10.50 | In-House Duplicating | 519 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/06/11 10:58:51

PRO FORMA  270192                    AS OF 03/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 860577 | 03/08/11 | B | 3.20 | In-House Duplicating | 519 | 684 | |
| 860579 | 03/08/11 | B | 17.60 | In-House Duplicating | 519 | 684 | |
| 860578 | 03/08/11 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 860758 | 03/09/11 | B | 3.50 | In-House Duplicating | 519 | 684 | |
| 860835 | 03/10/11 | B | 0.90 | In-House Duplicating | 519 | 554 | |
| 861196 | 03/11/11 | B | 54.20 | In-House Duplicating | 519 | 684 | |
| 861243 | 03/11/11 | B | 32.50 | In-House Duplicating | 519 | 670 | |
| 861318 | 03/14/11 | B | 0.70 | In-House Duplicating | 519 | 554 | |
| 861319 | 03/14/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 862520 | 03/18/11 | B | 4.90 | In-House Duplicating | 519 | 684 | |
| 862856 | 03/21/11 | B | 11.80 | In-House Duplicating | 519 | 684 | |
| 862857 | 03/21/11 | B | 38.20 | In-House Duplicating | 519 | 684 | |
| 862858 | 03/21/11 | B | 0.40 | In-House Duplicating | 519 | 684 | |
| 862859 | 03/21/11 | B | 14.80 | In-House Duplicating | 519 | 684 | |
| 862945 | 03/22/11 | B | 2.70 | In-House Duplicating | 519 | 684 | |
| 862944 | 03/22/11 | B | 3.70 | In-House Duplicating | 519 | 554 | |
| 863397 | 03/23/11 | B | 0.70 | In-House Duplicating | 519 | 594 | |
| 863529 | 03/24/11 | B | 8.80 | In-House Duplicating | 519 | 684 | |
| 863530 | 03/24/11 | B | 2.70 | In-House Duplicating | 519 | 684 | |
| 863528 | 03/24/11 | B | 3.60 | In-House Duplicating | 519 | 554 | |
| 863745 | 03/25/11 | B | 3.80 | In-House Duplicating | 519 | 554 | |
| 863744 | 03/25/11 | B | 24.00 | In-House Duplicating | 519 | 684 | |
| 865265 | 03/31/11 | B | 17.10 | In-House Duplicating | 519 | 684 | |
| 865266 | 03/31/11 | B | 14.30 | In-House Duplicating | 519 | 684 | |
| 865264 | 03/31/11 | B | 3.20 | In-House Duplicating | 519 | 684 | |
| 864698 | 03/17/11 | B | 4.55 | Postage | 520 | 684 | |
| 860417 | 03/07/11 | B | 675.00 | Facsimile - IKON OFFICE SOLUTIONS' MAILOUT - BROADCAST FAX - 03/07/2011 | 522H | 684 | 178061 |
| 860414 | 03/08/11 | B | 728.00 | Facsimile - IKON OFFICE SOLUTIONS' MAILOUT-BROADCAST FAX - 03/08/2011 | 522H | 684 | 178058 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/06/11 10:58:51

PRO FORMA  270192           AS OF 03/31/11                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 863493 | 03/23/11 | B | 963.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (45 ORIGINALS x 1 FAXES) - 03/23/2011 | 522H 07 | 684 | 178424 |
| 864999 | 03/31/11 | B | 54.60 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (17 ORIGINALS x 1 FAXES) - 3/31/2011 | 522H 61 | 684 | 178607 |
| 865000 | 03/31/11 | B | 547.40 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (17 ORIGINALS x 1 FAXES) - 3/31/2011 | 522H 61 | 684 | 178608 |
| 863176 | 03/07/11 | B | 10.03 | Paralegal Overtime | 530S | 594 | |
| 865852 | 03/21/11 | B | 13.40 | Paralegal Overtime | 530S | 594 | |
| 859693 | 03/01/11 | B | 11.95 | In-House Printing - black & white | 541 | 684 | |
| 859946 | 03/03/11 | B | 1.45 | In-House Printing - black & white | 541 | 670 | |
| 860008 | 03/03/11 | B | 1.45 | In-House Printing - black & white | 541 | 670 | |
| 860100 | 03/04/11 | B | 3.25 | In-House Printing - black & white | 541 | 670 | |
| 860508 | 03/07/11 | B | 32.50 | In-House Printing - black & white | 541 | 684 | |
| 860580 | 03/08/11 | B | 11.40 | In-House Printing - black & white | 541 | 948 | |
| 860759 | 03/09/11 | B | 7.80 | In-House Printing - black & white | 541 | 684 | |
| 860836 | 03/10/11 | B | 1.20 | In-House Printing - black & white | 541 | 948 | |
| 860919 | 03/11/11 | B | 13.65 | In-House Printing - black & white | 541 | 684 | |
| 861197 | 03/11/11 | B | 59.70 | In-House Printing - black & white | 541 | 684 | |
| 861244 | 03/11/11 | B | 23.90 | In-House Printing - black & white | 541 | 684 | |
| 861860 | 03/15/11 | B | 9.35 | In-House Printing - black & white | 541 | 605 | |
| 862100 | 03/16/11 | B | 2.20 | In-House Printing - black & white | 541 | 605 | |
| 862521 | 03/18/11 | B | 12.75 | In-House Printing - black & white | 541 | 948 | |
| 862860 | 03/21/11 | B | 37.95 | In-House Printing - black & white | 541 | 670 | |
| 862946 | 03/21/11 | B | 4.15 | In-House Printing - black & white | 541 | 605 | |
| 862947 | 03/22/11 | B | 13.20 | In-House Printing - black & white | 541 | 904 | |
| 863434 | 03/23/11 | B | 0.85 | In-House Printing - black & white | 541 | 605 | |
| 863572 | 03/23/11 | B | 0.05 | In-House Printing - black & white | 541 | 605 | |
| 863398 | 03/23/11 | B | 3.15 | In-House Printing - black & white | 541 | 594 | |
| 863531 | 03/24/11 | B | 1.60 | In-House Printing - black & white | 541 | 684 | |
| 863746 | 03/25/11 | B | 4.20 | In-House Printing - black & white | 541 | 605 | |
| 864543 | 03/29/11 | B | 7.75 | In-House Printing - black & white | 541 | 904 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/06/11 10:58:51

PRO FORMA   270192                AS OF 03/31/11                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 864746 | 03/30/11 | B | 44.15 | In-House Printing - black & white | 541 | 605 | |
| 865396 | 03/31/11 | B | 47.50 | In-House Printing - black & white | 541 | 603 | |
| 865267 | 03/31/11 | B | 7.00 | In-House Printing - black & white | 541 | 904 | |
| 865353 | 03/31/11 | B | 2.90 | In-House Printing - black & white | 541 | 948 | |
| 864927 | 03/30/11 | B | 408.00 | In-House Printing - color | 542 | 594 | |

10,715.77