IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
| NORTEL NETWORKS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MCCANN-ERICKSON WORLDWIDE, INC.,<br>*et al.*,<br><br>Defendants. | Adv. Proc. No. 10-55937 (KG) |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

Notice is hereby given pursuant to Federal Rule of Bankruptcy Procedure 2002 that the undersigned counsel, for and on behalf of Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. request that all notices given or required to be given in these cases (including, without limitation, all papers filed and served in the above-captioned adversary proceeding and all notices mailed only to statutory committees or their authorized agents and to creditors who file with the Court their request that all notices be mailed to them) be given to and served upon them at the following addresses:

| | |
|---|---|
| Michael D. DeBaecke, Esquire<br>**BLANK ROME LLP**<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19977<br>Phone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>E-mail: debaecke@blankrome.com | **VORYS, SATER, SEYMOUR, AND<br>PEASE LLP**<br>Tiffany Strelow Cobb, Esq. (OH-0067516)<br>52 East Gay Street<br>Columbus, Ohio 43216<br>Phone: (614) 464-8322<br>E-mail: tscobb@vorys.com |

Notice is further given that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

Please take further notice that this Request For Notices shall not be deemed or construed to be a waiver of any substantive or procedural right or defense of Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc., including without limitation, to: (a) require that where any adversary proceeding is initiated against Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. in this or any related case or where any proceeding is initiated by complaint against Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. in accordance with applicable non-bankruptcy law, service shall be made on Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court; (c) trial by jury in any proceeding so triable; (d) have the United States District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract or other agreement or arrangement; or (f) any other rights, claims, actions, defenses, setoffs or recoupments to which Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. are or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. expressly reserve.

DATED: May 6, 2011                    **BLANK ROME LLP**

*/s/ Michael DeBaecke*
Michael D. DeBaecke (No. 3186)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6412
E-mail: debaecke@blankrome.com

and

Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
E-mail: tscobb@vorys.com

*Attorneys for Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that, on May _6_, 2011, the foregoing *Request for Service of Papers* was served on the following in the manner indicated:

**VIA HAND DELIVERY**
Donna L. Culver
Derek C. Abbott
Alissa T. Gazze
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Deborah M. Buell
Neil P. Forrest
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Michael DeBaecke*
Michael D. DeBaecke

900200.00001/40195001v.1