IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. Case No. 09-10138 (KG) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Melissa N. Flores, certify that I am a paralegal employed by the law firm of Ciardi Ciardi & Astin. I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that I served true and correct copies of the *Creditor's Opposition to Debtors' Motion for A Protective Order* on the parties on the attached service list, *via* first-class U.S. mail, on May 6, 2011.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

_____
Melissa N. Flores

Sworn to and subscribed before
me this 9th day of May 2011

_____

JACQUELINE N. BOYER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 15, 2011

Derek C. Abbott
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899


James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006