IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
        Debtors.  :   Jointly Administered
                                                         :
                                                         :   Hearing Date: June 21, 2010 at 9:30 a.m. (ET)
                                                         :
---------------------------------------------------------X

**FIRST QUARTERLY FEE APPLICATION REQUEST OF ADDREX INC. AS
A BROKER TO DEBTORS AND DEBTORS-IN-POSSESSION,
<u>FOR THE PERIOD NOVEMBER 24, 2010 THROUGH MARCH 31, 2011</u>**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly Compensation Order</u>"), Addrex Inc. ("<u>Addrex</u>") hereby submits its First Quarterly Fee Application Request (the "<u>Request</u>") for the period November 24, 2010 through and including March 31, 2011[2] (the "<u>Application Period</u>").

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A attached to the monthly application (D.I. No. 5378) contains detailed listing of Addrex's requested fees and expenses for the Application Period.

4235335.1

Addrex seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/4/11 D.I. 5378 | 11/24/10-3/31/11 | $0.00 | $51,421.12 | Pending | $0.00 | $51,421.12 | $0.00 |
| TOTAL | | $0.00 | $51,421.12 | | $0.00 | $51,421.12 | $0.00 |

In accordance with the Monthly Compensation Order, Addrex seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Addrex respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Addrex such other and further relief as is just and proper.

Dated: May 9, 2011  
Wilmington, Delaware

ADDREX, INC.

_____  
Charles M. Lee  
1775 Wiehle Ave. Suite 400  
Reston, VA 20190

*Broker for the Debtors and Debtors-in-Possession*

2

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Research | Depository, Inc. | $50,000.00 |
| Other – Incorporation Records | Commonwealth of Massachusetts | $16.00 |
| Other – Incorporation Records | Delaware State Division of Corporations | $474.00 |
| Other – Incorporation Records | Corporation Service Company | $599.00 |
| Out of Town Travel | Mileage & Hotel | $332.12 |
| **Grand Total Expenses** | | **$51,421.12** |

3