# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **First Quarterly Fee Application of Addrex Inc. as a Broker to Debtors and Debtors-In-Possession, for the Period November 24, 2010 Through March 31, 2011** was caused to be made on May 9, 2011, in the manner indicated upon the entities identified below.

Date: May 9, 2011

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

## VIA HAND DELIVERY

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

## VIA FIRST CLASS MAIL

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228-1304
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

4235288.1