**Exhibit A**

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | John Ray

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 4/1/2011 | 4/28/2011 |
| **Enter Billing Rate/Hr:** | 470.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 2.3 | $470.00 | $1,081.00 |
| 2 | Reviewing operational management of transition services | 6.0 | $470.00 | $2,820.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 140.5 | $470.00 | $66,035.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 8.5 | $470.00 | $3,995.00 |
| 5 | Fee Applications | 5.5 | $470.00 | $2,585.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 18.3 | $235.00 | $4,300.50 |
| | **Hours/Billing Amount for Period:** | **181.1** | | **$80,816.50** |

# NORTEL TIME SHEET

## John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/1/2011 | Call with Golder and local counsel re WPB site | 3 | 2.5 |
| 4/1/2011 | Call re financial management system | 2 | 2.5 |
| 4/1/2011 | Iceberg closing matters | 3 | 1.3 |
| 4/1/2011 | Retiree matter update | 1 | 0.5 |
| 4/1/2011 | Preferences updates | 3 | 0.3 |
| 4/1/2011 | Nortel FSD's review | 3 | 2.0 |
| 4/1/2011 | Mediation submissions reviews | 3 | 5.3 |
| 4/3/2011 | Travel to NY | 7 | 5.0 |
| 4/4/2011 | Prepare fee application | 5 | 2.0 |
| 4/4/2011 | Genban mediation | 3 | 13.0 |
| 4/4/2011 | Call with Japan Board | 1 | 1.5 |
| 4/5/2011 | Prepare fee application | 5 | 2.7 |
| 4/5/2011 | Meeting with UCC committee | 4 | 2.7 |
| 4/5/2011 | Meeting with Bondholder | 4 | 2.0 |
| 4/5/2011 | Meeting with UCC committee | 4 | 3.0 |
| 4/5/2011 | Update on systems matters | 3 | 1.3 |
| 4/5/2011 | Preference settlements | 3 | 0.5 |
| 4/5/2011 | Travel from NY meetings | 7 | 5.0 |
| 4/6/2011 | Employee exit interview | 3 | 1.5 |
| 4/6/2011 | Retiree matter update | 3 | 1.5 |
| 4/6/2011 | Receivables collection | 3 | 0.8 |
| 4/6/2011 | NBS update on several workstreams related to wind down, Richardson, IT | 2 | 2.5 |
| 4/6/2011 | Litigation matter | 3 | 0.5 |
| 4/6/2011 | Execution of documents re NTT | 3 | 0.5 |
| 4/6/2011 | Professional fee review | 3 | 1.0 |
| 4/7/2011 | Prepare fee application | 5 | 0.8 |
| 4/7/2011 | Form 26 changes | 3 | 0.8 |
| 4/7/2011 | Data retention matters | 3 | 0.8 |
| 4/7/2011 | Mediation preparation | 3 | 5.3 |
| 4/7/2011 | CMC matter | 3 | 0.5 |
| 4/8/2011 | Call with bondholder referred by FTI | 3 | 1.0 |
| 4/8/2011 | Subsidiary liquidation work | 3 | 1.5 |
| 4/8/2011 | Claims review | 3 | 2.0 |
| 4/8/2011 | Preference settlements | 3 | 2.5 |
| 4/8/2011 | UK pension matter | 3 | 1.3 |
| 4/8/2011 | RTP update | 3 | 1.2 |
| 4/8/2011 | Call with Cleary re mediation and follow up planning | 3 | 3.5 |
| 4/10/2011 | Flight to NY for mediation | 7 | 4.3 |
| 4/10/2011 | Review mediation materials and follow up meetings at Cleary related to mediation | 3 | 6.8 |
| 4/10/2011 | Pre-meeting with mediator and Akin at mediator request | 3 | 3.0 |
| 4/11/2011 | Mediation participation | 3 | 11.0 |
| 4/12/2011 | Mediation participation | 3 | 11.0 |
| 4/13/2011 | Mediation participation | 3 | 9.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/14/2011 | Flight from NY | 7 | 4.0 |
| 4/14/2011 | Marsh agreement | 3 | 0.5 |
| 4/14/2011 | Preference settlement | 3 | 2.8 |
| 4/14/2011 | IP address transfer | 3 | 0.5 |
| 4/14/2011 | Data retention matters | 3 | 3.5 |
| 4/14/2011 | RLKS retention matter | 3 | 0.5 |
| 4/15/2011 | Allocation call and review of documents re same | 3 | 2.5 |
| 4/15/2011 | Claims objection matters | 3 | 1.5 |
| 4/15/2011 | Litigation settlement review | 3 | 0.5 |
| 4/18/2011 | Tax matters and retention requirements | 3 | 1.0 |
| 4/18/2011 | Data retention review of strategy and call with team | 3 | 1.0 |
| 4/18/2011 | Richardson update | 3 | 1.0 |
| 4/18/2011 | Headcount matters | 2 | 0.2 |
| 4/18/2011 | Gateway lease review of lease and resolution of same | 3 | 1.5 |
| 4/18/2011 | Retiree update | 3 | 0.5 |
| 4/18/2011 | Call re allocation | 3 | 1.0 |
| 4/18/2011 | NBS call | 2 | 0.5 |
| 4/18/2011 | Weekly Cleary case management call | 3 | 1.0 |
| 4/18/2011 | Processing various documents for execution and filing Ireland docs, Richardson and retention matters | 3 | 2.0 |
| 4/19/2011 | Call with finance re various cash and budget maters | 3 | 0.7 |
| 4/19/2011 | Ireland call | 3 | 0.5 |
| 4/19/2011 | Call with UCC re RTP lease and review of deck re same | 3 | 1.0 |
| 4/19/2011 | Review documents related to allocation and call with Cleary re same | 3 | 2.0 |
| 4/19/2011 | Japan matters re 4th estate | 3 | 0.5 |
| 4/19/2011 | Allocation update | 3 | 1.5 |
| 4/19/2011 | Document retention matters | 3 | 0.5 |
| 4/19/2011 | Internet address | 3 | 0.3 |
| 4/20/2011 | Omni review | 3 | 2.0 |
| 4/20/2011 | Insurance renewals for May | 3 | 1.0 |
| 4/20/2011 | IP addresses | 3 | 0.3 |
| 4/20/2011 | Santa Clara broker agreement review | 3 | 0.8 |
| 4/20/2011 | Uncollected accounts receivable matter | 3 | 0.8 |
| 4/20/2011 | Genband matter | 3 | 0.3 |
| 4/20/2011 | Case management matters and administrative matters related to expense approval, execution of documents | 3 | 1.5 |
| 4/20/2011 | Retiree mater | 3 | 0.5 |
| 4/21/2011 | Omni additional review and execution | 3 | 2.5 |
| 4/21/2011 | Call re Japan | 3 | 1.5 |
| 4/22/2011 | Review draft motions and comments re same | 3 | 2.5 |
| 4/22/2011 | Call re status of case | 3 | 0.7 |
| 4/25/2011 | NBS call | 3 | 0.5 |
| 4/25/2011 | Case management call | 3 | 0.8 |
| 4/25/2011 | MSS AIP | 2 | 0.3 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/25/2011 | Allocation matters | 3 | 1.0 |
| 4/25/2011 | Retention of Keightley | 1 | 0.3 |
| 4/25/2011 | NDA matters | 3 | 0.3 |
| 4/26/2011 | ERISA settlement | 3 | 1.0 |
| 4/27/2011 | Preference matters | 3 | 1.0 |
| 4/28/2011 | Call from bondholder | 4 | 0.8 |