**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2011 through April 30, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $   1,068.80 |
| Travel – Lodging | | 3,695.46 |
| Travel – Meals | | 47.38 |
| Travel – Car Service | | 369.00 |
| Travel – Parking | | 108.00 |
| Office supplies, shipping, and other office related expenses | | 200.55 |
| PACER | | 12.96 |
| TOTAL | | $   5,502.15 |

# Nortel Expense Report

**PERIOD:** April 1, 2011 through April 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 4/3/2011 | New York Trip - Airfare | $ 509.40 | | | | | | |
| 4/3/2011 | New York Trip - Taxi to hotel | | | | $ 58.00 | | | |
| 4/3/2011 | New York Trip - Meal | | | $ 15.98 | | | | |
| 4/3/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 4/3/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 4/4/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 4/4/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 4/4/2011 | New York Trip - Meal | | | $ 9.80 | | | | |
| 4/5/2011 | New York Trip - Taxi to Cleary | | | | $ 13.00 | | | |
| 4/5/2011 | New York Trip - Taxi to airport | | | | $ 58.00 | | | |
| 4/5/2011 | New York Trip - Parking | | | | | $ 45.00 | | |
| 4/10/2011 | New York Trip - Airfare | $ 559.40 | | | | | | |
| 4/10/2011 | New York Trip - Car service to hotel | | | | $ 100.00 | | | |
| 4/10/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 4/10/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 4/11/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 4/11/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 4/11/2011 | New York Trip - Taxi to Cleary | | | | $ 10.00 | | | |
| 4/11/2011 | New York Trip - Taxi to hotel | | | | $ 10.00 | | | |
| 4/12/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 4/12/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 4/12/2011 | New York Trip - Taxi to Cleary | | | | $ 10.00 | | | |
| 4/12/2011 | New York Trip - Taxi to hotel | | | | $ 10.00 | | | |
| 4/12/2011 | New York Trip - Meal | | | $ 21.60 | | | | |
| 4/13/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |

# Nortel Expense Report

**PERIOD:** April 1, 2011 through April 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 4/13/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 4/14/2011 | New York Trip - Car service to airport | | | | $ 100.00 | | | |
| 4/14/2011 | New York Trip - Parking | | | | | $ 63.00 | | |
| 4/19/2011 | Office supply - Notary | | | | | | $ 21.20 | |
| 4/6/2011 | Office supply - Shipping | | | | | | $ 34.75 | |
| 4/14/2011 | Office supply - Shipping | | | | | | $ 34.75 | |
| 4/19/2011 | Office supply - Shipping | | | | | | $ 37.45 | |
| 4/19/2011 | Office supply - Shipping | | | | | | $ 37.45 | |
| 4/5/2011 | New York Trip - Aircell | | | | | | $ 34.95 | |
| 4/5/2011 | New York Trip - Hotel add on | | $ 59.88 | | | | | |
| 4/30/2011 | PACER | | | | | | | $ 12.96 |