# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MAY 10, 2011 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matter:

OMNIBUS & Pretrial Conference

**R / M #:**   5,395 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1, # 2,  #4  - Adjourned to 6/21/11 @ 9:30 am
#3, #5 - Adjouned to 5/24/11 @ 9:30 am
#6 - CNO Filed and Order Signed
#7 - CNO Filed and Order Signed
#8 -  ORDER SIGNED
#9 -   ORDER SIGNED
#10-   Approved - ORDER SIGNED
#11 - Certification of Counsel - ORDER SIGNED