# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 5/10/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ed Harron | YCST | UK Administrators |
| Derek Adler | Hughes Hubbard | " |
| Annie Cordo | Morris, Nichols, Arsht + Tunnel | Debtors |
| Derek Abbott | " | " |
| James Bromley | Cleary Gottlieb Steen, Hamilton | " |
| Lisa Schweitzer | " | " |
| Howard Zelbo | " | " |
| Emily Bussigel | " | " |
| Ken Coleman | Allen & Overy | E+Y as Monitor |
| Bill Bowden | Ashby & Geddes | Pillar |
| Amanda Winfree | Ashby & Geddes | Pillar |
| James Tobin | Law Office of James Tobin | Bzephr Alt ; Maidanican Technology |
| Fred Hodara | Akin Gump | Committee |
| David Botter | " | " |
| Chris Samis | Richards Layton | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 05/10/2011
Calendar Time: 09:30 AM ET

1st Revision 05/09/2011 12:54 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Patrick Carothers | | Thorp Reed & Armstrong | Creditor, Sigma Systems Canada, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew G. Friedman | | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Stephen Gale | | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Richard Lawton | | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Richard Lydecker | | RLKS Executive Solutions | Creditor, RLKS Executive Solutions / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kevin Pullen | | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Ray | | Avidity Partners/ Trustee | Other Prof., John Ray / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Whiteoak | | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 2

| Nortel Networks Inc., et al. | 4209984 | Hearing | | Kevin Lloyd | | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |