## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                   :

*In re*                                :

Nortel Networks Inc., *et al.*, [1]    :

             Debtors.       :

                                     :

                                       :

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE:  D.I.s 5200, 5255, 5380**

## PROPOSED ORDER REQUIRING EMEA CLAIMANTS TO FILE A MORE DEFINITE STATEMENT OF CLAIM AND SETTING A DEADLINE FOR THE FILING OF ANY PROOFS OF CLAIM BY THE EMEA CLAIMANTS

Upon the objection (the "Objection") and motion (the "Motion") dated April 1, 2011 of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), pursuant to Sections 105 and 502 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 3001, 3002, 3003, 3007, 7012 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order requiring the Claimants (as defined in the Objection and Motion) to provide a more definite statement of the claims contained in the proofs of claim filed against the Debtors by the Claimants (the "Proofs of Claim"),[2] and setting June 1, 2011 as the deadline for the Claimants to file any claims (including any amended claims) against the Debtors, as more fully described in

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    The Proofs of Claim are designated on Debtors' claim register as set forth in the Declaration of Brendan H. Gibbon, dated April 1, 2011.

the Objection and Motion and supporting papers; and adequate notice of the Objection and Motion having been given as set forth in the Objection and Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Objection and Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Objection and Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Objection and Motion and supporting papers establish just cause for the relief requested in the Objection and Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Objection and Motion are GRANTED.

2.      The Claimants are ordered to serve a more definite statement of their claims on or before June 1, 2011. The Claimants are further ordered to file any prepetition claims (including any amended Proofs of Claim) against the Debtors on or before June 1, 2011.

3.      If Claimants do not file prepetition claims (including amended Proofs of Claim) by June 1, 2011, the Proofs of Claim and any and all prepetition claims against the Debtors by the Claimants shall be disallowed and expunged with prejudice.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _May 10_, 2011
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2