IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**SUPPLEMENT TO VERIFIED STATEMENT OF BLANK
ROME LLP AND BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
PURSUANT TO BANKRUPTCY RULE 2019**

TO ALL PARTIES:

Blank Rome LLP ("Blank Rome") and Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") hereby make the following verified statements to supplement the Verified Statement of Bank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. Pursuant to Bankruptcy Rule 2019 dated March 2, 2011 [D.E. 5046] (the "2019 Statement"):

1.  Blank Rome and BSSN were retained to represent Robert Horne ("Horne"), James Young ("Young") and the ad hoc group of participants and/or beneficiaries (collectively with Horne and Young, the "Beneficiaries Group") of the Nortel Networks U.S. Deferred Compensation Plan (the "Plan").

2.  The 2019 Statement attached the names and addresses of the individuals comprising the Beneficiaries Group as of March 2, 2011. Blank Rome and BSSN stated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

in that filing that full membership of the Beneficiaries Group was still being determined and supplemental Rule 2019 statements would be filed to the extent practicable.

3. Since the 2019 Statement was filed on March 2, 2011, the Beneficiaries Group has grown to 137 members. Accordingly, Blank Rome and BSSN file this supplemental verified statement attaching Exhibit A, which lists all current members of the Beneficiaries Group. The amounts listed on Exhibit A as representing the amounts of such member's accounts in the Plan were obtained from proofs of claim and the Debtors' Schedules F. The members of the Beneficiaries Group reserve their rights to amend the amounts as additional information becomes available through discovery.

4. Each of the members of the Beneficiaries Group is a present or former employee of one or more of the Debtors and is also a participant in and/or beneficiary of the Nortel Networks U.S. Deferred Compensation Plan. The Beneficiaries Group was formed through the efforts of Horne, Young and other participants.

5. Counsel has been retained by each member of the Beneficiaries Group and the Beneficiaries Group. Each member has contributed to the costs of representation and has already signed an engagement letter identical to the redacted engagement letter attached hereto as Exhibit B. Pursuant to the terms of the engagement letters, the Beneficiaries Group is governed by a subcommittee of up to seven members, and such subcommittee has the authority to advise and authorize counsel to the Beneficiaries Group. The initial subcommittee was comprised of Horne and Young, but has now been expanded to seven members.

6. As before, the Beneficiaries Group is still being determined and additional supplemental statements will be filed as necessary and to the extent practicable as the Beneficiaries Group's membership changes.

Date: May 10, 2011                    **BLANK ROME LLP**

/s/ *Jane Ann Bee*
Bonnie Glantz Fatell, Esq. (No. 3809)
Jane Ann Bee, Esq. (No. 5457)
1201 Market Street
Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6423
Telecopier: (302) 428-5110
Email: Fatell@BlankRome.com
Email:  Bee@BlankRome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**
Robert J. Keach, Esq.
Paul McDonald, Esq.
Jessica A. Lewis, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Telecopier: (207) 774-1127

## **VERIFICATION**

We declare under penalty of perjury that the facts set forth in the verified statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. pursuant to Bankruptcy Rule 2019 are true and correct, to the best of our personal knowledge, information and belief.

Date: May 5, 2011  /s/ *Bonnie Glantz Fatell*
  Bonnie Glantz Fatell (No. 3809)


  /s/ *Robert J. Keach*
  Robert J. Keach, Esq.