NORTEL NETWORKS, INC.
AD HOC GROUP
SUPPLEMENTAL SUMMARY
OF DEFERRED COMPENSATION CLAIMS
(MEMBERS WITH SIGNED ENGAGEMENT LETTERS)


EXHIBIT A

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| YOUNG | MASON | 1 | 2984 FRANKLIN OAKS | OAK HILL | VA | 20171-2254 | | $ 27,830.58 | $ 31,138.98 |
| HORNE | ROBERT | 2 | 10015 HIGH FALLS | ALPHARETTA | GA | 30022 | | $ 181,123.14 | $ 184,043.00 |
| MACLAREN | PETER | 3 | 1496 WEST HILL | WARREN | VT | 05674 | | $ 775,979.96 | $ 775,979.96 |
| WINJE | NORA | 4 | 678 COOLEDGE AVE | ATLANTA | GA | 30306 | | $ 108,038.64 | $ 107,981.09 |
| DANIEL | RICHARD | 6 | PO BOX 4276 | CARY | NC | 27519 | | $ - | $ 86,247.58 |
| WARREN | BEN | 7 | 31 CREST LANE | WATSONVILLE | CA | 95076 | | $ 606,144.98 | $ 601,015.00 |
| KEATES | ROB | 8 | 10519 138 ST | EDMONTON | AB | T5N 2J5 | CANADA | $ 106,339.09 | $ 104,779.50 |
| SHEKOKAR | PRAVEEN | 10 | 3521 WILLETT PL. | SANTA CLARA | CA | 95051 | | $ 43,200.68 | $ 43,201.00 |
| RYAN | JOHN | 11 | 5 JOSEPH ROAD | HOPKINTON | MA | 01748 | | $ 12,609.95 | $ 17,868.00 |
| CASSIDY | PETER | 12 | 6206 BELLE RIVE | BRENTWOOD | TN | 37027 | | $ 16,681.49 | $ 16,681.49 |
| KAPIL | VIVEK | 13 | 2712 MERLIN DR | LEWISVILLE | TX | 75056 | | $ 171,928.02 | $ 222,089.96 |
| BARBER-MOYE | DARNELL | 14 | 8715 CRESTGATE CIRCLE | ORLANDO | FL | 32819 | | $ 212,135.06 | $ 212,135.06 |
| LAYNE | SAMUEL | 16 | 9317 W 139TH | OVERLAND PARK | KS | 66221 | | $ 15,644.66 | $ 15,644.66 |
| PILLOW | TIMOTHY | 17 | 575 LOVE HENRY | SOUTHLAKE | TX | 76092 | | $ 84,913.69 | $ 124,953.15 |
| KOHNHORST | BART | 18 | 5724 CEDAR GROVE | PLANO | TX | 75093 | | $ 47,975.93 | $ 47,207.43 |
| MONDOR | DAN | 19 | 3650 NEWPORT BAY | ALPHARETTA | GA | 30005 | | $ 33,153.91 | $ 33,153.91 |
| SHEPHERD | FRANK | 20 | 2426-1 SHIPS MECHANIC | GALVESTON | TX | 77550 | | $ 43,379.73 | $ 54,240.98 |
| KALFA | JOHN | 21 | 75 JOHNSON PL | WOODMERE | NY | 11598 | | $ 173,042.54 | $ 173,032.26 |
| PAGE | BRIAN | 22 | 1108 REDFIELD RIGDE | DUNWOODY | GA | 30338 | | $ 36,673.95 | $ 40,115.47 |
| DAS | PRABIR | 23 | 6307 WIND RIDER | COLUMBIA | MD | 21045 | | $ 133,287.04 | $ 133,287.04 |
| CAGIANNOS | ELIAS | 24 | 87 WOODLAND ROAD | MADISON | NJ | 07940 | | $ 273,207.79 | $ 273,191.56 |
