# CERTIFICATE OF SERVICE

I, Jane Ann Bee, hereby certify that on May 10, 2011, I caused service of the attached **Supplement to Verified Statement of Blank Rome LLP and Bernstein, Shur, Sawyer & Nelson, P.A. Pursuant to Bankruptcy Rule 2019** to be made on the parties listed below in the manner indicated.

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| *(United States Trustee)* <br> Thomas P. Tinker, Esq. <br> Office of the United States Trustee <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 | *(Debtors)* <br> Allen K. Stout <br> Nortel Networks Inc <br> 220 Athens Way, Suite 300 <br> Nashville, TN 37228-1304 |
| *(Counsel for Debtors)* <br> Derek C. Abbott, Esq. <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. 1347 <br> Wilmington, DE 19899-1347 | *(Counsel for Debtors)* <br> James L. Bromley, Esq. <br> Cleary Gottlieb Steen & Hamilton LLP <br> One Liberty Plaza <br> New York, NY 10006 |
| *(Counsel for Official Committee of Unsecured Creditors)* <br> Mark D. Collins, Esq. <br> Christopher M. Samis, Esq. <br> Richards Layton & Finger <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 | *(Counsel for Official Committee of Unsecured Creditors)* <br> Fred S. Hodara, Esq. <br> Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park <br> New York, NY 10036 |

/s/ *Jane Ann Bee*___
**Jane Ann Bee**

136316.01600/22020263v.1