# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 3-1-2011 through 3-31-2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 68.60 | $52,136.00 |
| J. Borow | Executive Director | $760 | 162.40 | $123,424.00 |
| J. Hyland | Executive Director | $595 | 224.20 | $133,399.00 |
| A. Cowie | Managing Director | $545 | 181.70 | $99,026.50 |
| D. Rothberg | Director | $415 | 107.90 | $44,778.50 |
| L. Ahearn | Director | $375 | 10.20 | $3,825.00 |
| J. Peterson | Consultant | $365 | 172.50 | $62,962.50 |
| M. Lasinski | Consultant | $310 | 77.70 | $24,087.00 |
| T. Morilla | Consultant | $310 | 256.00 | $79,360.00 |
| M. Desalvio | Research | $175 | 0.20 | $35.00 |
| H. Becker | Paraprofessional | $120 | 5.20 | $624.00 |
| **For the Period 3-1-2011 through 3-31-2011** | | | **1,266.60** | **$623,657.50** |