## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 3-1-2011 through 3-31-2011**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 236.70 | $123,517.50 |
| 05. Professional Retention/Fee Application Preparation | 9.20 | $1,864.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 37.30 | $21,456.00 |
| 08. Interaction/Meetings with Creditors | 78.70 | $53,638.00 |
| 09. Employee Issues/KEIP | 16.70 | $8,151.00 |
| 10. Recovery/SubCon/Lien | 272.70 | $134,130.00 |
| 11. Claim Analysis/Accounting | 136.60 | $71,085.50 |
| 13. Intercompany Transactions/Balances | 9.80 | $3,609.00 |
| 17. Analysis of Historical Results | 29.00 | $13,706.50 |
| 18. Operating and Other Reports | 64.40 | $32,931.50 |
| 19. Cash Flow/Cash Management Liquidity | 64.40 | $25,426.00 |
| 20. Projections/Business | 185.60 | $77,136.00 |
| 26. Tax Issues | 12.90 | $7,435.00 |
| 33. Intellectual Property | 112.60 | $49,571.50 |
| **For the Period 3-1-2011 through 3-31-2011** | **1,266.60** | **$623,657.50** |