**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 3-1-2011 through 3-31-2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 3/15/2011 | J. Hyland | Airfare to NY. | $1,063.40 |
| 3/15/2011 | J. Hyland | Travel Agency fee for NY trip. | $15.00 |
| 3/21/2011 | J. Hyland | Airfare for NY trip. | $1,184.40 |
| 3/21/2011 | J. Hyland | Airline change fee. | $135.00 |
| 3/21/2011 | J. Hyland | Travel agency fee for NY trip. | $15.00 |
| 3/21/2011 | J. Hyland | Adjustment on airfare for NY trip. | $15.00 |
| **Subtotal - Airfare/Train** | | | **$2,427.80** |
| **Auto Rental/Taxi** | | | |
| 3/8/2011 | Capstone Expense | Taxis to/from airport. | $234.20 |
| 3/9/2011 | T. Morilla | Taxi due to working late. | $7.70 |
| 3/15/2011 | J. Hyland | Taxi in NY. | $40.68 |
| 3/17/2011 | J. Hyland | Taxi during NY trip. | $60.00 |
| 3/18/2011 | T. Morilla | Taxi due to working late. | $8.30 |
| 3/21/2011 | J. Hyland | Local taxi from airport. | $62.50 |
| 3/21/2011 | J. Hyland | Local taxi to airport. | $59.00 |
| 3/22/2011 | J. Hyland | Taxi during NY trip. | $40.94 |
| 3/23/2011 | D. Rothberg | Taxi due to NBS dinner. | $18.50 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/24/2011 | J. Hyland | Taxi during NY trip. | $22.22 |
| 3/24/2011 | J. Hyland | Transportation during NY trip. | $21.40 |
| 3/24/2011 | J. Hyland | Taxi during NY trip. | $9.84 |
| 3/30/2011 | D. Rothberg | Taxi home from office. | $22.44 |
| **Subtotal - Auto Rental/Taxi** | | | **$607.72** |
| **Hotel** | | | |
| 3/17/2011 | J. Hyland | Hotel during NY trip. | $1,015.80 |
| 3/24/2011 | J. Hyland | Hotel during NY trip. | $696.22 |
| 3/24/2011 | J. Hyland | Adjustment for hotel during NY trip. | $2.00 |
| **Subtotal - Hotel** | | | **$1,714.02** |
| **Meals** | | | |
| 3/2/2011 | T. Morilla | Meal due to working late. | $17.37 |
| 3/7/2011 | T. Morilla | Meal due to working late. | $25.58 |
| 3/8/2011 | T. Morilla | Meal due to working late. | $9.25 |
| 3/10/2011 | T. Morilla | Breakfast for M. Spragg, M. Sandberg, A. Cowie and T. Morilla. | $81.47 |
| 3/10/2011 | T. Morilla | Lunch for M. Spragg, M. Sandberg, A. Cowie and T. Morilla. | $38.77 |
| 3/10/2011 | T. Morilla | Meal due to working late. | $7.28 |
| 3/11/2011 | T. Morilla | Meal due to working late. | $24.93 |
| 3/13/2011 | T. Morilla | Meal due to working on the weekend. | $16.45 |
| 3/14/2011 | T. Morilla | Meal due to working late. | $25.00 |
| 3/15/2011 | T. Morilla | Meal due to working late. | $13.50 |
| 3/21/2011 | J. Hyland | Meal during NY trip. | $1.89 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/22/2011 | J. Hyland | Meal during NY trip. | $14.11 |
| 3/22/2011 | J. Hyland | Meal during NY trip. | $3.09 |
| 3/22/2011 | J. Hyland | Meal during NY trip. | $2.71 |
| 3/23/2011 | D. Rothberg | Dinner with C. Ricaurte, T. Ross and J. Peterson. | $426.90 |
| 3/23/2011 | J. Hyland | Meal during NY trip. | $8.70 |
| 3/24/2011 | J. Hyland | Meal during NY trip. | $42.95 |
| 3/24/2011 | T. Morilla | Meal due to working late. | $15.19 |
| 3/24/2011 | J. Hyland | Meal during NY trip. | $2.67 |

**Subtotal - Meals** $777.81

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/15/2011 | J. Hyland | Local mileage to airport. | $21.42 |
| 3/17/2011 | J. Hyland | Local mileage to airport. | $21.42 |
| 3/22/2011 | J. Hyland | Local mileage to/from airport for NY trip. | $21.42 |
| 3/24/2011 | J. Hyland | Local mileage to/from airport for NY trip. | $21.42 |

**Subtotal - Mileage** $85.68

**Parking/Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/8/2011 | J. Borow | Parking for meeting. | $47.00 |
| 3/15/2011 | J. Hyland | Local tolls to airport. | $1.60 |
| 3/17/2011 | J. Hyland | Local tolls to airport. | $1.60 |
| 3/22/2011 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 3/24/2011 | J. Hyland | Local tolls for NY trip. | $1.60 |

**Subtotal - Parking/Tolls** $53.40

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/1/2011 | T. Morilla | Telecom expense due to having to call into an AIP/SIP conference call on cell phone (2/22/11). | $11.70 |
| 3/4/2011 | Capstone Expense | Long distance telephone for Nortel. | $67.00 |
| 3/9/2011 | Capstone Expense | Conference calls for Nortel. | $83.24 |
| 3/10/2011 | J. Hyland | Telephone direct charges to Canada. | $7.85 |
| 3/11/2011 | J. Hyland | Cell phone charges to/from Canada. | $62.97 |
| 3/13/2011 | Capstone Expense | Telephone expense for Nortel. | $1,275.52 |
| 3/31/2011 | A. Cowie | Long distance telecom charges, international. | $717.80 |
| 3/31/2011 | A. Cowie | Telecom roaming and data fees for Debtors. | $320.51 |
| **Subtotal - Telecom** | | | **$2,546.59** |
| **For the Period 3-1-2011 through 3-31-2011** | | | $8,213.02 |