# Notice Recipients

District/Off: 0311−1          User: Brandon          Date Created: 5/11/2011
Case: 09−10138−KG          Form ID: ntcBK          Total: 23

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Nortel Networks Inc., et al.          2221 Lakeside Boulevard          Richardson, TX 75082
frep          Allen &Overy LLP,          1221 Avenue of the Americas          New York, NY 10020
ust          Thomas Patrick Tinker          Office of the U.S. Trustee          844 King Street Suite 2207          Wilmington, DE
          19801
aty          Alissa T. Gazze          Morris Nichols Arsht &Tunnell, LLP          1201 N. Market Street          Wilmington, DE
          19801
aty          Andrew R. Remming          Morris, Nichols, Arsht &Tunnell          1201 North Market Street          P.O. Box
          1347          Wilmington, DE 19899−1347
aty          Ann C. Cordo          Morris Nichols Arsht &Tunnell LLP          1201 N. Market Street          P.O. Box
          1347          Wilmington, DE 19899−1347
aty          Derek C. Abbott          Morris Nichols Arsht &Tunnell          1201 N. Market Street          Wilmington, DE 19899
aty          Elihu Ezekiel Allinson, III          Sullivan Hazeltine Allinson LLC          4 East 8th Street          Suite
          400          Wilmington, DE 19801
aty          Eric D. Schwartz          Morris, Nichols, Arsht &Tunnell          1201 N.Market Street          P. O. Box
          1347          Wilmington, DE 19801
aty          James Croft          Cleary Gottlieb Steen &Hamilton LLP          One Liberty Plaza          New York, NY 10006
aty          James L. Bromley          Cleary Gottlieb Steen &Hamilton          One Liberty Plaza          New York, NY 10006
aty          Jennifer M. Westerfield          Cleary Gottlieb Steen &Hamilton, LLP          One Liberty Plaza          New York, NY
          10006
aty          Juliet A. Drake          Cleary Gottlieb Steen &Hamilton LLP          One Liberty Plaza          New York, NY 10006
aty          Mary Caloway          Buchanan Ingersoll &Rooney PC          1105 North Market Street          Suite
          1900          Wilmington, DE 19801−1228
aty          Mona A. Parikh          Buchanan Ingersoll &Rooney PC          1105 North Market Street          Suite
          1900          Wilmington, DE 19801−1228
aty          Nancy G. Everett          Winston &Strawn LLP          35 W. Wacker Drive          Chicago, IL 60601
aty          Neil P Forrest          Cleary Gottlieb Steen &Hamiton LLP          One Liberty Plaza          New York, NY 10006
aty          Nora K Abularach          Cleary Gottlieb Steen &Hamilton LLP          One Liberty Plaza          New York, NY 10006
aty          Peter James Duhig          Buchanan Ingersoll &Rooney PC          1105 North Market Street          Suite
          1900          Wilmington, DE 19801−1228
aty          Raymond Howard Lemisch          Benesch Friedlander Coplan &Aronoff, LL          222 Delaware Avenue          Suite
          801          Wilmington, DE 19801
aty          Robin J. Baik          Cleary Gottlieb Steen &Hamilton LLP          One Liverty Plaza          New York, NY 10006
aty          Thomas F. Driscoll, III          Morris, Nichols, Arsht &Tunnell LLP          1201 North Market
          Street          Wilmington, DE 19801

TOTAL: 22