# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Hearing Date: June 7, 2011 at 9:30 a.m. (ET)**<br>**Objection Deadline: May 24, 2011 at 4:00 p.m. (ET)** |

### RESPONSE OF CORNING INCORPORATED TO THE DEBTOR'S NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C § 502, FED. R. BANKR. P. 3007 AND DEL. L. R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, REDUNDANT CLAIMS, WRONG DEBTOR CLAIMS AND NO-BASIS 503(b)(9) CLAIMS)

Corning Incorporated, ("Corning"), creditors of the above-referenced Debtors, Nortel Networks, Inc. *et al.* (the "Debtors"), by and through its undersigned counsel, submits this response to the Debtors' Nineteenth Omnibus Objection to Claims (the "Nineteenth Omnibus Claims Objection").

In brief, Corning objects to the Nineteenth Omnibus Claims Objection to the extent it seeks disallowance of Corning's claim under 11 U.S.C. § 502(b). Corning believes that disallowance of the its claim is improper and herewith provides additional support for the claim. By way of further opposition, Corning states as follows:

### I.  BACKGROUND

1. On January 14, 2009, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code; 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code").

13454838.2

2. On August 4. 2009, the Court entered an order (the "Bar Date Order") establishing September 30, 2009 at 4:00 p.m. (ET) (the "Bar Date") as the last date for all creditors holding a claim against the Debtors to file and serve a written proof of claim

3. On or about April 2, 2009, Corning, on behalf of Corning Cable Systems ("CCS"), timely filed Proof of Claim No. 880, in the amount of $124,867.31 ("Claim No. 880"), with Equip Bankruptcy Solutions, LLC, the claims agent appointed in these bankruptcy cases by order of the Court. A copy of Claim No. 880 is attached here as <u>Exhibit A</u>.

4. By filing Claim No. 880, Corning met its prima facie burden by timely filing a Claim.

5. By the Nineteenth Omnibus Claims Objection, the Debtors object to Claim No 880 on the basis that the claim asserts amounts that do not comport with the Debtors' books and records and for which the Debtors allege Corning provided insufficient support. *See* "Exhibit A" to the Nineteenth Omnibus Claims Objection.

6. Claim No. 880 is based on numerous unpaid invoices (the "Nortel Invoices") for goods ordered by, and shipped to, the Debtors prior to the Petition Date. The total unpaid amount under the Nortel Invoices is $124,867.31. A summary, and copies of all of the Nortel Invoices are submitted herewith as <u>Exhibit B</u>. Corning's books and records indicate that the Nortel Invoices remain unpaid.

7. Based on Claim No. 880 and the Nortel Invoices, Corning believes it has satisfied its burden with respect to the allowance of Claim No. 880.

**<u>Reservation of Rights</u>**

8. Nothing herein is intended to alter, limit or otherwise impair any and all rights, claims, interests and defenses Corning has with respect to Claim No. 880, all of which such

rights, claims, interests and defenses are expressly reserved.

      WHEREFORE, Corning Incorporated respectfully requests that the Court deny the Nineteenth Omnibus Claims Objection to the extent it seeks disallowance of Claim No. 880 and further that the Court allows Claim No. 880 in full.

Respectfully submitted by,

CORNING INCORPORATED,
By its counsel,

  /s/ Lee Harrington
Lee Harrington (DE 4046)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617.345.1000
Fax: 617.345.1300
Email: lharrington@nixonpeabody.com

Dated: May 11, 2011

13454838.2

## CERTIFICATE OF SERVICE

      I, Lee Harrington, hereby certify that on the 11th day of May, 2011, I caused to be served a true copy of *Corning Incorporated's Opposition to Debtors' Nineteenth Omnibus Claims Objection* on counsel to the Debtors via the electronic filing system by which this document was filed.


                                               /s/ Lee Harrington
                                               Lee Harrington

13454838.2