# EXHIBIT B

| | | | |
|---|---|---|---|
| DDW08122D | 71161509 | 10/13/2008 | 569.10 |
| 4503440515 | 71161510 | 10/13/2008 | 1,996.44 |
| 4503429517 | 71161511 | 10/13/2008 | 5,199.02 |
| DDW08122D | 71161512 | 10/13/2008 | 863.72 |
| DDW08122D | 71161513 | 10/13/2008 | 857.22 |
| DDW08123D | 71161514 | 10/13/2008 | 748.24 |
| DDW08122D | 71162504 | 10/14/2008 | 186.80 |
| 4503440509 | 71162505 | 10/14/2008 | 1,996.44 |
| DDW08122D | 71162509 | 10/14/2008 | 74.12 |
| DDW08122D | 71162510 | 10/14/2008 | 73.54 |
| DDW08122D | 71163527 | 10/15/2008 | 1,215.18 |
| DDW08122D | 71163528 | 10/15/2008 | 432.48 |
| 4503168580 | 71163531 | 10/15/2008 | 406.32 |
| DDW08122D | 71166435 | 10/17/2008 | 591.12 |
| 4503463901 | 71166243 | 10/20/2008 | 2,066.34 |
| 4503470488 | 71166245 | 10/20/2008 | 382.68 |
| 4503469787 | 71168302 | 10/22/2008 | 4,132.68 |
| DDW08127D | 71168305 | 10/22/2008 | 82.24 |
| DDW08128D | 71168308 | 10/22/2008 | 83.22 |
| 4503471209 | 71169397 | 10/23/2008 | 414.50 |
| 4503440522 | 71169401 | 10/23/2008 | 1,996.44 |
| DDW08126D | 71169402 | 10/23/2008 | 3,823.54 |
| DDW08125D | 71169403 | 10/23/2008 | 984.96 |
| 4503389287 | 71170994 | 10/27/2008 | 1,033.17 |
| DDW08125D | 71170996 | 10/27/2008 | 2,522.68 |
| DDW08133D | 71170998 | 10/27/2008 | 597.70 |
| 4503446254 | 71172006 | 10/28/2008 | 1,033.17 |
| DDW08129D | 71172007 | 10/28/2008 | 357.78 |
| DDW08123D | 71173223 | 10/29/2008 | 921.13 |
| DDW08135D | 71173224 | 10/29/2008 | 287.84 |
| DDW08134D | 71176879 | 11/01/2008 | 421.36 |
| DDW08134D | 71176880 | 11/01/2008 | 536.70 |
| DDW08134D | 71176881 | 11/01/2008 | 487.08 |
| 4503166682 | 71178270 | 11/04/2008 | 255.20 |
| 4503168578 | 71178271 | 11/04/2008 | 406.32 |
| DDW08135D | 71178273 | 11/04/2008 | 285.80 |
| DDW08135D | 71178274 | 11/04/2008 | 579.84 |
| DDW08135D | 71179237 | 11/05/2008 | 675.92 |
| DDW08137D | 71180133 | 11/06/2008 | 425.02 |
| 4503520897 | 71181079 | 11/07/2008 | 2,066.34 |
| 4503550089 | 71183373 | 11/12/2008 | 132.64 |
| DDW08138D | 71189177 | 11/20/2008 | 2,332.42 |
| DDW08146D | 71189651 | 11/21/2008 | 582.44 |
| DDW08143D | 71190453 | 11/24/2008 | 1,186.16 |
| 4503570433 | 71190454 | 11/24/2008 | 189.00 |
| 4503573272 | 71190455 | 11/24/2008 | 19.70 |
| DDW08146D | 71192301 | 11/26/2008 | 34.16 |
| DDW08152D | 71192302 | 11/26/2008 | 325.12 |
| 4503588865 | 71193274 | 12/01/2008 | 38.98 |
| DDW08156D | 71193275 | 12/01/2008 | 41.13 |
| 4503601325 | 71193276 | 12/01/2008 | 252.00 |
| DDW08158D | 71193277 | 12/01/2008 | 105.20 |
| DDW08150D | 71193278 | 12/01/2008 | 250.76 |
| DDW08153D | 71193279 | 12/01/2008 | 92.58 |
| DDW08152D | 71193280 | 12/01/2008 | 138.87 |
| DDW08141D | 71193281 | 12/01/2008 | 256.48 |
| 4503604705 | 71194254 | 12/02/2008 | 26.08 |
| DDW08134D | 71194255 | 12/02/2008 | 452.61 |
| DDW08158D | 71194256 | 12/02/2008 | 203.62 |
| DDW08150D | 71194257 | 12/02/2008 | 231.26 |
| DDW08151D | 71194258 | 12/02/2008 | 522.98 |
| DDW08161D | 71194259 | 12/02/2008 | 335.28 |
| DDW08159D | 71194260 | 12/02/2008 | 628.72 |
| DDW08140D | 71194261 | 12/02/2008 | 258.48 |
| DDW08150D | 71195084 | 12/03/2008 | 324.00 |
| DDW08151D | 71195085 | 12/03/2008 | 324.00 |
| DDW08148D | 71195086 | 12/03/2008 | 384.35 |
| 4503686134 | 71195895 | 12/04/2008 | 379.20 |
| DDW08161D | 71195898 | 12/04/2008 | 57.56 |
| 4503607565 | 71197860 | 12/08/2008 | 52.16 |
| DDW08148D | 71198216 | 12/09/2008 | 243.00 |
| DDW08149D | 71198217 | 12/09/2008 | 2,807.40 |
| DDW08157D | 71198218 | 12/09/2008 | 376.12 |
| DDW08149D | 71198939 | 12/10/2008 | 1,687.52 |
| DDW08149D | 71198940 | 12/10/2008 | 320.70 |
| DDW08165D | 71198941 | 12/10/2008 | 355.84 |

| | | | |
|---|---|---|---:|
| DDW07755D | 71198942 | 12/10/2008 | 440.04 |
| 4503631761 | 71198943 | 12/10/2008 | 116.94 |
| DDW08149O | 71200102 | 12/11/2008 | 1,329.76 |
| 7432705* | 9900018460 | 02/07/2008 | 119.42 |
| 7441022 | 9900018653 | 03/19/2008 | -69.48 |
| DDW06168D | 71200860 | 12/12/2008 | 145.12 |
| 4503215568 | 71201594 | 12/15/2008 | 1,080.00 |
| DDW08149D | 71202636 | 12/17/2008 | 373.60 |
| 4503213761 | 71202637 | 12/17/2008 | 1,080.00 |
| DDW08159D | 71202638 | 12/17/2008 | 102.64 |
| DDW08162D | 71202639 | 12/17/2008 | 153.76 |
| DDW08161D | 71203696 | 12/18/2008 | 50.95 |
| DDW08163D | 71204071 | 12/19/2008 | 726.60 |
| DDW08154D | 71207941 | 12/31/2008 | 3,363.04 |
| DDW08155D | 71207942 | 12/31/2008 | 1,893.38 |
| DDW08156D | 71208200 | 01/02/2009 | 411.68 |
| DDW08160D | 71208201 | 01/02/2009 | 1,225.70 |
| DDW08166D | 71208202 | 01/02/2009 | 794.85 |
| DDW08167D | 71208203 | 01/02/2009 | 782.11 |
| DDW08164D | 71209192 | 01/06/2009 | 533.04 |
| 4503630765 | 71209770 | 01/07/2009 | 9,041.78 |
| DDW08165D | 71210963 | 01/08/2009 | 230.72 |
| DDW08164D | 71212558 | 01/12/2009 | 160.70 |
| | | | 124,867.31 |