**EXHIBIT B-1**

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 3

Invoice
**71042744**          05/23/2008

| | |
|---|---|
| Order Number<br>755033 | Order Date<br>05/05/2008 |
| Delivery Note Number<br>21458039 | Delivery Date<br>05/23/2008 |
| Customer Service Contact<br>Nancy Ly<br>Tel.: +1 828 901-5472 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL C/O SIF
4001 E.CHAPEL HILL HWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08072D | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352693479 | UPS GROUND | 25 LBR /11 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

NORTEL C/O SIF/DDW08072D/ JOB#H5A894 / SPEC#J02 FIBR LOT#SLI /CUSTPO#4501000508

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 459034<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1  PCE | 2F FAN LCUDUP/SCUPC   13M<br>0458RTPCYE6005<br>N0069612 / NT0X97CYE6<br>1<br>42.64  USD | 1  PCE | 42.64 |
| 000030 | 462441<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1  PCE | 2F FAN STER/STER   8M<br>4242RTPAEE6035<br>N0069559 / NT0X97AEE6<br>5<br>53.77  USD | 1  PCE | 53.77 |
| 000040 | 462443<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1  PCE | 2F FAN STER/STER   8M<br>4242RTPAEE6036<br>N0069559 / NT0X97AEE6<br>5<br>53.77  USD | 1  PCE | 53.77 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71042744**          05/23/2008

Page  2 / 3

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 462444 Catalog No.: Customer Material No.: Customer Line No.: 2 PCE | 2F PFAN LCDUP/SCPC 9.5M 0539RTPDW00021 N0008392 / NT0X97DW 6 50.12 USD | 1 PCE | 100.24 |
| 000070 | 462265 Catalog No.: Customer Material No.: Customer Line No.: 4 PCE | 2F FAN SCDUP/SCDUP 7.5M 5757RTPAX00263 B0249410 / NT0X97AX 8 35.78 USD | 1 PCE | 143.12 |
| 000080 | 462446 Catalog No.: Customer Material No.: Customer Line No.: 1 PCE | 2F FAN STER/STER 8.5M 4242RTPAEE6037 N0069559 / NT0X97AEE6 13 54.25 USD | 1 PCE | 54.25 |
| 000090 | 462462 Catalog No.: Customer Material No.: Customer Line No.: 2 PCE | \2F FAN STER/STER 10M 4242RTPAEE6038 N0069559 / NT0X97AEE6 14 55.71 USD | 1 PCE | 111.42 |
| 000100 | 462197 Catalog No.: Customer Material No.: Customer Line No.: 2 PCE | 2F FAN STER/STER 10M 4242RTPAEE6039 N0069559 / NT0X97AEE6 14 55.71 USD | 1 PCE | 111.42 |
| 000110 | 462469 Catalog No.: Customer Material No.: Customer Line No.: 4 PCE | 2F FAN STER/STER 7M 4242RTPAEE6032 N0069559 / NT0X97AEE6 15 52.80 USD | 1 PCE | 211.20 |
| 000120 | 462492 Catalog No.: Customer Material No.: Customer Line No.: 4 PCE | 2F FAN STER/STER 7M 4242RTPAEE6033 N0069559 / NT0X97AEE6 15 52.80 USD | 1 PCE | 211.20 |
| 000130 | 462493 Catalog No.: Customer Material No.: Customer Line No.: 2 PCE | 2F FAN LCUDUP/SCUPC 9.5M 0458RTPCYE6008 N0069612 / NT0X97CYE6 16 40.51 USD | 1 PCE | 81.02 |
| 000170 | 464985 Catalog No.: Customer Material No.: Customer Line No.: 1 PCE | 2F FAN STER/STER 7.5M 4242RTPAEE6034 N0069559 / NT0X97AEE6 23 35.78 USD | 1 PCE | 35.78 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71042744**          05/23/2008

Page 3 / 3

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000190 | 459030<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1  PCE | 2F FAN LCUDUP/SCUPC 12.5M<br>0458RTPCYE6004<br>N0069612 / NT0X97CYE6<br>27<br>42.34  USD | 1  PCE | 42.34 |
| 000200 | 459029<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1  PCE | 2F FAN LCUDUP/SCUPC 11.5M<br>0458RTPCYE6003<br>N0069612 / NT0X97CYE6<br>28<br>41.73  USD | 1  PCE | 41.73 |

Merchandise Total                                                    1,293.90

**PAY THIS AMOUNT** ☞                                              1,293.90
**AMOUNTS ARE IN UNITED STATES DOLLAR**                             USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71092188**         07/18/2008

| | |
|---|---|
| **Order Number** 786580 | **Order Date** 07/07/2008 |
| **Delivery Note Number** 21519475 | **Delivery Date** 07/18/2008 |
| **Customer Service Contact** Delicia Lemus  Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08095D | NET 45 DAYS | ORIGIN COLLECT | 8004 - KELLER |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 1Z4437800356151866 | 1Z4437800356151866 | UPS GROUND | 39 LBR /18 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

