# EXHIBIT B-2

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71138989**     09/12/2008

| Order Number | Order Date |
|---|---|
| 813845 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21579348 | 09/12/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08110D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040348819430 | UPS GROUND | 12 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

VERIZON.PO# DDW08110D, JOB# H5D510, SPEC# FIBR, LOT# SLI END CUST PO# 4501590325

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 486705 | 2F FAN STMPC/STER   13M | | |
| | Catalog No.: | 4274RTPAJE6-013M | | |
| | Customer Material No.: | N0069562 / NT0X97AJE6 | | |
| | Customer Line No.: | 6 | | |
| | 2  PCE | 44.87  USD | 1  PCE | 89.74 |
| 000020 | 486706 | 2F FAN STMPC/STER   12M | | |
| | Catalog No.: | 4274RTPAJE6-012M | | |
| | Customer Material No.: | N0069562 / NT0X97AJE6 | | |
| | Customer Line No.: | 7 | | |
| | 2  PCE | 43.90  USD | 1  PCE | 87.80 |

Merchandise Total                                                                                                177.54

**PAY THIS AMOUNT** ☞                                                                                          177.54
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                             USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE of 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71135587**        09/09/2008

| | |
|---|---|
| **Order Number**<br>813835 | **Order Date**<br>09/02/2008 |
| **Delivery Note Number**<br>21575611 | **Delivery Date**<br>09/09/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E. CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08111D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040349840388 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

FRONTIER.PO#DDW08111D, JOB# H5D547 , SPEC#FIBR, LOT#SLI END CUST PO# 003-436878

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 486749<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STMPC/STER    19M<br>4274RTPAJE6-019M<br>N0069562 / NT0X97AJE6<br>3 | | |
| | 2 PCE | 50.70 USD | 1 PCE | 101.40 |

Merchandise Total                                                                                        101.40

**PAY THIS AMOUNT ☞**                                                                                    101.40
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71137869**      09/11/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Order Number | Order Date |
|---|---|
| 813830 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21579054 | 09/11/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08112D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970997255206 | FEDEX P1 AM | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

USCC.PO# DDW08112D, JOB#QA006D9 , SPEC# FIBR, LOT# SLI END CUST PO# 4500849524

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 486652<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4 PCE | 2F PZIP SCUPC/SCPC  35M<br>3958RTPEN-035M<br>N0008413 / NT0X97EN<br>6<br>82.02 USD | 1 PCE | 328.08 |

Merchandise Total     328.08

**PAY THIS AMOUNT** ☞     328.08
AMOUNTS ARE IN UNITED STATES DOLLAR     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department; (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71137871**    **09/11/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 813830 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21579113 | 09/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08112D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 965051961580 | FEDEX P1 AM | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

USCC.PO# DDW08112D, JOB#QA006D9 , SPEC# FIBR, LOT# SLI END CUST PO# 4500849524

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 486653<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4 PCE | 2F PZIP SCUPC/SCPC   34M<br>3958RTPEN-034M<br>N0008413 / NT0X97EN<br>7<br>80.23 USD | 1 PCE | 320.92 |

Merchandise Total                                                                                    320.92

**PAY THIS AMOUNT** ☞                                                                                320.92
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71138988**     **09/12/2008**

| Order Number | Order Date |
|---|---|
| 813830 | 09/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21579246 | 09/12/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08112D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 965051961639 | FEDEX P1 AM | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

USCC.PO# DDW08112D, JOB#QA006D9 , SPEC# FIBR, LOT# SLI END CUST PO# 4500849524

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 487097<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4  PCE | 2F PZIP SCUPC/SCPC  34.5M<br>3958RTPEN-34.5M<br>N0008413 / NT0X97EN<br>8<br>81.12  USD | 1  PCE | 324.48 |

Merchandise Total                                                                    324.48

