**EXHIBIT B-3**

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71169401**            10/23/2008

| | |
|---|---|
| **Bill-to party**<br>19470<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO Box 280510<br>NASHVILLE TN 37228 | **Order Number**  **Order Date**<br>825671  09/26/2008<br>**Delivery Note Number**  **Delivery Date**<br>21621505  10/23/2008<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 |
| **Ship-to address**<br>203028<br>NORTEL NETWORKS/ SAP PLT. 1600<br>4001 E.CHAPEL HILL NELSON PKWY<br>RTP<br>DURHAM NC  27709 | **Remit Payment To**<br>CORNING CABLE SYSTEMS LLC<br>PO BOX 101269<br>ATLANTA, GA 30392-1269 |

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503440522 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352458161 | UPS GROUND | 60 LBR /27 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

NortelPO# 4503440522, Cust# 100028452, Cust Order# 1001946462 End
Cust PO# U99062

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 351822<br>Catalog No.:<br>Customer Material No.:<br>12  PCE | 12F MIC SCUPC/XXX    50M<br>005812R81NF050M<br>N0161100<br>166.37  USD | 1  PCE | 1,996.44 |

Merchandise Total                                                                                              1,996.44

**PAY THIS AMOUNT** ☞                                                                                    1,996.44
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth ...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71153283**          10/01/2008

| Order Number | Order Date |
|---|---|
| 825683 | 09/26/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21596887 | 10/01/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503440534 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| 1ZX676710349214867 | 1ZX676710349214867 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503440534, Cust# 100016963, Cust Order# 1001946489 End Cust PO#886837

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212<br>Catalog No.:<br>Customer Material No.:<br>6  PK | SPLICE PACK GREEN 25/PK 900-90<br>A0295150<br>A0887679<br>16.58   USD | 1  PK | 99.48 |

Merchandise Total                                                                                 99.48

**PAY THIS AMOUNT**                                                                        99.48
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71172006**     10/28/2008

| | |
|---|---|
| **Bill-to party**<br>19470<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO Box 280510<br>NASHVILLE TN  37228 | **Order Number**  **Order Date**<br>826452            09/29/2008<br>**Delivery Note Number**  **Delivery Date**<br>21625447            10/28/2008<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 |
| | **Remit Payment To**<br>CORNING CABLE SYSTEMS LLC<br>PO BOX 101269<br>ATLANTA, GA 30392-1269 |

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503446254 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040372267428 | UPS GROUND | 20 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503446254, Cust# 614898, Cust Order#1001947985, End Cust PO# N82930

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | FDC CMH W/12 SC CER PANELS<br>FDC-CMH-E43C<br>A0884249<br>1,033.17  USD | 1 PCE | 1,033.17 |

Merchandise Total                                                                                    1,033.17

**PAY THIS AMOUNT**                                                                        1,033.17
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                         USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department; (b) No discounts are allowed on taxes or freight charges; (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71166243**  10/20/2008

| Order Number | Order Date |
|---|---|
| 829959 | 10/06/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21616752 | 10/20/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503463901 | NET 45 DAYS | ORIGIN COLLECT | 8005 - MCALLEN |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1Z84E52E0353157554 | UPS GROUND | 38 LBR /17 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

COR0014475
COR0014474

NORTEL PO# 4503463901

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970<br>Catalog No.:<br>Customer Material No.:<br>2  PCE | FDC CMH W/12 SC CER PANELS<br>FDC-CMH-E43C<br>A0884249<br>1,033.17  USD | 1  PCE | 2,066.34 |

Merchandise Total                                                                                              2,066.34

**PAY THIS AMOUNT** ☞                                                                        2,066.34
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71166245**          10/20/2008

| | |
|---|---|
| **Order Number** 831519 | **Order Date** 10/08/2008 |
| **Delivery Note Number** 21617014 | **Delivery Date** 10/20/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503470488 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040370195858 | UPS GROUND | 12 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503470488

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 486271 Catalog No.: Customer Material No.: 3 PCE | 12F MIC SCUPC/XXX   22M 005812R81NT022M A0757952 127.56  USD | 1 PCE | 382.68 |

Merchandise Total                                                                 382.68

**PAY THIS AMOUNT** ☞                                                         382.68
AMOUNTS ARE IN UNITED STATES DOLLAR                                               USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71160567**     10/10/2008

| | |
|---|---|
| **Order Number** 831617 | **Order Date** 10/08/2008 |
| **Delivery Note Number** 21608726 | **Delivery Date** 10/10/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503471207 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040354183696 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503471207

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389805 Catalog No.: Customer Material No.: 14 PCE | 1F SFC SCUPC/STUPC 5M 586101R3131005M A0704575 10.75 USD | 1 PCE | 150.50 |

Merchandise Total                                                      150.50

**PAY THIS AMOUNT** ☞                                         150.50
AMOUNTS ARE IN UNITED STATES DOLLAR                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all forms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71160568**          10/10/2008

| Order Number | Order Date |
|---|---|
| 831655 | 10/08/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21609095 | 10/10/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503471208 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040348649829 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503471208

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389808 | 1F SFC SCUPC/STUPC  15M | | |
| | Catalog No.: | 586101R3131015M | | |
| | Customer Material No.: | A0775357 | | |
| | 6 PCE | 13.04  USD | 1 PCE | 78.24 |

Merchandise Total                                                                                                    78.24

**PAY THIS AMOUNT** ☞                                                                                           78.24
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71169397**          10/23/2008

| Order Number | Order Date |
|---|---|
| 831613 | 10/08/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21619500 | 10/23/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503471209 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| 1ZX676710349690021 | 1ZX676710349690021 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503471209

