# EXHIBIT B-4

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71125473**        **08/27/2008**

| **Order Number** | **Order Date** |
|---|---|
| 784998 | 07/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21562939 | 08/27/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC  27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503104377 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040346111804 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

PO# 4503104377,Cust#100033900,Cust order# 1001847206,End CustPO# EATP USA-08-0133

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 476884<br>Catalog No.:<br>Customer Material No.: | 2F DFX LCU,LCD/SCU,SCPC 2.44M<br>3704580NT-2.44M<br>NT0H39AB | | |
| | 1  PCE | 35.87  USD | 1  PCE | 35.87 |

Merchandise Total                                                                                           35.87

**PAY THIS AMOUNT** ☞                                                                             35.87
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 1 |

Invoice
**71125472**      08/27/2008

| | |
|---|---|
| **Order Number** | **Order Date** |
| 784995 | 07/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21562938 | 08/27/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503104378 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040348998970 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503104378,Cust#100033900,Cust order# 1001847219,End CustPO# EATP USA-08-0133

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 476884 | 2F DFX LCU,LCD/SCU,SCPC 2.44M | | |
| | Catalog No.: | 3704580NT-2.44M | | |
| | Customer Material No.: | NT0H39AB | | |
| | 1  PCE | 35.87  USD | 1  PCE | 35.87 |

Merchandise Total                                                                                35.87

**PAY THIS AMOUNT** ☞                                                                       35.87
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71125471**        08/27/2008

Page
1 / 1

| **Order Number**<br>784991 | **Order Date**<br>07/02/2008 |
|---|---|
| **Delivery Note Number**<br>21562937 | **Delivery Date**<br>08/27/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503104379 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
|---|---|---|---|---|
| NA | 1ZRW57040348946212 | UPS GROUND | 1 LBR /0 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503104379,Cust#100033900,Cust order# 1001847228,End CustPO# EATP USA-08-0135

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 476884<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | 2F DFX LCU,LCD/SCU,SCPC 2.44M<br>3704580NT-2.44M<br>NT0H39AB<br>35.87 USD | 1 PCE | 35.87 |

Merchandise Total                                                                                                35.87

**PAY THIS AMOUNT** ☞                                                                                        35.87
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71125470**     08/27/2008

| | |
|---|---|
| **Order Number**<br>784987<br>**Delivery Note Number**<br>21562936<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>07/02/2008<br>**Delivery Date**<br>08/27/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503104380 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040346754189 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503104380,Cust#100033900,Cust order# 1001847443,End CustPO# EATP USA-08-0135

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 476884<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | 2F DFX LCU,LCD/SCU,SCPC 2.44M<br>3704580NT-2.44M<br>NT0H39AB<br>35.87 USD | 1 PCE | 35.87 |

Merchandise Total                35.87

**PAY THIS AMOUNT** ☞                35.87
**AMOUNTS ARE IN UNITED STATES DOLLAR**                USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms; including but not limited to such terms of payments; to wit [a] all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71109800**        08/08/2008

| Page |
| 1 / 1 |

| | |
|---|---|
| **Order Number**<br>793447<br>**Delivery Note Number**<br>21542809 | **Order Date**<br>07/21/2008<br>**Delivery Date**<br>08/08/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503144705 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040370781474 | UPS GROUND | 16 LBR /7 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel Net. PO# 4503144705, Cust #100024018, Cust Order# 1001836931
Cust PO# 886800

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.:<br>Customer Material No.:<br>8  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS<br>QFMRS-TT5C<br>N0180197<br>540.00  USD | 1  PCE | 4,320.00 |

Merchandise Total                                                                 4,320.00

**PAY THIS AMOUNT** ☞                                                     4,320.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                           USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth  are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges  (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71110384**     **08/09/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 794326 | 07/22/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21544060 | 08/09/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503157498 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040354226881 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel,PO#4503157498,Cust#,100032236,Cust Order# 1001801558
Cust PO# NSBN-050808-14864

