# EXHIBIT B-5

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Repeat printout

Page 1 / 2

Invoice
**71195085**       12/03/2008

| | |
|---|---|
| Order Number<br>850667<br>Delivery Note Number<br>21656851<br>Customer Service Contact<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | Order Date<br>11/18/2008<br>Delivery Date<br>12/03/2008 |
| Remit Payment To<br>CORNING CABLE SYSTEMS LLC<br>PO BOX 101269<br>ATLANTA, GA 30392-1269 | |

Bill-to party
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

Ship-to address
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08151D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1Z84E52E0371267044 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

COR#0014490
COR#0014491
COR#0014492

PO# DDW08151D, JOB#QA01M02 , SPEC# FIBR, LOT# SLI, END CUST PO# NIWM111623

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 423167<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>8  PCE | 1F PSFC LCPC/SCPC   20F<br>033901K2841020F<br>A0522062<br>1<br>20.10  USD | 1 PCE | 160.80 |
| 000060 | 357872<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>8  PCE | 1F P2.0 LCUPC/SCUPC  20F<br>025801R2831020F<br>A0522064<br>2<br>20.40  USD | 1 PCE | 163.20 |

Merchandise Total                                                      324.00

**PAY THIS AMOUNT**                                                    324.00

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71195085**        12/03/2008

Page
2 / 2

**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth…are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Repeat printout

Page 1 / 1

Invoice
**71193280**          12/01/2008

| | |
|---|---|
| **Order Number** 850999 | **Order Date** 11/19/2008 |
| **Delivery Note Number** 21653803 | **Delivery Date** 12/01/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E. CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08152D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040350765305 | UPS GROUND | 2 LBR / 1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08152D, JOB#N53ZXTG , SPEC# FIBR, LOT# SLI, END CUST PO# WS08066

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498287 Catalog No.: Customer Material No.: Customer Line No.: 3 PCE | 2F PFAN LCUDUP/SCUPC 6.5M 0458RTPEAE6006 N0069638 / NT0X97EAE6 1 46.29 USD | 1 PCE | 138.87 |

Merchandise Total       138.87

**PAY THIS AMOUNT**
**AMOUNTS ARE IN UNITED STATES DOLLAR**        138.87 USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department; (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71193279**       12/01/2008

| | |
|---|---|
| **Order Number** <br> 851004 <br> **Delivery Note Number** <br> 21653749 <br> **Customer Service Contact** <br> Delicia Lemus <br> Tel.: +1 828 901-5871 | **Order Date** <br> 11/19/2008 <br> **Delivery Date** <br> 12/01/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08153D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040350107034 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08153D, JOB#N62NE94 , SPEC# FIBR, LOT# SLI, END CUST PO# WS08066

| Item | Material number <br> Qty  UOM | Description <br> Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498287 <br> Catalog No.: <br> Customer Material No.: <br> Customer Line No.: <br> 2  PCE | 2F PFAN LCUDUP/SCUPC  6.5M <br> 0458RTPEAE6006 <br> N0069638 / NT0X97EAE6 <br> 1 <br> 46.29  USD | 1  PCE | 92.58 |

Merchandise Total                                        92.58

**PAY THIS AMOUNT**                                      92.58
AMOUNTS ARE IN UNITED STATES DOLLAR                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth…are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71193275**          12/01/2008

| | |
|---|---|
| Order Number<br>851059 | Order Date<br>11/19/2008 |
| Delivery Note Number<br>21653172 | Delivery Date<br>12/01/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

Customer Service Contact
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08156D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040353994286 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08156D, JOB#F98IZ61 , SPEC# FIBR, LOT# SLI, END CUST PO# SBE1399260

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 498278<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1 PCE | 2F ZIP LCDUP/LCDUP 14M<br>0505RTPDDE6044<br>N0069617 / NT0X97DDE6<br>6<br>41.13 USD | 1 PCE | 41.13 |

Merchandise Total                                            41.13

**PAY THIS AMOUNT** ☞                                        41.13
AMOUNTS ARE IN UNITED STATES DOLLAR                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71198218**    12/09/2008

| | |
|---|---|
| Order Number<br>851068 | Order Date<br>11/19/2008 |
| Delivery Note Number<br>21661878 | Delivery Date<br>12/09/2008 |
| Customer Service Contact<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08157D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040348113308 | UPS GROUND | 22 LBR /10 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08157D, JOB# N53ZXRJ, SPEC# FIBR, LOT# SLI, END CUST PO# WS08069

