# EXHIBIT B-6

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71195896**          12/04/2008

| Order Number | Order Date |
|---|---|
| 851218 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21658825 | 12/04/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08161D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040346996994 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08161D, JOB#QA01NK9 , SPEC# FIBR, LOT# SLI, END CUST PO# PUSA-08-07

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 461323 | 1F PSFC LCUPC/SCUPC 6M | | |
| | Catalog No.: | 0258RTPEFE6004 | | |
| | Customer Material No.: | N0069643 / NT0X97EFE6 | | |
| | Customer Line No.: | 3 | | |
| | 4 PCE | 14.39 USD | 1 PCE | 57.56 |

Merchandise Total                                                                 57.56

**PAY THIS AMOUNT**                                                               57.56
AMOUNTS ARE IN UNITED STATES DOLLAR                                               USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71192302**   11/26/2008

| | |
|---|---|
| **Bill-to party**<br>19470<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO Box 280510<br>NASHVILLE TN 37228 | **Order Number** 851223<br>**Order Date** 11/19/2008<br>**Delivery Note Number** 21653108<br>**Delivery Date** 11/26/2008<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 |
| | **Remit Payment To**<br>CORNING CABLE SYSTEMS LLC<br>PO BOX 101269<br>ATLANTA, GA 30392-1269 |
| **Ship-to address**<br>203028<br>NORTEL NETWORKS<br>4001 E.CHAPEL HILL NELSON PKWY<br>RTP<br>DURHAM NC 27709 | |

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08162D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040348058824 | UPS GROUND | 4 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08162D, JOB#QA01NN3 , SPEC# FIBR, LOT# SLI, END CUST PO# PUSA-08-07

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498274<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>8 PCE | 2F RZIP LCUDUP/LCUDUP  27.5M<br>0404RTPCXE6012<br>N0069611 / NT0X97CXE6<br>1<br>40.64 USD | 1 PCE | 325.12 |

Merchandise Total                                                        325.12

**PAY THIS AMOUNT**                                                          325.12
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 2

Invoice
**71198941**          12/10/2008

| | |
|---|---|
| Order Number<br>855734 | Order Date<br>12/01/2008 |
| Delivery Note Number<br>21663148 | Delivery Date<br>12/10/2008 |
| Customer Service Contact<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08165D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1Z84E52E0371067304 | UPS GROUND | 15 LBR /7 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

COR0014505
COR0014506
COR0014507
COR0014508
COR0014509

PO# DDW08165D, JOB# F98JT11 , SPEC# FIBR, LOT# SLI, END CUST PO# 8500012709

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 499887<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4 PCE | 2F RZIP LCUDUP/LCUDUP  45M<br>0404RTPCX00185<br>B0262881 / NT0X97CX<br>10<br>45.12  USD | 1 PCE | 180.48 |
| 000030 | 499910<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4 PCE | 2F RZIP LCUDUP/LCUDUP  40M<br>0404RTPCX00184<br>B0262881 / NT0X97CX<br>11<br>43.84  USD | 1 PCE | 175.36 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71198941**

12/10/2008

Page
2 / 2

| | |
|---|---:|
| Merchandise Total | 355.84 |
| **PAY THIS AMOUNT** | 355.84 |
| AMOUNTS ARE IN UNITED STATES DOLLAR | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page 1 / 2

## Invoice

71200860                    12/12/2008

| | |
|---|---|
| Order Number | Order Date |
| 859200 | 12/08/2008 |
| Delivery Note Number | Delivery Date |
| 21666042 | 12/12/2008 |
| Customer Service Contact | |
| Ms. Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

Purchase Order Number
DDW08168D
Customer Contact
SAID MEDINA
800-694-2228

**Ship-to address**
203028
NORTEL NETWORKS
ATTN: LARRY RIGSBEE
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier    UPS GROUND
Bill of Lading     NA
Tracking           1ZRW57040354809322

**Requirements**
Payment Terms:         NET 45 DAYS
Delivery Terms:        ORIGIN COLLECT
Gross weight:                    4 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
ATTN: AT&T, PO# DDW08168D, JOB# H5E117 , SPEC# FIBR, LOT# SLI,

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 500957 | | 2F ZIP SCUPC/SCUPC 24M | | |
| | Catalog No.: | | 5858RTPDME6013 | | |
| | Customer Material No.: | | N0069625 / NT0X97DME6 | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 2 PCE | 36.15 USD | 1 PCE | 72.30 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

