# EXHIBIT B-7

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice

### 71202638

12/17/2008

| Order Number | Order Date |
|---|---|
| 851080 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21669506 | 12/17/2008 |
| **Customer Service Contact** | |
| Ms. Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN   37228

**Purchase Order Number**
DDW08159D
**Customer Contact**

800-604-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC   27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**     UPS GROUND
**Bill of Lading**
**Tracking**          1ZRW57040378243059

**Requirements**
Payment Terms:              NET 45 DAYS
Delivery Terms:             ORIGIN COLLECT
Gross weight:                     8 LBR

DO NOT CONSOLIDATE SHIPMENTS.   ONLY 1 ORDER PER AIRBILL.

Mark For:
PO# DDW08159D, JOB# N62NFGA, SPEC# FIBR, LOT# SLI, END CUST PO#WS08064

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 498284 | | 1F PSFC LCPC/SCPC  6.5M | | |
| | Catalog No.: | | 0339RTPEJ00022 | | |
| | Customer Material No.: | | N0008409 / NT0X97EJ | | |
| | Customer Line No.: | | 1 | | |
| | Marking: | | | | |
| | | 8 PCE | 12.83 USD | 1 PCE | 102.64 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Invoice**

**71202638**

12/17/2008

| Page |
| 2 / 2 |

| | |
|---|---|
| Merchandise Total | 102.64 |
| Freight Charges Total | 0.00 |
| | |
| Pay this Amount $ | 102.64 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice

### 71202639

12/17/2008

| | |
|---|---|
| **Order Number** | **Order Date** |
| 851223 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21669647 | 12/17/2008 |
| **Customer Service Contact** | |
| Ms. Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Purchase Order Number**
DDW08162D
**Customer Contact**

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**   UPS GROUND
**Bill of Lading**   NA
**Tracking**   1ZRW57040372756604

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN COLLECT
Gross weight:              4 LBR

---

DO NOT CONSOLIDATE SHIPMENTS.   ONLY 1 ORDER PER AIRBILL.

Mark For:
PO# DDW08162D, JOB#QA01NN3 , SPEC# FIBR, LOT# SLI, END CUST PO# PUSA-08-07

---

| ITEM# | MATNUM | | | | |
|---|---|---|---|---|---|
| | | **UOM** | **Unit Price** | **Price Unit** | **Extended Price** |
| 000020 | 498275 | | 2F ZIP LCUDUP/SCPC   24.5M | | |
| | Catalog No.: | | 0539RTPDFE6037 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 3 | | |
| | Marking: | | | | |
| | | 4 PCE | 38.44 USD | 1 PCE | 153.76 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

**Invoice**

**71202639**

12/17/2008

| | |
|---|---:|
| Merchandise Total | 153.76 |
| Freight Charges Total | 0.00 |
| Pay this Amount $ | 153.76 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department  (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice

### 71203696

12/18/2008

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Order Number**
851218
**Delivery Note Number**
21671186
**Customer Service Contact**
Ms. Delicia Lemus
Tel.: +1 828 901-5871

**Order Date**
11/19/2008
**Delivery Date**
12/18/2008

**Purchase Order Number**
DDW08161D
**Customer Contact**

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

800-684-2228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**  UPS GROUND
**Bill of Lading**  NA
**Tracking**  1Z84E52E0372774815

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN COLLECT
Gross weight:                4 LBR

---

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

---

Mark For:

PO# DDW08161D, JOB#QA01NK9 , SPEC# FIBR, LOT# SLI, END CUST PO# PUSA-08-07

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 466508<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>Marking: | 1F PSFC LCPC/SCPC  6M<br>0339RTPEJ00006<br>N0008409 / NT0X97EJ<br>2 | | | |
| | | 4 PCE<br>Country of origin:<br>Tariff number: | 12.74 USD<br>MX<br>8544.70.0000 | 1 PCE | 50.96 |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

| Page |
|---|
| 2 / 2 |

**Invoice**

**71203696**

12/18/2008

| | |
|---|---|
| Merchandise Total | 50.96 |
| Freight Charges Total | 0.00 |
| Pay this Amount $ | 50.96 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Invoice**

**71204071**                                    12/19/2008

| | |
|---|---|
| **Order Number** | **Order Date** |
| 851204 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21671602 | 12/19/2008 |
| **Customer Service Contact** | |
| Ms. Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN   37228

**Purchase Order Number**
DDW08163D
**Customer Contact**

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC   27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**    UPS GROUND
**Bill of Lading**     NA
**Tracking**           1Z84E52E0371879642

**Requirements**
Payment Terms:           NET 45 DAYS
Delivery Terms:          ORIGIN COLLECT
Gross weight:                  28 LBR

DO NOT CONSOLIDATE SHIPMENTS.   ONLY 1 ORDER PER AIRBILL.

