# EXHIBIT B-8

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
1 / 2

## Invoice
71208201                                01/02/2009

| | |
|---|---|
| Order Number<br>851211 | Order Date<br>11/19/2008 |
| Delivery Note Number<br>21674834 | Delivery Date<br>01/02/2009 |
| Customer Service Contact<br>Ms. Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

Purchase Order Number
DDW08160D
Customer Contact

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier   UPS GROUND
Bill of Lading    N/A
Tracking          1Z84E52E0372377889

**Requirements**
Payment Terms:         NET 45 DAYS
Delivery Terms:        ORIGIN COLLECT
Gross weight:               34 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
  PO# DDW08160D, JOB#QA01NG2 , SPEC# FIBR, LOT# SLI, END CUST PO#NIWM111756

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 498269<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>Marking:<br>Country of origin:<br>Tariff number: | 2F ZIP LCDUP/SCPC  25M<br>0539RTPDF00198<br>B0263106 / NT0X97DF<br>1<br>4 PCE<br>MX<br>8544.70.0000 | 42.53 USD | 1 PCE | 170.12 |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page 2 / 2

**Invoice**
71208201

01/02/2009

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000020 | 498270 | | 2F ZIP LCDUP/SCPC 30M | | |
| | Catalog No.: | | 0539RTPDF00199 | | |
| | Customer Material No.: | | B0263106 / NT0X97DF | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 4 PCE | 45.43 USD | 1 PCE | 181.72 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000030 | 498271 | | 2F ZIP LCUDUP/SCUPC 25M | | |
| | Catalog No.: | | 0458RTPCTE6077 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 3 | | |
| | Marking: | | | | |
| | | 13 PCE | 32.97 USD | 1 PCE | 428.61 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000040 | 498272 | | 2F ZIP LCUDUP/SCUPC 30M | | |
| | Catalog No.: | | 0458RTPCTE6078 | | |
| | Customer Material No.: | | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | | 4 | | |
| | Marking: | | | | |
| | | 13 PCE | 34.25 USD | 1 PCE | 445.25 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                                                                 1,225.70
Freight Charges Total                                                                 0.00

Pay this Amount $                                                                 1,225.70
AMOUNTS ARE IN United States Dollar                                                     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
1 / 2

## Invoice
71208202                                          01/02/2009

| | |
|---|---|
| Order Number<br>855752 | Order Date<br>12/01/2008 |
| Delivery Note Number<br>21674835 | Delivery Date<br>01/02/2009 |
| Customer Service Contact<br>Ms. Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN 37228

Purchase Order Number
DDW08166D
Customer Contact

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier    UPS GROUND
Bill of Lading     N/A
Tracking           1Z84E52E0370007344

Requirements
Payment Terms:              NET 45 DAYS
Delivery Terms:             ORIGIN COLLECT
Gross weight:               21 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
PO# DDW08166D, JOB#N62NFF3 , SPEC# FIBR, LOT# SLI, END CUST PO# WS08066

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 499904 | | 2F PZIP SCUPC/SCPC 30M | | |
| | Catalog No.: | | 3958RTPEN00205 | | |
| | Customer Material No.: | | N0008413 / NT0X97EN | | |
| | Customer Line No.: | | 3 | | |
| | Marking: | | | | |
| | | 7 PCE | 73.05 USD | 1 PCE | 511.35 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

**Invoice**
**71208202**

01/02/2009

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000020 | 423167 | | 1F PSFC LCPC/SCPC   20F | | |
| | Catalog No.: | | 033901K2841020F | | |
| | Customer Material No.: | | A0522062 | | |
| | Customer Line No.: | | 1 | | |
| | Marking: | | | | |
| | | 7 PCE | 20.10 USD | 1 PCE | 140.70 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000030 | 357872 | | 1F P2.0 LCUPC/SCUPC   20F | | |
| | Catalog No.: | | 025801R2831020F | | |
| | Customer Material No.: | | A0522064 | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 7 PCE | 20.40 USD | 1 PCE | 142.80 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                                                              794.85
Freight Charges Total                                                            0.00

Pay this Amount $                                                              794.85
**AMOUNTS ARE IN United States Dollar**                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 26603-0489
(828) 901-5000

Page
1 / 2

## Invoice
71208203                                  01/02/2009

| Order Number | Order Date |
|---|---|
| 855769 | 12/01/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21674836 | 01/02/2009 |
| **Customer Service Contact** | |
| Ms. Delicia Lenus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Purchase Order Number**
DDW08167D
**Customer Contact**

800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier   UPS GROUND
Bill of Lading    N/A
Tracking          1Z84E52E0370118984

**Requirements**
Payment Terms:       NET 45 DAYS
Delivery Terms:      ORIGIN COLLECT
Gross weight:        21 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Mark For:
PO# DDW08167D, JOB# N53ZXTG, SPEC# FIBR, LOT# SLI, END CUST PO# WS08066

