# EXHIBIT B-9

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71130900**          09/03/2008

| | |
|---|---|
| **Order Number**<br>813057 | **Order Date**<br>08/29/2008 |
| **Delivery Note Number**<br>21569505 | **Delivery Date**<br>09/03/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503300868 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040352142911 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503300868, Cust# 100016442, Cust Order# 1001878634 Cust PO# NIWM100522

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 321855<br>Catalog No.:<br>Customer Material No.:<br>2 PCE | OPTICAL PATCHCORD, LC-SC, SM, DUPLEX. 1M<br>370458NT07-001M<br>NTTC53BA<br>11.11 USD | 1 PCE | 22.22 |

Merchandise Total                                         22.22

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**                   22.22
                                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by the date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71137864**      09/11/2008

| | |
|---|---|
| **Order Number**<br>813766<br>**Delivery Note Number**<br>21578123<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/02/2008<br>**Delivery Date**<br>09/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203013
BELL CANADA BELMONT
ATTN: RICHARD POULTER/EXPERTECH
671 RUE DE LA GAUCHETIERE O
MONTREAL-QUEBEC QC  H3B 2M8
CANADA

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503320502 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57056871689566 | UPS INTL STANDARD | 22 LBR /10 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Bell Canada.PO# 4503320502, Cust# 14898, Cust Order#1001919576 Cust PO# 1001907330

GST/HST #86720 0560 RT0001
QST #1021357762 TQ0001

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 350225<br>Catalog No.:<br>Customer Material No.:<br>2  PCE | 12F MIC LCUPC/XXX   78M<br>000212R81BD078M<br>N0058734<br>276.48  USD | 1  PCE | 552.96 |

Merchandise Total                                                                                           552.96

**PAY THIS AMOUNT** ☞                                                                                552.96
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth . are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71142940**        09/18/2008

| | |
|---|---|
| **Order Number** 813753 **Delivery Note Number** 21585095 **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | **Order Date** 09/02/2008 **Delivery Date** 09/18/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
204456
BELL CANADA
ATTN: TERESU EU/ EXPERTECH
4171 SHEPPARD AVE EAST
TORONTO ON  M1S 1T4
CANADA

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503320535 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57056870340844 | UPS INTL STANDARD | 24 LBR /11 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Bell Canada.PO#4503320535, Cust#614898, Cust Order#1001919587 Cust PO# 1001907331

GST/HST #86720 0560 RT0001

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 350225 Catalog No.: Customer Material No.: 2 PCE | 12F MIC LCUPC/XXX   78M 000212R81BD078M N0058734 276.48 USD | 1 PCE | 552.96 |

Merchandise Total                                                                 552.96

**PAY THIS AMOUNT** ☞                                                       552.96
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71135583**          09/09/2008

| Page |
|---|
| 1 / 1 |

| **Order Number** | **Order Date** |
|---|---|
| 815246 | 09/04/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21575209 | 09/09/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503324565 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040348995802 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503324565

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389811 | 1F SFC SCUPC/STUPC   30M | | |
| | Catalog No.: | 586101R3131030M | | |
| | Customer Material No.: | A0766270 | | |
| | 2  PCE | 17.47  USD | 1  PCE | 34.94 |

Merchandise Total                                                                        34.94

**PAY THIS AMOUNT** ☞                                                          34.94
**AMOUNTS ARE IN UNITED STATES DOLLAR**                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71149780**          09/26/2008

| | |
|---|---|
| **Order Number**<br>817388<br>**Delivery Note Number**<br>21594511<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/10/2008<br>**Delivery Date**<br>09/26/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503345377 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040353982879 | UPS GROUND | 40 LBR /18 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503345377

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>2 PCE | FDC CMH W/12 SC CER PANELS<br>FDC-CMH-E43C<br>A0884249<br>10<br>1,033.77 USD | 1 PCE | 2,067.54 |

Merchandise Total                    2,067.54

**PAY THIS AMOUNT** ☞                    2,067.54
**AMOUNTS ARE IN UNITED STATES DOLLAR**                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71161091**     10/11/2008

| | |
|---|---|
| **Order Number**<br>817505<br>**Delivery Note Number**<br>21608796<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/10/2008<br>**Delivery Date**<br>10/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD#3
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503351023 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57056843306576 | UPS INTL STANDARD | 8 LBR /4 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

NORTEL.PO# 4503351023, Cust# 627595, Cust Order# 1001926902 CUST PO# N70507

GST/HST #86720 0560 RT0001

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.:<br>Customer Material No.:<br>4  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS<br>QFMRS-TT5C<br>N0180197<br>540.00  USD | 1  PCE | 2,160.00 |

Merchandise Total

2,160.00

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

2,160.00
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71138990**          09/12/2008

| | |
|---|---|
| **Order Number** 817556 **Delivery Note Number** 21579699 **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | **Order Date** 09/10/2008 **Delivery Date** 09/12/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503351672 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040371324340 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL.PO# 4503351672, CUST# 640932, ORDER#1001928023, CUST PO# JCO39790

