# EXHIBIT B-10

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71159486**          **10/09/2008**

| | |
|---|---|
| **Order Number**<br>824401 | **Order Date**<br>09/24/2008 |
| **Delivery Note Number**<br>21599795 | **Delivery Date**<br>10/09/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503432176 | NET 45 DAYS | DEST 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040376299619 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel PO# 4503432176, Cust# 100040491, Cust Order# 1001943450 End Cust PO#5359

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 383886<br>Catalog No.:<br>Customer Material No.:<br>4 PCE | 1F SFC SCA326/SCUPC 30M<br>445801R3131030M<br>A0766943<br>23.92 USD | 1 PCE | 95.68 |

Merchandise Total                                                                                      95.68

**PAY THIS AMOUNT** ☞                                                                             95.68
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71151258**           09/29/2008

| | |
|---|---|
| **Bill-to party**<br>19470<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO Box 280510<br>NASHVILLE TN 37228 | **Order Number**<br>824107<br>**Delivery Note Number**<br>21596639<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871     **Order Date**<br>09/24/2008<br>**Delivery Date**<br>09/29/2008 |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203061
EVANS TRUCKING & STOR./VERIZON WIRELESS
ATTN. ROB PEARLY
PH: 908-203-4877
251 INDUSTRIAL PKWY
NORTH BRANCH NJ 08876

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503434795 | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040346846824 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Evans Trucking.PO#4503434795, Cust#100034906, Cust Order# 1001939022, End Cust PO#1001737917

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 314153<br>Catalog No.:<br>Customer Material No.:<br>**10 PCE** | 1F 2.0 LCUPC/SCUPC   10M<br>37R0258NT-10M-RH<br>NTTC50BFE6<br>**12.42 USD** | 1 PCE | 124.20 |

Merchandise Total                                                                                        124.20
State/Country Sales Tax                                                                                     8.69

**PAY THIS AMOUNT ☞**                                                                                 132.89
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth., are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice so buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71153282**          **10/01/2008**

| **Order Number** 825680 | **Order Date** 09/26/2008 |
|---|---|
| **Delivery Note Number** 21596886 | **Delivery Date** 10/01/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503440509 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| 1ZX676710350508387 | 1ZX676710350508387 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503440509, Cust# 100028452, Cust Order# 1001946458 End Cust PO# U99061

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212 Catalog No.: Customer Material No.: 12 PK | SPLICE PACK GREEN 25/PK 900-90 A0295150 A0887679 16.58 USD | 1 PK | 198.96 |

Merchandise Total

198.96

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

198.96
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71162505**          **10/14/2008**

| | |
|---|---|
| **Order Number**<br>825680 | **Order Date**<br>09/26/2008 |
| **Delivery Note Number**<br>21611808 | **Delivery Date**<br>10/14/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503440509 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040377770615 | UPS GROUND | 72 LBR /33 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel.PO# 4503440509, Cust# 100028452, Cust Order# 1001946458 End Cust PO# U99061

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 351822<br>Catalog No.:<br>Customer Material No.:<br>12 PCE | 12F MIC SCUPC/XXX   50M<br>005812R81NF050M<br>N0161100<br>166.37 USD | 1 PCE | 1,996.44 |

Merchandise Total                                                                                           1,996.44

**PAY THIS AMOUNT** ☞                                                                          1,996.44
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by their date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71153284**     **10/01/2008**

| **Order Number** 825684 | **Order Date** 09/26/2008 |
|---|---|
| **Delivery Note Number** 21596888 | **Delivery Date** 10/01/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503440515 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| 1ZX676710350172990 | 1ZX676710350172990 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NortelPO# 4503440515, Cust# 100028452, Cust Order# 1001946460 End Cust PO# U99062

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212 Catalog No.: Customer Material No.: | SPLICE PACK GREEN 25/PK 900-90 A0295150 A0295150 | | |
| | 12  PK | 16.58  USD | 1  PK | 198.96 |

Merchandise Total

198.96

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

198.96
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71161510**        10/13/2008

| | |
|---|---|
| **Order Number** | **Order Date** |
| 825684 | 09/26/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21611346 | 10/13/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503440515 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW5704037227284 | UPS GROUND | 60 LBR /27 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.   cor0016786
cor0016784
cor0016785

