# EXHIBIT B-11

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71173223**          10/29/2008

| | |
|---|---|
| **Order Number**<br>830229<br>**Delivery Note Number**<br>21626484<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>10/06/2008<br>**Delivery Date**<br>10/29/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08123D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040378943203 | UPS GROUND | 42 LBR /19 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

SPRINT, PO#DDW08123D, JOB#H5D599 , SPEC#FIBR, LOT#SLI, END CUST PO#0007794549

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 491928<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN LCDUP/SCDUP  48M<br>0557RTPESE6002<br>N0142729 / NT0X97ESE6<br>3 | | |
| | 7  PCE | 131.59  USD | 1  PCE | 921.13 |

Merchandise Total                                                            921.13

**PAY THIS AMOUNT** ☞                                                       921.13
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71169403**       10/23/2008

| | |
|---|---|
| **Order Number**<br>834009 | **Order Date**<br>10/14/2008 |
| **Delivery Note Number**<br>21622136 | **Delivery Date**<br>10/23/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08125D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 3000078183 | 394202922 COR0017065 | CONWAY FREIGHT<br>DEFERRED | 202 LBR /92 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT- PO# DDW08125D, JOB#H5D597 , SPEC# FIBR, LOT# SLI, END CUST PO# 0007799605

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 493168<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN LCUDUP/SCUPC 63M<br>0458RTPCF00141<br>B0261796 / NT0X97CF<br>1 | | |
| | 9  PCE | 109.44  USD | 1  PCE | 984.96 |

Merchandise Total                                                                                            984.96

**PAY THIS AMOUNT** ☞                                                                              984.96
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71170996**   **10/27/2008**

| | |
|---|---|
| **Order Number** 834009 | **Order Date** 10/14/2008 |
| **Delivery Note Number** 21624881 | **Delivery Date** 10/27/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08125D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 3000078679 | | CONWAY FREIGHT DEFERRED | 379 LBR /172 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT- PO# DDW08125D, JOB#H5D597 , SPEC# FIBR, LOT# SLI, END CUST PO# 0007799605

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 493272 Catalog No.: Customer Material No.: Customer Line No.: | 4F FAN LCUDUP/SCUPC 58M 0458RTPCF00140 B0261796 / NT0X97CF 2 | | |
| | 16  PCE | 104.31  USD | 1  PCE | 1,668.96 |
| 000030 | 493261 Catalog No.: Customer Material No.: Customer Line No.: | 4F FAN LCDUP/SCDUP 42.5M 0557RTPESE6003 N0142729 / NT0X97ESE6 3 | | |
| | 7  PCE | 121.96  USD | 1  PCE | 853.72 |

Merchandise Total                                                                                          2,522.68

**PAY THIS AMOUNT** ☞                                                                        2,522.68
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                               USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth . are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges  (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore snall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 2 |

Invoice
**71169402**         **10/23/2008**

| Order Number | Order Date |
|---|---|
| 834015 | 10/14/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21622095 | 10/23/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08126D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 3000078205 | | CONWAY FREIGHT DEFERRED | 654 LBR /297 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT-PO# DDW08126D, JOB#H5D600 , SPEC# FIBR, LOT# SLI, END CUST PO#0007794373

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 493170 | 4F FAN LCUDUP/SCUPC 60M | | |
| | Catalog No.: | 0458RTPCF00016 | | |
| | Customer Material No.: | B0261796 / NT0X97CF | | |
| | Customer Line No.: | 1 | | |
| | 4  PCE | 106.36  USD | 1  PCE | 425.44 |
| 000020 | 493272 | 4F FAN LCUDUP/SCUPC 58M | | |
| | Catalog No.: | 0458RTPCF00140 | | |
| | Customer Material No.: | B0261796 / NT0X97CF | | |
| | Customer Line No.: | 2 | | |
| | 24  PCE | 104.31  USD | 1  PCE | 2,503.44 |
| 000030 | 493273 | 4F FAN LCDUP/SCDUP 58M | | |
| | Catalog No.: | 0557RTPESE6004 | | |
| | Customer Material No.: | N0142729 / NT0X97ESE6 | | |
| | Customer Line No.: | 3 | | |
| | 6  PCE | 149.11  USD | 1  PCE | 894.66 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71169402**

