# EXHIBIT B-12

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71192301**       **11/26/2008**

Page
1 / 1

| Order Number | Order Date |
|---|---|
| 848666 | 11/13/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21652995 | 11/26/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08146D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040354788240 | UPS GROUND | 1 LBR /0 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08146D, JOB# N84DBQG, SPEC# FIBR, LOT# SLI, END CUST PO#PH9C AM5

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 497632<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCDUP/LCDUP 2M<br>0505RTPDDE6041<br>N0069617 / NT0X97DDE6<br>2 | | |
| | 1 PCE | 34.16 USD | 1 PCE | 34.16 |

Merchandise Total                                                                                          34.16

**PAY THIS AMOUNT** ☞                                                                               34.16
AMOUNTS ARE IN UNITED STATES DOLLAR                                                   USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71195086**    **12/03/2008**

| Order Number | Order Date |
|---|---|
| 850682 | 11/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21656948 | 12/03/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08148D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight | |
|---|---|---|---|---|
| NA | 1ZRW57040378471204 | UPS GROUND | 6 LBR /3 KGM | |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08148D, JOB#N53ZYMH , SPEC# FIBR, LOT# SLI, END CUST PO# WS08070

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498111 | 2F PZIP SCUPC/SCPC 25M | | |
| | Catalog No.: | 3958RTPENE6009 | | |
| | Customer Material No.: | N0069650 / NT0X97ENE6 | | |
| | Customer Line No.: | 3 | | |
| | 6  PCE | 64.06  USD | 1  PCE | 384.36 |

Merchandise Total    384.36

**PAY THIS AMOUNT** ☞    384.36
**AMOUNTS ARE IN UNITED STATES DOLLAR**    USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments. to wit (a) all terms of payment set forth ..are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71198216**          **12/09/2008**

| Order Number | | Order Date |
|---|---|---|
| 850682 | | 11/18/2008 |
| **Delivery Note Number** | | **Delivery Date** |
| 21659949 | | 12/09/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08148D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1Z84E52E0371820196 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08148D, JOB#N53ZYMH , SPEC# FIBR, LOT# SLI, END CUST PO# WS08070

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 357872 | 1F P2.0 LCUPC/SCUPC 20F | | |
| | Catalog No.: | 025801R2831020F | | |
| | Customer Material No.: | A0522064 | | |
| | Customer Line No.: | 1 | | |
| | 6 PCE | 20.40 USD | 1 PCE | 122.40 |
| 000030 | 423167 | 1F PSFC LCPC/SCPC 20F | | |
| | Catalog No.: | 033901K2841020F | | |
| | Customer Material No.: | A0522062 | | |
| | Customer Line No.: | 2 | | |
| | 6 PCE | 20.10 USD | 1 PCE | 120.60 |

Merchandise Total                                                                                      243.00

**PAY THIS AMOUNT** ☞                                                                             243.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Invoice
**71198217**    **12/09/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 850674 | 11/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21661806 | 12/09/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08149D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352468570 | UPS GROUND | 42 LBR /19 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08149D, JOB#QA01GF , SPEC# FIBR, LOT# SLI, END CUST PO# 1538454

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 359386 | 2F RZIP LCUDUP/LCUDUP 2.5M | | |
| | Catalog No.: | 0404RTPCX00051 | | |
| | Customer Material No.: | B0262881 / NT0X97CX | | |
| | Customer Line No.: | 1 | | |
| | 6 PCE | 34.24 USD | 1 PCE | 205.44 |
| 000030 | 359384 | 2F RZIP LCUDUP/LCUDUP 8M | | |
| | Catalog No.: | 0404RTPCX00044 | | |
| | Customer Material No.: | B0262881 / NT0X97CX | | |
| | Customer Line No.: | 3 | | |
| | 6 PCE | 35.65 USD | 1 PCE | 213.90 |
| 000040 | 498101 | 2F ZIP LCUDUP/SCUPC  20M | | |
| | Catalog No.: | 0458RTPCTE6061 | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | 4 | | |
| | 10 PCE | 31.69 USD | 1 PCE | 316.90 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71198217**          12/09/2008

