# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Abacus Solutions, LLC | Adv. Pro. No. 10-55130 |
| Nortel Networks Inc. v. Actuate Corporation | 10-55144 |
| Nortel Networks Inc. v. Aviat Networks, Inc. | 10-55154 |
| Nortel Networks Inc. v. Axxion Group Corporation | 10-55158 |
| Nortel Networks Inc. v. Baldwin& Creative LLC d/b/a Baldwin& | 10-55161 |
| Nortel Networks Inc., *et. al.* v. Beeline.com, Inc. | 10-55165 |
| Nortel Networks Inc. v. Bick Group, Inc. | 10-55168 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | 10-55175 |
| Nortel Networks Inc. v. BWCS, Ltd. | 10-53184 |
| Nortel Networks Inc. v. Celestica Thailand, Ltd., *et. al.* | 10-53185 |
| Nortel Networks Inc. v. Continuum Worldwide Corporation | 10-55191 |
| Nortel Networks Inc. v. Critical Path Strategies, Inc. | 10-55193 |
| Nortel Networks Inc. v. Excellence In Motivation, Inc. | 10-55198 |
| Nortel Networks Inc. v. Exide Technologies | 10-55199 |
| Nortel Networks Inc. v. Gilmore Global Logistics Services, Inc. | 10-55200 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Global Electric Electronic Processing (USA), Inc., *et. al.* | 10-55201 |
| Nortel Networks Inc. v. Ixia | 10-55202 |
| Nortel Networks Inc. v. Jack Morton Worldwide, Inc. | 10-55203 |
| Nortel Networks (CALA) Inc. v. Kodiak Technology Partners, LLC | 10-55206 |
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. Market Probe, Incorporated | 10-55208 |
| Nortel Networks Inc. v. McKinsey & Co., Inc. | 10-55159 |
| Nortel Networks Inc. v. MobileNet Services, Inc. | 10-55164 |
| Nortel Networks Inc. v. NeoPhotonics Corporation | 10-55167 |
| Nortel Networks Inc. v. Nera, Inc. | 10-55170 |
| Nortel Networks Inc. v. NetIQ Corporation | 10-55171 |
| Nortel Networks Inc. v. Oplink Communications, Inc. | 10-55174 |
| Nortel Networks Inc. v. Opnext Subsytems, Inc. f/k/a StrataLight Communications, Inc., *et. al.* | 10-53177 |
| Nortel Networks Inc. v. Paradigm Works, Inc. | 10-55176 |
| Nortel Networks Inc. v. Red Hat, Inc. | 10-55179 |
| Nortel Networks Inc. v. SAS Institute, Inc. | 10-55184 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | 10-55189 |
| Nortel Networks Inc. v. TEKsystems Inc. | 10-55192 |
| Nortel Networks Inc. v. TGS, Inc. | 10-55195 |
| Nortel Networks Inc. v. Weston Solutions, Inc. | 10-55195 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated February 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated:  May 12, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999


- and -


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession


*[Signature Page for Status Report on Avoidance
Actions Assigned to the Honorable Kevin Gross]*


4250002.1

3

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55154 | Aviat Networks, Inc. | Stipulation of dismissal filed. Adversary proceeding closed by Clerk of Court on May 2, 2011. |
| 10-55208 | Market Probe, Incorporated | Parties settled this matter. Notice of dismissal to be filed. |

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55158 | Axxion Group Corporation | Parties have reached an agreement in principle to settle this matter. |

|  |  | Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement any may consummate this settlement without further notice or order of the Bankruptcy Court. |
|---|---|---|
| 10-55193 | Critical Path Strategies, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement any may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55200 | Gilmore Global Logistics Services, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors provided Notice Parties with notice of this proposed settlement on May 5, 2011.  Notice Parties have until May 16, 2011 to object in writing to the proposed settlement. |
| 10-55206 | Kodiak Technology Partners, LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55159 | McKinsey & Co., Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement |
| 10-55179 | Red Hat, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement |

| | | Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
|---|---|---|
| 10-55184 | SAS Institute, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55130 | Abacus Solutions, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 7, 2011. |
| 10-55144 | Actuate Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. The written fact discovery deadline is extended to June 30, 2011 by agreement of the parties. |
| 10-55161 | Baldwin& Creative LLC d/b/a Baldwin& | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. Defendant served initial discovery requests via mail on May 9, 2011 such that Plaintiff's responses are due June 13, 2011 and Plaintiff reserves its rights. |
| 10-55165 | Beeline.com, Inc. | The parties have submitted a revised agreed-upon scheduling order for the Court's approval. |

| | | |
|---|---|---|
| 10-55168 | Bick Group, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6 , 2011. Plaintiff's responses to Defendant's initial discovery requests, by agreement of the parties, due June 10, 2011. |
| 10-55175 | Bridgewater Systems, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. |
| 10-53184 | BWCS, Ltd. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. |
| 10-53185 | Celestica Thailand, Ltd., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. The written fact discovery deadline is extended to June 30, 2011 by agreement of the parties. |
| 10-55191 | Continuum Worldwide Corporation | Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011.   The parties will submit a revised agreed-upon scheduling order for the Court's approval. |
| 10-55198 | Excellence In Motivation, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. |

| | | |
|---|---|---|
| 10-55199 | Exide Technologies | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. |
| 10-55201 | Global Electric Electronic Processing (USA), Inc., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Plaintiff's responses to Defendant's initial discovery requests served April 6, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. |
| 10-55202 | Ixia | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. The written fact discovery deadline is extended to July 9, 2011 by agreement of the parties. |
| 10-55203 | Jack Morton Worldwide, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. Plaintiff's responses to Defendant's initial discovery requests due June 6, 2011. |
| 10-53187 | Maritz Canada Inc. | Plaintiff moved for leave to file an amended complaint on May 6, 2011. The parties will submit a revised agreed-upon scheduling order for the Court's approval. |
| 10-55164 | MobileNet Services, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 7, 2011. |

| | | |
|---|---|---|
| | | Plaintiff's responses to Defendant's initial discovery requests due June 8, 2011. |
| 10-55167 | NeoPhotonics Corporation | By agreement of the parties, Defendant's responses to Plaintiff's initial discovery requests due July 6, 2011.  The parties will submit a revised agreed-upon scheduling order for the Court's approval. |
| 10-55170 | Nera, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 7, 2011. Plaintiff's responses to Defendant's initial discovery request due June 9, 2011. |
| 10-55171 | NetIQ Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 7, 2011. |
| 10-55174 | Oplink Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. |
| 10-53177 | Opnext Subsytems, Inc. f/k/a StrataLight Communications, *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 7, 2011. Plaintiff's responses to Defendant's initial discovery request due June 9, 2011. |

| 10-55176 | Paradigm Works, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011.  The written fact discovery deadline is extended to June 30, 2011 by agreement of the parties. |
| --- | --- | --- |
| 10-55187 | SBA Network Services, Inc. | The parties will submit a revised agreed-upon scheduling order for the Court's approval. |
| 10-55189 | Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. Plaintiff's responses to Defendant's initial discovery requests due June 9, 2011. |
| 10-55192 | TEKsystems Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. Plaintiff's responses to Defendant's initial discovery requests due June 8, 2011. |
| 10-55195 | TGS, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. Plaintiff's responses to Defendant's initial discovery requests due June 8, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55195 | Weston Solutions, Inc. | Stipulation of Mediator filed on March 23, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on March 24, 2011. |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

11