# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1, 2011 THROUGH MARCH 31, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $592.37 |
| Conference Call /Telephone Charges | $6,337.04 |
| Courier Service/Postage | $56.46 |
| Duplicating (@ $0.10 per page) | $1,317.60 |
| Meals/Committee Meeting Expenses | $7,834.31 |
| Travel Expenses – Airfare | $6,408.01 |
| Travel Expenses – Ground Transportation | $1,249.00 |
| Travel Expenses – Incidentals | $16.03 |
| Travel expenses – Lodging | $2,689.92 |
| Travel Expenses – Parking | $33.00 |
| Travel Expenses – Telephone & Fax | $48.45 |
| Travel Expenses – Train Fare | $145.98 |
| **TOTAL** | **$26,728.17** |