# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1362747 |
| ATTN: JOHN DOLITTLE | Invoice Date 04/29/11 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/06/11 | Meals (100%) 1/5/11 - B. Kahn - Meeting with Ad Hoc professionals (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800118; DATE: 1/6/2011 | $185.09 |
| 01/06/11 | Meals (100%) 1/5/11 - N. Kunen - Committee Professionals' call - working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800118; DATE: 1/6/2011 | $492.39 |
| 01/06/11 | Meals (100%) 1/6/11 - P. Sanchez - Committee call - working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800118; DATE: 1/6/2011 | $358.47 |
| 01/08/11 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; La Isla | $49.22 |
| 01/12/11 | Travel - Ground Transportation Car to airport; Westfield Limousine Service | $60.00 |
| 01/12/11 | Travel - Ground Transportation Car from airport to home; Westfield Limousine Service | $60.00 |
| 01/21/11 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-011411; DATE: 1/21/2011 | $120.80 |
| 01/27/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB11- | $-267.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1362747

Page 2  
April 29, 2011

| | | |
|---|---|---|
| 01/28/11 | 53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: DEPARTURE DATE: 01/27/2011 ROUTE: WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 0543093121 DEPARTURE DATE: 01/28/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/28/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 0543114983 DEPARTURE DATE: 01/28/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/30/11 | Meals (100%)  Weekend work; Lisa G. Beckerman; Weekend work; Vinnie's | $50.00 |
| 01/31/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: DEPARTURE DATE: 01/28/2011 ROUTE: NYP/WIL/NYP | $188.00 |
| 02/03/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 7953419394 DEPARTURE DATE: 02/07/2011 ROUTE: LGA YYZ LGA - Travel to and from Toronto for Nortel meeting. | $1,014.48 |
| 02/03/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 0543283221 DEPARTURE DATE: 02/03/2011 ROUTE: LGA YYZ LGA | $37.00 |
| 02/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: BECKERMAN LISA TICKET #: 03705F DEPARTURE DATE: 02/09/2011 ROUTE: NYP WIL NYP | $251.00 |
| 02/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: BECKERMAN LISA TICKET #: 0543370983 DEPARTURE DATE: 02/07/2011 ROUTE: NYP WIL NYP | $37.00 |
| 02/07/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 | $281.40 |

| Date | Description | Amount |
|---|---|---|
| 02/07/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 7954699145 DEPARTURE DATE: 02/07/2011 ROUTE: LGA YYZ LGA | $37.00 |
| 02/08/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 0543366875 DEPARTURE DATE: 02/07/2011 ROUTE: LGA YYZ LGA | $85.75 |
| 02/08/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 7954699614 DEPARTURE DATE: 02/08/2011 ROUTE: YYZ LGA | $37.00 |
| 02/09/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #: 0543418350 DEPARTURE DATE: 02/08/2011 ROUTE: YYZ LGA | |
| 02/09/11 | Travel - Ground Transportation Hearing in Delaware; Bob's Trasnport - Wilmington, DE | $8.00 |
| 02/10/11 | Meals (100%)  2/8/11   S Brauner - Professionals' meeting - working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800123; DATE: 2/10/2011 | $146.16 |
| 02/10/11 | Meals (100%)  2/9/11   B Kahn - Committee call - working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800123; DATE: 2/10/2011 | $423.80 |
| 02/14/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1115651 DATE: 3/2/2011  Vendor: Dial Car Voucher #: DLA3369467 Date: 02/14/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3369467 Date: 02/14/2011 Name: Lisa Beckerman | $63.91 |
| 02/17/11 | Meals (100%)  2/11/11 - A. Ellis - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800124; DATE: 2/17/2011 | $55.53 |
| 02/17/11 | Meals (100%)  2/14/11 - S. Brauner - Professionals' meeting - working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800124; DATE: 2/17/2011 | $200.06 |
| 02/17/11 | Meals (100%)  2/14/11 - N. Kunen - | $235.17 |

