# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## MARCH 1, 2011 THROUGH MARCH 31, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 19.00 | $18,525.00 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 116.35 | $104,715.00 |
| Paul B. Hewitt | Partner for 28 years; Admitted in 1974; Litigation Department | $795 | 4.00 | $3,180.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 151.90 | $150,381.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 49.70 | $34,790.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 98.60 | $77,894.00 |
| Alan L. Laves | Partner for 17 years; Admitted in 1985; Corporate department | $790 | 5.30 | $4,187.00 |
| Robert H. Pees | Partner for 15 years; Admitted in 1988; Litigation Department | $805 | 25.40 | $20,447.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 7.00 | $5,530.00 |
| Randall M. Ratner | Partner for 25 years; Admitted in 1979; Real Estate Department | $650 | 3.00 | $1,950.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 82.70 | $57,890.00 |
| Aaron A. Scow | Partner for 2 years; Admitted in 1998; Corporate department | $600 | 3.10 | $1,860.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; ERISA Department | $795 | 1.50 | $1,192.50 |
| Justin Williams | Partner for 2 years; Admitted in 1993; Litigation Department | $830 | 1.60 | $1,328.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 55.20 | $38,088.00 |
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Litigation Department | $560 | 9.00 | $5,040.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 7.10 | $4,331.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 110.10 | $61,656.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring | $600 | 190.35 | $114,210.00 |
| Laura Geyer | Senior Attorney for 3 years; Admitted in 1998; Intellectual Property Department | $445 | 4.10 | $1,824.50 |
| Sara J. Wahl | Senior Attorney for 1 year; Admitted in 2000; Financial Restructuring Department. | $600 | 1.30 | $780.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 54.30 | $19,548.00 |
| Thomas R. Evans | Associate for 4 years; Admitted in 2007; Litigation Department | $445 | 6.50 | $2,892.50 |
| Sharmaine T. Heng | Associate for 5 years; Admitted in 2007; Tax Department | $510 | 8.90 | $4,539.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 217.70 | $111,027.00 |

```
```
Case 09-10138-MFW    Doc 5415-6    Filed 05/12/11    Page 4 of 4

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Ben Morgan | Associate for 2 years; Admitted in 2009; Corporate Department | $360 | 14.00 | $5,040.00 |
| Rachel J. Presa | Associate for 1 year; Not Yet Admitted; Litigation Department | $360 | 3.80 | $1,368.00 |
| Joshua Y. Strum | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 70.10 | $38,555.00 |
| Brenda R. Kemp | Legal Assistant for 13 years; Financial Restructuring | $210 | 1.00 | $210.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 21 years; Financial Restructuring Department | $230 | 11.50 | $2,645.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $265 | 3.20 | $848.00 |

Total Amount of Fees:    $896,471.50
Total Number of Hours:   1,337.30
Blended Hourly Rate:     $670.36