# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MAY 16, 2011 01:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | STEPHEN GRANT | | |

## *Matter:*

Teleconference - Employee Request to join Creditors Committee

**R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

TELEPHONIC HEARING HELD:
 Update regarding adding Mr. Horn to the Creditors Committee - Employees should contact Mr. Tinker to request being put on the Creditors Committee.