# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Amended Calendar 05/16/2011 06:54 AM

Calendar Date: 05/16/2011
Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Beckerman | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mark D. Collins | | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ann C. Cordo | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert Horne | | Robert Horne - In Pro Per/Pro Se | In Propria Persona, Robert Horne / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Pat Tinker | | US Trustee Office | Interested Party, US Trustee Office / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Chris Samis | | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joshua Sturm | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |