**EXHIBIT C**

**Escrow Amendments**

**AMENDMENT TO CVAS DISTRIBUTION ESCROW AGREEMENT**

**AMENDMENT TO CVAS DISTRIBUTION ESCROW AGREEMENT**

This Amendment, dated as of [●], 2011 (this "Amendment") to the CVAS Distribution Escrow Agreement (the "Distribution Escrow Agreement"), dated as of May 27, 2010, by and among (i) Nortel Networks Corporation ("NNC"), (ii) Nortel Networks Limited ("NNL"), (iii) Nortel Networks Inc. ("NNI," and together with NNC and NNL, the "Main Sellers"), (iv) the affiliates of the Main Sellers listed on Schedule A of the Distribution Escrow Agreement (collectively, the "Other Sellers" and, together with the Main Sellers, the "Sellers"), (v) the companies listed on Schedule B of the Distribution Escrow Agreement (the "EMEA Sellers"), acting by their joint administrators Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill of Ernst & Young LLP (other than Nortel Networks (Ireland) Limited (In Administration), for which David Hughes of Ernst & Young Chartered Accountants and Alan Robert Bloom serve as joint administrators (collectively, the "Joint Administrators")) who act as agents for the EMEA Debtors (as defined in the Distribution Escrow Agreement), and, in the case of the Israeli Company (as defined in the Distribution Escrow Agreement), acting by its joint administrators Yaron Har-Zvi and Avi D. Pelossof (the "Joint Israeli Administrators"), (vi) Nortel Networks S.A. (In Administration) ("NNSA") acting by the French Liquidator (as defined in the Distribution Escrow Agreement) (NNSA, the Seller and the EMEA Sellers together, the "Depositors"), (vii) the Estate Fiduciaries (as defined in the Distribution Escrow Agreement), and (viii) JPMorgan Chase Bank, N.A., as escrow and distribution agent under the Distribution Escrow Agreement (the "Distribution Agent"). Capitalized terms used but not defined herein shall have the meanings given to them in the Distribution Escrow Agreement.

WITNESSETH:

WHEREAS, the Depositors, the Estate Fiduciaries and the Distribution Agent (the "Parties") desire to amend the Distribution Escrow Agreement.

WHEREAS, this Amendment has been approved by both the U.S. Bankruptcy Court and the Canadian Court as required pursuant to Paragraph 14(a) of the Distribution Escrow Agreement.

WHEREAS, on April 13, 2011 the NNI, Nortel Networks (UK) Limited (in administration) ("NNUK") and the Israeli Company entered into that certain Letter Agreement pursuant to which the Joint Israeli Administrators transferred all of the Israeli Company's right, title and interest in the Escrow Property to NNI and NNUK, jointly (the "Israeli Agreement").

WHEREAS the Parties acknowledge that the consideration exchanged by the parties to the Israeli Agreement was neither a reference to nor an indication of the ultimate value of the amount of the Escrow Property that may be attributed to the Israeli Company when the allocation of the sales proceeds relating to the business of the Israeli Company is determined or otherwise agreed upon.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties hereby agree as follows:

1.     <u>Amendment of Preamble</u>.  The Preamble of the Distribution Escrow Agreement shall be amended to remove the phrase "and, in the case of the Israeli Company (as defined below), is acting by its joint administrators Yaron Har-Zvi and Avi D. Pelossof (the "**Joint Israeli Administrators**") who act as agents of the Israeli Company without any personal liability as set forth in Paragraph 19 below".

2.     <u>Amendment of Recitals</u>.  The sixth recital shall be deleted in its entirety. The eighth, eighteenth, and nineteenth recitals shall be amended to substitute the phrase "certain other parties" for the phrase "the Joint Israeli Administrators."

3.     <u>Amendment of Paragraph 19</u>.  Paragraph 19 shall be amended to remove all references to the Israeli Companies and the Joint Israeli Administrators.  In particular, Paragraph 19(a) shall be amended and restated in full as follows:

> Subject to Paragraph19(c) below, the parties hereto agree that the Joint Administrators have negotiated this agreement in their capacities as administrators of the EMEA Debtors, and for and on behalf of, the EMEA Debtors, and that none of the Joint Administrators or their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of any EMEA Debtor to observe, perform or comply with any of its obligations under this Agreement or under or in relation to any associated arrangements or negotiations, whether such liability would arise under Paragraph 99(4) of Schedule B1 to the Insolvency Act or otherwise howsoever.

Paragraph 19(c) shall be amended to remove the phrases "the Joint Israeli Administrators" and "the Israeli Company." Paragraph 19(d)(iii) shall be deleted in its entirety.

4.     <u>Amendment of Schedules</u>.  Schedule B of the Distribution Escrow Agreement shall be amended to delete Part 3 in full, removing the Israeli Company from the list of EMEA Sellers party to the Distribution Escrow Agreement.  Schedule C shall be amended to remove the standing settlement instructions for the Israeli Company.  Schedule D shall be amended to remove the Israeli Company from the list of Depositors under the Distribution Escrow Agreement.  Schedule E shall be amended to remove the contact information for the Israeli Company.

5.     <u>Effect</u>.  Upon the effectiveness of this Amendment, the Israeli Company shall immediately and irrevocably cease to be a Depositor under the Distribution Escrow Agreement for any and all purposes, and the consent of the Israeli Company shall no longer be required for any purposes thereunder.  For the avoidance of doubt, and subject to that certain Irrevocable Power of Attorney executed by the Israeli Company, dated [●], 2011, appointing NNI and NNUK as agent and attorney-in-fact, no party appointed in any proceeding with respect to the Israeli Company's estates, including, without limitation, any successor, assign, trustee, liquidator or similar person, shall have any rights, title, or interest under the Distribution Escrow Agreement.

6.      <u>Authorization</u>.  Each Party hereto represents to the others that (a) such party has all necessary power and authority to enter into this Amendment; (b) the execution and delivery by such Party of this Amendment has been duly authorized by all requisite corporate or other action on the part of such Party; and (c) this Amendment has been duly executed and delivered by such Party.

7.      <u>Distribution Escrow Agreement Remains in Effect</u>.  This Amendment and the Distribution Escrow Agreement set forth the entire agreement among the Parties with respect to the matters set forth herein.  Except as amended hereby, the Distribution Escrow Agreement shall remain in full force and effect, and nothing herein shall affect any other provision of the Distribution Escrow Agreement or the rights and obligations of the parties thereto.  This Amendment shall be governed by and interpreted and enforced in accordance with the terms of the Distribution Escrow Agreement.

8.      <u>Counterparts</u>.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement, it being understood that all of the Parties need not sign the same counterpart. All signatures of the parties to this Amendment may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces, and will be binding upon such party.

*[Signature pages follow.]*

**Copy to**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

IN WITNESS WHEREOF, each of the parties hereto has caused this Agreement to be executed on the day and year first above written.

NORTEL NETWORKS LIMITED            NORTEL NETWORKS CORPORATION


By:_____          By:_____
Name:                                        Name:
Title:                                       Title:


By:_____          By:_____
Name:                                        Name:
Title:                                       Title:


NORTEL NETWORKS INC.


By:_____
Name:
Title:


ERNST & YOUNG INC. IN ITS CAPACITY          THE OFFICIAL COMMITTEE OF
AS THE MONITOR OF NORTEL                    UNSECURED CREDITORS OF NORTEL
NETWORKS CORPORATION ET AL.,                NETWORKS INC., ET. AL.
AND NOT IN ITS PERSONAL CAPACITY
                                            By:  AKIN GUMP STRAUSS HAUER &
                                            FELD LLP, as Counsel to the Committee and
                                            authorized signatory and not in its individual
                                            capacity


By:_____          By:_____
Name:                                        Name:
Title:                                       Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS TECHNOLOGY CORPORATION** by

NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE MEXICO, S.A. DE C.V.** by

NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL DE MEXICO, S. DE R.L. DE C.V.** by

NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS PERU S.A.C.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS AUSTRALIA PTY LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (INDIA) PRIVATE LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **PT NORTEL NETWORKS INDONESIA** by

NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS MALAYSIA SDN. BHD.** by

NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS NEW ZEALAND LIMITED** by

NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS SINGAPORE PTE. LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS (ASIA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CHINA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (THAILAND) LTD.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL VIETNAM LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE ARGENTINA, S.A.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS INTERNATIONAL INC.** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CALA) INC.** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS KABUSHIKI KAISHA** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE GUATEMALA, LTDA.** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:

**SIGNED** for and on behalf of **NORTEL**    )  …………………………………………….. 
**NETWORKS UK LIMITED** (in    )  _____ 
administration) by _____ as Joint    ) 
Administrator (acting as agent and without    ) 
personal liability) in the presence of:    ) 

Witness signature

………………………………………..     ) 
Name:    ) 
Address:    ) 

**SIGNED** for and on behalf of **NORTEL**    )  …………………………………………….. 
**NETWORKS NV** (in administration) by    )  _____ 
_____ as Joint Administrator    ) 
(acting as agent and without personal liability)    ) 
in the presence of:    ) 

Witness signature

………………………………………..     ) 
Name:    ) 
Address:    ) 

**SIGNED** for and on behalf of **NORTEL**    )  …………………………………………… 
**NETWORKS SPA** (in administration) by    )  _____ 
_____ as Joint Administrator    ) 
(acting as agent and without personal liability)    ) 
in the presence of:    ) 

