## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                         :

*In re*                            :       Chapter 11

                            :

Nortel Networks Inc., *et al.*,[1]      :       Case No. 09-10138 (KG)

                            :

              Debtors.       :       Jointly Administered

                            :

                            :       **Re:  D.I. 5200, D.I. 5255, and D.I. 5380**

-----------------------------------------------------------X

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that on May 18, 2011, pursuant to the consent of the Joint Administrators provided in their May 10 correspondence, the above-captioned debtors and debtors-in-possession submitted to the court copies of the following proofs of claim filed in Canada[2]:

        1.      Nineteen (19) proofs of claim filed against Nortel Networks Limited ("NNL") by each of the EMEA Debtors[3];

        2.      Nineteen (19) proofs of claim filed against Nortel Networks Corporation ("NNC") by each of the EMEA Debtors;

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      The proofs of claim filed in Canada were not filed against any of the Debtors in these chapter 11 cases.

[3]      The EMEA Debtors are:  Nortel Networks (UK) Limited ("NNUK"), Nortel Networks S.A. ("NNSA"), Nortel Networks (Ireland) Limited ("NN Ireland"), Nortel Networks International Finance & Holding B.V. ("NNIF"), Nortel Networks (Austria) GmbH ("NN Austria"), Nortel Networks N.V. ("NN Belgium"), Nortel Networks s.r.o. ("NN Czech Republic"), Nortel Networks Engineering Service Kft ("NN Hungary"), Nortel Networks Oy ("NN Finland"), Nortel Networks France S.A.S. ("NN France"), Nortel Networks S.p.A. ("NN Italy"), Nortel Networks B.V. ("NN Netherlands"), Nortel Networks Polska Sp. z.o.o. ("NN Poland"), Nortel Networks Portugal S.A. ("NN Portugal"), Nortel Networks Romania SRL ("NN Romania"), Nortel Networks Slovensko s.r.o. ("NN Slovakia"), Nortel Networks Hispania S.A. ("NN Spain"), Nortel Networks AB ("NN Sweden") and Nortel Networks GmbH ("NN Germany").

3.      Six (6) proofs of claim filed against Nortel Networks Technology Corporation ("NNTC") by NNUK, NNSA, NN Ireland, NN Belgium, NN France, and NN Germany;

4.      One (1) proof of claim filed against Nortel Networks Global Corporation ("NNGC") by NNUK;

5.      Nineteen (19) proofs of claim filed against certain Officers and Directors of NNC and NNL by each of the EMEA Debtors;

6.      Nineteen (19) proofs of claim filed by the administrators of each of the EMEA Debtors against NNL and one (1) proof of claim filed by the French Liquidator against NNL.  Please note that while the cover page of such proofs of claim references both NNC and NNL as the debtors against which the claim is asserted, the attachment to each that provides the particulars of each claim references NNL alone.


Dated: May 18, 2011
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Howard S. Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*