**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

**Please note the change of VAT registration number for Ashurst LLP**

# ashurst

**Interim (S)**

VAT Invoice Date: **11 May 2011**    Our Ref: **GDB/CCN01.00001**    Invoice No.: 309672

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees (NT)** | 0.00 | 0.00 | 96,139.50 |
| For the period to 30 April 2011, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 172.86 |
| **Disbursements: (NT)** | | | |
| External Photocopying Charges | 0.00 | 0.00 | 256.80 |
| Travel Expenses | 0.00 | 0.00 | 225.29 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 252.14 |
| | 0.00 | | 97,046.59 |
| | | VAT | 0.00 |
| | | Total | 97,046.59 |
| | | **Balance Due** | **97,046.59** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - Account No.: 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 309672 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

# ashurst

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 April 2011**

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 4.20 | 2,730.00 | (C0007) |
|  |  | 15.50 | 10,075.00 | (C0007) |
|  |  | 19.70 | 12,805.00 |  |
| Partner: | Steven Hull | 5.80 | 3,625.00 | (C0019) |
|  |  | 5.80 | 3,625.00 |  |
| Partner: | Angela Pearson | 2.00 | 1,250.00 | (C0012) |
|  |  | 18.00 | 11,250.00 | (C0019) |
|  |  | 1.00 | 625.00 | (C0031) |
|  |  | 21.00 | 13,125.00 |  |
| Partner: | Dominic Batchelor | 2.10 | 1,260.00 | (C0024) |
|  |  | 2.10 | 1,260.00 |  |
| Senior Associate: | Marcus Fink | 2.10 | 1,081.50 | (C0006) |
|  |  | 2.90 | 1,493.50 | (C0012) |
|  |  | 12.60 | 6,489.00 | (C0019) |
|  |  | 17.60 | 9,064.00 |  |
| Senior Associate: | Caroline Fitzgerald | 2.00 | 970.00 | (C0018) |
|  |  | 2.00 | 970.00 |  |
| Senior Associate: | Luke Rollason | 2.80 | 1,372.00 | (C0007) |
|  |  | 21.40 | 10,486.00 | (C0012) |
|  |  | 24.20 | 11,858.00 |  |
| Associate: | Paul Bagon | 11.30 | 3,955.00 | (C0003) |
|  |  | 1.60 | 560.00 | (C0006) |
|  |  | 3.30 | 1,155.00 | (C0007) |
|  |  | 61.10 | 21,385.00 | (C0012) |
|  |  | 2.30 | 805.00 | (C0019) |
|  |  | 5.90 | 2,065.00 | (C0024) |
|  |  | 24.00 | 8,400.00 | (C0025) |
|  |  | 2.20 | 770.00 | (C0031) |
|  |  | 111.70 | 39,095.00 |  |
| Associate | Antonia Croke | 0.50 | 175.00 | (C0019) |
|  |  | 0.50 | 175.00 |  |
| Trainee: | Sophie Law | 0.80 | 148.00 | (C0007) |
|  |  | 21.70 | 4,014.50 | (C0012) |
|  |  | 22.50 | 4,162.50 |  |
|  | **Total** | **227.10** | **96,139.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2011

