Exhibit C

DISBURSEMENT SUMMARY
APRIL 01, 2011 THROUGH APRIL 30, 2011

| Document Production | £429.66 |
|---|---|
| Meals | £11.40 |
| Travel Expenses – Ground Transportation | £234.78 |
| Travel Expenses – Currency | £225.29 |
| Telephonic | £5.96 |
| Search Fees | £3.89 |
| Courier Fees | £9.50 |
| **TOTAL** | £907.09 |