Exhibit D

## Disbursements Detailed Breakdown

**Document Production**      172.86

### External Photocopying Charges (Outside Photocopying Charges)

| Date | Description | Amount |
|---|---|---|
| 07/04/2011 | VENDOR: Lineal Limited; INVOICE#: 1123; DATE: 07/04/2011 - Outsourced - Copying | 164.00 |
| 07/04/2011 | VENDOR: Lineal Limited; INVOICE#: 1124; DATE: 07/04/2011 - Outsourced - Copying | 92.80 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 20/04/2011 | VENDOR: Conference Room Catering INVOICE#: 18 24 04 2011 DATE: 03/05/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Apr 20 2011 | 5.70 |
| 24/04/2011 | VENDOR: Conference Room Catering; INVOICE#: 18-24APRIL2011; DATE: 24/04/2011 - Internal Catering Costs on 20 April 2011 | 5.70 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 06/04/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 113441; DATE: 06/04/2011 - TAXI - PDB (Broadwalk House to Hale Lane) 05/04/11 | 61.47 |
| 14/04/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/95771; DATE: 14/04/2011 - TAXI - PDB (Heathrow to NW7) 14/04/11 | 84.57 |
| 14/04/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/95771; DATE: 14/04/2011 - TAXI - PDB (NW7 to Heathrow) 10/04/11 | 55.81 |
| 31/03/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/95411; DATE: 31/03/2011 - Taxi to Home 28/03/11 | 32.93 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 01/04/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000406848; DATE: 01/04/2011 - Conference Call on 9 March 2011 | 5.96 |

### International Travel, Hotel and Related Expenses (Currency)

| Date | Description | Amount |
|---|---|---|
| 12/04/2011 | VENDOR: eurochange PLC; INVOICE#: 12826; DATE: 12/04/2011 - Currency on 8 April 2011 - £320 of US Dollars | 319.96 |
| 17/01/2011 | VENDOR: FX Currency Services Ltd; INVOICE#: 1747; DATE: 17/01/2011 - Currency on 10/12/10 152 US Dollars | -94.67 |

     **907.09**