## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD APRIL 01, 2011 THROUGH APRIL 30 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 19.70 | 12,805.00 |
| Steven Hull | Partner for 14 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 5.80 | 3,625.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991; Litigation Group, UK | £625 | 21.00 | 13,125.00 |
| Dominic Batchelor | Partner for 1 year; Admitted in 2000; Intellectual Property Group, UK | £600 | 2.10 | 1,260.00 |
| Marcus Fink | Associate for 10 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 17.60 | 9,064.00 |
| Caroline Fitzgerald | Associate for 6 years; Admitted in 2005; Tax Group, UK | £485 | 2.00 | 970.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | 24.20 | 11,858.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 111.70 | 39,095.00 |
| Antonia Croke | Associate for 3 years; Admitted in 2007 in New South Wales, Australia, Litigation Group, UK | £350 | 0.50 | 175.00 |
| Sophie Law | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 5.40 | 999.00 |
| TOTAL | | | 227.10 | 96,139.50 |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 01, 2011 THROUGH APRIL 30, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.30 | 3,955.00 |
| Retention of Professionals | 3.70 | 1,641.50 |
| Creditors Committee Meetings | 11.10 | 5,405.00 |
| General Claims Analysis | 109.10 | 38,629.00 |
| Tax Issues | 2.00 | 970.00 |
| Labor Issues / Employee Benefits | 39.20 | 22,344.00 |
| Asset/Stock Transaction/Business Liquidations | 8.00 | 3,325.00 |
| Travel | 24.00 | 8,400.00 |
| European Proceedings/Matters | 18.70 | 11,470.00 |
| **TOTAL** | **227.10** | **96,139.50** |