# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**April 1, 2011 - April 30, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | April 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 156.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 2.0 |
| 6 | Committee Matters and Creditor Meetings | 24.0 |
| 7 | Claims Administration and Analysis | 147.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | 0.5 |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 90.0 |
| 15 | Travel | 61.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 480.5 |

**Summary of Services Rendered by Professional**

| Name | April 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 196.0 |
| Michael Kennedy, Member | 181.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | 30.5 |
| Michael Sabo, Associate | 73.0 |
| **TOTAL** | 480.5 |

**Nortel Networks, Inc**
April 1, 2011 - April 30, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | April 2011 Hours | Code |
|---|---|---|---|
| 4/1/2011 | Calls and analysis re mediation prep and allocation and claims | 7.0 | 1 |
| 4/2/2011 | Analysis re mediation prep, allocation and claims | 5.0 | 1 |
| 4/3/2011 | Travel to NYC | 4.0 | 15 |
| 4/4/2011 | Meetings, calls and analysis re mediation prep, allocation protocol and claims | 8.0 | 1 |
| 4/4/2011 | Meeting w/ Ad Hoc advisors | 3.0 | 6 |
| 4/4/2011 | Asset sale claim mediation | 4.0 | 14 |
| 4/5/2011 | Meetings w/ UCC advisors and ad hocs | 4.0 | 6 |
| 4/5/2011 | Meeting w/UCC advisors and members | 6.0 | 6 |
| 4/6/2011 | Meetings, calls and analysis re mediation prep, allocation protocol and claims | 5.0 | 1 |
| 4/6/2011 | Travel to Chicago | 4.0 | 15 |
| 4/7/2011 | Calls and analysis re mediation prep, allocation protocol, asset sales and claims | 10.0 | 1 |
| 4/8/2011 | Calls and analysis re mediation prep, allocation protocol, asset sales and claims | 11.0 | 1 |
| 4/9/2011 | Analysis re mediation prep, allocation and claims | 3.0 | 1 |
| 4/10/2011 | Travel to New York | 5.0 | 15 |
| 4/10/2011 | Meetings and analysis re mediation prep | 6.0 | 14 |
| 4/11/2011 | Mediation | 12.0 | 14 |
| 4/12/2011 | Mediation | 12.0 | 14 |
| 4/13/2011 | Mediation | 8.0 | 14 |
| 4/14/2011 | Analysis re allocation protocol, asset sales and claims | 4.0 | 1 |
| 4/14/2011 | Travel to Chicago | 4.0 | 15 |
| 4/15/2011 | Analysis re allocation protocol, asset sales and claims | 5.0 | 1 |
| 4/18/2011 | Calls and analysis re allocation protocol, case management and claims | 6.0 | 7 |
| 4/19/2011 | Calls and analysis re allocation protocol and claims | 7.0 | 7 |
| 4/20/2011 | Calls and analysis re allocation protocol and claims | 6.0 | 7 |
| 4/21/2011 | Calls and analysis re allocation protocol, case management and claims | 8.0 | 7 |
| 4/22/2011 | Calls and analysis re allocation protocol and claims | 5.0 | 7 |
| 4/23/2011 | Calls and analysis re allocation protocol and claims | 4.0 | 7 |
| 4/25/2011 | Calls and analysis re allocation protocol and claims | 8.0 | 7 |
| 4/26/2011 | Travel to NYC | 4.0 | 15 |
| 4/27/2011 | Meeting w/ debtor and professionals re Claims, allocation and case management | 7.0 | 7 |
| 4/28/2011 | Return travel to Chicago | 6.0 | 15 |
| 4/29/2011 | Calls and analysis re allocation protocol and claims | 5.0 | 7 |
| | **April 2011 Total** | **196.0** | |

