# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2011 Through April 30, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 4/3/11-4/6/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 4/3/11-4/6/11 | Hotel (three nights) | $ 1,783.41 |
| Matt Rosenberg | 4/3/11-4/6/11 | Ground transportation | $ 167.00 |
| Matt Rosenberg | 4/3/11-4/6/11 | Meals (two dinners, one group dinner) | $ 256.60 |
| Mike Kennedy | 4/3/11-4/7/11 | Flight to New York, NY and Atlanta, GA | $ 795.40 |
| Mike Kennedy | 4/3/11-4/7/11 | Hotel (four nights) | $ 1,899.98 |
| Mike Kennedy | 4/3/11-4/7/11 | Ground transportation | $ 349.00 |
| Mike Kennedy | 4/3/11-4/7/11 | Meals (two dinners and one lunch) | $ 81.95 |
| Matt Rosenberg | 4/10/11-4/14/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 4/10/11-4/14/11 | Hotel (four nights) | $ 2,200.00 |
| Matt Rosenberg | 4/10/11-4/14/11 | Ground transportation | $ 263.00 |
| Matt Rosenberg | 4/10/11-4/14/11 | Meals (One dinner) | $ 49.67 |
| Mike Kennedy | 4/10/11-4/13/2011 | Flight to New York, NY | $ 726.40 |
| Mike Kennedy | 4/10/11-4/13/2011 | Hotel (three nights) | $ 1,634.23 |
| Mike Kennedy | 4/10/11-4/13/2011 | Ground transportation | $ 159.00 |
| Mike Kennedy | 4/10/11-4/13/2011 | Meals (one dinner and one lunch) | $ 60.02 |
| Matt Rosenberg | 4/26/11-4/28/11 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 4/26/11-4/28/11 | Hotel (two nights) | $ 582.99 |
| Matt Rosenberg | 4/26/11-4/28/11 | Ground transportation | $ 90.00 |
| Matt Rosenberg | 4/26/11-4/28/11 | Meals (one group dinner) | $ 400.00 |
| Mike Kennedy | 4/26/11-4/28/11 | Flight to New York, NY | $ 579.70 |
| Mike Kennedy | 4/26/11-4/28/11 | Hotel (two nights) | $ 497.67 |
| Mike Kennedy | 4/26/11-4/28/11 | Ground transportation | $ 66.00 |
| Mike Kennedy | 4/26/11-4/28/11 | Meals (one dinner) | $ 39.79 |
| Mike Sabo | 4/26/11-4/27/11 | Flight to New York, NY | $ 1,159.40 |
| Mike Sabo | 4/26/11-4/27/11 | Hotel (one night) | $ 491.19 |
| Mike Sabo | 4/26/11-4/27/11 | Ground transportation | $ 37.00 |
| Mike Sabo | 4/26/11-4/27/11 | Meals (one dinner) | $ 57.75 |
| Chilmark | various | Conference Calls | $ 23.60 |
| **Total Expenses** | | | **$16,856.57** |