IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                  :
                                                    :    (Jointly Administered)
                  Debtors.                          :
                                                    :    **Re: Docket No. 5440**
---------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      §
                       §    SS:
NEW CASTLE COUNTY      §

    Stephanie Breckenridge, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., co-counsel for Nortel Networks UK Pension Trust Limited and The Board of the Pension Protection Fund in the above-captioned case, and that on the 19th day of May, 2011, she caused a copy of the **Limited Objection of Nortel Networks UK Pension Trust Limited and The Board of the Pension Protection Fund to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief [Docket No. 5440]** to be served upon the attached service list in the manners indicated.

                                          Stephanie Breckenridge

    *SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: May 19, 2011

                                          Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 28, 2014

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:01809515v1}

## SERVICE LIST

**By Hand Delivery**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19801

**By First Class Mail**
Deborah M. Buell, Esquire
Howard S. Zelbo, Esquire
James L. Bromley, Esquire
Lisa M. Schwitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

**By First Class Mail**
Fred S. Hodara, Esquire
David H. Botter, Esquire
Abid Qureshi, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

**By Hand Delivery**
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 N King St
Wilmington, Delaware 19801

{BAY:01809515v1}