IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
                                                                 :
In re:                                                           : Chapter 11
                                                                 :
NORTEL NETWORKS INC., *et al.*,[1]                               : Case No. 09-10138 (KG)
                                                                 :
                    Debtors.                                     : (Jointly Administered)
                                                                 :
                                                                 : Hearing Date: June 7, 2011 at 9:30 a.m. (ET)
                                                                 :
                                                                 : Objections due to Cross-Motion: May 31, 2011 at 4:00 p.m. (ET)
                                                                 :
                                                                 : RE: Docket No. 5307
---------------------------------------------------------------- X

### JOINT ADMINISTRATORS' (I) OBJECTION TO JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND (II) CROSS-MOTION TO COMPEL ARBITRATION

The court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the *Insolvency Act*

---

[1]. The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2]. The Administrators in the UK Proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Administrators in the UK Proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

[3]. The EMEA Debtors are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z. o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

*1986*, pending before the High Court of Justice of England and Wales, hereby object (the "Objection") to the Joint Motion of Nortel Networks, Inc. ("NNI") and its affiliated debtors and debtors-in-possession (collectively, the "U.S. Debtors"), and the Official Committee of Unsecured Creditors (the "Committee" and, together with the U.S. Debtors, the "Movants"), for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief [D.I. 5307] (the "Joint Motion") and cross-move to compel arbitration (the "Cross-Motion"), as more fully set forth in the Joint Administrators' Memorandum of Law in Support of their (i) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (ii) Cross-Motion to Compel Arbitration, filed contemporaneously herewith (the "Memorandum of Law"), and the Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration, together with all exhibits thereto, filed contemporaneously herewith (the "Declaration").

WHEREFORE, for all the reasons set forth in the Memorandum of Law and the Declaration, the Joint Administrators respectfully request that this Court enter an order, substantially in the form attached hereto as Exhibit A, dismissing the Joint Motion, granting the Cross-Motion to compel arbitration, and granting such additional and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
May 19, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Michael Luskin
Derek J.T. Adler
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

- and -

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London
EC2A 2HS

*Counsel for the Joint Administrators*

3