## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X

In re:                                          :    Chapter 11
                                                :
NORTEL NETWORKS INC., *et al.*,[1]              :    Case No. 09-10138 (KG)
                                                :
                              Debtors.          :    (Jointly Administered)
                                                :
                                                :    RE:  Docket Nos. 5307, _____
                                                :
-------------------------------------------------------------- X

## ORDER DENYING JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND GRANTING CROSS-MOTION TO COMPEL ARBITRATION

Upon consideration of the (A) *Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and For Related Relief* [D.I. 5307] (the "Joint Motion") of Nortel Networks, Inc. ("NNI") and its affiliated debtors and debtors-in-possession (collectively, the "U.S. Debtors"), and the Official Committee of Unsecured Creditors (the "Committee" and, together with the US Debtors, the "Movants") and (B) *Joint Administrators' (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement,* (the "Objection") *and (II) Cross-Motion to Compel Arbitration* (the "Cross-Motion") and related Memorandum of Law filed contemporaneously therewith; and it appearing that this Court has jurisdiction to consider the Joint Motion and the Cross-

---

1.   The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases, the Joint Motion and the Cross-Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Joint Motion and the Cross-Motion have been given as set forth in the Joint Motion and the Cross-Motion and that such notice is adequate under the circumstances and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Joint Motion and the Cross-Motion; and upon the record of the hearing and all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Joint Motion is dismissed.

2.      The Cross-Motion is granted.

3.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be effective immediately and enforceable upon its entry.

4.      This Court shall retain jurisdiction with respect to the enforcement of this Order and to enter judgment consistent with the results of the arbitration.

Dated: Wilmington, Delaware
       June _____, 2011

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2