**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
                                                              :
In re:                                                        :  Chapter 11
                                                              :
NORTEL NETWORKS INC., *et al.*,[1]                            :  Case No. 09-10138 (KG)
                                                              :
                              Debtors.                        :  (Jointly Administered)
                                                              :
                                                              :  RE: Docket Nos. 5307, _____
                                                              :
------------------------------------------------------------- X

### ORDER AUTHORIZING THE FILING UNDER SEAL OF (I) THE JOINT ADMINISTRATORS' MEMORANDUM OF LAW IN OPPOSITION TO JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND IN SUPPORT OF CROSS-MOTION TO COMPEL ARBITRATION AND (II) DECLARATION OF KEVIN FRANCIS LLOYD IN OPPOSITION TO JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND IN SUPPORT OF CROSS-MOTION TO COMPEL ARBITRATION

Upon consideration of the Motion[2] of the Joint Administrators for entry of an order, pursuant to § 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the filing of the Memorandum and the Declaration under seal; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and due and

---

[1]. The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

proper notice having been given under the circumstances; and after due deliberation and sufficient cause therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Clerk of this Court shall take the steps necessary to maintain the Memorandum and the Declaration under seal; and it is further

ORDERED, that the Memorandum and the Declaration shall remain under seal and confidential and shall not be made available to anyone made available to anyone other than the (i) Court; (ii) the U.S. Trustee; and (iii) the Parties and their counsel, except (a) upon agreement of the Parties or (b) upon further Court order; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Joint Administrators are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters related to the implementation of this Order.

Dated: Wilmington, Delaware
      June _____, 2011

                                                    KEVIN GROSS
                                                    UNITED STATES BANKRUPTCY JUDGE