**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
NORTEL NETWORKS INC., *et al.*,[1] : Case No. 09-10138 (KG)
: 
              Debtors. : (Jointly Administered)
: Objection Deadline: 5/31/11 at 4:00 p.m. (ET)
: Hearing Date: 6/7/11 at 9:30 a.m. (ET)
---------------------------------------------------------------------- X Ref. No. 5444

## NOTICE OF MOTION

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL FOR THE DEBTORS; (C) COUNSEL FOR THE CREDITORS' COMMITTEE; (D) COUNSEL FOR THE CANADIAN MONITOR; (E) COUNSEL FOR THE AD HOC COMMITTEE OF NOTEHOLDERS, AND ANY PERSONS WHO HAVE FILED A REQUEST FOR NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

       PLEASE TAKE NOTICE that the court-appointed administrators and authorized representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited, and certain of its affiliates have filed the Joint Administrators' (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration (the "Cross- Motion") with the United States Bankruptcy Court for the District of Delaware.

       PLEASE TAKE NOTICE that the Joint Administrators have requested responses to the Cross-Motion, if any, be filed on or before May 31, 2011 at 4:00 p.m. (ET) (the "Objection Deadline") with the Unites States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the Joint Administrators undersigned counsel so as to be received on or before the Objection Deadline.

       PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE CROSS-MOTION WILL BE HELD ON JUNE 7, 2011 AT 9:30 A.M. (ET) BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT

---

[1]    The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

   PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE CROSS-MOTION WITHOUT FURTHER NOTICE OR HEARING.

**Dated: Wilmington, Delaware**
   **May 19, 2011**

**YOUNG CONAWAY STARGATE & TAYLOR, LLP**

/s/ *Edwin J. Harron*
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Michael Luskin
Derek J.T. Adler
Ashley J. Laurie
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

- and -

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London
EC2A 2HS

Counsel for the Administrators

2

YCST01:10484467.2                      068476.1001