IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
NORTEL NETWORKS INC., et al.,                           :    Case No. 09-10138 (KG)
                                                        :
                                                        :    Jointly Administered
                                                        :
                      Debtors.                          :
------------------------------------------------------- x:
```

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on this 19th day of May, 2011, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

**INFORMAL BONDHOLDER GROUP'S RESPONSE TO JOINT MOTION TO ESTABLISH AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT.**

_____
Kathleen P. Makowski (Bar No. 3648)

**Nortel – Special Service List**
Doc No. 170132
02- Hand Delivery
02 – First Class Mail

*Hand Delivery*
(Counsel for Debtors)
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel for the Official Committee of
Unsecured Creditors)
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*First Class Mail*
(Counsel for Debtors)
Deborah M. Buell, Esquire
Howard S. Zelbo, Esquire
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*First Class Mail*
(Counsel for the Official Committee of
Unsecured Creditors)
Fred Hodara, Esquire
David Botter, Esquire
Abid Qureshi, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036