

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 17, 2011

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: Nortel Networks Inc., et al., Debtors vs. Centennial Ventures VII, L.P.

Case No. 09-10138

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

*Anita Montez*
Anita Montez
Process Specialist

Log# 518526247

FedEx Tracking# 797105260052

cc: United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE 19801-4908