## **CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on May 24, 2011 at 9:30 a.m. (ET)** was caused to be made on May 20, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated: May 20, 2011

                                                 */s/ Alissa T. Gazze*
                                                 Alissa T. Gazze (No. 5338)

3790723.1