Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/05/11 | EH | Review ECF notices and download omnibus hearing dates order (0.10); track October 2011 through January 2012 omnibus hearing dates (0.10) | 0.20 |
| 04/08/11 | EH | Review and respond to emails from J. Hoover regarding status of 4/11/11 hearing | 0.20 |
| 04/15/11 | JRH | Meeting with R. Lemisch regarding conflicts | 0.30 |
| 04/15/11 | JRH | Telephone call made to A. Gazze regarding conflicts | 0.10 |
| 04/15/11 | EH | Meeting with J. Hoover and J. Smith to discuss open preference actions and claims objections | 0.80 |
| 04/21/11 | EH | Review and respond to emails from A. Ungberg regarding Cleary's telephonic appearance at 4/26/11 hearing | 0.20 |
| 04/21/11 | EH | Review agenda for 4/26/11 hearing (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 04/25/11 | EH | Review and respond to email from E. Bussigel regarding telephonic appearance at 4/26/11 hearing | 0.10 |
| 04/25/11 | EH | Coordinate telephonic appearance at 4/26/11 hearing for A. Ungberg and D. Herrington (0.20); email to E. Bussigel regarding same (0.10) | 0.30 |
| 04/25/11 | EH | Prepare binder for 4/26/11 hearing | 0.20 |
| 04/25/11 | EH | Review and respond to emails from E. Bussigel regarding substitution of D. Livshiz for D. Herrington telephonic appearance at 4/26/11 hearing (0.10); follow-up email to J. Hoover regarding same (0.10) | 0.20 |
| 04/25/11 | EH | Email to Judge Gross' chambers regarding D. Livshiz appearance at 4/26/11 hearing | 0.20 |
| 04/25/11 | EH | Email to A. Ungberg regarding status of 4/26/11 hearing | 0.10 |
| 04/28/11 | EH | Review agenda for 5/02/11 hearing | 0.10 |
| 04/28/11 | EH | Review clerk's notice regarding 4/26/11 hearing on motion to seal portions of motion to permit W. Cleary disclosure | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.40 | $152.00 |
| | | | 0.40 | $152.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 2.90 | $681.50 |
| | | | 2.90 | $681.50 |
| | | TOTAL: | 3.30 | $833.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/06/11 | LMS | Email to J. Moldrem regarding Benesch accrual estimates for March | 0.20 |
| 04/13/11 | RHL | Edit time for fee application | 0.30 |
| 04/13/11 | JRH | Conference call with L. Behra regarding fee applications | 0.30 |
| 04/15/11 | LMS | Review docket regarding objections to BFCA monthly fee application for February 2011 | 0.10 |
| 04/15/11 | LMS | Prepare CNO regarding BFCA monthly fee application for February 2011 | 0.10 |
| 04/15/11 | LMS | File CNO regarding BFCA monthly fee application for February 2011 | 0.10 |
| 04/22/11 | LMS | Prepare BFCA fees and expenses for March 2011 | 2.00 |
| 04/25/11 | RHL | Review March monthly fee application | 0.20 |
| 04/25/11 | LMS | Preparation of BFCA monthly fee application for March 2011 | 1.00 |
| 04/25/11 | LMS | Email to paralegal at Morris Nichols regarding quarterly fee applications | 0.10 |
| 04/25/11 | LMS | Telephone call with A. Cordo regarding quarterly fee applications | 0.20 |
| 04/26/11 | LMS | Preparation of BFCA monthly fee application for March 2011 | 0.30 |
| 04/26/11 | LMS | File BFCA monthly fee application for March 2011 | 0.10 |
| 04/26/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for March 2011 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.50 | $297.50 |
| | | | 0.50 | $297.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.30 | $114.00 |
| | | | 0.30 | $114.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 4.30 | $838.50 |
| | | | 4.30 | $838.50 |
| | | TOTAL: | 5.10 | $1,250.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/01/11 | RHL | Received correspondence from J. Hoover regarding information on next discovery conference call | 0.10 |
| 04/01/11 | RHL | Review information regarding various litigation matters | 0.30 |
| 04/01/11 | JRH | Various emails with A. Gazze related to filing of amended complaints (0.20); follow up related thereto, including conflict checks, coordinate with R. Lemisch and E. Hein (0.80) | 1.00 |
| 04/01/11 | JES | Review email and letter from P. Keller to T. Clark regarding CTDI's confidentiality agreement with former employee | 0.20 |
| 04/01/11 | SRS | Correspond with custodian (J. Hea) regarding interrogatories (.10); correspond with Merrill regarding pleadings and self-collection of emails (.20); correspond with custodian regarding call with Merrill (.10) | 0.40 |
| 04/01/11 | SRS | Review email from client (L. Rowan) regarding feedback on discovery responses and purchase order issue (.30); correspond with client regarding same (.20) | 0.50 |
| 04/01/11 | SRS | Call with custodians (Don McKenna and Gaby Saliby) and Merrill rep (Richard) regarding ESI preservation and collection | 1.00 |
| 04/01/11 | SRS | Correspond with Nortel-Canada counsel (Allen & Overy) regarding collection of Nortel-Canada custodian's data (.70); correspond with custodian (D. McKenna) regarding custodian list (.10); call with Ericsson counsel regarding custodian contacts (.10) | 0.90 |
| 04/01/11 | EH | Calculate and track response deadline for first set of discovery requests to Nokia | 0.10 |
| 04/04/11 | RHL | Received correspondence from P. Keller regarding discovery issues - subsidiaries | 0.10 |
| 04/04/11 | RHL | Discuss complaint against Marsh USA | 0.30 |
| 04/04/11 | RHL | Review complaint vs Marsh, USA | 0.30 |
| 04/04/11 | JRH | Conference call with L. Behra regarding Marsh USA, Inc. complaint | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/04/11 | JRH | Meeting with R. Lemisch regarding filing of complaint (Marsh USA) | 0.20 |
| 04/04/11 | JRH | Follow up regarding filing of Amended Complaint with A. Gazze and R. Lemisch | 0.40 |
| 04/04/11 | JRH | Review amended complaint and review motion to extend time for service | 0.50 |
| 04/04/11 | SRS | Review email from Allen & Overy regarding access to custodian (G. Saliby) data and draft response | 0.10 |
| 04/04/11 | LMS | Research Marsh USA Inc. corporate headquarters and registered agent information regarding proper service | 0.50 |
| 04/04/11 | EH | Discuss filing of new complaint against Marsh USA, Inc. with J. Hoover | 0.10 |
| 04/04/11 | EH | Review emails from E. Bussigel and J. Hoover regarding draft of NNI answer to CTDI counterclaims | 0.10 |
| 04/04/11 | EH | Review notice of service of Prudential's first set of combined discovery responses and email to J. Smith (0.10); calculate and track response deadline (0.10) | 0.20 |
