# EXHIBIT A

# 639461

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 05/09/11 11:39

Fees and Disbursements Through 02/28/11
Last Date Billed 12/16/10 (Through 10/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $172.80 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$172.80** | | |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $114,211.30 |
| LTD Disb Billed | $98.96 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8801849 | 02/14/11 | Springer, R. | Conference call with Ms. Lightfoot and Mr. Meade to discuss data that should be maintained for compliance purposes. | 0.40 | $172.80 |
| | | | Professional Services Total | 0.40 | $172.80 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $432.00 | 0.40 | $172.80 |
| | | | Fees Value | 0.40 | $172.80 |

- 1 -

# 639462



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 05/17/11 14:07

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 12/31/10)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $282.50 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$282.50** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $1,976.00 |
| YTD Disb Billed | $9.22 |
| LTD Fees Billed | $40,962.50 |
| LTD Disb Billed | $97.52 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8756297 | 02/14/11 | Meade, K. | Telephone conference with Mses. Lightfoot, Grammar and Springer and Mr. Knapp re reporting obligations after expiration of subcontracts (.2); conference with Ms. Springer re same (.1); review of email from Ms. Lightfoot summarizing decisions re same and respond to same (.2). | 0.50 | $282.50 |
| | | | Professional Services Total | 0.50 | $282.50 |

- 1 -

**639462**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit  

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 12/31/10)  
Proforma Joint Group # 105185  

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $565.00 | 0.50 | $282.50 |
| | | | Fees Value | 0.50 | $282.50 |

# 629884



## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Proforma Generation Date: 05/19/11 15:17

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $2,390.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$2,390.50** | |

| | | |
|---|---|---|
| Unallocated Cash | | $0.00 |
| Trust Balance | | $0.00 |
| YTD Fees Billed | | $8,120.50 |
| YTD Disb Billed | | $59.00 |
| LTD Fees Billed | | $99,648.50 |
| LTD Disb Billed | | $307.30 |
| A/R Balance This Matter | | $0.00 |

Address:  Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8737560 | 02/01/11 | Cheney, M | Attention to inquiry re invoices from Ms. Egan. | 0.10 | $59.50 |
| 8737602 | 02/04/11 | Cheney, M | Review and revise pro formas. | 0.30 | $178.50 |
| 8779516 | 02/23/11 | Duffy, K | Review Fee Statements and prepare 23rd Interim Fee Application | 0.70 | $171.50 |
| 8779518 | 02/23/11 | Duffy, K | Review Fee Statements and prepare 24th Interim Fee Application | 0.50 | $122.50 |
| 8779520 | 02/23/11 | Duffy, K | Review Fee Statements and prepare 25th Interim Fee Application | 0.50 | $122.50 |
| 8779527 | 02/23/11 | Duffy, K | Prepare Quarterly Fee Application and Order | 0.50 | $122.50 |
| 8796913 | 02/24/11 | Cheney, M | Review and revise fee statement for November. | 0.40 | $238.00 |
| 8796915 | 02/24/11 | Cheney, M | Review and revise fee statement for December. | 0.20 | $119.00 |

**629884**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8796919 | 02/24/11 | Cheney, M | Review and revise fee statement for January. | 0.10 | $59.50 |
| 8796921 | 02/24/11 | Cheney, M | Review and revise quarterly fee application and proposed order. | 0.30 | $178.50 |
| 8796926 | 02/24/11 | Cheney, M | Conference with Ms. Duffy re revisions to fee statements and updating pro formas. | 0.10 | $59.50 |
| 8781370 | 02/24/11 | Duffy, K | Revise fee statement and 23rd interim fee application | 0.30 | $73.50 |
| 8781371 | 02/24/11 | Duffy, K | Revise fee statement and 24th interim fee application | 0.30 | $73.50 |
| 8781374 | 02/24/11 | Duffy, K | Revise fee statement and 25th interim fee application | 0.20 | $49.00 |
| 8781378 | 02/24/11 | Duffy, K | Revise Quarterly Fee Application to reflect edits from fee statements | 0.20 | $49.00 |
| 8797004 | 02/25/11 | Cheney, M | Emails to Ms. Cordo forwarding fee statements and quarterly application for filing and service. | 0.20 | $119.00 |
| 8796991 | 02/25/11 | Cheney, M | Finalize November fee statement. | 0.30 | $178.50 |
| 8796992 | 02/25/11 | Cheney, M | Finalize December fee statement. | 0.30 | $178.50 |
| 8796997 | 02/25/11 | Cheney, M | Finalize January fee statement. | 0.20 | $119.00 |
| 8797001 | 02/25/11 | Cheney, M | Finalize quarterly fee application. | 0.20 | $119.00 |
| | | | Professional Services Total | 5.90 | $2,390.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 2.70 | $1,606.50 |
| 006407 | Specialist | Duffy, K | $245.00 | 3.20 | $784.00 |
| | | | Fees Value | 5.90 | $2,390.50 |

- 2 -

# 628685

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Proforma Generation Date: 05/09/11 12:08  

