# EXHIBIT B

DCACTIVE-15252722.1

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 Through February 28, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| | | |
| TOTAL | | $0.00 |