# EXHIBIT A

DCACTIVE-15252726.1

# 635174



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Proforma Generation Date: 05/19/11 15:15

Fees and Disbursements Through 03/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $1,071.00 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$1,071.00** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $8,120.50 |
| YTD Disb Billed | $59.00 |
| LTD Fees Billed | $99,648.50 |
| LTD Disb Billed | $307.30 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8817449 | 03/03/11 | Cheney, M | Review and revise pro formas for fee statements. | 0.30 | $178.50 |
| 8829157 | 03/11/11 | Cheney, M | Review fee statements and quarterly application in advance of fee hearing. | 0.10 | $59.50 |
| 8857723 | 03/18/11 | Cheney, M | Review proposed order from Ms. Cordo for quarterly applications. | 0.20 | $119.00 |
| 8875748 | 03/21/11 | Cheney, M | Email from/to Ms. DeCarli re CNOs. | 0.10 | $59.50 |
| 8875750 | 03/21/11 | Cheney, M | Prepare for fee hearing. | 0.60 | $357.00 |
| 8875757 | 03/22/11 | Cheney, M | Review email from Ms. Cordo re fee hearing and cancel Court Call appearance. | 0.30 | $178.50 |
| 8875833 | 03/25/11 | Cheney, M | Review order approving fees and prepare invoices for client. | 0.20 | $119.00 |

- 1 -

# 635174

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 03/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | **1.80** | **$1,071.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 1.80 | $1,071.00 |
| | | | Fees Value | **1.80** | **$1,071.00** |

# 633844



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Proforma Generation Date: 05/09/11 11:48  

Fees and Disbursements Through 03/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Bill Cycle: M  
Matter Open Date: Dec 29, 2009  
Proforma Joint Group # 105185  

| | | |
|---|---|---|
| Total Fees This Proforma | $555.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$555.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address:   Nortel Networks Corp

| | |
|---|---|
| YTD Fees Billed | $14,638.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $80,220.50 |
| LTD Disb Billed | $493.81 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8814704 | 03/01/11 | Zabarauskas, B. | Review L. Rowan email updating efforts to reconcile invoices. | 0.10 | $62.00 |
| 8831460 | 03/07/11 | Zabarauskas, B. | Review L. Rowan email re status of account receivable reconciliation with Telmar. | 0.10 | $62.00 |
| 8831503 | 03/09/11 | Zabarauskas, B. | Review L. Rowan email re status of reconciliation of Telmar invoices. | 0.10 | $62.00 |
| 8852517 | 03/14/11 | Zabarauskas, B. | Review L. Rowan email re payment by Telmar. | 0.10 | $62.00 |
| 8852600 | 03/15/11 | Zabarauskas, B. | Review L. Rowan e-mail re status of discussions re reconciliation (.1); review proposed stipulation extending defendants' time to answer (.1); email to A. Gazze re same (.1). | 0.30 | $186.00 |
| 8848989 | 03/16/11 | Meadows, J. | Status email with Messrs. Zabarauskas and | 0.10 | $59.00 |

# 633844

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 03/31/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Cheney. | | |
| 8851879 | 03/16/11 | Zabarauskas, B. | Review status update and email with Mr. Meadows re Telmar reconciliation and preference issues. | 0.10 | $62.00 |
| | | | Professional Services Total | 0.90 | $555.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001478 | Counsel | Meadows, J. | $590.00 | 0.10 | $59.00 |
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 0.80 | $496.00 |
| | | | Fees Value | 0.90 | $555.00 |

# 633845



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date: 05/09/11 11:53

Fees and Disbursements Through 03/31/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: M
Matter Open Date: Jan 31, 2011
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $1,102.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$1,102.50** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address:   Nortel Networks Corp

| | |
|---|---|
| YTD Fees Billed | $1,018.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $1,018.50 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8795555 | 03/01/11 | Supko, M. | Continue working on memo re Cox indemnification claim (1.1); correspond with Ms. Palmer re same (0.2). | 1.30 | $955.50 |
| 8836677 | 03/15/11 | Supko, M. | Correspondenc with Ms. Palmer re Nortel conception documents (0.1); consult with Mr. Palan re same (0.1). | 0.20 | $147.00 |
| | | | **Professional Services Total** | **1.50** | **$1,102.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $735.00 | 1.50 | $1,102.50 |

# 633845

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Fees and Disbursements Through 03/31/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
|  |  |  | Fees Value | 1.50 | $1,102.50 |

# 633846

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000196 / Indemnification Claim by PG&E re Phoenix  

Proforma Generation Date: 05/09/11 12:15

Fees and Disbursements Through 03/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Bill Cycle: Mtent  
Matter Open Date: Jan 31, 2011  
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $20,055.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $20,055.00 | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $1,333.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $1,333.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8784956 | 03/01/11 | Palan, S. | Finalize revision to memorandum. | 2.20 | $1,386.00 |
| 8812957 | 03/08/11 | Palan, S. | Prepare memorandum analyzing Nortel's liability under indemnity clause in contract with PG&E. | 4.90 | $3,087.00 |
| 8831429 | 03/15/11 | Palan, S. | Continue preparing memorandum addressing Nortel's indemnity liability to PG&E. | 2.40 | $1,512.00 |
| 8836751 | 03/16/11 | Palan, S. | Continue preparing memorandum addressing Nortel's indemnity obligation to PG&E. | 5.30 | $3,339.00 |
| 8866823 | 03/28/11 | Palan, S. | Research Nuance's OpenSpeech Recognizer and SpeakFreely product configurations (1.0); revise initial draft of memorandum addressing Nortel's indemnity liability to PG&E (3.2). | 4.20 | $2,646.00 |

# 633846

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000196 / Indemnification Claim by PG&E re Phoenix

Fees and Disbursements Through 03/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8872743 | 03/29/11 | Palan, S. | Finalize initial memorandum addressing Nortel's indemnity liability. | 2.50 | $1,575.00 |
| 8876851 | 03/30/11 | Palan, S. | Discuss memorandum with Mr. Supko. | 0.30 | $189.00 |
| 8880270 | 03/30/11 | Supko, M. | Review/revise draft memo analyzing defenses to PG&E's claim for indemnity, including review of Nortel/PG&E agreement, Phoenix Solutions infringement contentions and supporting documents (5.2); meet with Mr. Palan re same (0.5). | 5.70 | $4,189.50 |
| 8881007 | 03/31/11 | Palan, S. | Review and revise memorandum based on Mr. Supko's revisions and comments. | 1.40 | $882.00 |
| 8882004 | 03/31/11 | Supko, M. | Continue working on memo re PG&E indemnity claim (0.9); consult with Mr. Palan re same (0.3); and finalize memo and send it to Ms. Parker (0.3). | 1.70 | $1,249.50 |
| | | | **Professional Services Total** | **30.60** | **$20,055.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 23.20 | $14,616.00 |
| 001474 | Partner | Supko, M. | $735.00 | 7.40 | $5,439.00 |
| | | | **Fees Value** | **30.60** | **$20,055.00** |

-2-