# EXHIBIT B

DCACTIVE-15252726.1

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2011 Through March 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
|  |  |  |
| **TOTAL** |  | $0.00 |