# EXHIBIT A

**640538**



### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 05/19/11 16:36

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

---

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $595.00 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$595.00** | | | |
| Address: Jeanine L. Daniluk | | | YTD Fees Billed | $8,120.50 |
| Dept. 0381 | | | YTD Disb Billed | $59.00 |
| Nortel Networks | | | | |
| 195 The West Mall | | | LTD Fees Billed | $99,648.50 |
| Toronto, Ontario | | | LTD Disb Billed | $307.30 |
| Canada, M9C 5K1 | | | | |
| | | | A/R Balance This Matter | $0.00 |

---

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8915521 | 04/06/11 | Cheney, M | Review and revise pro formas for fee statements. | 0.40 | $238.00 |
| 8976933 | 04/27/11 | Cheney, M | Review and revise additional pro formas. | 0.60 | $357.00 |
| | | | Professional Services Total | 1.00 | $595.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 1.00 | $595.00 |
| | | | Fees Value | 1.00 | $595.00 |

- 1 -

# 639305

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Proforma Generation Date: 05/09/11 11:49

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: M
Matter Open Date: Dec 29, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $620.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$620.00** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $14,638.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $80,220.50 |
| | | LTD Disb Billed | $493.81 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8945258 | 04/19/11 | Zabarauskas, B. | Discussion with L. Rowan re status of reconciliation and settlement discussions with Telmar. | 0.30 | $186.00 |
| 8945278 | 04/20/11 | Zabarauskas, B. | Review L. Rowan email re status. | 0.10 | $62.00 |
| 8945287 | 04/21/11 | Zabarauskas, B. | Numerous emails with counsel for defendants re extension of time to answer and form of stipulation. | 0.50 | $310.00 |
| 8980989 | 04/27/11 | Zabarauskas, B. | Email to Mr. Meadows re status of reconciliation. | 0.10 | $62.00 |
| | | | **Professional Services Total** | **1.00** | **$620.00** |

-1-

# 639305

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 1.00 | $620.00 |
| | | | Fees Value | 1.00 | $620.00 |

# 639306



## crowell moring
### BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date:  05/09/11 11:54

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle:  M
Matter Open Date:  Jan 31, 2011
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,331.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 18.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,349.00** | | |
| Address:   Nortel Networks Corp | | YTD Fees Billed | $1,018.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $1,018.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8910038 | 04/12/11 | Palan, S. | Review additional materials provided by Ms. Palmer, including Shields deposition transcript and Cox's Response to Interrogatory 9. | 3.70 | $2,331.00 |
| | | | Professional Services Total | 3.70 | $2,331.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 3.70 | $2,331.00 |
| | | | Fees Value | 3.70 | $2,331.00 |

-1-

# 639306

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5825775 | 04/27/11 | 353038 | 0152 | 1321663 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $18.00 |
| | | | | | | Total Disbursements | $18.00 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0152 | Pacer Service Charge | $18.00 |
| | Total Disbursements | $18.00 |

- 2 -

# 639307

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000196 / Indemnification Claim by PG&E re Phoenix

Proforma Generation Date: 05/09/11 11:55

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: Mtent
Matter Open Date: Jan 31, 2011
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $1,722.00 | |
| Total Disbursements This Proforma | 6.16 | |
| **TOTAL THIS PROFORMA** | **$1,728.16** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| | |
| YTD Fees Billed | $1,333.50 |
| YTD Disb Billed | $0.00 |
| | |
| LTD Fees Billed | $1,333.50 |
| LTD Disb Billed | $0.00 |
| | |
| A/R Balance This Matter | $0.00 |

Address:   Nortel Networks Corp

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8910004 | 04/12/11 | Palan, S. | Review memorandum and supporting materials in order to prepare for and attend telephone conference with Ms. Palmer; review and revise Ms. Palmer's draft letter to PG&E. | 1.80 | $1,134.00 |
| 8918411 | 04/12/11 | Supko, M. | Telephone conference with Ms. Palmer and Mr. Palan re analysis of PG&E's indemnification claim. | 0.50 | $367.50 |
| 8918311 | 04/13/11 | Supko, M. | Review/revise letter to PG&E re indemnification claim, and correspond with Ms. Palmer re same. | 0.30 | $220.50 |
| | | | **Professional Services Total** | **2.60** | **$1,722.00** |

-1-

# 639307

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000196 / Indemnification Claim by PG&E re Phoenix

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001436 | Partner | Palan, S. | $630.00 | 1.80 | $1,134.00 |
| 001474 | Partner | Supko, M. | $735.00 | 0.80 | $588.00 |
| | | | Fees Value | 2.60 | $1,722.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5825776 | 04/27/11 | 353038 | 0152 | 1321665 | 007004 | Pacer Service Charge - - VENDOR: Pacer Service Center | $6.16 |
| | | | | | | Total Disbursements | $6.16 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0152 | Pacer Service Charge. | $6.16 |
| | Total Disbursements | $6.16 |