# EXHIBIT B

# EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2011 Through April 30, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| PACER Service Center | PACER Service Charge | $24.16 |
| | | |
| TOTAL | | $24.16 |

**639306**

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox
Communications

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5825775 | 04/27/11 | 353038 | 0152 | 1321663 | 007004 | Pacer Service Charge – Pacer Service Center | $18.00 |
| | | | | | | Total Disbursements | $18.00 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge – Pacer Service Center | $18.00 |
| | Total Disbursements | $18.00 |

DCACTIVE-15252843.1

639307

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000196 / Indemnification Claim by PG&E
re Phoenix

Fees and Disbursements Through 04/30/11
Last Date Billed 03/25/11 (Through 01/31/11)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5825776 | 04/27/11 | 353038 | 0152 | 1321663 | 007004 | Pacer Service Charge – Pacer Service Center | $6.16 |
| | | | | | | Total Disbursements | $6.16 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0152 | Pacer Service Charge – Pacer Service Center | $6.16 |
| | Total Disbursements | $6.16 |

DCACTIVE-15252843.1