## EXHIBIT B

**Proposed Form of Order**

DM3\1799106.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Related to D.I.** \_\_\_\_ |
| NORTEL NETWORKS INC., *et al.* | | |
| Debtors. | | |

**ORDER GRANTING MOTION OF GENBAND US LLC
FOR AN ORDER COMPELLING COMPLIANCE WITH
THE SETTLEMENT AGREEMENT AND APPROVING THE
SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019**

Upon consideration of the *Motion Of GENBAND US LLC for an Order Compelling Compliance with the Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019* (the "Motion");[1] and after considering the arguments of counsel and the authorities cited, it is hereby ORDERED that:

1. The Motion is GRANTED and the Debtors are authorized to enter into the Settlement Agreement and shall consummate and comply with the terms of the Settlement Agreement forthwith; and

2. Notwithstanding the possible applicability of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

DM3\1799106.2