# EXHIBIT C

## Alternative Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to D.I. \_\_\_\_** |
|  | ) |  |
|  | ) |  |

**ORDER GRANTING MOTION OF GENBAND US LLC FOR AN ORDER
COMPELLING COMPLIANCE WITH THE SETTLEMENT
AGREEMENT AND APPROVING THE
SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019**

Upon consideration of the *Motion Of GENBAND US LLC for an Order Compelling Compliance with the Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019* (the "Motion");[1] and after considering the arguments of counsel and the authorities cited, it is hereby ORDERED that:

1. The Motion is GRANTED and the Debtors are required to prepare and file a motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and submit the Settlement Agreement executed by the Debtors and GENBAND US LLC for consideration by the Court and for this Court's approval; and

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

DM3\1799096.2

2

2. The hearing on the Debtors' motion filed pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure is set for the ____ day of _____, 2011 at __.m. before this Honorable Court. The Debtors are required to provide notice as set forth in Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Dated: _____

                                              The Honorable Kevin Gross
                                              United States Bankruptcy Judge