# EXHIBIT C

9826991_3

## DISBURSEMENT SUMMARY
## MARCH 1 TO MARCH 31, 2011
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Accommodations | $2,568.81 |
| Airfare/Travel | $6,974.79 |
| Binding Books / Documents | $ 150.60 |
| Cellular Phones | $ 308.83 |
| Library Computer Research | $ 879.71 |
| Long Distance Telephone Calls | $ 135.13 |
| Meals & Beverages | $ 279.51 |
| Parking | $ 145.14 |
| Photocopy – External Services | $ 865.89 |
| Photocopy Charges | $1,760.30 |
| Ground Transportation (Taxi Charges/Courier) | $  921.35 |
| | |
| Total Non-Taxable Disbursements | **$14,990.06 CDN.** |

9826914_1