**EXHIBIT D**

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 16/09/10 | Telephone;15164575666;Garden CNY;4582 | 1 | 2.04 |
| 29/09/10 | Telephone;12128728121;New YorkNY;4582 | 1 | 4.59 |
| 01/10/10 | Telephone;13124516765;Chicago IL;4582 | 1 | 8.64 |
| 05/10/10 | Telephone;12128728012;New YorkNY;4582 | 1 | 20.91 |
| 04/11/10 | Telephone;12128728121;New YorkNY;4582 | 1 | 4.08 |
| 30/11/10 | Telephone;17192347615;ColoradoCO; 4582 | 1 | 22.40 |
| 14/12/10 | Telephone;12128721055;New YorkNY;4582 | 1 | 0.51 |
| 14/12/10 | Telephone;12128721000;New YorkNY;4582 | 1 | 0.51 |
| 17/12/10 | Telephone;12122252662;New YorkNY;4582 | 1 | 0.51 |
| 22/12/10 | Telephone;12128728121;New YorkNY;4582 | 1 | 0.51 |
| 23/12/10 | Telephone;12128728031;New YorkNY;4582 | 1 | 0.51 |
| 20/01/11 | Telephone;12127821436;New YorkNY;4582 | 1 | 11.73 |
| 02/02/11 | Telephone;17192347615;ColoradoCO; 4582 | 1 | 23.52 |
| 16/02/11 | Bell Conferencing/M Wunder/Inv. 106873342 | 1 | 4.07 |
| 22/02/11 | ECarswell | 1 | 126.35 |
| 22/02/11 | ECarswell | 1 | 342.48 |
| 22/02/11 | ECarswell | 1 | 14.25 |
| 23/02/11 | ECarswell | 1 | 78.38 |
| 23/02/11 | Telephone;12125065149;New YorkNY;4715 | 1 | 3.57 |
| 23/02/11 | ECarswell | 1 | 296.88 |
| 24/02/11 | ECarswell | 1 | 9.98 |
| 25/02/11 | Laser Copy;Kee, Evelyn | 4 | 0.40 |
| 25/02/11 | Telephone;19175447922;New YorkNY;4715 | 1 | 0.51 |
| 25/02/11 | Telephone;19175447922;New YorkNY;4715 | 1 | 3.06 |
| 28/02/11 | Beck Taxi/Inv 1721-026/M.Wunder Feb 17/11 | 1 | 34.97 |
| 28/02/11 | Beck Taxi/Inv 1721-026/M.Wunder Feb 18/11 | 1 | 18.51 |
| 28/02/11 | Beck Taxi/Inv 1721-026/M.Wunder Feb 1/11 | 1 | 27.11 |
| 28/02/11 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 28/02/11 | Beck Taxi/Inv 1721-026/L.Mattes Feb 2011 | 1 | 33.66 |
| 28/02/11 | Beck Taxi/Inv 1721-026/M.Wunder Feb 25/11 | 1 | 6.54 |
| 01/03/11 | Photocopy;Kee, Evelyn | 8 | 0.80 |
| 01/03/11 | Laser Copy;WUNDER M | 14 | 1.40 |
| 01/03/11 | Laser Copy;jacobsr | 164 | 16.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 01/03/11 | Laser Copy;Kee, Evelyn | 337 | 33.70 |
| 02/03/11 | Tabs / Cerlox | 1 | 4.80 |
| 02/03/11 | Photocopy;DamaniA | 1 | 0.10 |
| 02/03/11 | Laser Copy;NELSON M | 152 | 15.20 |
| 02/03/11 | Laser Copy;DamaniA | 172 | 17.20 |
| 02/03/11 | Laser Copy;MattesL | 145 | 14.50 |
| 02/03/11 | Laser Copy;jacobsr | 129 | 12.90 |
| 03/03/11 | Taxi in New York for M. Wunder on Feb. 9/11; 2011-2-9 | 1 | 6.93 |
| 03/03/11 | Laser Copy;jacobsr | 24 | 2.40 |
| 03/03/11 | Laser Copy;NELSON M | 81 | 8.10 |
| 03/03/11 | Telephone;12128728121;New YorkNY;4715 | 1 | 1.02 |
| 03/03/11 | Telephone;12128721055;New YorkNY;4715 | 1 | 12.24 |
