# EXHIBIT E

9826991_3

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## MARCH 1, 2011 THROUGH MARCH 31, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 8.1 | $850.00 | $6,885.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 10.8 | $775.00 | $8,370.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 5.0 | $775.00 | $3,875.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 100.3 | $800.00 | $80,240.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 188.6 | $775.00 | $146,165.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 8.2 | $700.00 | $5,740.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 5.6 | $700.00 | $3,920.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 3.4 | $625.00 | $2,125.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 21.4 | $650.00 | $13,910.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 14.3 | $450.00 | $6,435.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 29.4 | $450.00 | $13,230.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 26.2 | $350.00 | $9,170.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 9.7 | $390.00 | $3,783.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 6.8 | $350.00 | $2,380.00 |
| Jacobs, R.C. | Partner | Financial Restructuring | Ontario - 2010 | 169.1 | $675.00 | $114,142.50 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 13.8 | $600.00 | $8,280.00 |
| Bass, N.E. | Partner | Taxation | Ontario - 1990 | 8.7 | $800.00 | $6,960.00 |
| Cochlin, C. | Partner | Regulatory | Ontario - 2000 | 1.7 | $450.00 | $765.00 |
| Shantz, P.D. | Counsel | Real Estate | Ontario - 1979 | 4.4 | $650.00 | $2,860.00 |
| Kent, Chris | Partner | Regulatory | Ontario - 1995 | 4.1 | $600.00 | $2,460.00 |
| | | | | | | |
| TOTAL | | | | 639.6 | CDN. | $441,695.50 |
| | Less Non-Working Travel Time Discount (50% of $39,935.00) | | | | | ($19,967.50) |
| TOTAL | | | | | CDN. | $421,728.00 |

9826914_1