## CERTIFICATE OF SERVICE

I, Christopher M. Samis, hereby certify that on May 20, 2011, a copy of the foregoing **Twenty-Sixth Monthly Application of Fraser Milner Casgrain LLP Canadian Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from March 1, 2011 through March 31, 2011** was served on the parties on the attached list and in the manner indicated thereon.

_____
Christopher M. Samis (No. 4909)

RLF1 3379690v. 1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

**VIA HAND DELIVERY**

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

*(Debtors)*
Allen K. Stout
Nortel Networks Inc
220 Athens Way, Suite 300
Nashville, TN 37228-1304

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036