IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*[1] | ) ) Jointly Administered |
| Debtors. | ) ) Related to D.I. 5459 and _5460_ ) |

**ORDER GRANTING MOTION OF GENBAND US LLC FOR AN ORDER (I) SHORTENING THE TIME FOR NOTICE OF THE MOTION OF GENBAND US LLC FOR AN ORDER COMPELLING COMPLIANCE WITH SETTLEMENT AGREEMENT AND APPROVING THE SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) LIMITING SERVICE OF THE MOTION TO COMPEL AND APPROVE**

Upon consideration of the motion (the "Motion To Shorten Time")[2] filed by GENBAND US LLC ("GENBAND") for entry of an order providing that the applicable notice period for the relief requested in the *Motion Of GENBAND US LLC For An Order Compelling Compliance With Settlement Agreement And Approving Settlement Agreement Pursuant To Bankruptcy Rule 9019* [Docket No. 5459] (the "Motion to Compel and Approve"); and the Court having determined that granting the relief requested in the Motion To Shorten Time is appropriate; and after due deliberation and sufficient cause appearing therefor, it is hereby

1. **ORDERED**, that the Motion To Shorten Time is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion To Shorten Time.

2. **ORDERED**, that the Motion to Compel and Approve shall be heard at the Hearing on June 7, 2011 at 9:30 a.m. (ET) and any objections to the relief requested in the Motion to Compel and Approve shall be raised with the Court on or before June 1, 2011; and it is further

3. **ORDERED**, that GENBAND is only required to serve the Motion to Compel and Approve on (i) the Office of the U.S. Trustee for the District of Delaware, (ii) all parties to the MOU, namely the Debtors, the Monitor, their counsel and the Official Committee of Unsecured Creditors, (iii) the UK Administrator and their counsel, and (iv) all parties that have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002. The Debtors shall be responsible for serving the Motion to Compel and Approve on any other signatory to the Settlement Agreement; and it is further

4. **ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 23, 2011  
Wilmington, Delaware

Kevin Gross  
United States Bankruptcy Judge