**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 23, 2011, a true and correct copy of the foregoing document was served via overnight delivery upon all parties on the attached list.

Dated: May 23, 2011

                                              **BENESCH, FRIEDLANDER, COPLAN
                                                        & ARONOFF LLP**

                              By:    */s/ Raymond H. Lemisch*
                                                Raymond H. Lemisch, Esquire (No. 4204)
                                                Jennifer R. Hoover, Esquire (No. 5111)
                                                222 Delaware Avenue, Suite 801
                                                Wilmington, DE  19801
                                                Telephone:  (302) 442-7006
                                                Facsimile:  (302) 442-7012
                                                rlemisch@beneschlaw.com
                                                jhoover@beneschlaw.com

                                                *Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Allen Stout
Nortel Networks, Inc.
220 Athens Way
Suite 300
Nashville, TN  37228-1304

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
PO Box 1347
Wilmington, DE  19899-1347