# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/1/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/5/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/5/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/8/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/11/2011 | Call with M. Vanek of Cleary and D. Rutledge of Nortel to discuss mere conduit defense. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/12/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.40 | 410 | 164.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/12/2011 | Call with B. Gibbon of Cleary regarding 503(b)(9) and new value implications. | 0.40 | 410 | 164.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/13/2011 | Met with M. Moore of Nortel to discuss data retention initiatives upon winddown of old company. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/15/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/18/2011 | Call with M. Alcock, L. Malone, and L. Bagarella to discuss the status of the employee claims and schedule amendments. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/18/2011 | Call with M. Vanek of Cleary to discuss preference action deliverables and other items. | 0.80 | 410 | 328.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/19/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/22/2011 | Call with A. Tsai and B. Tuttle of Epiq to discuss schedule amendment format, logistics and timeline. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/25/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/26/2011 | Call with W. Grammer and C. Gannon of Nortel to discuss the severance employee claims file. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/28/2011 | Call with L. Malone and M. Alcock of Cleary regarding the employee claims methodology. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 4/29/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/2/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/2/2011 | Met with R. Izzard of Nortel for the bi-weekly contract management council call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/9/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 4/5/2011 | Corresponded with L. Malone of Cleary regarding a timeline for Huron and Epiq to turnaround draft amending exhibits. | 0.80 | 410 | 328.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 4/7/2011 | Corresponded with A. Tsai of Epiq regarding the employee schedule amendments timeline. | 1.10 | 410 | 451.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 4/25/2011 | Prepared an excel version of the draft schedule amendments and sent to A. Tsai of Epiq for draft exhibits. | 1.30 | 410 | 533.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 4/25/2011 | Reconciled the employee claim schedule amendments with the original schedules to determine status of amendments, deletions and additions. | 0.70 | 410 | 287.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 4/26/2011 | Corresponded with T. Britt of Cleary and B. Hunt of Epiq regarding sample schedule amendments. | 1.20 | 410 | 492.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 4/28/2011 | Nortel-review status report from Huron manager on Schedule amendment process. | 0.30 | 725 | 217.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/26/2011 | Updated the monthly interim fee application memo and time narratives and made updates accordingly. | 1.50 | 410 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/26/2011 | Reviewed monthly interim fee application documents and invoices and provided updated versions for signoff to Huron managing director. | 1.50 | 410 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/29/2011 | Updated and finalized detailed time report for purposes of the monthly fee application. | 2.50 | 410 | 1,025.00 |
| 6 | Retention and Fee Applications | James Lukenda | 4/26/2011 | Nortel-review and sign-off on March monthly statement. | 0.30 | 725 | 217.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 4/7/2011 | Update to monthly tracking document related to fee applications for purposes of populating quarterly fee applications. | 0.80 | 335 | 268.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 4/7/2011 | Update to various supporting charts and documents related to March fee application. | 1.30 | 335 | 435.50 |
| 7 | Disclosure Statement / Plan of Reorganization | James Lukenda | 4/26/2011 | Nortel-review correspondence, articles, re status of settlement and allocation. | 0.60 | 725 | 435.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 4/3/2011 | Review of L. Sutherland request and preparation of list of assignment notices sent in Enterprise Solutions transaction | 1.90 | 410 | 779.00 |
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 4/26/2011 | Review of e-mail from J. Seery and Enterprise Solutions records. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/1/2011 | Corresponded with B. Dalal of Nortel regarding royalty payments for a preference vendor. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/1/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/1/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/1/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/1/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/4/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.70 | 410 | 287.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/4/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/4/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/5/2011 | Updated preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/5/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/5/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/5/2011 | Corresponded with D. Culver of MNAT and Huron director regarding 503(b)(9) impact on new value preference analyses. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/5/2011 | Compiled 4 year paid invoice history for reference vendor defense response analysis per request from J. Galvin of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Updated preference vendor defense response analysis per request from J. Smith of Benesch. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Corresponded with N. Abularach of Cleary regarding various preference analyses. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/7/2011 | Summarized the number of paid invoices by historical year for a preference vendor for M. Vanek of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/8/2011 | Corresponded with G. Townsend of Nortel regarding availability of payment and invoice support. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/8/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/8/2011 | Updated preference vendor defense response analysis per request from J. Smith of Benesch. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/8/2011 | Corresponded with J. Lacks of Cleary regarding RFAs for a certain preference vendor. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/8/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Corresponded with B. Phelps of Nortel regarding AR account for preference settlements. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Updated preference vendor defense response analysis per request from N. Abulurach of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Created excel version of 90-day payments and related invoices for a preference vendor per request of B. Gibbon of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/11/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Corresponded with J. Galvin of Cleary regarding status of invoices for a preference vendor. