# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/6/2011 | Corporate Accounts Payable | Wireless Voice & Data | Wireless Voice & Data - VERIZON | 45.08 |
| 4/28/2011 | Corporate Accounts Payable | Research | Research - PACER SERVICE CENTER | 85.12 |
| 4/28/2011 | Corporate Accounts Payable | Wireless Voice & Data | Wireless Voice & Data - VERIZON | 45.08 |