# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : <br> : <br> NORTEL NETWORKS INC., *et al.*,[1] : <br> : <br> Debtors. : <br> : <br> : | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Related Docket Nos. 5459 and 5460** |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 20th day of May, 2011, I caused a true and correct copy of the following to be served upon counsel on the attached service list in the manner indicated therein:

> **Motion Of Genband US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019 [Docket No. 5459];** and

> **Motion Of Genband US LLC For An Order (I) Shortening The Time For Notice Of The Motion Of Genband US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019 And (II) Limiting Service Of The Motion To Compel And Approve [D.I. 5460].**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

Dated: May 23, 2011
      Wilmington, Delaware

    */s/ Michael R. Lastowski*
    Michael R. Lastowski (No. 3892)
    Sommer L. Ross (No. 4598)
    Duane Morris LLP
    222 Delaware Avenue
    Suite 1600
    Wilmington, DE 19801-1659
    Tel: (302) 657-4900
    Fax: (302) 657-4901
    Email: MLastoswki@duanemorris.com
           SLRoss@duanemorris.com

    -and-

    Blair Connelly
    Eli J. Kay-Oliphant
    LATHAM & WATKINS LLP
    885 Third Avenue, Suite 1200
    New York, New York 10022-4834
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    E-mail: blair.connelly@lw.com
           eli.kay-oliphant@lw.com

    *Counsel to GENBAND US LLC*