**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------------X

**DECLARATION OF DAVID GLASS IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING ACTION UNDER THE MEN SALE ESCROW AGREEMENT WITHOUT THE CONSENT OF NORTEL COLOMBIA**

I, David Glass, hereby declare under penalty of perjury:

1. I am M&A Control Manager at Nortel Networks, Inc. ("NNI"), the minority shareholder of Nortel Networks de Colombia S.A. ("Nortel Colombia"), and I am duly authorized to make this declaration (the "Declaration") on behalf of NNI. In that role, I am responsible for supporting, from an accounting perspective, all Mergers & Acquisition deals in which NNI or its affiliates participate, including providing accounting support for calculating any applicable price adjustments or allocations which may be contemplated by the relevant transaction agreements.

2. This Declaration is submitted in support of the Debtors' Motion for Entry of an Order Authorizing the Distribution Agent under the MEN Escrow Agreement to Act without the Consent of Nortel Colombia (the "Motion").[2] Except as otherwise indicated, all facts set forth in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

this Declaration are based upon my personal knowledge, information supplied to me by members of the Debtors' management or professionals or learned from my review of relevant documents or upon my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I would and could testify competently to the facts set forth herein.

3. Among the assets transferred to Ciena pursuant to the MEN Sale was certain surplus market inventory located in Colombia. That surplus market inventory consisted of excess product originally shipped to Colombia in 2009 to fulfill a particular contract but left over at its completion due to a customer change order. The surplus material had little or no resale value outside of the MEN Sale, and was recorded on Nortel's balance sheet at zero value at closing.

4. The parties to the MEN Sale, including Nortel Colombia, determined that for tax purposes a value needed to be assigned to the inventory prior to the transfer to Ciena. The price selected, COP221,506,740 ($117,000), was based on the duties imposed on the inventory by the Colombian customs authorities when it was imported into Colombia. The parties to the MEN Sale agreed in the Fifth Amendment that this money was to be paid directly to Nortel Colombia to comply with the requirements of local law.

5. On March 19, 2010, the MEN Sale was effectuated and the MEN Sale proceeds were deposited by Ciena in the Escrow Account. The CITIBANK statement for Nortel Colombia's bank account was provided to NNI and indicates the Colombia Allocation was received in full by Nortel Colombia on May 4, 2010.

Dated: May 20, 2011
Richardson, Texas

David Glass

2