**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| _____ ) | Chapter 11 |
| In re: ) | |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Hearing Date:  June 7, 2011 at 9:30 a.m. (ET)** |
| ) | **Objection Deadline:  June 1, 2011 at 4:00 p.m. (ET)** |
| ) | |
| _____ ) | **Related D.I. Nos. 5459, 5460, 5463** |

**NOTICE OF HEARING ON MOTION OF GENBAND US LLC
FOR AN ORDER COMPELLING COMPLIANCE WITH
SETTLEMENT AGREEMENT AND APPROVING THE SETTLEMENT
<u>AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019</u>**

    **PLEASE TAKE NOTICE** that on May 20, 2011, GENBAND US LLC ("<u>GENBAND</u>"), by and through its undersigned counsel, filed the *Motion Of GENBAND US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019* [Docket No. 5459] (the "<u>Motion to Compel and Approve</u>"). <u>**You were previously served with a copy of the Motion to  Compel and Approve.**</u>

    **PLEASE TAKE FURTHER NOTICE** that in connection with the Motion to Compel and Approve, GENBAND filed the *Motion Of GENBAND US LLC For An Order (I) Shortening The Time For Notice Of The Motion Of GENBAND US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019 And (II) Limiting Service Of The Motion To Compel And Approve* [Docket No. 5460] (the "<u>Motion to Shorten</u>").

    **PLEASE TAKE FURTHER NOTICE** that on May 23, 2011, the Court granted the Motion to Shorten as evidenced by the *Order Granting Motion Of GENBAND US LLC For An*

*Order (I) Shortening The Time For Notice Of The Motion Of GENBAND US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019 And (II) Limiting Service Of The Motion To Compel And Approve* [Docket No. 5463] (the "Order").  Pursuant to the Order, a hearing on the Motion to Compel and Approve will be held before the Honorable Kevin Gross on **June 7, 2011 at 9:30 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, any responses or objections to the approval of the Motion to Compel and Approve must be filed no later than **June 1, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS TO THE MOTION TO COMPEL AND APPROVE ARE TIMELY FILED, SERVED AND/OR RAISED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  May 24, 2010                    Respectfully submitted,
        Wilmington, Delaware


                                        */s/ Michael R. Lastowski*
                                        Michael R. Lastowski (No. 3892)
                                        Sommer L. Ross (No. 4598)
                                        DUANE MORRIS, LLP
                                        1100 North Market Street, Suite 1200
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 657-4900
                                        Facsimile: (302) 657-4901
                                        E-mail:    mlastowski@duanemorris.com
                                                   slross@duanemorris.com

                                        *Counsel for GENBAND US LLC*