

www.rmsna.com

**R·M·S**

**Ronald Rowland, Esquire**
**Staff Attorney**
**Legal Services**

307 International Circle, Suite 270
Hunt Valley, Maryland 21030
Tel: (410) 773-4002
Fax: (484) 242-4218
Email: Ronald.Rowland@rmsna.com

May 23, 2011

**Clerk of Court**
**U.S. Bankruptcy Court**
**District of Delaware**
**824 Market Street**
**3rd Floor**
**Wilmington, DE 19801**

**RESPONSE TO THE DEBTOR'S NINETEENTH OMNIBUS**
**OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS**
**IN RE: NORTEL NETWORKS, ET. AL. (DEBTORS)**
**CASE NO. 09-10138 (CHAPTER 11) (JOINTLY ADMINISTERED)**
**CLAIM NO. 7406**

**Dear Clerk of Court:**

Receivable Management Services Corporation is agent for the creditor, Dun & Bradstreet (D&B), and as agent we disagree with the Debtor's Objection to Claim No. 7406, which purports to reduce the D&B's claim of $173,947.18 (consisting of $131,477.97 in administrative claims and $42,469.21 in general unsecured claims), for the following reasons.

1. D&B can show that the Debtor had five different account numbers with D&B and prepetition amounts totaling $42,469.21, including some rejection damages, were owed under this contracts. *See, Attached Proof of Claim Summary.*

2. Of those five accounts, services related to six of them were provided both pre-petition and post-petition, and the post-petition amounts total $131,477.97. D&B can show conclusively that its services were used by the Debtor post-petition at least until the rejection date of August 10, 2010.

3. An error was made on Claim No. 7406 in designating the Section under which the administrative claim is made. The claim should have be designated as a claim pursuant to §507(a)(2) instead of §507(a)(1).

4. D&B is entitled to be paid for services rendered post-petition. Although the invoices for those services are dated pre-petition, those services were provided to and used by the Debtor post-petition and are therefore post-petition obligations.



R·M·S

www.rmsna.com

**Ronald Rowland, Esquire**
**Staff Attorney**
**Legal Services**

307 International Circle, Suite 270
Hunt Valley, Maryland 21030
Tel: (410) 773-4002
Fax: (484) 242-4218
Email: Ronald.Rowland@rmsna.com

5. Although we have provided the Debtor with some documentary proof, D&B can provide any additional proof that is required.

Sincerely,

Ronald L. Rowland, Esq.

Nortel Networks - POC Recap - 08-20-2010

| Acct Details # | Offer # | Account # | Duns # | Invoice # | Invoice Date | Invoice Amt | Service Period Starts | Service Period Ends | General Unsecured | Admin | Total Claim Based on Contract Rejection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46761 | | | | | | | | | | | |
| | 007396548 | 3137-263794916 | 05-781-2224 | 9024011 | 03/04/08 | $948,962.00 | 02/28/08 | 02/26/09 | $ 238.19 | $ 31.81 | $ 270.00 |
| | 007498627 | 3137-264795656 | 05-781-2224 | 9335980 | 10/02/08 | $ 21,052.00 | 09/29/08 | 09/28/09 | $ 6,229.08 | $ 14,822.92 | $ 21,052.00 |
| | 007498627 | 3137-264795656 | 05-781-2224 | 9437750 | 3rd yr | $ 21,052.00 | 09/29/10 | 09/28/11 | $ 21,052.00 | $ - | $ 21,052.00 |
| | 007571990 | 3137-264801832 | 05-781-2224 | 9427474 | 12/29/08 | $115,500.00 | 12/24/08 | 12/23/09 | $ 6,961.64 | $108,538.36 | $115,500.00 |
| | | | | | 12/18/08 | $ 9,114.00 | 12/03/08 | 12/02/09 | $ 1,073.70 | $ 8,040.30 | $ 9,114.00 |
| | | | | | | | | | $ 35,554.61 | $131,433.39 | $166,988.00 |
| 112311 | | | | | | | | | | | |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9113880 | 04/30/08 | $ 966.55 | 04/01/08 | 04/30/08 | $ 966.55 | $ - | $ 966.55 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9158788 | 05/31/08 | $ 1,688.73 | 05/01/08 | 05/31/08 | $ 722.18 | $ - | $ 722.18 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9205308 | 06/30/08 | $ 1,993.95 | 06/01/08 | 06/30/08 | $ 305.22 | $ - | $ 305.22 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9249311 | 07/31/08 | $ 2,146.56 | 07/01/08 | 07/31/08 | $ 152.61 | $ - | $ 152.61 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9291804 | 08/31/08 | $ 2,299.17 | 08/01/08 | 08/31/08 | $ 152.61 | $ - | $ 152.61 |
| | 007503845 | 3137-279000765 | 80-511-8671 | 9406958 | 11/30/08 | $ 2,451.78 | 11/01/08 | 11/30/08 | $ 152.61 | $ - | $ 152.61 |
| | | | 80-511-8671 | 9192675 | 06/21/08 | $ 208.60 | 04/03/08 | 04/02/09 | $ 164.02 | $ 44.58 | $ 208.60 |
| | | | | | | | | | $ 2,615.80 | $ 44.58 | $ 2,660.38 |
| 49084 | | | | | | | | | | | |
| | 006522845 | 3137-263722675 | 06-313-2547 | 8668989 | 07/31/07 | $ 134.46 | 07/01/07 | 07/31/07 | $ 127.77 | $ - | $ 127.77 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 8818783 | 10/31/07 | $ 723.66 | 10/01/07 | 10/31/07 | $ 588.17 | $ - | $ 538.17 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 8915224 | 12/31/07 | $ 879.79 | 12/01/07 | 12/31/07 | $ 153.95 | $ - | $ 153.95 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9017053 | 02/29/08 | $ 1,030.07 | 02/01/08 | 02/29/08 | $ 155.09 | $ - | $ 155.09 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9066545 | 03/31/08 | $ 2,212.49 | 03/01/08 | 03/31/08 | $ 1,184.60 | $ - | $ 1,184.60 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9113852 | 04/30/08 | $ 3,561.93 | 04/01/08 | 04/30/08 | $ 1,349.44 | $ - | $ 1,349.44 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9158776 | 05/31/08 | $ 4,139.31 | 05/01/08 | 05/31/08 | $ 580.29 | $ - | $ 580.29 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9205310 | 06/30/08 | $ 4,294.04 | 06/01/08 | 07/30/08 | $ 154.73 | $ - | $ 154.73 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9371254 | 10/31/08 | $ 4,301.16 | 10/01/08 | 10/31/08 | $ 1.94 | $ - | $ 1.94 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9406962 | 11/30/08 | $ 4,301.17 | 11/01/08 | 11/30/08 | $ 1.50 | $ - | $ 1.50 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9440138 | 12/31/08 | $ 4,300.57 | 12/01/08 | 12/31/08 | $ 1.32 | $ - | $ 1.32 |
| | | | | | | | | | $ 4,298.80 | $ - | $ 4,298.80 |
| | | | | | | | | | $42,469.21 | $131,477.97 | $173,947.18 |

9/8/2010