Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 4-1-2011 through 4-30-2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 63.10 | $47,956.00 |
| J. Borow | Executive Director | $760 | 150.50 | $114,380.00 |
| J. Hyland | Executive Director | $595 | 181.70 | $108,111.50 |
| A. Cowie | Managing Director | $545 | 141.20 | $76,954.00 |
| D. Rothberg | Director | $415 | 193.30 | $80,219.50 |
| L. Ahearn | Director | $375 | 4.00 | $1,500.00 |
| J. Peterson | Consultant | $365 | 183.90 | $67,123.50 |
| M. Lasinski | Consultant | $310 | 12.10 | $3,751.00 |
| T. Morilla | Consultant | $310 | 169.00 | $52,390.00 |
| M. DeSalvio | Research | $175 | 0.20 | $35.00 |
| H. Becker | Paraprofessional | $120 | 5.90 | $708.00 |
| **For the Period 4-1-2011 through 4-30-2011** | | | **1104.90** | **$553,128.50** |