Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 4-1-2011 through 4-30-2011

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01 Asset Acquisition/Disposition | 339.10 | $176,205.50 |
| 05 Professional Retention/Fee Application Preparation | 7.60 | $1,719.50 |
| 07 Interaction/Meetings with Debtors/Counsel | 11.40 | $6,859.50 |
| 08 Interaction/Meetings w Creditors | 61.70 | $41,987.50 |
| 09 Employee Issues/KEIP | 20.90 | $10,194.50 |
| 10 Recovery/SubCon/Lien Analysis | 195.40 | $95,672.50 |
| 11 Claim Analysis/Accounting | 116.30 | $55,028.50 |
| 13 Intercompany Transactions/Balance | 17.80 | $7,491.50 |
| 17 Analysis of Historical Results | 14.00 | $5,918.00 |
| 18 Operating and Other Reports | 55.50 | $28,063.00 |
| 19 Cash Flow/Cash Management Liquidity | 63.10 | $26,867.50 |
| 20 Projections/Business Plan/Other | 139.40 | $59,508.50 |
| 26 Tax Issues | 14.60 | $8,319.00 |
| 33 Intellectual Property | 48.10 | $29,293.50 |
| **For the Period 4-1-2011 through 4-30-2011** | **1104.90** | **$553,128.50** |

Capstone Advisory Group, LLC
Invoice for the 4-1-2011 - 4-30-2011 Fee Statement