**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 4-1-2011 through 4-30-2011**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 4/1/2011 | C Kearns | 0 70 | Reviewed final of NNI mediation document |
| 4/1/2011 | A Cowie | 1 90 | Analyzed revised sale documentation |
| 4/1/2011 | J Hyland | 2 30 | Reviewed U S Mediation Statement |
| 4/1/2011 | T Morilla | 2 40 | Reviewed and analyzed the mediation statement and exhibits |
| 4/2/2011 | D Rothberg | 2 10 | Reviewed estates updated mediation proposals |
| 4/3/2011 | T Morilla | 0 50 | Started creating chart summarizing mediation proposal allocation methodologies |
| 4/3/2011 | T Morilla | 2 90 | Reviewed and analyzed the mediation statement submissions |
| 4/4/2011 | C Kearns | 1 00 | Reviewed mediation submissions from various estates |
| 4/4/2011 | T Morilla | 2 40 | Continued to review and analyze allocation issues regarding the Fourth Estate |
| 4/4/2011 | J. Hyland | 2 50 | Reviewed summary of mediation proposals |
| 4/4/2011 | T. Morilla | 2 70 | Continued to review and analyze the mediation submissions |
| 4/4/2011 | T. Morilla | 2 80 | Continued reviewing and analyzing the mediation submissions |
| 4/4/2011 | T Morilla | 2 90 | Continued to create summary chart of mediation submissions |
| 4/4/2011 | J Hyland | 2 90 | Analyzed proceeds allocation proposals from the estates |
| 4/5/2011 | T Morilla | 1 40 | Created schedules showing EMEA assets and claims |
| 4/5/2011 | C Kearns | 1 70 | Participated in a portion of the meeting with CGSH, J Ray, counsel, Chilmark, and Jeffries to discuss next steps regarding mediation and other issues |
| 4/5/2011 | D Rothberg | 1 80 | Continued to review mediation statement submissions |
| 4/5/2011 | D Rothberg | 2 20 | Reviewed mediation statement submissions |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/5/2011 | D. Rothberg | 2.40 | Reviewed mediation submissions from November meetings |
| 4/5/2011 | C. Kearns | 4.80 | Prepared for and met with UCC and Debtor, including review of first drafts of reports on IP 363 sale and mediation-related analysis |
| 4/6/2011 | T. Morilla | 0.60 | Continued to review one of the EMEA entity's assets |
| 4/6/2011 | T. Morilla | 1.30 | Reviewed and analyzed the allocation analyses for the Fourth Estate |
| 4/6/2011 | T. Morilla | 1.30 | Continued to review an entity's mediation proposal |
| 4/6/2011 | C. Kearns | 1.50 | Continued ongoing review analysis of mediation proposals |
| 4/6/2011 | J. Hyland | 1.70 | Reviewed and analyzed an entity's mediation submission |
| 4/6/2011 | D. Rothberg | 2.20 | Reviewed EMEA claims and asset information |
| 4/6/2011 | D. Rothberg | 2.20 | Prepared sensitized allocation proposal for particular estate |
| 4/6/2011 | J. Peterson | 2.20 | Continued to review and analyze the valuation of NGS |
| 4/6/2011 | J. Peterson | 2.40 | Reviewed the proposed valuation methods for NGS |
| 4/7/2011 | C. Kearns | 0.50 | Reviewed ongoing mediation related analysis |
| 4/7/2011 | C. Kearns | 0.50 | Participated in call with Public Holder |
| 4/7/2011 | D. Rothberg | 1.60 | Continued to review and analyzed allocation methodologies and recovery outcomes |
| 4/7/2011 | D. Rothberg | 1.80 | Continued to review and analyze allocation methodologies and outcomes |
| 4/7/2011 | D. Rothberg | 2.10 | Analyzed and reviewed allocation methodologies in EMEA |
| 4/7/2011 | J. Hyland | 2.70 | Reviewed and analyzed an entity's position paper |
| 4/7/2011 | D. Rothberg | 2.90 | Reviewed various allocation methodologies and recovery outcomes |
| 4/8/2011 | J. Hyland | 0.50 | Reviewed and analyzed an entity's position paper |
| 4/8/2011 | D. Rothberg | 1.30 | Prepared allocation comparisons based on varying methodologies |
| 4/8/2011 | D. Rothberg | 1.60 | Continued to analyze various allocations of proceeds to EMEA and resultant creditor recoveries |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/8/2011 | T. Morilla | 2.10 | Reviewed and analyzed allocation issues in preparation for the mediation |
| 4/8/2011 | C. Kearns | 2.50 | Prepared for and met with FTI, Milbank and Akin re: mediation preparations |
| 4/8/2011 | T. Morilla | 2.50 | Continued to review issues regarding the allocation of proceeds |
| 4/8/2011 | J. Hyland | 2.60 | Reviewed and analyzed an entity's position paper |
| 4/8/2011 | J. Hyland | 2.80 | Reviewed and analyzed two entities' position paper |
| 4/8/2011 | J. Hyland | 2.80 | Reviewed analyses of mediation proposals |
| 4/8/2011 | D. Rothberg | 2.90 | Analyzed various allocation methodologies in EMEA and resultant creditor recoveries |
| 4/9/2011 | D. Rothberg | 2.40 | Analyzed allocation scenarios and creditor recoveries in EMEA estate |
| 4/10/2011 | C. Kearns | 0.40 | Reviewed an entity's mediation analysis |
| 4/10/2011 | J. Hyland | 1.10 | Analyzed an entity's mediation submission |
| 4/10/2011 | J. Hyland | 2.00 | Reviewed prior mediation submissions |
| 4/10/2011 | T. Morilla | 2.30 | Reviewed allocation issues in preparation of the mediation |
| 4/11/2011 | D. Rothberg | 2.30 | Continued to review mediation submissions |
| 4/11/2011 | J. Hyland | 2.40 | Continued analyzing proceeds allocation scenarios |
| 4/11/2011 | A. Cowie | 2.40 | Continued analyzing mediation submission calculations |
| 4/11/2011 | A. Cowie | 2.80 | Continued analyzing mediation submission calculations |
| 4/11/2011 | J. Hyland | 2.80 | Conducted meeting with counsel re: proceeds allocations support room |
| 4/11/2011 | J. Hyland | 2.80 | Analyzed proceeds allocation proposals and scenarios |
| 4/11/2011 | D. Rothberg | 2.90 | Reviewed mediation submissions |
| 4/11/2011 | D. Rothberg | 2.90 | Continued to review mediation submissions |
| 4/11/2011 | D. Rothberg | 2.90 | Continued to review mediation submissions |
| 4/11/2011 | A. Cowie | 2.90 | Analyzed mediation submission calculations |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/11/2011 | C. Kearns | 11.00 | Attended and participated in mediation including post-session discussion with Ad Hocs |
| 4/11/2011 | T. Morilla | 11.00 | Attended and participated in day one of the mediation |
| 4/11/2011 | J. Borow | 12.10 | Prepared for (1.1) and participated (11.0) in mediation sessions in NY with all constituents |
| 4/12/2011 | J. Hyland | 1.30 | Reviewed an entity's agreement |
| 4/12/2011 | A. Cowie | 2.70 | Continued analyzing mediation submission calculations and summarized results |
| 4/12/2011 | J. Hyland | 2.70 | Conducted meeting with Counsel re: allocations to specific estates |
| 4/12/2011 | J. Hyland | 2.90 | Reviewed proposal summary calculations |
| 4/12/2011 | A. Cowie | 2.90 | Analyzed mediation submission calculations and summarized results |
| 4/12/2011 | C. Kearns | 7.50 | Attended and participated in the mediation |
| 4/12/2011 | T. Morilla | 8.90 | Prepared for (1.4) and participated (7.5) in day two of the mediation |
| 4/12/2011 | J. Borow | 8.90 | Prepared for (1.4) and participated (7.5) in day two of the mediation |
| 4/13/2011 | J. Hyland | 0.50 | Conducted call with A. Bifield re: Fourth Estate |
| 4/13/2011 | J. Hyland | 1.70 | Continued reviewing Fourth Estate issues |
| 4/13/2011 | J. Hyland | 2.00 | Reviewed status of allocation proposals |
