# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit D: Expense Detail**
**For the Period 4-1-2011 through 4-30-2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 4/4/2011 | J Hyland | Airfare for NY trip | $1,073.40 |
| 4/11/2011 | J Hyland | Airfare for NY trip | $666.40 |
| **Subtotal - Airfare/Train** | | | **$1,739.80** |
| **Auto Rental/Taxi** | | | |
| 4/4/2011 | J Hyland | Taxi during NY trip | $31.82 |
| 4/6/2011 | CAG Direct | Taxi in NYC | $167.98 |
| 4/6/2011 | CAG Direct | Taxi in NYC | $85.44 |
| 4/6/2011 | CAG Direct | Taxi in NYC | $77.28 |
| 4/11/2011 | J Hyland | Taxi for NY trip | $92.00 |
| 4/11/2011 | T. Morilla | Taxi due to working late | $31.70 |
| 4/11/2011 | J Hyland | Taxi for NY trip | $8.06 |
| 4/11/2011 | J Hyland | Taxi during NY trip | $6.87 |
| 4/12/2011 | J Hyland | Taxi during NY trip | $15.00 |
| 4/12/2011 | J Hyland | Taxi during NY trip | $7.80 |
| 4/13/2011 | J Hyland | Taxi during NY trip | $100.00 |
| 4/13/2011 | J Hyland | Taxi during NY trip | $20.12 |
| **Subtotal - Auto Rental/Taxi** | | | **$644.07** |

Capstone Advisory Group, LLC
Invoice for the 4-1-2011 - 4-30-2011 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Hotel** | | | |
| 4/5/2011 | J. Hyland | Hotel during NY trip | $266.27 |
| 4/13/2011 | J. Hyland | Hotel during NY trip | $1,655.89 |
| **Subtotal - Hotel** | | | **$1,922.16** |
| **Meals** | | | |
| 4/4/2011 | J. Hyland | Meal during NY trip | $11.60 |
| 4/11/2011 | J. Hyland | Meal during NY trip | $13.47 |
| 4/11/2011 | D. Rothberg | Dinner at due to working late | $6.85 |
| 4/12/2011 | J. Hyland | Meal during NY trip | $2.67 |
| 4/13/2011 | J. Hyland | Meal during NY trip | $15.85 |
| 4/13/2011 | J. Hyland | Meal during NY trip | $7.33 |
| 4/21/2011 | J. Borow | Lunch meeting for J. Borow, D. Rothberg and T. Morilla after UCC meeting | $126.04 |
| **Subtotal - Meals** | | | **$183.81** |
| **Mileage** | | | |
| 4/4/2011 | J. Hyland | Local mileage to/from airport for NY trip | $21.42 |
| 4/11/2011 | J. Hyland | Local mileage to/from airport for NY trip | $21.42 |
| 4/13/2011 | J. Hyland | Local mileage to/from airport for NY trip | $21.42 |
| **Subtotal - Mileage** | | | **$64.26** |
| **Parking/Tolls** | | | |
| 4/4/2011 | J. Hyland | Local tolls for NY trip | $1.60 |
| 4/5/2011 | J. Hyland | Parking during NY trip | $62.00 |
| 4/11/2011 | J. Hyland | Local tolls for NY trip | $1.60 |
| 4/13/2011 | J. Hyland | Local tolls for NY trip | $1.60 |

Capstone Advisory Group, LLC
Invoice for the 4-1-2011 - 4-30-2011 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Subtotal - Parking/Tolls** | | | $66.80 |
| **Telecom** | | | |
| 4/1/2011 | CAG Direct | Capstone telephone charges for Nortel | $1,104.90 |
| 4/2/2011 | CAG Direct | Telephone charges for Nortel | $22.00 |
| 4/7/2011 | CAG Direct | Intercall conference call expenses | $114.30 |
| 4/22/2011 | J Hyland | Long distance charge | $0.49 |
| **Subtotal - Telecom** | | | **$1,241.69** |
| **For the Period 4-1-2011 through 4-30-2011** | | | **$5,862.59** |