IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) Hearing Date: 21 June, 2011 at 9:30 a.m. ) |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:    Ashurst LLP

Authorized to Provide
Professional Services to:    Official Committee of Unsecured Creditors

Date of Retention:    March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:    February 01, 2011 through April 30, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:    £454,646.50 (US $736,527.33)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    £7,394.64 (US $11,979.32)[4]

This is (a)n: _X_ interim ___ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc (2846); Nortel Networks Optical Components, Inc (3545); Nortel Networks HPOCS Inc (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc (0358); Northern Telecom International Inc (6286); and Nortel Networks Cable Solutions Inc (0567).

[2] Ashurst LLP's, February 2011, March 2011, and April 2011 monthly fee applications are incorporated herein by reference

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.62 as published by Bloomberg com on the date of the application

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.62 as published by Bloomberg com on the date of the application

20459975 01

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/28/11 Docket No. 5168 | 02/01/11 – 02/28/11 | £135,847.00 | £512.47 | £108,677.60 | £512.47 | £27,169.40 |
| Date Filed: 04/27/11 Docket No. 5333 | 03/01/11 – 03/31/11 | £222,660.00 | £5,975.08 | £178,128.00 | £5,975.08 | £44,532.00 |
| Date Filed: 05/18/11 Docket No. 5434 | 04/01/11 – 04/30/11 | £96,139.50 | £907.09 | Pending Obj deadline 06/07/11 £76,911.60 | Pending Obj deadline 06/07/11 £907.09 | £19,227.90 |
| TOTALS: | | £454,646.50 | £7,394.64 | £363,717.20[5] | £7,394.64[6] | £90,929.30 |

Summary of any Objections to Fee Applications: None.

Dated: May 24, 2011
      London, United Kingdom

_/s/ Giles Boothman_

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval

[6] The total amount reflected in this column including amounts pending approval