

## CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

May 18, 2011

Ann C. Cordo
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street,
Wilmington, DE 19801

Re: Nortel Networks Inc., et al., Debtors // To: Centennial Ventures VII, L.P.

Case No. 09-10138(KG)

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518508175

FedEx Tracking# 797111407063

cc: United States Bankruptcy Court
   824 North Market Street,
   Wilmington, DE 19801-4908