## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X

In re:                                        :   Chapter 11

                                              :

NORTEL NETWORKS INC., *et al.*,[1]            :   Case No. 09-10138 (KG)

                                              :

                Debtors.      :   (Jointly Administered)

                                              :

                                              :   **Hearing Date: June 7, 2011 at 9:30 a.m. (ET)**

                                              :   **RE:  Docket No. 5444**

---------------------------------------------------------- X

### JOINT ADMINISTRATORS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF JOINT ADMINISTRATORS' CROSS-MOTION TO COMPEL ARBITRATION

The court-appointed administrators and authorized foreign representatives

(collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and

certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the

region known as EMEA (Europe, Middle East, and Africa) in proceedings under the *Insolvency

Act 1986*, pending before the High Court of Justice of England and Wales, hereby submit this

motion (this "Motion for Leave") for entry of an order granting them leave and permission to file

to a reply (the "Cross-Motion Reply") in support of the Joint Administrators' Cross-Motion (as

---

[1]   The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2]   The Administrators in the UK Proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Administrators in the UK Proceedings for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

[3]   The EMEA Debtors are:  Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z. o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

defined herein).    In support of this Motion for Leave, the Joint Administrators respectfully

represent as follows:

1.      On April 25, 2011, Nortel Networks, Inc. ("NNI") and its affiliated

debtors and debtors-in-possession (collectively, the "U.S. Debtors"), and the Official Committee

of Unsecured Creditors (the "Committee" and, together with the US Debtors, the "Movants"),

filed the *Joint Motion of for Entry of an Order Establishing an Allocation Protocol Pursuant to*

*the Interim Funding and Settlement Agreement, and for Related Relief* [D.I. 5307] (the "Joint

Motion").

2.      The deadline to file responses to the Joint Motion was May 19, 2011 at

4:00 p.m. (ET) (the "Joint Motion Response Deadline").

3.      On May 19, 2011, the Joint Administrators filed a response [D.I. 5444]

(the "Response") that (i) objected to the Joint Motion (the "Objection") and (ii) moved to compel

arbitration (the "Cross-Motion").   The Joint Administrators simultaneously filed a motion

seeking leave to file their Response, together with its supporting declaration, under seal [D.I.

5445] (the "Sealing Motion").

4.      The deadline to file responses to the Cross-Motion and the related Sealing

Motion is May 31, 2011 at 4:00 p.m. (ET) (the "Sealing and Cross-Motion Response Deadline").

5.      A hearing on the Joint Motion, the Cross-Motion and the Sealing Motion,

along with any related responses, currently is scheduled for Tuesday, June 7, 2011 at 9:30 a.m.

(ET) (the "Hearing").

6.      Pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00

p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr.

2

LR. 9006-1(d).  The agenda for the Hearing is required to be filed at 12:00 noon (ET) on Friday, June 3, 2011.  Accordingly, the deadline is June 2, 2011 at 4:00 p.m. (ET) for (i) the Movants to file a reply in support of the Joint Motion (the "Joint Motion Reply Deadline") and (ii) the Joint Administrators to file a reply in support of the Cross-Motion (the "Cross-Motion Reply Deadline").

7.      Given the association of the Joint Motion and the Cross-Motion, the Joint Administrators and the Movants agreed to a schedule, which provides that (i) the Sealing and Cross-Motion Response Deadline for the Movants is extended to June 2, 2011 at 4:00 p.m. (ET) to correspond with the Joint Motion Reply Deadline and (ii) subject to court-approval, the Cross-Motion Reply Deadline is extended to June 6, 2011 at noon (ET).

8.      In accordance with the agreement of the Joint Administrators and the Movants, the Joint Administrators respectfully request entry of an order granting them leave and permission to file the Cross-Motion Reply through June 6, 2011 at 12 noon, notwithstanding the provisions of the Local Rules.  The Joint Administrators agreed to an extension of the Sealing and Cross-Motion Response Deadline to allow the Movants to file one pleading responding to the Objection, the Sealing Motion and the Cross-Motion, thereby saving time and expense for the Debtors and their estates.  Given that the extension of the Sealing and Cross-Motion Response Deadline corresponds with the current Cross-Motion Reply Deadline, however, it will not be possible for the Joint Administrators to prepare and file a reply prior in accordance with the Local Rules.

YCST01:11097421.2                                                                                      068476.1001

WHEREFORE, the Joint Administrators respectfully request that this Court enter an order, substantially in the form attached hereto as Exhibit A,  granting them leave to file the Cross-Motion Reply through June 6, 2011 at 12 noon (ET) and granting such other and further relief as is just and necessary.

Dated:   Wilmington, Delaware  
        May 25, 2011

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Edwin J. Harron
_____
James L. Patton (No. 2202)  
Edwin J. Harron (No. 3396)  
Jaime N. Luton (No. 4936)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571–6600  
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**  
Michael Luskin  
Derek J.T. Adler  
One Battery Park Plaza  
New York, New York 10004  
Telephone: (212) 837–6000  
Facsimile: (212) 422–4726

- and -

**HERBERT SMITH LLP**  
Kevin Lloyd  
John Whiteoak  
Richard Lawton  
Exchange House  
Primrose Street  
London  
EC2A 2HS

_Counsel for the Joint Administrators_