# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
: 
In re:                                                       : Chapter 11
                                                             :
NORTEL NETWORKS INC., *et al.*,[1]                           : Case No. 09-10138 (KG)
                                                             :
                              Debtors.                       : (Jointly Administered)
                                                             :
                                                             : **RE: Docket No. 5444, _____**
                                                             :
------------------------------------------------------------ X

## ORDER GRANTING JOINT ADMINISTRATORS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF JOINT ADMINISTRATORS' CROSS-MOTION TO COMPEL ARBITRATION

Upon consideration of the motion (the "Motion for Leave")[2] of the Joint Administrators for entry of an order granting them leave and permission to file a reply in support of the Cross-Motion (the "Cross-Motion Reply"); and it appearing that that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and it appearing that due and adequate notice of the Motion for Leave has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion for Leave is granted.

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.

        2.       The Joint Administrators are granted permission to file the Cross-Motion Reply through June 6, 2011 at 12 noon.

Dated: Wilmington, Delaware
            _____, 2011

                                          _____
                                          Kevin Gross
                                            United States Bankruptcy Judge