# EXHIBIT A

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

May 23, 2011  
Invoice 380573  
Page 2  
Client # 732310

Matter # 165839

For services through April 30, 2011  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 04/04/11 | Maintain original pleadings | | | | |
| | Paralegal  Brenda D. Tobin | | 0.50 hrs. | 105.00 | $52.50 |
| 04/04/11 | Review upcoming critical dates | | | | |
| | Associate  Christopher M. Samis | | 0.20 hrs. | 340.00 | $68.00 |
| 04/11/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 0.30 hrs. | 200.00 | $60.00 |
| 04/13/11 | Review upcoming critical dates | | | | |
| | Associate  Christopher M. Samis | | 0.20 hrs. | 340.00 | $68.00 |
| 04/19/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 04/20/11 | Maintain original pleadings | | | | |
| | Paralegal  Amy B. Boom | | 0.10 hrs. | 105.00 | $10.50 |
| 04/20/11 | Review Horne letter on Committee membership | | | | |
| | Associate  Christopher M. Samis | | 0.20 hrs. | 340.00 | $68.00 |
| 04/21/11 | Calls to and from B. Kahn re: addressing Horne Committee membership letter (.4); Calls to and from A. Cordo re: addressing Horne Committee membership letter (.4) | | | | |
| | Associate  Christopher M. Samis | | 0.80 hrs. | 340.00 | $272.00 |

| | | | | |
|---|---|---|---|---|
| Nortel Creditors Committee | | | May 23, 2011 | |
| c/o Fred S. Hodara, Esq. | | | Invoice 380573 | |
| Akin Gump Strauss Hauer Feld LLP | | | Page 3 | |
| One Bryant Park | | | | |
| New York NY  10036 | | | Client #  732310 | |
| | | | | |
| | | | Matter #  165839 | |

| | | | | |
|---|---|---|---|---|
| 04/26/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Boom | 0.10 hrs. | 105.00 | $10.50 |
| 04/28/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 04/29/11 | Maintain original pleadings | | | |
| Paralegal | Amy B. Boom | 0.10 hrs. | 105.00 | $10.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $860.00 |
| TOTAL DUE FOR THIS INVOICE | **$860.00** |
| BALANCE BROUGHT FORWARD | $572.00 |
| **TOTAL DUE FOR THIS MATTER** | **$1,432.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 23, 2011  
Invoice 380573  
Page 4  
Client #  732310  

Matter #  165839  

For services through April 30, 2011  
relating to Use, Sale of Assets  

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/19/11 | Review draft pleadings and documents concerning sale allocation dispute (1.4); Attend call with professionals to the debtors, the committee and the ad hoc noteholders re: same (2.2) | Director | Mark D. Collins | 3.60 hrs. | 725.00 | $2,610.00 |
| 04/25/11 | Review emails (x3) from B. Kahn re: final draft of allocation motion (.1); Review emails (x3) from A. Cordo re: same (.1); Review final revised draft re: same (.4); Emails (x3) to A. Cordo re: same (.1) | Associate | Drew G. Sloan | 0.70 hrs. | 340.00 | $238.00 |
| 04/28/11 | Review asset purchase agreement and sale motion and procedures motion (with exhibits) for sale of intellectual property | Director | Mark D. Collins | 1.80 hrs. | 725.00 | $1,305.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $4,153.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$4,153.00** |
| BALANCE BROUGHT FORWARD | $68.00 |
| **TOTAL DUE FOR THIS MATTER** | **$4,221.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 5  
Client # 732310

Matter # 165839

For services through April 30, 2011  
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/11 | Retrieve re: 4/12/11 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 04/08/11 | Email to B. Tobin re: preparation for 4/12/11 hearing (.1); Review agenda for 4/12/11 hearing (.2) | Associate — Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 04/11/11 | Attention to e-mail re: telephonic appearance for B. Kahn and S. Schultz (.1); Telephone to Courtcall re: same (.2); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 04/11/11 | Email to B. Kahn re: telephonic appearances for 4/12/11 hearing | Associate — Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 04/12/11 | Prepare for 4/12/11 hearing (.5); Attend 4/12/11 hearing (.6); Emails to B. Kahn re: preparation for 4/12/11 hearing (.3) | Associate — Christopher M. Samis | 1.40 hrs. | 340.00 | $476.00 |
| 04/18/11 | Circulate 4/12/11 hearing transcript | Paralegal — Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 04/20/11 | Call with C. Samis re: attendance at 4/26/11 hearing | Associate — Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 04/21/11 | Retrieve re: 4/26/11 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 04/21/11 | Email to M. Collins and D. Sloan re: coverage for 4/26/11 hearing (.1); Call to D. Sloan re: coverage for 5/2/11 hearing (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 6

