# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

May 23, 2011
Invoice 380573

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through April 30, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $50.00 |
| Document Retrieval | $153.60 |
| Filing Fees | $265.00 |
| Long distance telephone charges | $107.03 |
| Messenger and delivery service | $78.30 |
| Photocopying/Printing | $930.70 |
| 7,118 @ $.10 pg./ 2,189 @ $.10/pg. | |
| Postage | $75.29 |

| | |
|---|---:|
| Other Charges | $1,659.92 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,659.92** |
| BALANCE BROUGHT FORWARD | $785.77 |
| **TOTAL DUE FOR THIS MATTER** | **$2,445.69** |

■ ▫ ■

One Rodney Square  ▪ 920 North King Street  ▪ Wilmington, DE 19801  ▪ Phone: 302-651-7700  ▪ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 23, 2011  
Invoice 380573  
Page 19  
Client #  732310  

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
    Case Administration  
    Use, Sale of Assets  
    Court Hearings  
    Litigation/Adversary Proceedings  
    Retention of Others  
    RLF Fee Applications  
    Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 03/18/11 | PACER | | DOCRETRI |
| | Amount = | $0.56 | |
| 04/06/11 | 12128728121 Long Distance | | LD |
| | Amount = | $6.95 | |
| 04/07/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 04/07/11 | Postage | | POST |
| | Amount = | $8.25 | |
| 04/07/11 | Printing | | DUP.10CC |
| | Amount = | $6.00 | |
| 04/08/11 | 12128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/08/11 | PACER | | DOCRETRI |
| | Amount = | $1.92 | |
| 04/11/11 | 12128721056 Long Distance | | LD |
| | Amount = | $22.24 | |
| 04/11/11 | 12128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/11/11 | PACER | | DOCRETRI |
| | Amount = | $5.52 | |
| 04/11/11 | PACER | | DOCRETRI |
| | Amount = | $3.28 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 23, 2011  
Invoice 380573  
Page 20  
Client # 732310  

| Date | Description | | Code |
|---|---|---|---|
| 04/12/11 | PACER | | DOCRETRI |
| | Amount = | $0.24 | |
| 04/13/11 | U.S. DISTRICT COURT CLERK: Certificate Of Good Standing | | FLFEE |
| | Amount = | $15.00 | |
| 04/13/11 | UNITED STATES COURT OF: Application For Admission To U.S Court Of Appeals For The Third Circuit CXS | | FLFEE |
| | Amount = | $190.00 | |
| 04/13/11 | Photocopies | | DUP.10CC |
| | Amount = | $39.50 | |
| 04/13/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 04/13/11 | PACER | | DOCRETRI |
| | Amount = | $4.40 | |
| 04/13/11 | Postage | | POST |
| | Amount = | $14.85 | |
| 04/13/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 04/13/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 04/13/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 04/13/11 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 04/13/11 | Printing | | DUP.10CC |
| | Amount = | $9.70 | |
| 04/14/11 | COURTCALL LLC | | FLFEE |
| | Amount = | $60.00 | |
| 04/14/11 | 12128721056 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/14/11 | 12128721056 Long Distance | | LD |
| | Amount = | $5.56 | |
| 04/14/11 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 23, 2011  
Invoice 380573  
Page 21  

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/15/11 | US. Court of Appeals for 3rd Cir. - Messenger and delivery | | MESS |
| | Amount = | $11.70 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $2.40 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $16.60 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $3.20 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $20.80 | |
| 04/15/11 | Photocopies | | DUP.10CC |
| | Amount = | $17.60 | |
| 04/15/11 | 12672994943 Long Distance | | LD |
| | Amount = | $5.56 | |
| 04/15/11 | 12128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 04/15/11 | 14438042896 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/15/11 | 14438042896 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/15/11 | 13102291079 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/15/11 | 13102291079 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/15/11 | Messenger and delivery charges | | MESS |
| | Amount = | $28.80 | |
| 04/15/11 | Messenger and delivery charges | | MESS |
| | Amount = | $7.70 | |
| 04/15/11 | Messenger and delivery | | MESS |
| | Amount = | $4.50 | |
| 04/15/11 | PACER | | DOCRETRI |
| | Amount = | $8.64 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 23, 2011
Invoice 380573
Page 22

