IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X

*In re*                                                      :         Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                           :         Case No. 09-10138 (KG)
                                                            :
                                     Debtors.                :         Jointly Administered
                                                            :
-------------------------------------------------------- X

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 5365

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to the **Twenty-Fourth Interim Application Of Jackson Lewis LLP, As Counsel To**

**Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For**

**Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period**

**February 1, 2011 Through February 28, 2011** (the "Application") (D.I. 5365), filed on May 2,

2011.

The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in this case and that no answer, objection or other responsive pleading to the

Application appears thereon. Pursuant to the Notice, objections to the Application were to be

filed and served no later than May 23, 2011 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a)

and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and
Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are
available at http://dm.epiq11.com/nortel.

Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $11,059.75 | $0.00 | $8,847.80 | $8,847.80 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: May 25, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors In Possession*