# EXHIBIT A

4277185.1

**Keightley & Ashner LLP**
One Metro Center
700 12th Street, N.W., Suite 700
Washington, DC 20005
Federal Tax ID: 20-2443815

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
May 25, 2011

In Reference To: Nortel Employee Benefits Issues (April 1-30, 2011)

Invoice # 2015

Professional Services

| Date | Professional | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 4/4/2011 | Harold Ashner | Telephone conference with Louis Lipner re issues relating to preparation of retention papers | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Confer with Jim Keightley re telecon with Louis Lipner | 0.10 $700.00/hr | $70.00 |
| | Jim Keightley | Confer with Harold Ashner re his telecon with Louis Lipner | 0.10 $750.00/hr | $75.00 |
| 4/5/2011 | Harold Ashner | Telephone conference with Louis Lipner re retention application and related issues | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Confer with Jim Keightley re relationship check issues to address in retention declaration | 0.20 $700.00/hr | $140.00 |
| | Jim Keightley | Confer with Harold Ashner re relationship check issues to address in retention declaration | 0.20 $750.00/hr | $150.00 |
| 4/8/2011 | Harold Ashner | Telephone conference with Louis Lipner re retention application issues | 0.40 $700.00/hr | $280.00 |
| 4/9/2011 | Harold Ashner | Per discussion with Louis Lipner, locate and review K&A retention applications and declarations in selected prior bankruptcies and send all documents to Louis Lipner | 0.70 $700.00/hr | $490.00 |
| 4/15/2011 | Harold Ashner | Preliminary review of draft declaration for engagement as sent by Louis Lippner April 15, 12:17 AM, comparing to models previously sent to him | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Telephone conference with Louis Lipner re April 15, 12:17 AM, draft of declaration | 0.10 $700.00/hr | $70.00 |
| 4/16/2011 | Harold Ashner | Detailed review and annotation of and revision to draft declaration for engagement as sent by Louis Lippner April 15, 12:17 AM, and include key questions/issues for further review and development | 0.60 $700.00/hr | $420.00 |
| | Harold Ashner | Additional review of K&A retention applications and declarations in selected prior bankruptcies to locate appropriate language for use in current draft declaration | 0.40 $700.00/hr | $280.00 |
| 4/17/2011 | Harold Ashner | Further review of and revision to draft declaration | 0.40 $700.00/hr | $280.00 |
| 4/18/2011 | Harold Ashner | Review notes on draft declaration for engagement to prepare for telecon with Louis Lipner | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Telephone conference with Louis Lipner re issues relating to draft declaration for engagement | 0.20 $700.00/hr | $140.00 |
| 4/19/2011 | Harold Ashner | Revise draft declaration for engagement as sent by Louis Lipner April 15, 12:17 AM, and give to Jim Keightley for review | 0.60 $700.00/hr | $420.00 |
| | Jim Keightley | Review revised draft declaration for engagement (.1) and confer with Harold Ashner re same (.1) | 0.20 $750.00/hr | $150.00 |
| | Harold Ashner | Confer with Jim Keightley re revised draft declaration for engagement (.1) | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Final review of revised draft declaration for engagement, run compare to version sent by Louis Lipner, and send revised version and compare to Louis Lipner for review | 0.10 $700.00/hr | $70.00 |
| | Jim Keightley | Review draft declaration for engagement | 0.20 $750.00/hr | $150.00 |
| 4/21/2011 | Harold Ashner | Telephone conference with Louis Lipner re logistics, next steps, etc., re retention application | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Follow-up telephone conference with Louis Lipner re logistics, next steps, etc., re retention application | 0.40 $700.00/hr | $280.00 |
| | Harold Ashner | Review and annotate retention declaration and application with issues to discuss with Louis Lipner | 0.40 $700.00/hr | $280.00 |
| | Harold Ashner | Revise CGSH redraft of retention declaration | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Revise CGSH draft of retention motion | 0.30 $700.00/hr | $210.00 |
| 4/22/2011 | Jim Keightley | Final review of declaration, sign, and email to Louis Lippner | 0.20 $750.00/hr | $150.00 |
| | SUBTOTAL: | | [ 6.90 | $4,875.00] |

Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| <u>Employee Benefits/Pensions</u> | | | | |
| 4/1/2011 | Harold Ashner | Telephone conference with Leah LaPorte Malone, Bob Raymond, Jim Bromley, Louis Lipner, Luke Barefoot, and Jim Keightley re pension claim issues | 0.60<br>$700.00/hr | $420.00 |
| | Jim Keightley | Telephone conference with Leah LaPorte Malone, Bob Raymond, Jim Bromley, Louis Lipner, Luke Barefoot, and Harold Ashner re pension claim issues | 0.60<br>$750.00/hr | $450.00 |
| | Harold Ashner | Review/analyze claims and related documents, as forwarded by Leah LaPorte Malone, and compare to claims filed in other cases | 0.40<br>$700.00/hr | $280.00 |
| | Jim Keightley | Review claims and attachments | 0.30<br>$750.00/hr | $225.00 |
| | Harold Ashner | Review email from Bill Beyer re pension claim research | 0.10<br>$700.00/hr | $70.00 |
| | Bill Beyer | Email exchange with Harold Ashner re pension claim research | 0.10<br>$700.00/hr | $70.00 |
| | Bill Beyer | Review claims and attachments | 0.20<br>$700.00/hr | $140.00 |
| | SUBTOTAL: | | [       2.30 | $1,655.00] |
| | For professional services rendered | | 9.20 | $6,530.00 |
| | Balance due | | | $6,530.00 |