IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Case No 09-10138 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing Date: June 21, 2011 at 9:30 a.m. (ET) |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:           Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:     Official Committee of Unsecured Creditors

Date of Retention:            March 5, 2009, Nunc Pro Tunc to January 26, 2009

Period for which compensation
and reimbursement is sought:  February 1, 2011 through April 30, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $1,655,438.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $38,462.39

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc (9769); Nortel Altsystems International Inc. (5596); Xros, Inc (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc (5722); Nortel Networks Applications Management Solutions, Inc (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's February, March and April 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 4/7/11 Docket No. 5231 | 2/1/11 to 2/28/11 | $478,652.00 | $24,386.78 | $382,921.60 | $24,386.78 | $95,730.40 |
| Date Filed: 5/10/11 Docket No. 5406 | 3/1/11 to 3/31/11 | $623,657.50 | $8,213.02 | Pending Obj. Deadline $498,926.00 | Pending Obj. Deadline $8,213.02 | $124,731.50 |
| Date Filed: 5/24/11 Docket No. 5477 | 4/1/11 to 4/30/11 | $553,128.50 | $5,862.59 | Pending Obj. Deadline $442,502.80 | Pending Obj. Deadline $5,862.59 | $110,625.70 |
| TOTALS: | | $1,655,438.00 | $38,462.39 | $1,324,350.40 | $38,462.39 | $331,087.60 |

Summary of any Objections to Fee Applications: None.

Dated: May 25, 2011
New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al