IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
                                                               :    Chapter 11
                                                               :
*In re*                                                        :
                                                               :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1]                            :
                                                               :    Jointly Administered
                         Debtors.                              :
                                                               :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROMPT DETERMINATION REQUEST

**PLEASE TAKE NOTICE THAT** on October 26, 2010, NNI filed an Iowa corporation income tax return for the taxable period beginning on January 1, 2009 and ending on December 31, 2009 (the "Tax Return").

**PLEASE TAKE NOTICE THAT** NNI requested a prompt determination of its tax liability related to the Tax Return pursuant to section 505(b)(2) of the U.S. Bankruptcy Code (the "Request"), which required the Iowa Department of Revenue (the "IDR") to notify the Debtors if the Tax Return was selected for examination within sixty (60) days of the Request and to complete the examination within one-hundred eighty (180) days of the Request.

**PLEASE TAKE FURTHER NOTICE THAT** on December 20, 2011, the IDR notified the Debtors that the Tax Return had been selected for examination under section 505(b)(2)(A) of the U.S. Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby withdraw the Request without prejudice to the Debtors refiling the Request, and neither the filing of the Request nor this withdrawal shall constitute in any way an acceptance or admission of the validity or invalidity, in whole or in part, of any IDR determination regarding the Debtors' final liability under the Tax Return.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will provide a copy of any amendment to the Tax Return to John Waters, Iowa Department of Revenue, Collections Section, P.O. Box 10457, Des Moines, Iowa 50306.

Dated: May 26, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*