# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Withdrawal of Prompt Determination Request** was caused to be made on May 26, 2011, in the manner indicated upon the entities identified in the attached below.

Date:  May 26, 2011

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

**Via First Class Mail**

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

4197702.1