IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
:
In re: : Chapter 11
:
NORTEL NETWORKS INC., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : (Jointly Administered)
:
: RE: Docket No. 5402
:
---------------------------------------------------------------- X

**CERTIFICATION OF COUNSEL SUBMITTING ORDER APPROVING
EXTENSION OF DEADLINE FOR EMEA CLAIMANTS TO FILE A MORE
DEFINITE STATEMENT OF CLAIM AND TO FILE ANY PROOFS OF CLAIM**

On April 1, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Objection to the Proofs of Claim Filed by the EMEA Claimants and Motion for an Order Requiring a More Definite Statement of Claim and Setting a Deadline for the Filing of any Proofs of Claim by the EMEA Claimants* [D.I. 5200] (the "Claim Motion").

On April 15, 2011, the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] The Administrators in the UK Proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Administrators in the UK Proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

YCST01:11107166.2                                                                                           068476.1001

Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the *Insolvency Act 1986*, pending before the High Court of Justice of England and Wales filed a response [D.I. 5255] to the Claim Motion, to which the Debtors replied on May 5, 2011 [D.I. 5380].

On May 10, 2011, the Court entered an order [D.I. 5402] (the "Claim Order") approving the Claim Motion and setting June 1, 2011 as the deadline (the "Claim Deadline") for the EMEA Debtors and certain other related entities that have substantially similar proofs of claim (collectively, as defined in the Claim Motion, the "EMEA Claimants") to serve a more definite statement of their claims and to file any prepetition proofs of claim (including any amended proofs of claim) against the Debtors.

The Joint Administrators and the Debtors have agreed, subject to approval of the Court, to an extension of the Claim Deadline for the EMEA Claimants from June 1, 2011 to June 3, 2011. The Joint Administrators, therefore, respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A (the "Proposed Order") approving the extension. The Debtors have reviewed the Proposed Order and have no objection to its entry.

---

[3] The EMEA Debtors are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z. o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

WHEREFORE, the Joint Administrators respectfully request that the Court enter the Proposed Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 26, 2011 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |

/s/ Jaime N. Luton
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Michael Luskin
Derek J.T. Adler
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

- and -

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London
EC2A 2HS

*Counsel for the Joint Administrators*

# EXHIBIT A

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **RE: Docket Nos. 5402 and _____** |

---

**ORDER APPROVING EXTENSION OF DEADLINE FOR**
**EMEA CLAIMANTS TO FILE A MORE DEFINITE STATEMENT**
**OF CLAIM AND TO FILE ANY PROOFS OF CLAIM**

Upon consideration of the *Certification of Counsel Submitting Order Approving Extension of Deadline for EMEA Claimants to File a More Definite Statement of Claim and to File any Proofs of Claim* (the "Certification");[2] and the Court having determined that good and sufficient cause exists for the relief requested in the Certification;

**IT IS HEREBY ORDERED THAT:**

1. The Claim Deadline for the EMEA Claimants set forth in the Claim Order is extended to June 3, 2011.

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Certification.

2. This Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2011

                                                _____
Kevin Gross
United States Bankruptcy Judge