# **EXHIBIT A**

**Time Records**
**February 1, 2011 through April 30, 2011**

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Doug Smith | 2-Feb-11 | 1.00 | $655.40 | Discussion around LTD/Retiree Medical |
| Doug Smith | 3-Feb-11 | 1.50 | $983.10 | Peer review of documents for meeting |
| Don Hardin | 4-Feb-11 | 1.50 | $1,044.00 | Work on materials to be used in Feb 9 meeting |
| Doug Smith | 4-Feb-11 | 1.00 | $655.40 | Peer review of documents for meeting |
| Don Hardin | 7-Feb-11 | 1.00 | $696.00 | Work on materials to be used in Feb 9 meeting |
| Doug Smith | 7-Feb-11 | 2.50 | $1,638.50 | Creditors meeting preparation |
| Don Hardin | 8-Feb-11 | 2.00 | $1,392.00 | Finalize materials for Feb 9 meeting (1.0); additional research into how other companies how resolved similar issues (1.0). |
| Doug Smith | 8-Feb-11 | 2.00 | $1,310.80 | Creditors meeting preparation |
| Mark Chronister | 9-Feb-11 | 2.50 | $1,595.00 | Preparation for meetings on 2/10 |
| Doug Smith | 9-Feb-11 | 4.50 | $2,949.30 | Creditors meeting preparation |
| Don Hardin | 9-Feb-11 | 5.00 | $3,480.00 | Meeting in New York City with Cleary, Nortel and Nortel's creditors to review possible solutions to Nortel's issues. |
| Mark Chronister | 10-Feb-11 | 5.00 | $3,190.09 | Meeting in New York City with Cleary, Nortel and Nortel's creditors to review possible solutions to Nortel's issues. |
| Doug Smith | 10-Feb-11 | 1.50 | $983.10 | Creditors meeting preparation |
| Doug Smith | 10-Feb-11 | 1.50 | $983.10 | Meeting with Creditors committee |
| Doug Smith | 10-Feb-11 | 2.00 | $1,310.80 | Meeting with Nortel and Cleary to discuss options |
| Doug Smith | 11-Feb-11 | 2.00 | $1,310.80 | Project management around Retiree Medical/LTD |
| Doug Smith | 14-Feb-11 | 1.50 | $983.10 | Data needs analysis |
| Doug Smith | 14-Feb-11 | 1.00 | $655.40 | Data request meeting |
| Mark Chronister | 14-Feb-11 | 1.50 | $957.00 | Phone call to review data requirements; follow-up with various parties with detailed requirements |
| Mark Chronister | 15-Feb-11 | 0.75 | $478.50 | Review available data |
| Elizabeth Hanson | 15-Feb-11 | 0.50 | $304.50 | Send census data from FAS 112 to Boston - review Allen's email vs. original |
| Doug Smith | 16-Feb-11 | 0.50 | $327.70 | Plan options discussions |
| Doug Smith | 17-Feb-11 | 0.50 | $327.70 | Plan options discussions |
| Mark Chronister | 17-Feb-11 | 2.50 | $1,595.00 | Review and summarize available data; prep call for Administaff meeting |
| Doug Smith | 17-Feb-11 | 1.00 | $655.40 | Meeting to discuss options |
| Doug Smith | 18-Feb-11 | 1.00 | $655.40 | Plan options discussions |
| Mark Chronister | 18-Feb-11 | 1.00 | $638.00 | Draft materials for Administaff meeting |
| Mark Chronister | 22-Feb-11 | 1.25 | $797.50 | Review and discussion of data with NNi HR |
| Jeff Bradley | 22-Feb-11 | 1.00 | $661.20 | Prep for Thursday meeting |
| Mark Chronister | 22-Feb-11 | 1.50 | $957.00 | Preparation, discussions and meeting with Adminstaff to review soft landing |
| Eumene Lee | 22-Feb-11 | 1.00 | $243.60 | PWP IO; additional data request from Dallas Office |
| Don Hardin | 22-Feb-11 | 1.00 | $696.00 | Phone call with client on data issues |
| Vikas Farswani | 22-Feb-11 | 2.00 | $696.00 | Attend kick-off call with Nortel (0.5); compile info for Dallas team (1.5). |
| Allen Gonczol | 23-Feb-11 | 0.75 | $226.20 | Individual output for STD and med piece of LTD |
| Doug Smith | 23-Feb-11 | 2.00 | $1,310.80 | Meeting materials review and strategy discussion |
| Jeff Bradley | 23-Feb-11 | 1.50 | $991.80 | Prep for Thursday meeting |
| Mark Chronister | 23-Feb-11 | 1.50 | $957.00 | Preparation, discussions and meeting with Adminstaff to review soft landing |
| Eumene Lee | 23-Feb-11 | 0.50 | $121.80 | PWP IO (0.25); compile additional data in response to request from Dallas Office (0.25). |
