# **EXHIBIT B**

**Expenses**
**February 1, 2011 through April 30, 2011**

| Date | Cost | Description |
|---|---|---|
| February 9, 2011 | $3,187.69 | Travel expense for meeting in New York (Doug Smith) |
| February 9, 2011 | $1,500.12 | Travel expense for meeting in New York (Don Hardin) |
| February 9, 2011 | $2,113.16 | Travel expense for meeting in New York (Mark Chronister) |
| February 24, 2011 | $1,596.24 | Travel expense for meeting in Houston (Doug Smith) |
| February 24, 2011 | $504.14 | Travel expense for meeting in Houston (Mark Chronister) |
| February 28, 2011 | $3,964.80 | Administrative - Legal Expense |
| March 31, 2011 | $1,759.95 | Administrative - Legal Expense |
| April 30, 2011 | $617.40 | Administrative - Legal Expense |

**TOTAL:  $15,243.50**