**Nortel Wave 4 Service List**
**Via Hand Delivery on Local Wilmington Parties and Via First Class Mail on All Others**

**Counsel for Algo Communication Products**
Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**Counsel to Aviat**
PARKER POE ADAMS & BERNSTEIN LLP
Kiah T. Ford IV
Ashley A. Edwards
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202

Christopher M. Winter
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801

**Counsel to Avotus Corporation**
The Williams Law Frim, P.A.
Brian C Crawford
One Commerce Center
Suite 600
1201 N. Orange Street
Wilmington, DE 19801

D'Ambrosio LLP
Peter A. Brown
185 Devonshire Street
10th Floor
Boston, MA 02110

**Counsel for Certicom**
Kirkland & Ellis LLP
James A. Stempel
300 North LaSalle
Chicago, Illinois 60654

Kirkland & Ellis LLP
Christian D.H. Schultz
Michele E. Gutrick
655 15th Street, N.W.
Washington, D.C. 20005

Klehr Harrison Harvey Branzburg LLP
Domenic E. Pacitti
919 Market Street
Suite 1000
Wilmington, DE 19801

**Counsel for CDW Direct, LLC**
Arnstein & Lehr LLP
George Apostolides
120 S. Riverside Plaza
Chicago, IL 60606

**Counsel for Covergence, Inc.**
Connolly Bove Lodge & Hutz LLP
Marc J. Phillips
1007 North Orange Street
Wilmington, DE 19801

Bingham McCutchen LLP
Kate K. Simon
One State St.
Hartford, CT 06103

**Counsel for Demand Wave Solutions, Inc.**
Richard E. B. Foster, PLLC
Richard E. B. Foster
305 First St, Ste722
Roanoke, VA 2401

**Counsel for Focus Legal Solutions, LLC**
Husch Blackwell LLP
Michael E. Degan
1620 Dodge St., Ste 2100
Omaha, NE 68102

**Counsel for Infonet Services Corporation**
Proskauer Rose LLP
Craig Damast
Eleven Times Square
New York, NY 10036

**Counsel for IBM**
Paul Hastings Janofsky & Walker LLP
Jesse H. Austin III
Robert E. Winter
875 15th St., N.W.
Washington, DC 20005

Smith, Katzenstein & Jenkins LLP
Kathleen M. Miller
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**Counsel for ITC Networks**
Vivian A. Houghton, Esquire
Vivian A. Houghton
800 West Street, 2nd Floor
Wilmington, DE 19801-1526

GAMBOURG & BORSEN LLP
Roman Gambourg, Esq.
The Bridge Plaza Building
2185 Lemoine Avenue, Suite B1
Fort Lee, NJ 07024

**Counsel for PMC-Sierra**
Potter Anderson & Corroon LLP
Ryan M. Murphy
1313 Market Street
Wilmington, DE 19801

Manasian & Rougeau LLP
Gregory A. Rougeau
400 Montgomery St.
Suite 1000
San Francisco, CA 94104

**Counsel for Sigma Systems**
Thorp Reed & Armstrong
Jeffrey M. Carbino
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103

**Counsel for Staples Contract & Commercial, Inc.**
Wilmer Cutler Pickering Hale & Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109

**Counsel for Zhone Technologies, Inc.**
Morris James LLP
Stephen M. Miller
Eric J. Monzo
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

Informatics International Ltd.
104 Kitulwatta Rd.
Colombo 08
Sri Lanka

4273379.1