**EXHIBIT A**

*Nortel Networks Inc., et al.*                              *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 462036 | AudioCodes, Inc. | N/A | 6100009935 | 1/7/2009 | 58,750.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100009866 | 1/7/2009 | 26,600.00 | Payment | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | N/A | 6100010025 | 1/7/2009 | 196,639.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100009654 | 12/17/2008 | 515,213.00 | Payment | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | N/A | 6100009483 | 12/2/2008 | 160,030.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100009422 | 12/2/2008 | 20,798.90 | Payment | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | N/A | 6100009438 | 12/2/2008 | 23,675.80 | Payment | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | N/A | 6100009268 | 11/18/2008 | 47,250.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100009296 | 11/18/2008 | 5,484.00 | Payment | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | N/A | 6100009230 | 11/18/2008 | 148,898.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100009153 | 11/18/2008 | 614,683.26 | Payment | Nortel Networks Inc. |
| 458924 | AudioCodes Ltd. | N/A | 6100009248 | 11/18/2008 | 200.00 | Payment | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | N/A | 6100009179 | 11/18/2008 | 64,500.00 | Payment | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | N/A | 6100008914 | 11/4/2008 | 247,550.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100008842 | 11/4/2008 | 109,809.90 | Payment | Nortel Networks Inc. |
| 458924 | AudioCodes Ltd. | N/A | 6100008935 | 11/4/2008 | 400.00 | Payment | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | N/A | 6100008679 | 10/17/2008 | 425,000.00 | Payment | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | N/A | 6100008642 | 10/17/2008 | 437,519.00 | Payment | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | N/A | 6100008582 | 10/17/2008 | 50,127.04 | Payment | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.* *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| Total | 19 | | | | $3,153,127.90 | | |
| Invoices | | | | | | | |
| 432804 | AudioCodes, Inc. | 2912620 | 6100010025 | 11/17/2008 | 11,610.00 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912621 | 6100010025 | 11/17/2008 | 120,400.00 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912469 | 6100010025 | 11/3/2008 | 12,925.80 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912468 | 6100010025 | 11/3/2008 | 12,925.80 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912470 | 6100010025 | 11/3/2008 | 38,777.40 | Invoice | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | 2912701 | 6100009935 | 11/21/2008 | 57,250.00 | Invoice | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | 2911947 | 6100009935 | 9/22/2008 | 1,500.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912538 | 6100009866 | 11/10/2008 | 344.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912449 | 6100009866 | 11/2/2008 | 26,600.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912147 | 6100009866 | 10/6/2008 | (344.00) | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912446 | 6100009654 | 10/31/2008 | 500,000.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912359 | 6100009654 | 10/26/2008 | 9,729.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912330 | 6100009654 | 10/22/2008 | 5,484.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2912070 | 6100009483 | 9/28/2008 | 39,676.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911998 | 6100009483 | 9/24/2008 | 48,600.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911930 | 6100009483 | 9/21/2008 | 59,514.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911924 | 6100009483 | 9/21/2008 | 12,240.00 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912107 | 6100009438 | 9/30/2008 | 12,925.80 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 432804 | AudioCodes, Inc. | 2911783 | 6100009438 | 9/10/2008 | 10,750.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912224 | 6100009422 | 10/12/2008 | 12,485.90 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2908402 | 6100009422 | 11/11/2007 | 8,313.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912068 | 6100009296 | 9/28/2008 | 5,484.00 | Invoice | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | 2912036 | 6100009268 | 9/26/2008 | 47,250.00 | Invoice | Nortel Networks Inc. |
| 458924 | AudioCodes Ltd. | 2911838 | 6100009248 | 9/16/2008 | 200.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911893 | 6100009230 | 9/18/2008 | 8,320.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911843 | 6100009230 | 9/16/2008 | 48,600.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911841 | 6100009230 | 9/16/2008 | 7,788.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911792 | 6100009230 | 9/11/2008 | 84,190.00 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912105 | 6100009179 | 9/30/2008 | 51,600.00 | Invoice | Nortel Networks Inc. |
| 432804 | AudioCodes, Inc. | 2912108 | 6100009179 | 9/30/2008 | 12,900.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912115 | 6100009153 | 10/2/2008 | 500,000.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2912110 | 6100009153 | 9/30/2008 | 85,172.26 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911932 | 6100009153 | 9/21/2008 | 24,939.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911915 | 6100009153 | 9/21/2008 | 4,572.00 | Invoice | Nortel Networks Inc. |
| 458924 | AudioCodes Ltd. | 2911489 | 6100008935 | 8/20/2008 | 400.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911679 | 6100008914 | 9/2/2008 | 14,450.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911664 | 6100008914 | 8/31/2008 | 240.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911653 | 6100008914 | 8/31/2008 | 3,104.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 454831 | AudioCodes, Inc. | 2911650 | 6100008914 | 8/31/2008 | 5,504.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911663 | 6100008914 | 8/31/2008 | 13,120.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911652 | 6100008914 | 8/31/2008 | 103,352.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911651 | 6100008914 | 8/31/2008 | 64,990.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911662 | 6100008914 | 8/31/2008 | 3,744.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911619 | 6100008914 | 8/28/2008 | 2,596.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911575 | 6100008914 | 8/26/2008 | 36,450.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911884 | 6100008842 | 9/18/2008 | 10.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911854 | 6100008842 | 9/16/2008 | 72,946.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911829 | 6100008842 | 9/15/2008 | 6,234.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911711 | 6100008842 | 9/4/2008 | 12,485.90 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911713 | 6100008842 | 9/4/2008 | 680.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911691 | 6100008842 | 9/3/2008 | 17,454.00 | Invoice | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | 2910877 | 6100008679 | 7/1/2008 | 250,000.00 | Invoice | Nortel Networks Inc. |
| 462036 | AudioCodes, Inc. | 2910878 | 6100008679 | 7/1/2008 | 175,000.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911449 | 6100008642 | 8/17/2008 | 42,000.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911448 | 6100008642 | 8/17/2008 | 30,603.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911438 | 6100008642 | 8/14/2008 | 37,000.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911415 | 6100008642 | 8/13/2008 | 52,000.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911390 | 6100008642 | 8/12/2008 | 12,230.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 454831 | AudioCodes, Inc. | 2911393 | 6100008642 | 8/12/2008 | 10,935.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911374 | 6100008642 | 8/10/2008 | 73,744.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911373 | 6100008642 | 8/10/2008 | 71,508.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911330 | 6100008642 | 8/6/2008 | 97,200.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911328 | 6100008642 | 8/6/2008 | 6,630.00 | Invoice | Nortel Networks Inc. |
| 454831 | AudioCodes, Inc. | 2911304 | 6100008642 | 8/5/2008 | 3,669.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911665 | 6100008582 | 8/31/2008 | 2,596.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911591 | 6100008582 | 8/27/2008 | 2,000.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911498 | 6100008582 | 8/20/2008 | 8,727.04 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911497 | 6100008582 | 8/20/2008 | 13,300.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911499 | 6100008582 | 8/20/2008 | 3,025.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911465 | 6100008582 | 8/19/2008 | 3,025.00 | Invoice | Nortel Networks Inc. |
| 403612 | AudioCodes Ltd. | 2911456 | 6100008582 | 8/18/2008 | 17,454.00 | Invoice | Nortel Networks Inc. |

Total: 71    $3,153,127.90

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.