

To: US Bankruptcy Court
Attn: Claims
842 Market Street  3rd Floor
Wilmington, DE  19801

Re: Address Change notification

Dear Clerk:

 I am a creditor in the  bankruptcy case for Nortel, case number 09-10138, our claim
number is 503. Please update our records with the case with my new address/phone
number information.

<u>Previous address</u>:

3030 Salt Creek Lane.

Arlington Heights, IL  60005

847-797-7331


<u>Current Address</u>:

5400 Prairie Stone Pkwy.

Hoffman Estates, IL 60192

847-396-7331


Regards,

Beth Thompson
Collections Coordinator
Avnet, Inc.