# SCHEDULE A
## TWENTY-FIFTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  ERISA Litigation - Post Bankruptcy

DATE ATTY   HRS            DESCRIPTION OF SERVICES RENDERED

<u>L110 Fact Investigation/Development</u>

| | | | |
|---|---|---|---|
| 3/18/11 | RET | .30 | Prepare for call with Laurel Van Allen and Kathy Schultea regarding plan participant data |
| | | SUB TOTAL | 150.00 |

<u>L120 Analysis/Strategy</u>

| | | | |
|---|---|---|---|
| 3/10/11 | RET | .60 | Think through impact of Cleary's proposed claims review process |
| 3/10/11 | RET | .90 | Prepare for and call with Cleary regarding confidential documents |
| 3/17/11 | RET | .10 | Receive and analyze notice by Frank Andrew Dunn Withdrawal of James V. Hayes |
| 3/18/11 | RET | .90 | Telephone conference with Laurel Van Allen and Kathy Schultea regarding plan participant data |
| | | SUB TOTAL | 1,250.00 |

<u>L160 Settlement/Non-Binding ADR</u>

| | | | |
|---|---|---|---|
| 3/01/11 | RET | .40 | Communications with Arthur Kohn regarding Cleary's suggestion that we impose a deadline or incentive regarding confidential documents |
| 3/01/11 | RET | .20 | Communications with Jennifer Palmer regarding Kathy Schultea's relationship with NNI and background |
| 3/02/11 | RET | .20 | Communications with Jennifer Palmer regarding over remaining issues regarding confidential documents |
| 3/03/11 | RET | .40 | Teleconference with plaintiff's counsel regarding their breach of confidentiality regarding confidential documents |
| 3/03/11 | RET | .30 | Communications with teleconference with independent fiduciary regarding Cleary's proposed revisions regarding confidential documents |
| 3/03/11 | RET | .30 | Communications with Cleary regarding status of analysis regarding plan |
| 3/03/11 | RET | .30 | Communications with Don Powers regarding plaintiff's motion for status conference and communications with plaintiffs' counsel regarding same |
| 3/03/11 | RET | .20 | Communications with Cleary regarding plaintiff's motion for status conference |
| 3/03/11 | RET | .20 | Further communications with Don Powers regarding plaintiff's motion for status conference and communications with plaintiffs' counsel regarding same |

1

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 3/04/11 | RET | .40 | Communications with independent fiduciary regarding confidential documents |
| 3/04/11 | RET | .70 | Call with Cleary to discuss most recent revisions regarding confidential documents |
| 3/04/11 | RET | .80 | Receive and analyze additional revisions regarding confidential documents |
| 3/04/11 | RET | .50 | Communications with Ruth Jenkins regarding confidential documents |
| 3/04/11 | RET | .20 | Communications with Peter Bisio regarding confidential documents |
| 3/04/11 | RET | .30 | Prepare for call with Cleary to discuss most recent revisions regarding confidential documents |
| 3/04/11 | RET | .20 | Further communications with Jennifer Palmer regarding potential privilege issues |
| 3/04/11 | RET | .30 | Receive and analyze plaintiff's motion to place under seal their motion for status conference |
| 3/07/11 | RET | .20 | Communications with Jennifer Palmer regarding deadline for filing response to plaintiff's motion for status conference |
| 3/07/11 | RET | .40 | Receive and analyze changes regarding confidential documents |
| 3/07/11 | RET | .20 | Communications with Gerry Neenan regarding deadline for filing response to plaintiff's motion for status conference |
| 3/07/11 | RET | .20 | Communications with Lexecon and plaintiffs' counsel regarding confidential documents |
| 3/07/11 | RET | .20 | Communications with Peter Bisio regarding confidential documents |
| 3/07/11 | RET | .30 | Communications with Jennifer Palmer regarding confidential documents |
| 3/09/11 | RET | .40 | Teleconference with independent fiduciary regarding confidential documents |
| 3/09/11 | RET | .20 | Communications with Cleary regarding draft letter to plaintiffs' counsel regarding withdrawal of their motion for status conference as violative of the bankruptcy stay |
| 3/09/11 | RET | .20 | Further communications with Cleary regarding draft letter to plaintiffs' counsel regarding withdrawal of their motion for status conference as violative of the bankruptcy stay |
| 3/10/11 | RET | .30 | Receive and analyze draft letter to plaintiffs' counsel regarding withdrawal of their motion for status conference as violative of the bankruptcy stay |
| 3/10/11 | RET | .40 | Receive and analyze new version regarding confidential documents |
| 3/10/11 | RET | .20 | Communications with Cleary and Ogilvy regarding my call with plaintiffs' counsel regarding withdrawal of their motion for status conference as violative of the bankruptcy stay |

