# SCHEDULE B

### EXPENSE SUMMARY

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2011 through March 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---:|---:|
| Duplicating | In Office | 12.25 | 6.12 |
| **Grand Total Expenses** | | **$12.25** | **$6.12** |

***Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2011 through March 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| | | |
| | | |
| **Grand Total Expenses** | | **$.00** |

## TOTAL EXPENSES DUE:  $6.12

# Expenses Back-Up

<u>NORTEL/CHUBB</u>

DISBURSEMENTS

| | |
|---|---|
| 1/31/11   Photocopying (118) | $12.25 |
| SUB TOTAL COST | $12.25 |
| TOTAL DISBURSEMENTS | $12.25 |

**Nortel's 50% of Total Expenses**          **$6.12**

<u>NORTEL NON-INSURANCE</u>

| | |
|---|---|
| DISBURSEMENTS | $0.00 |
| TOTAL DISBURSEMENTS | $0.00 |

**GRAND TOTAL DISBURSEMENTS**          **$6.12**

4822-5634-0233, v. 1