To whom it may concern

My name is Frank Gallardo this letter is to request that you drop the following claims against Nortel, 3438, and 6439.

The only one that should be remaining should be number 6444, please do not drop 6444.

My new address is

1034 Margate Ct. Unit – C

Sterling, VA

20164

Thank you

*Frank Gallardo*

Frank Gallardo

719-217-8865