# SCHEDULE A
## TWENTY-SIXTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE  ATTY   HRS        DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/04/11 | RET | .20 | Communications with Anna Ventresca regarding status |
| 4/04/11 | RET | .30 | Communications with Don Powers regarding his departure and new contact to report to for NNI and for NNC and NNL |
| 4/05/11 | RET | .50 | Evaluate impact of Cleary's latest changes to confidential documents |
| 4/13/11 | RET | .80 | Receive and analyze latest round of revisions to confidential documents and communications with Cleary regarding same |
| 4/13/11 | RET | .20 | Additional communications with Jennifer Palmer regarding revisions to confidential documents |
| 4/13/11 | RET | .20 | Communications with plaintiffs' counsel regarding status of confidential documents |
| 4/18/11 | RET | .30 | Prepare for call with Cleary to discuss latest draft of confidential documents |
| 4/18/11 | RET | 1.00 | Call with Cleary to discuss latest draft of confidential documents |
| 4/18/11 | RET | .20 | Communications with independent fiduciary to discuss latest draft of confidential documents |
| 4/18/11 | RET | .90 | Evaluate confidential documents |
| 4/19/11 | RET | .20 | Communications with plaintiff's counsel regarding status of revisions to confidential documents |
| 4/19/11 | RET | .40 | Communications with Natalie Kossak regarding confidential documents |
| 4/20/11 | RET | .30 | Prepare for and call with plaintiffs' counsel regarding status of draft of confidential documents |
| 4/20/11 | RET | .20 | Communications with Jennifer Palmer regarding status of draft of confidential documents |
| 4/21/11 | RET | .80 | Evaluate issues raised by proposed changes by Cleary related to confidential documents |
| 4/21/11 | RET | .40 | Communicate with independent fiduciary related to confidential documents |
| 4/21/11 | RET | .30 | Teleconference with independent fiduciary regarding Cleary's proposed changes related to confidential documents |

| | | | |
|---|---|---|---|
| 4/22/11 | RET | .20 | Communications with Cleary regarding proposed changes to the related to confidential documents |
| 4/25/11 | RET | .20 | Communications with independent fiduciary related to confidential documents |
| 4/27/11 | RET | .80 | Evaluate any liability for the Plan created by Cleary's latest changes to related to confidential documents |
| 4/27/11 | RET | .50 | Receive and analyze Cleary's latest proposed changes related to confidential documents |
| 4/28/11 | RET | .30 | Communications with Don Powers related to confidential documents |
| 4/28/11 | RET | .40 | Teleconference with independent fiduciary regarding Cleary's latest proposed changes related to confidential documents |
| 4/28/11 | RET | 1.10 | Review and edit draft retention with IFS and communications with Natalie Kossak regarding same |
| 4/28/11 | RET | .40 | Prepare for call with independent fiduciary regarding Cleary's latest proposed changes related to confidential documents |
| 4/28/11 | RET | .20 | Communications with Ruth Jenkins regarding current fiduciary of the LTIP |
| 4/28/11 | JMS7 | .30 | Communications with Don Powers related to confidential documents |
| | | SUB TOTAL | 5,777.50 |

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 4/01/11 | RWJ | .10 | Office conference with Jason Stein regarding fee application pleadings |
| 4/05/11 | RWJ | .50 | Begin preparation of Exhibit A to interim fee application |
| 4/06/11 | RWJ | 6.10 | Prepare motion for fees and associated exhibits to same |
| 4/08/11 | RWJ | .10 | Office conference with Jason Stein regarding adjustment of fees in relation to bankruptcy court application |
| 4/11/11 | RWJ | .20 | Revise fee application to reflect rate adjustment |
| 4/11/11 | RWJ | .10 | E-mail to Annie Cordo regarding submission of fee application |
| 4/11/11 | RWJ | .30 | Revise Exhibit A to fee application to reflect rate adjustment |
| 4/11/11 | RWJ | .10 | Review e-mail memorandum from Jason Stein regarding rate adjustment |
| 4/15/11 | RWJ | .50 | Revise Exhibit A and interim fee application to adjust for billing rate of attorney |
| | | SUB TOTAL | 1,200.00 |

**TOTAL HOURS: 19.6**

**FEE GRAND TOTAL:    $ 6,977.50**

**NORTEL'S 50% TOTAL:  $ 3,488.75**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS           DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

   4/25/11 RET   .40       Receive and analyze notice of filing 63rd report of monitor

   4/25/11 RET   .20       Receive and analyze notice of filing 62nd report of monitor

                       SUB TOTAL     330.00

<u>L190 Other Case Assessment, Devel. & Adm</u>

   4/08/11 JMS   .80       Revise 24th interim application

   4/12/11 JMS   .20       Revise 24th interim application

                       SUB TOTAL     467.50

**TOTAL HOURS: 1.6**

**FEE GRAND TOTAL:    $ 797.50**

4845-5685-0441, v. 1