# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $101.55 |
| Computer Research | Westlaw | $2,195.49 |
| Duplicating/Printing | In Office | $3,822.20 |
| Computer Research | Quicklaw | $1,196.55 |
| Travel | | $11,455.09[9] |
| Computer Research | Pacer | $39.12 |
| Word Processing | | $7.50 |
| Courier/Delivery Service | | $69.07 |
| Telephone | | $0.47 |
| Document Preparation | | $22.19 |
| Court Costs | | $30.00 |
| **Grand Total Expenses** | | $18,939.23 |

---

[9] Includes travel expenses from November 14-16, 2010 that were not included on Torys' previous fee application.

**EXPENSES**

| Date | Amount | Narrative |
|---|---|---|

**Courier/Delivery Service**

| Date | Amount | Narrative |
|---|---|---|
| 28/04/2011 | 36.10 | filing motion record and affidavit of service (returnable May 3, 2011 before Morawetz J.) with the Commercial List; |
| 10/03/2011 | 4.86 | Courier 130 King St W,Weir Foulds, 79 Wellington Street West,Torys |
| 15/03/2011 | 3.71 | Courier 79 Wellington Street West,Torys, 130 King St W,Weirfoulds, |
| 17/03/2011 | 24.40 | Courier - Federal Express |
| **TOTAL:** | **$ 69.07** | |

**Travel**

| Date | Amount | Narrative |
|---|---|---|
| 18/04/2011 | 73.49 | Taxi & Travel - - VENDOR: Rosedale Livery Limited Scott Bomhoff 04/10/11 |
| 10/04/2011 | 705.97 | Taxi & Travel (Out of Town) airfare, Date: 100411, Claimant: Bomhof, Scott |
| 10/04/2011 | 1,322.79 | Taxi & Travel (Out of Town) Andaz Wall Street (hotel) (Apr. 10-13), Date: 100411, Claimant: Bomhof, Scott |
| 10/04/2011 | 37.89 | Taxi & Travel (Out of Town) cab, Date: 100411, Claimant: Bomhof, Scott |
| 13/04/2011 | 426.69 | Taxi & Travel (Out of Town) change fee (changed time of return), Date: 130411, Claimant: Bomhof,Scott |
| 25/02/2011 | 10.51 | Taxi & Travel Diamond Taxi, Date: 25/02/2011 Chit # 2649960 |
| 25/03/2011 | 10.37 | Taxi & Travel Diamond Taxi, Date: 25/03/2011 Chit # 2647658 |
| 12/04/2011 | 31.04 | Car Service - UTOG M 75 WALL ST to M  GREENWICH ST BOMHOF SCOTT A.,V# 3248545 12/04/2011  INV# 514349 |
| 30/04/2011 | 2,557.17 | Taxi & Travel (Out of Town) return airfare, Date: 14/11/2010 to 16/11/2010 Toronto to New York, Claimant: DeMarinis, Tony |
| 30/04/2011 | 1,892.40 | Taxi & Travel (Out of Town) Marriott (hotel) (Nov.14-16, 2010), Claimant: DeMarinis, Tony |
| 30/04/2011 | 137.94 | Taxi & Travel (Out of Town) cab, Date: 141110, Claimant: DeMarinis, Tony |
| 30/04/2011 | 82.34 | Taxi & Travel (Out of Town) cab, Date: 161110, Claimant: DeMarinis, Tony |
| 30/04/2011 | 2,247.51 | Taxi & Travel (Out of Town) return airfare, Date: 10/04/2011 to 14/04/2011 Toronto to New York, Claimant: DeMarinis, Tony |
| 30/04/2011 | 1,485.03 | Taxi & Travel (Out of Town) Hyatt Andaz (hotel) (Apr.10-14,2011), Claimant: DeMarinis, Tony |
| 30/04/2011 | 122.62 | Taxi & Travel (Out of Town) cab, Date 100411, Claimant: DeMarinis, Tony |
| 30/04/2011 | 75.30 | Taxi & Travel (Out of Town) cab, Date 140411, Claimant: DeMarinis, Tony |
| 30/04/2011 | 236.04 | Taxi & Travel (Out of Town) flight change fee, Date 140411, Claimant: DeMarinis, Tony |
| **TOTAL:** | **$ 11,455.09** | |

