# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1, 2011 THROUGH APRIL 30, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,809.58 |
| Conference Call /Telephone Charges | $9,416.13 |
| Courier Service/Postage | $197.06 |
| Duplicating (@ $0.10 per page) | $673.90 |
| Meals/Committee Meeting Expenses | $4,049.65 |
| Travel Expenses – Airfare | $8,726.48 |
| Travel Expenses – Ground Transportation | $2,109.93 |
| Travel expenses – Lodging | $908.59 |
| Travel Expenses – Parking | $46.50 |
| Travel Expenses – Train Fare | $257.00 |
| **TOTAL** | **$29,194.82** |