# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number   1364842 |
| ATTN: JOHN DOLITTLE | Invoice Date   05/17/11 |
| 2221 LAKESIDE BOULEVARD | Client Number   687147 |
| RICHARDSON, TX 75082 | Matter Number   0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/13/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1107020 DATE: 9/29/2010 Vendor: Dial Car Voucher #: DLA3282403 Date: 09/13/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3282403 Date: 09/13/2010 Name: Lisa Beckerman | $74.11 |
| 09/16/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1107020 DATE: 9/29/2010 Vendor: Dial Car Voucher #: DLA3253917 Date: 09/16/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3253917 Date: 09/16/2010 Name: David Botter | $196.01 |
| 09/17/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1107020 DATE: 9/29/2010 Vendor: Dial Car Voucher #: DLA3125260 Date: 09/17/2010 Name: Sarah Schultz\|\|Car Service, Vendor: Dial Car Voucher #: DLA3125260 Date: 09/17/2010 Name: Sarah Schultz | $69.61 |
| 03/08/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: STURM JOSHUA TICKET #: 15793F DEPARTURE DATE: 03/09/2011 ROUTE: NYP WIL NYP | $235.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1364842

Page 2  
May 17, 2011

| Date | Description | Amount |
|---|---|---|
| 03/08/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: STURM JOSHUA TICKET #: 0544328193 DEPARTURE DATE: 03/08/2011 ROUTE: NYP WIL NYP | $37.00 |
| 03/09/11 | Meals - Business S. Schultz; Starbucks | $2.45 |
| 03/10/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: STURM JOSHUA TICKET #: 15793F DEPARTURE DATE: 03/10/2011 ROUTE: WIL NYP | $-15.00 |
| 03/16/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 902378 DATE: 3/20/2011 Catering Akin Gump - Mendy's at Rock Center - 03/16/2011 | $17.90 |
| 03/16/11 | Meals - Business Meal at airport; F. Hodara; Pearson | $11.32 |
| 03/16/11 | Travel - Ground Transportation Taxi from airport; Taxi (no name given) | $67.37 |
| 03/16/11 | Meals - Business Airport meal; F. Hodara; Cafe & Bar Toronto Airport | $8.86 |
| 03/16/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 669017 DATE: 3/25/2011 Vendor: Executive Royal Voucher #: 149735 Date: 03/16/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 149735 Date: 03/16/2011 Name: Fred Hodara | $60.74 |
| 03/16/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: BOTTER DAVID TICKET #: 7962511454 DEPARTURE DATE: 03/11/2011 ROUTE: YYZ/LGA | $1,262.63 |
| 03/16/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: BOTTER DAVID TICKET #: 0544462055 DEPARTURE DATE: 03/11/2011 ROUTE: YYZ/LGA | $45.00 |
| 03/16/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: BOTTER DAVID TICKET #: 7962511452 DEPARTURE DATE: 03/11/2011 ROUTE: LGA/YYZ | $1,130.31 |
| 03/16/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: HODARA FRED TICKET #: 7962511463 DEPARTURE | $1,262.63 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                         Page 3
Invoice Number: 1364842                                                    May 17, 2011

