# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 15.60 | $15,210.00 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 147.40 | $132,660.00 |
| Paul B. Hewitt | Partner for 28 years; Admitted in 1974; Litigation Department | $795 | 4.10 | $3,259.50 |
| Rachael Helyar | Partner for 7 years; Admitted in 1995; Litigation Department | $620 | 14.00 | $8,680.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 121.70 | $120,483.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 7.80 | $5,460.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 67.80 | $53,562.00 |
| Robert H. Pees | Partner for 15 years; Admitted in 1988; Litigation Department | $805 | 16.90 | $13,604.50 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 20.80 | $16,432.00 |
| Randall M. Ratner | Partner for 25 years; Admitted in 1979; Real Estate Department | $650 | 10.10 | $6,565.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 61.45 | $43,015.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 43.20 | $29,808.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Monica T. Duda | Counsel for 2 years; Admitted in 2002; Litigation Department | $585 | 52.00 | $30,420.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 1.50 | $915.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 23.30 | $13,048.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 49.50 | $27,720.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring | $600 | 65.60 | $39,360.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 23.70 | $8,532.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 199.00 | $101,490.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 71.40 | $39,270.00 |
| Alexandra R. Caleca | Legal Assistant for 2 years; Financial Restructuring | $210 | 2.50 | $525.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 21 years; Financial Restructuring Department | $230 | 2.80 | $644.00 |
| Francis A. Singer | Legal Assistant for 33 years; Litigation Department | $250 | 7.00 | $1,750.00 |
| Risa J. Slavin | Legal Assistant for 23 years; Litigation Department | $230 | 2.50 | $575.00 |

Total Amount of Fees:     $712,988.00
Total Number of Hours:    1,031.65
Blended Hourly Rate:      $691.11