# CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on May 27, 2011, a copy of the foregoing **Twenty-Seventh Monthly Application of Akin Gump Strauss Hauer & Feld LLP Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from April 1, 2011 through April 30, 2011** was served on the parties on the attached list and in the manner indicated thereon.

*[signature]*
Christopher M. Samis (No. 4909)

RLF1 3379657v.1

NORTEL NETWORKS INC.
CASE NO. 09-10138 (KG)
<u>SERVICE LIST</u>

**<u>VIA HAND DELIVERY</u>**

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**<u>VIA FIRST CLASS MAIL</u>**

*(Debtors)*
Allen K. Stout
Nortel Networks Inc
220 Athens Way, Suite 300
Nashville, TN 37228-1304

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036