IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
            Debtors.                 :   Jointly Administered
                                                            :
                                                            :   Hearing Date: June 21, 2011 at 9:30 a.m. (ET)
                                                            :
------------------------------------------------------------X

**SECOND QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS
SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2011 THROUGH APRIL 30, 2011**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Torys LLP ("Torys") hereby submits its Second Quarterly Fee Application Request (the "Request") for the period February 1, 2011 through and including April 30, 2011[2] (the "Application Period").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Exhibits A and B attached to Torys' second monthly application for the period February 1, 2011 through and including April 30, 2011 [D.I. 5501] contains a detailed listing of Torys' requested fees and expenses for the Application Period.

12075156.1

Torys seeks approval for the following fee application that was filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/27/11 [D.I. 5501] | 2/1/11 – 4/30/11 | $758,889.50 | $18,939.23 | Pending | $607,111.60 | $18,939.23 | $151,777.90 |
| TOTAL | | $758,889.50 | $18,939.23 | | $607,111.60 | $18,939.23 | $151,777.90 |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Torys such other and further relief as is just and proper.

Dated: May 27, 2011
New York, New York

TORYS LLP

/s/ Alison D. Bauer
William F. Gray, Jr.
Alison D. Bauer
237 Park Avenue
New York, New York 10017
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

12075156.1                                    2

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott A. Bomhof | Partner/Bankruptcy | $785.00 | 226.7 | $174,819.50 |
| Andrew Gray | Partner/Litigation | $665.00 | 63.0 | $41,895.00 |
| Natasha De Cicco | Associate/Bankruptcy | $615.00 | 103.8 | $63,837.00 |
| Mitch Frazer | Partner/Corporate | $760.00 | 14.4 | $10,944.00 |
| Sabrina Gherbaz | Partner/Real Estate | $785.00 | 10.4 | $8,164.00 |
| Molly Reynolds | Associate/Litigation | $385.00 | 2.3 | $885.50 |
| Brian Cox | Articling Student | $295.00 | 149.2 | $44,014.00 |
| James Gotowiec | Articling Student | $295.00 | 34.4 | $10,148.00 |
| Rebecca Wise | Articling Student | $295.00 | 1.2 | $354.00 |
| Sheila Block | Partner/Litigation | $1,030.00 | 16.1 | $16,583.00 |
| Wilfred M. Estey | Partner/Corporate | $975.00 | 14.3 | $13,942.50 |
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 295.5 | $288,112.50 |
| Clare Mauro | Librarian | $345.00 | 3.7 | $1,276.50 |
| William Gray | Partner/Bankruptcy | $850.00 | 91.1 | $77,435.00 |
| Alison D. Bauer | Partner/Bankruptcy | $700.00 | 0.2 | $140.00 |
| Timothy Martin | Associate/Bankruptcy | $435.00 | 12.2 | $5,307.00 |
| Dianne Ralph | Paralegal | $215.00 | 3.3 | $709.50 |
| Zeina Hassoun | Paralegal | $215.00 | 1.5 | $322.50 |
| **Total** | | | 1,043.3 | $758,889.50 |
| **GRAND TOTAL:** | $758,889.50 | | | |
| **BLENDED RATE:** | $727.39 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

12075156.1

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 7.1 | $3,319.00 |
| Fee and Employment Applications | 38.3 | $27,331.00 |
| Analysis of Canadian Law | 226.2 | $156,421.00 |
| Intercompany Analysis | 351.7 | $306,555.50 |
| Canadian CCAA Proceedings/Matters | 305.8 | $184,335.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 9.0 | $3,743.00 |
| Plan of Reorganization & Disclosure Statement | 2.6 | $2,041.00 |
| Litigation | 79.6 | $58,579.00 |
| Asset Dispositions | 0.5 | $487.50 |
| M&A Advice | 2.0 | $590.00 |
| Employee Matters | 14.4 | $10,944.00 |
| Supplier Issues | 0.5 | $147.50 |
| Real Estate | 5.6 | $4,396.00 |
| **TOTAL** | 1,043.3 | $758,889.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $101.55 |
| Computer Research | Westlaw | $2,195.49 |
| Duplicating/Printing | In Office | $3,822.20 |
| Computer Research | Quicklaw | $1,196.55 |
| Travel | | $11,455.09[1] |
| Computer Research | Pacer | $39.12 |
| Word Processing | | $7.50 |
| Courier/Delivery Service | | $69.07 |
| Telephone | | $0.47 |
| Document Preparation | | $22.19 |
| Court Costs | | $30.00 |
| **Grand Total Expenses** | | $18,939.23 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Includes travel expenses from November 14-16, 2010 that were not included on Torys' application for the previous Application Period.

12075156.1                                3