## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                    Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: June 21, 2011 at 9:30 a.m. (ET)<br>) |

### NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2011 through April 30, 2011[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,114,223.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $72,054.38 |

This is (a)n:  _X_  interim  _____  final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March and April 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/13/11 Docket No. 5245 | 2/1/11 – 2/28/11 | $504,764.00 | $16,131.39 | $403,811.20 | $16,131.39 | $100,952.80 |
| Date Filed: 5/12/11 Docket No. 5415 | 3/1/11 – 3/31/11 | $896,471.50 | $26,728.17 | Pending Obj deadline $717,177.20 | Pending Obj deadline $26,728.17 | $179,294.30 |
| Date Filed: 5/27/11 Docket No. N/A | 4/1/11 - 4/30/11 | $712,988.00 | $29,194.82 | Pending Obj deadline $570,390.40 | Pending Obj deadline $29,194.82 | $142,597.60 |
| TOTALS: | | $2,114,223.50 | $72,054.38 | $1,691,378.80[3] | $72,054.38[4] | $422,844.70 |

Summary of any Objections to Fee Applications: None.

Dated: May 27, 2011
      New York, New York

_/s/ Fred S. Hodara_

Fred S. Hodara (pro hac vice)
David H. Botter (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.