# EXHIBIT D

# List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
February 1, 2011 - February 28, 2011
### Summary of Services Rendered by Project

| Project # | Project Description | Feb |
|---|---|---|
| 1 | Interface with Company Personnel | 8.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 9.0 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 116.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 1.5 |
| 11 | Fee Application, Engagement | 2.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **137.5** |

### Summary of Services Rendered by Professional

| Name | Feb |
|---|---|
| David Descoteaux, Managing Director | 56.0 |
| Colin Keenan, Vice President | 50.5 |
| Justin Lux, Analyst | 31.0 |
| **TOTAL** | **137.5** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---:|---:|
| 02/01/11 | calls, general process, emails | 2.0 | 1 |
| 02/02/11 | calls, general process, emails | 1.5 | 8 |
| 02/03/11 | calls, general process, emails | 0.5 | 8 |
| 02/04/11 | calls, general process, emails | 3.5 | 8 |
| 02/07/11 | calls, general process, emails | 4.5 | 8 |
| 02/08/11 | IP Negotiation session w/ potential buyer | 10.0 | 8 |
| 02/09/11 | IP Negotiation session w/ potential buyer | 9.0 | 8 |
| 02/10/11 | calls, general process, emails | 2.0 | 1 |
| 02/11/11 | calls, general process, emails | 2.5 | 2 |
| 02/14/11 | calls, general process, emails | 2.0 | 8 |
| 02/15/11 | calls, general process, emails | 3.5 | 8 |
| 02/16/11 | calls, general process, emails | 1.0 | 8 |
| 02/17/11 | calls, general process, emails | 0.5 | 8 |
| 02/21/11 | calls, general process, emails | 2.5 | 8 |
| 02/22/11 | calls, general process, emails | 1.0 | 8 |
| 02/24/11 | calls, general process, emails | 4.5 | 8 |
| 02/25/11 | general process, meetings, calls | 2.0 | 2 |
| 02/28/11 | calls, general process, emails | 3.5 | 8 |
| | **FEBRUARY HOURS** | **56.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/11 | IP coordination and logistics | 3.0 | 8 |
| 02/02/11 | Internal discussion re IP | 1.5 | 1 |
| 02/03/11 | Discussion / review of revised agreements re: IP sale | 2.5 | 8 |
| 02/04/11 | Discussion / review of revised agreements re: IP sale | 3.5 | 8 |
| 02/04/11 | IP coordination and logistics | 2.0 | 8 |
| 02/07/11 | Discussion / review of revised agreements re: IP sale | 3.5 | 8 |
| 02/07/11 | IP coordination and logistics | 2.3 | 8 |
| 02/09/11 | Discussion / review of revised agreements re: IP sale | 3.0 | 8 |
| 02/10/11 | IP coordination and logistics | 1.5 | 8 |
| 02/11/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 02/12/11 | Discussion / review of revised agreements re: IP sale | 3.0 | 8 |
| 02/14/11 | Discussion / review of revised agreements re: IP sale | 2.3 | 8 |
| 02/15/11 | IP coordination and logistics | 1.0 | 8 |
| 02/15/11 | Discussion / review of revised agreements re: IP sale | 1.8 | 8 |
| 02/17/11 | Discussion / review of revised agreements re: IP sale | 2.8 | 8 |
| 02/18/11 | IP coordination and logistics | 2.5 | 8 |
| 02/21/11 | Discussion / review of revised agreements re: IP sale | 3.0 | 8 |
| 02/21/11 | Discussion with FAs | 0.5 | 2 |
| 02/22/11 | IP coordination and logistics | 2.5 | 8 |
| 02/23/11 | Discussion with FAs | 1.0 | 2 |
| 02/23/11 | IP coordination and logistics | 2.0 | 8 |
| 02/25/11 | Discussion / review of revised agreements re: IP sale | 3.5 | 8 |

**FEBRUARY HOURS**     50.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/11 | Financial Analysis | 1.5 | 10 |
| 02/02/11 | Internal discussion re IP | 1.5 | 1 |
| 02/02/11 | Hours/Fee Application Prep | 2.5 | 11 |
| 02/03/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 02/04/11 | Internal calls/process | 2.5 | 8 |
| 02/04/11 | Calls/process/emails | 0.5 | 2 |
| 02/07/11 | Internal calls/process | 1.5 | 1 |
| 02/07/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 02/09/11 | Discussion / review of revised agreements re: IP sale | 1.5 | 8 |
| 02/10/11 | Internal calls/process | 1.0 | 8 |
| 02/11/11 | Discussion / review of revised agreements re: IP sale | 1.0 | 8 |
| 02/12/11 | Discussion / review of revised agreements re: IP sale | 2.5 | 8 |
| 02/14/11 | Discussion / review of revised agreements re: IP sale | 0.5 | 8 |
| 02/14/11 | Calls/process/emails | 0.5 | 2 |
| 02/15/11 | Contact log | 2.0 | 8 |
| 02/15/11 | Calls/process/emails | 1.5 | 8 |
| 02/17/11 | General process/diligence/dataroom re. IP | 5.0 | 8 |
| 02/22/11 | Contact log diligence request | 1.0 | 2 |
| 02/23/11 | Discussion with FAs | 1.0 | 2 |
| | **FEBRUARY HOURS** | **31.0** | |