# EXHIBIT E

## Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**February 1, 2011 - February 28, 2011**

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: February 1, 2011 - February 28, 2011 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $148.31 |
| Electronic Information Service | 93.00 |
| Employee Meals | 104.46 |
| Temporary Wages | 134.12 |
| **TOTAL** | **$479.89** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_Feb 11.xlsx  
Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| **OPENING BALANCE** | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 2/2/2011 | Keenan-R 12/14/2010 20:05 Origin: LGA AIRPORT Dest: 77 JANE STREET / ROYAL DISPATCH SERVICES | | 71.80 |
| | 2/25/2011 | Lux-D 12/22/2010 03:41 Origin: 49 W 49 ST M Dest: E 27 ST 10016 M / DIAL CAR INC | | 28.83 |
| | 2/28/2011 | Keenan-R 01/05/2011 15:52 Origin: 50 W 50TH ST Dest: LGA AIRPORT / ROYAL DISPATCH SERVICES | | 47.68 |
| | | | Subtotal: | 148.31 |
| **Electronic Information Service** | | | | |
| | 2/3/2011 | court call for Nortel hearing 12/15/2010 | | 93.00 |
| | | | Subtotal: | 93.00 |
| **Employee Meals** | | | | |
| | 2/23/2011 | Lux-M 22-JAN-2011 Sherwood To Go / SEAMLESSWEB PROFESSIONAL | | 26.24 |
| | 2/23/2011 | Lux-M 12-FEB-2011 Sherwood To Go / SEAMLESSWEB PROFESSIONAL | | 26.19 |
| | 2/23/2011 | Ryan-M 30-JAN-2011 Glaze Teriyaki G / SEAMLESSWEB PROFESSIONAL | | 26.02 |
| | 2/23/2011 | Murphy-M 01-FEB-2011 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | | 26.01 |
| | | | Subtotal: | 104.46 |
| **Temporary Wages** | | | | |
| | 2/1/2011 | Mahony-Word processing job charges / CUSTOM STAFFING INC. | | 49.47 |
| | 2/1/2011 | Mahony-Word processing job charges / CUSTOM STAFFING INC. | | 34.81 |
| | 2/1/2011 | Mahony-Word processing job charges / CUSTOM STAFFING INC. | | 18.06 |
| | 2/8/2011 | Mahony-Word processing job charges / TIGER INFORMATION SYSTEMS | | 31.78 |
| | | | Subtotal: | 134.12 |
| | | | **CLOSING BALANCE as of 2/28/2011** | **479.89** |