# EXHIBIT D

## List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
March 1, 2011 - March 31, 2011
Summary of Services Rendered by Project

| Project # | Project Description | Mar |
|---|---|---|
| 1 | Interface with Company Personnel | 9.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 66.3 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 119.3 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 1.5 |
| 11 | Fee Application, Engagement | 0.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **196.5** |

Summary of Services Rendered by Professional

| Name | Mar |
|---|---|
| David Descoteaux, Managing Director | 72.5 |
| Colin Keenan, Vice President | 83.5 |
| Justin Lux, Analyst | 40.5 |
| **TOTAL** | **196.5** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/11 | calls, general process, emails | 1.5 | 8 |
| 03/02/11 | calls, general process, emails | 1.0 | 1 |
| 03/04/11 | calls, general process, emails | 0.5 | 2 |
| 03/07/11 | calls, general process, emails | 4.5 | 8 |
| 03/08/11 | IP Negotiation session w/ potential buyer | 9.5 | 8 |
| 03/09/11 | IP Negotiation session w/ potential buyer | 8.5 | 8 |
| 03/10/11 | calls, general process, emails | 1.5 | 1 |
| 03/11/11 | calls, general process, emails | 0.5 | 2 |
| 03/16/11 | calls, general process, emails | 2.0 | 1 |
| 03/17/11 | IP Negotiation, general process, calls | 9.5 | 8 |
| 03/18/11 | calls, general process, emails | 1.5 | 1 |
| 03/21/11 | calls, general process, emails | 2.0 | 2 |
| 03/22/11 | calls, general process, emails | 3.5 | 2 |
| 03/23/11 | calls, general process, emails | 4.5 | 8 |
| 03/24/11 | calls, general process, emails | 4.5 | 2 |
| 03/25/11 | calls, general process, emails | 3.0 | 1 |
| 03/28/11 | calls, general process, emails | 5.5 | 8 |
| 03/29/11 | calls, general process, emails | 4.0 | 8 |
| 03/30/11 | calls, general process, emails | 2.5 | 8 |
| 03/31/11 | calls, general process, emails | 2.5 | 8 |
| | **MARCH HOURS** | 72.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/11 | IP coordination and logistics | 1.3 | 8 |
| 03/01/11 | IP NLT call | 0.8 | 2 |
| 03/03/11 | IP coordination and logistics | 1.5 | 8 |
| 03/04/11 | Discussion / review of revised agreements re: IP sale | 1.0 | 8 |
| 03/07/11 | Discussion with FAs | 1.0 | 2 |
| 03/07/11 | IP coordination and logistics | 2.0 | 8 |
| 03/08/11 | Discussion / review of revised agreements re: IP sale | 2.5 | 8 |
| 03/09/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 03/10/11 | Meeting re: IP | 14.0 | 2 |
| 03/11/11 | Meeting re: IP | 12.0 | 2 |
| 03/14/11 | IP coordination and logistics | 1.0 | 8 |
| 03/15/11 | IP coordination and logistics | 1.5 | 8 |
| 03/16/11 | Meeting re: IP | 8.0 | 2 |
| 03/17/11 | Meeting re: IP | 9.5 | 2 |
| 03/17/11 | Discussion with FAs | 1.0 | 2 |
| 03/17/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 03/18/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 03/21/11 | Discussion / review of revised agreements re: IP sale | 1.5 | 8 |
| 03/21/11 | IP NLT & FA call | 1.0 | 2 |
| 03/23/11 | IP coordination and logistics | 1.0 | 8 |
| 03/24/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 03/24/11 | IP coordination and logistics | 0.8 | 8 |
| 03/24/11 | Discussion with FAs | 0.5 | 2 |
| 03/25/11 | Discussion / review of revised agreements re: IP sale | 2.3 | 8 |
| 03/28/11 | IP coordination and logistics | 2.0 | 8 |
| 03/29/11 | IP coordination and logistics | 1.5 | 8 |
| 03/29/11 | IP NLT & FA call | 1.0 | 2 |
| 03/30/11 | Discussion / review of revised agreements re: IP sale | 1.5 | 8 |
| 03/31/11 | IP coordination and logistics | 2.5 | 8 |
| 03/31/11 | Discussion / review of revised agreements re: IP sale | 3.0 | 8 |

**MARCH HOURS** 83.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/11 | Hours/Fee Application Prep | 0.5 | 11 |
| 03/01/11 | IP NLT call | 1.0 | 2 |
| 03/01/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 03/02/11 | Sale Process Diligence | 2.5 | 8 |
| 03/03/11 | Sale Process Diligence | 2.0 | 8 |
| 03/04/11 | General process/diligence/dataroom re. IP | 1.0 | 8 |
| 03/04/11 | General financial information request | 1.0 | 10 |
| 03/05/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 03/06/11 | General process/diligence/dataroom re. IP | 1.5 | 8 |
| 03/07/11 | Call with Creditor FAs | 0.5 | 2 |
| 03/08/11 | Update contact log | 1.5 | 8 |
| 03/08/11 | Discussion / review of revised agreements re: IP sale | 2.0 | 8 |
| 03/08/11 | Financial Analysis/materials prep | 3.0 | 8 |
| 03/09/11 | Discussion / review of revised agreements re: IP sale | 3.0 | 8 |
| 03/14/11 | Calls/process/emails | 0.5 | 2 |
| 03/14/11 | IP coordination and logistics | 3.5 | 8 |
| 03/15/11 | IP coordination and logistics | 2.0 | 8 |
| 03/16/11 | Financial Analysis/materials prep | 3.0 | 8 |
| 03/16/11 | Sale Process Diligence | 2.5 | 8 |
| 03/20/11 | Calls/process/emails | 2.0 | 2 |
| 03/21/11 | Calls/process/emails | 0.5 | 2 |
| 03/21/11 | IP NLT & FA call | 1.0 | 2 |
| 03/28/11 | Debt Pricing Analysis | 0.5 | 10 |
| 03/28/11 | General process/diligence/emails re. IP | 1.5 | 8 |
| 03/29/11 | IP NLT & FA call | 1.0 | 2 |
| | **MARCH HOURS** | **40.5** | |