# EXHIBIT E

## Fee Calculation & Details of Expenses

Case 09-10138-MFW   Doc 5506-6   Filed 05/27/11   Page 1 of 3

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**March 1, 2011 - March 31, 2011**

**Fee Calculation**

| Item | Amount Incurred |
|---|---|
| Monthly Fees: March 1, 2011 - March 31, 2011 | $250,000.00 |
| Sale Transaction Fees | 645,503.00 [1] |
| Less: Applicable Monthly Credits (Jun 10 - Nov 10 (prorata)) | (645,503.00) [2] |
| **TOTAL** | **$250,000.00** |

**Summary of Out-of-Pocket Expenses** [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $84.28 |
| Employee Meals | 77.01 |
| Meals-Meetings/Travel | 395.00 |
| **TOTAL** | **$556.29** |

---

[1] On or about August 27, 2011, the Court approving the sale of Nortel's Multi Service Switch (MSS) businesses.

[1] Pursuant to section 8 of the Order Approving an Amendment to the Terms of Compensation of Lazard Freres & Co. LLC, as Financial Advisor and Investment Banker for the Debtors and Debtors-In-Possession [Docket No. 2561], one half of each Monthly Fee that becomes payable on or after July 1, 2009, but before January 1, 2011, and is paid thereafter, shall be credited against any Restructuring/ Breakup Fee, Sale Transaction Fee, Minority Sale Transaction Fee or IP Transaction Fee that becomes due and payable under the Engagement Letter. Thus, $645,503, representing one half of monthly fees for the period covering July 2010 to November 2010, prorata, is credited against the maximum amount billable for the MSS businesses.

[1] Additional expense detail will be furnished upon request.

Nortel_Mar 11.xlsx

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 3/30/2011 | Holmes-R 02/08/2011 00:58 Origin: 50 W 50TH ST Dest: QUEENS / ROYAL DISPATCH SERVICES | | 42.13 |
| | 3/30/2011 | Descoteaux-D 01/10/2011 13:06 Origin: 49 W 49 ST M Dest: 1 LIBERTY PLAZA 10038 M / DIAL CAR | | 32.15 |
| | 3/31/2011 | Lux-TAXI 2/23WedLateOffice-Home 02/23/2011 | | 10.00 |
| | | | Subtotal: | 84.28 |
| **Employee Meals** | | | | |
| | 3/30/2011 | Lux-M 26-FEB-2011 Sherwood To Go / SEAMLESSWEB PROFESSIONAL | | 26.24 |
| | 3/30/2011 | Keenan-M 09-MAR-2011 Café Duke / SEAMLESSWEB PROFESSIONAL | | 25.39 |
| | 3/30/2011 | Keenan-M 07-MAR-2011 Cafe Duke / SEAMLESSWEB PROFESSIONAL | | 25.38 |
| | | | Subtotal: | 77.01 |
| **Meals-Subsistence** | | | | |
| | 3/7/2011 | Descoteaux-client lunch 2p 02/02/2011 | | 70.00 |
| | 3/29/2011 | Descoteaux-Client Dinner 5p 03/07/2011 | | 325.00 |
| | | | Subtotal: | 395.00 |

CLOSING BALANCE as of 3/31/2011  556.29