# EXHIBIT D

# List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
April 1, 2011 - April 30, 2011
Summary of Services Rendered by Project

| Project # | Project Description | Apr |
|---|---|---|
| 1 | Interface with Company Personnel | 4.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 13.3 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 87.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 4.5 |
| 11 | Fee Application, Engagement | 3.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **112.3** |

Summary of Services Rendered by Professional

| Name | Apr |
|---|---|
| David Descoteaux, Managing Director | 24.5 |
| Colin Keenan, Vice President | 47.8 |
| Justin Lux, Analyst | 40.0 |
| **TOTAL** | **112.3** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/01/11 | calls, general process, emails | 1.0 | 8 |
| 04/04/11 | calls, general process, emails | 5.0 | 8 |
| 04/05/11 | calls, general process, emails | 1.5 | 1 |
| 04/06/11 | calls, general process, emails | 1.0 | 2 |
| 04/07/11 | calls, general process, emails | 1.0 | 8 |
| 04/11/11 | general process, meetings, calls | 1.5 | 1 |
| 04/14/11 | calls, general process, emails | 3.5 | 8 |
| 04/15/11 | calls, general process, emails | 2.5 | 8 |
| 04/18/11 | general process, meetings, calls | 1.5 | 2 |
| 04/19/11 | general process, meetings, calls | 1.0 | 2 |
| 04/20/11 | calls, general process, emails | 0.5 | 8 |
| 04/25/11 | calls, general process, emails | 0.5 | 8 |
| 04/26/11 | calls, general process, emails | 1.0 | 8 |
| 04/27/11 | calls, general process, emails | 1.0 | 1 |
| 04/28/11 | calls, general process, emails | 2.0 | 2 |
| | **APRIL HOURS** | 24.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/01/11 | Discussion / review of revised agreements re: IP sale | 3.0 | 8 |
| 04/04/11 | IP coordination and logistics | 3.5 | 8 |
| 04/04/11 | IP NLT & FA call | 1.5 | 2 |
| 04/05/11 | IP coordination and logistics | 2.5 | 8 |
| 04/06/11 | IP coordination and logistics | 3.0 | 8 |
| 04/08/11 | IP coordination and logistics | 5.0 | 8 |
| 04/11/11 | IP coordination and logistics | 1.8 | 8 |
| 04/12/11 | IP coordination and logistics | 2.0 | 8 |
| 04/12/11 | Discussion with FAs | 1.0 | 2 |
| 04/13/11 | Discussion with FAs | 1.0 | 2 |
| 04/14/11 | IP coordination and logistics | 3.0 | 8 |
| 04/14/11 | Discussion with FAs | 1.8 | 2 |
| 04/15/11 | IP coordination and logistics | 1.5 | 8 |
| 04/19/11 | IP coordination and logistics | 2.5 | 8 |
| 04/21/11 | IP coordination and logistics | 4.5 | 8 |
| 04/25/11 | IP coordination and logistics | 3.0 | 8 |
| 04/26/11 | IP coordination and logistics | 1.8 | 8 |
| 04/28/11 | IP coordination and logistics | 3.5 | 8 |
| 04/29/11 | IP coordination and logistics | 2.0 | 8 |
| | **APRIL HOURS** | 47.8 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/01/11 | General process/diligence/emails re. IP | 3.0 | 8 |
| 04/04/11 | General process/diligence/emails re. IP | 2.0 | 8 |
| 04/05/11 | Research, diligence and analysis | 2.0 | 10 |
| 04/06/11 | General process/diligence/emails re. IP | 2.0 | 8 |
| 04/07/11 | Research, diligence and analysis | 1.0 | 10 |
| 04/08/11 | Research, diligence and analysis | 0.5 | 10 |
| 04/08/11 | IP coordination and logistics | 5.0 | 8 |
| 04/11/11 | Research, diligence and analysis | 1.0 | 10 |
| 04/11/11 | Hours/Fee Application Prep | 1.5 | 11 |
| 04/12/11 | Discussion with FAs | 1.0 | 2 |
| 04/13/11 | Discussion with FAs | 1.0 | 2 |
| 04/15/11 | IP coordination and logistics | 1.5 | 8 |
| 04/18/11 | Diligence request | 2.0 | 8 |
| 04/19/11 | IP coordination and logistics | 2.5 | 8 |
| 04/20/11 | Diligence request | 2.0 | 8 |
| 04/21/11 | Diligence request | 4.5 | 8 |
| 04/22/11 | Diligence request | 2.0 | 8 |
| 04/25/11 | IP coordination and logistics | 2.0 | 8 |
| 04/26/11 | IP coordination and logistics | 1.0 | 8 |
| 04/27/11 | General process/diligence/emails re. IP | 2.0 | 11 |
| 04/28/11 | Calls/process/emails | 0.5 | 2 |
| | **APRIL HOURS** | **40.0** | |