# EXHIBIT E

## Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

April 1, 2011 - April 30, 2011

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: April 1, 2011 - April 30, 2011 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

### Summary of Out-of-Pocket Expenses[1]

| Item | Amount Incurred |
|---|---|
| Courier/Shipping | $7.54 |
| Electronic Information Service | 132.95 |
| **TOTAL** | **$140.49** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Apr 11.XLS

Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| Couriers / Shipping | | | | |
| | 4/5/2011 | U 10-MAR-2011 1201 N. MARKET S / UNITED PARCEL SERVICE INC. | | 7.54 |
| | | | Subtotal: | 7.54 |
| Electronic Information Service | | | | |
| | 4/26/2011 | INVESTEXT FEB 11 USAGE / THOMSON REUTERS (MARKETS) LLC | | 78.86 |
| | 4/29/2011 | INVESTEXT JAN 11 USAGE / THOMSON REUTERS (MARKETS) LLC | | 54.09 |
| | | | Subtotal: | 132.95 |
| | | CLOSING BALANCE as of 4/30/2011 | | 140.49 |