IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.* | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related D.I. No. 5459** |

**NOTICE OF FILING OF AMENDED EXHIBIT "A" TO MOTION OF
GENBAND US LLC FOR AN ORDER COMPELLING COMPLIANCE
WITH SETTLEMENT AGREEMENT AND APPROVING THE
SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019**

PLEASE TAKE NOTICE that GENBAND US LLC hereby amends Exhibit "A" (the "**Amended Exhibit**") to the *Motion Of GENBAND US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019* [Docket No. 5459] (the "**Motion to Compel and Approve**") by filing the Amended Exhibit attached hereto as **Exhibit "1."**

PLEASE TAKE FURTHER NOTICE that the Amended Exhibit contains minor modifications to the *Stipulation And Settlement Agreement By And Among The Sellers And GENBAND US LLC*, which is the subject of the Motion to Compel and Approve. A blacklined version of the Amended Exhibit is attached hereto as **Exhibit "2."**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: May 27, 2010                 Respectfully submitted,
       Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (No. 3892)
Sommer L. Ross (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:    mlastowski@duanemorris.com
            slross@duanemorris.com

*Counsel for GENBAND US LLC*