**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Hearing Date: June 21, 2011 at 9:30 am** |

---------------------------------------------------------X

**NINTH QUARTERLY FEE APPLICATION REQUEST OF**
**CLEARY GOTTLIEB STEEN & HAMILTON LLP,**
**AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD FEBRUARY 1, 2011 THROUGH APRIL 30, 2011**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Eighth Quarterly Fee

Application Request (the "Request") for the period February 1, 2011 through and  including

 April 30, 2011 (the "Application Period").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Exhibits A and B attached to the monthly applications for November [D.I. 4720], December [D.I. 4922] and January [D.I. 5012] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/30/2011 [D.I. 5180] | 2/1/11 – 2/28/11 | $4,082,343.50 | $105,648.81 | 4/21/2011 [D.I. 5296] | $3,265,874.80 | $105,648.81 | $816,468.70 |
| 5/3/2011 [D.I. 5370] | 3/1/11 – 3/31/11 | 7,029,897.00 | 129,162.41 | 5/25/2011 [D.I. 5484] | 5,623,917.60 | 129,162.41 | 1,405,979.40 |
| 5/25/2011 [D.I. 5489] | 4/1/11 – 4/30/11 | 5,241,975.50 | 123,255.29 | Pending | 4,193,580.40 | 123,255.29 | 1,048,395.10 |
| TOTAL | | $16,354,216.00 | $358,066.51 | | $13,083,372.80 | $358,066.51 | $3,270,843.20 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated:  May 27, 2011
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| YULIA DERNOVSKY | Temporary Attorney | $180 | 852.80 | $153,504.00 |
| STEVEN SANDHOFF | Temporary Attorney | 180 | 672.70 | 121,086.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 1,040 | 663.40 | 689,936.00 |
| ERIC HEINDEL | Temporary Attorney | 180 | 651.50 | 117,270.00 |
| JAMES CROFT | Associate | 595 | 647.20 | 385,084.00 |
| ROBERT J. RYAN | Associate | 395 | 642.50 | 253,787.50 |
| ADRIENNE DURING | Temporary Attorney | 180 | 612.90 | 110,322.00 |
| DANIEL ILAN | Counsel - Intellectual Property | 750 | 595.70 | 446,775.00 |
| MARY ASHBY BROWN | Temporary Attorney | 180 | 585.20 | 105,336.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 990 | 566.00 | 560,340.00 |
| TAMARA J. BRITT | Associate | 470 | 550.20 | 258,594.00 |
| JOHNATHAN A. JENKINS | Associate | 540 | 527.60 | 284,904.00 |
| JOAN KIM | Paralegal | 220 | 520.20 | 114,444.00 |
| JAMIE R. GALVIN | Associate | 395 | 519.70 | 205,281.50 |
| AMANDA PHILIP | Temporary Attorney | 180 | 516.50 | 92,970.00 |
| LAUREN TRINGALI | Temporary Attorney | 180 | 507.00 | 91,260.00 |
| D'MITRI CLIFTON | Temporary Attorney | 180 | 498.10 | 89,658.00 |
| EMILY A. BUSSIGEL | Associate | 470 | 492.70 | 231,569.00 |
| ROBERT O'CONNOR | Temporary Attorney | 180 | 491.60 | 88,488.00 |
| HEE SON HONG | Temporary Attorney | 180 | 479.50 | 86,310.00 |
| GREGORY WATT | Temporary Attorney | 180 | 473.50 | 85,230.00 |
| EMMANUEL RUIZ | Temporary Attorney | 180 | 473.40 | 85,212.00 |
| JODI ERICKSON | Associate | 340 | 473.00 | 160,820.00 |
| BRENDA BARRETO | Temporary Attorney | 180 | 457.00 | 82,260.00 |
| ANA ALBA | Temporary Attorney | 180 | 454.30 | 81,774.00 |
| LAURA GHIRARDI | Temporary Attorney | 180 | 452.20 | 81,396.00 |
| IAN QUA | Paralegal | 245 | 448.60 | 109,907.00 |
| MEE-JUNG JANG | Associate | 470 | 440.00 | 206,800.00 |
| JESSICA KALLSTROM- | Associate | 395 | 436.50 | 172,417.50 |

---

[3]     Arranged in descending order according to Total Billed Hours.

