# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )  Chapter 11 |
| | ) |
| Nortel Networks, Inc., *et al.*,[1] | )  Case No. 09-10138 (KG) |
| | )  (Jointly Administered) |
| Debtors. | )  **Related Docket Nos. 5202, 5359 & 5363** |

## OBJECTION OF EADS SECURE NETWORKS S.A.S. TO REJECTION OF INTELLECTUAL PROPERTY TRANSFER AND LICENSE AGREEMENT

EADS Secure Networks S.A.S. ("EADS"), by and through undersigned counsel, objects

to the rejection of that certain Intellectual Property Transfer and License Agreement dated May

30, 2000 (the "Agreement") by and among Matra Nortel Communications S.A.S ( "MNC"),

Nortel Networks Limited ("Nortel") and Arcycom S.A., subsequently renamed EADS Defence

Security Networks ("ESDN") pursuant to Section 365(b) of the Bankruptcy Code, 11 U.S.C. §§

101, et seq. and (a) the captioned debtors' (the "Debtors") agreement to convey substantially all

of the Debtors' residual patents and certain related assets (the "IP Assets") to Ranger Inc. (the

"Sale Motion") [Docket No. 5205], (b) the Bankruptcy Court's order dated May 2, 2011

approving procedures in connection with the sale of the IP Assets (the "Procedures Order")

[Docket No. 5359] and/or (c) the Joint Notice of (i) Sale of Patents Subject to Certain Patent

Licenses and (ii) Rejection of Certain Patent Licenses (the "Notice") [Docket No. 5363] and

states as follows:

1.       EADS is successor in interest to ESDN under the Agreement.  It is not clear to

EADS from the Sale Motion, the Procedures Order and/or the Notice whether the Debtors are

---

[1] The debtors in these Chapter 11 cases are:  Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. (collectively, the "Debtors").

attempting to reject the Agreement pursuant to Section 365(b) of the Bankruptcy Code.  If the

Debtors are attempting to reject the Agreement, EADS objects to such rejection on two grounds.

2.      First, the Agreement is not an executory contract subject to rejection under

Section 365(b) of the Bankruptcy Code because none of the parties to the Agreement have any

material obligations left to perform.  Second, should the Bankruptcy Court find that the

Agreement is executory, the Debtors cannot reject the Agreement because none of parties to the

Agreement are Debtors in the captioned bankruptcy proceedings.  Moreover, MNC is not a

debtor in the Canadian insolvency proceedings initiated under the *Companies' Creditors*

*Arrangement Act*, R.S.C. 1985, c. C-36, as Amended.  Accordingly, MNC's obligations to EADS

cannot be rejected, altered or affected in the captioned bankruptcy proceedings or the Canadian

insolvency proceedings.

## CONCLUSION

WHEREFORE, for the foregoing reasons, EADS respectfully requests that this

Honorable Court enter an order consistent with this objection and granting to EADS such other

and further relief as is just and proper.


Date:  May 31, 2011
         Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

_William A. Hazeltine_

William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for EADS Secure Networks S.A.S.*

2