# EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

February 1, 2011 Through April 30, 2011

## Summary of Services Rendered by Project

| Project | Project Description | February – April 2011 |
|---|---|---|
| 1 | Pension Advisory | 17.25 |
| 2 | Fee Applications | 3.50 |
| **TOTAL** | | **20.75** |

## Summary of Services Rendered by Professional

| Name | February – April 2011 |
|---|---|
| Richard Jones (Principal – London) | 3.5 |
| James Saunders (Principal – London) | 4.75 |
| Ryan McGlothlin (Managing Director – Boston) | 3.50 |
| Chris Parlour (Associate Director – London) | 8.25 |
| Martin Hunter (Associate – London) | 0.75 |
| **TOTAL** | **20.75** |

Punter Southall LLC
Time Detail
February 1, 2011 through April 30, 2011

| Description of Work | Time | Activity | Professional |
|---|---|---|---|
| Document Drafting | 2.5 | 1 | RJ |
| Internal Discussions | 0.5 | 1 | JS |
| Internal Discussions | 0.5 | 1 | RJ |
| Document Review | 2.0 | 1 | JS |
| Document Review | 0.3 | 1 | MH |
| Document Review | 2.3 | 1 | CP |
| Document Drafting | 0.5 | 1 | MH |
| Document Drafting | 3.0 | 1 | CP |
| Document Drafting | 1.0 | 1 | CP |
| Internal Discussions | 0.3 | 1 | JS |
| Conference Calls/Emails | 0.5 | 1 | CP |
| Conference Calls/Emails | 0.5 | 1 | CP |
| Conference Calls/Emails | 1.5 | 1 | JS |
| Conference Calls/Emails | 1.0 | 1 | CP |
| Internal Discussions / Emails | 0.5 | 1 | RJ |
| Internal Discussions / Emails | 0.5 | 1 | JS |
| Total Activity 1 | 17.3 | | |

| Description of Work | Time | Activity | Professional |
|---|---|---|---|
| Preparation of Nov-Jan & Seventh Quarter filings | 1.0 | 2 | RDM |
| Preparation of Nov-Jan & Seventh Quarter filings | 2.5 | 2 | RDM |
| Total Activity 2 | 3.5 | | |

| | | | |
|---|---|---|---|
| Total Activity 1 & 2 | 20.75 | | |

8