# EXHIBIT A

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 February 2011 to 30 April 2011

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 01/02/2011 | Jared Oyston | 0.40 | 375.00 | 150.00 | Reviewing trainee research re employee issues |
| 01/02/2011 | Jared Oyston | 0.50 | 375.00 | 187.50 | Reviewing trainee research re employee issues |
| 02/02/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Emails re meetins |
| 03/02/2011 | Jared Oyston | 2.10 | 375.00 | 787.50 | Drafting document |
| 03/02/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employee issues |
| 03/02/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employee issues |
| 04/02/2011 | Jared Oyston | 0.20 | 375.00 | 75.00 | Discussion re employee issues |
| 04/02/2011 | Jared Oyston | 1.40 | 375.00 | 525.00 | Research re employee issues |
| 04/02/2011 | Jared Oyston | 0.80 | 375.00 | 300.00 | Drafting document re employee issues |
| 04/02/2011 | Jared Oyston | 0.50 | 375.00 | 187.50 | Drafting document re employee issues |
| 04/02/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails and calls re meetings |
| 04/02/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Drafting email re employee issues |
| 04/02/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails re employee issues |
| 05/02/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Emails re employee issues |
| 07/02/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | email outside party re meetings |
| 09/02/2011 | Mark Blyth | 2.50 | 725.00 | 1,812.50 | Drafting document; preparing papers |
| 09/02/2011 | Mark Blyth | 1.10 | 725.00 | 797.50 | Reviewing documents re employee issues |
| 09/02/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails and calls re meetings |
| 10/02/2011 | Jared Oyston | 1.80 | 375.00 | 675.00 | Advising on employee issues |
| 10/02/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Discussion re employee issues |
| 10/02/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Call re meeting |
| 10/02/2011 | Rebecca Jarvis | 1.00 | 775.00 | 775.00 | Reviewing papers and discussion re employee issues |
| 11/02/2011 | Jared Oyston | 0.50 | 375.00 | 187.50 | Reviewing emails re employee issues |
| 11/02/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re meetings |
| 11/02/2011 | Mark Blyth | 1.20 | 725.00 | 870.00 | Email re meetings - internal discussions re employee issues |
| 14/02/2011 | Mark Blyth | 5.00 | 725.00 | 3,625.00 | Meeting re employee issues |
| 14/02/2011 | Mark Blyth | 3.80 | 725.00 | 2,755.00 | Research re employee issues |
| 14/02/2011 | Rebecca Jarvis | 2.50 | 775.00 | 1,937.50 | Meetings re employee issues |
| 22/02/2011 | Alex Meechan | 0.40 | 375.00 | 150.00 | Research re employee issues |
| 22/02/2011 | Graeme Tricker | 0.20 | 600.00 | 120.00 | Email re employee issues; delegating |
| 22/02/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email re employee issues |
| 23/02/2011 | Alex Meechan | 0.30 | 375.00 | 112.50 | Email re employee issues |
| 23/02/2011 | Graeme Tricker | 0.50 | 600.00 | 300.00 | Reviewing document; delegating research |
| 25/02/2011 | Alex Meechan | 1.60 | 375.00 | 600.00 | Research re employee issues |
| 25/02/2011 | Graeme Tricker | 0.10 | 600.00 | 60.00 | Meeting re employee issues |
| 28/02/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email re employee issues |
| 01/03/2011 | Mark Blyth | 1.60 | 725.00 | 1,160.00 | Review documents re employee issues |
| 03/03/2011 | Alex Meechan | 0.70 | 375.00 | 262.50 | Research re employee issues |
| 03/03/2011 | Alex Meechan | 4.50 | 375.00 | 1,687.50 | Research re employee issues |

A13516385

Page 1 of 3

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
Schedule of time covering period from 1 February 2011 to 30 April 2011

