# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2011 Through April 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Flights | | £3,583.33 |
| Taxis | | £95.08 |
| Meals | | £7.58 |
| Courier | | £3.75 |
| Printing and copying | | £157.02 |
| **Grand Total Expenses** | | **£3,846.76** (US$6,347.99) |

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of OSIs covering period from 1 February 2011 to 30 April 2011**

Other Service Item (OSI) Section

| Date | OSIS. Type | OSIS.Value | Description |
|---|---|---|---|
| 04/02/2011 | O001_TAXIS | 22.79 | 040211, MR J OYSTON, N7, 0044 |
| 09/02/2011 | PRINTCOPYING | 7.26 | Printing: Black & White |
| 11/02/2011 | O001_TAXIS | 25.52 | 110211, MR J OYSTON, N7, 0047 |
| 11/02/2011 | PHOTO_COLOUR_A4 | 15.12 | Copying Colour A4 |
| 11/02/2011 | BINDING_STANDARD | 21.00 | Binding |
| 14/02/2011 | O001_TAXIS | 23.07 | 140211, MR M BLYTH, EC1, 1510 |
| 15/02/2011 | PHOTO_COLOUR_A4 | 7.20 | Copying Colour A4 |
| 01/03/2011 | PRINTCOPYING | 6.12 | Printing: Black & White |
| 20/03/2011 | O001_TAXIS | 23.70 | 200311, MR J OYSTON, N7, 2301 |
| 25/03/2011 | O055_MEALS_LATE_WK | 7.58 | 03/03 DINNER WORKING LATE ON MATTER |
| 04/04/2011 | PRINTCOPYING | 16.62 | Printing: Black & White |
| 05/04/2011 | PRINTCOPYING | 6.36 | Printing: Black & White |
| 05/04/2011 | PHOTO_WHITE_A4 | 38.16 | Copying B&W A4 |
| 05/04/2011 | PHOTO_COLOUR_A4 | 29.28 | Copying Colour A4 |
| 06/04/2011 | O002_COURIER | 3.75 | 604  M.BLYTH  WC2 |
| 07/04/2011 | O007_TRAVEL_FLIGHT | 2.00 | 2690 J WALMSLEY 10.04 NEW YORK |
| 07/04/2011 | O007_TRAVEL_FLIGHT | 3,581.33 | 2690 J WALMSLEY 10.04 NEW YORK |
| 20/04/2011 | PRINTCOPYING | 9.90 | Printing: Black & White |
| **Total** | | **3,846.76** | |