# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2011 Through April 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | 620.00 |
| Transcripts | | 574.85 |
| Photos/Art/ Spec Duplicating | | 14,863.69 |
| Travel | | 477.63 |
| Meals | | 227.96 |
| Messenger Service | | 231.00 |
| Courier/Delivery Service | | 5,285.82 |
| Computer Research | Westlaw | 1,754.77 |
| Secretarial Overtime | | 38.00 |
| Duplicating | In Office | 2,758.20 |
| Facsimile | | 2,351.60 |
| Computer Research | Lexis | 120.81 |
| Paralegal Overtime | | 40.97 |
| Hotel Accommodations | | 844.47 |
| Process Server | | 545.00 |
| **Grand Total Expenses** | | **$30,734.77** |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767          AS OF 04/30/11                               INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 867547 | 04/13/11 | B | 570.00 | Court Costs - CLERK, U.S. COURT OF APPEALS' ADMISSON FEE - NEIL P. FORREST, DEBORAH M. BUELL & JENNIFER M. PALMER - 04/13/2011 | 503 | 904 | 178915 |
| 869337 | 04/21/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO HAC VICE ADMISSION FOR MEGHAN SERCOMBE - 04/21/2011 | 503 | 684 | 179129 |
| 869988 | 04/28/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO HAC ADMISSION FOR HOWARD ZELBO (CLEARY) R NORTEL, CASE NO. 09-10138 | 503 E: | 904 | 179229 |
| 868864 | 04/19/11 | B | 48.50 | Transcripts - DIAZ DATA SERVICES' CASE NO. 09-10138 - TRANSCRIPT - 04/19/2011 | 506 | 904 | 179068 |
| 871197 | 04/26/11 | B | 526.35 | Transcripts - DIAZ DATA SERVICES' CASE NO. 09-10138 - TRANSCRIPT - 04/26/2011 | 506 | 904 | 179328 |
| 865584 | 04/01/11 | B | 354.22 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (3 ORIGINALS x 173 COPIES) - HAND, 136 MAIL - 04/01/2011 | 510 37 | 684 | 178638 |
| 867503 | 04/04/11 | B | 302.40 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (1 ORIGINALS x 173 COPIES) - HAND DELIVERY - 04/04/2011 | 510 | 684 | 178884 |
| 866608 | 04/04/11 | B | 2,731.53 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (103 ORIGINALS x 175 COPIES) - 37 HAND, 138 MAIL - 04/04/2011 | 510 | 904 | 178744 |
| 866870 | 04/06/11 | B | 468.76 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC' BANKRUPTCY SERVICE COPIES - 1 DOC SERVICE, HANDS & MAIL - DKT # 5228 - 04/06/2011 | 510 | 594 | 178811 |
| 868115 | 04/08/11 | B | 61.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (9 ORIGINALS x 2 COPIES) - HANDWRITTEN AIRBILLS & CORRESPONDENCE SENT FAX - 04/08/2011 | 510 VIA | 546 | 178969 |
| 867539 | 04/08/11 | B | 785.90 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (9 ORIGINALS x 9 COPIES) - 2 MAIL, 2 FEDEX - HANDWRITTEN AIRBILLS - 04/08/2011 | 510 | 546 | 178905 |
| 867561 | 04/08/11 | B | 1,085.68 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (34 ORIGINALS x 173 COPIES) - 04/08/2011 | 510 | 546 | 178925 |
| 867642 | 04/12/11 | B | 701.99 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS, POSTAGE, ENVELOPES, AND HAND DELIVERY | 510 | 684 | 178941 |
| 868698 | 04/15/11 | B | 640.50 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' HAND DELIVERIES - ENVELOPES - BANKRUPTCY MAILOUTS - BROADCAST FAX (14 PAGES x 151) - 04/15/2011 | 510 | 684 | 179052 |

```
Nortel Networks, Inc.                                    PRO FORMA  271767            AS OF 04/30/11                              INVOICE# ******
63989-DIP
DATE: 05/31/11 13:24:02
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 868697 | 04/15/11 | B | 3,949.11 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES - ENVELOPES & BANKRUPTCY MAILOUTS - 04/15/2011 | 510 | 948 | 179051 |
| 869378 | 04/19/11 | B | 766.91 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (46 ORIGINALS x 90 COPIES) - 04/19/2011 | 510 | 684 | 179175 |
| 868717 | 04/19/11 | B | 899.19 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (26 ORIGINALS x 174 COPIES) 37 HAND - 137 MAIL - 04/19/2011 | 510 | 684 | 179063 |
| 869983 | 04/21/11 | B | 541.68 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 684 | 179224 |
| 869982 | 04/21/11 | B | 344.40 | Photos/Art/Spec Duplicating-Out of Office IKO OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS | 510 | 948 | 179223 |
| 869984 | 04/25/11 | B | 751.91 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 684 | 179225 |
| 871187 | 04/28/11 | B | 477.71 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS - ENVELOPES - 04/28/2011 | 510 | 684 | 179318 |
| 867551 | 04/12/11 | B | 236.00 | Travel UNIGLOBE RED CARPET TRAVEL` A. CORDO - AMTRAK - WILMINGTON TO NY - 04/12/2011 | 511 | 904 | 178917 |
| 867552 | 04/12/11 | B | 43.15 | Travel - ANN CORDO` REIMBURSEMENT OF TAXI & PARKING EXPENSES FROM TRIP TO NY FOR HEARING - 04/12/2011 | 511 | 904 | 178918 |
| 868377 | 04/13/11 | B | 198.48 | Travel - DEREK C. ABBOTT` REIMBURSEMENT OF MILEAGE & TAXI EXPENSES FROM TRIP TO NY FOR ALLOCATION MEDIATION - 4/11/2011-04/13/2011 | 511 | 322 | 178987 |
| 867553 | 04/12/11 | B | 25.99 | Meals ANN CORDO` REIMBURSEMENT OF MEAL EXPENSES FROM TRIP TO N FOR HEARING - 04/26/2011 | 512 Y | 904 | 178918 |
| 868379 | 04/13/11 | B | 7.47 | Meals DEREK C. ABBOTT` REIMBURSEMENT OF MEAL EXPENSES FROM TRIP TO N FOR ALLOCATION MEDIATION - 4/11/2011-04/13/20 | 512 Y 11 | 322 | 178987 |
| 871546 | 04/26/11 | B | 89.50 | Meals - ERIC D. SCHWARTZ` REIMBURSEMENT OF LUNCH MEETING - 04/26/2011 | 512 | 221 | 179419 |
| 871470 | 04/26/11 | B | 105.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 12 - 04/26/2011 | 512 | 948 | 179377 |
