# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:**    **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **2/1/2011** | **2/28/2011** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 71.80 | $450.00 | $32,310.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 38.40 | $450.00 | $17,280.00 |
| 4 | Fee Apps | 10.10 | $450.00 | $4,545.00 |
| 5 | Non-working travel | 54.60 | $225.00 | $12,285.00 |
| 6 | Claims Administration | 5.70 | $450.00 | $2,565.00 |
| 7 | Tax/Finance Matters and Budget Projects | 66.20 | $450.00 | $29,790.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **246.80** | | **$98,775.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2011 | On-site Nortel RTP re: Res Co follow-up application needs | Kathryn Schultea | 1 | 2.0 |
| 2/2/2011 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 6.5 |
| 2/3/2011 | Correspondence received, reviewed, and responded from Nortel on wind-down applications and services | Kathryn Schultea | 1 | 5.0 |
| 2/4/2011 | Conference call with Cleary re document retention related items | Kathryn Schultea | 1 | 0.5 |
| 2/4/2011 | Correspondence received, reviewed, and responded from Nortel on wind-down work streams for IT retention | Kathryn Schultea | 1 | 3.5 |
| 2/7/2011 | On-site Nortel RTP re: IT application and data retention approach | Kathryn Schultea | 1 | 5.0 |
| 2/7/2011 | Conf call with Nortel - Res Co System Planning | Kathryn Schultea | 1 | 2.0 |
| 2/8/2011 | On-site Nortel RTP re: IT application and data retention approach | Kathryn Schultea | 1 | 5.0 |
| 2/8/2011 | Nortel meeting on data extraction | Richard Lydecker | 1 | 4.0 |
| 2/9/2011 | Correspondence received, reviewed, and responded from Nortel re data retention for finance area | Kathryn Schultea | 1 | 2.0 |
| 2/11/2011 | Correspondence received, reviewed, and responded from Nortel IT re data requests - EY retention needs | Kathryn Schultea | 1 | 3.0 |
| 2/13/2011 | Correspondence received, reviewed, and responded re Nortel doc matters (Cleary and Nortel Legal) | Kathryn Schultea | 1 | 1.5 |
| 2/14/2011 | Correspondence received, reviewed, and responded from Nortel re data retention | Kathryn Schultea | 1 | 3.0 |
| 2/15/2011 | Conference calls with Nortel re records retention | Kathryn Schultea | 1 | 1.0 |
| 2/15/2011 | Correspondence received, reviewed, and responded re records retention | Kathryn Schultea | 1 | 2.0 |
| 2/16/2011 | Correspondence received, reviewed, and responded re records retention for post-emergence and litigation | Kathryn Schultea | 1 | 4.7 |
| 2/16/2011 | Conference calls with Cleary re doc retention and document retrieval requests | Kathryn Schultea | 1 | 1.0 |
| 2/17/2011 | Correspondence received, reviewed, and responded from multiple Nortel staff re older doc retention matters | Kathryn Schultea | 1 | 2.6 |
| 2/22/2011 | Conference call Nortel re: data issues | Kathryn Schultea | 1 | 1.0 |
| 2/22/2011 | Correspondence received, reviewed, and responded from Nortel/Mercer re doc retention matters | Kathryn Schultea | 1 | 1.5 |
| 2/23/2011 | Conference call Nortel re: data issues | Kathryn Schultea | 1 | 0.5 |
| 2/23/2011 | Iron Mountain data base queries re specific project, correspondence re same | Kathryn Schultea | 1 | 3.5 |
| 2/23/2011 | Correspondence received, reviewed, responded from Cleary/Nortel re doc retention matters for litigation | Kathryn Schultea | 1 | 1.5 |
| 2/24/2011 | Correspondence received and reviewed from Nortel litigation staff re doc retention matters, charts, requests | Kathryn Schultea | 1 | 2.0 |
| 2/24/2011 | Conference call Nortel re: electronic data issues | Kathryn Schultea | 1 | 1.0 |
| 2/25/2011 | Conference call 3rd Party Law Firm re: Nortel data requests | Kathryn Schultea | 1 | 0.5 |
| 2/25/2011 | Conference call Cleary re: HR related matters | Kathryn Schultea | 1 | 0.5 |
| 2/28/2011 | On-site at RTP re: IT systems review, BI approach and work stream progress | Kathryn Schultea | 1 | 5.5 |
| | | | | |
| 2/4/2011 | Conference call with 3rd party re HR related items | Kathryn Schultea | 3 | 1.0 |
