**EXHIBIT B**

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions LLC**
**February 1, 2011 through February 28, 2011**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 5,123.40 |
| Travel – Lodging | 2,416.51 |
| Travel – Meals | 20.84 |
| Travel – Transportation | 1,578.37 |
|  | - |
| TOTAL | $ 9,139.12 |

# Nortel Expense Report

PERIOD: **February 1, 2011 through February 28, 2011**

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 2/01-2/02/2011 | Round trip Houston/Raleigh - Nortel Office | $ 681.95 | $ 334.11 | $ 20.84 | $ 383.50 | Kathryn Schultea |
| 2/07 - 2/08/11 | Houston/Raleigh/Houston | $ 1,479.90 | $ 226.36 | | $ 309.90 | Richard Lydecker |
| 2/07 - 2/08/2011 | Travel Houston/Raleigh - Nortel Office | $ 681.95 | $ 284.54 | | $ 264.50 | Kathryn Schultea |
| 2/09 - 2/11/2011 | Travel Raleigh/New York/Houston -Cleary Office | $ 1,472.65 | $ 898.40 | | $ 489.00 | Kathryn Schultea |
| 2/27 - 2/28/2011 | Travel Houston/Raleigh - Nortel Office | $ 806.95 | $ 673.10 | | $ 131.47 | Kathryn Schultea |
| | | $ 5,123.40 | $ 2,416.51 | $ 20.84 | $ 1,578.37 | |