# EXHIBIT A

## HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 3/1/2011 — End Date 3/31/2011

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 74.00 | $450.00 | $33,300.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 31.60 | $450.00 | $14,220.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | 46.00 | $225.00 | $10,350.00 |
| 6 | Claims Administration | 1.80 | $450.00 | $810.00 |
| 7 | Tax/Finance Matters and Budget Projects | 73.80 | $450.00 | $33,210.00 |
| 8 | Misc Debtor Issues and Communications | 8.00 | $450.00 | $3,600.00 |
| | **Hours/Billing Amount for Period:** | **241.20** | | **$98,190.00** |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/2011 | On-site Nortel RTP re: Res Co follow-up application needs | Kathryn Schultea | 1 | 5.0 |
| 3/2/2011 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 6.0 |
| 3/3/2011 | Correspondence received, reviewed, and responded from Nortel on wind-down applications and retention | Kathryn Schultea | 1 | 5.0 |
| 3/4/2011 | Correspondence received, reviewed, and responded from Nortel on retention work stream status/sign-off | Kathryn Schultea | 1 | 3.5 |
| 3/5/2011 | Correspondence received, reviewed, and responded from Nortel on eData retention | Kathryn Schultea | 1 | 2.0 |
| 3/7/2011 | Correspondence received, reviewed, and responded from Nortel on eData retention | Kathryn Schultea | 1 | 3.3 |
| 3/8/2011 | Conference call Nortel re: data retention | Kathryn Schultea | 1 | 1.0 |
| 3/8/2011 | Correspondence received, reviewed, and responded from Nortel on eData retention | Kathryn Schultea | 1 | 2.7 |
| 3/8/2011 | Correspondence received, reviewed, and responded re HR related matters | Kathryn Schultea | 1 | 1.8 |
| 3/9/2011 | Correspondence received, reviewed, and responded re HR related matters with RFI | Kathryn Schultea | 1 | 1.3 |
| 3/9/2011 | Conference calls Nortel/J.Ray re: data retention | Kathryn Schultea | 1 | 1.0 |
| 3/9/2011 | Conference call Cleary re: TSA/ASA language for data retention | Kathryn Schultea | 1 | 1.0 |
| 3/9/2011 | Correspondence received, reviewed, and responded from Nortel on eData retention | Kathryn Schultea | 1 | 2.3 |
| 3/10/2011 | Conference call with Nortel re: Resco planning | Kathryn Schultea | 1 | 0.5 |
| 3/10/2011 | Correspondence received, reviewed, and responded re HR related matters | Kathryn Schultea | 1 | 1.3 |
| 3/11/2011 | On-site Nortel RTP re: IT application and data retention approach | Kathryn Schultea | 1 | 2.5 |
| 3/13/2011 | Correspondence received, reviewed, and responded from multiple vendors re data repository | Kathryn Schultea | 1 | 2.0 |
| 3/14/2011 | Correspondence received and reviewed re vendor proposals for escrow data repository | Kathryn Schultea | 1 | 1.3 |
| 3/14/2011 | Correspondence received, reviewed, and responded from Nortel re data retention | Kathryn Schultea | 1 | 3.0 |
| 3/15/2011 | Correspondence received, reviewed, and responded from Nortel re BI data retention and audit needs | Kathryn Schultea | 1 | 2.3 |
| 3/15/2011 | Correspondence received, reviewed, and responded from Nortel re post TSA data retention needs | Kathryn Schultea | 1 | 2.0 |
| 3/21/2011 | Correspondence received, reviewed, and responded re records retention project plan | Kathryn Schultea | 1 | 1.7 |
| 3/21/2011 | On-site Nortel RTP re: IT application and data retention approach | Kathryn Schultea | 1 | 2.8 |
