# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions LLC**
**March 1, 2011 through March 31, 2011**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 6,652.35 |
| Travel – Lodging | 3,366.75 |
| Travel – Meals | 196.85 |
| Travel – Transportation | 1,354.29 |
|  | - |
| TOTAL | $ 11,570.24 |

# Nortel Expense Report

PERIOD: **March 1, 2011 through March 31, 2011**

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 3/1 - 3/2/2011 | Travel Raleigh/Houston - Nortel Office | $ 806.95 | $ 1,346.20 | $ 37.55 | $ 184.47 | Kathryn Schultea |
| 3/2 - 3/3/2011 | Houston/New York/Houston | $ 2,013.90 | $ 571.51 | | $ 456.00 | Richard Lydecker |
| 3/10 - 3/11/2011 | Travel Raleigh/Houston - Nortel Office | $ 1,613.90 | $ 260.49 | $ 53.68 | $ 109.24 | Kathryn Schultea |
| 3/21 - 3/22/2011 | Travel Raleigh/New York - Nortel Office | $ 1,108.80 | $ 249.11 | | $ 259.58 | Kathryn Schultea |
| 3/22 - 3/24/2011 | Travel New York/Houston - Cleary Office | $ 1,108.80 | $ 939.44 | $ 105.62 | $ 345.00 | Kathryn Schultea |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | $ 6,652.35 | $ 3,366.75 | $ 196.85 | $ 1,354.29 | |