# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date: 4/1/2011   End Date: 4/29/2011

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 43.10 | $450.00 | $19,395.00 |
| 2 | Facility Document Inventory & Evacuation Review | 3.00 | $450.00 | $1,350.00 |
| 3 | Human Resources - Employee Related Projects | 29.20 | $450.00 | $13,140.00 |
| 4 | Fee Apps | 5.00 | $450.00 | $2,250.00 |
| 5 | Non-working travel | 36.00 | $225.00 | $8,100.00 |
| 6 | Claims Administration | | | |
| 7 | Tax/Finance Matters and Budget Projects | 39.60 | $450.00 | $17,820.00 |
| 8 | Misc Debtor Issues and Communications | 1.40 | $450.00 | $630.00 |
| | **Hours/Billing Amount for Period:** | **157.30** | | **$62,685.00** |

## NORTEL TIME SHEET
### RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/4/2011 | On-site Nortel RTP re: Data retention requirements across functions | Kathryn Schultea | 1 | 4.8 |
| 4/5/2011 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 6.0 |
| 4/6/2011 | Correspondence received, reviewed, and responded from Nortel on eData retention | Kathryn Schultea | 1 | 2.0 |
| 4/6/2011 | On-site Nortel RTP re: BI solution/status update | Kathryn Schultea | 1 | 1.0 |
| 4/7/2011 | Correspondence received, reviewed, and responded re data retention - audit compliance | Kathryn Schultea | 1 | 2.4 |
| 4/7/2011 | Conference call Nortel re: data retention | Kathryn Schultea | 1 | 1.0 |
| 4/8/2011 | Correspondence received, reviewed, and responded from Nortel on eData retention | Kathryn Schultea | 1 | 0.7 |
| 4/8/2011 | Correspondence received, reviewed, and responded re HR related matters | Kathryn Schultea | 1 | 1.8 |
| 4/11/2011 | Conference call with Nortel re: Prime review of work streams | Kathryn Schultea | 1 | 1.0 |
| 4/12/2011 | Correspondence received, reviewed, and responded re Data access incremental requests | Kathryn Schultea | 1 | 1.3 |
| 4/12/2011 | Correspondence received, reviewed, and responded re Ops control and data retention needs | Kathryn Schultea | 1 | 0.7 |
| 4/13/2011 | Correspondence received, reviewed re full DC support options - IT | Kathryn Schultea | 1 | 0.8 |
| 4/13/2011 | Correspondence received, reviewed re Nortel license information | Kathryn Schultea | 1 | 0.8 |
| 4/15/2011 | Correspondence received, reviewed, and responded re document pull requests | Kathryn Schultea | 1 | 2.4 |
| 4/18/2011 | On-site Nortel RTP re: Data retention work streams update functions (multiple meetings) | Kathryn Schultea | 1 | 3.5 |
| 4/18/2011 | Document query review Iron Mountain, communications with Cleary re same | Kathryn Schultea | 1 | 2.3 |
| 4/19/2011 | Conference calls with Cleary re document pull from Iron Mountain | Kathryn Schultea | 1 | 0.5 |
| 4/19/2011 | Conference calls with Iron Mountain re Cleary document pull and data clarification | Kathryn Schultea | 1 | 0.5 |
| 4/19/2011 | Correspondence received, reviewed, and responded re records retention project plan | Kathryn Schultea | 1 | 0.7 |
| 4/20/2011 | Correspondence received, reviewed re BRS for data retention approval, and DR discovery work | Kathryn Schultea | 1 | 1.3 |
| 4/20/2011 | Conference call Nortel re: application status update/discussion | Kathryn Schultea | 1 | 1.0 |
| 4/20/2011 | Correspondence received, reviewed, and responded re Litigation data retention needs/meetings | Kathryn Schultea | 1 | 0.6 |
