# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions LLC**
**April 1, 2011 through April 30, 2011**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    5,347.60 |
| Travel – Lodging | | 1,753.77 |
| Travel – Meals | | 24.14 |
| Travel – Transportation | | 1,403.29 |
| | | - |
| TOTAL | | $    8,528.80 |

# Nortel Expense Report

PERIOD: **April 1, 2011 through April 30, 2011**

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 4/3 - 4/6/2011 | Travel Houston/Raleigh - Nortel Office | $ 1,613.90 | $ 757.33 | $ 24.14 | $ 481.90 | Kathryn Schultea |
| 4/7/2011 | Travel Houston/Dallas - Nortel Office | $ 375.90 | | | $ 161.00 | Kathryn Schultea |
| 4/17 - 4/19/2011 | Travel Houston/Raleigh - Nortel Office | $ 1,733.90 | $ 498.22 | | $ 387.71 | Kathryn Schultea |
| 4/27 - 4/29/2011 | Travel Houston/Raleigh - Nortel Office | $ 1,623.90 | $ 498.22 | | $ 372.68 | Kathryn Schultea |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | $ 5,347.60 | $ 1,753.77 | $ 24.14 | $ 1,403.29 | |