**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL**
**OF FILING OF MOTION RECORD FILED IN THE CANADIAN PROCEEDINGS**
**TO APPROVE THE ORDER REGARDING NORTEL COLOMBIA**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases (Docket No. 990), on May 31, 2011, Ernst & Young Inc., the Monitor and foreign representative of the Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings"), by its undersigned counsel, filed, in the above-captioned cases, a Motion Record filed in the Canadian Proceedings in support of the Order regarding Nortel Colombia (the "Colombia Motion Record"). A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on June 7, 2011. A copy of the Colombia Motion Record is annexed hereto as Exhibit A.

Dated: May 31, 2011
      Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

   /s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 N. Market Street
Suite 1900
Wilmington, Delaware 19801-1228
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email: mary.caloway@bipc.com
       mona.parikh@bipc.com

-and-

Ken Coleman
Jessica Lubarsky
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
Email: ken.coleman@allenovery.com
      jessica.lubarsky@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*