## EXHIBIT A

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION
APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**MOTION RECORD**
Nortel Colombia
(returnable June 7, 2011)

May 26, 2011

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC#: 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 2184571\1

# INDEX

*ONTARIO*
**SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

## INDEX

| TAB | DOCUMENT | PAGE |
|-----|----------|------|
| 1. | Notice of Motion returnable June 7, 2011 | 001 |
| 2. | Affidavit Allan Bifield sworn May 26, 2011 | 030 |
| 3. | Draft Order | 040 |

DOCSTOR: 2184571\1

# TAB 1

001

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**NOTICE OF MOTION**
**(Re. Nortel Colombia - returnable June 7, 2011)**

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List, on Tuesday, June 7, 2011, at **10:00 a.m.** or as soon after that time as the motion can be heard, at **393 University Avenue, Toronto, Ontario.**

**PROPOSED METHOD OF HEARING:** The motion is to be heard:

| | |
|---|---|
| ☐ | in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice; |
| ☐ | In writing as an opposed motion under subrule 37.12.1(4); |
| X | orally. |

**THE MOTION IS FOR AN ORDER**, *inter alia*:

(a)     if necessary, abridging the time for service of the Notice of Motion and Motion Record in respect of this motion and dispensing with further service thereof;

(b)     that any term or condition of the Escrow Agreement (as defined in the Affidavit of Allan Bifield, sworn May 26, 2011 (the "Bifield Affidavit") that explicitly or implicitly requires the consent or participation of Nortel Networks de Colombia S.A. ("Nortel Colombia") is now forever deemed not to require such consent or participation; and

(c)     such further and other relief as counsel may advise and this Honourable Court may permit.

**THE GROUNDS FOR THE MOTION ARE:**

(a)     All of the substantial assets of the Nortel companies have been sold or are in the process of being sold, and in many cases the proceeds of those sales have been placed in various escrow accounts pending determination of how proceeds will be allocated among the Nortel affiliates party to the transactions;

(b)     On October 7, 2009, the Applicants and certain of their affiliates, including Nortel Colombia (the "MEN Sellers"), entered into an asset sale agreement (as amended from time to time, the "Sale Agreement") for the sale of Nortel's Metro Ethernet Networks ("MEN") business to Ciena Corporation ("Ciena") (the "MEN Sale");

(c)     Payments due to the MEN Sellers under the Sale Agreement or other transaction documents were to be collected and held in escrow in a distribution escrow account, pursuant to the Escrow Agreement, by a distribution agent;

(d)     The Escrow Agreement provides that monies cannot be released from escrow without either a final binding decision by a dispute resolver on allocation or the execution of a letter of direction to the Distribution Agent (as such term is defined in the Escrow Agreement) by all of the Depositors (as such term is defined in the Escrow Agreement);

(e)     Nortel Colombia, is a Depositor under the Escrow Agreement and a minor participant in the MEN Sale;

(f)    Nortel Colombia commenced liquidation on April 15, 2010;

(g)    On or about March 25, 2010, Nortel was informed that the Colombian taxing authorities would be asserting a tax claim of over $21 million against Nortel Colombia;

(h)    The Applicants are advised by Colombian counsel that under Colombian law, tax liabilities have priority over all other debts of a company, including the fees of its liquidator;

(i)    Nortel Networks Limited was informed by local counsel that it is possible under Colombian law for creditors to hold liquidators personally liable for the liquidating entity's debts;

(j)    The Colombian Liquidator has tendered his resignation to the Colombian commercial authorities;

(k)    The Applicants have been informed by Colombian counsel that, because of the risk of personal liability for Nortel Colombia's debts, it would be difficult if not impossible to locate a replacement liquidator willing to accept appointment;

(l)    The Escrow Agreement is silent on how funds can be distributed, in absence of a final binding decision by a dispute resolver, if there is no one authorized to act on behalf of a Depositor and that Depositor is not fully liquidated or dissolved pursuant to local law;

(m)    In addition, except as provided in Paragraph 12 of the Escrow Agreement, the Escrow Agreement cannot be amended in any way without the consent of all of the Depositors, including Nortel Colombia;

(n)    Granting the relief requested herein will enable the Depositors to access and distribute the funds subject to the Escrow Agreement, as contemplated by the MEN Sale and enter into amendments of the Escrow Agreement as necessary or desirable;

- 4 -

004

(o)    Nortel Colombia has already been paid in full for the value of the tangible assets it transferred pursuant to the MEN Sale;

(p)    The relief sought will not prejudice any right Nortel Colombia may have to a distribution of the proceeds of the MEN Sale; and

(q)    Such further and other grounds as counsel may advise and this Honourable Court may permit.

**THE FOLLOWING DOCUMENTARY EVIDENCE** will be used at the hearing of the motion:

(a)    the Bifield Affidavit, sworn May 26, 2011;

(b)    the Report of Ernst & Young Inc., in its capacity as monitor, to be filed; and

(c)    such further and other evidence as counsel may advise and this Honourable Court may permit.

May 26, 2011                          **OGILVY RENAULT LLP**
                                     Suite 3800
                                     Royal Bank Plaza, South Tower
                                     200 Bay Street
                                     Toronto, Ontario  M5J 2Z4

                                     **Derrick Tay LSUC#: 21152A**
                                     Tel: (416) 216-4832
                                     Email: dtay@ogilvyrenault.com

                                     **Jennifer Stam LSUC #46735J**
                                     Tel: (416) 216-2327
                                     Email: jstam@ogilvyrenault.com
                                     Fax: (416) 216-3930

                                     Lawyers for the Applicants

TO:        Attached Service List

*May 25, 2011* 005

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,***
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT,***
**R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:     **OGILVY RENAULT LLP**
        Royal Bank Plaza, South Tower
        200 Bay Street, Suite 3800
        Toronto, Ontario M5J 2Z4

        Derrick Tay
        Tony Reyes
        Jennifer Stam

        Email:   dtay@ogilvyrenault.com
                 treyes@ogilvyrenault.com
                 jstam@ogilvyrenault.com

        Tel:     416.216.4000
        Fax:     416.216.3930

        Lawyers for the Applicants

- 2 -

006

TO:   **ERNST & YOUNG INC.**
      Ernst & Young Tower
      222 Bay Street, P.O. Box 251
      Toronto, Ontario  M5K 1J7

      Murray McDonald
      Brent Beekenkamp

      Email:   nortel.monitor@ca.ey.com

      Tel:   416.943.3016
      Fax:   416.943.3300

AND   **GOODMANS LLP**
TO:   Bay Adelaide Centre
      333 Bay Street, Suite 3400
      Toronto, Ontario  M5H 2S7

      Jay Carfagnini
      Joseph Pasquariello
      Gail Rubenstein
      Fred Myers
      Chris Armstrong

      Email:   jcarfagnini@goodmans.ca
               jpasquariello@goodmans.ca
               grubenstein@goodmans.ca
               fmyers@goodmans.ca
               carmstrong@goodmans.ca

      Tel:   416.597.4107
      Fax:   416.979.1234

      Lawyers for the Monitor, Ernst & Young Inc.

