IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
BY MAYER BROWN LLP AND PRICKETT, JONES & ELLIOTT, P.A. ON BEHALF
OF THE FOURTH ESTATE DIRECTORS AND FOURTH ESTATE SUBSIDIARIES**

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") and Prickett, Jones & Elliot, P.A. ("**Prickett**") hereby appears as attorneys for (I) the following directors: (i) John Doolittle, the Senior Vice President Corporate Service and the Chief Financial Officer of Nortel Networks Corporation ("**Nortel**"), in his capacity as director, officer and agent of certain subsidiaries of Nortel, (ii) Allan Bifield, the Chief Financial Officer of Nortel Business Services, in his capacity as director, officer and agent of certain subsidiaries of Nortel, and (iii) Anna Ventresca, General Counsel – Corporate, Corporate Secretary and Chief Compliance Officer of Nortel, in her capacity as director, officer and agent of certain subsidiaries of Nortel, (each a "**Fourth Estate Director**," collectively the "**Fourth Estate Directors**") and (II) the following Nortel non-debtor and non-U.S. affiliates: (A)(i) Nortel Networks (Asia) Limited; (ii) Nortel Networks Australia Pty Limited; (iii) Nortel Networks (India) Private Limited; (iv) PT Nortel Networks Indonesia; (v) Nortel Networks Malaysia Sdn. Bhd.; (vi) Nortel Networks New Zealand Limited; (vii) Nortel Networks Singapore Pte. Ltd.; (viii) Nortel Networks (Thailand) Ltd.; (ix) Nortel Vietnam Limited; (x) Nortel Networks (China) Limited; and (xi) Nortel Networks Telecommunications Equipment (Shanghai) Co. (collectively, the "**APAC Entities**") and (B)(i) Nortel Networks Chile S.A.; (ii) Nortel Networks del Ecuador S.A.; (iii) Nortel

Networks de Mexico S.A. de C.V.; (iv) Nortel Networks del Uruguay S.A.; and (v) Nortel de Mexico, S. de R.L. de C.V. (collectively, the "**CALA Entities**", and together with the APAC Entities, the "**Fourth Estate Subsidiaries**"). in the above-captioned chapter 11 case. Pursuant to section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Mayer Brown and Prickett request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Mayer Brown and Prickett at the offices, addresses and telephone numbers set forth below, and that Mayer Brown and Prickett be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Brian Trust, Esq.
Thomas M. Vitale, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Telephone: 212-506-2500
Facsimile: 212-262-1910
e-mail: btrust@mayerbrown.com
e-mail: tvitale@mayerbrown.com
e-mail: atrehan@mayerbrown.com

Bruce E. Jameson, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, Delaware 19899
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
e-mail: bejameson@prickett.com

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of

474381v1

reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtors, or any entity or individual in the Fourth Estate.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Wilmington, Delaware
       May 31, 2011

Prickett, Jones & Elliott, P.A.

By: */s/ Bruce E. Jameson*
Bruce E. Jameson [No. 2931]
1310 King Street, Box 1328
Wilmington, Delaware 19899
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

-and-

MAYER BROWN LLP
Brian Trust, Esq.
Thomas M. Vitale, Esq.
Amit K. Trehan, Esq.
1675 Broadway
New York, NY 10019
Telephone: 212-506-2500
Facsimile: 212-262-1910

*ATTORNEYS FOR THE FOURTH ESTATE DIRECTORS AND FOURTH ESTATE SUBSIDIARIES*

474381v1

4