# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2011, I electronically filed **Notice of Appearance and Demand for Service of Papers by Mayer Brown LLP and Prickett, Jones & Elliott, P.A. on Behalf of the Fourth Estate Directors and Fourth Estate Subsidiaries** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, and served the foregoing in the manner reflected below:

**HAND DELIVERY**
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
Email: dabbott@mnat.com
Email: eschwartz@mnat.com
Email: acordo@mnat.com
*Counsel for the Debtors and Debtors in Possession*

**VIA EMAIL**
Deborah M. Buell (admitted *pro hac vice*)
Howard S. Zelbo
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: dbuell@cgsh.com
Email: hzelbo@cgsh.com
Email: jbromley@cgsh.com
Email: lschweitzer@cgsh.com

**HAND DELIVERY**
Mark D. Collins (No. 2931)
Christopher M. Samis (No. 4909)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: samis@rlf.com
*Counsel for the Official Committee of Unsecured Creditors*

**VIA EMAIL**
Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Email: fhodara@akingump.com
Email: dbotter@akingump.com
Email: aqureshi@akingump.com

**HAND DELIVERY**
U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

/s/ Bruce E. Jameson
BRUCE E. JAMESON (#2931)

474048v1