# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2011, I electronically filed **LIMITED RESPONSE OF THE FOURTH ESTATE WITH RESPECT TO DEBTORS' JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND FOR RELATED RELIEF** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, and served the foregoing in the manner reflected below:

**HAND DELIVERY**
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
Email: dabbott@mnat.com
Email: eschwartz@mnat.com
Email: acordo@mnat.com
*Counsel for the Debtors and Debtors in Possession*

**HAND DELIVERY**
Mark D. Collins (No. 2931)
Christopher M. Samis (No. 4909)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: samis@rlf.com
*Counsel for the Official Committee of Unsecured Creditors*

**HAND DELIVERY**
U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**VIA EMAIL**
Deborah M. Buell (admitted *pro hac vice*)
Howard S. Zelbo
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: dbuell@cgsh.com
Email: hzelbo@cgsh.com
Email: jbromley@cgsh.com
Email: lschweitzer@cgsh.com

**VIA EMAIL**
Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Email: fhodara@akingump.com
Email: dbotter@akingump.com
Email: aqureshi@akingump.com

/s/ Bruce E. Jameson
BRUCE E. JAMESON (#2931)

474048v1