**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------------- X
                                                                      :
In re:                                                                :  Chapter 11
                                                                      :
NORTEL NETWORKS INC., *et al.*,[1]                                    :  Case No. 09-10138 (KG)
                                                                      :
                    Debtors.                                          :  (Jointly Administered)
                                                                      :
--------------------------------------------------------------------- X  Ref. No. 5445

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the court-appointed administrators and authorized representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited, and certain of its affiliates hereby withdraw the Joint Administrators' Motion to File Under Seal (I) The Joint Administrators' Memorandum of Law in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration (the "Memorandum") and (II) Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross Motion to Compel Arbitration (the "Declaration") [D.I. 5445]. The Memorandum and Declaration will not be filed under seal.

---

[1]. The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 31, 2011 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Edwin J. Harron*<br>James L. Patton (No. 2202)<br>Edwin J. Harron (No. 3396)<br>Jaime N. Luton (No. 4936)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571–6600<br>Facsimile: (302) 571–1253<br><br>- and -<br><br>**HUGHES HUBBARD & REED LLP**<br>Michael Luskin<br>Derek J.T. Adler<br>Ashley J. Laurie<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837–6000<br>Facsimile: (212) 422–4726<br><br>- and -<br><br>**HERBERT SMITH LLP**<br>Kevin Lloyd<br>John Whiteoak<br>Richard Lawton<br>Exchange House<br>Primrose Street<br>London<br>EC2A 2HS<br><br>Counsel for the Joint Administrators |