UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NORTEL NETWORKS INC., et al.,**[1] | **Case No. 09-10138 (KG)** |
| **Debtors.** | **Jointly Administered** |

**TWENTY-FIFTH MONTHLY FEE APPLICATION OF JEFFERIES &
COMPANY, INC., FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | February 1, 2009 |
| Period for which Compensation and Reimbursement are sought: | February 1, 2011 through February 28, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $200,000.00): | $160,000.00 |
| Amount of Compensation held back: | $40,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,182.44 |

This is a(n)  _x_  interim ___ final fee application.

---

[1]The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc..

Jefferies & Company, Inc. (the "Jefferies"), has today filed this Twenty-Fifth Monthly Fee Application (the "Application") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), for the period February 1, 2011 through February 28, 2011 (the "Application Period") under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1997 (the "U.S. Trustee Guidelines") and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Docket No. 222) (the "Interim Compensation Procedures Order"). In support of this Application, Jefferies represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.      On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been requested or appointed in these chapter 11 cases.

3.      On January 26, 2009 the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

**JEFFERIES RETENTION**

4.      In accordance with the Court's order entered on March 5, 2009 granting Jefferies' retention effective February 1, 2009 (the "Retention Order"), Jefferies "shall be excused from maintaining time records as set forth in Local Rule 2016 in connection with the services rendered pursuant to the Engagement Letter; instead, Jefferies shall be permitted to maintain summary time records in half-hour increments in connection with the services to be rendered pursuant to the Engagement Letter beginning on February 1, 2009."  During the Application Period, Jefferies professionals expended time for services as illustrated in Exhibit C.

5.      During the Application Period, Jefferies performed significant services on behalf of the Committee, including, but not limited to:

3

- Becoming familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, assets, financial condition and prospects of the Debtors;

- Providing a valuation analysis of the Company if requested, the form of which will be agreed upon by Jefferies and the Company, and provide expert testimony relating to any such valuation;

- Advising the Committee on the current state of the restructuring and capital markets;

- Assisting and advising the Committee in examining and analyzing any potential or proposed strategy for restructuring, amending, redeeming or otherwise adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, any sale under section 363 of chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), a liquidation, or otherwise (the "Restructuring"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

- Assisting and advising the Committee in evaluating and analyzing the proposed implementation of any Restructuring, including the value of the securities, if any, that may be issued under any plan of reorganization;

- Assisting and advising the Committee in evaluating potential financing transactions by the Debtors;

- Assisting and advising the Committee on tactics and strategies for negotiating with other stakeholders;

4

●       Attending meetings of the Committee with respect to matters on
which we have been engaged to advise the Committee;

●       Providing testimony, as necessary and as agreed upon between
Jefferies and the Committee, with respect to matters on which we have been engaged to
advise the Committee in any proceeding before the Bankruptcy Court; and

●       Rendering such other advisory services as may from time to time
be agreed upon by the Committee and Jefferies, including, but not limited to, providing
expert testimony, and other expert support related to any threatened, expected, or initiated
litigation.

    6.       Jefferies Group is a global investment banking firm with broad
activities covering trading in equities, convertible securities and corporate bonds in
addition to its investment banking and financial advisory practice. With more than 80,000
customer accounts around the world, it is possible that one of its clients or a counter-party
to a security transaction may hold a claim or otherwise is a party-in-interest in these
chapter 11 cases. Furthermore, as a major market maker in equity securities as well as a
major trader of corporate bonds and convertible securities, Jefferies regularly enters into
securities transactions with other registered broker-dealers as a part of its daily activities.
Some of these counter-parties may be creditors of the Debtors. Jefferies believes none of
these business relationships constitute interests materially adverse to the Committee
herein with respect to matters upon which Jefferies is to be employed, and none are in
connection with these cases. As further explained in the Supplemental Conflict
Disclosure, Jefferies has informed the Committee that, during its engagement in these
cases, it will not trade in any securities of the Debtors for or on its own account, and any

such trading on account of Jefferies' customers will be conducted only at clients' direction, with Jefferies acting solely as such clients' agent.

## FEE PROCEDURE ORDER

7.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

8.      In particular, the Interim Compensation Procedures Order provides that upon the expiration of twenty (20) days after the service of a monthly interim fee application, a Professional (as defined in the Interim Compensation Procedures Order) may file a Certificate of No Objection with the Court, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of (a) 80 percent of the fees and 100 percent of the expenses requested in such monthly interim fee application and (b) 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

9.      Jefferies seeks monthly allowance of fees for professional services rendered to the Committee during the Application Period in the amount of $160,000.00, representing 80% of the total monthly fee ($200,000.00), and reimbursement of expenses incurred in connection with the rendition of such services in the amount of $2,182.44.

10.      Although Jefferies, in line with market convention, does not bill by the hour, Jefferies does seek to track hours in an effort to provide certain restructuring clients with visibility into restructuring professional hours expended.  Accordingly,

6

Jefferies estimates that its restructuring professionals expended a total of 224 hours during the Application Period. Moreover, Jefferies' record of restructuring professional hours excludes time spent by other employees of the company, including for example, employees with capital markets or relevant industry expertise outside of the restructuring group, who have allocated time to these cases from time to time.

11.    The fees charged by Jefferies during the Application Period have been billed in accordance with the Retention Application, Jefferies' approved engagement letter with the Committee dated as of February 1, 2009 (the "Engagement Letter"), and the Interim Compensation Procedures Order, and is comparable to those fees charged by Jefferies for professional services rendered in similar bankruptcy and non-bankruptcy related matters. Such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy transactions in the competitive national financial advisory market.

12.    Annexed hereto as Exhibit "A" is Jefferies' invoice for the Application Period.

13.    Annexed hereto as Exhibit "B" is a schedule specifying categories of expenses for which Jefferies is seeking reimbursement and the total amount of expenses requested in each such expense category.

14.    Annexed hereto as Exhibit "C" is a summary of Jefferies' time records for the Application Period. As set forth in the Retention Application, it is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis. Jefferies' restructuring professionals, when formally retained in chapter 11

cases and when required by local rules, do, and in these cases have, kept time records describing their general daily activities, the identity of restructuring professionals who performed such activities, and the estimated amount of time expended on such activities on a daily basis. Jefferies' restructuring personnel do not maintain their time records on a "project category" basis. For Jefferies to recreate the time for its restructuring personnel and require its non-restructuring personnel to record their time as prescribed by the Local Rules would be, in each case, unduly burdensome and time consuming.

15.    There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

## NOTICE

16.    This Application has been provided to the Notice Parties pursuant to the Interim Compensation Procedures Order. Jefferies submits that no other or further notice need be provided.

WHEREFORE, pursuant to the terms of the Interim Compensation Procedures Order and the Retention Order, Jefferies requests payment for services rendered on behalf of the Committee during the Application Period in the total amount of $202,182.44, and immediate payment of $162,182.44 representing 80% of the total monthly fees ($160,000.00) and 100% of expenses incurred ($2,182.44).

Dated: June 1, 2011

JEFFERIES & CO., INC.

By: _____

Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY 10022
(212) 323-3918

Financial Advisor to the Official
Committee of Unsecured Creditors

Exhibit A

# Jefferies

*INVOICE*

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: IB7376v
Invoice Date: 05/19/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Tim Burling, Flextronics Corporation
            Committee Chairman

Re:        Investment Banking Services

| For services rendered in accordance with our engagement letter dated February 01, 2009 | |
|---|---|

| | |
|---|---|
| *Monthly Fee:* | |
| February 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| Total Fee: | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $392.15 |
| Meals | $97.71 |
| Transportation - Air | $1,435.70 |
| Transportation - Ground | $256.88 |
| Total Out-of-Pocket Expenses: | $2,182.44 |

| TOTAL DUE | $162,182.44 |
|---|---|

**Payment Details**

<u>Wire Instructions</u>

Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Reference:     NOR250-IB7376v- Nortel

<u>Check Payment Instructions</u>

Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
February 1, 2011 – February 28, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $392.15 |
| Meals | $97.71 |
| Transportation – Air | $1,435.70 |
| Transportation – Ground | $256.88 |
| Total | $2,182.44 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | 50% Charge One-Way Business Class Flight SF to NYC | 12/21/2010 | $690.35 |
| MICHAEL J HENKIN | Transportation - Air | 50% Charge One-Way Business Class Flight NYC to SF | 12/31/2010 | $745.35 |
| CARY S. VERASCO | Meals | Overtime Meal | 1/3/2011 | $24.71 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 1/5/2011 | $110.07 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 1/5/2011 | $18.98 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 1/5/2011 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 1/5/2011 | $11.07 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 1/5/2011 | $10.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 1/6/2011 | $110.07 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 1/6/2011 | $18.98 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 1/6/2011 | $58.00 |
| MICHAEL J HENKIN | Meals | Overtime Meal | 1/6/2011 | $25.42 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 1/7/2011 | $110.07 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 1/7/2011 | $18.98 |
| MICHAEL J HENKIN | Transportation - Ground | Gas Mileage - Drove to Work | 1/7/2011 | $17.85 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 1/8/2011 | $11.45 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 1/9/2011 | $66.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 1/22/2011 | $8.40 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 1/23/2011 | $8.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 1/24/2011 | $10.32 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 1/29/2011 | $9.43 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi - Office to Home | 1/29/2011 | $10.80 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 1/30/2011 | $7.56 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi - Office to Home | 1/30/2011 | $9.36 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/4/2011 | $9.80 |
| ALEXANDER V. ROHAN | Meals | Overtime Meal | 2/4/2011 | $25.06 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/6/2011 | $12.36 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/7/2011 | $8.90 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/8/2011 | $9.30 |
| Total: | | | | $2,182.44 |

14

Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
February 1, 2011 - February 28, 2011

| Name | Position | Hours Worked |
|------|----------|-------------|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 25.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 5.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 10.0 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 80.0 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 6.8 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 15.8 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 41.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 21.0 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 19.0 |
| | **Total** | **224.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|--|--|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

16

Jefferies & Company, Inc.
February 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Michael Henkin** | | | |
| Michael Henkin | 2/1/2011 | 1.00 | Communication with Jefco Team,Akin,Capstone re: IP and case issues |
| Michael Henkin | 2/2/2011 | 1.00 | Call with Akin,Capstone,Frazier re: UCC call prep and M&A issues |
| Michael Henkin | 2/3/2011 | 4.50 | Meeting at Akin,UCC call; work on IP address and IP sales issues |
| Michael Henkin | 2/7/2011 | 1.00 | Call with FTI,JEF,Akin re: proceeds allocations and case issues |
| Michael Henkin | 2/8/2011 | 2.50 | Call with Akin,Capstone,Jefco Team and Frasier re: UCC call prep; review IP materials and IP related documents |
| Michael Henkin | 2/9/2011 | 1.50 | UCC call and follow-up communication with Jefco Team,Capstone and Akin re: IP issues. |
| Michael Henkin | 2/11/2011 | 2.00 | Review IP related documents and related communication with Akin and Capstone |
| Michael Henkin | 2/14/2011 | 1.25 | UCC call re: IP issues |
| Michael Henkin | 2/14/2011 | 2.50 | Calls with Capstone,Akin and Jefco Team re: IP issues and related document review. |
| Michael Henkin | 2/16/2011 | 1.00 | Communication with Capstone,Akin and Jefco Team re: allocation issues and IP sale process |
| Michael Henkin | 2/17/2011 | 0.50 | Communication with JEF and Capstone teams re: LP sale issues and review related documents |
| Michael Henkin | 2/21/2011 | 1.00 | Review financial and allocation info |
| Michael Henkin | 2/23/2011 | 1.00 | Prep call with Akin,Jef UCE |
| Michael Henkin | 2/24/2011 | 1.00 | Call with Jef team and review allocation docs |
| Michael Henkin | 2/24/2011 | 1.50 | UCE call |
| Michael Henkin | 2/26/2011 | 2.00 | Review Ashurst memo and communcations with Akin and Capstone re: EMEA allocation issues |
| **February 2011 Summary Hours for Michael Henkin** | | **25.25** | |
| | | | |
| **Phil Berkowitz** | | | |
| Phil Berkowitz | 2/8/2011 | 1.00 | Review IP materials |
| Phil Berkowitz | 2/9/2011 | 1.00 | Review materials re: IP |
| Phil Berkowitz | 2/14/2011 | 1.25 | UCC call re: IP issues |
| Phil Berkowitz | 2/23/2011 | 1.00 | Prep call |
| Phil Berkowitz | 2/24/2011 | 1.00 | Committee Call |
| **February 2011 Summary Hours for Phil Berkowitz** | | **5.25** | |
| | | | |
| **Alex Rohan** | | | |
| Alex Rohan | 2/1/2011 | 2.00 | Review internal correspondence and documents re: allocation; internal discussions with team |
| Alex Rohan | 2/2/2011 | 2.50 | Review background of case; call with professionals; review court filings |
| Alex Rohan | 2/3/2011 | 4.50 | Review docket and court filings; research background; call with professionals; review IP sale documents |
| Alex Rohan | 2/4/2011 | 1.50 | Review historical analysis and documents |
| Alex Rohan | 2/7/2011 | 2.50 | Review allocation documentation and background; review industry research |
| Alex Rohan | 2/8/2011 | 3.00 | Prepare for pre-call with advisors; call with professionals re: UCC call; review IP information |
| Alex Rohan | 2/9/2011 | 2.00 | prepare for and attend UCC call and post-call discussions; internal discussions re: same |
| Alex Rohan | 2/10/2011 | 2.00 | Internal meeting/discussion re case status and work plan |
| Alex Rohan | 2/11/2011 | 1.00 | review documents re: IP assets; internal discussion re same |
| Alex Rohan | 2/14/2011 | 2.50 | review docket and court filings; UCC call and professionals call |
| Alex Rohan | 2/15/2011 | 1.50 | review emails and correspondence re: IP assets and allocation issues |
| Alex Rohan | 2/16/2011 | 1.50 | Industry research; internal discussions re: case status |
| Alex Rohan | 2/17/2011 | 1.00 | Internal discussions re: case status and IP sale |
| Alex Rohan | 2/21/2011 | 3.50 | draft, review and revise update for UCC re: sale process; internal discussions re same |
| Alex Rohan | 2/22/2011 | 4.50 | review and revise sale update; review previous presentations and analysis |
| Alex Rohan | 2/23/2011 | 3.50 | revise sale update; participate in UCC pre-call; prepare for UK trip re: pension meetings |
| Alex Rohan | 2/24/2011 | 4.00 | prepare for and participate in UCC call; internal discussions; review materials re:UK trip |
| Alex Rohan | 2/25/2011 | 4.50 | review allocation documents and mediation submissions |
| Alex Rohan | 2/26/2011 | 13.00 | travel to UK from NY; review mediation and allocation documents |
| Alex Rohan | 2/27/2011 | 6.50 | travel to UK from NY; review mediation documents; prepare for meetings |
| Alex Rohan | 2/28/2011 | 13.00 | review materials for meetings; travel; pre-meeting; meeting with pension parties/advisors; post meetings |
| **February 2011 Summary Hours for Alex Rohan** | | **80.00** | |
| | | | |
| **Leo Chang** | | | |
| Leo Chang | 2/1/2011 | 1.00 | Communication with Jefco Team,Akin,Capstone re: IP and case issues |
| Leo Chang | 2/4/2011 | 2.50 | Review IP related documents |
| Leo Chang | 2/6/2011 | 2.50 | Review IP materials and IP related documents |
| Leo Chang | 2/7/2011 | 1.00 | Call with FTI,JEF,Akin re: proceeds allocations and case issues |
| Leo Chang | 2/8/2011 | 2.50 | Call with Akin,Capstone,Jefco Team and Frasier re: UCC call prep |
| Leo Chang | 2/10/2011 | 0.50 | Internal update meeting |
| **February 2011 Summary Hours for Leo Chang** | | **10.00** | |
| | | | |
| **Gaurav Kittur** | | | |
| Gaurav Kittur | 2/8/2011 | 2.00 | Review IP materials |
| Gaurav Kittur | 2/9/2011 | 1.50 | Review and discuss IP materials |
| Gaurav Kittur | 2/14/2011 | 1.25 | UCC call on IP issues |
| Gaurav Kittur | 2/23/2011 | 1.00 | Prep call |
| Gaurav Kittur | 2/24/2011 | 1.00 | Committee Call |
| **February 2011 Summary Hours for Gaurav Kittur** | | **6.75** | |

17

*Paul Zangrilli*

| Paul Zangrilli | 2/8/2011 | 2.00 | Review IP materials and documents |
|---|---|---|---|
| Paul Zangrilli | 2/9/2011 | 1.50 | Review materials |
| Paul Zangrilli | 2/10/2011 | 2.00 | Internal update meeting |
| Paul Zangrilli | 2/14/2011 | 1.25 | UCC call re: IP issues |
| Paul Zangrilli | 2/21/2011 | 2.00 | Prepare sale update for Committee |
| Paul Zangrilli | 2/22/2011 | 2.50 | Prepare sale update for Committee |
| Paul Zangrilli | 2/23/2011 | 1.50 | Prepare sale update for Committee, Committee pre call |
| Paul Zangrilli | 2/23/2011 | 1.00 | Prep call with Akin,Jef UCE |
| Paul Zangrilli | 2/24/2011 | 2.00 | Pre-call, Committee Call |

**February 2011 Summary Hours for Paul Zangrilli        15.75**

*Rory Keenan*

| Rory Keenan | 2/2/2011 | 1.50 | Call with professionals |
|---|---|---|---|
| Rory Keenan | 2/3/2011 | 5.00 | Professionals pre-Comm, review allocation analysis, review IPA process materials |
| Rory Keenan | 2/8/2011 | 4.50 | Prof pre- Committee Call, Review settlement term sheet and related materials |
| Rory Keenan | 2/9/2011 | 1.00 | Committee Call |
| Rory Keenan | 2/10/2011 | 2.00 | Internal update meeting |
| Rory Keenan | 2/17/2011 | 1.00 | Internal discussions re: case status and IP sale |
| Rory Keenan | 2/18/2011 | 2.00 | Review IP Sale materials |
| Rory Keenan | 2/21/2011 | 4.00 | Prepare sale update for Committee |
| Rory Keenan | 2/22/2011 | 7.00 | Prepare sale update for Committee |
| Rory Keenan | 2/23/2011 | 3.50 | Prepare sale update for Committee, Committee pre call |
| Rory Keenan | 2/24/2011 | 3.50 | Committee pre-call, Committee call, Jefferies meeting on allocation |
| Rory Keenan | 2/25/2011 | 5.00 | Review allocation model.  Call with Lazard. Prepare update for UCC |
| Rory Keenan | 2/28/2011 | 1.00 | Review materials |

**February 2011 Summary Hours for Rory Keenan        41.00**

*Cary Verasco*

| Cary Verasco | 2/1/2011 | 2.00 | Review internal correspondence and documents re: allocation; internal discussions with team |
|---|---|---|---|
| Cary Verasco | 2/2/2011 | 2.50 | Review background of case; call with professionals; review court filings |
| Cary Verasco | 2/3/2011 | 4.50 | Review docket and court filings; research background; call with professionals; review IP sale documents |
| Cary Verasco | 2/4/2011 | 1.50 | Review historical analysis and documents |
| Cary Verasco | 2/7/2011 | 2.50 | Review allocation documentation and background; review industry research |
| Cary Verasco | 2/8/2011 | 3.00 | Prepare for pre-call with advisors; call with professionals re: UCC call; review IP information |
| Cary Verasco | 2/9/2011 | 2.00 | prepare for and attend UCC call and post-call discussions; internal discussions re: same |
| Cary Verasco | 2/10/2011 | 2.00 | Internal meeting/discussion re case status and work plan |
| Cary Verasco | 2/11/2011 | 1.00 | review documents re: IP assets; internal discussion re same |

**February 2011 Summary Hours for Cary Verasco        21.00**

*Michael Moran*

| Michael Moran | 2/22/2011 | 7.00 | Prepare sale update for Committee |
|---|---|---|---|
| Michael Moran | 2/23/2011 | 3.50 | Prepare sale update for Committee, Committee pre call |
| Michael Moran | 2/24/2011 | 3.50 | Committee pre-call, Committee call, Jefferies meeting on allocation |
| Michael Moran | 2/25/2011 | 5.00 | Review allocation model.  Call with Lazard. Prepare update for UCC |

**February 2011 Summary Hours for Michael Moran        19.00**

18

**VERIFICATION**

Leon Szlezinger, after being duly sworn according to law, deposes and says:

a)    I am a professional with the applicant firm, Jefferies & Company, Inc.

b)    I am familiar with the work performed on behalf of the Committee by
the professionals and paraprofessionals in the firm.

c)    I have reviewed the foregoing Application and the facts set forth
therein are true and correct to the best of my knowledge, information
and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and
submit that the Application substantially complies with such rule and
Interim Compensation Procedures Order.

Dated: June 1, 2011

JEFFERIES & CO., INC.

By: _____
        Leon Szlezinger
        Managing Director
520 Madison Avenue, 7th Floor
New York, NY  10022
(212) 323-3918

Financial Advisor to the Official
Committee of Unsecured Creditors

19