UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### TWENTY-SIXTH MONTHLY FEE APPLICATION OF JEFFERIES & COMPANY, INC., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | February 1, 2009 |
| Period for which Compensation and Reimbursement are sought: | March 1, 2011 through March 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $200,000.00): | $160,000.00 |
| Amount of Compensation held back: | $40,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $12,294.63 |

This is a(n) __x__ interim ___ final fee application.

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc..

Jefferies & Company, Inc. (the "Jefferies"), has today filed this Twenty-Sixth Monthly Fee Application (the "Application") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), for the period March 1, 2011 through March 31, 2011 (the "Application Period") under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1997 (the "U.S. Trustee Guidelines") and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Docket No. 222) (the "Interim Compensation Procedures Order"). In support of this Application, Jefferies represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed in these chapter 11 cases.

3. On January 26, 2009 the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## JEFFERIES RETENTION

4. In accordance with the Court's order entered on March 5, 2009 granting Jefferies' retention effective February 1, 2009 (the "Retention Order"), Jefferies "shall be excused from maintaining time records as set forth in Local Rule 2016 in connection with the services rendered pursuant to the Engagement Letter; instead, Jefferies shall be permitted to maintain summary time records in half-hour increments in connection with the services to be rendered pursuant to the Engagement Letter beginning on February 1, 2009." During the Application Period, Jefferies professionals expended time for services as illustrated in Exhibit C.

5. During the Application Period, Jefferies performed significant services on behalf of the Committee, including, but not limited to:

3

- Becoming familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, assets, financial condition and prospects of the Debtors;

- Providing a valuation analysis of the Company if requested, the form of which will be agreed upon by Jefferies and the Company, and provide expert testimony relating to any such valuation;

- Advising the Committee on the current state of the restructuring and capital markets;

- Assisting and advising the Committee in examining and analyzing any potential or proposed strategy for restructuring, amending, redeeming or otherwise adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, any sale under section 363 of chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), a liquidation, or otherwise (the "Restructuring"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

- Assisting and advising the Committee in evaluating and analyzing the proposed implementation of any Restructuring, including the value of the securities, if any, that may be issued under any plan of reorganization;

- Assisting and advising the Committee in evaluating potential financing transactions by the Debtors;

- Assisting and advising the Committee on tactics and strategies for negotiating with other stakeholders;

- Attending meetings of the Committee with respect to matters on which we have been engaged to advise the Committee;

- Providing testimony, as necessary and as agreed upon between Jefferies and the Committee, with respect to matters on which we have been engaged to advise the Committee in any proceeding before the Bankruptcy Court; and

- Rendering such other advisory services as may from time to time be agreed upon by the Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert support related to any threatened, expected, or initiated litigation.

6. Jefferies Group is a global investment banking firm with broad activities covering trading in equities, convertible securities and corporate bonds in addition to its investment banking and financial advisory practice. With more than 80,000 customer accounts around the world, it is possible that one of its clients or a counter-party to a security transaction may hold a claim or otherwise is a party-in-interest in these chapter 11 cases. Furthermore, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities. Some of these counter-parties may be creditors of the Debtors. Jefferies believes none of these business relationships constitute interests materially adverse to the Committee herein with respect to matters upon which Jefferies is to be employed, and none are in connection with these cases. As further explained in the Supplemental Conflict Disclosure, Jefferies has informed the Committee that, during its engagement in these cases, it will not trade in any securities of the Debtors for or on its own account, and any

such trading on account of Jefferies' customers will be conducted only at clients' direction, with Jefferies acting solely as such clients' agent.

### FEE PROCEDURE ORDER

7. On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

8. In particular, the Interim Compensation Procedures Order provides that upon the expiration of twenty (20) days after the service of a monthly interim fee application, a Professional (as defined in the Interim Compensation Procedures Order) may file a Certificate of No Objection with the Court, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of (a) 80 percent of the fees and 100 percent of the expenses requested in such monthly interim fee application and (b) 80 percent of the fees and 100 percent of the expenses not subject to an objection.

### RELIEF REQUESTED

9. Jefferies seeks monthly allowance of fees for professional services rendered to the Committee during the Application Period in the amount of $160,000.00, representing 80% of the total monthly fee ($200,000.00), and reimbursement of expenses incurred in connection with the rendition of such services in the amount of $12,294.63.

10. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies does seek to track hours in an effort to provide certain restructuring clients with visibility into restructuring professional hours expended. Accordingly,

Jefferies estimates that its restructuring professionals expended a total of 264 hours during the Application Period. Moreover, Jefferies' record of restructuring professional hours excludes time spent by other employees of the company, including for example, employees with capital markets or relevant industry expertise outside of the restructuring group, who have allocated time to these cases from time to time.

11. The fees charged by Jefferies during the Application Period have been billed in accordance with the Retention Application, Jefferies' approved engagement letter with the Committee dated as of February 1, 2009 (the "Engagement Letter"), and the Interim Compensation Procedures Order, and is comparable to those fees charged by Jefferies for professional services rendered in similar bankruptcy and non-bankruptcy related matters. Such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy transactions in the competitive national financial advisory market.

12. Annexed hereto as Exhibit "A" is Jefferies' invoice for the Application Period.

13. Annexed hereto as Exhibit "B" is a schedule specifying categories of expenses for which Jefferies is seeking reimbursement and the total amount of expenses requested in each such expense category.

14. Annexed hereto as Exhibit "C" is a summary of Jefferies' time records for the Application Period. As set forth in the Retention Application, it is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis. Jefferies' restructuring professionals, when formally retained in chapter 11

cases and when required by local rules, do, and in these cases have, kept time records describing their general daily activities, the identity of restructuring professionals who performed such activities, and the estimated amount of time expended on such activities on a daily basis. Jefferies' restructuring personnel do not maintain their time records on a "project category" basis. For Jefferies to recreate the time for its restructuring personnel and require its non-restructuring personnel to record their time as prescribed by the Local Rules would be, in each case, unduly burdensome and time consuming.

15. There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

## NOTICE

16. This Application has been provided to the Notice Parties pursuant to the Interim Compensation Procedures Order. Jefferies submits that no other or further notice need be provided.

WHEREFORE, pursuant to the terms of the Interim Compensation Procedures Order and the Retention Order, Jefferies requests payment for services rendered on behalf of the Committee during the Application Period in the total amount of $212,294.63, and immediate payment of $172,294.63 representing 80% of the total monthly fees ($160,000.00) and 100% of expenses incurred ($12,294.63).

Dated: June 1, 2011

JEFFERIES & CO., INC.

By: _____
Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY 10022
(212) 323-3918

Financial Advisor to the Official
Committee of Unsecured Creditors

Exhibit A

## Jefferies
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: IB7457v
Invoice Date: 05/25/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| March 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| Total Fee: | $160,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $1,344.46 |
| Meals | $786.21 |
| Phone/Fax | $124.82 |
| Printing Services | $81.00 |
| Transportation - Air | $9,196.90 |
| Transportation - Ground | $761.24 |
| Total Out-of-Pocket Expenses: | $12,294.63 |

**TOTAL DUE: $172,294.63**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-IB7457v- Nortel

# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
March 1, 2011 – March 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,344.46 |
| Meals | $786.21 |
| Phone / Fax | $124.82 |
| Printing Services | $81.00 |
| Transportation – Air | $9,196.90 |
| Transportation – Ground | $761.24 |
| Total | $12,294.63 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service - Office to Home | 2/8/2011 | $88.74 |
| PATRICK T. MORROW | Meals | Overtime Meal | 2/8/2011 | $5.33 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service - Office to Home | 2/9/2011 | $95.88 |
| LEO J. CHANG | Transportation - Ground | OT Taxi - Office to Home | 2/10/2011 | $8.40 |
| PATRICK T. MORROW | Meals | Overtime Meal | 2/15/2011 | $24.81 |
| RORY KEENAN | Transportation - Ground | Taxi - Office to Meeting | 2/17/2011 | $19.45 |
| RORY KEENAN | Meals | Overtime Meal | 2/18/2011 | $23.01 |
| MICHAEL MORAN | Meals | Overtime Meal | 2/22/2011 | $24.81 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 2/22/2011 | $23.14 |
| MICHAEL MORAN | Meals | Overtime Meal | 2/23/2011 | $25.06 |
| MICHAEL MORAN | Meals | Overtime Meal | 2/24/2011 | $24.81 |
| ALEXANDER V ROHAN | Transportation - Air | Roundtrip Business Class Flight - NYC to London | 2/25/2011 | $5,203.60 |
| RORY KEENAN | Meals | Overtime Meal | 2/25/2011 | $25.50 |
| ALEXANDER V ROHAN | Accommodations | Hotel Room | 2/26/2011 | $373.47 |
| ALEXANDER V ROHAN | Accommodations | Hotel Tax | 2/26/2011 | $74.69 |
| ALEXANDER V ROHAN | Transportation - Ground | Car Service - Home to Airport | 2/26/2011 | $129.03 |
| ALEXANDER V ROHAN | Accommodations | Hotel Tax | 2/27/2011 | $74.69 |
| ALEXANDER V ROHAN | Accommodations | Hotel Room | 2/27/2011 | $373.46 |
| ALEXANDER V ROHAN | Meals | Meal While Traveling | 2/27/2011 | $70.96 |
| ALEXANDER V ROHAN | Meals | Meal While Traveling | 2/27/2011 | $13.28 |
| ALEXANDER V ROHAN | Phone / Fax | Internet Access Fees | 2/27/2011 | $16.52 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Airport to Hotel | 2/27/2011 | $128.98 |
| ALEXANDER V ROHAN | Accommodations | Hotel Room | 2/28/2011 | $373.46 |
| ALEXANDER V ROHAN | Accommodations | Hotel Tax | 2/28/2011 | $74.69 |
| ALEXANDER V ROHAN | Meals | Meal While Traveling | 2/28/2011 | $27.07 |
| ALEXANDER V ROHAN | Meals | Meal While Traveling | 2/28/2011 | $27.07 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Hotel to Meeting | 2/28/2011 | $29.02 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Meeting to Hotel | 2/28/2011 | $17.73 |
| RORY KEENAN | Meals | Overtime Meal | 2/28/2011 | $25.21 |
| ALEXANDER V ROHAN | Meals | Meal While Traveling | 3/1/2011 | $57.70 |
| ALEXANDER V ROHAN | Phone / Fax | Internet Access Fees | 3/1/2011 | $16.52 |
| ALEXANDER V ROHAN | Transportation - Air | One-Way Business Class Flight - London to NYC | 3/1/2011 | $3,993.30 |
| ALEXANDER V ROHAN | Transportation - Ground | Car Service - Airport to Home | 3/1/2011 | $139.74 |
| ALEXANDER V ROHAN | Transportation - Ground | Train to Heathrow Airport | 3/1/2011 | $29.88 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi- Hotel to Meeting | 3/1/2011 | $16.17 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Meeting to Hotel | 3/1/2011 | $29.11 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Hotel to Train to Airport | 3/1/2011 | $29.11 |
| MICHAEL J HENKIN | Phone / Fax | Calling Card Charge | 3/2/2011 | $91.78 |
| RORY KEENAN | Meals | Overtime Meal | 3/2/2011 | $25.36 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/3/2011 | $25.50 |
| RORY KEENAN | Meals | Overtime Meal | 3/4/2011 | $25.50 |
| RORY KEENAN | Meals | Overtime Meal | 3/7/2011 | $24.08 |
| RORY KEENAN | Meals | Overtime Meal | 3/9/2011 | $25.49 |
| MICHAEL MORAN | Meals | Overtime Meal | 3/11/2011 | $25.06 |
| ALEXANDER V ROHAN | Meals | Overtime Meal | 3/11/2011 | $25.50 |
| RORY KEENAN | Meals | Overtime Meal | 3/11/2011 | $25.50 |
| RORY KEENAN | Meals | Overtime Meal | 3/13/2011 | $18.08 |
| RORY KEENAN | Meals | Overtime Meal | 3/16/2011 | $24.86 |
| ALEXANDER V ROHAN | Meals | Overtime Meal | 3/18/2011 | $24.85 |
| RORY KEENAN | Meals | Overtime Meal | 3/21/2011 | $25.36 |
| MICHAEL MORAN | Meals | Overtime Meal | 3/22/2011 | $24.81 |
| MICHAEL MORAN | Meals | Overtime Meal | 3/23/2011 | $25.41 |
| RORY KEENAN | Meals | Overtime Meal | 3/25/2011 | $24.98 |
| RORY KEENAN | Meals | Overtime Meal | 3/27/2011 | $18.11 |
| AHMED MASTAFA | Printing Services | Print Client Documents | 4/5/2011 | $81.00 |
| Total: | | | | $12,294.63 |

Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
March 1, 2011 - March 31, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 21.0 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 6.0 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 82.5 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 9.0 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 17.0 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 89.0 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 39.5 |
| | **Total** | **264.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
March 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 3/1/2011 | 1.00 | Review communications w/Akin,Capstone re: LP,mediation issues and related docs |
| Michael Henkin | 3/3/2011 | 1.00 | Review mediation docs and communication with Akin,Jef re: mediation,LP issues |
| Michael Henkin | 3/4/2011 | 1.00 | Communication with Akin,Capstone and doc review re: claims issues |
| Michael Henkin | 3/6/2011 | 1.00 | Review mediation and due diligence documents |
| Michael Henkin | 3/7/2011 | 1.00 | Review UK pension-related documents |
| Michael Henkin | 3/9/2011 | 1.00 | review UCE materials; mediation-related documents |
| Michael Henkin | 3/16/2011 | 1.00 | Communication with Akin and JEF team re: mediation and related document review |
| Michael Henkin | 3/17/2011 | 4.50 | UCC call |
| Michael Henkin | 3/18/2011 | 1.00 | Review correspondence with Akin,Ashurst and related documents re: UK pension issues and allocation |
| Michael Henkin | 3/20/2011 | 1.00 | Review allocation-related materials |
| Michael Henkin | 3/22/2011 | 1.50 | Call with JEF team member re: allocation,case issues and review UCC call materials |
| Michael Henkin | 3/23/2011 | 1.50 | UCC call and related document review |
| Michael Henkin | 3/24/2011 | 2.00 | Allocation document review |
| Michael Henkin | 3/29/2011 | 1.50 | UCC call |
| Michael Henkin | 3/31/2011 | 1.00 | Review allocation documents and call with JEF team re: allocation,IP sale issues |
| **March 2011 Summary Hours for Michael Henkin** | | **21.00** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 3/2/2011 | 2.00 | Pre-call and UCC call |
| Phil Berkowitz | 3/10/2011 | 1.00 | Review materials on IP |
| Phil Berkowitz | 3/12/2011 | 1.00 | Internal IP discussion / review |
| Phil Berkowitz | 3/16/2011 | 0.50 | IP discussion |
| Phil Berkowitz | 3/23/2011 | 1.50 | UCC Call and preparation |
| **March 2011 Summary Hours for Phil Berkowitz** | | **6.00** | |
| | | | |
| *Alex Rohan* | | | |
| Alex Rohan | 3/1/2011 | 18.50 | Pre-meeting discussions; meeting with UK administrator; travel; meeting with pension parties/advisors |
| Alex Rohan | 3/2/2011 | 2.50 | Review emails re: weekly UCC call and report to UCC; review update from meetings and sale process |
| Alex Rohan | 3/4/2011 | 3.50 | Review emails re: negotiation and sale issues; review documents and notes from UK meeting; internal |
| Alex Rohan | 3/5/2011 | 1.00 | Review emails and attachments re: allocation issues |
| Alex Rohan | 3/7/2011 | 5.50 | Internal discussions re: advisor call; discussions re: sale process; internal discussions re: same; review documents |
| Alex Rohan | 3/8/2011 | 4.50 | Review allocation materials; prepare fro meeting and call with professionals; attend UCC meeting |
| Alex Rohan | 3/9/2011 | 9.00 | Prepare for meetings with debtors; internal discussions same; internal discussions re UK trip and asset sale; travel and meetings with advisors and travel to debtors meeting and participate in same |
| Alex Rohan | 3/10/2011 | 3.50 | Prepare for and participate in UCC call; internal discussions re: same |
| Alex Rohan | 3/11/2011 | 5.00 | Meeting with professionals re: mediation; call with capstone re debtors schedules |
| Alex Rohan | 3/12/2011 | 1.00 | Review schedules and documents; review and respond to emails |
| Alex Rohan | 3/14/2011 | 4.50 | Prepare for advisor meeting; attend and participate in same; post meeting discussions and review of notes |
| Alex Rohan | 3/16/2011 | 2.50 | Review case documents and notes from previous meetings; summarize same; prepare for UCC meeting |
| Alex Rohan | 3/17/2011 | 6.00 | Prepare for and participate in UCC meeting; review notes re: same |
| Alex Rohan | 3/18/2011 | 4.00 | Prepare for and participate in video/tele conference with French administrators |
| Alex Rohan | 3/21/2011 | 2.50 | Review financial analysis and IP documents; correspond with professionals |
| Alex Rohan | 3/22/2011 | 3.00 | Meetings with advisors and internal discussions re: case status |
| Alex Rohan | 3/23/2011 | 2.00 | Prepare for and participate in UCC call; internal discussions re: same |
| Alex Rohan | 3/24/2011 | 1.00 | Review documents re: IP assets and allocation issues |
| Alex Rohan | 3/29/2011 | 2.00 | Prepare for and participate in UCC call; review notes; internal discussions |
| Alex Rohan | 3/31/2011 | 1.00 | Internal discussions with team re: allocation; review correspondence re same |
| **March 2011 Summary Hours for Alex Rohan** | | **82.50** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 3/1/2011 | 1.00 | Discussion with Lazard on IP |
| Gaurav Kittur | 3/2/2011 | 2.50 | Pre-call and UCC call |
| Gaurav Kittur | 3/10/2011 | 2.00 | UCC Call and preparation |
| Gaurav Kittur | 3/16/2011 | 0.50 | IP discussion |
| Gaurav Kittur | 3/23/2011 | 1.50 | UCC Call and preparation |
| Gaurav Kittur | 3/29/2011 | 1.50 | UCC Call and preparation |
| **March 2011 Summary Hours for Gaurav Kittur** | | **9.00** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 3/1/2011 | 1.00 | Discussion with Lazard re: IP update |
| Paul Zangrilli | 3/2/2011 | 1.00 | UCC preparation |
| Paul Zangrilli | 3/3/2011 | 2.50 | Pre-call and UCC call |
| Paul Zangrilli | 3/4/2011 | 1.50 | Calls and emails with profs re: auction |
| Paul Zangrilli | 3/6/2011 | 2.00 | Review documentation |
| Paul Zangrilli | 3/10/2011 | 2.00 | UCC Call and preparation |
| Paul Zangrilli | 3/12/2011 | 2.00 | Work/Communication on IP sale |
| Paul Zangrilli | 3/15/2011 | 1.00 | Review documentation |
| Paul Zangrilli | 3/16/2011 | 0.50 | Internal discussion / correspondence re: IP |
| Paul Zangrilli | 3/18/2011 | 0.50 | Review documentation |
| Paul Zangrilli | 3/23/2011 | 1.50 | UCC Call and preparation |
| Paul Zangrilli | 3/29/2011 | 1.50 | UCC Call and preparation |
| **March 2011 Summary Hours for Paul Zangrilli** | | **17.00** | |

| Name | Date | Hours | Description |
|---|---|---|---|
| *Rory Keenan* | | | |
| Rory Keenan | 3/1/2011 | 4.00 | Call with Lazard. Prepare update for UCC. Internal review with Tech team. Review update with other |
| Rory Keenan | 3/2/2011 | 3.50 | Prepare UCC update. UCC professional pre-call, UCC call. |
| Rory Keenan | 3/3/2011 | 2.00 | Communications with other professionals on IP sale. Review of documentation. |
| Rory Keenan | 3/4/2011 | 3.50 | Calls, emails with UCC profs re: auction |
| Rory Keenan | 3/6/2011 | 3.50 | Communications with other professionals on IP sale. Review of Project Pluto documentation |
| Rory Keenan | 3/7/2011 | 4.00 | Review of mediation documentation. Participation on IP sale call |
| Rory Keenan | 3/8/2011 | 5.00 | UCC Professionals meetings - settlment negotiations. Analysis of Transaction Closing documentation |
| Rory Keenan | 3/9/2011 | 2.00 | Reviews claims information |
| Rory Keenan | 3/10/2011 | 4.00 | UCC Call and preparation |
| Rory Keenan | 3/11/2011 | 4.50 | Profesionals meeting on mediation. |
| Rory Keenan | 3/12/2011 | 3.50 | Professionsals communication on IP sale |
| Rory Keenan | 3/13/2011 | 2.50 | Review sale documentation |
| Rory Keenan | 3/14/2011 | 4.00 | UCC Professionals meetings - settlment negotiations. Review of documentation. |
| Rory Keenan | 3/15/2011 | 3.00 | UCC Professionals call. Settlement negotations |
| Rory Keenan | 3/16/2011 | 8.00 | UCC professionals meetings with other estates; Review of sale documentation; Calculation of certain liabilities |
| Rory Keenan | 3/17/2011 | 3.00 | Diligence of sale WC adjustment (conference call, review materials) |
| Rory Keenan | 3/18/2011 | 1.50 | Review of sale documentation. Review of working capital adjustment |
| Rory Keenan | 3/20/2011 | 0.50 | Preparation of fee statement |
| Rory Keenan | 3/21/2011 | 3.00 | Review of documentation. Communication with professionals |
| Rory Keenan | 3/22/2011 | 10.00 | Meetings with other Estate professionals. Review of asset data |
| Rory Keenan | 3/23/2011 | 3.50 | Meetings with other Estate professionals. |
| Rory Keenan | 3/27/2011 | 5.50 | M&A analysis |
| Rory Keenan | 3/28/2011 | 5.00 | Committee pre-call, documentation review. Claims analysis. |
| **March 2011 Summary Hours for Rory Keenan** | | **89.00** | |
| | | | |
| *Michael Moran* | | | |
| Michael Moran | 3/7/2011 | 4.00 | Review of mediation documentation. Participation on IP sale call |
| Michael Moran | 3/8/2011 | 2.50 | Analysis of Transaction Closing documentation |
| Michael Moran | 3/11/2011 | 4.50 | Profesionals meeting on mediation. |
| Michael Moran | 3/14/2011 | 2.00 | Review of documentation. |
| Michael Moran | 3/15/2011 | 1.50 | UCC Professionals call. |
| Michael Moran | 3/16/2011 | 7.00 | Review of sale documentation. Calculation of certain liabilities |
| Michael Moran | 3/17/2011 | 3.00 | Diligence of sale WC adjustment (conference call, review materials) |
| Michael Moran | 3/18/2011 | 1.50 | Review of sale documentation. Review of working capital adjustment |
| Michael Moran | 3/22/2011 | 10.00 | Meetings with other Estate professionals. Review of asset data |
| Michael Moran | 3/23/2011 | 3.50 | Meetings with other Estate professionals. |
| **March 2011 Summary Hours for Michael Moran** | | **39.50** | |

18

## **VERIFICATION**

Leon Szlezinger, after being duly sworn according to law, deposes and says:

a)  I am a professional with the applicant firm, Jefferies & Company, Inc.

b)  I am familiar with the work performed on behalf of the Committee by the professionals and paraprofessionals in the firm.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule and Interim Compensation Procedures Order.

Dated: June 1, 2011

JEFFERIES & CO., INC.

By: _____
Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY  10022
(212) 323-3918

Financial Advisor to the Official
Committee of Unsecured Creditors