UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NORTEL NETWORKS INC., et al.,**[1] | **Case No. 09-10138 (KG)** |
| **Debtors.** | **Jointly Administered** |

**TWENTY-SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES &
COMPANY, INC., FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
<u>FOR THE PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | February 1, 2009 |
| Period for which Compensation and Reimbursement are sought: | April 1, 2011 through April 30, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $200,000.00): | $160,000.00 |
| Amount of Compensation held back: | $40,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,586.35 |

This is a(n)  _x_  interim ___ final fee application.

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc..

Jefferies & Company, Inc. (the "Jefferies"), has today filed this Twenty-Seventh Monthly Fee Application (the "Application") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), for the period April 1, 2011 through April 30, 2011 (the "Application Period") under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1997 (the "U.S. Trustee Guidelines") and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Docket No. 222) (the "Interim Compensation Procedures Order"). In support of this Application, Jefferies represents as follows:

2

## JURISDICTION

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.    On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed in these chapter 11 cases.

3.    On January 26, 2009 the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## JEFFERIES RETENTION

4.    In accordance with the Court's order entered on March 5, 2009 granting Jefferies' retention effective February 1, 2009 (the "Retention Order"), Jefferies "shall be excused from maintaining time records as set forth in Local Rule 2016 in connection with the services rendered pursuant to the Engagement Letter; instead, Jefferies shall be permitted to maintain summary time records in half-hour increments in connection with the services to be rendered pursuant to the Engagement Letter beginning on February 1, 2009." During the Application Period, Jefferies professionals expended time for services as illustrated in Exhibit C.

5.    During the Application Period, Jefferies performed significant services on behalf of the Committee, including, but not limited to:

3

- Becoming familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, assets, financial condition and prospects of the Debtors;

- Providing a valuation analysis of the Company if requested, the form of which will be agreed upon by Jefferies and the Company, and provide expert testimony relating to any such valuation;

- Advising the Committee on the current state of the restructuring and capital markets;

- Assisting and advising the Committee in examining and analyzing any potential or proposed strategy for restructuring, amending, redeeming or otherwise adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, any sale under section 363 of chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), a liquidation, or otherwise (the "Restructuring"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

- Assisting and advising the Committee in evaluating and analyzing the proposed implementation of any Restructuring, including the value of the securities, if any, that may be issued under any plan of reorganization;

- Assisting and advising the Committee in evaluating potential financing transactions by the Debtors;

- Assisting and advising the Committee on tactics and strategies for negotiating with other stakeholders;

●     Attending meetings of the Committee with respect to matters on which we have been engaged to advise the Committee;

●     Providing testimony, as necessary and as agreed upon between Jefferies and the Committee, with respect to matters on which we have been engaged to advise the Committee in any proceeding before the Bankruptcy Court; and

●     Rendering such other advisory services as may from time to time be agreed upon by the Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert support related to any threatened, expected, or initiated litigation.

6.     Jefferies Group is a global investment banking firm with broad activities covering trading in equities, convertible securities and corporate bonds in addition to its investment banking and financial advisory practice. With more than 80,000 customer accounts around the world, it is possible that one of its clients or a counter-party to a security transaction may hold a claim or otherwise is a party-in-interest in these chapter 11 cases. Furthermore, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities. Some of these counter-parties may be creditors of the Debtors. Jefferies believes none of these business relationships constitute interests materially adverse to the Committee herein with respect to matters upon which Jefferies is to be employed, and none are in connection with these cases. As further explained in the Supplemental Conflict Disclosure, Jefferies has informed the Committee that, during its engagement in these cases, it will not trade in any securities of the Debtors for or on its own account, and any

such trading on account of Jefferies' customers will be conducted only at clients' direction, with Jefferies acting solely as such clients' agent.

## FEE PROCEDURE ORDER

7.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

8.      In particular, the Interim Compensation Procedures Order provides that upon the expiration of twenty (20) days after the service of a monthly interim fee application, a Professional (as defined in the Interim Compensation Procedures Order) may file a Certificate of No Objection with the Court, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of (a) 80 percent of the fees and 100 percent of the expenses requested in such monthly interim fee application and (b) 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

9.      Jefferies seeks monthly allowance of fees for professional services rendered to the Committee during the Application Period in the amount of $160,000.00, representing 80% of the total monthly fee ($200,000.00), and reimbursement of expenses incurred in connection with the rendition of such services in the amount of $6,586.35.

10.      Although Jefferies, in line with market convention, does not bill by the hour, Jefferies does seek to track hours in an effort to provide certain restructuring clients with visibility into restructuring professional hours expended.  Accordingly,

Jefferies estimates that its restructuring professionals expended a total of 297.8 hours during the Application Period. Moreover, Jefferies' record of restructuring professional hours excludes time spent by other employees of the company, including for example, employees with capital markets or relevant industry expertise outside of the restructuring group, who have allocated time to these cases from time to time.

11.     The fees charged by Jefferies during the Application Period have been billed in accordance with the Retention Application, Jefferies' approved engagement letter with the Committee dated as of February 1, 2009 (the "Engagement Letter"), and the Interim Compensation Procedures Order, and is comparable to those fees charged by Jefferies for professional services rendered in similar bankruptcy and non-bankruptcy related matters. Such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy transactions in the competitive national financial advisory market.

12.     Annexed hereto as Exhibit "A" is Jefferies' invoice for the Application Period.

13.     Annexed hereto as Exhibit "B" is a schedule specifying categories of expenses for which Jefferies is seeking reimbursement and the total amount of expenses requested in each such expense category.

14.     Annexed hereto as Exhibit "C" is a summary of Jefferies' time records for the Application Period. As set forth in the Retention Application, it is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis. Jefferies' restructuring professionals, when formally retained in chapter 11

cases and when required by local rules, do, and in these cases have, kept time records describing their general daily activities, the identity of restructuring professionals who performed such activities, and the estimated amount of time expended on such activities on a daily basis. Jefferies' restructuring personnel do not maintain their time records on a "project category" basis. For Jefferies to recreate the time for its restructuring personnel and require its non-restructuring personnel to record their time as prescribed by the Local Rules would be, in each case, unduly burdensome and time consuming.

15.     There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

## NOTICE

16.     This Application has been provided to the Notice Parties pursuant to the Interim Compensation Procedures Order. Jefferies submits that no other or further notice need be provided.

WHEREFORE, pursuant to the terms of the Interim Compensation Procedures Order and the Retention Order, Jefferies requests payment for services rendered on behalf of the Committee during the Application Period in the total amount of $206,586.35, and immediate payment of $166,586.35 representing 80% of the total monthly fees ($160,000.00) and 100% of expenses incurred ($6,586.35).

Dated: June 1, 2011

JEFFERIES & CO., INC.

By: _____
Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY 10022
(212) 323-3918

Financial Advisor to the Official
Committee of Unsecured Creditors

9

Exhibit A

INVOICE

# Jefferies ▨
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: 8368
Invoice Date: 05/18/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re:    Investment Banking Services

| For services rendered in accordance with our engagement letter dated February 01, 2009 | |
|---|---|
| **Monthly Fee:** | |
| April 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $1,725.11 |
| Data Retrieval | $4.62 |
| Meals | $177.39 |
| Printing Services | $76.50 |
| Phone / Fax | $15.01 |
| Transportation - Air | $4,073.77 |
| Transportation - Ground | $513.95 |
| **Total Out-of-Pocket Expenses:** | $6,586.35 |

| TOTAL DUE | $166,586.35 |
|---|---|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| Bank of New York | Jefferies & Company, Inc. |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |
| Reference:    NOR250-8368- Nortel | |

Exhibit B

12

Jefferies & Company, Inc.
Breakdown of Expenses
April 1, 2011 – April 30, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,725.11 |
| Data Retrieval | $4.62 |
| Meals | $177.39 |
| Printing Services | $76.50 |
| Phone / Fax | $15.01 |
| Transportation – Air | $4,073.77 |
| Transportation – Ground | $513.95 |
| Total | $6,586.35 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Business Class Flight - SF to NYC | 3/16/2011 | $1,205.29 |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Business Class Flight - SF to NYC | 3/16/2011 | $1,032.78 |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Business Class Flight - SF to NYC | 3/16/2011 | $1,480.70 |
| MICHAEL J HENKIN | Phone / Fax | Calling Card for Business Calls | 3/22/2011 | $15.01 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/3/2011 | $129.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/3/2011 | $21.86 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/4/2011 | $149.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/4/2011 | $24.81 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 4/4/2011 | $2.50 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 4/4/2011 | $42.50 |
| RORY KEENAN | Meals | Overtime Meal | 4/4/2011 | $19.67 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 4/5/2011 | $2.50 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 4/5/2011 | $18.67 |
| MICHAEL J HENKIN | Transportation - Ground | Personal Mileage - Airport to Home | 4/5/2011 | $13.26 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 4/5/2011 | $41.64 |
| MICHAEL J HENKIN | Transportation - Air | Change in Fare Difference | 4/6/2011 | $355.00 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 4/6/2011 | $40.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/10/2011 | $299.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/10/2011 | $49.61 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 4/10/2011 | $23.93 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 4/10/2011 | $6.47 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 4/10/2011 | $80.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/11/2011 | $299.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/11/2011 | $49.61 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 4/11/2011 | $18.39 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Meeting | 4/11/2011 | $20.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/12/2011 | $299.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/12/2011 | $49.61 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 4/12/2011 | $22.55 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Mediation | 4/12/2011 | $20.00 |
| MICHAEL J HENKIN | Transportation - Ground | Car Service - Office to Mediation | 4/12/2011 | $29.55 |
| RORY KEENAN | Meals | Overtime Meal | 4/12/2011 | $24.08 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/13/2011 | $299.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/13/2011 | $49.61 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Mediation | 4/13/2011 | $20.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 4/14/2011 | $18.56 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 4/14/2011 | $55.00 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 4/14/2011 | $152.00 |
| RORY KEENAN | Meals | Overtime Meal | 4/14/2011 | $25.07 |
| FELIX GOMEZ | Printing Services | Print Client Documents | 4/26/2011 | $76.50 |
| PACER SERVICE CENTER | Data Retrieval | Docket Search Charge | 4/27/2011 | $4.62 |
| Total: | | | | $6,586.35 |

Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
April 1, 2011 - April 30, 2011

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 82.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 13.5 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 11.0 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 26.0 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 29.0 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 74.5 |
| Bhoomica Reddy | Analyst, Recapitalization and Restructuring Group | 61.0 |
| | **Total** | **297.8** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|--|--|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

16

Jefferies & Company, Inc.
April 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Michael Henkin** | | | |
| Michael Henkin | 4/1/2011 | 1.50 | Review allocation-related documents,Correspondence from team and related communications with Akin |
| Michael Henkin | 4/2/2011 | 2.50 | Review IP-sale-related documents,Related communications with Akint eam and allocation document review |
| Michael Henkin | 4/4/2011 | 8.50 | Fly to NYC for pre-mediation meetings |
| Michael Henkin | 4/5/2011 | 10.50 | UCC meeting w/deb,Akin,Capstone,Frasier Milner re: case issues & mediation issues; travel from NYC to SF |
| Michael Henkin | 4/5/2011 | 1.75 | Mtg w/Debtors,Akin,Capstone re: mediation issues |
| Michael Henkin | 4/7/2011 | 1.50 | Review mediation docs |
| Michael Henkin | 4/8/2011 | 1.00 | Review mediation docs/analyses; call w/Jef team member |
| Michael Henkin | 4/10/2011 | 9.00 | Review mediation docs & travel from SFo to NYC for mediation |
| Michael Henkin | 4/11/2011 | 11.75 | mediation attendance |
| Michael Henkin | 4/12/2011 | 8.00 | mediation attendance follow up mtg w/Akin and UCC member |
| Michael Henkin | 4/13/2011 | 8.00 | mediation attendance |
| Michael Henkin | 4/14/2011 | 7.75 | Travel from NYC to SF |
| Michael Henkin | 4/15/2011 | 1.75 | Review draft motion and mediation related docs |
| Michael Henkin | 4/18/2011 | 1.25 | Communicate witheredtiors & JEF team re: mediation/allocation issues |
| Michael Henkin | 4/20/2011 | 1.75 | Call w/creditor re: case issues; prep call w/Akin,Capstone re: UCC call prep & IP issues |
| Michael Henkin | 4/20/2011 | 0.50 | Call w/Lazard re: IP issues |
| Michael Henkin | 4/25/2011 | 1.75 | Review IP related docs & court billings |
| Michael Henkin | 4/26/2011 | 1.25 | UCC professionals pre-call & related doc review |
| Michael Henkin | 4/27/2011 | 1.00 | UCC call |
| Michael Henkin | 4/28/2011 | 1.75 | Review pension,Allocation issues and related docs; also claims issues |
| **April 2011 Summary Hours for Michael Henkin** | | **82.75** | |
| | | | |
| **Phil Berkowitz** | | | |
| Phil Berkowitz | 4/7/2011 | 1.50 | Internal update meeting |
| Phil Berkowitz | 4/8/2011 | 2.00 | Analysis and review of IP contact list |
| Phil Berkowitz | 4/15/2011 | 2.00 | Discussion and preparation of Jefco reach out to IP parties |
| Phil Berkowitz | 4/18/2011 | 4.00 | Calls / Follow Up / Correspondence with IP parties |
| Phil Berkowitz | 4/20/2011 | 1.50 | Intenal call on progress for IP reach out |
| Phil Berkowitz | 4/21/2011 | 1.50 | Committee call |
| Phil Berkowitz | 4/27/2011 | 1.00 | Committee call |
| **April 2011 Summary Hours for Phil Berkowitz** | | **13.50** | |
| | | | |
| **Alex Rohan** | | | |
| Alex Rohan | 4/1/2011 | 2.00 | review allocation materials; internal discussions re: case; discussions with professionals re: same |
| Alex Rohan | 4/2/2011 | 1.00 | review historical information regarding filing; internal discussions re allocation |
| Alex Rohan | 4/4/2011 | 5.50 | review and revised update materials for UCC; prepare for mediation; internal discussions |
| Alex Rohan | 4/5/2011 | 7.50 | review and revise update presentation; calls/meetings with professionals and UCC |
| Alex Rohan | 4/6/2011 | 1.00 | Internal calls re: IP |
| Alex Rohan | 4/7/2011 | 2.50 | internal meetings re: status; review email correspondence re same |
| Alex Rohan | 4/8/2011 | 3.50 | internal discussions re: mediation; review documents re same |
| Alex Rohan | 4/10/2011 | 4.50 | review mediation documents and prepare for same |
| Alex Rohan | 4/11/2011 | 12.50 | prepare for, travel to and attendance at mediation |
| Alex Rohan | 4/12/2011 | 13.50 | prepare for, travel to and attendance at mediation; discussions re: same |
| Alex Rohan | 4/13/2011 | 8.50 | prepare for, travel to and attendance at mediation; discussions re: same |
| Alex Rohan | 4/14/2011 | 2.00 | internal discussions re: mediation; review notes |
| Alex Rohan | 4/15/2011 | 2.50 | review IP documents; discuss outreach plan |
| Alex Rohan | 4/18/2011 | 3.50 | call re: IP assets; review past presentations re sales; review correspondence re same |
| Alex Rohan | 4/19/2011 | 2.00 | internal discussions re: mediation; prepare for UCC call |
| Alex Rohan | 4/20/2011 | 3.00 | meeting with UK pension advisor; internal discussions re: same; |
| Alex Rohan | 4/21/2011 | 2.00 | prepare for and limited participation in UCC call |
| Alex Rohan | 4/25/2011 | 1.50 | review documents re allocation; cash balance and industry |
| Alex Rohan | 4/26/2011 | 2.00 | prepare for and participate in professionals call |
| Alex Rohan | 4/27/2011 | 3.00 | prepare for and participate in UCC call; post call discussions |
| Alex Rohan | 4/28/2011 | 2.50 | review notes re allocation and pension claims; review correspondence |
| **April 2011 Summary Hours for Alex Rohan** | | **11.00** | |
| | | | |
| **Gaurav Kittur** | | | |
| Gaurav Kittur | 4/5/2011 | 1.50 | UCC meeting |
| Gaurav Kittur | 4/6/2011 | 1.50 | Internal calls regarding IP |
| Gaurav Kittur | 4/7/2011 | 1.50 | Internal update meeting |
| Gaurav Kittur | 4/8/2011 | 3.00 | Analysis and review of IP contact list |
| Gaurav Kittur | 4/9/2011 | 2.00 | Analysis and review of IP contact list |
| Gaurav Kittur | 4/14/2011 | 1.00 | Review and prepare summary materials on IP marketing |
| Gaurav Kittur | 4/15/2011 | 3.00 | Discussion and preparation of Jefco reach out to IP parties |
| Gaurav Kittur | 4/18/2011 | 3.50 | Calls / Follow Up / Correspondence with IP parties |
| Gaurav Kittur | 4/19/2011 | 2.00 | Calls / Follow Up / Correspondence with IP parties |
| Gaurav Kittur | 4/20/2011 | 2.00 | Calls / Follow Up / Correspondence with IP parties |
| Gaurav Kittur | 4/21/2011 | 1.50 | Committee call |
| Gaurav Kittur | 4/26/2011 | 1.00 | Pre call and doc review |
| Gaurav Kittur | 4/27/2011 | 1.50 | UCC call |
| Gaurav Kittur | 4/29/2011 | 1.00 | Call with Lazard Re. IP Sale Process |
| **April 2011 Summary Hours for Gaurav Kittur** | | **26.00** | |

**Paul Zangrilli**

| | | | |
|---|---|---|---|
| Paul Zangrilli | 4/4/2011 | 2.50 | Prepare materials / discussions in advance of UCC call |
| Paul Zangrilli | 4/5/2011 | 1.50 | UCC meeting |
| Paul Zangrilli | 4/6/2011 | 1.50 | Internal calls regarding IP |
| Paul Zangrilli | 4/7/2011 | 1.50 | Internal update meeting and various calls |
| Paul Zangrilli | 4/8/2011 | 5.00 | Analysis and review of IP marketing materials re: names contacts / internal discussion with Industry bankers |
| Paul Zangrilli | 4/14/2011 | 3.00 | Review and prepare summary materials on IP marketing |
| Paul Zangrilli | 4/15/2011 | 3.00 | Discussion and preparation of Jefco reach out to IP parties |
| Paul Zangrilli | 4/18/2011 | 2.00 | IP update calls |
| Paul Zangrilli | 4/20/2011 | 2.00 | Committee professionals conference call. IP update calls. |
| Paul Zangrilli | 4/21/2011 | 1.50 | Internal call re: IP reach out |
| Paul Zangrilli | 4/21/2011 | 1.50 | Committee call |
| Paul Zangrilli | 4/26/2011 | 0.50 | Review of documents |
| Paul Zangrilli | 4/26/2011 | 1.00 | Pre call and doc review |
| Paul Zangrilli | 4/27/2011 | 1.50 | UCC call |
| Paul Zangrilli | 4/29/2011 | 1.00 | Call with Lazard Re. IP Sale Process |
| **April 2011 Summary Hours for Paul Zangrilli** | | **29.00** | |

**Rory Keenan**

| | | | |
|---|---|---|---|
| Rory Keenan | 4/3/2011 | 9.00 | Review sale documentation. Prepare Committee update. Calls with professionals |
| Rory Keenan | 4/4/2011 | 7.50 | Revise Committee update on sale. Review sale documentation. Calls with professionals |
| Rory Keenan | 4/5/2011 | 10.00 | Prepare Committee update on sale. Prepare remarks. Participate in Committee meetings |
| Rory Keenan | 4/6/2011 | 1.50 | Review sale documenation. Internal calls with industry bankers |
| Rory Keenan | 4/7/2011 | 1.50 | Internal update meeting and calls. |
| Rory Keenan | 4/8/2011 | 5.50 | Review documentation |
| Rory Keenan | 4/10/2011 | 5.00 | Review documentation |
| Rory Keenan | 4/11/2011 | 9.00 | Committee professional meetings |
| Rory Keenan | 4/12/2011 | 2.00 | Review ASA, prepare summary for of certain sections |
| Rory Keenan | 4/13/2011 | 2.50 | Review ASA |
| Rory Keenan | 4/14/2011 | 3.50 | Prepare summary of IP marketing |
| Rory Keenan | 4/15/2011 | 2.00 | Communications with Jefferies Tech Team |
| Rory Keenan | 4/16/2011 | 3.50 | Review recent news releaseson Mediation and asset sales. Review bidding procedures |
| Rory Keenan | 4/18/2011 | 2.50 | IP update calls |
| Rory Keenan | 4/20/2011 | 2.00 | Committee professionals conference call. IP update calls. |
| Rory Keenan | 4/21/2011 | 1.50 | Committee Conference call |
| Rory Keenan | 4/26/2011 | 1.00 | Professionals Pre-Call. |
| Rory Keenan | 4/27/2011 | 1.50 | Committee Conference call and post-call. |
| Rory Keenan | 4/28/2011 | 2.50 | Review documentation. |
| Rory Keenan | 4/29/2011 | 1.00 | Call with Lazard Re. IP Sale Process |
| **April 2011 Summary Hours for Rory Keenan** | | **74.50** | |

**Bhoomica Reddy**

| | | | |
|---|---|---|---|
| Bhoomica Reddy | 4/3/2011 | 3.00 | Review documentation |
| Bhoomica Reddy | 4/4/2011 | 9.00 | Prepare Committee update. Review documents. |
| Bhoomica Reddy | 4/5/2011 | 4.00 | Prepare Committee Meeting materials |
| Bhoomica Reddy | 4/6/2011 | 3.00 | Review sale documenation. Internal meeting. |
| Bhoomica Reddy | 4/10/2011 | 3.00 | Review documentation |
| Bhoomica Reddy | 4/11/2011 | 9.00 | Committee professional meetings |
| Bhoomica Reddy | 4/12/2011 | 4.00 | Review ASA; internal call with professionals re. IP marketing update; prepare summary of IP marketing |
| Bhoomica Reddy | 4/13/2011 | 1.50 | Review recent news releases on Mediation and asset sales and track bond pricing |
| Bhoomica Reddy | 4/14/2011 | 3.00 | Call with Lazard re. IP sale process and preparation for call. |
| Bhoomica Reddy | 4/16/2011 | 3.00 | Review of documentation and recent press releases. |
| Bhoomica Reddy | 4/17/2011 | 2.50 | Review of documentation and recent press releases. |
| Bhoomica Reddy | 4/19/2011 | 3.50 | IP Update call with Lazard; news runs regarding IP sale parties. |
| Bhoomica Reddy | 4/20/2011 | 5.50 | Professionals pre-call. Bond pricing analysis. Preparation of Committee call. |
| Bhoomica Reddy | 4/21/2011 | 1.00 | Committee Conference call |
| Bhoomica Reddy | 4/26/2011 | 1.00 | Professionals Pre-Call. |
| Bhoomica Reddy | 4/27/2011 | 1.50 | Committee Conference call and post-call. |
| Bhoomica Reddy | 4/28/2011 | 2.50 | Review documentation. |
| Bhoomica Reddy | 4/29/2011 | 1.00 | Call with Lazard Re. IP Sale Process |
| **April 2011 Summary Hours for Bhoomica Reddy** | | **61.00** | |

18

## VERIFICATION

Leon Szlezinger, after being duly sworn according to law, deposes and says:

a)    I am a professional with the applicant firm, Jefferies & Company, Inc.

b)    I am familiar with the work performed on behalf of the Committee by the professionals and paraprofessionals in the firm.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule and Interim Compensation Procedures Order.

Dated: June 1, 2011

JEFFERIES & CO., INC.

By: _____

Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY  10022
(212) 323-3918

Financial Advisor to the Official
Committee of Unsecured Creditors