IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**STATEMENT OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, REGARDING THE JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND FOR RELATED RELIEF**

The Bank of New York Mellon ("BNY"), as indenture trustee, hereby files this statement with respect to the joint motion of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates as debtors in possession and the Official Committee of Unsecured Creditors for an order establishing an allocation protocol pursuant to the interim funding and settlement agreement, and for related relief (the "Motion").

BNY serves as the indenture trustee with respect to the following indentures.

a. BNY is the successor indenture trustee with respect to a certain Indenture, dated as of November 30, 1988, between Nortel Networks Limited f/k/a Northern Telecom Limited ("NNL") (a Canadian debtor), and The Toronto-Dominion Bank Trust Company as Trustee. NNL issued the 6.875% Notes due 2023 in the original principal amount of $200,000,000 under that indenture, as may have been amended, modified or supplemented.

b. BNY is the indenture trustee with respect to a certain Indenture, dated as of July 5, 2006, between NNL as issuer, Nortel Networks Corporation ("NNC") (a Canadian debtor) and NNI as guarantors, and BNY as indenture trustee. The following notes were issued under that indenture, as may have been amended, modified or supplemented:

- the London Interbank Offered Rate (LIBOR) + 4.250% Floating Rate Notes due 2011 in the original principal amount of $1,000,000,000;

- the 10.125% Fixed Rate Notes due 2013 in the original principal amount of $550,000,000 and

NY\1812556.1

- - the 10.75% Fixed Rate Notes due 2016 in the original principal amount of $1,125,000,000.

c. BNY is the indenture trustee with respect to a certain Indenture, dated as of March 28, 2007, between NNC as issuer, NNL and NNI as guarantors, and BNY as indenture trustee. The following notes have been issued under that indenture, as may have been amended, modified or supplemented:

- - the 1.75% Convertible Senior Notes due 2012 in the original principal amount of $575,000,000; and

- - the 2.125% Convertible Senior Notes due 2014 in the original principal amount of $575,000,000.

The aggregate principal amount outstanding under the foregoing notes exceeds $4 billion, and BNY has also asserted claims for interest and other amounts due and unpaid under such notes. Importantly, the holders of nearly all of these issues of notes hold claims against Nortel estates in both the United States (*i.e.*, NNI) and Canada (*i.e.*, NNC and NNL). Thus, these noteholders are in the unique position of holding undisputed claims against estates in both the United States and Canada, and the magnitude of their claims makes the noteholders the largest creditors against those U.S. and Canadian estates.

BNY supports the Motion and believes that the protocol proposed therein should be adopted. However, section 2 of the proposed allocation protocol (annexed as Exhibit B to the Motion) provides that only certain specified parties would have standing "to fully participate in and submit written statements, present oral arguments and otherwise directly participate in any and all hearings before the U.S. and Canadian Courts arising under or relating to this Allocation Protocol, as well as any and all discovery, depositions and examinations contemplated herein." BNY is not specified as one of the parties having standing.

As the indenture trustee (with duties to <u>all</u> noteholders, not just those noteholders that choose to participate in these bankruptcy proceedings), BNY is uniquely situated in these cases, and must be permitted to fully participate and be heard in the allocation proceedings. BNY thus

requests that any orders of this Court and the Canadian Court approving an allocation protocol provide that BNY as indenture trustee shall have standing to fully participate in and submit written statements, present oral arguments and otherwise directly participate in any and all hearings before the U.S. and Canadian Courts arising under or relating to the allocation protocol, including without limitation participating in discovery, depositions and examinations under the protocol.

      **WHEREFORE,** BNY requests that this Court grant the Motion, with the modification requested herein.

Dated:  May 31, 2011

**LATHAM & WATKINS LLP**

By:  /s/ Michael J. Riela
    Robert J. Rosenberg
    Michael J. Riela
    885 Third Avenue, Suite 1000
    New York, New York  10022
    Telephone:  (212) 906-1200
    Facsimile:  (212) 751-4864

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*