# EXHIBIT B

| PROFESSIONAL | RANK | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|
| Scott,James E (US011119307) | Partner | 250 | 11-Feb-2011 | Airfare | American ~ Re: \\IPGCMJ |
| Ernst and Young Purchasing Card | | 35 | 01-Feb-2011 | E1920104 | COURIER NORTEL S JACKS SM - TEXAS AUDIT FILES AT REQUEST OF B SHORT |
| Scott,James E (US011119307) | Partner | 422 | 28-Jan-2011 | Lodging | Ritz Carlton NY Battery Park \\IPGCMJ |
| Scott,James E (US011119307) | Partner | 46 | 28-Jan-2011 | Meals: Breakfast | Ritz Carlton New Your Battery Park Re: In room breakfast before meeting with Cleary |
| Thompson,Jeffrey Allen (US011757119) | Senior Manager | 31 | 16-Feb-2011 | Meals: Lunch | lunch with brian short of nortel to discuss status of audits and refunds |
| Scott,James E (US011119307) | Partner | 11 | 28-Jan-2011 | Miscellaneous: Sundry | Ritz Carlton New York Battery Park Re: Snack in hotel room for meeting with Cleary |
| Scott,James E (US011119307) | Partner | 13 | 28-Jan-2011 | Miscellaneous: Sundry | Ritz Carlton New York Battery Park Re: Internet Charge in hotel room. |
| Scott,James E (US011119307) | Partner | 20 | 28-Jan-2011 | Parking: Ground Trans | Re: Federal "meeting note" review for Cleary mtg. (Not faxing receipt since under $25) |
| Scott,James E (US011119307) | Partner | 63 | 28-Jan-2011 | Taxi: Ground Trans | Universal Car Service (NYC2WAY) ~ Re: Federal "meeting note" review for Cleary mtg.\\IPGCMJ |
| Scott,James E (US011119307) | Partner | 48 | 28-Jan-2011 | Taxi: Ground Trans | CTG (NYC2WAY) ~ Re: Federal "meeting note" review for Cleary mtg.\\IPGCMJ |
| | Expenses | $938 | | | |

1

| PROFESSIONAL | RANK | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|
| Abbott,Douglas J. (US012013835) | Partner | $422.33 | 3/3/2011 | Federal Advisory | Lodge: Ritz Carlton Hotel NY - Nortel meetings with Richard Lydecker - Nortel Tax Director\HWKNAF |
| Abbott,Douglas J. (US012013835) | Partner | $443.45 | 3/2/2011 | Federal Advisory | Meals: Dinner: Nortel NY trip - Ritz Carlton NY - Doug Abbott, Jim Scott, Richard Lydecker - Nortel Tax Director to discuss upcoming meeting related to various tax issues |
| Abbott,Douglas J. (US012013835) | Partner | $11.81 | 3/2/2011 | Federal Advisory | Meals: Lunch: Nortel NY trip - lunch at airport |
| Abbott,Douglas J. (US012013835) | Partner | $20.40 | 3/3/2011 | Federal Advisory | Mileage: AIRPORT - office\airport - office |
| Abbott,Douglas J. (US012013835) | Partner | $20.40 | 3/2/2011 | Federal Advisory | Mileage: office - airport - Nortel NY trip\office - airport |
| Abbott,Douglas J. (US012013835) | Partner | $5.00 | 3/2/2011 | Federal Advisory | Misc: Nortel NY trip - hotel tips |
| Abbott,Douglas J. (US012013835) | Partner | $5.00 | 3/3/2011 | Federal Advisory | Misc: Nortel NY trip - hotel tips |
| Abbott,Douglas J. (US012013835) | Partner | $29.00 | 3/3/2011 | Federal Advisory | Parking: Nortel NY trip |
| Abbott,Douglas J. (US012013835) | Partner | $4.50 | 3/3/2011 | Federal Advisory | Tolls: Nortel NY trip - airport - office\airport - office |
| Abbott,Douglas J. (US012013835) | Partner | $4.50 | 3/2/2011 | Federal Advisory | Tolls: office - airport - Nortel NY trip\office - airport |
| | | $966 | | | |