# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2011
## (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $1,113.24 |
| Airfare/Travel | $3,511.19 |
| Binding Books / Documents | $   74.00 |
| Cellular Phones | $  356.18 |
| Ground Transportation (Taxi Charges/Courier) | $1,193.50 |
| Library Computer Research | $1,066.55 |
| Long Distance Telephone Calls | $  242.32 |
| Meals & Beverages | $  148.51 |
| Parking | $   17.70 |
| Photocopy Charges | <u>$2,077.30</u> |
| **Total Non-Taxable Disbursements** | **$9,800.49 CDN.** |

9898261_1