**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011  
Invoice #: 2836436  
Page 41 of 47

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/03/11 | Verizon Wireless roaming charges for R. Jacobs for Jan. 20 - Feb. 19/11; 2011-1-20 | 1.00 | 239.00 |
| 16/03/11 | Bell Conferencing/Alex MacFarlane-Feb 15-28/Invo | 1.00 | 11.95 |
| 16/03/11 | Bell Conferencing/M Wunder-Feb 15/11-Mar 9/11/In | 1.00 | 134.94 |
| 16/03/11 | Bell Conferencing/Ryan Jacobs-Feb 21-Mar 3/Invoi | 1.00 | 56.79 |
| 23/03/11 | Telephone;12128721006;New YorkNY;4715 | 1.00 | 0.51 |
| 28/03/11 | Telephone;16139544184;Ottawa ON;3412 | 1.00 | 0.82 |
| 29/03/11 | "eCarswell/PUSHALIK,ANDY" | 1.00 | 28.50 |
| 29/03/11 | "Quick Law/PUSHALIK, ANDY" | 1.00 | 5.70 |
| 30/03/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 142.03 |
| 30/03/11 | "Quick Law/PUSHALIK, ANDY" | 1.00 | 5.71 |
| 30/03/11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 30/03/11 | "Quick Law/PUSHALIK, ANDY" | 1.00 | 4.75 |
| 30/03/11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 3.06 |
| 30/03/11 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 0.51 |
| 31/03/11 | Beck Taxi/MJW Mar 3/11/Inv. 1721-027 | 1.00 | 25.95 |
| 31/03/11 | Beck Taxi/Ryan Jacobs Mar 31/11/Inv. 1721-027 | 1.00 | 10.04 |
| 31/03/11 | "Quick Law/PUSHALIK, ANDY" | 1.00 | 2.85 |
| 31/03/11 | Beck Taxi/MJW/Feb 8/11 /Inv. 1721-027 | 1.00 | 11.82 |
| 31/03/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 13.30 |
| 31/03/11 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 0.51 |
| 31/03/11 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 10.71 |
| 31/03/11 | Beck Taxi/MJW to airport Mar 16/11/Inv. 1721-027 | 1.00 | 60.77 |
| 31/03/11 | Beck Taxi/MJW Mar 1/11/Inv. 1721-027 | 1.00 | 16.83 |
| 01/04/11 | Laser Copy;NELSON M | 115.00 | 11.50 |
| 01/04/11 | Laser Copy;jacobsr | 75.00 | 7.50 |
| 01/04/11 | Laser Copy;MacFarlaneA | 28.00 | 2.80 |
| 01/04/11 | Laser Copy;MattesL | 215.00 | 21.50 |
| 01/04/11 | Laser Copy;NELSON M | 375.00 | 37.50 |
| 03/04/11 | Laser Copy;MacFarlaneA | 102.00 | 10.20 |
| 03/04/11 | "Quick Law/PUSHALIK, ANDY" | 1.00 | 19.95 |
| 03/04/11 | "Quick Law/PUSHALIK, ANDY" | 1.00 | 4.75 |
| 04/04/11 | Photocopy;DamaniA | 310.00 | 31.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011  
Invoice #: 2836436  
Page 42 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 04/04/11 | "eCarswell/LUU,MOLLY" | 1.00 | 95.00 |
| 04/04/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 126.35 |
| 04/04/11 | Laser Copy;MCDONALA | 66.00 | 6.60 |
| 04/04/11 | Laser Copy;Kee, Evelyn | 131.00 | 13.10 |
| 04/04/11 | Laser Copy;NORTH, Alexandra | 212.00 | 21.20 |
| 04/04/11 | Laser Copy;BanksT | 22.00 | 2.20 |
| 04/04/11 | Laser Copy;jacobsr | 65.00 | 6.50 |
| 04/04/11 | Laser Copy;NELSON M | 1087.00 | 108.70 |
| 04/04/11 | Laser Copy;Erandio, N. | 352.00 | 35.20 |
| 04/04/11 | Laser Copy;Erandio, N. | 81.00 | 8.10 |
| 04/04/11 | Laser Copy;PUSHALIK A | 22.00 | 2.20 |
| 04/04/11 | Laser Copy;DamaniA | 24.00 | 2.40 |
| 04/04/11 | Laser Copy;Luu, Molly | 136.00 | 13.60 |
| 04/04/11 | Laser Copy;MacFarlaneA | 219.00 | 21.90 |
| 04/04/11 | Laser Copy;HETU, Jarvis | 12.00 | 1.20 |
| 05/04/11 | Telephone;12122252677;New YorkNY;4582 | 1.00 | 2.04 |
| 05/04/11 | "Quick Law/LUU, MOLLY" | 1.00 | 4.75 |
| 05/04/11 | "Quick Law/LUU, MOLLY" | 1.00 | 8.55 |
| 05/04/11 | "eCarswell/LUU,MOLLY" | 1.00 | 24.23 |
| 05/04/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 96.90 |
| 05/04/11 | Laser Copy;SANTOS I | 107.00 | 10.70 |
| 05/04/11 | Laser Copy;NORTH, Alexandra | 4.00 | 0.40 |
| 05/04/11 | Laser Copy;CHUNG G | 4.00 | 0.40 |
| 05/04/11 | Laser Copy;MacFarlaneA | 269.00 | 26.90 |
| 05/04/11 | Laser Copy;NELSON M | 292.00 | 29.20 |
| 05/04/11 | Laser Copy;NELSON M | 219.00 | 21.90 |
| 05/04/11 | Laser Copy;MattesL | 464.00 | 46.40 |
| 05/04/11 | Laser Copy;Luu, Molly | 10.00 | 1.00 |
| 05/04/11 | Laser Copy;MacFarlaneA | 90.00 | 9.00 |
| 06/04/11 | Parking on Sunday for work - April 3, 2011 - Alex MacFarlane; 2011-4-3 | 1.00 | 17.70 |
| 06/04/11 | Air Canada return flight to New York for R. Jacobs on April 5/11; 2011-4-5 | 1.00 | 1,224.60 |
| 06/04/11 | Laser Copy;DamaniA | 21.00 | 2.10 |
| 06/04/11 | Laser Copy;MacFarlaneA | 179.00 | 17.90 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011
Invoice #: 2836436
Page 43 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 06/04/11 | Laser Copy;MattesL | 417.00 | 41.70 |
| 06/04/11 | Laser Copy;NELSON M | 103.00 | 10.30 |
| 06/04/11 | Laser Copy;jacobsr | 76.00 | 7.60 |
| 06/04/11 | Laser Copy;PUSHALIK A | 22.00 | 2.20 |
| 06/04/11 | Photocopy;DamaniA | 809.00 | 80.90 |
| 06/04/11 | Photocopy;DamaniA | 16.00 | 1.60 |
| 06/04/11 | Photocopy;DamaniA | 12.00 | 1.20 |
| 06/04/11 | Telephone;12128727418;New YorkNY;4582 | 1.00 | 4.59 |
| 07/04/11 | "eCarswell/LUU,MOLLY" | 1.00 | 28.50 |
| 07/04/11 | Laser Copy;MCDONALA | 260.00 | 26.00 |
| 07/04/11 | Laser Copy;Erandio, N. | 3433.00 | 343.30 |
| 07/04/11 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 07/04/11 | Laser Copy;MacFarlaneA | 110.00 | 11.00 |
| 07/04/11 | Laser Copy;MattesL | 388.00 | 38.80 |
| 07/04/11 | "Quick Law/LUU, MOLLY" | 1.00 | 2.85 |
| 07/04/11 | Laser Copy;NELSON M | 156.00 | 15.60 |
| 07/04/11 | Laser Copy;NORTH, Alexandra | 14.00 | 1.40 |
| 08/04/11 | Tabs / Cerlox / Clear Cover | 1.00 | 74.00 |
| 08/04/11 | Taxi toToronto Airport for M. Wunder on April 5/11; 2011-4-5 | 1.00 | 43.28 |
| 08/04/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 3.33 |
| 08/04/11 | 31 RIDGE HILL DRIVE | 1.00 | 30.68 |
| 08/04/11 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 589660293/794631314790 Recipient: RYAN JACOBS Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 92.02 |
| 08/04/11 | Laser Copy;MacFarlaneA | 61.00 | 6.10 |
| 08/04/11 | Laser Copy;HETU, Jarvis | 247.00 | 24.70 |
| 08/04/11 | Laser Copy;NELSON M | 161.00 | 16.10 |
| 08/04/11 | Laser Copy;NORTH, Alexandra | 11.00 | 1.10 |
| 08/04/11 | Laser Copy;DamaniA | 1143.00 | 114.30 |
| 08/04/11 | Laser Copy;SANTOS I | 3.00 | 0.30 |
| 08/04/11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 08/04/11 | Laser Copy;MattesL | 17.00 | 1.70 |
| 08/04/11 | Photocopy;HETU, Jarvis | 99.00 | 9.90 |
| 08/04/11 | Taxi from Toronto Airport to Eglinton for M. Wunder on April 5/11; 2011-4-5 | 1.00 | 50.36 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011  
Invoice #: 2836436  
Page 44 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 08/04/11 | Air Canada return flight to New York for M. Wunder on April 5/11; 2011-4-5 | 1.00 | 1,245.60 |
| 08/04/11 | Dinner at Au Bon Pain in New York for R. Jacobs on April 5/11; 2011-4-5 | 1.00 | 7.24 |
| 08/04/11 | Working meal at Greek Gourmet for R. Jacobs on April 5/11; 2011-4-5 | 1.00 | 20.00 |
| 08/04/11 | Taxi from New York Airport for R. Jacobs on April 5/11; 2011-4-5 | 1.00 | 45.86 |
| 08/04/11 | Taxi in New York for R. Jacobs on April 5/11; 2011-4-5 | 1.00 | 21.15 |
| 08/04/11 | Taxi from Toronto Airport for R. Jacobs on April 5/11; 2011-4-5 | 1.00 | 52.13 |
| 10/04/11 | Laser Copy;MacFarlaneA | 42.00 | 4.20 |
| 11/04/11 | Laser Copy;MattesL | 109.00 | 10.90 |
| 11/04/11 | Laser Copy;NELSON M | 84.00 | 8.40 |
| 11/04/11 | Laser Copy;MacFarlaneA | 79.00 | 7.90 |
| 12/04/11 | Laser Copy;MattesL | 17.00 | 1.70 |
| 12/04/11 | Taxi from New York Airport to Akin Gump office for M. Wunder on April 5/11 (see Visa); 2011-4-5 | 1.00 | 38.94 |
| 12/04/11 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 12/04/11 | Laser Copy;NELSON M | 141.00 | 14.10 |
| 12/04/11 | Laser Copy;MattesL | 3.00 | 0.30 |
| 13/04/11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 13/04/11 | Laser Copy;MattesL | 8.00 | 0.80 |
| 13/04/11 | Telephone;13107283239;Los AngeCA;4469 | 1.00 | 0.56 |
| 13/04/11 | Telephone;13107283239;Los AngeCA;4469 | 1.00 | 11.76 |
| 13/04/11 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 14/04/11 | Laser Copy;MattesL | 230.00 | 23.00 |
| 14/04/11 | Laser Copy;MacFarlaneA | 31.00 | 3.10 |
| 14/04/11 | Laser Copy;jacobsr | 90.00 | 9.00 |
| 15/04/11 | Laser Copy;HETU, Jarvis | 285.00 | 28.50 |
| 15/04/11 | Photocopy;HETU, Jarvis | 264.00 | 26.40 |
| 15/04/11 | Laser Copy;jacobsr | 116.00 | 11.60 |
| 15/04/11 | Laser Copy;HETU, Jarvis | 67.00 | 6.70 |
| 15/04/11 | Laser Copy;MacFarlaneA | 6.00 | 0.60 |
| 15/04/11 | Telephone;12128721055;New YorkNY;4469 | 1.00 | 0.51 |
| 15/04/11 | "Lexis Nexis/HETU, JARVIS" | 1.00 | 73.69 |
| 15/04/11 | "eCarswell/HETU,JARVIS" | 1.00 | 41.80 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011
Invoice #: 2836436
Page 45 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/04/11 | "Lexis Nexis/HETU, JARVIS" | 1.00 | 1.50 |
| 15/04/11 | Laser Copy;MattesL | 195.00 | 19.50 |
| 18/04/11 | Laser Copy;MacFarlaneA | 140.00 | 14.00 |
| 18/04/11 | Laser Copy;jacobsr | 19.00 | 1.90 |
| 18/04/11 | Laser Copy;NELSON M | 879.00 | 87.90 |
| 18/04/11 | Laser Copy;NORTH, Alexandra | 185.00 | 18.50 |
| 18/04/11 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 18/04/11 | Laser Copy;MattesL | 139.00 | 13.90 |
| 18/04/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 301.63 |
| 19/04/11 | Taxi from Toronto airport for R. Jacobs on April 13/11; 2011-4-13 | 1.00 | 52.13 |
| 19/04/11 | Laser Copy;MattesL | 6.00 | 0.60 |
| 19/04/11 | Air Canada return flight to New York for R. Jacobs on April 10-13/11; 2011-4-10 | 1.00 | 1,040.99 |
| 19/04/11 | Laser Copy;HETU, Jarvis | 84.00 | 8.40 |
| 19/04/11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 29.93 |
| 19/04/11 | Working meal at Greek Gourmet for R. Jacobs on April 13/11; 2011-4-13 | 1.00 | 20.00 |
| 19/04/11 | Working meal at Au Bon Pain in New York for R. Jacobs on April 13/11; 2011-4-13 | 1.00 | 7.17 |
| 19/04/11 | Laser Copy;NELSON M | 109.00 | 10.90 |
| 19/04/11 | Laser Copy;NORTH, Alexandra | 18.00 | 1.80 |
| 19/04/11 | Laser Copy;jacobsr | 32.00 | 3.20 |
| 19/04/11 | Laser Copy;MacFarlaneA | 30.00 | 3.00 |
| 19/04/11 | Taxi from New York airport for R. Jacobs on April 10/11; 2011-4-10 | 1.00 | 47.05 |
| 19/04/11 | Taxi from Toronto airport for R. Jacobs on March 28/11; 2011-3-28 | 1.00 | 40.19 |
| 19/04/11 | Taxi to office for R. Jacobs on April 14/11; 2011-4-14 | 1.00 | 35.97 |
| 19/04/11 | Taxi to Toronto airport for R. Jacobs on April 10/11; 2011-4-10 | 1.00 | 62.04 |
| 20/04/11 | Laser Copy;MacFarlaneA | 89.00 | 8.90 |
| 20/04/11 | Laser Copy;MattesL | 115.00 | 11.50 |
| 20/04/11 | Laser Copy;HETU, Jarvis | 1.00 | 0.10 |
| 20/04/11 | Laser Copy;jacobsr | 105.00 | 10.50 |
| 21/04/11 | Laser Copy;MacFarlaneA | 41.00 | 4.10 |
| 21/04/11 | Laser Copy;NELSON M | 48.00 | 4.80 |
| 21/04/11 | Laser Copy;jacobsr | 87.00 | 8.70 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011  
Invoice #: 2836436  
Page 46 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 21/04/11 | Laser Copy;MattesL | 152.00 | 15.20 |
| 25/04/11 | Working dinner at W Hotel in New York for R. Jacobs on April 12/11; 2011-4-12 | 1.00 | 25.00 |
| 25/04/11 | Laser Copy;jacobsr | 425.00 | 42.50 |
| 25/04/11 | Laser Copy;MattesL | 584.00 | 58.40 |
| 25/04/11 | Photocopy;MattesL | 3.00 | 0.30 |
| 25/04/11 | Hotel room at W Hotel in New York for R. Jacobs on April 12/11; 2011-4-12 | 1.00 | 447.51 |
| 25/04/11 | Laser Copy;NELSON M | 330.00 | 33.00 |
| 26/04/11 | Verizon Wireless charges for R. Jacobs on Feb. 20 - March 19/11; 2011-2-20 | 1.00 | 21.53 |
| 26/04/11 | Laser Copy;MattesL | 6.00 | 0.60 |
| 26/04/11 | Working dinner at W Hotel in New York for R. Jacobs on April 10/11; 2011-4-10 | 1.00 | 25.00 |
| 26/04/11 | Laser Copy;MattesL | 196.00 | 19.60 |
| 26/04/11 | Room at W Hotel in New York for R. Jacobs on April 10-12/11; 2011-4-10 | 1.00 | 665.73 |
| 26/04/11 | Laser Copy;NELSON M | 269.00 | 26.90 |
| 26/04/11 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 26/04/11 | Laser Copy;ORAHILL T | 1.00 | 0.10 |
| 26/04/11 | Laser Copy;BanksT | 134.00 | 13.40 |
| 27/04/11 | Laser Copy;ORAHILL T | 4.00 | 0.40 |
| 27/04/11 | Laser Copy;DUNSMUIM | 21.00 | 2.10 |
| 27/04/11 | Laser Copy;jacobsr | 66.00 | 6.60 |
| 27/04/11 | Food for working group meeting - Maxim /M Wunder/R. Jacobs/J. Hetu-April 19/11-Client Mtg/Inv. 302891 | 1.00 | 44.10 |
| 27/04/11 | Laser Copy;GRIEF J | 164.00 | 16.40 |
| 27/04/11 | Laser Copy;MattesL | 119.00 | 11.90 |
| 27/04/11 | Laser Copy;NELSON M | 330.00 | 33.00 |
| 27/04/11 | Laser Copy;NELSON M | 219.00 | 21.90 |
| 28/04/11 | Laser Copy;NELSON M | 259.00 | 25.90 |
| 28/04/11 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 2.55 |
| 29/04/11 | Rogers Wireless charges for M. Wunder from March 1-17/11; 2011-3-1 | 1.00 | 95.65 |
| 29/04/11 | Laser Copy;BEAIRSTO | 30.00 | 3.00 |
| 29/04/11 | Laser Copy;NELSON M | 449.00 | 44.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 31, 2011  
Invoice #: 2836436  
Page 47 of 47

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 29/04/11 | Laser Copy;MattesL | 123.00 | 12.30 |
| 29/04/11 | Laser Copy;WONGLEES | 26.00 | 2.60 |
| 29/04/11 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 29/04/11 | Laser Copy;MacFarlaneA | 28.00 | 2.80 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Apr 20/11 | 1.00 | 34.13 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Apr 14 and April 15/11 | 1.00 | 69.19 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Apr 21/11 | 1.00 | 33.20 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Apr 25/11 | 1.00 | 31.08 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Apr 26/11 | 1.00 | 26.65 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Mar 28/11 | 1.00 | 37.40 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Mar 31/11 | 1.00 | 24.78 |
| 30/04/11 | "Beck Taxi/inv 1721-028/Ryan Jacobs April 4, 5, 6 and 7/11 | 1.00 | 180.93 |
| 30/04/11 | Beck Taxi/inv 1721-028/Ryan Jacobs Apr 18/11 | 1.00 | 18.93 |
|  |  | Total CDN | $9,800.49 |