# EXHIBIT E

9898278_4

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2011 THROUGH APRIL 30, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 5.1 | $850.00 | $4,335.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 12.3 | $775.00 | $9,532.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 1.8 | $775.00 | $1,395.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 85.9 | $800.00 | $68,720.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 108.4 | $775.00 | $84,010.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 1.4 | $700.00 | $980.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 2.1 | $700.00 | $1,470.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 4.4 | $625.00 | $2,750.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 15.0 | $650.00 | $9,750.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 5.5 | $450.00 | $2,475.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 5.6 | $450.00 | $2,520.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 9.9 | $350.00 | $3,465.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 7.7 | $390.00 | $3,003.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 18.4 | $350.00 | $6,440.00 |
| Jacobs, R.C. | Partner | Financial Restructuring | Ontario - 2011 | 154.1 | $675.00 | $104,017.50 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 5.6 | $600.00 | $3,360.00 |
| Bass, N.E. | Partner | Taxation | Ontario - 1990 | 1.0 | $800.00 | $800.00 |
| Luu, Molly | Articling Student | | | 2.4 | $215.00 | $516.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $309,539.00 |
| | Less Non-Working Travel Time Discount (50% of $17,980.00) | | | | | ($8,990.00) |
| TOTAL | | | | | CDN. | $300,549.00 |

9898261_1