# **<u>EXHIBIT B</u>**

## **DECLARATION OF JASON BERRY**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

-------------------------------------------------------X

## DECLARATION OF JASON BERRY IN SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(a) TO RETAIN AND EMPLOY CASSIDY TURLEY CPS AS BROKER FOR THE DEBTORS *NUNC PRO TUNC* TO MARCH 31, 2011

I, Jason Berry, hereby declare under penalty of perjury:

          1.     I am a licensed Broker Officer of Blickman Turkus, Inc. *dba* Cassidy Turley BT Commercial, and also *dba* Cassidy Turley CPS (collectively "Cassidy Turley" or the "Firm"), a commercial real estate services firm, which maintains offices in, among other cities, Santa Clara, California. I make this statement: (a) in support of the Application[2] for the retention and employment of Cassidy Turley as broker to the above-captioned debtors (the "Debtors") and (b) in accordance with sections 327(a), 328, 330 and 331 of Title 11 (the "Bankruptcy Code") of the United States Code, and Rules 2014, 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

2.     I am duly authorized to make this declaration (the "Declaration")
on behalf of Cassidy Turley.  I make this Declaration pursuant to Bankruptcy Rules
2014(a) and 2016(a) and in support of the Application of the Debtors to employ and
retain Cassidy Turley to serve as their as broker for the Debtors in connection with the
negotiation of the sublease of certain real property located in Santa Clara, California (the
"Property").  Unless otherwise stated, I have personal knowledge of the facts set forth in
this Declaration.

3.     Cassidy Turley has extensive experience and knowledge in
brokering the sale and lease of industrial, office and retail properties.  I believe that
Cassidy Turley is qualified to represent the Debtors in this case in a cost-effective,
efficient, and timely manner.

4.     The Debtors have requested that Cassidy Turley render real estate
services under the terms of the Agreement.  Subject to this Court's approval of the
Application, Cassidy Turley is willing to serve as the Debtors' leasing agent in the lease
of the Property and to perform the services described in the Agreement.

### Disinterestedness Of Professionals

5.     In preparing this Declaration, in order to ensure compliance with
the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the
retention of professionals by the Debtors, I directed that a list provided to Cassidy Turley
by the Debtors (the "Conflicts Check List") of (i) entities affiliated with or related to the
Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii)
key creditors of the Debtors and their respective counsel and (iv) certain other parties in
interest in these chapter 11 cases and their respective counsel be submitted to Cassidy
Turley's Research and Accounting Departments.  The Conflicts Check List is attached

hereto as <u>Exhibit I</u>. The Research Department searched our internal transaction data base to determine which persons or entities, if any, Cassidy Turley has represented or represents as of January 1, 2010 ("<u>Current Clients</u>") or represented in the past three years ("<u>Former Clients</u>"). A list of Current and former Clients matching those entities on the Conflicts Check List is attached hereto as <u>Exhibit II</u>. The Accounting Department searched its internal vendor records to produce a list of common key creditors or vendors of Debtor attached hereto as <u>Exhibit III</u>.

      6.     To the best of my knowledge and information after a review of the Conflicts Check List and Cassidy Turley's records conducted at my direction, Cassidy Turley's connections with the parties identified on the Conflicts Check List, currently and in the past three years, are as set forth in Exhibits II and III. To the best of my knowledge and information, based on the results of Cassidy Turley's conflicts check process, none of the real estate services provided by Cassidy Turley to such parties relate to the Property.[3] Cassidy Turley has fully informed the Debtors of its ongoing representation of the entities identified in Exhibit II, and the Debtors have agreed both to Cassidy Turley's continued representation of these entities in matters unrelated to the Property and to Cassidy Turley's representation of the Debtors.

      7.     To the best of my knowledge, the Listing Agents (as defined in the Agreement): (i) are not related to the Hon. Kevin Gross; (ii) do not have any connection with the United States Trustee for the District of Delaware or any person employed in the office thereof; (iii) are not and were not a creditor, equity security holder or insider of the Debtors; (iv) are not and were not within two years of the Petition Date, a director, officer

---

[3]     Cassidy Turley has not determined whether any of its past or current representations relate to the Debtors generally as opposed to the Property specifically.

or employee of the Debtors; and (v) do not hold or represent any interest adverse to the Debtors or their estates.

8.      To the best of my knowledge and information, Cassidy Turley is a "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and does not hold or represent any interest adverse to the Debtors or their estates.[4]

## Proposed Compensation

9.      Cassidy Turley intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for this District, and orders of this Court. Subject to allowance by the Court, Cassidy Turley will charge the Debtors for its real estate services in accordance with the Fee Structure and expense reimbursement terms the parties agreed to under the Agreement.

10.     The Debtors and Cassidy Turley have agreed that Cassidy Turley will apply to the Court for compensation for services rendered and reimbursement of expenses incurred in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedure and orders of the Court and consistent with the proposed compensation set forth in the Agreement.

Dated: _April 18_____, 2011
Santa Clara, California

Jason Berry

---
[4]      The statements contained herein respecting Cassidy Turley are based upon a conflicts check of the Cassidy Turley Databases as of April 4, 2011.

## EXHIBIT I: Conflict Check List Entities

### Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

Donald Powers
Christopher Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Wood

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look

Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca

Current Directors and Officers of NNCC

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Architel Systems (U.S.) Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the
Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition
Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Northern Telecom International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Raj Krishnan
Christopher Ricaurte
Timothy C. Ross
Allen K. Stout
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken

Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder

Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Christopher Ricaurte

Timothy C. Ross
Allen K. Stout

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the Petition Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

**Debtors' Vendors**

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.

Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


*Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.

Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada


***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### *Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

### *Debtors' Landlords*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.

TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.

Technology Park V LP

### *Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company


### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant
customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington
& Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities,
Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC

---

[1]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company;
the beneficial holders are not known to the Debtors.

Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank

TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Professionals*

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP

### *Unsecured Creditors Committee's Professionals*

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP

Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

### *Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

### *Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline

Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

### *Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority

Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.

Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe

Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.

Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.
Spectrum Group Management LLC
Exide Technologies
Credit Suisse Strategic Partners
ASM Capital III, L.P.
ASM Capital, L.P.
Michael Alms
Gussie Anderson
Faye Brown
Roger Carlsen
John Elliott
Nanette Faison
Bert Fletcher
Barbara Gallagher
Gary Garrett
Laura Hale
Janette Head
Brad Henry
Mark Janis
William Johnson
Deborah (Margaret) Jnes
Peter Lawrence
James Lee
Fred Lindow
David Litz
Kerry Logan
Robert Martel
Terry Massengill
Reid Mullett
Pamela Powell
Frankie Proctor
Janie Proctor
Carol Raymond
William Reed
Ronald Rose Jr.
Charles Sandner
Cynthia Schmidt
Wayne Schmidt
Manuel Segura
Leolia Strickland
Michael Stutts
Carmel Totman
Claudia Vidmer

Susan Widener
Vada Wilson
Thomas Patrick Tinker (Assistant US Trustee)
William K. Harrington (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
David Klauder (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross -*Only family relationships with Judge Gross need be disclosed

### Ad Hoc Bondholder Group
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

### Top 20 Creditors of Nortel Networks (CALA) Inc.
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc

Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

*Mediator*
Layn R. Phillips
Irell & Manella LLP

*Principal Officer*
John Ray

**EXHIBIT II: Current and Former Clients**

*Current and Former Clients*

| Debtors Vendor CTBT Name | Compare to Debtor Names Exhibit I | Debtor Role | Type |
|---|---|---|---|
| AT&T | AT&T | Buyer | Lease |
| AT&T Mobility | AT&T | Buyer | Lease |
| Bank of America, N.A. | Bank of America | Buyer | Lease |
| Bank of America, N.A. | Bank of America | Buyer | Lease |
| Bank of America, N.A. | Bank of America | Buyer | Lease |
| Bank of America, N.A. Sherrill Bldg., | Bank of America | Buyer | Lease |
| Charles Schwab & Co Inc | Charles Schwab & Co., Inc. | Buyer | Lease |
| Cisco Systems | Cisco Systems, Inc. | Buyer | Referral |
| Comcast of California IX | Comcast | Buyer | Lease |
| Fidelity Investments | Fidelity Treasury Portfolio Fund | Buyer | Consulting |
| Fidelity Investments | Fidelity Treasury Portfolio Fund | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Sale |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Consulting |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| Flextronics | Flextronics | Buyer | Lease |
| ITC Service Group | ITC | Buyer | Lease |
| ITC Service Group | ITC | Buyer | Lease |
| ITC Service Group | ITC | Buyer | Lease |
| Johnson Controls, Inc. | Johnson Controls Inc. | Buyer | Lease |
| Loomis Sayles & Co. LP | Loomis Sayles & Company, L.P. | Buyer | Lease |
| Loomis Sayles & Co. LP | Loomis Sayles & Company, L.P. | Buyer | Referral |
| Oppenheimer & Co | Oppenheimer & Co., Inc. | Buyer | Lease |
| PNC Bank | PNC Bank, NA | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Consulting |

| | | | |
|---|---|---|---|
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI Corporation | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI Corporation | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI USA Inc. | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI USA Inc. | Sanmina SCI Corporation | Buyer | Lease |
| Sanmina-SCI USA Inc. | Sanmina SCI Corporation | Buyer | Lease |
| Scottrade, Inc. | Scottrade, Inc | Buyer | Lease |
| Scottrade, Inc. | Scottrade, Inc | Buyer | Lease |
| Scottrade, Inc. | Scottrade, Inc | Buyer | Lease |
| Scottrade, Inc., an Arizona Corporation | Scottrade, Inc | Buyer | Lease |
| Scottrade, Inc., an Arizona Corporation | Scottrade, Inc | Buyer | Lease |
| Siemens Enterprise Communications | Siemens Enterprise | Buyer | Lease |
| TD Ameritrade, Inc. | TD Ameritrade Inc. | Buyer | Lease |
| TD Ameritrade, Inc. | TD Ameritrade Inc. | Buyer | Lease |
| Tejas Silicon, Inc. | Tejas | Buyer | Lease |
| Union Bank of California | Union Bank of California | Buyer | Lease |
| Union Bank of California | Union Bank of California | Buyer | Lease |
| Union Bank of California | Union Bank of California | Buyer | Lease |
| Union Bank of California | Union Bank of California | Buyer | Lease |
| Union Bank of California | Union Bank of California | Buyer | Lease |
| US Bank Corporate Real Estate | US Bank NA | Buyer | Lease |
| Verizon Wireless | Verizon New York, Inc. | Buyer | Lease |
| Wachovia Bank | Wachovia Bank, NA | Buyer | Lease |
| Wachovia Bank | Wachovia Bank, NA | Buyer | Lease |
| Wachovia Bank, National Assocation | Wachovia Bank, NA | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Consulting |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National | Buyer | Consulting |

| | Association | | |
|---|---|---|---|
| Wells Fargo Home Mortgage | Wells Fargo Bank, National Association | Buyer | Lease |
| Wells Fargo Insurance Services | Wells Fargo Bank, National Association | Buyer | Lease |
| Bank of America | Bank of America | Seller | Lease |
| Bank of America | Bank of America | Seller | Sale |
| Charles Schwab & Co Inc | Charles Schwab & Co., Inc. | Seller | Lease |
| Citibank | Citibank | Seller | Sale |
| Comcast of California/Colorado/Washington I, Inc. | Comcast | Seller | Sale |
| Della Mora Family Trust | Dell Marketing, LP | Seller | Lease |
| Deutsche Bank National Trust Company | Deutsche Bank | Seller | Lease |
| Duke Realty Limited Partnership | Duke Realty Ohio | Seller | Referral |
| Flextronics | Flextronics | Seller | Sale |
| Flextronics | Flextronics | Seller | Sale |
| Flextronics | Flextronics | Seller | Sale |
| Flextronics | Flextronics | Seller | Sale |
| Flextronics | Flextronics | Seller | Sale |
| Flextronics | Flextronics | Seller | Lease |
| Flextronics | Flextronics | Seller | Lease |
| Flextronics | Flextronics | Seller | Lease |
| Flextronics | Flextronics | Seller | Lease |
| iStar Financial, Inc. | IStar Ctl. 1, L.P./Lehman Ali Inc. | Seller | Lease |
| JP Morgan Investment Management Inc. | JP Morgan | Seller | Consulting |
| Sanmina | Sanmina SCI Corporation | Seller | Sale |
| Sanmina - SCI | Sanmina SCI Corporation | Seller | Sale |
| Sanmina-SCI | Sanmina SCI Corporation | Seller | Sale |
| Sanmina-SCI | Sanmina SCI Corporation | Seller | Lease |
| Sanmina-SCI | Sanmina SCI Corporation | Seller | Sale |
| Sanmina-SCI | Sanmina SCI Corporation | Seller | Sale |
| Sanmina-SCI Corporation | Sanmina SCI Corporation | Seller | Lease |
| Sanmina-SCI Enclosure Systems AB | Sanmina SCI Corporation | Seller | Sale |
| Sanmina-SCI Systems (Canada) Inc. | Sanmina SCI Corporation | Seller | Sale |
| SAP America, Inc | SAP America, Inc. | Seller | Lease |
| Tellabs Petaluma, Inc. | Tellabs, Inc. | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Referral |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |

| | | | |
|---|---|---|---|
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Advisors LLC | UBS | Seller | Lease |
| UBS Realty Investors LLC | UBS | Seller | Lease |
| UBS Realty Investors LLC | UBS | Seller | Lease |
| UBS Realty Investors, LLC | UBS | Seller | Lease |
| UBS Realty Investors, LLC | UBS | Seller | Lease |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia Mortgage, FSB | Wachovia Bank, NA | Seller | Sale |
| Wachovia SBA Lending, Inc. | Wachovia Bank, NA | Seller | Sale |
| Wachovia Securities | Wachovia Bank, NA | Seller | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Sale |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Sale |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Lease |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association | Seller | Lease |
| Wells Fargo Trust Real Estate | Wells Fargo Bank, National Association | Seller | Sale |

**EXHIBIT III: Common Key Creditors or Vendors**

*Common Key Creditors or Vendors*

AT&T
Avaya
California State Board of Equalization
CB Richard Ellis, Inc.
City of Santa Clara
Comcast
Dell Marketing, LP
EMC Corporation
Flextronics
Google, Inc.
Graybar Electric Company, Inc.
Microsoft
PG&E-California
Sanmina SCI Corporation
Staples National Advantage
The Internal Revenue Service
Verizon