## EXHIBIT D

**AMENDED AGREEMENT**

## FIRST AMENDMENT TO EXCLUSIVE SUBLEASE LISTING AGREEMENT

This FIRST AMENDMENT TO EXCLUSIVE SUBLEASE LISTING AGREEMENT, dated as of May 19, 2011 (this "Amendment"), is made by and between NORTEL NETWORKS INC., as tenant (the "Tenant"), and CASSIDY TURLEY CPS, as broker (the "Broker"). Tenant and Broker are each, individually a "Party" and collectively the "Parties".

### W I T N E S S E T H :

**WHEREAS:**

1.    The Parties executed that certain Exclusive Sublease Listing Agreement on March 31, 2011 (the "Agreement") pursuant to which Tenant granted to Broker the exclusive right to negotiate a sublease or subleases and be paid commissions in connection with such sublease or subleases of Tenant's interest in real property in the City of Santa Clara, County of Santa Clara, State of California, consisting of approximately 61,464 square feet, and located at 4555 and 4565 Great America Parkway; and

2.    The Parties desire to correct the misidentification of certain persons acting as brokers as described in Schedule 1 to the Agreement as set forth more fully herein.

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein the Parties agree as follows:

1.    Defined Terms. Each capitalized term used, but not defined, in this Amendment shall have the meaning ascribed to such term in the Agreement, and all references herein to sections, schedules or exhibits are to sections, schedules or exhibits in the Agreement.

2.    Amendments. As of the Commencement Date:

(a)    Listing Agent/Procuring Agent Definitions. Paragraph A of Schedule 1 is deleted in its entirety and replaced with the following:

LISTING AGENT/PROCURING AGENT DEFINITIONS. The term "Listing Agent(s)" shall mean Steve Horton and Kenneth J. Candelaria and shall refer to the Broker agent(s) representing Tenant. All other Broker agents shall be treated as Procuring Agents. The "Procuring Agent" is the agent(s) who represent(s) subtenants.

3.    Miscellaneous.

(a)    No Other Changes. Except as expressly set forth in this Amendment, the Agreement shall remain unmodified and in full force and effect, and the Agreement as modified herein is ratified and confirmed.

1

(b)     <u>Conflict</u>. Notwithstanding anything contained in this Amendment to the contrary, in the event there is any conflict between the terms and provisions of this Amendment and the terms and provisions of the Agreement, this Amendment shall govern.

(c)     <u>Entire Agreement</u>.    The Amendment contains the sole and entire understanding and agreement of Tenant and Broker with respect to the entire subject matter hereof, and all prior negotiations, discussions, representations, agreements, and understandings with respect to the Amendment had between Tenant and Broker prior to the date of this Amendment are merged into this Amendment.

(d)     <u>Governing Law</u>.    This Amendment shall be governed by the law governing the Agreement.

(e)     <u>Successors and Assigns</u>.    This Amendment shall be binding upon, and inure to the benefit of, each of Tenant and Broker and its respective successors and permitted assigns.

(f)     <u>Counterparts and Execution</u>.    This Amendment may be executed in one or more counterparts, each of which shall constitute an original, and all of which taken together shall constitute one agreement.    The execution of this Amendment may be effected by electronically transmitted (email) or facsimile signatures, all of which shall be treated as originals.

[End of Page – Signature Page Follows]

2

IN WITNESS WHEREOF, Tenant and Broker have duly executed this Amendment as of the day and year first above written.

**TENANT:**

NORTEL NETWORKS INC.

By: _____
     Name: Allan Lane
     Title: Asset Manager, Americas

**BROKER:**

CASSIDY TURLEY CPS

By: _____
     Name: Kenneth J. Candelaria
     Title: Partner

NEWYORK:2399251.1