**CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Cassidy Turley CPS as Broker for the Debtors *Nunc Pro Tunc* to March 31, 2011** was caused to be made on June 1, 2011, in the manner indicated upon the entities identified in the attached service list.


Date:  June 1, 2011                                    */s/ Alissa T. Gazze*
                                                                Alissa T. Gazze (No. 5338)


**Via First Class Mail**
Rentschler / Tursi LLP
Joseph Tursi
411 Borel Avenue, Suite 510
San Mateo, CA 94402