# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: June 21, 2011 at 9:30 a.m.** |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                            Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:                                  Official Committee of Unsecured Creditors

Date of Retention:                                            March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:                        February 1, 2011 through April 30, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:                 $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:             $21,063.42

This is (a)n:  _X_  interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. February, March and April 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 6/1/11 Docket No. 5533 | 2/1/11 – 2/28/11 | $200,000.00 | $2,182.44 | Pending Obj Deadline 6/20/11 $160,000.00 | Pending Obj Deadline 6/20/11 $2,182.44 | $40,000.00 |
| Date Filed: 6/1/11 Docket No. 5534 | 3/1/11 - 3/31/11 | $200,000.00 | $12,294.63 | Pending Obj Deadline 6/20/11 $160,000.00 | Pending Obj Deadline 6/20/11 $12,294.63 | $40,000.00 |
| Date Filed: 6/1/11 Docket No. 5535 | 4/1/11 - 4/30/11 | $200,000.00 | $6,586.35 | Pending Obj Deadline 6/20/11 $160,000.00 | Pending Obj Deadline 6/20/11 $6,586.35 | $40,000.00 |
| **TOTALS:** | | $600,000.00 | $21,063.42 | $480,000.00[3] | $21,063.42[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

Summary of any Objections to Fee Applications: None.

Dated: June __1__, 2011
New York, New York

_____
Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY 10022
(212) 323-3918

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*