IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 21, 2011 at 9:30 a.m.**<br>) |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:　　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:　　　　　February 1, 2011 through April 30, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$42,320.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$3,437.24

This is (a)n: __X__ interim　　____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s February, March and April 2011 monthly fee applications are incorporated herein by reference.

RLF1 4052971v.1

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/18/11 Docket No. 5127 | 2/1/11 - 2/28/11 | $7,777.00 | $991.55 | $6,221.60 | $991.55 | $1,555.40 |
| Date Filed: 4/27/11 Docket No. 5334 | 3/1/11 - 3/31/11 | $8,985.50 | $785.77 | $7,188.40 | $785.77 | $1,797.10 |
| Date Filed: 5/25/11 Docket No. 5483 | 4/1/11 - 4/30/11 | $25,558.00 | $1,659.92 | Pending obj. deadline 6/14/11 $20,446.40 | Pending obj. deadline 6/14/11 $1,659.92 | $5,111.60 |
| TOTALS: |  | $42,320.50 | $3,437.24 | $33,856.40[3] | $3,437.24[4] | $8,464.10 |

Summary of any Objections to Fee Applications: None.

Dated: June 1, 2011
     Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2