## Exhibit A

**Memorandum of Understanding**

1) Deferred Profit Amount shall be $58,065,000, which shall resolve all disputes among the parties with respect to the Deferred Profit Amount, including (without limitation): (i) disputes related to the KPN contract, (ii) post-closing credit memos relating to Qwest, Avaya and miscellaneous other parties (which reflects an amount of $2.9 million), (iii) Luxembourg deferred Costs of Goods Sold and (iv) matters relating to Telus. Support documentation with respect to the preceding clause (ii) shall be provided by GENBAND. If the documentation does not establish these items were not included in GENBAND's calculation of the Deferred Profit Amount, then any such item shall be deducted from the Deferred Profit Amount of $58,065,000.

2) Nortel shall withdraw all claims relating to the Verizon dispute currently before the court, and therefore GENBAND shall retain all amounts received from Verizon that are the subject of Nortel's motion.

3) GENBAND shall pay $1,000,390 in respect of Canadian transfer taxes.

4) After giving effect to the Deferred Profit Amount, the final purchase price under the asset purchase agreement shall be $155,728,137, which shall result in a payment from Nortel to GENBAND of $26,920,863 (which shall be effected by a release of the full amount of the purchase price adjustment escrow to GENBAND, and a payment of the balance of such $26,920,863 to GENBAND).

5) The Parties shall exchange full releases with respect to the above matters, including without limitation releases of affiliates, directors, officers, employees, attorneys, advisors, shareholders and representatives.

6) Each side shall bear its own costs.

7) Nortel's entry into this settlement is subject to the receipt of approvals from all Nortel Sellers and approval by the relevant Courts.

8) Parties to use their best efforts to document and give effect to these terms as soon as reasonably practicable.