IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., *et al.*, ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF THOMAS M. VITALE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas M. Vitale of Mayer Brown LLP to represent (I) the following directors: (i) John Doolittle, the Senior Vice President Corporate Service and the Chief Financial Officer of Nortel Networks Corporation ("**Nortel**"), in his capacity as director, officer and agent of certain subsidiaries of Nortel, (ii) Allan Bifield, the Chief Financial Officer of Nortel Business Services, in his capacity as director, officer and agent of certain subsidiaries of Nortel, (iii) Anna Ventresca, General Counsel – Corporate, Corporate Secretary and Chief Compliance Officer of Nortel, in her capacity as director, officer and agent of certain subsidiaries of Nortel, (each a "**Fourth Estate Director**," collectively the "**Fourth Estate Directors**") and (II) the following Nortel non-debtor and non-U.S. affiliates: (A)(i) Nortel Networks (Asia) Limited; (ii) Nortel Networks Australia Pty Limited; (iii) Nortel Networks (India) Private Limited; (iv) PT Nortel Networks Indonesia; (v) Nortel Networks Malaysia Sdn. Bhd.; (vi) Nortel Networks New Zealand Limited; (vii) Nortel Networks Singapore Pte. Ltd.; (viii) Nortel Networks (Thailand) Ltd.; (ix) Nortel Vietnam Limited; (x) Nortel Networks (China) Limited; and (xi) Nortel Networks Telecommunications Equipment (Shanghai) Co. (collectively, the "**APAC Entities**") and (B)(i) Nortel Networks Chile S.A.; (ii) Nortel Networks del Ecuador S.A.; (iii) Nortel Networks de Mexico S.A. de C.V.; (iv) Nortel Networks del Uruguay S.A.; and (v) Nortel de Mexico, S. de R.L. de C.V. (collectively, the "**CALA Entities**", and together with the APAC Entities, the "**Fourth Estate Subsidiaries**") in the above captioned case.

Dated: June 1, 2011
      Wilmington, DE

                                     PRICKETT, JONES & ELLIOTT, P.A.

                                     By: /s/ Bruce E. Jameson
                                     Bruce E. Jameson [No. 2931]
                                     1310 King Street, Box 1328
                                     Wilmington, Delaware 19899
                                     Telephone: (302) 888-6500
                                     Facsimile: (302) 658-8111

                                     *ATTORNEYS FOR THE FOURTH ESTATE*
                                     *DIRECTORS AND FOURTH ESTATE*
                                     *SUBSIDIARIES*

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 26, 2011

Thomas M. Vitale
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
Telephone:    (212) 506-2500
Facsimile:    (212) 262-1910

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
The Honorable Kevin Gross
United States Bankruptcy Judge

700152020