IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) ) Hearing Date: June 21, 2011 at 9:30 a.m. |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:           Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:    Official Committee of Unsecured Creditors

Date of Retention:           March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: February 1, 2011 through April 30, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:  CDN. $1,023,851.00 Equivalent to USD $1,047,501.96[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  CDN. $32,082.90 Equivalent to USD $32,824.01[3]

This is (a)n: __X__ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's February, 2011, March, 2011 and April, 2011 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on May 31, 2011 was CDN. $1.00 : U.S. $1.0231

9888072_1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/19/11 Docket No. 5272 | 2/1/11 - 2/28/11 | $301,574.00 | $7,292.35 | $241,259.20 | $7,292.35 | $60,314.80 |
| Date Filed: 5/20/11 Docket No. 5461 | 3/1/11 - 3/31/11 | $421,728.00 | $14,990.06 | $337,382.40 Pending Obj. Deadline June 10, 2011 | $14,990.06 Pending Obj. Deadline June 10, 2011 | $84,345.60 |
| Date Filed: 5/31/11 Docket No. 5542 | 4/1/11 - 4/30/11 | $300,549.00 | $9,800.49 | $240,439.20 Pending Obj. Deadline June 20, 2011 | $9,800.49 Pending Obj. Deadline June 20, 2011 | $60,109.80 |
| **TOTALS:** | All amounts in CDN.$ | $1,023,851.00 | $32,082.90 | $819,080.80 | $32,082.90 | $204,770.20 |

Summary of any Objections to Fee Applications: None.

Dated: June 1, 2011
    Toronto, Ontario

_____
Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*