## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                            :

*In re*                               :

Nortel Networks Inc., *et al.*,[1]       :

              Debtors.        :

                               :

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## CERTIFICATION OF SALVATORE F. BIANCA

I, SALVATORE F. BIANCA, do hereby certify as follows:

1.      I am an associate at the firm of Cleary Gottlieb Steen & Hamilton LLP, which maintains an office for the practice of law, among other places, at One Liberty Plaza, New York, New York 10006. I am an attorney at law admitted to practice before the courts of the State of New York, the State of Illinois, the United States District for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit. I am admitted *pro hac vice* in the above-captioned proceeding. I submit this certification in support of the Debtors' Reply in Further Support of Their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc.

---

[1]      Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2.      Attached as Exhibit A hereto is a true and correct copy of an email from Salvatore

F. Bianca to John L. Wood, *et al.*, dated December 23, 2010.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on June 1, 2011.

SALVATORE F. BIANCA

## EXHIBIT A

CLEARY
GOTTLIEB

To:        Salvatore Bianca/NY/Cgsh@cgsh,
Cc:
Bcc:
Subject:   Fw: Our call today
From:      Salvatore Bianca/NY/Cgsh - Wednesday 01 June 2011  12:32 PM

----- Forwarded by Salvatore Bianca/NY/Cgsh on 06/01/2011 12:32 PM -----

| | |
|---|---|
| From: | Salvatore Bianca/NY/Cgsh |
| To: | "John L. Wood" <JWood@emlaw.com> |
| Cc: | "Mark H. Ralston" <mralston@ciardilaw.com>, "Reyes, Tony" <treyes@ogilvyrenault.com>, Tom.C.Ayres@ca.ey.com |
| Date: | 12/23/2010 12:31 PM |
| Subject: | Re: Our call today |

**For Settlement Purposes Only -- Subject to FRE 408**

John:

Thanks for your email.  However, there are a few points that need to be corrected.

First, we did not represent that Emanate (or any other SNMP RI software) is going to be "transferred" to Ericsson.  It was you who said that the schedules to the sale agreement purported to transfer SNMP RI software -- those were your words, not ours.  What we said was that we gave Ericsson a list of third party licenses that were used in the Passport business and that list included two licenses with SNMP RI for the SNMP RI software found in the Passport audit.  The purpose of the list was to let the purchaser know what third party licenses were used in the business so that the purchaser could seek to enter into license agreements if it wanted to use the software.  None of this should be a surprise since it was mentioned at the Passport sale hearing last September.

Second, I didn't say that we will not share information regarding SNMP RI licenses identified in any schedules provided to purchasers in past sales.  I said that we'll need to get back to you on this request after we look into it because, among other things, the schedules contain confidentiality provisions and we cannot unilaterally agree to anything.

To be clear, we have been extremely cooperative in this entire process.  Nortel has spent countless hours conducting an audit of the Passport business for SNMP RI's benefit at a substantial cost.  We ask that SNMP RI, in return, share the same level of cooperation as we try to resolve its claims.

Salvatore Bianca
Cleary Gottlieb Steen & Hamilton LLP
Assistant: npica@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2032 | f: +1 212 225 3999
www.clearygottlieb.com | sbianca@cgsh.com

| "John L. Wood" | Sal, First, thank you again for completing the pa... | 12/22/2010 05:54:35 PM |
|---|---|---|

From:       "John L. Wood" <JWood@emlaw.com>
To:         "Salvatore Bianca" <sbianca@cgsh.com>
Cc:         "Mark H. Ralston" <mralston@ciardilaw.com>
Date:       12/22/2010 05:54 PM
Subject:    Our call today

Sal,

First, thank you again for completing the passport audit and reporting that SNMP's BRASS® and EMANATE® software is present in the software that Nortel intends to transfer to Ericsson. This will help us get the correct license in place with Ericsson.

As you know, today was the first time that we heard that EMANATE® was going to be transferred by Nortel to Ericsson. I was surprised to find out on our call that Nortel represented to Ericsson in the purchase agreement that the EMANATE® software is present in the software that will be transferred upon completion of the sale. Nortel chose not to share this information with SNMP until today. Furthermore, you indicated on the call today that Nortel will not share the representations made to the other purchasers of Nortel assets regarding SNMP software with SNMP. Nortel's position on this matter is counterproductive and does not represent the spirit of cooperation and openness that Nortel has communicated to SNMP in the past. I urge you to reconsider your position and share all the information you have regarding SNMP software that was transferred to or made available to a previous or future buyer of any Nortel assets. Specifically, we would like to see the schedules to the purchase agreement with all buyers that mention SNMP software in addition to any other information you have.

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.
**IRS Circular 230 Disclosure:** New IRS rules restrict written federal tax advice from lawyers and accountants. We include the following statement in all outbound e-mails because even inadvertent violations may be penalized. To ensure compliance with these requirements, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.