IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
              Debtors. :
:
------------------------------------------------------------X

**DECLARATION OF GEORGE REICHERT IN SUPPORT OF
DEBTORS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
PROTECTIVE ORDER LIMITING DISCOVERY
REQUESTS PROPOUNDED BY SNMP RESEARCH INTERNATIONAL, INC.**

I, George Reichert, declare under penalty of perjury as follows:

1.    I am the Chief Information Officer ("CIO") for Nortel Networks Inc. ("NNI"), which position I have held since January of 2009. I joined Nortel[2] in October of 2007 and held the position of Vice President of Technology Services until my promotion to CIO. My job responsibilities include the definition and execution of Nortel's IT strategy, which is currently focused on the sale of Nortel's assets and the wind down of the company. For example, I recently oversaw the auction process and sale of certain Internet Protocol Numbers (commonly

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] "Nortel" is used herein to refer to the Debtors, their non-Debtor parents and their subsidiaries and affiliates. Nortel consists of Nortel Networks Corporation ("NNC"), the ultimate parent company; Nortel Networks Limited, NNC's principal Canadian operating subsidiary; NNI, the principal U.S. operating subsidiary and over 140 affiliates around the world.

known as "IP addresses") to Microsoft Corporation. In my role as CIO, I am the ultimate supervisor of all personnel in the IT department, including the team that administers and supports the ClearCase repository. Prior to taking my current position at Nortel, I was employed by Lenovo as Vice President, Office of the CIO, and before that I worked for DHL Express.

2.     I submit this declaration in support of the Debtors' Reply in Further Support of Their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other employees of the Debtors or their affiliates and professionals retained by the Debtors, or learned from my review of relevant documents or upon my opinion based on my experience and knowledge of the Debtors' operations.

3.     Nortel's businesses were based on creating products and services that relied heavily on the development and maintenance of intellectual property, including software, and the marketing of such products and services. In my experience, the software incorporated into Nortel products (particularly Nortel's proprietary software, now largely owned by the purchasers of Nortel's business divisions, but in many cases also software licensed from third parties) contributed to distinguishing them from similar products offered by other companies and drove the sale of Nortel products. It has been Nortel's practice to protect the source code of its software from disclosure. Consequently, the source code of the software included in Nortel's products, whether developed by Nortel or licensed from third parties, has been treated by Nortel as extremely valuable and confidential information.

4.     ClearCase is a repository used to store each version of the elements of a software development project as they evolve over time. Nortel's policy is and has been to restrict access

by third parties to ClearCase and to its products' source code generally. To the best of my knowledge, prospective purchasers of the various business lines of Nortel were not given access to any of the source code of the products pertaining to the relevant business line during the diligence process or any time prior to the closing of their respective bankruptcy sales. Now that Nortel has sold its operating business lines, the ownership of the vast majority of the Nortel source code stored within the ClearCase repository has transferred to the purchasers in the bankruptcy sales. Even after a bankruptcy sale has closed, however, I understand that the purchasers' access to certain source code stored in ClearCase has been limited by the certain agreements, including the Transition Service Agreements, and court orders.

*[Remainder of the page left intentionally blank.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 1, 2011
Durham, NC

George Reichert