## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of George Reichert In Support Of Debtors' Reply In Further Support Of Their Motion For Protective Order Limiting Discovery Requests Propounded By SNMP Research International, Inc.** was caused to be made on June 1, 2011, in the manner indicated upon the entities identified on the attached service list.

Dated: June 1, 2011

                                                           */s/ Ann C. Cordo*
                                                           Ann C. Cordo (No. 4817)