## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*, [1]

      Debtors.

-----------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## SUPPLEMENTAL DECLARATION OF STEPHEN KENKEL IN SUPPORT OF DEBTORS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY REQUESTS PROPOUNDED BY SNMP RESEARCH INTERNATIONAL, INC.

I, Stephen Kenkel, declare under penalty of perjury as follows:

1.  I am a Senior ClearCase Administrator/Analyst at Nortel Networks Inc. ("NNI"). I manage the transitioning of software to purchasers of the Debtors' businesses. During my 14 years with Nortel,[2] I have specialized in Software Development Environment (SDE) support, primarily involving the ClearCase product. Until recently I was the team leader for a group of engineers providing around-the-clock support to Nortel's ClearCase environment which was, at the time, the most extensive centrally administered ClearCase/MultiSite environment in existence. In earlier positions as a software engineer and a Unix system administrator I acquired expertise in all of the standard Unix tools used for text searches. I previously submitted a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

declaration in support of the Debtors' Motion for Protective Order Limiting Discovery Requests
Propounded by SNMP Research International, Inc., dated April 1, 2011 (the "Motion").[3]  I
hereby submit this supplemental declaration in further support of the Motion.

2.    Except as otherwise indicated, all facts set forth in this declaration are based upon
my personal knowledge, information supplied to me by other employees of the Debtors or their
affiliates and professionals retained by the Debtors, or learned from my review of relevant
documents or upon my opinion based on my experience and knowledge of the Debtors'
operations.

3.    The Version Object Bases (source code folders) contained in ClearCase
incorporate the source code of Nortel's proprietary software (much of which is now owned by
the purchasers of Nortel's business lines), as well as numerous third party software vendors (the
"Third Party Vendors"), as permitted by virtue of license agreements between such purchasers
and Third Party Vendors and Nortel.  I understand that Nortel licensed from Third Party Vendors
other than SNMP RI software providing comparable or the same functions (or some of the same
functions) as the software licensed by Nortel from SNMP RI.  In my review of material stored in
ClearCase, I have seen information regarding the software of such other Third Party Vendors.

---

[2]        "Nortel" is used herein to refer to the Debtors, their non-Debtor parents and their subsidiaries and affiliates.
Nortel consists of Nortel Networks Corporation ("NNC"), the ultimate parent company; Nortel Networks Limited,
NNC's principal Canadian operating subsidiary; NNI, the principal U.S. operating subsidiary and over 140 affiliates
around the world.

[3]        Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct to the best of my knowledge, information and belief.

Dated: June 1, 2011
Raleigh, North Carolina

_____
Stephen Kenkel

4