## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Declaration Of Stephen Kenkel In Support Of Debtors' Reply In Further Support Of Their Motion For Protective Order Limiting Discovery Requests Propounded By SNMP Research International, Inc.** was caused to be made on June 1, 2011, in the manner indicated upon the entities identified on the attached service list.

Dated:  June 1, 2011

                                                        */s/ Ann C. Cordo*
                                                       Ann C. Cordo (No. 4817)

4294739.1