IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER
PROTOCOL OF FILING OF MOTION RECORD AND FACTUM
FILED IN THE CANADIAN PROCEEDINGS TO APPROVE
<u>THE ORDER REGARDING SNMP RI DISCOVERY MOTION</u>**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases (Docket No. 990), on June 1, 2011, Ernst & Young Inc., the Monitor and foreign representative of the Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings"), by its undersigned counsel, filed, in the above-captioned cases, a Motion Record filed in the Canadian Proceedings in support of the Order regarding SNMP RI Discovery Motion (the "SNMP RI Motion Record") and a Factum filed in the Canadian Proceedings in support of the Order regarding SNMP RI Discovery Motion (the "SNMP RI Factum").  A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on June 7, 2011.  A copy of the SNMP RI Motion Record is annexed hereto as Exhibit A.  A copy of the SNMP RI Factum is annexed hereto as Exhibit B.

Dated:  Wilmington, Delaware
        June 1, 2011

      ALLEN & OVERY LLP

      Ken Coleman
      Jessica D. Lubarsky
      1221 Avenue of the Americas
      New York, New York 10020
      Telephone (212) 610-6300
      Facsimile (212) 610-6399
      ken.coleman@allenovery.com
      jessica.lubarsky@allenovery.com

-and-

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
mona.parikh@bipc.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel Group*