IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| -------------------------------------------------------------------X | Chapter 11 |
| In re : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
|  : | Re: D. I. 5553 |
| Debtors. |  |
| -------------------------------------------------------------------X |  |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 1, 2011, copies of the **U.S. Debtors' Objection to the Motion of Genband US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019** were served in the manner indicated upon the entities identified on the attached service list.

Dated: June 2, 2011
         Wilmington, Delaware

           CLEARY GOTTLIEB STEEN & HAMILTON LLP
           James L. Bromley (admitted pro hac vice)
           Lisa M. Schweitzer (admitted pro hac vice)
           One Liberty Plaza
           New York, NY 10006
           Telephone: (212) 225-2000
           Facsimile: (212) 225-3999

           and

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Alissa T. Gazze*
           Derek C. Abbott (No. 3376)
           Ann C. Cordo (No. 4817)
           Alissa T. Gazze (No. 5338)
           1201 North Market Street, 18th Floor
           Wilmington, DE 19899-1347
           Telephone: (302) 658-9200
           Facsimile: (302) 425-4663

4168215.1           Counsel for the Debtors and Debtors in Possession

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.