## Service List

**Via Hand Delivery**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Mona A. Parikh
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

Laura Davis Jones
Kathleen P. Makowski
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street
P.O. Box 8705
Wilmington, DE 19899-8705

Young Conaway Stargate & Taylor LLP
James Patton
Edwin Harron
1000 West St, 17th Floor
Wilmington, DE 19801

**Via First Class Mail**

Thomas R. Kreller
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Ken Coleman
Jessica Lubarsky
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

GENBAND Inc.
Attn: General Counsel
3605 E. Plano Pkwy., Suite 100
Plano, TX 75074

Latham & Watkins LLP
Attn: Blair Connelly, Esq and David S. Allinson, Esq.
885 Third Avenue
New York, NY 10022

Baker Botts LLP
Don J. McDermett, Jr., Esq.
Curt Anderson, Esq.
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Stikeman Elliott LLP
Ron Ferguson, Esq.
445 Park Avenue 7th Floor
New York, NY 10022

Wells Fargo Bank, N.A.
Lisa D'Angelo
45 Broadway, 14th Floor
New York, NY 10006

Hughes Hubbard & Reed LLP
Michael Luskin
Derek J.T. Adler
Ashley J. Laurie
One Battery Park Plaza
New York, NY 10004