IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et al.,* <br><br>         Debtors. | Chapter 11 <br> Case No. 09-10138 (KG) <br> (Jointly Administered) <br><br> Related to Joint Hearing <br> Before the U.S. and Canadian Courts <br> Scheduled June 7, 2011 at 9:30 a.m. |

**NOTICE OF FILING OF COURTESY COPIES PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF DOCUMENTS FILED IN THE CANADIAN PROCEEDINGS BY THE INFORMAL COMMITTEE OF CREDITORS HOLDING CLAIMS AGAINST ONLY THE CANADIAN DEBTORS ("CCC") RELATED TO MOTIONS MADE TO THE CANADIAN COURT FOR ITS APPROVAL OF A PROTOCOL FOR DETERMINING ALLOCATION OF SALES PROCEEDS**

   **PLEASE TAKE NOTICE** that, pursuant to section 12(d) of the Cross-Border Insolvency Protocol approved in the above captioned cases, as amended, [Docket No. 990] (the "**Protocol**"), and for the limited purposes provided by the Protocol, the informal committee of creditors holding claims against only the Canadian Debtors[1] (the "**CCC**") filed this date with the Clerk of the Court in the above-captioned cases the within Notice appending courtesy copies of the documents (the "**Documents**") which were filed by the CCC on June 1, 2011, in the Canadian Proceedings in response to the motions brought in the Canadian Proceedings by (1) counsel for the U.S. Debtors and counsel for the Official Committee of Unsecured Creditors of the U.S. Debtors, acting jointly, (2) counsel for the Canadian Debtors, and (3) counsel to the Joint Administrators of Nortel Networks U.K. Limited *et al,* seeking approval from the Canadian Court of a proposed protocol for determining allocation of sales proceeds. Copies of the Documents filed with this Court may be obtained through the U.S. Debtors' docket maintained at www.epiqsystems.com or through undersigned counsel.

Dated: June 2, 2011
    Wilmington, Delaware

                **DLA PIPER, LLP (US)**
                /s/ Selinda A. Melnik
                Selinda A. Melnik (No. 4032)
                919 North Market Street, Suite 1500
                Wilmington, DE 19801
                Tel: +1.302.468.5650
                Email: selinda.melnik@dlapiper.com

                *Attorneys for Paliare Roland Rosenberg Rothstein LLP, counsel for the Superintendent of Financial Services in its Capacity as Administrator of the Pension Benefit Guarantee Fund and as agent for counsel to the other members of the CCC*

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protocol.