Court File No. 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT
ACT,
R.S.C. 1985, c. C-36, AS AMENDED

**COMPENDIUM OF THE CCC**
**(Motion Returnable June 7, 2011)**
**(VOLUME 1 OF 2)**

**KOSKIE MINSKY LLP**
20 Queen Street West, Suite 900,
Toronto, Ontario
Canada M5H3R3

Mark Zigler / Susan Philpott
Telephone: (416) 595-2090
Facsimile:   (416) 204-2877
Email: mzigler@kmlaw.ca
Email: sphilpott@kmlaw.ca

Counsel for The Canadian
Former Employees and Disabled
Employees through their Court
Appointed Representative

**CAW-CANADA LEGAL DEPARTMENT**
205 Placer Court
Toronto, ON  M2H 3H9

Barry Wadsworth
Telephone:  (416) 495-3776
Facsimile:    (416) 495-3786
Email:  Barry.Wadsworth@caw.ca

Counsel for the Canadian Autoworkers
Union


**MCCARTHY TETRAULT**
TD Bank Tower, Suite 5300
Toronto Dominion Centre
66 Wellington Street West
Toronto ON M5K 1E6

James Gage / Barbara Boake
Telephone: (416) 362-1812
Facsimile: (416) 868-0673
Email: jgage@mccarthy.ca
Email: bboake@mccarthy.ca

Counsel for Morneau Sobeco Limited
Partnership


**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
250 University Avenue, Suite 501
Toronto, Ontario
M5H 3E5

Ken Rosenberg / Massimo Starnino
Telephone: (416) 646-4300
Facsimile:   (416) 646-4301
Email: ken.rosenberg@paliareroland.com
Email: max.starnino@paliareroland.com

Counsel for the Superintendent of
Financial Services as Administrator of
the Pension Benefits Guarantee Fund

TO:    THE SERVICE LIST

*May 30, 2011*

Court File No. 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**SERVICE LIST**

TO:     **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Tony Reyes
Jennifer Stam

Email:    dtay@ogilvyrenault.com
treyes@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:    416.216.4000
Fax:    416.216.3930

Lawyers for the Applicants

DOCSTOR: 1600901\14

- 2 -

TO:     **ERNST & YOUNG INC.**
        Ernst & Young Tower
        222 Bay Street, P.O. Box 251
        Toronto, Ontario  M5K 1J7

        Murray McDonald
        Brent Beekenkamp

        Email:   nortel.monitor@ca.ey.com

        Tel:     416.943.3016
        Fax:     416.943.3300

AND     **GOODMANS LLP**
TO:     Bay Adelaide Centre
        333 Bay Street, Suite 3400
        Toronto, Ontario  M5H 2S7

        Jay Carfagnini
        Joseph Pasquariello
        Gail Rubenstein
        Fred Myers
        Chris Armstrong

        Email:   jcarfagnini@goodmans.ca
                 jpasquariello@goodmans.ca
                 grubenstein@goodmans.ca
                 fmyers@goodmans.ca
                 carmstrong@goodmans.ca

        Tel:     416.597.4107
        Fax:     416.979.1234

        Lawyers for the Monitor, Ernst & Young Inc.

AND     **OSLER HOSKIN AND HARCOURT**
TO:     **LLP**
        100 King Street West
        1 First Canadian Place
        Suite 6100
        P.O. Box 50
        Toronto, Ontario  M5X 1B8

        Lyndon Barnes
        Rupert Chartrand
        Edward Sellers
        Betsy Putnam

        Email:   lbarnes@osler.com
                 rchartrand@osler.com
                 esellers@osler.com
                 eputnam@osler.com

        Tel:     416.362.2111
        Fax:     416.862.6666

        Lawyers for the Boards of Directors of
        Nortel Networks Corporation and Nortel
        Networks Limited

AND     **FASKEN MARTINEAU DUMOULIN LLP**
TO:     66 Wellington Street West
        Toronto Dominion Bank Tower
        P.O. Box 20, Suite 4200
        Toronto, Ontario  M5K 1N6

        Donald E. Milner
        Aubrey Kauffman
        Edmond Lamek
        Jon Levin

        Email:   dmilner@fasken.com
                 akauffman@fasken.com
                 elamek@fasken.com
                 jlevin@fasken.com

        Tel:     416.868.3538
        Fax:     416.364.7813

        Lawyers for Export Development Canada

- 3 -

AND
TO:

**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, Ontario  K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:    613.597.8651
Fax:    613.598.3113


AND
TO:

**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific
Tower
Toronto, Ontario  M5K 1K7

Leanne M. Williams

Email:   lwilliams@tgf.ca

Tel:    416.304.1616
Fax:    416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.


AND
TO:

**McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:   john.stringer@mcinnescooper.com
         stephen.kingston@mcinnescooper.com

Tel:    902.425.6500
Fax:    902.425.6350

Lawyers for Convergys EMEA Limited


AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:   jcarhart@millerthomson.com

Tel:    416.595.8615/8577
Fax:    416.595.8695

Lawyers for Toronto-Dominion Bank


AND
TO:

**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

Tel.:   416.495.3776
Fax:    416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada


AND
TO:

**BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC  V7X 1S8

R. Hoops Harrison

Email:   hharrison@boughton.ca

Tel:    604.687.6789
Fax:    604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.,
in its capacity as duly authorized agent for
Holdings 1506 Enterprises Ltd.

- 4 -

| | |
|---|---|
| AND TO: | **BORDEN LADNER GERVAIS LLP**<br>Scotia Plaza, 40 King Street West<br>Toronto, Ontario M5H 3Y4 |

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email: mmacnaughton@blgcanada.com
Tel: 416. 367.6646
Fax: 416. 682.2837

Email: rjaipargas@blgcanada.com
Tel: 416.367.6266
Fax: 416.361.7067

Email: srappos@blgcanada.com
Tel: 416.367.6033
Fax: 416.361.7306

Lawyers for Bell Canada

AND TO: **SISKINDS LLP**
680 Waterloo Street
London, Ontario N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein
Emilie E. M. Maxwell

Email: ray.leach@siskinds.com
dimitri.lascaris@siskinds.com
emilie.maxwell@siskinds.com

Tel: 519.672.2121
Fax: 519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND TO: **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

John Contini
Aaron Rousseau

Email john.contini@mcmillan.ca
Tel: 416.307.4148
Fax: 416.304.3767

Email aaron.rousseau@mcmillan.ca
Tel: 416.307.4081
Fax: 416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email: zychk@bennettjones.com
Tel: 416.777.5738
Fax: 416.863.1716

Email: orzyr@bennettjones.com
Tel: 416.777.5737
Fax: 416.863.1716

Email: finlaysong@bennettjones.com
Tel: 416.777.5762
Fax: 416.863.1716

Email: swanr@bennettjones.com
Tel: 416.777.7479
Fax: 416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

| AND<br>TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 | AND<br>TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 |

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email:  mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:     416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:     416.204.2882

Email:  dyiokaris@kmlaw.ca
Tel:     416.595.2130
Fax:     416.204.2810

Email:  amckinnon@kmlaw.ca
Tel:     416.595.2150
Fax:     416.204.2874

Email:  cpoltak@kmlaw.ca
Tel:     416.595.2701
Fax:     416.204.2909

Lawyers for the Former Employees of Nortel

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email:  mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:     416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:     416.204.2882

Email:  dyiokaris@kmlaw.ca
Tel:     416.595.2130
Fax:     416.204.2810

Email:  amckinnon@kmlaw.ca
Tel:     416.595.2150
Fax:     416.204.2874

Email:  cpoltak@kmlaw.ca
Tel:     416.595.2701
Fax:     416.204.2909

Lawyers for the LTD Beneficiaries

- 6 -

AND TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:   jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:     416.595.8695

Email:   msims@millerthomson.com
Tel:      416.595.8577
Fax:     416.595.8695

Email:   jmklotz@millerthomson.com
Tel:      416.595.4373
Fax:     416.595.8695

Lawyers for LG Electronics Inc.

AND TO:

**LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:   joseph.kim@lge.com

Tel:      +82.2.3777.3171
Fax:     +82.2.3777.5345

AND TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:     416.595.8695

Email    msims@millerthomson.com
Tel:      416.595.8577
Fax:     416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND TO:

**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, Ontario  M2N 1M9

Harvey G. Chaiton

Email:   harvey@chaitons.com

Tel:      416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

- 7 -

AND TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:  ken.rosenberg@paliareroland.com
Tel:    416.646.4304
Fax:    416.646.4301

Email:  max.starnino@paliareroland.com
Tel:    416.646.7431
Fax:    416.646.4301

Email:  lily.harmer@paliareroland.com
Tel:    416.646.4326
Fax:    416.646.4301

Email:  tina.lie@paliareroland.com
Tel:    416.646.4332
Fax:    416.646.4301

Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

AND TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:  Shayne.kukulowicz@fmc-law.com
        Alex.macfarlane@fmc-law.com
        Michael.wunder@fmc-law.com
        ryan.jacobs@fmc-law.com

Tel:    416.863.4511
Fax:    416.863.4592

Canadian Lawyers for the Official Committee of Unsecured Creditors

AND TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

E. Patrick Shea

Email:  patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group

AND TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:  rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

- 8 -

AND
TO:

**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:  hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Email:  vdare@foglers.com
Tel:    416.865.6641
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com
        smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  javersa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND
TO:

**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia V7Y 1B8

Sharon M. Urquhart

Email:  surquhart@ahbl.ca
Tel:    604.484.1757
Fax:    604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, Ontario M5H 3S1

Maurice Fleming

Email:  mfleming@millerthomson.com
Tel:    416.595.8686
Fax:    416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

- 9 -

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:  andrew.kent@mcmillan.ca
Tel:    416.865.7160
Fax:    416.865.7048

Email:  hilary.clarke@mcmillan.ca
Tel:    416.865.7286
Fax:    416.865.7048

Email:  tushara.weerasooriya@mcmillan.ca
Tel:    416.865.7262
Fax:    416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:  lawrence.crozier@mcmillan.ca
Tel:    416.865.7178
Fax:    416.865.7048

Email:  adam.maerov@mcmillan.ca
Tel:    416.865.7285
Fax:    416.865.7048

Lawyers for Citibank

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:  dgrieve@casselsbrock.com
Tel:    416.860.5219
Fax:    416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:  dmagisano@blaney.com
Tel:    416.593.2996
Fax:    416.593.5437

Lawyers for Expertech Network Installation Inc.

AND
TO:  **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Email:  vdare@foglers.com
Tel:    416.865.6641
Fax:    416.865.6636

Lawyers for Amphenol Corporation

AND
TO:  **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:  smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:  **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario  M5J 2T3

Aaron Rousseau

Email:  aaron.rousseau@mcmillan.ca
Tel:    416.307.4081
Fax:    416.365.1719

Lawyer for Right Management Inc.

AND
TO:  **CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Michael Casey

Email:  bleonard@casselsbrock.com
        dward@casselsbrock.com
        mcasey@casselsbrock.com

Tel:    416.860.6455
Fax:    416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

- 11 -

AND
TO:
**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:  pklepsoe@mcfarlanelaw.com

Tel:     613.233.2679
Fax:     613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management,
Inc.

AND
TO:
**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:     514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirlvar

Email:   theintzm@mccarthy.ca
Tel:     416.601.7627
Fax:     416.868.0673

Email:   jsirivar@mccarthy.ca
Tel:     416.601.7750
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:
**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca

Tel:     613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:  chris.besant@bakernet.com

Tel:    416.865.2318
Fax:    416.863.6275

Email:  lydia.salvi@bakernet.com

Tel:    416.865.6944
Fax:    416.863.6275

Lawyers for Jabil Circuit Inc.

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:  ryanbellr@bennettjones.com
        laugesenm@bennettjones.com

Tel:    416.863.1200
Fax:    416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND
TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:  dgoldstein@schneidergaggino.com
        mgaggino@schneidergaggino.com

Tel:    514.631.8787
Fax:    514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:  tdunn@mindengross.com
Tel:    416.369.4335
Fax:    416.864.9223

Lawyers for 2748355 Canada Inc.

AND
TO:

**EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:  nanci@eurodata.ca
Tel:    613.745.0921
Fax:    613.745.1172

AND
TO:

**BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:  ibrady@baldwinlaw.ca
Tel:    613.771.9991
Fax:    613.771.9998

Lawyers for Sydney Street Properties Corp.

AND TO:  **AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND TO:  **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND TO:  **SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:     416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :   416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND TO:  **SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:     416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :   416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND TO:  **NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351

AND TO:  **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:      416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

- 14 -

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:     416.365.3529
Fax:     416.369.5210

Email:   jdavissydor@davis.ca
Tel:     416.941.5397
Fax:     416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:     416.863.0900
Fax:     416.863.0871

Email:   mgottlieb@dwpv.com
Tel:     416.863.0900
Fax:     416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:

**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Lawyers for William A. Owens

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:   lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:     416.863.6275

Lawyers for Wipro Limited

DOCSTOR: 1600901\14

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:  iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for the Current and Former Employees
of Nortel Networks Inc. who are or were
Participants in the Long-Term Investment Plan
Sponsored by Nortel Networks Inc.

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:      416.307.4063
Fax:     416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:      416.863.2572
Fax:     416.863.2653

Email:  marc.flynn@blakes.com
Tel:      416.863.2685
Fax:     416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson
(publ)

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:      416.601.8342
Fax:     416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:      416.973.3172
Fax:     416.973.0810

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:      416.601.7730
Fax:     416.868.0673

Email:  rstabile@mccarthy.ca
Tel:      416.601.8335
Fax:     416.868.0673

Lawyers for Avaya Inc.

- 16 -

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND
TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:  jspiegelman@foglers.com
Tel:    416.864.9700
Fax:    416.941.8852

Lawyers for Belden (Canada) Inc.

AND
TO:

**SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario M5G 2G8

James McDonald
Darrell Brown

Email:   jmcdonald@sgmlaw.com
Tel:     416.979.6425
Fax:     416.591.7333

Email:   dbrown@sgmlaw.com
Tel:     416.979.4050
Fax:     416.591.7333

Lawyers for Edmund Fitzgerald

AND
TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:     613.241.2701
Fax:     613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND
TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:  sdunphy@stikeman.com
Tel:    416.869.5662
Fax:    416.947.0866

Lawyers for GENBAND Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:  gncameron@stikeman.com
Tel:    212.845.7464
Fax:    212.371.7087

Email:  rferguson@stikeman.com
Tel:    212.845.7477
Fax:    212.371.7087

Lawyers for GENBAND Inc.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:  jmarshall@blgcanada.com
Tel:    416.367.6024
Fax:    416.361.2763

Email:  chill@blgcanada.com
Tel:    416.367.6156
Fax:    416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:

**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:    416.863.3888
Fax:    416.863.2653

Lawyers for The Northern Trust Company, Canada

AND
TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:  jrochon@rochongenova.com
Tel:    416.363.1867
Fax:    416.363.0263

Lawyers for the Opposing LTD Employees

AND
TO:

**LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email:  wpepall@lerners.ca
Tel:    416.601.2352
Fax:    416.867.2415

Lawyers for the Former Employees in Respect of the Distribution of the Corpus of the Health and Welfare Trust

AND
TO:
**MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:  kyle.kashuba@macleoddixon.com
Tel:    403.267.8399
Fax:    403.264.5973

Constellation NewEnergy Canada Inc.

AND
TO:
**SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:  pengelmann@sgmlaw.com
Tel:    613-482-2452
Fax:    613-235-3041

Email:  fcampbell@sgmlaw.com
Tel:    613-482-2451
Fax:    613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the
Distribution of the Corpus of the Health and Welfare
Trust

AND
TO:
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Martin N. Kostov

Email:  jbromley@cgsh.com
        lschweitzer@cgsh.com
        mkostov@cgsh.com
Tel:    212.225.2000
Fax:    212.225.3999

Lawyers for Nortel Networks Inc.

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage

E-mail:  bboake@mccarthy.ca
Tel:     416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:     416.601.7539
Fax:     416.686.0673

Lawyers for Morneau Shepell Ltd.

AND
TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

D. Brent McPherson

Email:  brent.mcpherson@mcmillan.ca
Tel:    416.307.4103
Fax:    416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to
Wachovia Bank, N.A., in its capacity as Servicer
for the Nortel Networks Pass-Through Trust,
Series 1-1

AND
TO:
**DAVID STEER**
10 Cypress Court
Nepean, ON  K2H 8Z8

E-mail:  davidsteer127@sympatico.ca

- 19 -

AND TO:
**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email: jspiegelman@foglers.com

Tel: 416.864.9700
Fax: 416.941.8852

Lawyers for Apex Logistics Inc.

AND TO:
**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray

Email: tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
Tel: 416.865.0040
Fax: 416.865.8730

Lawyers for Nortel Networks Inc.

AND TO:
**TORYS LLP**
79 Wellington St. W., Suite 3000
Toronto-Dominion Centre
Toronto, Ontario M5K 1N2

Michael Rotsztain
Adam M. Slavens

Email: mrotsztain@torys.com
Tel: 416.865.7508
Fax: 416.865.7380

Email: aslavens@torys.com
Tel: 416.865.7333
Fax: 416.865.7380

Lawyers for Ranger, Inc.

AND TO:
**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email: hvw@tmlegal.ca
rbm@tmlegal.ca

Tel: 613.542.1889
Fax: 613.542.8202

Lawyers for The Corporation of the City of Belleville

AND TO:
**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta T2P 4H2

Andrew Robertson

Email: andrew.robertson@macleoddixon.com

Tel: 403.267.8222
Fax: 403.264.5973

Lawyers for Recently Severed Calgary Employees

AND TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Brett Harrison

Email: brett.harrison@mcmillan.ca
Tel: 416.865.7932
Fax: 416.865.7048

Lawyers for Rogers Communications Inc.

- 20 -

AND
TO:

**ATTORNEY GENERAL FOR ONTARIO**
Crown Law Office – Civil
720 Bay Street, 8th Floor
Toronto, Ontario  M7A 2S9

Leonard Marsello
William MacLarkey

Email:  leonard.marsello@ontario.ca
Tel:    416.326.4939
Fax:    416.326.4181

Email:  William.MacLarkey@ontario.ca
Tel:    416.326.4082
Fax:    416.326.4181

Lawyers for Her Majesty the Queen in right of
Ontario, as represented by the Ministry of the
Environment

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Steven J. Weisz
Jackie Moher

Email:  steven.weisz@blakes.com
Tel:    416.863.2616
Fax:    416.863.2653

Email:  jackie.moher@blakes.com
Tel:    416.863.3174
Fax:    416.863.2653

Lawyers for the American Registry for Internet
Numbers

AND
TO:

**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:  hvw@tmlegal.ca
        rbm@tmlegal.ca

Tel:    613.542.1889
Fax:    613.542.8202

Lawyers for Algonquin and Lakeshore Catholic
District School Board

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email:  andrew.kent@mcmillan.ca
Tel :   416.865.7160
Fax :   416.865.7048

Email:  wael.rostom@mcmillan.ca
Tel :   416.865.7790
Fax :   416.865.7048

Lawyers for the Norpax LLC and RPX Corporation,
in its capacity as Managing Member of Norpax LLC

**COURTESY COPIES:**

AND   **LEWIS AND ROCA**
TO:    40 North Central Avenue
    Phoenix, Arizona
    USA  85004-4429

    Scott K. Brown

    Email:  sbrown@lrlaw.com

    Tel:   602.262.5321
    Fax:   602.734.3866

    Lawyers for The Prudential Insurance
    Company of America

AND   **AKIN GUMP STRAUSS HAUER &**
TO:    **FELD LLP**
    One Bryant Park
    New York, NY  10036

    Fred S. Hodara

    Email:  fhodara@akingump.com

    Tel:   212.872.1000
    Fax:   212.872.1002

    U.S. Lawyers for the Official Committee of
    Unsecured Creditors

AND   **CURTIS, MALLET-PREVOST, COLT &**
TO:    **MOSLE LLP**
    101 Park Avenue
    New York, New York 10178-0061

    Steven J. Reisman
    James V. Drew

    E-mail:  sreisman@curtis.com
          jdrew@curtis.com

    Tel:   212.696.6000
    Fax:   212-697-1559

    Lawyers for Flextronics International

AND   **MILBANK, TWEED, HADLEY**
TO:    **McCLOY LLP**
    1 Chase Manhattan Plaza
    New York, NY  10005

    Dennis F. Dunne
    Andrew M. Leblanc
    Albert A. Pisa

    Email:  DDunne@milbank.com
    Tel:   212.530.5770
    Fax:   212.530.5219

    Email:  ALeblanc@milbank.com
    Tel:   212.835.7574
    Fax:   212.530.5219

    Email:  APisa@milbank.com
    Tel:   212.530.5319
    Fax:   212.530.5219

    U.S. Lawyers for The Informal Nortel
    Noteholder Group

AND
TO:       **VEDDER PRICE P.C.**
          1633 Broadway, 47th Floor
          New York, New York 10019

          Michael L. Schein

          Email: mschein@vedderprice.com

          Tel:      212.407.6920
          Fax:      212.407.7799

          U.S. Lawyers for Telmar Network Technology,
          Inc. and Precision Communication Services, Inc.

AND
TO:       **BRYAN CAVE LLP**
          161 North Clark Street, Suite 4300
          Chicago, Illinois 60601

          Eric S. Prezant

          Email:    eric.prezant@bryancave.com
          Tel:      312.602.5033
          Fax:      312.602.5050

          U.S. Lawyers for Tellabs, Inc.

AND
TO:       **MACLEOD DIXON LLP**
          3700 Canterra Tower
          400, 3rd Avenue N.W.
          Calgary, Alberta  T2P 4H2

          Andrew Robertson
          Caylee M. Rieger

          Email : andrew.robertson@macleoddixon.com
                  caylee.rieger@macleoddixon.com

          Tel :     403.267.8222
          Fax :     403.264.5973

          Agent for Nelligan O'Brien Payne LLP, lawyers
          for the Steering Committee of Recently Severed
          Canadian Nortel Employees and lawyers for the
          Steering Committee of Nortel Canadian
          Continuing Employees – Post CCAA as at
          January 14, 2009

AND
TO:       **LATHAM & WATKINS LLP**
          885 Third Avenue
          New York, NY 10022-4834

          Michael J. Riela

          Email: michael.riela@lw.com

          Tel :     212.906.1373
          Fax :     212.751.4864

          U.S. Lawyers for The Bank of New York
          Mellon

# INDEX

**INDEX**

| TAB | | PAGE |
|---|---|---|
| | **VOLUME 1** | |
| 1. | Fifty-ninth report of the Monitor dated February 18, 2011 | 1 |
| 2. | Excerpts from the affidavit of Donald Sproule sworn February 23, 2010 | 41 |
| 3. | Excerpts from the affidavit of Susan Kennedy sworn February 23, 2010 | 54 |
| 4. | List of the Constituent Members of the UCC | 72 |
| 5. | Excerpts from the Monitor's Prefiling Report dated January 14, 2009 | 76 |
| 6. | Excerpts from the affidavit of David Wyndham Davies sworn February 24, 2010 | 116 |
| 7. | Order of the Honourable Mr. Justice Morawetz dated June 29, 2009 | 121 |
| 8. | Excerpts from the affidavit of John Doolittle sworn June 22, 2009 | 125 |
| 9. | Excerpts from the Initial Order of the Honourable Mr. Justice Morawetz dated January 14, 2009, as amended and restated on June 30, 2009 | 183 |
| 10. | Order of the Honourable Mr. Justice Wilton-Siegel dated Thursday the 12th day of November 2009 | 206 |
| 11. | Exhibit A to the affidavit of John Doolittle sworn November 11, 2009 | 209 |
| 12. | Order of the Honourable Mr. Justice Morawetz dated Wednesday the 2nd day of December 2009 | 244 |

TAB                                                                    PAGE

## VOLUME 2

13.    Exhibit B to the affidavit of John Doolittle sworn November    247
       25, 2009

14.    Order of the Honourable Mr. Justice Morawetz dated            285
       Thursday the 17th day of December 2009

15.    Exhibit A to the affidavit of John Doolittle sworn December    288
       15, 2009

16.    Order of the Honourable Mr. Justice Morawetz dated            343
       Monday the 15th day of March 2010

17.    Exhibit A to the affidavit of John Doolittle sworn March 9,    346
       2010

18.    Order of the Honourable Mr. Justice Morawetz dated the        400
       30th day of March, 2010

19.    Executed GSM Escrow Agreement as filed with the court         403
       pursuant to the Order of the Honourable Mr. Justice
       Morawetz dated the 30th day of March, 2010

20.    Order of the Honourable Mr. Justice Morawetz dated the        471
       20th day of May, 2010

21.    Executed CVAS Escrow Agreement as filed with the court        474
       pursuant to the Order of the Honourable Mr. Justice
       Morawetz dated the 20th day of May, 2010

22.    Order of the Honourable Mr. Justice Morawetz dated the        533
       25th day of March, 2011

23.    Order of the Honourable Mr. Justice Morawetz dated the        537
       2nd day of May, 2011

# TAB 1

Court File No. 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS*
*ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF
COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

**FIFTY-NINTH REPORT OF THE MONITOR**
**DATED FEBRUARY 18, 2011**

**INTRODUCTION**

1.  On January 14, 2009 (the "Filing Date"), Nortel Networks Corporation ("NNC" and
    collectively with all its subsidiaries "Nortel" or the "Company"), Nortel Networks
    Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), Nortel
    Networks International Corporation and Nortel Networks Global Corporation
    (collectively the "Applicants") filed for and obtained protection under the
    *Companies' Creditors Arrangement Act* ("CCAA").  Pursuant to the Order of this
    Honourable Court dated January 14, 2009, as amended and restated (the "Initial
    Order"), Ernst & Young Inc. was appointed as the Monitor of the Applicants (the
    "Monitor") in the CCAA proceedings.  The stay of proceedings was extended to
    February 28, 2011 by this Honourable Court in its Order dated October 27, 2010.

2.  Nortel Networks Inc. ("NNI") and certain of its U.S. subsidiaries and affiliates
    concurrently filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code
    (the "Code") in the United States Bankruptcy Court for the District of Delaware (the
    "U.S. Court") on January 14, 2009 (the "Chapter 11 Proceedings").  As required by

U.S. law, an official unsecured creditors committee (the "Committee") was established in January, 2009.

3.  An ad hoc group of holders of bonds issued by NNL, NNC and Nortel Networks Capital Corporation has been organized and is participating in these proceedings as well as the Chapter 11 Proceedings (the "Bondholder Group"). In addition, pursuant to Orders of this Honourable Court dated May 27, 2009, July 22, 2009 and July 30, 2009, respectively, representative counsel was appointed on behalf of the former employees of the Applicants, the continuing employees of the Applicants and the LTD Beneficiaries and each of these groups is participating in the CCAA proceedings.

4.  Nortel Networks (CALA) Inc. ("NN CALA" and together with NNI and certain of its subsidiaries and affiliates that filed on January 14, 2009, the "U.S. Debtors") filed a voluntary petition under Chapter 11 of the Code in the U.S. Court on July 14, 2009.

5.  Nortel Networks UK Limited ("NNUK") and certain of its affiliates located in EMEA were granted administration orders (the "UK Administration Orders") by the High Court of England and Wales on January 14, 2009 (collectively the "EMEA Debtors"). The UK Administration Orders appointed Alan Bloom, Stephen Harris, Alan Hudson and Chris Hill of Ernst & Young LLP as administrators of the various EMEA Debtors, except for Nortel Networks (Ireland) Limited, to which David Hughes (Ernst & Young LLP Ireland) and Alan Bloom were appointed (collectively the "Joint Administrators").

6.  Subsequent to the filing date, Nortel Networks SA ("NNSA") commenced secondary insolvency proceedings within the meaning of Article 27 of the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings in the Republic of France pursuant to which a liquidator and an administrator have been appointed by the Versailles Commercial Court.

7.  The CCAA proceedings and the UK Administration proceedings of NNUK and the other EMEA Debtors have been recognized by the U.S. Court as foreign main proceedings under Chapter 15 of the Code.

8.  Subsequent to the Filing Date, certain other Nortel subsidiaries have filed for creditor protection or bankruptcy proceedings in the local jurisdiction in which they are located.

**PURPOSE**

9.  The purpose of this fifty-ninth report of the Monitor (the "Fifty-Ninth Report") is to report to this Honourable Court on the following matters:

    a)  consolidated cash position and liquidity as at February 5, 2011;

    b)  actual receipts and disbursements from October 3, 2010 until February 5, 2011;

    c)  cash flow forecast for the period from February 6, 2011 until June 30, 2011;

    d)  consolidated Canadian entities' net inter-company position by region;

    e)  status of Applicants' claims process and cross-border claims;

    f)  status of EMEA inter-company claims process;

    g)  current status of the Group Supplier Protocol Agreement ("GSPA");

    h)  status of Health and Welfare Trust ("HWT");

    i)  status of Termination Fund;

    j)  status of the Employee Hardship Application Process;

    k)  asset divestitures and allocation matters;

3

4

l)   status of foreign proceedings;

m)   other restructuring activities; and

n)   the Applicants' request for an order that:

    i.   the employee hardship application criteria be amended such that sufficient hardship funds (the "Required Funds") be made available for payment of CAD $3,000 to each of those employees terminated from July 1, 2010 through to and including December 31, 2010 who meet the other criteria for Termination Fund payments, when combined with unused funds in the Termination Funds;

    ii.   the amount available for hardship applications be reduced by the Required Funds

    iii.   the Employee Hardship Application Process be extended up to June 30, 2011;

    iv.   the Eligibility Requirements and the Procedure with respect to Employee Hardship Payments Applications be amended consistent with (i) through (iii) above; and

    v.   the stay of proceedings be extended up to and including June 30, 2011.

## TERMS OF REFERENCE

10.   In preparing this Fifty-Ninth Report, the Monitor has relied upon unaudited financial information, the Company's books and records, financial information prepared by the Company and discussions with management of Nortel. The Monitor has not audited, reviewed or otherwise attempted to verify the accuracy or completeness of the information and accordingly, the Monitor expresses no opinion or other form of assurance on the information contained in this Fifty-Ninth Report.

11. Unless otherwise stated, all monetary amounts contained herein are expressed in US dollars.

12. Capitalized terms not defined in this Fifty-Ninth Report are as defined in the Affidavit of John Doolittle sworn on January 14, 2009, the Pre-Filing Report or previous reports of the Monitor.

13. The Monitor has made various materials relating to the CCAA proceedings available on its website at www.ey.com/ca/nortel. The Monitor's website also contains a dynamic link to Epiq Bankruptcy LLC's website where materials relating to the Chapter 11 Proceedings are posted.

## CONSOLIDATED CASH POSITION AND LIQUIDITY AS AT FEBRUARY 5, 2011

14. As at February 5, 2011, Nortel's consolidated cash balance was approximately $6.1 billion including $3.1 billion of total treasury cash. Nortel's consolidated cash balance is held globally in various Nortel entities and joint ventures. The following is an overview of Nortel's consolidated cash position as at February 5, 2011:

| Region | Gross Cash | Restricted | Unavailable (JV's and Other Items) | Available Cash |
|---|---|---|---|---|
| NNL | 526 | (19) | (238) | 269 |
| Other Canada | 34 | (22) | - | 12 |
| | | | | |
| NNI | 930 | (15) | - | 915 |
| NNI - Reserve MMF (ST/LT) | - | - | - | - |
| Other US (excluding NN CALA) | 54 | - | - | 54 |
| North America | 1,544 | (56) | (238) | 1,250 |
| | | | | |
| NN UK Limited | 380 | (20) | - | 360 |
| Other EMEA Filed Entities | 487 | (2) | - | 485 |
| JV - Netas | - | - | - | - |
| EMEA non-filed entities | 21 | - | - | 21 |
| UK/Europe | 888 | (22) | - | 866 |
| | | | | |
| Greater China | 151 | (3) | - | 148 |
| Other ASIA PAC (excl JVs) | 280 | (1) | - | 279 |
| Other JVs | 118 | (2) | (116) | - |
| ASIA | 549 | (6) | (116) | 427 |
| | | | | |
| NN CALA | 90 | - | - | 90 |
| Other CALA filed entities | - | - | - | - |
| CALA non-filed entities | 57 | - | - | 57 |
| Cala | 147 | - | - | 147 |
| | | | | |
| Total Treasury Cash | 3,128 | (84) | (354) | 2,690 |
| | | | | |
| Divestiture Proceeds | 2,957 | (2,957) | | - |
| | | | | |
| Other Funds held in Escrow | 35 | (35) | | - |
| | | | | |
| Total Cash | 6,120 | (3,076) | (354) | 2,690 |

6

15. As at February 5, 2011, the Canadian entities had cash available for operations and post-filing inter-company settlements of approximately $281 million.

16. None of the Applicants' Restricted Cash and Unavailable Cash is readily available to them. Restricted Cash relates primarily to: (i) $12 million of cash collateral posted by Nortel in support of non-EDC performance bonds and letter of credit facilities, (ii) $12 million held in the D&O Trust as detailed in the Pre-Filing Report, (iii) $10 million held in escrow related to the settlement of the Global Class Action, (iv) $4 million in support of the EDC performance bonds issued in exotic foreign currencies, (v) $0.3 million held in relation to benefits paid through the HWT, (vi) $2 million held in escrow as cash collateral to support the Jabil supply agreement, and (vii) $1 million of cash collateral posted with EDC in support of post filing performance bonding. Unavailable Cash relates primarily to: (i) $8 million of net proceeds from the sale of the Strandherd Lands, (ii) $229 million held in a single purpose bank account received from the sale of NNL's interest in the LGN joint venture, and (iii) $1 million held in a single purpose bank account received from the sale of NNL's interest in the Relay business.

17. The U.S. entities had cash available for operations and post-filing inter-company settlements of approximately $969 million. NNI's Restricted Cash relates primarily to: (i) $1 million held in escrow for the benefit of utility providers in accordance with the First Day Order, and (ii) $14 million held in escrow as cash collateral to support the Jabil supply agreement.

18. The U.K. Administrators on behalf of NNUK and the other EMEA Debtors had available cash for operations and post-filing inter-company settlements of approximately $845 million. The EMEA non-filed entities had available cash of approximately $21 million which is expected to be used primarily to fund their in-country operations and inter-company settlements.

19. The NETAS sale transaction closed on December 21, 2010 and cash held by NETAS was transferred to the buyer. NETAS sale proceeds of $68 million and gross dividends of $16 million were received by Nortel Networks International Finance and Holdings BV, a subsidiary of NNUK, and are reflected in the Other EMEA Filed Entities balance.

20. Nortel entities in the APAC region have approximately $427 million of available cash for operations and inter-company settlements. As a result of the regulatory regime in the People's Republic of China, the funds in Greater China of approximately $148 million are generally only available to fund operations within Greater China and inter-company settlements.

21. As at February 5, 2011, NN CALA and the CALA non-filed entities had available cash of $90 million and $57 million, respectively. This cash is expected to be used to fund their domestic operations and inter-company settlements.

22. On March 10, 2010, Nortel Networks Telecomunicacoes Do Brazil Ltda. ("NN Brazil") filed for bankruptcy protection, on April 15, 2010 Nortel Networks de Colombia S.A. ("NN Colombia") was placed into liquidation and on July 30, 2010 Nortel Networks de Venezuela C.A. ("NN Venezuela") ceased operations as its financial obligations exceeded its available funds. These balances have not been reflected as the entities are no longer participating in the Nortel global restructuring and are under the control of local officials in their respective jurisdictions.

23. Divestiture proceeds of approximately $3.0 billion are being held in escrow by various escrow agents (the "Divestiture Proceeds"). The funds held in escrow include:

    a) approximately $2.8 billion held in escrow by JPMorgan Chase Bank, N.A. until an agreement is reached regarding allocation of these proceeds among the various Nortel legal entities, including NNL. The current divestiture proceeds held in escrow include: (i) $1.0 billion from the sale of CDMA/LTE

Access assets, (ii) $18 million from the sale of the Layer 4-7 Business, (iii) $10 million from the sale of the Next Generation Packet Core business, (iv) $920 million from the sale of Enterprise assets, (v) $629 million from the sale of the MEN assets, (vi) $87 million from the sale of GSM assets, (vii) $159 million from the sale of CVAS assets;

b) $50 million held by CitiBank relating to the sale of CDMA/LTE Access assets. These divestiture proceeds are being held in support of the related Transition Service Agreement (the "TSA");

c) $29 million held by CitiBank relating to the sale of MEN assets. These divestiture proceeds include $15 million being held in support of the related TSA and $14 million being held subject to certain succession tax and other adjustments;

d) $0.6 million held by Ogilvy Renault LLP relating to the sale of MEN assets in support of certain real estate adjustments;

e) $24 million held by CitiBank relating to the sale of GSM assets. These divestiture proceeds are being held in support of the related TSA;

f) $13 million held by Wells Fargo relating to the sale of CVAS assets. These divestiture proceeds include $8 million in support of the finalization of purchase price adjustments and $5 million subject to resolution of certain tax liabilities in North America and EMEA; and

g) $10 million held by JP Morgan Chase Bank, N.A. consisting of $5 million in support of the CVAS TSA and $5 million in support of potential severance liabilities for a specified employee group in EMEA relating to the sale of CVAS assets.

24. Other unavailable funds include $35 million transferred from the CDMA/LTE Access asset divestiture proceeds escrow to a separate trust account pursuant to the Cascade Trust Indenture as more fully described in the Forty-First Report.

25. The consolidated cash position balances presented above do not reflect deposits of $1.3 million from Ericsson related to the pending sale of the MSS assets.

## ACTUAL RECEIPTS AND DISBURSEMENTS FROM OCTOBER 3, 2010 TO FEBRUARY 5, 2011

26. The Applicants' actual consolidated net cash inflow for the period October 3, 2010 to February 5, 2011 was $85.6 million. A summary of the actual receipts and disbursements as compared to the forecast filed with the Fifty-Fifth Report (the "Fifty-Fifth Report Forecast") is attached at Appendix "A".

27. Actual net cash flow exceeded forecast by $3.0 million. Significant items contributing to this favourable variance were as follows:

   a) a favourable permanent variance of $2.4 million with respect to the collection of accounts receivable primarily as a result of $2.2 million related to higher than forecast contract manufacturing receipts;

   b) a favourable permanent variance of $6.7 million with respect to Other Receipts primarily as a result of the following:

      i. $5.3 million reimbursement from LGN with respect to 2005 to 2009 expatriate charges;

      ii. $1.0 million primarily related to favourable foreign exchange translation on the Canadian denominated Carling facility sales proceeds; and

      iii. $0.4 million received from the release of the MEN real estate escrow.

c)  a favourable timing variance of $9.2 million with respect to TSA recoveries from buyers primarily as a result of expedited collections on Enterprise and CVAS TSA billings.

d)  a favourable net variance of approximately $0.3 million with respect to inter-company receipts and disbursements primarily as a result of the following:

   i.   $4.7 million favourable timing variance relating to payment to NNUK with respect to the Shortfall Payment (as defined in the Interim Funding and Settlement Agreement ("IFSA") and more fully described in the Fifteenth Report of the Monitor) has been retimed from Q4 2010 to Q2 2011;

   ii.  $0.8 million favourable permanent variance related to interest savings with respect to the NNI Loan being repaid earlier than forecast;

   iii. $2.5 million unfavourable timing variance as trade payables with NNI were settled earlier than originally forecast; and

   iv.  $2.5 million unfavourable permanent variance related to inter-company settlements with the APAC and CALA regions being lower than originally forecast.

e)  a favourable variance of $2.2 million with respect to payroll primarily as a result of the following:

   i.   a favourable permanent variance of $1.2 million as a result of greater than forecast headcount reductions; and

   ii.  a favourable timing variance of $1.0 million as payments with respect to the Termination Fund, pursuant to the terms of the Amended and Restated Employee Settlement Agreement, were retimed.

f) a favourable timing variance of $1.1 million with respect to benefits as a result of lower than forecast funding for the HWT;

g) an unfavourable variance of $3.7 million with respect to inventory purchases primarily related to last time buys from certain suppliers for MSS;

h) an unfavourable variance of $12.0 million with respect to non-inventory purchases primarily as a result of: (i) $7.7 million unfavourable permanent variance related to higher than forecast Directors and Officers Obligation and Fiduciary insurance premiums; (ii) $1.0 million unfavourable permanent variance related to higher than forecast audit fees; and (iii) approximately $3.3 million of timing variances relating to other trade amounts which were paid earlier than originally forecast; and

i) an unfavourable permanent variance of $3.2 million with respect to restructuring costs as professional fees were higher than originally forecast.

28. Available Cash was higher than forecast by approximately $5.4 million relating to a favourable foreign exchange translation on Canadian dollar denominated cash balances as a result of an appreciation of the Canadian dollar relative to the U.S. dollar.

29. Restricted Cash was lower than forecast by approximately $3.5 million primarily as a result of a decrease in the balance of HWT.

**CASH FLOW FORECAST FOR THE PERIOD FEBRUARY 6, 2011 TO JUNE 30, 2011**

30. The Applicants, with the assistance of the Monitor, have prepared an updated 21-week cash flow forecast for the period February 6, 2011 to June 30, 2011 (the "February 6th Forecast" and the "Forecast Period", respectively). A copy of the February 6th Forecast is attached as Appendix "B".

13

31. As at February 6, 2011, the Applicants have Available Cash balances of approximately $280.7 million, excluding Restricted Cash and Unavailable Cash of approximately $278.6 million.

32. Based on the February 6th Forecast, it is anticipated the Applicants will have total receipts of $67.4 million and total disbursements of $106.4 million resulting in a net cash outflow of $39.0 million during the Forecast Period.

33. Significant assumptions used in preparing the February 6th Forecast include the following:

    a) the sale of the MSS business closes in March 2011;

    b) monthly billings for transition services provided by the Applicants to buyers of the various Nortel assets and businesses, pursuant to the respective TSAs, are invoiced on an average 45 day billing cycle and subject to 30 day payment terms;

    c) accounts payable disbursements relating to the CDMA/LTE Access assets continue to be administered by Nortel subsequent to closing of this sale transaction. During this transition period and in accordance with the relevant asset purchase agreement, Ericsson will pre-fund these expenses to Nortel resulting in no material working capital impact. The administration of accounts payable disbursements is assumed to continue throughout the Forecast Period;

    d) divestiture proceeds from the CDMA/LTE Access assets, Enterprise business, MEN business, MSS business, GSM/GSM-R, and CVAS asset sale transactions are to be held in escrow, except as otherwise noted, and are not reflected in the February 6th Forecast;

e) reimbursement from the divestiture proceeds of $30.0 million to the Applicants with respect to fees incurred in connection with the preparation of financial statement carve-outs will occur in the last week of March 2011;

f) accounts receivable collections, consisting of the collection of residual accounts receivable not acquired by the purchasers as part of the divestiture of the business units, have been estimated by the Applicants' collection group based on historic customer collection experience;

g) all pre-filing amounts owed to suppliers are stayed and post-filing amounts are paid on significantly reduced credit terms as a result of the CCAA proceedings;

h) inter-company trade accounts for post-filing transactions continue to settle on a cash basis between the Applicants, U.S. Debtors, EMEA Debtors and other Nortel entities. Inter-company pre-filing trade accounts and loans between the Applicants and all other Nortel filed and non-filed entities are stayed;

i) payroll includes 2010 retention and AIP for the second half of 2010 and will be paid in March 2011. Q1 AIP for MSS and IP employees will be paid in June 2011;

j) pursuant to the terms of the Amended and Restated Employee Settlement Agreement ("Settlement Agreement"), there are no further current funding contributions to the Applicants' defined benefit pension plans. Funding related to current employees' retirement savings plans are reflected in Benefits disbursements. Funding for non-registered pension or other retirement plans is stayed;

k) run-off funding for the benefits incurred up to December 31, 2010 for pensioners and individuals on long term disability will be in accordance with the provisions of the Settlement Agreement;

14

l) all interest payments relating to the Company's pre-filing indebtedness are stayed;

m) disbursements include CAD $1.0 million of Termination Payments pursuant to the terms of the Settlement Agreement; and

n) inter-company disbursements include a payment of $4.7 million with respect to the Shortfall Payment owing to NNUK.

34. Based on an analysis prepared by the Monitor, the Applicants have sufficient cash resources to fund the CCAA proceedings through June 30, 2011.

## CONSOLIDATED CANADIAN ENTITIES' NET INTER-COMPANY POSITION BY REGION

35. Summarized below are the preliminary net inter-company book balances (including only trade and loan balances) as at December 31, 2010. For purposes of the summary, all Canadian entities (the Applicants and their Canadian non-filed subsidiaries) have been consolidated. These inter-company balances have been prepared by the Company under US GAAP and are subject to further adjustments. The Company, under US GAAP, has fully reserved against the net inter-company balances owing from filed entities. For presentation purposes the full amount of the inter-company balance, before the reserve, has been reflected.

36. For purposes of calculating the net inter-company balances between trading pairs, balances between the same legal entities have been set-off provided such balances both arose prior to January 14, 2009 ("Pre-filing Balances") or both arose after January 14, 2009 ("Post-filing Balances). No Pre-filing Balances have been set-off against Post-filing Balances.

37. Pre-filing Balances have been converted using January 14, 2009 foreign exchange rates. Post-filing Balances are converted using December 31, 2010 foreign exchange rates.

38. The net pre-filing inter-company payable position of $2.065 billion with the U.S. region includes a $62.7 million Revolver Claim by the U.S. Debtors which remains outstanding and is secured by a court-ordered charge in the CCAA proceedings. The balance of the pre-filing inter-company payable position is unsecured. Further details regarding this payable are provided at paragraph 45, below.

| | Region | Pre-filing (Jan. 14, 2009 FX rates) | Post-filing (Dec 31, 2010 FX rates) |
|---|---|---|---|
| **Net Receivable Position** | | (in millions) | |
| Filed Entities | CALA | 3 ** | - |
| | EMEA | 101 | 2 |
| | US * | 49 *** | - |
| Filed Total | | 164 | 2 |
| Non Filed | | | |
| | APAC | 70 | 11 |
| | CALA | 42 | 2 |
| | EMEA | 5 | - |
| | US | 14 | 2 |
| Non Filed Total | | 131 | 14 |
| Net Receivable Total | | 285 | 16 |
| **Net Payable Position** | | | |
| Filed Entities | | | |
| | CALA | (24) | - |
| | EMEA | (203) | (1) |
| | US | (2,065) | (6) |
| Filed Total | | (2,291) | (8) |
| Non Filed | APAC | (202) | (4) |
| | CALA | - | - |
| | EMEA | - | - |
| Non Filed Total | | (202) | (4) |
| Net Payable Total | | (2,493) | (12) |
| Grand Total | | (2,209) | 4 |

* Includes NN CALA Inc., a US entity that filed for Chapter 11 protection on July 14, 2009.

** $2.3M of the CALA region pre-filing balance relate to amounts owing from NN Brazil and NN Columbia for the period from January 14, 2009 to March 10, 2010 and April 15, 2010, respectively and subject to a stay of proceedings.

*** $4.9M of the US region pre-filing balance relate to amounts owing from NN CALA Inc. for the period from January 14, 2009 to July 14, 2009 and subject to a stay of proceedings.

16