51
230

**SIGNED** for and on behalf of **NORTEL**    )
**NETWORKS ENGINEERING SERVICE**    )   ................................................................
**KFT** (in administration) by **ALAN BLOOM** as    )   Alan Bloom
Joint Administrator (acting as agent and without    )
personal liability) in the presence of:

Witness signature

................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **NORTEL**    )   ................................................................
**NETWORKS PORTUGAL SA** (in    )   Alan Bloom
administration) by **ALAN BLOOM** as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:

Witness signature

................................................................    )
Name:    )
Address:    )

**SIGNED** for and on behalf of **NORTEL**    )   ................................................................
**NETWORKS SLOVENSKO S.R.O** (in    )   Alan Bloom
administration) by **ALAN BLOOM** as Joint    )
Administrator (acting as agent and without    )
personal liability) in the presence of:

Witness signature

................................................................    )
Name:    )
Address:    )

Escrow Agreement

S-5

52
231

**SIGNED** for and on behalf of **NORTEL**          )          ...................................................................
**NETWORKS ROMANIA SRL** (in                    )          Alan Bloom
administration) by **ALAN BLOOM** as Joint        )
Administrator (acting as agent and without        )
personal liability) in the presence of:

Witness signature

......................................................................          )
                                                 )
Name:                                            )
Address:

**SIGNED** for and on behalf of **NORTEL**          )          ...................................................................
**GMBH** (in administration) by **ALAN BLOOM**      )          Alan Bloom
as Joint Administrator (acting as agent and       )
without personal liability) in the presence of:    )

Witness signature

......................................................................          )
                                                 )
Name:                                            )
Address:

**SIGNED** for and on behalf of **NORTEL**          )          ...................................................................
**NETWORKS OY** (in administration) by            )          Alan Bloom
**ALAN BLOOM** as Joint Administrator (acting      )
as agent and without personal liability) in the    )
presence of:

Witness signature

......................................................................          )
                                                 )
Name:                                            )
Address:

Escrow Agreement

S-6

53
232

SIGNED for and on behalf of **NORTEL**                )      ........................................................
**NETWORKS AB** (in administration) by               )      Alan Bloom
**ALAN BLOOM** as Joint Administrator (acting        )
as agent and without personal liability) in the      )
presence of:

Witness signature

........................................................   )
Name:                                                      )
Address:                                                   )

SIGNED for and on behalf of **NORTEL**                )      ........................................................
**NETWORKS INTERNATIONAL**                           )      Alan Bloom
**FINANCE & HOLDING BV** (in                         )
administration) by **ALAN BLOOM** as Joint           )
Administrator (acting as agent and without
personal liability) in the presence of:

Witness signature

........................................................   )
Name:                                                      )
Address:                                                   )

SIGNED for and on behalf of **NORTEL**                )      ........................................................
**NETWORKS FRANCE S.A.S** (in                        )      Alan Bloom
administration) by **ALAN BLOOM** as Joint           )
Administrator (acting as agent and without           )
personal liability) in the presence of:

Witness signature

........................................................   )
Name:                                                      )
Address:                                                   )

Escrow Agreement

S-7

**SIGNED** for and on behalf of **NORTEL NETWORKS (IRELAND) LIMITED** (in administration) by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)
)
)
)
)

......................................................
Alan Bloom

Witness signature

......................................................
Name:
Address:

)
)
)

**SIGNED** for and on behalf of **NORTEL NETWORKS SA** (in administration) by **ALAN BLOOM** as Joint Administrator (acting as agent and without personal liability) in the presence of:

)

......................................................
Alan Bloom

)
)
)

Witness signature

......................................................
Name:
Address:

)
)
)

*66*
*234*

## SCHEDULE A

### <u>EMEA FILED ENTITIES</u>

Nortel Networks UK Limited (In Administration)

Nortel Networks NV (In Administration)

Nortel Networks SpA (In Administration)

Nortel Networks BV (In Administration)

Nortel Networks Polska Sp Z.o.o (In Administration)

Nortel Networks Hispania SA (In Administration)

Nortel Networks (Austria) GmbH (In Administration)

Nortel Networks S.r.o (In Administration)

Nortel Networks Engineering Services Kft (In Administration)

Nortel Networks Portugal SA (In Administration)

Nortel Networks Slovensko S.r.o (In Administration)

Nortel Networks Romania Srl (In Administration)

Nortel GmbH (In Administration)

Nortel Networks Oy (In Administration)

Nortel Networks AB (In Administration)

Nortel Networks International Finance & Holding BV (In Administration)

Nortel Networks France S.A.S (In Administration)

Nortel Networks (Ireland) Limited (In Administration)

Nortel Networks SA (In Administration and Secondary Proceedings)

$\mathcal{U}$

235

## SCHEDULE B

## STANDING SETTLEMENT INSTRUCTIONS

Nortel Networks Limited
Bank: Citibank, N.A.
ABA#: 021000089
SWIFT: CITIUS33
A/C#: 38545364

Nortel Networks Inc.
Bank: Citibank, N.A.
ABA#: 021000089
SWIFT: CITIUS33
A/C#: 30463444

Nortel Networks Corporation
Bank: Citibank, N.A.
ABA#: 021000089
SWIFT: CITIUS33
A/C#: 30428374

Nortel Networks UK Limited (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks NV (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks SpA (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks BV (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Polska Sp Z.o.o (In Administration)

Schedule B-1

67
236

Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Hispania SA (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks (Austria) GmbH (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks S.r.o (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Engineering Services Kft (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Portugal SA (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Slovensko S.r.o (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Romania Srl (In Administration)
Bank: tbc
ABA#:
SWIFT:

Escrow Agreement

S-2

68
237

A/C#:

Nortel GmbH (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks Oy (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks AB (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks International Finance & Holding BV (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks France S.A.S (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks (Ireland) Limited (In Administration)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Nortel Networks SA (In Administration and Secondary Proceedings)
Bank: tbc
ABA#:
SWIFT:
A/C#:

Escrow Agreement

69
238

SCHEDULE C

<u>NOTICE ADDRESSES</u>

<u>Depositors</u>:

Nortel Networks Corporation, Nortel
Networks Limited and Nortel Networks:

195 The West Mall
Mailstop:  TO505006
Toronto, Ontario
M9C 5K1 Canada
Attn:  Anna Ventresca
Phone: 905.863.1204
Facsimile: 905.863.2057

The EMEA Filed Entities:

c/o Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS
United Kingdom
Attn: Stephen Gale and Kevin F Lloyd
Phone: +44 20 7374 8000
Facsimile: +44 20 7374 0888

Escrow Agent:

JPMorgan Chase Bank, N.A.
TS / Escrow Services
4 New York Plaza, 21st Floor
New York, New York 10004
Attn:  Andy Jacknick
Phone: 212.623. 0241
Facsimile: 212.623.6168

Schedule C-1



Estate Fiduciaries:

| | |
|---|---|
| The Official Committee of Unsecured Creditors in connection with the Chapter 11 cases of Nortel Networks Inc., et al. (Case No. 09-10138): | c/o Akin Gump Strauss Hauer & Feld LLP One Bryant Park New York, New York 10036 Attn:  Fred S. Hodara, Stephen B. Kuhn, David H. Botter and Kenneth A. Davis Phone: 212.872.1000 Facsimile: 212.872.1002 |
| Monitor: | Ernst & Young Inc. Ernst & Young Tower 222 Bay Street, P. O. Box 251 Toronto, Ontario, Canada M5K 1J7 Facsimile: (416) 943-3300 Attn: Murray A. McDonald |
| Bondholder Group: | c/o Milbank, Tweed, Hadley & McCloy LLP 1 Chase Manhattan Plaza New York, New York 10005 Attn: Albert A. Pisa and Roland Hlawaty Phone: 212.530.5000 Facsimile: 212.822.5735 |

2

6l
240

## SCHEDULE D

Telephone Number(s) for Call-Backs;
Person(s) Designated to Give and Confirm Funds Transfer Instructions; and Addresses

If to Nortel Networks Corporation:

| Name | Telephone Number | Signature Specimen |
|---|---|---|
| John Marshall Doolittle | 905.863.6636 | _____ |
| Name | Telephone Number | Signature Specimen |
| Anna Ventresca | 905.863.1204 | _____ |
| Address | See Schedule C | |

If to Nortel Networks Limited:

| Name | Telephone Number | Signature Specimen |
|---|---|---|
| John Marshall Doolittle | 905.863.6636 | _____ |
| Name | Telephone Number | Signature Specimen |
| Anna Ventresca | 905.863.1204 | _____ |
| Address | See Schedule C | |

If to Nortel Networks Inc.:

| Name | Telephone Number | Signature Specimen |
|---|---|---|
| John Marshall Doolittle | 905.863.6636 | _____ |
| Name | Telephone Number | Signature Specimen |

Schedule D-1

62
241

| Anna Ventresca | 905.863.1204 | _____ |
| Address | See Schedule C | |

If to the EMEA Filed Entities (apart from Nortel Networks (Ireland) Limited):

| Name | Telephone Number | Signature Specimen |
|---|---|---|
| Alan Bloom | +44 (0) 207 951 9898 | |

| Name | Telephone Number | Signature Specimen |
|---|---|---|
| Stephen Harris | +44 (0) 207 951 9835 | |
| Address | See Schedule C | |

If to Nortel Networks (Ireland) Limited:

| Name | Telephone Number | Signature Specimen |
|---|---|---|
| Alan Bloom | +44 (0) 207 951 9898 | |
| Name | Telephone Number | Signature Specimen |
| David Hughes | +353 1 221 2301 | |
| Address | c/o Herbert Smith LLP Exchange House Primrose Street London EC2A 2HS Attn: Stephen Gale and Kevin F Lloyd | |

Telephone call backs shall be made to all applicable Parties if joint instructions are required pursuant to the agreement. All funds transfer instructions must include the signature of the person(s) authorizing said funds transfer and must not be the same person confirming said transfer. Inasmuch as there is only one individual who can confirm and instruct, on behalf of a Party, wire transfers in accordance with the attached Escrow Agreement, the Escrow Agent shall call such individual to confirm any federal funds wire transfer payment order purportedly issued by such individual. Such individual's continued issuance of payment orders to the Escrow Agent on behalf of a Party and his confirmation in accordance with this procedure will constitute such Party's agreement (1) to the callback security procedure outlined herein and (2) that the security procedure outlined herein

constitutes a commercially reasonable method of verifying the authenticity of payment orders.  Moreover, such Party agrees to accept any risk associated with a deviation from the Escrow Agent's policy.

Schedule D-3

243

EXHIBIT 1

INTEREST ALLOCATION PERCENTAGES

|  | Interest Allocation Percentage |
|---|---|
| Nortel Networks Inc | 0% |
| Nortel Networks Limited | 100% |
| Nortel Networks Corporation | 0% |
| The EMEA Filed Entities | 0% |

\* The inclusion of the Interest Allocation Percentages set forth above does not constitute an admission of any Depositor that such Interest Allocation Percentage reflects the percentage of the proceeds to be received by any Depositor or any of its Respective Affiliates under the Asset Sale Agreement. The Interest Allocation Percentages are the initial allocation percentages hereunder and are subject to amendment in accordance with Paragraph 15. The Interest Allocation Percentages set forth above shall not be presented by any party hereto as being indicative of the final allocation of proceeds received by the Depositors under the Asset Sale Agreement.

Exhibit 1

# TAB 12

244

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

THE HONOURABLE MR.     )     WEDNESDAY, THE 2nd

     )

JUSTICE MORAWETZ     )     DAY OF DECEMBER, 2009

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**ORDER**
(Approval of Next Generation Packet Core Business Escrow Agreement)

THIS MOTION, made by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") for the relief set out in the Applicants' Notice of Motion dated November 25, 2009 was heard this day at 393 University Avenue, Toronto, Ontario.

ON READING the affidavit of John Doolittle sworn November 25, 2009 ("Doolittle Affidavit") and on hearing the submissions of counsel for the Applicant, the Monitor and those

245

- 2 -

other parties present, no one appearing for any other person on the service list, although properly served as appears from the affidavit of Katie Legree sworn November 26, 2009, filed:

1.      THIS COURT ORDERS that the time for the service of the Notice of Motion and the Motion Record is hereby abridged so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.      THIS COURT ORDERS AND DECLARES that the escrow agreement (the "Escrow Agreement") among, *inter alia*, Nortel Networks Inc., the Applicants, the EMEA Filed Entities, the U.S. Filed Entities, and the Estate Fiduciaries (as each is defined in the Escrow Agreement), and JPMorgan Chase Bank, N.A., as escrow agent, substantially in the form attached as Exhibit "B" to the Doolittle Affidavit is hereby approved and that the execution of the Escrow Agreement by the Applicants is hereby authorized and approved.

3.      THIS COURT ORDERS that the Monitor be and is hereby authorized and directed to execute the Escrow Agreement.

4.      THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

5.      THIS COURT ORDERS that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

INSCRIT À TORONTO
PH/BOOK NO
LE/DANS LE REGISTRE NO

DEC 0 3 2009

DOCSTOR: 1810857\3   PER / PAR

246

DOCSTOR: 1810857\3

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

Court File No: 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

ORDER
(Approval of Next Generation Packet Core Business
Escrow Agreement)

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

Derrick Tay LSUC#: 21152A
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

Mario Forte LSUC#: 27293F
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

Court File No. 09-CL-7950

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS
LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL
NETWORKS TECHNOLOGY CORPORATION

| ONTARIO<br>SUPERIOR COURT OF JUSTICE<br>(COMMERCIAL LIST)<br>Proceeding commenced in Toronto | |
|---|---|
| **COMPENDIUM OF THE CCC**<br>**(Motion Returnable June 7, 2011)**<br>**VOLUME 1 OF 2** | |
| | **KOSKIE MINSKY LLP**<br>Mark Zigler / Susan Philpott<br>Tel: (416) 595-2090 / Fax: (416) 204-2877 |
| | Counsel for The Canadian Former Employees and Disabled<br>Employees through their Court Appointed Representative |
| | **CAW-CANADA LEGAL DEPARTMENT**<br>Barry Wadsworth<br>Tel: (416) 495-3776 / Fax: (416) 495-3786 |
| | Counsel for the Canadian Autoworkers Union |
| | **MCCARTHY TETRAULT**<br>James Gage / Barbara Boake<br>Tel: (416) 362-1812 / Fax: (416) 868-0673 |
| | Counsel for Morneau Sobeco Limited Partnership |
| | **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**<br>Ken Rosenberg / Massimo Starnino<br>Tel: (416) 646-4300 / Fax: (416) 646-4301 |
| | Counsel to the Superintendent of Financial Services as<br>Administrator of the Pension Benefits Guarantee Fund |