**EXHIBIT C**

| | | |
|---|---|---|
| **Howard ZELBO/NY/Cgsh**<br>04/16/2010 07:41 AM | To | "LLOYD, KEVIN" <Kevin.Lloyd@herbertsmith.com> |
| | cc | "James BROMLEY" <jbromley@cgsh.com>, "Inna Rozenberg" <irozenberg@cgsh.com> |
| | Subject | Re: PPA |

That is my understanding. Looking forward to seeing you next week. Hopefully, flights will be resumed before then.

Regards,

Howard.

---------------------------------------------------
Howard Zelbo
Cleary Gottlieb Steen & Hamilton LLP
Direct Dial: 212 -225-2452
Cell Phone:  646-642-4029
Fax:  212-225-3999
One Liberty Plaza
New York, N.Y. 10006

---

**From:** "LLOYD, KEVIN" [Kevin.Lloyd@herbertsmith.com]
**Sent:** 04/16/2010 12:23 PM CET
**To:** Howard ZELBO
**Subject:** PPA

Howard

Many thanks for your call yesterday.  I have discussed the matter with my client overnight.

We assume the position of Clearys with respect to there being no limitation to argue beneficial ownership is shared by Millbank and Akin Gump?  On the basis that it is, we would be prepared to attend next Wednesday.  Like you, we are hoping that this will be a productive meeting and that we can actually finalise the protocol so we can move into a regime to allocate proceeds.

Regards

Kevin

This message is confidential and may be covered by legal professional privilege. If you have received this message in error please delete it and notify the sender immediately by contacting our main switchboard +44 (0)20 7374 8000; you should not retain the message or disclose its contents to anyone. Herbert Smith LLP may monitor e-mail communications in accordance with applicable law and regulations.

Herbert Smith LLP is a Limited Liability Partnership registered in England and Wales with registered number OC310989. It is regulated by the Solicitors' Regulation Authority of England and Wales whose rules can be accessed via www.sra.org.uk/code-of-conduct.page. A list of the members and their professional qualifications is open to inspection at the registered office, Exchange House, Primrose Street, London EC2A 2HS. We use the word partner to refer to a member of Herbert Smith LLP, or an employee or consultant with equivalent standing and qualifications. Herbert Smith LLP's registration number for Value Added Tax in the United Kingdom is GB 927 1996 83.

Herbert Smith LLP, Gleiss Lutz and Stibbe are three independent firms which have a formal alliance. Further information is available from www.herbertsmith.com.