**EXHIBIT D**



"Lang, Michael" <mlang@ogilvyrenault.com>

04/16/2010 11:19 AM

To: "'LLOYD, KEVIN'" <Kevin.Lloyd@herbertsmith.com>, "'irozenberg@cgsh.com'" <irozenberg@cgsh.com>

cc: "'Pasquariello, Joe'" <jpasquariello@goodmans.ca>, "'Murray.A.McDonald@ca.ey.com'" <Murray.A.McDonald@ca.ey.com>, "'cbrod@cgsh.com'" <cbrod@cgsh.com>, "'jbromley@cgsh.com'" <jbromley@cgsh.com>, "'fhodara@akingump.com'" <fhodara@akingump.com>, "'dbotter@AkinGump.com'" <dbotter@AkinGump.com>, "Tay, Derrick C." <dtay@ogilvyrenault.com>, "'cbrod@cgsh.com'" <cbrod@cgsh.com>, "'GALE, STEPHEN'" <Stephen.Gale@herbertsmith.com>, "'Whiteoak, John'" <John.Whiteoak@herbertsmith.com>, "'abloom@uk.ey.com'" <abloom@uk.ey.com>, "'rjowitt@uk.ey.com'" <rjowitt@uk.ey.com>, "'apisa@milbank.com'" <apisa@milbank.com>, "'smalik@cgsh.com'" <smalik@cgsh.com>, "Tenai, Steve" <stenai@ogilvyrenault.com>, "Mark, Alan" <amark@ogilvyrenault.com>, "Drymer, Stephen" <SDrymer@ogilvyrenault.com>, "jcarfagnini@goodmans.ca" <jcarfagnini@goodmans.ca>, "bzarnett@goodmans.ca" <bzarnett@goodmans.ca>

Subject: RE: Nortel - Allocation Protocol

Sorry, Kevin. This was to be addressed to you.

**From:** Lang, Michael
**Sent:** April 16, 2010 11:16 AM
**To:** LLOYD, KEVIN; irozenberg@cgsh.com
**Cc:** Pasquariello, Joe; Murray.A.McDonald@ca.ey.com; cbrod@cgsh.com; jbromley@cgsh.com; fhodara@akingump.com; dbotter@AkinGump.com; Tay, Derrick C.; cbrod@cgsh.com; GALE, STEPHEN; Whiteoak, John; abloom@uk.ey.com; rjowitt@uk.ey.com; apisa@milbank.com; smalik@cgsh.com; Tenai, Steve; Mark, Alan; Drymer, Stephen; jcarfagnini@goodmans.ca; bzarnett@goodmans.ca
**Subject:** RE: Nortel - Allocation Protocol

David,

The February 26th draft of the Allocation Protocol, at least from the standpoint of the Canadian Debtors and the Monitor, did not sufficiently highlight all areas of substantive disagreement among the parties on the terms of that document, and we advised Cleary to that effect in our comments on that draft. The April 7th draft reflects the position of the Canadian Debtors and the Monitor. Our amendments are intended to clarify, among other things, that the Protocol is not the proper venue for asserting claims or attempting to prioritize claims against any estate that should be asserted and resolved in the applicable

bankruptcy proceeding. As to whether EMEA's claim to having, to use your words, "beneficial ownership in various assets" is or is not such a claim, we cannot comment as we have not had the benefit of an explanation of the basis of your position.

We look forward to more fully discussing these and other issues on the Protocol with you and the other participants at our meeting next week in New York.

Regards,
Michael

> **From:** LLOYD, KEVIN [mailto:Kevin.Lloyd@herbertsmith.com]
> **Sent:** April 14, 2010 1:53 PM
> **To:** irozenberg@cgsh.com
> **Cc:** Pasquariello, Joe; Lang, Michael; Murray.A.McDonald@ca.ey.com; cbrod@cgsh.com; jbromley@cgsh.com; fhodara@akingump.com; dbotter@AkinGump.com; Tay, Derrick C.; cbrod@cgsh.com; GALE, STEPHEN; Whiteoak, John; abloom@uk.ey.com; rjowitt@uk.ey.com; apisa@milbank.com; smalik@cgsh.com
> **Subject:** Nortel - Allocation Protocol
>
> Inna
>
> Thanks for your email.
>
> I have now had a chance to look at the comments from the Canadian Debtor and Monitor.
>
> What I am not clear about is whether the Canadian Debtor and Monitor are still maintaining a point they advanced last year namely, that EMEA (and the other estates) are unable to contend in the Allocation Hearing that they have a beneficial ownership in various assets, including most relevantly intellectual property.  I thought that that point had been withdrawn because, as I had indicated, it is something that I simply could not recommend to my clients that they concede. But the way I read the recent amendments to recital 15, clause 8.1 and 10.7 is to suggest that this issue has resurfaced.  It may be that all that is intended by the Canadian Debtor and the Monitor is that the allocation hearing shall not cover inter-estate claims.  We are content to discuss that - Indeed I do not believe the Protocol was ever intended to extend to those type of claims, which will be dealt with in the ordinary way by the various claim processes.  This of course, will still entitle the parties to argue beneficial ownership in any allocation hearing.
>
> I hope that I have misunderstood the effect of the proposed amendments from the Canadian Debtor and the Monitor but before we finalise arrangements to travel over to New York I need to confirm this.
>
> Hopefully, the position is as per Cleary's draft on 26 February, which we felt was a useful basis in which to progress discussions. Could either you or representatives for the Canadian Debtor and the Monitor please confirm this, ideally by return email. Subject to this, I am looking forward to seeing you next week when hopefully we will finalise the terms of the protocol.
>
> Regards

Kevin

---

**From**: Inna Rozenberg
**To**: 'aleblanc@milbank.com' ; Alex MacFarlane ; amark@ogilvyrenault.com ; 'annav@nortel.com' ; 'apisa@milbank.com' ; Qureshi, Abid ; Kahn, Brad ; 'Brent.R.Beekenkamp@ca.ey.com' ; 'bzarnett@goodmans.ca' ; Craig B BROD ; David.Descoteaux@Lazard.com ; Botter, David ; 'dtay@ogilvyrenault.com' ; Hodara, Fred ; DAVIES, GAVIN; Giles Boothman ; Howard ZELBO ; James L BROMLEY ; 'jcarfagnini@goodmans.ca' ; jharris@milbank.com ; Segger, Joanne; Whiteoak, John; 'jpasquariello@goodmans.ca' ; 'jstam@ogilvyrenault.com' ; Sturm, Joshua ; LLOYD, KEVIN; Rowe, Kevin ; Lisa M SCHWEITZER ; 'Matthew.Hart@lazard.com' ; Michael Wunder ; 'mlang@ogilvyrenault.com' ; mnolan@milbank.com ; 'Murray.A.McDonald@ca.ey.com' ; 'Nortel' ; 'Orzyr@bennettjones.com' ; Bagon, Paul ; Jacobs, Ryan ; Pees, Robert ; 'SDrymer@ogilvyrenault.com' ; Shayne Kukulowicz ; stenai@ogilvyrenault.com ; GALE, STEPHEN; tkreller@milbank.com ; 'ZychK@bennettjones.com' ; Sanjeet Malik ; Theodore Geiger ; jravidity@earthlink.net ; Jacobs, Ryan
**Sent**: Wed Apr 07 22:01:56 2010
**Subject**: Nortel - Allocation Protocol

Dear all,

Please find attached the latest draft of the Allocation Protocol, along with a blackline against the last version circulated.

This draft incorporates comments received from Ogilvy and Goodmans (denoted as OR/G) and Herbert Smith (denoted as HS), as well as some smaller language changes that Cleary implemented.

Suggested additions to the text are bracketed and preceded by an indication of the firm making the proposal (using the initials described above).  Suggested deletions to the text are bracketed, and the firm suggesting the deletion is indicated by the legend [OR/G: delete] or [HS:delete], which appears immediately following the language at issue.  More substantive comments are included in the footnotes, preceded by an indication of which firm made the comment (again, using the initials).

Best regards,
Inna Rozenberg

---

Inna Rozenberg
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006

t: +1 212 225 2972 | f: +1 212 225 3999

www.clearygottlieb.com | irozenberg@cgsh.com

```
This message is being sent from a law firm and may
contain
```

```
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.
```

This message is confidential and may be covered by legal professional privilege. If you have received this message in error please delete it and notify the sender immediately by contacting our main switchboard +44 (0)20 7374 8000; you should not retain the message or disclose its contents to anyone. Herbert Smith LLP may monitor e-mail communications in accordance with applicable law and regulations.

Herbert Smith LLP is a Limited Liability Partnership registered in England and Wales with registered number OC310989. It is regulated by the Solicitors' Regulation Authority of England and Wales whose rules can be accessed via www.sra.org.uk/code-of-conduct.page. A list of the members and their professional qualifications is open to inspection at the registered office, Exchange House, Primrose Street, London EC2A 2HS. We use the word partner to refer to a member of Herbert Smith LLP, or an employee or consultant with equivalent standing and qualifications. Herbert Smith LLP's registration number for Value Added Tax in the United Kingdom is GB 927 1996 83.

Herbert Smith LLP, Gleiss Lutz and Stibbe are three independent firms which have a formal alliance. Further information is available from www.herbertsmith.com.