IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
:
:
------------------------------------------------------------X

### SECOND DECLARATION OF INNA ROZENBERG IN SUPPORT OF JOINT MOTION FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND FOR RELATED RELIEF

I, Inna Rozenberg, do hereby declare as follows:

1. I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), in the above-captioned proceeding. I am admitted to the bar of the State of New York and have been a member in good standing of such bar since 2001. I respectfully submit this second declaration in support of the joint motion for

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

entry of an order establishing an Allocation Protocol pursuant to the Interim Funding and Settlement Agreement, and for related relief (the "Joint Motion"), dated April 25, 2011.[2]

    2. Annexed to this second declaration are true and correct copies of the following documents that are cited and relied upon in the reply memorandum in further support of the Joint Motion and in response to the EMEA Debtors' cross-motion to compel arbitration, filed by the U.S. Debtors and the Committee on June 2, 2011:

    a. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Administrators' fourth progress report to creditors, dated February 11, 2011.

    b. Attached hereto as Exhibit 2 is a true and correct copy of the Joint Administrators' second progress report to creditors, dated February 12, 2010.

    c. Attached hereto as Exhibit 3 is a true and correct copy of the MEN Distribution Escrow Agreement, dated March 19, 2010.

    d. Attached hereto as Exhibit 4 is the Opinion of the Superior Court of Justice – Ontario, Nortel Networks Corp (Re), 2011 ONSC 1091, dated February 17, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2011.

                                                      /s/ Inna Rozenberg
                                                      Inna Rozenberg

---

[2] Capitalized terms used herein but not otherwise defined shall have the same meaning as ascribed to them in the Joint Motion.