**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re*                                                                : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        : Case No. 09-10138 (KG)
:
                     Debtors.       : Jointly Administered
:
: Hearing date: June 7, 2011 at 9:30 a.m. (ET)
:
: Re: D.I. 5307 and 5444
------------------------------------------------------------X

**DECLARATION OF FRED S. HODARA IN SUPPORT OF JOINT MOTION
FOR ENTRY OF AN ORDER ESTABLISHING AN ALLOCATION PROTOCOL
PURSUANT TO THE INTERIM FUNDING AND SETTLEMENT AGREEMENT,
AND FOR RELATED RELIEF, AND IN RESPONSE TO THE EMEA
DEBTORS' CROSS-MOTION TO COMPEL ARBITRATION**

I, FRED S. HODARA, hereby declare as follows:

1.    I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("<u>Akin Gump</u>"), which maintains offices for the practice of law at One Bryant Park, New York, New York 10036. Akin Gump has acted as counsel to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Nortel Networks Inc. and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>").

2.    I submit this declaration in further support of the Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement

---

[1]     The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Agreement (the "Motion"), and in response to the EMEA Debtors' Cross-Motion to Compel Arbitration (the "Cross-Motion").[2]

3.    The Canadian, U.S. and EMEA Debtors executed the IFSA on or about June 9, 2009.  All the parties involved in the IFSA negotiations were represented by experienced counsel.

4.    Following the execution of the IFSA, the parties began good faith negotiations of a protocol for resolving disputes concerning the allocation of sales proceeds ("Protocol").  From June 2009 through August 2010, the parties engaged in complex, lengthy negotiations regarding the Protocol, involving numerous conference calls, emails, and in-person meetings.  The negotiations involved a variety of issues and discussion points, including the question of which entities should be entitled to participate in any allocation process that might be agreed and the detailed procedures for any such allocation process.

5.    During these negotiations, the Committee at all times, in good faith, made every effort to attempt to resolve the outstanding issues among the parties regarding the Protocol.

6.    On July 20, 2010, after more than a year of negotiations, the Committee circulated to all parties involved in the negotiations, a list of twenty-nine issues that remained outstanding.  A true and correct copy of the July 20, 2010 issues list circulated by the Committee is attached as Exhibit A.

7.    Despite continued efforts by the Committee to resolve all of the issues set forth on Exhibit A, the Committee ultimately concluded that, after more than a year of negotiations, an impasse had been reached.  Thereafter, the parties ceased further negotiations regarding the

---

[2]    Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

NEWYORK:2402817.11                    2

Protocol. The parties instead attempted to resolve the substance of the allocation dispute with the assistance of a mediator, which also proved unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York

    June 2, 2011

                                                 */s/ Fred Hodara*
                                                 Fred S. Hodara