# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Notice of Filing of Sixty-Seventh Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings* filed on June 2, 2011 at Docket No. 5569 due to an error in uploading the image.

Date:  June 3, 2011
       Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

      /s/  Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 N. Market Street, Suite 1900
Wilmington, Delaware 19801-1228
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email:  mary.caloway@bipc.com
         mona.parikh@bipc.com

*Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

#1018868-v2