# Goodmans LLP

Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.5923
fmyers@goodmans.ca

May 19, 2011

Our File No.: 083800

**Delivered Via E-Mail**

David S. Ward
Cassels Brock & Blackwell LLP
Scotia Plaza
2100 - 40 King Street West
Toronto, ON  M5H 3C2

Dear Mr. Ward:

**Re:    Nortel Networks, et al.**

On behalf of the Monitor, we are working to schedule the timely resolution of your clients' claims and the NNUK claims against the Nortel Canada entities. To that end, we have invited Mr. Gottlieb, counsel to the Joint Administrators of NNUK, to meet with us and litigation counsel for Nortel Canada on Wednesday, May 25, 2011 at our offices at 9:30 a.m. We would like to invite you to attend as well so the litigators can sit down and try to work out an expeditious schedule in advance of the Court attendance on June 7, 2011.

We look forward to hearing from you.

Yours very truly,

**Goodmans LLP**

Fred Myers
FLM/krw
c:    Murray A. McDonald
      Jay Carfagnini
      Alan Mark
      Derrick Tay
      Matthew Gottlieb

\5970383.1



DAVIES WARD PHILLIPS & VINEBERG LLP

44th Floor  
1 First Canadian Place  
Toronto Canada M5X 1B1  

Tel 416 863 0900  
Fax 416 863 0871  
www.dwpv.com

May 24, 2011

Matthew Gottlieb  
Dir 416.863.5516  
mgottlieb@dwpv.com

File No. 227188

**BY E-MAIL**

Fred Myers  
Goodmans LLP  
Bay Adelaide Centre  
3400-333 Bay Street  
Toronto, ON  M5H 2S7

Dear Mr. Myers:

**Nortel Networks UK Limited**

Thank you for your letter of May 19, 2011.

Regarding your comments on the Proofs of Claim, we do not agree with your characterization of them, but there is no point in debating that issue in correspondence. We will review your request for particulars and provide you with our responses as soon as possible, but your deadline of June 10 is unrealistic and cannot be met. As you are aware, the EMEA Debtors are required to file all of their claims in the US Proceeding on or before June 1, 2011. This task, as well as preparing for the June 7 hearing, is taking up a considerable amount of the time of the EMEA Debtors' advisors. Considering the number of particulars you are seeking and the fact that the advisors are otherwise occupied in the near term, a response by June 10 is not possible. Given that it has taken the Monitor over two months to provide the request, I expect that the Monitor will not have difficulty in understanding the situation and agreeing that the responses need not be provided before early August 2011.

Regarding the procedures so as to allow for the proper and expeditious hearing of the EMEA Claims, as you are well aware, we have since January been attempting to engage the Monitor and Applicants in discussions to move forward on this issue and in particular the issues of documentary and oral discovery. Notwithstanding our repeated efforts, your letter is the first response that suggests that the Monitor is prepared to discuss the issues. We agree that a meeting would make sense to begin these discussion. Unfortunately, I am in examinations this week and cannot be available for a meeting. Further, prior to a meeting on these issues being held, we intend to send you a draft timetable for your consideration so as to give us a starting point for the discussions. I can say at this time that

Page 2                                                                  DAVIES WARD PHILLIPS & VINEBERG LLP

given the issues surrounding documentary discovery, oral discovery, the number and type of claims involved, the need to deal with jurisdictional issues and other procedural issues, a hearing on the merits of the EMEA Claims in the Fall, will not likely occur. It is in all the parties' interests, and will be of assistance to the Court, for the parties to discuss and agree to a detailed and appropriate timetable so as to have the EMEA Claims proceed to hearings. Please let me know if you are available to meet on May 31 or June 1.

Yours very truly,

Matthew P. Gottlieb

MPG/amh

Tor#: 2714896.1



## CASSELS BROCK
LAWYERS

May 24, 2011

Mr. Frederick L. Myers  
Goodmans LLP  
333 Bay Street, Suite 3400  
Toronto, ON M5H 2S7

dward@casselsbrock.com  
tel:  416.869.5960  
fax:  416.640.3154

Dear Mr. Myers:

**Re:   Nortel Networks, et al**

Thank you for your letter of May 19, 2011.

We are prepared to meet to discuss litigation process and scheduling, but are unfortunately not available to meet tomorrow at 9:30 a.m.

We agree that a meeting should take place prior to the June 7 court attendance and ask that you kindly advise as to your availability next week.

Yours truly,

*David Ward*

David Ward  
DSW/jw

cc:   William J. Burden  
      Murray A. McDonald  
      Jay Carfagnini  
      Alan Mark  
      Derrick Tay  
      Matthew Gottlieb

# Goodmans LLP

Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.5923
fmyers@goodmans.ca

May 26, 2011

Our File No.: 083800

**Delivered Via Email**

Matthew P. Gottlieb
Davies Ward Phillips & Vineberg LLP
1 First Canadian Place, 44th Floor
PO Box 63, Stn. First Canadian Place
Toronto, ON    M5X 1B1

David S. Ward
Cassels Brock & Blackwell LLP
Scotia Plaza
2100 - 40 King Street West
Toronto, ON    M5H 3C2

Dear Sirs:

**Re:    Nortel Networks, et al.**

Receipt of your respective letters dated May 24, 2011 is acknowledged. We agree with Mr. Gottlieb that there is little point debating matters in contention in correspondence. Suffice it to say that we do not agree with your characterization of events and particularly we do not agree that your client has made "repeated efforts" to engage us in scheduling discussions or that we have been at all reluctant to discuss those issues with either of you.

We have in fact been paying close attention to scheduling issues and enclose a draft schedule for your review and discussion. The schedule has the claims readily resolved in the fall prior to the allocation hearing currently being proposed for early December. I am available on either May 31 or June 1 to meet to discuss scheduling with you. I understand that Mr. Mark is not available those days but is available any other day of next week. I suggest Monday, May 30, 2011 at 3:00 p.m. at our office.

Finally, the particulars that we have sought from Mr. Gottlieb relate only to the bald placeholder claims contained in his clients' Proofs of Claims. We have not sought picky particulars of material facts that have already been disclosed. At this stage, we simply wish to know whether there are actual claims being made and, if so, the transactions and foreign laws that form the basis of such claims. Therefore, you will note in the enclosed schedule, the Monitor expects to disallow unparticularized or placeholder claims at the outset. In light of the amount of time since these

\5972132.1

# Goodmans LLP

matters arose and your desire to move forward with scheduling discussions, your clients must know the universe of claims that they are making. As such, there is no reason to wait over two months into August before providing a listing of claims that was already due previously under Justice Morawetz's claims process order. As the claims are being particularized in the US for June 1, 2011, we see no reason why the particulars sought cannot be provided to us 10 days later.

Yours very truly,

**Goodmans LLP**

Fred Myers
FLM/krw
encl.
c:  Murray A. McDonald
    Alan Mark
    Jay Carfagnini
    Derrick Tay
    Lyndon A.J. Barnes

\5972132.1

## Monitor and Canadian Estate's Proposed Litigation Timetable

May 25, 2011

| Due Date 2011 | Step |
| --- | --- |
| May 19 | Monitor/Nortel Canada demand for particulars on bald claims and meeting request to discuss scheduling. Meeting to be proposed for May 25. |
| Before June 7 | Parties to reach agreement about the use in litigation of the documents in the Merrill (mediation) database |
| June 10 | Response to demand for particulars |
| By June 10 | Parties to settle on discovery plan and litigation timetable |
| June 13 | Monitor disallows claims with no cause of action in law and seeks dismissal of those claims Motion returnable in August (prior 9:30 required). Monitor disallows unparticularized claims and unparticularized reservations of rights. |
| June 13 (target date) | Court appointment to resolve any outstanding discovery plan and litigation timetable issues |
| June 17 | Exchange of any document production requests pursuant to the discovery plan and without prejudice to any disallowances of claims |
| June 21 | Objections to requests for additional documentary production (in the form of standard refusals chart) |
| July 7 (target date) | Hearing before a Judge for determination of contested requests for additional documentary production. Determination to be made in part on the basis that documentary production to be concluded before September. |

DRAFT: 1 - May 25, 2011 at 1:56 PM

| July 8 | Claimants' motion materials responding to Monitor's disallowance of claims |
| --- | --- |
| To be completed by July 29 | Production of additional documents |
| August | Court hearing to determine Monitor's disallowance of unparticularized claims and claims with no cause of actione<br><br>(factum of Monitor to be delivered 5 business days before hearing and facta of responding parties to be delivered 2 business days before hearing) |
| To be completed by September 30 | Examinations for discovery of experts and witnesses to be called by all parties at trial |
| October 28 | Service of trial expert reports |
| November 11 | Service of reply expert reports |
| Starting November 21 | Trial of any remaining EMEA inter-company claims and NNUK Pension Trustees'/PPF claims against the Canadian estate |
| Starting December 5 | Joint trial concerning allocation issues |

\5971730

DRAFT: 1 - May 25, 2011 at 1:56 PM



## CASSELS BROCK
LAWYERS

May 27, 2011

VIA E-MAIL

Mr. Frederick L. Myers  
Goodmans LLP  
333 Bay Street, Suite 3400  
Toronto, ON M5H 2S7

dward@casselsbrock.com  
tel:   416.869.5960  
fax:  416.640.3154

Dear Mr. Myers:

**Re:   Nortel Networks, et al**

Thank you for your letter of May 26, 2011.

With respect to item number two of the Proposed Litigation Timetable, as you know, we had made a request for certain limited documentary production from the Monitor in 2010 which was declined. We first became aware that there was a very large mediation database when NNI served its motion papers on the allocation issue. We understand from NNI filings that there are over 40,000 documents in that database.

To our knowledge, our clients have never had access to the "Merrill (mediation) database" that you describe although it would appear to be crucially important to the issues involved in our clients' claims. Would you kindly advise as to the location and content of the database and terms of access under which our clients could have access to it?.

With respect to process, I note that the Claims Resolution Order states that specific claims, such as our clients' claims, are to be revised or disallowed by Notice of Disallowance. Thereafter, in accordance with Justice Morawetz endorsement of September 16, 2010, a 9:30 a.m. appointment is to be scheduled to discuss an appropriate procedure and timing for the resolution of the claims including the timing and filing of a Notice Dispute. The Notice Dispute and Notice Dispute will presumably assist in the defining the issues to be resolved.

Unfortunately, we are not available to meet this coming Monday, May 30, 2011 at 3:00 p.m. at your office. We are available to meet on Friday, June 3, 2011 but would appreciate your considered response to the issues addressed above prior to our meeting.



Mixed Sources  
Product group from well-managed forests and other controlled sources  
www.fsc.org Cert no. SW-COC-002302  
© 1996 Forest Stewardship Council

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto, ON Canada  M5H 3C2  
tel 416 869 5300   fax 416 360 8877   www.casselsbrock.com



Page 2

Yours truly,

David Ward
DSW/mjc

cc:    William J. Burden
        Murray A. McDonald
        Jay Carfagnini
        Alan Mark
        Derrick Tay
        Matthew Gottlieb

Legal*6307561.2

# Goodmans LLP

Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.5923
fmyers@goodmans.ca

May 30, 2011

Our File No.: 083800

**Delivered Via Email**

David S. Ward
Cassels Brock & Blackwell LLP
Scotia Plaza
2100 - 40 King Street West
Toronto, ON   M5H 3C2

Dear Mr. Ward:

**Re:    Nortel Networks, et al.**

Receipt of your letter dated May 27, 2011 is acknowledged. You are correct that a database of documents exists that has been populated with documents by the representatives of each of Nortel Canada, the estate of Nortel US and the Joint Administrators of Nortel UK and EMEA. The database is subject to a confidentiality agreement that currently restricts its use for the purposes of the discussions of issues involving the allocation of proceeds of sales as among the various estates and parties entitled to receive a share of the proceeds. The Nortel Canada entities, the Monitor and, we understand, the Nortel US estate are willing to agree to expand access to the database to encompass the upcoming claims and allocation litigation. To that end, we expect to be seeking shortly the consent of Mr. Gottlieb's client, the Joint Administrators of NNUK and the EMEA estates, to the expansion of the terms of use of the database and we would then expect your clients to obtain their access to the database through the Joint Administrators. This is certainly a matter that we are prepared to discuss with you and Mr. Gottlieb on Friday.

You also raised in your letter process issues regarding the disallowance of claims, 9:30 appointments and the like. These issues too are matters that we would propose to discuss on Friday so as to seek to maximize efficiency in the scheduling process. As you have seen from the proposed schedule, we expect to have one more scheduling and procedural hearings with the Court as necessary and convenient both to ensure that all relevant matters are dealt with expeditiously and also to minimize duplication of efforts in light of the allocation process that is being proposed on June 7, 2011.

\5973495.1

**Goodmans** LLP

We look forward to seeing you.

Yours very truly,

**Goodmans LLP**

Fred Myers
FLM/krw

c:   Murray A. McDonald
     Matthew P. Gottlieb
     Alan Mark
     Jay Carfagnini
     Joe Pasquariello
     Derrick Tay
     Lyndon A.J. Barnes

\5973495.1

| | |
|---|---|
| **IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**<br>**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION et al.** | Court File No: 09-CL-7950 |
| | *ONTARIO*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceeding commenced at Toronto |
| | **SIXTY-SEVENTH REPORT OF THE MONITOR DATED JUNE 2, 2011** |
| | **GOODMANS LLP**<br>Barristers & Solicitors<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, Ontario M5H 2S7<br><br>Jay A. Carfagnini (LSUC#: 222936)<br>Joseph Pasquariello (LSUC# 37389C)<br>Christopher G. Armstrong (LSUC# 55148B)<br><br>Tel: 416.979.2211<br>Fax: 416.979.1234<br><br>Lawyers for the Monitor, Ernst & Young Inc. |