[seal:] Freedom and Order   [logo:] **DIAN**   [logo:] **Prosperity for all**

DEPARTMENT OF NATIONAL TAXATION AND CUSTOMS

www.**dian**.gov.co

100202209-

Bogotá, D.C., May 31, 2011

Creditor: U.A.E. –DIAN- Sectional Directorate of Taxation for Major Taxpayers
Taxpayer: Nortel Networks De Colombia S.A.S. en Liquidación
Nit. [Tax Identification No.]: 800.196.783-1

According to the request received at this Office last May 26, with entry No. 2011ER46631, we inform you that:

The Special Administration Unit, Directorate of National Taxation and Customs – DIAN – Sectional Directorate of Taxation for Major Taxpayers of Bogotá D.C., is the creditor of the company Nortel Networks De Colombia S.A.S. en Liquidación with Nit. 800.196.783-1 for the following amounts and reasons:

| REASON | FISCAL YEAR | TAX | PENALTY |
|---|---|---|---|
| RENT | 2003 | 7,756,387,000 | 13,068,682,000 |
| ASSET TAX | 2010 | 264,705,000 | 0 |
| **TOTAL** | | 8,021,092,000 | 13,068,682,000 |

Plus later interest and the adjustment referred to in article 867-1 of the Tax Law and its regulatory decrees, if applicable, accrued from the expiration of the due date, based on the private liquidations submitted by the taxpayer, which constitutes enforceable documents in line with the provisions of article 828 of the Tax Law.

[signature]
**CAMILO ANDRÉS RODRIGUEZ VARGAS**
Director of Revenue Management

Note: The information is issued concerning the taxpayer appearing in our database under the name Nortel Networks de Colombia S.A.S. en Liquidación, prior to the delivery of the Tax Identification Number.

Annex (2) pages – Major Taxpayer Certification.