**EXHIBIT "A"**

| Case | Adversary Case No. |
|---|---|
| Nortel Networks Inc. v. Accton Technology Corporation | 10-55911 |
| Nortel Networks (CALA) Inc. v. Empresa de Telecommunications de Bogota S.A. | 10-55927 |
| Nortel Networks Inc. v. Ian Martin Limited et al | 10-55929 |
| Nortel Networks Inc. v. Media5 Corporation | 10-55917 |
| Nortel Networks Inc. v. Oclaro Technology Ltd. et al | 10-55919 |
| Nortel Networks Inc. v. OrangeFrance | 10-55920 |
| Nortel Networks Inc. v. Prime Carrier Ltd. | 10-55921 |
| Nortel Networks Inc. v. TECOM Co., LTD. | 10-55924 |
| Nortel Networks Inc. v. Thomas & Betts Limited | 10-55940 |