# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| In re: | : **Chapter 11** |
|  | : |
| **NORTEL NETWORKS, INC.,** *et al.,* | : **Case No. 09-10138 (KG)** |
|  | : **(Jointly Administered)** |
| Debtors. | : Hearing Date:  June 30, 2011 |
|  | : Objection Deadline: June 6, 2011[1] |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x  Related Docket No. 5359

## AT&T'S OBJECTION TO THE REJECTION OF AT&T'S CONTRACTS

AT&T Services, Inc. ("AT&T Services"), on its own behalf and as agent on behalf of its subsidiaries and affiliates (collectively, "AT&T"), hereby files this objection (the "Objection") to the rejection of its contracts pursuant to the procedures set forth in the *Order (A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving The License Rejection Procedures, (E) Approving A Side Agreement, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing*, May 2, 2011 (the "Bid Procedures Order") and in support thereof states as follows:

## BACKGROUND

*A.    The AT&T Contracts*

1.    AT&T and the Debtors' contractual relationship is exceedingly complex and spans several decades involving numerous telecommunications businesses.    At the commencement of this case, AT&T and the Debtors were parties to numerous contracts

---

[1] The objection deadline was extended from May 31, 2011, to June 6, 2011, on consent of the Debtors and the Stalking Horse Purchaser (as defined herein).

whereby, among other things, AT&T purchases Nortel equipment and services for use in AT&T's telecommunications network (collectively, the "AT&T Contracts"). The AT&T Contracts include master agreements together with numerous amendments, as well as supplemental agreements, attachments, modules, orders and other similar agreements entered into under the master agreements. A list of the AT&T Contracts is attached hereto as Exhibit A.[2] Certain of the AT&T Contracts or portions of the contracts were "unbundled" and assumed and assigned to purchasers in connection with the prior sales of various Nortel business units. Under certain of the AT&T Contracts, the Debtors license or licensed their intellectual property to AT&T.

B.    *The Sale Motion*

2.    On April 4, 2011, the Debtors filed the *Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving The License Rejection Procedures, (E) Approving A Side Agreement, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Patents And Related Assets Free And Clear Of All Claims And Interests, (B) The Assumption And Assignment Of Certain Executory Contracts, (C) The Rejection Of Certain Patent Licenses And (D) The License Non-Assignment And Non-Renewal Protections* (the "Sale Motion").

---

[2] The list of AT&T Contracts is not intended to encompass every agreement between the parties. For instance, there are numerous amendments, supplements, work orders and the like that are not necessarily included but comprise part of the AT&T Contracts expressly or by implication. In addition, AT&T is still searching its records to ensure that the list is a complete list of the main contracts between the parties. If AT&T discovers additional contracts, it reserves the right to modify the attached list.

3.      Pursuant to the Sale Motion, the Debtors propose to sell certain assets related to the Debtors' sale of the Nortel patent portfolio (the "Patents") and the related assets (the "Patent Business") to the successful bidder (the "Purchaser") established at an auction for the Patent Business (the "Sale"). On April 4, 2011, the Debtors filed a proposed Asset Sale Agreement for the sale of substantially all of the assets of the Patent Business (the "ASA") to Ranger Inc., as purchaser, and Google Inc., as guarantor (collectively, the "Stalking Horse Purchaser"). On May 2, 2011, the Court entered the Bid Procedures Order setting the auction for June 20, 2011, and the sale hearing for June 30, 2011, and establishing the deadlines for parties to object to various aspects of the Sale.

4.      Pursuant to the ASA, the Stalking Horse Purchaser is acquiring, among other things, "the Sellers' right, title and interest in (i) the Transferred Patents and Purchased Specified UK Patents, subject to certain licenses granted thereunder, (ii) certain Patent Related Documentation and (iii) the Sellers' rights under certain patent-related data applications." Sale Motion at p. 8. The Stalking Horse Purchaser is taking these assets subject to, among other things, the "Scheduled Licenses" and the "Commercial Licenses." The Scheduled Licenses are those contracts that will be listed on schedules to the ASA (under which Nortel grants a license under the Patents). The "Commercial Licenses" seem to include those licenses of Nortel products that are part of the Debtors' ordinary course of business, but will not be listed on any schedules.

5.      Under the ASA, the Debtors will reject, pursuant to section 365 of the Bankruptcy Code, any pre-petition contract pursuant to which the Debtors are a party and pursuant to which the Debtors grant a license under the Patents, other than, among others, the "Scheduled Licenses" and the "Commercial Licenses." Thus, the Debtors are seeking to reject all licenses

that are not "Scheduled Licenses" or are not considered "Commercial Licenses." The Debtors are not, however, providing a list of the "Commercial Licenses" as part of the Sale or the License Rejection Procedures.[3]

C.    *The Sale Notice*

6.      Under the Bid Procedures Order, the Debtors are required to serve a "Sale Notice" to each counterparty to a "Known License" – *i.e.*, those licenses that are "Scheduled Licenses" – (i) identifying the "Known Licenses" that such counterparty has with the Debtors, (ii) informing such "Known Licensees" that the sale is being made subject to the "Known Licenses," and (iii) informing the "Known Licensees" that the Debtors intend to reject any "Unknown Licenses," including any "Unknown Licenses" with such "Known Licensee" that are not identified on such notice. "Commercial Licenses," however, are not rejected. But as stated above, such "Commercial Licenses" are not identified or listed and counterparties are left to guess as to whether their contracts are or are not "Commercial Licenses."

7.      If the counterparty fails to object to rejection of the "Unknown Licenses," such licenses will be rejected on the Closing Date. If a counterparty to an "Unknown License" files a "Notice of Election" to elect to retain its rights under such "Unknown License" on or before June 6, 2011, in accordance with section 365(n) of the Bankruptcy Code, its rights will be preserved as of the Closing without need for further action (unless the Debtors object to such "Notice of Election"). If there is no timely "Notice of Election," the counterparties to such "Unknown License" will be deemed to have elected to treat each such "Unknown License" as terminated under section 365(n) of the Bankruptcy Code.

8.      The Debtors sent a notice to AT&T (the "AT&T Sale Notice") solely with respect to that certain Patent License Agreement, between American Telephone and Telegraph Company

---

[3] Capitalized terms that are not herein defined shall have the same meaning as set forth in the Sale Motion.

n/k/a AT&T and Northern Telecom Limited n/k/a Nortel Networks, Inc., effective July 1, 1983 (the "Patent License Agreement"). The AT&T Sale Notice informed AT&T that the Patent License Agreement is a "Scheduled License" and therefore would not be rejected.  No other contracts were listed in such sale notice.

## OBJECTION

9.    The AT&T Contracts would appear to be "Commercial Licenses" to be assumed and assigned as part so the Sale.  The Debtors, however, have not provided a list of "Commercial Licenses."  AT&T, thus, is forced to speculate as to whether the AT&T Contracts constitute "Commercial Licenses" and are being assumed.  The question of whether an AT&T Contract is considered to be a "Commercial License" under the ASA cannot be resolved by AT&T alone with any certainty and, in any event, due to the lack of certainty regarding what constitutes a "Commercial License", any unilateral interpretation by AT&T could be open to challenge by Nortel or the Purchaser.  Thus, AT&T does not know whether the AT&T Contracts are being assumed or rejected and, as a result, the Debtors have not provided appropriate and adequate notice and due process as to the disposition of the AT&T Contracts.  Accordingly, AT&T is providing the list of AT&T Contracts attached to this Objection and requests the Debtors confirm that such contracts are not being rejected as part of the Sale because such contracts are "Commercial Licenses" or otherwise are not being rejected.  AT&T has previously submitted this list and the various contracts to the Debtors with the intent to resolve these issues, and AT&T is attempting to work with the Debtors towards that goal.

10.    Alternatively, to the extent any of the AT&T Contracts are considered "Unknown Licenses" and are to be rejected as part of the proposed Sale, AT&T is filing simultaneously a

"Notice of Election" with respect to such contracts (and, therefore, asserts its rights under Section 365(n) of the Bankruptcy Code).

## CONCLUSION

WHEREFORE, for the reasons stated above, AT&T objects to the rejection of the AT&T Contracts and requests that the Court grant such other and further relief as deemed just and proper.

Dated: June 3, 2011

**ASHBY & GEDDES, P.A.**

By: _____

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

--and--

**FULBRIGHT & JAWORSKI L.L.P.**

David A. Rosenzweig
Mark C. Haut
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

--and--

**AT&T SERVICES, INC.**

James W. Grudus, Esq.
One AT&T Way
Bedminster, New Jersey 07921
Telephone: (908) 234.3318
Facsimile: (832) 213.0157

*Attorneys for AT&T*

**EXHIBIT A**

### AT&T-NORTEL CONTRACTS[4]

AT&T and Nortel are parties to the following contracts[5]:

1. AT&T – Nortel General Agreement No. 980332, dated April 30, 1999, between SBC Operations, Inc. n/k/a AT&T Services, Inc. and Northern Telecom Inc. n/k/a Nortel Networks, Inc.

    (a) Amendment No. 1 to General Agreement No. 980332, Agreement No. 980332.A.001, dated May 5, 2008, between SBC Operations, Inc. n/k/a AT&T Services, Inc. and Northern Telecom Inc. n/k/a Nortel Networks, Inc.

    (b) Supplemental Agreement No. 980332.S.004, effective March 3, 2009, between AT&T Services, Inc. and Nortel Networks, Inc.

    (c) Product and Services Provisioning (PSP) Software and Maintenance Support, Supplemental Agreement No. 980332.S.006, effective January 1, 2010, between AT&T Services, Inc. and Nortel Networks, Inc.

2. Nortel Switching Module No. 03031410, dated as of December 19, 2003, between AT&T Services, Inc. and Nortel Networks, Inc.

3. General Purchase Agreement No. GPA011D, dated as of March 5, 1998, between AT&T Corp. and Nortel Networks, Inc.

    (a) Products Credit, Amendment 2 to General Purchase Agreement GPA011D between Nortel Networks, Inc. and AT&T Corp., effective November 29, 1999.

    (b) Amendment 12 to General Purchase Agreement GPA011D between Nortel Networks, Inc. and AT&T Services, Inc. on behalf of AT&T Corp., dated March 4, 2009.

4. Global Supply and Services Contract No. R11796A, dated as of October 1, 1999, between BellSouth Corporation and Nortel Networks, Inc.

---

[4] The AT&T Contracts listed above are intended to include amendments, supplemental agreements, attachments, modules, orders and other similar agreements related or incidental to the contracts listed above (even if such amendment, supplement, etc. are not specifically listed). In addition, the AT&T Contracts listed above are also intended to include all express and implied license rights granted in relation thereto. AT&T is still searching its records to ensure that the list is a complete list of the main contracts between the parties. If AT&T discovers additional contracts, it reserves the right to modify the attached list.

[5] Certain of the AT&T Contracts listed below are with Northern Telecom, Inc., the predecessor to Nortel. Nortel, "Northern Telecom, Inc." and their respective predecessors and affiliates are sometimes collectively referred to as "Nortel." References to AT&T herein mean AT&T Services, Inc. ("AT&T Services") and predecessors to affiliates of AT&T Services.

(a)     Supplemental Agreement Pursuant to the BellSouth Global Supply and Services Contract R11796A (for ATM Equipment), effective as of June 25, 2001, between Cingular Wireless LLC and Nortel Networks, Inc.

(b)     Supplemental Agreement No. 7 Pursuant to the BellSouth Global Supply and Services Contract R11796A, effective as of April 16, 2006, between Cingular Wireless LLC and Nortel Networks, Inc.

(c)     Amendment No. 1 to Supplemental Agreement No. 7 Pursuant to the BellSouth Global Supply and Services Contract R11796A, between Cingular Wireless LLC and Nortel Networks, Inc.

5. Purchase/License Agreement No. 100097, dated as of November 1, 1997, between BellSouth Long Distance, Inc. and Nortel Networks, Inc.

6. Multi-Commitment and Purchase Agreement No. 20080912.028.C, dated November 15, 2008, between AT&T Services, Inc. and Nortel Networks, Inc.

(a)     Amendment No. 1 to Agreement No. 20080912.028.C, effective as of August 21, 2009, between AT&T Services, Inc. and Nortel Networks, Inc.

7. Unified Networks Distributorship Agreement, Version 4.02, No. 00017864, dated as of January 1, 2001, between SBC Services, Inc. and Nortel Networks, Inc.

(a)     Supplemental Agreement No. 20070622.898.C to Agreement No. 17864 between AT&T Services, Inc. and Nortel Networks Limited, dated July 11, 2007.

(b)     Supplemental Agreement No. 20070705.007.C to Agreement No. 17864 between AT&T Services, Inc. and Nortel Networks Limited, dated July 11, 2007.

(c)     Supplemental Agreement No. 20070828.022.C to Agreement No. 17864 between AT&T Services, Inc. and Nortel Networks Limited, dated September 5, 2007.

(d)     Subordinate Agreement No. 00017864.S.006 to Agreement No. 17864 between AT&T Services, Inc. and Nortel Networks, Inc., dated December 18, 2008.

8. Master Sales Agreement, No. 20070723.013.C, dated November 1, 2001, between Cingular Wireless LLC and Nortel Networks, Inc.

(a)     Supplement A: GSM Requirements to the Master Sales Agreement, between Cingular Wireless LLC and Nortel Networks, Inc., dated December 15, 2005.

(b) Amendment 3 to Products Supplement A: GSM Requirements Pursuant to the Master Sales Agreement, between Cingular Wireless LLC and Nortel Networks, Inc., effective December 1, 2001.

(c) Amendment 9 Extension of Initial Term of the Products Supplement A: GSM Requirements, Contract No. 20070723.013.A.012, between AT&T Mobility LLC and Nortel Networks, Inc., dated March 1, 2007.

(d) Amendment 12 to the Master Sales Agreement, Contract No. 20070723.013.A.016, between AT&T Mobility LLC f/k/a Cingular Wireless LLC and Nortel Networks, Inc., effective September 10, 2009.

(e) "Equipment and Services Supplement," No. cing 6770, between AT&T Mobility LLC and Nortel Networks, Inc., effective as of May 17, 2008.

(f) Amendment 1 to "Equipment and Services Supplement," No. cing 6770, between AT&T Mobility LLC and Nortel Networks, Inc., effective as of May 17, 2008.

(g) UMTS Supplement F, between Cingular Wireless LLC and Nortel Networks, Inc., dated December 15, 2005.

(h) Letter Agreement and related Memorandum of Agreement – e3 BSC, between Cingular Wireless LLC and Nortel Networks, Inc., effective as of April 1, 2002.

(i) Letter Agreement, dated April 20, 2006, between Cingular Wireless LLC and Nortel Networks, Inc.

(j) Letter Agreement, dated December 18, 2006, between Cingular Wireless LLC and Nortel Networks, Inc.

(k) Letter Agreement, dated September 19, 2007, between Cingular Wireless LLC and Nortel Networks, Inc.

(l) Letter Agreement, dated December 30, 2008, between AT&T Mobility LLC f/k/a Cingular Wireless LLC and Nortel Networks, Inc.

(m) Information Exchange Agreement, dated November 6, 2006, between Cingular Wireless LLC and Nortel Networks, Inc.

(n) Information Exchange Agreement, No. 20070912.049.C, dated September 7, 2007, between AT&T Mobility LLC, Openet Telecom, Incorporated and Nortel Networks, Inc.

9. Nortel Facilities Management Agreement, No. 20091008.015.C, between Nortel Networks, Inc. and BellSouth Communications Systems, LLC d/b/a AT&T Communications Systems Southeast, LLC, dated June 2, 2006.

      (a)      Amendment No. 3 to Nortel Facilities Management Agreement, No. 20091008.015.C, dated December 2, 2009, between Nortel Networks, Inc. and BellSouth Communications Systems, LLC d/b/a AT&T Communications Systems Southeast, LLC.

10. Letter Agreement Regarding ESSP Cap Solution, No. 200900107, effective as of January 1, 2009, between AT&T Mobility LLC f/k/a Cingular Wireless LLC and Nortel Networks, Inc.

11. General Agreement, No. C0228MO, between Southwestern Bell Telephone Company and Northern Telecom, Inc., dated April 24, 1985.

12. AT&T – Nortel Switching Module Agreement, No. 20081204.042.C, between AT&T Services, Inc. and Nortel Networks, Inc., dated as of September 11, 2009.

      (a)      Amendment 1 to Switching Module Agreement, No. 20081204.042.A.001, between AT&T Services, Inc. and Nortel Networks, Inc., dated as of October 30, 2009.

      (b)      Supplement Agreement, No. 20081204.042.S.001, between AT&T Services, Inc. and Nortel Networks, Inc., dated as of December 21, 2009.

      (c)      Amendment 1 to Supplement Agreement, No. 20081204.042.S.001 No. 20081204.042.S.001.A.001, between AT&T Services, Inc. and Nortel Networks, Inc., dated as of February 6, 2010.

13. Non-Disclosure – Reciprocal, No. 20090410.042.C, dated April 28, 2009, between Nortel Networks, Inc. and AT&T Services, Inc.

14. DMS-250 Switching Level Agreement No. LLJ276D, dated as of December 21, 1998, between AT&T Corp. and Nortel Networks, Inc.

15. Supplemental Agreement No. 7 for DMS 10 & 100 Products and Services, dated as of April 14, 2006, between AT&T Services, Inc. (originally BellSouth Telecommunications Inc.) and Nortel Networks, Inc.

16. Nortel Services Agreement No. 021255/SBC Contract No. 90055200 between SBC Global Services, Inc. and Nortel Networks, Inc., dated June 1, 2002.

      (a)      Amendment No. 1 to Nortel Services Agreement No. 021255/SBC Contract No. 90055200 between SBC Global Services, Inc. and Nortel Networks, Inc., dated June 1, 2005.

      (b)      Amendment No. 2 to Nortel Services Agreement No. 021255/SBC Contract No. 90055200 between SBC Global Services, Inc. and Nortel Networks, Inc., dated November 7, 2005.

(c)     Amendment No. 3 to Nortel Services Agreement No. 021255/SBC Contract No. 90055200 between SBC Global Services, Inc. and Nortel Networks, Inc., dated December 19, 2005.

(d)     Amendment No. 4 to Nortel Services Agreement No. 021255/SBC Contract No. 90055200 between SBC Global Services, Inc. and Nortel Networks, Inc., dated December 19, 2007.

17. Non-Disclosure – Reciprocal, No. 20071102.018.C, dated as of November 12, 2007, between Nortel Networks, Inc. and AT&T Services, Inc.

18. 3-Way Non-Disclosure Agreement, No. 20080922.052.C, dated as of September 23, 2008, between Insight Communications Company, L.P., Nortel Networks, Inc. and AT&T Services, Inc.

19. Reciprocal Non-Disclosure Agreement, No. 20080514.015.C, dated as of May 19, 2008, between Nortel Networks, Inc. and AT&T Services, Inc.

20. Non-Disclosure – Reciprocal No. 20070307.004.C between Nortel Networks, Inc. and AT&T Services, Inc., effective as of March 7, 2007.

21. Trial Agreement, No. SLK0041, dated as of July 7, 2006, between AT&T Services, Inc. (originally BellSouth Telecommunications, Inc.) and Nortel Networks, Inc.

22. Network ACD RT-1000 Agreement, No. CSL0348, dated as of October 7, 1992, between Southwestern Bell Telephone Co. and Northern Telecom, Inc.

23. Technology Lab Agreement, No. 94K007, dated as of June 16, 1994, between Southwestern Bell Technologies Resources, Inc. and Northern Telecom, Inc.

24. Notification Letter, No. 20070919.019, dated as of November 12, 2007, between AT&T Services, Inc., BellSouth Telecommunications, Inc. and Nortel Networks, Inc.

25. OME Product Family Supplemental Agreement No. 20080605.036.C between AT&T Services, Inc. and Nortel Networks, Inc., dated August 31, 2009.

26. Interactive Voice Response (IVR) Professional Services Agreement between Cingular Wireless LLC and Nortel Networks, Inc., dated January 30, 2005.

27. AT&T/Nortel Networks Reseller Agreement No. 20050520.10, between AT&T and Nortel Networks, Inc., dated July 5, 2005.

28. Trial Agreement, No. 20061215.034.C, effective as of March 27, 2007, between AT&T Services, Inc. and Nortel Networks, Inc.

(a)     Product Evaluation Agreement #20061215.034.S.004A OM 5000/OME 6500 LNS.

29. SBC Work Statement, No. 04034025, dated April 1, 2004, between Nortel Networks, Inc. and SBC Services, Inc.

    (a)    Amendment No. 2 to Work Statement, No. 04034025, Agreement Number 04034025.A.002, dated March 30, 2007, between Nortel Networks, Inc. and AT&T Services, Inc.

    (b)    Amendment No. 3 to Work Statement, No. 04034025, Agreement Number 04034025.A.003, dated April 1, 2008, between Nortel Networks, Inc. and AT&T Services, Inc.

    (c)    Supplemental Statement of Work (SOW), No. 0434025.S.001 (the "Work Statement Supplement"), dated September 18, 2007, between AT&T Services, Inc. and Nortel Networks, Inc.

    (d)    Amendment #1 to the Work Statement Supplement, No. 04034025.S.001.A.001.

30. Agreement for the License of Incremental Software No. 03031697, between AT&T Services, Inc. and Nortel Networks, Inc., dated October 31, 2003.

    (a)    Amendment 1 to Agreement for the License of Incremental Software No. 03031697, Agreement No. 03031697.A.001, effective November 1, 2007.

31. Master Agreement for INA Software, No. PO7137, between Pacific Bell/Nevada Bell and Nortel, dated June 30, 1995.

32. Cooperative Agreement to Letter Agreement No. J-FBI-99-053, No. 00014322, between SBC Services, Inc., FBI and Nortel.

33. Optical Networks Management Software and Technical Support Agreement, No. 5041050, between SBC Services, Inc. and Nortel.

34. Agreement for Purchases of User Licenses and Technical Support for Optical Planner Software, No. 20071110.001.C, between AT&T Services, Inc. and Nortel.

35. Subordinate MPS 1000 Products and Services Agreement, No. 04036069, between AT&T Services, Inc. and Nortel Networks, Inc.

    (a)    Amendment 1 to Subordinate Agreement No. 04036069, between AT&T Services, Inc. and Nortel Networks, Inc., effective January 1, 2006.

    (b)    Amendment 2 to Subordinate Agreement No. 04036069, between AT&T Services, Inc. and Nortel Networks, Inc., effective January 1, 2006.

    (c)    Amendment 04036069.A.003 to Subordinate Agreement No. 04036069, between AT&T Services, Inc. and Nortel Networks, Inc., effective January 1, 2008.

36. DMS Family Material and Installation Contract, No. C4113FO, between Southwestern Bell Telephone Company and Northern Telecom Inc., dated 1992.

37. LOA Proposal No. YEPR021105 to DMS 500 Products Sup., dated November 14, 2002, between AT&T Services, Inc. and Nortel.

38. LOA 20090828.OME between AT&T and Nortel, dated August 1, 2009.

39. Agreement #20071110.A.001 Optical Planner and License Agreement Software.

40. Procurement Arrangement for Supply of IP Telephony, Contract No. 20080624.025.C, between AT&T Services, Inc. and Nortel Networks (Ireland) Limited.

41. Affiliate Module (Optical) Agreement No. 06046944.

    (a)    Affiliate Module Agreement No. 06046687 to Supplemental Agreement No. 01019547.

42. DWDM/CWDM Agreement #01019547 Amendment #11.

43. Optical Module Agreement with Amendment #1 and Appendix #1-9, Agreement No. 03032497.