## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on June 3, 2011, I caused one copy of the foregoing to be served upon the parties on the attached service list via first class U.S. Mail, postage prepaid, or in the manner so indicated.

/s/ Amanda M. Winfree
Amanda M. Winfree (#4615)

{00313576;v1}

**Nortel Networks, Inc.**
**Service List for Notice of Election:**
**"License Objection Notice Parties"**

**HAND DELIVERY**
Christopher M. Samis
RICHARDS LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801
*(Counsel to the Committee)*

**U.S. MAIL**
James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
*(Counsel to the Debtors)*

**U.S. MAIL**
Fred S. Hodara
Stephen Kuhn
Kenneth Davis
AKIN GUMP STRAUSS HAUER &FELD LLP
One Bryant Park
New York, NY  10036
*(Counsel to the Committee)*

**INTERNATIONAL MAIL**
Michael Rotsztain
TORYS LLP
79 Wellington Street West
Suite 3000, Box 270, TD Centre
Toronto, Ontario M5K 1N2
Canada
*(Counsel to Ranger, Inc.)*

**INTERNATIONAL MAIL**
Sharon Hamilton
Ernst & Young Tower
222 Bay Street
P.O. Box 251
Toronto, Ontario M5K 1J7
Canada
*(The Monitor)*

**HAND DELIVERY**
Derek C. Abbott
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*(Counsel to the Debtors)*

**HAND DELIVERY**
T. Patrick Tinker
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
*(United States Trustee)*

**U.S. MAIL**
Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
*(Counsel to Ranger, Inc.)*

**U.S. MAIL**
Roland Hlawaty
MILBANK TWEED HADLEY & MCCLOY
One Chase Manhattan Plaza
New York, NY  10006
*(Counsel to the Bondholder Group)*

**INTERNATIONAL MAIL**
Jennifer Stam
OGILVY RENAULT LLP
Royal Bank Plaza
South Tower, Suite 3800, 200 Bay Street
Toronto, Ontario
Canada
*(Counsel to the Canadian Debtors)*

**INTERNATIONAL MAIL**
Jay Carfagnini
Jospeh Pasquariello
GOODMANS LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7
*(Counsel to the Monitor)*

{00522757.v1}