## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | |
| | ) | |

## SECOND SUPPLEMENTAL VERIFIED STATEMENT OF
## ELLIOTT GREENLEAF PURSUANT TO FED. R. BANKR. P. 2019(a)

Elliott Greenleaf (Counsel") hereby submits this supplemental verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a) and states as follows:

1.      Counsel previously filed a verified statement pursuant to Fed. R. Bankr. P. 2019(a) on or around December 6, 2010 (Docket No. 4501). Counsel filed a supplemental verified statement pursuant to Fed. R. Bankr. P. 2019(a) on or around March 10, 2011 (Docket 5105). Counsel now appears in these cases on behalf of Charles Barry.

2.      Counsel was referred to the Individuals by Barbara Gallagher, Bill Reed, Carol Raymond, Heidi Morrison, Michael Stutts, and Pamela Lutz Powell, who are themselves Individuals, to represent their interests in these Chapter 11 cases. Ms. Barbara Gallagher initially called our offices to inquire concerning representation.

---

[1]      The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.      The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement these statements.

Dated: June 3, 2011                              ELLIOTT GREENLEAF

                                                 _____
                                                 Rafael X. Zahralddin-Aravena (DE 4166)
                                                 Shelley A. Kinsella (DE 4023)
                                                 1105 N. Market Street, Suite 1700
                                                 Wilmington, Delaware 19801
                                                 Telephone:  (302) 384-9400
                                                 Facsimile:  (302) 384-9399
                                                 Email:  rxza@elliottgreenleaf.com
                                                 Email:  sak@elliottgreenleaf.com

                                                 *Attorneys for the Individuals*