IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | : Chapter 11 |
| Nortel Networks Inc., et al.[1] | : Case No. 09-10138 (KG) |
| Debtors. | : Jointly Administered |
|  | : Reference Dkt No. 5359, 5363 |

**BROADCOM CORPORATION'S NOTICE OF ELECTION
UNDER BANKRUPTCY CODE SECTION 365(n)**

Broadcom Corporation, by and through its undersigned counsel, hereby gives notice that, upon rejection of the Contract (defined below) as contemplated by the *Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses*, dated May 2, 2011, it hereby elects under Section 365(n)(1)(B) of the Bankruptcy Code to retain all of its rights under such Contract and any agreement supplementary to such Contract to intellectual property (including all embodiments thereof). For purposes of this Notice, "Contract" means the following contract and any agreements supplementary thereto:

> The Letter of Agreement by and between Nortel Networks Inc. and Broadcom Corporation, Nortel Networks Agreement No. 020896, dated March 22, 2001, as amended by (i) the Amendment No. 1 with effective date of January 17, 2002, Nortel Networks Amended Agreement No. 021263, (ii) the Amendment No. 2 with effective date of March 15, 2002, Nortel Networks Amended Agreement No. 021319, and (iii) Amendment

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Network Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3244707/1

- 2 -

No. 3 with effective date of March 22, 2001, Nortel Networks Amended Agreement No. 021274.

Except as explicitly provided above, Broadcom hereby reserves all rights and remedies under applicable law with respect to the Contract and any agreements supplementary thereto, and nothing herein is intended to be or should be deemed a consent to rejection of the Contract.

Dated: June 3, 2011  
Wilmington, Delaware

**MORRIS JAMES LLP**

/s/ Brett D. Fallon  
Brett D. Fallon (DE Bar No. 2480)  
500 Delaware Avenue, Suite 1500  
P. O. Box 2306  
Wilmington, Delaware 19801-1494  
Telephone: (302) 888-6888  
Facsimile: (302) 571-1750  
Email: bfallon@morrisjames.com

*Counsel to Broadcom Corporation*