IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
:
In re:                                                           : Chapter 11
                                                                 :
NORTEL NETWORKS INC., *et al.*,[1]                               : Case No. 09-10138 (KG)
                                                                 :
                                Debtors.                         : (Jointly Administered)
                                                                 :
                                                                 : RE: Docket Nos. 5402 and _5492_
                                                                 :
---------------------------------------------------------------- X

### ORDER APPROVING EXTENSION OF DEADLINE FOR EMEA CLAIMANTS TO FILE A MORE DEFINITE STATEMENT OF CLAIM AND TO FILE ANY PROOFS OF CLAIM

Upon consideration of the *Certification of Counsel Submitting Order Approving Extension of Deadline for EMEA Claimants to File a More Definite Statement of Claim and to File any Proofs of Claim* (the "Certification");[2] and the Court having determined that good and sufficient cause exists for the relief requested in the Certification;

**IT IS HEREBY ORDERED THAT:**

1. The Claim Deadline for the EMEA Claimants set forth in the Claim Order is extended to June 3, 2011.

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Certification.

2. This Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated: Wilmington, Delaware
       June 3, 2011

_____
Kevin Gross
United States Bankruptcy Judge