## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------ x | | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

    I, William W. Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 3, 2011, I caused to be served:

### BROADCOM CORPORATION'S NOTICE OF ELECTION
### UNDER BANKRUPTCY CODE SECTION 365(n)
[Docket No. 5587]

    Service was completed upon the parties on the attached Service List via facsimile and overnight delivery for delivery on Monday, June 6, 2011.

Dated: June 3, 2011

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 3rd day of June, 2011.

_____
Notary
My Commission Expires: _____

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES MAY 12, 2015, NOTARY PUBLIC STATE OF DELAWARE]

## SERVICE LIST:

**Counsel to the U.S. Debtors:**

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) (with copy of Agreement), and

Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott) (with copy of Agreement)

**Counsel to Ranger Inc.:**

Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Fax: (212) 403-2000 (Attention: Philip Mindlin, Adam O. Emmerich and Benjamin M. Roth), and

Torys LLP 79 Wellington Street West, Suite 3000, Box 270, TD Centre, Toronto, Ontario, M5K 1N2, Fax: (416) 865-7380 (Attention: Michael Rotsztain and Adam Slavens)

**Counsel to the Official Committee of Unsecured Creditors:**

Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred Hodara, Stephen Kuhn and Kenneth Davis), and

Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis)

**Counsel to the Bondholder Group:**

Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5735 (Attention: Roland Hlawaty),

**Counsel to the Canadian Debtors:**

Ogilvy Renault LLP, Attn: Jennifer Stam, Royal Bank Plaza, South Tower, Suite 3800, 200 Bay Street, Toronto, Ontario, Canada, Facsimile: (416) 216-3930 (with copy of Agreement),

**The Monitor:**

Ernst & Young Tower, 222 Bay Street, P. O. Box 251, Toronto, ON M5K 1J7 Canada (Attention: Sharon Hamilton) Fax: (416) 943-3300 (with copy of Agreement)

**Counsel to the Monitor:**

Goodmans LLP, Attn: J.A. Carfagnini and Joseph Pasquariello, Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7, Facsimile: (416) 979-1234 (with copy of Agreement)

**Office of the United States Trustee:**

844 King Street, Suite 2207, Wilmington, Delaware 19801, Fax: (302) 573-6497 (Attention: Patrick Tinker)