# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) <br> RE: D.I. 5582 |
| Nortel Networks Inc. v. Accton Technology Corporation | 10-55911 <br><br> Re: D.I. 14 |
| Nortel Networks (CALA) Inc. v. Empresa de Telecommunications de Bogota S.A. | 10-55927 <br><br> Re: D.I. 13 |
| Nortel Networks Inc. v. Ian Martin Limited et al | 10-55929 <br><br> Re: D.I. 29 |
| Nortel Networks Inc. v. Media5 Corporation | 10-55917 <br><br> Re: D.I. 16 |
| Nortel Networks Inc. v. Oclaro Technology Ltd. et al | 10-55919 <br><br> Re: D.I. 23 |
| Nortel Networks Inc. v. OrangeFrance | 10-55920 <br><br> Re: D.I. 14 |
| Nortel Networks Inc. v. Prime Carrier Ltd. | 10-55921 |

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

|  | Re: D.I. 15 |
|---|---|
| Nortel Networks Inc. v. TECOM Co., LTD. | 10-55924 |
|  | Re: D.I. 14 |
| Nortel Networks Inc. v. Thomas & Betts Limited | 10-55940 |
|  | Re: D.I. 16 |

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on June 3, 2011, copies of the **Notice of Agenda of Matters Scheduled for Hearing on June 7, 2011 at 9:30 A.M. (ET)** were served in the manner indicated upon the entities identified on the attached service lists.

Dated:  June 3, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

4125715.3       *Counsel for the Debtors and Debtors in Possession*