## Wave 6 Service List

### Via Fax

**Counsel for Ian Martin Limited**
Pepper Hamilton LLP
David M. Fournier
Michael J. Custer
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Fax: 302-421-8390

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Donald J. Hutchinson
150 West Jefferson, Suite 2500
Detroit, MI 48226
Fax: 313-496-7500

**Counsel for Media5**
WHARTON, ALDHIZER & WEAVER, PLC
Stephan W. Milo, Esquire
James L. Johnson, Esquire
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401
Fax: 540-213-0390

Morris James LLP
Carl N. Kunz, III
500 Delaware Ave.
Wilmington, DE 19801
Fax: 302-571-1750

**Counsel for Oclaro**
Wilmer Cutler Pickering Hale and Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109
Fax: 617-526-5000

**Counsel for Prime Carrier**
THORP REED & ARMSTRONG, LLP
Karen M. Grivner
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Fax: 302-295-4801

THORP REED & ARMSTRONG, LLP
Patrick W. Carothers
Gregory W. Hauswirth
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Fax: 412-394-2555

### Via Overnight Mail International

OrangeFrance
1, avenue Nelson Mandela
94745 Arcueil Cedex
France

4300234.1

**Via Fax**

Receivable Management Services Corporation
Ronald Rowland
307 International Circle, Suite 270
Hunt Valley, MD 21030
Fax: 484-242-4218

Nixon Peabody LLP
Lee Harrington
100 Summer St.
Boston, MA 02110
Fax: 617-345-1300

Prickett Jones & Elliott, P.A.
Bruce E. Jameson
1310 King St.
Wilmington, DE 19899
Fax: 302-658-8111

Mayer Brown LLP
Brian Trust
Thomas Vitale
Amit Trehan
1675 Broadway
New York, NY 10019
Fax: 212-262-1910

Metia Solutions
Attn: Sandi Lisanti
10220 NE Points Drive
Kirkland, WA 98033
Fax: 425-629-5802

**Via Overnight Mail International and E-mail**

DIAN
Camilo Andres Rodriguez Vargas (crodriguezv@dian.gov.co)
Director de Gestion de Ingresos
Carrera 8 N° 6 - 64
San Agustín P. 6
Colombia