IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | |
| | ) | |

### JOINDER OF THE DISABLED PARTICIPANTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

Certain disabled participants of the Debtors' Long-Term Disability Plan (the "Disabled Participants"), by and through their counsel, hereby join (the "Joinder") in the *Debtors' Motion for Entry of an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees* (the "Motion") (Docket No. 5568).

### BACKGROUND

1. The Disabled Participants retained Elliott Greenleaf ("EG") to serve as their counsel in this bankruptcy. The members of this group have been indicated in the three 2019 statements filed by EG (Docket Nos. 4501, 5105, and 5586).

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## JOINDER

2. The Disabled Participants hereby join in the Motion as if fully set forth herein, request the same relief as set forth therein, and pray for such other and further relief as the Court deems appropriate. The Disabled Participants will be filing a request for additional or alternative relief and reserves all its rights to do so despite its joinder to the Motion.

3. The Disabled Participants reserve the right to make any other requests for relief as may be appropriate.

Dated: June 3, 2011                                            ELLIOTT GREENLEAF

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE 4166)
Shelley A. Kinsella (DE 4023)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Attorneys for the Disabled Participants*