IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administrated |
|  | ) |
|  | ) RE: Docket No._____ |
|  | ) |

## ORDER PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS

Upon consideration of the Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appoint an Official Committee of Long-Term Disability Plan Participants (the "Motion") and any responses thereto; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice is necessary; and after due deliberation it appearing necessary to assure adequate representation of long-term disability plan participants in this case; it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. The United States Trustee is directed to appoint a LTD Committee[2] consisting of the Debtors' disabled employees who are currently receiving benefits under the LTD Plan who

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

are willing to serve on the LTD Committee as the official representative for the LTD Plan Participants.

3. Notice of the appointment of the LTD Committee shall be filed with the Court and served upon counsel to the Debtors, the Committee and the general service list established in these chapter 11 cases.

4. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary and the terms of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:            , 2011
Wilmington, DE

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE