IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
| | Hearing Date: June 21, 2011 at 9:30 a.m.<br>Objections Due: June 14, 2011 at 4:00 p.m. |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS

**PLEASE TAKE NOTICE** that certain disabled individuals (the "Disabled Participants") have filed a *Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long-Term Disability Plan Participants*.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **June 14, 2011 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"). At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 21, 2011 AT 9:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 3, 2011                  ELLIOTT GREENLEAF

                                         */s/ Rafael X. Zahralddin-Aravena*
                                         Rafael X. Zahralddin-Aravena (DE 4166)
                                         Shelley A. Kinsella (DE 4023)
                                         1105 N. Market Street, Suite 1700
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 384-9400
                                         Facsimile: (302) 384-9399
                                         Email: rxza@elliottgreenleaf.com
                                         Email: sak@elliottgreenleaf.com

                                         *Attorneys for the Disabled Participants*