## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, counsel to the Disabled Participants hereby certify that on June 3, 2011, I caused true and accurate copies of the JOINDER OF THE DISABLED PARTICIPANTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES and the MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS to be served via CM/ECF on all parties who have entered a notice of appearance in this matter pursuant to Fed. R. Banker. P. 2002 and via first class mail or email to the parties on the attached service list.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: June 3, 2011                    ELLIOTT GREENLEAF

                                        _/s/ Rafael X. Zahralddin-Aravena_
                                       Rafael X. Zahralddin-Aravena (DE 4166)
                                       Shelley A. Kinsella (DE 4023)
                                       Jonathan M. Stemerman (DE 4510)
                                       1105 N. Market Street, Suite 1700
                                       Wilmington, Delaware 19801
                                       Telephone:  (302) 384-9400
                                       Facsimile:  (302) 384-9399
                                       Email:  rxza@elliottgreenleaf.com
                                       Email:  sak@elliottgreenleaf.com
                                       Email:  jms@elliottgreenleaf.com

                                       *Attorneys for the Disabled Participants*

Kirk Adams
129 Summerlin Drive
Chapel Hill, NC 27514

Clarence Adams
4224 Thamesgate Cls
Norcross, GA 30092

Laurie Adams
5665 Arapaho Road Apt 1023
Dallas, TX 75248

Steve Addison
13693 Lackey Dr.
Blue Ridge, TX 75424

Malford Adkinson
P.O. Box 374
Christopher Lake, SK S0J 0N0

Sandra Aiken
39 Cobblestone Terrace
Montville, NJ 7045

Victoria Anstead
1 Happy Ave
Derry, NH 3038

Jo Arden
151 E. 31 St. Apt 22 E
New York, NY 10016

Ilene Ashley
1607 Haven Pl
Allen, TX 75002

Patricia Avery
15232 US Hwy 90 West
Harwood, TX 78632

Evelyn Baker
4707 Peach Tree Lane
Sachse, TX 75048

Steven Bennett
6717 Latta Street
Dallas, TX 75227

Gloria Benson
316 N Manus Drive
Dallas, TX 75224

Louis Bernstein
2305 S. Custer Rd Apt 2701
McKinney, TX 75070

Leonard Blair
2201 Sweetbriar Dr
Alexandria, VA 22307

Shirley Bloom
2353 Sword Drive
Garland, TX 75044

Jeffrey Borron
16 Gleneagle Dr
Bedford, NH 3110

Arlene Boyd
333 Melrose 2B
Richardson, TX 75080

Bonnie Boyer
380 Campus Dr. Apt 1
Snyder, NY 14226

Ellen Brady
PO Box 222022
Dallas, TX 75222

Barbara Brandon
640 Howell Road
Jonesville, SC 29353

Remajos Brown
7101 Chase Oaks Blvd Num 1627
Plano, TX 75025

Nancy Brown
16449 Nelson Park Dr Apt 105
Clermont, FL 34714

Pamela Brown
1111 Pennock Avenue
Nashville, TN 37207

Amanda Bruce
5621 Fairhaven Dr
Nashville, TN 37211

Dennis Bullock
1824 Wilson Pike
Brentwood, TN 37027

William Cade Jr
83 Yellowstone Lane
Powder Springs, GA 30127

Laura Campbell
4944 Elm Island Circle
Waterford, WI 53185

Tyrone Carey
500 50th St
Bellwood, IL 60104

Barbara Carr
8 Sunset Dr
Homer, NY 13077

Maria Carrillo
Box 150 Verbank Rd
Millbrook, NY 12545

Ana Chacon
3 Anna Rd Box 194
Blakeslee, PA 18610

Lottie Chambers
2 Orange Avenue
New Hartford, NY 13413

Lynn Chapman
1868 Salida Street
Aurora, CO 80011

Berin Chmielewski
2024 Whippoorwill Trail
Hartwell, GA 30643

Bobbie Coffey
4222 Forest Glen Pla
Castro Valley, CA 94546

James Cothron
7810 Heaton Dr
Theodore, AL 36582

James Craig
4821 Clydelle Ave
San Jose, CA 95124

Gregory Crossman
665 Monterey Ave
Morro Bay, CA 93442

Emily Cullen
1181Greyfox Ct
Folsom, CA 95630

Daniel David
1044 Prouty Way
San Jose, CA 95129

Virginia Davis
5269 Rio Grande Dr
San Jose, CA 95136

Marilyn Day
701 Lakebird Dr
Sunnyvale, CA 94089

Najam Dean
61 Alta Vista Way
Daly City, CA 94014

Benjamin Deguzman
1698 S King Rd
San Jose, CA 95122

Norma Dekel
PO Box 0338
Alviso, CA 95002

Diane Deleonardo
1310 Richmond St
El Cerrito, CA 94530

Ronald Dillon
8628 Harps Mill Rd
Raleigh, NC 27615

Donald Disanto
9144 Northside Drive
Leona Valley, CA 93551

Khanh Do
801 Depree Street
Durham, NC 27701

Susan Doubek
238 Wes Sandling Rd
Franklinton, NC 27525

Robert Dover
5113 Shagbark Dr
Durham, NC 27709

Tony Driver
1920 Mill Creek Rd
Mebane, NC 27302

Elizabeth Dunagan
3769 Belltown Rd
Oxford, NC 27565

Karen Duncan
6304 Johndale Rd
Raleigh, NC 27615

Charles Dunham Jr
405 N Nash St
Hillsborough, NC 27278

Barbara Dunston
432 Lower Thrift Rd
New Hill, NC 27562

Fred Durant
2920 Kanewood Dr
Durham, NC 27707

Eddy Edwards
818 Glenco Rd
Durham, NC 27703

Ronald Elias
2707 Shady Grove Rd
Durham, NC 27703

Richard Engleman
1177 W Edwards St
Princeton, NC 27569

Deborah Faircloth
2615 Baileys X-Rd Rd
Benson, NC 27504

Sharita Fanning
1116 Buttercup Lane
Wake Forest, NC 27587

David Fox
146 Carterville Heights
Wytheville, VA 24382

Bruce Francis
5244 Linwick DR.
Fuquay Varina, NC 27526

Jon Gaier
113 Red Drum Lane
Gloucester, NC 28528

Freddie Gann
3557 Jacobs Rd
Stem, NC 27581

Luis Garcia
2716 Dalford Court
Raleigh, NC 27604

Scott Gennett
6117 Trevor Simpson Dr
Lake Park, NC 28079

Sally Glovata
210 Tiffany Circle
Garner, NC 27529

Herman Graham-Chapman
121 Monastery Road
Pine City, NY 14871

Sandi Graves
5506 Lake Elton Rd
Durham, NC 27713

Marilyn Green
4090 Old Franklinton Rd
Franklinton, NC 27525

Sandra Grills
PO Box 2
Stem, NC 27581

Edward Guevarra Jr
1864 Helena Moriah Rd
Timberlake, NC 27583

Jacqueline Gupton
2607 Dearborn Dr
Durham, NC 27704

John Hall
101 East G Street
Butner, NC 27509

Janetta Hames
2214 Olive Branch Rd
Durham, NC 27703

Carva Hamlin
676 Brookview Dr
Chapel Hill, NC 27514

Albert Hart
151 Lawndale Ave
Hillsborough, NC 27278

George Hatridge
3 Kings Grant Ct
Durham, NC 27703

Russell Hawkins
528 Pritchett Rd.
Warrenton, NC 27589

Kenneth Hazelrig
424 Southerland St
Durham, NC 27703

Kathleen Heikke
217 Ridge Creek Dr
Morrisville, NC 27560

Ronald Heisler
7538-B Goshen Rd.
Oxford, NC 27565

Teresa Henry
604 Peedin St
Selma, NC 27576

Bruce Hewlett
101 Lansing Dr
Benson, NC 27504

Margaret Hill
525 N Academy St
Cary, NC 27513

Bettie Humes
3193 US Hwy 15
Stem, NC 27581

Margie Humphries
2406 Sparger Rd
Durham, NC 27705

Julie Hunt
304 Marshall Ln
Smithfield, NC 27577

James Hunt
116 Honeycomb Lane
Morrisville, NC 27560

Dianna Irish
P O Box 128
Middleburg, NC 27556

Thomas Ivey Jr
207 Casa Urbano
Clinton, MS 39056

Wanda Jacobs
PO Box 458
Stem, NC 27581

Pedro Jimenez
8170 Solway Court
Winston, GA 30187

Eleanor Johnson
435 Community Drive
Madisonville, TN 37354

Robert Johnson
1632 Julius Bridge Rd
Ballground, GA 30107

Pattie Jones
7160 Skillman # 1004
Dallas, TX 75231

Felicia Jones
1225 East 5th ST #4
Carson City, NV 89701

Joyce Jones
124 E 15th Avenue
Homestead, PA 15120

Deborah Kearney
PO Box 79728
Ft. Worth, TX 76179

Sharon Kelly
3826 Oakdale Ave N
Robbinsdale, MN 55442

Barry Ketcham
11730 County Rd 24
Watertown, MN 55388

Teresa Kilmer
8584 Chanhassen Hills Dr South
Chanhassen, MN 55317

Dorothy King
327 Locust St
Twin Fall, ID 83301

Robert Klos
42 East Cavalier Road
Scottsville, NY 14546

Mary Koons
14986 Se 122 Ave
Clackamas, OR 97015

Jeffrey Krueger
804 Hawaiian View
Antioch, TN 37013

Tung Ku
117 Parrish St
Lavergne, TN 37086

Rahul Kumar
5412 Cumnock Rd
Louisville, KY 40291

Dorothea La Rue
11254  63rd Lane  N
West Palm Beach, FL 33412

Katherine Lail
1610 Mohegan Dr
Durham, NC 27712

Steven Lange
4177 Hight Rd.
Oxford, NC 27565

James Lassiter
201 Camden Park Dr
Goldsboro, NC 27530

Kevin Leonard
2616 Glendale Ave
Durham, NC 27704

Betty Lewis
115 Lakewood Dr
Wendell, NC 27591

Dennis Lipman
P O Box 226
Black Creek, NC 27813

Estelle Loggins
126 Kerri Dr
Garner, NC 27529

Vernon Long
PO Box 150
Stem, NC 27581

Kenneth Lusk
105 Se 8th St
Oak Island, NC 28465

Rebecca Lynn
3166 Tump Wilkins Rd
Stem, NC 27581

Ralph MacIver
c/o Rex Convalescence Center 911 South Hughes St
Apex, NC 27502

Shirley Maddry
3306 Sueno Dr
San Jose, CA 95148

Wendy Mann
35 Broomhill Court
Clayton, NC 27527

William Mariotti
8217 South West 95th Terrace
Gainsville, FL 32608

Judith Marr
1813 Eric Drive
Graham, NC 27253

William Martin
2612 Bengal Ln
Plano, TX 75023

Richard Mathias
11005 Amelina Ln
Frisco, TX 75035

Leah McCaffrey
121 Augusta Court
Jupiter, FL 33458

John McCall Jr
10 Ming Court
Carp, ON K0A 1L0

Brendan McCarron
1629 Frances Dr
Apopka, FL 32703

Michael McCarthy
7962 SW 185th St.
Miami, FL 33157

William McDonald
3804 Abercromby Dr
Durham, NC 27713

Dennis McFarland
1028 Fairmount Ave
Trenton, NJ 8629

Marva McLaurin
8974 Hickory Ave
Hesperia, CA 92345

Elizabeth McNeil
16187 O'Conner Ave
Forney, TX 75126

Michael McWalters
744 E 74th St
Los Angeles, CA 90001

Renee Mendez
146 West Ave
Fairport, NY 14450

John Mercer
145 Grecian Pk Way
Rochester, NY 14626

Patrick Merwin
18 Waite St.
Greenville, SC 29607

Susan Montminy
4609 SE 33rd
Del City, OK 73115

Mary Moon
3110 - 12th St Sw
Canton, OH 44710

David Morrison
5 Union Central Rd
Milan, TN 38358

Paul Morrison
10441 SW 54 Street
Cooper City, FL 33328

Kenneth Murray
507 E Bradley Street
Star City, AR 71667

Sharon Neill
9230 Applewhite Rd
Wendell, NC 27591

Jane Neumann
10709 Murray S. Johnson
Denton, TX 76207

Kim Nguyen
4315 North Flowing Wells Road
Tucson, AZ 85705

Robert O'Leary
2532 N. 4th Street #335
Flagstaff, AZ 86004

Patricia Olsen
171 Chapel Loop
Mandeville, LA 70471

Rosa Orr
30344 Redtree Drive
Leesburg, FL 34748

Larry Palmer
8 Fairview Acres
Wellsboro, PA 16901

Susan Paperno
16295 Via Venetia W.
Delray Beach, FL 33484

Stephen Paroski
15151 Brandt Road
Leavenworth, KS 66048

Kaushik Patel
PO Box 1106
Newark, NJ 7101

John Payne
4 Manners Street
Lake Ronkonkoma, NY 11779

G Wayne Penland
2022 Gatesborough Circle
Murray, KY 42071

Ashley Phanethong
193 Via Soderini
Aptos, CA 95003

Lorraine Placido
921 Crestview
Ada, OK 74820

Albert Polley
1425 Amsterdam Ave Apt 8B
New York, NY 10027

Dale Powell
36 S. Westwood St
Nampa, ID 83651

Billy Prewett
7740 McCAllum Blvd Apt. 227
Dallas, TX 75252

Lawanda Pryor
2741 North McCulloch Blvd #101
LHC, AZ 86403

Alan Rainbow
3112 Ashwood Court
Richardson, TX 75082

Michael Reed
2136 Sapelo Ct
Fernandina Beach, FL 32034

Kathleen Reese
1568 Woodcrest Dr.
Wooster, OH 44691

Verlene Reid
5933 Nw 126 Terrace
Coral Springs, FL 33076

Cynthia Richardson
26 Pheasant Run
Ballston Spa, NY 12020

Virginia Ripley
9009 Casals Street Unit # 1
Sacramento, CA 95826

Joyce Robertson
928 Union St
Boone, IA 50036

Betty Robinson
549 E. Main St. Apt H137
Hendersonville, TN 37075

Vickie Rogers
3429 Melrose Dr
Columbus, GA 31906

Brenda Rohrbaugh
13851 Tanglewood Drive
Farmer Branch, TX 75234

Chae Roob
1106 Boston Hollow Road
Ashland City, TN 37015

Chong Rose
2900 Greenview Dr.
Mc Kinney, TX 75070

Travis Runyan
108 Eagle Ridge Dr
Parachute, CO 81635

Robin Rusk
2042 Greenstone Trail
Carrollton, TX 75010

Sarah Santitoro
1228 Moultrie Court
Raleigh, NC 27615

Narinder Saran
564 Old Candia Rd
Candia, NH 3034

Nancy Schouten
5717 Cypress Dr
Rowlett, TX 75088

Judy Schultheis
PO Box 791
Yorktown, VA 23692

Lisa Scoggins
2105 Possum Trot Rd
Wake Forest, NC 27587

Lynette Seymour
9621 Rosewood Drive
Denton, TX 76207

Harold Simmons
6961 NW 82nd  CT
Tamarac, FL 33321

Roy Smith
1970 N. Leslie  St. #3779
Pahrump, NV 89060

Rebecca Smith
1012 Franklin Court
Simi Valley, CA 93065

Wanda Smith
7139 Debbe Dr
Dallas, TX 75252

Julianna Smith
632 Post Oak Drive
Plano, TX 75025

Chad Soriano
3615 Kings Court
Denton, TX 76209

Bruce Speck
12 Heinrich Heine Sq
Haifa, 2 34485

Herbert Stansbury
2509 Quail Ridge Road
Melissa, TX 75454

Jennifer Staruschak
200 Lighthouse Lane B3
Cedar Point, NC 28584

Olive Stepp
470 Fairview Road
Ashville, NC 28803

Miriam Stewart
2437 Mesa Oak Trl
Plano, TX 75025

Jerry Sumrall
29210 Gimpl Hill
Eugene, OR 97402

Jimmie Taylor
2050 Cabiao Rd
Placerville, CA 95667

Steven Thompson
584 Bryan Ave
Sunnyvale, CA 94086

Mae Torain
908 Audeila Suite 200, PMB 221
Richardson, TX 75081

Seretha Tucker
4521 Spring Meadow Ave
Eugene, OR 97404

Bruce Turner
8903 Handel Loop
Land O'Lakes, FL 34637

Raymond Turner
1 Turnberry Circle
Bedford, NH 3110

Caroline Underwood
PO Box 119
Oregon House, CA 95962

Lois Uphold
69 Auckland St
Dorchester, MA 2125

Gerald Utpadel
15 Heartwood Ln Num 133
Penacook, NH 3303

Debra Vega
809 Whittington Terrace
Silver Springs, MD 20901

Adela Venneman
2493 Alston Dr
Marietta, GA 30062

Linda Victory
11007 Scripps Ranch Blvd
San Diego, CA 92131

Jerry Wadlow
5600 Babcock Rd - 6103
San Antonio, TX 78240

Thelma Louise Watson
182 Arkota Shores
Hot Springs, AR 71913

Mark Weare
2580 West Porter Creek Ave
Porterville, CA 93257

Bo Wei
4627 Greenmeadows Ave
Torrance, CA 90505

Carolyn White
200 Carnegie Dr
Milpitas, CA 95035

Michael Whitehead
3 Smith Dr
Point Pleasant, NJ 8742

Yvonne Williams
3342 Far View Drive
Austin, TX 78730

Randall Wilson
16584 SW 85th LN
Miami, FL 33193

Charmain Woody
701 Singing Quail Trail
Haslet, TX 76052

Freddie Wormsbaker
3116 Grande Valley Circle
Cary, NC 27513

Brenda Wread
112 Gorecki Place
Cary, NC 27513

Kim Yates
4604 Knollview Lane
Mesquite, TX 75150

Counsel to the Ad Hoc Committee of Bondholders
Kathleen P. Makowski
Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19899

Counsel to the Nortel US Retirement Protection Committee
Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Counsel to the Official Committee of Unsecured Creditors
Christopher M. Samis
Drew G. Sloan
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Vada Wilson
15 Lake Shore Drive South
Randolph, NJ 7869

Leolia Strickland
685 N Lacumbre Rd
Santa Barbara, CA 93110

Manuel Segura
1576 Bella Cruz Dr. Apt. 149
The Villages, FL 32159

Janie Proctor
468A Fuqua Rd
Leasburg, NC 27291

Frankie Proctor
115 Winchester Ln
Rocky Point, NC 28457

Alissa T. Gazze
Andrew R. Remming
Ann C. Cordo
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll, III
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 1980

Thomas M Vitale
Brian Trust
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Suite 1300
Wilmington, DE 19801

James L. Bromley
James Croft
Jennifer M. Westerfield
Juliet A. Drake
Neil P Forrest
Nora K Abularach
Robin J. Baik
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mary Caloway
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Faye Brown
261 Mcnair Dr
Henderson, NC 27537

Michael Alms
malms00@gmail.com

Gussie Anderson
gussieanderson@bellsouth.net

Charles Barry
'chuckvbarry@nc.rr.com'

Janet Bass
janet.bass1@gmail.com

Brent Beasley
brentbeasley@hotmail.com

Roger Carlsen
rcarlsen@gmail.com

Thomas Dikens
tdikens@verizon.net

John Elliott
jse0721@yahoo.com

Nanette Faison
nfaison@nc.rr.com

Bert Fletcher
bertfletcher@gmail.com

Barbara Gallagher
ballyglas@pobox.com

Gary Garrett
gabrielministry@hotmail.com

Crickett Grissom
crickett.grissom@att.net

Laura Hale
LauraHale61@gmail.com

Janette Head
nette.head@headnetworks.com

Alan Heinbaugh
abhhome@yahoo.com

Brad Henry
arizonasunbum@gmail.com

Richard Hodges
richard08@verizon.net

Mary Holbrook
edinaml@yahoo.com

George Hovater Jr
z.zgeorge53@yahoo.com

Scott Howard
sdhoward56@gmail.com

Mark Janis
mjanis@comcast.net

William Johnson
wejohn@embarqmail.com

Deborah Jones
the_dudette@hotmail.com

Marie Jurasevich
jurasevich1@msn.com

Peter Lawrence
peterlaw55@comcast.net

James Lee
jj_8149@yahoo.com

Fred Lindow
flindow@jafre.com

David Litz
davidjltx@att.net

Kerry Logan
kwlogan1@gmail.com

Robert Martel
rmartel@cfaith.com

Terry Massengill
primmer@nc.rr.com

Kem Muckleroy
muckleroy1@centurytel.net

Reid Mullett
grampies@gmail.com

Danny Owenby
ddano2005@aol.com

Mark Phillips
markphil@netzero.net

Pamela Powell
PamLutz@microtronics-bit.com

Leona Purdum
johnpurdum@msn.com

Carol Raymond
carolfraymond@yahoo.com

William Reed
zdogguy@gmail.com

Michael Rexroad
mdr5300@yahoo.com

Ronald Rose Jr
vrose@nycap.rr.com

John Rossi
jrossi91@gmail.com

Charles Sandner
charliesa2@gmail.com

Wayne Schmidt
timgsteele@gmail.com

Cynthia Schmidt
cschmidt@lostsierra.com

Michael Stutts
michaelstutts@sbcglobal.net

Michael Thompson
michaelrthompson@comcast.net

Carmel Totman
kandee926@yahoo.com

Claudia Vidmer
Cvidmer@aol.com

Susan Widener
somersetsue@comcast.net

Nancy Wilson
nancy.wilson08@gmail.com

Paul Wolfe
dwolfe002@ec.rr.com