IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                  Debtors. :
: Hearing Date: June 30, 2011 at 10:00 AM (ET)
: Objections Due: June 6, 2011 at 4:00 PM (ET)
:
: **RE: D.I. 5202, 5363**
:
--------------------------------------------------------- X

**NOTICE OF ELECTION BY HEWLETT-PACKARD COMPANY,
PURSUANT TO 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), TO RETAIN ITS
RIGHTS UNDER REJECTED LICENSE AGREEMENTS**

      Hewlett-Packard Company ("HP"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy cases and a counterparty to several license agreements with one or more of the above-captioned debtors, by and through its undersigned counsel as required by the license rejection procedures contained in that certain Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses served on it by the Debtors, hereby issues and files this notice of its election, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2) ("Notice of Election").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

#1662039 v1
108627-73770

## BACKGROUND

A. **The Proposed Sale of the Debtors' Patents.**

1. On April 4, 2011, the Debtors filed a motion under sections 363 and 365 of the Bankruptcy Code to authorize the sale ("Sale Motion") of their right, title and interest throughout the world in some or all of their patents and certain related assets (collectively, the "Assets") to either Ranger, Inc. ("Ranger"), a wholly owned subsidiary of Google, Inc., or to another bidder submitting a higher and better offer for the Assets. [D.I. 5202]

2. As set forth in the Sale Motion and pursuant to section 2.2.1(a) of the Sale Agreement, Ranger has agreed to purchase the Assets subject to most existing patent licenses granted pursuant to Commercial Licenses of which the Debtors are aware. [D.I. 5202, ¶¶ 11, 22, 23 and 25; Exh. A, § 2.2.1(a)].

B. **The Proposed Rejection of "Unknown Licenses."**

3. In connection with the sale of the Assets, the Debtors have agreed to reject so-called Unknown Licenses, that is, pre-petition license agreements between the Debtors and any other parties of which the Debtors are not currently aware or which are not identified in the Sellers Disclosures to the Sale Motion as being licenses to which the sale of the Assets will be subject. [D.I. 5202, ¶ 36].

4. To that end, by a bidding and sale procedures Order dated May 2, 2011, the Court has approved the form, as proposed by the Debtors in the Sale Motion, of a Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses ("Known License Notice"). [D.I. 5359, ¶¶ 6-9, 21].

5. On May 2, 2011, the Debtors filed a final form of Known License Notice with the Bankruptcy Court. [DI 5363]

6. The Debtors have served a Known License Notice on HP.

7. The Known License Notice provides that Ranger has agreed to purchase the Assets subject to the following two license agreements between HP and Northern Telecom: (i) a Patent License Agreement, dated as of January 1, 1994; and (ii) a Technology Agreement, dated as of October 30, 1985. No other agreements between the Debtors and HP are identified in the Known License Notice.

8. Pursuant to the license rejection procedures set forth therein, the Known License Notice also provides for the rejection of any other patent licenses between HP and the Debtors.

9. Since being served with the Known License Notice, HP has discovered the existence of additional license agreements (collectively, "Recently Discovered HP Licenses")[2] between HP and one or more of the Debtors:

    i. a Patent License Agreement, dated as of September 11, 1987, between HP and Northern Telecom Limited **("Exhibit A")**;

    ii. a License Agreement, dated as of September 14, 1977, between HP and Northern Telecom Limited **("Exhibit B")**;

    iii. an Operating Agreement, dated August 8, 1983, between HP and Northern Telecom, Inc. **("Exhibit C")**;

    iv. a Master Agreement #MA-02-006 ("Master Agreement") , dated May 5, 2003, between Nortel Networks Incorporated ("NNI"), on the one hand, and HP and Hewlett-Packard Development Company, LP ("HPDC"), on the other hand **("Exhibit D")**;

    v. Amendment No. 1 to Master Agreement (#MA-02-006), effective as of October 29, 2004, between HP and HPDC, on the one hand, and NNI, on the other hand **("Exhibit E")**;

---

[2] Because of the confidentiality provisions contained in these agreements, they are not attached to this motion. Pursuant to the terms of the Known License Notice, copies have been served on counsel to the Debtors. Those copies bear the respective Exhibit identifications by which they are identified in paragraph 9 above of this Notice of Election.

      vi.      Project Statement #1 to Master Agreement No. MA-02-006, dated May 5, 2003, between HP and HPDC, on the one hand, and NNI, on the other hand ("**Exhibit F**"); and

      vii.      Project Statement #3 to Master Agreement No. MA-02-006, dated May 5, 2003, between HP and HPDC, on the one hand, and NNI, on the other hand **("Exhibit G").**

10.    Additionally, there may be additional license agreements between HP and the Debtors which have not yet been discovered but under which the Debtors and HP are currently operating (collectively, "<u>Undiscovered Operative HP Licenses</u>"). For example, there appears to be a Project Statement # 2 to the Master Agreement.

11.    Additionally, HP has numerous other agreements with the Debtors some of which may contain provisions providing HP with licenses to use one or more of the patents the Debtor proposes to sell pursuant to the Sale Motion (collectively, "<u>Embedded HP Licenses</u>"). Those agreements not be denominated license agreements and, in fact, may not be primarily license agreements. However, by virtue of the license rejection provisions of the Known License Notice, the license provisions embedded in them may be rejected.

## **NOTICE OF ELECTION**

12.    HP hereby gives notice that, to the extent that the Debtors reject or are permitted to reject the Recently Discovered HP Licenses, HP hereby elects, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), to retain its rights under each of the Recently Discovered HP Licenses identified in paragraph 9 above of this Notice of Election to the intellectual property that is the subject of the Recently Discovered HP Licenses.

13.    HP hereby gives notice that to the extent that the Debtors reject or are permitted to reject the Undiscovered Operative HP Licenses, HP hereby elects, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), to retain its rights under each of the Undiscovered Operative HP

4

Licenses referenced in paragraph 10 above of this Notice of Election to the intellectual property that is the subject of the Undiscovered Operative HP Licenses.

14.     HP hereby gives notice that, to the extent that the Debtors reject or are permitted to reject the Embedded HP Licenses, HP hereby elects, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), to retain its rights under each of the Embedded Operative HP Licenses referenced in paragraph 11 above of this Notice of Election to the intellectual property that is the subject of the Embedded HP Licenses.

15.     Based on the Debtors' representations in the Sale Motion and the Known License Notice, HP understands that, by virtue of the license rejection procedures set forth in the Known License Motion, the Debtors seek to reject only patent licenses and not other licenses of intellectual property such as software licenses and other non-patent licenses appurtenant to the patent licenses the Debtors seek to reject.  To the extent that the Debtors seek to reject such non-patent licenses, and such rejection is permitted by this Court, HP hereby gives notice that, HP hereby elects, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), to retain its rights under each of those non-patent licenses to the intellectual property that is the subject of those licenses.

16. In any event, HP reserves the objections to the rejection of its unexpired agreements with the Debtors, which HP set forth in the Response of Hewlett Packard-Company to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses it filed in the Debtors' jointly administered Chapter 11 bankruptcy cases on May 31, 2011. [D.I. 5525]

Dated: June 3, 2011  
       Newark, New Jersey

GIBBONS P.C.

By: /s/ Natasha M. Songonuga
    Natasha M. Songonuga, Esq. (Bar No. 5391)
    1000 N. West Street, Suite 1200
    Wilmington, DE 19801-1058
    Telephone: (302) 295-4875
    Facsimile: (302) 295-4876
    E-mail: nsongonuga@gibbonslaw.com

-and-

David N. Crapo, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail: dcrapo@gibbonslaw.com

*Counsel for Hewlett-Packard Company*