# NOTICE OF CLAIMS PURCHASE AGREEMENT

DAVID WAITT CONSULTING, a(n) CALIFORNIA (State of Incorporation) Sole Proprietorship, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $103,548.62 (proof of claim amount, defined as the "Claim") against NORTEL NETWORKS INC et. al. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, DISTRICT OF DELAWARE, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 09-10138** (defined as the "Proceedings")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 20 day of MAY, 2011.

DAVID WAITT CONSULTING
(Company Name)

_[signature]_
(Signature of Corporate Officer)

DAVID WAITT
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)

_____
(Print Name and Title of Witness)

CORRE OPPORTUNITIES FUND, LP

WITNESS _K. Barrett_
(Signature)
Kevin Barrett

_[signature] John Barrett_
(Signature of Fund Representative)

John Barrett
(Print Name, Corre Opportunities Fund, LP)

Exhibit "A"