**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 5597** |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF
FILING OF FACTUM OF THE MONITOR AND BOOK OF AUTHORITIES
OF THE MONITOR FILED IN THE CANADIAN PROCEEDINGS
IN SUPPORT OF ORDER APPROVING ALLOCATION PROTOCOL**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases (Docket No. 990), on June 5, 2011, Ernst & Young Inc., the Monitor and foreign representative of the Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings"), by its undersigned counsel, filed, in the above-captioned cases, the Factum of the Monitor filed in the Canadian Proceedings in support of an order approving Allocation Protocol (the "Allocation Factum of the Monitor") and filed, in the above-captioned cases, the Book of Authorities of the Monitor filed in the Canadian Proceedings in support of an order approving Allocation Protocol (the "Allocation Book of Authorities of the Monitor"). A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on June 7, 2011. A copy of the Allocation Factum of the Monitor is annexed hereto as Exhibit A. A copy of the Allocation Book of Authorities of the Monitor is annexed hereto as Exhibit B.

Dated: June 6, 2011
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mona A. Parikh
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
mona.parikh@bipc.com

- and -

Ken Coleman
Jessica D. Lubarsky
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
jessica.lubarsky@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*