## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- X
                                                      :
In re:                                                :   Chapter 11
                                                      :
NORTEL NETWORKS INC., *et al.*,[1]                    :   Case No. 09-10138 (KG)
                                                      :
                              Debtors.                :   (Jointly Administered)
                                                      :

------------------------------------------------------------------- X

## NOTICE OF FILING OF COURTESY COPIES PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF DOCUMENTS FILED IN THE CANADIAN PROCEEDINGS BY THE JOINT ADMINISTRATORS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the *Cross-Border Insolvency Protocol* (as amended, the "Protocol") [D.I. 990] approved in the above-captioned cases, and for the limited purposes provided by the Protocol, The court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the *Insolvency Act 1986*, pending before the High Court of Justice of

---

[1]    The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2]    The Joint Administrators for all of the EMEA Debtors (as defined herein), with the exception of Nortel Networks (Ireland) Limited are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Administrators in the UK Proceedings for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

[3]    The EMEA Debtors are:  Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z. o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

England and Wales, have filed in the above-captioned cases courtesy copies of the following

documents (collectively, the "Documents") that were submitted by the Joint Administrators in

proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the

"Canadian Proceedings"):

- *Responding and Cross-Motion Record of the Joint Administrators of Nortel Networks UK Limited and the Companies Listed in Schedule "A" Hereto*;

- *Factum of the Joint Administrators of Nortel Networks UK Limited and the Companies Listed in Schedule "A" Hereto*; and

- *Second Affidavit of Tai-Heng Cheng.*

Copies of the Documents may be obtained through the docket maintained in the

above-captioned cases at www.epiqsystems.com or by request to undersigned counsel.  A joint

hearing currently is scheduled to be held in the Canadian Proceedings and the above-captioned

cases on June 7, 2011.

Dated: Wilmington, Delaware
      June 6, 2011

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Jaime N. Luton
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Michael Luskin
Derek J.T. Adler
Ashley J. Laurie
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

2

- and -

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London
EC2A 2HS

*Counsel for the Joint Administrators*

068476.1001