## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket Nos. 5202, 5359 & 5363** |

### ELECTION OF EADS SECURE NETWORKS S.A.S. TO RETAIN LICENSE RIGHTS PURSUANT TO SECTION 365(n)(1)(B) OF THE BANKRUPTCY CODE

EADS Secure Networks S.A.S. ("EADS"), by and through undersigned counsel, submits

this election (the "Election") to retain all intellectual property rights licensed to EADS pursuant

to that certain Intellectual Property Transfer and License Agreement dated May 30, 2000 (the

"Agreement") by and among Matra Nortel Communications S.A.S ( "MNC"), Nortel Networks

Limited ("Nortel") and Arcycom S.A., subsequently renamed EADS Defence Security Networks

("ESDN") pursuant to Section 365(n)(1)(B) of the Bankruptcy Code, 11 U.S.C. §§ 101, et seq.

and the Joint Notice of (i) Sale of Patents Subject to Certain Patent Licenses and (ii) Rejection of

Certain Patent Licenses (the "Notice")[2] [Docket No. 5363] and states as follows:

1.    EADS is successor in interest to ESDN under the Agreement.  Pursuant to the

Agreement, among other things, certain intellectual property rights were irrevocably licensed to

EADS.  It is not clear to EADS from the Sale Motion, the Procedures Order and/or the Notice

whether the Debtors are attempting to reject the Agreement pursuant to Section 365(b) of the

---

[1] The debtors in these Chapter 11 cases are:  Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. (collectively, the "Debtors").

[2] The Notice relates to the captioned debtors' (the "Debtors") motion to convey substantially all of the Debtors' residual patents and certain related assets (the "IP Assets") to Ranger Inc. (the "Sale Motion") [Docket No. 5205] and the Bankruptcy Court's order dated May 2, 2011 approving procedures in connection with the sale of the IP Assets (the "Procedures Order") [Docket No. 5359].

Bankruptcy Code.  On May 31, 2011, EADS filed its Objection of EADS Secure Networks

S.A.S. to Rejection of Intellectual Property Transfer and License Agreement [Docket No. 5513].

    2.       Pursuant to this Election, if the Bankruptcy Court authorizes the rejection of the

Agreement, EADS elects to retain all of its rights to any and all intellectual property licensed to

EADS under the Agreement pursuant to Section 365(n)(1)(B) if the Bankruptcy Code.

Date:   June 6, 2011
        Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for EADS Secure Networks S.A.S.*

## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 31st day of May 2011, I caused a copy of the within *Election of EADS Secure Networks S.A.S. to Retain License Rights Pursuant to Section 365(n)(2)(B) of the Bankruptcy Code* to be served on the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing to be true and correct.

June 6, 2011
Date

*/s/ William A. Hazeltine*
William A. Hazeltine

**HAND DELIVERY**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**HAND DELIVERY**
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**HAND DELIVERY**
Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**FACSIMILE**
Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza
South Tower, Suite 3800
200 Bay Street
Toronto, Ontario
(416) 216-3930

**FACSIMILE**
Sharon Hamilton
Ernst & Young Tower
222 Bay Street
P.O. Box 251
Toronto ON M5K 1J7
(416) 943-3300

**FACSIMILE**
Jay Carfagnini
Joseph Pasquariello
Goodsman LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
(416) 979-1234

**FACSIMILE**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999

**FACSIMILE**
Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-2000

**FACSIMILE**
Michael Rotsztain
Adam Slavens
Torys LLP
79 Wellington Street West, Suite 3000
Box 270
TD Centre
Toronto, Ontario M5K 1N2
(416) 865-7380

**FACSIMILE**
Fred Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Huaer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1002

**FACSIMILE**
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
(212) 822-5735