## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                          :
In re                                     :        Chapter 11
                                          :
Nortel Networks Inc., *et al.*,[1]        :        Case No. 09-10138 (KG)
                                          :
                  Debtors.                :        Jointly Administered
                                          :
-----------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 7, 2011 AT 9:30 A.M. (EASTERN TIME)

## CONTINUED/RESOLVED/WITHDRAWN MATTERS

1.      Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11
        U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce
        And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-
        Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

        Objection Deadline:   October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol
        Corporation and its affiliates until June 8, 2011.

        Remaining Response Received:

        (a)      Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection
                 (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P.
                 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims,
                 Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9)
                 Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I.
                 4106, Filed 10/7/10).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
        number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems
        Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
        Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc.
        (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel
        Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom
        International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc.
        (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at
        http://dm.epiq11.com/nortel.

[2]     **Amended items appear in bold.**

Related Pleading:

(a)    Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status:  The hearing with respect to the response to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).

2.    Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline:   October 25, 2010 at 4:00 p.m. (ET).   Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m. (ET).  Extended for Red Hat to November 1, 2010 at 4:00 p.m. (ET).  Extended for GE Fanuc to June 8, 2011 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)    Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)    Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Related Pleadings:

(a)    Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

3.      Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

Objection Deadline:  January 5, 2011 at 4:00 p.m. (ET).  Extended to June 14, 2011 at 4:00 p.m. (ET) for Nortel.

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).

4.      Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5196, Filed 4/1/11).

Objection Deadline:  May 17, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)     Creditor's Opposition to Debtors' Motion for a Protective Order (D.I. 5384, Filed 5/5/11).

Related Pleadings:

(a)     Declaration of Stephen Kenkel in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5197, Filed 4/1/11);

(b)     The Monitor's (I) Statement in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc., and (II) Request for Joint Hearing on Such Motion (D.I. 5199, Filed 4/1/11);

(c)     Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5558, Filed 6/1/11);

(d)    Declaration of George Reichert in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5559, Filed 6/1/11);

(e)    Supplemental Declaration of Stephen Kenkel in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5560, Filed 6/1/11); and

(f)    Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record And Factum Filed In The Canadian Proceedings To Approve The Order Regarding SNMP RI Discovery Motion (D.I. 5561, Filed 6/2/11).

Status:  The hearing on this matter has been adjourned to a date to be determined.

5.    Joint Administrators' Motion for an Order Pursuant to § 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authorization to File Under Seal (I) the Joint Administrators' Memorandum of Law in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration and (II) Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration (D.I. 5445, Filed 5/19/11).

Objection Deadline:  May 31, 2011 at 4:00 p.m. (ET).  Extended to June 2, 2011 at 4:00 p.m. for Nortel.

Responses Received:  None at this time.

Related Pleadings:

(a)    Notice of Withdrawal (D.I. 5530, Filed 5/31/11).

Status:  The Joint Administrators and Foreign Representatives for Nortel Networks UK Limited have withdrawn their motion.

## UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION

6.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105 and 363 and Fed. R. Bankr. P. 9019 Approving Agreement with Nortel UK and Nortel Israel and Approving Amendment of Certain Escrow Agreements (D.I. 5424, Filed 5/17/11).

Objection Deadline:  May 31, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)     Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in Canadian Proceedings to Approve the Order Regarding Israel Settlement (D.I. 5522, Filed 5/31/11);

(b)     Certification of No Objection (D.I. 5577, Filed 6/2/11); and

**(c)     Order Approving Debtors' Motion for Entry of an Order Approving Agreement With Nortel UK And Nortel Israel And Approving Amendment Of Certain Escrow Agreements (D.I. 5603, Entered 6/6/11).**

<u>Status</u>:  **An order has been entered regarding this matter.**

## UNCONTESTED MATTERS GOING FORWARD

7.      Debtors' Twentieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce and Allow Claims, No-Basis 503(b)(9) Claims, No Liability Claims, and Wrong Debtor Claims) (D.I. 5342, Filed 4/28/11).

<u>Objection Deadline</u>:  May 24, 2011 at 4:00 p.m. (ET). Extended to May 27, 2011 at 4:00 p.m. (ET) for Sodexo Canada, Ltd.

<u>Responses Received</u>:

(a) Informal response from claimant Sodexo Canada, Ltd and Sodexo Inc. and  Affiliates;

<u>Related Pleadings</u>:  None.

<u>Status</u>:  The hearing on this matter will go forward. The Debtors have resolved the responses of Sodexo Canada, Ltd and Sodexo, Inc. and affiliates and will hand up a revised form or order.

8.      Debtors' Motion for Entry of an Order Authorizing Action Under the MEN Sale Escrow Agreement Without the Consent or Participation of Nortel Colombia and Granting Related Relief (D.I. 5472, Filed 5/23/11).

<u>Objection Deadline</u>:  May 31, 2011 at 4:00 p.m. (ET).

<u>Responses Received</u>:

(a)     Informal Response from the Dirección Impuestos y Aduanas Nacionales;

(b)     Notice of Filing of Certified Translation of Informal Response from the Colombia Department of Taxation and Customs Dated May 31, 2011 (D.I. 5581, Filed 6/3/11).

<u>Related Pleadings</u>:

(a)     Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Approve the Order Regarding Nortel Colombia (D.I. 5523, Filed 5/31/11).

Status:  The hearing on this matter will go forward.

## CONTESTED MATTERS GOING FORWARD

9.     Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief (D.I. 5307, Filed 4/25/11).

Objection Deadline:  May 19, 2011 at 4:00 p.m. (ET). Extended to May 31, 2011 at 4:00 p.m. for Fourth Estate and the Canadian Estate.

Responses Received:

(a)     Limited Objection of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief (D.I. 5440, Filed 5/19/11);

(b)     Informal Bondholder Group's Response to Joint Motion to Establish an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement (D.I. 5448, Filed 5/19/11);

(c)     Limited Response of the Fourth Estate with Respect to Debtors' Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief [Docket No. 5307] [D.I. 5529, Filed 5/31/11); and

(d)     Statement of the Bank of New York Mellon, as Indenture Trustee, Regarding the Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and the Related Relief (D.I. 5536, Filed 5/31/11).

Related Pleadings:

(a)     Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief (D.I. 5308, Filed 4/25/11);

(b)     Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Grant an Order Approving an Allocation Protocol (D.I. 5563, Filed 6/2/11);

(c)      Notice of Filing of Courtesy Copies Pursuant to Cross-Border Protocol of Documents Filed In Canadian Proceeding by Informal Committee of Creditors Holding Claims Against Only the Canadian Debtors (D.I. 5564, Filed 6/2/11);

(d)      Reply of U.S. Debtors and Committee in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5571, Filed 6/2/11);

(e)      Declaration of Craig B. Brod in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5572, Filed 6/2/11);

(f)      Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5573, Filed 6/2/11);

(g)      Declaration of Fred S. Hodara in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5575, Filed 6/2/11);

(h)      Notice of Filing of 67th Report of the Monitor (D.I. 5580, Filed 6/3/11);

**(i)      Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Canadian Debtors and Brief of Authorities of the Canadian Debtors Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol (D.I. 5597, Filed 6/5/11);**

**(j)      Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Affidavit of David M. Lindsey and Authorities Cited in Lindsey Expert Affidavit Filed in the Canadian Proceedings in Connection with Allocation Protocol (D.I. 5598, filed 6/5/11);**

**(k)      Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Monitor and Book of Authorities of the Monitor Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol (D.I. 5604, Filed 6/6/11);**

**(l)      Notice of Filing Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Courtesy Copies of Documents Filed in the Canadian Proceedings by the U.S. Debtors and the Committee Related to Motions Made to the Canadian Court for its Approval of an Allocation Protocol (D.I. 5605, Filed 6/6/11); and**

**(m)** **Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 5606, Filed 6/6/11).**

Status:  The hearing on this matter will go forward.

10. Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5341, Filed 4/28/11).

Objection Deadline:  May 24, 2011 at 4:00 p.m. (ET). Extended to June 7, 2011 at 4:00 p.m. (ET) for Hunton & Williams LLP and Securitas Security Services USA.

Responses Received:

(a) Response of Corning Incorporated to Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5410, Filed 5/11/11); and

(b) Response of Receivable Management Services Corporation to the Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5476, Filed 5/24/11).

Related Pleadings:  None.

Status:   The hearing on this matter will go forward. The hearing with respect to the responses filed by Corning Incorporated and Receivable Management Services Corporation has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).  The hearing with respect to the objection to Claim No. 4793 filed by Hunton & Williams LLP and Claim No. 999 filed by Securitas Security Services USA has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).

11. Debtor's Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 5343, Filed 4/28/11).

Objection Deadline:  May 24, 2011 at 4:00 p.m. (ET). Extended to June 7, 2011 at 4:00 p.m. (ET) for Alternative Communications International Ltd.  Extended to June 14, 2011 at 4:00 p.m. (ET) for BT Americas, Inc.

Responses Received:

(a) Informal response from Metia Solutions.

8

Related Pleadings:  None.

Status: The hearing on this matter will go forward. The Debtors will withdraw the Motion as to Claim No. 1823 field by Metia Solutions and will hand up a revised from of order. The hearing with respect to Claim No. 2192 filed by Alternative Communications International LTD and Claim No. 3007 filed by BT Americas, Inc. has been adjourned to the hearing scheduled for June 21, 2011 at 9:30 a.m. (ET).

12.    Joint Administrators' (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration (D.I. 5444, Filed 5/19/11).

Objection Deadline:  May 31, 2011 at 4:00 p.m. (ET).  Extended to June 2, 2011 at 4:00 p.m. for Nortel.

Responses Received:

(a)    Reply of U.S. Debtors and Committee in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5571, Filed 6/2/11); and

**(b)    The Joint Administrators' Reply Memorandum of Law in Further Support of Their Cross-Motion to Compel Arbitration (D.I. 5608, Filed 6/6/11).**

Related Pleadings:

(a)    Notice of Motion (D.I. 5446, Filed 5/19/11);

(b)    Notice of Motion (D.I. 5447, Filed 5/19/11);

(c)    Joint Administrators' Motion for Leave to File Reply in Support of Joint Administrators' Cross-Motion to Compel Arbitration (D.I. 5482, Filed 5/25/11);

(d)    Order Granting Joint Administrators' Motion for Leave to File Reply in Support of Joint Administrators' Cross-Motion to Compel Arbitration (D.I. 5490, Entered 5/26/11);

(e)    The Joint Administrators' Memorandum of Law in Support of Their (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration (D.I. 5531, Filed 5/31/11);

(f)    Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration (D.I. 5532, Filed 5/31/11);

9

(g)     Declaration of Craig B. Brod in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5572, Filed 6/2/11);

(h)     Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5573, Filed 6/2/11); and

(i)     Declaration of Fred S. Hodara in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5575, Filed 6/2/11).

Status:  The hearing on this matter will go forward.

13.     Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019 (D.I. 5459, Filed 5/20/11).

Objection Deadline:  June 1, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)     Objection of the Joint Administrators to Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019 (D.I. 5550, Filed 6/1/11);

(b)     U.S. Debtors' Objection to the Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019 (D.I. 5553, Filed 6/1/11); and

(c)     **Response, Request for Joint Hearing, and Reservation of Rights of the Canadian Nortel Debtors to the Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019 (D.I. 5599, Filed 6/6/11).**

Related Pleadings:

(a)     Order Granting Motion of GENBAND US LLC for an Order (I) Shortening the Time for Notice of the Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement

Agreement Pursuant to Bankruptcy Rule 9019 and (II) Limiting Service of the Motion to Compel and Approve (D.I. 5463, Entered 5/23/11);

(b)    Notice of Hearing on Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019 and (II) Limiting Service of the Motion to Compel and Approve (D.I. 5475, Filed 5/24/11);

(c)    Notice of Filing of Amended Exhibit "A" to Motion of GENBAND US LLC for an Order Compelling Compliance with Settlement Agreement and Approving the Settlement Agreement Pursuant to Bankruptcy Rule 9019 (D.I. 5509, Filed 5/27/11); and

(d)    Reply Of GENBAND US LLC To The U.S. Debtors' And The Joint Administrators' Objections To The Motion Of GENBAND US LLC For An Order Compelling Compliance With Settlement Agreement And Approving The Settlement Agreement Pursuant To Bankruptcy Rule 9019 (D.I. 5570, Filed 6/2/11).

Status:  The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

14.    Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

(a)    Certification of Counsel Regarding (Proposed) Scheduling Order (Adv. Pro. Case No. 10-55929, D.I. 28; Adv. Pro. Case No. 10-55917, D.I. 15; Adv. Pro. Case No. 10-55919, D.I. 22; Adv. Pro. Case No. 10-55920, D.I. 13; Adv. Pro. Case No. 10-55921, D.I. 14, Filed 6/3/11).

Status:  Pretrial scheduling conferences are going forward in the adversary proceedings listed on Exhibit A hereto with the exception of Accton Technology Corporation (Adversary Case No. 10-55911), Empresa de Telecommunications de Bogota S.A. (Adversary Case No. 10-55927), and TECOM Co., LTD. (Adversary Case No. 10-55924) as the Defendants have not yet been served and thus will be rescheduled for a later pretrial conference date and Thomas and Betts Limited (Adversary Case No. 10-55940) for which a notice of dismissal was filed and the matter closed by the Deputy Clerk on June 1, 2011. The Debtors have filed the proposed scheduling order under certification of counsel.

Dated:  June **6**, 2011
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
          */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4302410.1