# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.* ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Election Deadline: June 6, 2011 at 4:00 p.m. |
| ) | Related to Docket Nos. 5359, 5202 |

## NOKIA CORPORATION'S ELECTION TO
## RETAIN ITS RIGHTS UNDER 11 U.S.C. § 365(n)

Pursuant to the License Rejection Procedures,[1] Nokia Corporation and its affiliates (collectively, "**Nokia**") hereby provides notice that Nokia intends to retain all of its rights under 11 U.S.C. § 365(n) with respect to the rejection of any Unknown Licenses by the above-captioned debtors and debtors in possession (the "**Debtors**") and respectfully shows the Court as follows:

1. Nokia received four separate Known License Notices (the "**Notices to Nokia**"). The Notices to Nokia gave notice of Nortel's intent to reject any Unknown Licenses.

2. The following non-exhaustive list of license agreements (collectively, the "**Unknown Nokia Licenses**") were not scheduled in the Notices to Nokia:

   a. The Consortium Agreement for FP5 Project SPEECON, dated December 8, 1999, between Matra Nortel Communications and Nokia Corporation, among others;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Debtors' *Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving The License Rejection Procedures, (E) Approving A Side Agreement, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing And (Ii) Authorizing And Approving (A) The Sale Of Certain Patents And Related Assets Free And Clear Of All Claims And Interests, (B) The Assumption And Assignment Of Certain Executory Contracts, (C) The Rejection Of Certain Patent Licenses And (D) The License Non-Assignment And Non-Renewal Protections* [Docket No. 5202] (the "**Sale Motion**").

    b.    The Interoperability Frame Agreement, dated October 23, 2007, between Nokia Corporation and Nortel Networks Limited;

    c.    The Integrated Projects' Consortium Agreement for the Wireless World Initiative WWI Winner Phase 2 IPCA: Part 1, dated September 30, 2005, between Nokia Corporation and Nortel Networks UK Limited; and

    d.    The Integrated Projects' Consortium Agreement for the Wireless World Initiative WWI Ambient Networks Phase 2 IPCA: Part I, Revision 1, dated October 3, 2005, between Nokia Corporation and Nortel Networks SA.

3.    In connection with the sale of their patent assets, the various Nortel entities, including the Debtors, are rejecting and/or terminating so-called Unknown Licenses, of which the Nortel entities are not currently aware and/or which are not identified in Nortel's confidential disclosure schedule as being licenses to which the sale to Ranger, Inc. or another successful bidder will be subject.

4.    In short, the Debtors seek to reject Unknown Licenses under section 365 of the Bankruptcy Code, ostensibly without actually knowing which licenses they are rejecting. This procedure improperly shifts the Debtors' burden to show that they are exercising sound business judgment in rejecting the Unknown Licenses to Nokia and other counterparties. *See In re Federal-Mogul Global Inc.*, 293 B.R. 124, 126 (Bankr. D. Del. 2003) (reasoning that a debtor must satisfy the business judgment test if the court is to approve the debtor's rejection of an executory contract).

5.    Pursuant to the License Rejection Procedures, if Nokia does not identify Unknown Licenses in its possession, the Nortel entities seek to reject and terminate them, if Nokia does not file this Notice of Election.

6.    Accordingly, Nokia hereby notifies the Debtors that to the extent they receive Court authority to reject the Unknown Nokia Licenses and/or any other Unknown License to

which Nokia is a counterparty, including, without limitation, any rejection or attempted rejection of any SSO Commitments[2] if such SSO Commitments are, or may be asserted to be, Unknown Licenses, Nokia elects to preserve all of its rights under section 365(n) of the Bankruptcy Code regarding the same.

Dated this 6th day of June, 2011.

WERB & SULLIVAN

/s/ Duane D. Werb
Duane D. Werb (No. 1042)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

-and-

ALSTON & BIRD LLP

John C. Weitnauer, Esq. (*pro hac vice* forthcoming)
William S. Sugden, Esq. (*pro hac vice* forthcoming)
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Nokia Corporation*

---

[2] "**SSO Commitments**" shall mean the numerous and enforceable obligations, promises, declarations, and commitments, including, without limitation, obligations to disclose or identify patents or intellectual property, that the various Nortel entities have made or should have made to various standard-setting bodies or industry groups (sometimes referred to as standard setting organizations).