## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.* | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 31, 2011 at 4:00 p.m. |
| | ) Related to Docket Nos. 5359, 5202 |
| | ) |

### CERTIFICATE OF SERVICE

I, Duane D. Werb, hereby certify that on the 6th day of June, 2011, I caused a true and correct copy of ***Nokia Corporation's Election to Retain its Rights Under 11 U.S.C. §365(n)*** to be served upon the Objection Notice Parties in the manner indicated therein:

| **VIA FIRST CLASS MAIL & FACSIMILE** | **VIA FIRST CLASS MAIL & FACSIMILE** |
|---|---|
| Counsel to the Canadian Debtors<br>Ogilvy Renault LLP<br>Attn: Jennifer Stam<br>Royal Bank Plaza<br>South Tower, Suite 3800<br>200 Bay Street<br>Toronto, Ontario, Canada<br>Fax: (416) 216-3930 | Counsel to the Monitor<br>Goodmans LLP<br>Attn: Jay Carfagnini<br>Joseph Pasquariello<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, ON M5H 2S7<br>Fax: (416) 979-1234 |
| **VIA FIRST CLASS MAIL & FACSIMILE** | **VIA FIRST CLASS MAIL & FACSIMILE** |
| Counsel to the Debtors<br>Cleary Gottieb Steen & Hamilton LLP<br>Attn: James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>Fax: (212) 225-3999 | Counsel to the Debtors<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott<br>1201 North Market Street<br>Wilmington, DE 19801<br>Fax: (302) 658-3989 |
| **VIA FIRST CLASS MAIL & FACSIMILE** | **VIA FIRST CLASS MAIL & FACSIMILE** |
| Counsel to the Stalking Horse Purchaser<br>Wachtell, Lipton, Rosen & Katz<br>Attn: Philip Mindlin<br>Adam O. Emmerich<br>Benjamin M. Roth<br>51 West 52nd Street<br>New York, NY 10019<br>Fax: (212) 403-2000 | Counsel to the Stalking Horse Purchaser<br>Torys LLP<br>Attn: Michael Rotztain<br>Adam Slavens<br>79 Wellington Street West, Suite 3000<br>Box 270, TD Centre<br>Toronto, Ontario, M5K 1N2<br>Fax: (416) 865-7380 |

| **VIA FIRST CLASS MAIL & FACSIMILE** | **VIA FIRST CLASS MAIL & FACSIMILE** |
|---|---|
| Counsel to the Committee<br>Akin Gump Strauss Haur & Feld LLP<br>Attn: Fred Hodara<br>Stephen Kuhn<br>Kenneth Davis<br>One Bryant Park<br>New York, NY 10036<br>Fax: (212) 872-1002 | Counsel to the Committee<br>Richards, Layton & Finger, P.A.<br>Attn: Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Fax: (302) 498-7845 |
| **VIA FIRST CLASS MAIL & FACSIMILE** | **VIA FIRST CLASS MAIL & FACSIMILE** |
| Counsel to the Bondholder Group<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>Attn: Roland Hlawaty<br>One Chase Manhattan Plaza<br>New York, NY 10006<br>Fax: (212) 822-5735 | The Office of the United States Trustee<br>Attn: Patrick Tinker<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Fax: (302) 573-6497 |

Dated: June 6, 2011
      Wilmington, Delaware

WERB & SULLIVAN

/s/ Duane D. Werb
Duane D. Werb (No. 1042)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

-and-

ALSTON & BIRD LLP

John C. Weitnauer, Esq.
William S. Sugden, Esq.
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Nokia Corporation*