# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Asteelflash California, Inc. | Adv. Pro. No. 10-53166 |
| Nortel Networks Inc. v. Automotive Rentals, Inc. | Adv. Pro. No. 10-53167 |
| Nortel Networks Inc. v. Camiant, Inc. | Adv. Pro. No. 10-53168 |
| Nortel Networks Inc. v. CSWL, Inc. | Adv. Pro. No. 10-53169 |
| Nortel Networks Inc., *et al.* v. Eltek Valere Inc., *et al.* | Adv. Pro. No. 10-53170 |
| Nortel Networks Inc. v. Gail & Rice, Inc. | Adv. Pro. No. 10-53171 |
| Nortel Networks Inc. v. Green Hills Software, Inc. | Adv. Pro. No. 10-53172 |
| Nortel Networks Inc. v. Ingram Micro Inc. | Adv. Pro. No. 10-53173 |
| Nortel Networks Inc. v. Mercury Americas USA, Corp. | Adv. Pro. No. 10-53175 |
| Nortel Networks Inc. v. Nathanson and Company, LLC | Adv. Pro. No. 10-53176 |
| Nortel Networks Inc. v. PowerSteering Software, Inc. | Adv. Pro. No. 10-53179 |
| Nortel Networks Inc. v. STMicroelectronics N.V. | Adv. Pro. No. 10-53181 |

### STATUS REPORT ON AVOIDANCE ACTIONS
### ASSIGNED TO THE HONORABLE KEVIN GROSS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated January 21, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated: June 6, 2011
Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP

            Deborah M. Buell (admitted *pro hac vice*)
            Neil P. Forrest (admitted *pro hac vice*)
            Nora K. Abularach (admitted *pro hac vice*)
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

                - and -

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Alissa T. Gazze*
            Donna L. Culver (No. 2983)
            Derek C. Abbott (No. 3376)
            Alissa T. Gazze (No. 5338)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE  19899-1347
            Telephone: (302) 658-9200
            Facsimile: (302) 425-4663

            *Counsel for the Debtors and*
            *Debtors in Possession*

4302732.1

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53168 | Camiant, Inc. | Parties settled this matter. Stipulation of Dismissal filed on May 24, 2011. Adversary proceeding closed by Clerk of Court on May 25, 2011. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53171 | Gail & Rice, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant |

NEWYORK:2407394.2

| | | |
|---|---|---|
| | | to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-53172 | Green Hills Software, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-53173 | Ingram Micro Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-53166 | Asteelflash California, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011 and the Amended Scheduling Order dated June 1, 2011.  Defendant's responses to Plaintiff's initial discovery requests due, by agreement of the parties, on June 13, 2011. |
| 10-53169 | CSWL, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011 and the Amended Scheduling Order dated May 24, 2011.  Defendant's responses to Plaintiff's initial discovery requests due on July 25, 2011.  Plaintiff's responses to |

| | | |
|---|---|---|
| | | Defendant's initial discovery requests due on July 26, 2011. |
| 10-53170 | Eltek Valere Inc., *et. al.* | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011 and the Amended Scheduling Order dated June 1, 2011.  Defendants' responses to Plaintiffs' initial discovery requests due, by agreement of the parties, on June 21, 2011. |
| 10-53175 | Mercury Americas USA, Corp. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011 and the Proposed Amended Scheduling Order dated June 2, 2011. Defendant's responses to Plaintiff's initial discovery requests due, by agreement of the parties, on June 8, 2011. |
| 10-53179 | PowerSteering Software, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated January 21, 2011 and the Amended Scheduling Order dated June 1, 2011. Defendant's responses to Plaintiff's initial discovery requests due, by agreement of the parties, on June 10, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-53167 | Automotive Rentals, Inc. | Court order appointing Ian Connor Bifferato as mediator entered on May 10, 2011.  Mediation date to be confirmed. |
| 10-53176 | Nathanson and Company, LLC | Court order appointing Charles Stanziale as mediator entered on May 10, 2011.  Mediation date to be confirmed. |

| 10-53181 | STMicroelectronics N.V. | Court order appointing Ian Connor Bifferato as mediator entered on June 2, 2011. Mediation date to be confirmed. |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |