IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 09-10138 (KG) <br><br> Jointly Administered <br><br> Related Docket Nos. 5202, 5359 |

**NOTICE OF ELECTION OF
INTERNATIONAL BUSINESS MACHINE CORPORATION
PURSUANT TO BANKRUPTCY CODE SECTION 365(N)**

International Business Machine Corporation ("IBM"), IBM Credit LLC and IBM Canada Limited, creditors and parties-in-interest in the above-captioned chapter 11 bankruptcy cases, by and through their undersigned counsel, hereby submit this notice pursuant to section 365(n) of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and, in support thereof, represent as follows:

**BACKGROUND**

1.  On April 4, 2011, the Debtors filed a motion pursuant to sections 363 and 365 of the Bankruptcy Code to authorize the sale of their right, title, and interest in all or substantially all of their patents and certain related assets (collectively, the "Assets") either to Ranger, Inc. ("Ranger"), a wholly owned subsidiary of Google, Inc., or to another bidder submitting a higher and better offer for the Assets at the culmination of a Stalking Horse Sale (the "Sale Motion," D.I. 5202). On May 2, 2011, the Bankruptcy Court entered its *Order (A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side*

{09373:MOT:10144208.DOC}

*Agreement (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing* (the "Sales Procedures Order," D.I. 5359). Capitalized terms not otherwise defined herein have the respective meanings set forth in the Sales Procedures Order.

2. The Debtors have served a notice of Known Licenses on IBM. Pursuant to the Sales Procedure Order, licenses that are not specifically identified as Known Licenses will be rejected. Since being served with the notice of Known Licenses, IBM has discovered the existence of two additional license agreements (collectively, the "Recently Discovered IBM Licenses")[1] between IBM and one or more of the Debtors or their predecessors, which were not included in the notice of Known Licenses:

    a. Agreement, dated January 1, 1982, by and between IBM and ICL PLC (L821428); and

    b. Agreement, dated July 1, 1979, by and between IBM and Northern Telecom Ltd., and Amendment 1, dated April 28, 1983 (L791262).

3. After consultation with the Debtors, and out of an abundance of caution, to the extent that the Recently Discovered IBM Licenses are rejected in connection with the Sales Procedures Order, IBM hereby elects pursuant to section 365(n) of the Bankruptcy Code to retain its rights to the Debtors' intellectual property under the Recently Discovered IBM Licenses following the sale of Assets pursuant to the Sale Order, to the fullest extent allowed under the law.

[Remainder of Page Intentionally Left Blank]

---

[1] Copies of the Recently Discovered IBM Licenses have been served on counsel to the Canadian Debtors, the Monitor, and the U.S. Debtors.

Dated: June 6, 2011
      Wilmington, Delaware

Respectfully submitted,

Smith, Katzenstein & Jenkins LLP

_____
Kathleen M. Miller (DE 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

Jesse H. Austin, III
Robert E. Winter
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C., 20005
Telephone: (202) 551-1700

Facsimile: (202) 551-1705

Email:   jessaustin@paulhastings.com
           robertwinter@paulhastings.com

*Counsel for International Business Machines Corporation, IBM Credit LLC and IBM Canada Limited*