## CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify that on the 6th day of June, 2011, I caused a true and correct copy of *Notice of International Business Machine Corporation Pursuant to Bankruptcy CodeSsection 365(n)* to be served upon the Objection Notice Parties in the manner indicated therein:

| VIA FIRST CLASS MAIL & FACSIMILE | VIA FIRST CLASS MAIL & FACSIMILE |
|---|---|
| Counsel to the Canadian Debtors<br>Ogilvy Renault LLP<br>Attn: Jennifer Stam<br>Royal Bank Plaza<br>South Tower, Suite 3800<br>200 Bay Street<br>Toronto, Ontario, Canada<br>Fax: (416) 216-3930 | Counsel to the Monitor<br>Goodmans LLP<br>Attn: Jay Carfagnini<br>Joseph Pasquariello<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, ON M5H 2S7<br>Fax: (416) 979-1234 |
| **VIA FIRST CLASS MAIL & FACSIMILE**<br>Counsel to the Debtors<br>Cleary Gottlieb Steen & Hamilton LLP<br>Attn: James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>Fax: (212) 225-3999 | **VIA FIRST CLASS MAIL & FACSIMILE**<br>Counsel to the Debtors<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott<br>1201 North Market Street<br>Wilmington, DE 19801<br>Fax: (302) 658-3989 |
| **VIA FIRST CLASS MAIL & FACSIMILE**<br>Counsel to Ranger Inc.<br>Wachtell, Lipton, Rosen & Katz<br>Attn: Philip Mindlin<br>Adam O. Emmerich<br>Benjamin M. Roth<br>51 West 52nd Street<br>New York, NY 10019<br>Fax: (212) 403-2000 | **VIA FIRST CLASS MAIL & FACSIMILE**<br>Counsel to the Stalking Horse Purchaser<br>Torys LLP<br>Attn: Michael Rotztain<br>Adam Slavens<br>79 Wellington Street West, Suite 3000<br>Box 270, TD Centre<br>Toronto, Ontario M5K 1N2<br>Fax: (416) 865-7380 |
| **VIA FIRST CLASS MAIL & FACSIMILE**<br>Counsel to the Committee<br>Akin Gump Strauss Haur & Feld LLP<br>Attn: Fred Hodara<br>Stephen Kuhn<br>Kenneth Davis<br>One Bryant Park<br>New York, NY 10036<br>Fax: (212) 872-1002 | **VIA FIRST CLASS MAIL & FACSIMILE**<br>Counsel to the Committee<br>Richards, Layton & Finger, P.A.<br>Attn: Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Fax: (302) 498-7845 |

{09373:MOT:10144208.DOC}

| **VIA FIRST CLASS MAIL & FACSIMILE** | **VIA FIRST CLASS MAIL & FACSIMILE** |
|---|---|
| Counsel to the Bondholder Group | The Office of the United States Trustee |
| Milbank, Tweed, Hadley & McCloy | Attn: Patrick Tinker |
| Attn: Roland Hlawaty | 844 King Street, Suite 2207 |
| One Chase Manhattan Plaza | Wilmington, DE 19801 |
| New York, NY 10006 | Fax: (302) 573-6497 |
| Fax: (212) 822-5735 | |

/s/ Kathleen M. Miller

{09373:MOT:10144208.DOC}    2