# EXHIBIT A:

## Verizon-Nortel Agreements Containing Commercial Licenses[1]

1. General Purchase Agreement No. 710-30912-2006, Articles I, II, III and V, effective as of January 1, 2007 (Wireless)

2. Master Purchase Agreement w/Attachments A-L, Appendices and Exhibits Contract No. 26857, dated 7/17/2006 entered into between Alltel Communications Inc. and Nortel Networks Inc. (Alltel)

3. General Product Purchase Agreement for Softswitch and TDM Products and Services Contract No. C0404520, effective as of August 5, 2004 (CVAS)

4. Succession Products and Services Deployment Agreement C0404529, dated August 5, 2004 (CVAS)

5. Policy Decision Manager Products and Services Deployment Agreement MA-000797-2007, dated July 27, 2007 (CVAS)

6. Global Master Procurement Agreement, effective November 20, 1998 (CVAS)

7. Nortel NGADM Agreement MA-003136-2008 dated November 10, 2008 (Transport)

8. Global Business Partner Agreement for the Resale of Nortel Products and Services 200308377, effective January 1, 2003 (Resale)

9. Managed Service Provider Agreement, effective July 8, 2008

10. Verizon (Bell Atlantic) Non-Exclusive Integrator Agreement with Nortel (Bay Networks) dated May 1,1997

11. Managed Services Agreement with Nortel Networks Australia dated September 26, 2002

---

[1] The listed agreements are generally identified by primary or master agreement only, but also include all attachments, amendments, term and territory extensions or supplements to such agreements, as well as all orders, memoranda of understanding, statements of work and/or letters of agreement submitted or executed pursuant to such agreements or otherwise incorporated into such agreements expressly or by implication. The listed agreements are also intended to include all express and implied license rights granted in relation thereto.

{09032:MISA:10144207.DOC}