## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **OBJECTION BY THE AFFILIATES OF VERIZON COMMUNICATIONS INC. TO ANY PROPOSED REJECTION OF PATENT LICENSES, AND CONDITIONAL NOTICE OF ELECTION, PURSUANT TO 11 U.S.C. § 365(n)(1)(B), TO RETAIN INTELLECTUAL PROPERTY RIGHTS LICENSED TO VERIZON BY THE DEBTORS** by First Class Mail, and by fax as and where indicated below, addressed as follows:

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
1 Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Richards Layton & Finger PA
Attn: Christopher M. Samis, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax: (302) 778-7845

Milbank, Tweed, Hadley & McCloy LLP
Attn: Roland Hlawaty, Esq.
One Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5735

Office of the U.S. Trustee
Attn: Patrick Tinker, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Fax: (302) 573-6497

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989

Akin Gump Strauss Hauer & Feld LLP
Attn: Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002

Wachtell Lipton Rosen & Katz
Attn: Philip Mindlin, Esq.
Adam O. Emmerich, Esq.
Benjamin M. Roth, Esq.
51 West 52nd Street
New York, NY 10019
Fax: (212) 403-2000

Torys LLP
Attn: Michael Rotsztain, Esq.
Adam Slavens, Esq.
79 Wellington Street West
Suite 3000, Box 270
TD Centre
Toronto, Ontario M5K 1N2
CANADA
Fax: (416) 865-7380

| | |
|---|---|
| Ogilvy Renault LLP<br>Attn: Jennifer Stam, Esq.<br>Royal Bank Plaza, South Tower<br>200 Bay Street, Suite 3800<br>Toronto, Ontario<br>CANADA<br>Fax: (416) 216-3930 | Goodmans LLP<br>Attn: Jay Carfagnini, Esq.<br>Joseph Pasquariello, Esq.<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, Ontario M5H 2S7<br>CANADA<br>Fax: (416) 979-1234 |

This 6th day of June, 2011.

/s/ Kathleen M. Miller