# CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 6th day of June, 2011, I caused the foregoing **Response of Hitachi, Ltd. to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses, and Notice of Election** to be served upon the parties on the attached list in the manner indicated.

    /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#14374437 v1

James L. Bromley, Esq.  
Lisa M. Schweitzer, Esq.  
Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, NY 10006  
**Fax: 212-225-3999**  
**First-Class Mail**

Derek C. Abbott, Esq.  
Eric D. Schwartz, Esq.  
Ann C. Cordo, Esq.  
Alissa T. Gazze, Esq.  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19801  
**Hand Deliver**

Jennifer Stam, Esq.  
Ogilvy Renault LLP  
Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street, P.O. Box 251  
Toronto, ON M5J 2Z4  
**Fax:  416-216-3930**  
**First-Class Mail**

Philip Mindlin, Esq.  
Adam O. Emmerich, Esq.  
Benjamin M. Roth, Esq.  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019  
**Fax: 212-403-2000**  
**First-Class Mail**

Michael Rotsztain, Esq.  
Adam Slavens, Esq.  
Torys LLP  
79 Wellington Street West  
Suite 3000  
Box 270, TD Centre  
Toronto, ON M5K 1N2  
**Fax: 416-865-7380**  
**First-Class Mail**

Fred Hodara, Esq.  
Stephen Kuhn, Esq.  
Kenneth Davis, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
**Fax: 212-872-1002**  
**First-Class Mail**

Christopher M. Samis, Esq.  
Richards Layton & Finer, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
**Hand Deliver**

Roland Hlawaty, Esq.  
Milbank, Tweed, Hadley & McCloy  
One Chase Manhattan Plaza  
New York, NY 10006  
**Fax: 212-822-5735**  
**First-Class Mail**

#14374437 v1

Sharon Hamilton, Esq.
Ernst & Young Tower
222 Bay Street
P.O. Box 251
Toronto, ON M5K 1J7
**Fax: 416-943-3300**
**First-Class Mail**

Jay Carganini, Esq.
Joseph Pasquariello, Esq.
Goodmans LLP
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON M5H 2S7
**Fax: 416-979-1234**
**First-Class Mail**

Pat Tinker, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801
**Hand Deliver**

#14374437 v1