IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X
                                                         :
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
                            Debtors.                     :   Jointly Administered
                                                         :
                                                         :   **Re: D.I. 5539**
                                                         :
-------------------------------------------------------- X

### NOTICE OF FILING VERIFICATION OF JAMES E. SCOTT IN SUPPORT OF ELEVENTH INTERIM APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR PERIOD OF FEBRUARY 1, 2011 THROUGH APRIL 30, 2011

**PLEASE TAKE NOTICE** that on May 31, 2011, the Ernst & Young LLP filed the *Eleventh Interim Application of Ernst & Young LLP For Allowance of Compensation For Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for Period of February 1, 2011 Through April 30, 2011* (D.I. 5539).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is the *Verification of James E. Scott in support of Eleventh Interim Application of Ernst & Young LLP For Allowance of Compensation For Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for Period of February 1, 2011 Through April 30, 2011.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: June 6, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors-in-Possession*

4120180.2