<u>EXHIBIT A</u>

Scott Verification

## VERIFICATION

STATE OF NORTH CAROLINA     )
                            ) SS:
COUNTY OF WAKE              )

James E. Scott, after being duly sworn according to law, deposes and says:

a) I am a Partner with the applicant firm, Ernst & Young LLP.

b) I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

*James E. Scott*
James E. Scott
Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this 3 day of ~~May~~ June, 2011.

*Donna L. Wright*
Notary Public
My Commission Expires: 3/17/2015

[Notary Seal: DONNA L. WRIGHT, NOTARY PUBLIC, WAKE COUNTY, NC]

DETR_1605197 1