IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Dkt. Ref. No. 5202, 5359, 5362 and 5363 |
| | ) | |
| | ) | Hearing Date:  June 30, 2011 at 10:00 a.m. |

### OBJECTION AND RESERVATION OF RIGHTS OF THOMAS & BETTS MANUFACTURING, INC. AND ITS AFFILIATES TO ANY PROPOSED REJECTION OF PATENT OR OTHER LICENSES, AND CONDITIONAL NOTICE OF ELECTION TO RETAIN INTELLECTUAL PROPERTY RIGHTS LICENSED TO THOMAS & BETTS MANUFACTURING, INC., OR ITS AFFILIATES, PURSUANT TO 11 U.S.C. § 365(n)(1)(B)

Thomas & Betts Manufacturing, Inc. and its affiliates (collectively, "T&B") hereby file this objection and reservation of rights (the "Objection and Reservation") to any proposed rejection of patent and other licenses that have been, or may have been, granted to T&B by the Debtors in connection with the proposed sale of certain patents and related assets to Ranger, Inc., an affiliate of Google, Inc. ("Google") or any third party, and provides this conditional Notice of Election pursuant to Section 365(n)(1)(B) of the Bankruptcy Code, to retain T&B's rights under any such licenses in the event that there are any licenses granted to T&B that are to be rejected. In support hereof, T&B states as follows:

1. In the Debtors' pending sale motion (D.I. 5202) (the "Sale Motion"), the Debtors propose to sell certain patents and related assets to Ranger, Inc., an affiliate of Google.

2. Throughout the Sale Motion are numerous references to the Debtors' intent to sell the assets subject to various Commercial Licenses, Outbound License Agreements and Cross-

3262423/1

License Agreements (as defined in the Sale Motion and associated Asset Purchase Agreement). The Debtors intend, however, to reject all Unknown Licenses pursuant to 11 U.S.C. § 365.

3. On May 2, 2011, the Debtors filed their Joint Notice of (I) Sale of Certain Patents Subject to Certain Patent Licenses and (II) Rejection of Patent Licenses (D.I. 5363) and their Join Notice of (I) Solicitation of Initial Bids,; (II) Public Auction and Sale Hearing; (III) Rejection of Certain Patent Licenses; and (IV) Related Relief and Dates (D.I. 5362) noting their intent to reject certain licenses (the "Rejection Notices").

4. As of the filing of this Objection and Reservation, T&B does not know whether it has been granted any licenses that would be affected by the proposed sale or any proposed rejection, and has not been informed by the Debtors of any such licenses.

5. Moreover, based upon the numerous definitions contained in the Sale Motion and Asset Purchase Agreement and the Rejection Notices, and the dearth of schedules concerning the same, T&B cannot determine with any clarity whether any of its rights will be affected by the proposed sale, and T&B therefore objects to such lack of notice.

6. Accordingly, out of an abundance of caution, T&B hereby objects to the rejection of any licenses it may have been granted by the Debtors, if any, and gives notice of its election to retain all its rights, if any, under any rejected license, pursuant to 11 U.S.C. § 365(n)(1)(B).

[Remainder of Page Left Intentionally Blank]

|  |  |
|---|---|
| Dated: June 6, 2011 | Respectfully submitted,<br><br>MORRIS JAMES LLP<br><br>_____<br>Brett D. Fallon (DE Bar No. 2480)<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Courtney R. Bookout (DE Bar No. 5432)<br>500 Delaware Ave., Suite 1500<br>P. O. Box 2306<br>Wilmington, DE  19899-2306<br>Telephone:  (302) 888-6800<br>Facsimile:  (302) 571-1750<br>Email: bfallon@morrisjames.com<br>           ckunz@morrisjames.com<br>           cbookout@morrisjames.com |