IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------- x | | |

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, Jamie Dawson, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 6, 2011, I caused to be served:

**OBJECTION AND RESERVATION OF RIGHTS OF
THOMAS & BETTS MANUFACTURING, INC. AND ITS AFFILIATES TO
ANY PROPOSED REJECTION OF PATENT OR OTHER LICENSES, AND
CONDITIONAL NOTICE OF ELECTION TO RETAIN
INTELLECTUAL PROPERTY RIGHTS LICENSED TO THOMAS & BETTS
MANUFACTURING, INC., OR ITS AFFILIATES,
PURSUANT TO 11 U.S.C. § 365 (n)(1)(B)**

Service was completed upon the parties on the attached Service List via facsimile.

Dated: June 6, 2011

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 6th day of June, 2011.

_____
Notary
My Commission Expires: _____

Jeffrey Waxman
Attorney at Law
Notary Public State of Delaware
My Commission has No Expiration Date
29 Del C §4323(a)(3)

## SERVICE LIST:

**Counsel to the U.S. Debtors:**

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006
Fax: (212) 225-3999 (Attn: James L. Bromley and Lisa M. Schweitzer)

Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801
Fax: (302) 658-3989 (Attn: Derek C. Abbott)

**Counsel to Ranger Inc.:**

Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019
Fax: (212) 403-2000 (Attn: Philip Mindlin, Adam O. Emmerich and Benjamin M. Roth)

Torys LLP 79 Wellington Street West, Suite 3000, Box 270, TD Centre, Toronto, Ontario, M5K 1N2
Fax: (416) 865-7380 (Attn: Michael Rotsztain and Adam Slavens)

**Counsel to the Official Committee of Unsecured Creditors:**

Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036
Fax: (212) 872-1002 (Attn: Fred Hodara, Stephen Kuhn and Kenneth Davis)

Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801
Fax:: (302) 651-7701 (Attn: Christopher M. Samis)

**Counsel to the Bondholder Group:**

Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10005
Fax: (212) 822-5735 (Attn: Roland Hlawaty)

**Counsel to the Canadian Debtors:**

Ogilvy Renault LLP, Royal Bank Plaza, South Tower, Suite 3800, 200 Bay Street, Toronto, Ontario, Canada
Fax: (416) 216-3930 (Attn: Jennifer Stam)

**The Monitor:**

Ernst & Young Tower, 222 Bay Street, P. O. Box 251, Toronto, ON M5K 1J7 Canada
Fax: (416) 943-3300 (Attn: Sharon Hamilton)

**Counsel to the Monitor:**

Goodmans LLP, Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7
Fax: (416) 979-1234 (Attn: J.A. Carfagnini and Joseph Pasquariello)


**Office of the United States Trustee:**

844 King Street, Suite 2207, Wilmington, Delaware 19801
Fax: (302) 573-6497 (Attn: Patrick Tinker)