**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered)<br>RE: D.I. 5609 |
| Nortel Networks Inc. v. Accton Technology Corporation | 10-55911<br><br>RE: D.I. 20 |
| Nortel Networks (CALA) Inc. v. Empresa de Telecommunications de Bogota S.A. | 10-55927<br><br>RE: D.I. 15 |
| Nortel Networks Inc. v. Ian Martin Limited et al | 10-55929<br><br>RE: D.I. 31 |
| Nortel Networks Inc. v. Media5 Corporation | 10-55917<br><br>RE: D.I. 18 |
| Nortel Networks Inc. v. Oclaro Technology Ltd. et al | 10-55919<br><br>RE: D.I. 25 |
| Nortel Networks Inc. v. OrangeFrance | 10-55920<br><br>RE: D.I. 16 |
| Nortel Networks Inc. v. Prime Carrier Ltd. | 10-55921 |

---

[1] The Debtors in the Chapter 11 cases are:  Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc.  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

|  | RE: D.I. 17 |
| --- | --- |
| Nortel Networks Inc. v. TECOM Co., LTD. | 10-55924 |
|  | RE: D.I.16 |
| Nortel Networks Inc. v. Thomas & Betts Limited | 10-55940 |
|  | RE: D.I.18 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 6, 2011, a copy of the **Notice of Amended Agenda of Matters Scheduled for Hearing on June 7, 2011 at 9:30 A.M. (ET)** was served in the manner indicated upon the entities identified on the attached service list.

Dated: June 7, 2011
    Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

4125715.3

*Counsel for the Debtors and Debtors in Possession*

**Via Fax**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
FAX: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
FAX: 212-872-1002

Michael R. Lastowski (No. 3892)
Sommer L. Ross (No. 4598)
DUANE MORRIS, LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
FAX: (302) 657-4901

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Charlene D. Davis
Justin Alberto
Bayard
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
FAX: (302) 658-6395

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
Brian E. O'Connor
Sameer Advani
Weston T. Eguchi
787 Seventh Avenue
New York, New York 10019
FAX: (212) 728-8111

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
FAX: 302-652-4400

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
FAX: 213-892-4763

LATHAM & WATKINS LLP
Robert J. Rosenberg
Michael J. Riela
885 Third Avenue, Suite 1000
New York, New York 10022
FAX: (212) 751-4864

James L. Johnson
Wharton Aldhizer & Weaver PLC
The American Hotel
125 South Augusta Street
Suite 2000
Staunton, VA 24401
FAX: 540-213-0390
Bruce Jameson
Prickett Jones & Elliott, P.A.
1310 King St.

Wilmington, DE 19899
FAX: 302-658-8111

Brian Trust
Mayer Brown LLP
1675 Broadway
New York, NY 10019
FAX: 212-262-1910

Avi D. Pelossof
Zellermayer Pelossof & Co.
20 Lincoln Street
Tel Aviv 67131
Israel
FAX: 972-3-6255500

Koskie Minsky LLP
Susan Philpott
Mark Zigler
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3
Canada
FAX:  416-977-3316

McCarthy Tetrault LLP
James D. Gage
Barbara J. Boake
Ryan Stabile
66 Wellington Street, Suite 5300, TD Bank Tower
Toronto, ON M5K 1E6
Canada
FAX: 416-868-0673

Paliare Roland Rosenberg Rothstein LLP
 Attn: Lily Harmer
 Attn: Jessica Latimer
 Attn: Kenneth T. Rosenberg
 Attn: Massimo (Max)
 Starnino
 250 University Avenue
 Suite 501
 Toronto, ON M5H 3E5
Canada
FAX: 416.646.4301