**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re:  Docket Nos. 5617 and 5168 |
| _____ | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Timothy P. Reiley, Esquire, hereby certify that, on the 6th day June 2011, I caused a true and correct copy of (i) **OBJECTION OF QWEST CORPORATION, QWEST COMMUNICATIONS COMPANY, LLC, AND EMBARQ MANAGEMENT COMPANY TO PROPOSED REJECTION OF ANY CONTRACTS** and (ii) **NOTICE OF ELECTION OF QWEST CORPORATION, QWEST COMMUNICATIONS COMPANY, LLC, AND EMBARQ MANAGEMENT COMPANY WITH RESPECT TO REJECTION OF ANY CONTRACTS** to be served upon the addressees listed on the attached service list via facsimile.

Dated:  June 7, 2011

By:     /s/ Timothy P. Reiley_____
       Kurt F. Gwynne (No. 3951)
       Timothy P. Reiley (No. 5435)
       REED SMITH LLP
       1201 Market Street, Suite 1500
       Wilmington, DE 19801
       Phone: (302) 778-7550
       Facsimile: (302) 778-7575

       Counsel for Qwest Corporation, Qwest
       Communications Company, LLC, and Embarq
       Management Company

**<u>Service List</u>**

Milbank, Tweed, Hadley & McCloy LLP
Attn: Roland Hlawaty, Esq.
One Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5735

Office of the U.S. Trustee
Attn: Patrick Tinker, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Fax: (302) 573-6497

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989

Ogilvy Renault LLP
Attn: Jennifer Stam, Esq.
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario
CANADA
Fax: (416) 216-3930

Goodmans LLP
Attn: Jay Carfagnini, Esq.
Joseph Pasquariello, Esq.
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7
CANADA
Fax: (416) 979-1234

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
1 Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Richards Layton & Finger PA Attn:
Christopher M. Samis, Esq. One
Rodney Square
920 North King Street
Wilmington, DE 19801
Fax: (302) 651-7701

Akin Gump Strauss Hauer & Feld LLP
Attn: Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002

Wachtel1 Lipton Rosen & Katz
Attn: Philip Mindlin, Esq.
Adam O. Emmerich, Esq.
Benjamin M. Roth, Esq.
51 West 52nd Street
New York, NY 10019
Fax: (212) 403-2000

Torys LLP
Attn: Michael Rotsztain, Esq.
Adam Slavens, Esq.
79 Wellington Street West
Suite 3000, Box 270
TD Centre
Toronto, Ontario M5K 1N2
CANADA
Fax: (416) 865-7380