**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------X
|  |  |
|---|---|
|  | : |
| In re | : |
|  | : |
| Nortel Networks Inc., *et al.*,[1] | : |
|  | : |
| Debtors. | |

------------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered
Re: D. I. 5559, 5560 & 5568

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 7, 2011, copies of the **(i) Declaration of George Reichert in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5559, Filed 6/1/11); (ii) Supplemental Declaration of Stephen Kenkel in Support of Debtors' Reply in Further Support of Their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5560, Filed 6/1/11); and (iii) Debtors' Motion for Entry of an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees (D.I. 5568, Filed 6/2/11)** were served in the manner indicated upon the entities identified on the attached service list.

Dated:  June 7, 2011
       Wilmington, Delaware

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    James L. Bromley (admitted pro hac vice)
                    Lisa M. Schweitzer (admitted pro hac vice)
                    One Liberty Plaza
                    New York, NY 10006
                    Telephone: (212) 225-2000
                    Facsimile: (212) 225-3999

                    and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Alissa T. Gazze*_____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

4168215.1

Counsel for the Debtors and Debtors in Possession

**Via Overnight Mail**

Farella Braun + Martel LLP
Dean Gloster
Gary Kaplan
235 Montgomery St., 18th Floor
San Francisco, CA 94104