# EXHIBIT G

**2520042390817**

## STATEMENT AS REQUIRED BY DEPARTMENT OF LABOR
## REGULATION SECTION 2520.104-23
## FOR AN UNFUNDED PLAN MAINTAINED BY AN EMPLOYER
## FOR A SELECT GROUP OF MANAGEMENT OR HIGHLY COMPENSATED EMPLOYEES

The undersigned Administrator of the Nortel Networks U.S. Deferred Compensation Plan, which is an unfunded plan maintained by Nortel Networks Inc. for a select group of management and highly compensated employees of companies that are members of a controlled group of corporations with Nortel Networks Inc., hereby files this Statement as an alternative method of compliance with the reporting and disclosure requirements of Part 1 of Title I of the Employee Retirement Income Security Act of 1974 as permitted by Regulation Section 2520.104-23 of the Department of Labor.

1.  Name of Employer:                Nortel Networks Inc.

2.  Address of Employer:             200 Athens Way
                                     Nashville, Tennessee  37212
                                     ATTN: Corporate Benefits Dept.

3.  Employer ID No.:                 04-2486332

4.  The Administrator hereby declares that the Employer maintains the Plan for the purpose of providing deferred compensation of a select group of management or highly compensated employees.

5.  Number of Such Plans:            One

6.  Number of Employees Participating in this Plan:      494

7.  Plan placed into effect January 1, 2000

PLAN ADMINISTRATOR

Nortel Networks Inc.

By: _Paula Holder_____
    Director of Benefits

Date: _4-28-00_____

# EXHIBIT G



How the world shares ideas.

**To:**        **Eligible US Employees**

**From:**      **Martin Cozyn, Global Compensation and Benefits**

**Date:**      **November 3, 1999**

**Re:**        **Nortel Networks U.S. Deferred Compensation Plan**

As part of the overall evolution of financial rewards at Nortel Networks, we are introducing a new Deferred Compensation Plan for highly compensated employees in the U.S. The new plan provides a means of deferring income and enjoying the investment return earned on pre-tax dollars from benchmark investment vehicles. Deferrals and growth on those deferrals are sheltered from current tax until they are withdrawn from the plan. The new plan is modeled on the Bay Networks Deferred Compensation Plan, and replaces both that plan and the Northern Telecom SMIAP and EMIP Deferral Plan. Eligibility is based on level of compensation.

**Based on your total projected income for 2000, you are eligible to participate in the plan. If you wish to participate, you must enroll by December 13, 1999.**

The plan allows you to defer income and enjoy tax advantages on your deferrals and their investment earnings until they are paid to you. It is flexible enough to meet a variety of personal financial goals – to retire early, to get kids through college, to increase net worth through tax deferred investing, and so on. There are risks associated with this plan and those risks are explained in the enrollment materials.

If you decide to participate, deferrals of your pay will begin with the first paycheck you receive in January 2000 and continue through your last paycheck in December 2000. Bonus payments scheduled before July 1, 2000 are not eligible to be deferred in this plan year. Subsequent annual open enrollments will typically take place in November and December.

**Plan Highlights**
✓  You may defer and save up to 80% of your pre-tax annual base salary. You may also defer up to 95% of your commission and/or formal incentive bonus income (but not bonuses paid before July 1, 2000)

✓  You can choose from a diverse selection of 41 benchmark investment options

✓  You may change your investment selections monthly

✓  You may receive distributions under specified conditions while still employed at Nortel Networks

✓  You may choose lump sum or quarterly distributions upon termination, based upon advance election and meeting certain qualifications

**What's Inside?**
This comprehensive package of enrollment materials will assist you in understanding how this plan will complement your financial savings goals. Included in the package are:
- A plan information booklet;
- A fund highlights booklet and historical performance information;
- A CD-ROM with an income replacement calculation spreadsheet and a slide presentation of the plan;
- All the forms necessary to enroll in the plan:
  - Plan Year 2000 Deferral Election Form
  - Investment Allocation Form
  - Distribution Election Form
  - Beneficiary Election Form
  - Life Insurance consent form
  - Participant Data Sheet
- A pre-addressed envelope for returning your forms to the Plan Administrator, TBG Financial.

**Deadline**
To participate in the plan during the 2000 Plan year, **your enrollment forms must be received by TBG Financial, the Plan Administrator, in Los Angeles by December 13, 1999.**

**-over**

*Jan 2000 Cvr Ltr - Newly Elig (Final-JJ.doc/n*

NNI-00003158

# EXHIBIT G

**Want More Information?**
Corporate Benefits will be hosting informational meetings about the plan during the month of November. These 1 hour meetings will be presented in Nortel Networks offices with audio and video links to remote locations. See the table below for time, place and dial-in information.

If you have any eligibility or process questions, please call the North American Info Center at ESN 352-4636 (external 800-676-4636). You can obtain specific information related to the Deferred Compensation Plan design, investment offerings including fund prospectuses, and account balance information directly from the Plan Administrator, TBG Financial, by calling 800-824-0040.

## Meeting Schedule

| DATE | PLACE/ROOM | TIME |
|---|---|---|
| Monday and Tuesday<br>November 15 and 16, 1999 | **Richardson, TX**<br>HR Conference Room<br>10th Floor, Tower | 9:00 am (CST)<br>**12:00 noon (CST)\***<br>(both days) |
| Wednesday<br>November 17, 1999 | **Atlanta, GA**<br>Fair Oaks Room<br>3rd Floor, Vision | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Thursday<br>November 18, 1999 | **Raleigh, NC**<br>Mahogany Room<br>Column F-12, NT Plaza | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Friday<br>November 19, 1999 | **Raleigh, NC**<br>Boxwood Room<br>Column W7/2, Gateway | 9:00 am (EST)<br>**12:00 noon (EST)\*** |
| Tuesday<br>November 30, 1999 | **Santa Clara, CA**<br>Astra Board Room<br>SC2-03<br>**Billerica, MA (video link)**<br>Board Room<br>BL60-4C22 | 9:00 am (PST)<br>**12:00 noon (PST)\***<br><br>12:00 noon (EST)<br>**3:00 pm (EST)\*** |

**\*These meetings may be attended via audio link.** There will be 30 ports available for each call. The slide presentation which will be used during these meetings is included on the CD-ROM in this enrollment package. The dial-in information for every call is:
>     ESN 460-6338
>     External 972-685-6338
>     Passcode 843693#

Please note, plan representatives will be available to answer your questions informally in the meeting rooms between the scheduled meetings.

*Jan 2000 Cvr Ltr - Newly Elig (Final-J).doc/n*

NNI-00003159

# EXHIBIT G

| | |
|---|---|
| **From:** | Cozyn, Martin [NC2:8997:EXCH] |
| **Sent:** | Monday, September 24, 2001 2:02 PM |
| **To:** | Lorimer, Debbie [NASH:8426:EXCH] |
| **Cc:** | Holden, Paula [NCRTP:8426:EXCH] |
| **Subject:** | FW: Deferred Compensation |

**Sensitivity:**      Private

Debbie,

Can we distinguish in the plan the difference between a chapter 11 and a chapter 7 bankruptcy? The questions are getting more specific. Also, can you prepare a stand by statement to participants that is factually correct without causing undue alarm with the FAQ response to "What happens to my account in the event of bankruptcy"?

Both Bill and I would like to have that handy. In the next day or two would be great.

Thanks
M.

-----Original Message-----

| | |
|---|---|
| **From:** | Lorimer, Debbie [NASH:8426:EXCH] |
| **Sent:** | Wednesday, September 05, 2001 9:10 AM |
| **To:** | Cozyn, Martin [NC2:8997:EXCH]; Holden, Paula [YRK:8426:EXCH] |
| **Cc:** | Eason, Jeff [NASH:8275:EXCH] |
| **Subject:** | RE: Deferred Compensation |
| **Sensitivity:** | Private |

Morning all!  The deferred compensation and the investment earnings are held within a Corporate owned asset - the Rabbi Trust.  The trust protects plan assets in the event of a change of control in ownership or mgmt.  The trust also partitions plan assets so that they may not be used for any purpose other than to pay the promised benefit to Plan participants.  However, in the event of NN's bankruptcy or insolvency, the plan assets held within the trust are treated like all other corporate assets and are subject to the claims of NN creditors.

This is one of the risks that is associated with participating in the plan and is clearly documented in the summary and legal plan docs.  Jeff, I have seen a considerable increase in these types of questions in recent months as well -- even to the point of having some ask for a letter guaranteeing them that their funds are secure in the event of bankruptcy, which of course, I can't provide.  We have also seen an increase in the number of people revoking their deferrals this year.  If you want to direct questions to me in the future, feel free.

Let me know if you have any other questions that I can help you with.

*Regards,*

*Debbie Lorimer*

**Global Benefits**
**ESN: 222-4281**
**External: 615-432-4281**
**Fax: 615-754-9068**
**Email: dlorimer@nortelnetworks.com**

-----Original Message-----

| | |
|---|---|
| **From:** | Cozyn, Martin [NC2:8997:EXCH] |
| **Sent:** | Wednesday, September 05, 2001 6:41 AM |
| **To:** | Holden, Paula [YRK:8426:EXCH]; Lorimer, Debbie [NASH:8426:EXCH] |
| **Cc:** | Eason, Jeff [NASH:8275:EXCH] |
| **Subject:** | FW: Deferred Compensation |
| **Sensitivity:** | Private |

# EXHIBIT G

Paula & Debbie,
Jeff asks a good question. My understanding of a Rabbi trust is that the assets are separate from Nortel's operating cash and do represent some form of protection from creditors in the event of chapter 11, 13, 7, etc. Could you clarify for us.
Thanks
M.

-----Original Message-----
**From:**        Eason, Jeff [NASH:8275:EXCH]
**Sent:**        Tuesday, September 04, 2001 3:44 PM
**To:**          Cozyn, Martin [NC2:8997:EXCH]
**Subject:**     Deferred Compensation
**Sensitivity:** Private

Martin-I hope this finds you doing well. I trust you stayed away from the North Carolina beach this weekend-sounds a bit dangerous.

I am receiving regular inquiries of increasing frequency regarding the safety of the deferred comp plan. I heard last week that we have undertaken some measure to reassure participants by securing some type of protection or "insurance" in the unlikely event of some type of financial disaster.

Do you know anything about this or is it another rumor?

Jeff Eason
Human Resources
ESN 222-4134
External Telephone 615-432-4134
Fax ESN (413)-702-5811
WJEason@NortelNetworks.com

NNI-00003922

# EXHIBIT G

From: Amy Vukovitz [avukovitz@tbgfinancial.com]
Sent: Tuesday, February 27, 2001 12:35 PM
To: Lorimer, Debbie [NASH:8426:EXCH]
Cc: Noel Reemtsen; Teresa Panlener
Subject: RE: Nortel - Quarterly Enrollment


Hi Debbie -

There are an estimated 195 new eligibles for the quarter. Teresa will be providing you with a file shortly and we will pay special attention to the expats (experience really is the best teacher!). Let me know if you feel that we should proceed with teleconferences or if you would like to use the transcript/playback from one of the December conferences.

It will not be a problem to have you do a participant test. We are finalizing internal testing so once that is complete we will provide you with information on how you can test the system as well.

Thanks!



Amy Vukovitz
TBG Financial
avukovitz@tbgfinancial.com
Tel (408) 392-0231 x.12
Fax (408) 392-0237


>>> "Debbie Lorimer" <dlorimer@nortelnetworks.com> 02/26/01 02:37PM >>>
Hi Amy! My how time flies! I can't believe its that time again already.

To answer your question, based on response last time and the issues it
created from a distribution perspective, I don't think we will use the
enrollment teaser this time, so no updates need to be made on it.

In terms of whether we do teleconferences or not, it will depend on the
number of newly eligible we have. Do you have an eligibility file yet and
if so, when can you send so I can see numbers and get internal email
addresses set up for everyone. Once I see the number of eligibles, I'll
decide whether we should pursue the teleconferences. Depending on numbers,
we might only do one or two, particularly in light of all the other things I
have going on at the moment. We could always have the calls transcribed and
playback available so that ones that miss it can access via audio playback
or by my sending them the transcript of the call. That would save us some
time.

In terms of the on-line enrollment, would it be possible for me to access a
test system that you have in place just so that I can be familiar with the

# EXHIBIT G

process of enrolling. If so, I would like to take a run thru it and assuming it is very intuitive, I would have no issue with allowing our ees to be beta testers as long as we include that info in our communications going out to them.

We also need to check the eligible list for expats that may be oversees. If we have any of those we need to take special steps to ensure they receive their packages more timely than before.

Let me know if you need anything else!
Thanks for getting things organized on this!


Regards,
Debbie Lorimer
Corporate Benefits
ESN: 222-4281
External: 615-432-4281
Fax: 615-754-9068
Email: dlorimer@nortelnetworks.com


-----Original Message-----
From: Amy Vukovitz [mailto:avukovitz@tbgfinancial.com]
Sent: Monday, February 26, 2001 3:12 PM
To: Lorimer, Debbie [NASH:8426:EXCH]
Cc: Noel Reemtsen; Teresa Panlener
Subject: Nortel - Quarterly Enrollment


Hi Debbie -

It's that time of the quarter again! Attached, please find a time line for the 4/1 enrollments. Please let me know if you have any feedback. I have also attached a copy of the teaser, please let me know if you would like it to be updated to be sent to participants. Also, let me know if you would like to do any teleconferences for quarterly enrollment.

The booklets will be the same for the quarter. I will send you copies of the enrollment forms for your review, although there are only minor changes (which I will outline when I send the forms to you).

We are making online enrollment available again for your group this quarter if you would like this option. One issue that I would like to address, is that the technology for off-cycle enrollments is quite cutting edge. This quarter (4/1) is the first time that TBG is permitting our clients to allow for off-cycle enrollments. Hence, although we do not foresee any issues with the enrollment, we do consider clients who choose to allow their

# EXHIBIT G

participants to be enrolling online to be "beta testers" of the off cycle enrollment product. We have thoroughly tested this feature internally and feel that it should be extremely effective for those clients who wish to use it, however I wanted to ensure that you were aware of the new nature of this service and determine if you deemed that to be appropriate for your group.

Thanks!

Amy Vukovitz
TBG Financial
avukovitz@tbgfinancial.com
Tel (408) 392-0231 x.12
Fax (408) 392-0237

NNI-00020833

# EXHIBIT G

From: Amy Vukovitz [AVukovitz@tbgfinancial.com]
Sent: Friday, March 15, 2002 3:46 PM
To: Lorimer, Debbie [NASH:8426:EXCH]
Subject: Nortel - Enrollment Forms


Hi Debbie -

I am not sure if you ever received the full set of forms from us, since we were having so many email problems during the time that I sent this information to you.

Attached are the Current Forms. We divide participants into two categories: Eligible (never before participated in the Plan) and Participant (have previously participated in the Plan). Mostly during off-cycle enrollments (i.e. enrollments other than "open" enrollment), we have only Eligibles, however occasionally we have a Participant or two who (for whatever reason), participated in the Plan at one point in time, but was not eligible for the most recent open enrollment. For 4/1/2002, we only have "Eligibles", however I will detail each form to inform you of what types of individuals would normally receive what style of Form.

Enrollment Forms:
1. Deferral Election Form (for Plan Entry 4/1/2002) - 64-5589-PY02-def-no bonus.pdf - For both Eligibles and Participants. This Election Form is *different* from the one that we used during open enrollment since it does not permit the deferral of mid year 2002 bonus.
2. Distribution Election Form - 64-5589-PY02-dist.pdf - For both Eligibles and Participants. This is the same form as we use for open enrollment.
3. Investment Election Form - 64-5589-PY02-ief-2pg.pdf - For Eligibles only. This form is a bit different from the one used during open enrollment as Nationwide had changed the names of some of their funds in January of 2002.
4. Investment Election Change Form - 64-5589-PY02-iecf-2pg.pdf - For Participants only. This form is a bit different from the one used during open enrollment as Nationwide had changed the names of some of their funds in January of 2002.
5. Beneficiary Designation Form - 64-5589-bene.pdf - This is for Eligibles only and is the same form we used for open enrollment

Please do not hesitate to contact me should you have any questions or require any additional information.

Have a great weekend!


Amy Vukovitz
TBG Financial
226 Airport Parkway, Suite 520
San Jose, CA  95110
Tel 408.392.0231 x.12
Fax 408.392.0237
Mobile 408.315.6735
Email avukovitz@tbgfinancial.com

NNI-00021310