# EXHIBIT H

## In re Nortel Networks Inc., No. 09-10138 (Bankr. D. Del.), Cleary Gottlieb

| Filename | # | Document Type/ Format | Date | Time |
|---|---|---|---|---|
| RE US Deferred Compensation Plan.rtf | 1 | Email | 11/29/2010 | 1:25PM |
| FW TBG Services AGreement.rtf | 2 | fwd: Email attachment | 1/15/2003 | 4:25PM |
| RE TBG Services AGreement.rtf | 3 | Email and attachment | 1/10/2003 | 1:25PM |
| Your concerns address...next steps. RE TBG Services AGreement PN 144-03.rtf | 4 | Email and attachment | 1/16/2003 | 8:18AM |
| FW Nortel Networks U.S. Deferred Compensation---.htm | 5 | Email | 10/20/2006 | 2:07PM |
| RE Nortel Networks U.S. Deferred Compensation--.htm | 6 | Email | 10/20/2006 | 12:22PM |
| RE Nortel Networks U.S. Deferred Compensation.htm | 7 | Email | 10/17/2006 | 7:31AM |
| FW CHRC - DCP approved  Next CHRC.htm | 8 | Email | 11/14/2006 | 10:05AM |
| FW CHRC - DCP approved  Next CHRC.htm | 9 | Email | 11/15/2006 | 2:11PM |

# EXHIBIT H

| | | | |
|---|---|---|---|
| FW Deferred Comp Question.rtf | 10 | Email | 2/10/2009 4:08PM |
| RE CHRC - DCP approved Next CHRC.htm | 11 | Email | 11/15/2006 2:15PM |
| RE Deferred Comp Question.txt | 12 | Email | 1/30/2009 7:33AM |
| URGENT - DC Question DL.rtf | 13 | Email | 1/29/2009 8:40AM |
| RE Nortel Networks U.S. Deferred Compensation------.htm | 14 | email | 9/29/2006 2:39PM |

# EXHIBIT H

**Steen & Hamilton LLP First Privilege Log, documents produced through May 27, 2**

| General Subject Matter | Author | To | CC | BCC | Privilge Claim |
|---|---|---|---|---|---|
| Deferred Compensation Plan | Hillis, Ruth | Lorimer, Debbie | | | Attorney-Client; Work Product |
| Edits to TBG Service Agreement | Hillis, Ruth | Haas, Joy | Lorimer, Debbie | | Attorney-Client; Work Product |
| Edits to TBG Service Agreement | Hass, Joy | Debbie Lorimer | Ruth Hillis | | Attorney-Client; Work Product |
| Edits to TBG Service Agreement | Hass, Joy | Hillis, Ruth; Debbie, Lorimer | | | Attorney-Client; Work Product |
| Deferred Compensation Plan | Hillis, Ruth | Crowder, Norma | Lorimer, Debbie | | Attorney-Client; Work Product |
| Drafting Deferred Compensation Plan Agreement | Crowder, Norma | Hillis, Ruth; Debbie, Lorimer | | | Attorney-Client; Work Product |
| Deferred Compensation Plan | Crowder, Norma | Hillis, Ruth; Debbie, Lorimer | | | Attorney-Client; Work Product |
| Deferred Compensation Plan | Crowder, Norma | Hillis, Ruth; Debbie, Lorimer | | | Attorney-Client; Work Product |
| Deferred Compensation Plan | Lorimer, Debbie | Hillis, Ruth; Debbie, Lorimer | | | Attorney-Client |

# EXHIBIT H

| | | | | |
|---|---|---|---|---|
| Deferred Compensation Plan | Lorimer, Debbie | Beed, Richard | | Attorney-Client |
| Deferred Compensation Plan | Hillis, Ruth | Lorimer, Debbie | | Attorney-Client |
| Deferred Compensation Distributions | Lorimer, Debbie | Ray, Daniel; Poos, Johannus; Beed, Richard | Gilbert, Catherine | Attorney-Client |
| Deferred Compensation Plan Question | Lorimer, Debbie | Knapp, Bill; Hillis, Ruth | | Attorney-Client |
| Deferred Compensation Plan | Hillis, Ruth | Crowder, Norma | Lorimer, Debbie | Attorney-Client |

011

| Nature of Privilege |
|---|
| Counsel comments on document draft |
| Response to request for advice by counsel |
| Counsel comments on document draft and discussion of comments |
| Revised document provided to counsel for comments |
| Response to request for advice by counsel |
| Revised document provided to counsel for comments |
| Counsel comments on document draft and discussion of comments |
| Discussion with counsel |
| Request for advice from counsel |

**EXHIBIT H**

Discussion of legal advice

Counsel response to legal question

Discussion/forwarding of legal advice from Cleary.

Request for advice from counsel

Counsel discussion of reviewed documents and response to request for advice