# EXHIBIT I

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | FRANKFURT |
| PARIS | NEW YORK, NY 10006-1470 | COLOGNE |
| | (212) 225-2000 | ROME |
| BRUSSELS | FACSIMILE (212) 225-3999 | MILAN |
| LONDON | WWW.CLEARYGOTTLIEB.COM | HONG KONG |
| MOSCOW | Writer's Direct Dial +1 212 225 2895<br>E-Mail: tbritt@cgsh.com | BEIJING |

May 20, 2011

Daniel J. Murphy, Esq.
Bernstein Shur
P.O. Box 9729
100 Middle Street
Portland, ME 04104-5029

Dear Dan:

   Enclosed please find an eighth production of documents bearing bates numbers NNI-00021654 through NNI-00036574 in response to the First Set of Interrogatories and Request for Production of Documents of Robert Horne, James Young, and the Ad Hoc Group of beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan Addressed to Debtors, dated February 16, 2011 (the "Requests") served on Cleary Gottlieb Steen & Hamilton LLP, restructuring counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors").[1]

   We are making this production with a full reservation of rights and without prejudice to all objections and defenses we may have to the Requests. Additionally, the enclosed documents and data are confidential, and until a confidentiality stipulation is agreed upon and/or a protective order entered, pursuant to Delaware Bankruptcy Court Local Rule 9018-1(d), disclosure of such documents shall be limited to members and employees of your law firm and Ms. Fatell's law firm, who are under an obligation to keep such documents confidential and to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

use them only for purposes of the motion and objection at issue. Please note further that we have designated certain documents "Attorneys' eyes only" to be treated as such in the event that a confidentiality stipulation and/or protective order is entered.

Included in our production at Bates numbers NNI-00021654 through NNI-00036154 are documents responsive to Interrogatories 5 through 9 and Interrogatory 12, with respect to Plan Years 2002 through 2008. We have enclosed an encrypted CD containing the responsive documents and the remainder of the production. In addition, as a courtesy, we have included an encrypted CD containing the aforementioned lists in Excel.

Following up on our production of May 6, 2011 and our conference call of May 10, 2011, we would like to clarify that Bates numbers NNI-00008783, NNI-00012868-NNI-00012949, NNI-00013135-NNI-00013151, NNI-00013152-NNI-00013188, NNI-00012950-NNI-00013011, NNI-00013012-NNI-00013134, and NNI-00013255-NNI-00013257 were, inadvertently Bates-stamped, created in connection with the Requests, produced for your convenience, and did not exist in that form at Nortel. Additionally, we are recalling certain of the aforementioned documents to correct the analysis contained therein. Please destroy or return to us the Bates-stamped versions of these documents and we will produce the same or substantially similar documents without Bates stamps.

Please feel free to call me if you have any questions or would like to discuss.

Sincerely,

Tamara J. Britt