# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.,* | Case No. 09-10138 (KG) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF ROBERT HORNE, JAMES YOUNG, AND THE *AD HOC* GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS**

This Court having considered the Motion of Robert Horne ("Horne"), James Young ("Young") and the *Ad Hoc* Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (collectively, the "Beneficiaries") pursuant to Fed. R. Banrkr. 9014(c), 7033, 7034, 7037(a) and Fed. R. Civ. P. 33, 34, and 37(a) to Compel Discovery from the Debtors in the above-captioned matter, after appropriate notice and hearing, this Court having determined that good and adequate cause exists for granting the relief sought therein, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, as follows:

    (i)    The Debtors shall expand their search for hard copy documents and electronically stored information ("ESI") responsive to the Document Requests served by the Beneficiaries to include the records of all custodians who are likely to have documents, including ESI, responsive to the Beneficiaries' Document Requests;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

136316.01600/22028749v.1

(ii) The Debtors shall remove all "Highly Confidential - Attorney's Eyes Only" designations from all documents produced to date and re-produce those documents with the original Bates Numbers;

(iii) The Debtors shall re-produce, in un-redacted form but containing the original Bates Numbers, all documents on which the Debtors had previously redacted employee identifying information; and

(iv) The Debtors shall answer fully, completely, and under oath Interrogatories No. 5-6, 8-10, and 12-16 of the Interrogatories served by the Beneficiaries.

Dated: _____

Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge