IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Hearing Date: July 12, 2011 at 9:30 a.m.** <br> **Objection Deadline: July 5, 2011 at 4:00 p.m.** |

**NOTICE OF MOTION OF ROBERT HORNE, JAMES YOUNG, AND THE *AD HOC* GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS**

PLEASE TAKE NOTICE that on June 8, 2011, the *Ad Hoc* Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan filed the **Motion of Robert Horne, James Young, and the *Ad Hoc* Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

Any responses or objection to the Motion must be made by July 5, 2011 at 4:00 p.m. and must be served upon undersigned counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. ((3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

136316.01600/22028748v.1

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE BANKRUPTCY COURT ON JULY 12, 2011 AT 9:30 A.M.

Dated: June 8, 2011

**BLANK ROME, LLP**

/s/ Jane Ann Bee
Bonnie Glantz Fatell (No. 3809)
Jane Ann Bee (No. 5457 )
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
(302) 425-6464 (fax)
fatell@blankrome.com
bee@blankrome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**
Robert J. Keach (admitted *Pro Hac Vice*)
Paul McDonald (admitted *Pro Hac Vice*)
Daniel J. Murphy (admitted *Pro Hac Vice*)
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Telecopier: (207) 774-1127
Email: rkeach@bernsteinshur.com
       pmcdonald@bernsteinshur.com
       dmurphy@bernsteinshur.com