# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 07, 2011 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS - JOINT HEARING W/CANADA  -  Allocation;  Pretrial Conference in various Adversaries: 10-55911, 10-55927, 10-55929, 10-55917, 10-55919, 10-55920, 10-55921, 10-55924, 10-55940;

**R / M #:**   5,609 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1, #3, - Continued to 6/21/11 @ 9:30 am
#2 - Continued to 7/26/11 @ 9:30 am.
#4 -  Adjourned to date TBD
#5 - Motion is Withdrawn
#6 - CNO Filed and Order Signed
#7 - ORDER SIGNED
#8 -  Matter taken Under Advisement
#9 -  Matter taken Under Advisement
#10 -  ORDER SIGNED
#11 - ORDER SIGNED
#12 -  Matter taken Under Advisement
#13 -  This matter is scheduled for a Teleconference on 6/10/11 @ 10:30 am for a half hour only
#14 - Pretrial Conference in the following Adversaries - 10-55911; 10-55927; 10-55929; 10-55917; 10-55919; 10-55920; 10-55921; 10-55924; 10-55940;  -  ORDER SIGNED