① 

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 6/7/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Bolter | Akin Gump Strauss Hauer & Feld LLP | Official Committee of Unsecured Cred. |
| Fred Hodara | " | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Inna Rozenberg | Cleary Gottlieb Steen & Hamilton | " |
| Howard Zelbo | " | " |
| Lisa Schweitzer | " | " |
| Jeffrey Bromley | " | " |
| Deborah Boell | " | " |
| Megan Fleming | " | " |
| Ken Coleman | Allen & Overy LLP | Ernst & Young Monitor |
| Dan Guyder | " | " |
| Mona Parikh | Buchanan Ingersoll & Rooney P | |
| David Herrington | Cleary Gottlieb | Debtors |
| Megan Sccombe | " | " |
| Brian Trust | Mayer Brown LLP | North Pouch Estate & Fourth Estate Director |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 6/7/11

② 

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Vitale | Mayer Brown LLP | Nortel Brugth Estate and Joint Estate Directors |
| Nora Assarach | Cleary Gottlieb | Debtors |
| Michael Riela | Latham + Watkins LLP | Bank of New York Mellon |
| Chris Samis | Richards, Layton & Finger P.A. | Committee |
| Derek Adler | | |
| Michael Luskin | Hughes, Hubbard + Reed LLP | UK Administrators |
| Kathryn Coleman | | |
| Ashley Laurie | | |
| Ed Harron | MCST | " |
| Stephen Gale | Herbert Smith | " |
| Dr. Kevin Lloyd | " | " |
| Christoph McGee | " | " |
| Justin Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr | " " |
| Sameer Advani | Willkie Farr | " " |
| Dave Hurlson | Pachulski | Earth Estate Party |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 6/7/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom Kreller | Milbank Tweed | Bondholder Group |
| Blair Connelly | Latham + Watkins | Genband US LLC |
| Eli Kay-Oliphant | Latham + Watkins | Genband US LLC |
| Michael Lastowski | Duane Morris | Genband US LLC |
| James Tobin | Law Office James T. | Ericsson AG, Inc. and more Tel. |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 06/07/2011
Calendar Time: 09:30 AM ET

*Amended Calendar 06/07/2011 06:03 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robin Baik | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mathew M. Barnett | | Mathew M. Barnett - In Pro Per/Pro Se | Interested Party, Mathew M. Barnett / LISTEN ONLY |
| | | Nortel Networks, Inc. et al. | 09-10138 | Hearing | | Avner Ben-Gera | | Hughes Hubbard & Reed LLP (New | Representing, Joint Administrators / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robin Camp - Client | | Mayer Brown LLP | Client, Robin Camp / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Patrick Carothers | | Thorp Reed & Armstrong | Creditor, Macadamia Technology, Wynn Telecom SA, Prime Carrier Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jennifer Feldsher | | Bracewell & Giuliani - New York | Intervenor, Jennifer Feldsher / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew G. Friedman | | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Glass | | Nortel Networks, Inc. | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Tibita P. Kaneene | | DebtWire | Interested Party, Madalina Iacob / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael J. Kelly | | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael J. Kennedy | | Chilmark Partners | Representing, Nortel Networks / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mohsin Khambati | | Dewey & LeBoeuf LLP | Interested Party, Law Debenture / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Stephen Kuhn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lorenzo Marinuzzi | | Morrison & Foerster | Interested Party, Lorenzo Marinuzzi / LISTEN ONLY |

| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | Milbank, Tweed, Hadley & McCloy | Interested Party, Ad Hoc Committee / LIVE |
| --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Melanie A. McLaughlin | Milbank, Tweed, Hadley & McCloy | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Byung S. Park | Bank Of America | Interested Party, Bank of America / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Amit P. Patel | Avenue Capital | Interested Party, Avenue Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Angela Pearson | Ashurst, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ryan Polisi | Ryan Polisi - In Pro Per/Pro Se | In Propria Persona, Ryan Polisi / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Steven Robinson | Aristeia Capital | Interested Party, Aristeia Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Aaron Rosen | Archview Investment Group | Interested Party, Archview Investment Group / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jeff Rosenbaum | York Capital Management, (U.S. | Interested Party, Ad Hoc Committee of the Bond Holders / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Matt Rosenberg | Chilmark Partners | Debtor, Nortel Networks / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Dennis Ruggere | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joshua Sturm | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sina Toussi | One East Partners | Creditor, One East Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | | Wei Wang | Grantham, Mayo, Von Otterloo & Co. | Interested Party, Wei Wang / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | | Alan Bloom | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | | Rajeev Fokeer | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | | William Fry | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | | Chris Hill | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc., et al. | 4209984 | Hearing | Kevin Lloyd | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | Dan Mindel | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | Sandy Shandro | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 4209984 | Hearing | John Whiteoak | Herbert Smith | Interested Party, Joint Administrators & Foreign Reps for Nortel Networks UK Ltd. / LISTEN ONLY |

Handwritten: Akash Gupta    RBS Securities    Royal Bank Scotland