# SUPERIOR COURT OF JUSTICE

COURT FILE NO: 09-7950-00CL

DATE: Tuesday June 7, 2011

SHORT TITLE: Nortel Networks Corp.

## COUNSEL SHEETS FOR MOTION (CIVIL)

**MOVING COUNSEL NAME:**
Alan Mark
Derrick Tay
Alan Merskey
Jennifer Stam
for Nortel Networks Corp. et al
416 216 2327 (ph)
416 216 3930 (f)

F. Myers, J. Pasquariello & C. Armstrong
for Ernst & Young Inc. the Monitor
TELEPHONE: P: 416.979.2211
FAX: F: 416.979.1234

**APPEARING FOR**
S. Seigel for The Bank of New York Mellon
___ PLAINTIFF/PETITIONER/APPLICANT
___ DEFENDANT/RESPONDENT
___ OTHER--SPECIFY
ph 416 307 4063
fx 416 865 7048

**RESPONDING COUNSEL NAME:**
Mark Zigler, Andrea McKinnon
Former Disabled Employees
P 416 595 2090 (ph)
416 204 2874 (f)

G. Finlayson for NAEholder
A. Orzy           Group
R. Swan
P: 416 777 5762
F: 416 863 1716

Lily Harmer } for the
Max Starnino } Superintendent
TELEPHONE: P: 416-646-4326
FAX: F: 416-646-4336

**APPEARING FOR**
___ PLAINTIFF/PETITIONER/APPLICANT
___ DEFENDANT/RESPONDENT
___ OTHER--SPECIFY

## TYPE OF MOTION (CHECK ONE ONLY)

___ INJUNCTION
___ JUDGEMENT
___ DECLARATION
___ CONTEMPT
___ DISMISS ACTION
___ STAY PROCEEDINGS
___ ORDER TO GO

___ ATTEND EXAMINATION
___ APPEAL MASTER
___ EXPEDITE TRIAL
___ VEXATIOUS PROCEEDINGS
___ OPINION/ADVIS/DIRECTIONS
___ APPOINT OR REMOVE EXECUTOR
___ OTHER

## NATURE OF MOTION (CHECK ONE ONLY)

___ CONTESTED
___ UNOPPOSED

Alex McFarlane
Abid Qureshi
Counsel for the U.C.C
P 416-863-4582
F 416-863-4592

___ ON CONSENT
___ WITHOUT NOTICE

SUPERIOR COURT OF JUSTICE     COURT FILE NO: 09-7950

DATE: Tuesday June 7, 2011

SHORT TITLE:

Nortel Network Corp.

## COUNSEL SHEETS FOR MOTION (CIVIL)

**MOVING COUNSEL**
NAME:
R. PAUL STEEP
ELDER C. MARQUES
MCCARTHY TETRAULT LLP
COUNSEL TO MORNEAU SHEPELL
T: 416 601 7998
F: 416 868 0673

BARRY WADSWORTH
CAW-CANADA
P 416 495 3776
F 416 495 3786

Gottlieb, MP   Joint Administrators
Schnell, R   416 863 0900
Campbell   TELEPHONE: 4168630871

**RESPONDING COUNSEL**
NAME:
Bill Burden, Cassels Brock 416 ...

Lyndon Barnes   D 416 862 6679
Directors   F 416 862 666.

Andrew Gray   t: 416.865.7670
Scott Bomhof   f: 416.865.7380
- US Debtors

TELEPHONE: (416 214-5217
FAX:
Arthur O. Jacques (F) 416 214 5413
Nortel NCCE

**APPEARING FOR**
__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

**APPEARING FOR**
__ PLAINFIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

**TYPE OF MOTION (CHECK ONE ONLY)**
__ INJUNCTION
__ JUDGEMENT
__ DECLARATION
__ CONTEMPT
__ DISMISS ACTION
__ STAY PROCEEDINGS
__ ORDER TO GO

__ ATTEND EXAMINATION
_✓_ APPEAL MASTER
__ EXPEDITE TRIAL
__ VEXATIOUS PROCEEDINGS
__ OPINION/ADVIS/DIRECTIONS
__ APPOINT OR REMOVE EXECUTOR
__ OTHER

**NATURE OF MOTION (CHECK ONE ONLY)**
__ CONTESTED
__ UNOPPOSED

__ ON CONSENT
__ WITHOUT NOTICE