## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
                                                           :     Chapter 11
                                                           :
In re                                                      :     Case No. 09-10138 (KG)
                                                           :
Nortel Networks Inc., et al.,¹                             :
                                                           :
                      Debtors.                             :     Jointly Administered
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
```

### SUPPLEMENTARY AFFIDAVIT AND DISCLOSURE STATEMENT

Danielle Suh ("Affiant"), being duly sworn, deposes and says:

I am a Tax Partner of Ernst & Young Han Young, which maintains offices at Taeyoung Building, 10-2, Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea.

Ernst & Young LLP ("EY LLP") has requested, and Ernst & Young Han Young has agreed, to assist EY LLP to render the following services: 2010 Korean annual income tax return filing requirement review and 2010 Korean annual income tax return preparation for the assignees worked in Korea during 2010 under that certain Master Tax Services Agreement and expatriate tax statement of work, each dated March 1, 2011, in connection with EY LLP's retention in the above-referenced bankruptcy cases.

---

¹ The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.



In connection with its provision of services as described herein, Ernst & Young Hang Young has conducted a check to determine connections with the following entities:    (i) the Debtors and their affiliates, (ii) the U.S. Trustee for the District of Delaware, the Assistant United States Trustee, and United States Trustee Trial Attorney for Region 3 assigned to these cases, (c) the Honorable Kevin Gross, United States Bankruptcy Judge, and (d) the forty largest unsecured creditors of the Debtors as disclosed by the Debtors in these cases, as listed on <u>Exhibit 1</u> attached hereto (the "Connections Check Parties").

Based on the limited check described in the foregoing paragraph, neither Ernst & Young Han Young nor any partner, associate or other member thereof, insofar as I have been able to ascertain, has any connection with the Connections Check Parties except as set forth in this affidavit  To the extent that Ernst & Young Han Young's research of relationships with the Connections Check Parties indicated that Ernst & Young Han Young has had in the recent past, or currently has, a client relationship with such parties-in-interest, Ernst & Young Han Young has so indicated in <u>Exhibit 1</u>.  To the best of my knowledge, information and belief, formed after reasonable inquiry, none of the services to the entities set forth in Exhibit 1, hereto have been in connection with Debtors or these chapter 11 cases.  As indicated in <u>Exhibit 1</u>, Ernst & Young Han Young has provided in the past and may continue to provide services to certain non-debtor affiliates of the Debtors.

Based on the limited check described above, neither I, Ernst & Young Han Young nor any partners, associate or other members thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which Ernst & Young Han Young is to be subcontracted.

2

DETR_1652742.2

In accordance with the Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP, *Nunc Pro Tunc* to March 1, 2011, Ernst & Young Han Young will be paid by EY LLP directly for services.

I declare under penalty of perjury that the foregoing is true and correct.



_____
*Danielle Suh*
*Ernst & Young Han Young*

Sworn to before me this _____
day of _____, 2011

_____

Notary Public

3

Exhibit 1

| Category | Entity Name | No connection | Prior connection | Current connection |
|---|---|---|---|---|
| Debtors | Nortel Networks Inc. | x | | |
| | Nortel Networks Capital Corporation | x | | |
| | Alteon WebSystems, Inc. | x | | |
| | Alteon WebSystems International, Inc. | x | | |
| | Xros, Inc. | x | | |
| | Sonoma Systems | x | | |
| | Qtera Corporation | x | | |
| | CoreTek, Inc. | x | | |
| | Nortel Networks Applications Management Solutions Inc. | x | | |
| | Nortel Networks Optical Components Inc. | x | | |
| | Nortel Networks HPOCS Inc. | x | | |
| | Architel Systems (U.S.) Corporation | x | | |
| | Nortel Networks International Inc. | x | | |
| | Northern Telecom International Inc. | x | | |
| | Nortel Networks Cable Solutions Inc. | x | | |
| | Nortel Networks (CALA) Inc. | x | | |
| Non-Debtor Affiliates: | AC Technologies Inc. | x | | |
| | Alteon WebSystems AB | x | | |
| | Architel Systems (UK) Ltd. | x | | |
| | Bay Networks do Brasil Ltda. | x | | |
| | Bay Networks Redes de Dados para Sistemas Informaticos Lda. | x | | |
| | Capital Telecommunications Funding Corporation | x | | |
| | Clarify K.K. | x | | |
| | Clarify Ltd. | x | | |
| | CTFC Canada Inc. | x | | |
| | Diamondware Ltd. | x | | |
| | Frisken Investments Pty. Ltd. | x | | |
| | Guangdong - Nortel Telecommunications Equipment Co., Ltd. | x | | |
| | Integrated Information Technology Corporation | x | | |
| | LG-Nortel Co. Ltd. | | x | |
| | LN Srithai Comm Co Ltd. | x | | |
| | Matra Communication Cellular Terminals GmbH | x | | |
| | Matra Communications Business Systeme GmbH | x | | |
| | Nor. Web DLP Ltd. | x | | |
| | Nortel Australia Communication Systems Pty. Ltd. | x | | |
| | Nortel Communication Holdings (1997) Ltd. | x | | |
| | Nortel Communications Inc. | x | | |
| | Nortel de Mexico S. De RL de CV | x | | |
| | Nortel GmbH | x | | |
| | Nortel Government Solutions Inc. | x | | |
| | Nortel Ltd. | x | | |
| | Nortel Networks (Asia) Ltd. | | x | |
| | Nortel Networks (Austria) GmbH | x | | |
| | Nortel Networks (Bulgaria) EOOD | x | | |
| | Nortel Networks (China) Ltd. | x | | |
| | Nortel Networks (India) Private Ltd. | x | | |
| | Nortel Networks (Ireland) Ltd. | x | | |
| | Nortel Networks (Northern Ireland) Ltd. | x | | |
| | Nortel Networks (Photonics) Pty. Ltd. | x | | |
| | Nortel Networks (Shannon) Ltd. | x | | |
| | Nortel Networks (Thailand) Ltd. | x | | |

| | | | |
|---|---|---|---|
| Nortel Networks 0.0.0. | x | | |
| Nortel Networks AB | x | | |
| Nortel Networks AG | x | | |
| Nortel Networks AS | x | | |
| Nortel Networks Australia Pty Ltd. | x | | |
| Nortel Networks BV | x | | |
| Nortel Networks Chile S.A. | x | | |
| Nortel Networks Communications (Israel) Ltd. | x | | |
| Nortel Networks Communications Engineering Ltd. | x | | |
| Nortel Networks de Argentina S.A. | x | | |
| Nortel Networks de Bolivia S.A. | x | | |
| Nortel Networks de Colombia S.A. | x | | |
| Nortel Networks de Ecuador S.A. | x | | |
| Nortel Networks de Guatemala Ltda. | x | | |
| Nortel Networks de Mexico S.A. de C.V. | x | | |
| Nortel Networks de Panama S.A. | x | | |
| Nortel Networks de Venezuela C.A. | x | | |
| Nortel Networks del Paraguay S.A. | x | | |
| Nortel Networks del Uruguay S.A. | x | | |
| Nortel Networks Eastern Mediterranean Ltd. | x | | |
| Nortel Networks Electronics Corporation | x | | |
| Nortel Networks Employee Benefit Trustee Company Ltd. | x | | |
| Nortel Networks Engineering Service Kft. | x | | |
| Nortel Networks Europe Sales Ltd. | x | | |
| Nortel Networks Financial Services Ltd. Liability Co. | x | | |
| Nortel Networks France SAS | x | | |
| Nortel Networks Global Corporation | x | | |
| Nortel Networks Hispania S.A. | x | | |
| Nortel Networks India International Inc | x | | |
| Nortel Networks International Corporation | x | | |
| Nortel Networks International Finance & Holding BV | x | | |
| Nortel Networks Israel (Sales and Marketing Ltd.) | x | | |
| Nortel Networks Japan | x | | |
| Nortel Networks Korea Ltd. | | x | x |
| Nortel Networks Ltd. | | x | |
| Nortel Networks Malaysia Sdn. Bhd. | x | | |
| Nortel Networks Malta Ltd. | x | | |
| Nortel Networks Mauritius Ltd. | x | | |
| Nortel Networks Netas Telekomunikasyo n.A.S. | x | | |
| Nortel Networks New Zealand Ltd. | x | | |
| Nortel Networks NV | x | | |
| Nortel Networks Optical Companies (Switzerland) GmbH | x | | |
| Nortel Networks OY | x | | |
| Nortel Networks Peru S.A.C. | x | | |
| Nortel Networks Polska Sp. z.o.o. | x | | |
| Nortel Networks Portugal S.A. | x | | |
| Nortel Networks Properties Ltd. | x | | |
| Nortel Networks Romania Srl | x | | |
| Nortel Networks S.A. (Lux Entity) | x | | |
| Nortel Networks S.p.A. | x | | |
| Nortel Networks S.R.O. | x | | |
| Nortel Networks SA (French Entity) | x | | |
| Nortel Networks Singapore Pte Ltd. | | x | |
| Nortel Networks Slovensko, s.r.o. | x | | |
| Nortel Networks South Africa (Proprietary) Ltd. | x | | |
| Nortel Networks Southeast Asia Pte Ltd. | x | | |
| Nortel Networks Technology (Thailand) | x | | |

2

| | | | | |
|---|---|---|---|---|
| | Ltd. | | | |
| | Nortel Networks Technology Corporation | | x | x |
| | Nortel Networks Corporation | | x | |
| | Nortel Networks Technology Ltd. | x | | |
| | Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd. | x | | |
| | Nortel Networks Telecomunicaco es do Brazil Bhd. | x | | |
| | Nortel Networks UK Ltd. | x | | |
| | Nortel SE d.o.o. Beograd | x | | |
| | Nortel Technology Excellence Centre Private Ltd. | x | | |
| | Nortel Trinidad and Tobago Ltd. | x | | |
| | Nortel Ukraine Ltd. | x | | |
| | Nortel Ventures LLC | x | | |
| | Nortel Vietnam Ltd. | x | | |
| | North Networks (CALA) Inc. | x | | |
| | Northern Telecom Canada Ltd. | x | | |
| | Northern Telecom France SA | x | | |
| | Northern Telecom International Ltd. | x | | |
| | Northern Telecom Maroc SA | x | | |
| | Northern Telecom PCN Ltd. | x | | |
| | Novera Optics Inc. | x | | |
| | Novera Optics Korea Inc. | | x | |
| | Ontario Inc. | x | | |
| | Penril Datacomm Ltd. | x | | |
| | Periphonics Ltd. | x | | |
| | Promatory Communications (UK) Ltd. | x | | |
| | PT Nortel Networks Indonesia | x | | |
| | R. Betts Investments Pty. Ltd. | x | | |
| | Regional Telecommunications Funding Corporation | x | | |
| | Shenyang Nortel Telecommunications Company Ltd. | x | | |
| | Sonoma Ltd. | x | | |
| | Sonoma Systems Europe Ltd. | x | | |
| | Star 21 Facility Management GmbH & Co. KG | x | | |
| | Star 21 Facility Management Verwaltung GmbH | x | | |
| | Star 21 Networks (Schweitz) AG | x | | |
| | Star 21 Networks Deutschland GmbH | x | | |
| | Star 21 Networks GmbH | x | | |
| | Star 21 Operations GmbH | x | | |
| | Telephone Switching International Ltd. | x | | |
| | The Nortel Foundation | x | | |
| | TSFC Canada Inc. | x | | |
| | Uni-Nortel Communication Technologies (Hellas), S.A. | x | | |
| | X-CEL Communications Ltd. | x | | |
| United States Trustee, Assistant United States Trustee and Trial Attorney: | Roberta A. DeAngelis | x | | |
| | William K. Harrington | x | | |
| | Kevin P. Callahan | x | | |
| 40 Largest Unsecured Creditors: | The Bank of New York Mellon | | x | x |
| | Export Development Canada | x | | |
| | Flextronics | x | | |
| | Flextronics America LLC | x | | |
| | Flextronics International Europe BV | x | | |
| | SEAL Consulting | x | | |
| | Computer Science Corporation | x | | |
| | Jabil Circuit Inc. | x | | |

DETR_1652742.2

| | | | |
|---|---|---|---|
| Beeline | x | | |
| Infosys Technologies Ltd. | | x | x |
| JDS Uniphase Corporation | x | | |
| Tata Consultancy Services | x | | |
| Communications Test Design Inc. | x | | |
| Glow Networks | x | | |
| Anixter | x | | |
| Flextronics International | x | | |
| ITC Networks | x | | |
| Johnson Controls Inc. | | x | x |
| Emerson Network Power Embedded | x | | |
| Wistron InfoComm Technology Corp. | x | | |
| Wipro Technologies | x | | |
| Flextronics Logistics USA Inc. | x | | |
| Wipo Systems Ltd. | x | | |
| Telrad Networks Ltd. | x | | |
| Advanced Information Management | x | | |
| Airspan Communications Ltd. | x | | |
| McCann Erickson San Francisco | x | | |
| TEKsystems Inc. | x | | |
| Convergence Inc. | x | | |
| GFI Inc. | x | | |
| Flextronics Sales & Marketing North | x | | |
| Coams Inc. | x | | |
| IBM Corporation | | x | x |
| Nortel Networks Corp. "ERISA" Litigation Plaintiffs | x | | |
| Pension Benefit Guaranty Corporation Department of Insurance Supervision and Compliance | x | | |

4



서울특별시 영등포구 여의도동 25-4
신송빌딩 301호
[별지 제41호서식]

공증
인가 법무법인 대 일

(전화) 02-783-8515
(팩스) 02-785-4575

Registered No.    2011 – 1556

# NOTARIAL CERTIFICATE



## LAW FIRM DAE-IL

### 25-4 Shinsong B/D 301.
### Youido-Dong, Youngdeungpo-gu Seoul, Korea

210mm X 297mm
보존용지(1종) 70g/㎡

서울특별시 영등포구 여의도동 25-4
신송빌딩 301호
[별지 제43호서식]

**공증 인가 법무법인 대 일**

(전화) 02-783-8515
(팩스) 02-785-4575

등부 2011년  제 1556호

**인  증**

위 진술서---------------- 에
기재된 서윤-------------------
------------------------
------------------------
------------------------
의 대리인 황나영----------- 은
본 공증인의 면전에서 위 본인이
서명날인한 것임을 확인하였다.

2011년 06월 07일
이 사무소에서 위 인증한다.

공증사무소 명칭
**공증 인가 법무법인 대 일**

소 속 서울남부지방검찰청

소재지표시
서울특별시 영등포구 여의도동 25-4
신송빌딩 301호

공증인 공증담당변호사
**정 갑 성**

본 사무소는 법률 제3594호에 의거하여
1999년 03월 23일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

Registered No. 2011-1556

# NOTARIAL CERTIFICATE

Na Young Hwang-----------------
------------------------------
attorney-in-fact of
Danielle Suh---------------------
---------------------------------
---------------------------------
appeared before me and admitted
said principal`s subscription to
the attached    SUPPLEMENTARY AFFIDAVIT
AND DISCLOSURE STATEMENT----
------------------------------

This is hereby attested on this
7th day of Jun. 2011 at this office.

Name of the office
**LAW FIRM DAE-IL**

Belong to    **Seoul Southern
District Prosecutors` Office**

Address of the office
**25-4 Shinsong B/D 301.
Youido-Dong, Youngdeungpo-gu Seoul, Korea**

Signature of the Notary Public
**KAB SUNG JUNG**

This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
23, Mar. 1999 Under Law No.3594.

210mm X 297mm
보존용지(1종) 70g/㎡