# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplementary Affidavit and Disclosure Statement** was caused to be made on June 8, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: June 8, 2011

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

4197702.1