# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 5/2/2011    End Date 5/31/2011

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 2.0 | $470.00 | $940.00 |
| 2 | Reviewing operational management of transition services | 25.2 | $470.00 | $11,844.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 117.0 | $470.00 | $54,990.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 4.9 | $470.00 | $2,303.00 |
| 5 | Fee Applications | 5.0 | $470.00 | $2,350.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 9.0 | $235.00 | $2,115.00 |
| | **Hours/Billing Amount for Period:** | **163.1** | | **$74,542.00** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/2/2011 | Iceberg matter | 3 | 0.3 |
| 5/2/2011 | Preference matter | 3 | 0.3 |
| 5/2/2011 | Genband status | 3 | 0.5 |
| 5/2/2011 | May insurance renewals | 3 | 0.3 |
| 5/2/2011 | Retention matter | 2 | 0.3 |
| 5/3/2011 | Preference settlement | 3 | 0.3 |
| 5/3/2011 | Administrative matters | 2 | 1.0 |
| 5/3/2011 | 4th estate documents | 3 | 0.3 |
| 5/3/2011 | Iceberg NDA | 3 | 0.3 |
| 5/3/2011 | Worker comp matters | 2 | 0.3 |
| 5/3/2011 | WPB environmental matter | 3 | 0.5 |
| 5/5/2011 | March MOR | 3 | 0.3 |
| 5/5/2011 | Japan repatriation | 3 | 0.3 |
| 5/5/2011 | 4th estate documents | 3 | 0.8 |
| 5/5/2011 | Preference settlements | 3 | 0.5 |
| 5/5/2011 | SERP matter | 3 | 1.0 |
| 5/5/2011 | Iceberg documentation | 3 | 0.3 |
| 5/5/2011 | Insurance renewal status | 3 | 0.7 |
| 5/5/2011 | Japan retention matters | 3 | 0.3 |
| 5/5/2011 | Prepare and file monthly fee application | 5 | 3.5 |
| 5/6/2011 | Ireland matter | 2 | 0.3 |
| 5/6/2011 | Insurance renewals | 2 | 1.0 |
| 5/6/2011 | Call with Boris and review of claims information | 3 | 2.5 |
| 5/6/2011 | Retention of employees | 2 | 0.5 |
| 5/6/2011 | Iceberg matter | 3 | 0.3 |
| 5/6/2011 | Preference settlements | 3 | 0.5 |
| 5/6/2011 | Claims matters | 3 | 1.0 |
| 5/9/2011 | NBS call re various items | 2 | 0.7 |
| 5/9/2011 | UCC call | 4 | 1.0 |
| 5/9/2011 | Call with Marsh and NNL re insurance renewal | 1 | 2.0 |
| 5/9/2011 | Weekly case management call | 2 | 1.3 |
| 5/10/2011 | Iceberg documentation | 3 | 0.7 |
| 5/10/2011 | Court hearing | 2 | 1.5 |
| 5/10/2011 | CTDI litigation call | 3 | 0.5 |
| 5/10/2011 | 4th estate documents | 3 | 1.0 |
| 5/10/2011 | Call re allocation re information gathering | 3 | 1.5 |
| 5/10/2011 | Insurance renewals on GL, E and O and EPL | 2 | 1.8 |
| 5/10/2011 | Preference matters | 3 | 1.0 |
| 5/11/2011 | Call re CTDI | 3 | 0.7 |
| 5/11/2011 | Call with T Ross re tax staffing | 2 | 0.3 |
| 5/11/2011 | Insurance policy binding for GL, EPL, E&O | 3 | 3.0 |
| 5/11/2011 | Iceberg documentation | 3 | 0.3 |
| 5/11/2011 | Call with Cleary re allocation matters | 3 | 1.3 |
| 5/12/2011 | Call with J Hyland re Genband and T&T | 4 | 0.3 |
| 5/12/2011 | Genband matters | 3 | 0.7 |
| 5/12/2011 | Preference matters | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/12/2011 | Review Israel documents | 3 | 1.0 |
| 5/12/2011 | MSS matter | 3 | 0.3 |
| 5/12/2011 | SNMP action | 3 | 0.3 |
| 5/16/2011 | Genband matter | 2 | 2.0 |
| 5/16/2011 | Case management call | 3 | 1.0 |
| 5/16/2011 | NBS operations call | 2 | 1.0 |
| 5/16/2011 | UCC call re numerous matters | 4 | 1.3 |
| 5/16/2011 | Call with Cleary re allocation matters | 3 | 1.8 |
| 5/16/2011 | Handling preference matters | 3 | 0.8 |
| 5/16/2011 | Review of RM materials and reports | 2 | 1.3 |
| 5/16/2011 | Call with OEP and follow up with Cleary | 3 | 1.3 |
| 5/16/2011 | Subsidiary liquidations | 3 | 0.8 |
| 5/16/2011 | Iceberg sale matters | 3 | 0.7 |
| 5/17/2011 | RM call | 3 | 1.3 |
| 5/17/2011 | Call with Cleary and Chilmark re allocation | 3 | 2.5 |
| 5/17/2011 | US estate administration and cash balances | 2 | 0.7 |
| 5/17/2011 | Call with finance re updates to budget and cash | 2 | 1.3 |
| 5/17/2011 | Genband matter | 3 | 1.5 |
| 5/17/2011 | Richardson sale | 3 | 1.3 |
| 5/17/2011 | Call with Cleary re case management matters | 3 | 1.2 |
| 5/17/2011 | Nortel Israel | 3 | 0.8 |
| 5/17/2011 | ERISA settlement matter | 3 | 0.8 |
| 5/17/2011 | Colombia motion review and comment | 3 | 1.7 |
| 5/18/2011 | Insurance matter | 2 | 1.6 |
| 5/18/2011 | 4th estate documents | 3 | 1.8 |
| 5/18/2011 | Allocation protocol | 3 | 3.3 |
| 5/18/2011 | 1114 motion review and update | 3 | 1.5 |
| 5/18/2011 | CTDI mediation | 3 | 0.7 |
| 5/18/2011 | Iceberg documentation | 3 | 0.7 |
| 5/18/2011 | Customs matters and review of language suggested | 3 | 0.3 |
| 5/18/2011 | Preference matters | 3 | 1.2 |
| 5/19/2011 | Document retention | 3 | 1.3 |
| 5/19/2011 | Allocation matters; review of EMEA filings | 3 | 3.5 |
| 5/20/2011 | CALA and 4th estate matters | 3 | 3.5 |
| 5/20/2011 | Allocation matters and call with Cleary and Chilmark re same | 3 | 2.2 |
| 5/20/2011 | Prepare quarterly fee application | 5 | 1.5 |
| 5/23/2011 | NBS call | 2 | 0.5 |
| 5/23/2011 | Call re case management matters | 3 | 1.2 |
| 5/23/2011 | Call with UCC re allocation | 4 | 1.3 |
| 5/23/2011 | Review of cross border claims | 3 | 3.0 |
| 5/23/2011 | Insurance matter | 3 | 0.3 |
| 5/23/2011 | Travel to NY for meetings | 7 | 4.0 |
| 5/23/2011 | Allocation matters | 3 | 4.0 |
| 5/23/2011 | Claims matters involving cross border | 3 | 3.0 |
| 5/24/2011 | Meetings at Cleary re data retention, retirees, preferences, CTDI | 3 | 10.0 |
| 5/25/2011 | Travel from NY meetings | 7 | 4.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/25/2011 | 4th estate documents | 3 | 2.0 |
| 5/25/2011 | US estate expense allocation matter | 2 | 2.0 |
| 5/25/2011 | UCC call re allocation | 7 | 1.0 |
| 5/25/2011 | Preference matters | 3 | 1.0 |
| 5/25/2011 | CMC contract matter and Richardson lease matter | 3 | 1.5 |
| 5/25/2011 | March and April MOR review and execution | 3 | 1.5 |
| 5/25/2011 | Iceberg documents | 3 | 1.0 |
| 5/26/2011 | Review of expense allocation among US estates | 3 | 1.0 |
| 5/26/2011 | 4th estate documents | 3 | 2.5 |
| 5/26/2011 | SNMP reply | 3 | 1.0 |
| 5/26/2011 | Preference matters | 3 | 1.0 |
| 5/26/2011 | IT work force planning | 2 | 2.0 |
| 5/26/2011 | Allocation protocol revisions | 3 | 1.5 |
| 5/26/2011 | Liberty mutual settlement | 3 | 1.0 |
| 5/26/2011 | Richardson closing | 2 | 1.0 |
| 5/27/2011 | Allocation protocol | 3 | 2.0 |
| 5/27/2011 | 4th estate documents | 3 | 1.0 |
| 5/27/2011 | WPB site matter | 3 | 1.0 |
| 5/27/2011 | Review reply to motion to seal; review responses to other EMEAs filings | 3 | 3.0 |
| 5/27/2011 | Customs matters and review of language suggested | 3 | 0.5 |
| 5/27/2011 | Inventory issues | 3 | 0.7 |
| 5/27/2011 | Preference matters | 3 | 0.7 |
| 5/27/2011 | IT deck review and comments | 2 | 1.5 |
| 5/27/2011 | Allocation protocol further review | 3 | 3.0 |
| 5/30/2011 | Allocation protocol language | 3 | 0.5 |
| 5/31/2011 | RTP lease matters | 3 | 2.0 |
| 5/31/2011 | Call with Cleary re allocation matters | 3 | 2.0 |
| 5/31/2011 | Call with Akin re various matters | 4 | 1.0 |
| 5/31/2011 | Iceberg documentation | 3 | 1.0 |
| 5/31/2011 | Customs matter | 3 | 1.0 |
| 5/31/2011 | MOR review and call with A Stout with questions | 2 | 1.3 |