**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2011 through May 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $     551.90 |
| Travel – Lodging | | 1,211.86 |
| Travel – Meals | | 37.22 |
| Travel – Car Service | | 200.00 |
| Travel – Parking | | 26.00 |
| Office supplies, shipping, and other office related expenses | | 42.90 |
| PACER | | - |
| TOTAL | | $   2,069.88 |

# Nortel Expense Report

**PERIOD:** May 1, 2011 through May 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 5/24/2011 | New York Trip - Airfare | $ 551.90 | | | | | | |
| 5/24/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 5/24/2011 | New York Trip - Meal | | | $ 37.22 | | | | |
| 5/24/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 5/24/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 5/25/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 5/25/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 5/26/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 5/26/2011 | New York Trip - Parking | | | | | $ 26.00 | | |
| 5/26/2011 | New York Trip - Aircell | | | | | | $ 34.95 | |
| 5/26/2011 | New York Trip - WiFi charge | | | | | | $ 7.95 | |