IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
:
------------------------------------------------------------X

### NOTICE OF FILING PURSUANT TO SECTION 12(D) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF COURTESY COPIES OF DOCUMENTS FILED IN THE CANADIAN PROCEEDINGS BY THE U.S. DEBTORS RELATED TO MOTIONS MADE TO THE CANADIAN COURT FOR ITS APPROVAL OF AN ALLOCATION PROTOCOL

**PLEASE TAKE NOTICE** that Nortel Networks Inc. and certain of its affiliates, as respective debtors and debtors in possession (collectively, the "U.S. Debtors") and the Official Committee of Unsecured Creditors for the U.S. Debtors (the "Committee", and together with the U.S. Debtors, the "U.S. Parties"), have filed before this Court their Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief [D.I. 5307], seeking approval of a protocol for the allocation of the proceeds from the sale of certain assets (as amended, the "Allocation Protocol").

**PLEASE TAKE FURTHER NOTICE** that the U.S. Parties have filed a parallel motion seeking approval of the Allocation Protocol by the Ontario Superior Court of Justice (the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

"Canadian Court") in proceedings under the Companies' Creditors Arrangement Act (Canada) that have been commenced by NNI's direct corporate parent Nortel Networks Limited and certain of its Canadian affiliates (collectively, the "Canadian Proceedings").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 12(d) of the Cross-Border Insolvency Protocol approved in the above-captioned cases (as amended) [D.I. 990], courtesy copies of the Second Affidavit of David M. Lindsey, which have been filed in the Canadian Proceedings, are attached hereto as Exhibit A.

Dated: June 8, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Howard S. Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*