**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Ace Technologies Corp. | Adv. Pro. No. 10-53182 |
| Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. | 10-55905 |
| Nortel Networks Inc. v. Aricent Technologies (Holdings) Limited | 10-55834 |
| Nortel Networks Inc. v. Axerra Networks, Inc. | 10-55836 |
| Nortel Networks Inc. v. Citrix Systems, Inc. | 10-55838 |
| Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick | 10-55933 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. CoAMS, Inc. | 10-55840 |
| Nortel Networks Inc. v. Cognizant Technology Solutions US Corporation | 10-55190 |
| Nortel Networks Inc. v. Continuous Computing Corporation | 10-55862 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Global IP Solutions, Inc. | 10-55864 |
| Nortel Networks Inc. v. Global Knowledge Training LLC | 10-55865 |
| Nortel Networks Inc. v. Insight Direct USA, Inc. | 10-55868 |
| Nortel Networks Inc. v. Intel Americas, Inc. | 10-55872 |
| Nortel Networks Inc. v. Layne Communications, LP | 10-55877 |
| Nortel Networks Inc. v. LTS Managed Technical Services LLC | 10-55879 |
| Nortel Networks (CALA) Inc. v. Manning Global, Inc. | 10-55882 |
| Nortel Networks Inc. *et al.* v. McCann-Erickson Worldwide, Inc. | 10-55937 |
| Nortel Networks Inc. v. Monster Worldwide, Inc. | 10-55884 |
| Nortel Networks Inc. v. NSG Technology Inc. | 10-55887 |
| Nortel Networks Inc. v. Prudential Relocation, Inc. | 10-55931 |
| Nortel Networks Inc. v. RADVISION Inc. | 10-55894 |
| Nortel Networks Inc. v. Razorfish, LLC | 10-55938 |
| Nortel Networks Inc. v. Real Time Monitors, Inc. | 10-55896 |
| Nortel Networks Inc. et al. v. Right Management Inc. | 10-55928 |
| Nortel Networks Inc. v. SecureLogix Corporation | 10-55898 |

| | |
|---|---|
| Nortel Networks Inc. v. Siemens Enterprise Communications, Inc. | 10-55930 |
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906 |
| Nortel Networks Inc. v. Spirent Communications Inc. | 10-55900 |
| Nortel Networks Inc. v. Starent Networks LLC | 10-55932 |
| Nortel Networks Inc. v. Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. | 10-55903 |
| Nortel Networks Inc. v. Trapeze Networks, Inc. | 10-55907 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |
| Nortel Networks Inc. v. Voxify, Inc. | 10-55897 |
| Nortel Networks Inc. v. Westcon Group (North America), Inc. et al | 10-55899 |
| Nortel Networks Inc. v. ZOHO Corporation f/k/a AdventNet Inc. | 10-55908 |

**STATUS REPORT ON AVOIDANCE ACTIONS**
**ASSIGNED TO THE HONORABLE KEVIN GROSS**

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

*[Remainder of page intentionally left blank]*

Dated: June 9, 2011
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

          Deborah M. Buell (admitted *pro hac vice*)
          Neil P. Forrest (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and –

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

          */s/ Alissa T. Gazze*
          Donna L. Culver (No. 2983)
          Derek C. Abbott (No. 3376)
          Alissa T. Gazze (No. 5338)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          - and –

---

[2] Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937; (ii) Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick, Adv. Pro. No. 10-55933; (iii) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (iv) Nortel Networks Inc. v. Razorfish, LLC, Adv. Pro. No. 10-55938; (v) Nortel Networks Inc. *et al.* v. Right Management Inc., Adv. Pro. No. 10-55928; (vi) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932 and (vii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[3] Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; (iv) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906 and (v) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP[4]

          */s/ Jennifer R. Hoover*
          Raymond H. Lemisch, Esquire (No. 4204)
          Jennifer R. Hoover, Esquire (No. 5111)
          Jennifer E. Smith, Esquire (No. 5278)
          222 Delaware Avenue, Suite 801
          Wilmington, DE 19801-7005
          (302) 442-7010 (telephone)
          (302) 442-7012 (facsimile)
          rlemisch@beneschlaw.com
          jhoover@beneschlaw.com
          jsmith@beneschlaw.com

---

[4] Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") is Debtors' counsel in (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930; (iv) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; and (v) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906. Benesch is also Debtors' counsel (as to certain defendants only) as set forth in the amended complaint in Nortel Networks Inc., *et al*. v. McCann-Erickson Worldwide, Inc., *et al.,* Adv. Pro. No. 10-55937.

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWER DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR APPLICATION FOR DEFAULT JUDGMENT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55894 | RADVISION, Inc. | Stipulation of dismissal filed on May 26, 2011. Proceeding closed by Clerk's Office on May 27, 2011. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55190 | Cognizant Technology Solutions US Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |
| 10-55897 | Voxify, Inc. | Parties have reached an agreement in |

| | | |
|---|---|---|
| | | principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-53182 | Ace Technologies Corp. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |
| 10-55865 | Global Knowledge Training LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55872 | Intel Americas, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |
| 10-55877 | Layne Communications, L.P. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55900 | Spirent Communications Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55930 | Siemens Enterprise Communications, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55864 | Global IP Solutions, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may |

|  |  | consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55840 | CoAMS, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011 and the Amended Scheduling Order dated May 17, 2011. An amended complaint was filed on May 20, 2011 and a pre-trial conference is scheduled for July 26, 2011. |
| 10-55887 | NSG Technology Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. Plaintiff's responses to Defendant's initial discovery requests due July 5, 2011. |
| 10-55896 | Real Time Monitors, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011 and the Amended Scheduling Order dated June 1, 2011. Plaintiff's responses to Defendant's initial discovery requests due June 28, 2011. |
| 10-55898 | SecureLogix Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Plaintiff's responses to Defendant's initial discovery requests due July 5, 2011. |
| 10-55906 | Sourcefire, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. |
| 10-55899 | Westcon Group (North America), Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. Defendant served initial discovery requests via mail |

| | | |
|---|---|---|
| | | on June 7, 2011 such that Plaintiff's responses are due July 11, 2011 and Plaintiff reserves its rights. |
| 10-55834 | Aricent Technologies (Holdings) Limited | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  By agreement of the parties, written fact discovery shall be initiated so as to be completed no later than August 8, 2011. |
| 10-55868 | Insight Direct USA, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. |
| 10-55903 | Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011.  Defendant served initial discovery requests via mail on June 6, 2011 such that Plaintiff's responses are due July 11, 2011 and Plaintiff reserves its rights. |
| 10-55907 | Trapeze Networks, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011.  Defendant served initial discovery requests via mail on June 6, 2011 such that Plaintiff's responses are due July 11, 2011 and Plaintiff reserves its rights. |
| 10-55844 | Monster Worldwide, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  Plaintiff's responses to Defendant's initial discovery requests due June 27, 2011.  Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. |
| 10-55879 | LTS Managed Technical Services L.L.C. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011.  By agreement of the parties, written fact discovery shall be initiated so as to be completed no later than July 29, 2011. |
| 10-55836 | Axerra Networks, Inc. | Discovery will be proceeding in |

| | | |
|---|---|---|
| | | accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 2, 2011. Plaintiff's responses to Defendant's initial discovery requests due July 6, 2011. |
| 10-55838 | Citrix Systems, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. By agreement of the parties, written fact discovery shall be initiated so as to be completed no later than August 4, 2011. |
| 10-55905 | The Advertising Checking Bureau, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 18, 2011. |
| 10-55862 | Continuous Computing Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due June 20, 2011. By agreement of the parties, written fact discovery shall be initiated so as to be completed no later than August 4, 2011. |
| 10-55888 | TTI Team Telecom International Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. Plaintiff's responses to Defendant's initial discovery requests due July 7, 2011. |
| 10-55908 | Zoho Corporation f/k/a AdventNet Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 5, 2011. Plaintiff's responses to Defendant's initial discovery requests due July 6, 2011. |
| 10-55882 | Manning Global, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011 and the Amended Scheduling Order dated May 31, 2011. |
| 10-55937 | McCann-Erickson Worldwide, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling |

| | | |
|---|---|---|
| | | Order dated June 6, 2011. An amended complaint was filed on April 4, 2011 and a pre-trial conference is scheduled for July 12, 2011. |
| 10-55933 | CMGRP, Inc. d/b/a Weber Shandwick | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55938 | Razorfish, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55931 | Prudential Relocation, Inc. | Discovery is proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55928 | Right Management, Inc. | Discovery is proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55932 | Starent Networks LLC | Discovery is proceeding in accordance with the Scheduling Order dated March 9, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |