# NORTEL WAVE 3 PRETRIAL SERVICE LIST

**VIA FIRST CLASS MAIL**

**Counsel for Ace Technologies**
Samuel S. Oh
Lim, Ruger & Kim LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeffrey E. Bjork
Gabriel R. MacConail
Sidley Austin LLP
555 W. Fifth Street
Los Angeles, CA 90013

**Counsel for Citrix Systems**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109

**Counsel for Intel Americas, Inc.**
Craig Goldblatt
Katelyn Rood
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

**Counsel for Layne Communications, LP**
Anthony J. Interrante
Erika L. Gustafson
Kessler Collins, P.C.
2100 Ross Avenue, Suite 750
Dallas, TX 75201

**Counsel for LTS Managed Technical Services LLC**
Daniel C. Minteer
Duane Morris, LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285

**Counsel for NSG Technology Inc.**
Hua Chen
Atlis Law Group, Inc.
288 S. Mayo Avenue
City of Industry, CA 91789

**Counsel for SecureLogix Corporation**
Matthew T. Ferris
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

**VIA HAND DELIVERY**

**Counsel for Axerra Networks, Inc.**
Frederick B. Rosner
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

Zhone Technologies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeremy W. Ryan
R. Stephen McNeill
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**Counsel for Citrix Sytems, Inc.**
Michael J. Custer
David Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

**Counsel for CMGRP, Inc.**
Michael J. Custer
David Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

**Counsel for Layne Communications, LP**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801

**Counsel for LTS Managed Technical Services LLC**
Richard W. Riley
Sommer L. Ross
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**Counsel for Spirent Communications Inc.**
Matthew W. Grimshaw
Ruatn & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

**Counsel for Starent Networks, LLC**
Kenneth Law
Bailson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

**Counsel for Siemens Enterprise Communications Inc**
Todd A. Feinsmith
Pepper Hamilton LLP
125 High Street
15th Floor, Oliver Street Tower
Boston, MA  02110

**Global Knowledge Training LLC (unrepresented)**
Brian Holland
Global Knowledge Training LLC
9000 Regency Parkway, Suite 500
Cary, NC 27518

**Counsel for CoAMS, Inc.**
Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

**Counsel for Cognizant Technology Solutions**
Annie C. Wells
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600

**Counsel for Continuous Computing Corporation**
Robert L. Eisenbach III
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

**Counsel for Global IP Solutions, Inc.**
Blakeley & Blakeley LLP
Marisa Commerford, Esq.
Johnny White, Esq.
2 Park Plaza, Suite 400
Irvine, California 92614

**Counsel for Prudential Relocation, Inc.**
Joseph L. Clasen
Robinson & Cole LLP
1055 Washington Blvd.

**Counsel for Monster Worldwide, Inc.**
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500, Box 2306
Wilmington, DE 19899-2306

**Counsel for Real Time Monitors, Inc.**
Ronald S. Gellert
Bryan Keilson
Eckert Seamans LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Counsel for Right Management Inc.**
Henry Jaffe
James Carignan
Evelyn Meltzer
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for SecureLogix Corporation**
Kevin Collins
Bifferato LLC
800 N. King Street
Wilmington, DE 19801

**Counsel for Sourcefire, Inc.**
Elihu E. Allinson, III
Sillivan, Hazeltine, Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Prudential Relocation, Inc.**
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan, Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Razorfish, LLC**
Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

**Counsel for Starent Networks, LLC**
James Yoder
White & William LLP
824 North Market Street, Suite 902
Wilmington, DE 19801

Stamford, CT 06901

**Counsel for RADVISION Inc.**
Aaron R. Cahn
Carter Ledyard & Milburn
2 Wall Street
New York, NY 10005

**Counsel for Real Time Monitors, Inc.**
Sumithra Rao
Gary Bradley
Bradley & Gmelich
700 N. Brand Blvd., 10th Floor
Glendale, CA 91203

**Counsel for Sterling Mets & Queens Ballpark**
John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

**Counsel for The Advertising Checking Bureau**
John A. Golieb
Muchnick, Golieb & Golieb
200 Park Avenue South, Suite 1700
New York, NY 10003

**Counsel for Trapeze Networks Inc.**
Gaye Nell Heck
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

**Counsel for TTI Team Telecom**
Larry A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

**ZOHO Corporation (not represented by counsel)**
Attn: Officer, Managing or General Agent
ZOHO Corporation
4900 Hopyard Road, Suite 310
Pleasanton, CA 94588

ZOHO Corporation
c/o Sridhar Vembu
4900 Hopyard Road, Suite 310
Pleasanton, CA 94588

Attn: Officer, Managing or General Agent
ZOHO Corporation
5200 Franklin Drive, Suite 115
Pleasanton, CA 94588-3363

**Counsel for Insight Direct USA, Inc.**
Gregory A. Taylor
Benjamin W. Keenan
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Counsel for McCann-Erickson Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801

**Counsel for Trapeze Networks Inc.**
James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

**Counsel for Voxify Inc.**
Morris James LLP
Stephen M. Miller and Eric J. Monzo
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494

**Counsel for Westcon Group (North America), Inc.**
Christopher A. Ward
Shanti M. Katona
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Counsel for Manning Global**
Richard M. Beck
Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 Market St.
Wilmington, DE 19801

**Counsel for Manning Global**
Laura D. Metzger
Raniero D'Aversa
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

4219753.1