| PAPANTONIS | BASIL | 25 | 515 BIRCHINGTON CLOSE | ALPHARETTA | GA | 30022 | | $ 239,668.18 | $ 430,256.73 |
| HOY | GREGORY | 26 | 430 HIGHLAND OAKS | SOUTHLAKE | TX | 76092 | | $ - | $ 28,575.25 |
| GRAHAM | ROBERT | 27 | BOX 9096 | RANCO SANTA FE | CA | 92067 | | $ 132,570.08 | $ 132,570.08 |
| SOWARDS | ALAN | 28 | 103 LINDENTHAL CT | CARY | NC | 27513 | | $ 130,361.38 | $ 203,844.06 |
| BREWER | DAVE | 29 | 9075 OLD KEITH | GAINESVILLE | GA | 30506-6201 | | $ 55,123.20 | $ 56,892.00 |
| PEREZ | ANTHONY | 30 | 23 MARYETTA CT | SYOSSET | NY | 11791 | | $ 201,621.69 | $ 208,711.78 |
| SCHMIDT | CYNTHIA | 31 | PO BOX 119 | OREGON HOUSE | CA | 95962 | | $ 47,306.15 | $ 47,306.15 |
| TOWNLEY | JEFFREY | 34 | 4109 ENGLISH GARDEN | RALEIGH | NC | 27612 | | $ - | $ 131,821.13 |
| CVJETKOVIC | MAURICIO | 35 | 19701 E COUNTRY #5-106 | AVENTURA | FL | 33180 | | $ 19,073.10 | $ 19,073.10 |
| HILBIG | DAVID | 36 | 1420 FARINGDON DR | PLANO | TX | 75075 | | $ - | $ 272,727.33 |
| DAUTENHAHN | DAVID | 37 | 13913 HAYES | OVERLAND PARK | KS | 662221 | | $ - | $ 457,676.48 |
| FAX | RUTH | 39 | 148 MILL ST | NEWTON | MA | 02459 | | $ 67,870.49 | $ 66,464.01 |
| SCHMIDT | JONATHAN | 40 | 202 CLIFFSIDE SAN | ANTONIO | TX | 78231 | | $ 22,078.27 | $ 22,078.27 |
| LAFAURIE | CESAR | 42 | 101 WILLOWCREEK BLVD | SWEETWATER | TN | 37874 | | $ 50,826.40 | $ 50,826.40 |
| WERKOFF | DIDIER | 43 | 81 ELLSWORTH ST | SAN FRANCISCO | CA | 94110 | | $ 82,793.49 | $ 84,487.13 |
| SUTCLIFFE | ANDREW | 44 | 34300 LANTERN BAY, UNIT 50 | DANA POINT | CA | 92629 | | $ 251,022.40 | $ 310,203.44 |
| MERCURE | JIM | 46 | 210 CELLARS WAY | WALLACE | NC | 28466 | | $ 24,187.66 | $ 24,789.90 |
| KEEGAN | SUSAN | 47 | 8 QUAIL RIDGE | FLEMINGTON | NJ | 08822 | | $ 162,945.66 | $ 171,359.71 |
| HABOSIAN | LEVON | 51 | 11 DOUGLAS RD | WESTFORD | MA | 01886 | | $ 11,615.39 | $ 11,989.96 |
| CELLARIUS | PETER | 52 | 6591 LITTLE FALLS | SAN JOSE | CA | 95120 | | $ 60,302.95 | $ 81,196.04 |
| WOODRUFF | PAUL | 53 | 1489 RAMON DR | SUNNYVALE | CA | 94087 | | $ - | $ - |
| LONGAKER | DAVID | 54 | 1446 Q ST. | WASHINGTON | DC | 20009 | | $ - | $ 202,393.52 |
| LEGER | ANTHONY | 56 | 9409 STONE MOUNTAIN | RALEIGH | NC | 27613 | | $ 53,466.86 | $ 81,282.95 |
| DAVIS | PATRICK | 57 | 3000 FOWNES COURT | RALEIGH | NC | 27613 | | $ 78,383.92 | $ 92,606.28 |

*As of 5/3/2011*

NORTEL NETWORKS, INC.
AD HOC GROUP
SUPPLEMENTAL SUMMARY
OF DEFERRED COMPENSATION CLAIMS
(MEMBERS WITH SIGNED ENGAGEMENT LETTERS)

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| CRISLER | CHARLA | 58 | #3 WOODY CREST | FAIRVIEW | TX | 75069 | | $ 341,334.90 | $ 341,334.90 |
| RAYNOR | CECIL | 59 | 1508 BRIARWOOD PL. | RALEIGH | NC | 27614 | | $ 157,681.12 | $ 157,681.12 |
| MACKINNON | PETER | 60 | 706 BANDERA DRIVE | ALLEN | TX | 75013 | | $ 166,780.65 | $ 166,780.65 |
| GRAY-PRESTON | CARROLL | 61 | 101 HALLEY'S CT | MORRISVILLE | NC | 27560 | | $ 233,011.81 | $ 219,085.79 |
| REID | ALAN | 62 | 2900 SHADYWOOD LANE | PLANO | TX | 75023 | | $ 14,207.90 | $ 14,971.22 |
| IACOVIELLO | VINCE | 63 | 20 BROADVIEW AVE | MADISON | NJ | 07940 | | $ - | $ 380,961.67 |
| JANIS | MARK | 64 | 193 VIA SODERINI | APTOS | CA | 95003 | | $ 17,992.22 | $ 17,688.11 |
| MARSONIA | RAJPRIYA | 65 | 400 CAPELLAN ST. | WAKE FOREST | NC | 27587 | | $ 9,245.44 | $ 11,076.96 |
| VALDEZ | CIRIACO | 67 | 13208 WEST 129TH | TER OVERLAND PARK | KS | 66213 | | $ 48,327.96 | $ 40,921.57 |
| LASKIN | LEE | 69 | 863 NEVADA AVE | SAN JOSE | CA | 95125 | | $ 112,677.80 | $ 139,563.00 |
| SEARLES | STEVEN | 70 | 19119 STREAM CROSSING | LEESBURG | VA | 20176 | | $ 83,055.34 | $ 83,055.34 |
| TARIQ | MASOOD | 72 | 12325 RICHMOND RUN | RALEIGH | NC | 27614-6413 | | $ 507,601.98 | $ 507,601.98 |
| LAU | STEPHEN | 73 | 982 SANDALRIDGE CT | MILPITAS | CA | 95035 | | $ 131,931.72 | $ 131,931.72 |
| SKIDMORE | THOMAS | 75 | 16743 W 157TH | TER OLATHE | KS | 66062 | | $ 27,398.52 | $ 27,398.52 |
| ROSE | RICHARD | 76 | 17 THERESA BLVD | WAPPINGERS FALLS | NY | 12590 | | $ - | $ 147,735.63 |
| SELIGSON | JOHN | 77 | 1311 CROCKER DRIVE | DORADO HILLS | CA | 95762 | | $ 157,031.55 | $ 157,031.55 |
| JOHNSON | KENNETH | 78 | 14425 MAPLE | OVERLAND PARK | KS | 66223 | | $ 377,940.42 | $ 377,940.42 |
| MCCOLGAN | GILLIAN | 80 | 2 BIRCH RD | WILMINGTON | MA | 01887 | | $ 48,447.08 | $ 50,655.87 |
| MCNITT | STEVEN | 81 | 3441 SUNDANCE DR | GAINESVILLE | GA | 30506 | | $ - | $ 410,966.17 |
| WHITEHURST | MICHAEL | 83 | 801 SILVERPOINT ROAD | CHAPIN | SC | 29036 | | $ 64,532.96 | $ 70,410.00 |
| HAMILTON | MARK | 84 | 438 PLUMWOOD WAY | FAIRVIEW | TX | 75069 | | $ 2,894.80 | $ 2,894.80 |
| LAGIOS | GREGORY | 85 | 22 DEER RUN | FREEDOM | NH | 03836 | | $ 388,127.60 | $ 388,127.60 |
| DODD | RANDY | 86 | 14009 HAYES ST | OVERLAND PARK | KS | 66221 | | $ - | $ 375,120.79 |
| SUN | MOSES | 87 | 9208 STONEBROOK DR | COLLEGE STATION | TX | 77845 | | $ - | $ 59,337.33 |
| CONROY | MARK | 88 | 20 ROBIN HOOD | LONDONDERRY | NH | 03053 | | $ - | $ 56,102.59 |
| MARYAK | JENIFER | 89 | 10720 DUNHILL TER | RALEIGH | NC | 27615 | | $ 53,098.76 | $ 53,098.76 |
| ERKEL | ENIS | 90 | FATMAKADIN SOK. MARMARA, APT 14/29 | SUADIYE | ISTANBUL | 34740 | TURKEY | $ 435,141.12 | $ 441,080.12 |
| TO | PAUL | 91 | 904 THERESA CT | MENLO PARK | CA | 94025 | | $ 38,772.39 | $ 37,256.87 |
| CHIMA | MANMOHAN | 92 | 4041 LASER LANE | PLANO | TX | 75023 | | $ 145,541.04 | $ 145,541.04 |
| COVEY | NIEL | 94 | 23314 SE 13TH | SAMMAMISH | WA | 98075 | | $ 366,757.26 | $ 427,392.27 |
| ADAMYK | GORDON | 95 | 137 BROADMEADOW RD | GROTON | MA | 01450 | | $ - | $ 120,275.43 |
| SCHOFIELD | BRUCE | 96 | 15 FARWELL RD | TYNGSBORO | MA | 01879 | | $ 51,536.60 | $ 51,533.54 |
| MOSELEY | ROBERT | 97 | 7718 MEADOWHAVEN DR. | DALLAS | TX | 75254 | | $ 28,467.75 | $ 29,369.84 |
| CLARK-SELLERS | KATHRYN | 99 | 3005 LATTYES LANE | RALEIGH | NC | 27613 | | $ 99,582.10 | $ 99,582.10 |
| GARBIS | FRANK | 100 | 18295 CANFIELD PLACE | SAN DIEGO | CA | 92128 | | $ 16,950.24 | $ 16,950.24 |
| BAYNO | FRANK | 101 | 3509 LACOSTA WAY | RALEIGH | NC | 27610 | | $ 8,575.63 | $ 8,575.63 |
| LAVIAN | TAL | 102 | 1640 MARIANI | SUNNYVALE | CA | 94087 | | $ 105,241.10 | $ 105,050.35 |
| TURNER | MARGARET | 103 | 2306 MARCHURST ROAD | KANATA | ON | 00K2K-1X7 | CANADA | $ 53,425.37 | $ 53,425.37 |
| MISSINI | DENNIS | 104 | 616 RUSSETWOOD LN | POWDER SPRINGS | GA | 30127 | | $ 132,726.65 | $ 132,726.65 |
| CHAVEZ | TOM | 105 | 6408 CALLE LOMAS | PASO | TX | 79912 | | $ 65,567.16 | $ 65,567.16 |
| PARKER | TIMOTHY | 106 | 730 SUGAR PINE | SCOTTS VALLEY | CA | 95066 | | $ 15,081.29 | $ 15,081.29 |
| MCCABE | ROBERT | 108 | 2009 MISSION RD | EDMOND | OK | 73034 | | $ 68,927.18 | $ 68,923.08 |
| BOVARNICK | ELLEN | 110 | 120 MATTISON COVE | ATLANTA | GA | 30319 | | $ 304,249.86 | $ 420,601.30 |
| MATHENY | SCOTT | 111 | 155 BAY DR | HENDERSONVILLE | TN | 37075 | | $ - | $ 18,613.49 |
| HESLOP | MICHAEL | 112 | 8404 WEST 127 | OVERLAND PARK | KS | 66213 | | $ - | $ 132,074.13 |

*As of 5/3/2011*

NORTEL NETWORKS, INC.
AD HOC GROUP
SUPPLEMENTAL SUMMARY
OF DEFERRED COMPENSATION CLAIMS
(MEMBERS WITH SIGNED ENGAGEMENT LETTERS)

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| GARNICA | KEVIN | 116 | 120 LINCOLNSHIRE LN | SPRINGBORO | OH | 45066 | | $ - | $ 169,508.46 |
| KUTAC | GARY | 117 | 1552 SAN SABA | DALLAS | TX | 75218 | | $ - | $ 20,428.09 |
| DHONDT | LUC | 120 | 1604 HOPE DRIVE, APT 137 | SANTA CLARA | CA | 95054 | | $ 120,858.71 | $ 120,858.71 |
| FRADETTE | MAURICE | 121 | 36 GLENWOOD RD | HARTFORD | CT | 06107 | | $ 4,398.10 | $ 4,398.10 |
| VALENTINE | JOHN | 122 | 719 QUARTERSTAFF ROAD | WINSTON-SALEM | NC | 27104 | | $ 35,188.87 | $ 35,188.87 |
| D'AMOUR | BARRY | 123 | 1001 KELTON COTTAGE | MORRISVILLE | NC | 27560 | | $ 340,273.83 | $ 340,273.83 |
| YEE | MENG | 124 | 1506 SOMERSET PL | RICHARDSON | TX | 75081 | | $ 17,371.08 | $ 26,263.60 |
| SIMCOE | MITCHELL | 125 | 1085 TIMBERLINE PL | ALPHARETTA | GA | 30005 | | $ 4,855.25 | $ 5,002.18 |
| FARRANTO | PETER | 126 | 1716 WITHMERE WAY | ATLANTA | GA | 30338 | | $ 63,620.02 | $ 89,491.12 |
| BROWER | KOLLEN | 127 | 1206 MORROW LN | ALLEN | TX | 75002 | | $ 55,498.89 | $ 57,035.56 |
| GARRICK | LYNN | 128 | 13330 RAVENS CAW | CYPRESS | TX | 77429 | | $ 32,294.63 | $ 32,292.71 |
| HANKEL | MARK | 129 | 8 FOX HOLLOW | PLAISTOW | NH | 03865 | | $ 22,225.18 | $ 22,225.18 |
| NATIUK | EDWARD | 130 | 6143 NW 124TH DRIVE | CORAL SPRINGS | FL | 33076 | | $ 11,299.29 | $ 14,530.00 |
| CHEZEM | ANDREW | 131 | 5694 BLACKFOOT TR | CARMEL | IN | 46033 | | $ - | $ - |
| YOUNG | ROBERT | 132 | 313 PROMENADE SOUTH | MONTGOMERY | TX | 77356 | | $ 24,566.23 | $ 24,566.23 |
| MONTGOMERY | GEORGE | 133 | 9808 ST ANNES DR | PLANO | TX | 75025 | | $ 353,964.19 | $ 353,964.19 |
| TELLO | ARMANDO | 134 | 2545 WINDSOR LN | NORTHBROOK | IL | 60062 | | $ - | $ - |
| DECKER | JAMES | 135 | 2332 INVERNESS CIRCLE | JAMISON | PA | 18929 | | $ 195,862.67 | $ 192,684.78 |
| COLEMAN | DEBRA | 136 | 5017 STOCKTON DRIVE | RALEIGH | NC | 27606 | | $ 13,306.97 | $ 13,306.97 |
| GRANT | DAVID | 137 | 205 REEDHAM WAY | RALEIGH | NC | 27615 | | $ 315,868.47 | $ 315,868.47 |
| LACERTE | RICHARD | 138 | BOX 10428 | BEDFORD | NH | 03110 | | $ 20,417.58 | $ 20,383.64 |
| NOY | ANA | 139 | 10202 SW 158TH CT | MIAMI | FL | 33196 | | $ 8,980.04 | $ 9,027.77 |
| STANDEL | RICHARD | 141 | 8231 BAY COLONY DR, APT. 303 | NAPLES | FL | 34108 | | $ 676,950.08 | $ 676,950.08 |
| BRIDGES | STEPHEN | 142 | 5020 RED CEDAR RD | RALEIGH | NC | 27613 | | $ 78,854.13 | $ 78,856.37 |
| STUKEL | MARK | 143 | 14601 HOWE DR | LEAWOOD | KS | 66224 | | $ 35,954.03 | $ 37,203.92 |
| MALZAHN | MARK | 144 | 1013 TIMBERLINE LN | ALLEN | TX | 75002 | | $ 94,861.20 | $ 94,861.20 |
| FEDYK | DONALD | 145 | 220 HAYDEN RD | GROTON | MA | 01450 | | $ 36,387.60 | $ 34,966.51 |
| DENEEN | JEFFREY | 146 | 53 WYN OAK | NASHVILLE | TN | 37205-5000 | | $ 18,114.86 | $ 18,732.37 |
| GRELCK | KENNETH | 147 | 117 TARKINGTON CT | MORRISVILLE | NC | 27560 | | $ - | $ 28,005.87 |
| PALMER | CAROLYN | 148 | 3171 WINDING LAKE DR | GAINESVILLE | GA | 30504 | | $ 11,539.58 | $ 14,138.17 |
| MURPHY | PETER | 151 | 5555 GROVE POINT RD | JOHNS CREEK | GA | 30022 | | $ 109,000.07 | $ 109,005.50 |
| FRYDACH | RONALD | 152 | 101 FOX BRIAR LANE | CARY | NC | 27518 | | $ 49,307.86 | $ 49,306.10 |
| KNUDSEN | PAUL | 153 | 801 SADDLEBROOK DRIVE | LUCAS | TX | 75002 | | $ - | $ 264,712.87 |
| LEKICH | IVO | 154 | 1235 VICTORIA LANE | WEST CHESTER | PA | 19380 | | $ - | $ 22,132.70 |
| ALLAN | JAY | 156 | 21912 BARBADOS | MISSION VIEJO | CA | 92692 | | $ 4,976.00 | $ 5,076.71 |
| WILCOX | REGINALD | 157 | 22 EWING COURT | LUCAS | TX | 75002 | | $ 82,152.39 | $ 82,152.39 |
| FARMER | CECIL | 158 | 621 A STREET NE | WASHINGTON | DC | 20002 | | $ 666,533.57 | $ 723,054.69 |
| RACZYNSKI | MARK | 159 | 5590 TOURNAMENT DRIVE | HAYMARKET | VA | 20169 | | $ 33,440.02 | $ 48,353.00 |
| HEARN | JOHN | 161 | 1556 WATERSIDE CT | DALLAS | TX | 75218 | | $ 18,845.75 | $ 18,846.00 |
| GARITO | NICOLA | 163 | 19164 NE 44TH CT | SAMMAMISH | WA | 98074 | | $ 11,765.32 | $ 11,765.32 |
| ISOM | RONALD | 165 | 1127 N SHANNON DR | FARMINGTON | UT | 84025 | | $ - | $ 12,495.63 |
| DATTATREYA | MOHAN | 166 | 1569 BLACKHAWK DRIVE | SUNNYVALE | CA | 94087 | | $ 60,898.03 | $ 60,898.03 |
| ADAMS | DAVID | 167 | 2 BARBARA'S PATH | UPTON | MA | 01568 | | $ 13,950.93 | $ - |
| LIN | YUAN-HAO | 168 | 219 RINCONADA AVE | PALO ALTO | CA | 94301-3728 | | $ 665,677.13 | $ - |
| SOBERAY | DETLEF | 169 | 4241 INWOOD RD. | MINNETONKA | MN | 55345 | | $ - | $ 105,198.03 |

*As of 5/3/2011*

NORTEL NETWORKS, INC.
AD HOC GROUP
SUPPLEMENTAL SUMMARY
OF DEFERRED COMPENSATION CLAIMS
(MEMBERS WITH SIGNED ENGAGEMENT LETTERS)

| Last Name | First Name | AD HOC GRP # | Address | City | State | Zip | Country | Schedule F Deferred Compensation Claim Amount | Proof of Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| CREAMER | BOYCE | 170 | 27 GATE 11 | CAROLINA SHORES | NC | 28467 | | $ - | $ 81,268.35 |
| ORBE | JOHN | 171 | 2008 KEHRSBORO DRIVE | CHESTERFIELD | MO | 63005 | | $ 30,887.39 | $ 29,470.02 |
| **MEMBERS W/SIGNED ENGAGEMENT LTRS** | | **137** | | | | | **TOTALS:** | $ 14,015,317.31 | $ 17,740,961.03 |

*As of 5/3/2011*