AT&T / DDW08095D / JOB# QA00L1 / SPEC#996 / LOT# SLI / CUSTPO# 1431108

| Item | Material number  Qty UOM | Description  Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 392337  Catalog No.:  Customer Material No.:  Customer Line No.:  2 PCE | 23-IN MTG GRID   303-1045  A0349477  N0138385  3  593.08  USD | 1 PCE | 1,186.16 |

| | |
|---|---|
| Merchandise Total | 1,186.16 |
| **PAY THIS AMOUNT**  **AMOUNTS ARE IN UNITED STATES DOLLAR** | 1,186.16  USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71128064**          08/29/2008

| Order Number | Order Date |
|---|---|
| 806458 | 08/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21565616 | 08/29/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08103D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040351216049 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

CricketComm.PO#DDW08103D, JOB#QA0120 ,SPEC#FIBR, LOT#SLI Cust PO# 109901

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 483621<br>Catalog No.:<br>Customer Material No.:<br>4 PCE | 2F PZIP SCUPC/SCPC  14M<br>3958RTPEN-014M<br>N0008413 / NT0X97EN<br>44.32 USD | 1 PCE | 177.28 |

Merchandise Total                                                                             177.28

**PAY THIS AMOUNT**                                                                       177.28
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                       USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth.. are subject to the approval of Seller's credit department  (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71128067**      08/29/2008

| Order Number | Order Date |
|---|---|
| 806458 | 08/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21565627 | 08/29/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08103D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040351805877 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

CricketComm.PO#DDW08103D, JOB#QA0120 ,SPEC#FIBR, LOT#SLI Cust PO# 109901

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 483620 | 2F PZIP SCUPC/SCPC 13M | | |
| | Catalog No.: | 3958RTPEN-013M | | |
| | Customer Material No.: | N0008413 / NT0X97EN | | |
| | 4 PCE | 42.53 USD | 1 PCE | 170.12 |

Merchandise Total                                                                     170.12

**PAY THIS AMOUNT**                                                                   170.12
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                               USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71128068**   08/29/2008

| | |
|---|---|
| **Bill-to party**<br>19470<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO Box 280510<br>NASHVILLE TN 37228 | **Order Number** 809493 — **Order Date** 08/22/2008<br>**Delivery Note Number** 21565628 — **Delivery Date** 08/29/2008<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 |
| **Ship-to address**<br>203039<br>VERIZON<br>65 FRNKLIN ST 5TH FLOOR<br>BUFFALO NY 14202 | **Remit Payment To**<br>CORNING CABLE SYSTEMS LLC<br>PO BOX 101269<br>ATLANTA, GA 30392-1269 |

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08104D | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 965051959797 | FEDEX P1 AM | 34 LBR /15 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Verizon.PO# DDW08104D, JOB# H5A894 ,SPEC# IR ABHV5, LOT# S07
End Cust PO# 4501000508

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 485039<br>Catalog No.:<br>Customer Material No.:<br>2 PCE | 4F FAN LCUDUP/SCUPC 119M<br>0458RTPCFE6-119M<br>N0069595 / NT0X97CFE6<br>166.95 USD | 1 PCE | 333.90 |

Merchandise Total   333.90

**PAY THIS AMOUNT** ☞   333.90
**AMOUNTS ARE IN UNITED STATES DOLLAR**   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71128718**    08/30/2008

| Order Number | Order Date |
|---|---|
| 809493 | 08/22/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21566567 | 08/30/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203039
VERIZON
65 FRNKLIN ST 5TH FLOOR
BUFFALO NY  14202

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08104D | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970999191384 | FEDEX P1 AM | 34 LBR /15 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Verizon.PO# DDW08104D, JOB# H5A894 ,SPEC# IR ABHV5, LOT# S07
End Cust PO# 4501000508

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 484963 | 4F FAN LCUDUP/SCUPC  120M | | |
| | Catalog No.: | 0458RTPCFE6-120M | | |
| | Customer Material No.: | N0069595 / NT0X97CFE6 | | |
| | 2  PCE | 167.98  USD | 1  PCE | 335.96 |

Merchandise Total         335.96

**PAY THIS AMOUNT**        335.96
AMOUNTS ARE IN UNITED STATES DOLLAR        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth.. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71135582**          09/09/2008

| Order Number | Order Date |
|---|---|
| 813863 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21574962 | 09/09/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08106D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040352465779 | UPS GROUND | 4 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SWBT.PO# DDW08106D, JOB# H5D060, SPEC# FIBR, LOT# SLI END CUST PO# SKC002321A

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 486734 | 2F FAN STMPC/STER 24M | | |
| | Catalog No.: | 4274RTPAJE6-024M | | |
| | Customer Material No.: | N0069562 / NT0X97AJE6 | | |
| | Customer Line No.: | 4 | | |
| | 1 PCE | 55.56 USD | 1 PCE | 55.56 |

Merchandise Total                                                                             55.56

**PAY THIS AMOUNT**                                                                    55.56
AMOUNTS ARE IN UNITED STATES DOLLAR                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71136795**          09/10/2008

| | |
|---|---|
| Order Number<br>813863 | Order Date<br>09/02/2008 |
| Delivery Note Number<br>21576696 | Delivery Date<br>09/10/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08106D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040349211709 | UPS GROUND | 4 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SWBT.PO# DDW08106D, JOB# H5D060, SPEC# FIBR, LOT# SLI END CUST PO# SKC002321A

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 486761<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1 PCE | 2F FAN STMPC/STER  21.5M<br>4274RTPAJE6-21.5M<br>N0069562 / NT0X97AJE6<br>2<br>53.13  USD | 1 PCE | 53.13 |

Merchandise Total                                                53.13

**PAY THIS AMOUNT**                                              53.13
AMOUNTS ARE IN UNITED STATES DOLLAR                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 2

Invoice
**71137865**           09/11/2008

| | |
|---|---|
| Order Number<br>813859 | Order Date<br>09/02/2008 |
| Delivery Note Number<br>21578124 | Delivery Date<br>09/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08107D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352322575 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

GEN.PO# DDW08107D, JOB# H5D145, SPEC# FIBR, LOT# SLI END CUST PO# 08ESM10991

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 486710<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>3  PCE | 2F ZIP SCUPC/SCUPC  15.5M<br>5858RTPDME6-15.5M<br>N0069625 / NT0X97DME6<br>1<br>33.94  USD | 1  PCE | 101.82 |
| 000020 | 486751<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4  PCE | 2F ZIP SCUPC/SCUPC  16.5M<br>5858RTPDME6-16.5M<br>N0069625 / NT0X97DME6<br>2<br>34.20  USD | 1  PCE | 136.80 |
| 000030 | 486701<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1  PCE | 2F FAN SCDUP/SCDUP  2M<br>5757RTPAX-002M<br>B0249410 / NT0X97AX<br>3<br>30.44  USD | 1  PCE | 30.44 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71137865**   09/11/2008

Page 2 / 2

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 486700 | 2F PFAN LCDUP/SCPC  16.5M | | |
| | Catalog No.: | 0539RTPDW-16.5M | | |
| | Customer Material No.: | N0008392 / NT0X97DW | | |
| | Customer Line No.: | 4 | | |
| | 1  PCE | 63.07  USD | 1  PCE | 63.07 |

Merchandise Total                                           332.13

**PAY THIS AMOUNT**                                         332.13
**AMOUNTS ARE IN UNITED STATES DOLLAR**                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71136794**          09/10/2008

| Order Number | Order Date |
|---|---|
| 813851 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21576695 | 09/10/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08108D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040370141816 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

WINDSTREAM.PO# DDW08108D, JOB# H5D273, SPEC# FIBR, LOT# SLI
END CUST PO# 2643445OD

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 486709 | 2F FAN STMPC/STER 29M | | |
| | Catalog No.: | 4274RTPAJE6-029M | | |
| | Customer Material No.: | N0069562 / NT0X97AJE6 | | |
| | Customer Line No.: | 5 | | |
| | 2 PCE | 60.41 USD | 1 PCE | 120.82 |

Merchandise Total                                              120.82

**PAY THIS AMOUNT**                                              120.82
**AMOUNTS ARE IN UNITED STATES DOLLAR**                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71136792**      09/10/2008

| | |
|---|---|
| **Order Number** 813848 | **Order Date** 09/02/2008 |
| **Delivery Note Number** 21576670 | **Delivery Date** 09/10/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | | Plant |
|---|---|---|---|---|
| DDW08109D | NET 45 DAYS | ORIGIN COLLECT | | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
| NA | 1ZRW57040376809979 | UPS GROUND | 1 LBR /0 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

AT&T.PO# DDW08109D, JOB# H5D379 , SPEC# FIBR, LOT# SLI, END CUST PO# PTRK258094

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 486708 Catalog No.: Customer Material No.: Customer Line No.: 1 PCE | 2F FAN STER/STER  9M 4242RTPAEE6-009M N0069559 / NT0X97AEE6 2 54.74  USD | 1 PCE | 54.74 |

Merchandise Total                                                                                           54.74

**PAY THIS AMOUNT** ☞                                                                                       54.74
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71136793**          09/10/2008

| Order Number | Order Date |
|---|---|
| 813848 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21576694 | 09/10/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08109D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040348643576 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

AT&T.PO# DDW08109D, JOB# H5D379 , SPEC# FIBR, LOT# SLI, END CUST PO# PTRK258094

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 486707<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1 PCE | 2F FAN STER/STER   8.5M<br>4242RTPAEE6-8.5M<br>N0069559 / NT0X97AEE6<br>1<br>54.25  USD | 1 PCE | 54.25 |

Merchandise Total                                                                                        54.25

**PAY THIS AMOUNT**                                                                                    54.25
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.