**PAY THIS AMOUNT** ☞                                                     324.48
AMOUNTS ARE IN UNITED STATES DOLLAR                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth , are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71141889**      **09/17/2008**

| **Order Number** | **Order Date** |
|---|---|
| 817370 | 09/10/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21583477 | 09/17/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08114D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040354020343 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

ALLTEL COMM. PO# DDW08114D, JOB H5D274 , SPEC#FIBR, LOT#SLI, END CUST PO# 2643802OD

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 487902<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STMPC/STER  13.5M<br>4274RTPAJE6-13.5M<br>N0069562 / NT0X97AJE6<br>1 | | |
| | 2  PCE | 45.36  USD | 1  PCE | 90.72 |

Merchandise Total                                                                 90.72

**PAY THIS AMOUNT** ☞                                                        90.72
**AMOUNTS ARE IN UNITED STATES DOLLAR**                           USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71142937**     09/18/2008

| **Order Number** | **Order Date** |
|---|---|
| 817809 | 09/10/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21584725 | 09/18/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
205187
VERIZON-NH
12 SOUTH STREET 1ST FLOOR
CONCORD NH 03301

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08115D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040350206767 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

VERIZON.PO# DDW08115D, JOB# H5B828 , SPEC# J01 FIBR, LOT# SLI
END CUST PO# FRPSC1417

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 488067<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STER/STMPC  16M<br>4274RTPAJE6014<br>N0069562 / NT0X97AJE6<br>7 | | |
| | 1  PCE | 47.79  USD | 1  PCE | 47.79 |
| 000020 | 488104<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STER/STMPC  16.5M<br>4274RTPAJE6015<br>N0069562 / NT0X97AJE6<br>8 | | |
| | 1  PCE | 48.27  USD | 1  PCE | 48.27 |

Merchandise Total                                                                                          96.06

**PAY THIS AMOUNT** ☞                                                                            96.06
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE of 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71142936**    09/18/2008

| | |
|---|---|
| **Order Number** | **Order Date** |
| 817798 | 09/10/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21584723 | 09/18/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | | Plant |
|---|---|---|---|---|
| DDW08116D | NET 45 DAYS | ORIGIN COLLECT | | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight | |
|---|---|---|---|---|
| NA | 1ZRW57040351269377 | UPS GROUND | 4 LBR /2 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT.PO# DDW08116D, JOB# H5D555, SPEC# FIBR, LOT# SLI, END CUST PO# 0007780405

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 488078 | 2F FAN SCDUP/SCDUP  12M | | |
| | Catalog No.: | 5757RTPAX00297 | | |
| | Customer Material No.: | B0249410 / NT0X97AX | | |
| | Customer Line No.: | 1 | | |
| | 1  PCE | 40.15  USD | 1  PCE | 40.15 |
| 000020 | 488102 | 2F FAN SCDUP/SCDUP  13M | | |
| | Catalog No.: | 5757RTPAX00298 | | |
| | Customer Material No.: | B0249410 / NT0X97AX | | |
| | Customer Line No.: | 2 | | |
| | 1  PCE | 41.12  USD | 1  PCE | 41.12 |

Merchandise Total                                                                                  81.27

**PAY THIS AMOUNT** ☞                                                                         81.27
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth:, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 2

Invoice
**71144986**        09/22/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Ship-to address**
203047
VERIZON WIRELESS
5400 DUFF DRIVE
CINCINNATI OH  45246

| **Order Number**<br>817789 | **Order Date**<br>09/10/2008 |
|---|---|
| **Delivery Note Number**<br>21589303 | **Delivery Date**<br>09/22/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08117D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| 3000072384 | 394202211 | CONWAY FREIGHT<br>DEFERRED | 340 LBR /154 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

VERIZON.PO# DDW08117D, JOB# QA005H4 , SPEC# J02 FIBR, LOT# SLI, END CUST PO# NPWO091354

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 488023<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>19  PCE | 1F PSFC SCUPC/SCUPC 55M<br>5858RTPEC00025<br>N0008403 / NT0X97EC<br>1<br>30.24  USD | 1  PCE | 574.56 |
| 000020 | 488022<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>19  PCE | 1F PSFC SCPC/SCPC 55M<br>3939RTPEG00024<br>N00008407 / NT0X97EG<br>2<br>36.42  USD | 1  PCE | 691.98 |
| 000030 | 488103<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>19  PCE | 1F PSFC SCUPC/SCUPC 57M<br>5858RTPEC00067<br>N0008403 / NT0X97EC<br>3<br>30.87  USD | 1  PCE | 586.53 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71144986**        09/22/2008

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| **000040** | 488101 | 1F PSFC  SCPC/SCPC  57M | | |
| | Catalog No.: | 3939RTPEG00032 | | |
| | Customer Material No.: | N0008407 / NT0X97EG | | |
| | Customer Line No.: | 4 | | |
| | **19  PCE** | **37.39  USD** | **1  PCE** | **710.41** |

Merchandise Total                                                2,563.48

**PAY THIS AMOUNT** ☞                                          2,563.48
**AMOUNTS ARE IN UNITED STATES DOLLAR**                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all forms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71144985**        09/22/2008

| | | |
|---|---|---|
| **Order Number**<br>820297 | | **Order Date**<br>09/16/2008 |
| **Delivery Note Number**<br>21589248 | | **Delivery Date**<br>09/22/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08118D | NET 45 DAYS | DEST 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | | UPS GROUND | 8 LBR /4 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

KUEHNE&NAGEL.PO# DDW08118D, JOB# F34Y07, SPEC# FIBR, LOT# SLI, END CUST PO# F87878

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 488770<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STMPC/STER  24M<br>4274RTPAJE6007<br>N0069562 / NT0X97AJE6<br>1 | | |
| | 1 PCE | 55.56 USD | 1 PCE | 55.56 |
| 000020 | 488772<br>Catalog No.:<br>Customer Material No.: | 2F FAN STER/STMPC  26M<br>4274RTPAJE6016<br>N0069562 / NT0X97AJE6 | | |
| | 1 PCE | 57.50 USD | 1 PCE | 57.50 |

Merchandise Total                                                                          113.06

**PAY THIS AMOUNT** ☞                                                              113.06
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 2

Invoice
**71146138**        09/23/2008

| **Order Number**<br>820320 | **Order Date**<br>09/16/2008 |
|---|---|
| **Delivery Note Number**<br>21589641 | **Delivery Date**<br>09/23/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08119D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040349453592 | UPS GROUND | 10 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

USCO LOGISTICS.PO# DDW08119D, JOB# N61LKF , SPEC# FIBR, LOT# SLI, END CUST PO# D342155

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 461321<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4  PCE | 2F PFAN LCUDUP/SCUPC  6M<br>0458RTPEAE6001<br>N0069638 / NT0X97EAE6<br>1<br>45.39  USD | 1  PCE | 181.56 |
| 000020 | 488756<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4  PCE | 2F ZIP LCDUP/SCPC  16M<br>0539RTPDF00197<br>B0263106 / NT0X97DF<br>2<br>37.30  USD | 1  PCE | 149.20 |
| 000030 | 488757<br>Catalog No.:<br>Customer Material No.:<br>4  PCE | 2F ZIP LCDUP/LCDUP  16M<br>0505RTPDD00048<br>B0263104 / NT0X97DD<br>42.30  USD | 1  PCE | 169.20 |
| 000040 | 488761<br>Catalog No.:<br>Customer Material No.:<br>4  PCE | 2F PFAN LCUDUP/SCUPC 14M<br>0458RTPEAE6005<br>N0069638 / NT0X97EAE6<br>59.82  USD | 1  PCE | 239.28 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71146138**

09/23/2008

Merchandise Total ............................................. 739.24

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**
739.24
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161508**    10/13/2008

| Order Number | Order Date |
|---|---|
| 830395 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21610331 | 10/13/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970999197235 | FEDEX P1 AM | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000100 | 491885 | 2F ZIP LCDUP/LCDUP 9M | | |
| | Catalog No.: | 0505RTPDDE6034 | | |
| | Customer Material No.: | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | 10 | | |
| | 10  PCE | 38.23  USD | 1  PCE | 382.30 |

Merchandise Total                                                                                                382.30

**PAY THIS AMOUNT** ☞                                                                          382.30
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161509**       **10/13/2008**

| **Order Number** 830395 | **Order Date** 10/06/2008 |
|---|---|
| **Delivery Note Number** 21610332 | **Delivery Date** 10/13/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 970999197257 | FEDEX P1 AM | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 491923<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>15  PCE | 2F ZIP LCDUP/LCDUP  8.5M<br>0505RTPDDE6033<br>N0069617 / NT0X97DDE6<br>5<br>37.94  USD | 1  PCE | 569.10 |

Merchandise Total                                                                                           569.10

**PAY THIS AMOUNT** ☞                                                                         569.10
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 1 |

Invoice
**71161512**       10/13/2008

| **Order Number** | **Order Date** |
|---|---|
| 830395 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21611479 | 10/13/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight | |
|---|---|---|---|---|
| NA | 970997257952 | FEDEX P1 AM | 13 LBR /6 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000080 | 491890 | 2F ZIP LCUDUP/SCUPC 26M | | |
| | Catalog No.: | 0458RTPCTE6058 | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | 8 | | |
| | 26 PCE | 33.22 USD | 1 PCE | 863.72 |

Merchandise Total                                                                                           863.72

**PAY THIS AMOUNT** ☞                                                                          863.72
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

**Repeat printout**

Page
1 / 1

Invoice
**71161513**        10/13/2008

| **Order Number** | **Order Date** |
|---|---|
| 830395 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21611556 | 10/13/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 970997257974 | FEDEX P1 AM | 12 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000090 | 491886<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**26  PCE** | 2F ZIP LCUDUP/SCUPC  25M<br>0458RTPCTE6057<br>N0069607 / NT0X97CTE6<br>9<br>32.97  USD | 1  PCE | 857.22 |

Merchandise Total                                                                 857.22

**PAY THIS AMOUNT** ☞                                                         857.22
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71162504**        10/14/2008

**Order Number**
830395
**Delivery Note Number**
21611626
**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Order Date**
10/06/2008
**Delivery Date**
10/14/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 965051964042 | FEDEX P1 AM | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 491925<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCDUP/LCDUP 7.5M<br>0505RTPDDE6032<br>N0069617 / NT0X97DDE6<br>4 | | |
| | 5  PCE | 37.36  USD | 1  PCE | 186.80 |

Merchandise Total                                                                 186.80

**PAY THIS AMOUNT** ☞                                                         186.80
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71162509**          10/14/2008

| | |
|---|---|
| **Order Number** | **Order Date** |
| 830395 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21612096 | 10/14/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970999197420 | FEDEX P1 AM | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000110 | 491884<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCDUP/LCDUP 7M<br>0505RTPDDE6031<br>N0069617 / NT0X97DDE6<br>11 | | |
| | 2  PCE | 37.06  USD | 1  PCE | 74.12 |

Merchandise Total                                                                                          74.12

**PAY THIS AMOUNT** ☞                                                                              74.12
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71162510**    10/14/2008

| Order Number | Order Date |
|---|---|
| 830395 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21612097 | 10/14/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV  25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970999197419 | FEDEX P1 AM | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000120 | 491882<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCDUP/LCDUP  6.5M<br>0505RTPDDE6030<br>N0069617 / NT0X97DDE6<br>12 | | |
| | 2  PCE | 36.77  USD | 1  PCE | 73.54 |

Merchandise Total    73.54

**PAY THIS AMOUNT** ☞    73.54
**AMOUNTS ARE IN UNITED STATES DOLLAR**    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth , are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71163527**     10/15/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| **Order Number** | **Order Date** |
|---|---|
| 830395 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21611873 | 10/15/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 970999197670 | FEDEX P1 AM | 11 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 491927<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**18 PCE** | 2F ZIP LCUDUP/SCUPC 26.5M<br>0458RTPCTE6059<br>N0069607 / NT0X97CTE6<br>2<br>33.35 USD | 1 PCE | 600.30 |
| 000070 | 491889<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**18 PCE** | 2F ZIP LCDUP/LCDUP 2M<br>0505RTPDDE6029<br>N0069617 / NT0X97DDE6<br>7<br>34.16 USD | 1 PCE | 614.88 |

Merchandise Total     1,215.18

**PAY THIS AMOUNT** ☞     1,215.18
AMOUNTS ARE IN UNITED STATES DOLLAR     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71163528**     10/15/2008

| | |
|---|---|
| **Order Number**<br>830395<br>**Delivery Note Number**<br>21612930<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>10/06/2008<br>**Delivery Date**<br>10/15/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970997258098 | FEDEX P1 AM | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000060 | 491941<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>12 PCE | 2F RZIP LCUDUP/LCUDUP 9.5M<br>0404RTPCX00022<br>B0262881 / NT0X97CX<br>6<br>36.04 USD | 1 PCE | 432.48 |

Merchandise Total | | | | 432.48

**PAY THIS AMOUNT** ☞ 432.48
**AMOUNTS ARE IN UNITED STATES DOLLAR** USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth... FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71165435**     10/17/2008

| | |
|---|---|
| **Order Number**<br>830395 | **Order Date**<br>10/06/2008 |
| **Delivery Note Number**<br>21611557 | **Delivery Date**<br>10/17/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203074
A T & T WIRELESS
2975 BENEDICT ROAD CULLODEN
CULLODEN WV 25510

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08122D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970997258330 | FEDEX P1 AM | 7 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

NORTELPO# DDW08122D, JOB#QA00W5 , SPEC#FIBR, LOT#SLI, END CUST PO#1477770

| Item | Material number<br>Qty   UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 491926<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCUDUP/SCUPC  24.5M<br>0458RTPCTE6056<br>N0069607 / NT0X97CTE6<br>3 | | |
| | **18   PCE** | 32.84   USD | 1   PCE | 591.12 |

Merchandise Total                                                                                                591.12

**PAY THIS AMOUNT** ☞                                                                                        591.12
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28803-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71160573**     10/10/2008

| Order Number | Order Date |
|---|---|
| 830229 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21609807 | 10/10/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08123D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 3000075965 | | CONWAY FREIGHT DEFERRED | 193 LBR /88 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

SPRINT, PO#DDW08123D, JOB#H5D599 , SPEC#FIBR, LOT#SLI, END CUST PO#0007794549

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 491712<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>9 PCE | 4F FAN LCUDUP/SCUPC 49M<br>0458RTPCF00139<br>B0261796 / NT0X97CF<br>2<br>95.07 USD | 1 PCE | 855.63 |

Merchandise Total                                                                                855.63

**PAY THIS AMOUNT** ☞                                                                      855.63
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 1 |

Invoice
**71161514**        **10/13/2008**

| **Order Number** | **Order Date** |
|---|---|
| 830229 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21611637 | 10/13/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08123D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| 3000076302 | 394202760 | CONWAY FREIGHT DEFERRED | 136 LBR /62 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

SPRINT, PO#DDW08123D, JOB#H5D599 , SPEC#FIBR, LOT#SLI, END CUST PO#0007794549

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 491711 | 4F FAN LCUDUP/SCUPC 47.5M | | |
| | Catalog No.: | 0458RTPCF00138 | | |
| | Customer Material No.: | B0261796 / NT0X97CF | | |
| | Customer Line No.: | 1 | | |
| | 8   PCE | 93.53  USD | 1   PCE | 748.24 |

Merchandise Total                                                               748.24

**PAY THIS AMOUNT** ☞                                                            748.24
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.