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 322212 | SPLICE PACK GREEN 25/PK 900-90 | | |
| | Catalog No.: | A0295150 | | |
| | Customer Material No.: | A0887679 | | |
| | 25  PK | 16.58   USD | 1  PK | 414.50 |

Merchandise Total                                                                                   414.50

**PAY THIS AMOUNT**                                                                          414.50
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1¼% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 15% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71160570**          10/10/2008

| | |
|---|---|
| **Order Number** 832486 | **Order Date** 10/09/2008 |
| **Delivery Note Number** 21609747 | **Delivery Date** 10/10/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203010
VERIZON WIRELESS
ATTN: CATHY POTTER
PH: 908-203-4877
187 PITCHER HILL RD.
PITCHER NY 13136

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503477043 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970997257860 | FEDEX P1 AM | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

NortelPO# 4503477043, Cust# 100023320, Cust Order# 1001959434, End Cust PO#1001939031, ER

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 487878 Catalog No.: Customer Material No.: 16  PCE | 2F ZIP LCUDUP/SCUPC    7M ROHS 37R045803VN-007MRH NTTC53BEV6 22.54  USD | 1  PCE | 360.64 |

Merchandise Total                                                                                    360.64

**PAY THIS AMOUNT**                                                                       360.64
**AMOUNTS ARE IN UNITED STATES DOLLAR**                               USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1¼% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 16% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71168302**          10/22/2008

| | |
|---|---|
| Order Number<br>835014 | Order Date<br>10/15/2008 |
| Delivery Note Number<br>21617561 | Delivery Date<br>10/22/2008 |
| Customer Service Contact<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503489787 | NET 45 DAYS | ORIGIN COLLECT | 8005 - MCALLEN |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1Z84E52E0354956635 | UPS GROUND | 80 LBR /36 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL NET PO# 4503489787

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970<br>Catalog No.:<br>Customer Material No.:<br>4 PCE | FDC CMH W/12 SC CER PANELS<br>FDC-CMH-E43C<br>A0884249<br>1,033.17 USD | 1 PCE | 4,132.68 |

Merchandise Total                                                                   4,132.68

**PAY THIS AMOUNT**                                                           4,132.68
**AMOUNTS ARE IN UNITED STATES DOLLAR**                             USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71181079**        11/07/2008

| Order Number | Order Date |
|---|---|
| 840096 | 10/27/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21635966 | 11/07/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503520897 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1Z84E52E0372716360 | UPS GROUND | 40 LBR /18 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

COR0014481
COR0014480

NORTEL PO# 4503520897

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970<br>Catalog No.:<br>Customer Material No.:<br>2  PCE | FDC CMH W/12 SC CER PANELS<br>FDC-CMH-E43C<br>A0884249<br>1,033.17  USD | 1  PCE | 2,066.34 |

Merchandise Total                                                                 2,066.34

**PAY THIS AMOUNT**                                                               2,066.34
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                           USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71183373**   11/12/2008

| | |
|---|---|
| **Order Number** 845474 | **Order Date** 11/06/2008 |
| **Delivery Note Number** 21638104 | **Delivery Date** 11/12/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503550089 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 1ZX676710351640115 | 1ZX676710351640115 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503550089

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 322212 Catalog No.: Customer Material No.: 8 PK | SPLICE PACK GREEN 25/PK 900-90 A0295150 A0295150 16.58 USD | 1 PK | 132.64 |

Merchandise Total ........................................................................................ 132.64

**PAY THIS AMOUNT**   132.64
AMOUNTS ARE IN UNITED STATES DOLLAR   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit: (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71190454**          11/24/2008

| Order Number | Order Date |
|---|---|
| 848774 | 11/13/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21647341 | 11/24/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503570433 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040347758276 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503570433

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 428891<br>Catalog No.:<br>Customer Material No.:<br>9 PCE | 2F ZIP LCUDUP/LCUDUP   3M ROHS<br>37R040401VN-003MRH<br>NTTC53ACV6<br>21.00 USD | 1 PCE | 189.00 |

Merchandise Total                                                                                       189.00

**PAY THIS AMOUNT**                                                                               189.00
AMOUNTS ARE IN UNITED STATES DOLLAR                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71008384**                    04/16/2008

| | |
|---|---|
| Order Number<br>734468 | Order Date<br>03/28/2008 |
| Delivery Note Number<br>21414089 | Delivery Date<br>04/16/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203016
NORTEL NETWORKS SAP PLT.7200
10205 N.W. 108TH AVENUE
MEDLEY FL 33178

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4502788765 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |
| Bill of Lading | Tracking | Freight Carrier | Weight |
| NA | | UPS GROUND | 20 LBR /9 KGM |

ATTN NORTEL NETWORKS SAP
PO # 4502788765
CUST # 100031780
CUST ORDER 1001713584
CUST PO# D334880

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000060 | 428481<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>16 PCE | 2F PFAN LCDUP/SCPC   15M<br>0539RTPDW-015M<br>N0008392 / NT0X97DW<br>60<br>60.29  USD | 1 PCE | 964.64 |

Merchandise Total                                                                  964.64

**PAY THIS AMOUNT** ☞                                                              964.64
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Repeat printout

Page 1 / 1

Invoice
**71125474**          08/27/2008

| Order Number | Order Date |
|---|---|
| 784999 | 07/02/2008 |
| Delivery Note Number | Delivery Date |
| 21562940 | 08/27/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503104376 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040346759795 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503104376,Cust#100033900,Cust order# 1001847202,End CustPO# EATP USA-08-0133

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 476884<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | 2F DFX LCU,LCD/SCU,SCPC 2.44M<br>3704580NT-2.44M<br>NT0H39AB<br>35.87 USD | 1 PCE | 35.87 |

Merchandise Total          35.87

**PAY THIS AMOUNT**          35.87
**AMOUNTS ARE IN UNITED STATES DOLLAR**          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.