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 479511<br>Catalog No.:<br>Customer Material No.: | 2F DFX LCUDUP/SCUPC 2.44M ROHS<br>370458NT1-2.44M-RH<br>NT0H39ADE6 | | |
| | 8 PCE | 36.30 USD | 1 PCE | 290.40 |

| | |
|---|---|
| Merchandise Total | 290.40 |

**PAY THIS AMOUNT ☞**     290.40
**AMOUNTS ARE IN UNITED STATES DOLLAR**     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
| 1 / 1 |

Invoice
**71111020**     08/11/2008

| Order Number | Order Date |
| 795171 | 07/24/2008 |
| Delivery Note Number | Delivery Date |
| 21544393 | 08/11/2008 |
| Customer Service Contact | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503161795 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040351927558 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel Net. PO#4503161795, Cust# 100026502, Cust Order# 1001877402
Cust PO# 4500031453

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 314304 | 2F ZIP LCUDUP/SCUPC 2M | | |
| | Catalog No.: | 370458NT07-002M-RH | | |
| | Customer Material No.: | NTTC53BB | | |
| | 2  PCE | 11.47  USD | 1  PCE | 22.94 |

| | |
|---|---|
| Merchandise Total | 22.94 |

**PAY THIS AMOUNT** ☞     22.94
**AMOUNTS ARE IN UNITED STATES DOLLAR**     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71101565**      07/30/2008

| **Order Number** | **Order Date** |
|---|---|
| 795314 | 07/24/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21531937 | 07/30/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203007
VERIZON WIRELESS
ATTN: RICK OLSON 760-900-9269
1641 SOUTH SUNKIST STREET
ANAHEIM CA 92806

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | | **Plant** |
|---|---|---|---|---|
| 4503162337 | NET 45 DAYS | ORIGIN 3RD PARTY | | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
|---|---|---|---|---|
| NA | 1ZRW5704034950015 6 | UPS GROUND | 3 LBR /1 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel Net. PO# 4503162337, Cust Order# 1001868167, Cust PO# NSCA057632

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 428891 | 2F ZIP LCUDUP/LCUDUP  3M ROHS | | |
| | Catalog No.: | 37R040401VN-003MRH | | |
| | Customer Material No.: | NTTC53SCV6 | | |
| | 24  PCE | 21.00  USD | 1  PCE | 504.00 |

| | |
|---|---|
| Merchandise Total | 504.00 |

**PAY THIS AMOUNT** ☞                        504.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth  are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71178271**

**11/04/2008**

| | |
|---|---|
| **Order Number**<br>796228<br>**Delivery Note Number**<br>21631948 | **Order Date**<br>07/25/2008<br>**Delivery Date**<br>11/04/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL NELSON HWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503166578 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040354486725 | UPS GROUND | 4 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL NET. /4503166578/#641355 / CUSTORDER 1001872254/CUSTPO# EATP

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 479756<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 1F PSFC LCPC/SCPC 6.1 M<br>0339RTPEJ-6.1M<br>N0008409 / NT0X97EJ<br>10 | | |
| | 32 PCE | 12.76 USD | 1 PCE | 408.32 |

Merchandise Total

408.32

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

408.32
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth,  are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71163531**          10/15/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL NELSON HWY
RTP
DURHAM NC  27709

| Order Number | Order Date |
|---|---|
| 796181 | 07/25/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21613483 | 10/15/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503166580 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040372379236 | UPS GROUND | 4 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL NET. /4503166580/#641355 / CUSTORDER 1001872255/CUSTPO# EATP

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 479756<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**32  PCE** | 1F PSFC LCPC/SCPC 6.1 M<br>0339RTPEJ-6.1M<br>N0008409 / NT0X97EJ<br>10<br>12.76  USD | 1  PCE | 408.32 |

Merchandise Total                                         408.32

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**                          408.32
                                                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71178270**      **11/04/2008**

| | |
|---|---|
| **Order Number**<br>796230<br>**Delivery Note Number**<br>21631942 | **Order Date**<br>07/25/2008<br>**Delivery Date**<br>11/04/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL NELSON HWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503166582 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
|---|---|---|---|---|
| NA | 1ZRW57040376001724 | UPS GROUND | 3 LBR /1 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL NET. /4503166582/#641355 / CUSTORDER 1001878332/CUSTPO# EATP

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 479756<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 1F PSFC LCPC/SCPC 6.1 M<br>0339RTPEJ-6.1M<br>N0008409 / NT0X97EJ<br>10 | | |
| | 20  PCE | 12.76  USD | 1  PCE | 255.20 |

Merchandise Total                                                                                                               255.20

**PAY THIS AMOUNT** ☞                                                                                                    255.20
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                         USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Repeat printout**

Page
1 / 1

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71125466**      **08/27/2008**

| | |
|---|---|
| **Order Number**<br>802937 | **Order Date**<br>08/11/2008 |
| **Delivery Note Number**<br>21562581 | **Delivery Date**<br>08/27/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503205389 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040348514269 | UPS GROUND | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel Net.PO# 5503205389, Cust# 100032935, CustOrder# 1001897556
CustPO#NHQT040236

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 475773<br>Catalog No.:<br>Customer Material No.: | 2F ZIP LCUDUP/SCUPC  13M ROHS<br>37R045803VN-013MRH<br>NTTC53BGV6 | | |
| | 12  PCE | 24.16  USD | 1  PCE | 289.92 |
| 000020 | 473728<br>Catalog No.:<br>Customer Material No.: | 2F ZIP LCUDUP/SCUPC  20M ROHS<br>37R045803VN-020MRH<br>NTTC53BJV6 | | |
| | 2  PCE | 23.60  USD | 1  PCE | 47.20 |

Merchandise Total                                                                                                          337.12

**PAY THIS AMOUNT** ☞                                                                                     337.12
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges  (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1¼% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71124292**    **08/26/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 807671 | 08/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21561337 | 08/26/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503248474 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040349372321 | UPS GROUND | 19 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NortelNetPO# 4503248474/Cust# 100040113/Cust Order# 1001906985 Cust PO# NJ8PYF9K

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395967<br>Catalog No.:<br>Customer Material No.:<br>1  PCE | FDC CMH W/12 SC CER 6F PNLS<br>FDC-CMH-723C<br>A0805053<br>633.86  USD | 1  PCE | 633.86 |

Merchandise Total | | | | 633.86

**PAY THIS AMOUNT** ☞ | | | | 633.86
**AMOUNTS ARE IN UNITED STATES DOLLAR** | | | | USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth  are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 1 |

Invoice
**71124293**          08/26/2008

| **Order Number** | **Order Date** |
|---|---|
| 807672 | 08/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21561338 | 08/26/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503248478 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040349335817 | UPS GROUND | 19 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NortelNet.PO# 4503248478, Cust# 100040113, Cust Order# 1001906986
Cust PO# NJ8PYF9K

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395967 | FDC CMH W/12 SC CER 6F PNLS | | |
| | Catalog No.: | FDC-CMH-723C | | |
| | Customer Material No.: | A0805053 | | |
| | 1 PCE | 633.86 USD | 1 PCE | 633.86 |

Merchandise Total                                                                              633.86

**PAY THIS AMOUNT** ☞                                                                      633.86
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                             USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71124296**   **08/26/2008**

| | |
|---|---|
| **Order Number** 807863 | **Order Date** 08/20/2008 |
| **Delivery Note Number** 21561405 | **Delivery Date** 08/26/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503248778 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040351781474 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

NortelNetPO#4503248778,Cust# 100019130,Cust Order# 1001906970 Cust PO# 27686H

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389805 Catalog No.: Customer Material No.: 8  PCE | 1F SFC SCUPC/STUPC 5M 586101R3131005M A0704575 10.75  USD | 1  PCE | 86.00 |

Merchandise Total                                                                                                    86.00

**PAY THIS AMOUNT** ☞                                                                                         86.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71124295**          08/26/2008

| | |
|---|---|
| **Order Number**<br>807859 | **Order Date**<br>08/20/2008 |
| **Delivery Note Number**<br>21561377 | **Delivery Date**<br>08/26/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503248783 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040349830059 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NortelNetPO#4503248783, Cust#100019130 Cust Order#1001906971 Cust PO# 27686H

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389805<br>Catalog No.:<br>Customer Material No.:<br>8 PCE | 1F SFC SCUPC/STUPC 5M<br>586101R3131005M<br>A0704575<br>10.75 USD | 1 PCE | 86.00 |

Merchandise Total                                                                                         86.00

**PAY THIS AMOUNT** ☞                                                                          86.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                             USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by the date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71128716**         08/30/2008

| **Order Number** | **Order Date** |
|---|---|
| 810642 | 08/26/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21565571 | 08/30/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503281962 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040343674515 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503281962, Cust # 105608, Cust Order# 1001913259 Cust PO# CSB0451087

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 464415 | 2F ZIP LCUPC/SCUPC  1.57M | | |
| | Catalog No.: | 370258075-1.57M-RH | | |
| | Customer Material No.: | N0106454 | | |
| | **10  PCE** | 30.07  USD | 1  PCE | **300.70** |

Merchandise Total                                                                      300.70

**PAY THIS AMOUNT** ☞                                                        300.70
**AMOUNTS ARE IN UNITED STATES DOLLAR**                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit [a] all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71128063**          08/29/2008

| | |
|---|---|
| **Order Number**<br>811713<br>**Delivery Note Number**<br>21565579 | **Order Date**<br>08/27/2008<br>**Delivery Date**<br>08/29/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203064
Verizon Wireless C/O Evans WorldWide
Attn: Rob Pearly
251 Industrial Parkway
NORTH BRANCH NJ 08876

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503289574 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352622018 | UPS GROUND | 8 LBR /4 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Verizon.PO#4503289574, Cust #100031117, Cust Order #1001916047Cust
PO# 1001910136

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 311997<br>Catalog No.:<br>Customer Material No.:<br>**72  PCE** | SIMPLEX   RISER 3M   E9 SCUPC-SCUPC<br>585801R3131003M<br>A0773873<br>8.32  USD          1  PCE | | 599.04 |

| | |
|---|---|
| Merchandise Total | 599.04 |
| State/Country Sales Tax | 41.93 |

**PAY THIS AMOUNT** ☞                                      640.97
**AMOUNTS ARE IN UNITED STATES DOLLAR**          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth,. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
| 1 / 1 |

Invoice
**71152322**          09/30/2008

| **Order Number** | **Order Date** |
|---|---|
| 812779 | 08/29/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21595553 | 09/30/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5671 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503295502 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040352831275 | UPS GROUND | 73 LBR /33 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503295502, Cust# 100019997, Cust Order# 1001917735 Cust PO# 886791

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 392483<br>Catalog No.:<br>Customer Material No.:<br>8  PK | QFMCG4A CABLE GRIP #4, 16mm DIA.<br>A0388956<br>A0388956<br>3.80  USD | 1  PK | 30.40 |
| 000040 | 486271<br>Catalog No.:<br>Customer Material No.:<br>2  PCE | 12F MIC SCUPC/XXX   22M<br>005812R81NT022M<br>A0757952<br>127.56  USD | 1  PCE | 255.12 |
| 000050 | 350225<br>Catalog No.:<br>Customer Material No.:<br>6  PCE | 12F MIC LCUPC/XXX   78M<br>000212R81BD078M<br>N0058734<br>276.48  USD | 1  PCE | 1,658.88 |

Merchandise Total                                                                                            1,944.40

**PAY THIS AMOUNT** ☞                                                                                  1,944.40
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth., are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71159489**          **10/09/2008**

| | |
|---|---|
| **Order Number**<br>812779 | **Order Date**<br>08/29/2008 |
| **Delivery Note Number**<br>21605397 | **Delivery Date**<br>10/09/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503295502 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 1ZX676710350935951 | 1ZX676710350935951 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503295502, Cust# 100019997, Cust Order# 1001917735 Cust PO# 886791

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212<br>Catalog No.:<br>Customer Material No.:<br>8  PK | SPLICE PACK GREEN 25/PK 900-90<br>A0295150<br>A0887679<br>16.58  USD | 1  PK | 132.64 |

| | | |
|---|---|---|
| Merchandise Total | | 132.64 |

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

132.64
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all forms of payment set forth ...are subject to the approval of Seller's credit department (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71159487**          **10/09/2008**

| | |
|---|---|
| **Order Number**<br>812773 | **Order Date**<br>08/29/2008 |
| **Delivery Note Number**<br>21605395 | **Delivery Date**<br>10/09/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503295506 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 1ZX676710350347962 | 1ZX676710350347962 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503295506, Cust# 100019997, Cust Order# 1001917737 Cust PO# 886791

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212<br>Catalog No.:<br>Customer Material No.:<br>10  PK | SPLICE PACK GREEN 25/PK 900-90<br>A0295150<br>A0887679<br>16.58  USD | 1  PK | 165.80 |

| | |
|---|---|
| Merchandise Total | 165.80 |

**PAY THIS AMOUNT** ☞                                                                    165.80
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71151260**          **09/29/2008**

| **Order Number** | **Order Date** |
|---|---|
| 812775 | 08/29/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21597086 | 09/29/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503295510 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040346326163 | UPS GROUND | 97 LBR /44 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503295510, Cust# 100019997, Cust Order# 1001917739 Cust PO# 886791

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 392483<br>Catalog No.:<br>Customer Material No.:<br>10 PK | QFMCG4A CABLE GRIP #4, 16mm DIA.<br>A0388956<br>A0388956<br>3.80 USD | 1 PK | 38.00 |
| 000040 | 351823<br>Catalog No.:<br>Customer Material No.:<br>2 PCE | 12F MIC SCUPC/XXX    32M<br>005812R81NT032M<br>A0704560<br>142.45 USD | 1 PCE | 284.90 |
| 000050 | 350225<br>Catalog No.:<br>Customer Material No.:<br>8 PCE | 12F MIC LCUPC/XXX    78M<br>000212R81BD078M<br>N0058734<br>276.48 USD | 1 PCE | 2,211.84 |

Merchandise Total          2,534.74

**PAY THIS AMOUNT** ☞          2,534.74
**AMOUNTS ARE IN UNITED STATES DOLLAR**          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department; (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 1 |

Invoice
**71159488**          10/09/2008

| **Order Number** | | **Order Date** |
|---|---|---|
| 812775 | | 08/29/2008 |
| **Delivery Note Number** | | **Delivery Date** |
| 21605396 | | 10/09/2008 |
| **Customer Service Contact** | | |
| Delicia Lemus | | |
| Tel.: +1 828 901-5871 | | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503295510 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| 1ZX676710350628177 | 1ZX676710350628177 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503295510, Cust# 100019997, Cust Order# 1001917739 Cust PO# 886791

| Item | Material number<br>— Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212<br>Catalog No.:<br>Customer Material No.:<br>10 PK | SPLICE PACK GREEN 25/PK 900-90<br>A0295150<br>A0887679<br>16.58 USD | 1 PK | 165.80 |

| Merchandise Total | | | | 165.80 |
|---|---|---|---|---|

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

165.80
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.