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498280<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>2  PCE | 2F PFAN SCPC/SCPC  20M<br>3939RTPDSE6002<br>N0069630 / NT0X97DSE6<br>2<br>64.80  USD | 1  PCE | 129.60 |
| 000020 | 498281<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4  PCE | 2F PFAN LCUDUP/SCUPC 15M<br>0458RTPEAE6007<br>N0069638 / NT0X97EAE6<br>3<br>61.63  USD | 1  PCE | 246.52 |

Merchandise Total                                376.12

**PAY THIS AMOUNT**                              376.12
AMOUNTS ARE IN UNITED STATES DOLLAR              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71193277**   12/01/2008

| | |
|---|---|
| **Order Number** 851074 | **Order Date** 11/19/2008 |
| **Delivery Note Number** 21653657 | **Delivery Date** 12/01/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08158D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040347895743 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08158D, JOB# N53ZYN9, SPEC# FIBR, LOT# SLI, END CUST PO# WS08069

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 498283 Catalog No.: Customer Material No.: Customer Line No.: 2 PCE | 2F PFAN LCUDUP/SCUPC 10M 0458RTPEAE6008 N0069638 / NT0X97EAE6 4 52.60 USD | 1 PCE | 105.20 |

Merchandise Total                                                                          105.20

**PAY THIS AMOUNT**                                                                         105.20
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71194256**          12/02/2008

| Order Number | Order Date |
|---|---|
| 851074 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21655915 | 12/02/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08158D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040377920739 | UPS GROUND | 20 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08158D, JOB# N53ZYN9 , SPEC# FIBR, LOT# SLI, END CUST PO# WS08069

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498282 | 2F PFAN SCPC/SCPC  40M | | |
| | Catalog No.: | 3939RTPDSE6003 | | |
| | Customer Material No.: | N0069630 / NT0X97DSE6 | | |
| | Customer Line No.: | 3 | | |
| | 2  PCE | 101.81  USD | 1  PCE | 203.62 |

Merchandise Total                                                             203.62

**PAY THIS AMOUNT** ☞                                                        203.62
AMOUNTS ARE IN UNITED STATES DOLLAR                                           USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth…are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges  (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1¼% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 16% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71194260**                12/02/2008

| | |
|---|---|
| **Order Number** 851080 | **Order Date** 11/19/2008 |
| **Delivery Note Number** 21656887 | **Delivery Date** 12/02/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08159D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040370378188 | UPS GROUND | 10 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08159D, JOB# N62NFGA, SPEC# FIBR, LOT# SLI, END CUST PO#WS08064

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 498285 Catalog No.: Customer Material No.: Customer Line No.: 8 PCE | 1F PSFC LCUPC/SCUPC  6.5M 0258RTPEFE6005 N0069643 / NT0X97EFE6 2 14.52  USD | 1 PCE | 116.16 |
| 000030 | 498286 Catalog No.: Customer Material No.: Customer Line No.: 8 PCE | 2F PZIP SCUPC/SCPC  25M 3958RTPEN00227 N0008413 / NT0X97EN 3 64.07  USD | 1 PCE | 512.56 |

Merchandise Total                                628.72

**PAY THIS AMOUNT** ☞                            628.72
**AMOUNTS ARE IN UNITED STATES DOLLAR**          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71194259**      12/02/2008

| Order Number | Order Date |
|---|---|
| 851218 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21656879 | 12/02/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08161D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040378459157 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08161D, JOB#QA01NK9 , SPEC# FIBR, LOT# SLI, END CUST PO# PUSA-08-07

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 498273 | 2F PZIP SCUPC/SCPC 36M | | |
| | Catalog No.: | 3958RTPEN00119 | | |
| | Customer Material No.: | N0008413 / NT0X97EN | | |
| | Customer Line No.: | 4 | | |
| | 4 PCE | 83.82 USD | 1 PCE | 335.28 |

Merchandise Total                                             335.28

**PAY THIS AMOUNT**                                          335.28
AMOUNTS ARE IN UNITED STATES DOLLAR                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.