## Invoice
71200860

12/12/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000020 | 500958 | | 2F ZIP SCUPC/SCUPC  25M | | |
| | Catalog No.: | | 5858RTPDME6014 | | |
| | Customer Material No.: | | N0069625 / NT0X97DME6 | | |
| | Customer Line No.: | | 7 | | |
| | Marking: | | | | |
| | | 2 PCE | 36.41 USD | 1 PCE | 72.82 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                                            145.12
Freight Charges Total                                          0.00

Pay this Amount $                                            145.12
**AMOUNTS ARE IN United States Dollar**                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1%% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18%% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
1 / 2

## Invoice

71201594        12/15/2008

| Order Number | Order Date |
| --- | --- |
| 804300 | 08/13/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21665827 | 12/15/2008 |

**Customer Service Contact**
Ms. Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Purchase Order Number**
4503215558
**Customer Contact**
800-684-2228

**Ship-to address**
203009
NORTEL NETWORKS/ PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD#3
MISSISSAUGA,-ONTARIO ON   L5T 2W7
CANADA

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**   UPS INTL STANDARD
**Bill of Lading**    NA
**Tracking**          1Z84E52E6870773065

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN 3RD PARTY
Gross weight:                  2 LBR

DO NOT CONSOLIDATE SHIPMENTS.   ONLY 1 ORDER PER AIRBILL.

Mark For:
   Nortel Net.PO#4503215558, Cust#614898, CustOrder#1001899293 CustPO# N57105

   Corning Cable Systems GST# 86720 0560 RT0001
   Corning Cable Systems PST# 1380-4383 - ONTARIO(ON)
   GST# R867200560
   QST#: 10-16618973

**Currency** USD

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

**Invoice**
71201594                                    12/15/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 400294 | | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS | | |
| | Catalog No.: | | QFMRS-TT5C | | |
| | Customer Material No.: | | N0180197 | | |
| | Marking: | | | | |
| | | 2 PCE | 540.00 USD | 1 PCE | 1,080.00 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8517.69.0000 | | |

Merchandise Total                                                1,080.00
Freight Charges Total                                                0.00

Pay this Amount $                                                1,080.00
**AMOUNTS ARE IN United States Dollar**                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or seller's order confirmation and quotation forms, including but not limited to such terms of payment; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
1 / 2

## Invoice
71202636                    12/17/2008

| | |
|---|---|
| Order Number | Order Date |
| 850674 | 11/18/2008 |
| Delivery Note Number | Delivery Date |
| 21669044 | 12/17/2008 |
| Customer Service Contact | |
| Ms. Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN 37228

Purchase Order Number
DDW08149D
Customer Contact

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier    UPS GROUND
Bill of Lading     N/A
Tracking           1ZRW57040371286552

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN COLLECT
Gross weight:           10 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
PO# DDW08149D, JOB#QA01GF , SPEC# FIBR, LOT# SLI, END CUST PO# 1538454

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000120 | 491925 | | 2F ZIP LCDUP/LCDUP 7.5M | | |
| | Catalog No.: | | 0505RTPDDE6032 | | |
| | Customer Material No.: | | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | | 11 | | |
| | Marking: | | | | |
| | | 10 PCE | 37.36 USD | 1 PCE | 373.60 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

**Invoice**

71202636                                    12/17/2008

| | |
|---|---|
| Merchandise Total | 373.60 |
| Freight Charges Total | 0.00 |
| Pay this Amount $ | 373.60 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1%% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18%% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page 1 / 2

## Invoice
**71202637**            12/17/2008

| | |
|---|---|
| Order Number<br>803824 | Order Date<br>08/12/2008 |
| Delivery Note Number<br>21669210 | Delivery Date<br>12/17/2008 |
| Customer Service Contact<br>Ms. Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN 37228

Purchase Order Number
4503213761
Customer Contact

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier   UPS GROUND
Bill of Lading    NA
Tracking          1Z84E52E0370593103

**Requirements**
Payment Terms:        NET 45 DAYS
Delivery Terms:       ORIGIN COLLECT
Gross weight:         2 LBR

DO NOT CONSOLIDATE SHIPMENTS.   ONLY 1 ORDER PER AIRBILL.

Mark For:
   Nortel Net.PO#4503213761, Cust#614898, Order#1001899289, CustPO# N57102

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.: QFMRS-TT5C<br>Customer Material No.: N0180197<br>Marking: | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS | | | |
| | | 2 PCE | 540.00 USD | 1 PCE | 1,080.00 |
| | Country of origin: MX | | | | |
| | Tariff number: 8517.69.0000 | | | | |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

**Invoice**

71202637                              12/17/2008

| | |
|---|---|
| Merchandise Total | 1,080.00 |
| Freight Charges Total | 0.00 |
| Pay this Amount $ | 1,080.00 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.