    COR0014515
    COR0014516
    COR0014517
    COR0014518
    COR0014519
    COR0014520
    COR0014521

Mark For:
    PO# DDW08163D, JOB#QA01NN5 , SPEC# FIBR, LOT# SLI, END CUST PO# PUSA-08-07

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice

### 71204071

12/19/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|-------|--------|-----|-----------|------------|----------------|
| 000010 | 461323 | 1F | PSFC LCUPC/SCUPC   6M | | |
| | Catalog No.: | | 0258RTPEFE6004 | | |
| | Customer Material No.: | | N0069643 / NT0X97EFE6 | | |
| | Customer Line No.: | | 1 | | |
| | Marking: | | | | |
| | | 8 PCE | 14.39 USD | 1 PCE | 115.12 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000020 | 498266 | 1F | PSFC LCPC/SCPC   6M | | |
| | Catalog No.: | | 0339RTPEJE6002 | | |
| | Customer Material No.: | | N0069646 / NT0X97EJE6 | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 8 PCE | 12.74 USD | 1 PCE | 101.92 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000030 | 498267 | 2F | PZIP SCUPC/SCPC   8M | | |
| | Catalog No.: | | 3958RTPENE6010 | | |
| | Customer Material No.: | | N0069650 / NT0X97ENE6 | | |
| | Customer Line No.: | | 3 | | |
| | Marking: | | | | |
| | | 8 PCE | 33.55 USD | 1 PCE | 268.40 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000040 | 498268 | 2F | ZIP LCDUP/LCDUP   47M | | |
| | Catalog No.: | | 0505RTPDDE6045 | | |
| | Customer Material No.: | | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | | 5 | | |
| | Marking: | | | | |
| | | 4 PCE | 60.29 USD | 1 PCE | 241.16 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

| | | |
|---|---|---|
| Merchandise Total | | 726.60 |
| Freight Charges Total | | 0.00 |
| Pay this Amount $ | | 726.60 |
| AMOUNTS ARE IN United States Dollar | | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

## Invoice

### 71207941

12/31/2008

| Order Number | Order Date |
|---|---|
| 851007 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21674831 | 12/31/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Purchase Order Number**
DDW08154D
**Customer Contact**

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

800-684-2228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**    CON WAY SOUTHERN EXPRESS
**Bill of Lading**     3000086711
**Tracking**           551147866

**Requirements**
Payment Terms:              NET 45 DAYS
Delivery Terms:             ORIGIN COLLECT
Gross weight:                   82 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
    PO# DDW08154D, JOB#QA01NG , SPEC# FIBR, LOT# SLI, END CUST PO# NIWM111756

| ITEM# | MATNUM | | | | |
|---|---|---|---|---|---|
| | | **UOM** | **Unit Price** | **Price Unit** | **Extended Price** |
| 000010 | 498296 | | .2F ZIP LCDUP/SCPC  36M | | |
| | Catalog No.: | | 0539RTPDFE6025 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 1 | | |
| | Marking: | | | | |
| | | 2 PCE | 41.43 USD | 1 PCE | 82.86 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

| Page | |
|------|---|
| 2 / | 4 |

**Invoice**

**71207941**

12/31/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|-------|--------|-----|------------|------------|----------------|
| 000020 | 498304 | | 2F ZIP LCDUP/SCPC  66M | | |
| | Catalog No.: | | 0539RTPDFE6030 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 4 | | |
| | Marking: | | | | |
| | | 2 PCE | 49.23 USD | 1 PCE | 98.46 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000030 | 498303 | | 2F ZIP LCDUP/SCPC  37M | | |
| | Catalog No.: | | 0539RTPDFE6026 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 5 | | |
| | Marking: | | | | |
| | | 4 PCE | 41.69 USD | 1 PCE | 166.76 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000040 | 498306 | | 2F ZIP LCDUP/SCPC  65M | | |
| | Catalog No.: | | 0539RTPDFE6029 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 6 | | |
| | Marking: | | | | |
| | | 4 PCE | 48.97 USD | 1 PCE | 195.88 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000050 | 498307 | | 2F ZIP LCDUP/SCPC  38M | | |
| | Catalog No.: | | 0539RTPDFE6027 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 7 | | |
| | Marking: | | | | |
| | | 4 PCE | 41.95 USD | 1 PCE | 167.80 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000060 | 498308 | | 2F ZIP LCDUP/SCPC  64M | | |
| | Catalog No.: | | 0539RTPDFE6028 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 8 | | |
| | Marking: | | | | |
| | | 4 PCE | 48.71 USD | 1 PCE | 194.84 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice
### 71207941

12/31/2008

| ITEM# | MATNUM | | | | |
|---|---|---|---|---|---|
| | | UOM | Unit Price | Price Unit | Extended Price |
| 000070 | 498301 | | 2F ZIP LCUDUP/SCUPC 36M | | |
| | Catalog No.: | | 0458RTPCTE6068 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 9 | | |
| | Marking: | | | | |
| | | 5 PCE | 35.78 USD | 1 PCE | 178.90 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000080 | 498309 | | 2F ZIP LCUDUP/SCUPC 66M | | |
| | Catalog No.: | | 0458RTPCTE6073 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 10 | | |
| | Marking: | | | | |
| | | 5 PCE | 43.46 USD | 1 PCE | 217.30 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000090 | 498310 | | 2F ZIP LCUDUP/SCUPC 37M | | |
| | Catalog No.: | | 0458RTPCTE6069 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 11 | | |
| | Marking: | | | | |
| | | 10 PCE | 36.04 USD | 1 PCE | 360.40 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000100 | 498705 | | 2F ZIP LCUDUP/SCUPC 65M | | |
| | Catalog No.: | | 0458RTPCTE6072 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 12 | | |
| | Marking: | | | | |
| | | 10 PCE | 43.20 USD | 1 PCE | 432.00 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000110 | 498704 | | 2F ZIP LCUDUP/SCUPC 38M | | |
| | Catalog No.: | | 0458RTPCTE6070 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 13 | | |
| | Marking: | | | | |
| | | 16 PCE | 36.29 USD | 1 PCE | 580.64 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems



# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice

### 71207941

12/31/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|-------|--------|-----|-----------|-----------|----------------|
| 000120 | 498690 | | 2F ZIP LCUDUP/SCUPC    64M | | |
| | Catalog No.: | | 0458RTPCTE6071 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 14 | | |
| | Marking: | | | | |
| | | 16  PCE | 42.95  USD | 1  PCE | 687.20 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

| | |
|---|---:|
| Merchandise Total | 3,363.04 |
| Freight Charges Total | 0.00 |
| Pay this Amount $ | 3,363.04 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to Buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Invoice**

Page
1 / 3

## 71207942                    12/31/2008

| | |
|---|---|
| **Order Number** 851016 | **Order Date** 11/19/2008 |
| **Delivery Note Number** 21674832 | **Delivery Date** 12/31/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Purchase Order Number**
DDW08155D
**Customer Contact**

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**   CON WAY SOUTHERN EXPRESS
**Bill of Lading**   3000086694
**Tracking**

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN COLLECT
Gross weight:               49 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
    PO# DDW08155D, JOB#QA01NG1 , SPEC# FIBR, LOT# SLI, END CUST PO# NIWM111756

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 498295 | | 2F ZIP LCDUP/SCPC  27M | | |
| | Catalog No.: | | 0539RTPDFE6031 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 1 | | |
| | Marking: | | | | |
| | | 2 PCE | 39.09 USD | 1 PCE | 78.18 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

## Invoice
### 71207942

12/31/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|-------|--------|-----|------------|------------|----------------|
| 000020 | 498296 | | .2F ZIP LCDUP/SCPC 36M | | |
| | Catalog No.: | | 0539RTPDFE6025 | | |
| | Customer Material No.: | | N0069619 / NT0X97DPE6 | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 2 PCE | 41.43 USD | 1 PCE | 82.86 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000030 | 498297 | | 2F ZIP LCDUP/SCPC 39M | | |
| | Catalog No.: | | 0539RTPDFE6032 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 3 | | |
| | Marking: | | | | |
| | | 4 PCE | 42.21 USD | 1 PCE | 168.84 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000040 | 498298 | | 2F ZIP LCDUP/SCPC 48M | | |
| | Catalog No.: | | 0539RTPDFE6033 | | |
| | Customer Material No.: | | N0069619 / NT0X97DPE6 | | |
| | Customer Line No.: | | 4 | | |
| | Marking: | | | | |
| | | 4 PCE | 44.55 USD | 1 PCE | 178.20 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000060 | 498301 | | 2F ZIP LCUDUP/SCUPC 36M | | |
| | Catalog No.: | | 0458RTPCTE6068 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 6 | | |
| | Marking: | | | | |
| | | 5 PCE | 35.78 USD | 1 PCE | 178.90 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000070 | 498302 | | 2F ZIP LCUDUP/SCUPC 39M | | |
| | Catalog No.: | | 0458RTPCTE6075 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 7 | | |
| | Marking: | | | | |
| | | 16 PCE | 36.55 USD | 1 PCE | 584.80 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

| Page |
|------|
| 3 / 3 |

**Invoice**

**71207942**

12/31/2008

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|-------|--------|-----|-----------|-----------|----------------|
| 000080 | 498305 | | 2F ZIP LCUDUP/SCUPC | 48M | |
| | Catalog No.: | | 0458RTPCTE6076 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 8 | | |
| | Marking: | | | | |
| | | 16 PCE | 38.85 USD | 1 PCE | 621.60 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                                                      1,893.38
Freight Charges Total                                                      0.00

Pay this Amount $                                                      1,893.38
**AMOUNTS ARE IN United States Dollar**                                   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department  (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

**Corning Cable Systems**
P O Box 489
Hickory, NC 28603-0489
(828) 901-5000

## Invoice

### 71208200

01/02/2009

| | |
|---|---|
| **Order Number** 851059 | **Order Date** 11/19/2008 |
| **Delivery Note Number** 21674833 | **Delivery Date** 01/02/2009 |
| **Customer Service Contact** Ms. Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN   37228

**Purchase Order Number**
DDW08156D
**Customer Contact**

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC   27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Freight Carrier**   UPS GROUND
**Bill of Lading**   N/A
**Tracking**   1Z84E52E0372412072

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN COLLECT
Gross weight:               12 LBR

---

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

---

Mark For:

PO# DDW08156D, JOB#F98IZ61 , SPEC# FIBR, LOT# SLI, END CUST PO# SBE1399260

---

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 498276 Catalog No.: Customer Material No.: Customer Line No.: Marking: | 2F ZIP LCDUP/SCPC   13M 0539RTPDFE6036 N0069619 / NT0X97DFE6 4 | | | |
| | 2 PCE Country of origin: Tariff number: | | 35.45 USD MX 8544.70.0000 | 1 PCE | 70.90 |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

## Invoice

### 71208200

01/02/2009

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|-------|--------|-----|-----------|------------|----------------|
| 000020 | 498277 | | 2F ZIP LCUDUP/SCPC  7M | | |
| | Catalog No.: | | 0539RTPDFE6034 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 5 | | |
| | Marking: | | | | |
| | | 8  PCE | 33.89 USD | 1  PCE | 271.12 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000040 | 498279 | | 2F ZIP LCUDUP/SCPC  11M | | |
| | Catalog No.: | | 0539RTPDFE6035 | | |
| | Customer Material No.: | | N0069619 / NT0X97DFE6 | | |
| | Customer Line No.: | | 7 | | |
| | Marking: | | | | |
| | | 2  PCE | 34.93 USD | 1  PCE | 69.86 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                                                411.88
Freight Charges Total                                              0.00

Pay this Amount $                                                411.88
AMOUNTS ARE IN United States Dollar                                USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payment; to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.