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 499885 | | 2F PZIP SCUPC/SCPC 29M | | |
| | Catalog No.: | | 3958RTPENE6011 | | |
| | Customer Material No.: | | N0069650 / NT0X97ENE6 | | |
| | Customer Line No.: | | 3 | | |
| | Marking: | | | | |
| | | 7 PCE | 71.23 USD | 1 PCE | 498.61 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page 2 / 2

## Invoice
**71208203**    01/02/2009

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000020 | 357872 | | 1F P2.0 LCUPC/SCUPC   20F | | |
| | Catalog No.: | | 025801R2831020F | | |
| | Customer Material No.: | | A0522064 | | |
| | Customer Line No.: | | 1 | | |
| | Marking: | | | | |
| | | 7 PCE | 20.40 USD | 1 PCE | 142.80 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |
| 000030 | 423167 | | 1F PSFC LCPC/SCPC   20F | | |
| | Catalog No.: | | 033901K2841020F | | |
| | Customer Material No.: | | A0522062 | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 7 PCE | 20.10 USD | 1 PCE | 140.70 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                              782.11
Freight Charges Total                            0.00

Pay this Amount $                              782.11
**AMOUNTS ARE IN United States Dollar**         USD

Corning Cable Systems
This Invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by Law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page 1 / 2

## Invoice
71209192                    01/06/2009

| | |
|---|---|
| Order Number | Order Date |
| 856220 | 12/02/2008 |
| Delivery Note Number | Delivery Date |
| 21676023 | 01/06/2009 |
| Customer Service Contact | |
| Ms. Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN   37228

**Purchase Order Number**
DDW08164D
**Customer Contact**
800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC   27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA   30392-1269

Freight Carrier    UPS GROUND
Bill of Lading     NA
Tracking           1Z84E52E0370190137

**Requirements**
Payment Terms:          NET 45 DAYS
Delivery Terms:         ORIGIN COLLECT
Gross weight:                16 LBR

---

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

COR0004810
COR0004811
COR0004812
COR0004813

Mark For:
PO# DDW08164D, JOB#QA01M2 , SPEC# FIBR, LOT# SLI, END CUST PO# NPWO113739

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000030 | 500005 | | 2F ZIP SCDUP/SCDUP  29M ROHS | | |
| | Catalog No.: | | 37K5757NT-029M-RH | | |
| | Customer Material No.: | | N0079384 / NTTC66BZE6 | | |
| | Customer Line No.: | | 2 | | |
| | Marking: | | | | |
| | | 4 PCE | 36.31 USD | 1 PCE | 145.24 |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

| Page |
|---|
| 2 / 2 |

## Invoice
### 71209192

01/06/2009

| | | | | | |
|---|---|---|---|---|---|
| 000040 | Country of origin:<br>Tariff number:<br>500006<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>Marking:<br>  8 PCE | | MX<br>8544.70.0000<br>2F ZIP SCDUP/SCDUP  32M  ROHS<br>37K5757NT-032M-RH<br>N0079384 / NTTC66BZE6<br>3<br>38.31 USD | 1 PCE | 306.48 |
| 000050 | Country of origin:<br>Tariff number:<br>500015<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>Marking:<br>  4 PCE | | MX<br>8544.70.0000<br>2F ZIP SCDUP/SCDUP  5M  ROHS<br>37K5757NT-005M-RH<br>N0079384 / NTTC66BZE6<br>4<br>20.33 USD | 1 PCE | 81.32 |
| | Country of origin:<br>Tariff number: | | MX<br>8544.70.0000 | | |

Merchandise Total                                      533.04
Freight Charges Total                                    0.00

Pay this Amount $                                      533.04
**AMOUNTS ARE IN United States Dollar**                   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
configuration and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1%% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page 1 / 2

## Invoice

**71209770**  01/07/2009

| | |
|---|---|
| **Order Number** 859714 | **Order Date** 12/09/2008 |
| **Delivery Note Number** 21677252 | **Delivery Date** 01/07/2009 |
| **Customer Service Contact** Ms. Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

**Purchase Order Number**
4503630765
**Customer Contact**
800-684-2228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier   CON WAY SOUTHERN EXPRESS
Bill of Lading    3000087184
Tracking          551148555

**Requirements**
Payment Terms:    NET 45 DAYS
Delivery Terms:   ORIGIN COLLECT
Gross weight:     22 LBR

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Mark For:
NORTEL PO# 4503630765

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 396240 | | FIBER SLACK STORAGE 17" W/ 40 CASSETTES | | |
| | Catalog No.: | | FSS-040 | | |
| | Customer Material No.: | | N0139672 | | |
| | Marking: | | | | |
| | | 22 PCE | 410.99 USD | 1 PCE | 9,041.78 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8517.69.0000 | | |

Corning Cable Systems

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828)901-5000

Page 2 / 2

**Invoice**

71209770        01/07/2009

| | |
|---|---:|
| Merchandise Total | 9,041.78 |
| Freight Charges Total | 0.00 |
| Pay this Amount $ | 9,041.78 |
| **AMOUNTS ARE IN United States Dollar** | USD |

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
1 / 2

## Invoice
71210963                                           01/08/2009

| | |
|---|---|
| Order Number | Order Date |
| 855734 | 12/01/2008 |
| Delivery Note Number | Delivery Date |
| 21677885 | 01/08/2009 |

Bill-to party
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

Customer Service Contact
Delicia Lemus
Tel.: +1 828 901-5871

Purchase Order Number
DDW08165D
Customer Contact
800-684-2228

Ship-to address
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier    UPS GROUND
Bill of Lading     NA
Tracking           1ZRW57040349360816

Requirements
Payment Terms:        NET 45 DAYS
Delivery Terms:       ORIGIN COLLECT
Gross weight:             4 LBR

---

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.   COR0016168   L  10 -40

Mark For:
PO# DDW08165D, JOB# F98JT11 , SPEC# FIBR, LOT# SLI, END CUST PO# 8500012709

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 499886 | | 2F ZIP LCDUP/LCDUP  45M | | |
| | Catalog No.: | | 0505RTPDDE6047 | | |
| | Customer Material No.: | | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | | 9 | | |
| | Marking: | | | | |
| | | 2 PCE | 59.13 USD | 1 PCE | 118.26 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 469
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

**Invoice**
71210963

01/08/2009

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000040 | 499903 | | 2F ZIP LCDUP/LCDUP 40M | | |
| | Catalog No.: | | 0505RTPDDE6046 | | |
| | Customer Material No.: | | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | | 12 | | |
| | Marking: | | | | |
| | | 2 PCE | 56.23 USD | 1 PCE | 112.46 |
| | Country of origin: | | MX | | |
| | Tariff number: | | 8544.70.0000 | | |

Merchandise Total                                             230.72
Freight Charges Total                                           0.00

Pay this Amount $                                             230.72
**AMOUNTS ARE IN United States Dollar**                         USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order
confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment
set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight
charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be
subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL
PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate
permitted by law.

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
1 / 2

## Invoice

71212558                                01/12/2009

| | |
|---|---|
| Order Number<br>856220 | Order Date<br>12/02/2008 |
| Delivery Note Number<br>21679437 | Delivery Date<br>01/12/2009 |

Bill-to party
19470
NORTEL NETWORKS
PO Box 280510
NASHVILLE TN  37228

Customer Service Contact
Ms. Delicia Lemus
Tel.: +1 828 901-5871

Purchase Order Number
DDW08164D
Customer Contact
800-684-2228

Ship-to address
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

Remit Payment To
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

Freight Carrier   UPS GROUND
Bill of Lading    N/A
Tracking          1Z84E52E0370111221

Requirements
Payment Terms:      NET 45 DAYS
Delivery Terms:     ORIGIN COLLECT
Gross weight:              5 LBR

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

COR0004814
COR0004815

Mark For:
PO# DDW08164D, JOB#QA01M2 , SPEC# FIBR, LOT# SLI, END CUST PO# NPWO113739

| ITEM# | MATNUM | UOM | Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|---|
| 000010 | 500012<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>Marking:<br>Country of origin: | 2F ZIP LCUDUP/SCPC  17M<br>0539RTPDFE6038<br>N0069619 / NT0X97DFE6<br>1<br>4 PCE<br>MX | 36.49 USD | 1 PCE | 145.96 |

Corning Cable Systems

# CORNING

Corning Cable Systems
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

Page
2 / 2

**Invoice**

71212558

01/12/2009

| | | | | |
|---|---|---|---|---|
| 000020 | Tariff number: | 8544.70.0000 | | |
| | 500013 | 2F ZIP LCDUP/LCDUP   3M | | |
| | Catalog No.: | 0505RTPDDE6048 | | |
| | Customer Material No.: | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | 5 | | |
| | Marking: | | | |
| | 1 PCE | 34.74 USD | 1 PCE | 34.74 |
| | Country of origin: | MX | | |
| | Tariff number: | 8544.70.0000 | | |

Merchandise Total 180.70
Freight Charges Total 0.00

Pay this Amount $ 180.70
**AMOUNTS ARE IN United States Dollar** USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Repeat printout

Page 1 / 1

Invoice
**71190453**           11/24/2008

| Order Number | Order Date |
|---|---|
| 843931 | 11/03/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21647248 | 11/24/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08143D | NET 45 DAYS | ORIGIN COLLECT | 8004 - KELLER |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| 29X24X7 / 540NPODD08143D | 1Z7510340374038471 | UPS GROUND | 39 LBR /18 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

AT&T PO# DDW08143D, JOB#QA01G6 , SPEC# 996, LOT# SLI, END CUST PO#1538454

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 392337<br>Catalog No.:<br>Customer Material No.:<br>2 PCE | 23-IN MTG GRID   303-1045<br>A0349477<br>N0138385<br>593.08  USD | 1  PCE | 1,186.16 |

Merchandise Total                                                                    1,186.16

**PAY THIS AMOUNT >**
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                              1,186.16
                                                                                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1¼% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 15% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.