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 427739 Catalog No.: Customer Material No.: 2 PCE | 2F ZIP LCDUP/LCDUP 8M 0505RTPDDE6-008M NT0X97DDE6 37.65 USD | 1 PCE | 75.30 |

Merchandise Total                                                                                                   75.30

**PAY THIS AMOUNT** ☞                                                                                        75.30
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM, In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71144987**     09/22/2008

| | |
|---|---|
| **Order Number**<br>819884<br>**Delivery Note Number**<br>21589422<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/15/2008<br>**Delivery Date**<br>09/22/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503363200 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040376199254 | UPS GROUND | 19 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503363200, Cust# 100040013, Custo Order# 1001885280, Cust PO# VA8PZ2U7

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395967<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | FDC CMH W/12 SC CER 6F PNLS<br>FDC-CMH-723C<br>A0805053<br>633.86 USD | 1 PCE | 633.86 |

Merchandise Total                                                                                          633.86

**PAY THIS AMOUNT** ☞                                                                               633.86
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts nor paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161095**          10/11/2008

| | |
|---|---|
| **Order Number**<br>819869<br>**Delivery Note Number**<br>21608801<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/15/2008<br>**Delivery Date**<br>10/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503367104 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight | |
|---|---|---|---|---|
| NA | 1ZRW57056845822362 | UPS INTL STANDARD | 4 LBR /2 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503367104, Cust# 627595, Cust Order# 1001926908, Cust PO# N70422

GST/HST #86720 0560 RT0001

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.:<br>Customer Material No.:<br>2  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS<br>QFMRS-TT5C<br>N0180197<br>540.00  USD | 1  PCE | 1,080.00 |

Merchandise Total                                                                                           1,080.00

**PAY THIS AMOUNT** ☞                                                                                1,080.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payment: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71161096**

Page
1 / 1

10/11/2008

| | |
|---|---|
| **Order Number** 819872 **Delivery Note Number** 21608802 **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | **Order Date** 09/15/2008 **Delivery Date** 10/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503367521 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57056840999413 | UPS INTL STANDARD | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503367521, Cust# 627595, Cust Order# 1001926920, Cust PO# N70419

GST/HST #86720 0560 RT0001

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294 Catalog No.: Customer Material No.: 1  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS QFMRS-TT5C N0180197 540.00  USD | 1  PCE | 540.00 |

Merchandise Total

540.00

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

540.00
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161097**          10/11/2008

| **Order Number**<br>819876 | | **Order Date**<br>09/15/2008 |
|---|---|---|
| **Delivery Note Number**<br>21608803 | | **Delivery Date**<br>10/11/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA, ONTARIO ON  L5T 2W7
CANADA

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503367811 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57056850596704 | UPS INTL STANDARD | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503367811, Cust# 627595, Cust Order# 1001926919, Cust PO# N70430

GST/HST #86720 0560 RT0001

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS<br>QFMRS-TT5C<br>N0180197<br>540.00 USD | 1 PCE | 540.00 |

| | | |
|---|---|---|
| Merchandise Total | | 540.00 |

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

540.00
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161098**          10/11/2008

| | |
|---|---|
| **Order Number**<br>819878<br>**Delivery Note Number**<br>21608804<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/15/2008<br>**Delivery Date**<br>10/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503370509 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57056850357936 | UPS INTL STANDARD | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503370509, Cust# 627595, Cust Order# 1001926926, Cust PO# N70437

GST/HST #86720 0560 RT0001

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.:<br>Customer Material No.:<br>2  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS<br>QFMRS-TT5C<br>N0180197<br>540.00  USD | 1  PCE | 1,080.00 |

Merchandise Total                                                                                    1,080.00

**PAY THIS AMOUNT** ☞                                                                             1,080.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth . are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges  (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE of 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161099**

**10/11/2008**

| | |
|---|---|
| **Order Number** 819855 | **Order Date** 09/15/2008 |
| **Delivery Note Number** 21608854 | **Delivery Date** 10/11/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503373026 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
|---|---|---|---|---|
| NA | 1ZRW57056850258294 | UPS INTL STANDARD | 2 LBR /1 KGM | |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503373026, Cust# 627595, Cust Order# 1001926924, Cust PO# N70447

GST/HST #86720 0560 RT0001

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 400294 Catalog No.: Customer Material No.: 3  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS QFMRS-TT5C N0180197 540.00  USD | 1  PCE | 1,620.00 |

Merchandise Total

1,620.00

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

1,620.00
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments. to wit (a) all terms of payment set forth., are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice in buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161092**      **10/11/2008**

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

**Order Number**
819862
**Delivery Note Number**
21608797
**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Order Date**
09/15/2008
**Delivery Date**
10/11/2008

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503373209 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57056851826114 | UPS INTL STANDARD | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503373209, Cust# 627595, Cust Order# 1001926892, Cust PO# N70450

GST/HST #86720 0560 RT0001

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294 Catalog No.: Customer Material No.: 1 PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS QFMRS-TT5C N0180197 540.00 USD | 1 PCE | 540.00 |

Merchandise Total                540.00

**PAY THIS AMOUNT ☞**
**AMOUNTS ARE IN UNITED STATES DOLLAR**
540.00
USD

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161093**          10/11/2008

| **Order Number** | **Order Date** |
|---|---|
| 819863 | 09/15/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21608799 | 10/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON L5T 2W7
CANADA

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503373327 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57056851860345 | UPS INTL STANDARD | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503373327, Cust# 627595, Cust Order# 1001926937, Cust PO# N70453

GST/HST #86720 0560 RT0001

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294 Catalog No.: Customer Material No.: 4 PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS QFMRS-TT5C N0180197 540.00 USD | 1 PCE | 2,160.00 |

| | | |
|---|---|---|
| Merchandise Total | | 2,160.00 |

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

2,160.00
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to set [a] all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161094**          10/11/2008

| | |
|---|---|
| **Order Number**<br>819865<br>**Delivery Note Number**<br>21608800<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/15/2008<br>**Delivery Date**<br>10/11/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203009
NORTEL NETWORKS/PLANT 5300
KUEHNE + NAGEL INTERNATIONAL LTD.
6335 EDWARDS BLVD
MISSISSAUGA,-ONTARIO ON  L5T 2W7
CANADA

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | | **Plant** |
|---|---|---|---|---|
| 4503374143 | NET 45 DAYS | ORIGIN 3RD PARTY | | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
|---|---|---|---|---|
| NA | 1ZRW57050442125624 | UPS INTL STANDARD | 2 LBR /1 KGM | |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503374143, Cust# 627595, Cust Order# 1001926877, End Cust PO# N70491

GST/HST #86720 0560 RT0001

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 400294<br>Catalog No.:<br>Customer Material No.:<br>1  PCE | FMS RIGHT STD MOD, 12 SCUPC CER/12 PGTLS<br>QFMRS-TT5C<br>N0180197<br>540.00  USD | 1  PCE | 540.00 |

Merchandise Total                                                                                        540.00

**PAY THIS AMOUNT** ☞                                                                          540.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                         USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71170994**    **10/27/2008**

| Order Number | Order Date |
|---|---|
| 823537 | 09/23/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21623416 | 10/27/2008 |
| **Customer Service Contact** | |
| Dalicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503389287 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040353236327 | UPS GROUND | 19 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503389287, Cust # 614898, Cust Order#1001925423, End Cust PO# N69602

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970 | FDC CMH W/12 SC CER PANELS | | |
| | Catalog No.: | FDC-CMH-E43C | | |
| | Customer Material No.: | A0884249 | | |
| | 1 PCE | 1,033.17 USD | 1 PCE | 1,033.17 |

Merchandise Total

1,033.17

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

1,033.17
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71154152**

**10/02/2008**

| | |
|---|---|
| **Order Number**<br>824392<br>**Delivery Note Number**<br>21601132<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/24/2008<br>**Delivery Date**<br>10/02/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503394276 | NET 45 DAYS | ORIGIN COLLECT | 8004 - KELLER |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| N/A | 1Z7510340377179046 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503394276, Cust# 100040660, Cust Order# 1001936696 End Cust PO#4503394276

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 393421<br>Catalog No.:<br>Customer Material No.:<br>1 PK | 45 DEGREE BOOT CLIPS LC 50<br>BOOTCLIP-45-50<br>BOOTCLIP-45-50<br>20.50 USD | 1 PK | 20.50 |

Merchandise Total

20.50

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

20.50
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 1

Invoice
**71161511**        **10/13/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 823544 | 09/23/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21611438 | 10/13/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101259
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503429517 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 3000076220 | 394202712 | CONWAY FREIGHT DEFERRED | 176 LBR /80 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503389287

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 395970 Catalog No.: Customer Material No.: | FDC CMH W/12 SC CER PANELS FDC-CMH-E43C A0884249 | | |
| | 6  PCE | 1,033.17  USD | 1  PCE | 6,199.02 |

Merchandise Total

6,199.02

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

6,199.02
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71152325**          09/30/2008

| | |
|---|---|
| **Order Number**<br>823839<br>**Delivery Note Number**<br>21597810<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>09/23/2008<br>**Delivery Date**<br>09/30/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203016
NORTEL NETWORKS/ SAP PLT. 7200
10205 N.W. 108TH AVENUE
MIAMI FL 33178

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503431000 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040347694488 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.  PO :4503431000

Nortel. PO# 4503431000, Cust# 100009635, Cust Order# 1001941951, End Cust PO# D343186

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 489716<br>Catalog No.:<br>Customer Material No.:<br>8  PCE | 1F 2.0 LCUPC/FCUPC  13M ROHS<br>37R0254NT-013M-RH<br>NTTC50CGE6<br>13.94  USD | 1  PCE | 111.52 |

Merchandise Total                                                                                                    111.52

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                         111.52
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.