NortelPO# 4503440515, Cust# 100028452, Cust Order# 1001946460 End Cust PO# U99062

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 351822 Catalog No.: Customer Material No.: 12 PCE | 12F MIC SCUPC/XXX   50M 005812R81NF050M N0161100 166.37 USD | 1 PCE | 1,996.44 |

Merchandise Total                                                                      1,996.44

**PAY THIS AMOUNT** ☞                                                          1,996.44
**AMOUNTS ARE IN UNITED STATES DOLLAR**                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71153281**     10/01/2008

**Order Number**
825671
**Delivery Note Number**
21596884
**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Order Date**
09/26/2008
**Delivery Date**
10/01/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS/ SAP PLT. 1600
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503440522 | NET 45 DAYS | ORIGIN COLLECT | 8011 - HICKORY |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 1ZX676710349579045 | 1ZX676710349579045 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NortelPO# 4503440522, Cust# 100028452, Cust Order# 1001946462 End
Cust PO# U99062

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 322212<br>Catalog No.:<br>Customer Material No.:<br>12  PK | SPLICE PACK GREEN 25/PK 900-90<br>A0295150<br>A0887679<br>16.58  USD | 1  PK | 198.96 |

Merchandise Total

198.96

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

198.96
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71190455**        **11/24/2008**

**Order Number**
849382
**Delivery Note Number**
21647390
**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Order Date**
11/14/2008
**Delivery Date**
11/24/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503573272 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040346745488 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503573272

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 428893<br>Catalog No.:<br>Customer Material No.:<br>1 PCE | 2F ZIP LCUDUP/LCUDUP  7M ROHS<br>37R040401VN-007MRH<br>NTTC53AEV6<br>19.70 USD | 1 PCE | 19.70 |

Merchandise Total

19.70

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

19.70
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all forms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71195895**          **12/04/2008**

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

| **Order Number** | **Order Date** |
|---|---|
| 851388 | 11/19/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21655078 | 12/04/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503586134 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| N/A | 1Z84E52E0370039408 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

COR21655078
COR0014493

NORTEL PO# 4503586134

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 388801<br>Catalog No.:<br>Customer Material No.:<br>12 PCE | 2F RIB SCDUP/MTRJ   10M<br>5797A7792NT010M<br>NTN458BC<br>31.60 USD | 1 PCE | 379.20 |

| Merchandise Total | 379.20 |
|---|---|

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

379.20
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71193274**      **12/01/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 851789 | 11/20/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21653090 | 12/01/2008 |
| **Customer Service Contact** | |
| Delicia Lomus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503588865 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** | |
|---|---|---|---|---|
| N/A | 1Z84E52E0372470938 | UPS GROUND | 1 LBR /0 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

NORTEL PO# 4503588865

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 383884<br>Catalog No.:<br>Customer Material No.:<br>    2  PCE | 1F SFC SCA326/SCUPC  15M<br>   445801R3131015M<br>   A0866743<br>19.49  USD | 1  PCE | 38.98 |

Merchandise Total
38.98

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**
38.98
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit [a] all terms of payment set forth. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. [c] Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71193276**          **12/01/2008**

| **Order Number** 854388 | **Order Date** 11/25/2008 |
|---|---|
| **Delivery Note Number** 21653176 | **Delivery Date** 12/01/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503601325 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| | 1ZRW57040351990935 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel PO# 4503601325

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 428891 Catalog No.: Customer Material No.: 12 PCE | 2F ZIP LCUDUP/LCUDUP  3M ROHS 37R040401VN-003MRH NTTC53ACV6 21.00  USD | 1 PCE | 252.00 |

Merchandise Total                                                                                    252.00

**PAY THIS AMOUNT** ☞                                                                      252.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71194254**          12/02/2008

| | |
|---|---|
| **Order Number**<br>855059 | **Order Date**<br>11/26/2008 |
| **Delivery Note Number**<br>21655764 | **Delivery Date**<br>12/02/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503604705 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040353969410 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# 4503604705

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389808<br>Catalog No.:<br>Customer Material No.:<br>2 PCE | 1F SFC SCUPC/STUPC 15M<br>586101R3131015M<br>A0775357<br>13.04 USD | 1 PCE | 26.08 |

Merchandise Total

26.08

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

26.08
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71197860**    **12/08/2008**

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Order Number | Order Date |
|---|---|
| 856215 | 12/02/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21660651 | 12/08/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| 4503607565 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040353910562 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel PO#4503607565

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 389808<br>Catalog No.:<br>Customer Material No.:<br>4  PCE | 1F SFC SCUPC/STUPC  15M<br>586101R3131015M<br>A0775357<br>13.04  USD | 1  PCE | 52.16 |

Merchandise Total

52.16

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

52.16
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71198943**      **12/10/2008**

**Order Number**
859805
**Delivery Note Number**
21663976
**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Order Date**
12/09/2008
**Delivery Date**
12/10/2008

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| 4503631761 | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight | |
|---|---|---|---|---|
| NA | 1ZRW57040378634225 | UPS GROUND | 2 LBR /1 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Nortel PO# 4503631761

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 383884 Catalog No.: Customer Material No.: 6 PCE | 1F SFC SCA326/SCUPC 15M 445801R3131015M A0866743 19.49 USD | 1 PCE | 116.94 |

Merchandise Total                                                                    116.94

**PAY THIS AMOUNT** ☞                                                            116.94
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM, in no event, however, shall the rate of finance charge exceed the highest rate permitted by law;

# CORNING

**REMIT PAYMENT TO:**    CORNING CABLE SYSTEMS LLC
PO BOX 101269

# INVOICE

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

ATLANTA, GA
30392-1269

## CUSTOMER'S COPY

| | |
|---|---|
| **B**  11300002 | **S**  13300002    0032 |
| **I**  NORTEL NETWORKS | **H**  NORTEL NETWORKS |
| **L**  ACCOUNTS PAYABLE | **I**  ATTN: LARRY HIGHBEE |
| **L**  PO BOX 280510 | **P**  4001 E.CHAPEL HILL NELSON PKWY |
| **T**  NASHVILLE TN  37228-0510 | **RTP** |
| **O** | **T**  DURHAM NC  27709 |
| | **O** |

| | |
|---|---|
| **M** | ***************************************** |
| **A** | THIS CREDIT EXPIRES 6 MONTHS FROM INVOICE |
| **R** | DATE.  PLEASE EXPEDITE PROCESSING. |
| **K** | ***************************************** |
| **F** | |
| **O** | |
| **R** | |

| PAYMENT TERM | SALES PERSON | INV. DATE | INV. NUMBER |
|---|---|---|---|
| FULL PAYMENT DUE WITHIN 45 DAYS OF INVOICE DATE | DELICIA LEMUS | 3/19/08 | 7441022 |

| CORNING ORDER NO. | RELEASE NO. | CUSTOMER ORDER NUMBER | FREIGHT TERMS | SHIP DATE | CARRIER |
|---|---|---|---|---|---|
| CR38881 | 001 | DDW078690 | FOB ORGN/FR COLL | 3/19/08 | SEE BELOW |

| LINE# ITEM ID | ITEM DESCRIPTION | QTY | U/M | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 00010505RTPOD00046 | 2F ZIP LCDUP/LCDUP 3<br>M | 2.00 | EA | 34.7400 | 69.48- |

N0069617 / NTOX97DDE6

INVOICE NUMBER: 7438316
INVOICE DATE: 03/06/08
CCS ORDER NUMBER:    DQ91278
CREDIT MEMO:ISSUED FOR LOST SHIPMENT
INQUIRIES CALL 828-901-5871

AMOUNTS ARE IN U.S. DOLLARS
***************SHIPPING INSTRUCTIONS*********************
TOTAL WEIGHT 0 - 100 LBS:    SHIP VIA UPS GROUND & BILL
                            ACCOUNT# 90V908
TOTAL WEIGHT ABOVE 100 LBS:  SHIP VIA CONWAY AND BILL
                            COLLECT
IF DIMS EXCEED UPS, PLEASE SHIP CONWAY.
IF SHIPMENT EXCEEDS 12 SKIDS OR 5000 POUNDS, PLEASE CALL
CSR FOR SHIPPING INSTRUCTIONS (NANCY VARGAS X5472)
TOTAL WEIGHT OF EACH PACKAGE SHOULD NOT EXCEED 40LBS.
TOTAL WEIGHT OF EACH PALLET SHOULD NOT EXCEED 1600 LBS.
***************SPECIAL INSTRUCTIONS*********************
**THE FOLLOWING NUMBER MUST BE REFERENCED IN THE SHIPPER'S
REFERENCE FIELD ON THE BILL OF LADING:  540NPODDW0      D
**3S AND P2 LABELS REQUIRED ON ALL PACKAGES.
**MARK ALL PACKAGES AND PAPERWORK  WITH THE FOLLOWING:
PO# DOWO      D, JOB#      , SPEC# FIBR, LOT# SLI
**WEIGHTS AND DIMENSIONS MUST BE NOTED ON THE PACKING SLIP
FOR EACH PALLET/BOX/CARTON OF EACH INDIVIDUAL SHIPMENT.
**PLEASE PUT PACKING SLIP INSIDE AND OUTSIDE OF THE BOX.
****COR000XXXXX LABEL REQUIRED ON EACH MASTERBOX, LABEL MUST
BE VISABLE. PLEASE PUT COR000XXXXX NUMBER ON THE AS400,

SUB TOTAL:

| BILL OF LADING | WEIGHT | FREIGHT CHARGES | CITY/LOCAL SALES TAX | COUNTY/REGION SALES TAX | STATE/COUNTRY SALES TAX |
|---|---|---|---|---|---|
| | | | | | |

| VAT SUMMARY VALUE | RATE | VAT |
|---|---|---|

## PAY THIS AMOUNT $ ☞

This invoice is subject to these terms and conditions of sale as priced on the reverse side hereof and/or Seller's order acknowledgment and quotation forms, including but not limited to such terms of payment, to wit (a) all terms of payment set forth.. are subject to the approval of Seller's credit department, (b) no discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCING CHARGE OF 1 1/2% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

**REMIT PAYMENT TO:**  CORNING CABLE SYSTEMS LLC
PO BOX 101269

ATLANTA, GA
30392-1269

# INVOICE

## CUSTOMER'S COPY

B  11300002
I  NORTEL NETWORKS
L  ACCOUNTS PAYABLE
L  PO BOX 280510
   KNOXVILLE TN  37928-0510
T
O

S  11300002      0032
H  NORTEL NETWORKS
I  ATTN: LARRY RIGSBEE
P  4001 E.CHAPEL HILL NELSON PKWY
   RTP
   DURHAM NC  27709
T
O

M  ***************************************
A  THIS CREDIT EXPIRES 6 MONTHS FROM INVOICE
R  DATE.  PLEASE EXPEDITE PROCESSING.
K  ***************************************
F
O
R

| PAYMENT TERM | SALES PERSON | INV. DATE | INV. NUMBER |
|---|---|---|---|
| FULL PAYMENT DUE WITHIN 45 DAYS OF INVOICE DATE | DELICIA LEMUS | 3/19/08 | 7441022 |

| CORNING ORDER NO. | RELEASE NO. | CUSTOMER ORDER NUMBER | FREIGHT TERMS | SHIP DATE | CARRIER |
|---|---|---|---|---|---|
| CR38881 | 001 | DDW07869D | FOB ORGN/FR COLL | 3/18/08 | SEE BELOW |

| LINE# ITEM ID | ITEM DESCRIPTION | QTY | U/M | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | ALONG WITH THE LINE #'S THAT CORRESPONDS WITH THE COR000XXX NUMBER. | | | | |

SUB TOTAL:  -69.48

| BILL OF LADING | WEIGHT | FREIGHT CHARGES | CITY/LOCAL SALES TAX | COUNTY/REGION SALES TAX | STATE/COUNTRY SALES TAX |
|---|---|---|---|---|---|
| | | | | | |

VAT SUMMARY VALUE    RATE    VAT

**PAY THIS AMOUNT $** ☞    -69.48 USD

This invoice is subject to these terms and conditions of sale as printed on the reverse side hereof and/or Seller's order acknowledgment and quotation forms, including but not limited to such terms of payment: to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to A FINANCING CHARGE OF 1 1/2% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

**REMIT PAYMENT TO:**

CORNING CABLE SYSTEMS LLC
PO BOX 101269

ATLANTA, GA 30392-1269

# INVOICE

**CUSTOMER'S COPY**

| | |
|---|---|
| B<br>I<br>L<br>L<br><br>T<br>O | 11300002<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO BOX 280510<br>NASHVILLE TN 37208-0510 |

| | |
|---|---|
| S<br>H<br>I<br>P<br><br>T<br>O | 11300002    0079<br>ALLTEL<br>523 EAST JACKSON STREET<br>HARLINGEN TX 78550 |

| | |
|---|---|
| M<br>A<br>R<br>K<br><br>F<br>O<br>R | ATTN ALLTEL<br>PO# DC221033<br>JOB# QA0043 |

| PAYMENT TERM | SALES PERSON | INV. DATE | INV. NUMBER |
|---|---|---|---|
| FULL PAYMENT DUE WITHIN 45 DAYS OF INVOICE DATE | DELICIA LEMUS | 2/07/08 | 7432705 |

| CORNING ORDER NO. | RELEASE NO. | CUSTOMER ORDER NUMBER | FREIGHT TERMS | SHIP DATE | CARRIER |
|---|---|---|---|---|---|
| EQ73287 | 002 | DC221033 | FOB ORGN/3RD PTY | 2/07/08 | FEDX/P1 (AM) |

| LINE# ITEM ID | ITEM DESCRIPTION | QTY U/M | PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 00015858RTPBC-021N | 1F FSFC SCUPC/SCUPC<br>21M<br>N0008403 / NT0X97RC | 2.00EA | 19.6900 | 39.38 |
| 00023939RTPBG-021M | 1F FSFC SCFC/SCPC<br>21M<br>N0008407 / NT0X97BG | 2.00EA | 19.8900 | 39.78 |
| 00033939RTPBG-21.5M | 1F FSFC SCFC/SCPC<br>21.5M<br>N0008407 / NT0X97BG | 2.00EA | 20.1300 | 40.26 |

```
SPEC# IR AB01V / LOT# S06
END CUST PO# CIA 781507
INQUIRIES CALL 828-901-5871
*****************SHIPPING INSTRUCTIONS**********************
TOTAL WEIGHT 0 - 100 LBS:     SHIP VIA FEDEX P1/AM & BILL
                              ACCOUNT# 114186767
TOTAL WEIGHT ABOVE 101 LBS:   SHIP VIA UPS-SCS NEXT DAY &
                              BILL ACCOUNT# 00850237793.
IF DIMS EXCEED FEDEX,PLEASE SHIP UPS-SCS.
IF SHIPMENT EXCEEDS 12 SKIDS OR 5000 POUNDS, PLEASE CALL
CSR FOR SHIPPING INSTRUCTIONS (DELICIA LEMUS X5871)
TOTAL WEIGHT OF EACH PACKAGE SHOULD NOT EXCEED 40LBS.
TOTAL WEIGHT OF EACH PALLET SHOULD NOT EXCEED 1600 LBS.
****************SPECIAL INSTRUCTIONS*********************
**THE FOLLOWING NUMBER MUST BE REFERENCED IN THE SHIPPER'S
REFERENCE FIELD ON THE BILL OF LADING:  S40NPODC221033
```

**SUB TOTAL:**

| BILL OF LADING | WEIGHT | FREIGHT CHARGES | CITY/LOCAL SALES TAX | COUNTY/REGION SALES TAX | STATE/COUNTRY SALES TAX |
|---|---|---|---|---|---|
| | | | | | |

| VAT SUMMARY VALUE | RATE | VAT |
|---|---|---|

**PAY THIS AMOUNT $** ☞

This invoice is subject to those terms and conditions of sale as printed on the reverse side hereof and/or Seller's order acknowledgment and quotation forms, including but not limited to such terms of payment; to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCING CHARGE OF 1 1/2% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**REMIT PAYMENT TO:** CORNING CABLE SYSTEMS LLC
PO BOX 101269

# INVOICE

**CUSTOMER'S COPY**

**Corning Cable Systems**
P.O. Box 489
Hickory, NC 28603-0489
(828) 901-5000

ATLANTA, GA  30392-1269

| B I L L T O | 11300002<br>NORTEL NETWORKS<br>ACCOUNTS PAYABLE<br>PO BOX 280510<br>NASHVILLE TN  37228-0510 | S H I P T O | 11300002    0079<br>ALLTEL<br>521 EAST JACKSON STREET<br>HARLINGEN TX  78550<br>HARLINGEN TX  78550 |
|---|---|---|---|

M A R K F O R: ATTN ALLTEL
PO# DC221033
JOB# QA0043

| PAYMENT TERM | SALES PERSON | INV. DATE | INV. NUMBER |
|---|---|---|---|
| FULL PAYMENT DUE WITHIN 45 DAYS OF INVOICE DATE | DELICIA LEMUS | 2/07/08 | 7432705 |

| CORNING ORDER NO. | RELEASE NO. | CUSTOMER ORDER NUMBER | FREIGHT TERMS | SHIP DATE | CARRIER |
|---|---|---|---|---|---|
| EQ73287 | 002 | DC221033 | FOB ORGN/3RD PTY | 3/07/08 | FEDX/P1 (AM) |

| LINE# ITEM ID | ITEM DESCRIPTION | QTY | U/M | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | **3S AND P2 LABELS REQUIRED ON ALL PACKAGES.<br>**MARK ALL PACKAGES AND PAPERWORK  WITH THE FOLLOWING:<br>PO# DC221033 , JOB# QA0043<br>**WEIGHTS AND DIMENSIONS MUST BE NOTED ON THE PACKING SLIP<br>FOR EACH PALLET/BOX/CARTON OF EACH INDIVIDUAL SHIPMENT.<br>**PLEASE PUT PACKING SLIP INSIDE AND OUTSIDE OF THE BOX.<br>****COR000XXXX LABEL REQUIRED ON EACH MASTERBOX. LABEL MUST<br>BE VISABLE. PLEASE PUT COR000XXXX NUMBER ON THE AS400,<br>ALONG WITH THE LINE #'S THAT CORRESPONDS WITH THE COR000XXX<br>NUMBER.<br><br>AMOUNTS ARE IN U.S. DOLLARS<br>Corning Cable Systems | | | | |

SUB TOTAL: 119.42

| BILL OF LADING | WEIGHT | FREIGHT CHARGES | CITY/LOCAL SALES TAX | COUNTY/REGION SALES TAX | STATE/COUNTRY SALES TAX |
|---|---|---|---|---|---|
| 696117869613 | 4 | | | | |

VAT SUMMARY VALUE      RATE      VAT

**PAY THIS AMOUNT $ ☞**     119.42 USD

This invoice is subject to those terms and conditions of sale as printed on the reverse side hereof and/or Seller's order acknowledgment and quotation forms, including but not limited to such terms of payment, to wit (a) all terms of payment set forth... are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCING CHARGE OF 1 1/2% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71198942**        **12/10/2008**

| | |
|---|---|
| **Order Number**<br>856625<br>**Delivery Note Number**<br>21663371<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>12/02/2008<br>**Delivery Date**<br>12/10/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW07755D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040348416017 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW07755D, JOB# F98HV7 , SPEC# FIBR, LOT# SLI, END CUST PO# K05_850055

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 500284<br>Catalog No.:<br>Customer Material No.:<br>12  PCE | 2F RZIP LCUDUP/LCUDUP 12M<br>0404RTPCXE6-012M<br>N0069611 / NT0X97CXE6<br>36.67  USD | 1  PCE | 440.04 |

Merchandise Total                                                                        440.04

**PAY THIS AMOUNT** ☞                                                          440.04
**AMOUNTS ARE IN UNITED STATES DOLLAR**                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth ...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE of 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 3 |

Invoice
**71043649**          **05/26/2008**

| Order Number | Order Date |
|---|---|
| 748061 | 04/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21458061 | 05/26/2008 |
| **Customer Service Contact** | |
| Nancy Ly | |
| Tel.: +1 828 901-5472 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
ATTN LARRY RIGSBEE
RTP
4001 E CHAPEL HILL NELSON PKWY
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08061D | NET 45 DAYS | ORIGIN FREIGHT ALLOWED | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 965051944198 | FEDEX P1 AM | 37 LBR /17 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

VERIZON - PA/DDW08061D/JOB#H5A897 / SPEC#J02 FIBR LOT#SLI /CUSTPO#4501004941

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 459184<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STER/STER   8M<br>4242RTPAEE6029<br>N0069559 / NT0X97AEE6<br>1 | | |
| | 1 PCE | 53.77 USD | 1 PCE | 53.77 |
| 000020 | 459179<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STER/STER 7.5M<br>4242RTPAEE6028<br>N0069559 / NT0X97AEE6<br>2 | | |
| | 1 PCE | 53.28 USD | 1 PCE | 53.28 |
| 000030 | 459211<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN STER/STER   7M<br>4242RTPAEE6026<br>N0069559 / NT0X97AEE6<br>3 | | |
| | 1 PCE | 52.80 USD | 1 PCE | 52.80 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71043649**            05/26/2008

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|------|-------------------------|------------------------|------------|----------------|
| 000040 | 459223<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**1 PCE** | 2F FAN STER/STER 7M<br>4242RTPAEE6027<br>N0069559 / NT0X97AEE6<br>3<br>**52.80 USD** | **1 PCE** | **52.80** |
| 000050 | 459227<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: ~<br>**2 PCE** | 2F FAN STER/STER 9.5M<br>4242RTPAEE6031<br>N0069559 / NT0X97AEE6<br>4<br>**55.22 USD** | **1 PCE** | **110.44** |
| 000060 | 459205<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**2 PCE** | 2F FAN STER/STER   9M<br>4242RTPAEE6030<br>N0069559 / NT0X97AEE6<br>5<br>**54.74 USD** | **1 PCE** | **109.48** |
| 000070 | 458568<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**4 PCE** | 2F FAN STER/STER   5.5M<br>4242RTPAEE6017<br>N0069559 / NT0X97AEE6<br>6<br>**51.34 USD** | **1 PCE** | **205.36** |
| 000080 | 459193<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**4 PCE** | 2F FAN STER/STER   6M<br>4242RTPAEE6025<br>N0069559 / NT0X97AEE6<br>7<br>**51.83 USD** | **1 PCE** | **207.32** |
| 000090 | 459195<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**2 PCE** | 2F PFAN LCDUP/SCPC 6.5M<br>0539RTPDW00018<br>N0008392 / NT0X97DW<br>8<br>**44.57 USD** | **1 PCE** | **89.14** |
| 000100 | 459028<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**1 PCE** | 2F FAN LCUDUP/SCUPC 11.5M<br>0458RTPCYE6002<br>N0069612 / NT0X97CYE6<br>9<br>**41.73 USD** | **1 PCE** | **41.73** |
| 000120 | 459038<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**2 PCE** | 2F FAN LCUDUP/SCUPC   16.5M<br>0458RTPCYE6007<br>N0069612 / NT0X97CYE6<br>10<br>**42.34 USD** | **1 PCE** | **84.68** |
| 000130 | 459031<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**2 PCE** | 2F PFAN LCDUP/SCPC 7.5M<br>0539RTPDW00019<br>N0008392 / NT0X97DW<br>11<br>**46.42 USD** | **1 PCE** | **92.84** |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71043649**        05/26/2008

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|------|------|------|------|------|
| 000140 | 459032<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN SCDUP/SCDUP 6.5M<br>5757RTPAX00295<br>B0249410 / NT0X97AX<br>12 | | |
| | 4  PCE | 34.81  USD  1  PCE | 1  PCE | 139.24 |
| 000200 | 459039<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN LCUDUP/SCUPC  15.5M<br>0458RTPCYE6006<br>N0069612 / NT0X97CYE6<br>22 | | |
| | 10  PCE | 44.17  USD  1  PCE | 1  PCE | 441.70 |
| 000210 | 459043<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F FAN LCUDUP/SCUPC  10M<br>0458RTPCYE6001<br>N0069612 / NT0X97CYE6<br>23 | | |
| | 1  PCE | 40.81  USD  1  PCE | 1  PCE | 40.81 |

Merchandise Total

1,775.39

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

1,775.39
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.