**10/23/2008**

| Merchandise Total | 3,823.54 |
|---|---|

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

3,823.54
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face or Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71168305**      10/22/2008

| | |
|---|---|
| **Order Number**<br>834033<br>**Delivery Note Number**<br>21620492<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>10/14/2008<br>**Delivery Date**<br>10/22/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08127D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040349954630 | UPS GROUND | 5 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

QWEST--PO# DDW08127D, JOB#H5D716 , SPEC# FIBR, LOT# SLI

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 493266<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1 PCE | 2F FAN SCDUP/SCDUP 13M<br>5757RTPAX00299<br>B0249410 / NT0X97AX<br>1<br>41.12  USD | 1 PCE | 41.12 |
| 000020 | 493265<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>1 PCE | 2F FAN SCDUP/SCDUP 13M<br>5757RTPAX00300<br>B0249410 / NT0X97AX<br>1<br>41.12  USD | 1 PCE | 41.12 |

Merchandise Total

82.24

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

82.24
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth  are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71168306**     **10/22/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 834036 | 10/14/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21620493 | 10/22/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08128D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040378030985 | UPS GROUND | 6 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

BELLSOUTH-PO# DDW08128D, JOB#H5D750 , SPEC# FIBR, LOT# SLI

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 493169 | 2F FAN SCDUP/SCDUP  13.5M | | |
| | Catalog No.: | 5757RTPAX00301 | | |
| | Customer Material No.: | B0249410 / NT0X97AX | | |
| | Customer Line No.: | 1 | | |
| | 1  PCE | 41.61  USD | 1  PCE | 41.61 |
| 000020 | 493275 | 2F FAN SCDUP/SCDUP  13.50M | | |
| | Catalog No.: | 5757RTPAX00302 | | |
| | Customer Material No.: | B0249410 / NT0X97AX | | |
| | Customer Line No.: | 1 | | |
| | 1  PCE | 41.61  USD | 1  PCE | 41.61 |

| | |
|---|---|
| Merchandise Total | 83.22 |

**PAY THIS AMOUNT** ☞     83.22
**AMOUNTS ARE IN UNITED STATES DOLLAR**     USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71172007**        10/28/2008

| Order Number | Order Date |
|---|---|
| 834048 | 10/14/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21625753 | 10/28/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08129D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040376466787 | UPS GROUND | 16 LBR /7 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08129D, JOB#N50YAT , SPEC# FIBR, LOT# SLI, END CUST PO# 4500109737

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 493262<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN STMPC/STER  30M<br>4274RTPAKE6002<br>N0069563 / NT0X97AKE6<br>1 | | |
| | 4  PCE | 89.44  USD | 1  PCE | 357.76 |

Merchandise Total

357.76

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

357.76
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page 1 / 2

Invoice
**71170998**     10/27/2008

| Order Number | Order Date |
|---|---|
| 835767 | 10/16/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21624885 | 10/27/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203005
NORTEL
1407 JEFFERSON ST. 3RD FLOOR
HOUSTON TX 77002

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08133D | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 970997258948 | FEDEX P1 AM | 19 LBR /9 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

cor0016799 -linea-10,20,30,60y50-1pce

cor0016816-linea 40 y 50

NortelPO# DDW08133D, JOB#QA00LB IR, SPEC#ABLL9, LOT# S06, End Cust PO#1431897

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 493693 | 2F ZIP LCUDUP/SCUPC 43M | | |
| | Catalog No.: | 0458RTPCT2-043M | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | 1 PCE | 37.57 USD | 1 PCE | 37.57 |
| 000020 | 493693 | 2F ZIP LCUDUP/SCUPC 43M | | |
| | Catalog No.: | 0458RTPCT2-043M | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | 3 PCE | 37.57 USD | 1 PCE | 112.71 |
| 000030 | 493693 | 2F ZIP LCUDUP/SCUPC 43M | | |
| | Catalog No.: | 0458RTPCT2-043M | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | 3 PCE | 37.57 USD | 1 PCE | 112.71 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71170998**          10/27/2008

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 493695<br>Catalog No.:<br>Customer Material No.:<br>3 PCE | 2F ZIP LCUDUP/SCUPC 44M<br>0458RTPCT1-044M<br>N0069607 / NT0X97CTE6<br>37.83 USD | 1 PCE | 113.49 |
| 000050 | 493695<br>Catalog No.:<br>Customer Material No.:<br>3 PCE | 2F ZIP LCUDUP/SCUPC 44M<br>0458RTPCT1-044M<br>N0069607 / NT0X97CTE6<br>37.83 USD | 1 PCE | 113.49 |
| 000060 | 493660<br>Catalog No.:<br>Customer Material No.:<br>3 PCE | 2F ZIP LCUDUP/SCUPC 36.5M<br>0458RTPCT1-36.5M<br>N0069607 / NT0X97CTE6<br>35.91 USD | 1 PCE | 107.73 |

Merchandise Total                                                                        597.70

**PAY THIS AMOUNT** ☞                                                         597.70
**AMOUNTS ARE IN UNITED STATES DOLLAR**                              USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth . are subject to the approval of Seller's credit department, (b) no discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71176879**      11/01/2008

| **Order Number** | **Order Date** |
|---|---|
| 836796 | 10/20/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21630491 | 11/01/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08134D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |
| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
| NA | 1ZRW57040350647951 | UPS GROUND | 44 LBR /20 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT.PO# DDW08134D, JOB# H5D606 , SPEC# FIBR, LOT# SLI, END CUST PO# 0007795996

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 494243<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**4 PCE** | 4F FAN LCUDUP/SCUPC 59M<br>0458RTPCF00142<br>B0261796 / NT0X97CF<br>2<br>105.34 USD | **1 PCE** | 421.36 |

| | |
|---|---|
| Merchandise Total | 421.36 |

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

421.36
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71176880**          **11/01/2008**

| **Order Number** | **Order Date** |
|---|---|
| 836796 | 10/20/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21630494 | 11/01/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08134D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040350950391 | UPS GROUND | 36 LBR /16 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

SPRINT.PO# DDW08134D, JOB# H5D606 , SPEC# FIBR, LOT# SLI, END CUST PO# 0007795996

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| **000030** | 494244<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN LCDUP/SCDUP 75M<br>0557RTPESE6006<br>N0142729 / NT0X97ESE6<br>3 | | |
| | 3  PCE | 178.90  USD | 1  PCE | 536.70 |

Merchandise Total                                                                                                                  536.70

**PAY THIS AMOUNT ☞**
AMOUNTS ARE IN UNITED STATES DOLLAR                                                          536.70
                                                                                                                                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM, In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71176881**       **11/01/2008**

| Order Number | Order Date |
|---|---|
| 836796 | 10/20/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21630495 | 11/01/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08134D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040350201511 | UPS GROUND | 48 LBR /22 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT.PO# DDW08134D, JOB# H5D606 , SPEC# FIBR, LOT# SLI, END CUST PO# 0007795996

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 494242 | 4F FAN LCUDUP/SCUPC 75M | | |
| | Catalog No.: | 0458RTPCF00143 | | |
| | Customer Material No.: | B0261796 / NT0X97CF | | |
| | Customer Line No.: | 1 | | |
| | 4 PCE | 121.77 USD | 1 PCE | 487.08 |

Merchandise Total                                                                                      487.08

**PAY THIS AMOUNT** ☞                                                                            487.08
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payment: to wit (a) all terms of payment set forth  are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71194255**    **12/02/2008**

| | |
|---|---|
| **Order Number**<br>836796 | **Order Date**<br>10/20/2008 |
| **Delivery Note Number**<br>21655903 | **Delivery Date**<br>12/02/2008 |
| **Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08134D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040353669468 | UPS GROUND | 30 LBR /14 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT.PO# DDW08134D, JOB# H5D606 , SPEC# FIBR, LOT# SLI, END CUST PO# 0007795996

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 494245<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN LCDUP/SCDUP 59M<br>0557RTPESE6005<br>N0142729 / NT0X97ESE6<br>4 | | |
| | 3  PCE | 150.87  USD | 1  PCE | 452.61 |

Merchandise Total                                                                            452.61

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

452.61
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page

1 / 1

Invoice
**71173224**          **10/29/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 836818 | 10/20/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21626828 | 10/29/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08135D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040347928181 | UPS GROUND | 16 LBR /7 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT. PO# DDW08135D, JOB#H5D607 , SPEC#FIBR, LOT# SLI, END CUST PO# 0007799624

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 494241<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN LCUDUP/SCUPC 26.5M<br>0458RTPCF00097<br>B0261796 / NT0X97CF<br>1 | | |
| | 4  PCE | 71.96  USD | 1  PCE | 287.84 |

Merchandise Total                                                                                                    287.84

**PAY THIS AMOUNT** ☞                                                                                    287.84
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth ...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID. THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71178273**    **11/04/2008**

| | |
|---|---|
| **Order Number**<br>836818<br>**Delivery Note Number**<br>21633504<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>10/20/2008<br>**Delivery Date**<br>11/04/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08135D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040378795641 | UPS GROUND | 16 LBR /7 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

SPRINT. PO# DDW08135D, JOB#H5D607 , SPEC#FIBR, LOT# SLI, END CUST PO# 0007799624

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 495262<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | .4F FAN LCUDUP/SCUPC 26M<br>0458RTPCF00144<br>B0261796 / NT0X97CF<br>2 | | |
| | 4  PCE | 71.45  USD | 1  PCE | 285.80 |

Merchandise Total                                                                                      285.80

**PAY THIS AMOUNT** ☞                                                                    285.80
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department; (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM In no event, however, shall the rate of finance charge exceed the highest rate permitted by law;

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 1 |

Invoice
**71178274**        **11/04/2008**

| **Order Number** | **Order Date** |
|---|---|
| 836818 | 10/20/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21633505 | 11/04/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08135D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040378533414 | UPS GROUND | 32 LBR /15 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

SPRINT. PO# DDW08135D, JOB#H5D607 , SPEC#FIBR, LOT# SLI, END CUST PO# 0007799624

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000040 | 495291<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 4F FAN LCUDUP/SCUPC 27M<br>0458RTPCF00146<br>B0261796 / NT0X97CF<br>3 | | |
| | 8  PCE | 72.48  USD | 1  PCE | 579.84 |

Merchandise Total

579.84

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

579.84
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit [a] all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71179237**     **11/05/2008**

| **Order Number** 836818 | **Order Date** 10/20/2008 |
|---|---|
| **Delivery Note Number** 21633779 | **Delivery Date** 11/05/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08135D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW5704035961918 | UPS GROUND | 28 LBR /13 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

SPRINT.  PO# DDW08135D, JOB#H5D607 , SPEC#FIBR, LOT# SLI, END CUST PO# 0007799624

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 495265 Catalog No.: Customer Material No.: Customer Line No.: | 4F FAN LCDUP/SCDUP 28M 0557RTPESE6007 N0142729 / NT0X97ESE6 4 | | |
| | 7  PCE | 96.56  USD | 1  PCE | 675.92 |

| Merchandise Total | 675.92 |
|---|---|

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

675.92
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71180133**          **11/06/2008**

Page
1 / 2

| **Order Number** | **Order Date** |
|---|---|
| 840183 | 10/27/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21635084 | 11/06/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08137D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW5704035490740 | UPS GROUND | 5 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

USCO.PO# DDW08137D, JOB# N61LLD , SPEC# FIBR, LOT# SLI, END CUST PO#D343778

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 408399<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>2 PCE | 2F PZIP SCUPC/SCPC 9M<br>3958RTPEN00113<br>N0008413 / NT0X97EN<br>3<br>35.35 USD | 1 PCE | 70.70 |
| 000020 | 383006<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>4 PCE | 2F PZIP SCUPC/SCPC 11M<br>3958RTPEN00151<br>N0008413 / NT0X97EN<br>4<br>38.94 USD | 1 PCE | 155.76 |
| 000030 | 495258<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>2 PCE | 2F RZIP LCUDUP/LCUDUP 9M<br>0404RTPCX00182<br>B0262881 / NT0X97CX<br>6<br>35.90 USD | 1 PCE | 71.80 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71180133**          11/06/2008

Page
2 / 2

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|------|--------------------------|------------------------|------------|----------------|
| 000050 | 495266<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCUDUP/SCUPC  20M<br>0458RTPCTE6060<br>N0069607 / NT0X97CTE6<br>8 | | |
| | 4  PCE | 31.69  USD | 1  PCE | 126.76 |

Merchandise Total                                                                             425.02

**PAY THIS AMOUNT** ☞                                                                          425.02
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71189177**          **11/20/2008**

| Order Number | Order Date |
|---|---|
| 840180 | 10/27/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21646276 | 11/20/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08138D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| 3000082286 | 394179262 | CON WAY SOUTHERN EXPRESS | 175 LBR /79 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

Sprint. PO# DDW08138D, JOB# H5D610 , SPEC# FIBR, LOT# SLI, End Cust PO#0007799619

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 495260 | 4F FAN LCDUP/SCDUP  48.5M | | |
| | Catalog No.: | 0557RTPESE6008 | | |
| | Customer Material No.: | N0142729 / NT0X97ESE6 | | |
| | Customer Line No.: | 1 | | |
| | 6  PCE | 132.47  USD | 1  PCE | 794.82 |
| 000020 | 495259 | 4F FAN LCUDUP/SCUPC  50M | | |
| | Catalog No.: | 0458RTPCF00147 | | |
| | Customer Material No.: | B0261796 / NT0X97CF | | |
| | Customer Line No.: | 2 | | |
| | 16  PCE | 96.10  USD | 1  PCE | 1,537.60 |

Merchandise Total                                                           2,332.42

**PAY THIS AMOUNT** ☞                                                      2,332.42
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                         USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71194261**      **12/02/2008**

| Order Number | Order Date |
|---|---|
| 841631 | 10/29/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21656919 | 12/02/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203017
VERIZON/CO NORTEL
26756 FULLERTON RD.
REDFORD MI 48239

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08140D | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352856294 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO#DDW08140D, JOB#QA01EE ER, SPEC#ABMHW, LOT#S04, END CUST PO#NIWM108431

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 481323 Catalog No.: Customer Material No.: Customer Line No.: | 2F PZIP MTRJ/SCPC,SCUPCMC 21F 37C9739191-21F-MC A0521667/NTPB70BA 2 | | |
| | 2 PCE | 129.24 USD | 1 PCE | 258.48 |

Merchandise Total

258.48

**PAY THIS AMOUNT** ☞
**AMOUNTS ARE IN UNITED STATES DOLLAR**

258.48
USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71193281**      **12/01/2008**

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Ship-to address**
203017
VERIZON/CO NORTEL
26756 FULLERTON RD.
REDFORD MI 48239

| **Order Number** | **Order Date** |
|---|---|
| 841634 | 10/29/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21653992 | 12/01/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| **Purchase Order Number** | **Payment Terms** | **Delivery Terms** | **Plant** |
|---|---|---|---|
| DDW08141D | NET 45 DAYS | ORIGIN 3RD PARTY | 8007 - REYNOSA |

| **Bill of Lading** | **Tracking** | **Freight Carrier** | **Weight** |
|---|---|---|---|
| NA | 1ZRW57040353549365 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO#DDW08141D, JOB#QA01EG ER, SPEC#ABMHV, LOT#S04, END CUST PO#NIWM108436

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 481323<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F PZIP MTRJ/SCPC,SCUPCMC 21F<br>37C9739191-21F-MC<br>A0521667/NTPB70BA<br>3 | | |
| | 2 PCE | 129.24 USD | 1 PCE | 258.48 |

Merchandise Total                                                                                      258.48

**PAY THIS AMOUNT** ☞                                                                          258.48
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                            USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth , are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges, (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 2

Invoice
**71189651**    **11/21/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 848666 | 11/13/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21648299 | 11/21/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08146D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW5704034928078 | UPS GROUND | 9 LBR /4 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08146D, JOB# N84DBQG, SPEC# FIBR, LOT# SLI, END CUST PO#PH9C AM5

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000030 | 497599<br>Catalog No.:<br>Customer Material No.:<br>8 PCE | 2F ZIP SCDUP/SCDUP 10M ROHS<br>37K5757NT-010M-RH<br>N0079384 / NTTC66BZE6<br>23.66 USD | 1 PCE | 189.28 |
| 000050 | 497600<br>Catalog No.:<br>Customer Material No.:<br>4 PCE | 2F ZIP SCDUP/SCDUP 10.5M ROHS<br>37K5757NT-10.5M-RH<br>N0079384 / NTTC66BZE6<br>23.99 USD | 1 PCE | 95.96 |
| 000060 | 497611<br>Catalog No.:<br>Customer Material No.:<br>8 PCE | 2F ZIP SCDUP/SCDUP 14M ROHS<br>37K5757NT-014M-RH<br>N0079384 / NTTC66BZE6<br>26.32 USD | 1 PCE | 210.56 |
| 000070 | 497621<br>Catalog No.:<br>Customer Material No.:<br>4 PCE | 2F ZIP SCDUP/SCDUP 7M ROHS<br>37K5757NT-007M-RH<br>N0079384 / NTTC66BZE6<br>21.66 USD | 1 PCE | 86.64 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71189651**          11/21/2008

Merchandise Total                                          582.44

**PAY THIS AMOUNT** ☞                                      582.44
**AMOUNTS ARE IN UNITED STATES DOLLAR**                      USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth, are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.