| Item | Material number | Description | | |
|------|-----------------|-------------|--|--|
| | Qty  UOM | Unit Price | Price Unit | Extended Price |
| 000080 | 498122 | 2F ZIP LCUDUP/SCUPC  36M | | |
| | Catalog No.: | 0458RTPCTE6065 | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | 8 | | |
| | 20  PCE | 35.78  USD | 1  PCE | 715.60 |
| 000090 | 498123 | 2F ZIP LCUDUP/SCUPC  35.5M | | |
| | Catalog No.: | 0458RTPCTE6064 | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | 9 | | |
| | 10  PCE | 35.65  USD | 1  PCE | 356.50 |
| 000100 | 491885 | 2F ZIP LCDUP/LCDUP 9M | | |
| | Catalog No.: | 0505RTPDDE6034 | | |
| | Customer Material No.: | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | 10 | | |
| | 10  PCE | 38.23  USD | 1  PCE | 382.30 |
| 000150 | 498107 | 2F FAN LCUDUP/SCUPC 20M | | |
| | Catalog No.: | 0458RTPCYE6011 | | |
| | Customer Material No.: | N0069612 / NT0X97CYE6 | | |
| | Customer Line No.: | 14 | | |
| | 4  PCE | 46.91  USD | 1  PCE | 187.64 |
| 000160 | 498110 | 2F FAN LCUDUP/SCUPC 37M | | |
| | Catalog No.: | 0458RTPCYE6012 | | |
| | Customer Material No.: | N0069612 / NT0X97CYE6 | | |
| | Customer Line No.: | 15 | | |
| | 4  PCE | 57.28  USD | 1  PCE | 229.12 |

Merchandise Total                                                                          2,607.40

**PAY THIS AMOUNT** ☞                                                            2,607.40
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments; to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 2

Invoice
**71198939**     **12/10/2008**

| | |
|---|---|
| **Order Number**<br>850674<br>**Delivery Note Number**<br>21662784<br>**Customer Service Contact**<br>Delicia Lemus<br>Tel.: +1 828 901-5871 | **Order Date**<br>11/18/2008<br>**Delivery Date**<br>12/10/2008 |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08149D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040376006550 | UPS GROUND | 12 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08149D, JOB#QA01GF , SPEC# FIBR, LOT# SLI, END CUST PO# 1538454

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 498100<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**12  PCE** | 2F RZIP LCUDUP/LCUDUP 7M<br>0404RTPCX00055<br>B0262881 / NT0X97CX<br>2<br>**35.39  USD** | **1  PCE** | **424.68** |
| 000070 | 498104<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**10  PCE** | 2F ZIP LCUDUP/SCUPC  37M<br>0458RTPCTE6066<br>N0069607 / NT0X97CTE6<br>7<br>**36.04  USD** | **1  PCE** | **360.40** |
| 000110 | 498105<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.:<br>**4  PCE** | 2F ZIP LCDUP/LCDUP 7.5M<br>0505RTPDDE6042<br>N0069617 / NT0X97DDE6<br>11<br>**37.36  USD** | **1  PCE** | **149.44** |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

| Page |
|---|
| 2 / 2 |

Invoice
**71198939**          **12/10/2008**

| Item | Material number | Description | | |
|---|---|---|---|---|
| | Qty  UOM | Unit Price | Price Unit | Extended Price |
| **000130** | 498106 | 2F ZIP LCDUP/LCDUP  8M | | |
| | Catalog No.: | 0505RTPDDE6036 | | |
| | Customer Material No.: | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | 12 | | |
| | 20  PCE | 37.65  USD | 1  PCE | 753.00 |

Merchandise Total                                                                                                                      1,687.52

**PAY THIS AMOUNT** ☞                                                                                                              1,687.52
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                                             USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth. are subject to the approval of Seller's credit department; (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71198940**      **12/10/2008**

| | |
|---|---|
| **Order Number** | **Order Date** |
| 850674 | 11/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21663013 | 12/10/2008 |
| **Customer Service Contact** | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08149D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352149585 | UPS GROUND | 4 LBR /2 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08149D, JOB#QA01GF , SPEC# FIBR, LOT# SLI, END CUST PO# 1538454

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000060 | 498103<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP LCUDUP/SCUPC  21.5M<br>0458RTPCTE6063<br>N0069607 / NT0X97CTE6<br>6 | | |
| | 10  PCE | 32.07  USD | 1  PCE | 320.70 |

Merchandise Total          320.70

**PAY THIS AMOUNT** ☞          320.70
**AMOUNTS ARE IN UNITED STATES DOLLAR**          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth.. are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 1 |

Invoice
**71200102**     **12/11/2008**

| Order Number | Order Date |
|---|---|
| 850674 | 11/18/2008 |
| Delivery Note Number | Delivery Date |
| 21664894 | 12/11/2008 |
| Customer Service Contact | |
| Delicia Lemus | |
| Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08149D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040352901172 | UPS GROUND | 10 LBR /5 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08149D, JOB#QA01GF , SPEC# FIBR, LOT# SLI, END CUST PO# 1538454

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 498102 | 2F ZIP LCUDUP/SCUPC  20.5M | | |
| | Catalog No.: | 0458RTPCTE6062 | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | 5 | | |
| | 20  PCE | 31.82  USD | 1  PCE | 636.40 |
| 000140 | 498108 | 2F ZIP LCDUP/LCDUP 9.5M | | |
| | Catalog No.: | 0505RTPDDE6043 | | |
| | Customer Material No.: | N0069617 / NT0X97DDE6 | | |
| | Customer Line No.: | 13 | | |
| | 18  PCE | 38.52  USD | 1  PCE | 693.36 |

Merchandise Total                                                                          1,329.76

**PAY THIS AMOUNT** ☞                                                                       1,329.76
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                          USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|---|
| 1 / 2 |

Invoice
**71193278**   **12/01/2008**

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC  27709

| | |
|---|---|
| **Order Number** 850660 | **Order Date** 11/18/2008 |
| **Delivery Note Number** 21653748 | **Delivery Date** 12/01/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08150D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040354642841 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08150D, JOB#QA01M01 , SPEC# FIBR, LOT# SLI, END CUST PO#NIWM111623

| Item | Material number Qty  UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000020 | 498020 Catalog No.: Customer Material No.: Customer Line No.: | 2F ZIP LCUDUP/SCUPC  8.5M 0458RTPCTE6067 N0069607 / NT0X97CTE6 4 | | |
| | 4  PCE | 28.75  USD | 1  PCE | 115.00 |
| 000030 | 498096 Catalog No.: Customer Material No.: Customer Line No.: | 2F ZIP SCUPC/SCUPC  17.5M 5858RTPDME6010 N0069625 / NT0X97DME6 5 | | |
| | 2  PCE | 34.46  USD | 1  PCE | 68.92 |
| 000040 | 498097 Catalog No.: Customer Material No.: Customer Line No.: | 2F ZIP SCUPC/SCUPC  13.5M 5858RTPDME6009 N0069625 / NT0X97DME6 6 | | |
| | 2  PCE | 33.42  USD | 1  PCE | 66.84 |

Merchandise Total                                                                        250.76

**PAY THIS AMOUNT** ☞                                                      250.76

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71193278**

12/01/2008

| Page |
|---|
| 2 / 2 |

**AMOUNTS ARE IN UNITED STATES DOLLAR**

USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth . are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71194257**     **12/02/2008**

| | |
|---|---|
| **Order Number** 850660 | **Order Date** 11/18/2008 |
| **Delivery Note Number** 21656701 | **Delivery Date** 12/02/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08150D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040347884595 | UPS GROUND | 3 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08150D, JOB#QA01M01 , SPEC# FIBR, LOT# SLI, END CUST PO#NIWM111623

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498095 Catalog No.: Customer Material No.: Customer Line No.: | 2F PZIP SCUPC/SCPC 7.5M 3958RTPEN00147 N0008413 / NT0X97EN 3 | | |
| | 8   PCE | 32.66  USD | 1   PCE | 261.28 |

Merchandise Total                                                                                               261.28

**PAY THIS AMOUNT** ☞                                                                                  261.28
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

Page
1 / 1

Invoice
**71195084**    12/03/2008

| | |
|---|---|
| **Order Number** 850660 | **Order Date** 11/18/2008 |
| **Delivery Note Number** 21656850 | **Delivery Date** 12/03/2008 |
| **Customer Service Contact** Delicia Lemus Tel.: +1 828 901-5871 | |

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08150D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1Z84E52F0372529947 | UPS GROUND | 2 LBR /1 KGM |

DO NOT CONSOLIDATE SHIPMENTS.  ONLY 1 ORDER PER AIRBILL.

PO# DDW08150D, JOB#QA01M01 , SPEC# FIBR, LOT# SLI, END CUST PO#NIWM111623

| Item | Material number Qty UOM | Description Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000050 | 423167 Catalog No.: Customer Material No.: Customer Line No.: **8  PCE** | 1F PSFC LCPC/SCPC    20F 033901K2841020F A0522062 1 **20.10  USD** | **1  PCE** | **160.80** |
| 000060 | 357872 Catalog No.: Customer Material No.: Customer Line No.: **8  PCE** | 1F P2.0 LCUPC/SCUPC  20F 025801R2831020F A0522064 2 **20.40  USD** | **1  PCE** | **163.20** |

Merchandise Total                                                                                                 324.00

**PAY THIS AMOUNT** ☞                                                                                   324.00
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                                  USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments: to wit (a) all terms of payment set forth.. are subject to the approval of Seller's credit department. (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

**Repeat printout**

| Page |
|------|
| 1 / 2 |

Invoice
**71194258**       **12/02/2008**

| Order Number | Order Date |
|---|---|
| 850667 | 11/18/2008 |
| **Delivery Note Number** | **Delivery Date** |
| 21656707 | 12/02/2008 |

**Customer Service Contact**
Delicia Lemus
Tel.: +1 828 901-5871

**Bill-to party**
19470
NORTEL NETWORKS
ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN 37228

**Remit Payment To**
CORNING CABLE SYSTEMS LLC
PO BOX 101269
ATLANTA, GA 30392-1269

**Ship-to address**
203028
NORTEL NETWORKS
4001 E.CHAPEL HILL NELSON PKWY
RTP
DURHAM NC 27709

| Purchase Order Number | Payment Terms | Delivery Terms | Plant |
|---|---|---|---|
| DDW08151D | NET 45 DAYS | ORIGIN COLLECT | 8007 - REYNOSA |

| Bill of Lading | Tracking | Freight Carrier | Weight |
|---|---|---|---|
| NA | 1ZRW57040349254100 | UPS GROUND | 7 LBR /3 KGM |

DO NOT CONSOLIDATE SHIPMENTS. ONLY 1 ORDER PER AIRBILL.

PO# DDW08151D, JOB#QA01M02 , SPEC# FIBR, LOT# SLI, END CUST PO# NIWM111623

| Item | Material number<br>Qty UOM | Description<br>Unit Price | Price Unit | Extended Price |
|---|---|---|---|---|
| 000010 | 498095 | 2F PZIP SCUPC/SCPC 7.5M | | |
| | Catalog No.: | 3958RTPEN00147 | | |
| | Customer Material No.: | N0008413 / NT0X97EN | | |
| | Customer Line No.: | 3 | | |
| | 8  PCE | 32.66  USD | 1  PCE | 261.28 |
| 000020 | 498020 | 2F ZIP LCUDUP/SCUPC  8.5M | | |
| | Catalog No.: | 0458RTPCTE6067 | | |
| | Customer Material No.: | N0069607 / NT0X97CTE6 | | |
| | Customer Line No.: | 4 | | |
| | 4  PCE | 28.75  USD | 1  PCE | 115.00 |
| 000030 | 498098 | 2F ZIP SCUPC/SCUPC  27M | | |
| | Catalog No.: | 5858RTPDME6012 | | |
| | Customer Material No.: | N0069625 / NT0X97DME6 | | |
| | Customer Line No.: | 5 | | |
| | 2  PCE | 36.93  USD | 1  PCE | 73.86 |

# CORNING

**Corning Cable Systems**
PO Box 489
Hickory, NC 28603-0489
(828) 901-5000

Invoice
**71194258**          **12/02/2008**

| Item | Material number<br>Qty  UOM | Description<br>Unit Price | Price Unit | Extended Price |
|------|------|------|------|------|
| 000040 | 498099<br>Catalog No.:<br>Customer Material No.:<br>Customer Line No.: | 2F ZIP SCUPC/SCUPC   25M<br>5858RTPDME6011<br>N0069625 / NT0X97DME6<br>6 | | |
|  | 2  PCE | 36.41  USD | 1  PCE | 72.82 |

Merchandise Total                                                                          522.96

**PAY THIS AMOUNT** ☞                                                              522.96
**AMOUNTS ARE IN UNITED STATES DOLLAR**                                        USD

Corning Cable Systems
This invoice is subject to those terms and conditions of sale as printed at the bottom hereof and/or Seller's order confirmation and quotation forms, including but not limited to such terms of payments, to wit (a) all terms of payment set forth ...are subject to the approval of Seller's credit department, (b) No discounts are allowed on taxes or freight charges. (c) Any amounts not paid by due date as indicated on the face of Seller's invoice to buyer therefore shall be subject to a FINANCE CHARGE OF 1½% PER MONTH UNTIL PAID, THE RATE OF SAID FINANCE CHARGE BEING EQUIVALENT TO AN ANNUAL PERCENTAGE RATE OF 18% PER ANNUM. In no event, however, shall the rate of finance charge exceed the highest rate permitted by law.