| | | |
|---|---|---|
| | Committee call - working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800124; DATE: 2/17/2011 | |
| 02/21/11 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-021411; DATE: 2/21/2011 | $644.02 |
| 02/22/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 887135 DATE: 2/27/2011 Catering Akin Gump - Kosher Deluxe - 02/22/2011 | $15.26 |
| 02/22/11 | Travel - Airfare  Electronic ticket; Elec Ticketing; Continental - Travel to/from London for Nortel meetings; F. Hodara | $1,856.20 |
| 02/23/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 887135 DATE: 2/27/2011 Catering Akin Gump - Mendy's at Rock Center - 02/23/2011 | $17.90 |
| 02/23/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 887135 DATE: 2/27/2011 Kahn Brad - Scarlatto Restaurant - 02/23/2011 | $31.53 |
| 02/23/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 668263 DATE: 3/4/2011  Vendor: Executive Royal Voucher #: 292331 Date: 02/23/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 292331 Date: 02/23/2011 Name: Brad Kahn | $26.93 |
| 02/23/11 | Travel - Ground Transportation Medallion cab | $9.40 |
| 02/24/11 | Travel - Ground Transportation  Taxi home.; Taxi - no name. | $20.00 |
| 02/24/11 | Meals (100%)  2/23/11   P Sanchez - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800125; DATE: 2/24/2011 | $92.54 |
| 02/24/11 | Meals (100%)  2/24/11   P Sanchez - Committee call - working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800125; DATE: 2/24/2011 | $456.46 |
| 02/24/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB11- 53062500000206 DATE: 2/28/2011 | $5.00 |

| Date | Description | Amount |
|---|---|---|
| 02/25/11 | PASSENGER: KAHN BRAD M TICKET #: 0543947463 DEPARTURE DATE: 02/24/2011 ROUTE: YYZ LGA Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 668263 DATE: 3/4/2011 Vendor: Executive Royal Voucher #: 301109 Date: 02/25/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 301109 Date: 02/25/2011 Name: Fred Hodara | $28.03 |
| 02/26/11 | Travel - Ground Transportation  Car from Heathrow Airport to Savoy Hotel; Addison Lee PLC | $116.70 |
| 02/26/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 668263 DATE: 3/4/2011  - Car to airport for travel to London  Vendor: Executive Royal Voucher #: 295904 Date: 02/26/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 295904 Date: 02/26/2011 Name: Brad Kahn | $82.32 |
| 02/26/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: HODARA FRED TICKET #: 0544001117 DEPARTURE DATE: 02/26/2011 ROUTE: LONDON MEETINGS | $45.00 |
| 02/26/11 | Travel - Ground Transportation  Taxi from airport; RL Seaman | $109.03 |
| 02/27/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: BOTTER DAVID TICKET #: 0543842486 DEPARTURE DATE: 02/22/2011 ROUTE: JFK/LHR/JFK | $45.00 |
| 02/27/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: KAHN BRAD M TICKET #:   DEPARTURE DATE: 01/26/2011 ROUTE: NYP/WAS/NYP | $-235.00 |
| 02/27/11 | Meals - Business  Hotel meal charges; Fred Hodara; Savoy | $255.06 |
| 02/27/11 | Travel - Lodging (Hotel, Apt, Other)  Nortel meeting attendance; Nortel meeting attendance; 2 nights lodging at Savoy Hotel | $1,175.31 |
| 02/28/11 | Travel - Ground Transportation  Tube travel for Brad Kahn | $6.44 |
| 02/28/11 | Travel - Train Fare  Travel from UK Pensions meeting | $3.06 |
| 02/28/11 | Travel - Ground Transportation  2/28/11 | $23.52 |

| Date | Description | Amount |
|---|---|---|
| 02/28/11 | Taxi  G Bell VENDOR: Computer Cab PLC; INVOICE#: 18866; DATE: 2/28/2011 Travel - Ground Transportation  2/28/11 | $29.00 |
| 02/28/11 | Taxi  G Bell VENDOR: Computer Cab PLC; INVOICE#: 18866; DATE: 2/28/2011 Travel - Ground Transportation  2/28/11 | $24.15 |
| 02/28/11 | Taxi  G Bell VENDOR: Computer Cab PLC; INVOICE#: 18866; DATE: 2/28/2011 Travel - Ground Transportation  2/28/11 | $29.00 |
| 02/28/11 | Taxi  G Bell VENDOR: Computer Cab PLC; INVOICE#: 18866; DATE: 2/28/2011 Travel - Ground Transportation  2/28/11 | $22.89 |
| 02/28/11 | Taxi  G Bell VENDOR: Computer Cab PLC; INVOICE#: 18866; DATE: 2/28/2011 Travel - Ground Transportation  2/28/11 | $29.00 |
| 02/28/11 | Taxi  G Bell VENDOR: Computer Cab PLC; INVOICE#: 18866; DATE: 2/28/2011 Travel - Ground Transportation Transportation to meeting regarding allocation in London.; Black Taxi | $22.45 |
| 02/28/11 | Meals - Business  Nourishment between allocation meetings in London.; F. Hodara; Costa Coffee | $8.34 |
| 02/28/11 | Travel - Train Fare  Train to airport; Heathrow Exp | $28.86 |
| 02/28/11 | Travel - Ground Transportation  Taxi to meeting; Black Taxi receipt | $16.03 |
| 02/28/11 | Travel - Ground Transportation  Licensed London Taxi | $12.19 |
| 02/28/11 | Travel - Incidentals - Out-of-Town Travel Tips (no receipt); Unreceipted Tips in London | $16.03 |
| 03/01/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 668569 DATE: 3/11/2011 - Car from airport to home following travel to London - Vendor: Executive Royal Voucher #: 235203 Date: 03/01/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 235203 Date: 03/01/2011 Name: Brad Kahn | $104.81 |
| 03/01/11 | Travel - Ground Transportation  Taxi fare from Pensions meeting | $19.32 |
| 03/01/11 | Travel - Ground Transportation  Taxi fare between UK Pension meetings | $16.10 |
| 03/01/11 | Travel - Train Fare  Travel to UK Pensions Meetings | $3.06 |
| 03/01/11 | Travel - Lodging (Hotel, Apt, Other)  2 nights lodging at Savoy re: Nortel; Lodging at Savoy Hotel; Savoy Hotel | $1,071.25 |
| 03/01/11 | Meals - Business  Business Meals re: stay | $206.05 |

| Date | Description | Amount |
|---|---|---|
| | in Savoy Hotel re: Nortel; Brad Kahn; Savoy Hotel | |
| 03/01/11 | Travel - Telephone & Fax  Internet research re: Nortel; Savoy Hotel | $48.45 |
| 03/01/11 | Travel - Ground Transportation  Car from Savoy Hotel to Heathrow Airport; Addison Lee PLC | $109.24 |
| 03/01/11 | Travel – Airfare; Airfare to and from London re: Nortel; Continental Airlines; B. Kahn | $1,363.98 |
| 03/01/11 | Meals - Business  F. Hodara; Bridge | $19.40 |
| 03/02/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 896623 DATE: 3/6/2011<br>Catering Akin Gump - Mendy's at Rock Center - 03/02/2011 | $17.90 |
| 03/03/11 | Courier Service/Messenger Service- Off Site  2/23/11: David Botter from S. Schultz<br>VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 7-413-04237; DATE: 3/3/2011 | $46.64 |
| 03/03/11 | Meals (100%)  3/2/11 - S. Brauner - Committee call - working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800126; DATE: 3/3/2011 | $358.47 |
| 03/04/11 | Duplication - In House  Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 03/04/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/4/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $11.95 |
| 03/04/11 | Travel - Ground Transportation  Taxi home | $15.00 |
| 03/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1116195 DATE: 3/16/2011<br> Vendor: Dial Car Voucher #: DLA3324714 Date: 03/05/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3324714 Date: 03/05/2011 Name: Lisa Beckerman | $63.91 |
| 03/05/11 | Audio and Web Conference Services February 2011<br>VENDOR: DERAVENTURES, INC; INVOICE#: 03001-54901-11; DATE: 3/5/2011 | $5,572.22 |
| 03/07/11 | Duplication - In House  Photocopy - Beckerman, Lisa, NY, 19 page(s) | $1.90 |
| 03/07/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $5.97 |
| 03/08/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL | $17.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1362747

Page 8  
April 29, 2011

| | | |
|---|---|---|
| | SOLUTIONS INVOICE#: 898071 DATE: 3/13/2011 Catering Akin Gump - Mendy's at Rock Center - 03/08/2011 | |
| 03/08/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 898071 DATE: 3/13/2011 Sturm Joshua - Abigaels on Broadway - 03/08/2011 | $37.37 |
| 03/08/11 | Travel - Ground Transportation Taxi service from One Bryant Park to home; Yellow cab | $13.50 |
| 03/08/11 | Travel - Ground Transportation Taxi fare home (working late) | $17.60 |
| 03/09/11 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 180; DATE ORDERED: 3/9/11 | $180.00 |
| 03/09/11 | Travel - Airfare AA; Frosch Travel | $1,555.20 |
| 03/09/11 | Travel - Lodging (Hotel, Apt, Other) Sofitel; Sofitel New York | $443.36 |
| 03/09/11 | Meals - Business s; Sofitel New York | $16.67 |
| 03/09/11 | Travel - Train Fare Return from hearing.; Amtrak | $63.00 |
| 03/09/11 | Meals - Business Breakfast at hearing; Joshua Sturm; Brew Ha Ha - Wilmington | $4.55 |
| 03/09/11 | Travel - Ground Transportation Taxi service from One Bryant Park to home; Discovery taxi | $30.00 |
| 03/10/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 898071 DATE: 3/13/2011 Catering Akin Gump - Mendy's at Rock Center - 03/10/2011 | $17.90 |
| 03/10/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 668781 DATE: 3/18/2011 Vendor: Executive Royal Voucher #: 149734 Date: 03/10/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 149734 Date: 03/10/2011 Name: Fred Hodara | $26.93 |
| 03/10/11 | Meals (100%) 3/8/11 - B. Kahn - In-person professionals' meeting regarding Canadian issues (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800127; DATE: 3/10/2011 | $370.18 |
| 03/10/11 | Meals (100%) 3/9/11 - B. Kahn - In-person meeting with U.S. Debtor and AD Hoc professionals (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800127; DATE: 3/10/2011 | $396.31 |

| Date | Description | Amount |
|---|---|---|
| 03/10/11 | Meals (100%) 3/9/11 - S. Brauner - In-person meeting with U.S. Debtor and AD Hoc professionals (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800127; DATE: 3/10/2011 | $358.47 |
| 03/10/11 | Meals (100%) 3/10/11 - P. Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800127; DATE: 3/10/2011 | $508.56 |
| 03/10/11 | Meals (100%) 3/10/11 - S. Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800127; DATE: 3/10/2011 | $557.44 |
| 03/11/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 898071 DATE: 3/13/2011 Catering Akin Gump - Mendy's at Rock Center - 03/11/2011 | $17.90 |
| 03/11/11 | Document Production - In House REQUESTOR: S THIBODEAUX; DESCRIPTION: COLOR COPIES; QUANTITY: 93; DATE ORDERED: 3/11/11 | $93.00 |
| 03/11/11 | Document Production - In House REQUESTOR: N KUNEN; DESCRIPTION: COLOR COPIES; QUANTITY: 19; DATE ORDERED: 3/11/11 | $19.00 |
| 03/13/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB11-53062500000206 DATE: 2/28/2011 PASSENGER: BOTTER DAVID TICKET #: 0543759720 DEPARTURE DATE: 02/18/2011 ROUTE: JFK/LHR/JFK | $45.00 |
| 03/14/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 15 page(s) | $1.50 |
| 03/14/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/14/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $39.46 |
| 03/14/11 | Computerized Legal Research - Westlaw User: LYON,WENDY Date: 3/14/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $71.78 |
| 03/15/11 | Document Production - In House REQUESTOR: N KUNEN; DESCRIPTION: COLOR COPIES; QUANTITY: 34; DATE ORDERED: 3/15/11 | $34.00 |
| 03/15/11 | Document Production - In House REQUESTOR: N KUNEN; DESCRIPTION: COLOR COPIES; QUANTITY: 7; DATE ORDERED: 3/15/11 | $7.00 |

| Date | Description | Amount |
|---|---|---|
| 03/16/11 | Duplication - In House Photocopy - User # 990100, NY, 850 page(s) | $85.00 |
| 03/16/11 | Travel - Parking Parking re: trip to Toronto, Canada, to attend meetings and presentations.; Nortel - LaGuardia Airport Parking | $33.00 |
| 03/16/11 | Meals - Business Meals re: trip to Toronto (amount is in US dollars).; D. Botter; Nortel - Starbucks Toronto Airport | $7.95 |
| 03/17/11 | Meals (100%) 3/11/11 - S. Brauner - In-person meeting with Ad Hoc professionals' (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $199.46 |
| 03/17/11 | Meals (100%) 3/14/11 - B. Kahn - Professionals' meeting - working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $232.72 |
| 03/17/11 | Meals (100%) 3/17/11 - B. Kahn - In-person committee meeting (25 people) (Breakfast) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $107.51 |
| 03/17/11 | Meals (100%) 3/17/11 - S. Brauner - In-person committee meeting (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $34.40 |
| 03/17/11 | Meals (100%) 3/17/11 - B. Kahn - In-person committee meeting (25 people) (Lunch) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $952.66 |
| 03/17/11 | Meals (100%) 3/17/11 - S. Brauner - In-person committee meeting (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $77.95 |
| 03/17/11 | Meals (100%) 3/17/11 - B. Kahn - In-person committee meeting (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800128; DATE: 3/17/2011 | $243.61 |
| 03/17/11 | Travel - Ground Transportation Taxi fare (working late) | $17.60 |
| 03/17/11 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 25; DATE ORDERED: 3/17/11 | $25.00 |
| 03/18/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS | $9.82 |

| Date | Description | Amount |
|---|---|---|
| | INVOICE#: 392588 DATE: 3/18/2011 SENDER'S NAME: B. KAHN; JOB NUMBER: 4900771; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 03/18/2011 | |
| 03/18/11 | Travel - Ground Transportation Taxi fare to Conference with QC | $16.00 |
| 03/21/11 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 03/21/11 | Duplication - In House Photocopy - Krasa-Berstell, Dagmar, NY, 5190 page(s) | $519.00 |
| 03/21/11 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 3/21/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $463.21 |
| 03/21/11 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 118; DATE ORDERED: 3/21/11 | $118.00 |
| 03/22/11 | Duplication - In House Photocopy - User # 990100, NY, 20 page(s) | $2.00 |
| 03/24/11 | Duplication - In House Photocopy - User # 990100, NY, 252 page(s) | $25.20 |
| 03/25/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 963 page(s) | $96.30 |
| 03/25/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 991 page(s) | $99.10 |
| 03/25/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 76 page(s) | $7.60 |

Current Expenses $26,728.17

## MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 13.30 | $7,668.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 11.90 | $5,884.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 9.80 | $3,915.00 |
| 0006 | Retention of Professionals | 21.30 | $12,882.50 |
| 0007 | Creditors Committee Meetings | 178.50 | $120,175.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1362747

Page 12  
April 29, 2011

| 0008 | Court Hearings | 1.60 | $1,056.00 |
|------|---|---|---|
| 0009 | Financial Reports and Analysis | 0.20 | $198.00 |
| 0012 | General Claims Analysis/Claims Objections | 58.10 | $36,561.00 |
| 0014 | Canadian Proceedings/Matters | 8.70 | $6,421.00 |
| 0017 | General Adversary Proceedings | 5.40 | $2,808.00 |
| 0018 | Tax Issues | 36.80 | $24,132.00 |
| 0019 | Labor Issues/Employee Benefits | 69.30 | $47,947.50 |
| 0020 | Real Estate Issues/Leases | 10.60 | $7,043.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 2.30 | $1,173.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 120.90 | $76,678.50 |
| 0025 | Travel | 25.20 | $18,433.00 |
| 0026 | Avoidance Actions | 3.70 | $1,935.00 |
| 0028 | Non-Debtor Affiliates | 1.20 | $764.00 |
| 0029 | Intercompany Analysis | 418.40 | $298,400.50 |
| 0031 | European Proceedings/Matters | 2.30 | $1,614.00 |
| 0032 | Intellectual Property | 339.20 | $221,328.00 |
|      | TOTAL | 1338.70 | $897,017.50 |

**Total Amount of This Invoice**                                                                                      **$923,745.67**