Witness signature

………………………………………..     ) 
Name:    ) 
Address:    )

**SIGNED** for and on behalf of **NORTEL**
**NETWORKS (IRELAND) LIMITED** (in
administration) by _____as Joint
Administrator (acting as agent and without
personal liability) in the presence of:

)
)
)
)
)

…………………………………………

_____

Witness signature

……………………………………….…
Name:
Address:

)
)
)

**SIGNED** for and on behalf of **NORTEL**      )   …………………………………………………
**NETWORKS FRANCE S.A.S.** (in         )   _____
administration) by _____ acting as     )
authorised representative for   _____as  )
Joint Administrator (acting as agent and without  )
personal liability) in the presence of:       )


Witness signature

…………………………………………….    )
Name:                             )
Address:                        )

**SIGNED** by _____          )          ……………………………………………..
Duly authorized for and on behalf of **O.O.O.**          )          _____
**NORTEL NETWORKS** in the presence of:          )


Witness signature

……………………………………………          )
Name:          )
Address:          )

**SIGNED** for and on behalf of **NORTEL**    )
**NETWORKS ISRAEL (SALES AND**    )   …………………………………………………
**MARKETING) LIMITED** (in administration)    )   _____
by _____and _____ as Joint    )
Israeli Administrators (acting jointly and    )
without personal liability) in connection with    )   …………………………………………………
the Israeli Assets and Liabilities:    )   _____
    )
    )

Witness signature

……………………………………………    )
Name:    )
Address:    )

**SIGNED** by _____ )    ……………………………………………

Duly authorized for and on behalf of **NORTEL** )    _____

**NETWORKS AG** in the presence of: )

Witness signature

………………………………………… )

Name: )

Address: )

**SIGNED** for and on behalf of **NORTEL**                )          ……………………………………………
**NETWORKS S.A.** (in administration and              )          _____
secondary proceedings) by _____ as          )
_____ (acting as agent and without           )
personal liability) in the presence of:                     )


Witness signature


……………………………………………          )
Name:                                                              )
Address:                                                           )

**SIGNED** for and on behalf of **NORTEL**                  )          ……………………………………………
**NETWORKS BV** (in administration) by              )          _____
_____as Joint Administrator              )
(acting as agent and without personal liability)   )
in the presence of:                                )


……………………………………………
Witness signature


                                                   )
Name:                                              )
Address:                                           )


**SIGNED** for and on behalf of **NORTEL**                  )          ……………………………………………
**NETWORKS POLSKA SP Z.O.O.** (in                  )          _____
administration) by _____ as             )
Joint Administrator (acting as agent and without   )
personal liability) in the presence of:            )


Witness signature


……………………………………………                                )
Name:                                              )
Address:                                           )


**SIGNED** for and on behalf of **NORTEL**                  )          ……………………………………………
**NETWORKS HISPANIA S.A.** (in                      )          _____
administration) by _____ as            )
Joint Administrator (acting as agent and without   )
personal liability) in the presence of:            )


Witness signature


……………………………………………                                )
Name:                                              )
Address:                                           )

S-15

**SIGNED** for and on behalf of **NORTEL** )    …………………………………………………
**NETWORKS (AUSTRIA) GMBH** (in )    _____
administration) by _____ as )
Joint Administrator (acting as agent and without )
personal liability) in the presence of: )

Witness signature

…………………………………………… )
Name: )
Address: )


**SIGNED** for and on behalf of **NORTEL** )    …………………………………………………
**NETWORKS PORTUGAL SA** (in )    _____
administration) by _____ as )
Joint Administrator (acting as agent and without )
personal liability) in the presence of: )

Witness signature

…………………………………………… )
Name: )
Address: )


**SIGNED** for and on behalf of **NORTEL** )    …………………………………………………
**GMBH** (in administration) by )    _____
_____ as Joint Administrator )
(acting as agent and without personal liability) )
in the presence of:

Witness signature

…………………………………………… )
Name: )
Address: )

**SIGNED** for and on behalf of **NORTEL**                )         ……………………………………………
**NETWORKS SLOVENSKO S.R.O.** (in            )         _____
administration) by                                            )
_____                                                      )
as Joint Administrator (acting as agent and         )
without personal liability) in the presence of:      )

Witness signature

……………………………………….         )
Name:                                                              )
Address:                                                           )

**SIGNED** for and on behalf of **NORTEL**                )         ……………………………………………
**NETWORKS S.R.O.** (in administration) by        )         _____
                                                                       )
_____                                                      )
as Joint Administrator (acting as agent and         )
without personal liability) in the presence of:      )

Witness signature

……………………………………….         )
Name:                                                              )
Address:                                                           )

**SIGNED** for and on behalf of **NORTEL**                )         ……………………………………………
**NETWORKS ROMANIA S.R.L.** (in              )         _____
administration) by                                            )
                                                                       )
_____                                                      )
as Joint Administrator (acting as agent and         )
without personal liability) in the presence of:      )

Witness signature

……………………………………….         )
Name:                                                              )
Address:                                                           )

**SIGNED** for and on behalf of **NORTEL**          )          ……………………………………………
**NETWORKS AB** (in administration) by          )          _____
_____ as Joint Administrator          )
(acting as agent and without personal liability)          )
in the presence of:          )


Witness signature

………………………………………….          )
Name:          )
Address:          )

**AMENDMENT TO ENTERPRISE DISTRIBUTION ESCROW AGREEMENT**

**AMENDMENT TO ENTERPRISE DISTRIBUTION ESCROW AGREEMENT**

This Amendment, dated as of [●], 2011 (this "Amendment") to the Enterprise Distribution Escrow Agreement (the "Distribution Escrow Agreement"), dated as of December 18, 2009, by and among (i) Nortel Networks Corporation ("NNC"), (ii) Nortel Networks Limited ("NNL"), (iii) Nortel Networks Inc. ("NNI," and together with NNC and NNL, the "Main Sellers"), (iv) the affiliates of the Main Sellers listed on Schedule A Parts 1 and 2 of the Distribution Escrow Agreement (the "Other Sellers"), (v) the companies listed on Schedule B Part 1 of the Distribution Escrow Agreement (the "EMEA Filed Entities"), acting by Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill of Ernst & Young LLP (other than Nortel Networks (Ireland) Limited (In Administration), for which David Hughes of Ernst & Young Chartered Accountants and Alan Robert Bloom serve as joint administrators (collectively the "Joint Administrators")) who act as agents for the EMEA Filed Entities; (vi) the companies listed on Schedule B Part 2 of the Distribution Escrow Agreement (the "EMEA Non-Filed Entities"), (vii) the companies listed on Schedule B Part 3 of the Distribution Escrow Agreement (the "Israeli Companies"), acting by Yaron Har-Zvi and Avi D. Pelossof (the "Joint Israeli Administrators") who act as agents of the Israeli Companies (the Israeli Companies together with the Main Sellers, the Other Sellers, the EMEA Filed Entities and the EMEA Non-Filed Entities, the "Depositors"), (viii) Ernst & Young Inc. as the court-appointed Monitor of the Canadian Debtors in connection with the Canadian Cases (the "Monitor"), (ix) the Official Committee of Unsecured Creditors as representative for the unsecured creditors of the U.S. Debtors (the "Committee," and together with the Monitor, the "Estate Fiduciaries"), and (x) JPMorgan Chase Bank, N.A., as distribution agent (the "Distribution Agent"), entered into in connection with the ASSA and the EMEA ASA (each as defined in the Escrow Agreement). Capitalized terms used but not defined herein shall have the meanings given to them in the Distribution Escrow Agreement.
.

WITNESSETH:

WHEREAS, the Depositors, the Estate Fiduciaries and the Distribution Agent (the "Parties") desire to amend the Distribution Escrow Agreement.

WHEREAS, this Amendment has been approved by both the U.S. Bankruptcy Court and the Canadian Court as required pursuant to Paragraph 15(a) of the Distribution Escrow Agreement.

WHEREAS, on April 13, 2011 the NNI, Nortel Networks (UK) Limited (in administration) ("NNUK") and the Israeli Company entered into that certain Letter Agreement pursuant to which the Joint Israeli Administrators transferred all of the Israeli Company's right, title and interest in the Escrow Funds to NNI and NNUK, jointly (the "Israeli Agreement").

WHEREAS the Parties acknowledge that the consideration exchanged by the parties to the Israeli Agreement was neither a reference to nor an indication of the ultimate value of the amount of the Escrow Funds that may be attributed to the Israeli Company when the allocation of the sales proceeds relating to the business of the Israeli Company is determined or otherwise agreed upon.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties hereby agree as follows:

1.    Amendment of Preamble.  The Preamble of the Distribution Escrow Agreement shall be amended such that the second subsection (v) is revised to read "the companies listed in Schedule B Part 2 (the '**EMEA Non-Filed Entities**' and, collectively with the EMEA Non-Filed Entities, the Main Sellers and the Other Sellers, the '**Depositors**')." Subsection (vi) shall be deleted in its entirety, and subsections (vii) and (viii) shall be renumbered subsections (vi) and (vii), respectively.

2.    Amendment of Recitals.  The fifth recital shall be deleted in its entirety. The eighth recital shall be amended to delete the phrase "the Israeli Companies" and to substitute the phrase "certain other parties" for the phrase "the Joint Israeli Administrators."

3.    Amendment of Paragraph 16.  Paragraph 16 shall be amended to delete the phrase "and the Joint Israeli Administrators."

4.    Amendment of Paragraph 20.  Paragraph 20 shall be amended to delete all references to the Israeli Companies and the Joint Israeli Administrators.  In particular, Paragraph 20(a) shall be amended and restated in full as follows:

> Subject to Paragraph 20(b) below, the parties hereto agree that the Joint Administrators have negotiated this agreement in their capacities as administrators of the EMEA Debtors, and for and on behalf of, the EMEA Debtors, and that none of the Joint Administrators or their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of any EMEA Debtor to observe, perform or comply with any of its obligations under this Agreement or under or in relation to any associated arrangements or negotiations, whether such liability would arise under Paragraph 99(4) of Schedule B1 to the Insolvency Act or otherwise howsoever.

Paragraph 20(b) shall be amended and restated in full as follows:

> Nothing in this Section 20 or any other provision of this Agreement shall prevent the Sellers or the Distribution Agent from bringing any action against the EMEA Filed Entities or the Joint Administrators for fraud.

Paragraph 20(c) shall be amended to remove the phrases "or the Joint Israeli Administrators" and "or the Israeli Companies, respectively."

4.    Amendment of Schedules.  Schedule B of the Distribution Escrow Agreement shall be amended to delete Part 3 in full.   Schedule D shall be amended to remove the Israeli Companies from the list of Depositors under the Distribution Escrow Agreement. Schedule E shall be amended to remove the contact information for the Israeli Companies. Exhibit 1 shall be amended to remove the interest allocation percentage to the Israeli Companies.

5.    Effect.  Upon the effectiveness of this Amendment, the Israeli Companies shall immediately and irrevocably cease to be Depositors under the Distribution Escrow Agreement for any and all purposes, and the consent of the Israeli Companies shall no longer be required for any purposes thereunder.  For the avoidance of doubt, and subject to that certain Irrevocable Power of Attorney executed by the Israeli Company, dated [●], 2011, appointing NNI and NNUK as agent and attorney-in-fact, no party appointed in any proceeding with respect to the the Israeli Company's estates, including, without limitation, any successor, assign, trustee, liquidator or similar person, shall have any rights, title, or interest under the Distribution Escrow Agreement.

6.    Authorization.  Each Party hereto represents to the others that (a) such party has all necessary power and authority to enter into this Amendment; (b) the execution and delivery by such Party of this Amendment has been duly authorized by all requisite corporate or other action on the part of such Party; and (c) this Amendment has been duly executed and delivered by such Party.

7.    Distribution Escrow Agreement Remains in Effect.  This Amendment and the Distribution Agreement set forth the entire agreement among the Parties with respect to the matters set forth herein.  Except as amended hereby, the Distribution Escrow Agreement shall remain in full force and effect, and nothing herein shall affect any other provision of the Escrow Agreement or the rights and obligations of the parties thereto.  This Amendment shall be governed by and interpreted and enforced in accordance with the terms of the Distribution Escrow Agreement.

8.    Counterparts.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement, it being understood that all of the Parties need not sign the same counterpart. All signatures of the parties to this Amendment may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces, and will be binding upon such party.

*[Signature pages follow.]*

**Copy to**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

IN WITNESS WHEREOF, each of the parties hereto has caused this Agreement to be executed on the day and year first above written.

**NORTEL NETWORKS LIMITED**                    **NORTEL NETWORKS CORPORATION**

By:_____                    By:_____
Name:  John Doolittle                          Name: John Doolittle
Title:    Senior Vice President, Corporate      Title:   Senior Vice President, Corporate
Services and Chief Financial Officer            Services and Chief Financial Officer


By:_____                    By:_____
Name:                                          Name:
Title:                                         Title:


**NORTEL NETWORKS INC.**


By:_____
Name:  John J. Ray, III
Title:    Principal Officer

**ERNST & YOUNG INC.** IN ITS
CAPACITY AS THE MONITOR OF
NORTEL NETWORKS CORPORATION ET
AL., AND NOT IN ITS PERSONAL
CAPACITY

**THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORTEL
NETWORKS INC., ET. AL.**

BY: AKIN GUMP STRAUSS HAUER &
FELD LLP, as Counsel to the Committee and
authorized signatory and not in its individual
capacity

By:_____

Name:

Title:

By: _____

Name:  Stephen B. Kuhn

Title:    Partner

**NORTEL ALTSYSTEMS, INC.**

By:_____
Name:  John J. Ray, III
Title:    Principal Officer


**SIGNED** in the name and on behalf of **NORTEL NETWORKS TECHNOLOGY CORPORATION.** by

    NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS CHILE S.A.** by

    NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE MEXICO, S.A. DE C.V.** by

    NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL DE MEXICO, S. DE R.L. DE C.V.** by

    NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS PERU S.A.C.** by

    NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS AUSTRALIA PTY LIMITED** by

    NORTEL NETWORKS LIMITED, as Representative

By:_____

Name:

Title:


By:_____

Name:

Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS (INDIA) PRIVATE LIMITED** by

    NORTEL NETWORKS LIMITED, as Representative

By:_____

Name:

Title:


By:_____

Name:

Title:


**SIGNED** in the name and on behalf of **PT NORTEL NETWORKS INDONESIA** by

    NORTEL NETWORKS LIMITED, as Representative

By:_____

Name:

Title:


By:_____

Name:

Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS MALAYSIA SDN. BHD.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS NEW ZEALAND LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS SINGAPORE PTE. LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (ASIA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CHINA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (THAILAND) LTD.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL VIETNAM LIMITED** by

    NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO., LTD.** by

    NORTEL NETWORKS LIMITED, as Representative


By:_____
Name:
Title:


By:_____
Name:
Title:

**NORTEL NETWORKS INTERNATIONAL INC.**


By:_____
Name:  John J. Ray, III
Title:    Principal Officer


**NORTEL NETWORKS (CALA) INC.**


By:_____
Name:  John J. Ray, III
Title:    Principal Officer


**SIGNED** in the name and on behalf of **NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIVATE LIMITED** by

NORTEL NETWORKS INC., as Representative


By:_____
Name:  John J. Ray, III
Title:    Principal Officer


**SIGNED** in the name and on behalf of **NORTEL NETWORKS KABUSHIKI KAISHA** by

NORTEL NETWORKS INC., as Representative


By:_____
Name:  John J. Ray, III
Title:    Principal Officer

**SIGNED** for and on behalf of **Nortel Networks**  )  ............................................................
**UK Limited** (in administration) by _____  )  _____
as Joint Administrator (acting as agent and  )
without personal liability) in the presence of:  )

Witness signature

..........................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel GmbH**  )  ............................................................
(in administration) by _____ as Joint  )  _____
Administrator (acting as agent and without  )
personal liability) in the presence of:  )

Witness signature

..........................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel Networks**  )  ............................................................
**SpA** (in administration) by _____ as  )  _____
Joint Administrator (acting as agent and without  )
personal liability) in the presence of:  )

Witness signature

..........................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel Networks**    )    ..................................................................
**Hispania S.A.** (in administration) by    )    _____
_____ as Joint Administrator (acting as    )
agent and without personal liability) in the    )
presence of:

Witness signature

..................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks**    )    ..................................................................
**B.V.** (in administration) by  _____ as    )    _____
Joint Administrator (acting as agent and without    )
personal liability) in the presence of:    )

Witness signature

..................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks**    )    ..................................................................
**AB** (in administration) by  _____ as    )    _____
Joint Administrator (acting as agent and without    )
personal liability) in the presence of:    )

Witness signature

..................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks**  )    .......................................................
**N.V.** (in administration) by _____ as  )    _____
Joint Administrator (acting as agent and without  )
personal liability) in the presence of:  )


Witness signature

.......................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel Networks**  )    .......................................................
**(Austria) GmbH** (in administration) by  )    _____
_____ as Joint Administrator (acting  )
as agent and without personal liability) in the  )
presence of:  )


Witness signature

.......................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel Networks**  )    .......................................................
**Polska Sp. z.o.o.** (in administration) by  )    _____
_____ as Joint Administrator (acting  )
as agent and without personal liability) in the  )
presence of:  )


Witness signature

.......................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel Networks** )          .........................................................................
**Oy** (in administration) by _____ )          _____
as Joint Administrator (acting as agent and )
without personal liability) in the presence of: )


Witness signature

......................................................... )
Name:                                                   )
Address:                                                )

**SIGNED** for and on behalf of **Nortel Networks** )          .........................................................................
**Portugal S.A.** (in administration) by )          _____
_____ as Joint Administrator (acting )
as agent and without personal liability) in the )
presence of:                                            )


Witness signature

......................................................... )
Name:                                                   )
Address:                                                )

**SIGNED** for and on behalf of **Nortel Networks** )          .........................................................................
**s.r.o.** (in administration) by _____ )          _____
as Joint Administrator (acting as agent and )
without personal liability) in the presence of: )


Witness signature

......................................................... )
Name:                                                   )
Address:                                                )

**SIGNED** for and on behalf of **Nortel Networks** )    ...........................................................................
**Romania s.r.l.** (in administration) by                        )    _____
_____ as Joint Administrator (acting            )
as agent and without personal liability) in the          )
presence of:

Witness signature

...........................................................  )
Name:                                                        )
Address:                                                     )


**SIGNED** for and on behalf of **Nortel Networks** )    ...........................................................................
**Engineering Service kft** (in administration) by       )    _____
_____ as Joint Administrator (acting            )
as agent and without personal liability) in the          )
presence of:                                                 )

Witness signature

...........................................................  )
Name:                                                        )
Address:                                                     )


**SIGNED** for and on behalf of **Nortel Networks** )    ...........................................................................
**Slovensko s.r.o.** (in administration) by              )    _____
_____ as Joint Administrator (acting            )
as agent and without personal liability) in the          )
presence of:                                                 )

Witness signature

...........................................................  )
Name:                                                        )
Address:                                                     )

17

**SIGNED** for and on behalf of **Nortel Networks**            )            ........................................................................
**France S.A.S** (in administration) by _____            )            _____
acting as authorised representative for            )
            )
as Joint Administrator (acting as agent and            )
without personal liability) in the presence of:


Witness signature

........................................................................            )
Name:            )
Address:            )

**SIGNED** for and on behalf of **Nortel Networks**       )       .........................................................................
**(Ireland) Limited** (in administration) by            )       _____
_____ as Joint Administrator (acting as agent        )
and without personal liability) in the presence         )
of:

Witness signature

............................................................       )
Name:                                                    )
Address:                                                 )

**SIGNED** by _____                                )        ..........................................................................

duly authorised for and on behalf of **o.o.o.**     )        _____

**Nortel Networks** in the presence of:              )


Witness signature

..............................................................    )

Name:                                                            )

Address:                                                         )

20

**SIGNED** by _____                    )        ...................................................................
duly authorized for and on behalf of **Nortel**   )        _____
**Networks AG** in the presence of:             )


Witness signature


...........................................................        )
Name:                                        )
Address:                                     )


**SIGNED** by _____                    )        ...................................................................
duly authorized for and on behalf of **Nortel**   )        _____
**Networks South Africa (Pty) Limited** in the   )
presence of:                                  )


Witness signature


...........................................................        )
Name:                                        )
Address:                                     )


**SIGNED** by _____                    )        ...................................................................
duly authorized for and on behalf of **Nortel**   )        _____
**Networks AS** in the presence of:             )

                                                     ...................................................................
                                                     _____

Witness signature


...........................................................        )
Name:                                        )
Address:                                     )

**SIGNED** for and on behalf of **Nortel**                    )
**Communications Holdings (1997) Limited**    )    ..............................................................
by _____ and _____ as Joint    )    _____
Israeli Administrators (acting jointly and    )
without personal liability) in the presence of:    )
                                                    )    ..............................................................
                                                    )    _____

Witness signature

......................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks**    )
**Israel (Sales and Marketing) Limited** by    )    ..............................................................
_____ and _____ as Joint    )    _____
Israeli Administrators (acting jointly and
without personal liability) in the presence of:
                                                    )
                                                    )    ..............................................................
                                                    )    _____
                                                    )
                                                    )

Witness signature

......................................................................    )
Name:    )
Address:    )

**SIGNED** by _____ in his own capacity    )    .............................................................................
and on behalf of the Joint Administrators    )    _____
without personal liability and solely for the    )
benefit of the provisions of this Agreement
expressed to be conferred on or given to the
Joint Administrators in the presence of:


Witness signature

.............................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **NORTEL** )
**NETWORKS SA** (in administration) ) _____
by **Maître Cosme Rogeau**, in his capacity as ) Cosme Rogeau
French Liquidator (Mandataire Liquidateur), )
acting as agent and without personal liability, in
the presence of:


Witness signature

.............................................................. )
Name: )
Address: )

**SECOND AMENDMENT TO MEN DISTRIBUTION ESCROW AGREEMENT**

## SECOND AMENDMENT TO MEN DISTRIBUTION ESCROW AGREEMENT

This Second Amendment, dated as of [●], 2011 (this "Amendment") to the MEN Distribution Escrow Agreement (the "Distribution Escrow Agreement"), dated as of March 19, 2010, is by and among (i) Nortel Networks Corporation ("NNC"), (ii) Nortel Networks Limited ("NNL"), (iii) Nortel Networks Inc. ("NNI," and together with NNC and NNL, the "Main Sellers"), (iv) the Additional U.S. Debtors (as defined in the Distribution Escrow Agreement) and the other affiliates of the Main Sellers listed on Schedule A of the Distribution Escrow Agreement (collectively, the "Other Sellers" and, together with the Main Sellers, the "Sellers"), (v) the companies listed on Schedule B of the Distribution Escrow Agreement (the "EMEA Sellers"), acting by their joint administrators Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill of Ernst & Young LLP (other than Nortel Networks (Ireland) Limited (In Administration), for which David Hughes of Ernst & Young Chartered Accountants and Alan Robert Bloom serve as joint administrators (collectively, the "Joint Administrators")) who act as agents for the EMEA Debtors (as defined in the Distribution Escrow Agreement), and, in the case of the Israeli Company (as defined in the Distribution Escrow Agreement), acting by its joint administrators Yaron Har-Zvi and Avi D. Pelossof (the "Joint Israeli Administrators"), (vi) Nortel Networks S.A. (In Administration) ("NNSA") acting by the NNSA Office Holders (as defined in the Distribution Escrow Agreement), (vii) each affiliate of the Main Sellers listed on Schedule C of the Distribution Escrow Agreement (each such entity, a "North American ALT Selling Debtor"), (viii) each affiliate of the EMEA Sellers listed on Schedule D of the Distribution Escrow Agreement (each such entity, an "EMEA ALT Selling Debtor," and together with the Sellers, the EMEA Sellers, NNSA and the North American ALT Selling Debtors, the "Depositors"), (ix) the Estate Fiduciaries (as defined in the Distribution Escrow Agreement), and (x) JPMorgan Chase Bank, N.A., as escrow and distribution agent under the Distribution Escrow Agreement (the "Distribution Agent"). Capitalized terms used but not defined herein shall have the meanings given to them in the Distribution Escrow Agreement.

WITNESSETH:

WHEREAS, the Depositors, the Estate Fiduciaries and the Distribution Agent (the "Parties") desire to amend the Distribution Escrow Agreement.

WHEREAS, this Amendment has been approved by both the U.S. Bankruptcy Court and the Canadian Court as required pursuant to Paragraph 15(a) of the Distribution Escrow Agreement.

WHEREAS, on April 13, 2011 the NNI, Nortel Networks (UK) Limited (in administration) ("NNUK") and the Israeli Company entered into that certain Letter Agreement pursuant to which the Joint Israeli Administrators transferred all of the Israeli Company's right, title and interest in the Escrow Property to NNI and NNUK, jointly (the "Israeli Agreement").

WHEREAS the Parties acknowledge that the consideration exchanged by the parties to the Israeli Agreement was neither a reference to nor an indication of the ultimate value of the amount of the Escrow Property that may be attributed to the Israeli Company when the

allocation of the sales proceeds relating to the business of the Israeli Company is determined or otherwise agreed upon.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties hereby agree as follows:

1.      Amendment of Preamble.  The Preamble of the Distribution Escrow Agreement shall be amended to remove the phrase "and, in the case of the Israeli Company (as defined below), is acting by its joint administrators Yaron Har-Zvi and Avi D. Pelossof (the "**Joint Israeli Administrators**") who act as agents of the Israeli Company without any personal liability as set forth in Paragraph 20 below".

2.      Amendment of Recitals.  The fifth recital shall be deleted in its entirety. The tenth recital shall be amended to substitute the phrase "certain other parties" for the phrase "Joint Israeli Administrators."

3.      Amendment of Paragraph 20.  Paragraph 20 shall be amended to remove all references to the Israeli Companies and the Joint Israeli Administrators.  In particular, Paragraph 20(a) shall be amended and restated in full as follows:

Subject to Paragraph20(c) below, the parties hereto agree that the Joint Administrators and the NNSA Office Holders in their respective capacities as administrators, in the case of the Joint Administrators, of the EMEA Debtors, and, in the case of the NNSA Office Holders, of NNSA, and for and on behalf of, in the case of the Joint Administrators, the EMEA Debtors, and, in the case of the NNSA Office Holders, NNSA, and that none of the Joint Administrators, the NNSA Office Holders, or their respective firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of any EMEA Debtor or NNSA, as applicable, to observe, perform or comply with any of its obligations under this Agreement or under or in relation to any associated arrangements or negotiations, whether such liability would arise under Paragraph 99(4) of Schedule B1 to the Insolvency Act or otherwise howsoever.

Paragraph 20(b) shall be amended to remove the phrases "the Joint Israeli Administrators" and "the Israeli Company." Paragraph 20(c)(ii) shall be deleted in its entirety.

4.      Amendment of Schedules.  Schedule B of the Distribution Escrow Agreement shall be amended to remove the Israeli Company from the list of EMEA Sellers party to the Distribution Escrow Agreement.  Schedule E shall be amended to remove the standing settlement instructions for the Israeli Company.  Schedule F shall be amended to remove the notice address for the Israeli Company.  Schedule G shall be amended to remove the contact information for the Israeli Company.  Exhibit 1 shall be amended to remove the interest allocation percentage to the Israeli Company.

5.      Effect.  Upon the effectiveness of this Amendment, the Israeli Company shall immediately and irrevocably cease to be a Depositor under the Distribution Escrow

Agreement for any and all purposes, and the consent of the Israeli Company shall no longer be required for any purposes thereunder.  For the avoidance of doubt, and subject to that certain Irrevocable Power of Attorney executed by the Israeli Company, dated [●], 2011, appointing NNI and NNUK as agent and attorney-in-fact, no party appointed in any proceeding with respect to the the Israeli Company's estates, including, without limitation, any successor, assign, trustee, liquidator or similar person, shall have any rights, title, or interest under the Distribution Escrow Agreement.

      6.    <u>Authorization</u>.  Each Party hereto represents to the others that (a) such party has all necessary power and authority to enter into this Amendment; (b) the execution and delivery by such Party of this Amendment has been duly authorized by all requisite corporate or other action on the part of such Party; and (c) this Amendment has been duly executed and delivered by such Party.

      7.    <u>Distribution Escrow Agreement Remains in Effect</u>.  This Amendment and the Distribution Agreement set forth the entire agreement among the Parties with respect to the matters set forth herein.  Except as amended hereby, the Distribution Escrow Agreement shall remain in full force and effect, and nothing herein shall affect any other provision of the Escrow Agreement or the rights and obligations of the parties thereto.  This Amendment shall be governed by and interpreted and enforced in accordance with the terms of the Distribution Escrow Agreement.

      8.    <u>Counterparts</u>.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement, it being understood that all of the Parties need not sign the same counterpart. All signatures of the parties to this Amendment may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces, and will be binding upon such party.

*[Signature pages follow.]*

**Copy to**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

IN WITNESS WHEREOF, each of the parties hereto has caused this Agreement to be executed on the day and year first above written.

NORTEL NETWORKS LIMITED                    NORTEL NETWORKS CORPORATION

By:_____                By:_____
Name:                                       Name:
Title:                                      Title:


By:_____                By:_____
Name:                                       Name:
Title:                                      Title:


NORTEL NETWORKS INC.                        DISTRIBUTION AGENT

By:_____                JPMorgan Chase Bank, N.A., as Distribution
Name:                                       Agent
Title:

                                           By:_____
                                           Name:
                                           Title:


ERNST & YOUNG INC. IN ITS CAPACITY          THE OFFICIAL COMMITTEE OF
AS THE MONITOR OF NORTEL                     UNSECURED CREDITORS OF NORTEL
NETWORKS CORPORATION ET AL.,                 NETWORKS INC., ET. AL.
AND NOT IN ITS PERSONAL CAPACITY
                                           By: AKIN GUMP STRAUSS HAUER &
                                           FELD LLP, as Counsel to the Committee and
                                           authorized signatory and not in its individual
                                           capacity


By:_____                By:_____
Name:                                       Name:
Title:                                      Title:

**ARCHITEL SYSTEMS (U.S.)
CORPORATION**


By: _____
Name:
Title:


**NORTEL ALTSYSTEMS INC.**


By: _____
Name:
Title:


**NORTEL ALTSYSTEMS
INTERNATIONAL INC.**


By: _____
Name:
Title:


**NORTEL NETWORKS APPLICATIONS
MANAGEMENT SOLUTIONS INC.**


By: _____
Name:
Title:

**NORTEL NETWORKS CABLE SOLUTIONS INC.**

By:_____
Name:
Title:

**NORTEL NETWORKS CAPITAL CORPORATION**

By _____
Name:
Title:

**NORTEL NETWORKS HPOCS INC.**

By _____
Name:
Title:

**NORTEL NETWORKS INTERNATIONAL INC.**

By:_____
Name:
Title:

**NORTEL NETWORKS OPTICAL COMPONENTS INC.**

By _____
Name:
Title:

**NORTHERN TELECOM
INTERNATIONAL INC.**


By:_____
Name:
Title:


**SONOMA SYSTEMS**


By _____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS TECHNOLOGY CORPORATION** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE COLOMBIA S.A.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE MEXICO S.A. DE C.V.** by

NORTEL NETWORKS LIMITED, as Representative

By: _____
Name:
Title:


By: _____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL DE MEXICO S. DE R.L. DE C.V.** by

NORTEL NETWORKS LIMITED, as Representative

By: _____
Name:
Title:


By: _____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS PERU S.A.C.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS AUSTRALIA PTY. LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **PT NORTEL NETWORKS INDONESIA** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS MALAYSIA SDN. BHD.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS NEW ZEALAND LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS SINGAPORE PTE. LTD** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (ASIA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CHINA) LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (THAILAND) LTD** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL VIETNAM LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO. LIMITED** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE ARGENTINA S.A.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE ECUADOR S.A.** by

NORTEL NETWORKS LIMITED, as Representative

By:_____
Name:
Title:


By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **NORTEL NETWORKS DE GUATEMALA LTDA.** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CALA) INC.** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL TRINIDAD & TOBAGO LIMITED** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:


**SIGNED** in the name and on behalf of **NORTEL NETWORKS KABUSHIKI KAISHA** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **QTERA CORPORATION** by

NORTEL NETWORKS INC., as Representative

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **XROS, INC.** by

NORTEL NETWORKS CORPORATION, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

**SIGNED** in the name and on behalf of **CORETEK, INC.** by

NORTEL NETWORKS CORPORATION, as Representative

By:_____
Name:
Title:

By:_____
Name:
Title:

*CGSH DRAFT 5/17/2011*
*PRIVILEGED & CONFIDENTIAL*

**SIGNED** for and on behalf of **Nortel Networks**    )    ....................................................................
**UK Limited** (in administration) by as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:    )


Witness signature

....................................................................    )
Name:    )
Address:    )




**SIGNED** for and on behalf of **Nortel GmbH** (in    )    ....................................................................
administration) by as Joint Administrator (acting    )
as agent and without personal liability) in the    )
presence of:    )


Witness signature

....................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks** )        ....................................................................
**SpA** (in administration) by as Joint            )
Administrator (acting as agent and without         )
personal liability) in the presence of:            )


Witness signature

...........................................................        )
Name:                                              )
Address:                                           )


**SIGNED** for and on behalf of **Nortel Networks** )        ....................................................................
**Hispania S.A.** (in administration) by as Joint   )
Administrator (acting as agent and without         )
personal liability) in the presence of:            )


Witness signature

...........................................................        )
Name:                                              )
Address:                                           )

**SIGNED** for and on behalf of **Nortel Networks** )          ................................................................
**B.V.** (in administration) by as Joint )
Administrator (acting as agent and without )
personal liability) in the presence of: )

Witness signature

..........................................................................
Name:                                              )
Address:                                           )
                                                   )

**SIGNED** for and on behalf of **Nortel Networks** )          ................................................................
**AB** (in administration) by as Joint Administrator )
(acting as agent and without personal liability) in )
the presence of: )

Witness signature

..........................................................................
Name:                                              )
Address:                                           )
                                                   )

**SIGNED** for and on behalf of **Nortel Networks**    )    ...............................................................
**N.V.** (in administration) by as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:    )


Witness signature

.............................................................    )
Name:    )
Address:    )


**SIGNED** for and on behalf of **Nortel Networks**    )    ...............................................................
**(Austria) GmbH** (in administration) by as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:    )


Witness signature

.............................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks**  )          ................................................................
**Portugal S.A.** (in administration) by as Joint  )
Administrator (acting as agent and without  )
personal liability) in the presence of:  )


Witness signature

................................................................  )
Name:  )
Address:  )


**SIGNED** for and on behalf of **Nortel Networks**  )          ................................................................
**s.r.o.** (in administration) by as Joint  )
Administrator (acting as agent and without  )
personal liability) in the presence of:  )


Witness signature

................................................................  )
Name:  )
Address:  )

**SIGNED** for and on behalf of **Nortel Networks** )          ................................................................
**Polska Sp. z.o.o.** (in administration) by as Joint )
Administrator (acting as agent and without )
personal liability) in the presence of: )


Witness signature

..............................................................   )
Name:                                                           )
Address:                                                        )


**SIGNED** for and on behalf of **Nortel Networks** )          ................................................................
**Engineering Service kft** (in administration) by )
as Joint Administrator (acting as agent and )
without personal liability) in the presence of: )


Witness signature

..............................................................   )
Name:                                                           )
Address:                                                        )

**SIGNED** for and on behalf of **Nortel Networks**    )    ...................................................................
**Slovensko s.r.o.** (in administration) by as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:    )


Witness signature

...............................................................    )
Name:    )
Address:    )


**SIGNED** for and on behalf of **Nortel Networks**    )    ...................................................................
**Romania Srl** (in administration) by as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:    )


Witness signature

...............................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **Nortel Networks**            )            ................................................................
**Oy** (in administration) by as Joint Administrator         )
(acting as agent and without personal liability) in          )
the presence of:                                             )


Witness signature

................................................................            )
Name:                                                        )
Address:                                                     )


**SIGNED** for and on behalf of **Nortel Networks**            )            ................................................................
**International Finance & Holding B.V.** (in                  )
administration) by as Joint Administrator (acting            )
as agent and without personal liability) in the             )
presence of:                                                 )


Witness signature

                                                             )
................................................................            )
Name:                                                        )
Address:

**SIGNED** for and on behalf of **Nortel Networks**　　)　　.................................................................
**France S.A.S.** (in administration) by as Joint　　)
Administrator (acting as agent and without　　)
personal liability) in the presence of:　　)


Witness signature

.............................................................　　)
Name:　　)
Address:　　)


**SIGNED** for and on behalf of **Nortel Networks**　　)　　.................................................................
**(Ireland) Limited** (in administration) by as　　)
Joint Administrator (acting as agent and without　　)
personal liability) in the presence of:　　)


Witness signature

.............................................................　　)
Name:　　)
Address:　　)

**SIGNED** for and on behalf of **Nortel Networks**
**Networks (Northern Ireland) Limited** (in
administration) by as Joint Administrator (acting
as agent and without personal liability) in the
presence of:

)
)
)
)
)

...............................................................

Witness signature

...............................................................

Name:

Address:

)
)
)


**SIGNED** for and on behalf of **o.o.o. Nortel**
**Networks International Finance & Holding**
**B.V.** (in administration) by as Joint
Administrator (acting as agent and without
personal liability) in the presence of:

)
)
)
)

...............................................................

Witness signature

...............................................................

Name:

Address:

)
)
)

**SIGNED** for and on behalf of **Nortel Networks**                )          ..............................................................
**AG** (in administration) by as Joint Administrator        )
(acting as agent and without personal liability) in        )
the presence of:                                            )


Witness signature

.............................................................          )
Name:                                                       )
Address:                                                    )


**SIGNED** for and on behalf of **Nortel Networks**                )          ..............................................................
**Optical Components Limited** (in                          )
administration) by as Joint Administrator (acting           )
as agent and without personal liability) in the            )
presence of:                                                )


Witness signature

                                                            )
.............................................................          )
Name:                                                       )
Address:

**SIGNED** in his own capacity and on behalf of    )        ..............................................................
the Joint Administrators without personal           )
liability and solely for the benefit of the          )
provisions of this Agreement expressed to be         )
conferred on or given to the Joint
Administrators:


Witness signature
                                                    )
..............................................................    )
Name:                                               )
Address:


**SIGNED** for and on behalf of **Nortel Networks**    )        ..............................................................
**Israel (Sales and Marketing) Limited** (in          )
administration) by as Joint Israeli Administrators   )
(acting jointly and without personal liability) in   )
connection with the Israeli Assets  and
Liabilities:


Witness signature                                   )
                                                    )
..............................................................    )
Name:
Address:

**SIGNED** by in his own capacity and on behalf ) ...............................................................
of the Joint Israeli Administrators without )
personal liability and solely for the benefit of the )
provisions of this Agreement expressed to be )
conferred on or given to the Joint Israeli
Administrators:

Witness signature )
)
........................................................... )
Name:
Address:

**SIGNED** by in his own capacity and on behalf ) ...............................................................
of the Joint Israeli Administrators without )
personal liability and solely for the benefit of the )
provisions of this Agreement expressed to be )
conferred on or given to the Joint Israeli
Administrators:

Witness signature )
)
........................................................... )
Name:
Address:

**SIGNED** his own capacity and on behalf of the        )        ...................................................
Joint Israeli Administrators without personal        )
liability and solely for the benefit of the        )
provisions of this Agreement expressed to be        )
conferred on or given to the Joint Israeli
Administrators:


Witness signature        )
        )
...........................................................        )
Name:
Address:




**SIGNED** for and on behalf of **NORTEL**        )        ...................................................
**NETWORKS SA (IN**        )
**ADMINISTRATION)** by as liquidator        )
(acting as agent and without personal        )
liability) and by as administrator (acting as
agent and without personal liability) in the
presence of:


        )
        )
Witness signature        )

...........................................................
Name:
Address:

**AMENDMENT TO MSS DISTRIBUTION ESCROW AGREEMENT**

## AMENDMENT TO MSS DISTRIBUTION ESCROW AGREEMENT

This Amendment, dated as of [●], 2011 (this "Amendment") to the MSS Distribution Escrow Agreement (the "Distribution Escrow Agreement"), dated as of March 11, 2011, is by and among (i) Nortel Networks Corporation ("NNC"), (ii) Nortel Networks Limited ("NNL"), (iii) Nortel Networks Inc. ("NNI," and together with NNC and NNL, the "Main Sellers"), (iv) the affiliates of the Main Sellers listed on Schedule A of the Distribution Escrow Agreement (collectively, the "Other Sellers" and, together with the Main Sellers, the "Sellers"), (v) the companies listed on Schedule B of the Distribution Escrow Agreement (the "EMEA Sellers"), which in the case of the EMEA Sellers are acting by their joint administrators Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill of Ernst & Young LLP (other than Nortel Networks (Ireland) Limited (In Administration), for which David Hughes of Ernst & Young Chartered Accountants and Alan Robert Bloom serve as joint administrators (collectively, the "Joint Administrators")) who act as agents for the EMEA Debtors (as defined in the Distribution Escrow Agreement), and, in the case of the Israeli Company (as defined in the Distribution Escrow Agreement), is acting by its joint administrators Yaron Har-Zvi and Avi D. Pelossof (the "Joint Israeli Administrators"), (vi) Nortel Networks S.A. (In Administration) ("NNSA", together with the Sellers and the EMEA Sellers, the "Depositors" ) acting by the French Liquidator (as defined in the Distribution Escrow Agreement), (vii) the Estate Fiduciaries (as defined in the Distribution Escrow Agreement), and (x) JPMorgan Chase Bank, N.A., as escrow and distribution agent under the Distribution Escrow Agreement (the "Distribution Agent").  Capitalized terms used but not defined herein shall have the meanings given to them in the Distribution Escrow Agreement.

WITNESSETH:

WHEREAS, the Depositors, the Estate Fiduciaries and the Distribution Agent (the "Parties") desire to amend the Distribution Escrow Agreement.

WHEREAS, this Amendment has been approved by both the U.S. Bankruptcy Court and the Canadian Court as required pursuant to Paragraph 14(a) of the Distribution Escrow Agreement.

WHEREAS, on April 13, 2011 the NNI, Nortel Networks (UK) Limited (in administration) ("NNUK") and the Israeli Company entered into that certain Letter Agreement pursuant to which the Joint Israeli Administrators transferred all of the Israeli Company's right, title and interest in the Escrow Property to NNI and NNUK, jointly (the "Israeli Agreement").

WHEREAS the Parties acknowledge that the consideration exchanged by the parties to the Israeli Agreement was neither a reference to nor an indication of the ultimate value of the amount of the Escrow Property that may be attributed to the Israeli Company when the allocation of the sales proceeds relating to the business of the Israeli Company is determined or otherwise agreed upon.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties hereby agree as follows:

1.    <u>Amendment of Preamble</u>.  The Preamble of the Distribution Escrow Agreement shall be amended to remove the phrase "and, in the case of the Israeli Company (as defined below), is acting by its joint administrators Yaron Har-Zvi and Avi D. Pelossof (the "**Joint Israeli Administrators**") who act as agents of the Israeli Company without any personal liability as set forth in <u>Paragraph 19</u> below".

2.    <u>Amendment of Recitals</u>.  The sixth recital shall be deleted in its entirety. The eighth and eighteenth recitals shall be amended to substitute the phrase "certain other parties" for the phrase "Joint Israeli Administrators."

3.    <u>Amendment of Paragraph 15</u>.  Paragraph 15 shall be amended to remove the phrase "and the Joint Israeli Administrators."

4.    <u>Amendment of Paragraph 19</u>.  Paragraph 19 shall be amended to remove all references to the Israeli Companies and the Joint Israeli Administrators.  In particular, Paragraph 19(a) shall be amended and restated in full as follows:

> Subject to Paragraph 19(c) below, the parties hereto agree that the Joint Administrators have negotiated this Agreement in their capacities as administrators of the EMEA Debtors, and for and on behalf of the EMEA Debtors, and that none of the Joint Administrators or their respective firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of any EMEA Debtor to observe, perform or comply with any of its obligations under this Agreement or under or in relation to any associated arrangements or negotiations, whether such liability would arise under Paragraph 99(4) of Schedule B1 to the Insolvency Act or otherwise howsoever.

Paragraph 19(c) shall be amended and restated in full as follows:

> Nothing in this Section 19 or any other provision of this Agreement shall prevent the Sellers or the Distribution Agent from bringing any action against the EMEA Debtors, NNSA, the NNSA Office Holders or the Joint Administrators for fraud.

Paragraph 19(d)(iii) shall be deleted in its entirety.

4.    <u>Amendment of Schedules</u>.  Schedule B of the Distribution Escrow Agreement shall be amended to delete Part 3 in full.  Schedule C shall be amended to remove the standing settlement instructions for the Israeli Company.  Schedule D shall be amended to remove the Israeli Company from the list of Depositors under the Distribution Escrow Agreement. Schedule E shall be amended to remove the persons designated to give funds transfer instructions for the Israeli Company.

5.    <u>Effect</u>.  Upon the effectiveness of this Amendment, the Israeli Company shall immediately and irrevocably cease to be a Depositor under the Distribution Escrow Agreement for any and all purposes, and the consent of the Israeli Company shall no longer be required for any purposes thereunder.  For the avoidance of doubt, and subject to that certain Irrevocable Power of Attorney executed by the Israeli Company, dated [●], 2011, appointing

NNI and NNUK as agent and attorney-in-fact, no party appointed in any proceeding with respect to the Israeli Company's estates, including, without limitation, any successor, assign, trustee, liquidator or similar person, shall have any rights, title, or interest under the Distribution Escrow Agreement.

6      <u>Authorization</u>.  Each Party hereto represents to the others that (a) such party has all necessary power and authority to enter into this Amendment; (b) the execution and delivery by such Party of this Amendment has been duly authorized by all requisite corporate or other action on the part of such Party; and (c) this Amendment has been duly executed and delivered by such Party.

7.      <u>Distribution Escrow Agreement Remains in Effect</u>.  This Amendment and the Distribution Escrow Agreement set forth the entire agreement among the Parties with respect to the matters set forth herein.  Except as amended hereby, the Distribution Escrow Agreement shall remain in full force and effect, and nothing herein shall affect any other provision of the Distribution Escrow Agreement or the rights and obligations of the parties thereto.  This Amendment shall be governed by and interpreted and enforced in accordance with the terms of the Distribution Escrow Agreement.

8.      <u>Counterparts</u>.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement, it being understood that all of the Parties need not sign the same counterpart. All signatures of the parties to this Amendment may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces, and will be binding upon such party.

*[Signature pages follow.]*

**<u>Copy to</u>**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

IN WITNESS WHEREOF, each of the parties hereto has caused this Agreement to be executed on the day and year first above written.

NORTEL NETWORKS LIMITED                    NORTEL NETWORKS CORPORATION

By:_____         By:_____
Name:                                      Name:
Title:                                     Title:


By:_____         By:_____
Name:                                      Name:
Title:                                     Title:


NORTEL NETWORKS INC.


By:_____
Name:
Title:


ERNST & YOUNG INC. IN ITS CAPACITY          THE OFFICIAL COMMITTEE OF
AS THE MONITOR OF NORTEL                     UNSECURED CREDITORS OF NORTEL
NETWORKS CORPORATION ET AL.,                 NETWORKS INC., ET. AL.
AND NOT IN ITS PERSONAL CAPACITY
                                             By:  AKIN GUMP STRAUSS HAUER &
                                             FELD LLP, as Counsel to the Committee and
                                             authorized signatory and not in its individual
                                             capacity


By:_____          By:_____
Name:                                       Name:
Title:                                      Title:

**NORTEL NETWORKS TECHNOLOGY CORPORATION**


By:_____
Name:  John M. Doolittle
Title:   Director


**NORTEL NETWORKS DE MEXICO, S.A. DE C.V.**


By:_____
Name:  Karla Lizet Dorantes Aguilar
Title:   Attorney-in-fact


**NORTEL DE MEXICO, S. DE R.L. DE C.V.**


By:_____
Name:  Karla Lizet Dorantes Aguilar
Title:   Attorney-in-fact


**NORTEL NETWORKS PERU S.A.C.**


By:_____
Name:  Luis Gastañeta
Title:   Attorney-in-fact

**NORTEL NETWORKS AUSTRALIA PTY LIMITED**


By:_____
Name:  John M. Doolittle
Title:    Director


**NORTEL NETWORKS MALAYSIA SDN. BHD.**


By:_____
Name:  John M. Doolittle
Title:    Director


**NORTEL NETWORKS NEW ZEALAND LIMITED**


By:_____
Name:  John M. Doolittle
Title:    Director


**PT NORTEL NETWORKS INDONESIA**


By:_____
Name:  John M. Doolittle
Title:    Director

**NORTEL NETWORKS SINGAPORE PTE. LIMITED**


By:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name:  John M. Doolittle
Title:    Director


**NORTEL NETWORKS (ASIA) LIMITED**


By:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name:  John M. Doolittle
Title:    Director


**NORTEL NETWORKS (CHINA) LIMITED**


By:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name:  John M. Doolittle
Title:    Director


**NORTEL NETWORKS (THAILAND) LTD.**


By:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name:  John M. Doolittle
Title:    Director

**SIGNED** in the name and on behalf of **NORTEL NETWORKS (CALA) INC.** by

NORTEL NETWORKS INC., as Representative


By:_____
Name:  Christopher Ricaurte
Title:    President


**SIGNED** in the name and on behalf of **NORTEL NETWORKS INTERNATIONAL INC.** by

NORTEL NETWORKS INC., as Representative


By:_____
Name:  Christopher Ricaurte
Title:    President


NORTEL NETWORKS INC., as Representative


By:_____
Name:  Christopher Ricaurte
Title:    President

**SIGNED** for and on behalf of **NORTEL NETWORKS UK LIMITED** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of: )))))

………………………………………………..
Christopher Hill

Witness signature

………………………………………………..
Name:
Address: )))

**SIGNED** for and on behalf of **NORTEL NETWORKS NV** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of: ))))))

………………………………………………..
Christopher Hill

Witness signature

………………………………………………..
Name:
Address: )))

**SIGNED** for and on behalf of **NORTEL NETWORKS SPA** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of: )))))

…………………………………………….
Christopher Hill

Witness signature

………………………………………………..
Name:
Address: )))

**SIGNED** for and on behalf of **NORTEL NETWORKS BV** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of: )))))

…………………………………………….
Christopher Hill

…………………………………………….
Witness signature

Name:                   )
Address:              )
                         )

**SIGNED** for and on behalf of **NORTEL**  )  …………………………………………
**NETWORKS POLSKA SP Z.O.O.** (in  )  Christopher Hill
administration) by **CHRISTOPHER HILL**  )
as Joint Administrator (acting as agent and  )
without personal liability) in the presence of:  )


Witness signature

………………………………………….  )
Name:                   )
Address:              )

**SIGNED** for and on behalf of **NORTEL**  )  …………………………………………
**NETWORKS HISPANIA SA** (in  )  Christopher Hill
administration) by **CHRISTOPHER HILL**  )
as Joint Administrator (acting as agent and  )
without personal liability) in the presence of:  )


Witness signature

………………………………………….  )
Name:                   )
Address:              )

**SIGNED** for and on behalf of **NORTEL**  )  …………………………………………
**NETWORKS (AUSTRIA) GMBH** (in  )  Christopher Hill
administration) by **CHRISTOPHER HILL**  )
as Joint Administrator (acting as agent and  )
without personal liability) in the presence of:  )


Witness signature

………………………………………….  )
Name:                   )
Address:              )

**SIGNED** for and on behalf of **NORTEL NETWORKS PORTUGAL SA** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

……………………………………………
Christopher Hill

Witness signature

……………………………………………
Name:
Address:

)
)
)

**SIGNED** for and on behalf of **NORTEL GMBH** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

……………………………………………
Christopher Hill

Witness signature

……………………………………………
Name:
Address:

)
)
)

**SIGNED** for and on behalf of **NORTEL NETWORKS AB** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

……………………………………………
Christopher Hill

Witness signature

……………………………………………
Name:
Address:

)
)
)

**SIGNED** for and on behalf of **NORTEL NETWORKS (IRELAND) LIMITED** (in administration) by **CHRISTOPHER HILL** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

……………………………………………
David Hughes

Witness signature

……………………………………………    )
Name:                                              )
Address:                                           )


SIGNED by Simon Freemantle                )
Duly authorized for and on behalf of **NORTEL**
**NETWORKS AG** in the presence of:
                                                         )    Simon Freemantle
                                                         )
                                                         )


Witness signature

……………………………………………    )
Name:                                              )
Address:                                           )


**SIGNED** for and on behalf of **Nortel Networks**    )    ……………………………………………
**Slovensko s.r.o.** (in administration) by             )    Christopher Hill
Christopher Hill                                        )
as Joint Administrator (acting as agent and            )
without personal liability) in the presence of:        )


Witness signature

……………………………………………    )
Name:                                              )
Address:                                           )

**SIGNED** for and on behalf of **Nortel Networks**    )    ……………………………………………
**s.r.o.** (in administration) by                       )    Christopher Hill
Christopher Hill                                        )
as Joint Administrator (acting as agent and            )
without personal liability) in the presence of:        )


Witness signature

……………………………………………    )

Name:                                     )
Address:                                  )


**SIGNED** for and on behalf of **Nortel Networks**    )    ……………………………………………
**Romania s.r.l.** (in administration) by            )    Christopher Hill
Christopher Hill                                   )
as Joint Administrator (acting as agent and        )
without personal liability) in the presence of:    )


Witness signature

……………………………………….    )
Name:                                     )
Address:                                  )

13

| | |
|---|---|
| **SIGNED** for and on behalf of **Nortel Networks** | ) |
| **France S.A.S.** (in administration) by Kerry | ) |
| Trigg acting as authorised representative for | ) |
| Stephen Harris as Joint Administrator (acting as | ) |
| agent and without personal liability) in the | ) |
| presence of: | ) |

……………………………………………

Kerry Trigg

Witness signature

……………………………………………    )

Name:    )

Address:    )

SIGNED for and on behalf of **Nortel Networks
Israel (Sales and Marketing) Limited** (in
administration) by Yaron Har-Zvi and Avi D.
Pelossof as Joint Israeli Administrators (acting
jointly and without personal liability) in
connection with the Israeli Assets and
Liabilities:

)
)
)
)
)
)
)
)
)

……………………………………………
Yaron Har-Zvi

……………………………………………
Avi D. Pelossof

Witness signature

……………………………………………
Name:
Address:

)
)
)

SIGNED for and on behalf of **NORTEL NETWORKS S.A.** (in administration and liquidation judiciaire) by **MAÎTRE COSME ROGEAU** as *Mandataire Judiciaire* (acting as agent and without personal liability) in the presence of:

)
)
)
)
)
)

……………………………………………

Maître Cosme Rogeau

Witness signature

………………………………………    )
Name:                                      )
Address:                                   )

**NORTEL NETWORKS JAPAN (NORTEL NETWORKS KABUSHIKI KAISHA)**

By:_____
Name:  John Ray
Title:    Director

**NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO., LTD.**


By:_____

Name:  John Marshall Doolittle

Title:    Chairman of the Board and Legal Representative

**AMENDMENT TO RADWARE ESCROW AGREEMENT**

## AMENDMENT TO RADWARE ESCROW AGREEMENT

This Amendment, dated as of [●], 2011 (this "<u>Amendment</u>") to the Radware Distribution Escrow Agreement (the "<u>Distribution Escrow Agreement</u>"), dated as of March 31, 2009, is by and among (i) Nortel Networks Inc. ("<u>NNI</u>"), acting on behalf of itself and on behalf of its wholly-owned subsidiary Alteon WebSystems Inc., (ii) Nortel Networks Limited ("<u>NNL</u>"), acting on behalf of itself and on behalf of Nortel Networks Technology Corporation and NNL's wholly-owned subsidiaries identified as Non-Debtor Nortel Networks Entities on Exhibit I of the Distribution Escrow Agreement (collectively, the "Non-Debtor Nortel Networks Entities"), those entities listed under the heading EMEA Sellers on the signature pages of the Distribution Escrow Agreement (collectively, the "<u>Depositors</u>" and each a "<u>Depositor</u>"), and A.R. Bloom, S. Harris, A. M. Hudson and C. Hill of Ernst & Young LLP, in their capacity as the joint administrators of the EMEA Sellers (other than Nortel Networks (Ireland) Limited) and A.R. Bloom and D. Hughes in their capacity as the joint administrators of Nortel Networks (Ireland) Limited (the "<u>Joint Administrators</u>"), and JP Morgan Chase Bank, N.A., as escrow agent ("<u>Escrow Agent</u>"). Capitalized terms used but not defined herein shall have the meanings given to them in the Distribution Escrow Agreement.

WITNESSETH:

WHEREAS, the Requisite Depositors, the Joint Administrators and the Escrow Agent (the "<u>Parties</u>") desire to amend the Distribution Escrow Agreement.

WHEREAS, this Amendment has been approved by both the U.S. Bankruptcy Court and the Applicable Canadian Court as required pursuant to Paragraph 15(a) of the Distribution Escrow Agreement.

WHEREAS, on April 13, 2011 the NNI, Nortel Networks (UK) Limited (in administration) ("<u>NNUK</u>") and Nortel Networks Israel (Sales and Marketing) Limited (the "<u>Israeli Company</u>") entered into that certain Letter Agreement pursuant to which the Joint Israeli Administrators transferred all of the Israeli Company's right, title and interest in the Escrow Funds to NNI and NNUK, jointly (the "<u>Israeli Agreement</u>").

WHEREAS the Parties acknowledge that the consideration exchanged by the parties to the Israeli Agreement was neither a reference to nor an indication of the ultimate value of the amount of the Escrow Funds that may be attributed to the Israeli Company when the allocation of the sales proceeds relating to the business of the Israeli Company is determined or otherwise agreed upon.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the Parties hereby agree as follows:

1.    <u>Exhibit I</u>.  Exhibit I shall be amended to remove the entry for the Israeli Company, and the 0.0333% Interest Allocation Percentage attributed to the Israeli Company shall be divided between NNUK and Nortel Networks Inc., such that 0.0200% is added to the

NNUK Interest Allocation Percentage, and 0.0133% is added to the Nortel Networks Inc. Interest Allocation Percentage.

2.    <u>Effect</u>.  Upon the effectiveness of this Amendment, the Israeli Company shall immediately and irrevocably cease to be a Non-Debtor Nortel Networks Entity under the Distribution Escrow Agreement for any and all purposes.  For the avoidance of doubt, and subject to that certain Irrevocable Power of Attorney executed by the Israeli Company, dated [●], 2011, appointing NNI and NNUK as agent and attorney-in-fact, no party appointed in any proceeding with respect to the Israeli Company's estates, including, without limitation, any successor, assign, trustee, liquidator or similar person, shall have any rights, title, or interest under the Distribution Escrow Agreement.

3.    <u>Authorization</u>.  Each Party hereto represents to the others that (a) such party has all necessary power and authority to enter into this Amendment; (b) the execution and delivery by such Party of this Amendment has been duly authorized by all requisite corporate or other action on the part of such Party; and (c) this Amendment has been duly executed and delivered by such Party.

4.    <u>Distribution Escrow Agreement Remains in Effect</u>.  This Amendment and the Distribution Escrow Agreement set forth the entire agreement among the Parties with respect to the matters set forth herein.  Except as amended hereby, the Distribution Escrow Agreement shall remain in full force and effect, and nothing herein shall affect any other provision of the Distribution Escrow Agreement or the rights and obligations of the parties thereto.  This Amendment shall be governed by and interpreted and enforced in accordance with the terms of the Distribution Escrow Agreement.

5.    <u>Counterparts</u>.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement, it being understood that all of the Parties need not sign the same counterpart. All signatures of the parties to this Amendment may be transmitted by facsimile, and such facsimile will, for all purposes, be deemed to be the original signature of such party whose signature it reproduces, and will be binding upon such party.

*[Signature pages follow.]*

**Copy to**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

IN WITNESS WHEREOF, each of the parties hereto has caused this Agreement to be executed on the day and year first above written.

NORTEL NETWORKS INC. , on behalf of itself and Alteaon WebSystems Inc.

_____

Name:  Hyacinth DeAlmeida
Title:  Leader, Corporate Business Development

NORTEL NETWORKS LIMITED, on behalf of itself, Nortel Networks Technology Corporation and the Non-Debtor Nortel Networks Entities

_____

Name:
Title:

_____

Name:
Title:

**EMEA SELLERS**

NORTEL NETWORKS UK LIMITED (in administration) by C. Hill as Joint Administrator (acting as agent and without personal liability)

_____

Name:
Title:

NORTEL NETWORKS N.V. (in administration) by
C. Hill as Joint Administrator (acting as agent and
without personal liability)

_____
Name:
Title:


NORTEL NETWORKS S.A. (in administration) by
Kerry Trigg acting as authorised representative for
C. Hill as Joint Administrator (acting as agent and
without personal liability) under an authorisation
dated 15 January 2009

_____
Name:
Title:


NORTEL NETWORKS FRANCE S.A.S. (in
administration) by Kerry Trigg acting as authorised
representative for C. Hill as Joint Administrator
(acting as agent and without personal liability)
under an authorisation dated 15 January 2009

_____
Name:  Kerry Trigg
Title:    Authorized Representative


NORTEL NETWORKS (AUSTRIA) GMBH (in
administration) by C. Hill as Joint Administrator
(acting as agent and without personal liability)

_____
Name:
Title:

NORTEL NETWORKS, S.R.O. (in administration)
by C. Hill as Joint Administrator (acting as agent
and without personal liability)

_____

Name:
Title:

NORTEL NETWORKS AB – DENMARK
BRANCH (in administration) by C. Hill as Joint
Administrator (acting as agent and without personal
liability)

_____

Name:
Title:

NORTEL NETWORKS B.V. (in administration) by
C. Hill as Joint Administrator (acting as agent and
without personal liability)

_____

Name:
Title:

NORTEL GMBH (in administration) by C. Hill as
Joint Administrator (acting as agent and without
personal liability)

_____

Name:
Title:

NORTEL NETWORKS (IRELAND) LIMITED (in administration) by D. Hughes as Joint Administrator (acting as agent and without personal liability)

Name:
Title:

NORTEL NETWORKS S.P.A. (in administration) by C. Hill as Joint Administrator (acting as agent and without personal liability)

Name:
Title:

NORTEL NETWORKS POLSKA SP. Z O.O. (in administration) by C. Hill as Joint Administrator (acting as agent and without personal liability)

Name:
Title:

NORTEL NETWORKS PORTUGAL S.A. (in administration) by C. Hill as Joint Administrator (acting as agent and without personal liability)

Name:
Title:

6

NORTEL NETWORKS ROMANIA SRL (in administration) by C. Hill as Joint Administrator (acting as agent and without personal liability)

_____

Name:
Title:


## JOINT ADMINISTRATORS

C. HILL, in his own capacity and on behalf of the Joint Administrators without personal liability and solely for the benefit of the provisions of this Agreement expressed to be conferred on or given to the Joint Administrators:

_____

Name:
Title:


## ESCROW AGENT

JP MORGAN CHASE BANK, N.A., as Escrow Agent


By: _____
Name:  Natalie B. Pesce
Title:    Vice President