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Associate** | | | | |
| PDB | Paul Bagon | 11.30 | 350.00 | 3,955.00 |
| | | | Total | 3,955.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 2.50 | 350.00 | 875.00 |
| 15/04/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 4.00 | 350.00 | 1,400.00 |
| 26/04/2011 | Paul Bagon | DRFT | finalising and sending out monthly fee app. | 4.30 | 350.00 | 1,505.00 |
| 27/04/2011 | Paul Bagon | LETT | re-sending Ashurst fee app. | 0.50 | 350.00 | 175.00 |
| | | | | | | 3,955.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0006 | Retention of Professionals | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 2.10 | 515.00 | 1,081.50 |
| **Associate** | | | | |
| PDB | Paul Bagon | 1.60 | 350.00 | 560.00 |
| | | | Total | 1,641.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2011 | Paul Bagon | LETT | email re Keith Rowley retention. | 0.30 | 350.00 | 105.00 |
| 07/04/2011 | Paul Bagon | LETT | emails and calls re retention of Pensions Actuary. | 0.50 | 350.00 | 175.00 |
| 07/04/2011 | Paul Bagon | LETT | emails re KR retention to AG and AMP. | 0.30 | 350.00 | 105.00 |
| 00/04/2011 | Marcus Fink | LETT | deal with issues relating to LCP appointment and review and send LCP report | 2.10 | 515.00 | 1,081.50 |
| 08/04/2011 | Paul Bagon | DRFT | retention of actuary, reviewing EL related discussions with MDF and AMP. | 0.50 | 350.00 | 175.00 |
| | | | | | | 1,641.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0007 | Creditors Committee Meetings | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 4.20 | 650.00 | 2,730.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 2.80 | 490.00 | 1,372.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 3.30 | 350.00 | 1,155.00 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 0.80 | 185.00 | 148.00 |
| | | | Total | 5,405.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2011 | Giles Boothman | ATTD | UCC call and call with debtors (5.00 - 7.20) | 2.30 | 650.00 | 1,495.00 |
| 05/04/2011 | Paul Bagon | PHON | UCC in person meeting | 2.30 | 350.00 | 805.00 |
| 11/04/2011 | Giles Boothman | ATTD | Update Committee Call | 0.30 | 650.00 | 195.00 |
| 12/04/2011 | Giles Boothman | ATTD | UCC update call | 0.50 | 650.00 | 325.00 |
| 13/04/2011 | Giles Boothman | ATTD | UCC update call | 0.40 | 650.00 | 260.00 |
| 21/04/2011 | Giles Boothman | ATTD | UCC call | 0.70 | 650.00 | 455.00 |
| 21/04/2011 | Luke Rollason | LETT | Committee conference call.. Reading presentations in prep for call | 2.80 | 490.00 | 1,372.00 |
| 21/04/2011 | Sophie Law | LETT | con-call (weekly committee call) | 0.80 | 185.00 | 148.00 |
| 27/04/2011 | Paul Bagon | PHON | UCC weekly call | 1.00 | 350.00 | 350.00 |
| | | | | | | 5,405.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.00 | 625.00 | 1,250.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 21.40 | 490.00 | 10,486.00 |
| MDF | Marcus Fink | 2.90 | 515.00 | 1,493.50 |
| **Associate** | | | | |
| PDB | Paul Bagon | 61.10 | 350.00 | 21,385.00 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 21.70 | 185.00 | 4,014.50 |
| | | | Total | 38,629.00 |

## Matter: CCN01.00001 - BANKRUPTCY

**C0012    General Claims Analysis/Claims Objections**

|  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|--|--|--|--|--|--|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2011 | Paul Bagon | READ | bonds arbitration motion. | 0.50 | 350.00 | 175.00 |
| 04/04/2011 | Angela Pearson | READ | Review EMEA mediation Statement | 1.00 | 625.00 | 625.00 |
| 04/04/2011 | Paul Bagon | READ | mediation briefs and related emails to AG. | 7.50 | 350.00 | 2,625.00 |
| 05/04/2011 | Paul Bagon | READ | mediation briefs. | 3.30 | 350.00 | 1,155.00 |
| 05/04/2011 | Paul Bagon | LETT | emails re FSDs | 0.50 | 350.00 | 175.00 |
| 06/04/2011 | Angela Pearson | READ | Review mediation statement | 1.00 | 625.00 | 625.00 |
| 06/04/2011 | Marcus Fink | LETT | review emails and discuss next steps with P Bagon. Review email to counsel and call schedule emails | 1.30 | 515.00 | 669.50 |
| 06/04/2011 | Paul Bagon | INTD | re CCC mediation brief and UK cases | 1.50 | 350.00 | 525.00 |
| 06/04/2011 | Paul Bagon | READ | British Eagle case. | 1.00 | 350.00 | 350.00 |
| 06/04/2011 | Paul Bagon | PREP | for mediation. | 3.50 | 350.00 | 1,225.00 |
| 06/04/2011 | Sophie Law | LETT | INTD with Paul | 0.60 | 185.00 | 111.00 |
| 06/04/2011 | Sophie Law | LETT | Reading CCC med doc, cases, case note | 3.50 | 185.00 | 647.50 |
| 07/04/2011 | Paul Bagon | RSCH | re cross-border court protocol and related discussions with AMP and JRL | 0.50 | 350.00 | 175.00 |
| 07/04/2011 | Paul Bagon | RSCH | CCC UK cases and related discussions with LAR, SOPHL. Reviewing note. | 6.00 | 350.00 | 2,100.00 |
| 07/04/2011 | Sophie Law | LETT | INTD with Paul Bagon re cases | 0.60 | 185.00 | 111.00 |
| 07/04/2011 | Sophie Law | LETT | Case research re subscon, finalising short summary | 1.80 | 185.00 | 333.00 |
| 07/04/2011 | Sophie Law | LETT | Further research - reading cases, journals re subcon/pooling of assets | 1.50 | 185.00 | 277.50 |
| 08/04/2011 | Paul Bagon | DRFT | analysis of CCC cases. sending out to AG. | 6.50 | 350.00 | 2,275.00 |
| 08/04/2011 | Sophie Law | LETT | Further case reading, journals (Polly Peck, Adams) | 1.10 | 185.00 | 203.50 |
| 08/04/2011 | Sophie Law | LETT | Amends to subcon cases table, INTD with Paul Bagon, further amends | 1.50 | 185.00 | 277.50 |
| 11/04/2011 | Paul Bagon | LETT | Attending Mediation | 12.00 | 350.00 | 4,200.00 |
| 12/04/2011 | Paul Bagon | LETT | attending mediation. | 5.50 | 350.00 | 1,925.00 |
| 13/04/2011 | Paul Bagon | LETT | attending mediation | 7.00 | 350.00 | 2,450.00 |
| 18/04/2011 | Luke Rollason | LETT | Reviewing proposed motion re allocation protocol. Reviewing IFSA and escrow agreement. Amending memo re sale proceeds and UK actions. Discussing with Antonia Croke and Sophie Law. Reading EMEA debtors response to claims filing motion. Sending memo to Brad Kahn. | 7.10 | 490.00 | 3,479.00 |
| 18/04/2011 | Marcus Fink | LETT | review update emails re mediation | 0.50 | 515.00 | 257.50 |
| 18/04/2011 | Sophie Law | LETT | INTD with LAR; emails ACROKE re memo | 0.60 | 185.00 | 111.00 |
| 19/04/2011 | Luke Rollason | READ | Reviewing Akin comments re memo on release of sale proceeds. Discussing potential EMEA actions with Angela Pearson. Reviewing comments with Antonia Croke. Reading Rubin v Eurofinance case re CBIR and Judgments. Reviewing CBIR. Attending conference calls re US Debtors and allocation protocol | 8.10 | 490.00 | 3,969.00 |
| 19/04/2011 | Marcus Fink | LETT | review tPR website re issuance of FSDs and check legislation to determine s143 stat valuation timing and process | 1.10 | 515.00 | 566.50 |
| 19/04/2011 | Sophie Law | LETT | Escrow ag't etc | 1.30 | 185.00 | 240.50 |
| 19/04/2011 | Sophie Law | INTD | LAR re jurisdiction issues memo | 0.80 | 185.00 | 148.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**     **General Claims Analysis/Claims Objections**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 19/04/2011 | Sophie Law | LETT | Jurisdiction issues memo – phone call with ACROKE, consider issues, rsch | 1.70 | 185.00 | 314.50 |
| 19/04/2011 | Sophie Law | LETT | Read drft motions, EMEA response, short note | 1.50 | 185.00 | 277.50 |
| 19/04/2011 | Sophie Law | ATTD | Con-call (LAR, GDB) with US/Can advisors | 3.50 | 185.00 | 647.50 |
| 20/04/2011 | Luke Rollason | LETT | Attending committee pre-call. Reviewing IFSA. Considering Rubin v Eurofinace. Researching CBIR articles. Discussing UK administrators' options with Giles Boothman. Amending memo | 6.20 | 490.00 | 3,038.00 |
| 20/04/2011 | Sophie Law | LETT | Consider jurisdiction issues memo, INTD with LAR, GDB | 1.10 | 185.00 | 203.50 |
| 20/04/2011 | Sophie Law | LETT | Read new US drft motions | 0.60 | 185.00 | 111.00 |
| 26/04/2011 | Paul Bagon | READ | IFSA and related discussions with LAR. | 2.00 | 350.00 | 700.00 |
| 27/04/2011 | Paul Bagon | READ | memo re jurisdiction issues and related discussions with LAR. | 2.00 | 350.00 | 700.00 |
| 27/04/2011 | Paul Bagon | READ | motion re allocation protocol | 1.80 | 350.00 | 630.00 |

38,629.00

**Matter: CCN01.00001 - BANKRUPTCY**

### C0018  Tax Issues

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| CTF | Caroline Fitzgerald | 2.00 | 485.00 | 970.00 |
| | | | Total | 970.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2011 | Caroline Fitzgerald | DRFT | Review of draft agreements | 2.00 | 485.00 | 970.00 |
| | | | | | | 970.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0019 | Labor Issues/Employee Benefits | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 18.00 | 625.00 | 11,250.00 |
| SEH | Steven Hull | 5.80 | 625.00 | 3,625.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 12.60 | 515.00 | 6,489.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.50 | 350.00 | 175.00 |
| PDB | Paul Bagon | 2.30 | 350.00 | 805.00 |
| | | | Total | 22,344.00 |

## Matter: CCN01.00001 - BANKRUPTCY

### C0019     Labor Issues/Employee Benefits

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2011 | Marcus Fink | LETT | review emails relating to quantifying PPF liability and discuss same with Akin. Calls to actuarial firms to assess availability to provide estimate. Check Nortel financial documentation to assess information available for calculation | 3.10 | 515.00 | 1,596.50 |
| 01/04/2011 | Steven Hull | LETT | Discussions with actuary regarding valuation on limited financial documentation in connection with PPF liabilities. | 1.00 | 625.00 | 625.00 |
| 01/04/2011 | Steven Hull | INTD | Discussions with Marcus Fink regarding actuarial input in connection with calculation of PPF funding position and review Marcus Fink email to Fred Hodara re: same; review Fred Hodara response. | 1.00 | 625.00 | 625.00 |
| 04/04/2011 | Angela Pearson | LETT | Emails to Counsel | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | LETT | Email B Khan | 0.20 | 625.00 | 125.00 |
| 04/04/2011 | Angela Pearson | READ | Review email | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | LETT | Emails Akin Gump | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | READ | Review emails | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | PHON | Messages - Linklaters | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | RSCH | Checking TPR website | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Angela Pearson | INTD | Telephone conversations with Marcus Fink | 0.40 | 625.00 | 250.00 |
| 04/04/2011 | Marcus Fink | LETT | review emails relating to tPR issue of FSD. Check sources to find out whether UK upper tribunal has ruled on Nortel parties appeal and then check legislation to determine whether tPR can issue FSD whilst appeal process is ongoing. Cons with AYP re the same | 3.80 | 515.00 | 1,957.00 |
| 04/04/2011 | Steven Hull | INTD | Discussion with Steve Geere from Mercer regarding calculation of PPF liabilities. | 0.30 | 625.00 | 187.50 |
| 05/04/2011 | Angela Pearson | READ | Review message from Linklaters | 0.20 | 625.00 | 125.00 |
| 05/04/2011 | Angela Pearson | LETT | Emails Akin Gump | 0.60 | 625.00 | 375.00 |
| 05/04/2011 | Angela Pearson | READ | Review comments from Counsel | 0.50 | 625.00 | 312.50 |
| 05/04/2011 | Angela Pearson | READ | Review comments from Mark | 0.20 | 625.00 | 125.00 |
| 05/04/2011 | Angela Pearson | LETT | Emails Keith Rowley | 0.40 | 625.00 | 250.00 |
| 05/04/2011 | Angela Pearson | INTD | Discussion Paul Bagon | 0.50 | 625.00 | 312.50 |
| 05/04/2011 | Marcus Fink | LETT | Review emails. Analyse legislation relating to tPR ability to issue FSD whilst an appeal has been made to the upper tribunal. Set out findings in a note and speak to P Bagon re the same. Call actuaries to discuss availability to act in relation to PPF liability calculation | 3.40 | 515.00 | 1,751.00 |
| 05/04/2011 | Paul Bagon | DRFT | reviewing Keith Rowley's comments on opinion | 1.80 | 350.00 | 630.00 |
| 05/04/2011 | Steven Hull | LETT | Email to Marcus Fink regarding actuary to calculate PPS liabilities and related matters; emails to Steve Geere regarding same; review Joshua Sturn email and review attached filed notice re: appeal of District Court ruling | 0.90 | 625.00 | 562.50 |
| 06/04/2011 | Angela Pearson | READ | Review email | 0.50 | 625.00 | 312.50 |
| 06/04/2011 | Angela Pearson | LETT | Email BK | 0.20 | 625.00 | 125.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0019 | Labor Issues/Employee Benefits | | | | | |
|---|---|---|---|---|---|---|
| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| 06/04/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.20 | 625.00 | 125.00 |
| 06/04/2011 | Angela Pearson | LETT | Email to Counsel | 0.40 | 625.00 | 250.00 |
| 06/04/2011 | Paul Bagon | LETT | Internal emails re Rowley Opinion re Pension Guarantees. | 0.50 | 350.00 | 175.00 |
| 06/04/2011 | Steven Hull | READ | Review Paul Bagon email and review attached Keith Rowley QC opinion in relation to Nortel guarantees; review Paul Bagon emails regarding same and proposed discussion re: same and emails re: arrangements for discussion in connection with opinion; review further emails regarding follow up queries from Keith Rowley and related matters. | 1.00 | 625.00 | 625.00 |
| 07/04/2011 | Angela Pearson | INTD | Emails P Bagon | 0.40 | 625.00 | 250.00 |
| 07/04/2011 | Angela Pearson | READ | Review email | 0.40 | 625.00 | 250.00 |
| 07/04/2011 | Angela Pearson | LETT | Email Counsel | 0.20 | 625.00 | 125.00 |
| 07/04/2011 | Marcus Fink | LETT | discuss LCP report scope and information and review emails. Review counsel's opinion and follow up questions | 2.30 | 515.00 | 1,184.50 |
| 07/04/2011 | Steven Hull | LETT | Emails with Marcus Fink regarding further actuary to calculate PPF liabilities; review Marcus Fink emails with Fred Hodara and team in connection with LCP calculations and arrangements for same; review Marcus Fink email to Aaron Punwani regarding 2002 valuation and calculation required in connection with PPF liabilities | 0.60 | 625.00 | 375.00 |
| 08/04/2011 | Angela Pearson | LETT | Email to Keith Rowley QC | 0.60 | 625.00 | 375.00 |
| 08/04/2011 | Angela Pearson | INTD | Discussion: Paul Bagon/Marcus Fink | 0.40 | 625.00 | 250.00 |
| 08/04/2011 | Angela Pearson | INTD | Email: Paul Bagon | 0.20 | 625.00 | 125.00 |
| 08/04/2011 | Angela Pearson | INTD | Email: Marcus Fink | 0.20 | 625.00 | 125.00 |
| 08/04/2011 | Steven Hull | READ | Review Marcus Fink email and review attached report and email from LCP in connection with PPF liabilities; review Chris Kearns response. | 1.00 | 625.00 | 625.00 |
| 11/04/2011 | Angela Pearson | INTD | Emails to Paul Bagon | 0.40 | 625.00 | 250.00 |
| 13/04/2011 | Angela Pearson | READ | Review emails | 0.40 | 625.00 | 250.00 |
| 18/04/2011 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 18/04/2011 | Angela Pearson | INTD | Emails Luke Rollason | 0.40 | 625.00 | 250.00 |
| 18/04/2011 | Angela Pearson | INTD | Email - ACROKE | 0.20 | 625.00 | 125.00 |
| 18/04/2011 | Angela Pearson | READ | Review advice note | 0.50 | 625.00 | 312.50 |
| 19/04/2011 | Angela Pearson | READ | Review material emails | 2.00 | 625.00 | 1,250.00 |
| 19/04/2011 | Angela Pearson | LETT | Email Luke Rollason | 0.30 | 625.00 | 187.50 |
| 19/04/2011 | Angela Pearson | PHON | Telephone conversation with Luke Rollason | 0.50 | 625.00 | 312.50 |
| 20/04/2011 | Antonia Croke | INTD | Consider issues re: parallel proceedings; confer with AMP and Luke Rollason re: same | 0.50 | 350.00 | 175.00 |
| 20/04/2011 | Angela Pearson | DRFT | Review draft Motion/email | 2.00 | 625.00 | 1,250.00 |
| 20/04/2011 | Angela Pearson | INTD | Discussion GDB | 0.50 | 625.00 | 312.50 |
| 20/04/2011 | Angela Pearson | INTD | Emails to GDB | 0.40 | 625.00 | 250.00 |
| 20/04/2011 | Angela Pearson | INTD | Discussion ACROKE | 0.40 | 625.00 | 250.00 |

22,344.00

**Matter: CCN01.00001 - BANKRUPTCY**

| C0024 | Asset/Stock Transaction/Business Liquidations | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| DTB | Dominic Batchelor | 2.10 | 600.00 | 1,260.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 5.90 | 350.00 | 2,065.00 |
| | | | Total | 3,325.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2011 | Dominic Batchelor | PREP | READ of amends to APA; INTD with Paul Bagon | 1.20 | 600.00 | 720.00 |
| 01/04/2011 | Dominic Batchelor | PHON | With Akin Gump; INTD with Paul Bagon | 0.50 | 600.00 | 300.00 |
| 01/04/2011 | Paul Bagon | LETT | emails re tax provisions and related call with AG. | 0.40 | 350.00 | 140.00 |
| 01/04/2011 | Paul Bagon | READ | revised ASA and related discussions with DTB | 3.00 | 350.00 | 1,050.00 |
| 01/04/2011 | Paul Bagon | PHON | with AG re ASA and IP issues. | 0.50 | 350.00 | 175.00 |
| 02/04/2011 | Paul Bagon | LETT | reviewing Iceberg ASA and related internal emails and emails to AG. | 2.00 | 350.00 | 700.00 |
| 04/04/2011 | Dominic Batchelor | READ | Review of final draft APA | 0.40 | 600.00 | 240.00 |
| | | | | | | 3,325.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0025** | **Travel** | | | | | |
|---|---|---|---|---|---|---|
| | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
| **Associate** | | | | | | |
| PDB | Paul Bagon | | 24.00 | 350.00 | | 8,400.00 |
| | | | | Total | | 8,400.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2011 | Paul Bagon | LETT | Travel to NY mediation | 12.00 | 350.00 | 4,200.00 |
| 14/04/2011 | Paul Bagon | TRAV | NY to London from mediation. | 12.00 | 350.00 | 4,200.00 |
| | | | | | | 8,400.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>**C0031**</u> | <u>**European Proceedings/Matters**</u> | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.00 | 625.00 | 625.00 |
| GDB | Giles Boothman | 15.50 | 650.00 | 10,075.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 2.20 | 350.00 | 770.00 |
| | | | Total | 11,470.00 |

## Matter: CCN01.00001 - BANKRUPTCY

### C0031      European Proceedings/Matters

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2011 | Giles Boothman | INTD | PDB, Marcus, Angela | 0.30 | 650.00 | 195.00 |
| 01/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 04/04/2011 | Giles Boothman | READ | Emails | 0.40 | 650.00 | 260.00 |
| 04/04/2011 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 05/04/2011 | Giles Boothman | INTD | Paul | 0.30 | 650.00 | 195.00 |
| 05/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 06/04/2011 | Giles Boothman | INTD | Paul | 0.50 | 650.00 | 325.00 |
| 06/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 07/04/2011 | Giles Boothman | INTD | Paul | 0.30 | 650.00 | 195.00 |
| 07/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 08/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 11/04/2011 | Giles Boothman | READ | Emails/Paul | 0.30 | 650.00 | 195.00 |
| 12/04/2011 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 13/04/2011 | Giles Boothman | INTD | PDB | 0.20 | 650.00 | 130.00 |
| 13/04/2011 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 15/04/2011 | Giles Boothman | INTD | PDB/team | 0.30 | 650.00 | 195.00 |
| 15/04/2011 | Giles Boothman | LETT | Emails | 0.30 | 650.00 | 195.00 |
| 15/04/2011 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 18/04/2011 | Giles Boothman | READ | Emails | 1.00 | 650.00 | 650.00 |
| 18/04/2011 | Giles Boothman | LETT | Emails | 0.50 | 650.00 | 325.00 |
| 19/04/2011 | Giles Boothman | ATTD | Call with Debtor/Ad hocs/UCC advisers and pre-call | 2.00 | 650.00 | 1,300.00 |
| 19/04/2011 | Giles Boothman | READ | Materials/email | 1.00 | 650.00 | 650.00 |
| 19/04/2011 | Giles Boothman | INTD | Luke Rollason | 0.50 | 650.00 | 325.00 |
| 20/04/2011 | Angela Pearson | PHON | Telephone conference call - professional | 1.00 | 625.00 | 625.00 |
| 20/04/2011 | Giles Boothman | READ | emails/motions | 1.00 | 650.00 | 650.00 |
| 20/04/2011 | Giles Boothman | ATTD | Professionals call | 1.00 | 650.00 | 650.00 |
| 20/04/2011 | Giles Boothman | INTD | Luke, Angela | 0.50 | 650.00 | 325.00 |
| 20/04/2011 | Giles Boothman | LETT | Fred | 0.50 | 650.00 | 325.00 |
| 21/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 22/04/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 26/04/2011 | Paul Bagon | LETT | AG query re f/x in EMEA proceedings | 0.50 | 350.00 | 175.00 |
| 26/04/2011 | Paul Bagon | PHON | professionals pre-call (in part) | 0.70 | 350.00 | 245.00 |
| 27/04/2011 | Paul Bagon | CASE | case management. | 0.50 | 350.00 | 175.00 |
| 27/04/2011 | Paul Bagon | PHON | post UCC meeting call. | 0.50 | 350.00 | 175.00 |

                                                                          **11,470.00**