**Nortel Networks, Inc**
April 1, 2011 - April 30, 2011 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | April 2011 Hours | Code |
|---|---|---|---|
| 4/1/2011 | Prepare and review analysis re: submission materials | 7.0 | 1 |
| 4/1/2011 | Calls w/ Capstone re: allocation, mediation and financial data | 2.0 | 6 |
| 4/3/2011 | Travel to NY | 3.0 | 15 |
| 4/4/2011 | Conference call with Cleary | 1.0 | 5 |
| 4/4/2011 | Mediation for purchase price dispute | 10.0 | 14 |
| 4/4/2011 | Meetings, calls and analysis re mediation prep, allocation protocol and claims | 3.0 | 1 |
| 4/5/2011 | Meeting with Akin & Capstone | 3.0 | 6 |
| 4/5/2011 | Meeting with Cleary & JR re claims, mediation, asset sales and allocation | 2.0 | 1 |
| 4/5/2011 | Meeting w/UCC advisors and members | 6.0 | 6 |
| 4/6/2011 | Meetings with Cleary re claims, mediation, asset sales and allocation | 6.0 | 1 |
| 4/6/2011 | Travel to Atlanta | 3.0 | 15 |
| 4/7/2011 | Meeting with Cleary & economist of creditor group | 5.0 | 1 |
| 4/7/2011 | Meeting with Cleary re claims, mediation, asset sales and allocation | 2.0 | 1 |
| 4/7/2011 | Travel to Chicago | 3.0 | 15 |
| 4/8/2011 | Calls and analysis re mediation prep, allocation protocol, asset sales and claims | 8.0 | 1 |
| 4/8/2011 | Call w/ management (A Bifield) re: 4th Estate | 1.0 | 1 |
| 4/8/2011 | Calls w/ Cleary re claim dispute | 2.0 | 7 |
| 4/9/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 4/10/2011 | Travel to New York | 5.0 | 15 |
| 4/10/2011 | Meetings and analysis re mediation prep | 6.0 | 14 |
| 4/11/2011 | Mediation in NY | 12.0 | 14 |
| 4/12/2011 | Mediation in NY | 12.0 | 14 |
| 4/13/2011 | Mediation in NY | 8.0 | 14 |
| 4/13/2011 | Travel to Chicago | 4.0 | 15 |
| 4/14/2011 | Calls and analysis re mediation prep, allocation protocol and claims | 5.0 | 1 |
| 4/15/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 4/18/2011 | Calls & communication with Cleary & JR re claims and allocation protocol | 2.0 | 1 |
| 4/18/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 4/19/2011 | Calls & communication with Cleary & JR re claims and allocation protocol | 2.0 | 1 |
| 4/19/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 4/20/2011 | Calls & communication with Cleary & JR re claims and allocation protocol | 3.0 | 1 |
| 4/20/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 4/20/2011 | Review and discuss draft motions and replies material | 4.0 | 1 |
| 4/21/2011 | Calls with Cleary & JR re claims, mediation, asset sales and allocation | 1.0 | 1 |
| 4/21/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 4/22/2011 | Call w/ Cleary re: tax claims | 1.0 | 1 |
| 4/25/2011 | Conference call with Cleary | 1.0 | 5 |
| 4/26/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 4/26/2011 | Travel to New York | 4.0 | 15 |
| 4/27/2011 | Meeting with Cleary & JR re claims, mediation, asset sales and allocation | 6.0 | 1 |
| 4/28/2011 | Travel to Chicago | 4.0 | 15 |
| 4/29/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| | **April 2011 Total** | **181.0** | |

**Nortel Networks, Inc**
April 1, 2011 - April 30, 2011 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | April 2011 Hours | Code |
|---|---|---|---|
| | **April 2011 Total** | - | |

**Nortel Networks, Inc**
April 1, 2011 - April 30, 2011 Time Detail
Chilmark Partners, LLC
Rolando Capinpin, Jr., Vice President

| Date | Description of Work | April 2011 Hours | Code |
|---|---|---|---|
| 4/1/2011 | Analysis and research re: claims dispute | 7.0 | 7 |
| 4/4/2011 | Analysis and research re: claims dispute | 3.0 | 7 |
| 4/5/2011 | Analysis and research re: claims dispute | 3.5 | 7 |
| 4/7/2011 | Analysis and research re: claims dispute | 0.5 | 7 |
| 4/8/2011 | Analysis and research re: claims dispute | 2.0 | 7 |
| 4/10/2011 | Analysis and research re: claims dispute | 1.0 | 7 |
| 4/20/2011 | Administrative | 0.5 | 11 |
| 4/21/2011 | Analysis and research re: claims dispute | 6.0 | 7 |
| 4/25/2011 | Analysis and research re: claims dispute | 7.0 | 7 |
| | **April 2011 Total** | **30.5** | |

**Nortel Networks, Inc**
April 1, 2011 - April 30, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | April 2011 Hours | Code |
|---|---|---|---|
| 4/1/2011 | Analysis and research re: claims dispute | 12.0 | 7 |
| 4/4/2011 | Analysis and research re: claims dispute | 5.0 | 7 |
| 4/5/2011 | Analysis and research re: claims dispute | 7.0 | 7 |
| 4/6/2011 | Analysis and research re: claims dispute | 7.0 | 7 |
| 4/7/2011 | Analysis and research re: claims dispute | 3.0 | 7 |
| 4/8/2011 | Analysis and research re: claims dispute | 5.0 | 7 |
| 4/10/2011 | Analysis and research re: claims dispute | 6.0 | 7 |
| 4/20/2011 | Analysis and research re: claims dispute | 3.0 | 7 |
| 4/21/2011 | Analysis and research re: claims dispute | 5.0 | 7 |
| 4/25/2011 | Analysis and research re: claims dispute | 6.0 | 7 |
| 4/26/2011 | Travel to New York | 4.0 | 15 |
| 4/27/2011 | Meeting with Cleary & JR re claims, mediation, asset sales and allocation | 6.0 | 1 |
| 4/28/2011 | Travel to Chicago | 4.0 | 15 |
| | **April 2011 Total** | **73.0** | |