| 04/04/11 | EH | Review and respond to email from S. Stafford regarding Nokia complaint, answer and initial discovery requests by both parties | 0.20 |
| 04/05/11 | RHL | Received correspondence from E. Meltzer, counsel to Siemens, regarding settlement letter | 0.10 |
| 04/05/11 | RHL | Review settlement letter from Siemens and analyze | 0.40 |
| 04/05/11 | RHL | Memo to E. Meltzer in response to her status inquiry | 0.10 |
| 04/05/11 | RHL | Correspondence from R. Weber to D. Livschiz regarding discovery | 0.10 |
| 04/05/11 | RHL | Received correspondence from J. Smith regarding discovery in Prudential Relocation adversary | 0.10 |
| 04/05/11 | RHL | Review Siemens settlement proposal with J. Smith regarding how to proceed | 0.20 |
| 04/05/11 | RHL | Received correspondence from Hurron regarding verification of assertions in Siemens settlement letter | 0.10 |
| 04/05/11 | JRH | Review Answer to Counterclaims (0.30); email with E. Bussigel regarding filing, and coordinate filing with E. Hein (0.20) | 0.50 |
| 04/05/11 | JRH | Email with A. Gazze regarding service of amended complaint | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/05/11 | JES | Confer with R. Lemisch regarding Siemens position statement and settlement proposal (.4); review and analyze position statement in detail and draft email to C. Brown regarding matters for further investigation and back up needed (3.0); email R. Lemisch regarding Prudential Relocation discovery (.1) | 3.50 |
| 04/05/11 | SRS | Collate materials for and correspond with Allen & Overy regarding custodian data for G. Saliby (.50); correspond with client regarding contact with Ericsson's general counsel (.30); correspond with Merrill Corp. regarding review of custodian data of L. Rowan (.20) | 1.00 |
| 04/05/11 | EH | Telephone call from J. Hoover regarding revision to NNI answer to CTDI counterclaims | 0.10 |
| 04/05/11 | EH | Review and respond to email from J. Smith regarding service of Prudential's initial disclosures and first set of discovery requests and outstanding initial disclosures due from Starent | 0.20 |
| 04/05/11 | EH | Format NNI answer to counterclaims (0.20); draft certificate of service for same (0.20) | 0.40 |
| 04/05/11 | EH | File and serve NNI answer to CTDI counterclaims | 0.40 |
| 04/06/11 | RHL | Received correspondence from E. Meltzer, Esquire, counsel to Siemens, regarding settlement issues | 0.10 |
| 04/06/11 | RHL | Received correspondence from L. Behra regarding administrative claims (2 e-mails) | 0.10 |
| 04/06/11 | RHL | Received correspondence from S. Stafford regarding new contact person at Nortel | 0.10 |
| 04/06/11 | JRH | Emails with A. Gazze and follow up regarding additional Nortel engagements related to complaints | 0.20 |
| 04/06/11 | CER | Additional research on attorney-client privilege extended to former employees; prepare second summary of research findings | 4.20 |
| 04/06/11 | JES | Review Starent Networks docket to check status of initial disclosures (.1); email Starent's counsel regarding initial disclosures (.2) | 0.30 |
| 04/06/11 | SRS | Correspond with Claudio Morfe regarding scheduling call to discuss Ericsson custodians (.20); review correspondence from client (D. Powers) regarding last day with client company (.10); correspond with Merrill Corp. regarding procedures for custodian's (D. Powers) exit (.20) | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/06/11 | SRS | Review correspondence and memo from C. Richardson analyzing attorney-client privilege with former employees | 0.20 |
| 04/06/11 | SRS | Correspond with Merrill (Richard) regarding data from D. Powers and L. Rowan and scheduling call for Friday | 0.20 |
| 04/06/11 | SRS | Call from J. Hea regarding discovery responses and case status | 0.20 |
| 04/06/11 | SRS | Correspond with J. Hea regarding call on Friday with Ericsson custodians | 0.10 |
| 04/06/11 | SRS | Email with L. Rowan regarding sharing of information for discovery responses with J. Hea (.10); correspond with J. Hea regarding same (.10) | 0.20 |
| 04/06/11 | SRS | Correspond with R. Lemisch and J. Hoover regarding case status update | 0.10 |
| 04/07/11 | RHL | Received correspondence from A. Clark and P. Keller regarding mediation process | 0.10 |
| 04/07/11 | RHL | Review Starent's amended initial disclosure | 0.20 |
| 04/07/11 | JRH | Review emails related to CTDI litigation | 0.30 |
| 04/07/11 | JES | Follow up email to C. Brown regarding Siemens (.1); review response from C. Brown (.1); email C. Brown with additional questions in connection with Siemens (.1); review response from C. Brown (.1); email C. Brown regarding Siemens (.1); review email from P. Keller regarding CTDI matter (.1); review email from A. Clark regarding CTDI matter (.1); review email and attachment from P. Keller regarding mediation of CTDI matter (.2); review NNL letter from from P. Keller regarding compelling document production in CTDI matter (.2) | 1.10 |
| 04/07/11 | SRS | Call with Merrill (Richard and Lana) regarding custodian data for L. Rowan, D. Powers and D. McKenna | 0.70 |
| 04/07/11 | SRS | Correspond with Merrill (Lana) regarding L. Rowan's data and uploading of information (.10); forward information from Merrill to L. Rowan with instructions regarding creation of pst file (.10) | 0.20 |
| 04/07/11 | SRS | Correspond with D. Powers regarding preservation of hard drive (.10); correspond with Merrill regarding same (.10) | 0.20 |
| 04/07/11 | SRS | Correspond with Ericsson custodians regarding call for Friday to discuss interrogatory responses | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/07/11 | SRS | Correspond with C. Morfe of Ericsson regarding call to discuss data collection and preservation (.10); review email from C. Morfe regarding scheduling of call to discuss same (.10) | 0.20 |
| 04/07/11 | SRS | Correspond with Merrill (Lana) regarding processing of L. Rowan's files and scheduling of call to discuss specifications for processing | 0.20 |
| 04/07/11 | SRS | Review email from D. Powers regarding uploading of files to ftp site | 0.10 |
| 04/07/11 | SRS | Email with Merrill (Richard) regarding ftp site for D. Powers' files | 0.10 |
| 04/07/11 | SRS | Respond to D. Powers regarding creation of ftp site and remaining issues before leaving Nortel | 0.20 |
| 04/07/11 | SRS | Review email from L. Rowan regarding purchase order data (.10); forward same to J. Hea with request for input (.10) | 0.20 |
| 04/07/11 | SRS | Respond to email from L. Rowan regarding purchase order issue and relevant data in Outlook and on computer | 0.10 |
| 04/07/11 | EH | Review and respond to email from D. Livshiz regarding service of subpoenas regarding CTDI on entities in PA, FL, MO and TN | 0.10 |
| 04/08/11 | RHL | Received correspondence from P. Keller; A. Clark; D. Herrington regarding mediation and the current discovery schedule | 0.20 |
| 04/08/11 | RHL | Received correspondence from J. Hoover regarding status of McCann amended complaint | 0.10 |
| 04/08/11 | RHL | Received correspondence from G. Wilson regarding summation for discovery responses - how to proceed | 0.10 |
| 04/08/11 | RHL | Speak to S. Stafford regarding strategy and discovery issues | 0.30 |
| 04/08/11 | JRH | Review emails related to amended complaint and representation (0.20); meeting with E. Hein related thereto (0.10); call with A. Gazze to coordinate (0.10) | 0.40 |
| 04/08/11 | JES | Review email with 4 attachments regarding CTDI matter and discovery issues (.3); review email from T. Clark regarding CTDI's response to continuing discovery during mediation (.1); review email from P. Keller regarding discovery and mediation issues in CTDI matter (.2); review email from D. Herrington regarding mediation and discovery in CTDI matter (.1); review email from C. Brown regarding Siemens preference | 1.00 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | analysis and determine next steps in responding to Siemens settlement proposal (.3) | |
| 04/08/11 | SRS | Review NSN's discovery responses and draft agenda for meeting with custodians regarding interrogatory responses | 0.80 |
| 04/08/11 | SRS | Correspond with L. Murat regarding setting up of conference call regarding interrogatory responses | 0.10 |
| 04/08/11 | SRS | Email with Merrill (Lana) regarding instructions for ftp site | 0.10 |
| 04/08/11 | SRS | Correspond with D. Powers regarding instructions for uploading files to ftp site | 0.10 |
| 04/08/11 | SRS | Correspond with D. Powers regarding contact info for IT representative and legal representative after departure | 0.20 |
| 04/08/11 | SRS | Correspond with M. Conrod, J. Hea and L. Murat regarding complaint and interrogatory responses | 0.10 |
| 04/08/11 | SRS | Call with Merrill regarding specifications for processing data from L. Rowan and D. Powers | 0.30 |
| 04/08/11 | SRS | Call with L. Murat and M. Conrod regarding interrogatory responses and document questions | 1.30 |
| 04/08/11 | SRS | Correspond with C. Morfe regarding scheduling of conference call for Monday | 0.10 |
| 04/08/11 | SRS | Discuss case status and next steps with R. Lemisch | 0.30 |
| 04/08/11 | SRS | Call with J. Hea regarding interrogatory responses and case status | 0.40 |
| 04/08/11 | EH | Coordinate service of subpoenas regarding CTDI adversary on entities in FL, PA, MO, TN and MA | 0.30 |
| 04/08/11 | EH | Review email from process server regarding status of service of CTDI related subpoenas in various states; email to D. Livshiz regarding same | 0.10 |
| 04/08/11 | EH | Discuss amended McCann complaint with J. Hoover | 0.10 |
| 04/08/11 | GAW | E-mail communications and preparation of document database for loading of electronic data | 0.80 |
| 04/09/11 | SRS | Review correspondence from Merrill regarding processing of data from L. Rowan and D. Powers (.20); correspond with Merrill regarding same (.10) | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/09/11 | SRS | Correspond with L. Murat and M. Conrod regarding significance of terms in relevant files | 0.10 |
| 04/11/11 | RHL | Received correspondence from E. Meltzer regarding status of things - extend time to do initial disclosures | 0.10 |
| 04/11/11 | RHL | Review further email from R. Boris regarding receivables | 0.10 |
| 04/11/11 | RHL | Received correspondence from J. Smith regarding Siemens A/R issues | 0.10 |
| 04/11/11 | RHL | Received correspondence from R. Boris regarding Siemens amounts owed and respond | 0.20 |
| 04/11/11 | RHL | Coordinate call with D. McKenna to talk about settlement of Nokia litigation | 0.20 |
| 04/11/11 | RHL | Received correspondence from S. Stafford regarding discovery issues - document accumulation | 0.10 |
| 04/11/11 | RHL | Received correspondence from R. Boris regarding receivables to be paid; set off against settlement | 0.10 |
| 04/11/11 | RHL | Received correspondence from S. Stafford and D. McKenna regarding settlement discussions | 0.10 |
| 04/11/11 | RHL | Meet with S. Stafford regarding case status; settlement posture and issues | 1.00 |
| 04/11/11 | RHL | Received correspondence from S. Stafford to D. McKenna | 0.10 |
| 04/11/11 | JRH | Review email regarding status of Nortel/NSN litigation | 0.10 |
| 04/11/11 | JES | Review email chain and spreadsheet regarding Siemens and draft email to R. Lemisch regarding issues (.5); confer with R. Lemisch regarding Siemens chart (.2); email R. Boris regarding issues related to Siemens (.2); review combined discovery propounded by Prudential Relocation and begin drafting objections and responses (1.2) | 2.10 |
| 04/11/11 | SRS | Correspond with Merrill and G. Wilson regarding Summation load file and processing of custodian data | 0.10 |
| 04/11/11 | SRS | Review correspondence from Merrill regarding specifications for processing of custodian data | 0.10 |
| 04/11/11 | SRS | Correspond with G. Wilson regarding loading of Summation data (.10); correspond with G. Wilson regarding metadata for Summation load file (.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/11/11 | SRS | Correspond with D. McKenna regarding conference call on settlement issue (.10); email D. McKenna regarding thoughts on settlement issue and comments from R. Lemisch on same (.20) | 0.30 |
| 04/11/11 | SRS | Meet with R. Lemisch to discuss case status and next steps | 1.00 |
| 04/11/11 | SRS | Review correspondence from D. McKenna regarding settlement discussions | 0.10 |
| 04/11/11 | SRS | Correspond with R. Lemisch regarding correspondence from D. McKenna and schedule for conference call | 0.10 |
| 04/11/11 | SRS | Review correspondence from custodian L. Murat regarding terms in documents | 0.10 |
| 04/11/11 | SRS | Call with D. McKenna regarding settlement issues | 0.10 |
| 04/11/11 | SRS | Review documents regarding prior settlement communications | 0.30 |
| 04/11/11 | SRS | Review emails and documents to prepare for call with C. Morfe (.20); call with C. Morfe regarding interrogatories and Ericsson custodian issues (.50) | 0.70 |
| 04/11/11 | SRS | Call with D. McKenna regarding settlement discussions and input from R. Lemisch | 0.20 |
| 04/11/11 | EH | Review email from E. Bussigel regarding status of service of 6 subpoenas related to CTDI adversary; email to B. Rhone regarding same | 0.10 |
| 04/11/11 | GAW | Communications with document processing vendor regarding electronic data loading specifications and technical issues for loading | 1.00 |
| 04/12/11 | RHL | Received correspondence from D. McKenna regarding settlement issues | 0.10 |
| 04/12/11 | JRH | Follow up with A. Cordo and A. Gazze regarding additional claims objections | 0.20 |
| 04/12/11 | JES | Review email from E. Meltzer regarding selection of mediator (.1); email K. Sidhu regarding mediator stipulation (.1); review email from A. Cordo regarding conflicts check (.1); review email from J. Hoover regarding conflicts check (.1); follow up with J. Hoffman regarding status of conflicts check (.1); follow up with J. Hoover regarding conflicts check (.1); review email from J. Hoover regarding conflicts check (.1); draft letter to Siemens analyzing and responding to settlement proposal (1.5); review email and attachment from L. Hall regarding NNL's document production in CTDI matter (.2) | 2.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/12/11 | SRS | Review correspondence from D. McKenna regarding settlement discussions | 0.10 |
| 04/12/11 | SRS | Review correspondence between Merrill and G. Wilson regarding Summation data | 0.10 |
| 04/12/11 | SRS | Correspond with C. Morfe regarding litigation hold for Ericsson custodians | 0.20 |
| 04/12/11 | EH | File ReTel subpoena related to CTDI adversary; email to E. Bussigel | 0.30 |
| 04/12/11 | EH | Review email from B. Rhone regarding service of 6 subpoenas related to CTDI matter (0.10); email to E. Bussigel regarding status of service (0.10) | 0.20 |
| 04/12/11 | EH | Review and respond to email from E. Bussigel regarding new service address for Roberts Communications subpoena issued in connection with CTDI adversary | 0.20 |
| 04/12/11 | EH | Review emails from C. Shea and B. Rhone regarding service of ReTele Communications and SoTel Systems subpoenas related to CTDI adversary (0.20); email to D. Livshiz and E. Bussigel regarding same (0.20) | 0.40 |
| 04/12/11 | GAW | Communications with vendor regarding specifications for electronic data load deliverables | 1.00 |
| 04/13/11 | RHL | Received correspondence from D. McKenna regarding settlement discussions - status | 0.10 |
| 04/13/11 | RHL | Received correspondence from S. Stafford regarding adjournment of respective discovery response deadlines | 0.10 |
| 04/13/11 | RHL | Received correspondence from D. Livschiz to R. Weber, Esquire recounting March 31 meet and confer | 0.10 |
| 04/13/11 | RHL | Received correspondence from J. Smith to E. Meltzer regarding revised deadline for initial disclosures | 0.10 |
| 04/13/11 | RHL | Received correspondence from D. Livschiz regarding extension to reply to first request for admissions | 0.10 |
| 04/13/11 | RHL | Review subpoena issued to TS3; SoTel Systems, Re Tele Communications, R. U. Game, Inc, RV Communications, Inc | 0.50 |
| 04/13/11 | RHL | Review correspondence to Kristen Hansen at Nortel from J. Smith regarding Prudential Relocation discovery as well as correspondence to Houron on same issue | 0.10 |
| 04/13/11 | RHL | Received correspondence from J. Hoover regarding Siemens mediation issue | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/13/11 | RHL | Analyze Siemens defense and settlement proposal | 0.50 |
| 04/13/11 | RHL | Received correspondence from D. Livschiz and P. Weber regarding extension for response to fourth set of requests for production from CTDI | 0.10 |
| 04/13/11 | JRH | Telephone call with E. Bussigel regarding subpoenas, various meetings (0.30); follow up with E. Hein related thereto (0.30); email with E. Bussigel (0.20) | 0.80 |
| 04/13/11 | JRH | Email with A. Gazze and A. Cordo regarding claims objections | 0.20 |
| 04/13/11 | JRH | Follow up regarding preference actions | 1.10 |
| 04/13/11 | JES | Conversation with J. Gavin regarding filing (.2); email E. Hein regarding filing (.1); review email from E. Meltzer regarding Siemens and email R. Lemsich proposing next steps (.2); respond to email from E. Meltzer regarding initial disclosures and mediator (.2); review document requests and email C. Brown regarding Prudential discovery (.2); email K. Hansen regarding Prudential document requests (.2); confer with R. Lemsich regarding strategy for responding to Prudential Relocation discovery (.2) | 1.30 |
| 04/13/11 | SRS | Review correspondence from D. McKenna regarding settlement discussions | 0.10 |
| 04/13/11 | SRS | Respond to email from D. McKenna regarding settlement discussions | 0.10 |
| 04/13/11 | SRS | Voicemail with opposing counsel regarding case status | 0.10 |
| 04/13/11 | SRS | Call with opposing counsel regarding extension (.20); email to opposing counsel confirming discussion regarding extension for discovery requests (.10) | 0.30 |
| 04/13/11 | SRS | Correspond with client regarding extension of time for discovery requests | 0.20 |
| 04/13/11 | EH | Telephone call from process server regarding status of undeliverability of Roberts Communications subpoena in Ambler, PA related to CTDI adversary (0.10); follow-up email to E. Bussigel regarding same (0.10) | 0.20 |
| 04/13/11 | EH | Coordinate service of revised Roberts Communications subpoena regarding CTDI adversary at Ambler, PA address | 0.20 |
| 04/13/11 | EH | Review emails from E. Bussigel regarding notice of service of subpoenas related to CTDI adversary (0.10); discuss with J. Hoover (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/13/11 | EH | Review notices of subpoena prepared by E. Bussigel and discuss with J. Hoover (0.50); attend to compilation of notices with proper subpoena documentation in preparation for service upon counsel to NNI, NNC and CTDI (1.10) | 1.60 |
| 04/13/11 | EH | Draft notice of service of subpoenas directed to RU Game, RV Communications, SoTel Systems, TS3 Technology, ReTele Communications and Roberts Communications related to CTDI adversary (0.60); discuss with J. Hoover (0.20) | 0.80 |
| 04/13/11 | GAW | Review deliverable of electronic data from vendor (0.50); preparation of electronic documents to input to document database (1.80) | 2.30 |
| 04/14/11 | RHL | Received correspondence from K. Hansen regarding best people to contact regarding Prudential Relocation discovery | 0.10 |
| 04/14/11 | RHL | Received correspondence from T. Lightfoot regarding Prudential discovery - how to proceed | 0.10 |
| 04/14/11 | JES | Review email from K. Hansen regarding Prudential Relocation (.1); email K. Hansen regarding Prudential Relocation (.1); call with T. Lightfoot regarding Prudential discovery requests (.5); review and respond to email from T. Lightfoot regarding Prudential discovery (.2); confer with E. Hein and J. Hoover regarding filing status report for Siemens and Right Management adversary proceedings (.3) | 1.20 |
| 04/14/11 | SRS | Review correspondence from Merrill regarding status of processing of data from L. Rowan and D. Powers | 0.10 |
| 04/14/11 | EH | Revise and file notice of service of subpoenas related to CTDI adversary served on RU Game, RV Communications, TS3, ReTele and SoTel; email to E. Bussigel | 0.30 |
| 04/14/11 | EH | Review emails from J. Galvin and J. Smith regarding notice of service of Sourcefire initial disclosures | 0.10 |
| 04/14/11 | EH | File notice of service of Sourcefire initial disclosures (0.10); email to J. Gavin (0.10) | 0.20 |
| 04/14/11 | EH | Email to S. Stafford regarding response to Nokia's first set of discovery requests | 0.10 |
| 04/14/11 | GAW | Review, preparation and loading of electronic data to document database | 2.00 |
| 04/14/11 | GAW | Numerous communications with document processing vendor regarding electronic data loading and review | 1.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/15/11 | RHL | Coordinate new claims' objections | 0.50 |
| 04/15/11 | RHL | Review A. Clark's letters to Chip Price regarding discovery issues | 0.40 |
| 04/15/11 | RHL | Received correspondence from D. McKenna regarding status of his settlement discussions | 0.10 |
| 04/15/11 | RHL | Received correspondence from J. Smith regarding document issues and respond | 0.10 |
| 04/15/11 | RHL | Review stipulation appointing Bifferato as mediator in Siemens adversary | 0.10 |
| 04/15/11 | RHL | Review discovery issues in the various preference actions | 0.80 |
| 04/15/11 | JRH | Meeting with J. Smith, E. Hein, and R. Lemisch regarding claims objections and preference actions | 0.80 |
| 04/15/11 | JES | Meeting with J. Hoover and E. Hein to discuss status and strategy for preference action and claims objections (.8); draft stipulation appointing mediator and email E. Meltzer regarding same (.6); call with B. Knapp regarding Prudential discovery (.4); call with B. Bibbon regarding Prudential discovery and process used to date for discovery (.3); review 3 emails from B. Gibbon regarding obtaining discovery for NN UK employees (.3); review email from J. Gavin regarding requesting work order (.1); email K. Hansen regarding T. Baldwin (.1); call with E. Bussigel regarding administrative claims and discovery (.4); email R. Lemsich and J. Hoover regarding admin claim and discovery (.2); draft letter responding to settlement proposal from Siemens (2.6); review documents provided by K. Hansen in connection with Prudential Relocation adversary proceeding (.5) | 6.30 |
| 04/15/11 | SRS | Correspond with G. Wilson regarding Summation database for L. Rowan and D. Powers data | 0.10 |
| 04/15/11 | SRS | Correspond with C. Morfe regarding case status and extension of time for discovery responses | 0.10 |
| 04/15/11 | SRS | Correspond with J. Hea, M. Conrod and L. Murat regarding extension of time on discovery responses | 0.10 |
| 04/15/11 | SRS | Call with D. McKenna regarding case status update | 0.20 |
| 04/15/11 | SRS | Review correspondence from D. McKenna regarding settlement discussions | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/15/11 | EH | Review email from S. Stafford regarding extension of response deadlines for Nortel and Nokia's first set of discovery requests; track extended deadlines | 0.10 |
| 04/15/11 | EH | Update Nokia pleading binder (0.20); assemble Nokia discovery binder (0.30) | 0.50 |
| 04/15/11 | EH | Review email from J. Smith regarding extension deadline to exchange initial disclosures in Siemens adversary; track extended deadline | 0.10 |
| 04/15/11 | EH | Follow-up emails and telephone calls with process server regarding six subpoenas issued in connection with CTDI adversary to third parties located in PA, FL, MO, MA and TN | 0.70 |
| 04/15/11 | EH | Multiple follow-up emails to process server regarding status of service of six subpoenas related to CTDI adversary | 0.20 |
| 04/15/11 | GAW | Continued work on loading electronic document data to document database | 2.80 |
| 04/18/11 | RHL | Discuss discovery issues with J. Smith - how to get necessary documents | 0.20 |
| 04/18/11 | RHL | Received correspondence from K. Harrison regarding information to respond to Prudential discovery | 0.10 |
| 04/18/11 | JRH | Review email regarding status of Nortel/NSN litigation | 0.10 |
| 04/18/11 | JES | Confer with J. Hoover regarding document production for preference actions; (.3); email E. Bussigel regarding meeting to discuss preference discovery (.2); call with C. Brown regarding Prudential Relocation document production (.3); draft letter responding to Siemens' position statement and settlement proposal (1.2); review email from D. Livshiz regarding CTDI matter (.1); review email from C. Price regarding CTDI matter (.1); revise and supplement discovery directed to Prudential Relocation (1.0); review email from T. Clark regarding CTDI matter (.1) | 3.30 |
| 04/19/11 | RHL | Received correspondence from J. Hoover and J. Smith regarding possible mediations for Right Management adversary and respond | 0.20 |
| 04/19/11 | RHL | Received correspondence from R. Boris - responsive settlement letter in Siemens is okay to send; coordinate with J. Smith to send | 0.10 |
| 04/19/11 | RHL | Review and revise Siemens response regarding settlement letter | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/19/11 | RHL | Discuss Siemens issues on settlement with J. Smith | 0.30 |
| 04/19/11 | RHL | Received correspondence regarding discovery conference in CTDI (0.10); coordinate coverage (0.10) | 0.20 |
| 04/19/11 | JRH | Review emails related to discovery conference and follow up with J. Smith | 0.20 |
| 04/19/11 | JRH | Telephone call received from counsel for Marsh USA regarding McCann Erickson | 0.10 |
| 04/19/11 | JRH | Emails with A. Cordo, Esq. regarding claims objections | 0.20 |
| 04/19/11 | JRH | Review emails related to CTDI | 0.20 |
| 04/19/11 | JES | Review email from K. Milne regarding CTDI matter (.1); review email from C. Price regarding CTDI matter (.1); review email from T. Clark regarding CTDI matter (.1); review email from D. Livshiz regarding CTDI matter (.1); review email from P. Keller regarding CTDI matter (.1); review list of approved mediators and suggest choices for preference mediators to R. Lemsich (.2); meet with R. Lemisch to discuss response to Siemens position statement and settlement proposal (.3); revise letter to Siemens regarding settlement and review exhibits (.8); email R. Boris regarding settlement authority (.2); finalize letter and email E. Meltzer regarding Siemens (.3); respond to email from R. Lemisch regarding potential mediators (.1) | 2.40 |
| 04/19/11 | EH | Review email from J. Hoover regarding rescheduled 4/19/11 discovery teleconference with CTDI mediator; track rescheduled conference date | 0.10 |
| 04/19/11 | EH | File return of service for SoTel, RU Game, RV Communications and TS3 Communications subpoenas issued in connection with CTDI adversary; email to E. Bussigel | 0.50 |
| 04/20/11 | RHL | Received correspondence from E. Meltzer regarding Siemens counter offer | 0.20 |
| 04/20/11 | RHL | Received correspondence from J. Smith regarding counter offer from Siemens and respond | 0.20 |
| 04/20/11 | RHL | Review opening brief regarding motion to provide Cleary relief from his contract with CTDI | 0.20 |
| 04/20/11 | RHL | Review 19th omnibus objection and respond to Cleary | 0.20 |
| 04/20/11 | RHL | Review motion to deem claims satisfied and respond | 0.20 |
| 04/20/11 | RHL | Review local rule 3007-1 to ensure 12th conforms | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/20/11 | JRH | Meeting with J. Smith, Esq. to discuss results of CTDI discovery conference call and next steps, including discovery in other actions | 0.30 |
| 04/20/11 | JRH | Follow up regarding pending preference actions with J. Smith and attention thereto | 0.50 |
| 04/20/11 | JES | Confer with J. Hoover regarding CTDI conference call (.1); review email and four attachments from R. Schafer regarding William Cleary and CTDI matter (.2); email J. Carignan regarding mediator stipulation (.2); conference call and argument with Special Master C. Price and other parties regarding CTDI discovery matter (1.0); review executed mediator stipulation for E. Meltzer and respond (.2); coordinate with E. Hein regarding filing of mediator stipulation (.1); review and email attachment from C. Brown regarding document production (.3); email C. Brown regarding document production (.1); review email from C. Brown (.1); review follow up email from C. Brown (.1); review counter offer from E. Meltzer regarding Siemens preference action (.2); confer with J. Hoover regarding conference call in CTDI matter and status of preference actions (.3) | 2.90 |
| 04/20/11 | EH | Review email from J. Smith regarding 5/13/11 teleconference with CTDI discovery mediator; track conference | 0.10 |
| 04/20/11 | EH | Review ECF notices and download notice of hearing on NNL motion to seal documents in connection with motion to permit W. Cleary disclosure; track hearing date and objection deadline | 0.10 |
| 04/20/11 | EH | File Siemens mediation stipulation appointing I. Bifferato as mediator | 0.20 |
| 04/21/11 | RHL | Review and revise discovery to preference defendants | 0.50 |
| 04/21/11 | RHL | Coordinate issues for 19th omnibus with J. Hoover | 0.10 |
| 04/21/11 | RHL | Received correspondence from J. Philbrick regarding changes to motion to deem claims satisfied and respond | 0.20 |
| 04/21/11 | RHL | Received correspondence from D. Livschiz regarding inadvertent disclosure of confidential documents by ETDI | 0.10 |
| 04/21/11 | JRH | Meeting with J. Smith regarding status reports | 0.20 |
| 04/21/11 | JRH | Review preference files | 0.50 |
| 04/21/11 | JRH | Email with A. Gazze with revised status reports | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/21/11 | JRH | Review status report and coordinate with J. Smith | 0.30 |
| 04/21/11 | JES | Confer with J. Hoover regarding status report for adversary proceedings and discovery (.3); review and revise status report for Siemens, Right Management, Starent and Prudential Relocation (.9); confer with R. Lemsich regarding discovery directed to Prudential Relocation (.4) | 1.60 |
| 04/22/11 | RHL | Discuss settlement issues in Siemens with J. Smith; mediation in Right Management | 0.30 |
| 04/22/11 | RHL | Received correspondence from J. Carignan regarding mediator selection in Right Management | 0.10 |
| 04/22/11 | RHL | Received correspondence from D. McKenna regarding status of settlement discussions | 0.20 |
| 04/22/11 | RHL | Received correspondence from J. Carignan regarding change of mediators | 0.10 |
| 04/22/11 | RHL | Review report from Huran on Siemens unsecured claim | 0.10 |
| 04/22/11 | RHL | Received correspondence from P. Keller; C. Price; A. Clark regarding Cleary issue; how to proceed | 0.20 |
| 04/22/11 | JRH | Review amended complaint, review invoices for Delux/Filmcore, prepare for call (.6); conference call with T. Rosen (.2), and email related thereto (.1) | 0.90 |
| 04/22/11 | JRH | Review draft discovery requests to Prudential Relocation | 0.80 |
| 04/22/11 | JRH | Various emails with A. Gazze regarding open preference actions | 0.20 |
| 04/22/11 | JRH | Begin to revise discovery requests directed to Prudential Relocation | 1.50 |
| 04/22/11 | JRH | Follow up regarding pending preference actions | 0.20 |
| 04/22/11 | JES | Follow up with J. Carignan regarding selection of mediator (.2); review email from C. Price regarding CTDI mediation issues (.1); review email from T. Clark regarding CTDI mediation issues (.1); review email from C. Price regarding CTDI mediation issues (.1); review email from P. Keller regarding CTDI mediation issues (.1); email R. Lemsich with proposal for Siemens settlement (.2); review email from J. Carignan and email R. Lemsich regarding mediator selection for Right Management (.2); confer with R. Lemsich regarding mediator selection for Right Management (.1); confer with R. Lemisch regarding Siemens settlement proposal (.2); email C. Brown regarding Siemens unsecured claim (.2); draft stipulation | 2.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | appointing mediator in Right Management (.4); email J. Carignan regarding stipulation of mediator (.1); review email from J. Carignan and modify mediator stipulation (.3); review email from M. Parikh regarding CTDI discovery matter (.1); review email from T. Clark regarding motion to file under seal (.1) | |
| 04/22/11 | SRS | Review correspondence from D. McKenna regarding settlement discussions (.10); correspond to D. McKenna regarding same (.10); discuss settlement discussions with R. Lemisch (.10) | 0.30 |
| 04/22/11 | EH | Review email from J. Smith regarding filing of Right Management mediation stipulation | 0.10 |
| 04/25/11 | RHL | Review NNC motion to dismiss CTDI counterclaim's | 0.20 |
| 04/25/11 | RHL | Received correspondence from J. Smith regarding discovery deadline for Prudential Relocation | 0.10 |
| 04/25/11 | RHL | Review NNC initial disclosures | 0.20 |
| 04/25/11 | RHL | Received correspondence from A. Clark regarding deadline for CTDI response - Friday 4/29 on Bill Cleary issue | 0.10 |
| 04/25/11 | JRH | Various meetings with J. Smith regarding Prudential Relocation discovery and strategy | 0.50 |
| 04/25/11 | JRH | Revise discovery requests directed to Prudential Relocation | 2.50 |
| 04/25/11 | JRH | Meeting with J. Smith and email with A. Gazze regarding status report | 0.20 |
| 04/25/11 | JRH | Review Bill Cleary motions (0.50); telephone call made to M. Parik (.1); and coordinate with J. Smith (0.10) | 0.70 |
| 04/25/11 | JES | Review email from C. Price regarding CTDI discovery matters (.1); review email from M. Parikh regarding discovery matters (.1); review voicemail from C. Brown regarding NNI insolvency proof (.2); review and revise Status report for adversary proceedings (.3); confer with J. Hoover regarding status report and discovery issues (.2); review and respond to email from E. Hein regarding Right Management (.2); review email from D. Herrington regarding CTDI (.1); review email from M. Parikh regarding CTDI (.1); review email from D. Herrington regarding CTDI (.1); meet with J. Hoover regarding discovery directed to Prudential Relocation (.4); call B. Sullivan regarding Prudential Relocation (.1); call J. Clasen regarding Prudential Relocation (.2); review email from T. Clark regarding CTDI (.1); review email from M. Parikh regarding CTDI (.1); review email from T. Clark regarding CTDI (.1); review | 3.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | email from T. Clark regarding CTDI (.1); review NNC's Motion to Dismiss CTDI's counterclaims and brief (.4); confer with J. Hoover regarding tomorrow's hearing on CTDI matters (.2); revise and supplement discovery directed to Prudential Relocation (.7) | |
| 04/25/11 | EH | File stipulation appointing W. Bowden as mediator in Right Management adversary | 0.20 |
| 04/25/11 | EH | Review adversary status report (0.10); calculate and track submission deadline for next report (0.10) | 0.20 |
| 04/25/11 | EH | Review Right Management mediation stipulation (0.10); email to J. Smith regarding revision to same (0.10) | 0.20 |
| 04/26/11 | RHL | Received correspondence from J. Smith regarding initial disclosures and respond | 0.10 |
| 04/26/11 | RHL | Received correspondence from E. Meltzer regarding initial disclosure | 0.10 |
| 04/26/11 | RHL | Received correspondence from P. Keller; R. Weber and D. Herrington regarding extension and discovery responses to April 29th | 0.20 |
| 04/26/11 | RHL | Brief discussion regarding settlement offer from Siemens | 0.10 |
| 04/26/11 | JES | Prepare for and attend hearing before Judge Gross (2.6); return call from C. Brown regarding Nortel's insolvency (.2); conversation with C. Brown regarding Nortel's insolvency and Siemens' unsecured claim (.3); confer with R. Lemsich and J. Hoover regarding Siemens settlement offer (.2) | 3.30 |
| 04/27/11 | RHL | Quick review of discovery issued by Right Management | 0.20 |
| 04/27/11 | RHL | Received correspondence regarding service of discovery on Prudential and how to proceed | 0.10 |
| 04/27/11 | JRH | Email with E. Bussigel regarding document retention conference call | 0.10 |
| 04/27/11 | JES | Review letter from Special Master Price regarding April 20th ruling (.2); revise and supplement discovery directed to Prudential Relocation (.5); coordinate with E. Hein to file and serve discovery (.2) | 0.90 |
| 04/27/11 | EH | Prepare notice of service of discovery for first set of interrogatories, document production requests and requests for admission directed to Prudential | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/27/11 | EH | Coordinate service for first set of interrogatories, document production requests and requests for admission directed to Prudential (0.10); file notice of service of discovery (0.10) | 0.20 |
| 04/28/11 | RHL | Review and revise proposed response to Siemens settlement proposal | 0.30 |
| 04/28/11 | RHL | Received correspondence from J. Philbrick regarding 19th and 20th omnibus and motion to deem amounts paid and respond | 0.10 |
| 04/28/11 | RHL | Analyze Siemens offer and amounts and respond | 0.20 |
| 04/28/11 | RHL | Review discovery issues for all preference actions and how to proceed | 0.20 |
| 04/28/11 | JRH | Review email from T. Rosen and email with A. Gazze | 0.20 |
| 04/28/11 | JRH | Telephone call with J. Philbrick, review claims objections 18 and 19, and review conflict searches. | 0.40 |
| 04/28/11 | JES | Review discovery served by Right Management (.3); confer with R. Lemsich regarding preference matters and discovery issues (.2); draft requests for production, requests for admission, and interrogatories directed to Right Management (2.2); draft response to counteroffer from Siemens (.8); revise settlement proposal to Siemens and email E. Meltzer regarding same (.3) | 3.80 |
| 04/28/11 | EH | Review email from J. Smith regarding extension of deadline to respond to Prudential's first set of discovery requests; track extended deadline | 0.10 |
| 04/28/11 | EH | Review email from J. Erickson regarding ReTele document production in response to subpoena issued in connection with CTDI adversary | 0.10 |
| 04/28/11 | EH | Review notice of service of Right Management's first set of discovery requests (0.10); calculate and track response deadline (0.10) | 0.20 |
| 04/29/11 | RHL | Review before service of MNI's supplemental response and objections to CTDI's first set of interrogatories (0.20); NNI's responses and objections to CTDI first request for admissions (0.20); NNI's response and objections to defendants second set of interrogatories (0.20); and NNI's responses and objections to CTDI's fourth request for production (0.20) | 0.80 |
| 04/29/11 | JRH | Further prepare stipulation, certification of counsel and order. | 0.60 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/29/11 | JRH | Further revise stipulation, certification and order | 0.30 |
| 04/29/11 | JRH | Review various emails regarding supplemental discovery responses and coordinate with R. Lemisch regarding CTDI litigation | 0.30 |
| 04/29/11 | JRH | Various emails with A. Gazze regarding Marsh McCann complaint | 0.20 |
| 04/29/11 | JRH | Meeting with J. Smith, review Prudential discovery requests and strategize regarding responses | 1.00 |
| 04/29/11 | JRH | Prepare certification of counsel, stipulation to extend time, etc. | 0.50 |
| 04/29/11 | JES | Review Right Management's discovery requests (.5); email K. Sidhu regarding discovery look back period and review K. Sidhu's response (.2); review email from R. Weber regarding special master's decision in CTDI matter (.1); meet and confer wtih J. Hoover regarding objections and responses to Prudential Relocations's requests for production (1.0); review email from C. Price regarding CTDI matter (.1); review email from R. Weber regarding CTDI matter (.1); review email from C. Price regarding CTDI matter (.1); review email from J. Liberi regarding CTDI matter (.1); review email from R. Weber regarding CTDI matter (.1); review email from J. Ibrahimiand attachment regarding CTDI matter (.1); review email from J. Lubarsky and attachment regarding CTDI matter (.1); review email from J. Liberi regarding CTDI matter (.1) | 2.60 |
| 04/29/11 | EH | Review email from Y. Ibrahimi with letters to P. Keller and D. Herrington regarding CTDI 4/29/11 document production | 0.10 |
| 04/29/11 | EH | Review emails from A. Ungberg, D. Livshiz and R. Lemisch regarding service of NNI response to CTDI fourth document production request, response to CTDI first request for admission, response to CTDI second set of interrogatories and supplemental response to CTDI first set of interrogatories; update discovery binder | 0.30 |
| 04/29/11 | EH | Review notice of service of NNL's supplemental responses to CTDI first set of interrogatories, responses to CTDI fourth document production request, responses to CTDI second set of interrogatories, and responses to CTDI first set of requests for admission; update discovery binder | 0.10 |
| 04/29/11 | EH | Review ECF notices and download CTDI brief in opposition to motion to permit W. Cleary disclosure; track response deadline | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/30/11 | RHL | Received correspondence from D. Livschiz regarding Lynn Rowan verification and respond | 0.10 |
| 04/30/11 | RHL | Received correspondence from P. Keller regarding NNC and NNL subsidiaries | 0.20 |
| 04/30/11 | JRH | Review various emails and pleadings regarding CTDI litigation | 0.60 |
| 04/30/11 | JRH | Further review discovery requests of Prudential Relocation and notes to file regarding same and follow up regarding document retrieval | 0.80 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 17.40 | $10,353.00 |
| | | | 17.40 | $10,353.00 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 22.30 | $8,474.00 |
| CAROLINE RICHARDSON | (CER) | $195.00 | 4.20 | $819.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 46.50 | $11,625.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 17.50 | $5,250.00 |
| | | | 90.50 | $26,168.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 0.50 | $97.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 12.00 | $2,820.00 |
| GREGRIE WILLSON | (GAW) | $195.00 | 11.20 | $2,184.00 |
| | | | 23.70 | $5,101.50 |
| | | TOTAL: | 131.60 | $41,622.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/05/11 | EH | Document Reproduction 30 copies | 3.00 |
| 04/05/11 | EH | Document Reproduction 1 copies | 0.10 |
| 04/13/11 | JRH | Document Reproduction 6 copies | 0.60 |
| 04/26/11 | LMS | Document Reproduction 94 copies | 9.40 |
| 04/26/11 | LMS | Document Reproduction 188 copies | 18.80 |
| 04/27/11 | EH | Document Reproduction 68 copies | 6.80 |
| | | TOTAL: | $38.70 |

## Delivery Fee - Outside

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington delivery to Judge Gross | 5.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington delivery to Judge Gross 03/09/11 | 5.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington delivery to Judge Gross | 5.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington delivery to Judge Gross | 5.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC | 5.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC | 12.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC | 10.00 |
| 04/28/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC | 168.75 |

TOTAL: $215.75

**Long Distance Calls**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/22/11 | ACCT | Conference Calls | 6.87 |
| 03/31/11 | ACCT | Conference Calls | 7.65 |
| 04/01/11 | ACCT | Conference Calls | 12.78 |
| 04/08/11 | ACCT | Conference Calls | 13.74 |
| 04/11/11 | ACCT | Conference Calls | 4.17 |
| 04/25/11 | LMS | Long Distance Calls WILMINGT DE - EXT4653 3023519459 Duration: 00:01 | 0.35 |
| 04/25/11 | LMS | Long Distance Calls WILMINGT DE - EXT4653 3026589200 Duration: 00:01 | 0.35 |
| | | TOTAL: | $45.91 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/06/11 | XXX | Computer Research - Westlaw | 223.90 |
| 04/18/11 | JES | Computer Research - Westlaw | 14.00 |
| | | TOTAL: | $237.90 |

**Filing Fees**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/29/11 | RHL | Filing Fees - Vendor: U. S. District Court of Delaware FILING FEE | 25.00 |
| 04/29/11 | RHL | Filing Fees - Vendor: U. S. District Court of Delaware A. UNGBEERG PRO HAC | 25.00 |
| | | TOTAL: | $50.00 |