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Bill Cycle: M  
Matter Open Date: Dec 29, 2009  
Proforma Joint Group # 105185  

| | |
|---|---|
| Total Fees This Proforma | $2,964.50 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$2,964.50** |

Address: Nortel Networks Corp

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $14,638.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $80,220.50 |
| LTD Disb Billed | $493.81 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8734455 | 02/01/11 | Zabarauskas, B. | Emails with L. Rowan re status of global settlement discussions. | 0.10 | $62.00 |
| 8754301 | 02/07/11 | Zabarauskas, B. | Follow up with L. Rowan by email re status of settlement discussions (.1); follow up with M. Schein by email re same (.1). | 0.20 | $124.00 |
| 8754375 | 02/08/11 | Zabarauskas, B. | Email to M. Schein re preference transfers. | 0.10 | $62.00 |
| 8754436 | 02/09/11 | Zabarauskas, B. | Emails with counsel for Telmar re extension of time to answer and settlement discussions (.3); review D. McKenna email re settlement (.1). | 0.40 | $248.00 |
| 8754452 | 02/10/11 | Zabarauskas, B. | Discussion with C. Brown re conference call concerning settlement discussions (.1); participate in conference call with L. Rowan, | 0.50 | $310.00 |

# 628685

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 02/28/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | J. McKenna, et al. re same (.4). | | |
| 8754552 | 02/11/11 | Zabarauskas, B. | Review D. McKenna email re settlement discussions. | 0.10 | $62.00 |
| 8768467 | 02/14/11 | Zabarauskas, B. | Emails with A. Gazze re pleading deadlines and extensions. | 0.10 | $62.00 |
| 8769776 | 02/15/11 | Meadows, J. | Conference with Mr. Zabarauskas re status. | 0.10 | $59.00 |
| 8768503 | 02/15/11 | Zabarauskas, B. | Prepare stipulation concerning response to complaint (.3); review client emails re Telmar response to email re settlement (.3). | 0.60 | $372.00 |
| 8768569 | 02/16/11 | Zabarauskas, B. | Participate in conference call re discussion concerning Telmar email response concerning settlement discussion (.3); discussion with L. Rowan re same (.2); revisions to L. Rowan email re same (.3); review emails re Brazil issue (.3). | 1.10 | $682.00 |
| 8768595 | 02/17/11 | Zabarauskas, B. | Review comments to stipulation re service and response deadline. | 0.20 | $124.00 |
| 8772414 | 02/18/11 | Cheney, M. | Teleconference with Mr. Zabarauskas re status of negotiations and exchange of information. | 0.10 | $59.50 |
| 8769835 | 02/18/11 | Meadows, J. | Follow up teleconference with Mr. Zabarauskas re correspondence with Telmar. | 0.10 | $59.00 |
| 8995212 | 02/18/11 | Zabarauskas, B. | Confer with Messrs. Cheney and Meadows re status of negotiations and exchange of information. | 0.10 | $62.00 |
| 8792399 | 02/21/11 | Zabarauskas, B. | Conference call with, inter alia, L. Rowan, T. McKenna re settlement discussions with Telmar. | 0.30 | $186.00 |
| 8791709 | 02/22/11 | Zabarauskas, B. | Review proposed revisions to stipulation extending response time (.1); email to A. Gazze re same (.1). | 0.20 | $124.00 |
| 8792070 | 02/25/11 | Zabarauskas, B. | Conference call with L. Rowan and T. McKenna re | 0.30 | $186.00 |

# 628685

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | settlement discussions with Nortel. | | |
| 8785840 | 02/28/11 | Meadows, J. | Status teleconference with Mr. Zabarauskas. | 0.10 | $59.00 |
| 8792293 | 02/28/11 | Zabarauskas, B. | Discussion with Mr. Meadows re status. | 0.10 | $62.00 |
| | | | Professional Services Total | **4.80** | **$2,964.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001478 | Counsel | Meadows, J. | $590.00 | 0.30 | $177.00 |
| 001835 | Counsel | Cheney, M | $595.00 | 0.10 | $59.50 |
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 4.40 | $2,728.00 |
| | | | Fees Value | **4.80** | **$2,964.50** |

-3-

# 628686



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date: 05/09/11 11:52

Fees and Disbursements Through 02/28/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: M
Matter Open Date: Jan 31, 2011
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $14,343.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$14,343.00** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $1,018.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $1,018.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8711703 | 02/02/11 | Palan, S. | Continue reviewing documents provided by Ms. Palmer (1.1); review court docket and identify additional documents for analysis (1.0). | 2.10 | $1,323.00 |
| 8740879 | 02/09/11 | Palan, S. | Discuss initial findings with Mr. Supko. | 0.30 | $189.00 |
| 8740333 | 02/09/11 | Supko, M. | Consult with Mr. Palan re indemnification and infringement issues. | 0.20 | $147.00 |
| 8747521 | 02/10/11 | Supko, M. | Continue analyzing indemnification issues. | 0.40 | $294.00 |
| 8748281 | 02/11/11 | Palan, S. | Complete review of initial set of materials and prepare list of additional materials required to complete analysis. | 1.50 | $945.00 |
| 8749864 | 02/13/11 | Supko, M. | Analyze Cox's proof of claim, correspondence between Cleary and Cox's counsel, and | 0.70 | $514.50 |

- 1 -

# 628686

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | correspondence between Ms. Palmer and Mr. Fako re indemnification claim. | | |
| 8751549 | 02/14/11 | Palan, S. | Discussion with Mr. Supko regarding analysis (0.4); prepare e-mail summary of initial analysis (0.4). | 0.80 | $504.00 |
| 8752878 | 02/14/11 | Supko, M. | Continue analyzing documents re Verizon's infringement claim (0.3); consult with Mr. Palan re infringement issues (0.2). | 0.50 | $367.50 |
| 8758012 | 02/15/11 | Supko, M. | Consult with Mr. Palan re issues regarding Verizon's infringement claim (0.2); correspond with Ms. Palmer re preliminary findings and additional information needed for analysis (0.2). | 0.40 | $294.00 |
| 8757921 | 02/16/11 | Palan, S. | Review Verizons' infringement claim charts, supplemental expert report and documents describing Nortel's product. | 2.40 | $1,512.00 |
| 8761844 | 02/17/11 | Palan, S. | Continue reviewing Verizon's claim charts and description of Nortel's product (2.1); begin preparing analysis of Nortel's indemnity obligation (1.8). | 3.90 | $2,457.00 |
| 8762993 | 02/18/11 | Palan, S. | Continue reviewing description of Nortel's CS 2000. | 0.30 | $189.00 |
| 8775465 | 02/23/11 | Supko, M. | Review preliminary analysis and issues from Mr. Palan, and consult with Mr. Palan re same. | 0.30 | $220.50 |
| 8777149 | 02/25/11 | Palan, S. | Continue preparing memorandum analyzing Cox's indemnity claim. | 6.10 | $3,843.00 |
| 8784435 | 02/28/11 | Palan, S. | Review Mr. Supko's comments on memorandum and begin revising same. | 0.70 | $441.00 |
| 8783566 | 02/28/11 | Supko, M. | Work on memo to Ms. Westerfield re analysis of Cox indemnification claim (1.2); consult with | 1.50 | $1,102.50 |

# 628686

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati  

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group #  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
|       |      |                 | Mr. Palan re same (0.3).             |       |               |
|       |      |                 | **Professional Services Total**      | **22.10** | **$14,343.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001436 | Partner | Palan, S. | $630.00 | 18.10 | $11,403.00 |
| 001474 | Partner | Supko, M. | $735.00 | 4.00 | $2,940.00 |
|    |       | **Fees Value** |      | **22.10** | **$14,343.00** |

# 628687



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000196 / Indemnification Claim by PG&E re Phoenix

Proforma Generation Date: 05/09/11 11:54

Fees and Disbursements Through 02/28/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: Mtent
Matter Open Date: Jan 31, 2011
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $9,786.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$9,786.00** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $1,333.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $1,333.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8700705 | 02/01/11 | Palan, S. | Continue reviewing materials provided by client regarding PG&E's indemnification claim (2.1); prepare memorandum with results of initial analysis (3.0). | 5.10 | $3,213.00 |
| 8714309 | 02/02/11 | Supko, M. | Review results of Mr. Palan's preliminary analysis of indemnification issues. | 0.30 | $220.50 |
| 8739394 | 02/08/11 | Supko, M. | Download and review PG&E's proof of claim documents, including patents-in-suit, Phoenix's infringement charts, and contract documents (2.0); begin drafting email to Ms. Palmer re Phoenix and PG&E documents cited in infringement charts (0.3). | 2.30 | $1,690.50 |

-1-

# 628687

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000196 / Indemnification Claim by PG&E re Phoenix  

Fees and Disbursements Through 02/28/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8741138 | 02/09/11 | Palan, S. | Discuss initial conclusions with Mr. Supko. | 0.30 | $189.00 |
| 8740332 | 02/09/11 | Supko, M. | Meet with Mr. Palan re indemnification and infringement analysis (0.4); complete email to Ms. Palmer re conclusion on Phoenix demand to waive declaratory judgment action and request for PG&E documents (0.3). | 0.70 | $514.50 |
| 8747522 | 02/10/11 | Supko, M. | Correspond once with Ms. Palmer re proposed timeline for completion of pending matters. | 0.20 | $147.00 |
| 8781383 | 02/25/11 | Supko, M. | Review additional information provided by PG&E (0.2); consult with Mr. Palan re same (0.1). | 0.30 | $220.50 |
| 8780972 | 02/28/11 | Palan, S. | Review discovery documents referenced in Phoenix's infringement claim charts (3.0); prepare claim charts supporting Nortel's position that the infringement is not covered under the indemnity provision (2.7). | 5.70 | $3,591.00 |
| | | | Professional Services Total | 14.90 | $9,786.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 11.10 | $6,993.00 |
| 001474 | Partner | Supko, M. | $735.00 | 3.80 | $2,793.00 |
| | | Fees Value | | 14.90 | $9,786.00 |