| 03/03/11 | Telephone;12122252677;New YorkNY;4715 | 1 | 2.55 |
| 03/03/11 | Air Canada return flight to New York for M. Wunder on Feb. 9/11; 2011-2-9 | 1 | 395.67 |
| 03/03/11 | Breakfast at Starbucks at Toronto airport while travelling to New York for M. Wunder on Feb. 9/11; 2011-2-9 | 1 | 12.69 |
| 03/03/11 | Working dinner at Subway for M. Wunder on Feb. 24/11; 2011-2-24 | 1 | 6.99 |
| 03/03/11 | Working dinner at Louis' Pizza for M. Wunder on Feb. 23/11; 2011-2-23 | 1 | 20.75 |
| 03/03/11 | Working lunch for J. Hetu and R. Jacobs from Subway on March 2, 2011; 2011-3-2 | 1 | 18.97 |
| 03/03/11 | Hotel room at Le Parker Meridien for M. Wunder on Feb. 9/11 (see Visa); 2011-2-9 | 1 | 450.00 |
| 03/03/11 | Taxi to Toronto airport for M. Wunder on Feb. 9/11; 2011-2-9 | 1 | 43.28 |
| 03/03/11 | Taxi from Toronto airport to Eglinton for M. Wunder on Feb. 11/11; 2011-2-11 | 1 | 50.36 |
| 03/03/11 | Taxi to New York airport for M. Wunder on Feb. 11/11; 2011-2-11 | 1 | 37.62 |
| 03/03/11 | Taxi from New York airport to meeting for M. Wunder on Feb. 9/11 (see Visa); 2011-2-9 | 1 | 34.46 |
| 03/03/11 | Taxi in New York from hotel to Cleary office for M. Wunder on Feb. 10/11 (see Visa); 2011-2-10 | 1 | 19.26 |
| 03/03/11 | Taxi from office to court for M. Wunder on Feb. 28/11; 2011-2-28 | 1 | 7.52 |
| 04/03/11 | Taxi from Avenue/St. Clair to King St. for M. Wunder on March 1/11; 2011-3-1 | 1 | 13.27 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2011
Invoice #: 2827947
Page 58 of 63

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 04/03/11 | Laser Copy;MattesL | 253 | 25.30 |
| 04/03/11 | Laser Copy;MacFarlaneA | 42 | 4.20 |
| 04/03/11 | Cerlox | 1 | 3.00 |
| 04/03/11 | Laser Copy;jacobsr | 150 | 15.00 |
| 04/03/11 | Laser Copy;DamaniA | 246 | 24.60 |
| 04/03/11 | Laser Copy;NELSON M | 569 | 56.90 |
| 06/03/11 | Laser Copy;MacFarlaneA | 14 | 1.40 |
| 07/03/11 | Laser Copy;jacobsr | 268 | 26.80 |
| 07/03/11 | Laser Copy;MattesL | 507 | 50.70 |
| 07/03/11 | Laser Copy;NELSON M | 451 | 45.10 |
| 08/03/11 | Laser Copy;NELSON M | 342 | 34.20 |
| 08/03/11 | Laser Copy;HETU, Jarvis | 9 | 0.90 |
| 08/03/11 | Laser Copy;LEGAULT | 8 | 0.80 |
| 08/03/11 | Laser Copy;MattesL | 28 | 2.80 |
| 08/03/11 | Laser Copy;MacFarlaneA | 39 | 3.90 |
| 09/03/11 | Telephone;12123733392;New YorkNY;4582 | 1 | 4.08 |
| 09/03/11 | Laser Copy;NELSON M | 89 | 8.90 |
| 09/03/11 | Laser Copy;MacFarlaneA | 22 | 2.20 |
| 09/03/11 | Laser Copy;MattesL | 53 | 5.30 |
| 09/03/11 | Laser Copy;HETU, Jarvis | 13 | 1.30 |
| 11/03/11 | Verizon Wireless roaming charges for R. Jacobs for Jan. 20 - Feb. 19/11; 2011-1-20 | 1 | 275.13 |
| 11/03/11 | Laser Copy;MattesL | 481 | 48.10 |
| 11/03/11 | Laser Copy;jacobsr | 66 | 6.60 |
| 11/03/11 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 11/03/11 | Laser Copy;BERGLUND | 484 | 48.40 |
| 11/03/11 | Laser Copy;CHINJ | 114 | 11.40 |
| 11/03/11 | Laser Copy;MacFarlaneA | 68 | 6.80 |
| 14/03/11 | Laser Copy;NELSON M | 529 | 52.90 |
| 14/03/11 | Laser Copy;NELSON M | 9 | 0.90 |
| 14/03/11 | Laser Copy;KAPLAN M | 9 | 0.90 |
| 14/03/11 | Laser Copy;MacFarlaneA | 155 | 15.50 |
| 14/03/11 | Laser Copy;NORTH, Alexandra | 55 | 5.50 |
| 14/03/11 | Laser Copy;DUNSMUIM | 23 | 2.30 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/03/11 | Laser Copy;DUNSMUIM | 17 | 1.70 |
| 15/03/11 | Telephone;12128728121;New YorkNY;4715 | 1 | 0.51 |
| 15/03/11 | Laser Copy;NELSON M | 210 | 21.00 |
| 15/03/11 | Quick Law | 1 | 11.39 |
| 15/03/11 | Laser Copy;jacobsr | 121 | 12.10 |
| 15/03/11 | Laser Copy;MacFarlaneA | 79 | 7.90 |
| 15/03/11 | Laser Copy;MattesL | 150 | 15.00 |
| 16/03/11 | Laser Copy;MattesL | 788 | 78.80 |
| 16/03/11 | Laser Copy;NELSON M | 319 | 31.90 |
| 16/03/11 | Laser Copy;DamaniA | 793 | 79.30 |
| 16/03/11 | Laser Copy;jacobsr | 28 | 2.80 |
| 16/03/11 | Taxi to New York airport for R. Jacobs on March 11/11; 2011-3-11 | 1 | 39.87 |
| 16/03/11 | Tabs / Cerlox / Clear covers | 1 | 8.00 |
| 16/03/11 | Air Canada change fees for return travel Toronto to New York for UCC Advisor meeting for Alex MacFarlane on January 20-21, 2011; 2011-1-20 | 1 | 455.16 |
| 16/03/11 | Air Canada return flight to New York for R. Jacobs on March 8/11; 2011-3-8 | 1 | 1,180.92 |
| 16/03/11 | Air Canada return flight to New York for R. Jacobs on March 9-11/11; 2011-3-9 | 1 | 1,032.99 |
| 16/03/11 | Dinner at Le Parker Meridien in New York - January 19, 2011 - Alex MacFarlane; 2011-1-19 | 1 | 25.00 |
| 16/03/11 | Breakfast at Le Parker Meridien, New York, January 21, 2011 - Alex MacFarlane; 2011-1-21 | 1 | 15.00 |
| 16/03/11 | Working lunch at Aroma for M. Wunder on March 14/11; 2011-3-14 | 1 | 11.45 |
| 16/03/11 | Working lunch at Subway for R. Jacobs on March 11/11; 2011-3-11 | 1 | 11.29 |
| 16/03/11 | Parking at Toronto airport for R. Jacobs on March 8-9/11; 2011-3-8 | 1 | 24.78 |
| 16/03/11 | Parking at Toronto airport for R. Jacobs on March 9-11/11; 2011-3-9 | 1 | 74.34 |
| 16/03/11 | Le Parker Meridien, New York stay January 20-21, 2011 - Alex MacFarlane; 2011-1-21 | 1 | 318.81 |
| 16/03/11 | Hotel room at Le Parker Meridien in New York for R. Jacobs on March 9/11; 2011-3-9 | 1 | 450.00 |
| 16/03/11 | Laser Copy;MacFarlaneA | 54 | 5.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2011
Invoice #: 2827947
Page 60 of 63

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/03/11 | Taxi from Toronto airport to Eglinton for M. Wunder on March 8/11; 2011-3-8 | 1 | 50.36 |
| 17/03/11 | Working dinner at Subway for M. Wunder on March 8/11; 2011-3-8 | 1 | 6.99 |
| 17/03/11 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 17/03/11 | Air Canada return flight from Toronto to New York for M. Wunder on March 8/11 (see Visa); 2011-3-8 | 1 | 1,138.26 |
| 17/03/11 | Photocopy;PUSHALIK A | 38 | 3.80 |
| 17/03/11 | Laser Copy;LEGAULT | 3 | 0.30 |
| 17/03/11 | Laser Copy;NELSON M | 301 | 30.10 |
| 17/03/11 | Laser Copy;MacFarlaneA | 104 | 10.40 |
| 17/03/11 | Tabs | 1 | 6.80 |
| 17/03/11 | Breakfast at Starbucks at Toronto airport while travelling to New York for M. Wunder on March 8/11; 2011-3-8 | 1 | 9.36 |
| 17/03/11 | Taxi Charges - Diamond Taxicab Association /inv dated Feb 28/11 - M J Wunder | 1 | 27.69 |
| 17/03/11 | Taxi from Akin Gump office to New York Airport for M. Wunder and R. Jacobs on March 8/11; 2011-3-8 | 1 | 34.65 |
| 17/03/11 | Taxi from New York airport to Akin Gump office for M. Wunder and R. Jacobs on March 8/11 (see Visa); 2011-3-8 | 1 | 35.45 |
| 17/03/11 | Taxi from Eglinton to Toronto airport for M. Wunder on March 8/11; 2011-3-8 | 1 | 43.28 |
| 18/03/11 | Laser Copy;KAPLAN M | 11 | 1.10 |
| 18/03/11 | Telephone;13026517699;WilmingtDE; 4715 | 1 | 0.51 |
| 18/03/11 | Laser Copy;jacobsr | 12 | 1.20 |
| 18/03/11 | Laser Copy;NELSON M | 303 | 30.30 |
| 21/03/11 | Laser Copy;DuldulaoF | 198 | 19.80 |
| 21/03/11 | Laser Copy;CHINJ | 237 | 23.70 |
| 21/03/11 | Laser Copy;SANTOS I | 2 | 0.20 |
| 21/03/11 | Photocopy;MattesL | 1 | 0.10 |
| 21/03/11 | Tabs / Bimders | 1 | 27.80 |
| 21/03/11 | Laser Copy;KAPLAN M | 9 | 0.90 |
| 21/03/11 | Telephone;13026517699;WilmingtDE; 4715 | 1 | 0.51 |
| 21/03/11 | Telephone;13026517699;WilmingtDE; 4715 | 1 | 0.51 |
| 21/03/11 | Laser Copy;KenneyJ | 174 | 17.40 |
| 21/03/11 | Laser Copy;NELSON M | 1414 | 141.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 21/03/11 | Laser Copy;MacFarlaneA | 155 | 15.50 |
| 21/03/11 | Laser Copy;MattesL | 221 | 22.10 |
| 22/03/11 | Taxi in New York for R. Jacobs on March 17/11; 2011-3-17 | 1 | 29.70 |
| 22/03/11 | Taxi for R. Jacobs on March 4/11; 2011-3-4 | 1 | 8.41 |
| 22/03/11 | Tabs / Binders | 1 | 93.00 |
| 22/03/11 | Taxi from King to Eglinton for M. Wunder on March 15/11; 2011-3-15 | 1 | 22.12 |
| 22/03/11 | Photocopy;WUNDER M | 48 | 4.80 |
| 22/03/11 | Laser Copy;NELSON M | 53 | 5.30 |
| 22/03/11 | Laser Copy;NELSON M | 21 | 2.10 |
| 22/03/11 | Laser Copy;YEH M | 2 | 0.20 |
| 22/03/11 | Laser Copy;HETU, Jarvis | 157 | 15.70 |
| 22/03/11 | Laser Copy;SHANTZ P | 56 | 5.60 |
| 22/03/11 | Laser Copy;MattesL | 154 | 15.40 |
| 22/03/11 | Laser Copy;SHANTZ P | 185 | 18.50 |
| 22/03/11 | Air Canada return flight to New York for R. Jacobs on March 16-17/11; 2011-3-16 | 1 | 802.96 |
| 22/03/11 | Parking at Toronto airport while travelling to New York for R. Jacobs on March 16-17/11; 2011-3-16 | 1 | 46.02 |
| 23/03/11 | Rogers Wireless charges for M. Wunder from Jan. 20-Feb. 11/11; 2011-1-20 | 1 | 33.70 |
| 23/03/11 | Laser Copy;MCDONALA | 585 | 58.50 |
| 23/03/11 | Laser Copy;jacobsr | 13 | 1.30 |
| 23/03/11 | Laser Copy;NELSON M | 170 | 17.00 |
| 23/03/11 | Laser Copy;MacFarlaneA | 26 | 2.60 |
| 23/03/11 | Laser Copy;MattesL | 73 | 7.30 |
| 23/03/11 | Photocopy;MattesL | 82 | 8.20 |
| 23/03/11 | Photocopy;SANTOS I | 47 | 4.70 |
| 23/03/11 | Photocopy;SANTOS I | 280 | 28.00 |
| 23/03/11 | Hotel room at Le Parker Meridien in New York for R. Jacobs on March 16/11; 2011-3-16 | 1 | 450.00 |
| 23/03/11 | Tabs | 1 | 7.20 |
| 23/03/11 | Laser Copy;SANTOS I | 1 | 0.10 |
| 24/03/11 | Laser Copy;NELSON M | 208 | 20.80 |
| 24/03/11 | Laser Copy;MacFarlaneA | 104 | 10.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 24/03/11 | Breakfast at Starbucks while travelling to New York for M. Wunder on March 9/11; 2011-3-9 | 1 | 11.52 |
| 24/03/11 | Breakfast at Starbucks in New York for M. Wunder on March 9/11; 2011-3-9 | 1 | 10.72 |
| 24/03/11 | Dinner at Stage Deli in New York for M. Wunder and R. Jacobs on March 9/11 (see Visa); 2011-3-9 | 1 | 45.00 |
| 24/03/11 | Breakfast at Starbucks in New York for R. Jacobs on March 10/11; 2011-3-10 | 1 | 9.18 |
| 24/03/11 | Dinner at Redeye Grill in New York for M. Wunder and R. Jacobs on March 16/11 (see Visa); 2011-3-16 | 1 | 45.00 |
| 24/03/11 | Breakfast at Starbucks in New York for M. Wunder on March 17/11; 2011-3-17 | 1 | 9.13 |
| 24/03/11 | Laser Copy;NELSON M | 289 | 28.90 |
| 24/03/11 | Air Canada return flight to New York for M. Wunder on March 9-11/11 (see Visa); 2011-3-9 | 1 | 1,165.87 |
| 24/03/11 | Hotel room at Le Parker Meridien in New York for M. Wunder on March 16/11 (see Visa); 2011-3-16 | 1 | 450.00 |
| 24/03/11 | Hotel room at Le Parker Meridien in New York for M. Wunder on March 9/11 (see Visa); 2011-3-9 | 1 | 450.00 |
| 24/03/11 | Air Canada return flight to New York for M. Wunder on March 16-17/11; 2011-3-16 | 1 | 802.96 |
| 24/03/11 | Laser Copy;MattesL | 13 | 1.30 |
| 24/03/11 | Laser Copy;jacobsr | 31 | 3.10 |
| 24/03/11 | Taxi from airport to Eglinton for M. Wunder on March 17/11; 2011-3-17 | 1 | 50.36 |
| 24/03/11 | Taxi from hotel to Akin Gump office for M. Wunder on March 10/11; 2011-3-10 | 1 | 6.93 |
| 24/03/11 | Taxi from New York Airport to city for M. Wunder and R. Jacobs on March 16/11 (see Visa); 2011-3-16 | 1 | 28.18 |
| 24/03/11 | Taxi to Akin Gump office in New York for M. Wunder on March 17/11; 2011-3-17 | 1 | 7.92 |
| 24/03/11 | Taxi from Eglinton to Toronto Airport for M. Wunder on March 9/11; 2011-3-9 | 1 | 43.28 |
| 24/03/11 | Taxi from Toronto Airport to King St. for M. Wunder on March 11/11; 2011-3-11 | 1 | 59.21 |
| 24/03/11 | Taxi from New York Airport to city for M. Wunder and R. Jacobs on March 9/11 (see Visa); 2011-3-9 | 1 | 37.19 |

**Matter #: 538462-000001**
**Matter Name: Nortel Networks Inc., et al.**

Invoice Date: April 30, 2011
Invoice #: 2827947
**Page 63 of 63**

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 24/03/11 | Taxi from hotel to New York Airport for M. Wunder and R. Jacobs on March 11/11 (see Visa); 2011-3-11 | 1 | 41.14 |
| 25/03/11 | Laser Copy;BanksT | 70 | 7.00 |
| 25/03/11 | Laser Copy;NELSON M | 204 | 20.40 |
| 25/03/11 | Laser Copy;MacFarlaneA | 67 | 6.70 |
| 25/03/11 | Laser Copy;MattesL | 72 | 7.20 |
| 25/03/11 | Telephone;12128721096;New YorkNY;4715 | 1 | 0.51 |
| 28/03/11 | Laser Copy;MacFarlaneA | 46 | 4.60 |
| 28/03/11 | Laser Copy;MattesL | 67 | 6.70 |
| 28/03/11 | Taxi from King to Eglinton for M. Wunder on March 23/11; 2011-3-23 | 1 | 22.12 |
| 28/03/11 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 28/03/11 | Telephone;12128721096;New YorkNY;4715 | 1 | 1.02 |
| 28/03/11 | Laser Copy;NELSON M | 379 | 37.90 |
| 28/03/11 | Laser Copy;NOBILIA | 3 | 0.30 |
| 29/03/11 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 29/03/11 | Laser Copy;PUSHALIK A | 20 | 2.00 |
| 29/03/11 | Laser Copy;NELSON M | 321 | 32.10 |
| 29/03/11 | Laser Copy;MattesL | 124 | 12.40 |
| 30/03/11 | Laser Copy;NELSON M | 589 | 58.90 |
| 30/03/11 | Laser Copy;PUSHALIK A | 21 | 2.10 |
| 30/03/11 | Laser Copy;SANTOS I | 1 | 0.10 |
| 30/03/11 | Laser Copy;MattesL | 303 | 30.30 |
| 31/03/11 | Photocopy - External Services - Legal Print & Copy Inc. /A Pushalik/Inv. 32867 | 1 | 270.90 |
| 31/03/11 | Laser Copy;NORTH, Alexandra | 5 | 0.50 |
| 31/03/11 | Working lunch at Subway for R. Jacobs on March 31/11; 2011-3-31 | 1 | 10.47 |
| 31/03/11 | Photocopy - External Services - Legal Print & Copy Inc. /Inv. 32957 | 1 | 129.00 |
| 31/03/11 | Photocopy - External Services - Legal Print & Copy Inc. /Inv. 32962 | 1 | 465.99 |
| 31/03/11 | Laser Copy;MattesL | 7 | 0.70 |
| 31/03/11 | Laser Copy;MacFarlaneA | 80 | 8.00 |
| 31/03/11 | Laser Copy;NELSON M | 541 | 54.10 |
| | **Total** | **CDN** | **$14,990.06** |