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from C. Ford of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Corresponded with M. Vanek of Cleary regarding mere conduit passthrough vendor information. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Provided M. Vanek of Cleary with PO screenshots and 90-day invoice detail for a certain preference vendor. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/12/2011 | Updated preference vendor defense response analysis per request from J. Lacks of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/13/2011 | Updated preference vendor defense response analysis per request from B. Gibbon of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/13/2011 | Corresponded with J. Smith of Benesch regarding administrative claims process with regards to preference actions. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/13/2011 | Updated preference vendor defense response analysis per request from J. Lacks of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/14/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/14/2011 | Corresponded with J. Lacks of Cleary regarding status of pending preference settlements. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/14/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/14/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/15/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/18/2011 | Corresponded with B. Dalal of Nortel regarding royalty payments for a preference vendor. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/18/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/18/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/18/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Updated preference vendor defense response analysis per request from B. Gibbon of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Corresponded with J. Smith of Benesch regarding administrative claims process with regards to preference actions. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Updated preference vendor defense response analysis per request from J. Lacks of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 0.80 | 410 | 328.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/19/2011 | Corresponded with J. Lacks of Cleary regarding status of pending preference settlements. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/20/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/20/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/20/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/20/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/20/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/20/2011 | Corresponded with N. Abularach of Cleary regarding various preference analyses. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/21/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/21/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/21/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/21/2011 | Updated preference vendor defense response analysis per request from M. Vanek of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/21/2011 | Summarized the number of paid invoices by historical year for a preference vendor for M. Vanek of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/22/2011 | Updated preference vendor defense response analysis per request from J. Smith of Benesch. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/22/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/22/2011 | Corresponded with K. Sidhu of Cleary regarding NNI insolvency documentation. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/26/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/26/2011 | Updated preference vendor defense response analysis per request from B. Gibbon of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/27/2011 | Provided documents to K. Sidhu of Cleary to display NNI's insolvency at the petition date and during the preference period. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/27/2011 | Corresponded with A. Wortham of Nortel regarding incoming preference settlements. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/27/2011 | Updated preference vendor defense response analysis per request from J. Lacks of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/27/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/27/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/28/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/29/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 4/29/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 4/5/2011 | Nortel-update file on avoidance action, preference status, inquiry to Huron manager re cases, review | 0.60 | 725 | 435.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 4/25/2011 | Nortel-call with Huron manager re status of responses, update on results for avoidance actions - preference recoveries | 0.30 | 725 | 217.50 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/5/2011 | Corresponded with Huron directors regarding NN CALA claims recovery potential. | 1.40 | 410 | 574.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2011 | Reviewed the LTIP Restoration participant balances as of 12/31/10 and sent to E. Smith of Nortel. | 0.80 | 410 | 328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2011 | Corresponded with E. Smith of Nortel regarding the employee contracts of former Nortel executives | 0.70 | 410 | 287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/6/2011 | Corresponded with E. Smith of Nortel regarding the Sun Life Annuity benefit plan. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2011 | Corresponded with L. Bagarella of Nortel regarding the employee contracts of former Nortel executives | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2011 | Compiled Nortel's position with regards to various employee causes of action and updated the reconciliation accordingly. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2011 | Reviewed and updated the 60-day notice and severance calculations per an updated file with termination information from W. Grammer of Nortel. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2011 | Reviewed additional source files containing deferred compensation and LTIP restoration contributions from D. Ray of Nortel. | 0.90 | 410 | 369.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/28/2011 | Requested the excel versions of the nineteenth and twentieth omnibus claim objections from A. Tsai of Epiq. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/28/2011 | Corresponded with W. Grammer of Nortel regarding employees who waived their severance fringe benefits. | 0.70 | 410 | 287.00 |
| 25 | Case Administration | James Lukenda | 4/21/2011 | Nortel-update on status of open case matters, review correspondence, case information, Huron workstreams | 1.20 | 725 | 870.00 |
| 25 | Case Administration | James Lukenda | 4/21/2011 | Nortel-call with Huron director, discuss workstream status, interco, avoidance assistance, status of post sale transition assistance | 0.20 | 725 | 145.00 |
| 25 | Case Administration | James Lukenda | 4/25/2011 | Nortel-file review and update, work stream status review | 1.00 | 725 | 725.00 |