| 4/13/2011 | T. Morilla | 2.50 | Continued to review the allocation methodologies proposed during the mediation |
| 4/13/2011 | J. Hyland | 2.80 | Reviewed draft of an agreement with an entity and reviewed related matters |
| 4/13/2011 | D. Rothberg | 2.90 | Analyzed mediation positions and claim recoveries |
| 4/13/2011 | C. Kearns | 7.00 | Attended and participated in day three of the mediation |
| 4/13/2011 | T. Morilla | 8.00 | Prepared for (1.0) and participated (7.0) in day three of the mediation |
| 4/13/2011 | J. Borow | 8.20 | Prepared for (1.2) and participated in (7.0) mediation sessions in NY with all constituents |
| 4/14/2011 | D. Rothberg | 0.80 | Reviewed TSA sharing agreement |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/14/2011 | A. Cowie | 0.80 | Continued to prepare report analysis on the mediation submissions |
| 4/14/2011 | C. Kearns | 1.00 | Reviewed next steps regarding mediation |
| 4/14/2011 | J. Hyland | 1.70 | Analyzed Fourth Estate allocations |
| 4/14/2011 | D. Rothberg | 2.20 | Reviewed updated mediation proposals from the various estates |
| 4/14/2011 | J. Hyland | 2.60 | Reviewed status of real estate |
| 4/14/2011 | T. Morilla | 2.90 | Continued to review and analyze the allocation methodologies discussed during the mediation |
| 4/14/2011 | J. Hyland | 2.90 | Analyzed summaries and status of disposition of a real estate property |
| 4/15/2011 | A. Cowie | 0.30 | Analyzed mediation report documentation |
| 4/15/2011 | J. Hyland | 0.40 | Conducted call with D. McKenna re: real estate disposition |
| 4/15/2011 | T. Morilla | 1.30 | Reviewed the divestiture proceeds currently located in escrow |
| 4/15/2011 | D. Rothberg | 1.50 | Continued to analyze mediation submissions |
| 4/15/2011 | J. Peterson | 2.20 | Reviewed and analyzed the Canadian Department of Industry objection to the IP address sales. |
| 4/15/2011 | J. Hyland | 2.40 | Reviewed proceeds allocation summary |
| 4/15/2011 | J. Hyland | 2.50 | Reviewed and summarized real estate status |
| 4/15/2011 | D. Rothberg | 2.90 | Compared and analyzed mediation proposals |
| 4/18/2011 | C. Kearns | 0.30 | Reviewed and analyzed the status of position analysis based on mediation outcome |
| 4/18/2011 | D. Rothberg | 0.80 | Reviewed presentation to the UCC re: April Mediation |
| 4/18/2011 | A. Cowie | 0.90 | Continued analyzing mediation report documentation |
| 4/18/2011 | J. Hyland | 1.30 | Summarized status of disposition of a real estate asset |
| 4/18/2011 | T. Morilla | 1.30 | Reviewed outline for the mediation summary presentation |
| 4/18/2011 | J. Hyland | 2.90 | Reviewed Fourth Estate's proceeds allocation methodology |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/19/2011 | J. Hyland | 0.60 | Participated on call with D. McKenna, C. Ricaurte, J. Ray and Canadian representatives re: real estate disposition |
| 4/19/2011 | A. Cowie | 0.90 | Continued analyzing mediation report documentation |
| 4/19/2011 | C. Kearns | 1.30 | Reviewed ongoing mediation related analysis |
| 4/19/2011 | T. Morilla | 1.80 | Continued preparing the April mediation summary presentation |
| 4/19/2011 | D. Rothberg | 2.40 | Analyzed and compared mediation proposals |
| 4/19/2011 | T. Morilla | 2.70 | Continued preparing the April mediation summary presentation |
| 4/19/2011 | J. Hyland | 2.90 | Summarized Fourth Estate allocations for the UCC |
| 4/19/2011 | T. Morilla | 2.90 | Prepared April mediation summary presentation |
| 4/20/2011 | J. Hyland | 0.80 | Conducted call with A. Bifield re: Fourth Estate calculations |
| 4/20/2011 | A. Cowie | 0.90 | Continued analyzing mediation report documentation |
| 4/20/2011 | T. Morilla | 1.20 | Reviewed allocation issues regarding the Fourth Estate |
| 4/20/2011 | T. Morilla | 1.70 | Continued to edit the mediation summary presentation based on comments |
| 4/20/2011 | C. Kearns | 2.00 | Reviewed draft report analyzing recoveries re: competing mediation proposals |
| 4/20/2011 | J. Hyland | 2.00 | Analyzed Fourth Estate allocation methodology |
| 4/20/2011 | D. Rothberg | 2.10 | Reviewed report for the UCC re: Summary of Mediation |
| 4/20/2011 | J. Hyland | 2.60 | Reviewed real estate summary from the Debtors |
| 4/20/2011 | J. Hyland | 2.70 | Prepared summary and related analyses of Fourth Estate for UCC |
| 4/20/2011 | T. Morilla | 2.90 | Revised the mediation summary presentation based on comments |
| 4/21/2011 | T. Morilla | 0.70 | Reviewed allocation issues as it relates to the Fourth Estate |
| 4/21/2011 | D. Rothberg | 0.80 | Reviewed letter regarding issue with sale of certain assets |
| 4/21/2011 | A. Cowie | 0.90 | Continued analyzing mediation report documentation |
| 4/21/2011 | D. Rothberg | 1.80 | Reviewed monitors sixty-second report |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/21/2011 | D. Rothberg | 2.10 | Analyzed creditor recoveries |
| 4/22/2011 | C. Kearns | 0.50 | Revised the mediation analysis for UCC |
| 4/22/2011 | A. Cowie | 0.90 | Continued analyzing mediation report documentation |
| 4/22/2011 | D. Rothberg | 1.40 | Continued to analyze and review creditor recoveries based on updated assumptions and scenarios |
| 4/22/2011 | D. Rothberg | 1.50 | Prepared data list of information |
| 4/22/2011 | D. Rothberg | 1.80 | Analyzed creditor recoveries under various allocation scenarios |
| 4/22/2011 | T. Morilla | 1.90 | Reviewed and analyzed the updated mediation summary presentation |
| 4/22/2011 | D. Rothberg | 1.90 | Analyzed various cash flows re: PWC and KPMG fees as it relates to the IFSA and CFSA |
| 4/22/2011 | J. Hyland | 2.00 | Reviewed supporting documents for mediation statement |
| 4/22/2011 | J. Hyland | 2.00 | Reviewed documents from counsel |
| 4/22/2011 | J. Hyland | 2.30 | Reviewed revised mediation summary |
| 4/23/2011 | C. Kearns | 0.20 | Reviewed issues re: NNL |
| 4/23/2011 | C. Kearns | 0.30 | Reviewed update to mediation analysis for UCC |
| 4/25/2011 | C. Kearns | 1.30 | Reviewed ongoing mediation related analysis |
| 4/26/2011 | J. Hyland | 2.80 | Reviewed mediation submission support documentation |
| 4/27/2011 | D. Rothberg | 1.40 | Reviewed an entity's November mediation statement |
| 4/28/2011 | D. Rothberg | 1.20 | Analyzed creditor recoveries |
| 4/29/2011 | J. Hyland | 2.90 | Reviewed documentation for Fourth Estate |
| Subtotal | | 339.10 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/4/2011 | J. Hyland | 0.90 | Reviewed fee application |
| 4/4/2011 | H. Becker | 2.90 | Prepared March fee statement |
| 4/5/2011 | H. Becker | 3.00 | Prepared February fee statement |

**Capstone Advisory Group, LLC**
**Invoice for the 4-1-2011 - 4-30-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/6/2011 | J. Hyland | 0.80 | Reviewed final fee application |
| Subtotal | | 7.60 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/5/2011 | J. Borow | 2.20 | Participated in meeting with Debtors and counsel and Financial Advisors re: mediation and valuation issues |
| 4/11/2011 | J. Hyland | 1.50 | Participated in meetings with an entity's mediation representatives |
| 4/11/2011 | J. Hyland | 1.60 | Participated in meetings with an entity's representatives re: proceeds allocation |
| 4/12/2011 | J. Hyland | 0.40 | Conducted meetings with an estate re: allocations |
| 4/12/2011 | J. Hyland | 2.00 | Participated in meetings with J. Doolittle re: Corporate Group matters |
| 4/19/2011 | D. Rothberg | 1.00 | Participated in a call with D. Cozart of the Debtors |
| 4/25/2011 | D. Rothberg | 1.10 | Participated in a conference call regarding the updated IP operating group budget as it relates to proceeds allocation with H. Chambers of the Debtor |
| 4/27/2011 | D. Rothberg | 0.50 | Participated in a call with D. Cozart of the Debtor regarding cash forecasting |
| 4/27/2011 | J. Borow | 1.10 | Prepared for (0.1) and attended (1.0) meeting with Debtor re: operating and wind down activity in APAC and CALA regions |
| Subtotal | | 11.40 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/4/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: UCC reports |
| 4/4/2011 | J. Hyland | 1.30 | Participated on call with counsel and Jefferies re: IP and mediation status |
| 4/5/2011 | J. Borow | 2.10 | Responded to various inquiries from Creditors, Bondholders and other parties in interest |
| 4/5/2011 | J. Hyland | 4.00 | Participated in UCC meeting including short presentation from J. Ray, J. Bromley, and Chilmark, but excludes time for IP discussion |
| 4/5/2011 | J. Borow | 4.40 | Prepared for (0.4) and participated (4.0) in meeting with UCC and Advisors to UCC |

**Capstone Advisory Group, LLC**
**Invoice for the 4-1-2011 - 4-30-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 4/6/2011 | J. Borow | 1.40 | Responded to various inquiries from Creditors, Bondholders and other parties in interest. |
| 4/7/2011 | J. Borow | 1.50 | Participated in discussion with various parties in interest re: status of matter |
| 4/8/2011 | D. Rothberg | 0.60 | Participated in a call with FTI |
| 4/8/2011 | J. Borow | 1.60 | Participated in discussion with various parties in interest re: status of matter |
| 4/8/2011 | D. Rothberg | 2.60 | Participated in a meeting with FTI, Milbank and Akin |
| 4/11/2011 | J. Hyland | 0.30 | Participated in meeting with UCC |
| 4/11/2011 | A. Cowie | 2.90 | Conducted discussion with Nortel re: proceeds allocation matters |
| 4/14/2011 | J. Hyland | 0.40 | Conducted call with S. Schultz and J. Sturm re: real estate property |
| 4/14/2011 | J. Hyland | 0.40 | Conducted call with S. Schultz and B. Kahn re: planning and reports |
| 4/14/2011 | J. Borow | 1.10 | Participated in discussion with various parties in interest re: status of matter |
| 4/15/2011 | C. Kearns | 0.80 | Participated in calls and emailed with counsel re mediation process |
| 4/15/2011 | J. Borow | 1.70 | Participated in discussion with various parties in interest re: status of matter |
| 4/18/2011 | C. Kearns | 0.50 | Reviewed summary from counsel re: assessment of litigation risk of various paths and discuss same with counsel |
| 4/18/2011 | J. Borow | 1.40 | Participated in discussions with various Creditors and parties in interest regarding status of matter |
| 4/19/2011 | J. Hyland | 0.60 | Conducted call with counsel re: proceeds allocation |
| 4/20/2011 | C. Kearns | 0.70 | Participated in weekly status call with UCC professionals |
| 4/20/2011 | J. Borow | 1.60 | Participated in discussions with various Creditors and parties in interest regarding status of matter |
| 4/21/2011 | M. Lasinski | 0.20 | Participated in the IP portion of the UCC call with Creditors, Counsel. Jefferies and Financial Advisors |
| 4/21/2011 | D. Rothberg | 1.20 | Prepared for meeting with the UCC |
| 4/21/2011 | J. Hyland | 1.40 | Participated, excluding time spent on IP, on UCC call with UCC professionals |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 4/21/2011 | C. Kearns | 2.00 | Prepared for (0.4) and participated in (1.6) weekly UCC call |
| 4/21/2011 | J. Hyland | 2.80 | Prepared for UCC meeting |
| 4/21/2011 | J. Borow | 5.60 | Prepared for (4.0) and participated in (1.6) meeting of UCC and professionals |
| 4/22/2011 | J. Hyland | 0.30 | Conducted call with M. Spragg re: Bondholders |
| 4/22/2011 | J. Hyland | 0.30 | Conducted call with M. Sandberg re: Bondholders |
| 4/25/2011 | J. Borow | 1.10 | Participated in discussions with various Creditors and parties in interest re: status of matter |
| 4/26/2011 | C. Kearns | 1.30 | Participated in weekly status call with UCC professionals and related follow up |
| 4/27/2011 | J. Hyland | 0.50 | Participated on call with Counsel re: UCC follow-up matters |
| 4/27/2011 | J. Hyland | 1.10 | Participated on UCC call with UCC professionals |
| 4/27/2011 | C. Kearns | 2.20 | Prepared for (1.1) and participated in (1.1) weekly UCC call, including subsequent debrief with counsel re: joint motion in US and Canada |
| 4/27/2011 | J. Hyland | 2.70 | Prepared for UCC call |
| 4/27/2011 | J. Borow | 3.20 | Prepared for (2.1) and attended (1.1) meeting with UCC and Advisors to UCC |
| 4/28/2011 | C. Kearns | 0.70 | Participated in call with counsel re: an entity's reaction to joint trial motion |
| 4/28/2011 | J. Borow | 1.70 | Participated in discussions with various Creditors and parties in interest re: status of matter |
| 4/29/2011 | J. Borow | 1.40 | Participated in discussions with various Creditors and parties in interest re: status of matter |
| Subtotal | | 61.70 | |

**09. Employee Issues/KEIP**

| | | | |
|------|--------------|-------|--------------------------|
| 4/4/2011 | T. Morilla | 1.20 | Reviewed and analyzed the NSIP amounts |
| 4/4/2011 | J. Peterson | 1.30 | Reviewed the 2010 NSIP results and proposed payout |
| 4/8/2011 | T. Morilla | 1.90 | Reviewed issues regarding post-petition payments made to employees |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/25/2011 | D. Rothberg | 1.10 | Prepared schedules for report to the UCC re: MSS and IP Group AIP results |
| 4/25/2011 | J. Peterson | 1.20 | Reviewed the Q1 2011 MSS (Passport) and IP Group AIP results |
| 4/25/2011 | J. Borow | 1.30 | Reviewed AIP proposal and report for the UCC |
| 4/25/2011 | D. Rothberg | 1.50 | Reviewed MSS and IP Group AIP results |
| 4/25/2011 | D. Rothberg | 2.60 | Prepared report for the UCC re: MSS and IP Group AIP results |
| 4/25/2011 | J. Hyland | 2.80 | Reviewed Q1 MSS and IP analysis and report for UCC |
| 4/26/2011 | J. Borow | 0.40 | Reviewed AIP proposal and report for the UCC |
| 4/26/2011 | J. Borow | 2.80 | Reviewed compensation analyses and bonus payments for employees in US Canada and EMEA |
| 4/27/2011 | D. Rothberg | 1.10 | Reviewed prior Akibia outsourcing agreement and analysis. |
| 4/28/2011 | J. Peterson | 1.70 | Reviewed the Akibia outsourcing documents to quantify the updated NBS proposals |
| Subtotal | | 20.90 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2011 | J. Borow | 0.30 | Continued to review mediation statements and related recovery revisions |
| 4/1/2011 | A. Cowie | 2.40 | Analyzed mediation submission documentation for recoveries |
| 4/1/2011 | J. Borow | 2.90 | Reviewed mediation statements and related recovery revisions |
| 4/4/2011 | A. Cowie | 0.90 | Analyzed EMEA recovery model |
| 4/4/2011 | J. Peterson | 1.70 | Reviewed an entity's mediation submission and creditor recoveries |
| 4/4/2011 | A. Cowie | 2.80 | Analyzed creditor recoveries in mediation submissions |
| 4/4/2011 | C. Kearns | 4.50 | Prepared for and met with Akin, FTI, Milbank, and EMEA entity re: recoveries. |
| 4/5/2011 | T. Morilla | 1.10 | Continued to review and analyze the recovery model. |
| 4/5/2011 | J. Peterson | 1.40 | Continued to review the mediation submission of an entity |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/5/2011 | J Peterson | 1 50 | Reviewed an entity's mediation submission and recoveries |
| 4/5/2011 | A Cowie | 1 70 | Continued to analyze EMEA creditor recovery model and related claim calculations |
| 4/5/2011 | T Morilla | 2 10 | Continued to review the recovery model |
| 4/5/2011 | J Peterson | 2 20 | Started to review the recoveries in the mediation submission of an entity |
| 4/5/2011 | A Cowie | 2 70 | Continued to analyze EMEA creditor recovery model and related claim calculations |
| 4/5/2011 | A Cowie | 2 90 | Analyzed EMEA recovery model |
| 4/6/2011 | J Borow | 0 70 | Continued to review recovery and distribution analyses |
| 4/6/2011 | T Morilla | 2.10 | Revised EMEA assets and claims analysis for recoveries |
| 4/6/2011 | A Cowie | 2 80 | Produced detailed EMEA recovery model |
| 4/6/2011 | A Cowie | 2 80 | Analyzed EMEA recovery model and prepared discussion document for internal discussion purposes |
| 4/6/2011 | J Borow | 2 90 | Reviewed recovery and distribution analyses |
| 4/7/2011 | J Borow | 0 30 | Continued to review issues relating to proceeds allocation and recoveries and researched in this regard |
| 4/7/2011 | T Morilla | 1 20 | Reviewed and analyzed recovery results compared to FTI recovery model results |
| 4/7/2011 | J Peterson | 1 30 | Reviewed the potential impact of scenario on divestiture proceeds |
| 4/7/2011 | T Morilla | 2 20 | Reviewed and analyzed issues regarding certain allocation methodologies |
| 4/7/2011 | T Morilla | 2 50 | Continued to prepare sensitivity analyses regarding certain recovery scenarios |
| 4/7/2011 | J Peterson | 2 60 | Continued to review and analyze the impact of certain allocation methodologies on recoveries |
| 4/7/2011 | T Morilla | 2 70 | Prepared sensitivity analysis for certain recovery scenarios |
| 4/7/2011 | A Cowie | 2 70 | Prepared report on EMEA recovery model |
| 4/7/2011 | A Cowie | 2 80 | Continued to reproduce detailed EMEA claim recovery model |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/7/2011 | J. Borow | 2.90 | Reviewed issues relating to proceeds allocation and recoveries and researched in this regard |
| 4/7/2011 | A. Cowie | 2.90 | Produced detailed EMEA recovery model |
| 4/8/2011 | J. Peterson | 0.80 | Prepared for and participated in a call with FTI re: mediation submission and potential adjustments |
| 4/8/2011 | J. Borow | 1.20 | Continued reviewing issues relating to proceeds allocation |
| 4/8/2011 | J. Peterson | 2.60 | Continued to review and analyze allocation issues |
| 4/8/2011 | A. Cowie | 2.70 | Revised EMEA recovery model for updated information provided by EMEA |
| 4/8/2011 | A. Cowie | 2.70 | Prepared report on EMEA recovery model |
| 4/8/2011 | J. Borow | 2.90 | Reviewed issues relating to proceeds allocation |
| 4/8/2011 | A. Cowie | 2.90 | Finalized EMEA recovery model report |
| 4/9/2011 | J. Peterson | 2.20 | Continued to update and edit the allocation model for new recovery scenarios |
| 4/9/2011 | A. Cowie | 2.50 | Analyzed revised recovery scenarios for mediation |
| 4/10/2011 | J. Borow | 1.30 | Continued to review issues and documents relating to mediation and potential recovery issues |
| 4/10/2011 | A. Cowie | 2.60 | Analyzed revised recovery scenarios for mediation |
| 4/10/2011 | J. Borow | 2.90 | Reviewed issues and documents relating to mediation and potential recovery issues |
| 4/11/2011 | T. Morilla | 2.00 | Continued to run additional recovery scenarios |
| 4/11/2011 | J. Peterson | 2.00 | Analyzed allocation issues |
| 4/11/2011 | J. Peterson | 2.60 | Continued to model and run scenarios for allocation analysis |
| 4/11/2011 | J. Peterson | 2.90 | Continued to analyze and model allocation scenarios |
| 4/12/2011 | T. Morilla | 1.10 | Reviewed and analyzed recovery scenarios based on discussions during the first two days of the mediation |
| 4/12/2011 | J. Peterson | 2.40 | Continued to review and analyze the proposed mediation recoveries |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/12/2011 | J. Peterson | 2.80 | Continued to analyze and model the latest mediation submissions |
| 4/13/2011 | J. Peterson | 2.60 | Continued to review and analyze the latest recovery scenarios proposed during the mediation |
| 4/13/2011 | A. Cowie | 2.80 | Analyzed mediation submissions |
| 4/13/2011 | A. Cowie | 2.90 | Continued to analyze mediation submissions |
| 4/14/2011 | J. Peterson | 2.20 | Reviewed and analyzed the final mediation submissions and recoveries by estate |
| 4/14/2011 | T. Morilla | 2.70 | Continued to model the recoveries for the allocation methodologies discussed during the mediation |
| 4/14/2011 | T. Morilla | 2.80 | Modeled the recoveries for the allocation proposals discussed during the mediation |
| 4/14/2011 | A. Cowie | 2.80 | Continued to analyze mediation submissions |
| 4/14/2011 | A. Cowie | 2.90 | Analyzed mediation submissions |
| 4/15/2011 | T. Morilla | 1.90 | Continued to model the allocation proposals discussed during the mediation |
| 4/15/2011 | T. Morilla | 2.70 | Continued to review the EMEA recovery model outputs |
| 4/15/2011 | T. Morilla | 2.90 | Reviewed and analyzed the EMEA recovery model outputs |
| 4/18/2011 | J. Borow | 1.10 | Reviewed summary concepts for reporting to UCC results and proposals from mediation sessions |
| 4/18/2011 | T. Morilla | 2.50 | Continued to model the allocation proposals made during the mediation discussions |
| 4/18/2011 | J. Borow | 2.70 | Reviewed recovery scenarios and related analyses |
| 4/18/2011 | T. Morilla | 2.80 | Ran additional recovery scenarios for the mediation summary presentation |
| 4/18/2011 | T. Morilla | 2.80 | Continued to run additional recovery scenarios for the mediation summary presentation |
| 4/19/2011 | J. Borow | 0.70 | Continued to review recovery scenarios and related analyses |
| 4/19/2011 | T. Morilla | 2.20 | Continued to prepare additional sensitivity analyses for recovery scenarios |
| 4/19/2011 | J. Borow | 2.90 | Reviewed recovery scenarios and related analyses |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/20/2011 | J. Borow | 0.30 | Continued to review recovery scenarios and related analyses |
| 4/20/2011 | J. Peterson | 0.40 | Reviewed the latest bond recoveries for a bond issue |
| 4/20/2011 | J. Peterson | 1.70 | Reviewed the draft UCC report re: final mediation submissions and recoveries by estate |
| 4/20/2011 | T. Morilla | 2.10 | Ran additional recovery scenarios |
| 4/20/2011 | J. Borow | 2.90 | Reviewed recovery scenarios and related analyses |
| 4/21/2011 | T. Morilla | 1.20 | Ran additional recovery scenarios based on comments during the UCC call |
| 4/21/2011 | T. Morilla | 1.30 | Reviewed and analyzed issues as it relates to the allocation of proceeds |
| 4/21/2011 | T. Morilla | 2.80 | Re-ran additional recovery scenarios based on comments during the weekly UCC call |
| 4/21/2011 | T. Morilla | 2.80 | Continued to update the mediation summary presentation |
| 4/22/2011 | J. Borow | 0.30 | Continued to review creditor recovery issues and calculations and revised report to UCC |
| 4/22/2011 | J. Borow | 2.90 | Reviewed creditor recovery issues and calculations and revised report to UCC |
| 4/25/2011 | A. Cowie | 1.70 | Continued to analyze EMEA recovery calculations based on mediation submission documents |
| 4/25/2011 | A. Cowie | 1.90 | Analyzed recovery impact from changes in scenario |
| 4/25/2011 | A. Cowie | 2.90 | Analyzed EMEA recovery calculations based on mediation submission documents |
| 4/26/2011 | A. Cowie | 2.90 | Prepared detailed scenario impact calculations |
| 4/27/2011 | J. Peterson | 2.00 | Reviewed the IFSA agreement re: items subject to a true-up that could impact creditor recoveries in each estate |
| 4/27/2011 | A. Cowie | 2.90 | Prepared detailed scenario impact calculations |
| 4/28/2011 | A. Cowie | 1.20 | Prepared scenario analysis in regard to Canadian claim recoveries |
| 4/28/2011 | A. Cowie | 1.90 | Continued to analyze recovery impact from scenario changes |
| 4/28/2011 | A. Cowie | 2.80 | Prepared detailed scenario spreadsheet for Counsel |

**Capstone Advisory Group, LLC**
**Invoice for the 4-1-2011 - 4-30-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 195.40 | |
| **11. Claim Analysis/Accounting** | | | |
| 4/1/2011 | T. Morilla | 1.10 | Reviewed issues regarding bond claim |
| 4/1/2011 | T. Morilla | 1.40 | Continued to review issues regarding bond claim |
| 4/1/2011 | A. Cowie | 2.70 | Analyzed EMEA claims and supporting information |
| 4/4/2011 | T. Morilla | 0.90 | Reviewed and analyzed issues regarding the bond claims |
| 4/4/2011 | J. Borow | 2.10 | Reviewed claims at various Debtors' entities in US and EMEA |
| 4/4/2011 | A. Cowie | 2.70 | Analyzed NNL claims base in regard to revised estate claims |
| 4/4/2011 | A. Cowie | 2.90 | Analyzed revised EMEA claims information |
| 4/5/2011 | C. Kearns | 0.80 | Participated in meeting between Debtor and PBGC regarding their claim |
| 4/5/2011 | J. Peterson | 1.30 | Reviewed the claims filed against EMEA entity |
| 4/5/2011 | A. Cowie | 1.50 | Analyzed Canadian claims base and related recovery scenarios |
| 4/5/2011 | J. Hyland | 2.00 | Reviewed claims recoveries |
| 4/5/2011 | T. Morilla | 2.10 | Continued to review and analyze EMEA claims |
| 4/6/2011 | D. Rothberg | 1.80 | Reviewed and analyzed payments to KPMG and PWC re: Carve out financials and resulting inter-estate claims |
| 4/6/2011 | T. Morilla | 2.10 | Continued to review one of the EMEA entity's claims |
| 4/6/2011 | J. Hyland | 2.60 | Continued analyzing claims recoveries |
| 4/6/2011 | A. Cowie | 2.70 | Analyzed Canadian claims base and related recovery scenarios |
| 4/6/2011 | J. Hyland | 2.90 | Analyzed claims recoveries |
| 4/7/2011 | J. Peterson | 1.80 | Continued to review the claims and impact on certain allocation approaches |
| 4/12/2011 | A. Cowie | 0.90 | Continued to analyze UK pension claim and related documentation |
| 4/12/2011 | D. Rothberg | 2.20 | Reviewed recent ruling in Canada re: Indalex Limited regarding pension party claims |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/12/2011 | D Rothberg | 2 20 | Continued to analyze UK pension claim analysis and pension regulator papers |
| 4/12/2011 | D Rothberg | 2 40 | Continued to review ruling in Canada regarding pensions |
| 4/12/2011 | A Cowie | 2 70 | Analyzed UK pension claim and related documentation |
| 4/12/2011 | D Rothberg | 2 90 | Reviewed and analyzed UK pension claim analysis and Pension Regulator papers |
| 4/15/2011 | J Peterson | 0 70 | Reviewed the latest EMEA claims summary |
| 4/18/2011 | D Rothberg | 1 00 | Reviewed EMEA response to U S objection to EMEA claims in the U S |
| 4/18/2011 | J Borow | 1 10 | Reviewed overall claims for each estate |
| 4/18/2011 | J Hyland | 1 90 | Reviewed and related follow-up of Joint Administrators' response to U S request for more information re: claims |
| 4/19/2011 | J Peterson | 1 30 | Reviewed the latest filings on the cross-border claims |
| 4/20/2011 | T Morilla | 0 60 | Reviewed and analyzed the bond prices for the bond claims |
| 4/20/2011 | J Borow | 1 20 | Reviewed overall claims for each estate |
| 4/20/2011 | J Peterson | 1 80 | Reviewed the latest NNUK and UK Pension claims |
| 4/26/2011 | D Rothberg | 0 80 | Analyzed scenarios utilized for claims reconciliation |
| 4/26/2011 | A Cowie | 2 70 | Analyzed detailed EMEA claims information |
| 4/26/2011 | D Rothberg | 2 90 | Reviewed EMEA claims in Canada |
| 4/27/2011 | D Rothberg | 1 20 | Continued to review EMEA claims detail filed in Canada |
| 4/27/2011 | J Hyland | 1 60 | Reviewed NNI claims reporting |
| 4/27/2011 | D Rothberg | 2 90 | Reviewed and analyzed EMEA claims filed in Canada |
| 4/28/2011 | J Borow | 0 20 | Continued to review claims in the US and Canadian estates made by the UK administrator |
| 4/28/2011 | D Rothberg | 0 80 | Continued to analyze cross border claims information |
| 4/28/2011 | D Rothberg | 1 10 | Continued to analyzed cross border claims information and schedules provided |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/28/2011 | D. Rothberg | 1.10 | Continued to analyze EMEA proofs of claim filed in Canada |
| 4/28/2011 | J. Hyland | 1.30 | Reviewed EMEA Heads of Claims |
| 4/28/2011 | J. Peterson | 1.90 | Continued to review and analyze the updated cross-border claims data |
| 4/28/2011 | D. Rothberg | 1.90 | Analyzed EMEA proofs of claims filed in Canada |
| 4/28/2011 | J. Peterson | 2.00 | Reviewed the updated Canadian claims package |
| 4/28/2011 | D. Rothberg | 2.20 | Analyzed cross border claims analysis |
| 4/28/2011 | J. Peterson | 2.80 | Reviewed the updated cross-border claims data received from Cleary |
| 4/28/2011 | J. Borow | 2.90 | Reviewed claims in the US and Canadian estates made by the UK administrator |
| 4/28/2011 | A. Cowie | 2.90 | Analyzed current cross-border claims information provided by the Debtor |
| 4/29/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: claims |
| 4/29/2011 | D. Rothberg | 0.90 | Reviewed cross border claims update schedules |
| 4/29/2011 | D. Rothberg | 1.10 | Reviewed and analyzed EMEA claims filed in Canada |
| 4/29/2011 | D. Rothberg | 1.10 | Continued to review and analyze support of EMEAs claims in Canada |
| 4/29/2011 | J. Peterson | 1.20 | Continued to draft a summary of the U.S. and Canadian cross-border claims update |
| 4/29/2011 | J. Hyland | 1.40 | Reviewed cross border claims reports |
| 4/29/2011 | T. Morilla | 1.70 | Reviewed and analyzed cross-border claims |
| 4/29/2011 | J. Peterson | 1.80 | Continued to review the Canadian claims update re: claims at NNL |
| 4/29/2011 | D. Rothberg | 2.10 | Continued to review and analyzed support for EMEA claims in Canada |
| 4/29/2011 | J. Peterson | 2.40 | Continued to review and analyze the updated cross-border claims |
| 4/29/2011 | J. Peterson | 2.60 | Drafted a summary of the U.S. and Canadian cross-border claims update |
| 4/29/2011 | A. Cowie | 2.70 | Continued to analyze estate claims bases for recovery modeling |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/29/2011 | A. Cowie | 2.80 | Analyzed estate claims bases for recovery modeling |
| 4/29/2011 | D. Rothberg | 2.90 | Reviewed back up analysis supporting EMEA claims |
| Subtotal | | 116.30 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/5/2011 | T. Morilla | 1.90 | Continued to review and analyze the intercompany matrix of payables. |
| 4/6/2011 | T. Morilla | 2.20 | Reviewed and analyzed the intercompany matrices |
| 4/13/2011 | J. Hyland | 2.80 | Analyzed intercompany balances |
| 4/18/2011 | T. Morilla | 1.20 | Reviewed and analyzed the intercompany balances among the Debtors' entities |
| 4/21/2011 | J. Peterson | 2.30 | Reviewed the potential impact on intercompany balances of the Fourth Estate settlement. |
| 4/26/2011 | L. Ahearn | 2.20 | Reviewed and analyzed April 2011 Asia Restructuring Managers Reports |
| 4/26/2011 | J. Hyland | 2.40 | Reviewed Asia reports for monthly manager's report, tax update, and stranded contracts |
| 4/27/2011 | D. Rothberg | 1.00 | Participated in monthly Asia Restructuring Call. |
| 4/27/2011 | L. Ahearn | 1.80 | Prepared for (0.7) and participated in (1.0) monthly Asia restructuring call |
| Subtotal | | 17.80 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/1/2011 | M. DeSalvio | 0.20 | Searched for recent 8K filings for Debtors. |
| 4/6/2011 | J. Peterson | 1.20 | Continued to research and analyze the required footnote disclosures re: guarantees |
| 4/6/2011 | J. Peterson | 2.80 | Continued to review and draft a summary of the guarantees disclosed in the historical 10Ks |
| 4/6/2011 | J. Peterson | 2.90 | Analyzed the guarantees disclosed in the 10K filings |
| 4/8/2011 | J. Peterson | 2.20 | Reviewed the SEC 10K/10Q filings re: pension payments. PEB payments. and PRB payments |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/27/2011 | A. Cowie | 1.90 | Continued to analyze APAC current operating results reporting information |
| 4/27/2011 | A. Cowie | 2.80 | Analyzed APAC current operating results reporting information |
| Subtotal | | 14.00 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2011 | J. Peterson | 2.20 | Continued to review and analyze the monthly operating reports and bridge to global forecasts |
| 4/4/2011 | J. Peterson | 1.60 | Reviewed the Sixty-Second Report of the Canadian Monitor |
| 4/5/2011 | D. Rothberg | 1.80 | Reviewed the Monitor's Sixty-Second report |
| 4/6/2011 | D. Rothberg | 0.80 | Reviewed IFSA agreement |
| 4/6/2011 | D. Rothberg | 0.90 | Reviewed MRDA agreement |
| 4/7/2011 | D. Rothberg | 0.80 | Reviewed the CFSA |
| 4/8/2011 | A. Cowie | 1.40 | Analyzed Canadian monitoring report to prepare UCC report points |
| 4/8/2011 | J. Peterson | 1.90 | Reviewed the Sixty-Second Report of the Canadian Monitor re: pension payments |
| 4/13/2011 | J. Peterson | 2.90 | Continued to analyze the 2011 Corporate Group budget |
| 4/14/2011 | J. Peterson | 1.10 | Reviewed the Sixty-Third report of the Canadian Monitor |
| 4/14/2011 | A. Cowie | 2.70 | Prepared report analysis on the mediation submissions |
| 4/15/2011 | D. Rothberg | 0.60 | Reviewed portions of the CFSA |
| 4/20/2011 | J. Hyland | 0.50 | Reviewed report for UCC |
| 4/20/2011 | D. Rothberg | 0.60 | Reviewed Fourth Estate settlement |
| 4/20/2011 | D. Rothberg | 1.10 | Analyzed Canadian cash burn in relation to 2011 Corporate Group budget |
| 4/20/2011 | D. Rothberg | 1.20 | Reviewed IFSA agreement |
| 4/21/2011 | J. Peterson | 1.00 | Prepared the UCC meeting talking points for the 2011 Corporate Group budget report |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/21/2011 | D. Rothberg | 1.50 | Reviewed and analyzed Sixty-First, Sixty-Second and Sixty-Third monitor reports |
| 4/22/2011 | J. Borow | 2.80 | Reviewed reports for UCC relating to operating information from the US and Canadian Debtors |
| 4/25/2011 | J. Hyland | 1.00 | Prepared report list for Counsel |
| 4/25/2011 | A. Cowie | 1.80 | Prepared reporting documentation in regard to UCC weekly meeting |
| 4/25/2011 | D. Rothberg | 2.10 | Reviewed Joint Motion for Order establishing Allocation Protocol |
| 4/25/2011 | J. Borow | 2.80 | Reviewed operating information relating to budgets and performance for 2011 |
| 4/26/2011 | J. Hyland | 0.30 | Reviewed UCC agenda |
| 4/26/2011 | C. Kearns | 0.70 | Reviewed drafts of UCC reports |
| 4/26/2011 | J. Borow | 1.10 | Reviewed operating information relating to budgets and performance for 2011 |
| 4/26/2011 | D. Rothberg | 1.60 | Reviewed Sixty-Fourth Monitor's report |
| 4/26/2011 | J. Peterson | 2.00 | Reviewed the Sixty-fourth Report of the Canadian Monitor |
| 4/26/2011 | J. Borow | 2.10 | Reviewed budgets for 2011 for all operating units and remaining entities |
| 4/26/2011 | A. Cowie | 2.70 | Prepared reporting documents for weekly UCC meeting |
| 4/26/2011 | J. Hyland | 2.90 | Reviewed updated reports for UCC |
| 4/27/2011 | A. Cowie | 0.50 | Prepared supporting analysis for UCC weekly meeting |
| 4/28/2011 | C. Kearns | 0.80 | Reviewed EY UK value analysis |
| 4/29/2011 | A. Cowie | 0.50 | Continued preparation of summary impact report on scenarios |
| 4/29/2011 | A. Cowie | 2.40 | Analyzed Canadian Monitor report |
| 4/29/2011 | T. Morilla | 2.80 | Reviewed UCC reports distributed during weekly UCC call |
| Subtotal | | 55.50 | |

### 19. Cash Flow/Cash Mgmt Liquidity

| | | | |
|------|------|------|------|
| 4/1/2011 | J. Borow | 1.10 | Reviewed cash and liquidity availability and related reports |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2011 | T. Morilla | 1.10 | Continued to review the bi-weekly cash report |
| 4/1/2011 | J. Peterson | 1.70 | Continue to review and draft the bi-weekly UCC cash update re: 3/12 to 6/30 cash forecast |
| 4/1/2011 | T. Morilla | 2.70 | Continued preparing the bi-weekly cash report |
| 4/1/2011 | A. Cowie | 2.80 | Prepared budget cash report analysis |
| 4/2/2011 | J. Hyland | 1.50 | Reviewed cash report. |
| 4/2/2011 | J. Hyland | 2.70 | Reviewed cash burn report for UCC |
| 4/4/2011 | J. Peterson | 0.70 | Reviewed the March 31, 2011 cash flash |
| 4/4/2011 | T. Morilla | 1.50 | Reviewed and analyzed the cash report |
| 4/5/2011 | J. Peterson | 1.60 | Drafted a cash reconciliation between the U.S. orderly wind down report and the twenty-six week cash forecast |
| 4/7/2011 | J. Peterson | 2.80 | Reviewed and analyzed the latest cash forecast re: 3/27 to 6/30 forecast |
| 4/8/2011 | J. Peterson | 0.80 | Continued to analyze the latest cash forecast re: bridge to mediation submissions |
| 4/12/2011 | J. Peterson | 0.60 | Reviewed the cash flash dated April 8th |
| 4/14/2011 | J. Borow | 1.10 | Reviewed issues relating to liquidity and use of cash. |
| 4/14/2011 | T. Morilla | 1.50 | Reviewed and analyzed the cash forecast report prepared by the Debtors |
| 4/15/2011 | J. Borow | 1.30 | Reviewed issues relating to liquidity and use of cash |
| 4/19/2011 | J. Peterson | 0.50 | Reviewed the April 15th cash flash |
| 4/19/2011 | J. Peterson | 2.80 | Reviewed the latest weekly cash forecast re: 3/27 to 6/30 |
| 4/20/2011 | J. Peterson | 2.10 | Drafted the bi-weekly UCC cash update report re: forecast dated 3/27 to 6/30. |
| 4/21/2011 | T. Morilla | 1.20 | Reviewed and analyzed the bi-weekly cash report distributed by the Debtors |
| 4/21/2011 | J. Peterson | 2.80 | Continued to draft the bi-weekly UCC cash update re: cash forecast dated 3/27 to 6/30 |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/22/2011 | T. Morilla | 1.30 | Continued to review and analyze the bi-weekly cash report prepared by the Debtors |
| 4/22/2011 | T. Morilla | 2.10 | Continued preparing schedules for the bi-weekly cash report |
| 4/22/2011 | T. Morilla | 2.80 | Prepared the schedules for the bi-weekly cash report |
| 4/22/2011 | J. Peterson | 2.90 | Updated the bi-weekly UCC cash report for new forecast received re: forecast dated 4/10 to 9/30 |
| 4/25/2011 | J. Hyland | 1.90 | Reviewed cash analysis and report for UCC |
| 4/25/2011 | J. Peterson | 2.40 | Continued to draft the bi-weekly UCC cash update report re: cash forecast dated 4/10 to 9/30 |
| 4/25/2011 | J. Peterson | 2.80 | Continued to prepare and edit the bi-weekly UCC cash update re: forecast dated 4/10 to 9/30 |
| 4/26/2011 | J. Peterson | 0.40 | Reviewed the April 22nd cash flash |
| 4/26/2011 | D. Rothberg | 1.60 | Prepared a bridge to reconcile various forecasts to the 26 week cash flow provided by E&Y |
| 4/26/2011 | D. Rothberg | 1.80 | Analyzed various cash reporting assumptions provided by each estate |
| 4/26/2011 | J. Peterson | 2.30 | Continued to update and edit the bi-weekly UCC cash update report |
| 4/27/2011 | J. Peterson | 2.40 | Reconciled the bi-weekly cash report to the 2011 U.S. orderly wind down budget |
| 4/28/2011 | J. Borow | 1.40 | Reviewed liquidity issues and related reporting |
| 4/29/2011 | T. Morilla | 0.50 | Reviewed weekly cash summary prepared by the Debtors |
| 4/29/2011 | J. Borow | 1.60 | Reviewed liquidity issues and related reporting |
| Subtotal | | 63.10 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2011 | D. Rothberg | 1.10 | Continued to prepare report for the UCC re: US wind down budget |
| 4/1/2011 | D. Rothberg | 1.30 | Continued to prepare report for the UCC re: US wind down budget |
| 4/1/2011 | D. Rothberg | 1.80 | Analyzed forecasted professional fees |
| 4/1/2011 | J. Peterson | 1.90 | Continued to review and analyze the U.S. orderly wind down budget |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/1/2011 | J. Borow | 2.10 | Reviewed current operating projections |
| 4/1/2011 | D. Rothberg | 2.40 | Continued to prepare report for the UCC re: US wind down budget |
| 4/1/2011 | J. Peterson | 2.60 | Reviewed and analyzed the U.S. orderly wind down budget |
| 4/1/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: US wind down budget |
| 4/2/2011 | J. Peterson | 1.30 | Drafted a response to comments / questions on the U.S orderly wind down budget |
| 4/2/2011 | D. Rothberg | 2.10 | Prepared report for the UCC re: US wind down budget |
| 4/4/2011 | J. Hyland | 0.30 | Conducted call with J. Doolittle re: NNL budget. |
| 4/4/2011 | D. Rothberg | 1.10 | Continued to review impact of cash burn sensitivity analysis on creditor recoveries |
| 4/4/2011 | J. Hyland | 1.60 | Continued reviewing U.S. liquidating budget report |
| 4/4/2011 | D. Rothberg | 1.70 | Analyzed sensitized cash burn in relation to creditor recoveries |
| 4/4/2011 | J. Peterson | 2.10 | Continued to draft a report for the UCC re: U.S. orderly wind down budget |
| 4/4/2011 | D. Rothberg | 2.20 | Prepared schedules analyzing global case costs |
| 4/4/2011 | D. Rothberg | 2.20 | Continued to sensitize and analyze US cash burn based on additional risks and opportunities |
| 4/4/2011 | D. Rothberg | 2.40 | Sensitized US wind down budget for various risks and opportunities |
| 4/4/2011 | J. Hyland | 2.60 | Reviewed U.S. liquidating budget report |
| 4/4/2011 | J. Peterson | 2.80 | Continued to review and draft a report for the UCC re: U.S. orderly wind down budget |
| 4/5/2011 | D. Rothberg | 0.90 | Reviewed Debtor's 2011 NBS budget |
| 4/5/2011 | J. Peterson | 1.10 | Prepared the UCC meeting talking points for the U.S orderly wind down budget. |
| 4/5/2011 | J. Hyland | 2.60 | Summarized U.S. liquidating budget report |
| 4/6/2011 | D. Rothberg | 1.10 | Reviewed 2011 NBS budget compared to mediation statement cash burn |
| 4/12/2011 | J. Peterson | 1.60 | Reviewed the 2011 Corporate Group budget |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/12/2011 | J Peterson | 1 80 | Continued to update the 2011 NBS budget regional schedules |
| 4/13/2011 | D Rothberg | 1 50 | Analyzed and reviewed responses received from A Wellstead regarding diligence questions on the 2011 Corporate Group Budget |
| 4/13/2011 | D Rothberg | 2 20 | Prepared schedules for report to the UCC re: 2011 NBS budget |
| 4/13/2011 | D Rothberg | 2 70 | Continued to prepare schedules for report to the UCC re: 2011 NBS Budget |
| 4/13/2011 | J Peterson | 2 80 | Continued to review the 2011 Corporate Group budget and draft the supporting schedules for the UCC report |
| 4/14/2011 | D Rothberg | 1 40 | Continued to prepare schedules for report to the UCC re: 2011 NBS Budget |
| 4/14/2011 | D Rothberg | 1 80 | Prepared schedules for report to the UCC re: 2011 NBS budget |
| 4/14/2011 | J Peterson | 2 70 | Continued to review the 2011 Corporate Group budget and draft the supporting schedules re: controllable costs |
| 4/14/2011 | J Peterson | 2 80 | Continued to prepare the supporting schedules for UCC report on the 2011 Corporate Group budget re: controllable costs |
| 4/14/2011 | D Rothberg | 2 90 | Prepared report for the UCC re: NBS 2011 Budget |
| 4/15/2011 | D Rothberg | 1 80 | Prepared schedules for report to the UCC re: 2011 NBS budget |
| 4/15/2011 | D Rothberg | 1 90 | Prepared report for the UCC re: 2011 NBS Budget |
| 4/15/2011 | J Peterson | 2 20 | Continued to draft the UCC report on the 2011 Corporate Group budget |
| 4/15/2011 | J Hyland | 2 80 | Reviewed NBS budget information for UCC report |
| 4/15/2011 | J Peterson | 2 90 | Continued to draft a report for the UCC on the 2011 Corporate Group budget re: supporting schedules for the uncontrollable costs |
| 4/18/2011 | D Rothberg | 0 80 | Prepared report for the UCC re: 2011 Corporate Group Budget |
| 4/18/2011 | J Peterson | 1.10 | Reviewed the 2011 Corporate Group headcount forecast |
| 4/18/2011 | D Rothberg | 1 10 | Reviewed presentation to the UCC re: Corporate Group 2011 Budget |
| 4/18/2011 | J Peterson | 2 00 | Reviewed the latest draft of the 2011 NBS report |
| 4/18/2011 | D Rothberg | 2 20 | Prepared schedules analyzing global real estate exposure |
| 4/18/2011 | J Hyland | 2 70 | Reviewed UCC presentation re: NBS 2011 budget |

**Capstone Advisory Group, LLC**
**Invoice for the 4-1-2011 - 4-30-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/18/2011 | J. Peterson | 2 70 | Continued to edit and draft a report of the 2011 Corporate Group budget |
| 4/18/2011 | J. Peterson | 2 80 | Continued to prepare and draft the 2011 Corporate Group budget report for distribution to the UCC |
| 4/18/2011 | D. Rothberg | 2 90 | Prepared report for the UCC re: 2011 NBS Budget |
| 4/19/2011 | J. Peterson | 1 20 | Analyzed and reconciled the 1H 2011 NBS AIP to the 1H 2011 NBS budget |
| 4/19/2011 | J. Hyland | 1 50 | Analyzed NBS 2011 budget |
| 4/19/2011 | D. Rothberg | 1 80 | Prepared and reviewed report for the UCC re: 2011 Corporate Group Budget |
| 4/19/2011 | J. Hyland | 2 80 | Reviewed UCC Corporate Group 2011 budget presentation |
| 4/19/2011 | D. Rothberg | 2 90 | Prepared report for the UCC re: NBS 2011 Budget |
| 4/19/2011 | J. Peterson | 2 90 | Continued to review and edit the 2011 Corporate Group budget report for the UCC |
| 4/20/2011 | T. Morilla | 0 40 | Edited the NBS presentation |
| 4/20/2011 | T. Morilla | 1 50 | Reviewed and analyzed the NBS and Corporate Group reports |
| 4/20/2011 | D. Rothberg | 1 60 | Reviewed report for the UCC re: 2011 Corporate Group Budget |
| 4/20/2011 | D. Rothberg | 2 20 | Prepared report for the UCC re: 2011 NBS Budget report |
| 4/20/2011 | J. Peterson | 2 20 | Finalized the 2011 Corporate Group budget report and prepared for distribution to the UCC |
| 4/21/2011 | J. Peterson | 0 90 | Reviewed the M&A costs included in the 2011 Corporate Group budget re: recoveries by estate |
| 4/21/2011 | D. Rothberg | 1 20 | Reviewed the IP Group budget |
| 4/22/2011 | D. Rothberg | 1 00 | Analyzed IP budget in comparison to the Corporate Budget |
| 4/22/2011 | J. Peterson | 1 20 | Reviewed the 2011 IP Group's budget |
| 4/25/2011 | J. Peterson | 1 30 | Prepared for (0 2) and participated in (1 1) a call with D. Rothberg and H Chambers re: 2011 IP Group budget |
| 4/25/2011 | J. Hyland | 1 50 | Analyzed IP budget and compared to U S and Canadian budgets |
| 4/25/2011 | J. Hyland | 2 00 | Reviewed IP budget report for UCC |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/25/2011 | J. Peterson | 2.30 | Continued to draft a report on the 2011 IP Group budget |
| 4/26/2011 | J. Peterson | 1.20 | Continued to edit and update the 2011 IP Group budget presentation |
| 4/26/2011 | J. Peterson | 2.90 | Continued to update and draft a report on the 2011 IP Group budget |
| 4/27/2011 | J. Peterson | 0.70 | Reviewed and analyzed issues re: IP Group |
| 4/27/2011 | J. Borow | 0.90 | Reviewed operating information relating to budgets and performance for 2011 |
| 4/27/2011 | J. Peterson | 1.40 | Reviewed and analyzed the NBS Q1 2011 actuals to budget |
| 4/27/2011 | J. Peterson | 1.60 | Drafted the UCC talking points re: 2011 IP Group budget and bi-weekly cash update |
| Subtotal | | 139.40 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/7/2011 | J. Hyland | 2.40 | Continued analyzing tax matter for proceeds allocation |
| 4/7/2011 | J. Hyland | 2.90 | Analyzed tax matters for proceeds allocation |
| 4/11/2011 | J. Peterson | 1.60 | Continued to review the impact of the SHRED audit in Canada and impact on NOLs |
| 4/21/2011 | J. Hyland | 1.30 | Conducted call with K. Rowe re: NNI taxes |
| 4/21/2011 | J. Hyland | 2.00 | Analyzed NNI taxes |
| 4/22/2011 | J. Hyland | 1.90 | Reviewed NNL tax attributes |
| 4/29/2011 | J. Hyland | 2.50 | Summarized tax analysis |
| Subtotal | | 14.60 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2011 | C. Kearns | 0.30 | Reviewed IP Sale status |
| 4/1/2011 | M. Lasinski | 0.70 | Prepared for call with Counsel |
| 4/1/2011 | M. Lasinski | 0.80 | Participated in call with Counsel |
| 4/1/2011 | J. Borow | 2.30 | Reviewed issues relating to the sale process for the intellectual property of the estates |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2011 | M. Lasinski | 0.60 | Reviewed information provided by Lazard and Debtors |
| 4/2/2011 | M. Lasinski | 2.40 | Reviewed information provided by Lazard and Debtors |
| 4/3/2011 | M. Lasinski | 1.30 | Reviewed information provided by Lazard and Debtors |
| 4/3/2011 | M. Lasinski | 1.70 | Reviewed information provided by Lazard and Debtors |
| 4/4/2011 | C. Kearns | 0.50 | Reviewed the status regarding finalizing IP Sale |
| 4/4/2011 | T. Morilla | 0.50 | Reviewed and analyzed issues regarding the intellectual property |
| 4/4/2011 | J. Borow | 2.20 | Reviewed no shop issues relating to intellectual property sale process |
| 4/5/2011 | J. Hyland | 0.30 | Participated on call with Lazard and Jefferies re: IP monetization |
| 4/5/2011 | J. Hyland | 0.30 | Participated on call with Jefferies and Counsel re: IP UCC presentation |
| 4/5/2011 | J. Hyland | 0.40 | Reviewed IP presentation for UCC |
| 4/5/2011 | J. Borow | 1.30 | Reviewed issues relating to sale of intellectual property process |
| 4/6/2011 | J. Borow | 1.80 | Reviewed no shop issues relating to intellectual property sale process |
| 4/7/2011 | J. Borow | 0.20 | Continued to review issues re: sale of intellectual property and related process |
| 4/7/2011 | J. Borow | 2.90 | Reviewed issues re: sale of intellectual property and related process |
| 4/8/2011 | J. Borow | 1.90 | Reviewed issues re: sale of intellectual property and related process |
| 4/12/2011 | M. Lasinski | 0.50 | Participated in call with Jefferies and Counsel |
| 4/14/2011 | J. Borow | 2.40 | Reviewed issues re: sale of intellectual property and related process |
| 4/15/2011 | J. Borow | 2.40 | Reviewed issues re: sale of intellectual property and related process |
| 4/16/2011 | T. Morilla | 0.50 | Reviewed issues regarding the sale of the intellectual property |
| 4/18/2011 | M. Lasinski | 0.50 | Participated in a IP call with FTI |
| 4/19/2011 | M. Lasinski | 0.40 | Participated in a call with FTI re: IP |
| 4/19/2011 | J. Borow | 2.40 | Reviewed issues pertaining to the sale process for the intellectual property and discussed with Debtors and investment advisors |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/20/2011 | J. Hyland | 0.30 | Conducted call with G. Riedel re: IP budget |
| 4/20/2011 | M. Lasinski | 0.70 | Participated in IP call with Jefferies |
| 4/20/2011 | J. Borow | 1.10 | Reviewed and discussed process re: intellectual property issues |
| 4/20/2011 | J. Peterson | 1.10 | Prepared for (0.8) and participated in (0.3) a call with G. Riedel re: IP Co 2011 budget |
| 4/20/2011 | J. Hyland | 2.40 | Analyzed IP budget for inclusion in Corporate Group budget |
| 4/21/2011 | J. Hyland | 1.00 | Reviewed status of IP monetization |
| 4/21/2011 | M. Lasinski | 1.30 | Reviewed information provided by Debtors and Lazard |
| 4/21/2011 | J. Borow | 2.10 | Reviewed issues pertaining to the sale process for intellectual property and discussed with Debtors and Investment Advisors |
| 4/26/2011 | M. Lasinski | 0.50 | Reviewed IP information provided by counsel |
| 4/26/2011 | M. Lasinski | 0.50 | Continued reviewing information provided by counsel |
| 4/26/2011 | J. Borow | 1.20 | Reviewed issues re: sale process for intellectual property |
| 4/27/2011 | C. Kearns | 0.30 | Reviewed IP Sale status |
| 4/28/2011 | C. Kearns | 0.50 | Reviewed IP Sale status |
| 4/29/2011 | C. Kearns | 0.50 | Reviewed IP sale hearing status and related issues |
| 4/29/2011 | J. Hyland | 1.50 | Reviewed IP monetization status |
| 4/29/2011 | J. Borow | 1.60 | Reviewed issues relating to intellectual property status and stalking |
| Subtotal | | 48.10 | |
| **Total Hours** | | **1104.9** | |