Client # 732310

Matter # 165839

---

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/21/11 | Meeting with C. Samis re: attendance at 4/26/11 hearing (.2); Review agenda re: same (.2); Preparation for same (.5); Review email from C. Samis re: same (.1); Call with C. Samis re: same (.1); Review amended agenda re: 4/26/11 hearing (.2) | Associate | Drew G. Sloan | 1.30 hrs. | 340.00 | $442.00 |
| 04/25/11 | Prepare 04/26/11 hearing binder per C. Samis (3.0); Update 04/26/11 hearing binder per C. Samis (.5) | Paralegal | Brenda D. Tobin | 3.50 hrs. | 105.00 | $367.50 |
| 04/25/11 | E-mails to B. Witters re: preparations for 4/26/11 Nortel hearing (.1 x 2) (.2); E-mail to D. Sloan re: preparations for 4/26/11 Nortel hearing (.1 x 2) (.2) | Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 04/25/11 | Email to L. Morris re: preparation for 4/26/11 hearing (.1); Discussion with M. Collins re: same (.1); Review amended agenda re: 4/26/11 hearing (.2); Email to B. Witters re: same (.1); Call with B. Kahn re: same (.1); Review email from C. Samis re: same (.1); Review email from B. Kahn re: draft allocation motion (.1); Review same (.3) | Associate | Drew G. Sloan | 1.10 hrs. | 340.00 | $374.00 |
| 04/25/11 | Review pleadings, including allocation procedures motion, in preparation for omnibus hearing | Director | Mark D. Collins | 1.90 hrs. | 725.00 | $1,377.50 |
| 04/26/11 | E-mails to L. Morris re: preparations for 4/26/11 Nortel hearing (.1 x 2) (.2); E-mails to F. Hodara re: preparations for 4/26/11 Nortel hearing (.1 x 2) (.2) | Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 04/26/11 | Discussions (x2) with M. Collins re: preparation for 4/26/11 hearing (.2); Review email from L. Morris re: same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 04/26/11 | Preparation for and attendance at omnibus hearing, including chambers conference on allocation procedures motion | Director | Mark D. Collins | 4.10 hrs. | 725.00 | $2,972.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 23, 2011  
invoice 380573  
Page 7  

Client # 732310  

Matter # 165839  

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/28/11 Paralegal | Retrieve re: 5/2/11 agenda (.1); E-mail to distribution re: same (.1) Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 04/28/11 Paralegal | Prepare 05/02/11 hearing binder per B. Witters Brenda D. Tobin | 0.90 hrs. | 105.00 | $94.50 |
| 04/28/11 Associate | Review agenda re: 5/2/11 hearing (.1); Email to B. Witters re: same (.1); Email to B. Kahn re: same (.1); Preparation for same (.4) Drew G. Sloan | 0.70 hrs. | 340.00 | $238.00 |
| 04/29/11 Paralegal | Circulate to distribution re: 5/2/11 amended agenda Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 04/29/11 Paralegal | Update 05/02/11 hearing binder per D. Sloan Brenda D. Tobin | 1.80 hrs. | 105.00 | $189.00 |
| 04/29/11 Associate | Review voicemail from J. Sturm re preparation for 5/2/11 hearing (.1); Emails (x2) to J. Sturm re same (.1); Call with J. Strum re same (.1); Review amended agenda re same (.1); Email to B. Witters re same (.1); Preparation for same (.4) Drew G. Sloan | 0.90 hrs. | 340.00 | $306.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $7,723.00 |
| TOTAL DUE FOR THIS INVOICE | $7,723.00 |
| BALANCE BROUGHT FORWARD | $2,742.90 |
| **TOTAL DUE FOR THIS MATTER** | **$10,465.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 8  
Client # 732310

Matter # 165839

---

For services through April 30, 2011  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/11 | Retrieve re: notice of appeal UK Pension (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 04/05/11 | Email to B. Witters re: circulation of notice of appeal to Third Circuit in UK Pension Proceedings stay enforcement order | Associate — Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 04/06/11 | Call to B. Kahn re: participating in potential U.K. Pension 2004 motion call (.2); Prepare for call with debtors re: potential U.K. Pension 2004 motion (.4); Emails to B. Kahn re: participating in call with debtors re: potential U.K. Pension 2004 motion (.2); Participate in call with debtors re: potential U.K. Pension 2004 motion (.8); Call to B. Kahn re: follow-up on call with debtors re: potential U.K. Pension 2004 motion (.2) | Associate — Christopher M. Samis | 1.80 hrs. | 340.00 | $612.00 |
| 04/08/11 | Email to B. Witters re: circulating documents in U.K. Pension 3d Cir. appeal | Associate — Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 04/11/11 | Retrieve re: third circuit motion to expedite appeal (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 04/11/11 | Email to B. Witters re: entry of appearances in Third Circuit in U.K. Pension stay appeal (.1); Research mechanics of Third Circuit admission and practice for U.K. Pension stay appeal (.4); Email to J. Sturm re: Third Circuit admission and practice U.K. Pension stay appeal (.1) | Associate — Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 04/12/11 | Email to J. Sturm re: service of U.K. Pension appeal and motion to expedite same | Associate — Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 9

Client #  732310

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/13/11 | Discussion with C. Samis re: notice of appearance in third circuit for Nortel UK (.1); Prepare notice of appearance for M. Collins re: same (.2); Prepare cos re: same (.2); Prepare notice of appearance for C. Samis re: same (.2); Prepare cos re: same (.2); Prepare notice of appearance for J. Sturm re: same (.2); Prepare cos re: same (.2); Prepare corporate disclosure statement for third circuit (.3); Prepare cos re: same (.2); Prepare service information re: same (.4) | Paralegal — Barbara J. Witters | 2.20 hrs. | 200.00 | $440.00 |
| 04/13/11 | Meet with B. Witters re: drafting notices of appearance and applications for U.K. Pension appeal to Third Circuit (.2); Email to B. Witters re: materials for drafting notices of appearance and applications for U.K. Pension appeal to Third Circuit (.1); Meet with L. Morris re: drafting notices of appearance and applications for U.K. Pension appeal to Third Circuit (.1) | Associate — Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 04/14/11 | Prepare third circuit notice of appearance for D. Botter (.2); Prepare cos re: same (.2); Prepare third circuit notice of appearance for F. Hodara (.2); Prepare cos re: same (.2); Revise third circuit notice of appearances for M. Collins, S. Samis and J. Sturm (.3) | Paralegal — Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| 04/14/11 | Meet with B. Witters re: revisions to draft notices of appearance for U.K. Pension Third Circuit appeal (.2); Review draft notices of appearance for U.K. Pension Third Circuit appeal (.3); Call to J. Sturm re: procedures for entering appearance in U.K. Pension Third Circuit appeal and strategy for filing response to motion to expedite (.2); Meet with L. Morris re: appropriate method for admissions to Third Circuit for U.K. Pension Third Circuit appeal (.2); Review admission rules for U.K. Pension Third Circuit appeal (.4); Review draft admission documentation for Third Circuit in U.K. Pension Third Circuit appeal and strategy for filing response to motion to expedite (.3); Emails to J. Sturm re: service of reply to motion to expedite and associated documentation (.2) | Associate — Christopher M. Samis | 1.80 hrs. | 340.00 | $612.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 23, 2011
Invoice 380573
Page 10

Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/15/11 | Revise F. Hodara entry of appearance in third circuit (.1); E-mail to C. Samis re: same (.1); Finalize, file and coordinate service re: Nortel UK entry of appearance for M. Collins (.2); Finalize, file and coordinate service re: Nortel UK entry of appearance for C. Samis (.2); Finalize, file and coordinate service re: Nortel UK entry of appearance for F. Hodara (.2); Finalize, file and coordinate service re: Nortel UK entry of appearance for D. Botter (.2); Prepare aos re: opposition of appellee to appellants motion for expedited appeal (.2); Paralegal support for filing of third circuit pleadings (1.0); Telephone call with M. DeCarli re: questions for filing of third circuit documents x2 (.2); Finalize, file and coordinate service re: opposition of committee to appellants motion for expedited appeal (.3); Finalize and file re: declaration of L. Rachel Helyar in support of opposition of committee to appellants motion for expedited appeal (.3); Finalize and file AOS re: opposition of committee to appellants motion for expedited appeal x2 (.4); E-mail to distribution re: opposition and declaration of same (.1); E-mail to the Bayard firm re: same (.1) | Paralegal Barbara J. Witters | 3.60 hrs. | 200.00 | $720.00 |
| 04/15/11 | Attention to preparing documentation for, filing and service of appellate appearance/admissions papers in Third Circuit U.K. Pension appeal (6.6); Review and revise opposition to motion to expedite and related pleadings in Third Circuit U.K. Pension appeal (1.4); Attention to filing and service of opposition to motion to expedite and related pleadings in Third Circuit U.K. Pension appeal (1.5) | Associate Christopher M. Samis | 9.50 hrs. | 340.00 | $3,230.00 |
| 04/18/11 | Call to Third Circuit Court of Appeals re: correcting filing issues with respect to pleadings filed 4/15/11 in U.K. Pension appeal (.4); Meet with J. Madron re: correcting filing issues with respect to pleadings filed 4/15/11 in U.K. Pension appeal (.2); Call to J. Sturm re: update on correcting filing issues with respect to pleadings filed 4/15/11 in U.K. Pension appeal (.1); Email to B. Witters re: circulation of U.K. Pension Third Circuit appeal pleadings to Cleary (.1); Call to R. Helyar re: update on correcting filing issues with respect to pleadings filed 4/15/11 in U.K. Pension appeal (.1) | Associate Christopher M. Samis | 0.90 hrs. | 340.00 | $306.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

May 23, 2011  
Invoice 380573  
Page 11  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/11 | Participate in conference call with F. Hodara, D. Botter, J. Bromley, M. Collins, Debtors and other parties in interest re: pre-call on addressing allocation process (2.6); Participate in conference call with F. Hodara, D. Botter, J. Bromley, M. Collins and Debtors and others re: addressing allocation process (1.1); Call to M. Collins re: protective administrative claim motion (.2); Call to F. Hodara re: strategy for forcing allocation resolution (.2); Calls to M. Collins re: strategy for forcing allocation resolution (.4); Email to M. Collins re: strategy for forcing allocation resolution (.1); Email to F. Hodara re: strategy for forcing allocation resolution (.1) | Associate Christopher M. Samis | 4.70 hrs. | 340.00 | $1,598.00 |
| 04/20/11 | Review revised joint allocation protocol motion and related documentation (1.8); Call to D. Sloan re: coverage for 4/26/11 hearing (.1); Emails to M. Collins re: coverage for 4/26/11 hearing and items going forward (.2); Review Ashurst comments to revised allocation protocol motion and related documentation (.2); Call from B. Kahn re: status of allocation strategy negotiations and Horne letter on Committee membership (.2); Call from A. Cordo re: filing of joint allocation protocol motion and related documentation (.2) | Associate Christopher M. Samis | 2.70 hrs. | 340.00 | $918.00 |
| 04/21/11 | Review further revised allocation protocol motion | Associate Christopher M. Samis | 1.20 hrs. | 340.00 | $408.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $9,586.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$9,586.00** |
| BALANCE BROUGHT FORWARD | $1,108.00 |
| **TOTAL DUE FOR THIS MATTER** | **$10,694.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 23, 2011  
Invoice 380573  
Page 12  

Client # 732310  

Matter # 165839  

For services through April 30, 2011  
relating to Retention of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/11 | Call to J. Sturm re: retention of actuary for sale proceeds division mediation | | | | |
| | Associate Christopher M. Samis | | 0.10 hrs. | 340.00 | $34.00 |
| 04/11/11 | Locate form motion for modification of retention to use for Ashurst modification (.3); Call with J. Sturm and T. Tinker re: retention of actuary through Ashurst (.3); Calls to/from J. Sturm re: retention of actuary through Ashurst (.4); Emails to T. Tinker re: retention of actuary through Ashurst (.2); Email to J. Sturm re: motion for modification of retention to use for Ashurst modification (.1) | | | | |
| | Associate Christopher M. Samis | | 1.30 hrs. | 340.00 | $442.00 |

Total Fees for Professional Services     $476.00

TOTAL DUE FOR THIS INVOICE     **$476.00**

**TOTAL DUE FOR THIS MATTER**     **$476.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 23, 2011
Invoice 380573
Page 13

Client # 732310

Matter # 165839

For services through April 30, 2011
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/06/11 | Attention to e-mail from B. Kahn re: March estimates of fees and expenses (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 04/11/11 | Prepare cno re: RLF February fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 04/11/11 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly re: application (.1); Review email from C. Samis re: same (.1); Review and execute same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 04/14/11 | Review RLF March bill memo | Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 04/15/11 | Review March 2011 bill memos re: RLF monthly fee application (.2); Discussion with B. Witters re: comments to same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 04/27/11 | Review and revise RLF March fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.90 hrs. | 200.00 | $180.00 |
| 04/27/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services                $754.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 14  
Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $754.00 |
| | $935.60 |
| **TOTAL DUE FOR THIS MATTER** | **$1,689.60** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | May 23, 2011<br>Invoice 380573<br>Page 15<br>Client #  732310<br><br>Matter #  165839 |

For services through April 30, 2011
relating to  Fee Applications of Others

| | | | | | |
|---|---|---|---|---|---|
| 04/06/11 | | Review email from B. Kahn re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | | 0.10 hrs. | 340.00 | $34.00 |
| | | | | | |
| 04/07/11 | | Attention to e-mail re: Capstone February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 200.00 | $200.00 |
| | | | | | |
| 04/07/11 | | Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| | | | | | |
| 04/13/11 | | Attention to Akin Gump February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize and file re: same (.3) | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 200.00 | $200.00 |
| | | | | | |
| 04/13/11 | | Review email from B. Kahn re: filing Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| | | | | | |
| 04/19/11 | | Attention to e-mail re: Fraser Milner February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | | 1.10 hrs. | 200.00 | $220.00 |
| | | | | | |
| 04/19/11 | | Review Fraser Milner monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

May 23, 2011  
Invoice 380573  
Page 16

Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/11 | Prepare cno re: Ashurst February fee application (.2); Update fee status chart (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.60 hrs. | 200.00 | $120.00 |
| 04/20/11 | Review and execute certificate of no objection re: Ashurst monthly fee application | | | | |
| | Associate — Drew G. Sloan | | 0.10 hrs. | 340.00 | $34.00 |
| 04/26/11 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Call with B. Witters re: comments to same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| 04/27/11 | Attention to e-mail re: Ashurst March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: service of same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 1.00 hrs. | 200.00 | $200.00 |
| 04/27/11 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.50 hrs. | 340.00 | $170.00 |
| 04/28/11 | Call with M. Wunder re: Fraser monthly fee application (.1); Review email from M. Wunder re: same (.1); Review as filed fee application re: same (.2); Call with A. Cordo re: same (.2) | | | | |
| | Associate — Drew G. Sloan | | 0.60 hrs. | 340.00 | $204.00 |
| 04/29/11 | Prepare cno re: Capstone fee application | | | | |
| | Paralegal — Barbara J. Witters | | 0.20 hrs. | 200.00 | $40.00 |
| 04/29/11 | Finalize and file certification of no objection for Capstone | | | | |
| | Paralegal — Rebecca V. Speaker | | 0.20 hrs. | 200.00 | $40.00 |

Total Fees for Professional Services       $2,006.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 17

Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $2,006.00 |
| | $4,380.00 |
| **TOTAL DUE FOR THIS MATTER** | $6,386.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 18  
Client #  732310

## Summary of Hours

|                      | Hours | Rate/Hr | Dollars   |
|----------------------|-------|---------|-----------|
| Amy B. Boom          | 0.30  | 105.00  | 31.50     |
| Barbara J. Witters   | 16.80 | 200.00  | 3,360.00  |
| Brenda D. Tobin      | 6.70  | 105.00  | 703.50    |
| Christopher M. Samis | 29.50 | 340.00  | 10,030.00 |
| Drew G. Sloan        | 9.20  | 340.00  | 3,128.00  |
| Mark D. Collins      | 11.40 | 725.00  | 8,265.00  |
| Rebecca V. Speaker   | 0.20  | 200.00  | 40.00     |
| TOTAL                | 74.10 | $344.91 | 25,558.00 |

**TOTAL DUE FOR THIS INVOICE**                                                         $27,217.92

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310