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/15/11 | Postage | | POST |
| | Amount = | $11.12 | |
| 04/15/11 | Postage | | POST |
| | Amount = | $9.73 | |
| 04/15/11 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 04/18/11 | 13102291079 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/18/11 | 12155972995 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/18/11 | 12155972995 Long Distance | | LD |
| | Amount = | $12.51 | |
| 04/18/11 | 14058405151 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/18/11 | PACER | | DOCRETRI |
| | Amount = | $2.48 | |
| 04/19/11 | Photocopies | | DUP.10CC |
| | Amount = | $45.50 | |
| 04/19/11 | 12128728040 Long Distance | | LD |
| | Amount = | $5.56 | |
| 04/19/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 04/19/11 | Postage | | POST |
| | Amount = | $14.25 | |
| 04/19/11 | Printing | | DUP.10CC |
| | Amount = | $9.70 | |
| 04/19/11 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 04/19/11 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 04/19/11 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 04/19/11 | Printing | | DUP.10CC |
| | Amount = | $8.50 | |
| 04/19/11 | Printing | | DUP.10CC |
| | Amount = | $8.50 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | | May 23, 2011 |
| c/o Fred S. Hodara, Esq. | | | Invoice 380573 |
| Akin Gump Strauss Hauer Feld LLP | | | Page 23 |
| One Bryant Park | | | |
| New York NY 10036 | | | Client #  732310 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 04/20/11 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 04/20/11 | Printing | | DUP.10CC |
| | | Amount =  $2.90 | |
| 04/20/11 | Printing | | DUP.10CC |
| | | Amount =  $3.30 | |
| 04/21/11 | 12128728121 Long Distance | | LD |
| | | Amount =  $9.73 | |
| 04/21/11 | 12128728121 Long Distance | | LD |
| | | Amount =  $5.56 | |
| 04/21/11 | PACER | | DOCRETRI |
| | | Amount =  $16.88 | |
| 04/21/11 | PACER | | DOCRETRI |
| | | Amount =  $7.60 | |
| 04/21/11 | Printing | | DUP.10CC |
| | | Amount =  $2.10 | |
| 04/25/11 | Binding/Tabs Velobinding | | BIND |
| | | Amount =  $50.00 | |
| 04/25/11 | Photocopies | | DUP.10CC |
| | | Amount =  $59.00 | |
| 04/25/11 | Photocopies | | DUP.10CC |
| | | Amount =  $15.20 | |
| 04/25/11 | Photocopies | | DUP.10CC |
| | | Amount =  $92.50 | |
| 04/25/11 | Photocopies | | DUP.10CC |
| | | Amount =  $1.80 | |
| 04/25/11 | Photocopies | | DUP.10CC |
| | | Amount =  $78.00 | |
| 04/25/11 | Photocopies | | DUP.10CC |
| | | Amount =  $12.00 | |
| 04/25/11 | 12128728121 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 04/25/11 | PACER | | DOCRETRI |
| | | Amount =  $39.68 | |
| 04/25/11 | Printing | | DUP.10CC |
| | | Amount =  $2.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

May 23, 2011  
Invoice 380573  
Page 24

Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $2.70 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $2.20 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $2.30 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $8.00 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $7.00 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $4.50 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $5.00 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $5.50 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $5.00 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $3.70 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $4.30 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $1.20 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $4.20 | | |
| 04/25/11 | Printing | | DUP.10CC |
| | Amount = $1.30 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 23, 2011  
Invoice 380573  
Page 25  

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 04/25/11 | Printing | Amount = $1.90 | DUP.10CC |
| 04/25/11 | Printing | Amount = $1.20 | DUP.10CC |
| 04/25/11 | Printing | Amount = $2.80 | DUP.10CC |
| 04/25/11 | Printing | Amount = $1.00 | DUP.10CC |
| 04/26/11 | Printing | Amount = $5.20 | DUP.10CC |
| 04/26/11 | Printing | Amount = $9.90 | DUP.10CC |
| 04/26/11 | Printing | Amount = $16.80 | DUP.10CC |
| 04/27/11 | Photocopies | Amount = $51.50 | DUP.10CC |
| 04/27/11 | Messenger and delivery charges | Amount = $6.40 | MESS |
| 04/27/11 | Postage | Amount = $17.09 | POST |
| 04/27/11 | Printing | Amount = $5.00 | DUP.10CC |
| 04/27/11 | Printing | Amount = $2.00 | DUP.10CC |
| 04/28/11 | Photocopies | Amount = $31.60 | DUP.10CC |
| 04/28/11 | PACER | Amount = $1.60 | DOCRETRI |
| 04/28/11 | PACER | Amount = $50.00 | DOCRETRI |
| 04/28/11 | Printing | Amount = $3.20 | DUP.10CC |
| 04/28/11 | Printing | Amount = $1.10 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 23, 2011  
Invoice 380573  
Page 26  

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 04/28/11 | Printing | Amount = $5.80 | DUP.10CC |
| 04/28/11 | Printing | Amount = $11.50 | DUP.10CC |
| 04/28/11 | Printing | Amount = $3.40 | DUP.10CC |
| 04/29/11 | Photocopies | Amount = $48.00 | DUP.10CC |
| 04/29/11 | Photocopies | Amount = $87.20 | DUP.10CC |
| 04/29/11 | Photocopies | Amount = $88.80 | DUP.10CC |
| 04/29/11 | PACER | Amount = $8.00 | DOCRETRI |
| 04/29/11 | Printing | Amount = $1.00 | DUP.10CC |
| 04/29/11 | Printing | Amount = $2.60 | DUP.10CC |
| 04/29/11 | Printing | Amount = $3.30 | DUP.10CC |
| 04/29/11 | Printing | Amount = $3.20 | DUP.10CC |
| 04/29/11 | Printing | Amount = $4.80 | DUP.10CC |
| 04/29/11 | Printing | Amount = $2.50 | DUP.10CC |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,659.92