| Doug Smith | 24-Feb-11 | 1.50 | $983.10 | Meeting materials review and strategy discussion |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Jeff Bradley | 24-Feb-11 | 3.00 | $1,983.60 | Prep for Thursday meeting |
| Doug Smith | 24-Feb-11 | 1.00 | $655.40 | Meeting with Nortel and Administaff to discuss benefits issues |
| Mark Chronister | 24-Feb-11 | 3.00 | $1,914.00 | Preparation, discussions and meeting with Adminstaff to review soft landing |
| Vikas Farswani | 24-Feb-11 | 0.75 | $261.00 | Providing Dallas team with ppt listing and other misc info. |
| Mark Chronister | 25-Feb-11 | 0.50 | $319.00 | Review and discussion of data with NNi HR |
| Don Hardin | 25-Feb-11 | 0.50 | $348.00 | Phone call with Mark Chronister regarding vendor options |
| Doug Smith | 28-Feb-11 | 1.00 | $655.40 | Project management regarding Ret Med plan |
| Mark Chronister | 28-Feb-11 | 0.50 | $319.00 | Call with Aetna re: RFP |
| Doug Smith | 1-Mar-11 | 1.00 | $655.40 | RFI work |
| Mark Chronister | 1-Mar-11 | 1.00 | $638.00 | Prepare RFP and discussion with vendors |
| Allen Gonczol | 2-Mar-11 | 1.25 | $377.00 | Individual output for STD and med piece of LTD |
| Don Hardin | 2-Mar-11 | 2.00 | $1,392.00 | Working on the RFI |
| Doug Smith | 2-Mar-11 | 0.50 | $327.70 | RFI work |
| Mark Chronister | 2-Mar-11 | 1.00 | $638.00 | Prepare RFP and discussion with vendors |
| Elizabeth Hanson | 2-Mar-11 | 0.25 | $152.26 | Review Allen's draft email with individual liabilities |
| Don Hardin | 2-Mar-11 | 0.25 | $174.00 | Phone call with CIGNA |
| Don Hardin | 2-Mar-11 | 0.75 | $522.00 | Phone call with UHC |
| Doug Smith | 4-Mar-11 | 0.50 | $327.70 | RFI work |
| Doug Smith | 7-Mar-11 | 1.25 | $819.26 | Project management and review |
| Elizabeth Hanson | 7-Mar-11 | 0.50 | $304.50 | Review Allen draft emails for individual liabilities |
| Doug Smith | 8-Mar-11 | 0.75 | $491.56 | Project management and review |
| Mark Chronister | 8-Mar-11 | 0.50 | $319.00 | Prepare RFP (0.25); summarize data for RFP (0.25). |
| Don Hardin | 9-Mar-11 | 2.00 | $1,392.00 | Working on potential settlement numbers |
| Mark Chronister | 9-Mar-11 | 2.50 | $1,595.00 | Prepare RFP (1.25); summarize data for RFP (1.25). |
| Don Hardin | 10-Mar-11 | 2.00 | $1,392.00 | Prepare RFP (1.5); vendor phone calls (0.5). |
| Doug Smith | 10-Mar-11 | 1.00 | $655.40 | Project management and review |
| Mark Chronister | 10-Mar-11 | 1.00 | $638.00 | Prepare RFP (0.5); summarize data for RFP (0.5). |
| David Hardwick | 11-Mar-11 | 1.00 | $359.60 | Developing claims & enrollment summary for retiree medical |
| Cecilia Chanter | 11-Mar-11 | 4.00 | $858.40 | RFP - Retiree Census Cleanup |
| Cecilia Chanter | 14-Mar-11 | 1.50 | $321.90 | RFP - Disability Census Cleanup |
| Don Hardin | 14-Mar-11 | 1.00 | $696.00 | Vendor conversations regarding plan options |
| Doug Smith | 14-Mar-11 | 1.50 | $983.10 | Document review and project coordination |
| Don Hardin | 15-Mar-11 | 4.00 | $2,784.00 | Data reconciliation |
| Don Hardin | 16-Mar-11 | 2.00 | $1,392.00 | Data analysis and reconciliation |
| Don Hardin | 16-Mar-11 | 1.00 | $696.00 | Working on settlement workbook |
| Don Hardin | 17-Mar-11 | 1.00 | $696.00 | Working on settlement workbook |
| Mark Chronister | 18-Mar-11 | 3.00 | $2,001.00 | Prepare RFP (1.0); summarize data for RFP (1.0); complete NDA (1.0). |
| Don Hardin | 21-Mar-11 | 6.00 | $4,176.00 | Working with the new census file |
| Doug Smith | 21-Mar-11 | 1.00 | $655.40 | Project management and review |
| Mark Chronister | 21-Mar-11 | 0.75 | $500.26 | Summarize data for RFP and review LTD data |
| Don Hardin | 22-Mar-11 | 1.00 | $696.00 | Census issues (0.5); preparing RFI for UHC (0.5). |
| Doug Smith | 22-Mar-11 | 0.50 | $327.70 | Project management and review |
| Don Hardin | 23-Mar-11 | 1.00 | $696.00 | Data issues |
| Doug Smith | 23-Mar-11 | 0.50 | $327.70 | Project management and review |
| Don Hardin | 24-Mar-11 | 1.00 | $696.00 | LTD census |
| Doug Smith | 25-Mar-11 | 1.00 | $655.40 | Project management and review |
| Mark Chronister | 25-Mar-11 | 0.50 | $333.50 | Summarize data for RFP and review LTD data |
| Cecilia Chanter | 29-Mar-11 | 1.00 | $226.20 | RFP - cleaning up new census data and inserting contributions |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Doug Smith | 29-Mar-11 | 0.50 | $327.70 | Project management and review |
| Mark Chronister | 29-Mar-11 | 1.75 | $1,167.26 | Clean and send additional LTD census to UHC (0.5); discuss RFI response with UHC (0.25); explore alternatives to UHC (1.0). |
| Cecilia Chanter | 30-Mar-11 | 1.00 | $226.20 | RFP - Cleaning up new census data and inserting contributions |
| Don Hardin | 30-Mar-11 | 4.00 | $2,784.00 | Working on reconciling rates with census |
| Doug Smith | 30-Mar-11 | 0.50 | $327.70 | Project management and review |
| Cecilia Chanter | 31-Mar-11 | 1.00 | $226.20 | Clean and send additional LTD census to UHC (0.25); discuss RFI response with UHC (0.25); explore alternatives to UHC (0.5). |
| Mark Chronister | 31-Mar-11 | 1.00 | $667.00 | Reconciliation of LTD data to provide to United Healthcare; discussion of vendor options with UHC |
| Cecilia Chanter | 1-Apr-11 | 3.00 | $678.60 | RFP - Cleaning up new census data and inserting contributions for retirees |
| Doug Smith | 1-Apr-11 | 0.50 | $327.70 | Review of options |
| Mark Chronister | 1-Apr-11 | 1.75 | $1,167.26 | Update for Kathy (0.25); discussions with Aetna (0.5); NDA for Aetna (1.0). |
| Don Hardin | 1-Apr-11 | 1.00 | $696.12 | Phone calls with UHC, Mark and Aetna |
| Don Hardin | 4-Apr-11 | 0.50 | $348.00 | Rate research on some retirees |
| Doug Smith | 4-Apr-11 | 0.50 | $327.70 | Review and strategy discussions |
| Doug Smith | 5-Apr-11 | 0.50 | $327.70 | Review and strategy discussions |
| Don Hardin | 5-Apr-11 | 0.50 | $348.00 | Phone call with UHC |
| Don Hardin | 6-Apr-11 | 2.00 | $1,392.00 | Getting data to Aetna |
| Don Hardin | 6-Apr-11 | 1.00 | $696.00 | Write up of recent events with the carriers |
| Doug Smith | 6-Apr-11 | 0.50 | $327.70 | Review and strategy discussions |
| Mark Chronister | 6-Apr-11 | 1.00 | $667.00 | Outreach to Aetna (0.5); update call with Kathy, John and Cleary on next steps (0.5). |
| Don Hardin | 6-Apr-11 | 0.50 | $348.00 | Phone call with Cleary and Nortel |
| Doug Smith | 8-Apr-11 | 1.00 | $655.40 | Review and strategy discussions |
| Doug Smith | 12-Apr-11 | 1.00 | $655.40 | Project management and review |
| Doug Smith | 13-Apr-11 | 0.50 | $327.70 | Project management and review |
| Doug Smith | 14-Apr-11 | 0.50 | $327.70 | Project management and review |
| Doug Smith | 15-Apr-11 | 0.50 | $327.70 | Project management and review |
| Don Hardin | 15-Apr-11 | 1.00 | $696.00 | Aetna update |
| Don Hardin | 18-Apr-11 | 0.50 | $348.00 | Conversations with UHC |
| Don Hardin | 20-Apr-11 | 0.50 | $348.00 | Quick review of Aetna's proposal |
| Doug Smith | 20-Apr-11 | 0.50 | $327.70 | Project management |
| Don Hardin | 21-Apr-11 | 2.00 | $1,392.00 | Review of Aetna's proposal |
| Eric Bassett | 25-Apr-11 | 0.25 | $181.26 | Financial discussion |
| Doug Smith | 26-Apr-11 | 0.50 | $327.70 | Project management and review |
| Mark Chronister | 26-Apr-11 | 3.00 | $2,001.00 | Call with Aetna and review of proposal (2.0); update call with Cleary, Kathy and John Ray (1.0). |
| Don Hardin | 26-Apr-11 | 0.50 | $348.00 | Phone call with Aetna |
| Don Hardin | 27-Apr-11 | 1.00 | $696.00 | Phone calls with UHC and CIGNA |
| Don Hardin | 27-Apr-11 | 0.50 | $348.00 | Phone call with Nortel and Cleary |
| Cecilia Chanter | 28-Apr-11 | 2.00 | $452.40 | Valuating Aetna proposal to Nortel (VEBA) |
| Don Hardin | 28-Apr-11 | 1.50 | $1,044.00 | Reviewing Aetna proposal (1.0); discussing with David Hardwick and Cecilia Chanter next steps in analysis (0.5). |
| Doug Smith | 28-Apr-11 | 0.50 | $327.70 | Project management and review |
| **Total:** | | **169.00** | **$104,250.93** | |