| | | |
|---|---|---|
| 3/10/11 RET | .40 | Communications with plaintiffs' counsel regarding withdrawal of their motion for status conference as violative of the bankruptcy stay |
| 3/10/11 RET | .20 | Communications with plaintiffs' regarding confidential documents |
| 3/10/11 RET | .30 | Teleconference with Ruth Jenkins regarding Kathy Schultea's request for meeting with Lexecon |
| 3/10/11 RET | .20 | Communications with Rhonda James regarding reconciling all outstanding versions regarding confidential documents |
| 3/10/11 RET | .10 | Communications with Ruth Jenkins regarding issues related to rconfidential documents |
| 3/10/11 RET | .20 | Communications with Alan Merskey regarding draft letter to plaintiffs' counsel regarding withdrawal of their motion for status conference as violative of the bankruptcy stay |
| 3/10/11 RET | .40 | Teleconference with Peter Bisio regarding confidential documents |
| 3/11/11 RET | .20 | Receive and analyze plaintiff's notice to withdraw motion for status conference |
| 3/11/11 RET | .20 | Communications with defense team regarding plaintiffs' notice to withdraw motion for status conference |
| 3/14/11 RET | .20 | Communications with Laurel Van Allen regarding Kathy Schultea's request for a call with Lexecon |
| 3/14/11 RET | .20 | Communications with Kathy Schultea's regarding request for a call with Lexecon |
| 3/14/11 RET | .20 | Communications with Ruth Jenkins regarding Kathy Schultea's request for a call with Lexecon |
| 3/15/11 RET | .30 | Communications with plaintiffs' counsel regarding status regarding confidential documents |
| 3/16/11 RET | .30 | Communications with Laurel Van Allen and Kathy Schultea |
| 3/16/11 RET | .30 | Communications with Jennifer Palmer regarding claims review |
| 3/16/11 RET | .80 | Prepare for and call with plaintiffs' counsel regarding newest issues raised by Cleary regarding confidential documents |
| 3/16/11 RET | .20 | Additional communications with Laurel Van Allen and Kathy Schultea regarding confidential documents |
| 3/16/11 RET | .20 | Communications with Laurel Van Allen plan |
| 3/17/11 RET | .30 | Prepare for call with Laurel Van Allen and Kathy Schultea regarding confidential documents |
| 3/17/11 RET | .10 | Communications with Jennifer Palmer regarding plan |
| 3/17/11 RET | .30 | Communications with Laurel Van Allen with questions Kathy Schultea has about plan |
| 3/22/11 RET | .10 | Communications with Annie Cordo regarding Eighth Quarterly Fee Hearing and Draft Order |
| 3/22/11 RET | .10 | Communications with plaintiffs' counsel regarding confidential documents |

| | | |
|---|---|---|
| 3/22/11 JMS7 | .30 | Communications with Annie Cordo regarding Eighth Quarterly Fee Hearing and Draft Order |
| 3/23/11 RET | .30 | Teleconference with plaintiffs' counsel regarding confidential documents |
| 3/23/11 RET | .20 | Communications with Jennifer Palmer regarding confidential documents |
| 3/24/11 RET | .20 | Communications with Jennifer Palmer regarding confidential documents |
| 3/24/11 RET | .20 | Communications with Jennifer Palmer regarding confidential documents |
| 3/24/11 RET | .50 | Review previous versions regarding confidential documents to ensure that current version has latest changes |
| 3/28/11 RET | .30 | Communications with Court regarding status of plaintiff's motion to place under seal their motion for status conference |
| 3/28/11 RET | .20 | Communications with independent fiduciary regarding confidential documents |
| 3/31/11 RET | .30 | Communications with Ruth Jenkins regarding confidential documents |
| | | SUBTOTAL  $8,677.50 |

L190 Other Case Assessment, Devel. & Adm

| | | |
|---|---|---|
| 3/03/11 JMS | .10 | Review notice of plaintiff's motion to seal document |
| 3/10/11 JMS | .10 | Review notice of plaintiff's withdrawal of status conference request |
| 3/15/11 JMS | .10 | Review notice to withdraw by defense counsel James Hayes |
| 3/28/11 JMS | .20 | Review notice of filing of case report |
| 3/30/11 JMS | .10 | Review notice of plaintiff's to place documents under seal |
| | | SUB TOTAL    255.00 |

L210 Pleadings

| | | |
|---|---|---|
| 3/10/11 RWJ | .30 | Memorandum to Rene Thorne regarding issues in current version of confidential documents |
| 3/10/11 RWJ | .20 | Meet with Rene Thorne to discuss ensuring accuracy of changes to confidential documents |
| 3/10/11 RWJ | 2.50 | Review various drafts of confidential documents as well as correspondence from parties regarding changes to determine accuracy of current confidential documents |
| 3/28/11 RWJ | .30 | Teleconferences with Magistrate Judge and District Judge's offices regarding ruling on pending motion for protective order |
| 3/31/11 RET | .10 | Receive and analyze order granting plaintiff's motion to file motion for status conference under seal |
| | | SUB TOTAL    545.00 |

4

**TOTAL HOURS: 24.20**

**FEE GRAND TOTAL:** $10,877.50

**NORTEL'S 50% TOTAL:** $ 5,438.75

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS          DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 3/15/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 3/17/11 | RET | .20 | Communications from Annie Cordo regarding upcoming eighth quarterly fee hearing |
| 3/17/11 | RET | .30 | Communications with Jason Stein regarding status of quarterly and monthly billings and upcoming hearing regarding same |
| 3/21/11 | JMS | .50 | Communication with Annie Cordo regarding upcoming fee filing |
| 3/28/11 | RET | .70 | Receive and analyze notice of filing of sixty and sixty first reports and order enforcing the order of the Ontario court approving tolling of U.S. claims |

SUB TOTAL     987.25

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 3/01/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 3/01/11 | JMS | 2.40 | Draft quarterly fee hearing application |
| 3/16/11 | JMS | .20 | Plan for call with bankrupcty court regarding fee hearing |
| 3/17/11 | JMS | .20 | Prepare information for call with bankrupcty court regarding fee hearing |
| 3/21/11 | JMS | .10 | Communication with court regarding fee hearing |
| 3/23/11 | JMS | .10 | Review certificate of no objections from bankruptcy court |
| 3/25/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 3/25/11 | JMS7 | .20 | Prepare information for fee submission |

SUB TOTAL     1,683.00

L210 Pleadings

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 3/07/11 | RET | .40 | Receive and analyze Fifty-Ninth report of the monitor |
| 3/09/11 | RET | .40 | Receive and analyze Fifth Amended and Restated Initial Order |
| 3/28/11 | RET | .40 | Receive and analyze Eighth Quarterly Fee Order and communications with from Annie Cordo regarding next quarterly fee hearing on June 21, 2011 |
| 3/28/11 | RET | .10 | Receive and analyze certificate of no objection regarding Fifth Amended and Restated Initial Order |

                      SUB TOTAL     715.00

**TOTAL HOURS: 6.8**

**FEE GRAND TOTAL:**    **$ 3,385.25**

4853-2793-7289, v. 1