**Telephone**

| Date | Amount | Narrative |
|---|---|---|
| 15/03/2011 | 0.26 | Telephone Call 12122252538 - New York, NY -Time: 17:56 - Dur: 4.93 |
| 16/03/2011 | 0.21 | Telephone Call 12122252538 - New York, NY -Time: 14:37 - Dur: 3.62 |
| **TOTAL:** | **$ 0.47** | |

**Duplicating**

| Date | Amount | Narrative |
|---|---|---|
| 25/02/2011 | 0.50 | Copies |
| 25/02/2011 | 211.60 | Copies |
| 07/03/2011 | 0.40 | Copies |
| 10/03/2011 | 4.90 | Copies |
| 29/03/2011 | 0.60 | Copies |
| 30/03/2011 | 7.50 | Copies |
| 01/04/2011 | 10.40 | Copies |
| 04/04/2011 | 0.60 | Copies |
| 08/04/2011 | 171.80 | Copies |
| 19/04/2011 | 4.20 | Copies |
| 19/04/2011 | 1.10 | Copies |
| 26/04/2011 | 2.80 | Copies |
| 26/04/2011 | 1.70 | Copies |
| 26/04/2011 | 13.70 | Copies |
| 27/04/2011 | 16.50 | Copies |
| 14/02/2011 | 2.10 | Laser Printing |
| 15/02/2011 | 0.10 | Laser Printing |
| 17/02/2011 | 6.10 | Laser Printing |
| 17/02/2011 | 45.60 | Laser Printing |
| 18/02/2011 | 20.70 | Laser Printing |
| 22/02/2011 | 4.00 | Laser Printing |
| 25/02/2011 | 0.20 | Laser Printing |
| 25/02/2011 | 3.10 | Laser Printing |
| 25/02/2011 | 192.70 | Laser Printing |
| 25/02/2011 | 49.40 | Laser Printing |
| 28/02/2011 | 347.30 | Laser Printing |
| 28/02/2011 | 241.70 | Laser Printing |
| 28/02/2011 | 8.50 | Laser Printing |
| 01/03/2011 | 192.60 | Laser Printing |
| 01/03/2011 | 43.40 | Laser Printing |
| 02/03/2011 | 557.60 | Laser Printing |
| 02/03/2011 | 42.00 | Laser Printing |
| 03/03/2011 | 0.90 | Laser Printing |

**EXPENSES**

| Date | Amount | Narrative |
|---|---:|---|
| 03/03/2011 | 309.30 | Laser Printing |
| 03/03/2011 | 155.80 | Laser Printing |
| 03/03/2011 | 1.50 | Laser Printing |
| 04/03/2011 | 5.90 | Laser Printing |
| 04/03/2011 | 59.50 | Laser Printing |
| 04/03/2011 | 31.80 | Laser Printing |
| 04/03/2011 | 19.50 | Laser Printing |
| 04/03/2011 | 5.40 | Laser Printing |
| 05/03/2011 | 8.00 | Laser Printing |
| 07/03/2011 | 0.80 | Laser Printing |
| 07/03/2011 | 0.70 | Laser Printing |
| 07/03/2011 | 113.90 | Laser Printing |
| 07/03/2011 | 1.00 | Laser Printing |
| 07/03/2011 | 25.80 | Laser Printing |
| 07/03/2011 | 8.20 | Laser Printing |
| 07/03/2011 | 2.30 | Laser Printing |
| 08/03/2011 | 0.60 | Laser Printing |
| 08/03/2011 | 6.20 | Laser Printing |
| 08/03/2011 | 17.40 | Laser Printing |
| 08/03/2011 | 12.80 | Laser Printing |
| 08/03/2011 | 12.70 | Laser Printing |
| 08/03/2011 | 26.20 | Laser Printing |
| 08/03/2011 | 1.50 | Laser Printing |
| 08/03/2011 | 0.70 | Laser Printing |
| 08/03/2011 | 11.10 | Laser Printing |
| 08/03/2011 | 3.00 | Laser Printing |
| 09/03/2011 | 3.60 | Laser Printing |
| 09/03/2011 | 9.30 | Laser Printing |
| 09/03/2011 | 2.20 | Laser Printing |
| 09/03/2011 | 1.80 | Laser Printing |
| 09/03/2011 | 0.60 | Laser Printing |
| 09/03/2011 | 4.20 | Laser Printing |
| 10/03/2011 | 12.90 | Laser Printing |
| 10/03/2011 | 2.60 | Laser Printing |
| 10/03/2011 | 1.30 | Laser Printing |
| 11/03/2011 | 0.60 | Laser Printing |
| 11/03/2011 | 2.50 | Laser Printing |
| 14/03/2011 | 0.60 | Laser Printing |
| 14/03/2011 | 2.80 | Laser Printing |
| 15/03/2011 | 5.10 | Laser Printing |
| 15/03/2011 | 4.80 | Laser Printing |
| 15/03/2011 | 82.20 | Laser Printing |
| 15/03/2011 | 1.20 | Laser Printing |
| 15/03/2011 | 3.30 | Laser Printing |
| 16/03/2011 | 1.20 | Laser Printing |
| 16/03/2011 | 1.50 | Laser Printing |
| 16/03/2011 | 8.30 | Laser Printing |
| 17/03/2011 | 6.40 | Laser Printing |
| 17/03/2011 | 3.10 | Laser Printing |
| 17/03/2011 | 1.70 | Laser Printing |
| 18/03/2011 | 2.10 | Laser Printing |
| 18/03/2011 | 2.10 | Laser Printing |
| 22/03/2011 | 22.80 | Laser Printing |
| 24/03/2011 | 0.70 | Laser Printing |
| 25/03/2011 | 24.30 | Laser Printing |
| 25/03/2011 | 12.20 | Laser Printing |
| 25/03/2011 | 7.60 | Laser Printing |
| 28/03/2011 | 0.20 | Laser Printing |
| 28/03/2011 | 8.00 | Laser Printing |
| 28/03/2011 | 3.80 | Laser Printing |
| 28/03/2011 | 2.20 | Laser Printing |
| 29/03/2011 | 1.20 | Laser Printing |
| 29/03/2011 | 1.20 | Laser Printing |
| 29/03/2011 | 3.30 | Laser Printing |
| 29/03/2011 | 2.60 | Laser Printing |
| 30/03/2011 | 1.70 | Laser Printing |
| 30/03/2011 | 30.50 | Laser Printing |

**EXPENSES**

| Date | Amount | Narrative |
|---|---|---|
| 30/03/2011 | 4.00 | Laser Printing |
| 31/03/2011 | 1.50 | Laser Printing |
| 01/04/2011 | 2.70 | Laser Printing |
| 04/04/2011 | 4.50 | Laser Printing |
| 04/04/2011 | 7.70 | Laser Printing |
| 04/04/2011 | 61.20 | Laser Printing |
| 04/04/2011 | 61.60 | Laser Printing |
| 04/04/2011 | 3.20 | Laser Printing |
| 04/04/2011 | 6.20 | Laser Printing |
| 05/04/2011 | 2.90 | Laser Printing |
| 05/04/2011 | 5.80 | Laser Printing |
| 05/04/2011 | 38.20 | Laser Printing |
| 05/04/2011 | 3.60 | Laser Printing |
| 06/04/2011 | 3.80 | Laser Printing |
| 06/04/2011 | 5.80 | Laser Printing |
| 06/04/2011 | 21.70 | Laser Printing |
| 06/04/2011 | 2.90 | Laser Printing |
| 06/04/2011 | 2.20 | Laser Printing |
| 07/04/2011 | 4.00 | Laser Printing |
| 07/04/2011 | 4.60 | Laser Printing |
| 07/04/2011 | 4.00 | Laser Printing |
| 08/04/2011 | 8.00 | Laser Printing |
| 08/04/2011 | 0.20 | Laser Printing |
| 08/04/2011 | 0.10 | Laser Printing |
| 08/04/2011 | 9.10 | Laser Printing |
| 11/04/2011 | 4.40 | Laser Printing |
| 11/04/2011 | 7.10 | Laser Printing |
| 13/04/2011 | 6.80 | Laser Printing |
| 14/04/2011 | 5.50 | Laser Printing |
| 14/04/2011 | 31.80 | Laser Printing |
| 18/04/2011 | 1.10 | Laser Printing |
| 18/04/2011 | 1.30 | Laser Printing |
| 19/04/2011 | 1.70 | Laser Printing |
| 19/04/2011 | 7.20 | Laser Printing |
| 19/04/2011 | 0.90 | Laser Printing |
| 20/04/2011 | 2.00 | Laser Printing |
| 20/04/2011 | 2.10 | Laser Printing |
| 20/04/2011 | 29.30 | Laser Printing |
| 20/04/2011 | 0.40 | Laser Printing |
| 21/04/2011 | 3.00 | Laser Printing |
| 21/04/2011 | 3.30 | Laser Printing |
| 25/04/2011 | 33.20 | Laser Printing |
| 25/04/2011 | 1.00 | Laser Printing |
| 26/04/2011 | 0.50 | Laser Printing |
| 26/04/2011 | 17.70 | Laser Printing |
| 26/04/2011 | 14.00 | Laser Printing |
| 26/04/2011 | 5.80 | Laser Printing |
| 27/04/2011 | 2.10 | Laser Printing |
| 27/04/2011 | 1.10 | Laser Printing |
| 27/04/2011 | 3.00 | Laser Printing |
| 28/04/2011 | 4.00 | Laser Printing |
| 16/03/2011 | 0.20 | Duplicating |
| 04/02/2011 | 1.20 | Laser Printing |
| 07/02/2011 | 0.10 | Laser Printing |
| 07/02/2011 | 0.10 | Laser Printing |
| 07/02/2011 | 1.60 | Laser Printing |
| 07/02/2011 | 0.20 | Laser Printing |
| 07/02/2011 | 0.10 | Laser Printing |
| 09/02/2011 | 0.30 | Laser Printing |
| 16/02/2011 | 1.90 | Laser Printing |
| 16/02/2011 | 1.60 | Laser Printing |
| 20/02/2011 | 0.60 | Laser Printing |
| 16/03/2011 | 0.20 | Laser Printing |
| 16/03/2011 | 0.10 | Laser Printing |
| 16/03/2011 | 0.20 | Laser Printing |
| 16/03/2011 | 0.10 | Laser Printing |
| 16/03/2011 | 0.10 | Laser Printing |

**EXPENSES**

| Date | Amount | Narrative |
|---|---|---|
| 17/03/2011 | 0.10 | Laser Printing |
| 17/03/2011 | 0.20 | Laser Printing |
| 17/03/2011 | 0.20 | Laser Printing |
| 17/03/2011 | 0.20 | Laser Printing |
| 18/03/2011 | 0.10 | Laser Printing |
| 21/03/2011 | 0.20 | Laser Printing |
| 21/03/2011 | 0.10 | Laser Printing |
| 21/03/2011 | 0.20 | Laser Printing |
| 21/03/2011 | 0.10 | Laser Printing |
| 21/03/2011 | 0.10 | Laser Printing |
| 21/03/2011 | 0.80 | Laser Printing |
| 22/03/2011 | 0.20 | Laser Printing |
| 22/03/2011 | 1.80 | Laser Printing |
| 22/03/2011 | 1.20 | Laser Printing |
| 22/03/2011 | 0.30 | Laser Printing |
| 22/03/2011 | 0.80 | Laser Printing |
| 22/03/2011 | 2.20 | Laser Printing |
| 21/04/2011 | 0.40 | Laser Printing |
| 21/04/2011 | 0.50 | Laser Printing |
| 21/04/2011 | 0.20 | Laser Printing |
| 22/04/2011 | 2.10 | Laser Printing |
| 25/04/2011 | 2.10 | Laser Printing |
| 26/04/2011 | 0.10 | Laser Printing |
| 28/04/2011 | 0.30 | Laser Printing |
| 28/04/2011 | 0.30 | Laser Printing |
| 28/04/2011 | 0.30 | Laser Printing |
| 28/04/2011 | 0.30 | Laser Printing |
| 28/04/2011 | 0.20 | Laser Printing |

**TOTAL:**   $ 3,822.20

**Meals**

| Date | Amount | Narrative |
|---|---|---|
| 24/02/2011 | 101.55 | Lunch (T.DeMarinis,S.Bomhof,C.Brod(CGSH),J.L.Bromley(CGSH))  Feb 11, T. DeMarinis (R. Reisman) |

**TOTAL:**   $   101.55

**Document Preparation**

| Date | Amount | Narrative |
|---|---|---|
| 28/04/2011 | 3.09 | Binding Charges |
| 28/02/2011 | 16.50 | Exhibit Tabs |
| 28/04/2011 | 2.60 | Exhibit Tabs |

**TOTAL:**   $   22.19

**Computer Research**

| Date | Amount | Narrative |
|---|---|---|
| 14/02/2011 | 197.70 | On Line Research Charges - Quicklaw |
| 08/03/2011 | 205.88 | On Line Research Charges - Quicklaw |
| 10/03/2011 | 54.56 | On Line Research Charges - Quicklaw |
| 10/03/2011 | 11.32 | On Line Research Charges - Quicklaw |
| 11/03/2011 | 25.74 | On Line Research Charges - Quicklaw |
| 24/03/2011 | 15.44 | On Line Research Charges - Quicklaw |
| 31/03/2011 | 151.61 | On Line Research Charges - Quicklaw |
| 01/04/2011 | 54.67 | On Line Research Charges - Quicklaw |
| 04/04/2011 | 35.08 | On Line Research Charges - Quicklaw |
| 05/04/2011 | 357.92 | On Line Research Charges - Quicklaw |
| 06/04/2011 | 86.63 | On Line Research Charges - Quicklaw |
| 28/02/2011 | 43.23 | On Line Research Charges -WestlaweCarswell Incl. |
| 01/03/2011 | 3.60 | On Line Research Charges -WestlaweCarswell Incl. |
| 02/03/2011 | 47.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 03/03/2011 | 98.82 | On Line Research Charges -WestlaweCarswell Incl. |
| 05/03/2011 | 41.18 | On Line Research Charges -WestlaweCarswell Incl. |
| 05/03/2011 | 100.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 06/03/2011 | 33.46 | On Line Research Charges -WestlaweCarswell Incl. |
| 07/03/2011 | 261.98 | On Line Research Charges -WestlaweCarswell Incl. |
| 07/03/2011 | 51.47 | On Line Research Charges -WestlaweCarswell Incl. |
| 08/03/2011 | 72.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 08/03/2011 | 199.19 | On Line Research Charges -WestlaweCarswell Incl. |
| 08/03/2011 | 120.44 | On Line Research Charges -WestlaweCarswell Incl. |
| 09/03/2011 | 94.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 10/03/2011 | 66.91 | On Line Research Charges -WestlaweCarswell Incl. |
| 10/03/2011 | 110.15 | On Line Research Charges -WestlaweCarswell Incl. |

**EXPENSES**

| Date | Amount | Narrative |
|---|---|---|
| 11/03/2011 | 15.44 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/03/2011 | 25.74 | On Line Research Charges -WestlaweCarswell Incl. |
| 14/03/2011 | 14.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 14/03/2011 | 180.66 | On Line Research Charges -WestlaweCarswell Incl. |
| 15/03/2011 | 10.81 | On Line Research Charges -WestlaweCarswell Incl. |
| 15/03/2011 | 10.81 | On Line Research Charges -WestlaweCarswell Incl. |
| 16/03/2011 | 47.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 18/03/2011 | 102.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 30/03/2011 | 29.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 01/04/2011 | 30.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 04/04/2011 | 7.22 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/04/2011 | 373.37 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/04/2011 | 1.12 | Computerized Court Searches - - VENDOR: PACER SERVICE CENTER |
| 11/04/2011 | 38.00 | Computerized Court Searches - - VENDOR: PACER SERVICE CENTER |

**TOTAL:**    $ 3,431.16

**Word Processing**

| | | |
|---|---|---|
| 06/02/2011 | 7.50 | Word Processing Client Billing for W/E 2/6/2011 |

**TOTAL:**    $    7.50

**Court Costs**

| | | |
|---|---|---|
| 17/03/2011 | 30.00 | Miscellaneous - - VENDOR: CourtCall LLC Willilam Gray Jr - court conference appearance fee |

**TOTAL:**    $   30.00

**GRAND TOTAL:**    $ 18,939.23