| Date | Description | Amount |
|---|---|---|
| 03/16/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: HODARA FRED TICKET #: 0544462062 DEPARTURE DATE: 03/11/2011 ROUTE: YYZ/LGA | $45.00 |
| 03/16/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR11-53062500000206 DATE: 3/28/2011 PASSENGER: HODARA FRED TICKET #: 7962511461 DEPARTURE DATE: 03/11/2011 ROUTE: LGA/YYZ | $1,130.31 |
| 03/17/11 | Travel - Ground Transportation Taxi - I Love NY | $42.00 |
| 03/17/11 | Travel - Ground Transportation Taxi - Med#5J47 | $33.00 |
| 03/17/11 | Meals - Business S. Schultz; Hudson News | $1.41 |
| 03/17/11 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel New York | $488.18 |
| 03/17/11 | Meals - Business s; Sofitel New York | $18.63 |
| 03/17/11 | Travel - Parking NTTA Parking | $25.00 |
| 03/17/11 | Travel - Airfare AA; Frosch Travel | $2,475.40 |
| 03/17/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1117313 DATE: 4/6/2011  Vendor: Dial Car Voucher #: DLRVP8A341E8 Date: 03/17/2011 Name: Ira Dizengoff\|Car Service, Vendor: Dial Car Voucher #: DLRVP8A341E8 Date: 03/17/2011 Name: Ira Dizengoff | $67.39 |
| 03/18/11 | Document Production - In House REQUESTOR: M FITZGERALD; DESCRIPTION: COLOR COPIES; QUANTITY: 129; DATE ORDERED: 3/18/11 | $12.90 |
| 03/21/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 903740 DATE: 3/27/2011 Brauner Sara - Fuel Grill & Juice Bar - 03/21/2011 | $15.45 |
| 03/21/11 | Travel - Airfare AA; Frosch Travel | $1,209.20 |
| 03/21/11 | Travel - Airfare Flight Change; AA; Frosch Travel | $166.00 |
| 03/21/11 | Meals - Business S. Schultz; Admirals Club | $6.40 |
| 03/21/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 393160 DATE: 4/1/2011 SENDER'S NAME: S. BRAUNER; JOB NUMBER: 4911397; PICKUP: 1 BRYANT PARK; DESTINATION: 520 MADISON AVE; DATE: 03/21/2011 | $57.37 |
| 03/21/11 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL | $255.12 |

| Date | Description | Amount |
|---|---|---|
| | CONFERENCING; INVOICE#: 2028874000-031411; DATE: 3/21/2011 | |
| 03/22/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 903740 DATE: 3/27/2011 Catering Akin Gump - Mendy's at Rock Center - 03/22/2011 | $17.90 |
| 03/22/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 903740 DATE: 3/27/2011 Catering Akin Gump - Mendy's at Rock Center - 03/22/2011 | $17.90 |
| 03/22/11 | Meals - Business S. Schultz, A. Blaylock, A. Beane; La Fonda Del Sol | $65.00 |
| 03/22/11 | Travel - Ground Transportation Taxi: MED# 3V11 | $16.26 |
| 03/22/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E131A DATE: 3/26/2011 TRACKING #: 1Z02E52E6650196008; PICKUP DATE: 03/22/2011; SENDER: S. BRAUNER/ KB; RECEIVER: PAUL BAGON - ASHURST LLP.; | $31.66 |
| 03/22/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 393160 DATE: 4/1/2011 SENDER'S NAME: S. BRAUNER; JOB NUMBER: 4911847; PICKUP: 229 W 36TH ST; DESTINATION: 520 MADISON AVE; DATE: 03/22/2011 | $11.32 |
| 03/23/11 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel | $420.41 |
| 03/23/11 | Meals - Business S. Schultz; Sofitel | $10.29 |
| 03/23/11 | Travel - Parking NTTA Parking | $21.50 |
| 03/23/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1117567 DATE: 4/13/2011 Vendor: Dial Car Voucher #: DLA3374515 Date: 03/23/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3374515 Date: 03/23/2011 Name: David Botter | $41.34 |
| 03/24/11 | Meals (100%) 3/18/11 - S. Brauner - Meeting with Ad Hoc Professionals and EMEA entity reprsentatives (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800129; DATE: 3/24/2011 | $358.47 |
| 03/24/11 | Meals (100%) 3/22/11 - B. Kahn - Meeting with EMEA representatives and Ad Hoc Professionals -Lunch (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800129; DATE: 3/24/2011 | $544.38 |
| 03/24/11 | Meals (100%) 3/22/11 - S. Brauner- | $375.62 |

| Date | Description | Amount |
|---|---|---|
| 03/24/11 | Meeting with EMEA representatives and Ad Hoc Professionals - Breakfast (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800129; DATE: 3/24/2011 Meals (100%) 3/22/11 - S. Brauner - | $146.16 |
| 03/24/11 | Meeting with EMEA representatives and Ad Hoc Professionals - refreshments for breakout room (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800129; DATE: 3/24/2011 Meals (100%) 3/23/11 - S. Brauner - | $293.96 |
| 03/24/11 | Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800129; DATE: 3/24/2011 Meals (100%) 3/23/11 - S. Brauner - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800129; DATE: 3/24/2011 | $480.14 |
| 03/25/11 | Travel - Ground Transportation  Taxi fare home (working late) | $14.52 |
| 03/25/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 669251 DATE: 4/1/2011 Vendor: Executive Royal Voucher #: 298532 Date: 03/25/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 298532 Date: 03/25/2011 Name: Fred Hodara | $28.03 |
| 03/28/11 | Travel - Ground Transportation  Taxi fare home (working late) | $16.36 |
| 03/28/11 | Document Production - In House REQUESTOR: S THIBODEAUX; DESCRIPTION: COLOR COPIES; QUANTITY: 208; DATE ORDERED: 3/28/11 | $20.80 |
| 03/29/11 | Computerized Legal Research - Westlaw User: HENG,SHARMAINE Date: 3/29/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $53.09 |
| 03/30/11 | Computerized Legal Research - Westlaw User: PRESA,RACHEL Date: 3/30/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $371.80 |
| 03/31/11 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 3/31/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $50.99 |
| 03/31/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 669728 DATE: 4/8/2011 | $121.17 |

| Date | Description | Amount |
|---|---|---|
| 03/31/11 | Vendor: Executive Royal Voucher #: 296382 Date: 03/31/2011 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 296382 Date: 03/31/2011 Name: Stephen Kuhn Meals (100%) 3/28/11 - S. Brauner- Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800130; DATE: 3/31/2011 | $163.31 |
| 03/31/11 | Meals (100%) 3/29/11 - S. Brauner - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800130; DATE: 3/31/2011 | $163.31 |
| 03/31/11 | Travel - Ground Transportation 2/28/11 - Taxi - G. Bell VENDOR: Computer Cab PLC; INVOICE#: 21717; DATE: 3/31/2011 | $20.04 |
| 03/31/11 | Travel - Ground Transportation 2/28/11 - Taxi - G. Bell VENDOR: Computer Cab PLC; INVOICE#: 21717; DATE: 3/31/2011 | $40.72 |
| 03/31/11 | Travel - Ground Transportation Nortel - Car from One Bryant Park to 87th and Broadway; NYC Car Co. | $30.00 |
| 04/01/11 | Computerized Legal Research - Westlaw User: PRESA,RACHEL Date: 4/1/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $176.13 |
| 04/01/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 393160 DATE: 4/1/2011 SENDER'S NAME: S. BRAUNER; JOB NUMBER: 4970656; PICKUP: 1 BRYANT PARK; DESTINATION: 420 W 24TH ST; DATE: 04/01/2011 | $46.00 |
| 04/03/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 6 page(s) | $0.60 |
| 04/03/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 5 page(s) | $0.50 |
| 04/03/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 6 page(s) | $0.60 |
| 04/03/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 5 page(s) | $0.50 |
| 04/04/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 1170 page(s) | $117.00 |
| 04/04/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 1280 page(s) | $128.00 |
| 04/04/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 1170 page(s) | $117.00 |
| 04/04/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 1290 page(s) | $129.00 |
| 04/04/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 669728 DATE: 4/8/2011 | $28.03 |

| Date | Description | Amount |
|---|---|---|
| 04/04/11 | Vendor: Executive Royal Voucher #: 278521 Date: 04/04/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 278521 Date: 04/04/2011 Name: Brad Kahn | |
| 04/04/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 915144 DATE: 4/10/2011 Catering Akin Gump - Mendy's at Rock Center - 04/04/2011 | $17.90 |
| 04/04/11 | Travel - Ground Transportation London Cab - Working late | $17.91 |
| 04/05/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 915144 DATE: 4/10/2011 Brauner Sara - Crisp - 04/05/2011 | $16.23 |
| 04/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1117567 DATE: 4/13/2011 Vendor: Dial Car Voucher #: DLRVUBA351D9 Date: 04/05/2011 Name: Brad Kahn\|\|Car Service, Vendor: Dial Car Voucher #: DLRVUBA351D9 Date: 04/05/2011 Name: Brad Kahn | $70.72 |
| 04/05/11 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 04001-54901-11; DATE: 4/5/2011 | $9,161.01 |
| 04/05/11 | Travel - Ground Transportation Taxi fare home (working late) | $21.16 |
| 04/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1117848 DATE: 4/20/2011 Vendor: Dial Car Voucher #: DLA3317922 Date: 04/05/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3317922 Date: 04/05/2011 Name: David Botter | $131.42 |
| 04/06/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/6/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $263.44 |
| 04/06/11 | Computerized Legal Research - Other Searches in various courts from 1/1/11 - 3/31/11 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q12011; DATE: 4/6/2011 - Account ID: AG0054 | $303.12 |
| 04/07/11 | Meals (100%) 4/4/11: N. Kunen - Meeting with Ad Hoc Professionals and EMEA entity representatives (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | $156.78 |
| 04/07/11 | Meals (100%) 4/5/11: S. Brauner - In-person committee meeting working meal | $107.51 |

| Date | Description | Amount |
|---|---|---|
| | - refreshments (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | |
| 04/07/11 | Meals (100%) 4/5/11: S. Brauner - In-person committee meeting breakfast (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | $284.98 |
| 04/07/11 | Meals (100%) 4/5/11: S. Brauner - In-person committee meeting lunch (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | $489.94 |
| 04/07/11 | Meals (100%) 4/5/11: S. Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | $18.47 |
| 04/07/11 | Meals (100%) 4/6/11: A. Gomez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | $33.75 |
| 04/07/11 | Meals (100%) 4/7/11: M. Andino - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800131; DATE: 4/7/2011 | $111.05 |
| 04/08/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/8/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $150.60 |
| 04/10/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 669972 DATE: 4/15/2011 Vendor: Executive Royal Voucher #: 299743 Date: 04/10/2011 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 299743 Date: 04/10/2011 Name: Fred Hodara | $44.11 |
| 04/10/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1118320 DATE: 4/27/2011 Vendor: Dial Car Voucher #: DLA3281552 Date: 04/10/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3281552 Date: 04/10/2011 Name: David Botter | $124.23 |
| 04/10/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1118320 DATE: 4/27/2011 Vendor: Dial Car Voucher #: DLA3303923 Date: 04/10/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3303923 Date: | $159.42 |

| Date | Description | Amount |
|---|---|---|
| 04/11/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/11/2011 AcctNumber: 1000193694 ConnectTime: 0.0<br>04/10/2011 Name: David Botter | $242.53 |
| 04/11/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 919051 DATE: 4/17/2011<br>Duda Monica - 9th Ave Pearl on the Sushi - 04/11/2011 | $22.67 |
| 04/11/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670173 DATE: 4/22/2011<br>Vendor: Executive Royal Voucher #: 275132 Date: 04/11/2011 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 275132 Date: 04/11/2011 Name: Brad Kahn | $31.36 |
| 04/11/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1118320 DATE: 4/27/2011<br>Vendor: Dial Car Voucher #: DLA3320730 Date: 04/11/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3320730 Date: 04/11/2011 Name: David Botter | $131.42 |
| 04/11/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1118320 DATE: 4/27/2011<br>Vendor: Dial Car Voucher #: DLA3346155 Date: 04/11/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3346155 Date: 04/11/2011 Name: David Botter | $152.77 |
| 04/12/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/12/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $71.03 |
| 04/12/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 919051 DATE: 4/17/2011<br>Duda Monica - 1 Chimi Sushi - 04/12/2011 | $23.21 |
| 04/12/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 919051 DATE: 4/17/2011<br>Sturm Joshua - Eden Wok - 04/12/2011 | $30.40 |
| 04/12/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670173 DATE: 4/22/2011<br>Vendor: Executive Royal Voucher #: 305052 Date: 04/12/2011 Name: Brad Kahn‖Car Service, Vendor: Executive | $66.84 |

| Date | Description | Amount |
|---|---|---|
| 04/12/11 | Royal Voucher #: 305052 Date: 04/12/2011 Name: Brad Kahn Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670173 DATE: 4/22/2011 Vendor: Executive Royal Voucher #: 302432 Date: 04/12/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 302432 Date: 04/12/2011 Name: Fred Hodara | $75.93 |
| 04/13/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/13/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $149.32 |
| 04/13/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 919051 DATE: 4/17/2011 Catering Akin Gump - Mendy's at Rock Center - 04/13/2011 | $17.90 |
| 04/13/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670173 DATE: 4/22/2011 Vendor: Executive Royal Voucher #: 301635 Date: 04/13/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 301635 Date: 04/13/2011 Name: Brad Kahn | $87.91 |
| 04/13/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670173 DATE: 4/22/2011 Vendor: Executive Royal Voucher #: 265854 Date: 04/13/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 265854 Date: 04/13/2011 Name: Fred Hodara | $28.03 |
| 04/14/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 4/14/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.64 |
| 04/14/11 | Postage US Postage - User # 990269, LA, 8 piece(s) | $3.52 |
| 04/14/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E161A DATE: 4/16/2011 TRACKING #: 1Z02E52E6651067422; PICKUP DATE: 04/14/2011; SENDER: ANITA GOMEZ; RECEIVER: RYAN C. JACOBS - FRASER MILNER CASGRAIN LLP; | $47.19 |
| 04/19/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/19/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $329.48 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1364842  

Page 11  
May 17, 2011  

| Date | Description | Amount |
|---|---|---|
| 04/19/11 | Computerized Legal Research - Westlaw User: SINGER,FRANCIS Date: 4/19/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $143.35 |
| 04/20/11 | Duplication - In House Photocopy - Kahn, Brad, NY, 1470 page(s) | $147.00 |
| 04/20/11 | Computerized Legal Research - Westlaw User: SINGER,FRANCIS Date: 4/20/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $284.77 |
| 04/21/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 4/21/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $121.38 |
| 04/25/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 4/25/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $83.94 |
| 04/27/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 4/27/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $5.97 |

Current Expenses         $29,194.82

MATTER SUMMARY OF TIME BILLED BY TASK:

| Code | Task | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 11.40 | $9,282.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 9.60 | $5,849.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 6.10 | $3,153.00 |
| 0006 | Retention of Professionals | 19.10 | $10,190.50 |
| 0007 | Creditors Committee Meetings | 111.80 | $75,776.00 |
| 0008 | Court Hearings | 13.50 | $10,395.00 |
| 0009 | Financial Reports and Analysis | 1.00 | $936.00 |
| 0012 | General Claims Analysis/Claims Objections | 16.60 | $9,589.00 |
| 0014 | Canadian Proceedings/Matters | 7.20 | $6,078.00 |
| 0017 | General Adversary Proceedings | 0.90 | $891.00 |
| 0018 | Tax Issues | 15.00 | $10,482.00 |
| 0019 | Labor Issues/Employee Benefits | 96.60 | $63,773.50 |
| 0020 | Real Estate Issues/Leases | 46.80 | $29,527.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 28.70 | $16,138.00 |
| 0025 | Travel | 15.25 | $11,265.00 |
| 0026 | Avoidance Actions | 0.30 | $153.00 |
| 0029 | Intercompany Analysis | 463.70 | $335,304.50 |
| 0031 | European Proceedings/Matters | 0.40 | $396.00 |
| 0032 | Intellectual Property | 167.70 | $113,809.50 |
| | TOTAL | 1031.65 | $712,988.00 |

**Total Amount of This Invoice**                              $742,182.82