[4]     Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SCHRECKENGOST | | | | |
| CHARLENE FORDE | Temporary Attorney | 180 | 434.50 | 78,210.00 |
| JUSTIN CAVANAGH | Temporary Attorney | 180 | 432.10 | 77,778.00 |
| MEGHAN M. SERCOMBE | Associate | 630 | 429.70 | 270,711.00 |
| VINCENT TODARELLO | Temporary Attorney | 180 | 429.70 | 77,346.00 |
| NICOLE CUSACK | Temporary Attorney | 180 | 429.20 | 77,256.00 |
| DEBORAH M. BUELL | Partner - Litigation | 1,040 | 428.70 | 445,848.00 |
| RUSSELL D. ECKENROD | Associate | 540 / 595 | 426.80 | 247,522.00 |
| KEVIN CUNNINGHAM | Associate | 595 | 420.70 | 250,316.50 |
| KATHERINE L. WILSON-MILNE | Associate | 470 | 408.90 | 192,183.00 |
| MATTHEW J. VANEK | Associate | 595 | 400.10 | 238,059.50 |
| VANESSA ROXAS | Temporary Attorney | 180 | 399.30 | 71,874.00 |
| JESSE D.H. SHERRETT | Associate | 395 | 398.80 | 157,526.00 |
| JAMES MOWDER | Partner – M&A, Corporate | 180 | 393.80 | 70,884.00 |
| VICTORIA WALLER | Temporary Attorney | 180 | 391.80 | 70,524.00 |
| HEATHER STONE | Temporary Attorney | 180 | 388.00 | 69,840.00 |
| JANE KIM | Associate | 680 | 384.90 | 261,732.00 |
| BRENDAN H. GIBBON | Associate | 660 | 383.10 | 252,846.00 |
| YVONNE DOMPIERRE | Temporary Attorney | 180 | 373.80 | 67,284.00 |
| VIVIAN GAYED | Temporary Attorney | 180 | 373.30 | 67,194.00 |
| JASON ZHOU | Associate | 540 | 360.30 | 194,562.00 |
| ALAN LAWN | Temporary Attorney | 180 | 355.00 | 63,900.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 595 | 351.70 | 209,261.50 |
| MARTIN N. KOSTOV | Associate | 395 | 349.50 | 138,052.50 |
| ROBIN BAIK | Associate | 595 | 343.80 | 204,561.00 |
| LOUIS LIPNER | Associate | 540 | 328.20 | 177,228.00 |
| SALVATORE F. BIANCA | Associate | 680 | 310.30 | 211,004.00 |
| JULIA ROZENBLIT | Associate | 395 | 305.70 | 120,751.50 |
| PAUL J. SHIM | Partner - M&A, Corporate | 1,040 | 294.00 | 305,760.00 |
| ANTONIA RAHNEVA | Temporary Attorney | 180 | 290.30 | 52,254.00 |
| PAUL D. MARQUARDT | Partner - M&A, Corporate, Regulatory | 1,010 | 285.90 | 288,759.00 |
| ANTONIA CAREW-WATTS | Associate | 470 | 279.30 | 131,271.00 |
| DAVID H. HERRINGTON | Counsel - Litigation | 870 | 277.70 | 241,599.00 |
| ANTHONY RANDAZZO | Associate | 540 | 275.90 | 148,986.00 |
| NORA ABULARACH | Associate | 660 | 275.50 | 181,830.00 |
| ANTHONY R. CERCEO | Associate | 470 | 269.40 | 126,618.00 |
| DAVID LIVSHIZ | Associate | 630 / 660 | 267.90 | 176,739.00 |
| KIMBERLY MOSSEL | Associate | 340 | 267.00 | 90,780.00 |
| NEIL FORREST | Senior Attorney - Litigation | 805 | 265.70 | 213,888.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TEMPORARY PARALEGAL | Temporary Paralegal | 245 | 262.40 | 64,288.00 |
| KAMAL SIDHU | Associate | 395 | 261.40 | 103,253.00 |
| RICK SMITH | Temporary Attorney | 180 | 259.00 | 46,620.00 |
| ANDREW J. UNGBERG | Associate | 395 | 252.40 | 99,698.00 |
| LORIN R. VAN NULAND | Associate | 395 | 243.80 | 96,301.00 |
| KARA HAILEY | Senior Attorney - Corporate, Bankruptcy | 750 | 229.40 | 172,050.00 |
| NICHOLAS R. FUNG | Associate | 395 | 209.80 | 82,871.00 |
| DANIEL J. NORTHROP | Associate | 395 | 209.40 | 82,713.00 |
| KATHERINE ROBERTS | Associate | 680 | 204.00 | 138,720.00 |
| INNA ROZENBERG | Senior Attorney - Litigation | 750 | 202.80 | 152,100.00 |
| PATRICK MARETTE | Associate | 680 | 197.10 | 134,028.00 |
| JEREMY LACKS | Associate | 540 | 195.30 | 105,462.00 |
| JENNIFER M. PALMER | Associate | 630 | 195.00 | 122,850.00 |
| KATHLEEN M. O'NEILL | Associate | 605 / 630 | 190.40 | 119,704.50 |
| JENNIFER E. PHILBRICK | Associate | 470 | 182.50 | 85,775.00 |
| CRAIG B. BROD | Partner - Corporate | 1040 | 181.20 | 188,448.00 |
| DANIEL CLARKIN | Temporary Attorney | 340 | 180.50 | 61,370.00 |
| JULIET A. DRAKE | Associate | 680 | 172.00 | 116,960.00 |
| JUSTIN SEERY | Associate | 540 | 166.50 | 89,910.00 |
| RACHEL POLAN | Paralegal | 220 | 164.00 | 36,080.00 |
| LAUREN L. PEACOCK | Associate | 660 | 153.90 | 101,574.00 |
| DAVID C. RAMSEY | Summer Law Clerk | 305 | 145.20 | 44,286.00 |
| JOSEPH LANZKRON | Associate | 470 | 144.00 | 67,680.00 |
| DAVID OLIWENSTEIN | Associate | 540 | 140.60 | 75,924.00 |
| BRYAN G. FAUBUS | Associate | 395 | 138.20 | 54,589.00 |
| LEAH LAPORTE MALONE | Associate | 540 | 133.90 | 72,306.00 |
| LUKE BAREFOOT | Associate | 670 | 130.60 | 87,502.00 |
| SHANNON DELAHAYE | Associate | 540 | 123.90 | 66,906.00 |
| STEPHEN ROSE | Temporary Attorney | 180 | 118.50 | 21,330.00 |
| COREY M. GOODMAN | Associate | 595 | 113.40 | 67,473.00 |
| KIMBERLY SPIERING | Associate | 670 | 112.00 | 75,040.00 |
| KEITH CARPENTER | Paralegal | 220 | 109.50 | 24,090.00 |
| HOWARD S. ZELBO | Partner - Litigation | 1,040 | 105.30 | 109,512.00 |
| AARON BLOCH | Temporary Attorney | 180 | 105.20 | 18,936.00 |
| VICTORIA S. BELYAVSKY | Associate | 395 | 103.60 | 40,922.00 |
| ANNA KOGAN | Associate | 470 | 103.00 | 48,410.00 |
| WILLIAM L. MCRAE | Partner - Tax | 990 | 101.60 | 100,584.00 |
| JEFFREY PENN | Associate | 595 | 100.10 | 59,559.50 |
| HANDOL KHYM | Temporary Attorney | 180 | 96.50 | 17,370.00 |
| PETER O'KEEFE | Paralegal | 245 | 90.50 | 22,172.50 |
| ALEXANDER J. TALSMA | Associate | 470 | 83.10 | 39,057.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225 | 79.80 | 17,955.00 |
| MELISSA RUHRY | Paralegal | 245 | 77.70 | 19,036.50 |
| JUSTIN BROWN | Assistant Managing Clerk | 140 | 76.80 | 10,752.00 |
| ELIZABETH MANDELL | Associate | 670 | 75.10 | 50,317.00 |
| CRAIG M. FISCHER | Associate | 395 | 71.80 | 28,361.00 |
| YOUNG KIM | Law Clerk | 320 | 71.50 | 22,880.00 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 70.40 | 9,856.00 |
| ALEXANDER WU | Associate | 395 | 69.60 | 27,492.00 |
| VICTORIA MARRE | Paralegal | 245 | 66.00 | 16,170.00 |
| PHILBERT ANSON LAU | Associate | 395 | 62.50 | 24,687.50 |
| JASON RYLANDER | Temporary Attorney | 340 | 62.30 | 21,182.00 |
| KERRIN T. KLEIN | Associate | 470 | 59.20 | 27,824.00 |
| DAISY DE LEMOS | Temporary Attorney | 180 | 59.10 | 10,638.00 |
| MARIO MENDOLARO | Associate | 630 | 58.00 | 36,540.00 |
| LAURA BAGARELLA | Associate | 470 | 56.50 | 26,555.00 |
| THOMAS E. WILHELM | Associate | 595 | 56.30 | 33,498.50 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 54.80 | 7,672.00 |
| EVAN J. LEITCH | Associate | 470 | 51.60 | 24,252.00 |
| KAITLIN BRUNO | Paralegal | 220 | 51.50 | 11,330.00 |
| ARMINDA BEPKO | Associate | 670 | 51.30 | 34,371.00 |
| REBECCA REEB | Associate | 470 | 43.90 | 20,633.00 |
| JAY LEE | Associate | 595 | 43.70 | 26,001.50 |
| JESSICA KERR | Practice Support Specialist | 225 | 42.40 | 9,540.00 |
| LEIDY VALENCIA | Paralegal | 245 | 40.50 | 9,922.50 |
| WILLIAM FITZGERALD | Paralegal | 245 | 40.50 | 9,922.50 |
| NICOLE LITVACK | Paralegal | 220 | 37.80 | 8,316.00 |
| BORIS KHENTOV | Associate | 470 | 37.10 | 17,437.00 |
| TIAN GAO | Associate | 395 | 35.50 | 14,022.50 |
| CATHERINE WU | Paralegal | 245 | 35.00 | 8,575.00 |
| ANDREW G. COOMBS | Associate | 470 | 34.70 | 16,309.00 |
| FEI XIE | Associate | 640 | 34.00 | 21,760.00 |
| HELEN A. SKINNER | Associate | 540 | 33.10 | 17,874.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 870 | 32.70 | 28,449.00 |
| ALEXANDRA CAMBOURIS | Associate | 540 | 31.70 | 17,118.00 |
| MACEY LEVINGTON | Associate | 470 | 31.00 | 14,570.00 |
| SANDRA FLOW | Partner - Corporate | 1,010 | 29.40 | 29,694.00 |
| MARGARET COWAN | Associate | 540 | 28.70 | 15,498.00 |
| JOHN P. MCGILL JR. | Senior Attorney - M&A, Corporate | 805 | 28.20 | 22,701.00 |
| ALEXANDRA DEEGE | Associate | 610 | 27.40 | 16,714.00 |
| JUSTIN N. OUTLING | Associate | 540 | 26.60 | 14,364.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ERBER HERNANDEZ | Paralegal | 245 | 26.50 | 6,492.50 |
| JARED LEVY | Paralegal | 245 | 26.00 | 6,370.00 |
| KSENIYA ZHARKOVA | Paralegal | 250 | 25.00 | 6,250.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 24.80 | 3,472.00 |
| THEODORE GEIGER | Associate | 630 | 23.60 | 14,868.00 |
| LEV SOLOVIEV | Associate | 710 | 22.20 | 15,762.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 22.00 | 3,080.00 |
| VINI LASHAY | Practice Support Specialist | 265 | 21.10 | 5,591.50 |
| JOSEPH ROBERTSON | Associate | 470 | 21.00 | 9,870.00 |
| DANIEL P. RILEY | Associate | 540 | 19.60 | 10,584.00 |
| MORGAN SCHOFER | Paralegal | 220 | 18.40 | 4,048.00 |
| SARA L. GOTTLIEB | Associate | 540 | 18.00 | 9,720.00 |
| JONAH ABRAMOWITZ | Summer Law Clerk | 320 | 17.80 | 5,696.00 |
| ARTHUR KOHN | Partner - Employee Benefits | 1,040 | 17.40 | 18,096.00 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 1,010 | 17.10 | 17,271.00 |
| ROBERT N. HAYES | Associate | 395 | 16.60 | 6,557.00 |
| CORY ESKENAZI | Practice Support Manager | 275 | 16.40 | 4,510.00 |
| HENRY WAN | Practice Support Specialist | 225 | 15.40 | 3,465.00 |
| LUKE STREATFEILD | Associate | 800 | 15.00 | 12,000.00 |
| SOO-YEUN LIM | Associate | 540 | 14.90 | 8,046.00 |
| ELIZABETH RENDA | Assistant Managing Clerk | 140 | 14.80 | 2,072.00 |
| JENNIFER MONIZ | Paralegal | 200 | 13.80 | 2,760.00 |
| MICHAEL KAGAN | Paralegal | 540 | 12.90 | 6,966.00 |
| NATALI SEGOVIA | Paralegal | 245 | 12.60 | 3,087.00 |
| MARK W. NELSON | Partner - Antitrust, M&A | 1,020 | 12.10 | 12,342.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 805 | 11.90 | 9,579.50 |
| JACQUELINE MOESSNER | Associate | 630 | 11.40 | 7,182.00 |
| JOSHUA PANAS | Associate | 680 | 11.30 | 7,684.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 1,040 | 11.10 | 11,544.00 |
| JEREMY J. CALSYN | Partner – Antitrust, Litigation | 925 | 11.10 | 10,267.50 |
| ESTHER FARKAS | Associate | 660 | 10.50 | 6,930.00 |
| NATHAN PIPER | Associate | 470 | 10.50 | 4,935.00 |
| JOHN BYAM | Partner - M&A, Corporate | 1,040 | 10.40 | 10,816.00 |
| JAMES R. MODRALL | Partner – M&A, International Competition | 1,040 | 10.30 | 10,712.00 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 870 | 9.10 | 7,917.00 |
| ZACHARY KOLKIN | Associate | 540 | 9.10 | 4,914.00 |
| KELLY ADAMS | Paralegal | 245 | 8.80 | 2,156.00 |
| JOSHUA KALISH | Associate | 540 | 8.10 | 4,374.00 |
| ELLEN ARONOV | Assistant Managing Clerk | 140 | 7.90 | 1,106.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JESSICA BRENNER | Paralegal | 220 | 7.70 | 1,694.00 |
| DAVID BROWN | Associate | 470 | 6.80 | 3,196.00 |
| ASHTON H. LEBOURGEOIS | Paralegal | 305 | 6.70 | 2,043.50 |
| AARON J. MEYERS | Associate | 540 | 6.60 | 3,564.00 |
| EMILY LIU | Associate | 540 | 6.60 | 3,564.00 |
| MEGAN PRUNELLA | Associate | 395 | 6.60 | 2,607.00 |
| MICHELLE BARRAS | Paralegal | 220 | 6.30 | 1,386.00 |
| ALEXANDRA ANGRAND | Assistant Managing Clerk | 140 | 5.90 | 826.00 |
| MIJI KIM | Associate | 470 | 5.90 | 2,773.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 5.70 | 798.00 |
| BRITTANY TAYLOR | Paralegal | 245 | 5.50 | 1,347.50 |
| LYNN ZOUBOK | Reference Librarian | 265 | 5.10 | 1,351.50 |
| FABRICE BAUMGARTNER | Partner - Corporate | 1,040 | 5.00 | 5,200.00 |
| NATHALIE SCHWARTZ | Associate | 550 | 4.50 | 2,475.00 |
| TREVOR F. BERRETT | Associate | 470 | 4.40 | 2,068.00 |
| JASON FACTOR | Partner - Tax | 990 | 4.30 | 4,257.00 |
| CASEY DAVISON | Associate | 540 | 3.90 | 2,106.00 |
| CATHERINE SKULAN | Associate | 630 | 3.80 | 2,394.00 |
| NATALYA SHNITSER | Associate | 470 | 3.80 | 1,786.00 |
| LAURA COYE | Assistant Managing Clerk | 140 | 3.60 | 504.00 |
| KELLY JAUREGUI | Paralegal | 245 | 3.50 | 857.50 |
| SHIRLEY LO | Associate | 470 | 3.50 | 1,645.00 |
| JEFFREY A. ROSENTHAL | Partner – Litigation | 1,020 | 2.90 | 2,958.00 |
| ALEKSANDR ABELEV | Sr. Practice Support Specialist | 265 | 2.60 | 689.00 |
| PAUL BOZZELLO | Associate | 470 | 2.60 | 1,222.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 1,010 | 2.60 | 2,626.00 |
| WILL BISHOP | Paralegal | 295 | 2.60 | 767.00 |
| CYNTHIA SCOTT | Managing Clerk | 210 | 2.50 | 525.00 |
| ANN BONNEVILLE | Paralegal | 255 | 2.30 | 586.50 |
| REBECCA D. WEINSTEIN | Associate | 470 | 2.10 | 987.00 |
| GREGORY COATES | Assistant Managing Clerk | 140 | 2.00 | 280.00 |
| JONATHAN REINSTEIN | Paralegal | 245 | 2.00 | 490.00 |
| KATHERINE CURRIE | Associate | 470 | 2.00 | 940.00 |
| MAGNUS JONES | Trainee Solicitor | 345 | 2.00 | 690.00 |
| MARIA B. RODRIGUEZ | Paralegal | 305 | 2.00 | 610.00 |
| NORA SALVATORE | Associate | 630 | 2.00 | 1,260.00 |
| RICHARD V. CONZA | Associate | 680 | 2.00 | 1,360.00 |
| **TOTAL HOURS:** | | | **38,525.40** | |
| **GRAND TOTAL:** | | | | **$16,354,216.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 383.30 | $ 229,029.00 |
| Case Administration | 5,370.20 | 3,247,126.00 |
| Claims Administration and Objections | 5,780.60 | 3,094,007.00 |
| M&A Advice | 1,185.00 | 721,436.50 |
| Employee Matters | 2,154.00 | 1,054,030.00 |
| Customer Issues | 39.70 | 22,462.50 |
| Supplier Issues | 314.40 | 152,839.00 |
| Plan of Reorganization & Disclosure Statement | 86.30 | 40,424.50 |
| Tax | 420.70 | 282,042.00 |
| Intellectual Property | 4,869.90 | 2,922,058.00 |
| Regulatory | 233.40 | 144,487.00 |
| Chapter 15 | 30.00 | 14,158.00 |
| Fee and Employment Applications | 416.50 | 190,238.00 |
| Litigation | 16,530.20 | 3,814,285.00 |
| Real Estate | 711.20 | 425,593.50 |
| **TOTAL** | **38,525.40** | **$   16,354,216.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 through April 30, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $           6,866.34 |
| Travel – Transportation | | 34,887.52 |
| Travel – Lodging | | 9,021.64 |
| Travel – Meals | | 1,922.13 |
| Mailing and Shipping Charges | | 4,849.27 |
| Scanning Charges (at $0.10/page) | | 1,307.70 |
| Duplicating Charges (at $0.10/page) | | 27,260.41 |
| Color Duplicating Charges (at $0.65/page) | | 3,768.70 |
| Facsimile Charges (at $1.00/page) | | 492.29 |
| Legal Research | Lexis | 49,180.39 |
| | Westlaw | 44,680.52 |
| | Pacer | 9,445.12 |
| Late Work – Meals | | 33,939.46 |
| Late Work – Transportation | | 46,686.94 |
| Conference Meals | | 48,623.38 |
| Other Charges | | 35,134.72 |
| **Grand Total Expenses** | | **$           358,066.51** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]