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 03/03/2011 | Graeme Tricker | 0.70 | 600.00 | 420.00 | Meetings re employee issues |
| 03/03/2011 | Mark Blyth | 1.20 | 725.00 | 870.00 | Call and meeting |
| 03/03/2011 | Mark Blyth | 1.30 | 725.00 | 942.50 | Review documents and prep for meeting |
| 04/03/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Email re employee issues |
| 04/03/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Emails re employee issues |
| 07/03/2011 | Alex Meechan | 0.60 | 375.00 | 225.00 | Research re employee issues |
| 07/03/2011 | Alex Meechan | 1.20 | 375.00 | 450.00 | Research re employee issues |
| 07/03/2011 | Mark Blyth | 0.50 | 725.00 | 362.50 | Review documents re employee issues |
| 07/03/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re papers |
| 07/03/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Internal meeting |
| 08/03/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re documents |
| 09/03/2011 | Alex Meechan | 3.50 | 375.00 | 1,312.50 | Research re employee issues |
| 09/03/2011 | Mark Blyth | 10.00 | 725.00 | 7,250.00 | Review papers re employee issues |
| 10/03/2011 | Alex Meechan | 6.00 | 375.00 | 2,250.00 | Research re employee issues |
| 10/03/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Email re papers |
| 10/03/2011 | Mark Blyth | 1.30 | 725.00 | 942.50 | Prep for call; reviewing papers |
| 10/03/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Reviewing papers |
| 11/03/2011 | Alex Meechan | 1.50 | 375.00 | 562.50 | Research re employee issues |
| 11/03/2011 | Mark Blyth | 0.80 | 725.00 | 580.00 | Drafting document |
| 11/03/2011 | Mark Blyth | 4.00 | 725.00 | 2,900.00 | Drafting document |
| 14/03/2011 | Mark Blyth | 3.30 | 725.00 | 2,392.50 | Drafting document |
| 14/03/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Emails re employee issues |
| 14/03/2011 | Tim Cox | 0.20 | 670.00 | 134.00 | Discussion re employee issues |
| 15/03/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails re employee issues |
| 15/03/2011 | Mark Blyth | 2.10 | 725.00 | 1,522.50 | Drafting document |
| 16/03/2011 | Alex Meechan | 0.60 | 375.00 | 225.00 | Research re employee issues |
| 16/03/2011 | Graeme Tricker | 0.10 | 600.00 | 60.00 | Emails re employee issues |
| 16/03/2011 | Mark Blyth | 3.20 | 725.00 | 2,320.00 | Meeting re employee issues |
| 16/03/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Reviewing documents re employee issues |
| 17/03/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employee issues |
| 18/03/2011 | Alex Meechan | 0.70 | 375.00 | 262.50 | Research re employee issues |
| 18/03/2011 | Graeme Tricker | 1.50 | 600.00 | 900.00 | Review document re employee issues |
| 28/03/2011 | Mark Blyth | 1.50 | 725.00 | 1,087.50 | Drafting document |
| 31/03/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employee issues |
| 31/03/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email re employee issues |
| 01/04/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Emails re employee issues |
| 01/04/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails re employee issues |
| 01/04/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Preparing documents |
| 02/04/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Emails re employee issues |
| 04/04/2011 | Mark Blyth | 0.80 | 725.00 | 580.00 | Drafting documents |
| 04/04/2011 | Mark Blyth | 1.20 | 725.00 | 870.00 | Reviewing documents re employee issues |
| 14/04/2011 | Graeme Tricker | 0.20 | 600.00 | 120.00 | Review documents |

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 February 2011 to 30 April 2011

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 19/04/2011 | Jared Oyston | 2.20 | 375.00 | 825.00 | Research re employee issues |
| 19/04/2011 | Mark Blyth | 1.40 | 725.00 | 1,015.00 | Emails re employee issues |
| 20/04/2011 | Mark Blyth | 1.10 | 725.00 | 797.50 | Conference call re employee issues |
| 20/04/2011 | Mark Blyth | 2.80 | 725.00 | 2,030.00 | Reviewing documents re employee issues |
| 20/04/2011 | Mark Blyth | 3.50 | 725.00 | 2,537.50 | Emails re employee issues |
| 20/04/2011 | Parham Kouchikali | 0.80 | 510.00 | 408.00 | Research re employee issues |
| 20/04/2011 | Parham Kouchikali | 2.00 | 510.00 | 1,020.00 | Research re employee issues |
| 20/04/2011 | Parham Kouchikali | 1.50 | 510.00 | 765.00 | Considering employee issues |
| 20/04/2011 | Parham Kouchikali | 3.00 | 510.00 | 1,530.00 | Research re employee issues |
| 21/04/2011 | Mark Blyth | 1.90 | 725.00 | 1,377.50 | Review documents re employee issues |
| 21/04/2011 | Mark Blyth | 0.50 | 725.00 | 362.50 | Review documents |
| 21/04/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email to counsel |
| 26/04/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Review documents re employee issues |
| 27/04/2011 | Mark Blyth | 0.90 | 725.00 | 652.50 | Review documents re employee issues |

Fee Applications

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 28/02/2011 | Jared Oyston | 4.40 | 375.00 | 1,650.00 | Drafting monthly and quarterly fee applications |
| 01/03/2011 | Jared Oyston | 0.40 | 375.00 | 150.00 | Filing monthly and quarterly fee applications |
| 22/03/2011 | Jared Oyston | 0.60 | 375.00 | 225.00 | Arranging attendance at quarterly costs call |
| 29/03/2011 | Jared Oyston | 0.20 | 375.00 | 75.00 | Preparing bill |

Total        119.70                    71,804.50

A13516385