| 868164 | 04/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868168 | 04/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868172 | 04/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868193 | 04/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868207 | 04/05/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 868192 | 04/05/11 | B | 3.00 | Messenger Service | 513S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA  271767          AS OF 04/30/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 868234 | 04/07/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 868247 | 04/07/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 868261 | 04/08/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 868262 | 04/08/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 868273 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868276 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868277 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868278 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868279 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868280 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868275 | 04/11/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 868318 | 04/12/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 868312 | 04/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868313 | 04/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868314 | 04/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868356 | 04/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 868337 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870952 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870953 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870954 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870959 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870963 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870964 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870965 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870966 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870967 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870976 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870977 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870978 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 870979 | 04/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA  271767         AS OF 04/30/11         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 870989 | 04/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871014 | 04/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871016 | 04/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871017 | 04/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871018 | 04/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871019 | 04/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871020 | 04/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871031 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871032 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871033 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871034 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871037 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871039 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871040 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871041 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871042 | 04/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871067 | 04/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871069 | 04/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871070 | 04/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871073 | 04/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871077 | 04/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871089 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871090 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871091 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871103 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871104 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871105 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871106 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871107 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 871108 | 04/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |

```
Nortel Networks, Inc.                              PRO FORMA   271767          AS OF 04/30/11                                    INVOICE# ******
63989-DIP
DATE: 05/31/11 13:24:02

INDEX   DATE      STAT  AMOUNT  DESCRIPTION                                              CODE   TKPER   VOUCHER
871132  04/26/11  B       3.00  Messenger Service                                        513S   684
871133  04/26/11  B       3.00  Messenger Service                                        513S   684
871135  04/26/11  B       3.00  Messenger Service                                        513S   684
871139  04/27/11  B       3.00  Messenger Service                                        513S   684
871140  04/27/11  B       3.00  Messenger Service                                        513S   684
871141  04/27/11  B       3.00  Messenger Service                                        513S   684
871143  04/27/11  B       3.00  Messenger Service                                        513S   684
871158  04/28/11  B       3.00  Messenger Service                                        513S   684
871163  04/28/11  B       3.00  Messenger Service                                        513S   000
871165  04/28/11  B       3.00  Messenger Service                                        513S   684
871175  04/29/11  B       3.00  Messenger Service                                        513S   684
866879  04/01/11  B       6.90  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178818
867418  04/04/11  B      50.04  Courier/Delivery Service                                 514    000     178870
867423  04/04/11  B      30.47  Courier/Delivery Service                                 514    000     178871
867424  04/04/11  B      19.47  Courier/Delivery Service                                 514    000     178871
867425  04/04/11  B      19.47  Courier/Delivery Service                                 514    000     178871
867426  04/04/11  B      30.47  Courier/Delivery Service                                 514    000     178871
867427  04/04/11  B      28.27  Courier/Delivery Service                                 514    000     178871
867428  04/04/11  B      24.92  Courier/Delivery Service                                 514    000     178872
867443  04/04/11  B      30.47  Courier/Delivery Service                                 514    000     178872
867444  04/04/11  B      30.47  Courier/Delivery Service                                 514    000     178872
867445  04/04/11  B      53.72  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC    514    000     178934
867583  04/04/11  B      13.25  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867584  04/04/11  B      13.25  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867585  04/04/11  B       6.90  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867586  04/04/11  B      29.81  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867587  04/04/11  B      19.07  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867588  04/04/11  B      19.07  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867589  04/04/11  B      95.60  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178934
867590  04/04/11  B      12.16  Courier/Delivery Service BLUE MARBLE LOGISTIC LLC        514    000     178823
867041  04/04/11  B      13.92  Courier/Delivery Service                                 514    000     178823
867042  04/04/11  B      16.06  Courier/Delivery Service                                 514    000     178823
867043  04/04/11  B      16.06  Courier/Delivery Service                                 514    000     178823
867044  04/04/11  B      13.92  Courier/Delivery Service                                 514    000     178823
867045  04/04/11  B      13.92  Courier/Delivery Service                                 514    000     178823
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/31/11 13:24:02

PRO FORMA 271767     AS OF 04/30/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 867046 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867047 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867048 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867049 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867050 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867051 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867052 | 04/04/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867053 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867054 | 04/04/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867055 | 04/04/11 | B | 22.58 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867056 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867057 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867058 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867059 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867060 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867061 | 04/04/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867062 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867063 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867064 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867065 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867066 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867067 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867068 | 04/04/11 | B | 30.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867069 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867070 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867071 | 04/04/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867072 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867073 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867074 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867075 | 04/04/11 | B | 13.92 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867076 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867077 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867078 | 04/04/11 | B | 17.40 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867079 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867080 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867081 | 04/04/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867082 | 04/04/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867083 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767        AS OF 04/30/11        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 867084 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867085 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867086 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867087 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867088 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178823 |
| 867089 | 04/04/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178823 |
| 868058 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868074 | 04/04/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 178958 |
| 868075 | 04/04/11 | B | 22.58 | Courier/Delivery Service | 514 | 000 | 178958 |
| 867591 | 04/05/11 | B | 19.07 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 178934 |
| 866869 | 04/06/11 | B | 155.00 | Courier/Delivery Service - PARCELS INC.' BANKRUPTCY SERVICE DELIVIERIES - MULTIPLE INN CITY DELIVERIES - 04/06/2011 | 514 ER | 594 | 178810 |
| 867442 | 04/07/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178872 |
| 868040 | 04/08/11 | B | 30.80 | Courier/Delivery Service | 514 | 000 | 178955 |
| 868041 | 04/08/11 | B | 49.11 | Courier/Delivery Service | 514 | 000 | 178955 |
| 868052 | 04/08/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868053 | 04/08/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868054 | 04/08/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868055 | 04/08/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868056 | 04/08/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868057 | 04/08/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 178956 |
| 868067 | 04/08/11 | B | 50.04 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 178957 |
| 869110 | 04/11/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869111 | 04/11/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869112 | 04/11/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 868541 | 04/11/11 | B | 30.47 | Courier/Delivery Service | 514 | 684 | 179017 |
| 869098 | 04/12/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869099 | 04/12/11 | B | 13.80 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869100 | 04/12/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869101 | 04/12/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869102 | 04/13/11 | B | 77.57 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869103 | 04/13/11 | B | 38.78 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869104 | 04/14/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 868542 | 04/14/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 179017 |
| 871826 | 04/14/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179444 |
| 869299 | 04/15/11 | B | 49.80 | Courier/Delivery Service | 514 | 684 | 179121 |
| 868672 | 04/15/11 | B | 33.98 | Courier/Delivery Service | 514 | 904 | 179028 |
| 869113 | 04/15/11 | B | 116.36 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |

```
Nortel Networks, Inc.                              PRO FORMA  271767        AS OF 04/30/11                                INVOICE# ******
63989-DIP
DATE: 05/31/11 13:24:02

INDEX    DATE      STAT  AMOUNT  DESCRIPTION                                      CODE  TKPER  VOUCHER
869114   04/15/11   B    58.19   Courier/Delivery Service BLUE MARBLE LOGISTIC LLC 514   000    179114
869050   04/15/11   B    28.65   Courier/Delivery Service                          514   000    179091
869051   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869052   04/15/11   B    11.70   Courier/Delivery Service                          514   000    179091
869053   04/15/11   B    11.70   Courier/Delivery Service                          514   000    179091
869054   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869303   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179122
869304   04/15/11   B    13.92   Courier/Delivery Service                          514   000    179122
869305   04/15/11   B    30.47   Courier/Delivery Service                          514   000    179122
869306   04/15/11   B    11.70   Courier/Delivery Service                          514   000    179122
869307   04/15/11   B    28.27   Courier/Delivery Service                          514   000    179122
869565   04/15/11   B    11.70   Courier/Delivery Service                          514   000    179187
869009   04/15/11   B    22.58   Courier/Delivery Service                          514   000    179091
869010   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869011   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869012   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869013   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869014   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869015   04/15/11   B    17.27   Courier/Delivery Service                          514   000    179091
869016   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869017   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869018   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869019   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869020   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869021   04/15/11   B    22.58   Courier/Delivery Service                          514   000    179091
869022   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869023   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869024   04/15/11   B    17.27   Courier/Delivery Service                          514   000    179091
869025   04/15/11   B    30.47   Courier/Delivery Service                          514   000    179091
869026   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869027   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869028   04/15/11   B    11.70   Courier/Delivery Service                          514   000    179091
869029   04/15/11   B    13.92   Courier/Delivery Service                          514   000    179091
869030   04/15/11   B    13.92   Courier/Delivery Service                          514   000    179091
869031   04/15/11   B    17.40   Courier/Delivery Service                          514   000    179091
869032   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869033   04/15/11   B    19.47   Courier/Delivery Service                          514   000    179091
869034   04/15/11   B    17.27   Courier/Delivery Service                          514   000    179091
```

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA   271767                        AS OF 04/30/11                                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 869035 | 04/15/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869036 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869037 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869038 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869039 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869040 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869041 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869042 | 04/15/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869043 | 04/15/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869044 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869045 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869046 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869047 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869057 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869058 | 04/15/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869059 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869060 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179091 |
| 869105 | 04/15/11 | B | 36.42 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869106 | 04/15/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869107 | 04/15/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869108 | 04/15/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179114 |
| 869109 | 04/15/11 | B | 17.89 | Courier/Delivery Service | 514 | 000 | 179114 |
| 869055 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869056 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869002 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869003 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869004 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869005 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869006 | 04/15/11 | B | 17.27 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869007 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869008 | 04/15/11 | B | 17.27 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869048 | 04/15/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179091 |
| 869049 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 684 | 179091 |
| 870820 | 04/15/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179285 |
| 870805 | 04/19/11 | B | 50.04 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179282 |
| 869626 | 04/20/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 871575 | 04/20/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179433 |
| 869541 | 04/20/11 | B | 30.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 179185 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767                AS OF 04/30/11                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 869556 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869557 | 04/21/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869558 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869559 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869560 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869561 | 04/21/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869562 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869563 | 04/21/11 | B | 17.03 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869564 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 870806 | 04/21/11 | B | 22.58 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 684 | 179283 |
| 870804 | 04/21/11 | B | 20.51 | Courier/Delivery Service | 514 | 000 | 179281 |
| 869566 | 04/21/11 | B | 17.03 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869567 | 04/21/11 | B | 20.51 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869568 | 04/21/11 | B | 17.03 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869569 | 04/21/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869570 | 04/21/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869571 | 04/21/11 | B | 17.03 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869572 | 04/21/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869573 | 04/21/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869574 | 04/21/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869575 | 04/21/11 | B | 14.80 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869576 | 04/21/11 | B | 22.27 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869577 | 04/21/11 | B | 17.03 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869578 | 04/21/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869579 | 04/21/11 | B | 22.58 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869580 | 04/21/11 | B | 17.03 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869581 | 04/21/11 | B | 22.58 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869582 | 04/21/11 | B | 22.58 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869589 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869590 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869591 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869592 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869593 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869594 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869595 | 04/21/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869596 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869597 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869598 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767      AS OF 04/30/11      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 869599 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869600 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869601 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869602 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869603 | 04/21/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869604 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869605 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869606 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869607 | 04/21/11 | B | 13.92 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869608 | 04/21/11 | B | 13.92 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869609 | 04/21/11 | B | 13.92 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869610 | 04/21/11 | B | 17.40 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869611 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869612 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869613 | 04/21/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869614 | 04/21/11 | B | 17.27 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869615 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869616 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869617 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869618 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869619 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869620 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869621 | 04/21/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869622 | 04/21/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869623 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869624 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 000 | 179187 |
| 869625 | 04/21/11 | B | 30.47 | Courier/Delivery Service | 514 | 000 | 179283 |
| 870807 | 04/21/11 | B | 30.47 | Courier/Delivery Service | 514 | 000 | 179283 |
| 870808 | 04/21/11 | B | 30.47 | Courier/Delivery Service | 514 | 000 | 179283 |
| 870809 | 04/21/11 | B | 14.80 | Courier/Delivery Service | 514 | 000 | 179283 |
| 870810 | 04/21/11 | B | 28.27 | Courier/Delivery Service | 514 | 000 | 179283 |
| 870811 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179283 |
| 870812 | 04/21/11 | B | 30.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179284 |
| 870815 | 04/21/11 | B | 30.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 179284 |
| 870816 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 684 | 179187 |
| 869583 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179187 |
| 869584 | 04/21/11 | B | 19.47 | Courier/Delivery Service | 514 | 684 | 179187 |
| 869585 | 04/21/11 | B | | | | | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA   271767                AS OF 04/30/11                                                     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 869586 | 04/21/11 | B | 17.27 | Courier/Delivery Service | 514 | 684 | 179187 |
| 869587 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 684 | 179187 |
| 869588 | 04/21/11 | B | 17.27 | Courier/Delivery Service | 514 | 684 | 179187 |
| 870832 | 04/21/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179287 |
| 870821 | 04/25/11 | B | 20.37 | Courier/Delivery Service | 514 | 000 | 179285 |
| 872931 | 04/25/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179480 |
| 872932 | 04/26/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179480 |
| 870825 | 04/26/11 | B | 20.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179286 |
| 872933 | 04/27/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179480 |
| 874016 | 04/28/11 | B | 30.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179632 |
| 870833 | 04/28/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179287 |
| 870834 | 04/28/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179287 |
| 870835 | 04/28/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179287 |
| 870836 | 04/28/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179287 |
| 870837 | 04/28/11 | B | 16.06 | Courier/Delivery Service | 514 | 000 | 179287 |
| 870838 | 04/28/11 | B | 11.70 | Courier/Delivery Service | 514 | 000 | 179287 |
| 868757 | 04/04/11 | B | 249.23 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 868758 | 04/07/11 | B | 127.22 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 869707 | 04/13/11 | B | 25.20 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA L | 515 | 948 | |
| 870202 | 04/19/11 | B | 38.48 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 870243 | 04/19/11 | B | 370.41 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 870203 | 04/19/11 | B | 56.97 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 870205 | 04/20/11 | B | 149.89 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 870204 | 04/20/11 | B | 431.76 | Computer Research - Westlaw Search Performed by: CULVER,DONNA | 515 | 203 | |
| 870206 | 04/21/11 | B | 18.77 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 871242 | 04/25/11 | B | 95.20 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 871243 | 04/27/11 | B | 13.86 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 871244 | 04/27/11 | B | 54.90 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 871245 | 04/28/11 | B | 67.57 | Computer Research - Westlaw Search Performed by: CONWAY,ANGELA | 515 | 594 | |
| 871246 | 04/29/11 | B | 55.31 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767          AS OF 04/30/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 873873 | 04/25/11 | B | 38.00 | Secretarial Overtime | 516S | 670 | |
| 865352 | 04/01/11 | B | 66.90 | In-House Duplicating | 519 | 684 | |
| 866378 | 04/04/11 | B | 144.50 | In-House Duplicating | 519 | 684 | |
| 865676 | 04/04/11 | B | 0.40 | In-House Duplicating | 519 | 622 | |
| 866377 | 04/04/11 | B | 112.20 | In-House Duplicating | 519 | 623 | |
| 866379 | 04/04/11 | B | 159.50 | In-House Duplicating | 519 | 623 | |
| 866484 | 04/06/11 | B | 0.70 | In-House Duplicating | 519 | 594 | |
| 866485 | 04/06/11 | B | 1.40 | In-House Duplicating | 519 | 594 | |
| 866750 | 04/07/11 | B | 1.00 | In-House Duplicating | 519 | 554 | |
| 866751 | 04/07/11 | B | 3.20 | In-House Duplicating | 519 | 546 | |
| 866940 | 04/08/11 | B | 9.60 | In-House Duplicating | 519 | 546 | |
| 866941 | 04/08/11 | B | 0.90 | In-House Duplicating | 519 | 546 | |
| 866942 | 04/08/11 | B | 1.10 | In-House Duplicating | 519 | 546 | |
| 867353 | 04/11/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 867704 | 04/12/11 | B | 2.10 | In-House Duplicating | 519 | 554 | |
| 867705 | 04/12/11 | B | 10.50 | In-House Duplicating | 519 | 684 | |
| 867817 | 04/13/11 | B | 0.30 | In-House Duplicating | 519 | 622 | |
| 867812 | 04/13/11 | B | 4.20 | In-House Duplicating | 519 | 626 | |
| 867813 | 04/13/11 | B | 0.30 | In-House Duplicating | 519 | 626 | |
| 867814 | 04/13/11 | B | 18.90 | In-House Duplicating | 519 | 684 | |
| 867815 | 04/13/11 | B | 32.00 | In-House Duplicating | 519 | 684 | |
| 867816 | 04/13/11 | B | 2.60 | In-House Duplicating | 519 | 684 | |
| 867818 | 04/13/11 | B | 1.00 | In-House Duplicating | 519 | 684 | |
| 867811 | 04/13/11 | B | 180.40 | In-House Duplicating | 519 | 684 | |
| 867957 | 04/14/11 | B | 322.70 | In-House Duplicating | 519 | 684 | |
| 867958 | 04/14/11 | B | 3.30 | In-House Duplicating | 519 | 684 | |
| 867959 | 04/14/11 | B | 62.60 | In-House Duplicating | 519 | 684 | |
| 867960 | 04/14/11 | B | 94.10 | In-House Duplicating | 519 | 684 | |
| 867955 | 04/14/11 | B | 0.30 | In-House Duplicating | 519 | 622 | |
| 867956 | 04/14/11 | B | 7.60 | In-House Duplicating | 519 | 622 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767    AS OF 04/30/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 868408 | 04/15/11 | B | 83.10 | In-House Duplicating | 519 | 684 | |
| 868405 | 04/15/11 | B | 28.00 | In-House Duplicating | 519 | 684 | |
| 868406 | 04/15/11 | B | 310.10 | In-House Duplicating | 519 | 684 | |
| 868412 | 04/15/11 | B | 18.00 | In-House Duplicating | 519 | 684 | |
| 868413 | 04/15/11 | B | 3.20 | In-House Duplicating | 519 | 684 | |
| 868410 | 04/15/11 | B | 7.20 | In-House Duplicating | 519 | 684 | |
| 868409 | 04/15/11 | B | 7.00 | In-House Duplicating | 519 | 670 | |
| 868411 | 04/15/11 | B | 1.40 | In-House Duplicating | 519 | 670 | |
| 868407 | 04/15/11 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 868414 | 04/15/11 | B | 79.00 | In-House Duplicating | 519 | 605 | |
| 868599 | 04/18/11 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 868600 | 04/18/11 | B | 3.50 | In-House Duplicating | 519 | 554 | |
| 868924 | 04/19/11 | B | 0.90 | In-House Duplicating | 519 | 904 | |
| 868925 | 04/19/11 | B | 1.90 | In-House Duplicating | 519 | 684 | |
| 868926 | 04/19/11 | B | 10.80 | In-House Duplicating | 519 | 684 | |
| 869227 | 04/20/11 | B | 8.00 | In-House Duplicating | 519 | 684 | |
| 869228 | 04/20/11 | B | 2.10 | In-House Duplicating | 519 | 684 | |
| 869229 | 04/20/11 | B | 34.90 | In-House Duplicating | 519 | 684 | |
| 869420 | 04/21/11 | B | 6.90 | In-House Duplicating | 519 | 684 | |
| 869421 | 04/21/11 | B | 11.10 | In-House Duplicating | 519 | 684 | |
| 869416 | 04/21/11 | B | 4.20 | In-House Duplicating | 519 | 684 | |
| 869423 | 04/21/11 | B | 0.90 | In-House Duplicating | 519 | 684 | |
| 869424 | 04/21/11 | B | 16.20 | In-House Duplicating | 519 | 684 | |
| 869425 | 04/21/11 | B | 5.80 | In-House Duplicating | 519 | 684 | |
| 869417 | 04/21/11 | B | 2.90 | In-House Duplicating | 519 | 670 | |
| 869418 | 04/21/11 | B | 0.30 | In-House Duplicating | 519 | 670 | |
| 869419 | 04/21/11 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 869422 | 04/21/11 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 870399 | 04/25/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 870400 | 04/25/11 | B | 3.30 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767     AS OF 04/30/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 870401 | 04/25/11 | B | 8.10 | In-House Duplicating | 519 | 554 | |
| 870489 | 04/26/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 870490 | 04/26/11 | B | 9.20 | In-House Duplicating | 519 | 684 | |
| 870487 | 04/26/11 | B | 14.40 | In-House Duplicating | 519 | 684 | |
| 870488 | 04/26/11 | B | 21.90 | In-House Duplicating | 519 | 670 | |
| 870576 | 04/27/11 | B | 5.20 | In-House Duplicating | 519 | 684 | |
| 870577 | 04/27/11 | B | 45.40 | In-House Duplicating | 519 | 684 | |
| 870578 | 04/27/11 | B | 0.20 | In-House Duplicating | 519 | 684 | |
| 870597 | 04/27/11 | B | 12.40 | In-House Duplicating | 519 | 684 | |
| 870645 | 04/28/11 | B | 1.10 | In-House Duplicating | 519 | 554 | |
| 870646 | 04/28/11 | B | 1.80 | In-House Duplicating | 519 | 670 | |
| 870675 | 04/28/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 865834 | 04/04/11 | B | 232.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (58 ORIGINALS x 2 FAXES) - 04/04/201 | 522H 0 | 684 | 178679 |
| 869981 | 04/21/11 | B | 1,617.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 948 | 179223 |
| 871184 | 04/25/11 | B | 30.80 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (22 ORIGINALS x 7 FAXES) - 04/25/2011 | 522H | 684 | 179315 |
| 871188 | 04/28/11 | B | 2.80 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (2 ORIGINALS x 7 FAXES) - 04/28/2011 | 522H | 684 | 179319 |
| 871190 | 04/28/11 | B | 469.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX (14 PAGES x 134) - 04/28/2011 | 522H | 684 | 179321 |
| 870939 | 04/27/11 | B | 120.81 | Lexis Research Performed by: Alissa Gazze | 527 | 948 | |
| 868724 | 04/15/11 | B | 40.97 | Paralegal Overtime | 530S | 684 | |
| 865354 | 04/01/11 | B | 27.55 | In-House Printing - black & white | 541 | 603 | |
| 865397 | 04/01/11 | B | 29.95 | In-House Printing - black & white | 541 | 603 | |
| 866380 | 04/04/11 | B | 7.50 | In-House Printing - black & white | 541 | 605 | |
| 865677 | 04/04/11 | B | 25.30 | In-House Printing - black & white | 541 | 623 | |
| 866486 | 04/05/11 | B | 0.05 | In-House Printing - black & white | 541 | 623 | |
| 866381 | 04/05/11 | B | 1.35 | In-House Printing - black & white | 541 | 904 | |
| 866487 | 04/06/11 | B | 1.50 | In-House Printing - black & white | 541 | 626 | |
| 866792 | 04/06/11 | B | 0.20 | In-House Printing - black & white | 541 | 605 | |
| 866752 | 04/07/11 | B | 20.30 | In-House Printing - black & white | 541 | 203 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA  271767          AS OF 04/30/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 866943 | 04/08/11 | B | 1.15 | In-House Printing - black & white | 541 | 546 | |
| 867354 | 04/11/11 | B | 1.85 | In-House Printing - black & white | 541 | 623 | |
| 867706 | 04/12/11 | B | 0.15 | In-House Printing - black & white | 541 | 605 | |
| 867819 | 04/12/11 | B | 2.10 | In-House Printing - black & white | 541 | 605 | |
| 867961 | 04/13/11 | B | 1.40 | In-House Printing - black & white | 541 | 622 | |
| 867820 | 04/13/11 | B | 9.90 | In-House Printing - black & white | 541 | 622 | |
| 867853 | 04/13/11 | B | 3.20 | In-House Printing - black & white | 541 | 605 | |
| 868002 | 04/13/11 | B | 0.40 | In-House Printing - black & white | 541 | 605 | |
| 867962 | 04/14/11 | B | 264.20 | In-House Printing - black & white | 541 | 454 | |
| 868415 | 04/15/11 | B | 33.55 | In-House Printing - black & white | 541 | 684 | |
| 868416 | 04/16/11 | B | 0.05 | In-House Printing - black & white | 541 | 623 | |
| 868601 | 04/18/11 | B | 1.15 | In-House Printing - black & white | 541 | 684 | |
| 868927 | 04/19/11 | B | 13.20 | In-House Printing - black & white | 541 | 684 | |
| 868964 | 04/19/11 | B | 16.95 | In-House Printing - black & white | 541 | 203 | |
| 869230 | 04/20/11 | B | 11.50 | In-House Printing - black & white | 541 | 684 | |
| 869426 | 04/21/11 | B | 6.20 | In-House Printing - black & white | 541 | 684 | |
| 870885 | 04/25/11 | B | 99.75 | In-House Printing - black & white | 541 | 948 | |
| 870402 | 04/25/11 | B | 22.70 | In-House Printing - black & white | 541 | 605 | |
| 870491 | 04/25/11 | B | 8.20 | In-House Printing - black & white | 541 | 605 | |
| 870492 | 04/26/11 | B | 41.30 | In-House Printing - black & white | 541 | 670 | |
| 870598 | 04/27/11 | B | 2.70 | In-House Printing - black & white | 541 | 684 | |
| 870579 | 04/27/11 | B | 25.05 | In-House Printing - black & white | 541 | 622 | |
| 870765 | 04/28/11 | B | 0.15 | In-House Printing - black & white | 541 | 605 | |
| 870676 | 04/28/11 | B | 2.60 | In-House Printing - black & white | 541 | 605 | |
| 870722 | 04/28/11 | B | 0.45 | In-House Printing - black & white | 541 | 605 | |
| 870647 | 04/28/11 | B | 26.35 | In-House Printing - black & white | 541 | 684 | |
| 870723 | 04/29/11 | B | 30.30 | In-House Printing - black & white | 541 | 684 | |
| 868378 | 04/13/11 | B | 844.47 | Hotel Accommodations DEREK C. ABBOTT` REIMBURSEMENT OF HOTEL EXPENSES FROM TRIP TO FOR ALLOCATION MEDIATION - 4/11/2011-04/13/20 | 549 NY 11 | 322 | 178987 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/31/11 13:24:02

PRO FORMA 271767          AS OF 04/30/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 867646 | 04/14/11 | B | 545.00 | Process Server - LEGAL LANGUAGES SERVICES' INTERNATIONAL SERVICE OF PROCESS IN INDIA | 550 | 948 | 178946 |
| | | | 30,734.77 | | | | |