| 2/4/2011 | Conference call with Mercer re HR related items | Kathryn Schultea | 3 | 0.5 |
| 2/8/2011 | Meeting preparation for Mercer meeting, presentation review and comments | Kathryn Schultea | 3 | 1.5 |
| 2/9/2011 | Correspondence received, reviewed, and responded from Nortel HR on employee related matters | Kathryn Schultea | 3 | 1.0 |
| 2/10/2011 | Meetings at Cleary with Mercer & J.Ray re HR related items | Kathryn Schultea | 3 | 5.0 |
| 2/10/2011 | Meetings at Cleary with team and J.Ray on retention and other items | Kathryn Schultea | 3 | 4.0 |
| 2/14/2011 | Correspondence received, reviewed, and responded from Mercer and Nortel HR re HR related matters | Kathryn Schultea | 3 | 2.5 |
| 2/14/2011 | Conference call with Nortel/Mercer re HR related matters | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/15/2011 | Correspondence received, reviewed, and responded re HR employee benefit matters, plan documents review | Kathryn Schultea | 3 | 4.5 |
| 2/16/2011 | Conference call with Cleary re: HR related matters | Kathryn Schultea | 3 | 0.5 |
| 2/17/2011 | Conference call with Mercer re: HR related matters | Kathryn Schultea | 3 | 1.0 |
| 2/17/2011 | Correspondence received, reviewed, and responded from Mercer on employee related matters | Kathryn Schultea | 3 | 0.8 |
| 2/18/2011 | Correspondence received, reviewed, and responded from Nortel/Mercer re HR related matters | Kathryn Schultea | 3 | 1.8 |
| 2/21/2011 | Preparation work and correspondence received, reviewed, and responded re Houston meeting and HR related | Kathryn Schultea | 3 | 4.8 |
| 2/22/2011 | Correspondence received, reviewed, and responded from Nortel/Mercer re HR related matters | Kathryn Schultea | 3 | 0.8 |
| 2/23/2011 | Conference call with Mercer re: HR related matters, correspondence follow-up re same | Kathryn Schultea | 3 | 2.7 |
| 2/24/2011 | On-site Meeting with Houston team/Cleary/Mercer re: HR related matters | Kathryn Schultea | 3 | 5.0 |
| | | | | |
| 2/3/2011 | January Fee App work | Richard Lydecker | 4 | 0.5 |
| 2/22/2011 | January Fee App work | Kathryn Schultea | 4 | 5.8 |
| 2/27/2011 | Reconcile Nortel deposit | Richard Lydecker | 4 | 0.8 |
| 2/28/2011 | Quarterly Fee App work | Kathryn Schultea | 4 | 3.0 |
| | | | | |
| 2/1/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 2/1/2011 | Non-working travel to Raleigh, for meetings at RTP | Richard Lydecker | 5 | 6.5 |
| 2/2/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 2/7/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 2/7/2011 | Non-working travel to Raleigh, for meetings at RTP | Richard Lydecker | 5 | 5.3 |
| 2/8/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 2/8/2011 | Non-working travel from Raleigh to Houston | Richard Lydecker | 5 | 4.8 |
| 2/9/2011 | Non-working travel from Raleigh to New York for meetings at Cleary | Kathryn Schultea | 5 | 4.0 |
| 2/11/2011 | Non-working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 2/27/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| | | | | |
| 2/6/2011 | Claims report from R. Boris | Richard Lydecker | 6 | 1.0 |
| 2/10/2011 | Discussion distribution models and potential | Richard Lydecker | 6 | 0.8 |
| 2/17/2011 | R. Boris claims report | Richard Lydecker | 6 | 1.0 |
| 2/23/2011 | Claims report from R. Boris | Richard Lydecker | 6 | 0.8 |
| 2/24/2011 | Claims report–discuss and forward corrections | Richard Lydecker | 6 | 2.1 |
| | | | | |
| 2/1/2011 | On-site Nortel RTP re: budget meetings, Nortel/J.Ray | Kathryn Schultea | 7 | 4.5 |
| 2/1/2011 | Nortel budget meetings | Richard Lydecker | 7 | 3.4 |
| 2/1/2011 | Followup review with J. Ray re budget | Richard Lydecker | 7 | 1.0 |
| 2/2/2011 | Discuss EY engagement with Beakey & Scott | Richard Lydecker | 7 | 1.3 |
| 2/2/2011 | Call with Cleary re EY engagement | Richard Lydecker | 7 | 0.5 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/3/2011 | Discuss EY engagement with Beakey & Scott | Richard Lydecker | 7 | 0.3 |
| 2/3/2011 | J Scott declaration; fee section and scope of work | Richard Lydecker | 7 | 0.5 |
| 2/4/2011 | Conference call with EY re outsourcing and doc retention needs | Kathryn Schultea | 7 | 1.5 |
| 2/6/2011 | EY statement of work and engagement letter | Richard Lydecker | 7 | 2.0 |
| 2/6/2011 | E-mails to J. Scott and B. Mcrae | Richard Lydecker | 7 | 1.3 |
| 2/7/2011 | Discuss outsourcing and tax coordination with Beakey | Richard Lydecker | 7 | 1.0 |
| 2/7/2011 | Data extraction discussion work by EY and tax needs; Scott & Beakey | Richard Lydecker | 7 | 1.5 |
| 2/8/2011 | EY engagement letter, tax coordinating planning Scott & Beakey | Richard Lydecker | 7 | 2.0 |
| 2/9/2011 | Tax e-mails re EY engagement | Richard Lydecker | 7 | 1.3 |
| 2/9/2011 | E-mail to Jane Kim, Cleary re EY engagement | Richard Lydecker | 7 | 0.5 |
| 2/10/2011 | Discussion D. Abbott re IRS , tax related issues | Richard Lydecker | 7 | 1.0 |
| 2/10/2011 | Conference call re tax audit | Richard Lydecker | 7 | 1.5 |
| 2/11/2011 | EY call re tax status | Richard Lydecker | 7 | 1.3 |
| 2/12/2011 | EY engagement e-mails--EY and Cleary | Richard Lydecker | 7 | 1.5 |
| 2/14/2011 | Conference calls with Nortel re Nortel PO process and doc storage POs | Kathryn Schultea | 7 | 1.0 |
| 2/14/2011 | EY engagement calls with Beakey and Scott | Richard Lydecker | 7 | 1.0 |
| 2/14/2011 | EY call re engagement with Beakey | Richard Lydecker | 7 | 0.8 |
| 2/15/2011 | Numerous e-mails/calls all parties re EY engagement | Richard Lydecker | 7 | 1.0 |
| 2/15/2011 | Conference call with Cleary, EY, EY attorney re engagement issues | Richard Lydecker | 7 | 1.5 |
| 2/16/2011 | Conference call Nortel re: internal review of finanical system needs | Kathryn Schultea | 7 | 2.0 |
| 2/16/2011 | Review blacklined engagement letter, e-mail T. Ross | Richard Lydecker | 7 | 1.0 |
| 2/16/2011 | Call with EY on dispute resolution issue/LOL issue | Richard Lydecker | 7 | 1.5 |
| 2/16/2011 | Numberous e-mails among all parties on EY engagement | Richard Lydecker | 7 | 1.0 |
| 2/16/2011 | E-mails re engagement | Richard Lydecker | 7 | 0.5 |
| 2/17/2011 | Correspondence received, reviewed, and responded re financial system planning and workstream reports | Kathryn Schultea | 7 | 2.0 |
| 2/17/2011 | E-mails/call re engagement all parties | Richard Lydecker | 7 | 2.0 |
| 2/17/2011 | Review tax reserve estimate | Richard Lydecker | 7 | 0.5 |
| 2/17/2011 | Call Beakey/Scott re changing reference to foreign enties and issues | Richard Lydecker | 7 | 0.8 |
| 2/18/2011 | Conference call Nortel re: budget review | Kathryn Schultea | 7 | 2.0 |
| 2/18/2011 | Tax related issues - e-mails/calls | Richard Lydecker | 7 | 2.0 |
| 2/18/2011 | Nortel budget numbers review | Richard Lydecker | 7 | 1.5 |
| 2/18/2011 | Engagement followup | Richard Lydecker | 7 | 0.3 |
| 2/18/2011 | Discuss model with Mike Kennedy | Richard Lydecker | 7 | 0.3 |
| 2/18/2011 | Final engagement documents | Richard Lydecker | 7 | 0.2 |
| 2/18/2011 | Review/draft conforming language - tax related matters | Richard Lydecker | 7 | 1.8 |
| 2/18/2011 | Status call re Nortel tax with EY/modeling/IRS audit/technical issues | Richard Lydecker | 7 | 1.0 |
| 2/22/2011 | Conference call Nortel re: financial system demo and multiple email follow-ups | Kathryn Schultea | 7 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/22/2011 | EY re LOL; call Beakey, Scott | Richard Lydecker | 7 | 0.8 |
| 2/22/2011 | Discussion UST issues re engagement | Richard Lydecker | 7 | 1.0 |
| 2/23/2011 | Audit update call from E. Coats | Richard Lydecker | 7 | 0.2 |
| 2/24/2011 | Call with Mcrae re tax related issues | Richard Lydecker | 7 | 0.5 |
| 2/24/2011 | D Abbott call re tax related matters | Richard Lydecker | 7 | 0.3 |
| 2/24/2011 | Cleary tax call with EY also | Richard Lydecker | 7 | 0.5 |
| 2/25/2011 | Tax meeting with EY at their office | Richard Lydecker | 7 | 3.0 |
| 2/25/2011 | Review model received | Richard Lydecker | 7 | 0.8 |
| 2/28/2011 | Tax model work; summary e-mail to J. Ray | Richard Lydecker | 7 | 1.5 |
| 2/28/2011 | Call with IRS on audit and options | Richard Lydecker | 7 | 0.5 |