| 3/22/2011 | On-site Nortel RTP re: IT application and data retention approach, resco project alignment | Kathryn Schultea | 1 | 3.0 |
| 3/24/2011 | On-site at Cleary NY re: data retention for TSA/ASA (J.Ray, Nortel, Cleary) | Kathryn Schultea | 1 | 2.0 |
| 3/25/2011 | Correspondence received, reviewed, and responded re data files and queries for D.Power | Kathryn Schultea | 1 | 2.4 |
| 3/28/2011 | Correspondence received, reviewed, and responded and planning re document retention work stream | Kathryn Schultea | 1 | 4.5 |
| 3/29/2011 | Conference call Nortel re: data issues/next steps | Kathryn Schultea | 1 | 0.5 |
| 3/31/2011 | Conference call Nortel re: benefits and time management data retention | Kathryn Schultea | 1 | 1.0 |
| 3/31/2011 | Correspondence received, reviewed, responded re highly accessible data retention needs in various areas | Kathryn Schultea | 1 | 3.5 |
| 3/31/2011 | Correspondence received, reviewed, responded re Post TSA and biweekly checkpoint on data retention | Kathryn Schultea | 1 | 1.8 |
| 3/1/2011 | On-site Nortel RTP re: HR related matters (conf calls R. Hill, Cleary) | Kathryn Schultea | 3 | 2.5 |
| 3/3/2011 | Conference calls with Cleary re HR related matters | Kathryn Schultea | 3 | 1.5 |
| 3/4/2011 | Conference call with Mercer re HR related items and RFI review | Kathryn Schultea | 3 | 2.5 |
| 3/4/2011 | Conference call with Cleary re HR matters and review of documentation | Kathryn Schultea | 3 | 1.5 |
| 3/7/2011 | Review revised documents and calls with Mercer/Cleary re RFI for multiple vendors | Kathryn Schultea | 3 | 2.5 |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/7/2011 | Correspondence received, reviewed, and responded re HR matters | Kathryn Schultea | 3 | 2.0 |
| 3/8/2011 | Conference calls with Cleary/J.Ray re HR matters and review of documentation | Kathryn Schultea | 3 | 1.5 |
| 3/9/2011 | Conference call J.Ray re: HR related matters | Kathryn Schultea | 3 | 0.5 |
| 3/11/2011 | Conference call Cleary re: HR related matters | Kathryn Schultea | 3 | 0.5 |
| 3/14/2011 | Correspondence received, reviewed, and responded from Cleary re employee related matters | Kathryn Schultea | 3 | 2.7 |
| 3/15/2011 | Correspondence received, reviewed, and responded from Mercer and Nortel HR re HR related matters | Kathryn Schultea | 3 | 0.8 |
| 3/15/2011 | Conference calls with Cleary re HR related matters | Kathryn Schultea | 3 | 1.0 |
| 3/16/2011 | Correspondence received, reviewed, and responded from Mercer and Cleary re HR related matters | Kathryn Schultea | 3 | 1.4 |
| 3/17/2011 | Correspondence received, reviewed, and responded re employee related matters | Kathryn Schultea | 3 | 2.2 |
| 3/17/2011 | Conference call Cleary re: HR related matters | Kathryn Schultea | 3 | 1.0 |
| 3/18/2011 | Conference call Cleary/Lexicon re: data history | Kathryn Schultea | 3 | 1.0 |
| 3/25/2011 | Correspondence received, reviewed, and responded re Mercer update/status | Kathryn Schultea | 3 | 1.6 |
| 3/28/2011 | Correspondence received, reviewed, and responded from Cleary re HR related matters | Kathryn Schultea | 3 | 0.8 |
| 3/28/2011 | Correspondence received and reviewed re Mercer and HR related matters | Kathryn Schultea | 3 | 1.8 |
| 3/30/2011 | Calls with follow-up correspondence on Mercer updates for HR related matters | Kathryn Schultea | 3 | 2.3 |
| 3/4/2011 | Record-keeping/timesheet | Richard Lydecker | 4 | 1.0 |
| 3/25/2011 | February Fee App work | Kathryn Schultea | 4 | 5.0 |
| 3/2/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 3/2/2011 | Non-working travel | Richard Lydecker | 5 | 7.0 |
| 3/3/2011 | Non-working travel | Richard Lydecker | 5 | 2.0 |
| 3/3/2011 | Non-working travel | Richard Lydecker | 5 | 4.5 |
| 3/10/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 3/11/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 3/21/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 3/22/2011 | Non-working travel from Raleigh to New York for meetings at Cleary | Kathryn Schultea | 5 | 4.0 |
| 3/24/2011 | Non-working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 3/24/2011 | Claims review & e-mail | Richard Lydecker | 6 | 0.5 |
| 3/28/2011 | Review claims report | Richard Lydecker | 6 | 1.3 |
| 3/1/2011 | On-site Nortel RTP re: EY Outsourcing transition | Kathryn Schultea | 7 | 1.5 |
| 3/1/2011 | SALT items/communications with EY/Cleary | Richard Lydecker | 7 | 2.8 |
| 3/1/2011 | Communications re model: EY/Cleary/Nortel | Richard Lydecker | 7 | 0.3 |
| 3/2/2011 | Conference call EY re models for next day meeting | Richard Lydecker | 7 | 1.0 |
| 3/2/2011 | Review meeting notes | Richard Lydecker | 7 | 1.0 |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/2/2011 | Meet with EY re models/conclusions/meeting plans | Richard Lydecker | 7 | 2.0 |
| 3/3/2011 | Meeting in NY with Cleary re tax planning | Richard Lydecker | 7 | 3.0 |
| 3/3/2011 | Review meeting notes and discuss with D. Abbott | Richard Lydecker | 7 | 1.0 |
| 3/4/2011 | EY tax status call | Richard Lydecker | 7 | 0.5 |
| 3/8/2011 | Modeling assumptions | Richard Lydecker | 7 | 1.0 |
| 3/8/2011 | Review revised models/discuss Beakey and Scott | Richard Lydecker | 7 | 1.8 |
| 3/8/2011 | UST comments on letter, delay hearing | Richard Lydecker | 7 | 0.8 |
| 3/9/2011 | Correspondence received, reviewed, and responded re EY data retention needs | Kathryn Schultea | 7 | 0.7 |
| 3/9/2011 | Call J. Scott, EY | Richard Lydecker | 7 | 0.5 |
| 3/9/2011 | Word on engagement letter and tax assumptions | Richard Lydecker | 7 | 0.8 |
| 3/9/2011 | Review revised tax data and compared with originals | Richard Lydecker | 7 | 2.0 |
| 3/10/2011 | Meeting with E&Y re data retention in Raleigh | Kathryn Schultea | 7 | 2.5 |
| 3/10/2011 | Comments on tax items to J. Scott; send to Mcrae | Richard Lydecker | 7 | 0.8 |
| 3/10/2011 | Tax Items, Call Beakey w/EY | Richard Lydecker | 7 | 0.5 |
| 3/10/2011 | IRS weekly call | Richard Lydecker | 7 | 1.5 |
| 3/10/2011 | Summary of call for JR | Richard Lydecker | 7 | 0.2 |
| 3/11/2011 | QuickBooks demo for Nortel | Kathryn Schultea | 7 | 2.0 |
| 3/11/2011 | Work on tax issues /call with Cleary and EY/send to JR | Richard Lydecker | 7 | 4.0 |
| 3/11/2011 | EY tax status call | Richard Lydecker | 7 | 0.8 |
| 3/14/2011 | Meeting with E&Y re data retention/outsourcing status | Kathryn Schultea | 7 | 1.5 |
| 3/15/2011 | Discuss models with JR--come up with alternative scenarios | Richard Lydecker | 7 | 1.8 |
| 3/16/2011 | Correspondence received, reviewed, and responded re Nortel QB project plan and work streams off of project | Kathryn Schultea | 7 | 1.5 |
| 3/16/2011 | Call Mcra to clarify EY position on audit | Richard Lydecker | 7 | 0.2 |
| 3/16/2011 | Go over JR new requests re models with Beakey and Scott | Richard Lydecker | 7 | 1.5 |
| 3/17/2011 | Call Beakey clarify new JR models | Richard Lydecker | 7 | 0.5 |
| 3/17/2011 | Review tax issues | Richard Lydecker | 7 | 1.0 |
| 3/17/2011 | E-mails re tax issues and review comments | Richard Lydecker | 7 | 0.5 |
| 3/18/2011 | Correspondence received, reviewed, and responded re QuickBooks project planing | Kathryn Schultea | 7 | 1.5 |
| 3/18/2011 | J. Scott re model questions | Richard Lydecker | 7 | 0.5 |
| 3/18/2011 | E Coats briefing re audit call | Richard Lydecker | 7 | 0.5 |
| 3/18/2011 | Beakey correspondence re tax/outsourcing related related items | Richard Lydecker | 7 | 0.3 |
| 3/19/2011 | Review new JR scenarios | Richard Lydecker | 7 | 1.5 |
| 3/21/2011 | Conference call Nortel re: internal review of finanical system conversion project | Kathryn Schultea | 7 | 1.0 |
| 3/21/2011 | Develop format for presenation new scenarios | Richard Lydecker | 7 | 1.0 |
| 3/21/2011 | EY call on format/scenarios | Richard Lydecker | 7 | 1.0 |
| 3/21/2011 | Revise summary format | Richard Lydecker | 7 | 0.5 |
| 3/21/2011 | Prepare explanation of tax scenarios to accompany summary/format | Richard Lydecker | 7 | 0.8 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/Minutes Worked |
|---|---|---|---|---|
| 3/22/2011 | On-site Nortel RTP re: Resco project alignment & EY group status update | Kathryn Schultea | 7 | 2.5 |
| 3/22/2011 | J. Scott call re engagement letter issues | Richard Lydecker | 7 | 0.5 |
| 3/22/2011 | E-mail/call on tax related items | Richard Lydecker | 7 | 0.8 |
| 3/23/2011 | Coordination entity liquidation with Nortel/EY tax | Richard Lydecker | 7 | 0.5 |
| 3/23/2011 | Correspondence work on tax related items re: EY needs, info to JR | Richard Lydecker | 7 | 1.3 |
| 3/24/2011 | On-site at Cleary NY re: budget review J.Ray and Nortel | Kathryn Schultea | 7 | 3.0 |
| 3/24/2011 | Send e-mail/models/analysis to JR | Richard Lydecker | 7 | 2.5 |
| 3/24/2011 | IDR and Cleary/EY tax call | Richard Lydecker | 7 | 0.8 |
| 3/28/2011 | Conference call Nortel re: financial system conversion planning session | Kathryn Schultea | 7 | 1.0 |
| 3/28/2011 | EY tax status call | Richard Lydecker | 7 | 0.8 |
| 3/29/2011 | Conference call Nortel re: financial system status update | Kathryn Schultea | 7 | 1.0 |
| 3/29/2011 | Correspondence received, reviewed, and responded re: processes for resco and QuickBooks information | Kathryn Schultea | 7 | 2.5 |
| 3/29/2011 | Scenarios and capitalization supporting tax related items | Richard Lydecker | 7 | 2.5 |
| 3/30/2011 | Correspondence received, reviewed, and responded re: processes for resco | Kathryn Schultea | 7 | 1.5 |
| 3/30/2011 | Correspondence to EY, Beakey, re tax related matters | Richard Lydecker | 7 | 0.8 |
| 3/31/2011 | Costs re visit to economist | Richard Lydecker | 7 | 0.5 |
| 3/31/2011 | Discuss meeting with economist with JR | Richard Lydecker | 7 | 0.2 |
| 3/31/2011 | Tax call-economist meeting/strategy | Richard Lydecker | 7 | 1.0 |
| 3/11/2011 | Conference call with J.Ray re Nortel update on all project work streams | Kathryn Schultea | 8 | 1.0 |
| 3/23/2011 | On-site at Cleary NY re: meetings with J.Ray and Cleary teams on retention, budget review, HR matters | Kathryn Schultea | 8 | 7.0 |