| 4/21/2011 | Correspondence received, reviewed, and responded and planning re document retention work stream | Kathryn Schultea | 1 | 3.5 |
| 4/27/2011 | Conference call Nortel re: global litigation summary | Kathryn Schultea | 1 | 0.5 |
| 4/29/2011 | On-site Nortel RTP re: data retention discussion and litigation chart overview with Cleary | Kathryn Schultea | 1 | 2.0 |
| 4/7/2011 | On-site Nortel Richardson re: Don Power transition meeting | Kathryn Schultea | 2 | 3.0 |
| 4/1/2011 | Correspondence received, reviewed, and responded from Mercer and Nortel HR re HR related matters | Kathryn Schultea | 3 | 2.5 |
| 4/1/2011 | Conference call with Mercer re HR related items and RFI status review | Kathryn Schultea | 3 | 0.8 |
| 4/5/2011 | Correspondence received, reviewed, and responded from Mercer and Nortel HR re HR related matters | Kathryn Schultea | 3 | 0.5 |
| 4/6/2011 | Conference call with Cleary/Mercer/J.Ray re HR related matters, and preparation for call | Kathryn Schultea | 3 | 1.5 |
| 4/6/2011 | Conference call with Nortel re: HR related matters | Kathryn Schultea | 3 | 1.0 |
| 4/7/2011 | Conference call with Nortel re: BI HR needs | Kathryn Schultea | 3 | 1.0 |
| 4/13/2011 | Conference call Nortel re follow-up on HR data retention for BI | Kathryn Schultea | 3 | 1.0 |
| 4/18/2011 | Correspondence received, reviewed, and responded from Mercer/Cleary re update on HR matters | Kathryn Schultea | 3 | 1.8 |
| 4/19/2011 | Correspondence received, reviewed, and responded re Mercer update/status | Kathryn Schultea | 3 | 1.5 |
| 4/20/2011 | Correspondence received, reviewed, and responded re Mercer update/status | Kathryn Schultea | 3 | 0.6 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/20/2011 | Correspondence received, reviewed, and responded re data files HR related litigation (Cleary/IronMountain) | Kathryn Schultea | 3 | 2.4 |
| 4/20/2011 | Correspondence received, reviewed, and responded from Cleary re HR related matters | Kathryn Schultea | 3 | 0.4 |
| 4/21/2011 | Correspondence received, reviewed, and responded re terminations and staffing | Kathryn Schultea | 3 | 1.0 |
| 4/21/2011 | Correspondence received, reviewed, and responded re data files HR related litigation | Kathryn Schultea | 3 | 1.7 |
| 4/21/2011 | Correspondence received, reviewed, and responded re Mercer on proposal received | Kathryn Schultea | 3 | 1.8 |
| 4/22/2011 | Correspondence received and reviewed re Mercer and HR related matters | Kathryn Schultea | 3 | 0.6 |
| 4/25/2011 | Correspondence received and reviewed re Mercer and HR related matters | Kathryn Schultea | 3 | 0.3 |
| 4/27/2011 | Conference call Mercer/Cleary/J.Ray - re update on HR related matters | Kathryn Schultea | 3 | 1.5 |
| 4/28/2011 | On-site RTP Iron Mountain, document review for HR issues | Kathryn Schultea | 3 | 7.3 |
| 4/22/2011 | March Fee App work | Kathryn Schultea | 4 | 5.0 |
| 4/3/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 3.5 |
| 4/6/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 4/7/2011 | Non-working travel Houston/Dallas/Houston | Kathryn Schultea | 5 | 5.0 |
| 4/17/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 4/19/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 4/27/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 4/29/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 4/1/2011 | Tax call discussing open transaction and bankruptcy cost | Richard Lydecker | 7 | 1.0 |
| 4/3/2011 | Document/Presentation reviews of business processes and rentention requirements | Kathryn Schultea | 7 | 2.0 |
| 4/4/2011 | On-site Nortel RTP re: Res Co business process flow reviews | Kathryn Schultea | 7 | 3.5 |
| 4/4/2011 | Receive new tax models/start review | Richard Lydecker | 7 | 0.8 |
| 4/5/2011 | On-site Nortel RTP re: Resco project overview and E&Y program review | Richard Lydecker | 7 | 3.0 |
| 4/5/2011 | Off-site meeting w/E&Y, status update from Nortel project team | Kathryn Schultea | 7 | 1.8 |
| 4/5/2011 | Review/summarize new models re tax related matters | Richard Lydecker | 7 | 3.5 |
| 4/6/2011 | Correspondence re new models | Richard Lydecker | 7 | 1.3 |
| 4/9/2011 | Use new models for tax planning | Richard Lydecker | 7 | 1.0 |
| 4/11/2011 | Correspondence received, reviewed, and responded re Resco project | Kathryn Schultea | 7 | 2.3 |
| 4/11/2011 | Ed Costs report on meeting with IRS | Richard Lydecker | 7 | 0.5 |
| 4/11/2011 | Tax call with Cleary/Akin Gump | Richard Lydecker | 7 | 1.0 |
| 4/12/2011 | Correspondence received, reviewed, and responded re HR questions | Kathryn Schultea | 7 | 0.7 |
| 4/13/2011 | Conference call Nortel re Review Metrics | Kathryn Schultea | 7 | 1.0 |
| 4/13/2011 | Review Cleary letter to IRS | Richard Lydecker | 7 | 0.5 |
| 4/13/2011 | Open and none open tax models; AG questions | Richard Lydecker | 7 | 0.5 |
| 4/13/2011 | EY call on models and AG questions; handling of legal fees | Richard Lydecker | 7 | 1.0 |
| 4/14/2011 | Work on model summary | Richard Lydecker | 7 | 1.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/Minutes Worked |
|---|---|---|---|---|
| 4/14/2011 | Send models to Cleary with comments | Richard Lydecker | 7 | 1.0 |
| 4/14/2011 | Cleary/EY audit tax status call | Richard Lydecker | 7 | 1.3 |
| 4/18/2011 | On-site Nortel RTP re: Res Co project status update | Kathryn Schultea | 7 | 2.8 |
| 4/19/2011 | On-site Nortel RTP re: IT cost structure update | Kathryn Schultea | 7 | 1.4 |
| 4/19/2011 | On-site Nortel RTP re: ResCo weekly update | Kathryn Schultea | 7 | 0.8 |
| 4/21/2011 | EY tax status call--planning for research documentation | Richard Lydecker | 7 | 1.0 |
| 4/21/2011 | E-mail JR re tax related items | Richard Lydecker | 7 | 0.5 |
| 4/21/2011 | Call on internation tax related matters | Richard Lydecker | 7 | 0.5 |
| 4/21/2011 | Coats/Messler/Abbott discuss IRS call | Richard Lydecker | 7 | 0.5 |
| 4/21/2011 | EY/Cleary audit status call re IRS call tomorrow | Richard Lydecker | 7 | 0.5 |
| 4/22/2011 | IRS call | Richard Lydecker | 7 | 0.5 |
| 4/28/2011 | EY tax status call | Richard Lydecker | 7 | 1.0 |
| 4/28/2011 | Beakey re outsourcing/personnel/data retension | Richard Lydecker | 7 | 0.8 |
| 4/29/2011 | On-site Nortel RTP re: Resco project alignment updates | Kathryn Schultea | 7 | 0.6 |
| 4/14/2011 | Correspondence received, reviewed, and responded re questions via Cleary, draft amendment | Kathryn Schultea | 8 | 0.8 |
| 4/15/2011 | Correspondence received, reviewed, and responded re questions via Cleary, draft amendment | Kathryn Schultea | 8 | 0.3 |
| 4/19/2011 | Conference calls with Cleary re engagement update | Kathryn Schultea | 8 | 0.3 |