AND   **OSLER HOSKIN AND HARCOURT**
TO:   **LLP**
      100 King Street West
      1 First Canadian Place
      Suite 6100
      P.O. Box 50
      Toronto, Ontario  M5X 1B8

      Lyndon Barnes
      Rupert Chartrand
      Edward Sellers
      Betsy Putnam

      Email:   lbarnes@osler.com
               rchartrand@osler.com
               esellers@osler.com
               eputnam@osler.com

      Tel:   416.362.2111
      Fax:   416.862.6666

      Lawyers for the Boards of Directors of
      Nortel Networks Corporation and Nortel
      Networks Limited

AND   **FASKEN MARTINEAU DUMOULIN LLP**
TO:   66 Wellington Street West
      Toronto Dominion Bank Tower
      P.O. Box 20, Suite 4200
      Toronto, Ontario  M5K 1N6

      Donald E. Milner
      Aubrey Kauffman
      Edmond Lamek
      Jon Levin

      Email:   dmilner@fasken.com
               akauffman@fasken.com
               elamek@fasken.com
               jlevin@fasken.com

      Tel:   416.868.3538
      Fax:   416.364.7813

      Lawyers for Export Development Canada

- 3 -

007

AND TO:
**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, Ontario K1A 1K3

Jennifer Sullivan

Email: jsullivan@edc.ca

Tel: 613.597.8651
Fax: 613.598.3113

AND TO:
**McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email: john.stringer@mcinnescooper.com
stephen.kingston@mcinnescooper.com

Tel: 902.425.6500
Fax: 902.425.6350

Lawyers for Convergys EMEA Limited

AND TO:
**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email: barry.wadsworth@caw.ca
lewis.gottheil@caw.ca

Tel.: 416.495.3776
Fax: 416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

AND TO:
**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, Ontario M5K 1K7

Leanne M. Williams

Email: lwilliams@tgf.ca

Tel: 416.304.1616
Fax: 416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario M5H 3S1

Jeffrey Carhart

Email: jcarhart@millerthomson.com

Tel: 416.595.8615/8577
Fax: 416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO:
**BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email: hharrison@boughton.ca

Tel: 604.687.6789
Fax: 604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.,
in its capacity as duly authorized agent for
Holdings 1506 Enterprises Ltd.

DOCSTOR: 1600901\13

- 4 -

008

AND TO:   **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, Ontario  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email: mmacnaughton@blgcanada.com
Tel:   416. 367.6646
Fax:   416. 682.2837

Email: rjaipargas@blgcanada.com
Tel:   416.367.6266
Fax:   416.361.7067

Email: srappos@blgcanada.com
Tel:   416.367.6033
Fax:   416.361.7306

Lawyers for Bell Canada

AND TO:   **SISKINDS LLP**
680 Waterloo Street
London, Ontario  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein
Emilie E. M. Maxwell

Email: ray.leach@siskinds.com
dimitri.lascaris@siskinds.com
emilie.maxwell@siskinds.com

Tel:   519.672.2121
Fax:   519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND TO:   **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario  M5J 2T3

John Contini
Aaron Rousseau

Email  john.contini@mcmillan.ca
Tel:   416.307.4148
Fax:   416.304.3767

Email  aaron.rousseau@mcmillan.ca
Tel:   416.307.4081
Fax:   416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND TO:   **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email: zychk@bennettjones.com
Tel:   416.777.5738
Fax:   416.863.1716

Email: orzyr@bennettjones.com
Tel:   416.777.5737
Fax:   416.863.1716

Email: finlaysong@bennettjones.com
Tel:   416.777.5762
Fax:   416.863.1716

Email: swanr@bennettjones.com
Tel:   416.777.7479
Fax:   416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

DOCSTOR: 1600901\13

- 5 -

009

| | | | | |
|---|---|---|---|---|
| AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 | | AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 |

| | | |
|---|---|---|
| Mark Zigler<br>Susan Philpott<br>Demetrios Yiokaris<br>Andrea McKinnon<br>Celeste Poltak | | Mark Zigler<br>Susan Philpott<br>Demetrios Yiokaris<br>Andrea McKinnon<br>Celeste Poltak |

| | | | |
|---|---|---|---|
| Email: | mzigler@kmlaw.ca | Email: | mzigler@kmlaw.ca |
| Tel: | 416.595.2090 | Tel: | 416.595.2090 |
| Fax: | 416.204.2877 | Fax: | 416.204.2877 |
| | | | |
| Email: | sphilpott@kmlaw.ca | Email: | sphilpott@kmlaw.ca |
| Tel: | 416.595.2104 | Tel: | 416.595.2104 |
| Fax: | 416.204.2882 | Fax: | 416.204.2882 |
| | | | |
| Email: | dyiokaris@kmlaw.ca | Email: | dyiokaris@kmlaw.ca |
| Tel: | 416.595.2130 | Tel: | 416.595.2130 |
| Fax: | 416.204.2810 | Fax: | 416.204.2810 |
| | | | |
| Email: | amckinnon@kmlaw.ca | Email: | amckinnon@kmlaw.ca |
| Tel: | 416.595.2150 | Tel: | 416.595.2150 |
| Fax: | 416.204.2874 | Fax: | 416.204.2874 |
| | | | |
| Email: | cpoltak@kmlaw.ca | Email: | cpoltak@kmlaw.ca |
| Tel: | 416.595.2701 | Tel: | 416.595.2701 |
| Fax: | 416.204.2909 | Fax: | 416.204.2909 |

Lawyers for the Former Employees of Nortel          Lawyers for the LTD Beneficiaries

- 6 -

010

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email:   msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Email:   jmklotz@millerthomson.com
Tel:     416.595.4373
Fax:     416.595.8695

Lawyers for LG Electronics Inc.

AND
TO:

**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:   joseph.kim@lge.com

Tel:     +82.2.3777.3171
Fax:     +82.2.3777.5345

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email    msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND
TO:

**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, Ontario  M2N 1M9

Harvey G. Chaiton

Email:   harvey@chaitons.com

Tel:     416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

- 7 -

011

AND
TO:     **PALIARE ROLAND ROSENBERG
        ROTHSTEIN LLP**
        Suite 501
        250 University Avenue
        Toronto, Ontario  M5H 3E5

        Kenneth T. Rosenberg
        Massimo (Max) Starnino
        Lily Harmer
        Tina Lie

        Email:   ken.rosenberg@paliareroland.com
        Tel:     416.646.4304
        Fax:     416.646.4301

        Email:   max.starnino@paliareroland.com
        Tel:     416.646.7431
        Fax:     416.646.4301

        Email:   lily.harmer@paliareroland.com
        Tel:     416.646.4326
        Fax:     416.646.4301

        Email:   tina.lie@paliareroland.com
        Tel:     416.646.4332
        Fax:     416.646.4301

        Lawyers for the Superintendent of Financial
        Services as Administrator of the Pension
        Benefits Guarantee Fund

AND
TO:     **FRASER MILNER CASGRAIN LLP**
        1 First Canadian Place
        100 King Street West
        Toronto, Ontario  M5X 1B2

        R. Shayne Kukulowicz
        Alex MacFarlane
        Michael J. Wunder
        Ryan Jacobs

        Email:   Shayne.kukulowicz@fmc-law.com
                 Alex.macfarlane@fmc-law.com
                 Michael.wunder@fmc-law.com
                 ryan.jacobs@fmc-law.com

        Tel:     416.863.4511
        Fax:     416.863.4592

        Canadian Lawyers for the Official Committee of
        Unsecured Creditors

AND
TO:     **GOWLING LAFLEUR HENDERSON LLP**
        Suite 1600, First Canadian Place
        100 King Street West
        Toronto, Ontario  M5X 1G5

        E. Patrick Shea

        Email:   patrick.shea@gowlings.com

        Tel:     416.369.7399
        Fax:     416.862.7661

        Lawyers for Westcon Group

AND
TO:     **MINDEN GROSS LLP**
        145 King Street West, Suite 2200
        Toronto, Ontario  M5H 4G2

        Raymond M. Slattery
        David T. Ullmann

        Email:   rslattery@mindengross.com
                 dullmann@mindengross.com
        Tel:     416.369.4149
        Fax:     416.864.9223

        Lawyers for Verizon Communications Inc.

- 8 -

012

AND
TO:

**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:    hfogul@airdberlis.com
Tel:       416.865.7773
Fax:      416.863.1515

Email:    pczegledy@airdberlis.com
Tel:       416.865.7749
Fax:      416.863.1515

Lawyers for Microsoft Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:    renglish@airdberlis.com
             smitra@airdberlis.com

Tel:       416.863.1500
Fax:      416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND
TO:

**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:    surquhart@ahbl.ca
Tel:       604.484.1757
Fax:      604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:    jwigley@gardiner-roberts.com
Tel:       416.865.6655
Fax:      416.865.6636

Email:    vdare@foglers.com
Tel:       416.865.6641
Fax:      416.865.6636

Lawyers for Andrew, LLC

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:    sgraff@airdberlis.com
Tel:       416.865.7726
Fax:      416.863.1515

Email:    iaversa@airdberlis.com
Tel:       416.865.3082
Fax:      416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Maurice Fleming

Email:    mfleming@millerthomson.com
Tel:       416.595.8686
Fax:      416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Perot Systems Corporation

AND TO:
**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:  dgrieve@casselsbrock.com
Tel:    416.860.5219
Fax:    416.350.6923

Lawyers for Alvarion Ltd.

AND TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:  andrew.kent@mcmillan.ca
Tel:    416.865.7160
Fax:    416.865.7048

Email:  hilary.clarke@mcmillan.ca
Tel:    416.865.7286
Fax:    416.865.7048

Email:  tushara.weerasooriya@mcmillan.ca
Tel:    416.865.7262
Fax:    416.865.7048

Lawyers for Royal Bank of Canada

AND TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:  lawrence.crozier@mcmillan.ca
Tel:    416.865.7178
Fax:    416.865.7048

Email:  adam.maerov@mcmillan.ca
Tel:    416.865.7285
Fax:    416.865.7048

Lawyers for Citibank

AND TO:
**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:  dmagisano@blaney.com
Tel:    416.593.2996
Fax:    416.593.5437

Lawyers for Expertech Network Installation Inc.

- 10 -

014

| | |
|---|---|
| AND TO: | **GARDINER ROBERTS LLP**<br>Suite 3100, Scotia Plaza<br>40 King Street West<br>Toronto, ON  M5H 3Y2<br><br>Jonathan Wigley<br>Vern W. DaRe<br><br>Email:  jwigley@gardiner-roberts.com<br>Tel:     416.865.6655<br>Fax:    416.865.6636<br><br>Email:  vdare@foglers.com<br>Tel:     416.865.6641<br>Fax:    416.865.6636<br><br>Lawyers for Amphenol Corporation | AND TO: | **McMILLAN LLP**<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, Ontario  M5J 2T3<br><br>Aaron Rousseau<br><br>Email:  aaron.rousseau@mcmillan.ca<br>Tel:     416.307.4081<br>Fax:    416.365.1719<br><br>Lawyer for Right Management Inc. |

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:  jwigley@gardiner-roberts.com
Tel:     416.865.6655
Fax:    416.865.6636

Email:  vdare@foglers.com
Tel:     416.865.6641
Fax:    416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario  M5J 2T3

Aaron Rousseau

Email:  aaron.rousseau@mcmillan.ca
Tel:     416.307.4081
Fax:    416.365.1719

Lawyer for Right Management Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:  smitra@airdberlis.com

Tel:     416.863.1500
Fax:    416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Michael Casey

Email:  bleonard@casselsbrock.com
        dward@casselsbrock.com
        mcasey@casselsbrock.com

Tel:     416.860.6455
Fax:    416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

- 11 -

AND TO:
**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:  pklepsoe@mcfarlanelaw.com

Tel:   613.233.2679
Fax:   613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management,
Inc.

AND TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:   theintzm@mccarthy.ca
Tel:     416.601.7627
Fax:     416.868.0673

Email:   jsirivar@mccarthy.ca
Tel:     416.601.7750
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND TO:
**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:     514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND TO:
**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca

Tel:     613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

- 12 -

| | |
|---|---|
| AND TO: | **BAKER & McKENZIE LLP**<br>Brookfield Place, P.O. Box 874<br>181 Bay Street, Suite 2100<br>Toronto, Ontario  M5J 2T3 |

Chris Besant
Lydia Salvi

Email:   chris.besant@bakernet.com

Tel:     416.865.2318
Fax:     416.863.6275

Email:   lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:     416.863.6275

Lawyers for Jabil Circuit Inc.

AND TO:   **SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
         mgaggino@schneidergaggino.com

Tel:     514.631.8787
Fax:     514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND TO:   **EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:   nanci@eurodata.ca
Tel:     613.745.0921
Fax:     613.745.1172

AND TO:   **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:   ryanbellr@bennettjones.com
         laugesenm@bennettjones.com

Tel:     416.863.1200
Fax:     416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND TO:   **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:   tdunn@mindengross.com
Tel:     416.369.4335
Fax:     416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO:   **BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:   lbrady@baldwinlaw.ca
Tel:     613.771.9991
Fax:     613.771.9998

Lawyers for Sydney Street Properties Corp.

- 13 -

AND TO:
**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email: raffy.lorentzian@ntscorp.com
Tel:    714.998.4351
Fax:    714.998.7142

Lawyers for AETL Testing, Inc.

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email: iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:    416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:    416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees -- Post CCAA as
at January 14, 2009

AND TO:
**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email: raffy.lorentzian@ntscorp.com
Tel:    714.998.4351

AND TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email: david.cohen@gowlings.com

Tel:    416.369.6667
Fax:    416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

DOCSTOR: 1600901\13

AND TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:      416.365.3529
Fax:      416.369.5210

Email:   jdavissydor@davis.ca
Tel:      416.941.5397
Fax:      416.365.7886

Lawyers for Computershare Trust Company of Canada

AND TO:

**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:   tosullivan@counsel-toronto.com
Tel:       416.598.1744
Fax:       416.598.3730

Email:    slaubman@counsel-toronto.com
Tel:       416.598.1744
Fax:       416.598.3730

Lawyers for William A. Owens

AND TO:

**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:      416.863.0900
Fax:      416.863.0871

Email:   mgottlieb@dwpv.com
Tel:      416.863.0900
Fax:      416.863.0871

Lawyers for Nortel Networks UK Limited (In Administration)

AND TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:   lydia.salvi@bakernet.com

Tel:      416.865.6944
Fax:      416.863.6275

Lawyers for Wipro Limited

- 15 -

AND
TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Lawyers for the Current and Former Employees
of Nortel Networks Inc. who are or were
Participants in the Long-Term Investment Plan
Sponsored by Nortel Networks Inc.

AND
TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:   sheryl.seigel@mcmillan.ca
Tel:      416.307.4063
Fax:      416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:   susan.grundy@blakes.com
Tel:      416.863.2572
Fax:      416.863.2653

Email:   marc.flynn@blakes.com
Tel:      416.863.2685
Fax:      416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson
(publ)

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:   hmeredith@mccarthy.ca
Tel:      416.601.8342
Fax:      416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:
**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:   dwinters@justice.gc.ca
Tel:      416.973.3172
Fax:      416.973.0810

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:   kmcelcheran@mccarthy.ca
Tel:      416.601.7730
Fax:      416.868.0673

Email:   rstabile@mccarthy.ca
Tel:      416.601.8335
Fax:      416.868.0673

Lawyers for Avaya Inc.

- 16 -

| | | | |
|---|---|---|---|
| AND TO: | **BLAKE, CASSELS & GRAYDON LLP** | AND TO: | **FOGLER, RUBINOFF LLP** |

AND TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:   pamela.huff@blakes.com
Tel:      416.863.2958
Fax:      416.863.2653

Email:   milly.chow@blakes.com
Tel:      416.863.2594
Fax:      416.863.2653

Email:   hugh.desbrisay@blakes.com
Tel:      416.863.2426
Fax:      416.863.2653

Email:   craig.thorburn@blakes.com
Tel:      416.863.2965
Fax:      416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com
Tel:      416.864.9700
Fax:      416.941.8852

Lawyers for Belden (Canada) Inc.

AND TO:

**SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario M5G 2G8

James McDonald
Darrell Brown

Email:   jmcdonald@sgmlaw.com
Tel:      416.979.6425
Fax:      416.591.7333

Email:   dbrown@sgmlaw.com
Tel:      416.979.4050
Fax:      416.591.7333

Lawyers for Edmund Fitzgerald

AND TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON K1N 7G2

Thomas Wallis

E-mail:   thomas.wallis@vdg.ca
Tel:      613.241.2701
Fax:      613.241.2599

Lawyers for La Regie des Rentes du Quebec

<table>
<tr><td>AND<br>TO:</td><td><b>STIKEMAN ELLIOTT LLP</b><br>5300 Commerce Court West<br>199 Bay Street<br>Toronto, ON  M5L 1B9<br><br>Sean F. Dunphy<br><br>Email:  sdunphy@stikeman.com<br>Tel:  416.869.5662<br>Fax:  416.947.0866<br><br>Lawyers for GENBAND Inc.</td><td>AND<br>TO:</td><td><b>STIKEMAN ELLIOTT LLP</b><br>445 Park Avenue, 7th Floor<br>New York, NY  10022<br><br>Gordon Cameron<br>Ron Ferguson<br><br>Email:  gncameron@stikeman.com<br>Tel:  212.845.7464<br>Fax:  212.371.7087<br><br>Email:  rferguson@stikeman.com<br>Tel:  212.845.7477<br>Fax:  212.371.7087<br><br>Lawyers for GENBAND Inc.</td></tr>
<tr><td>AND<br>TO:</td><td><b>BORDEN LADNER GERVAIS LLP</b><br>Barristers and Solicitors<br>Scotia Plaza, Suite 4400<br>40 King Street West<br>Toronto, ON  M4H 3Y4<br><br>John D. Marshall<br>Craig J. Hill<br><br>Email:  jmarshall@blgcanada.com<br>Tel:  416.367.6024<br>Fax:  416.361.2763<br><br>Email:  chill@blgcanada.com<br>Tel:  416.367.6156<br>Fax:  416.631.7301<br><br>Lawyers for the U.K. Pensions Regulator</td><td>AND<br>TO:</td><td><b>BLAKE, CASSELS & GRAYDON</b><br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario  M5L 1A9<br><br>Pamela J. Huff<br>J. Jeremy Forgie<br><br>Email:  pamela.huff@blakes.com<br>Tel:  416.863.2958<br>Fax:  416.863.2653<br><br>Email:  jeremy.forgie@blakes.com<br>Tel:  416.863.3888<br>Fax:  416.863.2653<br><br>Lawyers for The Northern Trust Company, Canada</td></tr>
<tr><td>AND<br>TO:</td><td><b>ROCHON GENOVA LLP</b><br>121 Richmond Street West<br>Suite 900<br>Toronto, ON  M5H 2K1<br><br>Joel P. Rochon<br><br>Email:  jrochon@rochongenova.com<br>Tel:  416.363.1867<br>Fax:  416.363.0263<br><br>Lawyers for the Opposing LTD Employees</td><td>AND<br>TO:</td><td><b>LERNERS LLP</b><br>130 Adelaide St. West<br>Suite 2400<br>Toronto, ON  M5H 3P5<br><br>William E. Pepall<br><br>Email:  wpepall@lerners.ca<br>Tel:  416.601.2352<br>Fax:  416.867.2415<br><br>Lawyers for the Former Employees in Respect of the Distribution of the Corpus of the Health and Welfare Trust</td></tr>
</table>

- 18 -

AND TO:
**MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:   kyle.kashuba@macleoddixon.com
Tel:     403.267.8399
Fax:     403.264.5973

Constellation NewEnergy Canada Inc.

AND TO:
**SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:   pengelmann@sgmlaw.com
Tel:     613-482-2452
Fax:     613-235-3041

Email:   fcampbell@sgmlaw.com
Tel:     613-482-2451
Fax:     613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND TO:
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:   jbromley@cgsh.com
         lschweitzer@cgsh.com
Tel:     212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage

E-mail:  bboake@mccarthy.ca
Tel:     416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:     416.601.7539
Fax:     416.686.0673

Lawyers for Morneau Shepell Ltd.

AND TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

D. Brent McPherson

Email:   brent.mcpherson@mcmillan.ca
Tel:     416.307.4103
Fax:     416.304.3769

Lawyers for Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., in its capacity as Servicer for the Nortel Networks Pass-Through Trust, Series 1-1

AND TO:
**DAVID STEER**
10 Cypress Court
Nepean, ON  K2H 8Z8

E-mail:  davidsteer127@sympatico.ca

023

AND TO:   **FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com

Tel:   416.864.9700
Fax:   416.941.8852

Lawyers for Apex Logistics Inc.

AND TO:   **TORYS LLP**
79 Wellington St. W., Suite 3000
Toronto-Dominion Centre
Toronto, Ontario  M5K 1N2

Michael Rotsztain
Adam M. Slavens

Email:   mrotsztain@torys.com
Tel:   416.865.7508
Fax:   416.865.7380

Email:   aslavens@torys.com
Tel:   416.865.7333
Fax:   416.865.7380

Lawyers for Ranger, Inc.

AND TO:   **MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta  T2P 4H2

Andrew Robertson

Email :   andrew.robertson@macleoddixon.com

Tel :   403.267.8222
Fax :   403.264.5973

Lawyers for Recently Severed Calgary
Employees

AND TO:   **TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray

Email:   tdemarinis@torys.com
         sbomhof@torys.com
         sblock@torys.com
         agray@torys.com
Tel:   416.865.0040
Fax:   416.865.8730

Lawyers for Nortel Networks Inc.

AND TO:   **TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:   hvw@tmlegal.ca
         rbm@tmlegal.ca

Tel:   613.542.1889
Fax:   613.542.8202

Lawyers for The Corporation of the City of Belleville

AND TO:   **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Brett Harrison

Email:   brett.harrison@mcmillan.ca
Tel :   416.865.7932
Fax :   416.865.7048

Lawyers for Rogers Communications Inc.

024

| | |
|---|---|
| AND TO: | **ATTORNEY GENERAL FOR ONTARIO**<br>Crown Law Office -- Civil<br>720 Bay Street, 8th Floor<br>Toronto, Ontario  M7A 2S9 |

AND TO:    **ATTORNEY GENERAL FOR ONTARIO**
Crown Law Office -- Civil
720 Bay Street, 8th Floor
Toronto, Ontario  M7A 2S9

Leonard Marsello
William MacLarkey

Email:   leonard.marsello@ontario.ca
Tel:     416.326.4939
Fax:    416.326.4181

Email:   William.MacLarkey@ontario.ca
Tel:     416.326.4082
Fax:    416.326.4181

Lawyers for Her Majesty the Queen in right of Ontario, as represented by the Ministry of the Environment

AND TO:    **TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:   hvw@tmlegal.ca
          rbm@tmlegal.ca

Tel:     613.542.1889
Fax:    613.542.8202

Lawyers for Algonquin and Lakeshore Catholic District School Board

AND TO:    **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Steven J. Weisz
Jackie Moher

Email:   steven.weisz@blakes.com
Tel:     416.863.2616
Fax:    416.863.2653

Email: jackie.moher@blakes.com
Tel:     416.863.3174
Fax:    416.863.2653

Lawyers for the American Registry for Internet Numbers

AND TO:    **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email:   andrew.kent@mcmillan.ca
Tel :    416.865.7160
Fax :   416.865.7048

Email:   wael.rostom@mcmillan.ca
Tel :    416.865.7790
Fax :   416.865.7048

Lawyers for the Norpax LLC and RPX Corporation, in its capacity as Managing Member of Norpax LLC

- 21 -

025

**COURTESY COPIES:**

| | |
|---|---|
| AND TO: | **LEWIS AND ROCA**<br>40 North Central Avenue<br>Phoenix, Arizona<br>USA 85004-4429<br><br>Scott K. Brown<br><br>Email: sbrown@lrlaw.com<br><br>Tel: 602.262.5321<br>Fax: 602.734.3866<br><br>Lawyers for The Prudential Insurance<br>Company of America |

AND TO:  **CURTIS, MALLET-PREVOST, COLT &**
**MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail: sreisman@curtis.com
jdrew@curtis.com

Tel: 212.696.6000
Fax: 212-697-1559

Lawyers for Flextronics International

AND TO:  **AKIN GUMP STRAUSS HAUER &**
**FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara

Email: fhodara@akingump.com

Tel: 212.872.1000
Fax: 212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND TO:  **MILBANK, TWEED, HADLEY**
**McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email: DDunne@milbank.com
Tel: 212.530.5770
Fax: 212.530.5219

Email: ALeblanc@milbank.com
Tel: 212.835.7574
Fax: 212.530.5219

Email: APisa@milbank.com
Tel: 212.530.5319
Fax: 212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

- 22 -

026

AND
TO:
**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019

Michael L. Schein

Email:   mschein@vedderprice.com

Tel:      212.407.6920
Fax:     212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND
TO:
**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Eric S. Prezant

Email:    eric.prezant@bryancave.com
Tel:       312.602.5033
Fax:      312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND
TO:
**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta  T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :  andrew.robertson@macleoddixon.com
caylee.rieger@macleoddixon.com

Tel :    403.267.8222
Fax :   403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND
TO:
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :   212.906.1373
Fax :  212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

027

028

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

SUPPLEMENTAL SERVICE LIST

**BY COURIER**

TO:  **JPMorgan Chase Bank, N.A.**
TS/Escrow Services
4 New York Plaza, 21st Floor
New York, NY 10004

Andy Jacknick

Tel: 212.623.0241

AND
TO:  **Santiago Jaramillo Caro & Eduardo**
**Zuleta**
Gomez-Pinzon Zuleta Abogados, S.A.
Calle 67 No. 7-35 Oficina 1204
Bogota
COLOMBIA

Tel: 571.319-2900

AND
TO:  **Direccion Impuestos y Aduanas**
**Nacionales**
Juan Ricardo Ortega Lopez, Director General
Carrero 8 No. 6-64
San Augustin P. 6
Botota
COLOMBIA

Tel: 091-3821351

AND
TO:  **Direccion Impuestos y Aduanas Nacionales**
Division de Gestion de Cobranzas
Reference: Aviso de Cobro 1-31-244-440-658
Carrera 7, No. 34-65
Bogota
COLOMBIA

DOCSTOR: 2185359\1

029

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

NOTICE OF MOTION
(returnable June 7, 2011)

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

# TAB 2

030

Court File No: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**AFFIDAVIT OF ALLAN BIFIELD**
**(sworn May 26, 2011)**

I, Allan Bifield, of the City of Ottawa in the Province of Ontario, **MAKE OATH
AND SAY:**

1.     I am the NBS Finance Leader at Nortel Networks Limited ("NNL") and as such, I
have personal knowledge of the matters to which I hereinafter depose in this Affidavit.
Where I do not possess personal knowledge, I have stated the source of my information and,
in all such cases, believe it to be true.

2.     I swear this Affidavit in support of the Applicants' motion for an order, *inter alia*, that
any act that would, pursuant to the terms of the Escrow Agreement (as hereinafter defined),
require the consent or participation of Nortel Networks de Colombia S.A. ("Nortel
Colombia"), will be deemed not to require such consent or participation.

3.     References to "Nortel" herein are references to the global enterprise as a whole.

DOCSTOR: 2182614\7C

- 2 -

031

4.     All dollar references are to US$ unless otherwise indicated.

**BACKGROUND**

5.     On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, (the "CCAA") pursuant to an initial order (as subsequently amended and restated, the "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as monitor (in such capacity, the "Monitor") in the CCAA proceedings.

6.     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary Nortel Networks Inc. ("NNI" and, together with the other U.S. filing entities, the "U.S. Debtors"), made voluntary filings in the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code (the "Code") (such proceedings, the "U.S. Proceedings"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code.

7.     Additionally, on January 15, 2009, Nortel Networks (UK) Limited (in administration) ("NNUK") and certain subsidiaries of the Nortel group incorporated in Europe, the Middle East or Africa (collectively, the "EMEA Debtors") each obtained an administration order for the appointment of administrators from the English High Court of Justice under the Insolvency Act 1986.

8.     On February 27, 2009, the U.S. Court granted petitions recognizing the CCAA proceedings as "foreign main proceedings" pursuant to Chapter 15 of the Code.

9.     On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court for the recognition of the administration proceedings as they relate to NNUK (the "English Proceedings") under Chapter 15 of the Code. On June 26,

- 3 -

032

2009, the U.S. Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code.

10.    Further details regarding the background to these proceedings are set out in the affidavit of John Doolittle sworn January 14, 2009 previously filed in these proceedings and are therefore not repeated herein.

11.    The Applicants have previously obtained various relief related to the sale of certain assets relating to their business units including Nortel's Layer 4-7 Application Delivery business, CDMA and LTE related assets, Enterprise Solutions business, Optical Networking and Carrier Ethernet businesses (associated with its Metro Ethernet Networks business), Carrier Voice Over IP and Application Solutions business, GSM/GSM-R business and Multi-Service Switch business. NNL has also sold, among other assets, its "Westwinds Facility" in Alberta, its interest in its joint venture with LG Electronics Inc., and real property in Ottawa, Ontario known as the Carling Campus. The Applicants are currently in the process of marketing their residual patents and certain related assets.

12.    All of the substantial assets of the Nortel companies have been sold or are in the process of being sold, and in many cases the proceeds of those sales have been placed in various escrow accounts pending determination of how proceeds will be allocated among the Nortel affiliates party to the transactions.

**THE MEN SALE**

13.    On October 7, 2009, the Applicants and certain of their affiliates, including Nortel Colombia (the "MEN Sellers"), entered into an asset sale agreement (as amended from time to time, the "Sale Agreement") for the sale of Nortel's Metro Ethernet Networks ("MEN") business to Ciena Corporation ("Ciena") (the "MEN Sale"). A copy of the Sale Agreement, as amended and restated, was attached as Appendix B to the Twenty-Eighth Report of the Monitor, dated November 27, 2009.

14.    In connection with the MEN Sale, the MEN Sellers entered into a side agreement dated as of February 26, 2010 and approved by this Court's order of March 4, 2010  (the "Side Agreement"). Paragraph 2.4(a) of the Side Agreement provides that any payments due

DOCSTOR: 2182614\7C

by the purchaser to the sellers under the Sale Agreement or other transaction documents "shall be collected and held in escrow in the Distribution Escrow Account..." A copy of the Side Agreement was attached as Exhibit A to the Affidavit of George Riedel, sworn March 1, 2010, in these proceedings..

15.    With respect to the MEN Sale, an MEN Distribution Escrow Agreement was approved by this Court's order of March 15, 2010 and entered into as of March 19, 2010 (the "Escrow Agreement"). I am aware that a copy of the Escrow Agreement is or will be attached as an appendix to a Report of the Monitor to be filed in connection with the motion supported by this Affidavit (the "Report").

## NORTEL COLOMBIA

### *Background*

16.    Nortel Colombia is owned jointly by Nortel Networks (CALA) Inc. ("CALA") (19.94%), Nortel Networks International Corporation ("NNIC") (4.69%) and NNL (75.37%) (collectively, the "Shareholders").

### *MEN Sale Proceeds*

17.    Nortel Colombia is a minor participant in the MEN Sale. Among the assets transferred to Ciena was certain surplus market inventory located in Colombia. I am informed by David Glass of NNI that this inventory consisted of excess product originally shipped to Colombia in 2009 to fulfill a particular contract but left over at its completion due to a customer change order. The surplus material had little or no resale value outside of the MEN Sale, and was recorded on Nortel's balance sheet at zero value at closing.

18.    On or about March 19, 2010, the MEN Sellers executed a fifth amendment to the Sale Agreement (the "Fifth Amendment") which provided, among other things, that in order to comply with applicable local laws, a portion of the MEN Sale proceeds was to be paid directly to Nortel Colombia, rather than deposited in an escrow account. In particular, the Fifth Amendment provides that on or before March 26, 2010, Ciena Colombia was to pay to Nortel Colombia an aggregate amount of cash equal to COP221,506,740 (approximately

034

- 5 -

$117,000[1]) (the "Colombia Allocation"), which amount was based upon the duties imposed on the inventory by the Colombian customs authorities when it was imported into Colombia. I am aware that a copy of the Fifth Amendment is or will be attached as an appendix to the Report.

19.     The Sale Agreement was further amended to add a new section providing that if additional tangible assets of Nortel Colombia were identified and transferred to Ciena Colombia after closing of the Sale Agreement, Ciena Colombia would pay Nortel Colombia the net book value of those assets, and the MEN Sellers (other than Nortel Colombia) would reimburse Ciena for any such payment, and for certain associated transaction fees or expenses.

*Liquidation*

20.     In the months prior to the closing of the MEN Sale, Nortel Colombia prepared to commence liquidation in accordance with the requirements of Colombian law. On April 14, 2010 the Shareholders voted to adopt resolutions for voluntary liquidation proceedings and approved appointment of a liquidator. On April 15, 2010, Nortel Colombia commenced liquidation and Alvarro Gutierrez (the "Colombian Liquidator") was appointed as liquidator.

21.     At the time that Nortel Colombia commenced liquidation, the anticipated obligations of the Colombian Liquidator included liquidation of assets, termination of remaining employees, resolution of certain stranded contracts and payment of outstanding creditor claims. Known assets of the entity included approximately $2.5 million in cash and certain office equipment. Creditor claims were expected to be relatively small, with the exception of potential tax liabilities. In particular, Nortel Colombia had appealed the assessment of significant local tax liabilities for 2003, and that appeal was pending when Nortel Colombia was placed in liquidation.

---

[1]     As calculated in the recitals to the Escrow Agreement.

- 6 -                                          035

22.    Nortel was informed that the tax appeal would not be favourable to Nortel Colombia, and that the Colombian taxing authorities would be asserting a tax claim of over $21 million against Nortel Colombia.

23.    The Applicants are advised by Colombian counsel that under Colombian law, tax liabilities have priority over all other debts of a company, including the fees of its liquidator. Shortly after the tax assessment, the Colombian Liquidator asked the Shareholders to assume responsibility for all of his fees going forward, and to indemnify him against any liability to Nortel Colombia's creditors, including any attempt by the Colombian tax authorities to hold him personally liable on the tax judgment. The Shareholders ultimately determined that providing an indemnity would not result in any benefit to the Shareholders' estates or their creditors. Furthermore, the Shareholders were informed by local counsel that it is possible under Colombian law for creditors to hold liquidators personally liable for the liquidating entity's debts. As such, granting the indemnity would expose the Shareholders to over $21 million in possible liability to creditors of Nortel Colombia, again without any commensurate benefit to the Shareholders' estates and creditors.

24.    Upon learning of the Shareholders' decision, the Colombian Liquidator tendered his resignation to the Colombian commercial authorities.

25.    The Shareholders have been informed by Colombian counsel that, because of the risk of personal liability for Nortel Colombia's debts, it would be difficult if not impossible to locate a replacement liquidator willing to accept the appointment. Any such liquidator would require an agreement by the Shareholders to pay the liquidator's fees and expenses and, more significantly, the same sort of indemnity from the Shareholders that could expose the Shareholders to liability on Nortel Colombia's tax obligations.

26.    The Shareholders also have been informed by Colombian counsel that, pursuant to Colombian law, once a liquidation is commenced, no entity other than a duly appointed liquidator has authority to act or sign documents on behalf of the liquidating company.

**THE MEN ESCROW AGREEMENT**

DOCSTOR: 2182614\7C

- 7 -

036

27.    Upon closing of the MEN Sale, the sale proceeds were deposited in an account (the "Escrow Account") managed by the Distribution Agent (as such term is defined in the Escrow Agreement). Paragraph 5(a) of the Escrow Agreement provides that the Distribution Agent may not make a distribution from the Escrow Account unless one of two conditions is met. The Distribution Agent must receive either a letter of direction jointly executed by all of the Depositors (as such term is defined in the Escrow Agreement) and the Estate Fiduciaries (as defined in the Escrow Agreement to include the Monitor) or a final binding decision by the dispute resolver regarding the allocation of the sale proceeds.

28.    Nortel Colombia is a Depositor under the Escrow Agreement.

29.    The Escrow Agreement is silent on how funds can be distributed, in absence of a final binding decision by the dispute resolver, if there is no one authorized to act on behalf of a Depositor and the Depositor is not fully liquidated or dissolved pursuant to local law. Paragraph 12 of the Escrow Agreement references the complete liquidation or dissolution of a Depositor, not a situation such as this where operations have ceased but there is no path available for final liquidation or dissolution and no person or entity able to act. As a result, without an authorized signature from Nortel Colombia or a final binding decision by the dispute resolver, distribution of funds from the Escrow Account in strict accordance with the terms of the Escrow Agreement is not possible.

30.    In addition, except as provided in Paragraph 12, the Escrow Agreement cannot be amended in any way without the consent of all of the Depositors. Specifically, Paragraph 15(a) states that:

> [A]ny provision of this Agreement may be waived or amended if, and only if, such amendment or waiver is in writing and is signed by the Depositors, the Estate Fiduciaries and the Distribution Agent (with a copy thereof to the Bondholder Group) and, if prior to the entry of a final decree closing the Bankruptcy Cases, such amendment or waiver is approved by both the U.S. Bankruptcy Court and the Canadian Court
> . . . .

31.    As a result, without an authorized signature from Nortel Colombia, modification of the Escrow Agreement in strict accordance with its terms is not possible.

**CONCLUSIONS**

- 8 -

037

32.    The combined effect of the orders sought on the motion supported by this Affidavit and on a companion motion being brought before the U.S. Court would be to dispense with any requirements to obtain the consent or participation of Nortel Colombia on matters in respect of the Escrow Agreement.  Granting the relief requested herein will enable the Depositors to access and distribute the funds subject to the Escrow Agreement, as contemplated by the MEN Sale, and enter into amendments of the Escrow Agreement as necessary or desirable.

33.    Although Nortel Colombia is not fully liquidated, no individual or entity has authority to execute documents on its behalf.  Further, it is unlikely that any individual or entity would be willing to accept that role at this time.  Based upon the terms of the Escrow Agreement, this set of circumstances is an impediment to both the distribution of funds from the Escrow Account and any amendments of the Escrow Agreement that may be necessary.

34.    At the time they entered into the Escrow Agreement, the Depositors did not anticipate a circumstance where there is no signatory authorized to act on behalf of one of the Depositors, but where that Depositor continues to exist under the laws of its jurisdiction of formation.  While the Escrow Agreement requires the consent of all of the Depositors to take certain actions, it is clear that the Depositors intended that consent not be required from those parties that are incapable of providing consent.

35.    The relief will not prejudice any right Nortel Colombia may have to distribution of sale proceeds.  The relief requested herein will simply allow distribution of the funds in the Escrow Account by the Distribution Agent, not determine Nortel Colombia's rights, if any, to an allocation of those funds.  As discussed above, Nortel Colombia has already been paid in full for the value of the tangible assets it transferred pursuant to the MEN Sale.  Other than the tangible assets, the only items transferred by Nortel Colombia were whatever rights existed under two executory contracts.  No employees or other ongoing business operations were transferred.

36.    If the relief sought on this motion is granted, substantially all of the MEN Sale proceeds will continue to remain in the Escrow Account pending resolution of allocation

- 9 -

038

matters. The only immediately foreseeable distributions from the Escrow Account will be to permit the payment of various agreed transaction costs.

SWORN BEFORE ME at the City of
Mississauga, on May 26, 2011.

_____
Commissioner for Taking Affidavits

_____
Allan Bifield

Court File No: 09-CL-7950

039

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION
AND NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

**AFFIDAVIT OF ALLAN BIFIELD**
**(SWORN MAY 26, 2011)**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4 Canada

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930
Lawyers for the Applicants

DOCSTOR:2182614\7C

**TAB 3**

040

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

| | | |
|---|---|---|
| THE HONOURABLE | ) | TUESDAY, THE 7TH |
| | ) | |
| MR. JUSTICE MORAWETZ | ) | DAY OF JUNE, 2011 |

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**O R D E R**
**(Re: Nortel Colombia)**

THIS MOTION, made by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") for the relief set out in the Applicants' Notice of Motion dated May 26, 2011 was heard this day at 393 University Avenue, Toronto, Ontario.

ON READING the affidavit of Allan Bifield sworn May 26, 2011 (the "Bifield Affidavit") and the ● Report of Ernst & Young Inc., in its capacity as monitor, dated May ●, 2011 and on hearing the submissions of counsel for the Applicant, the Monitor and those other parties present, no one appearing for any other person on the service list, although properly served as appears from the affidavit of ●, sworn May ●, 2011, filed:

- 2 -

041

1.      THIS COURT ORDERS that the time for the service of the Notice of Motion and the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.      THIS COURT ORDERS AND DECLARES that capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Bifield Affidavit.

3.      THIS COURT ORDERS that any term or condition of the Escrow Agreement that explicitly or implicitly requires the consent or participation of Nortel Colombia is now forever deemed not to require such consent or participation.  For greater certainty, the Distribution Agent is authorized to rely upon this order and to take all acts requiring the unanimous direction of the Depositors under the Escrow Agreement without the consent or participation of Nortel Colombia.

4.      THIS COURT ORDERS that the Applicants are hereby authorized to take such additional steps and execute such additional documents as may be necessary or desirable to give effect to this Order.

5.      THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

6.      THIS COURT ORDERS that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or

- 3 -

042

administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

DOCSTOR: 2182615\4B

043

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

ORDER

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4 Canada

Derrick Tay LSUC#: 21152A
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930
Lawyers for the Applicants

DOCSTOR: 2182615\4B

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

---

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

---

MOTION RECORD
Nortel Colombia
(returnable June 7, 2011)

---

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

**Derrick Tay** LSUC#: 21152A
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam** LSUC#: 46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants