IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138 |
| | ) | |
| | ) | |
| NORTEL NETWORKS, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | June 7, 2011 |
| | ) | 9:30 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:                  Morris, Nichols, Arsht & Tunnell
                                  BY: ANN CORDO, ESQ.
                                  BY: DEREK ABBOTT, ESQ.
                                  1201 North Market Street
                                  18th Floor
                                  Wilmington, DE 19899-1347
                                  (302) 351-9459


                                  Cleary, Gottlieb, Steen & Hamilton
                                  BY: JIM BROMLEY, ESQ.
                                  BY: DEBORAH BUELL
                                  BY: MEGAN FLEMING, ESQ.
                                  BY: NORA ARBURLACH
                                  BY: INNA ROZENBERG, ESQ.
                                  BY: HOWARD ZELBO, ESQ.
                                  BY: LISA SCHWEITZER, ESQ.
                                  BY: DAVID HARRINGTON, ESQ.
                                  BY: MEGHAN SERCOMBE, ESQ.
                                  One Liberty Plaza
                                  New York, NY 10006
                                  (212) 225-2629


ECRO:                             GINGER MACE

Transcription Service:            DIAZ DATA SERVICES
                                  331 Schuylkill Street
                                  Harrisburg, Pennsylvania 17110
                                  (717) 233-6664
                                  www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Committee:          Akin Gump
                            BY: DAVID BOTTER, ESQ.
                            BY: FRED S. HODARA, ESQ.
                            One Bryant Park
                            New York, NY 10036
                            (212) 872-1000

                            Richards Layton & Finger
                            BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531

For E&Y, Canadian           Allen & Overy, LLP
Monitor & Canadian          BY: DAN GUYDER, ESQ.
Debtors:                    BY: KEN COLEMAN, ESQ.
                            1221 Avenue of the Americas
                            New York, NY 10020
                            (212) 610-7300

                            Buchanan Ingersoll & Rooney, PC
                            BY: MONA A. PARIKH, ESQ.
                            1105 N. Market St., Ste. 1900
                            Wilmington, DE  19801-1054
                            (302) 552-4214

For Bondholder Group:       Milbank Tweed Hadley McCloy
                            BY: THOMAS KRELLER, ESQ.
                            One Chase Manhattan Plaza
                            New York, NY  10005-1413
                            (212) 530-5885

For U.S. Trustee:           Office of the U.S. Trustee
                            BY: JANE M. LEAMY ESQ.
                            J. Caleb Boggs Federal Bldg.
                            844 King Street, Suite 2207
                            Wilmington, DE 19801
                            (302) 573-6491

APPEARANCES:
(Continued)

For Nortel Fourth Estate
& Fourth Estate
Directors:                    MAYER BROWN, LLP
                              BY: BRIAN TRUST, ESQ.
                              BY: THOMAS VITALE, ESQ.
                              1675 Broadway
                              New York, NY  10019-5820
                              (212) 506-2570

                              Prickett Jones & Elliott
                              BY: BRUCE JAMESON, ESQ.
                              11 North State Street
                              Dover, DE  19901-3832
                              (302) 674-3841

For Bank of New York
Mellon:                       Latham & Watkins, LLP
                              BY: MICHAEL RIELA, ESQ.
                              BY: BLAIR CONNELLY, ESQ.
                              BY: ELI KAY-OLIPHANT, ESQ.
                              885 Third Avenue
                              New York, NY  10022-4834
                              (212) 906-1373

For U.K. Pension
Claimants:                    Bayard
                              BY: JUSTIN ALBERTO, ESQ.
                              222 Delaware Avenue, Suite 900
                              Wilmington, DE  19899
                              (302) 658-6395

                              Wilkie Farr & Gallagher
                              BY: BRIAN O'CONNOR, ESQ.
                              BY: SAMER ADVANI, ESQ.
                              787 Seventh Avenue
                              New York, NY  10019-6099
                              (212) 728-8587

For Bizsphere AG:             Law Office of James Tobia
                              BY: JAMES TOBIA, ESQ.
                              1716 Wawaset Street
                              Wilmington, DE 19806
                              (302) 655-5303

APPEARANCES:
(Continued)

For U.K. Administrators:   Hughes Hubbard & Reed, LLP
                           BY: DEREK ADLER, ESQ.
                           BY: MICHAEL LUSKIN, ESQ.
                           KATHRYN COLEMAN, ESQ.
                           ASHLEY LAURIE, ESQ.
                           One Battery Park Plaza
                           New York, NY  10004-1482
                           (212) 837-6000

                           Young Conaway Stargatt & Taylor LLP
                           BY: ED HARRON, ESQ.
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           Wilmington, DE  19801
                           (302) 571-6703

                           Herbert Smith
                           BY: KEVIN LLOYD, ESQ.
                           BY: STEPHEN GALE, ESQ.
                           BY: KIRSTOPHER MCGEE, ESQ.
                           Exchange House
                           Primrose Street
                           London  EC2A 2HS
                           44 20 7374 8000

For GENBAND:               Latham & Watkins, LLP
                           BY: BLAIR CONNELLY, ESQ.
                           BY: ELI KAY-OLIPHANT, ESQ.
                           885 Third Avenue
                           New York, NY  10022-4834
                           (212) 906-1373

                           Duane Morris
                           BY: MICHAEL LASTOWSKI, ESQ.
                           Suite 1600
                           222 Delaware Avenue
                           Wilmington, DE  19801-1659
                           (302) 657-4942

TELEPHONIC APPEARANCES:

For Interested Party:      BY: MATTHEW M. BARNETT
                           In Pro Per/ Pro Se
                           (212) 372-2508

TELEPHONIC APPEARANCES:
(Continued)

For Nortel Networks:          Cleary Gottlieb Steen & Hamilton
                              BY: ROBIN BAIK, ESQ.
                              (215) 225-2000

                              Nortel Networks, Inc.
                              BY: DAVID GLASS, ESQ.
                              (919) 905-0302

                              Chilmark Partners
                              BY: MICHAEL J. KENNEDY, ESQ.
                              BY: MATT ROSENBERG, ESQ.
                              (312) 984-9711

For Joint Admins:             Hughes Hubbard & Reed LLP
                              BY: AVNER BEN-GERA, ESQ.
                              (212) 837-6000

For Ad Hoc Committee:         Millbank Tweed Hadley & McCloy
                              BY: THOMAS MATZ, ESQ.
                              BY: MELANIE A. MCLAUGHLIN, ESQ.
                              (212) 530-5327

For Official Committee
Of Unsecured Creditors:       Ashurst, LLP
                              BY: ANGELA PEARSON, ESQ.
                              (302) 651-7700

                              Akin Gump Strauss Hauer & Feld, LLP
                              BY: JOSHUA STURM, ESQ.
                              BY: STEPHEN KUHN, ESQ.
                              (212) 872-1000

For Ad Hoc Committee
Of the Bond Holders:          York Capital Management, (U.S.)
                              BY: JEFF ROSENBAUM, ESQ.
                              (212) 300-1309

For Robin Camp:               Mayer Brown, LLP
                              BY: ROBIN CAMP, CLIENT
                              (212) 506-2186

For Macadamia Technology,
Wynn Telecom SA,
Prime Carrier, Ltd.:          Thorp Reed & Armstrong
                              BY: PATRICK CAROTHERS, ESQ.
                              (412)394-2325

TELEPHONIC APPEARANCES:
(Continued)

For Macquarie Bank:          Macquarie Bank
                             BY: SUSAN S. CHEN, ESQ.
                             (212) 231-2386

For Intervenor:              Bracewell & Giuliani (NY)
                             BY: JENNIFER FELDSHER, ESQ.
                             (212) 508-6137

For Halcyon Asset
Management:                  Halcyon Asset Management
                             BY: ANDREW G. FRIEDMAN, ESQ.
                             (212) 303-9444

For Madalina Iacob:          DebtWire
                             BY: TIBITA P. KANEENE, ESQ.
                             (212) 500-1383

For Monarch Alternative
Capital, LP:                 Monarch Alternative Capital, LP
                             BY: MICHAEL J. KELLY, ESQ.
                             (212)554-1760

For Law Debenture:           Dewey & LeBoeuf, LLP
                             BY: MOHSIN KHUMBATI, ESQ.
                             (312)794-8052

For Farallon Capital:        Farallon Capital Management
                             BY: MICHAEL LINN, ESQ.
                             (415) 421-2132

For Lorenzo Marinuzzi:       Morrison & Foerster
                             BY: LORENZO MARINUZZI, ESQ.
                             (212) 468-8000

For Barclays:                Barclays Capital, Inc.
                             BY: OLIVIA MAURO, ESQ.
                             (212) 412-6773

For Bank of America:         Bank of America
                             BY: BYUNG S. PARK, ESQ.
                             (646) 855-9619

For Avenue Capital:          Avenue Capital
                             BY: AMIT P. PATEL, ESQ.
                             (212) 850-7585

TELEPHONIC APPEARANCES:
(Continued)

For Ryan Polisi:          Ryan Polisi, In Pro Per/ Pro Se
                          (212) 612-1472

For Aristeia:             Aristeia Capital
                          BY: STEVEN ROBINSON, ESQ.
                          (212) 842-1961

For Archview Investment
Group:                    Archview Investment Group
                          BY: AARON ROSEN, ESQ.
                          (212) 728-2528

For USB:                  USB Securities, LLC
                          BY: DENNIS RUGGERE, ESQ.
                          (203) 719-7875

For One East Partners:    One East Partners
                          BY: SINA TOUSSI, ESQ.
                          (212) 230-4510

For Wei Wang:             Grantham Mayo Von Otterloo & Co.
                          BY: WEI WANG
                          (617) 790-5084

For Joint Administrators
& Foreign Reps for
Nortel Networks:          Herbert Smith
                          BY: ALAN BLOOM, ESQ.
                          BY: RAJEEV FOKEER, ESQ.
                          BY: WILLIAM FRY, ESQ.
                          BY: CHRIS HILL, ESQ.
                          BY: KEVIN LLOYD, ESQ.
                          BY: DAN MINDEL, ESQ.
                          BY: SANDY SHANDRO, ESQ.
                          BY: JOHN WHITEOAK, ESQ.
                          (320) 571-6710

1  WILMINGTON, DELAWARE, TUESDAY, JUNE 7, 2011, 9:35 A.M.

2              THE COURT:  Good morning, everyone.  Thank you

3  and please be seated.  And before we begin with our

4  proceedings, I would just like to introduce a very

5  distinguished jurist from Germany, Judge Eberhard Nietzer,

6  who is with a Court in Heilbronn, Germany.  And it's a Court

7  basically of general jurisdiction, but Judge Nietzer's

8  specialty is bankruptcy.  Welcome Judge Nietzer.  Mr.

9  Abbott, good morning.

10              MR. ABBOTT:  Good morning, Your Honor.  And

11  welcome Judge Nietzer.

12              Your Honor, Derek Abbott here for the debtors'

13  big day as I'm sure you saw from the stacks and stacks of

14  documents --

15              THE COURT:  Yes.

16              MR. ABBOTT:  -- that we provided to Your Honor.

17  If I could turn to the agenda quickly.

18              THE COURT:  Yes, and we're going to do some what

19  I'll call local matters first.

20              MR. ABBOTT:  That's my understanding, Your Honor.

21              THE COURT:  And then we'll take a brief recess

22  and we'll get Canada on with us.

23              MR. ABBOTT:  That's right, Your Honor.  We would

24  propose to start, Your Honor, with Items 7, 10, and 11 which

25  are the U.S. only matters.

1                    THE COURT:  Right.

2                    MR. ABBOTT:  That remain in need of attention --

3                    THE COURT:  Yes.

4                    MR. ABBOTT:  -- this morning, Your Honor.  I

5    understand then there will be a brief break and we'll pick

6    up again with No. 8 which is the first joint agenda item,

7    proceed to the allocation protocol controversy.  It's

8    actually, I think two agenda items.  And then finally, close

9    with the GENBAND matter.  I don't know if somebody else

10   wishes to be heard on that schedule, but that's at least

11   what the debtors propose, Your Honor.

12                   THE COURT:  That's certainly acceptable to me.

13                   MR. ABBOTT:  Thank you, Your Honor.

14                   MR. LASTOWSKI:  Your Honor, if I may just

15    briefly --

16                   THE COURT:  Oh, yes.

17                   MR. LASTOWSKI:  Michael Lastowski of Duane

18   Morris --

19                   THE COURT:  Mr. Lastowski, good morning.

20                   MR. LASTOWSKI: -- here for GENBAND.

21                   Your Honor.  I'm here today on behalf of GENBAND

22   with my co-counsel and we're not here for the main event.

23   So I'd like to make the request that we be heard before the

24   arguments on the allocation issues.  I understand those are

25   going to take several hours.  And I think our matter will be

1    considerably shorter.  And if that courtesy could be

2    extended to us, it would be very much appreciated.

3                THE COURT:  The only -- Mr. Bromley?

4                MR. BROMLEY:  Your Honor, James Bromley --

5                THE COURT:  Good morning, yes.

6                MR. BROMLEY:  -- good morning.  Cleary, Gottlieb,

7    Steen & Hamilton on behalf of the U.S. debtors.

8                We respectfully disagree with the request and ask

9    that GENBAND take their turn.  There are issues relating to

10   the request that they've made, including the fact that

11   they've only moved before this Court and not before the

12   Canadian Court.

13               THE COURT:  Yes.

14               MR. BROMLEY:  There's also been a request filed

15   by the Canadian debtors that the GENBAND matter be handled

16   in a joint hearing setting.

17               THE COURT:  Right.

18               MR. BROMLEY:  And so notwithstanding the fact

19   that they may have a matter that they think will take less

20   time, they certainly knew what was on the schedule for

21   today.  They insisted on bringing the motion in the matter

22   that they brought the motion which is --

23               THE COURT:  On a shortened basis.

24               MR. BROMLEY:  -- only in front of this Court on

25   a --

1              THE COURT:  Right.

2              MR. BROMLEY:  -- shortened notice basis.  Your

3    Honor, we have dozens of people here and in Canada waiting

4    for the main event and we respectfully request that the main

5    event go first.

6              THE COURT:  Mr. Lastowski, as you know, I would

7    love to extend every courtesy to you, but my concern is that

8    this would tie up Justice Morawetz in Canada and I just

9    don't think I can do it.  If you would like to perhaps

10   excuse yourselves and come back, you know, later, that would

11   be fine, too.

12             MR. LASTOWSKI:  You mean later today, Your Honor?

13             THE COURT:  Yes.

14             MR. LASTOWSKI:  Understood.  And I appreciate

15   what Your Honor stated.  I know the Court is not only

16   inclined, but as a matter of course usually extends a

17   courtesy such as this and I certainly understand the

18   context.

19             THE COURT:  All right, thank you, Mr. Lastowski.

20   Now Mr. Abbott?

21             MR. ABBOTT:  Your Honor, with that, I'll ask Ms.

22   Cordo to present the first couple of U.S. only matters, if I

23   may.

24             THE COURT:  Thank you.

25             MR. ABBOTT:  Thank you, Your Honor.

1           THE COURT:  Good morning, Ms. Cordo.

2           MS. CORDO:  Good morning, Your Honor.  For the

3    record, Annie Cordo, Morris, Nichols, Arsht & Tunnell on

4    behalf of the debtors.

5           We just have three claims -- or two claims

6    objections and a motion deemed satisfied.  I asked Sherry to

7    place cleans and black lines on your desk so --

8           THE COURT:  I've got them, thank you.

9           MS. CORDO:  -- I'll just kind of go in the order

10   that they are in your stack.  The first one is the

11   nineteenth omnibus objection.

12          THE COURT:  Yes.

13          MS. CORDO:  We did receive four responses.  And

14   with regards to those responses, that was Claim No. 880

15   filed by Corning, Incorporated, Claim 999 filed by Securitas

16   Security Services, Claim 4793 filed by Hunton & Williams,

17   and Claim 7406 filed by Dunn & Bradstreet and all of those

18   have been continued to the next omnibus hearing date and

19   that's the only change we've had to the order as from the

20   file version.

21          THE COURT:  Thank you.  And I've had an

22   opportunity to review the claims, as well as, the objections

23   and I am prepared to grant the objections.

24          MS. CORDO:  All right, thank you, Your Honor.

25   The next item in the stack is the debtors' twentieth omnibus

1    objection to claims.  We received one informal response to

2    that by -- from Sodexo, Inc., & Affiliates and that's claim

3    5558.  And we have withdrawn our objection to that claim

4    based on some further documentation that was provided by

5    that claim and so that is the only change that's reflected

6    in the twentieth omnibus objection.

7            THE COURT:  Yes.  And thereto, Ms. Cordo, I have

8    reviewed the materials and will grant the objection to the

9    claims.

10           MS. CORDO:  Thank you, Your Honor.  And then the

11   last item was our motion to deem certain claims satisfied as

12   paid.  And we did receive several responses to that.  With

13   the response from Claim 1823 filed by Metia Solutions, Inc.

14   We have withdrawn our objection to that claim without

15   prejudice and we reserve our right to seek other relief with

16   respect to Claim 1823, but after discussion with them, we

17   did withdraw this objection, the objection at this time.

18           THE COURT:  Yes.

19           MS. CORDO:  Then with regards to Claims 2192

20   filed by Alternative Communications, Ltd., and Claim 3007

21   filed by BT Americas, Inc., we've continued those to the

22   next omnibus hearing date.

23           THE COURT:  Very well and I'm certainly prepared

24   to grant those as well.

25           MS. CORDO:  All right, thank you, Your Honor.

1  And I believe that concludes the U. S. only portion of the

2  hearing.

3          THE COURT:  The always efficient Ms. Cordo has

4  gotten us here quickly.  Is there anything we want to talk

5  about otherwise prior to commencing with the joint hearing?

6  (No audible response.)

7          THE COURT:  All right.  Then why don't we stand

8  in recess?  I know that Justice Morawetz was going to attend

9  to a couple of matters in Canada only and hopefully we'll be

10 able to commence again, recommence, I should say at 10:00.

11 All right, so we'll stand in recess until then.  Thank you,

12 Counsel.

13         ALL:  Thank you, Your Honor.

14 (Recess from 9:41 a.m. to 10:12 a.m.)

15         THE CLERK:  Please rise.

16         THE COURT:  Thank you, everyone.  Please be

17 seated.  And Justice Morawetz should be arriving in the

18 courtroom momentarily.  He has instructed everyone to speak

19 clearly into the microphone so hopefully we'll hear Canada a

20 little bit better than we have in the past.

21         THE CLERK:  Order, all rise.

22         JUSTICE MORAWETZ:  And Mr. Registrar, you got

23 your volume controls ready?  Good morning, Judge Gross.  I

24 see you on the monitor.  I assume that you're not only

25 seeing me, but I hope you can hear as well.

1          THE COURT:  Very well this morning.  Good

2   morning, Justice Morawetz, yes.

3          JUSTICE MORAWETZ:  Okay, thank you.  Okay,

4   Counsel here and in Delaware as you are aware, this hearing

5   is being conducted in accordance with the cross-border

6   protocol that was approved by both Courts at the outset of

7   these proceedings.  There are motions here and there are

8   motions in Delaware concerning the allocation proceedings.

9   Our understanding is that there is no consensus as to how to

10  proceed today, whether it's going to be Canadian debtors,

11  U.S. debtors, the monitor, or the EMEA debtors.  I would

12  invite counsel for the Canadian debtors to address the Court

13  to help us straighten this out.  Or if you think it is

14  better that the proceedings commence in the U.S. Court with

15  the U.S. debtors, that is fine as well.

16          UNKNOWN CANADIAN LAWYER:  Good morning, Your

17  Honor.  Good morning, Judge Gross.  I believe there's

18  consensus amongst the parties at least to this extent, Your

19  Honor, that we will start proceedings in the U.S. Court.

20  The point of difference is this.  As the motion is, for all

21  intents and purposes, the same on both sides of the border,

22  the Canadian debtors and many other parties thought it would

23  be sensible to hear the for side in the U.S., hear the for

24  side in Canada, and then hear the opposition in the U.S. and

25  Canada.  And the opposition would include EMEA's cross

1   motion.

2          EMEA has the view that the way we ought to

3   proceed is to have the whole motion dealt with in the U.S.

4   first, both for and against.  And then once that hearing or

5   those arguments have been completed, then turn to the

6   Canadian motion and hear for and against in Canada.  We have

7   different views about what is most efficient and we're

8   frankly in yours and Judge Gross' hands on how you'd like to

9   hear it.

10          JUSTICE MORAWETZ:  Okay.  Mr. -- pardon me, Mr.

11   McFarlane, you wanted to add something to that?

12          MR. MCFARLANE:  Absolutely, yes, as a co-moving

13   party on behalf of --

14          JUSTICE MORAWETZ:  And right to the microphone.

15          MR. MCFARLANE:  As a co-moving party on behalf of

16   the committee and my co-counsel Mr. Graver, we support the

17   Canadian debtors and monitors submissions with respect to

18   the order of proceedings, U.S. first for the moving parties,

19   Canada's next for the moving parties, and then the

20   responding from the EMEA in the U.S. and responding in

21   Canada.  That's the most efficient way to proceed.  And, in

22   fact, we believe it conforms to the provisions of the cross-

23   border protocol.  Thank you.

24          JUSTICE MORAWETZ:  Thank you.  Anybody else

25   wishing to address or support that position before I call on

1  Mr. Gotley or Mr. Schwill?

2  (No audible response.)

3           THE COURT:  Okay, thank you.  Mr. Gotley?

4           MR. GOTLEY:  Thank you, good morning.  And I will

5  defer significantly to Mr. Adler in the U.S. Court.  We've

6  discussed the matter and in our respectful submission, the

7  matter should proceed entirely in the U.S. Court first for a

8  couple of reasons.  One, there are unique aspects of the

9  U.S. case regarding procedural matters that Mr. Adler will

10  address that do require the U.S. Court to consider, that

11  will not be a matter for this Court to consider.  And

12  depending on how the U.S. Court determines those issues, it

13  may have an impact on how the matter proceeds.  So they are

14  not exactly the same proceedings being dealt with and the

15  same arguments in both Courts.  That's point number one.

16           Point number two --

17           JUSTICE MORAWETZ:  Are those discreet issues that

18  Judge Gross could consider as the proceedings go along or

19  are they matters that, and perhaps just is better for Mr.

20  Adler to comment on, when you've completed your submissions

21  or are they matters that have to be ruled on as they are

22  raised?

23           MR. GOTLEY:  I will let Mr. Adler address that

24  with your permission.

25           The second point is obviously a matter of

1  fairness in procedure.  We have in my respectful submission,

2  a very short time before the Courts today to deal with these

3  motions.  There's a huge amount of material.  And my concern

4  is that if the matters proceed in the way my friend suggests

5  they proceed, by the time the EMEA side gets up on its feet,

6  there will be very little time left in the proceeding.  And

7  by the time we get up in Canada, there will be very little

8  time for us to be able to offer assistance because all the

9  time will have been used up.  So in our respectful

10 submission --

11         JUSTICE MORAWETZ:  Let me address that one.  I

12 have had a consultation with Judge Gross about the Court's

13 sitting hours today an both of us are available to go beyond

14 standard hours.  So I don't think that that concern should

15 be one that should take priority over some of the others.

16 Obviously, both Courts are aware of the importance of this

17 motion and every opportunity to have your full submission

18 will be provided.

19         MR. GOTLEY:  All right.  And again, I will defer

20 to Mr. Adler now, but in our view, it would be appropriate

21 for the U.S. Court to hear all of the submissions because

22 they are significant submissions as you know regarding U.S.

23 Law, et cetera.  So before the matters get turned over to

24 the Canadian Court, in our respectful view, it would be

25 helpful if both Courts heard from counsel on both sides of

1   the argument regarding the application of New York Law.  But

2   I'll turn it over to the other Court and Mr. Adler for the

3   rest of our submissions.

4            JUSTICE MORAWETZ:  Okay.  Judge Gross, subject to

5   your comment, I think it's appropriate now to hear from Mr.

6   Adler on this point.

7            THE COURT:  Yes.  Good morning.  Mr. Adler, good

8   morning, sir.

9            MR. ADLER:  Good morning, Your Honor, Derek Adler

10  for the EMEA debtors.

11           First of all, we do appreciate the Court's

12  willingness to go long.  This is an important motion and

13  that's very helpful.  We've also needless to say cleared our

14  own schedules --

15           THE COURT:  Of course.

16           MR. ADLER:  -- for the evening as well so we can

17  deal with this.

18           In response to Justice Morawetz's question, there

19  are some discreet procedural issues that pertain to

20  bankruptcy procedure under the Bankruptcy Code and the

21  Bankruptcy Rules, but there are also arguments that have

22  been made on separate papers, particularly in the Canadian

23  papers, pertaining to differences in the supervisory

24  authority of the Canadian Court.

25           THE COURT:  Yes.

1          MR. ABBOTT:  Which we think are more

2    appropriately dealt with within that forum over there.  In

3    addition, as a matter of procedure, we think that the way

4    that this has been done in the past has been a good approach

5    where it's been U.S. both sides.  We do have a series of

6    discreet issues here.  We're all focused on what those

7    issues are and because of the length of time this day is

8    likely to take, we do think that our side of the story

9    should be heard sooner rather than later.  That it would

10   lend clarity to the proceedings this morning while we've all

11   got our attentions honed to hear both sides of the story

12   here in this courtroom.  There are quite a number of

13   parties, I think who will be speaking in Canada based on

14   what we've seen from the papers.  I don't know if they're

15   all planning to speak.  But we do think that it's slightly

16   unfair to sit and listen all day to that many people

17   speaking against us and then only late in the day be able to

18   state our side of the case.

19          So we would suggest that we proceed the way we've

20   done with the other motions.  I don't think there's anything

21   different about this motion that would call for a different

22   procedure.  And I think based on past experience, we seem to

23   be able to do these things fairly quickly.  Certainly, we've

24   prepared a relative brief overview presentation and I think

25   that we should do it the way we've done in the past.

1          THE COURT:  All right, thank you, Mr. Adler.

2  Anyone else?  Mr. Bromley?

3          MR. BROMLEY:  Your Honor, James Bromley of Cleary

4  Gottlieb on behalf of the U.S. debtors.  Good morning,

5  Justice Morawetz.

6          JUSTICE MORAWETZ:  Good morning.

7          MR. BROMLEY:  (Speaking German), Judge Nietzer.

8  (Laughter)

9          MR. BROMLEY:  I think we have some

10 misunderstandings.  And it would be helpful to give an idea

11 of how we proceed or we thought about proceeding so that we

12 can take a look at it.

13         First of all, Mr. Adler is incorrect that we have

14 a particular format that we've used in prior hearings.

15 Indeed, Your Honors, today we are going to be dealing with

16 the IFSA, the Interim Funding and Settlement Agreement and

17 attached to the declaration of Kevin Lloyd, U.K. counsel to

18 the joint administrators.  Welcome, Kevin, it's good to see

19 you.  Your Honor hasn't met Mr. Lloyd before --

20         THE COURT:  No.

21         MR. BROMLEY:  -- or Mr. Gayle from Herbert Smith.

22         THE COURT:  Welcome.

23         MR. BROMLEY:  They're both here today, I think

24 before you for the first time.  We have certainly seen them

25 quite a bit.

1          But attached to Mr. Lloyd's declaration is the

2    transcript of the hearing on the IFSA.  And actually, if you

3    look at the transcript at least for sequencing, Mr. Tay went

4    first, I went second.  We put all of the evidence and

5    argument together, Canada and then U.S., and then anyone who

6    had opposition to either motion that was on that day went.

7    So I don't think there's a format that we followed.  And,

8    indeed, the hearing at issue that relates to the motion of

9    the order at issue and the agreement at issue went Canada,

10   U.S., all those parties in favor first, then the parties in

11   opposition.

12          That being said, Your Honor, what we had intended

13   to do was to try to streamline this.  And we do understand

14   that everyone needs to be heard.  But as we've proceeded in

15   these cases in the past, the primary arguments are going to

16   be made by the U.S. debtors here in the U.S. and the

17   Canadian debtors in Canada.  We are going to have statements

18   we believe in support from the official committee of

19   unsecured creditors, from the committee of Canadian

20   creditors, from the bondholders group, but the vast majority

21   of the time is going to be taken up by the debtors'

22   arguments.  So we believe that it make sense to start with

23   the arguments that are in favor and then deal with the

24   arguments that are in opposition.  And I can assure Mr.

25   Adler and Mr. Gotley that we will stay as long as possible

1  and we are certainly eager to hear everything that they have

2  to say as I'm sure the Courts are.

3        That being said, Your Honor, there's also I think

4  imbedded in both the comments of Mr. Gotley and Mr. Adler

5  something that concerns me which is the idea that there are

6  certain arguments and elements that might be made here in

7  the U.S. that don't relate to Canada and, therefore, the

8  Canadian Court and parties don't really need to hear about

9  them.  And that there are certain arguments that might be

10  made in Canada that don't relate to the U.S. and, therefore,

11  we might not need to hear them.  Certainly, we believe that

12  all of the arguments whether they're about U.S. Law or

13  Canadian Law or any of these agreements or any procedural

14  issues that might arise in either Court are appropriately

15  heard together in the fullness of a joint hearing.  Indeed,

16  that's what the cross-border protocol is about.  And

17  certainly, the Judges both have the ability to distinguish

18  what is essential and what is not essential and what you

19  need to pay more attention to or less attention to.  But the

20  fact is, Your Honor, I think all of us in both Courts and

21  both countries need to hear everything.

22        So it's our view that it makes sense rather than

23  to continue to argue about who should go first or who should

24  go second, that we should just get going.  And so with that,

25  Your Honor, that -- we'd like to leave it up to Your Honors

1    to decide how to proceed.

2              THE COURT:  Thank you, Mr. Bromley.  And Mr.

3    Adler, I assume that when you referred to procedural

4    matters, you were referring for example to whether we need

5    to be proceeding by adversary proceeding or contested

6    matter.

7              MR. ADLER:  That is what I meant, Your Honor.

8              THE COURT:  All right.

9              MR. ADLER:  Just maybe if I could just respond

10   very briefly.  We certainly don't mean that participants in

11   this Court should ignore what goes on in Canada, but we do

12   think it makes for a clearer argument if there is some

13   proximity of the time when U.S. related arguments are made

14   and heard on both sides and equally so in Canada.  If we are

15   going to proceed where all of their people go first, it

16   would be very helpful to us if there could be some sense of

17   a time limit of an outer boundary because I do think there

18   would be an unfairness if nothing is heard from our side

19   until the evening, we will all be more tired then,

20   attentions will be flagging.  I think there ought to be some

21   understanding at least, if we're going to proceed in that

22   manner of what the schedule would be.

23             THE COURT:  I normally get a second wind, so I'm

24   not too concerned about that concern of yours but --

25   (Laughter)

1          JUSTICE MORAWETZ:  Well Judge Gross, perhaps we

2    should have a very brief consultation.

3          THE COURT:  All right.  We'll stand in recess

4    just for a few moments.  Thank you.

5          JUSTICE MORAWETZ:  Thank you.

6    (Recess from 10:27 a.m. to 10:30 a.m.)

7          THE CLERK:  Please rise.

8          THE COURT:  Thank you, everyone.  Please be

9    seated.

10          JUSTICE MORAWETZ:  Okay.  Counsel in Ontario and

11    on the telephone, Judge Gross and I have considered this

12    matter.  There's really the two points.  One is the --

13    whether the Judges or counsel will get fatigued.  I can

14    assure you that both Judges are in fine form today, we're

15    ready to go --

16    (Laughter)

17          JUSTICE MORAWETZ:  -- and we'll be sustaining

18    ourselves throughout the day with food and drink such that

19    we do not think that that is a factor.  I did want to

20    consult with Judge Gross on the procedural issues that were

21    raised by Mr. Adler to see whether they would have any

22    impact.  At this point, I do defer to Judge Gross to give a

23    brief ruling on that aspect.

24          THE COURT:  Well thank you, Justice Morawetz,

25    yes.  We don't really have a fixed format in these -- in

1  this case.  Each hearing is proceeded by a brief conference

2  between Justice Morawetz and me in which we discuss how

3  we're going to proceed with that particular hearing.  So

4  that is not I don't think particularly applicable.  And I

5  think that we both agree independently, we have a strong

6  preference for proceeding with the pro motion and followed

7  by the opposition, first in the United States pro, then in

8  Canada pro motion.

9           As far as the procedural matter is concerned, I'm

10  going to hear argument on it, but it is my strong opinion

11  having read the papers, that this is a contested matter.  As

12  I said, I will hear the argument and I know that that is a

13  sort of a first step to decide before we even proceed here.

14  Because if I were to find that it's an adversary proceeding,

15  then perhaps we would have a different situation  But I'm

16  satisfied that as the debtors have explained, I am not being

17  asked to determine the validity, priority, or extent of

18  liens or matters of that nature, but rather to determine

19  whether or not the Court should direct a procedural

20  framework for the allocation issues.  And so I am prepared

21  to proceed here as a procedural matter with the merits of

22  the motion.  So Mr. Bromley, you will --

23           MR. BROMLEY:  Thank you very much, Your Honor.

24           THE COURT:  -- shoulder the burden first.

25           MR. BROMLEY:  I will kick it off.  If I could

 1    just ask Your Honors one question before we start.

 2                THE COURT:  Yes.

 3                MR. BROMLEY:  There are two other matters that

 4    are joint hearing matters; one relating to an agreement with

 5    the Nortel Israel entities.  And I believe Your Honor has

 6    entered an order here.  And I believe I just heard by email

 7    that Justice Morawetz has also entered an order.

 8                THE COURT:  That is correct.

 9                MR. BROMLEY:  Okay.  So the Israeli order has

10    been granted in both the U.S. and Canada.

11                THE COURT:  That's right.

12                MR. BROMLEY:  So we don't need to have any

13    argument or discussion about that.  I just want to make

14    sure.

15                THE COURT:  There's another matter involving --

16                MR. BROMLEY:  Columbia.

17                THE COURT:  -- Columbia.

18                MR. BROMLEY:  Yes.

19                THE COURT:  And that I believe Justice Morawetz

20    was asked to reserve decision on pending the allocation

21    motion.

22                MR. BROMLEY:  And we have been operating under

23    the assumption here that there would be argument on Columbia

24    in both the U.S. and Canada at the same time.  I think I

25    understand from the email traffic, that there has been at

1  least some presentations or submissions in Canada on

2  Columbia and decision has been reserved.  I'm just trying to

3  figure out how we deal with Columbia here in the U.S.  We

4  can, if you'd like, Your Honor, put that to the end or we

5  can do it first.  That's --

6           THE COURT:  I think it makes sense to put that at

7  the end.

8           MR. BROMLEY:  Okay.

9           THE COURT:  Yes, yes.

10           MR. BROMLEY:  Thank you very much, Your Honor.

11           THE COURT:  Thank you, Mr. Bromley.

12           MR. BROMLEY:  Your Honor, the U.S. debtors will

13  divide up the presentation.  I'll take a portion of it and

14  my partner, Ms. Buell, will take a portion as well.  I will

15  try to focus on the overview, the issues relating to

16  jurisdiction and the revised protocol that has been filed.

17  And Ms. Buell will focus on the arbitration issues, the

18  agreement that is the subject of the hearing, and the issues

19  that have been raised with respect to good faith.

20           THE COURT:  All right.

21           MR. BROMLEY:  Your Honors, we're here today on

22  the joint motion of the U.S. debtors and the official

23  committee of unsecured creditors dated April 25, 2011, filed

24  both here in the U.S. and in the Canadian Court pursuant to

25  the cross-border protocol.  And it's for an entry of an

1    order establishing an allocation protocol pursuant to the

2    interim funding and settlement agreement which we have all

3    come to know and love as the IFSA.

4              THE COURT:  Right.

5              MR. BROMLEY:  In the past week, Your Honor, there

6    has also been an application made by the Canadian debtors

7    for entry of an order approving an allocation protocol.

8    Just so that we can all connect the dots, since the filing

9    of the initial joint motion in the U.S. and Canada, the U.S.

10   debtors together with the official committee, engaged in

11   good faith negotiations with the Canadian debtors, the

12   monitor, and representatives of the Canadian creditors, the

13   CCC as we've come to call them.  And we have been able to

14   reach agreement on the form of a protocol.  Now admittedly,

15   that revised protocol has not been stipulated to by the

16   joint administrators.  But I will in the context of making

17   this presentation, Your Honor, describe the amended or

18   revised protocol and how we think collectively that the main

19   parties in the U.S. and Canada have been able to come to an

20   appropriate and reasonable compromise with respect to the

21   issues that have been raised.

22             It's important to note that there have been

23   issues raised by certain parties.  The bondholder group has

24   filed a response.

25             THE COURT:  Yes.

1          MR. BROMLEY:  And they had certain concerns.  The

2  trustee for over $4 billion of bonds, Bank of New York

3  Mellon has also filed a response both here and in Canada.

4  They are supportive of these Courts dealing with allocation.

5  They would like a greater level of participation in the

6  allocation proceedings.

7          The U.K. pension parties that would be the

8  trustees of the U.K. pension funds, as well as, the PPF, the

9  Pension Protection Fund, in effect, the U.K. version of the

10  PBGC, if you will, have filed responses both in the U.S. and

11  Canada as well.  They do not take a position as to whether

12  or not these Courts should deal with allocation or they

13  should be dealt with in some sort of tribunal, they are most

14  concerned about participation rights and transparency.

15          We believe, Your Honor, that the amended protocol

16  deals with all of these concerns and I'll go through them in

17  the course of my presentation.  But before we get there, I

18  think it's worthwhile to have a bit of background, a prolog,

19  if you will, to where we are.

20          Suffice it to say that this is a very important

21  hearing.  We stand now at the end of a very long process,

22  nearly two and a half years we have spent before both of

23  these Courts selling businesses and assets in a very

24  successful fashion.  Nearly $3 billion has been generated to

25  date through eight sales of multijurisdictional businesses.

1   And we sit on the verge of generating at least another $900

2   million from the sale of Nortel's patent assets where an

3   affiliate of Google has made a stalking horse bid of $900

4   million and we're scheduled to have an auction and competing

5   bids submitted within the next couple of weeks.  It is

6   certainly our hope that by the end of this month, that my

7   partner, Ms. Schweitzer will be here presenting to you, Your

8   Honors, a very successful auction that increases

9   substantially the amount of money in the black boxes as we

10  say.

11              Now the Nortel parties have been able to

12  accomplish what in the context of the insolvency situation

13  that we find ourselves in, accomplish what many have

14  considered impossible.  Not just in these cases, but in

15  cross-border, cross jurisdictional issues, and insolvencies

16  generally.  There have been full plenary proceedings in the

17  United States and in Canada, as well as, in the United

18  Kingdom.  We have been able to keep a complex group of

19  companies operating on a cooperative basis around the world

20  in dozens of jurisdictions on every content other than

21  Antarctica.  We've been able to disassemble a global

22  enterprise to carve out businesses from other businesses, to

23  separate employees, finances, supply chains, customers,

24  physical assets, products, intellectual property all the

25  while while the businesses continue to operate.

1              In many respects, looking at the Nortel situation

2    from the inside very much takes me back to my childhood when

3    I would look at the variety shows on television and you'd

4    see jugglers that walk out.  And first they're throwing a

5    couple of bowling pins up and it looks fine.  Then someone

6    throws a flaming baton in and they're juggling the bowling

7    pins and the baton.  They add a couple of plates and they're

8    spinning the plates and eventually they get on a unicycle

9    and they ride it from one side of the stage to the other.

10   (Laughter)

11             MR. BROMLEY:  Many times virtually every day with

12   a Y in it, and it's felt like that is what Nortel has been

13   about.  But the fact is is that we've now gotten to the

14   other side of the stage.  And we haven't dropped any bowling

15   pins, and we haven't dropped any flaming batons, and we

16   haven't dropped any plates.  We have even though the failure

17   of a global icon is a very sad story, been able through a

18   very cooperative effort to save tens of thousands of jobs,

19   generate billions of dollars in sale proceeds, increase

20   substantially the prospect for creditor recoveries around

21   the world.  Businesses, customers, employees, contracts have

22   all transferred.  Goods and services were delivered to

23   customers all around the world, transition services were

24   provided to purchasers, information systems were duplicated

25   and transferred, and nothing fell, nothing broke.  We've had

1 a few post closing disputes with some purchasers, including

2 one sitting in the courtroom today.  But in the scheme of

3 things and the amount of money that's been generated and the

4 magnitude of what has gone right, precious little has gone

5 wrong.

6           Now when I say that the Nortel parties have

7 accomplished this, it's very important to realize that none

8 of this would have been accomplished without both of these

9 Courts providing guidance and direction to the parties and

10 interests, the joint administrators included, serving as

11 fair and impartial anchors for this worldwide exercise.

12           We shouldn't forget that the norm in cross-border

13 insolvencies has always been and in many ways continues to

14 be focused on ring fencing assets and liabilities.  The rule

15 has been for years that compartmentalization of assets on

16 the basis of national borders.  And for years, this sort of

17 compartmentalization has led to substantial destruction of

18 value for creditors, generally.  Simply put, it's never been

19 hard to imagine how a related business in a particular

20 geography would be worth more if it was sold in a piecemeal

21 basis.  History shows us that it was always worth less.

22           Now here in North America in the U.S. and Canada,

23 we do have a relatively long history of cooperation.  Where

24 parties, and creditors, and Courts, and management have seen

25 the value of coordinated actions to maximize value.  And I'm

1   happy to say that through my career, I've seen the value of

2   cooperation proven time and time again.

3          Nortel presented a unique set of problems and a

4   unique set of opportunities to everyone here involved.  We

5   are faced with a set of substantial North American

6   operations where the businesses in both the U.S. and Canada

7   were large and important.  In many of these cases, you have

8   a tail and a dog.  And there's a natural dominance as a

9   relation to that.  But here in Nortel, we had two dogs in

10  North America and no tails.  Indeed, we had dogs all over

11  the world.

12         As a result of this geographic spread, the

13  challenge presented by the worldwide collapse from Nortel

14  was fundamentally different than had been presented by other

15  global failures.  And it's worthwhile spending a few moments

16  considering a failure that happened around the same time

17  which is that of Lehman Brothers.

18         While Lehman certain presented its own set of

19  issues in no small part because it's a financial services

20  business, it nevertheless presented a situation where there

21  were a set of corporate entities operating around the world

22  under a single brand.  In Lehman before the ink was even dry

23  on the first petitions for administration in bankruptcy, the

24  ring fencing had been generated on geographic and legal

25  entity grounds.  And immediately, the Lehman Brothers global

1  garage sale or yard sale or tag sale depending on from where

2  you hail began.  And I think it's safe to say that the

3  realization of value there was substantially different than

4  the realization of value here.

5          Well before the Nortel filings took place, the

6  monitor and the joint administrators were identified and

7  contingency planning began.  And it became clear to everyone

8  as we presented to these Courts on January 14 that the

9  coordinated commencement of the CCAA proceedings in Canada,

10 the Chapter 11 proceedings in the U.S., and the

11 administration proceedings in the U.K. presented the highest

12 and best opportunity for realizing value for creditors.

13         And while things in the U.S. and Canada had a

14 model to follow, we did have proceedings that were commenced

15 in the UK.  Nineteen entities in the EMEA region filed for

16 administration in London.  Two of them were U.K. based and

17 seventeen were not U.K. based.  This required that there be

18 a finding by the U.K. Court that NNUK, Nortel Networks,

19 Ltd., U.K. was the center of main interests for all of those

20 nineteen EMEA entities.  This permitted the appointment of

21 common set of joint administrators under the European

22 directive and under the U.K. Insolvency Act of 1986.

23         Now under U.K. Law, the joint administrators had

24 very broad powers to operate as commercial parties without

25 the constant need to come back to the Courts as we have to

1    do here in the U.S. and Canada.  And on January 14, when we

2    filed these cases all around the world, there was no

3    decision that had been made about selling the businesses.

4    The focus was quite clearly on stabilizing the Nortel Group

5    to allow strategic alternatives to be explored.  Quite

6    clearly, reorganization was the early focus and the early

7    goal.

8            Unfortunately, the combination of the global

9    financial crisis, the competitive situation that Nortel

10   found itself in, the first three months of 2009 were

11   probably the worst time imaginable to try to reorganize an

12   organization like Nortel.  And a decision was made very

13   quickly that the businesses needed to be sold.  They needed

14   to be sold fast and they needed to be sold for the highest

15   price and this drove parties together.

16           And it's important now, I think to look at the

17   IFSA.  The IFSA's the single most important document in

18   these proceedings.  As a result, it's not a casual document.

19   It wasn't put together without a lot of thought.  It's the

20   lynchpin of these proceedings.  It's the document that sets

21   forth the framework for conducting and implementing the

22   sales of the businesses and assets of Nortel around the

23   world.  It is the document that's responsible for the $4

24   billion that will be generated, if not more.

25           So, Your Honors, it's important as we sit here to

1  maybe turn to the IFSA because indeed it is a bit of a bible

2  and we'll have to look at it and look at it a lot.  The

3  IFSA's located, Your Honor, at Tab 9 in your binder.  It's a

4  related pleading to the -- related to Exhibit 1.  Now if we

5  could all go back in time to June 29, 2009.  I'll give you a

6  moment, Your Honor, I'm sorry.

7            THE COURT:  Thank you.  Okay.

8            MR. BROMLEY:  I can bring you a -- hand you up a

9  --

10           THE COURT:  I have them right here.

11           MR. BROMLEY:  Okay.

12           THE COURT:  Thank you, Mr. Bromley.

13           MR. BROMLEY:  I have one in every room in my

14  house.

15           THE COURT:  Yes, I'm sure.

16  (Laughter)

17           MR. BROMLEY:  So if everyone has the IFSA. It was

18  approved by this Court and the Canadian Court on June 29,

19  2009, almost two years ago.  And this was an important date

20  not only because it was the date that the IFSA was approved,

21  but it was also the date that these Courts were asked for

22  the first time to approve the cross-border sale procedures

23  for a major Nortel business and that was the CDMA business.

24  The 3G Carrier business as we also called it.  The CDMA

25  business was Nortel's cash cow.  As you may recall, Your

1  Honor, the 3G Network that Verizon operates here in the

2  United States is largely built on Nortel CDMA technology.

3          And on the 29th of June 2009, we were here with a

4  stalking horse agreement with Nokia Siemens Networks, NSN.

5  And those bid procedures were up for approval on that day.

6  There had been a minor sale of the L7 business before that

7  for less than $20 million.  It was helpful in terms of

8  getting our feet wet, but the CDMA business was the first

9  big sale.

10          And there's a critical symbiotic relationship

11  between the stalking horse agreement and NSN and all the

12  stalking horse agreements that followed and the IFSA,

13  because without the IFSA, these stalking horse agreements in

14  the form that you saw and Justice Morawetz saw and all of us

15  saw and all of signed would not have been possible.  So

16  without the IFSA, there wouldn't have been a stalking horse

17  that would have been the same way that we had with NSN.  And

18  as I said, the IFSA was not a casual document.  It was well

19  thought out and well structured.  Certain things were agreed

20  and certain things were left to negotiation.

21          Now the IFSA had two main components.  Sometimes

22  you have to go back and actually read the title to

23  understand it.

24  (Laughter)

25          MR. BROMLEY:  Interim funding and settlement

1    agreement.

2            THE COURT:  Right.

3            MR. BROMLEY:  So hopefully in the document

4    there's some interim funding and there was.  If you go back

5    to that point in time, you'd remember Your Honors, that the

6    transfer pricing system that had operated within Nortel

7    prior to the filing dates was no longer operating.  The

8    moneys that had moved within the Nortel system were no

9    longer flowing on the same basis.  We had structured certain

10   documents that would allow the different entities to buy

11   goods basically for the cost of those goods, but if you

12   will, the lubrication for the entire Nortel system wasn't

13   there.  This was a particular problem for NNL, the Canadian

14   operating company where much of the funding that it needed

15   was coming through transfer pricing.

16           Now we've had a lot of discussions about transfer

17   pricing and the IFSA is not about it.  But what it is about

18   is providing cash to NNL to allow it to continue to operate

19   because without NNL that could continue to operate, you

20   wouldn't have been able to sell these businesses on a

21   worldwide basis.

22           And there were two ways that funding was

23   delivered to NNL under the IFSA.  The first was that the

24   U.S. debtors would pay NNL $187 million.  30 million of

25   those dollars had been paid very early in the case and in

1  effect the IFSA blessed that payment on an ex post facto

2  basis.  And an additional $157 million in cash was to be

3  provided.  There were certain true up mechanisms in case

4  there was an overpayment.  There wasn't an overpayment.  But

5  there was a firm agreement, moneys would be paid.

6          There was also a provision in the IFSA that said

7  that the EMEA debtors operating through the joint

8  administrators would forego the collection of what they

9  believed they were entitled to out of transfer pricing in

10  the amount of $20 million.  So if you will, what the IFSA

11  did was provide funding of $187 million in cash and the

12  forbearance on collection of $20 million in cash.  It

13  allowed there to be liquidity for NNL through the remainder

14  of 2009 to allow the sale transactions to be able to be

15  negotiated.

16          Now it's also a settlement agreement, interim

17  funding and settlement agreement.  What was the settlement?

18  Well the settlement was that there were claims that the

19  Canadian debtors, NNL in particular had against NNI that

20  benefits had been provided on an administrative basis and

21  that those benefits needed to be paid for.  So those claims

22  were settled out.

23          So when you look at the IFSA, it is important to

24  remember that there were things, very clear things, very

25  important things that were agreed to and full performance

1    was made of.  Funding was provided, cash funding from the

2    United States.  Settlements were made, claims were forborne,

3    and the EMEA debtors more or less said I'll take my $20

4    million later.  The EMEA debtors didn't contribute any cash.

5    They simply said they wouldn't force the collection of the

6    20 that they believed they were owed.

7          Now the second thing that the IFSA did was talk

8    about the sales.  The same time that the IFSA was being

9    negotiated as the 29th of June showed, we were negotiating a

10   stalking horse agreement with NSN.  It turned out, we were

11   also negotiating a stalking horse agreement with a buyout.

12   We had a lot of stalking horses.  At times, they seemed like

13   stalking donkeys, but more or less they turned themselves by

14   the end of the process into stalking horses.

15         Now if you look at the IFSA, there are two

16   provisions in there, two sections that deal very precisely

17   with the sale processes.  One, Section 11 deals with license

18   termination agreements.  And Section 12 deals with

19   allocation and some other issues.  But if you start first at

20   Section 11, the title of it is relinquishment of

21   intellectual property licenses.  And it says that each of

22   the U.S. debtors and the EMEA debtors hereby agrees to enter

23   into an appropriate license termination as defined below for

24   the purpose of facilitating and in consideration of a right

25   to an allocation, to such debtors of portions of the sale

1    proceeds of any material asset sales.

2            Why is the relinquishment of intellectual

3    property licenses important?  Well obviously, Nortel was a

4    technology company and there was a very elaborate system of

5    licenses that were granted.  And you'll hear conversations

6    or discussions at times about a document called the Master

7    Research and Development Agreement, the MRDA.  They're

8    irrelevant for today other than in order to sell any of

9    these businesses, parties that had rights under licenses had

10   to vis-a-vis the third parties we were selling businesses

11   to, release those licenses.  You couldn't sell the

12   enterprise business to a buyout if they couldn't use the

13   intellectual property relating to the enterprise business in

14   France, or England, or the United States.  Maybe we could

15   have sold it.  We would have sold it for less.  We would

16   have had a much more complicated situation because if those

17   licenses hadn't been terminated, you could have had Nortel

18   selling phones under the badge of the joint administrators

19   in France and Avaya selling Nortel phones in the United

20   States and in Canada and in other jurisdictions.  So it was

21   very important that we talk about the relinquishment of

22   intellectual property licenses.

23            And so if you go to Section 11(b), there's an

24   undertaking -- I'm sorry, it's Section 11(c).  The parties

25   hereby agree within a reasonable period of the date hereof

1   the debtors shall negotiate in good faith and attempt to

2   reach agreement on a timely basis of a sample form agreement

3   to effectuate an appropriate license termination.  And that

4   language is important because it repeats itself.  Negotiate

5   in good faith and attempt to reach agreement.  And you know

6   what?  We did.  We all negotiated.  We all reached

7   agreement.  And in every sale that we closed, there have

8   been license terminations provided and that's why the money

9   came in the door.  And we have with Google negotiated very

10  careful license terminations with respect to the patent

11  assets, so it continues today.

12          So there was an agreement to negotiate.  That

13  agreement was satisfied.  It was done in good faith and

14  agreements were reached.  But the language was shall

15  negotiate in good faith and attempt to reach agreement.

16  That is exactly what we did, although we did reach

17  agreement.

18          The second lynchpin to the sale process was in

19  Section 12 and it says entry into sale transactions.  And

20  the key here, Your Honor, is in 12(a).  No party, no selling

21  debtor, no entity in the Nortel world that is going to have

22  to transfer assets or sign a license termination will

23  condition the selling of those assets or the termination of

24  that license on a pre-allocation of the sale proceeds.  So

25  we would put to another day the issue of allocation.  The

1  start of that other day is today.

2          Now 12 also contains within it a provision that

3  says that we would have to negotiate escrow agreements.  If

4  you look at 12(b), it says pending the distribution of the

5  sale proceeds, the entire amount of the sale proceeds shall

6  be deposited in an escrow account pursuant to an escrow

7  agreement, the terms of which shall be negotiated and agreed

8  by all selling debtors in each case acting reasonably.  Now

9  the word negotiated and the word agreed are both in that

10  Section 12(b).  It doesn't say negotiate in good faith, but

11  that's implied.  And it doesn't say attempt to agree, it

12  says agreed.  We had an absolute obligation to negotiate

13  escrow agreements and we did.  In every one of these sale

14  transactions there's an escrow agreement, every single one

15  of them.  And I'll take you through, Your Honor, a couple of

16  the provisions of the escrow agreements in a moment.

17          And in every single sale, that has taken place,

18  the entire amount of the sale proceeds less certain escrows

19  and the like have been deposited in those escrows.  Now when

20  you go from B and into C, we talk about the protocol.  12(c)

21  says that we're going to negotiate in good faith and attempt

22  to reach agreement.  That brings us back to the language we

23  used in 11.  It's different than the language we used in

24  12(b).  Again, Your Honor, the IFSA's not a casual document,

25  it's there for a reason, the language is used for a reason,

1  the language is clear.

2          You're going to hear from Ms. Buell about whether

3  these provisions in Section 12 are tantamount to or equal to

4  an agreement to arbitrate and the answer is they're not and

5  Ms. Buell will take you through that.

6          But interestingly enough, we also have today a

7  revised protocol.  A revised protocol that is the subject,

8  that was the subject of good faith negotiations and the

9  product of good faith negotiations between all of the

10 parties in North America.

11         I should also mention, Your Honor, we -- I didn't

12 list up front, but we also have the support, the filing made

13 by the so called fourth estate.  There are lots of Nortel

14 entities that are not in insolvency proceedings.  Lots of

15 these entities are selling debtors for purposes of the IFSA.

16 Lots of these entities have the right to an allocation.

17 Those entities have all agreed that these Courts should be

18 the ones that are dealing with allocation.  And while they

19 certainly would like their issues to be dealt with faster,

20 the fact of the matter is in terms of the venue for the

21 determination of allocation, they support these Courts.

22         So what we have before Your Honors today is a

23 revised allocation protocol that all of the parties but for

24 the joint administrators have negotiated and agreed to and

25 are the product of good faith negotiations.

1          So really now we need to turn to what the dispute

2     is.  And while it's a long story to get to the dispute, the

3     dispute is actually pretty simple.  We're going to hear

4     words about things being complex and complicated.  You may

5     even hear the word chaos.  The problem is these words don't

6     describe the disputed bar.  They also don't describe the

7     ultimate question, the question of allocation.

8     Fundamentally, there's a broad agreement including with the

9     joint administrators that now is the time to focus on

10    allocation.  There's also a broad consensus again including

11    the joint administrators that the attempt of non-binding

12    mediation to resolve allocation has failed.

13         So now that we can all say that allocation must

14    be pursued in a contested fashion, the only dispute we have

15    is over venue.  As I've said, the key U.S. and Canadian

16    parties and interests, the U.S. debtors, the Canadian

17    debtors, the monitor, the UCC, the bondholder group, the

18    CCC, the fourth estate, the trustee for $4 billion of bonds,

19    they all agree that these Courts are the proper venue,

20    particularly after such a long period of time.

21         One of the issues that we have also been dealing

22    with is the fact that there have been substantial claims

23    made, substantial claims made by the EMEA debtors, by the

24    joint administrators against the U.S. estates and against

25    the Canadian estates.  And on last Friday for the first

1  time, those claims have been filed in public and are

2  available for all to review.  Those claims are important

3  because they certainly play into what we're trying to do

4  here.  And they also have been built in to the revised

5  allocation protocol, to be addressed in a particular fashion

6  and I'll take you through that in a couple of minutes.

7         Fundamentally though, the dispute boils down to

8  all of those parties I just listed believe that these two

9  Courts sitting in joint hearings under the cross-border

10 protocol are the appropriate venue to deal with allocation.

11 And the EMEA debtors believe that allocation should be

12 arbitrated.  They maintain that the IFSA was a binding

13 agreement to arbitrate.  They admit that the agreement to

14 arbitrate had many blanks, but they maintain that these

15 Courts should fill in the blanks to complete what they

16 believe was an arbitration agreement.

17        It's important to realize that in making these

18 arguments, the joint administrators come back to time and

19 again a phrase, National Courts.  It was never their

20 intention to submit themselves or to submit the allocation

21 question to National Courts.  They use other terms as well.

22 They talk about independent dispute resolvers, transnational

23 dispute resolution procedures.  They imagine that words

24 exist in the IFSA that don't exist in the IFSA.  They create

25 a world that simply is not reflective of the actual

1   document.  And they repeat those over and over.  It's a very

2   important thematic lesson you learn when you're trying to

3   make an argument.  But let's not -- in law school.  But

4   let's not be confused by the fact that that's exactly what

5   it is.  So every time the word independent is used, or

6   private is used, or transnational is used, every time one of

7   those words is thrown in there, it doesn't exist in the

8   document.

9           Every time that predicate is added to dispute

10  resolver, it's an argument, not a fact.  And really when the

11  EMEA debtors and the joint administrators use the terms

12  National Courts, they're accusing these Courts of bias.

13  They are saying that these two Courts sitting on a cross-

14  border basis are incapable of rendering fair and impartial

15  decisions that will provide them with a fair and appropriate

16  allocation.

17          So we shouldn't confuse ourselves when we hear

18  those terms National Courts and think that somehow they are

19  benign phrases, they are clear statements.  They are clear

20  statements that the joint administrators believe that they

21  will not get a fair shake before these Courts.  And that is

22  simply unfathomable.  In part, because while we're standing

23  here today with an allocation with the Canadian debtors that

24  were an allocation protocol that we're happy that we reached

25  agreement on, we don't agree with the Canadian debtors on

1  theories of allocation.  They well know that.  The monitor

2  knows it.  The Canadian creditors know it.  It would be a

3  very complicated bias analysis to be bias against only the

4  joint administrators.  The fact is is that we have two

5  highly competent well respected Courts that have managed

6  this process for over two and a half years and have provided

7  every party that have come before them a fair and

8  appropriate hearing on every issue that's been raised.

9       So when the argument is made, arbitration is what

10  we agreed to, the agreement doesn't say arbitration.  The

11  agreement doesn't say independent.  It doesn't say private.

12  It doesn't say impartial.  But the fact of the matter is it

13  also doesn't say and we absolutely say we will not appear or

14  submit the issue of allocation to National Courts.  Of

15  course they can't say that because of course they have.  The

16  IFSA itself in every single escrow agreement contain clear

17  and unequivocal submissions to jurisdictions.

18       It is very interesting that any of us who have

19  sat through the last two years, there's one thing, one thing

20  that comes up in every document over and over and over again

21  that deals with jurisdiction in the joint administrators.

22  Indeed, Your Honors, if you've read the Israeli agreement,

23  it appears in there.  Every single agreement that has been

24  signed by the joint administrators has an express and very

25  clear carve out as to their own personal liability.  English

1  Law in every document that they've ever signed governs the

2  personal liability of the joint administrators.  It's in the

3  IFSA agreement.  It's on the signature line for ever single

4  EMEA debtor.  It says Allan Blume  not in my personal

5  capacity as joint administrator.

6          So when we're sitting here and talking about

7  submission to jurisdiction, it is interesting that in every

8  agreement that's ever been signed in the course of this case

9  by the joint administrators, they have been very, very

10  careful that their personal liability would not be subject

11  to any jurisdiction other than the English Courts.  So I

12  think it's pretty clear that when the parties sit down and

13  are trying to figure out what they can agree to and not

14  agree to, particularly as it relates to matters of

15  jurisdiction, the joint administrators know exactly what

16  they're doing, particularly, when it comes to their own

17  hide.

18          So we're supposed to sit here and look at the

19  IFSA and say but notwithstanding the fact that there's a

20  very clear carve out for the personal -- for actions in the

21  personal capacity against the joint administrators.

22  Absolutely crystal clear, repeated over and over and over

23  again.  That we're supposed to read into the IFSA

24  notwithstanding the clear terms on the jurisdictional points

25  that they were not submitting to the jurisdiction of the

1  U.S. and Canadian Courts.

2          I'd like to focus Your Honors on Section 16 of

3  the IFSA, if you will.  And I'd ask one of my colleagues in

4  Canada to put one of the boards up.  We have a Section 16 of

5  the IFSA.  We're going to do that here as well.

6          JUSTICE MORAWETZ:  Okay.

7          MR. BROMLEY:  Thank you very much, Ms. Cordo.  So

8  this is the IFSA.

9          JUSTICE MORAWETZ:   You got real high tech.

10  (Laughter)

11          MR. BROMLEY:  Well, sometimes low tech is more

12  effective.  I'll leave Your Honors to decide whether that's

13  the case here.  But let's turn to Section --

14          JUSTICE MORAWETZ:  It looks just like the other

15  paper I've got in front of me.

16  (Laughter)

17          MR. BROMLEY:  Well in all honesty, I was kind of

18  sick of hearing my partner, Mr. Zelbo say I can't read it,

19  can you make it bigger?  So but let's look at it.  All

20  right, Section 16 says governing law in jurisdiction.  Often

21  times when people are reading documents and writing

22  documents, you get to the end and the sections become

23  smaller and smaller and you begin to stop paying attention

24  to them.  But we can't do that because documents say what

25  they mean and mean what they say.

1          So let's look at Section 16(a).  It says this

2    agreement shall be governed exclusively by the laws of the

3    State of New York without regard to the rules of conflict of

4    laws of the State of New York or any other jurisdiction

5    provided, however, that Section 17 shall be governed

6    exclusively by English Law.  The title of Section 17, no

7    personal liability of the joint administrators.  Okay.  So

8    we know what that means.  We've seen that one before.

9          Then we get to 16(b).  Okay.  So New York Law

10   applies, whatever the venue.  There's no qualification.

11   It's New York Law.  We've all agreed to them, except again

12   for the joint administrators personal liability.  Let's go

13   to 16(b) and that's what we've put up.  To the fullest

14   extent permitted by applicable law.  The joint

15   administrators have made some hay out of that introductory

16   phrase in their most recent submissions and there have been

17   so many made, I'm not sure whether it was the Canadian

18   factum or the reply in the U.S., but let's talk about that

19   for a moment.  What does to the fullest extent permitted by

20   applicable law mean?  Well it's a phrase that appears in the

21   U.S. bankruptcy documents all the time because the U.S.

22   debtors are not able to agree to things unless they get

23   Court approval.

24          The joint administrators on the other hand can

25   agree to whatever they want to.  The joint administrators

1   have enormous power under the Insolvency Act.  They have the

2   ability to act as commercial parties.  Now here, they may

3   say well I did make an undertaking here that I was going to

4   seek directions from the English Court that I may be at

5   liberty to enter into this.  And they did and there's an

6   order from the English Court saying that they are liberty to

7   do so.

8            But the fact of the matter is, is that there's

9   also a side letter that was filed with this Court which said

10  that even if the English Court said no or said nothing,

11  we'll still perform.  And if you look at the transcript of

12  the English proceeding which we've submitted, you will note

13  that the description of why they submitted the side letter

14  is basically that the U.S. and Canadian's don't understand

15  that we can do whatever we want and so it's more a comfort

16  order.  So the fact is that to the fullest extent permitted

17  by applicable really applies to the U.S. debtors and the

18  Canadian debtors and we need to come and get Court approval

19  to do these things.

20           Then it says each party agrees to submit to the

21  non-exclusive jurisdiction of the U.S. and Canadian Courts.

22  I'll leave out the parenthetical for now.  For purposes of

23  all legal proceedings to the extent relating to the matters

24  agreed in this agreement, but not for the avoidance of debt

25  any transfer pricing agreement matter generally.

1            Let's deal with that end parenthetical first.

2    The 58 page claim that was filed, proof of claim that was

3    filed on Friday makes it absolutely clear that all transfer

4    pricing agreement matters are the subject of their claim.

5    So they've submitted to the jurisdiction of the U.S. Court

6    separately, as well as, to the Canadian Court for those

7    matters, but it's irrelevant for here.

8            When you look at the cases on form selection

9    clauses, this is written as broadly as possible.  All legal

10   proceedings to the extent relating to the matters agreed in

11   this agreement.  There's distinctions in the case law out

12   there about relating to and arising from.  Relating to is

13   broader than arising from, so we've got the broader one

14   here.

15           The first parenthetical is important as well.  It

16   says in a joint hearing conducted under the cross-border

17   protocol adopted by such Court as it may be in effect from

18   time to time.  So why is that important?  Each party, joint

19   administrators, the EMEA debtors, third parties agree to

20   submit to the non-exclusive jurisdiction of the U.S. and

21   Canadian Courts in a joint hearing conducted under the

22   cross-border protocol.  The cross-border protocol has

23   imbedded within it, a very specific provision that says if

24   there's any motion made for the allocation of sale proceeds

25   in excess of $30 million, it will be held in a joint hearing

1    before these two Courts.  The cross-border protocol has a

2    very explicit statement of the jurisdiction of these two

3    Courts acting in a joint hearing fashion to deal with

4    allocation.  So when this agreement was signed on June 9 of

5    2009, it incorporated within it, the terms of a pre-existing

6    order of these two Courts that said that these two Courts

7    would deal with allocation.

8            Now there's an argument that's made by the joint

9    administrators.  Well there is a section that says you have

10   to try to agree on a protocol and there was clearly a lot of

11   conversation, negotiations, and discussions about

12   arbitration.  But there was no agreement to arbitrate.  Did

13   we talk about arbitration?  Absolutely.  What is this in

14   Section 16?  This is the fallback, right?  If we can't reach

15   agreement on protocol, we fall back into this.  The Courts

16   decide it.  And the cross-border protocol specifically

17   references allocation.

18           Section 16(b)(2) says that each party agrees that

19   any claim, action, or proceeding by such party again,

20   seeking any relief whatsoever to the extent related to the

21   matters agreed in this agreement, very broad, as broad as

22   possible under all the case law, must be commenced and then

23   it says basically in a U.S. Court if it's only about the

24   U.S., in a Canadian Court if it's only about Canada, in the

25   English Court if it solely affects the EMEA debtors.  But in

1   the middle, it says in a joint hearing of both the Canadian

2   and U.S. Courts conducted under the cross-border protocol,

3   if such claim, action, or proceeding would affect the

4   Canadian debtors and the U.S. debtors or the EMEA debtors.

5   So where everyone's implicated, it's a joint hearing under

6   the cross-border protocol before these two Courts.

7           Section 3 then, 16(b)(3) goes into waiving

8   arguments that this is an improper venue, that mailing of

9   service of process is appropriate and there's a final

10  judgment.  Those are standard provisions in terms of form

11  selection, but again, right at the very end of it, provided,

12  however, that any claim, action, or proceeding set forth in

13  Section 17, no personal liability of the joint

14  administrator, shall be brought exclusively in the English

15  Courts.  So when the joint administrators wanted something

16  very clear about their own personal liability, they knew

17  exactly how to draft it.

18          Now the joint administrators would read Section

19  16 out of the IFSA.  And they would say that it really has

20  no particular input because what the parties had agreed to

21  was an agreement to arbitrate.  And Ms. Buell will take that

22  in more detail, but it's simply not something to be read

23  out.  It is very clear that if there are disputes arising

24  out of the matters in this agreement, they will be dealt

25  with in a joint hearing setting.  Everything that we're

1  talking about today fits entirely within the four corners of

2  Section 16(a) and 16(b).

3         Now the IFSA's not the only document.  It is the

4  keystone.  It is the lynchpin, but it's not the only one.

5  And I'd like to turn for a moment to the escrow agreements.

6  And I'm going to focus on one, that's the CDMA escrow

7  agreement.  And if I could ask for Section 21 to be put up

8  onto the easel.  Do you have the escrow agreement, Your

9  Honor?

10        THE COURT:  Oh, yes.

11        MR. BROMLEY:  I have a copy if you want me to

12  bring one up to you.

13        THE COURT:  Why don't -- it will just save me

14  some time looking.

15        MR. BROMLEY:  May I approach?

16        THE COURT:  Yes, I was -- thank you.  Thank you,

17  Mr. Bromley.

18        MR. BROMLEY:  So the title of this document is

19  escrow agreement among the sellers and the EMEA filed

20  entities and the estate fiduciaries and JP Morgan Chase

21  Bank, N.A., as escrow agent.  It's dated as of November 11,

22  2009.  If you turn to Section 21, Your Honors, which appears

23  on Page 14, this section is entitled jurisdiction.  It's in

24  all caps, certain terms are underlined.  And it starts out

25  subject to Paragraph 20.  If you turn back one page to

1    Paragraph 20, we're back to our old friend, exclusion of

2    liability for the joint administrators subject to the thing

3    they knew how to take care of.  Each party hereby

4    irrevocably submits to and accepts for itself and its

5    properties generally and unconditionally to the exclusive

6    jurisdiction of and service or process pursuant to the rules

7    of.  And then it goes on for awhile, but basically as long

8    as the cases in the U.S. and Canada are open, it is the

9    Bankruptcy Court for the District of Delaware and the

10   Ontario Superior Court of Justice, including the amended

11   cross-border protocol approved by the Bankruptcy Court and

12   the Ontario Superior Court on June 29, 2009.

13        It goes on to say any defense of foreign non-

14   convenience is waived.  The parties agree to be bound by any

15   judgment rendered arising under, or out of, in respect of,

16   or in connection with this agreement.  So while we have a

17   rising under which is a more limiting one, it's then

18   followed by in respect of or in connection with which are

19   broader.

20        So what does that mean?  Well let's look at the

21   calendar.  On June 29, 2009 when the IFSA was agreed, there

22   was an undertaking in Section 12(b) that said that the

23   parties would enter into, negotiate and enter into escrow

24   agreements.  And here's Exhibit 1, the escrow agreement that

25   they entered into in connection with the CDMA transaction.

1    So it's in November and it's months after the IFSA was

2    entered into.  And it was around the time that there were

3    many closings happening.  This was November 11.  I believe

4    December 18, the enterprise transaction was just about a

5    month later has exactly the same jurisdictional provisions.

6         But the first cause is critical.  Each party that

7    would include the joint administrators on behalf of the EMEA

8    debtors, irrevocably submits to, okay, irrevocably and

9    accepts for itself and then this phrase is an interesting

10   one, and its properties generally and unconditionally to the

11   exclusive jurisdiction of and service of process pursuant to

12   the rules of the U.S. Bankruptcy Court and the Canadian

13   Superior Court of Justice.

14        So this isn't just a submission of personal

15   jurisdiction, it's a submission of in rem jurisdiction.

16   There's an argument that has been made.  The assets that sit

17   in these escrow accounts are assets of the EMEA debtors.

18   And there's no jurisdiction over those assets, even though

19   they're sitting in these escrow accounts and those escrow

20   accounts are in New York.  But isn't it interesting that in

21   the escrow agreement itself there is an expressed submission

22   of jurisdiction with respect to the property, not just the

23   parties.

24        So when we look at the escrow agreements, and

25   it's not just this escrow agreement, right, it's the escrow

1   agreement for the enterprise transaction for the C-BASS

2   transaction, for the passport transaction, every one of them

3   has the same jurisdictional provisions.  That the joint

4   administrators when they signed these agreements, submitted

5   the property to the jurisdiction of these Courts.

6           Now there's another section a few pages earlier

7   which is instructive as well.  And that would be on the

8   liability of the escrow agent.  That's paragraph, I mean,

9   Section 9.  It begins on paragraph -- on Page 8.  And at the

10  end of the first paragraph and we all -- I think anyone's

11  whose dealt with an escrow agent knows that the liability of

12  the escrow agent is the first, second, and third things that

13  the escrow agent is most concerned about.

14          So if you go to the last sentence, it says in the

15  event that the escrow agent shall be uncertain or believe

16  there is some ambiguity as to its duties or rights

17  hereunder, or shall receive instructions, claims, or demands

18  from any party hereto which in its opinion conflict with any

19  of the provisions of this agreement, it shall be entitled to

20  refrain from taking any action.  And it's sole obligation

21  will be to keep safely all property held in escrow until it

22  shall be given a direction in writing by the parties

23  pursuant to Paragraph 5 which talks about the protocol which

24  eliminates such ambiguity or uncertainty to the satisfaction

25  of the escrow agent.  Or by a final and non-appealable order

1   or judgment of a Court of competent jurisdiction as set

2   forth in Paragraph 21 below.

3          And again, Paragraph 21 is the jurisdictional

4   section where irrevocably and unconditionally the joint

5   administrators have subjected themselves and their

6   properties, therefore, their share of whatever funds are in

7   these accounts to the exclusive jurisdiction of the U.S. and

8   Canadian Court, so long as these Courts are -- these cases

9   are open.  And if these cases were not open, then it would

10  be to the Federal Courts in the Southern District of New

11  York.

12         Now somehow the joint administrators argue well

13  the fact that these escrow agreements say something, doesn't

14  mean that the IFSA -- doesn't mean it's an agreement to

15  arbitrate.  Well aside from the fact that there's no

16  agreement to arbitrate in the IFSA, these agreements were

17  signed seriatim over and over and over again as transactions

18  were closed and funds were deposited in accounts in New York

19  City. It is inconceivable that the joint administrators

20  didn't understand that the sentence that says irrevocably

21  submits and accepts for itself and its properties generally

22  and unconditionally the exclusive jurisdiction of these

23  Courts doesn't mean that.

24         The fact is, Your Honor, that both with respect

25  to the IFSA and with respect to the escrow agreements, the

1    form selection clauses are not casual insertions.  They are

2    important, critical elements of these documents.  They are

3    especially critical when these things were being entered

4    into at a time that the parties had been negotiating of a

5    protocol.  November of 2009 by any one of the declarations

6    that's been submitted was in the -- was well into the

7    exercise of trying to agree to a protocol.  And was it clear

8    that there was no protocol at this time or that nothing had

9    been signed up?  Absolutely.

10              Nevertheless, notwithstanding the fact that there

11   was no protocol for the allocation, that negotiations were

12   still going on, that there had been no agreement reached,

13   notwithstanding what is said in the IFSA agreement, the

14   joint administrator signed these escrow agreements over and

15   over and over again.  They must be pretty concerned about

16   the bias of these Courts to ignore that clear language.

17              Now, Your Honor, there's a couple of things that

18   are worthwhile talking about now and I'll try to wrap up.

19   First, we did talk about the U.K. claims, the EMEA claims.

20   And this has been a bit of a bugaboo that's been going on

21   for several months.  There have been claims filed,

22   substantial claims filed in Canada and in the U.S.  The

23   monitor report that was filed a couple of weeks ago and I

24   apologize, I don't have the number handy, described those

25   claims in very general terms, but calculated them to be

1  about $10 billion.  I think it was $9.8 billion of claims

2  that had been filed against the Canadian debtors by the

3  joint administrators and the EMEA debtors.

4          Now in Canada, the claims process is not as

5  transparent as the U.S. The claims were filed with the

6  monitor.  They have not been publicly released.  They may be

7  publicly released.  Your Honor, you have copies of them here

8  in the U.S.

9          THE COURT:  Yes.

10          MR. BROMLEY:  And we provided them to you several

11  weeks ago.

12          THE COURT:  Yes, right here.

13          MR. BROMLEY:  But now we do have claims that were

14  filed on Friday here in the U.S.  And I'd like to just

15  describe them a little bit on how they fit into the

16  allocation process.  Because one of the issues that we have

17  to talk about is whether the insertion into the allocation

18  exercise of claims by the joint administrators has any

19  impact on allocation and the answer is yes, very much so.

20  The joint administrators have made the statements about the

21  interconnectedness of the claims very clear.  Just recently,

22  when the U.S. debtors filed the motion demanding a more

23  definitive statement of claim, the joint administrators

24  filed a response.  They also filed a response in Canada when

25  the Canadian debtors sought similar relief.

1          And I'd like to for a moment, just refer to

2    docket entry 5255 here in the United States and the joint

3    administrator's response to the U.S. motion.  Because these

4    claims that were filed on Friday and I only have two of them

5    here with me, the rest of them are too big to bring along,

6    are instructive as to how intertwined the joint

7    administrators have tried to make the claims process in the

8    allocation process.  Now why is that relevant?  Well while

9    there are certain arguments that are made as to the IFSA and

10   whether there's an agreement to arbitrate allocation,

11   there's not a whisper anywhere in any document, in any

12   pleading, in any oral argument, in any letter that the

13   claims that the EMEA debtors and joint administrators have

14   against the U.S. debtors or the Canadian debtors should be

15   arbitrated.  There's no assertion that there's an agreement

16   to arbitrate claims and indeed there can't be because the

17   IFSA says nothing about intercompany claims.

18          And so the EMEA debtors have over the course of a

19   very long period of time, infected the allocation process

20   with their intercompany claims.  And I think the logic would

21   be that since we've agreed to arbitrate as they would say

22   allocation, we should just arbitrate all our claims as well.

23   But there's clearly been no request.  There's been no

24   agreement for any claims in the U.S. or in Canada to be

25   arbitrated.

1          But let me just read you a couple of statements

2     that were made by the EMEA debtors of the joint

3     administrators in connection with the claims.  This is on

4     Page of 3 of the submission dated April 15.  To the -- and

5     Paragraph 2.  To the extent the facts and legal issues

6     underlying intercompany claims must also be addressed in

7     order to determine the proper allocation of asset sales

8     proceeds, it has already been agreed by the parties and

9     confirmed by the Courts that such matters must be determined

10    in the first instance in the transnational dispute

11    resolution procedure contemplated under the IFSA.

12    Addressing such issues piecemeal in claims procedures in the

13    separate bankruptcy and insolvency proceedings across

14    multiple jurisdictions will be duplicative and create the

15    risk of inconsistent determinations on key issues.

16          So without a single piece of support in any

17    document, the joint administrators are saying that the

18    claims need to be arbitrated.  And again, in terms of their

19    thematic presentation, the use of the transnational dispute

20    resolution procedure -- of course that doesn't exist

21    anywhere, that phrase other than this brief, doesn't justify

22    the insertion of the intercompany claims into the allocation

23    exercise.

24          They go on later in Paragraph 7 to say the EMEA

25    debtors intercompany claims arise out of substantially the

1  same facts, issues, and legal principles as the sale

2  proceeds allocation arguments as further described below.

3  Transfer pricing in particular is an issue that not only

4  gives rise to claims, but is also relevant to the allocation

5  arguments of all the Nortel estates, not just the EMEA

6  debtors.

7          In Paragraph 9, they say over the course of the

8  two mediation sessions in November 2010 and again in April

9  2011, the EMEA debtors have submitted position papers and

10  reply papers with exhibits running to hundreds of pages in

11  length setting forth their allocation arguments,

12  intercompany claims, and the interrelation between the two.

13          The heading at the top of Page 8 says to the

14  extent disputed issues relevant to resolving intercompany

15  claims are also relevant to determining sales proceeds

16  allocation, such issues must be addressed in the first

17  instance in the transnational dispute resolution procedure

18  contemplated under the IFSA.  Again, the use of that

19  thematic phrase that has no basis in any document.

20          Paragraph 15, they say it is not particularly

21  surprising that facts pertinent to the proper allocation of

22  sales proceeds among the various Nortel entities will also

23  be relevant to the determination of claims asserted back and

24  forth between those same entities.  Indeed, the quantum of

25  the claims of the EMEA debtors and the very existence of the

1  claims themselves may depend on the results of the sale

2  proceeds allocation process.

3          And what does all this mean?  It means that the

4  joint administrators have imagined an agreement to arbitrate

5  allocation.  And on the basis of that imagination, they have

6  said that intercompany claims clearly the purview of the

7  National Courts must be inserted into that allocation

8  process.  Your Honor, when we sit and talk about impasse,

9  the reason there's an impasse is that it became incredibly

10  clear over the course of these negotiations as the

11  declarations of Mr. Brod, and Mr. Lang, and Mr. Hodara made

12  clear, that the systemic infection of the allocation process

13  by the EMEA claims was an absolute obstacle to reaching

14  agreement.

15          So what does that mean?  Well there are some

16  phrases in some of the pleadings by the joint administrators

17  that we have to do this in a single fashion and it has to be

18  arbitrated because otherwise there would be chaos.  I

19  couldn't help but read chaos to mean the KGB equivalent from

20  the Get Smart TV show because the arguments had about as

21  much substance as that.  I often -- I was also thinking how

22  Don Adams would say the building is surrounded by a thousand

23  soldiers.  Would you believe 100 soldiers?

24  (Laughter)

25          MR. BROMLEY:  Would you believe a grandmother

1  with a flyswatter?  The answer is that we don't have any

2  agreement to arbitrate claims.  And we don't have any

3  agreement to arbitrate allocation.  What we had was an

4  agreement to negotiate an attempt to reach an agreement.

5  And when it became clear that allocation according to the

6  joint administrators would require a careful review of the

7  last ten years of Nortel's life, it also became clear that

8  the only place for these issues to be resolved are in front

9  of these two Courts.

10            I'd like to turn the Court's attention for a

11 moment to one other issue, two other issues.  And these are

12 the U.S. bankruptcy specific issues that you first addressed

13 with Mr. Adler.  There is an argument made that there needs

14 to be an adversary proceeding for this relief.  I have been

15 in many contested matters that have been brought by motion

16 and under Rule 9014, the Court has the absolute discretion

17 to apply all of the 7,000 series of rules.  It doesn't seem

18 at all arguable that there should be some sort of delay to

19 take the motion that is before the Court here and in Canada,

20 as well as, now the motion of the Canadian debtors and

21 require that those motions be withdrawn and re-filed to be

22 fashioned as a complaint, even if we were seeking relief

23 that should be in a complaint but, of course, we're not.

24            The cross-border protocol allows these Courts to

25 get together to review and modify their own rules and

1   procedures to allow these matters to proceed in the most

2   efficient and advantageous way possible for the delivery of

3   justice.  What we have here is a classic example of

4   regardless of the conclusion as to whether or not the relief

5   being sought under U.S. rules should be sought via adversary

6   proceeding, the motion could be re-characterized as a

7   complaint.  All of the 7,000 rules that would be otherwise

8   applicable under an adversary proceeding could be applied

9   under Rule 9014.  But why would you want to do that, right?

10  Because the rules that you have are that you need time to

11  answer.  We've got lots of papers here and there are lots of

12  answers.  I think that has already been satisfied.

13         There's the opportunity to present witnesses and

14  conduct discovery.  Well, it's important to note, Your

15  Honor, that we do have witness statements, declarations by

16  fact witnesses and expert witnesses.  And I should take this

17  moment to note that the parties have agreed that the

18  materials that have been submitted are going to be submitted

19  without cross subject to arguments as to admissibility in

20  our attempt to streamline the process.

21         But the fact is, is that nothing that you would

22  get if you said this needed to be in an adversary proceeding

23  hasn't already been delivered.  This hearing has been held

24  on adequate notice, more than adequate notice.  The motion

25  was filed in April and we are now in June.  It is more than

1    the amount of time that would be appropriate even under an

2    adversary proceeding.  It is proceeding through joint

3    hearing under the cross-border protocol.  Indeed, the joint

4    administrators have cross moved.  Now they haven't quite

5    said that if it's good for the goose, it's good for the

6    gander or -- but more or less, I think that's the argument.

7    If their cross motion to impose an allocation, an

8    arbitration agreement is appropriate by motion, then how

9    ours isn't is beyond me.

10            But the fact of the matter is I think it boils

11    down to a very practical thing.  Even if we were sitting

12    here solely before a -- the U.S. Court and only on a typical

13    U.S. basis, Rule 9014 allows you, Your Honor, to provide all

14    of the benefits of an adversary proceeding.

15            Now that being said, we're not asking for

16    declaratory relief.  We're not asking for an allocation.

17    And, indeed, if we had said we wanted an allocation and

18    here's our formula, I think an adversary proceeding might

19    have been appropriate, but we haven't done that.  We're

20    simply asking for a process to be put in place, a cross-

21    border process, a process that is being sought pursuant to

22    the cross-border protocol.  So I don't think there's any

23    real argument that can be had about that.

24            It's also important to note, Your Honor, that

25    when we talk about bankruptcy process, there's a rule about

1  getting approval for an arbitration agreement, Rule 9019(c).

2  We did not seek in the IFSA motion any relief to enter into

3  an arbitration agreement.  We also had in the Court order a

4  specific reservation that said if we did agree to a protocol

5  we had to come back and get Court approval on notice to all

6  parties.  The transcript makes clear that that specific

7  request for that language was made by the Office of the

8  United States Trustee.

9           So when we look at procedural issues under the

10  Bankruptcy Code, I think it's absolutely clear that there

11  couldn't be an arbitration agreement.  We didn't seek

12  approval to enter into one.  We're not competent to bind

13  ourselves as debtors in possession to an arbitration

14  agreement.  We didn't seek that relief in the IFSA agreement

15  and it wasn't granted.

16           So, Your Honor, when we sit here and look at

17  everything that's been presented, the jurisdiction is

18  absolutely clear.  The Courts have the ability to deal with

19  this.  They certainly have the competence to deal with it.

20  And over and over and over again, the joint administrators

21  have expressly consented to it.

22           I'd like to then pass the podium, Your Honor, to

23  Ms. Buell who is going to deal with the agreement to

24  arbitrate and the good faith issues.

25           THE COURT:  All right, thank you, Mr. Bromley.

1           MR. BROMLEY:  Thank you.

2    JUSTICE MORAWETZ:  I assure you the air conditioning is

3    working very well in the corridors.  For those who are not

4    gowned to wish to make themselves more comfortable, go right

5    ahead.  For those who are gowned, I don't know how we're

6    going to work it.  Okay.  I see Judge Gross is back?

7           THE COURT:  Yes, Justice Morawetz.  Ms. Buell,

8    when you're ready.

9           MS. BUELL:  Thank you, Your Honors.  For the

10   record, Deborah Buell; Cleary Gottlieb Steen & Hamilton,

11   LLP, for the U.S. debtors.  And I think I can still say good

12   morning --

13          THE COURT:  Yes.

14          MS. BUELL:  -- Judge Gross.  Good morning,

15   Justice Morawetz and welcome and good morning, Judge

16   Niecoritz.  Obviously, a privilege to appear before these

17   Courts in this joint hearing.  It's the first time that I've

18   addressed the Courts in a joint hearing and it's a pleasure

19   to do so.  Just to take stock on where we are following Mr.

20   Bromley's remarks, the motions do present two issues; one is

21   the question of jurisdiction of these Courts to grant the

22   requested relief which Mr. Bromley addressed.  The second is

23   whether the Courts should exercise the jurisdiction that the

24   movants believe that they have in light of the parties'

25   negotiations.  Have the parties, in fact, conducted

1  negotiations for a allocation protocol in good faith and,

2  nonetheless, reached an impasse?  Now, one of the issues

3  that I'll be addressing in discussing that question is the

4  position of the joint administrators that the negotiations

5  that have been ongoing have not been in good faith or have

6  not come to a good faith impasse because the parties were to

7  negotiate in good faith, not just an allocation protocol,

8  but an allocation protocol that would be based on an ad hoc

9  arbitral forum.  That is the position and I would like to

10  direct the Courts, if I may, to the Exhibit 1 to the Second

11  Rozenberg Declaration filed in support of our papers.  And

12  Judge Gross, this is at Tab 9, related pleading F, page 12.

13  I do have a copy which I can bring up if you'd like me to.

14          THE COURT:  That would be helpful.  Yes.  Thank

15  you, Ms. Buell.  Please.  Thank you.  Thank you very much.

16          MS. BUELL:  And I hope that's available to

17  Justice Morawetz.  The page --

18          THE COURT:  Thank you very much.

19          MS. BUELL:  The page that I'm referring to is

20  page 12, and this document, Your Honors, is a letter from

21  the joint administrators to all known creditors of the

22  immediate debtors and it is dated February 12, 2010.  And on

23  page 12, the letter states "In the event that it is not

24  possible to agree an arbitration process with the Canadian

25  and U.S. entities, the process for determining allocation of

1  the sale proceeds is likely to be decided by the Courts."

2  So at least in February, 2010, the joint administrators

3  understood that if an arbitration process were not able to

4  be negotiated, the allocation issues would likely be decided

5  by these Courts.  That is our view of the documents and that

6  is what we are urging in this motion here today.  It

7  certainly is the view of the movants that the factual record

8  on the second issue of the good faith negotiations and the

9  impasse leads the Courts to one inescapable conclusion and

10  that is that after more than a year of effort, the parties

11  have, in fact, reached an impasse.  And the record on these

12  negotiations, I think the Courts will be happy to hear, is

13  actually not in dispute between the movants and the joint

14  administrators.  The immediate debtors submitted some of the

15  exchanges among the parties.  We have submitted other of the

16  exchanges among the parties.  But the facts are themselves,

17  who said what and when, are reasonably clear.  It is, of

18  course, the characterization of those facts as either being

19  in good faith or not which separates the parties.  But just

20  by way of background, to make sure that we have the context,

21  the first point that I'd like to make is who participated in

22  these good faith negotiations as we see them.  Upwards of 30

23  people, Your Honors, we had representatives of the U.S.

24  debtors, the U.S. unsecured committee, obviously the

25  Canadian debtors, and the Monitor, the bondholders on both

1 sides of the U.S./Canadian border, and certainly

2 representatives of the joint administrators.  And those

3 discussions -- those negotiations lasted from June, 2009 and

4 ended in August, 2010.  During that period of time, there

5 were no fewer than six drafts of a draft allocation protocol

6 which were circulated among the parties, each one annotated

7 to show the moving changes that result when you have a large

8 group of commenters.  And by the way, Your Honors, I'd also

9 like to point that these drafts, which are in the record,

10 also state continuously that they are drafts for discussion

11 purposes only.  There were no fewer than six all-hand, face-

12 to-face meetings or telephone calls where this far-flung

13 group of interested parties met or talked on a face-to face

14 or all-hands basis to review the issues, sometimes for

15 extended periods of at least a full day.  And, Your Honors,

16 there was a seemingless, endless stream of e-mails and one-

17 opt telephone calls to debate the issues.  So I think that

18 it's clear that there is no question of lack of effort with

19 respect to these negotiations and that, indeed, it is the

20 characterization of whether these activities qualify as good

21 faith negotiations as a matter of New York law, obviously

22 being the governing law of the IFSA.  The test for good

23 faith negotiations under New York laws sets a minimum

24 standard.  As the cases that we cited to the Court in our

25 papers, the Second Circuit <u>Justwright</u> case and also the

1   <u>Warner Theater, Limited</u> case in the Southern District made

2   clear there are a couple of things to look at.  One is have

3   the parties actually negotiated or have they just sat back?

4   And the second is whether the proposals exchanged in the

5   negotiation were unlawful, whether they were impossible, or

6   in cases where there was a advanced preliminary term sheet

7   of some kind, did the parties make proposals that were

8   inconsistent with what the parties had already assigned via

9   a term sheet?  But the scope of good faith obligation to

10  negotiate under New York law is, in fact, limited.  And in

11  one of the cases that we cited in our papers here in the

12  United States, the <u>Warner Theater</u> case, then Southern

13  District Judge Sotomayor, now Supreme Court Justice, said,

14  and I'd like to quote from page six of that decision; that

15  nothing in the duty of good faith requires the parties to a

16  negotiation; propose only such terms as the other party is

17  happy with.  Such a rule would turn the normal negotiating

18  process on its head.  The implied covenant does not extend

19  so far as to undermine a parties' general right to act on

20  its own interests.  And with that standard in mind, Your

21  Honors, what did divide the parties given that there was a

22  very considerable amount of effort that went into pursuing a

23  consensual allocation protocol?  And for that, I'd like to

24  direct the Courts to two of the exhibits.  One is the Hodara

25  Exhibit 1 and the second is the April 7, 2010 draft

1   protocol.  And I think I can refer the Court -- the Hodara

2   Exhibit 1 is Tab 9, related pleading G, and the April 7

3   draft protocol is Tab 12, related pleading F, and that

4   starts at page 263.  And Your Honor, I will hand those up to

5   you if I may?

6          THE COURT:  Thank you.  Please.  Yes.  Thank you,

7   Ms. Buell.

8          MS. BUELL:  Now, as we know, the joint

9   administrators submitted rather voluminous documentation

10  regarding various negotiations and I think it's worth noting

11  that Hodara Exhibit 1, which is a proceeds allocation issues

12  list as of July 20, 2010, was not included in those

13  voluminous exhibits, and I think if we take a look at the

14  exhibit, we'll understand why that is.  The exhibit list, no

15  fewer than 29 open issues between the parties after 13

16  months of negotiation, and the joint administrators in their

17  reply brief that they filed yesterday in the United States,

18  give these issues a bit of the back of the hand trivial

19  drafting issues they say.  Well, I think the Courts may have

20  a different conclusion as they look at this list of issues

21  which show that the parties were still discussing such basic

22  points as who would be participating, importantly, the scope

23  of disputes at Item 4, and also the assertion of

24  intercompany claims at Item 25, as well as a host of

25  important procedural issues like how would experts be dealt

1  with and could there be compulsory attendance of witnesses,

2  and the list goes on and on and on, Your Honors.  And the

3  list relates to the April 7, 2010 draft protocol, which I've

4  also directed the Court's attention to, and I think that

5  with a brief look at that, you can see that not only, as I

6  mentioned, does the draft make clear that it is for

7  discussion purposes only, but there is a good bit of black

8  lining and brackets and explanatory footnotes as Clearly

9  Gottlieb, who were the producers of this draft, tried to

10  indicate to the various interested parties who was proposing

11  what and, to the extent that we knew, what their rationale

12  was; so trying to create a synthesis.  These documents, I

13  think, are illustrative of the record as a whole that these

14  are not evidence of parties that are close to a definitive

15  agreement, they're not reflective of parties who were

16  refusing to engage, they're not reflective of parties who

17  were making some kind of crazy or unlawful demands on one

18  another.  But EMEA does persist in saying that there was

19  this bad faith impasse.  There is an impasse because the

20  Canadian debtors insisted on protections in the draft

21  protocol to keep the EMEA claims out of the allocation

22  procedures and the proposed arbitral forum that was then

23  under discussion among the parties.  Now, Your Honors, Mr.

24  Mark of Norton Rose will certainly discuss the position of

25  the Canadian debtors in greater detail.  But I think it

1  suffices to say, for present purposes, that under New York

2  law, there is absolutely no requirement that can be pointed

3  to that the Canadian debtors were required to agree with the

4  joint administrators' suggestions, insistent, persistence,

5  and finally demands to, in effect, arbitrate the EMEA claims

6  as part of the allocation procedures.  Now, there is a

7  little back and forth.  In the papers, the joint

8  administrators say U.S. debtors agreed with us on this point

9  and if they're changing their mind now, that's just more

10 evidence of bad faith and if I may just try to put that in

11 context?  The joint administrators point to an e-mail

12 exchange with the U.S. debtors in April, 2010.  And I think

13 it's quite important, as Mr. Bromley alluded to, that the

14 position of the joint administrators with respect to the

15 interplay of their perceived claims against Canada and the

16 United States and the allocation dispute was something that

17 morphed and grew and finally, as Mr. Bromley said, infected

18 the entire set of negotiations on the allocation procedure.

19 And you see that by April, 2011 when the joint

20 administrators filed their response to the U.S. debtors'

21 motions to seek a more definitive statement of these all

22 important claims, we see the kinds of statements that the

23 joint administrators made about the essential nature of

24 having those factual and legal issues decided with

25 allocation.  That was our problem and that was, in fact, a

1    very important issue that caused the parties to in August

2    2010 after the last of these face-to-face meetings was held

3    in New York trying to work through the allocation protocol

4    for the parties to say let's try to focus on resolving the

5    allocation dispute entirely.  Right?  So moving away from an

6    attempt to designed procedures and trying to deal with the

7    matter at hand, the real issue, the real substance, and as

8    the Courts are aware, that effort has also not been

9    successful.  So it's no surprise that after August, 2010,

10   the parties put down efforts to try to negotiate the

11   allocation protocol.  And now, the joint administrators,

12   they criticize us in our -- in their reply for saying how

13   could this be good faith?  How could you just walk away from

14   all this work after August, 2010?  But the fact is, Your

15   Honors, that the record is clear that no one was seeking to

16   advance the protocol negotiations after that August, 2010

17   meeting until we got this May 9th letter from Counsel for the

18   joint administrators saying hey, let's get that allocation

19   negotiation going again on the procedures.  Now that, of

20   course, was after this motion was filed and so I think that

21   it's pretty clear from everything in the record that that

22   request for further negotiations was much more about show

23   than it was about substance.  Now, the second aspect of the

24   EMEA's position as to why these extensive negotiations

25   cannot be considered to have been in good faith is as I

1   started with, because the parties, in their minds, were

2   supposed to be negotiating, and indeed were contractually

3   bound, to negotiate an ad hoc arbitration process to resolve

4   the allocation dispute and that, of course, goes to the

5   heart really of the dispute between us and the joint

6   administrators.  It defies the language of the IFSA, it

7   defies the law of arbitration agreements under New York law,

8   and, indeed, we submit it defies common sense to try to read

9   that into Section 12 of the IFSA.  But why don't we start

10  first with what we do agree on; always a good place, and

11  that is that the parties do agree on an important aspect of

12  the legal standard.  And that is for the Courts to find an

13  enforceable agreement to arbitrate, it must be clear in the

14  IFSA that the parties intended to arbitrate the allocation

15  dispute and if it's not clear in the IFSA then, yes, EMEA

16  says we should consider extrinsic evidence and I'll deal

17  with that in a moment.  But at the EMEA objection at page

18  16, we agree that when you look at the four corners of the

19  IFSA, it has to be clear.  And that, of course, is almost an

20  inescapable conclusion given the weight of the case law, the

21  Supreme Court's recent decision in the Granite case which

22  underscores that arbitration is premised on consent and the

23  parties' consent must be clearly manifested in the

24  agreement.  Now, we also agree on the fact that, as a matter

25  of New York or federal law, you don't have to use the word

1   arbitration in an agreement to make it an agreement to

2   arbitrate.  But if you don't use the word arbitration, you

3   have to use other words which are equally clear in showing

4   that that is the parties' intention.  And so what I'd like

5   to, Your Honors, is go back and look at the IFSA again and,

6   in particular, to look at Section 12(b) and if we can -- we

7   have another board, another high-tech board which we'll put

8   up just to at least very what people are looking at.  So as

9   Mr. Bromley walked us through, we see the first sentence of

10  12(b), right, talks about the deposit of the sale proceeds

11  in an escrow account which shall be negotiated and agreed.

12  And then we bolded for the Court's reference the next

13  sentence, which I think is important to the joint

14  administrators' argument that, in no case, shall there be

15  any distribution from the escrow account in advance of

16  either:  1) agreement of all the selling debtors, or 2) in

17  the case where the selling debtors failed to reach

18  agreement, determination by the relevant dispute resolvers

19  under the terms of the protocol (as defined below)

20  applicable to the sale proceeds.  Now, I think we can all

21  agree it doesn't say arbitration and I think certainly that

22  the movants will argue today and for eternity that that

23  clause has none of the traditional indicia that would lead

24  one to think that the U.S. debtors clearly agreed to

25  arbitration of the allocation proceed dispute.  It doesn't

1   say arbitrator.  It doesn't say and not Courts.  It doesn't

2   say who, what, when, or where, typical things that one sees

3   in an alternative dispute resolution clause.  It does refer

4   us to the protocol definition later so let's look now if we

5   can at paragraph 12(c) of the IFSA.  And 12(c), of course,

6   says without derogating from the obligations provided in

7   Section 12(a), the debtors shall, as soon as reasonably

8   practical following the execution of this agreement,

9   negotiate in good faith and attempt to reach agreement on a

10  timely basis on a protocol for resolving disputes concerning

11  the allocation of sale proceeds from sale transactions.

12  Again, Your Honor, we think this clause could not be clearer

13  that it is an agreement to attempt to negotiate a consensual

14  protocol.  The words of exclusion of the Courts do not

15  appear in this document at all.  Now, the joint

16  administrators do point to language in 12(c) where it says

17  which protocol shall provide binding procedures.  And the

18  joint administrators say ah ha, binding proceedings.  It

19  must mean an arbitration on alternative dispute resolution,

20  private dispute resolvers because you wouldn't need that if

21  you're dealing with Courts.  Courts have binding procedures.

22  So that tells us that the parties actually had this other

23  process in mind.  But I have to say, Your Honor, that

24  standing here today in the midst of a hearing being

25  conducted under a cross-border protocol which was developed

1   by the U.S. and Canadian Courts with the input of the

2   parties in these two cases is itself the best example of why

3   the joint administrators' argument does not hold water.  We

4   are in a unique procedural setting which the Courts have

5   recognized and dealt with.  Now, Your Honors, the joint

6   administrators also rely heavily on Section 12(b)'s

7   reference to dispute resolvers and the joint administrators'

8   position is that the relevant dispute resolvers necessarily

9   means the private relevant dispute resolvers and we disagree

10  with that.  One, we disagree with it because of the

11  language.  It doesn't say that.  Two, we disagree with it

12  because the Order which allowed the U.S. debtors to enter

13  into the IFSA agreement said that we would come back to this

14  Court if there was going to be a binding protocol and that's

15  in paragraph eight of that Order, Your Honor.  I think

16  that's actually dispositive of this issue.  And three, there

17  is case law right on point on this question of dispute

18  resolver and we referred the Court in our papers to the Bohr

19  Corp. case decided in the Southern District.  That was a

20  situation where the plaintiff brought a Motion to Compel

21  Arbitration.  The disputed clause dealt with a reference to

22  Ernst & Young or someone else being the dispute resolver and

23  the parties argued as to whether that was, in fact, an

24  arbitration agreement.  And in that case, the Southern

25  District said no, that's not an arbitration proceeding or

1  arbitration clause and said, on the last page of the

2  decision, "The parties are sophisticated business entities.

3  If they wanted arbitration, they would have used the term or

4  a derivative thereof."  I think that's pretty clear, Your

5  Honor.  And while the joint administrators come back in

6  their reply and say well, that case isn't relevant because

7  the Court found that there wasn't an arbitration provision

8  in that, well okay, that's kind of our point, Your Honor.

9  The term dispute resolver did not itself convey arbitration.

10  I just got a note that I should speak a little closer to the

11  mic and I apologize if I have not been doing that for our

12  colleagues in Canada.  I would like to point out, Your

13  Honor, our difference of opinion with a case that the joint

14  administrators rely on very much for this dispute resolver

15  point, and that is the Palumbo case which they rely on.

16  It's a State Court case from the Court of Appeals of Ohio

17  and I'd like to hand that up if I may.

18          THE COURT:  Please.

19          MS. BUELL:  And the reason that I do so is that,

20  of course, all of these cases in the arbitration context are

21  highly factual in terms of what the Courts were considering.

22          THE COURT:  Thank you, Ms. Buell.  Thank you.

23          MS. BUELL:  Now, this is a case that the joint

24  administrators rely on to say dispute resolver means

25  arbitrator or alternative or private dispute resolver.  And

1    if you turn to what is page three of the copy, Your Honor,

2    on the left column toward the bottom of the page.

3              THE COURT:  Yes.

4              MS. BUELL:  The case recites the arbitration

5    clause, the dispute arbitration clause, at issue there.  And

6    I just wanted to make clear that this case is, I think,

7    highly factually distinguishable because, in part, the

8    disputed clause said "This dispute shall be submitted to

9    Ernst & Young, CPAs, or their successor, unless Ernst &

10   Young declines or a dispute party specifies a conflict of

11   interest on the part of Ernst & Young, in which event, the

12   dispute shall be submitted to Arthur Anderson or then to the

13   next largest national accounting firm which accepts the

14   assignment and does not have a conflict (hereinafter "the

15   dispute resolver")".  Well, Your Honors, here's a clause

16   where the parties defined what they meant by dispute

17   resolver in the agreement.  I think it stands to reason that

18   the Court could reach a different conclusion in that case

19   than we urge is the correct conclusion given the phrase as

20   used in the IFSA.  In the rest of the cases that the joint

21   administrators rely on is much the same effect.  The cases

22   each go through the contractual language in the dispute and

23   as we put forth in our written submissions, in each case,

24   have language that is, in fact, clear as to the parties'

25   intent to exclude Courts and rely on an alternative dispute

1  resolver.  Not the case here under the language that we have

2  just reviewed.  Now, extrinsic evidence, Your Honor.  The

3  joint administrators contend that okay, it's not crystal

4  clear from the language of the IFSA, then we ask that the

5  Courts consider extrinsic evidence in order to come to the

6  conclusion that the joint administrators wish the Courts to

7  do, that dispute resolver really means private dispute

8  resolver.  And as to that issue, Your Honors, we believe

9  that the joint administrators' argument has at least two

10 prime failings.  One is that the joint administrators cannot

11 establish that the phrase dispute resolver is ambiguous

12 which, of course, is the touch stone for the admissibility

13 of extrinsic evidence under New York law.  And two, the

14 joint administrators have offered, as extrinsic evidence, a

15 declaration from a lawyer, Mr. Lloyd who's hear with us, who

16 concedes in his declaration that he had no personal

17 involvement in connection with the negotiation of the IFSA.

18 So that, we submit, Your Honor, causes Mr. Lloyd's offering

19 on those topics to be clearly inadmissible.  But first, with

20 respect to the question of ambiguity, the joint

21 administrators confuse breath of a term with ambiguity of a

22 term and the two are quite distinct.  Dispute resolver is a

23 broad term.  As a broad term, it encompasses a variety of

24 types of dispute resolvers; Courts, arbitrators,

25 accountants.  Breath of a term does not make it ambiguous.

1    Rather, a broad term shows that the parties selected a term

2    that would accommodate in these future attempts to

3    negotiate, which were also in the agreement, a range rather

4    than a more narrow choice.  The distinction between breath

5    and ambiguity is well accepted under New York law as the

6    Second Circuit decision in the Krumme case, K-R-U-M-M-E,

7    which we cited in our papers.  Thus, the joint

8    administrators' argument that dispute resolvers encompasses

9    more than one type of dispute resolver is as reason to

10   exclude extrinsic evidence here, not to include it.  The

11   parties chose a broad term, not a narrow one, like private

12   dispute resolver or arbitrator.  And the Admir case that we

13   cited to the Court helps define the types of factors that

14   Courts will look to in deciding whether to admit extrinsic

15   evidence, whether a term is broad or whether it's ambiguous.

16   Things like was the term negotiated by experienced Counsel?

17   Was the term something in the contract that you would expect

18   to have been fully expressed in writing in the contract?

19   And a related point; was the term a fundamental issue to the

20   parties?  I think applying all those factors, it's clear

21   that extrinsic evidence is not appropriately considered in

22   this context.  And we just add to that, Your Honors, that we

23   cited in our papers, in our reply papers, a number of

24   instances where Courts in talking about issues in those

25   cases repeatedly referred to Courts as dispute resolvers.  I

1   think in light of that case law and the factors that I have

2   described, it's clear that the term is broad and not

3   ambiguous.  But without prejudice to our arguments, Your

4   Honor, with respect to admissibility, I do have a couple of

5   points that I want to note regarding the joint

6   administrators' proffer of this extrinsic evidence.  And as

7   I mentioned before, we submit that the Lloyd declaration is,

8   with respect to the IFSA, rank hearsay.  It's most obvious

9   at paragraph 41 of his declaration where he says in what can

10  only be described as a wavier of attorney/client privilege,

11  and I quote, "I understand that the joint administrators

12  would not and did not agree to allow the sale of businesses

13  to proceed without the protections of clause 12; that is the

14  allocation dispute would be determined by agreed upon

15  dispute resolvers and not the Courts of any one or more

16  jurisdiction."  Now, the Rules of Evidence may be different

17  in the U.K. than they are here, but in the U.S., that is

18  inadmissible and we ask that all aspects of the Lloyd

19  declaration that deal with IFSA negotiation be ruled

20  inadmissible and, in particular, that's everything from

21  paragraph 12 through paragraph 46 of that declaration.  But

22  Mr. Lloyd's inadmissible hearsay advocacy does point out a

23  very important omission in the joint administrators' papers

24  and I'd like to just make sure that we all focus on this.

25  This whole dispute we're having, the Court in Canada, the

1  Court here, all the work that's gone into these motions and

2  responding, focuses on the joint administrators' assertion

3  they didn't agree to have this Court and the Canadian Court

4  decide the allocation dispute as a fallback.  Yet there's no

5  declaration under oath submitted to either of these Courts

6  by the joint administrator.  We have a hearsay declaration

7  submitted by a lawyer not involved in those negotiations.

8  We have no declaration under oath by the joint

9  administrators and that I think is quite telling.  EMEA has

10 made a very serious contention about what the parties did

11 and did not agree to, but the joint administrators have not

12 submitted that position to these Courts under oath.  Now, we

13 do have in the records submitted by the joint administrators

14 a statement, a witness statement by Mr. Bloom, one of the

15 joint administrators, that was submitted before the High

16 Court in connection with the IFSA and that is, Your Honor,

17 in your binders Tab 12, related pleading F, and it starts at

18 page 738.  And again, I'll hand that up if I may.

19         THE COURT:  Thank you, Ms. Buell.  Yes.

20         MS. BUELL:  And make sure I have the right thing

21 here.  Your Honor, I direct your attention to page 24 of

22 that witness statement.  It's paragraph 87(e).

23         THE COURT:  Yes.  Thank you.

24         MS. BUELL:  In this paragraph 87(e), Mr. Bloom is

25 talking to the U.K. High Court about Section 12.  Now, we've

1 already seen what the joint administrators said about how

2 this would work out in the event that there wasn't an

3 agreement in their February, 2010 letter to creditors.  But

4 here, I think it's also relevant to point out that the joint

5 administrators didn't tell the U.K. High Court that there

6 had been an agreement to arbitrate, not in this subparagraph

7 and not anywhere else in this witness statement.  So again,

8 Your Honor, I think on the one hand, we have this motion

9 that the joint administrator's recalcitrants required us to

10 make on a contested basis.  We have no statement under oath

11 by the joint administrator backing it up.  And what's in the

12 record reads a little differently.  Now, the EMEA reply that

13 was served yesterday states in the very first sentence

14 something that's kind of bold.  They say movants do not

15 dispute that until the filing of a current motion, no party

16 had ever suggested that this agreement is about how to

17 allocate the proceeds of Nortel asset sales should be

18 decided by any one or more national Courts.  Well, first of

19 all, we just saw the February, 2010 letter that they sent to

20 their creditors and I'd like the Court also to look at the

21 second Rozenberg declaration.  I think it's one or two; I'm

22 sorry.  I'm a little confused on my notes.  I'll hand one

23 up.  This is -- it's Exhibit 2 to the second Rozenberg

24 declaration, Your Honor.  And this is a letter from the

25 joint administrators to all known creditors dated February,

1  2011, so a year later and a little bit closer in time to

2  where we are today.  May I approach?

3          THE COURT:  Yes, of course, Ms. Buell.  Thank

4  you.  Thank you.

5          MS. BUELL:  And in this exhibit, Your Honors, I

6  focus the Court's attention to page 11.  Justice Morawetz,

7  have you been able to find the document?

8          JUSTICE MORAWETZ:  Yes.

9          MS. BUELL:  Thank you.

10          JUSTIC MORAWETZ:  Yes I have.

11          MS. BUELL:  And on page 11 of this exhibit, the

12  language has changed a little bit since the February, 2010

13  letter showing some focus on this.  But nonetheless, it says

14  in the fifth paragraph on this page, "If it is not possible

15  for the three estates to reach a consensual agreement, an

16  arbitration or litigation process remains likely.  Now here,

17  they've obviously calculated in the fact that maybe they're

18  going to seek to compel arbitration, but even so, telling

19  their creditors that the litigation process remains likely,

20  Your Honor.  Now, at the end of the day, I think what we're

21  going to hear a lot about from Mr. Adler is that during the

22  course of these good faith negotiations, what the parties

23  focused on during those negotiations was an allocation

24  protocol that contemplated an arbitral forum.  There is no

25  factual dispute about that, Your Honor.  But the joint

1  administrators want to take that and say ah ha, that proves

2  that what the parties agreed to in the IFSA was an agreement

3  to arbitrate and we say not so.  That's not what the IFSA

4  says and that's not how the law of negotiation works.  If

5  Mr. Adler and I agreed that we were going to form a company

6  and then he and I only negotiated for an LLC, that would not

7  be a binding agreement that we could only form the LLC.  I

8  would still be free to say I want a partnership, I want a

9  sole proprietorship.  That is the problem with EMEA's

10 argument.  For what the parties agreed, we look to the IFSA.

11 That language we submit is clear not in support of the joint

12 administrators' position, but in support of ours.  There is,

13 by reason of these negotiations, no doctrine of creeping

14 arbitration.  The drafts all show that they were for

15 discussion purposes and, in fact, the position of the joint

16 administrators in trying to take those good faith

17 discussions and turn them into something that was not agreed

18 to in the IFSA, not approved by these Courts, I think is

19 very troubling with respect to the broader issues of this

20 case.  So even though the joint administrator has cited

21 these Courts and we have the expert opinions that have been

22 submitted in Canada on New York law with respect to

23 arbitration, heart performance cases, you know, cases where

24 the Courts will provide missing terms in an arbitration

25 agreement, all of those cases are distinguishable because

1  they all involved an agreement to arbitrate that the Courts

2  started with or found based on the clear expressions of the

3  parties in the agreements.  We don't have that here, Your

4  Honor, and with that, I will cede to the creditor's

5  committee.

6          THE COURT:  All right.  Thank you, Ms. Buell.

7  Mr. Botter, good afternoon.

8          MR. BOTTER:  Good afternoon, Judge Gross, Justice

9  Morawetz, Justice Nietzer.  For the record, David Botter,

10  Akin Gump Strauss Hauer & Feld, on behalf of the Official

11  Committee of Unsecured Creditors.  Your Honor, this

12  afternoon I will be fairly brief as I have the luxury of

13  agreeing with and adopting the two presentations that

14  preceded me; as co-movant, I have that luxury.  Your Honor,

15  to the extent that you have any questions today, obviously,

16  please stop me.  I rise this afternoon, however, to provide

17  some creditor perspective on this process.  As the Court has

18  heard this morning and read in the IFSA, it is a very

19  important document in these cases.  In addition to the

20  funding provided in the IFSA, the IFSA itself paved the way

21  for the sales transactions.  The sales transactions

22  themselves provided the nearly $3 billion plus of proceeds

23  that ultimately will be distributed to creditors here in the

24  United States and around the world.  The IFSA was a heavily

25  negotiated document.  The negotiations were among

1   representatives of the three main estates, as well as the

2   representatives of the major creditor constituencies here

3   and in Canada.   Upon conclusion of the negotiations a motion

4   was made to this Court and to the Canadian Court on notice

5   to all parties in those jurisdictions to approve the IFSA.

6   As part of the IFSA agreement that was notice for approval

7   was a provision that contractually bestowed jurisdiction

8   upon these Courts and that jurisdiction as you heard this

9   morning is to address all matters related to the IFSA, a

10  very broad graph of jurisdiction.   From a creditors

11  perspective, the appropriate allocation of the sales

12  proceeds, which was an essential tenant of the IFSA, is

13  directly and inextricably related to the IFSA and the

14  subject matter of that document.   With the IFSA behind us

15  and Court-approved, we move forward with the sales.   The

16  sales tranctions themselves in each instance led to the

17  negotiation of escrow agreements and we've heard a lot about

18  the escrow agreements this morning.   And each of these

19  escrow agreements provide for the exclusive jurisdiction of

20  these Courts prior to the conclusion of these cases with

21  respect to all matters arising under or related to the

22  escrow agreements.   EMEA's representatives participated in

23  all the sales and signed off on each of these agreements

24  governing the release of sales proceeds.   EMEA has not and

25  does not dispute that they agreed to the IFSA or to the

1    escrow agreements.  The committee does not dispute that all

2    parties agreed to the IFSA and to the terms of the escrow

3    agreements.  However, the only matters agreed to by the

4    official committee in the IFSA that are relevant to today's

5    hearings are that we would try to come to a consensual

6    resolution of the allocation of the sales proceeds and if we

7    did not, that the parties would negotiate in good faith in

8    an attempt to reach an agreement on a protocol for resolving

9    disputes concerning the allocation of such sales proceeds.

10   We did this.  We did this over two years.  Equally important

11   is what the committee did not agree to in the IFSA.  The

12   committee did not agree to arbitration in the IFSA.  The

13   committee did not agree to any allocation protocol in the

14   IFSA and certainly did not agree to an allocation protocol

15   that provided for arbitration.  And as you have heard

16   earlier today, in all of the pleadings we filed, the U.S.

17   debtors never agreed to arbitration in the IFSA and the U.S.

18   debtors never agreed in the IFSA upon an allocation

19   protocol, nor upon an allocation protocol that provided for

20   arbitration.  And more important from a creditor's

21   perspective than the failure of the committee and the U.S.

22   to agree, no one ever asked these Courts on notice to all

23   parties to approve an agreement of any kind to arbitration

24   nor have either of these Courts approved an agreement to

25   arbitrate in these cases.  And from a creditor's

1    perspective, that notice and approval process is critically

2    important here in the United States and in Canada.  In order

3    to satisfy due process, the debtors would have had to let

4    all of the constituents in these cases know that they had

5    reached an agreement to arbitrate, the single most important

6    issue in these cases.  They didn't do that.  No notice was

7    ever given pursuant to Bankruptcy Rule 9019(c) or otherwise

8    and that notice was never given because the U.S. debtors and

9    the committee never agreed to arbitrate and never asked this

10   Court or the Canadian Court to prove such action.  Now, in

11   compliance with due process requirements and in compliance

12   with the IFSA Order, we have come back to these Courts to

13   seek approval of a dispute resolution process as

14   specifically contemplated by the IFSA, a dispute resolution

15   process that satisfies the demands of EMEA's largest

16   creditor, the pension authorities, and satisfy the goals of

17   modern day bankruptcy process and that goal is one of

18   transparency.  Since the adoption of the Code in 1978,

19   Bankruptcy Courts have mandated transparency in Chapter 11

20   processes so that all parties would know that it is open,

21   fair, and equitable.  In the words of many Courts, including

22   this Court in the District of Delaware, the debtor's affairs

23   in a Chapter 11 process should be an open book and the

24   debtors in these processes operate in a fishbowl.  EMEA has

25   pointed out in their pleadings the many problems they

1    believe will occur during the allocation process that we

2    have proposed.  But amongst the many benefits of the process

3    that we propose is that it will be transparent for all

4    creditors, not only here in the United States and in Canada,

5    but all over the world and that is especially true when you

6    compare it to a closed arbitration process.  In a closed

7    arbitration process, you would not satisfy that goal of

8    transparency.  Your Honor, as a representative of the U.S.

9    general unsecured creditors, we believe that all creditors

10   in this international bankruptcy should be afforded the

11   opportunity to know exactly what is happening in this most

12   critical portion of these cases.  Those same creditors have

13   all been waiting more than two years for these bankruptcy

14   cases to move towards a conclusion so that they can receive

15   distributions.  And we have spent those two years working

16   hard to try to resolve things consensually, to try to arrive

17   at a protocol and we've not been able to do so.  We've spent

18   those two years generating proceeds successfully selling off

19   these debtors, but unfortunately, not been able to reach a

20   consensual resolution to the allocation problem.  The

21   allocation process that we seek approval today will permit

22   us to move forward to a conclusion of these cases and permit

23   us to move forward in a successful manner.  Both of these

24   Courts have the power to approve the relief we seek today

25   and doing so will accomplish every estate's goal to provide

1  for a prompt distribution to all creditors.  Your Honor, we

2  think that these -- that the motion that we have proposed

3  with the U.S. debtors and that the Canadian debtors have

4  proposed in Canada ought to be approved.  Thank you.

5           THE COURT:  Thank you.

6           MR. KRELLER:  Good afternoon, Your Honor.  Good

7  afternoon, Justice Morawetz.  Thomas Kreller of Milbank

8  Tweed Hadley & McCloy.

9           THE COURT:  Nice to see you again.

10          MR. KRELLER:  Nice to see you again, Your Honor.

11 On behalf of the ad hoc bondholder group.  As Your Honors

12 are both aware, the bond claims in both the U.S. and Canada

13 approximate $4 billion.  The bondholders are obviously

14 direct and very substantial economic stakeholders in these

15 cases.  That makes us somewhat unique not only because the

16 claims exist in both Canada and the U.S., but also the bonds

17 are direct stakeholders in cases that are largely populated

18 by people who carry titles like administrators or trustee or

19 regulator.  Unlike those professional overseers, the

20 bondholders are actual stakeholders and the bondholders will

21 be the ultimate recipients of the dollars that this fight is

22 over.  The importance of that status, Your Honor, is

23 recognized in Section 12(g) of the IFSA which we've explored

24 at length.  In 12(g), the -- both the Canadian debtors and

25 the U.S. debtors agreed that they will not take actions

1    under the IFSA without obtaining the consent of the

2    bondholder group and I highlight that because we're dealing

3    very largely within the four corners of the IFSA.  That's an

4    important provision that recognizes the status of the

5    bondholder group.  That status also creates a difference in

6    perspective I think that the bondholders bring to these

7    cases.  On the one hand, you have a series of professional

8    overseers as I call them who, in many respects, their first

9    charge is to defend the Treasury and put another way that

10   could be said don't let the money out of the escrows.  The

11   bondholders, to the contrary, stand before you and say just

12   the opposite.  How can we get the money out of the escrows

13   into the hands of the bondholders and the other creditors,

14   and you've heard this from me before, Your Honor.  But I

15   think it's an important perspective for the Courts to keep

16   in mind, to keep these different perspectives in mind when

17   you think about what the IFSA is, what it means, what the

18   escrow agreements are, and how they work, and what the

19   parties intended.  I'm not going to spend any time

20   reiterating what Mr. Bromley and Mr. Botter have gone over.

21   I think they've provided the Courts with an excellent and

22   comprehensive summary of the IFSA, not only what's contained

23   in the IFSA and the escrow agreements, also, what's not in

24   there specifically any mention of the EMEA intercompany

25   claims being wrapped into the allocation process, completely

1    non-existent in the context of the IFSA, Your Honor, because

2    the IFSA is about allocating sale proceeds, not about

3    adjudicating claims.  But there's also no question, Your

4    Honor, that one thing the IFSA was never intended to create

5    was a scenario where the considerable Nortel assets were

6    sold to generate considerable cash proceeds that would then

7    sit idle and out of reach of creditors.  The intent was to

8    turn the cash into creditor recoveries.  We find ourselves

9    unfortunately two years into the IFSA, 2 ½ years into these

10   cases.  That part of the job is the one part that remains

11   undone.  The parties and the professional overseers have not

12   been able to accomplish that task and that is where you,

13   Judge Gross and you Justice Morawetz come in.  The

14   bondholder group and all of the other economic stakeholders

15   here need your help to finish the job that the IFSA was

16   intended to accomplish.  Put simply, there must be a path in

17   these cases to creditor distributions.  The IFSA provides

18   you the authority and empowers you to be that path.  Your

19   Honor, we support the motion.  Your Honors, we request that

20   you take on that job for us and lead us down that path.

21   Thank you.

22             THE COURT:  Thank you, Mr. Kreller.

23             MR. KRELLER:  Thank you.

24             MR. TRUST:  I guess it's now good afternoon, Your

25   Honor.

 1              THE COURT:  I think it is.  Hopefully, we won't

 2   be saying good morning again.

 3              MR. TRUST:  Good afternoon, Justice Morawetz.

 4   Brian Trust of Mayer Brown.

 5              THE COURT:  Welcome.

 6              MR. TRUST:  Counsel to the unfiled Nortel

 7   entities on that are listed in paragraph 2 of the limited

 8   response filed on behalf of the fourth estate that includes

 9   entities that are sometimes referred to as the Asia Pacific

10   and China entities and the Central America and Latin

11   American entities and, in addition, we're Counsel to the

12   directors of those.  I'll refer either to the fourth estate

13   or collectively to the fourth estate subsidiaries in my

14   remarks which I hope to make relatively brief.

15              THE COURT:  All right, sir.

16              MR. TRUST:  At this time, I think it's important

17   to start and note that there is no fourth estate subsidiary,

18   no Nortel as a fourth estate subsidiary that is currently

19   subject to any creditor protection proceedings in any

20   jurisdiction.  As part of the series of global sales to

21   maximize recoveries for all of the Nortel creditors, and Mr.

22   Bromley provided a very fulsome summary of those sales and

23   the processes in connection therewith, in all of those

24   jurisdictions, it's -- and in relevant jurisdictions, it's

25   worth noting that businesses and/or assets of fourth estate

1    subsidiaries were sold to various purchases and that

2    includes assets in which the fourth estate subsidiaries have

3    an interest.  The proceeds of those sales, as Mr. Bromley

4    discussed extensively as well, are currently sitting in

5    escrow accounts established pursuant to the several escrow

6    agreements that were discussed earlier.  To kind of cut to

7    the punch or cut to the chase, the fourth estate

8    subsidiaries support the relief that is being sought by the

9    movants in this case and do not object.  I'll note just as a

10   point of clarity, and I assume Counsel for the movants would

11   correct me if I'm misunderstanding this, we fully assume

12   that as sellers, sellers of interest in the assets that are

13   currently sitting in the escrow that the fourth estate

14   subsidiaries that sold such assets or interest in such

15   assets they are, in fact, core parties within the meaning of

16   the proposed revised allocation protocol.  The purpose today

17   of the statement of the fourth estate is to note the

18   following, not asking for any specific relief from either

19   the United States today or the Canadian Court today.

20   Rather, we ask that the Courts take judicial notice that the

21   directors of the fourth estate subsidiaries have been and

22   must continue to exercise their fiduciary duties.  They must

23   continue to comply with all applicable law in the

24   jurisdictions, the many jurisdictions, in which the fourth

25   estate subsidiaries were organized.  That includes, of

1    course, applicable debtor creditor law.  Obviously the

2    fourth estate subsidiaries have an interest in the net

3    proceeds, have also been involved on an extensive time line

4    basis in trying to seek a resolution as well net proceeds of

5    the sale part of the sales of the assets that come back to

6    the fourth estate subsidiaries and we think it's a

7    relatively simple process to determine that.  We think it's

8    based primarily on principles of fair market value of assets

9    sold, not necessary to go into significant detail in that

10    respect.  Those monies will be used to settle the affairs,

11    allow the directors in connection with the exercise of their

12    fiduciary duties to dissolve those subsidiaries, resolve

13    their liabilities, file tax returns, settle matters to the

14    extent they need to do so with applicable regulatory

15    entities and, of course, and importantly, satisfy

16    liabilities at those entities, and to the extent of costs of

17    residual value, and that would be allocated properly,

18    including up to in certain cases, the other three

19    subsidiaries -- I'm sorry, the other three estates that have

20    been discussed extensively today.  We would prefer to have

21    this done quickly.  We prefer to have it done consensually.

22    We also would reserve the right to come back to either Court

23    if necessary so that, in the event this does go through an

24    extensive process which includes briefing schedules,

25    discovery, etc., to look for a mechanism such that we can

1  resolve the issues of the fourth estate on a very

2  expeditious basis.  It's worth noting 1) that the fourth

3  estate directors are not being compensated, there's no

4  pecuniary upside in this; they are limited to simply

5  exercising their duties, the fiduciary duties that they've

6  undertaken, and would like to do so quickly; 2) we'd like to

7  obviate any possibility of any creditor protection

8  proceedings occurring in the future with respect to the

9  fourth estate subsidiaries as well.  So at this time, you

10 know, we just would like to close by noting that we

11 completely and fully support the applications made by the

12 movants and having done that, we wanted to make sure we

13 provided both Courts with a perspective on where the fourth

14 estate sits and our interests in seeing if we can move as

15 expeditiously as possible either consensually or perhaps

16 with a reservation to come back to the Courts to seek

17 resolution of the time line as well.  I thank both Courts.

18 Thank you.

19            THE COURT:  Thank you, sir.  Thank you.

20            MR. RIELA:  Good afternoon, Judge Gross, Justice

21 Morawetz.

22            THE COURT:  Good afternoon.

23            MR. RIELA:  I'm Michael Riela of Latham & Watkins

24 --

25            THE COURT:  Yes.

1          MR. RIELA:  -- for the Bank of New York Mellon.

2  I was the Indenture Trustee with respect to the $4 billion

3  or so worth of bonds that were issued by Nortel Canadian

4  entities and guaranteed by Nortel Networks, Inc. here in the

5  U.S.  I'll be very brief to two important points here.

6  First of all, the Bank of New York Mellon is uniquely

7  situated in this case as an Indenture Trustee, also as a

8  member of the Creditors Committee.  The Bank of New York

9  Mellon holds duties to all bondholders, not just those that

10  are members of the ad hoc bondholder group.  In that

11  capacity, and as a member of the Creditors Committee, the

12  Bank of New York Mellon fully supports the motion that is

13  being filed, fully supports the relief sought therein.  The

14  second point of one that was raised in the response that we

15  filed about a week ago, a week or so ago, with respect to

16  who is a core party.  At this party, the Bank of New York is

17  not listed as core party.  In light of the unique position

18  that the Bank of New York is in, we would respectfully

19  submit that we should be a core party.  Perhaps this issue

20  can be better dealt with later on.  I'll defer to Your Honor

21  as to the timing of that argument.  But suffice it to say

22  for now; we fully support the motion but/for modification

23  that we're requesting to have ourselves included as a core

24  party.

25          THE COURT:  Very well.  Thank you.

1           MR. RIELA:  Thank you, Your Honor.

2           THE COURT:  Anyone else?

3           MR. O'CONNOR:  Good afternoon, Judge Gross.

4           THE COURT:  Good afternoon.

5           MR. O'CONNOR:  Good afternoon, Justice Morawetz.

6  Brian O'Connor from Willkie Farr & Gallagher --

7           THE COURT:  Good to see you.

8           MR. O'CONNOR:  -- LLP, on behalf of the pension

9  claimants.  Opposition is basically, Your Honor, that we

10 have been indifferent to whether or not this process is done

11 by way of a Court protocol or by arbitration.  But we do

12 think that as a creditor of all of these estates with a $3

13 billion claim, that we should be considered a core party.

14 We were viewed as a core party.  For purposes of the

15 mediation. we participated fully in all sessions of the

16 mediation and we think it makes sense for us to do that as

17 well.  Now, I recognize that there have been some

18 modifications made to the proposed protocol, one of which

19 was that any party is permitted to file a Brief in Support

20 of or Opposition to any position submitted to the Court at

21 an allocation hearing.  And perhaps the parties can clarify

22 that for me, but as I read the protocol, it indicates that

23 only the parties will be -- the core parties will be

24 exchanging pleadings that [indiscernible] going to be any

25 vehicle necessarily for somebody else to have access to

1  those pleadings and it doesn't really make a lot of sense to

2  say that we can submit a pleading in opposition to or

3  support of something that we haven't seen.  So I would

4  request that the protocol at the very least be clarified

5  such that we would be a recipient of any pleadings that are

6  exchanged between the core parties.  And with that, Your

7  Honor, I -- again, I do think the record is sufficient today

8  for the Courts to decide that we are a core party that

9  should be included in the process, but we're willing to

10  abide that decision for a later day subject to the

11  clarification that I've asked for.

12          THE COURT:  All right.

13          MR. O'CONNOR:  Thank you.

14          THE COURT:  Thank you, Mr. O'Connor.  Okay.

15  Anyone else in our Courtroom?  All right.  Justice Morawetz

16  I believe the proponents have completed their opening.

17          JUSTICE MORAWETZ:  Thank you.  Mr. Mark, I'm just

18  looking at the clock.  I think it's probably appropriate now

19  that we do take a brief break to allow some people to get

20  some food.

21          MR. MARK:  I do, Your Honor.

22          JUSTICE MORAWETZ:  I'm not aware of how much the

23  lineups will be downstairs but Judge Gross, I would like to

24  make this as brief a break as possible given the work that

25  has to be undertaken this afternoon.  Would 40 minutes be

1  satisfactory for you, sir?

2          THE COURT:  It's fine for me.  I'm only concerned

3  with the parties who have to get out, get lunch, and get

4  back through security.  Is that acceptable to everyone or

5  would you -- do you think we need a little more time?  Mr.

6  Bromley?  Another 20 minutes perhaps?

7          MR. BROMLEY:  I don't eat much.

8          THE COURT:  It's probably better not to each

9  lunch.

10         MR. BROMLEY:  Forty minutes is --

11         THE COURT:  All right.

12         MR. BROMLEY:  We'll certainly make it work.

13         THE COURT:  Very well.  Forty minutes it will be.

14  So it's now roughly 10 after so we'll be back at 2:00.

15  We'll stand in recess.

16  (Recess from 1:07 until 2:04 p.m.)

17      THE COURT:  Justice Morawetz, I'm back.

18         JUSTICE MORAWETZ:  Good afternoon, Judge Gross.

19  I think we're ready to proceed.

20         THE COURT:  Yes.

21         JUSTICE MORAWETZ:  Mr. Mark, please go ahead.

22         MR. MARK:  Yes.  Thank you, Your Honor.  Alan

23  Mark from Norton Rose for the Canadian debtors.  Good

24  afternoon, Justice Morawetz.  Good afternoon, Judge Gross.

25         THE COURT:  Good afternoon.

1           MR. MARK:  It's a pleasure to appear in front of

2    you for the first time.  Your Honors, as you're aware, this

3    is a motion by the Canadian debtors, at least in the

4    Canadian proceeding, for approval of a protocol to establish

5    procedures and an expedited schedule for the two Courts to

6    conduct a joint hearing and, thereafter, determine

7    allocation of the sale proceeds that are presently sitting

8    in escrow and which will soon total close to $4 billion.

9    The Canadian debtors are supported in this motion by the

10   Canadian Monitor, by the U.S. debtors, by the UCC, by the

11   bonds, by the CCC, and the U.K. pension claimants don't

12   oppose; only the EMEA debtors object.  But importantly, if

13   one examines the record of the positions that EMEA has

14   asserted with respect to the allocation dispute and the

15   protocol, it's apparent that at this point their only

16   objection is not to the two matters; that is allocation and

17   claims being heard simultaneously, but their sole objection

18   at this point is to the forum and their position is that

19   these matters should not be heard by the Courts but by some

20   unspecified arbitral tribunal which will have no

21   jurisdiction with at least to part of the matters they would

22   seek to put before them.  While at the beginning of this

23   process a year and a half or two years ago, the Canadian

24   debtors were of the view that it would be inconvenient and

25   inappropriate to have allocation and claims heard together

1    after listening to the EMEA debtors at length and, in the

2    interest of moving this process ahead to a resolution in a

3    time frame which is necessary, the Canadian debtors, the

4    Monitor, and the U.S. debtors, and the other parties I refer

5    to have agreed that the practical solution is to have the

6    matters heard together as EMEA has insisted upon and we

7    have, therefore, agreed upon a protocol which will achieve

8    that objective.  And as Mr. Bromley indicated this morning,

9    the fact that all of the parties other than the EMEA debtors

10   are in agreement with respect to this protocol is not an

11   insignificant matter.  While it may appear to Your Honors

12   that the sole dispute is between the Canadian and U.S.

13   estates on the one hand and EMEA on the other hand, in fact,

14   these parties are at odds across the board on virtually

15   every matter related to allocation.  And as you will know

16   from the records, we're at odds with respect to virtually

17   every procedural issue that was discussed during the

18   protocol negotiations.  And the fact that all of these

19   adverse interests but one have been able to come together

20   and agree on a protocol, in my submission itself, speaks to

21   the fact that the protocol now before you is manifestly the

22   most sensible and only feasible way forward in the

23   circumstances.  In the submission of the Canadian debtors,

24   the proposed protocol is not only the only sensible solution

25   available to the present impasse; it is the only solution

1  that is legally available given the position of the parties.

2  My submissions today before you will be as follows:

3  firstly, that only the Canadian and U.S. Courts have the

4  jurisdiction to determine allocation and the cross-border

5  protocol expressly provides the mechanism for a joint

6  hearing of the allocation disputes.  Secondly, only the

7  Canadian and U.S. Courts have the jurisdiction to deal with

8  the EMEA claims against those respective estates and any

9  proposal to have those claims, in name or in substance,

10  determined by any forum other than the respective Courts

11  would be an exercise which had no basis in law and which

12  this Court -- these Courts could not order.  Additionally,

13  the parties have on multiple occasions submitted to the

14  jurisdiction of the Canadian and U.S. Courts to determine

15  the allocation dispute.  Fourthly, the Court has no

16  authority to refer the allocation dispute to arbitration in

17  the absence of agreement by all parties to submit to

18  arbitration and despite the assertions by EMEA, there

19  clearly is no agreement to arbitrate the present disputes.

20  And finally, Your Honors, even under EMEA's best case, the

21  protocol which was -- which the parties were to attempt to

22  negotiate under IFSA, was always subject to the approval of

23  the supervising Courts.  The Court had a discretion as to

24  what protocol they would approve.  And our final submission

25  is that having regard to the circumstances prevailing at the

1   time IFSA was executed, having regards to the circumstances

2   pertaining today, having regard to the position EMEA now

3   takes with respect to the scope of the allocation dispute,

4   the Courts should not exercise any discretion they have in

5   favor of the EMEA proposal but, rather, the only prudent

6   exercise of discretion by the Courts would be to support the

7   allocation protocol which is before you on these motions.

8   Your Honors, I adopt the submissions of Mr. Bromley and Ms.

9   Buell from this morning.  We are all here well aware of the

10  time issues today and I will endeavor not to repeat matters

11  that have been dealt with by Mr. Bromley and Ms. Buell  But

12  I do wish to go over some of the background facts to provide

13  the context for the submissions I will make later on.  The

14  Court, of course, is familiar with the general history of

15  the proceedings.  The Courts are well familiar with the

16  compelling need to get on with the resolution of both

17  allocation and claims and, indeed, the need to get on with

18  it is now critical.  It has been over two years since the

19  commencement of the administration.  There's been no

20  meaningful distribution and we actually have billions of

21  dollars of cash sitting and we have claimants on the estates

22  -- of the estates that are in dire need.  This proposition

23  is beyond dispute and indeed is not disputed but one should

24  not take the question of urgency as being something which

25  permits the Courts to ignore the fundamental issues of what

1    your jurisdiction is.  And the mandate of the Courts is to

2    work to get a resolution to these disputes at the earliest

3    possible date, but clearly, within the jurisdiction they

4    have.  The allocation protocol issue goes back, as Mr.

5    Bromley reminded you, to the efforts to enter into value

6    maximizing sales of the assets and to avoid frustration of

7    those efforts by parties who might insist upon particular

8    allocations as a condition of their agreement to the sale of

9    assets.  The agreement the parties came to is, of course,

10   documented in the IFSA.  The IFSA was approved by these

11   Courts on June 29, 2009 and subsequently, the joint

12   administrators were authorized to enter into the IFSA.  Now,

13   I'm not going to take you to the IFSA yet again you will be

14   glad to know, but I just would like to remind Your Honors of

15   the structure of the IFSA a little bit as to context for my

16   submissions.  Twelve -- paragraph -- Section 12 of IFSA

17   deals with the sale of assets.  It is not by its terms a

18   provision which deals with jurisdictional issues other than

19   incidentally.  There is another section, 16, which expressly

20   deals with jurisdiction.  It deals with the sale process and

21   mechanism.  As Mr. Bromley took you through this morning,

22   12(a) sets out the obligation to sell, which can't be

23   conditioned upon agreement to a particular allocation, 12(c)

24   documents the agreement to attempt to negotiate a protocol

25   and clearly uses those words, and 12(b) deals with the

1  escrow arraignments and what happens to those funds.  It is

2  fundamentally a clause which deals with that mechanism

3  rather than jurisdictional issues.  The jurisdictional issue

4  is dealt with separately in Section 16 of the IFSA; clearly

5  stated to be the section which deals with jurisdictional

6  issues and, as Mr. Bromley took you through this morning and

7  I won't go through it again, it is to say though at least a

8  fulsome and detailed recitation of the jurisdictional issue

9  to which forums jurisdiction is granted, whether that

10 jurisdiction is exclusive or otherwise, how service is to be

11 effected, what parties are precluded from arguing with

12 respect to jurisdiction.  It deals with the sort of matters

13 related to a grant of jurisdiction that one would expect to

14 see in an agreement such as this between sophisticated

15 parties dealing with a very significant aspect of the

16 administration of the estates.  At the very same time that

17 the IFSA agreement was entered into, there was an amendment

18 to the cross-border protocol and I will different from Mr.

19 Bromley in this respect, Your Honors.  Mr. Bromley said that

20 IFSA was predicated upon the existing cross-border

21 agreement.  In fact, it's more than that.  The effectiveness

22 of IFSA by IFSA's terms was conditioned upon the

23 contemporaneous amendment of the cross-border protocol.

24 Now, Justice Morawetz, last night as I was sitting getting

25 ready for this and it was the classic situation where the

1  piles of paper were growing around me as I was sitting

2  there, it occurred to me that I ought to prepare for the

3  benefit of the Court a compendium with some excerpts from

4  documents so we don't waste a lot of time fishing around in

5  the record.  Justice Gross, I -- Judge Gross, I apologize.

6  I only prepared this last night.  I don't have a copy for

7  you.  I will give you the references as we go and if you

8  wish, we can provide a copy of the compendium later.  My

9  apologies.

10              THE COURT:  That's fine.  Thank you.

11              JUSTICE MORAWETZ:  Thank you.

12              MR. MARK:  And, Your Honor, on the subject of the

13  cross-border protocol, we raised that in our factum that was

14  filed and yesterday we received a reply filing from the EMEA

15  debtors which said that they were not consulted about the

16  amendment to the cross-border protocol and I'll come back to

17  that in a moment.  This is important for this reason.  If

18  you turn to Tab 3 of the compendium, I have excerpted here

19  paragraph 15 of the amended cross-border protocol that was

20  approved by the Court contemporaneously with the approval of

21  IFSA.  Again, Tab 3 of the compendium.  Judge Gross, for

22  your benefit, this can -- this comes from the cross-border

23  insolvency protocol.  Amongst other places, it can be found

24  in the 67th report of the Monitor.  And paragraph 15 of the

25  protocol says as follows:  Notwithstanding anything to the

1    contrary herein contained, to the extent any motion is filed

2    or relief is sought collectively requested relief in either

3    Court relating to 1) the proposed sale of assets for gross

4    proceeds in excess of $30 million and where at least one

5    U.S. debtor and one Canadian debtor are parties to the

6    related sale agreement or that involves assets owned by at

7    least one debtor and one Canadian debtor; and 2) any motion

8    to allocate sale proceeds which are in the aggregate more

9    than $30 million U.S. and where at least one U.S. debtor and

10   one Canadian debtor are parties to the related sale

11   agreements or that involve assets owned by at least one U.S.

12   debtor and one Canadian debtor.  So it's clear the parties

13   at the very same time agreed and understood they were

14   agreeing to confer upon the Courts jurisdiction to deal with

15   a motion not with respect to the IFSA, not with respect to

16   allocation, any motion to allocate sale proceeds.  It is

17   beyond dispute that the parties allowed for that very

18   possibility.  It is, therefore, beyond dispute that one

19   could not possibly read anything in the contemporaneous IFSA

20   agreement as granting exclusive jurisdiction to some

21   arbitral tribunal.  Now, as I mentioned before, the only

22   response we get to this from EMEA when we raise it is golly,

23   gosh, they didn't know about it.  They weren't consulted.

24   They didn't negotiate it.  So what's it got to do with them?

25   What it's got to do with them is it's part of a Court Order.

1  The fact that they weren't one of the parties who negotiated

2  matters not a wit.  That's not the test of whether somebody

3  is bound by an Order of the Court.  At Tab 15 of the

4  compendium, Justice Morawetz, I have your endorsement of

5  July 13, 2009.  Included in that endorsement is your

6  approval of the amendment to the cross-border protocol and

7  that can be found -- yes, at the second page of the

8  endorsement beginning -- the paragraph beginning with the

9  Affidavit of Mr. Doolittle if I can --

10           MR. MORAWETZ:  Yes.

11           MR. MARK:  With no disrespect, if I can read your

12  writing.  The Affidavit of Mr. Doolittle, sworn June 22,

13  2009 and the 15th report of the Monitor provides a detailed

14  background as to the benefits of the interim funding report,

15  I'm satisfied that in the circumstances with the entering --

16           MR. MORAWETZ:  The interim funding agreement.

17           MR. MARK:  -- funding agreement should be

18  approved as part of the approval process to the cross-border

19  protocol -- amendments to the cross-border protocol were

20  also sought.  These amendments were not opposed.  I am

21  satisfied that the proposed amendments are appropriate and

22  they are approved.  So it was clear to everyone the record

23  shows they were sought contemporaneously and as part of the

24  approval of the IFSA.  I have also attached at Tab 15, Your

25  Honors, the -- excerpts from the supplemental 15th report of

1   the Monitor dated June 6, 2009.  So there's no dispute in

2   this report on the proposed cross-border protocol, there's

3   no dispute it was circulated to all the parties, there's no

4   dispute it was presented to the Courts for approval as part

5   of the IFSA process, and there is no dispute that EMEA was

6   aware of it, did not object, and were content to have that

7   amendment to go and bind the parties.  As Mr. Bromley

8   pointed out on so many occasions this morning, we have a

9   pattern of behavior with IFSA -- with EMEA, pardon me, that

10  they either agree to something or become bound to something

11  and they later want to resile from it; and this is one of

12  those occasions.  And lastly, so there is no dispute, if you

13  look at -- also at Tab 15, I have the excerpt from the black

14  lined version of the proposed amended protocol that was

15  distributed as an appendix to the Monitor's report and there

16  is no question that this paragraph 15 is black lined and

17  highlighted as an amendment.  The world well knew that part

18  of the IFSA process was a grant of jurisdiction to the U.S.

19  and Canadian Courts to hear a motion to allocate funds.  At

20  the same time, the parties agreed that there would be escrow

21  agreements entered into with respect to each of the

22  transactions.  Mr. Bromley has taken you to the excerpt from

23  the escrow agreements and I won't go through them again.  I

24  will remind the Courts that when you read the excerpt, the

25  jurisdictional clause from the escrow agreements, one again

1    cannot help but notice that these parties, as to be

2    expected, took great care to outline -- not outline, to

3    particularize the extent of the grant of jurisdiction and

4    the consequences of that grant of jurisdiction.  And that

5    same care and fulsomeness is found in Section 16 of IFSA in

6    the cross-border protocol and in the escrow agreements and

7    stands in stark contrast to the provision which EMEA relies

8    upon as being the grant of exclusive jurisdiction to an

9    arbitral tribunal which is the wording in 12(b) that says

10   the conditions under which funds can be released from escrow

11   and it talks about the decision of a dispute resolver

12   without any reference whatsoever to the manifest significant

13   implications of that were to be really a grant of exclusive

14   jurisdiction in connection with allocation disputes.  And it

15   defies experience and common sense to suggest that in that

16   context, any party to the IFSA agreement considered that

17   that clause was or could be construed as being a grant of

18   jurisdiction on a par with the other grants of jurisdiction

19   in those documents but without any of the particulars set

20   out, the parties clearly indicated that they would want to

21   set out in dealing with such matters.  And on this point, it

22   does bear repeating the point that Ms. Buell made in her

23   submissions this morning that the record is bereft of any

24   evidence from anybody on the part of EMEA who has been

25   prepared to come forward and testify that that is, in fact,

1  what they intended or what they understood from IFSA.  You

2  have the evidence filed by the other parties that that was

3  not the intent.  We have evidence only from Mr. Lloyd on

4  unattributed information and belief that he understands not

5  -- that not to be the case.  Conspicuously absent is any

6  evidence from Mr. Bloom or anybody else who was actually

7  part of that process.  So what happens next?  All of these

8  documents are either approved by the Court or executed.  The

9  escrow agreements get executed over time and the parties

10 proceed to the negotiations in their attempts to arrive at a

11 consensus on a protocol.  Those negotiations, while there is

12 even some dispute about how long they took place, is clearly

13 well over a year.  After a year, there was no agreement on

14 some of the very essential matters at the heart of any such

15 protocol.  There was no agreement on what was the question

16 that was to be resolved under the protocol.  There was no

17 agreement on the identity of the dispute resolver, how the

18 dispute resolver or resolvers that would be selected.  There

19 was no agreement on which parties were entitled to

20 participate.  There was no agreement on whether the dispute

21 resolver would be empowered to decide questions of law.

22 There was no agreement on whether the dispute resolver would

23 be obligated to provide reasons for a decision.  There was

24 even uncertainty as to whether the decision would be

25 considered an arbitral award.  The principal dispute was

1  clearly with respect to the question itself which was going

2  to be decided by the dispute resolver.  The record is clear

3  from the very first day that the parties knew this was an

4  issue that had to be negotiated.  And it is also clear that

5  EMEA's position evolved over time and that there has been an

6  impasse in the negotiations because of that evolved

7  petition.  And let me take some time to go through the

8  factual record and point you to some rather obvious examples

9  of both propositions that the parties knew there had to be

10  negotiation of the question and that EMEA's position

11  fundamentally changed over time.  Now, a lot of the

12  documentation in front of you is in the form of Mr. Lloyd's

13  declaration, which has also been filed in the Canadian

14  proceeding, and the exhibits to that declaration.  To the

15  extent that Mr. Lloyd has filed that declaration, to put

16  before you what EMEA says is evidence of the extent to which

17  the parties did agree to certain matters or to the extent

18  that it is put before you as extrinsic evidence that you can

19  look at in trying to determine what the intentions of the

20  parties were when they entered into IFSA, to those extents,

21  Mr. Lloyd's evidence is inadmissible.  As Ms. Buell pointed

22  out to you this morning that the discussions that Mr. Lloyd

23  has deposed to without qualification or a quorum were

24  without prejudice discussions.  Mr. Lang and Mr. Brod have

25  both deposed that that was the case.  You have seen from the

1  record already that every draft document exchanged,

2  including the comments that were included in the draft by

3  the various parties, were under the banner of without

4  prejudice for discussion purposes only.  The parties agreed

5  that they were at liberty to have frank and fulsome

6  discussions about a possible protocol without their

7  discussions in that room being used to their prejudice by

8  somebody later.  And Mr. Lloyd has done precisely that

9  without any request to be relieved from the obligation of

10  not being at liberty to depose to those facts unless there

11  be any question of both whether those discussions were

12  carried on under the protection of the without prejudice

13  manner.  In the compendium, Your Honors, at Tab 11, we have

14  -- this is an excerpt from Exhibit H(h) to Mr. Lloyd's

15  declaration.  It, in turn, is an excerpt from the Affidavit

16  of John Whiteoak, Mr. Lloyd's partner, that was filed in the

17  Canadian Court earlier this year in conjunction with the

18  Canadian debtor's request for approval of the EMEA claims

19  board and if the -- at Tab 11 of the compendium, if -- turn

20  up to the -- after the blue sheet to the second page which

21  is at the record number 1128 at the top.  Justice Morawetz,

22  do you have that?

23          JUSTICE MORAWETZ:  Yes.

24          MR. MARK:  Apologies again, Judge Gross.  And

25  over on page 1129, Mr. Whiteoak testifies as follows:  In

1  accordance with Section 12(c) of the IFSA, the estates began

2  a process of negotiating a protocol for resolving disputes

3  concerning the allocation of the sales proceeds from sale

4  transactions of the material assets of Nortel.  This process

5  took place for all -- over almost a year from 2009 to 2010

6  whereby the joint administrators acted in good faith in an

7  attempt to reach agreement in accordance with IFSA.  An

8  agreement has not yet been reached.  As these discussions

9  proceeded on a without prejudice basis, I am not able to

10 divulge the content of them.  If the Court desires, and with

11 the other parties' consent, Counsel will be able to advise

12 the Court as to the progress that was made in those

13 discussions.  So while Your Honor there may perhaps be some

14 argument that they had come forward with a request that with

15 respect to the allegation of bad faith negotiations, some of

16 that may nonetheless have been admissible.  But to try and

17 put them before the Court as evidence of agreements parties

18 purportedly came to or as evidence which could be used in

19 the exercise of interpreting the IFSA agreement is not to be

20 permitted.  The second observation about Mr. Lloyd's

21 Affidavit is that much of the important information is

22 hearsay.  He concedes he wasn't there when IFSA was

23 negotiated when the initial agreements which were at the --

24 are at the heart of this motion were drafted and approved by

25 the Courts.  He often states conclusions without even

1  attributing the conclusions to a source.  And thirdly, much

2  of his Affidavit is rank argument.  It's not evidence.  And

3  lastly, to the extent that Mr. Lloyd's Affidavit purports to

4  state facts, they are for the most part flatly contradicted

5  by the documentary record.  That documentary record includes

6  the Affidavits of Mr. Lang and Mr. Brod, two respected and

7  careful corporate solicitors who wisely were charged with

8  the -- with the carriage of the negotiating process, and

9  their Affidavits are before the Court where necessary to

10 contradict Mr. Lloyd's evidence and theirs is first-hand

11 knowledge that their positions are supported by the

12 documents and should be preferred.  Now, to give you some

13 idea of some of the frailties in Mr. Lloyd's evidence on the

14 factual record, let me go through a few examples.  And these

15 examples will go to the two questions which I indicated at

16 the outset are really at the heart of the factual dispute,

17 which is EMEA's allegation that the parties entered into a

18 binding submission and the question of whether the Canadian

19 debtors withdrew in bad faith from negotiations or whether

20 there was, in fact, as we say is the case, there was simply

21 a remarkable change over time in EMEA's position and they

22 came to a position on the scope of the allocation which was

23 simply unacceptable to the Canadian debtors and the others

24 as we've heard.  So if I can ask you to take up the

25 compendium again, Justice Morawetz, and at Tab 5 of the

1  compendium, which again is an excerpt from Mr. Lloyd's

2  declaration, it is a draft document which is found at pages

3  70 to 72 of the Lloyd declaration, and Mr. Lloyd says that

4  this document is an early draft of a protocol that was

5  prepared by Lazarak who were one of the financial advisors.

6  Instructively, Mr. Lloyd does not tell us whether this was a

7  document which was distributed to anyone other than him.

8  There's no evidence that it was given to anybody else.  But

9  it's nonetheless instructive because if we look at it, it

10  speaks volumes as to what the parties were actually

11  discussing at the time and how remarkedly distant it is from

12  what EMEA was, in fact, proposing at the end of the day.  So

13  if you look, for example, at page 70, and there's a heading

14  Referring a Dispute to the Dispute Resolver and it -- the

15  first one is Scope; any dispute, controversy, etc.  And then

16  second is Dispute Resolver.  Identify an individual.

17  Identify an accounting firm whose assistance dispute

18  resolver may seek.  The parties shall create a list of

19  potential replacements.  Then it goes down to, for example,

20  Article III, Written Materials.  Written materials to be

21  submitted to the dispute resolver are limited to a 50-page

22  brief and exhibits in support.  Each party's brief shall

23  address which of the three valuation methodologies should be

24  applied; asset-based, revenue-based, or transfer pricing-

25  based.  Each party's brief shall -- or if an alternative

1   methodology should be applied.  Each party's brief shall

2   provide an allocation analysis under each of the three

3   valuation methodologies, as well as any alternative

4   methodology.  4) Written materials may not contain any

5   witness statements.  First-round submissions are due 30 days

6   after the start of the process.  Second-round submissions

7   are due 30 days thereafter.  Down under Oral Argument; oral

8   argument shall be held in person or by video conference

9   between 30 and 60 days after second-round submissions.  Each

10  party shall be allocated an aggregate of two hours to

11  present its position.  And there's no provision for the

12  grant, delivery, or reasons.  It is clearly what was

13  contemplated to be a very summary procedure.  To call it a

14  hearing would be a stretch because there was to be no

15  evidence.  It was to be concluded within about four months

16  of the completion of the sale without evidence, 50-page

17  briefs, two hours to state your case, and no discovery and

18  no reasons.  And what the parties, whoever drafted this;

19  there's no, again, evidence that anybody other than Lazarak

20  had a hand in it, but what was contemplated was a selection

21  by an expert with perhaps the assistance of an accountant of

22  one of competing valuation methodologies.  There is nothing

23  in that document to suggest a precursor or anything like the

24  process which EMEA now says is necessary to properly resolve

25  the allocation dispute.  So when Your Honors are considering

1  some of the statements that I know you will hear from Mr.

2  Harron and Mr. Gottlieb about the contemporaneous statements

3  of the parties about their expectation that the parties

4  would be able to conclude a protocol and hopefully get on

5  with a resolution of the allocation dispute without it

6  having to come back before the Courts, one will appreciate

7  why they were optimistic at the time because the proceeding

8  that was then apparently envisioned was something one would

9  expect could be agreed to regularly, would be agreed to

10 readily, and would not present any problems to these parties

11 in terms of working out the process.  Of course, that bears

12 virtually no relationship to what EMEA at the end of the

13 piece was saying was necessary, which was a three-panel

14 international tribunal, a process that by anybody's

15 reckoning was going to take many, many months, if not years,

16 more, which involved extensive discovery of documents and of

17 fact witnesses, extensive expert reports and deposition of

18 experts, and submitting importantly to the decision-maker

19 not just the question of the selection of a valuation

20 methodology but, in essence, submitting to the decision-

21 makers for their determination all of the issues which

22 underlie the claims which EMEA and the pension claimants

23 have now submitted as part of the claims process,  to make

24 factual findings and legal findings of virtually every issue

25 which is important to the remaining administration of this

1  estate.  So again, you will understand the context in which

2  the parties' expressions of optimism about being able to

3  conclude a protocol were made in the beginning.  Now, some

4  of EMEA's own documents are instructive as well.  Some

5  documents which were not in Mr. -- some of which are in Mr.

6  Lloyd's Affidavit and some of which aren't, but for example,

7  if I could ask you to turn to Tab 7 of the compendium, this

8  is Exhibit A to Michael Lang's Affidavit filed on this

9  motion and this is an e-mail from Herbert Smith, which

10  interestingly was not found in Mr. Lloyd's Affidavit.  This

11  is an e-mail from somebody at Herbert Smith on July 27, 2009

12  very shortly after the IFSA was approved.  And there are

13  many portions of interest.  I won't read them all but I want

14  to take your particular attention, Your Honors to paragraph

15  4.6 of Exhibit A to Mr. Lang's Affidavit.  And the --

16  presumably -- somebody by the name of Ryan Ellis at Herbert

17  Smith, presumably one of Mr. Lloyd's other partners and Mr.

18  Whiteoak's other partners, and it says as follows:  While it

19  is acknowledged that the dispute resolver should not reach

20  his decision on the basis of any national, federal, state,

21  or provincial law, there may be there the need for legal

22  determination on IP ownership issues where the dispute

23  resolver may not be best placed to reach a conclusion.  So

24  despite their protestations about what IFSA was intended to

25  do, which they make now, it's clear their own view at the

1    time was this is not an exercise which involves any

2    determination of any question of law and to the extent there

3    has to be one about ownership of assets, we better figure

4    out which Court is going to decide that issue because it

5    ain't going to be the dispute resolver.  Contrast and

6    compare with the later position.  At Tab 8 of the compendium

7    is a memorandum from Mr. Lloyd himself also again omitted

8    from Mr. Lloyd's recitation of the factual history, but

9    which is Exhibit C to Mr. Lang's Affidavit.  And again, the

10   entire document is instructive as to the complete lack of

11   agreement on virtually any issue.  There are a couple that I

12   want to take you to in particular.  This is Mr. Lloyd's note

13   dated October 9, 2009 and if I could take you, for example,

14   on the first page to his comment number three, this is a

15   comment on the then existing draft, it says recital (c) --

16   three says:  Whereas the parties wish to provide a

17   mechanism, etc., the definition of selling parties needs to

18   be broad enough to cover parties who assert that they are

19   beneficial owners of assets being sold or who have an

20   economic interest therein even if those parties are not

21   participated as a name seller in the sale.  So here we have

22   Mr. Lloyd saying well, you know, maybe the parties aren't

23   what IFSA says in terms of the parties being the sellers;

24   maybe they should be broader than that.  Clearly no

25   agreement on a very fundamental issue.  Over at Item #19,

1   page 50 of the record, if you could look at note 19, and

2   this deals with the draft discovery provisions.  And Mr.

3   Lloyd says in the very last sentence under note 19,

4   recognizing the difficulty of determining the scope of

5   discovery he says as follows:  It may be that at an early

6   stage, the parties should agree the nature of the issues in

7   dispute because this will determine or govern the issue of

8   relevance for the purpose of disclosure.  I know that this

9   is a slight contentious issue but it is something we need to

10  consider further.  The record couldn't be clearer that the

11  parties well understood that the first order of business was

12  what is it that the allocation dispute is; what is it that

13  the dispute resolver is going to be asked to do?  And

14  throughout Mr. Lang's Affidavit, Your Honors, there are

15  other examples and I commend his Affidavit to you in the

16  interest of time; I'm not going to go through them all this

17  afternoon.  But there is one other provision that I do want

18  to direct you to because it really does highlight the

19  problem with EMEA's position.  As you know, the essential

20  dispute here is EMEA's present contention that the

21  allocation dispute, which was to have been the subject of

22  the allocation protocol, was always intended to include

23  within it the resolution of the intercompany claims.  I mean

24  that is now their present position.  And just so that there

25  is no mistake as to that, I want to take you again to Mr.

1    Whiteoak's recent Affidavit in February of this year on the

2    EMEA Claims Order Motion in this Court.  And Justice

3    Morawetz, at Tab 11 again of the compendium, Judge Gross,

4    for your notes, this again is Exhibit H(h) to the Lloyd

5    Affidavit.  It is a copy of the Whiteoak Affidavit filed in

6    the Canadian proceedings in February of this year.  The

7    excerpt I'm going to refer to begins at page 1123 of the

8    Lloyd declaration as numbered in the top right hand corner.

9    And Mr. Whiteoak, Mr. Lloyd's partner, deposes -- testifies

10   as follows at paragraph 12.  He says two material and

11   significant issues in the administration of EMEA debtors

12   involves determining and valuing a) the EMEA debtors'

13   entitlement to the sale proceeds which are currently held in

14   escrow, and b) the inter-related issue of the intercompany

15   claims between and among the EMEA debtors and the Nortel

16   CCAA debtors who filed and obtained protection, etc.  So he

17   says there are clearly two issues; entitlement to sale

18   proceeds and the inter-related issue of intercompany claims.

19   And if you turn over the page to paragraph 14, you will see

20   that Mr. Whiteoak deposes as follows:  The IFSA among the

21   Nortel CCAA debtors, Nortel Networks, Inc., and the other

22   companies listed at Schedule II of the IFSA, the joint

23   administrators, and the EMEA debtors was approved by this

24   Court and specifically contemplated the method for

25   addressing this complex and inextricably intertwined inter-

1    company claims issue.  So it's clear.  Mr. Whiteoak says

2    look, our position is IFSA was always intended to deal with

3    intercompany claims.  Now, we know from the documentary

4    record, there is not a wit of evidence to support that.

5    There is nothing in the record anywhere which is support for

6    that proposition and, in fact, the record tells us that that

7    position is an afterthought; that EMEA, in fact, well

8    understood at the very beginning of this process that IFSA

9    was never intended to deal with intercompany claims.  If you

10   can turn up again in the compendium at Tab 10, you will see

11   an e-mail chain from April, 2010.  April, 2010 was at the

12   latter end of the negotiations of the protocol and the

13   negotiations were coming to an end because the Canadian

14   estate and others were concerned that EMEA was using their

15   definition of allocation as a Trojan horse to really put

16   decisions about intercompany claims in the -- into the

17   allocation process by calling them claims for a proprietary

18   interest or beneficial ownership.  We were vitally concerned

19   that this was really just opening the door to them backing

20   up the dump truck and putting in all of the intercompany

21   claims.  And indeed, we know from Mr. Whiteoak's Affidavit

22   in February that that's exactly what they wanted to do.  But

23   what did Mr. Lloyd, in fact, tell us at the time?  And that

24   can be found in an e-mail from Mr. Lloyd dated April 14,

25   2010, and this again, Judge Gross for your benefit, is Tab

1   G, Exhibit G to the Lang Affidavit, and I'm going to read

2   from Mr. Lloyd's e-mail which he sent to Cleary Gottlieb

3   because Cleary Gottlieb had sent Mr. Lloyd a draft which --

4               JUSTICE MORAWETZ:   That was Tab 10 then?

5               MR. MARK:   Tab 10.

6               JUSTIC MORAWETZ:   Yes.

7               MR. MARK:   What had happened is Cleary Gottlieb

8   had sent a draft -- circulated a draft which included the

9   comments of Ogilvy & Goodmans' expressing their concern

10  about what they were perceiving to be the expanded scope of

11  the contemplated proceeding.  And Mr. Lloyd was moved to

12  respond to that, and in the large paragraph in his e-mail at

13  Tab 10, it says as follows:  What I am not clear about is

14  whether the Canadian debtor and Monitor are still

15  maintaining a point they advanced last year; namely, that

16  EMEA and the other estates are unable to contend the

17  allocation hearing, that they have a beneficial ownership in

18  various assets, including most relevantly intellectual

19  property.  I thought that the point had been withdrawn

20  because, as indicated, it is something that I simply could

21  not recommend to my clients that they concede.  And here's

22  the important passage:  But the way I read the recent

23  amendments to recital 15, clause 8.1 and 10.7 is to suggest

24  that this issue has resurfaced.  It may be that all that is

25  intended by the Canadian debtor and the Monitor is that the

1    allocation hearing shall not cover inter-estate claims.  We

2    are content to discuss that.  Indeed, I do not believe the

3    protocol was ever intended to extent to those type of claims

4    which will be dealt with in the ordinary way by the various

5    claims processes.  This, of course, will still entitle the

6    parties to argue beneficial ownership and any allocations.

7    Mr. Lloyd's position couldn't be clearer and it couldn't be

8    clearer that it's 180 degrees opposite from what they now

9    assert and what Mr. Whiteoak asserted.  So to be frank about

10   it, if we're having a discussion about what was intended by

11   IFSA, when EMEA gets their act together and they can decide

12   between themselves about what the intention was, maybe we'll

13   have that discussion.  But what is clear is the intention

14   they now argue for never existed.  It is a recent

15   afterthought.  So on the two essential factual questions,

16   the parties clearly always knew they would be engaged in a

17   negotiation about the dispute parameters which had to be

18   concluded before there was a binding protocol and there was

19   never a shared intention to have protocol cover the claims

20   as is now contended for.  And Mr. Lang, Mr. Brod, Mr.

21   Hodara, the record is replete with ample evidence of that.

22   So where are we?  Where we are is that everybody agrees that

23   given EMEA's current view of the scope of the protocol,

24   there would be a massive, massive overlap between the

25   allegations being advanced for the purpose of allocation and

1  the allegations being advanced for the purpose of claims.

2  Not only would there be a factual and legal overlap, but as

3  Mr. Whiteoak says on the EMEA view of the world, the dispute

4  resolver under the protocol would actually be deciding the

5  claims against the estates.  The pension trustee takes the

6  position in their factum, and I'll just give you the

7  reference.  If you look at paragraph 19 in the Canadian

8  factum of the pension trustee, they acknowledge and agree

9  that there is a massive and substantial overlap.  And I'll

10 and just read it for you in one second.  And just for your

11 reference, Justice Morawetz, I've excerpted this at Tab 12

12 in the compendium, except that mine has fallen apart and

13 you'll give me a moment.  Paragraph 19 of the pension

14 trustees' factum this motion says as follows: "for example,

15 sales proceeds allocation as well as claims adjudication may

16 well require a detailed interpretation, analysis, and

17 assessment of the Nortel group's complex transfer pricing

18 system.  Consideration of the probity of pre-filing transfer

19 pricing arrangements between the Nortel group entities would

20 appear to be central to any allocation arguments.  The

21 propriety of precisely the same transfer pricing

22 arrangements is put directly in issue by the U.K. pension

23 claimants' proofs of claim, which allege that the inter-

24 group arrangements were non-open market transactions imposed

25 upon NNUK to the financial detriment of NNUK in the plan."

1   So it's clear beyond dispute that these two sets of issues

2   have to be resolved together.  It would raise insurmountable

3   issues of complexity, inefficiency, cost, and delay for them

4   to be resolved separately and it would also raise the

5   prospect of serious prejudice to the other parties in this

6   proceeding.  If there were to be two proceedings, one for

7   allocation and one for claims, then there would be the real

8   risk that EMEA would get not just two kicks at the can

9   because they first get to try their arguments as allocation

10  arguments and then if they lose that, they get to run them

11  up the flagpole again as claims.  There's also a significant

12  risk of double recovery because we may never know whether or

13  pardon me -- the precise basis upon which allocation is

14  decided and whether EMEA, for example, will already be

15  getting credit for one of their arguments about how they

16  were mistreated under the transfer pricing scheme, yet they

17  may still advance a similar claim in the claims process.  It

18  is clear in our submission that one set of adjudicators has

19  got to deal with both sets of issues.  Otherwise, it will be

20  inefficient, costly, and will have the risk of serious

21  prejudice to the parties.  And it is for that reason that we

22  propose the protocol.

23          The draft protocol that we propose today is found

24  at Tab 1 of the compendium for your ease of reference, and

25  Judge Gross, again I think Mr. Bromley gave you a reference

1  where it is in your record this morning, but just to

2  summarize for Your Honors, the principles underlying this

3  agreement, which again is the result of extensive

4  negotiations between all of the parties other than EMEA, is

5  twofold.  It is to utilize the cross-border protocol, which

6  the parties have agreed to and which was adopted, at least

7  in part, for the purpose of possibly dealing with allocation

8  disputes and the other objective has frankly been to respect

9  everybody's views on the breadth of the allocation question,

10  so we are not conditioning the allocation dispute on

11  anybody's agreement about what range of issues they can

12  argue.

13           So the protocol itself proceeds as follows: the

14  purpose is to establish a process for determining the

15  allocation of sale proceeds.  That's Paragraph 1.  Paragraph

16  2 deals with the participants.  It provisionally designates

17  certain parties as core parties, talks about other parties

18  having a right to file written submissions, and also

19  reserves to the Courts the right to entertain motions from

20  any party who wants their status changed to core parties, so

21  we don't have to deal with that issue today and the few

22  people who have a concern will have an opportunity to raise

23  that.  Paragraph --

24           JUSTICE MORAWETZ:  Just one inquiry.  There were

25  submissions made by parties who want to be core parties in

1   the event that the allocation protocol is adopted?

2          MR. MARK:  Right.

3          JUSTICE MORAWETZ:  Is that being dealt with at a

4   different time?  Ms. Siegel is rising behind you.

5          MR. MARK:  She is.

6          MS. SIEGEL:  We submit that in relation to the

7   Bank of New York [indiscernible] requesting permission to

8   participate, and their issues should be dealt with as part

9   of today's proceeding.

10          JUSTICE MORAWETZ:  All right.  So at some point

11   you'll respond to those concerns.

12          MR. MARK:  I will.  Frankly I had not anticipated

13   we'd deal with it today, but if you want to, we --

14          JUSTICE MORAWETZ:  I -- it may be something that

15   it comes up later.  I think it's taking away from the focus

16   of the outcome [indiscernible] right now.

17          MR. MARK:  But in taking away the focus, here's

18   the other point, Judge Morawetz.  I think we should deal

19   with it comprehensively.  Let's see who wants what status

20   rather than dealing with it piecemeal.  I think we can

21   better deal with it when we know what the landscape looks

22   like.

23          So Paragraph 3 provides it fundamentally is to be

24   governed by the cross-border protocol.  Paragraph 4 sets out

25   the procedures that will be subject to further direction of

1  the Court.  And we don't have to go through those in

2  details, but essentially gives the Court the latitude to set

3  the terms within certain parameters.  Paragraph 5 and 6 are

4  important.  Paragraph 5 recites the fact that in addition to

5  the allocation dispute, that there have been claims filed by

6  the EMEA Debtors against the joint administrators -- pardon

7  me, by the joint administrators in the U.S. and in Canada.

8  Recites the fact that both the Canadian and U.S. estates may

9  bring motions to get some dismissed on a preliminary basis,

10 but others may remain.  And Paragraph 6 deals with the

11 proposed procedure for hearing and decision.  It's proposed

12 that the U.S. and Canadian Courts will hold simultaneously

13 in a joint hearing the allocation protocol hearings, as well

14 as hearings before the U.S. Courts on EMEA U.S. claims and

15 hearings before the Canadian Courts on EMEA Canadian claims,

16 provided that the Courts in their discretion may sit

17 separately for portions of the hearings dealing with

18 evidence or argument relevant only to one or the other sets

19 of claims.  So that's essentially what we propose.  There

20 will be an omnibus hearing, if you will, so we don't have to

21 worry about which issues get put into what proceeding.  At

22 the end of which the Courts will issue their respective

23 Decisions on allocation and claims.  On the claims issues

24 it's clear that each Court would issue its own Decision with

25 respect to claims and the other Courts would have obviously

1   no say in that.  We understand that on allocation both

2   Courts will be issuing their own separate Decisions and to

3   be sure this will be a robust test of cross-border protocol,

4   but we are confident that with the cooperation that has been

5   demonstrated to date, this is a process which is appropriate

6   and manageable and which these two Courts will be able to

7   shepherd to a satisfactory conclusion.

8           So that's the review of the factual background,

9   the review of the protocol as we're proposing it.  I don't

10  want to take a lot more time, but I do want to address for a

11  few moments the legal issues which I say have got to be

12  dealt with, and the appropriate disposition of those issues.

13          The first issue, as I outlined at the beginning,

14  is the question of whether the Courts have jurisdiction to

15  deal with the allocation issues.  In our submission they

16  manifestly do.  Allocation is a convenient rolled-up term,

17  but what it really deals with is the determination of what

18  are the assets of the respective estates and there can be no

19  serious question, my submission, that each of the Canadian

20  Courts and the U.S. Courts have the jurisdiction to make

21  Decisions about what assets are in or out of their estates.

22  The fact that there may be multiple Courts and multiple

23  jurisdictions examining the same question is an issue to be

24  dealt with to be sure, but it doesn't negate the

25  jurisdiction of each of those Courts to deal with those

1  issues.  It is not a situation that whereas because there

2  are multiple jurisdictions, no Court has jurisdiction.

3  There may simply be multiple Courts having jurisdiction.  We

4  have a cross-border protocol, which hopefully is

5  sufficiently robust that it will be able to deliver on its

6  intention and promise, which is to let the Courts engage on

7  these multi-jurisdictional issues.  As Mr. Bromley said, the

8  days of yesteryear are gone where the Courts would not

9  engage and the parties and the Courts would engage in

10  protection of their own territory.  We have a cross-border

11  protocol, which contemplates that the Courts and the parties

12  will engage and will work cooperatively on the resolution of

13  disputes, which engage the jurisdiction to multiple Courts.

14  So it's not a reason not to proceed.  It is in fact

15  precisely the reason to proceed with the protocol.

16          Secondly, jurisdiction with respect to claims,

17  again I don't think any authority is required respectably

18  for the proposition that it is the U.S. Court with respect

19  to U.S. claims and the Canadian Court with respect to

20  Canadian claims, which have exclusive jurisdiction to

21  determine claims.  There is no suggestion in the materials,

22  nor can there be, that there is any other body that has

23  jurisdiction to determine claims and but for Mr. Whiteoak's

24  unsupported assertion in his February affidavit, there's no

25  evidence in the record that could support such a

1   proposition, nor is there any legal authority.

2            Next, on the question of whether the jurisdiction

3   of the Canadian Courts with respect to either allocation or

4   claims has been ousted by an agreement to arbitrate.  You've

5   heard what I have to say about the facts.  You've heard the

6   arguments of Mr. Bromley and Ms. Buell this morning.  I

7   won't repeat them, but there is clearly no basis to conclude

8   that there is an agreement to arbitrate such as to oust the

9   jurisdiction of the Court.

10           The next question is whether the Canadian Debtors

11  have met the obligation to negotiate in good faith.  I will,

12  in my submission, that issue can only have one possible

13  result.  You've seen enough of the record to know that the

14  dispute with respect to the question to be submitted to the

15  dispute resolver was not only the subject of good faith

16  negotiations, but the impasse in negotiations did not result

17  from any arbitrary conduct by the Canadian estate.  We said

18  from day one what our view was of the dispute.  It was even

19  reflected in the Lazard draft even before IFSA was signed

20  and you've seen the change in position from EMEA, leaving

21  aside the question whether they were entitled to change that

22  position.  Clearly the impasse was the result of their

23  change of position, not ours.

24           And on the last issue which is the question of

25  discretion, because at the end of the day even if you were

1   to adopt the EMEA position that there has been a concluded

2   agreement to arbitrate, that was -- the protocol was always

3   subject to the requirement that the Courts approve of it.

4   And in our submission, even if the Courts were to get to

5   that point of considering their discretion, the Courts

6   should exercise the discretion in favor of the protocol

7   proposed by the Canadian Debtors and the U.S. Debtors and

8   not in favor of the procedure advocated by EMEA.  And I ask

9   Your Honors to consider the following factors.  That it is

10  clear, even if you were to find that there was an agreement

11  to arbitrate, it is clear from the record that the

12  parameters of the proposed dispute as then conceived was

13  vastly different and much narrower than the dispute as EMEA

14  presently posits it.  And in EMEA's view of the world today,

15  they propose to refer to the arbitrator not only the

16  allocation issue, but functionally if not in name all --

17  substantially all of the inter-company claims issues.  The

18  Courts, in our submission, should be loathe to permit IFSA

19  to be used as a mechanism to essentially move the locus of

20  decision-making for virtually every significant decision in

21  these estates' administration out of the Courts and into the

22  hands of some other dispute resolver.  That was never in

23  contemplation.  I suggest to Your Honors that if anybody had

24  stood up in 2009 and said the consequence of this you should

25  understand, Justice Morawetz and Judge Gross, is that all of

1    the issues between the estates including not just

2    allocation, but inter-company claims, are going to be farmed

3    out to this unnamed dispute resolver in an unspecified

4    process with no rights of appeal, that not only would the

5    parties have stood up on their hind legs and said no, but I

6    venture to say with respect that the Courts would have as

7    well because ultimately the Courts have the responsibility

8    to decide inter-company claims and it's not a function to be

9    outsourced, except in circumstances where everybody has

10   clearly agreed and secondly, there really is no other option

11   than the one that we are presented.

12            At the end of the day there are three possible

13   approaches to resolving these disputes.  You can have them

14   all decided by the Courts, you can all -- have them all

15   decided by an arbitrator, or you can have one set of issues

16   decided by an arbitrator and another set of issues decided

17   by the Courts.  Having them all decided by an arbitrator is

18   simply not an option that is open to the Courts because even

19   if you were to try to suggest there isn't -- that there was

20   an agreement to submit allocation to arbitration, there is

21   clearly no jurisdiction to submit claims to an arbitrator.

22   What Mr. Whiteoak says should happen can't happen.  The

23   option of dividing these proceedings in two, some issues

24   before an arbitrator, some before a Court, is to run into

25   precisely the problems that both sides of the aisle here say

1  have to be avoided.  Nobody really advocates that resolution

2  and it has horrible implications which are obvious, the ones

3  I've listed before.  So at the end of the day there's only

4  one option which makes any sense in the exercise of the

5  Court's discretion and that is the protocol we put before

6  you.

7           Now Your Honors, I do want to sit down and give

8  my friends opportunity.  Ms. Buell told you earlier today

9  that you would hear from me on the issues of U.S. law.  You

10 will hear from me for just a couple of moments on U.S. law.

11 And I commend to you our factum file.  I commend to you the

12 affidavit of our expert.  The parties have put before the

13 Court issues of U.S. law by way of expert affidavit.

14 Justice Morawetz, under Paragraph 33 and Judge Gross, under

15 Paragraph 33 of the cross-border protocol, you are permitted

16 to request and Judge Gross is permitted to give you

17 direction with respect to U.S. law issues, if you wish, or

18 you can decide U.S. law issues to the extent they're

19 applicable yourself.  We all agreed that IFSA is covered by

20 New York Law.  You have before you, if you determine to

21 decide the U.S. law issues, that you have before you expert

22 affidavits from a Professor Chang on behalf of EMEA, from a

23 Mr. Lindsey on behalf of the Canadian and U.S. estates.  Let

24 me say this about them to try and make this as short as I

25 possibly can.  The problem with EMEA's expert, Mr. Chang, is

1  he does two things in his expert report.  He both tells you

2  what the principles of law is -- are in his view and then in

3  Part B of his affidavit he goes on to tell you what your

4  findings should be.  In Part A he tells you what are the

5  principles of law applicable to the question of whether

6  there has been an arbitration agreement and then he goes and

7  gives his opinion, applying that law to these facts.  And

8  our submission, Justice Morawetz, that's beyond his

9  permissible mandate.  His job is to give you the law and you

10  should ignore entirely everything he says about his view of

11  what is the proper interpretation of IFSA.  It's for you to

12  decide that applying the law.  If you limit the expert

13  affidavits to the question of what is the fundamental legal

14  issue and I have excerpted these portions in the compendium

15  at Tabs 13 and 14 you will see the relevant -- well, I see

16  it.  They're short relevant excerpts from both.  They both

17  agree that under New York law, the essential question for

18  the Courts to determine is whether there has been an express

19  agreement to submit to arbitration.  It is in that respect,

20  Justice Morawetz, the same as Ontario law.  You can only

21  find that there's to be referral to arbitration if you're

22  satisfied that there has in fact been an express agreement

23  to arbitrate concluded.  And to that extent the experts are

24  ad idem.  That's the principle of law you should apply and

25  for the reason Ms. Buell indicated previously, that you

1  should find that there isn't one.

2           There is one area where the experts are not ad

3  idem that I want to address briefly.  Professor Chang in his

4  affidavit said that in interpreting the contract, deciding

5  whether there's been an agreement to arbitrate, that under

6  new -- the applicable U.S. law, New York law, the Courts

7  apply a presumption in favor of arbitration and say even

8  when it's not clear whether there's an agreement or not, you

9  in effect put your thumb on the scale on the side of in

10  favor of arbitration.  In our responding affidavit, Mr.

11  Lindsey said no, that is not the law.  That law applies only

12  to the question of the scope of the arbitration agreement.

13  In other words, the Courts will find a -- may find a

14  presumption of arbitration in terms of what questions are

15  referred, but it doesn't apply to the essential question of

16  whether there's been an agreement to arbitrate.  Somewhat to

17  my surprise, we received all over the weekend or perhaps

18  even yesterday, I don't recall, or over the weekend a reply

19  affidavit from Professor Chang for EMEA dealing with that

20  issue again.  It was improper reply because it's an issue he

21  dealt with fulsomely in his original affidavit.  Our expert

22  responded to it, but nonetheless they put in a further

23  affidavit dealing with that issue.  So -- and Professor

24  Chang reiterated his point and he put in a new authority

25  that we hadn't previously had the opportunity to deal with

1   and were clearly entitled the opportunity to deal with it.

2   We had Mr. Lindsey prepare a brief response of that -- to

3   that.  We provided it to my friend and we'd like to file it

4   with the Court now.  I think Mr. Bonhoff has it.  So Your

5   Honor, this is the second affidavit of David Lindsey.  And

6   I'll just take you to the -- really to the one point that I

7   really want to address.  Do you have Professor -- do you

8   have my friend's supplementary responding and cross-motion

9   record?  It's the Davey's -- small thin Davey's --

10                  JUSTICE MORAWETZ:  Very thin green one.

11                  MR. MARK:  Right.  I'm not sure that helps you

12  very much.

13                  JUSTICE MORAWETZ:  Yes.

14                  MR. MARK:  Yours is green, I think.

15                  JUSTICE MORAWETZ:  Confused because it had the

16  white letter on top of it.

17                  MR. MARK:  Yeah.

18                  JUSTICE MORAWETZ:  Okay.  Yes, I do.

19                  MR. MARK:  So if I could just -- on this issue

20  you could really -- you may want to read the rest of it at

21  your leisure, but really the outstanding issue, Professor

22  Chang deals with a Paragraph 11 on Page 4 of his affidavit.

23                  JUSTICE MORAWETZ:  Um-hum.

24                  MR. MARK:  And Professor Chang says as follows

25  and this is on the issue of whether the presumption does or

1    does not apply when addressing the threshold issue of the

2    creation of the contract.  And Professor Chang says in

3    contrast to the cases concerning domestic arbitration that

4    Mr. Lindsey cites, U.S. cases addressing whether there's an

5    agreement to submit to international arbitration have

6    confirmed that the presumption in favor of international

7    arbitration advises the existence of an international

8    arbitration agreement.  The more accurate view of U.S. law

9    is therefore that there is a federal presumption in favor of

10   finding that international arbitration agreement exists.

11   That's the proposition that Mr. Lindsey has disagreed with

12   and you've got his initial affidavit.  Professor Chang goes

13   on to give the substantiation for that proposition in

14   Paragraph 12.  He says policy reasons support a more liberal

15   approach to the interpretation of international arbitration

16   agreements as Gary Born, the chair of the International

17   Arbitration Practice Group of the WilmerHale Law Firm and a

18   lecturer on law at Harvard Law School has observed.  And he

19   quotes from Professor Born's text, "Arbitration is the

20   natural and preferred means for resolving international

21   business disputes.  Moreover the rights of access to

22   judicial protection must be considered from a different

23   perspective in international matters than in domestic

24   matters.  In international matters both parties inevitably

25   claim access to different national Courts as the putative

1  natural form and international arbitration is adopted in

2  large part to avoid the resulting jurisdictional disputes

3  and confusion which frequently deprive one or both parties

4  of effective access to judicial form or legal remedy."  So

5  clearly what Professor Chang has done is set his view that

6  in the U.S. -- the applicable U.S. law, the presumption in

7  favor of arbitration applies in the analysis of whether

8  there is an agreement to arbitrate and he says his support

9  for that is Professor Born.  In fact, Your Honor, what Mr.

10  Lindsey has told us in his further affidavit is that with

11  the utmost respect to Professor Chang, he simply has it dead

12  wrong and gave you the wrong excerpt, apparently, in his

13  affidavit.  What Mr. Lindsey does for us is he gives us the

14  passage from Born's text, which comes about two pages after

15  the one Mr. Chang has given you and this can be found in Mr.

16  Lindsey's affidavit that I handed out to you this afternoon

17  at Paragraph 5, Page 3 of his affidavit.  He says the only

18  other support Professor Chang provides for his assertion

19  that a pro-arbitration presumption applies to the existence

20  of an arbitration agreement is an excerpt from Gary Born's

21  treatise on international commercial arbitration, however

22  the quotation Professor Chang provides is from a section

23  that does not specifically address U.S. law, but rather aims

24  to summarize and comment on various standards applied to

25  this question by jurisdictions around the world.  Two pages

1  further along in Mr. Born's treatise, however, in a section

2  entitled Standards of Proof for Establishing Existence of

3  Arbitration Agreement Under FAA and Your Honor, that's our

4  question.  And how Mr. Chang didn't know that that was the

5  section of Mr. Born's text to be examined I don't know, but

6  the section of the text goes on to say as follows,

7  "Preliminarily it is important under the FAA to distinguish"

8  -- that's the Federal Arbitration Act -- "to distinguish

9  between the standards of proof applicable to the existence

10 of an agreement to arbitrate and those applicable to the

11 question whether a particular dispute falls within the scope

12 of an existing agreement."  And if you can just skip down to

13 the next highlighted portion, "Importantly these decisions

14 concerning interpretation of the scope of arbitration

15 agreements do not by their terms apply to the questions

16 concerning the existence or formation of an arbitration

17 agreement.  A number of U.S. lower Courts have made exactly

18 this point in refusing to apply presumptions regarding the

19 interpretation of arbitration agreements to issues of

20 formation or existence."  So on this point Mr. Lindsey is

21 dead right.  It is a question of whether there is an

22 agreement to arbitrate and in making that decision contrary

23 to EMEA's position, there is no presumption in favor of

24 finding an agreement and the fundamental question of U.S.

25 law is really the same as Ontario law.  Is there enough here

1  to demonstrate to you that it is -- there is a clear intent

2  to do what EMEA says in terms of referring the entire

3  dispute to binding arbitration and we say there is no basis

4  for that conclusion.  I thank you for your indulgence on

5  time.  Those are my submissions.

6          JUSTICE MORAWETZ:  Thank you, Mr. Mark.  My

7  understanding before we go further is there is a technical

8  problem on the receiving end in Delaware.  Perhaps the --

9  it's a good problem to have.  They were able to hear you,

10  Mr. Mark, but they were not able to see either you or me.

11  So --

12  (Laughter)

13          MR. MARK:  I haven't had as attractive a

14  proposition as that --

15          JUSTICE MORAWETZ:  Well, it applies to both you

16  and me.

17          MR. MARK:  Especially because as I'm looking

18  around the Court, I don't have a problem with most of the

19  screens, but the widescreen view is really -- it's not in my

20  favor.

21  (Laughter)

22          JUSTICE MORAWETZ:  We'll try to get it in HD

23  after the break, but I think we better for that and for

24  comfort reasons we'll take ten minutes and Mr. Ranchdar, if

25  you could let me know when then technical problem has been

1    repaired.  Thank you.

2              THE COURT:  Thank you.  We will.  We'll take a

3    recess now.  Thank you.

4    (Recess from 3:33 p.m. to 3:53 p.m.)

5              THE CLERK:  Please rise.

6              MR. MARK:  Are we set to go?

7              JUSTICE MORAWETZ:  Not yet.

8              THE COURT:  Thank you, everyone.  Please be

9    seated.  Justice Morawetz is live.

10             JUSTICE MORAWETZ:  Judge Gross, I trust that you

11   can see Mr. Gray at the podium in all of his splendor.

12   (Laughter)

13             THE COURT:  Absolutely.

14             MR. GRAY:  I am Andrew Gray, I'm counsel in

15   Canada for the U.S. Debtors and I can assure those watching

16   in Wilmington that the widescreen greatly exaggerates my

17   splendor.

18   (Laughter)

19             I will be very brief and the proof of that is I

20   only have one piece of paper in front of me.  As an

21   administrative matter, Justice Morawetz, a number of

22   documents were referred to this morning by Ms. Buell and to

23   the extent you don't have them we'll provide them to you and

24   I think Mr. Bromley may have also referred to the EMEA

25   claims and I don't think that's in the record here.

1          JUSTICE MORAWETZ:  No, I do not have those

2    claims.

3          MR. GRAY:  We will provide that to you.

4          JUSTICE MORAWETZ:  Thank you.

5          MR. GRAY:  And we have I think an electronic form

6    already provided you with everything filed in the US,

7    including the authorities that Ms. Buell took you through.

8          JUSTICE MORAWETZ:  1,200 pages.

9          MR. GRAY:  We have hard copies, which I'm sure

10   you'd be delighted to take away or we can take them home

11   with us.

12         JUSTICE MORAWETZ:  I have a bad hand.  I'm not

13   going to carry them across the street.

14         MR. GRAY:  At the time that the U.S. Debtors in

15   the U.S. Court brought their motion seeking an allocation

16   protocol, a parallel motion was brought here and

17   subsequently as you've heard from Mr. Bromley and Mr. Mark,

18   there's been an agreement on a revised form of allocation

19   protocol, so our motion is for an order approving that and

20   that is set out in a number of places, including Schedule C

21   of our factum.  And our factum sets out the background the

22   terms of the IFSA, what it includes and obligation to

23   negotiate in good faith and what it excludes, any kind of

24   arbitration agreement.  And it also sets out in our factum

25   the performance by the parties of that obligation to

1  negotiate in good faith.  And as you've heard from Mr. Mark,

2  all of this is a matter of U.S. law.  You've heard from Mr.

3  Bromley and Ms. Buell in respect of those matters and Mr.

4  Mark has taken you through the expert evidence on which we

5  also rely.

6         And our factum also sets out submissions on the

7  legal issues that Mr. Mark raised with you relating to the

8  jurisdiction of the Court and we rely and adopt Mr. Mark's

9  submissions in that regard and also those that the monitor

10 has set out in its excellent factum, including in particular

11 the policy of this Court to give effect to form selection

12 clauses, a fact in the law in Ontario as in Delaware.  The

13 parties cannot be compelled to arbitrate absent their

14 consent.  And those are all principles of Ontario law that

15 are applicable and relevant to your consideration.

16         I don't have any particular need to add further

17 either to the substantive matters or the perspectives that

18 you're likely to hear following me, so I'll turn it over to

19 my co-moving party, Mr. McFarlane, who does have a couple of

20 submissions and struck by and influenced by Mr. Bromley's

21 get smart learned reference this morning, I'll drop the cone

22 of silence on myself and I'll sit down.

23 (Laughter)

24         JUSTICE MORAWETZ:  Thank you, Mr. Gray.  Mr.

25 McFarlane?

1              MR. MCFARLANE:  Justice Morawetz, Judge Gross,

2    Alex McFarlane, Canadian Counsel for the UCC.  As Mr. Gray

3    noted, we filed a factum with this Court.  The factum really

4    sets out four key points.  I'm only going to really deal

5    with one and a half of those points, Your Honor.

6              Point #1 is that the Canadian Court has

7    jurisdiction to resolve allocation disputes and therefore

8    approve the allocation protocol.  Sorry -- I don't know what

9    color it is in your pile, but mine has a clear cover.

10             JUSTICE MORAWETZ:  Well, I just go by name and I

11   found yours.

12             MR. MCFARLANE:  Okay.  Paragraph 52, the four

13   points that we have are basically Canadian Court has

14   jurisdiction to resolve allocation disputes and therefore

15   approve the protocol.  IFSA does not include an agreement to

16   arbitrate and the Canadian Court must decline an invitation

17   to create an arbitration agreement for the parties.  The

18   parties have reached an impasse on the allocation following

19   negotiations and the allocation protocol includes fair and

20   efficient procedures to resolve the allocation of sale

21   proceeds.

22             My submissions will be confined to really that

23   the fact that the material that has been filed by -- in this

24   Court is somewhat different than the material that has been

25   filed in the U.S. Court.  As Mr. Mark has taken you to,

1  there has been expert evidence that's been filed with Your

2  Honor.  In reply, in responding to the expert affidavit,

3  evidence has been filed by the joint administrators'

4  Canadian Counsel.  The joint administrators' Canadian

5  Counsel, in filing their responding motion, a cross motion,

6  have invited Your Honor to interpret the IFSA and apply U.S.

7  law and the one thing that we all know from today, Your

8  Honor and Judge Gross, is that the parties agree that the

9  IFSA is governed by New York law.  Now Mr. Mark took you to

10 certain provisions of the cross-border protocol, which allow

11 the Courts to coordinate and manage proceedings such as

12 these and I just want to take Your Honor to a couple of

13 other provisions because it is our respectful submission

14 that because of the uniqueness of the situation that we have

15 today and which we've had in other instances of a cross-

16 border, joint hearing and having the benefit of Your Honor,

17 who is an expert on Canadian law and Judge Gross, who is an

18 expert in U.S. law, the drafting of the cross-border

19 protocol took this into account when they were drafting it.

20 And if I can take Your Honor to the monitor's report.  It's

21 the 67th report of the monitor.  Rather than refer to the

22 compendium, I'll just refer to this report because it will

23 make it easier for Your Honor and for Judge Gross.

24             JUSTICE MORAWETZ:  67 -- thank you.

25             MR. MCFARLANE:  67th report.  And I'll take you

1  to Tab F of the 67th report.

2           JUSTICE MORAWETZ:  The amended one, right?

3           MR. MCFARLANE:  That's right.

4           JUSTICE MORAWETZ:  Okay.  Sorry.  Which part?

5           MR. MCFARLANE:  Tab F and it's to the amended

6  black line or not the black line, but the amended cross-

7  border protocol that follows the black line version at Tab

8  F.

9           JUSTICE MORAWETZ:  Okay.

10          MR. MCFARLANE:  And in particular to Tab -- to

11 Section 12.  Section 12 is the general section that has

12 instructed us to how this Court and the U.S. Court are to

13 coordinate and harmonize the administration of these

14 insolvency proceedings, including to conduct joint hearings

15 and I'll take Your Honor to Section 12 and Judge Gross to

16 Section 12, Sub D and then Sub D6 over on Page 7.  In

17 reading those sections is how these hearings are to be

18 conducted.  The drafters and the Courts in approving this

19 cross-border protocol, also contemplated in Section 14

20 instances where one of the Courts is required to apply the

21 law of the jurisdiction of another Court.  And as Mr. Gross

22 -- Mr. Mark stated, the Court may either hear expert

23 evidence on such law or and this is to simplify the process

24 between the two Courts and make it more streamlined and also

25 to take away the possibility of any conflicting Decisions,

1  seek the written advice and direction of the other Court,

2  which advice may in the discretion of the receiving Court be

3  made available to parties of interest.  So our submission

4  is, Your Honor, and this was highlighted to some extent by

5  Mr. Mark, is that it's in your -- Your Honor has the

6  election to either deal with the dueling experts in this

7  Court and apply U.S. law to the IFSA and interpret and apply

8  it or you have the benefit of the cross-border protocol, in

9  particular Sections 14 and 33 that Mr. Mark referred you to

10  to confer with Judge Gross, and defer to Judge Gross on

11  matters of U.S. law, exclusively just as Judge Gross would

12  defer to Your Honor or could defer to Your Honor on matters

13  concerning only Canadian law.

14      The last issue that I'd like to address is simply the

15  allocation protocol itself.  And the allocation protocol in

16  our submission, as been heard from all the movant parties,

17  Your Honor, really provides a fair and efficient procedure

18  to resolve the allocation of the [indiscernible] proceeds.

19  And the point of my submissions on this point is that the

20  draft -- the proposed allocation protocol, is really, is in

21  keeping with procedures of this Court and with respect to

22  the inherent powers of this Court to control its processing.

23  It's also in keeping with former Section 18.6 of the CCAA,

24  which dealt with cross-border insolvencies and in particular

25  Subsection 2 and 6 thereof, which allows the court

1  recognizing a foreign proceeding, as Your Honor did of the

2  U.S. -- insolvency U.S. Chapter 11 proceedings in your order

3  that was made on January 14, '09, under Section 18.6 of the

4  CCAA allows you to coordinate orders, accept orders, and to

5  manage the process in according fashion.

6         I'm not going to cite you any law, no section

7  example law, such as has been cited in my friend's factum on

8  the *Babcock* and *Wilcox* case, the *Seminole* case of Justice

9  Farley.  That gives instructions to this Court on how to

10 manage cross-border insolvencies, pre-amendment days.

11         Furthermore, it's our submission that the cross-

12 border protocol also reinforces not only what is set out in

13 the -- or the allocation protocol not only reinforces what's

14 already been provided for in the cross-border protocol, but

15 it dovetails nicely with the fact that any civil proceeding

16 in Ontario is to be dealt with in the most efficient, cost-

17 effective, and just manner in accordance with Rule 104 of

18 the Rules of Civil Procedure.  And in that regard, I'd like

19 to just direct Your Honor to two cases.  They're found in

20 our brief of authorities, and that's under Volume 1 of the

21 brief of authorities from *Tories* and *Freezer Milner*.  I hate

22 to say that they're thick volumes, because they probably all

23 are, but ours should have, on the top, right-hand corner,

24 part one of part two.

25         JUSTICE MORAWETZ:  Which cases are they?

1          MR. MCFARLAND:  Okay.  The two cases, the case of

2   your brother, Justice Brown in the *Abrams* case, and in

3   particular, paragraphs 35 through 37 and 40 to 41, where His

4   Honor reviews the expansion of the law and the Court's

5   inherent powers to regulate its own process, both at trial,

6   motion, and pre-trial stages.  And His Honor quotes from a

7   recent decision that has been a huge change in the

8   philosophy of the civil trial procedure, since the rules

9   came into effect, to allow the courts to do much as what

10  we're asking you to do as a joint hearing under the

11  allocation protocol.

12         Furthermore, there is also precedent in this

13  Court for a case-manage process, such as before Your Honor,

14  under the allocation protocol, although it is strictly

15  domestic context, and that was the decision of Justice

16  Farley as he then was in the *Stellful* [ph], and that case is

17  found at tab 50 of our materials.  And I would ask -- direct

18  Your Honor and Judge Gross to paragraphs 9 and 14 of that

19  decision, where Justice Farley took a hands-on approach and

20  set and placed a timetable on fast track to deal with the

21  trade-over proceeds.

22         Those are all my submissions, Your Honor.

23         JUSTICE MORAWETZ:  I think that between Judge

24  Gross and my involvement, I think that there's been a --

25  pretty much a hands-on approach in this case for two-and-a-

1   half years.

2           Mr. Barns.

3           MR. BARNS:   Thank you, Your Honor.

4           Good afternoon, Judge Gross.  Linden Barns [ph]

5   for the Canadian directors and certain officers of the

6   Canadian companies.

7           My clients are in total support of the order

8   that's being sought, subject to some comments that I just

9   wish to make to Judge Morawetz, to put an issue on the radar

10  screen so that he is aware of it.

11          As you have heard from Mr. Bromley  this morning

12  and then from Mr. Mark, there is a tremendous overlap

13  between the allocation and the EMEA claims process.  And I

14  think you'll see this.  It's set out in the monitor's report

15  in the 67th report, and in particular, paragraph 35.  And

16  where -- I'm just paraphrasing for efficiency.  It makes

17  sense for the same authority to consider both the

18  allocation, dispute, and the EMEA claims, rather than

19  conducting two wholly distinct processes that, in large

20  part, cover much of the same factual territory on the same

21  evidence.

22          And I ask you just to have thoughts about those

23  words, because the significance of those words to my clients

24  is -- by way of background, the EMEA claims process ended up

25  with 20 -- or approximately 20 separate claims being filed

1    by the EMEA entities against the directors and officers in

2    their personal capacity.  And they are basically claims that

3    are predicated on the same facts and for the same amounts as

4    support the allegations against the Canadian corporate

5    entities.

6              So I clearly recognize that the clients that I

7    represent have no distinct interest and allocation that sets

8    them apart from the Canadian debtors and the other parties

9    representing Canadian estates.  To the extent of the

10   processes going forward that deals with this overlap of

11   these issues and the facts supporting the -- or the facts

12   that underlie the claims being made by the EMEA entities

13   against the corporate entities are intertwined with the

14   allegations against the directors and the officers.

15             So to the extent that we are having either

16   parallel or the same proceeding dealing with that particular

17   issue, then it's necessary to be part of that process.  And

18   the reason I stand to raise this, because I know there are

19   parties coming behind me, talking about becoming core

20   parties.  Now, I'm not suggesting that we open the

21   floodgates to core parties, but I just wanted to alert the

22   Court to the fact that the directors and officers that I

23   represent are in a unique position, because there are claims

24   being asserted against them in their personal capacity.  And

25   to the extent that we are dealing with these EMEA claims

1  than the allocation process, and it's necessary that we be

2  part of that process in order to properly protect the

3  interests of my client.

4         So I just wanted to put that on your radar scope.

5  I'm not standing here, saying that we should become core

6  parties.  I don't think that's necessary, I think, with the

7  proper assurances.  But to the extent that other people are

8  lining up to ask for that consideration, I just wanted to

9  make sure that that was on the Court's radar screen, because

10  this is a unique situation, and I say that these are

11  significant claims.  As you've heard, they're $9 billion,

12  and so there is a real interest, and it's unique from the

13  other parties.

14         Those are my submissions.  Thank you.

15         JUSTICE MORAWETZ:  Thank you very much.

16         Mr. Zigner.

17         MR. ZIGNER:  Good afternoon, Your Honor.  Good

18  afternoon Judge Gross.

19         I think you have a factum from our group.  I will

20  not spend much time on it.  It's a factum of the CCC, and I

21  thought I should start with -- just tell you who the CCC is,

22  because this is a remarkable achievement, I think, in the

23  course of this proceeding, and it is important to understand

24  that this is the Canadian-only creditors group, four

25  parties: the former Canadian disabled employees, who I

1  represent; the CAW, the autoworkers union Mr. Wadsworth [ph]

2  represents; the regulator and -- in their capacity with the

3  Ontario pension benefits guarantee fund, the Ontario

4  regulator Mr. Starnilo [ph] represents; and the Morneau

5  Sobeco, who are the appointed administrator to wind up the

6  Nortel Canadian pension plans.  I guess Mr. Steep [ph] is

7  here for them and Mr. Gage [ph].

8         We've chosen to speak with one voice, as one

9  party; therefore, you have one factum, although Mr. Starnilo

10  will supplement some of my submissions.  They'll all be very

11  brief, which have to do with the perspective of the

12  Canadian-only creditors.

13         And you heard this morning about the perspective

14  of creditors.  We take a different approach to allocation

15  than others.  We hope others will join the bandwagon in that

16  we speak of trying to substantially consolidate the claims

17  and the assets.  We also take a bit of a different approach

18  but not a different approach in the result, in terms of the

19  process that should be undertaken today for allocation.  We

20  agree with the motions both from Canada and the United

21  States, to have the two judges deal with the matter.

22         It must be remembered, this is a liquidation,

23  CCAA, but our approach is to look at this from the point of

24  view of the jurisdiction of this Court, not from the

25  perspective of the IFSA but from the perspective of this

1  Court's obligations and jurisdictions to deal with the

2  claims of creditors in Canada -- all creditors in Canada,

3  whether they're domestic or otherwise.

4          If we get past what were called the professional

5  overseers this morning, you will see that -- what is at odds

6  between us and the administrators, is whether we do this as

7  a debtor-driven exercise or a creditor-and-debtor-driven

8  exercise.  And what you're being asked to do by the EMEA

9  joint administrators is basically leave this as a debtor-

10 driven exercise, an arbitration among the three debtor

11 groups to determine how to allocate assets and leaving

12 everybody else out.

13         We think this matter has progressed to the point

14 where it should be a creditor-driven process.  And in that

15 respect, I think that's what Mr. Bodder [ph] and what

16 counsel for the bondholders were getting at in the United

17 States this morning.  And although we profoundly disagree

18 about how the assets should be allocated, we certainly agree

19 that this Court, in assuming its jurisdiction, and the U.S.

20 Court, in assuming its jurisdiction, should derive it as a

21 creditor-driven process.

22         Our claims are to be adjudicated under the CCAA.

23 First and foremost in this Court, the jurisdiction is in

24 this Court to deal with all matters pertaining to this

25 proceeding.  I needn't take through all the case law,

1   because we all know it, but filling in the gaps where the

2   old CCAA didn't deal with every point, but there can be

3   nothing more fundamental than dealing with the assets to be

4   divided and a liquidation insolvency.  This is the primary

5   supervising Court, to the extent we're using metaphors of

6   tail -- animal metaphors of dogs and their tails, this is

7   the dog.  This is the supervising Court of a Canadian

8   company that went insolvent with all of its subsidiaries.

9   The business was controlled here.  The directors are here.

10  Many of the key witnesses you'll hear from reside here,

11  including my clients, who were involved in the operations of

12  Nortel over the years.

13          There are, and we recognize, international

14  ramifications, but we note that all players have a torrent

15  of the jurisdiction of this Court.  All of the estates are

16  here.  The UCC is here.  The bondholders in all

17  jurisdictions are here.  And the other major creditor

18  worldwide, the U.K. pension trustees, have a torrent to the

19  jurisdiction in this Court.  This is the place.

20          We cannot fathom a process where a central issue

21  in this case, how we divide the assets, can be handled by

22  someone other than this Court.  And we cannot understand how

23  the joint administrators can put a proposition before you

24  that takes that away.  And our submission in this Court

25  cannot delegate away its core function of deciding the

1  claims and the assets available to distribute those claims,

2  both of those.

3          It is not a case of a claims officer.  It is not

4  a case of outsourcing to an arbitrator, because it is a key

5  function of this Court.  And in fact, all the major claims

6  in this Court, through the various protocols for claims that

7  have been approved by this Court -- all of them come to the

8  Court.  They don't come to a claims officer.  There is no

9  question that this Court has independent jurisdiction over

10  the allocation process.  It's a fundamental issue to us.

11  The source of the jurisdiction is clear.  If you go to page

12  13 of my factum, I don't think you need to spend much time

13  on it.  But starting with the Courts of Justice Act and the

14  CCAA, your jurisdiction is clear: deal with all of these

15  outstanding issues.

16          And if you have no jurisdiction to deal with this

17  matter, which I think my friend Mr. Gottlieb is suggesting,

18  then you don't have any jurisdiction to punt it off to an

19  arbitrator, either, the way he's suggesting.  Now, we all

20  have to come to the core determination.  It's this Court's

21  job to deal with the issue, and jurisdiction cannot be

22  ousted by way of any private arbitration agreement, even if

23  there were one.  And had there been one on June 29, I think

24  Your Honor would've heard from us about it.  I don't think

25  it was in anybody's contemplation in approving both the

1  IFSA, which, in effect, was imposed on my clients, because

2  they were not entitled to participate in it.  To the extent

3  I have one disagreement with Mr. Bodder  this morning, we

4  were not -- we had just been appointed, I think, shortly

5  before that.  None of the Canadian creditors, nor Mr.

6  Stardino's client, nor Mr. Wadsworth's clients, nor the

7  pension administrator, which hadn't been appointed, were

8  involved in negotiating the IFSA.  It was imposed on us in

9  the understanding, and it was explicit in the protocol which

10 came with it, that allocation issues of matters of over $30

11 million rested with the joint courts.

12         So what about the IFSA, the escrow agreements,

13 and the cross-border protocol?  It was imposed on us, but

14 all that was imposed on us, from what we saw, was, at best,

15 an agreement to negotiate, not one that had even been

16 approved by this Court.  And based on that, we don't see how

17 parties who don't want to consent to an arbitration can have

18 it imposed on them.

19         You have the rarity here.  Our law's clear.  You

20 can't impose arbitration on parties.  There's only one party

21 that wants an arbitration, and in that respect, if nobody

22 else wants an arbitration, in addition to the reasons I've

23 given you, I don't see how we can impose, on tens of

24 thousands of Canadian former employees and disabled

25 employees, an arbitration that they don't want and to which

1    they may not even be parties.

2              I think, at the end of the day, there are more

3    options than just a forced arbitration or the two courts

4    conducting their hearing as proposed in the protocol.  Those

5    options are the really chaotic ones, the ones that -- by

6    which these disputes were handled many years ago.  We'll end

7    up with forum -- debates about which is the forum --

8    convenient forum and where the forum non-convenience motions

9    are.  We'll end up with potentially two courts assuming

10   jurisdiction over the same matter.  That won't happen,

11   because we have a protocol, and we have a protocol that says

12   the two courts will deal with it jointly.

13             Now, barring that protocol, that's where we would

14   be.  We would not be in an arbitration, and I don't think

15   this Court has any choice but to either approve the

16   allocation protocol or else put us into the realm of

17   battling jurisdictions over where one Court can deal with

18   the matter.  The last thing we can do is impose an

19   arbitration on people who don't want it.

20             Mr. Stardino has something to add, I believe,

21   from the public policy perspective of the regulator.

22             JUSTICE MORAWETZ:  Mr. Stardino?

23             MR. STARDINO:  Thank you, Your Honor, Judge

24   Gross.  I have to say good afternoon and not good evening

25   for now.

1          JUSTICE MORAWETZ:  Close.  Getting closer.

2          MR. STARDINO:  Just a couple of points.

3          JUSTICE MORAWETZ:  It's almost at evening in

4   Newfoundland.

5   (Laughter)

6          MR. STARDINO:  But is there a hockey game

7   tonight, Your Honor?  Then we would get out of here sooner,

8   I think.

9   (Laughter)

10          MR. STARDINO:  Just a couple of points to add to

11  Mr. Zigner's submission.  As he says, we're part of the CCC,

12  and you -- so -- and so we do support the relief that's

13  being sought here on behalf of the superintendent of

14  financial services.

15          I felt it was incumbent upon us to make, firstly,

16  the submission.  There was some discussion this morning

17  about the history of this matter, lots of discussion about

18  how the process started and how it evolved over time.

19          One point, which I don't think ought to be

20  overlooked, is, at very early in these proceedings, in fact

21  it may even have been the first comeback date, or maybe an

22  extension date shortly thereafter, Mr. Rosenberg, my

23  partner, on behalf of the superintendent, stood up before

24  this Court and referring to the integrated nature of

25  Nortel's enterprise, which has been obvious and has been

1    seminal to the proceedings here to date.

2            I point the courts to the *World Comm* decision and

3    the substantive consolidation plan that was presented there.

4    And while acknowledging that this is not World Comm, it does

5    have many of the same features.  And he suggested that

6    maybe, at some point in time, it would be necessary to take

7    a page, and the superintendent might submit to this Court it

8    would be appropriate to take a page out of that plan or that

9    approach.  Whether that is or is not the case is not the

10   issue for today, but we did take that submission.  We put

11   that marker out there, and we've never resiled from that

12   position.

13           And so, when we go to the IFSA, and there's been

14   lots of discussion about it, and we endorse the views

15   expressed and the submissions made today that it is not an

16   arbitration agreement and it was not presented to us or

17   understood by us, or we dare say, by this Court, as an

18   agreement to arbitrate.

19           But whether it is or it isn't, the one thing that

20   is not in that agreement is a signature on behalf of the

21   superintendent of financial services of Ontario.  We never

22   agreed to any arbitration.  We are not here to have our

23   issues arbitrated at this point in time.  And if necessary,

24   we would be inclined to press forward with our issues and

25   our perspectives independently, under the jurisdiction,

1  which you have heard you have, in REM [ph], and we agree

2  with that, under the escrow agreement to deal with the

3  treatment of the funds in escrow, together with the U.S.

4  Bankruptcy Court.

5       Now, when I say that we're minded -- not minded

6  to arbitrate that agreement or that issue, I say that for

7  two reasons.  Firstly, as a matter of public policy, as my

8  friend Mr. Zigner referred, the superintendent places

9  considerable confidence in decisions of this Court simply

10  because it is a Court.  This is not -- or as much as it is a

11  complex, you know, international jurisdiction of -- or a

12  dispute over commercial rights, it is also -- or these

13  proceedings are also commenced under the CCAA and with a

14  social stakeholder objective.  And there are great many

15  social stakeholders, whether it's Mr. Zigner's clients, Mr.

16  Wadsworth's clients, the people of Ontario who directly and

17  indirectly fund the PBGF, who have an interest in this

18  process.

19       And in that context, it is important to recognize

20  that the dispute resolver here, you sir, are a Judge,

21  appointed through no lesser authority than Section 96 of

22  Canada's constitution, having pledged to uphold the laws

23  passed by the government of Canada and the province of

24  Ontario, pursuant to no lesser authority than Section 9214

25  of Canada's constitution.  And whatever advantages an

1    arbitrator may have -- and I would suggest to you as my

2    second part that there really are not many.  Whatever

3    advantages they may not have, they are not that.  They are

4    not a Court.

5              And so, if the day has to come when somebody has

6    to say to, you know, that fellow who appeared before you

7    nearly a year ago, who -- you know, the scientist with two

8    PhDs, who had done everything right I his life, is suffering

9    from a disability and faces, you know, in his words I

10   believe, financial ruin, at least he will have the comfort

11   of knowing that his financial future was determined by what

12   is essentially a democratic act, which I your decision,

13   based upon the laws of Ontario, including concepts of law

14   provisions, however they may apply.

15             And I -- in making that submission, I think it's

16   important to note as well --and this picks up on Mr.

17   Bromley's submissions earlier this morning, the

18   superintendent is not wrapping itself in the flag.  That is

19   not a nationalist submission.  The same can be said for the

20   U.S. Bankruptcy Court.  It is a Court.  It is not some

21   arbitrator picked privately, and that I important, I submit,

22   to the superintendent and the people and the interests that

23   it represents.

24             Now, the second point I'd make goes to the -- you

25   know, whether there are actually practical advantages to be

1  obtained through arbitration.  I think you've heard a lot of

2  that.  They're covered in the last -- the points are covered

3  in the last three or four paragraphs of our factum, and so I

4  don't propose to go through them ad nauseum.

5        But the fundamental point is -- or are -- points

6  are you have the history.  You and Judge Gross do have the

7  history.  You are well-informed of what's going on.  You

8  have carriage of overlapping issues in this case.  You've

9  heard of claims.  You've heard of allocation.  Ours is

10  allocation with a twist.  It's allocation based on

11  substantive consolidation, equitable principles.

12        You are each courts of competent jurisdiction,

13  courts of general jurisdiction.  Well, I shouldn't speak to

14  U.S. Bankruptcy Court.  Certainly, this Court  is a Court

15  of general jurisdiction.  And you have all of the powers

16  that are needed to ensure that equity and justice is done

17  between all of the parties.  And that is not true for an

18  arbitrator.  You know.  Arbitrators are confined to the

19  terms of their appointment.

20        And this brings us to the -- to our last point.

21  Those terms of reference or terms of appointment have yet to

22  be determined.  They have yet to be decided.  We will spend

23  forever trying to figure those things out.  And when we do,

24  inevitably, we will -- it will not [indiscernible]

25  everything off, and we will bounce back and forth between

1  these courts and the arbitrator, like a ping-pong ball.

2  That is our fundamental concern.

3          And if you really have any doubt about the

4  honesty of that concern and the integrity of that concern,

5  then you need only look at how these proceedings started

6  this morning.  Not only can we not agree on allocation, not

7  only can we not agree on a process for allocation, but we

8  couldn't decide on the process to determine the process for

9  allocation and the order of submissions.  That is what needs

10  to be avoided, and our submission is you are in the best

11  place to ensure that we get to the end zone as quickly as

12  possible in this case, together with the U.S. Bankruptcy

13  Court.

14          Thank you, Your Honor.

15          JUSTICE MORAWETZ:  Thank you.

16          MR. STARDINO:  I don't think Mr. Steep  or Mr.

17  Wadsworth have any submissions, and so those are the

18  submissions of the CCC.

19          JUSTICE MORAWETZ:  Thank you.

20          Mr. Schwan.

21          MR. SCHWAN:  Justice Morawetz, Judge Gross, it's

22  Richard Schwan [ph] from Bennett Jones on behalf of the

23  noteholder group.

24          The noteholders are the largest creditor

25  constituency in both Canada and in the United States and are

1  a core party under the proposed protocol.  The noteholders

2  support the joint motion that's before the two courts today

3  to adopt the proposed allocation protocol and have the

4  Ontario Court and the U.S. Bankruptcy Court determine the

5  allocation issues in a joint hearing.  But the noteholders

6  do so with the fundamental imperative that the allocation

7  proceeding take place in a tightly controlled and on an

8  expedited schedule, one that concludes with a hearing on the

9  merits during the reserved weeks, beginning on December the

10 5th of this year.

11         This proceeding is now in its third year.  It has

12 gone on, from my client's perspective, for a very long time.

13 And we are now coming up on two years since the first asset

14 sale agreement was initially signed, with very large amounts

15 of cash, in the order of $3 billion, sitting idle, while

16 various parties repeat entrenched positions and squabble

17 about jurisdiction and procedure and positioning.  It would

18 seem that everyone now agrees that the negotiations on

19 allocation issue, both procedural and substantive, are over.

20 The negotiation phase is over, and the courts must now take

21 on the task of determining the allocation of sale proceeds.

22 From the noteholders' perspective, the proposed process and

23 the protocol is a reasonable one, provided that it proceeds

24 without delay.

25         The EMEA claims, the U.K. pension claims, and

1    perhaps other claims must also be determined either

2    concurrently or in a related proceeding for reasons that

3    have already been articulated by others.

4            Your Honors, this is a large insolvency, and it

5    is one that is very much in the public eye.  Public

6    confidence in this process and investor confidence in this

7    process makes it essential that this allocation proceeding

8    or process be brought to a timely conclusion.  As Mr. Zigner

9    has just said, this is a liquidating CCAA.  There are no

10   operating companies left.  It's now a case about

11   distributions, and the focus should be on the most efficient

12   pathway to real and timely distributions.  The creditors,

13   all of the creditors, including my clients, deserve nothing

14   less than a timely resolution of this.

15           Finally, as you might expect, the noteholders

16   also reserve their rights at a future point to seek further

17   directions, as may be necessary in relation to this process.

18           Subject to any questions, those are all of the

19   submissions that I have today.

20           JUSTICE MORAWETZ:  It's just an observation or

21   comment that when you reference time being reserved in the

22   fall, that is -- it is there in the schedule, but it is, in

23   no means, a predisposition of what is happening today.  The

24   two are completely independent, and I believe that that was

25   pointed out at the time that that schedule was set up.

1           MR. SCHWAN:  Yes.  From -- well, from the

2    perspective of the noteholders, we would very much like to

3    see this substantive allocation hearing proceed in December.

4           JUSTICE MORAWETZ:  Understood.

5           MR. SCHWAN:  Thank you.

6           JUSTICE MORAWETZ:  Mr. Burton.  I'm sorry.  Ms.

7    Siegel beat you to it.

8           MR. BURTON:  Justice Morawetz and Judge Gross,

9    Bill Burton, Castles Bronch [ph] on behalf of the U.K.

10   pension trustee.

11          The first point, as Mr. O'Connor said in the U.S.

12   proceeding this morning, we're neutral, take no position on

13   whether it should be an arbitration or a Court process.

14          The second point I echo, that was also raised by

15   Mr. O'Connor and the U.S. proceedings, is it's essentially

16   that we be -- the U.K. pension trustee, be a core party to

17   these proceedings.  And I say that -- I don't want to take

18   up too much time of the Court today, but I -- it's so

19   obvious that decision should've been made already and that

20   that should've been agreed to when you look at the material.

21   Not only are we a creditor of significant value -- everyone

22   is talking about the $9 billion claim or what's out there

23   with the EMEA claims and the U.K. pension trustee -- but

24   it's not only significance of it but that there is this

25   overlap that is admitted between the EMEA claims and our

1    claims.  And if EMEA is a party in that process, then

2    clearly the U.K. pension trustee must be a party and a core

3    party.  And it's not sufficient to have, in my view,

4    procedural safeguards set it.  It's got to be a core party,

5    because it's at the table.

6            And if could refer you to the 67th report of the

7    monitor, the -- it becomes self-evident why that is the

8    case.  And that's paragraph -- I won't take you through the

9    -- obviously, through the whole report.  And I won't --

10           JUSTICE MORAWETZ:  I hope not.

11           MR. BURTON:  And the -- you see a summary, just

12   for your reference, on the 65th report, sir.  There is a

13   summary of the EMEA claims and the U.K. pension trustees.  I

14   appreciate it's only a summary.

15           JUSTICE MORAWETZ:  Yeah, which tab was that at?

16           MR. BURTON:  That -- sorry.  That's in --

17           JUSTICE MORAWETZ:  It's in the 67th, but --

18           MR. BURTON:  I'm now referring to the 67th, but I

19   did refer to the 65th, just so you have it.  I'm not going to

20   take you there, but the 65th is where the summary of the

21   claims are, the significance of the claims, and the overlap

22   of the claims becomes evident.

23           But I would like you to look at paragraph 38 of

24   the Canadian monitor's report.  And paragraph 38, although

25   not expressly contemplated by the allocation protocol, the

1   monitor is also of the view that the claims advanced by the

2   U.K. pension trustee and the PPF, whom the monitor

3   understands to be the majority creditors of NNUK and

4   potentially certain of the other EMEA debtors against the

5   Canadian debtors must be resolved in a manner similar to the

6   EMEA claims.  As outlined in the 65th report, these claims

7   are both significant and importantly cover much of the same

8   factual territory as the EMEA claim.

9           So this overlap and the significance of the

10  claims and clearly the Court wants to avoid -- the reason

11  they're proposing that the EMEA claims and the U.K. pension

12  trustee claim be decided in the same process or at -- in

13  parallel with the allocation process is for the obvious

14  reason of that overlap and to avoid inconsistent results,

15  you know, judicial resources, scarce resources, just -- it

16  would be the most timely and efficient manner and avoid

17  inconsistent results.

18          And the reason that it's important that we become

19  a core party immediately is because -- let's be all honest

20  here, and let's cut through it -- a juggernaut is starting.

21  The juggernaut is coming down the track, and that is that

22  whatever process goes, whether it's arbitration or whether

23  it's this process, it's going to move into high gear.  We

24  just heard the bond and Mr. Schwan suggest that December,

25  for example, is a realistic date.  And I'll come to that in

1  a minute why I don't think it is a realistic date, but -- or

2  may not be a realistic date, but what I'm suggesting is the

3  decision on whether we're a core party needs to be made

4  sooner than later.  And if it's not today, then it's got to

5  be very quickly thereafter, and I would've thought it would

6  be conceded today, by everyone, that we should be a core

7  party.

8          The final point, and I'll -- I've heard people

9  saying that issue's being deferred, and I ask you -- you

10 know, we're prepared to deal with it, but if you are

11 deferring it, I'd ask you to deal with it quickly.  I'm in

12 your hands.

13         The second -- or the final point is the issue of

14 the timing and the allocation protocol.  And if you turn

15 over the page to paragraphs 39 to 41 of the process that's

16 proposed, and you'll see in paragraph 39, sir, that it's

17 suggested in the second full sentence, "The Canadian debtors

18 and the monitor do not seek to establish these procedures

19 now but do expect to return before this honorable Court and

20 the U.S. Court in the near future to make submissions in

21 connection with discovery to process issues for the

22 allocation protocol hearings as well as the EMEA claims and

23 the U.K. pension claims."

24         So you have a protocol, an allocation protocol.

25 And I appreciate it's with the best intentions of moving the

1  process forward.  But when you look at it, there's not much

2  meat to it, in terms of the actual procedure.  It's a very

3  general statement, and you'll notice, sir, in the allocation

4  protocol, there is no time schedule with respect to a trial

5  date.  There's no attempt to fix a trial date.  There's no

6  attempt to fix who the parties are.  There's no attempt,

7  really, to define the procedures.  And what I'm saying is

8  we've been around in this province long enough to know that,

9  in litigation matters -- and I think we're all aware that we

10  now have discovery plans that are intended to expedite the

11  process to make it work.  There is document production

12  issues.  I'm advised in paragraph 29 of the monitor's

13  report, you turn it up -- paragraph 29 refers to, you'll

14  see, sir, "in connection with those mediation sessions," --

15  this is the fifth line down -- "the parties disclosed an

16  aggregate of approximately 43,000 documents in their

17  possession through an electronic database, accessible by

18  each of the Canadian debtors and the EMEA debtors and the

19  U.S. debtors," certainly not the other parties that are

20  proposing to be added.  Certainly we weren't part of that

21  process, in terms of all of the documents.  16,000 documents

22  is referred to by the Canadian debtors.

23          Given that realization to -- it is premature for

24  this Court, and I think you alluded to that a few minutes

25  ago -- I'm in your hands again -- that it would be premature

1  to be setting an aggressive trial date.  It may be -- you

2  know, it's possible.  I mean, everybody here has an interest

3  in getting this resolved, for obvious -- my client, maybe

4  more than most, has a reason for getting it resolved.  But

5  it has to be a realistic schedule, and there has to be -- it

6  can't be, in the vernacular, ass backwards.  It can't be

7  that we're setting a trial date without those procedures

8  being defined that have to be carried out, discovery and

9  production, in order to get to that trial date.  I'm not

10 turning this into a litigation mess.  I'm simply dealing

11 with realistic schedules, and I don't want to -- again in

12 the vernacular, I don't want my client to be jammed, as they

13 would say in the vernacular, with respect to a schedule that

14 he didn't participate in and he wasn't part of.

15         So in terms of the -- why I worry about that, if

16 you --

17         JUSTICE MORAWETZ:  It may be premature to worry

18 about it, because sequentially, the first thing that has to

19 happen is the determination on this motion.

20         MR. BURTON:  Understood.

21         JUSTICE MORAWETZ:  Once the -- once that happens,

22 yes, there are some provisional --

23         MR. BURTON:  Yes, sir.

24         JUSTICE MORAWETZ:  -- dates that have been

25 coordinated with the U.S. Bankruptcy Court and Judge Gross's

1  schedule.  We are getting far ahead.  One thing, I think,

2  that both Judge Gross and I -- two things.  One is, we both

3  wish to have this case complete before we retire.

4  (Laughter)

5           JUSTICE MORAWETZ:  The second is we are very,

6  very much aware that there are real people with real claims.

7  This is not the first time I've said it.  And there has to

8  be an emphasis placed on getting to a distribution of

9  assets, somehow, someway.  I think we're well-aware of all

10  the complexities and the difficulties and the volumes of

11  documents.  The first order of business is to get a

12  disposition of this motion because I'm wanting --

13           MR. BURTON:  Understood.

14           JUSTICE MORAWETZ:  -- to see where it's going to

15  go.

16           MR. BURTON:  Understood.  I just said --

17           JUSTICE MORAWETZ:  You know, the other thing is

18  that the scheduling of matters going forward -- this Court,

19  and I'm sure Judge Gross's Court, will make every

20  accommodation to get this matter --

21           MR. BURTON:  Right.

22           JUSTICE MORAWETZ:  -- complete.

23           MR. BURTON:  And just quickly, so I won't take

24  more of your time, but in terms of the schedule, the reason

25  I brought I up is the monitor, in paragraph 41 of his report

1  -- again, appreciating the allocation protocol has no trial

2  dates, but the -- it then refers to certain counsel --

3  keratin letters of counsel, which are attached at appendix

4  I.  And I don't -- you don't need to turn it up, if you do

5  have appendix I, but it is a letter from monitor's counsel,

6  Myers, indicating that he's proposed a draft schedule.  And

7  why I'm a little perplexed, I just want to put our point on

8  the record, is that you'll see, sir, in that schedule, he's

9  got, starting November 21, trial of the remaining EMEA

10  intercompany claims and the pension trustee's claim.  That's

11  starting November 21.  And then, starting December 5, the

12  joint trial concerning the allocation issues.  That's --

13           JUSTICE MORAWETZ:  Whereabouts is this thing?

14           MR. BURTON:  This is at appendix I, our copy of

15  the correspondence.  Do you have the appendix?

16           JUSTICE MORAWETZ:  Well, regardless of what

17  happens today, I can guarantee Mr. Myers one thing, that I

18  am not in the country on November the 21st.

19  (Laughter)

20           MR. MYERS:  [indiscernible].

21  (Laughter)

22           MR. BURTON:  In any event, I --

23           JUSTICE MORAWETZ:  There may be method in his

24  madness.  I'm just not sure what it is.

25  (Laughter)

 1          MR. BURTON:  All right.  So that the point being

 2  taken, we're all on the same page.  We're trying to get this

 3  thing done, but at the same time, I'm just putting on the

 4  record now that what I don't want to see happen, I don't

 5  want to be forced up here again in a week saying, by the

 6  way, we've had some meetings, and we haven't come to an

 7  agreement and now this schedule is written in stone.  And

 8  what I'm hearing from you, sir, is that it's not.  It's very

 9  definitely not written in stone, and we're going to deal

10  with the schedule at the appropriate time.

11          Thank you very much, sir.  Those are --

12          JUSTICE MORAWETZ:  Regardless of what happens, I

13  think that all parties deserve the opportunity to be heard

14  without, to use your phrase, Mr. Burton, of being jammed.

15          MR. BURTON:  Thank you, sir.

16          JUSTICE MORAWETZ:  And we'll get done, but people

17  have to have the satisfaction that they have been heard.

18          MR. BURTON:  Thank you.

19          JUSTICE MORAWETZ:  I think, Ms. Savor [ph], you

20  were next.

21          MS. SAVOR:  Thank you, Your Honor.  I will be

22  brief.

23          One housekeeping matter.  I just want to make

24  sure that you have our order factum.  It's a little --

25          JUSTICE MORAWETZ:  Yes.

1                MS. SAVOR:  -- skinny one.

2                JUSTICE MORAWETZ:  Yes, I do.

3                MS. SAVOR:  And having said that, I probably

4    won't refer to it.

5                The -- we act for Bank of New York Mellon, as

6    you've heard today.  Bank of New York Mellon has asserted

7    claims, both in the United States and Canada, on behalf of

8    all noteholders, which exceed $4 billion.  Those claims are

9    against Nortel Networks Limited, Nortel Networks

10   Corporation, and Nortel Networks Inc.

11               We support the motion for the allocation

12   protocol.  You've heard our views with respect to being a

13   core party in these proceedings, and our submissions are

14   really focused on that.  Currently, there's only a limited

15   group of participants in these proceedings, and I know it's

16   been proposed and it may be attractive to say why not defer

17   that issue to another date in relation to Bank of New York

18   Mellon and other parties that wish to be core parties.

19               The concerns we have in that respect is that

20   there is absolutely no dispute that Bank of New York Mellon

21   has filed claims on behalf of all noteholders, not only the

22   noteholders represented by the bondholder committee in the

23   estates in both U.S. and Canada.  Those claims exceed $4

24   billion.  That's not going to change.  It's not going to go

25   away.

1          But the other thing that's important for the

2    cross-border process is that they filed them in both

3    estates, so that there is a balanced view that they can

4    bring to the table in dealing with what is going to be a

5    very important allocation dispute.

6          They -- with respect to the allocation protocol

7    as currently put before the Court, the amended version, the

8    participants do not include the Bank of New York Mellon, and

9    right now, the only thing that's clear is that parties who

10   are not core parties may submit written submissions in

11   support of or in opposition to any theory of allocation

12   advanced about any allocation protocol hearing before the

13   U.S. and Canadian courts.  For anything else, we're asked to

14   file a motion and request permission to be added as a core

15   party.  We have made that request in the materials filed,

16   and that request is reiterated.  We believe that their

17   perspective will be significantly constructive to the

18   process in dealing with the cross-border issues.

19          JUSTICE MORAWETZ:  What will the potential

20   overlap be from the Bennett Jones group and your group?

21          MS. SAVOR:  It's always difficult to know, and

22   I'd -- I wouldn't pose the question in open Court who the ad

23   hoc committee represents.  The responsibilities of Bank of

24   New York Mellon, on the other hand, are clear.  They have

25   responsibilities to all noteholders, not only those

1  represented by the bondholder committee.  We don't know who

2  makes up the bondholder committee or the representatives

3  relative to the various debtors, so I can't meaningfully

4  answer that question.  I think that we can bring

5  constructive view and process, and I'd be very concerned if

6  what is probably the largest single creditor constituency in

7  both the estates in united stated and Canada were confined

8  to being able to only put in written submissions on an

9  allocation theory as opposed to participate in what is

10 probably the most important proceeding -- or set of

11 proceedings that are going to be required to determine what

12 the bondholders are ultimately going to receive in the

13 proceedings.  And again, all bondholders, not only those

14 represented by the informal committee.

15         And I mean this not to say that the bondholder

16 committee ought not to have a voice.  That's not what I'm

17 saying at all.  It would be in addition.  We'd like to be

18 included as well as.  We believe we can be constructive to

19 that process, and we do provide a balanced cross-border

20 perspective that is unique and probably no other party can

21 provide.

22         JUSTICE MORAWETZ:  Thank you.  I think the issue

23 of when course parties will be determined will likely be the

24 subject of some discussion between Judge Gross and me after

25 the conclusion of argument.  I guess preliminarily, I'm of

1  the view that, you know, there -- the allocation issue is

2  front and center.  And I understand that -- the necessity of

3  determining this core issue, if not right at the same time,

4  immediately thereafter.  But there may be a little bit of a

5  gap.

6              Mr. Myers. I didn't buy travel cancellation

7  insurance for the week of November 21.

8  (Laughter)

9              MR. MYERS:  It's not true.  I do not set your

10  schedule.

11              Good afternoon, Your Honor, Judge Gross.  My name

12  is Fred Myers.  I act for Ernst & Young, Inc., the court-

13  appointed monitor of the Nortel Canadian entities.

14              The monitor has recommended in its 67th report to

15  Your Honor, Judge Morawetz, that the motion of the Canadian

16  debtors, in conjunction with the U.S. debtors and the UCC be

17  granted.

18              I just want to spend a minute to make sure that

19  Your Honor has a couple of citations, two recommendations

20  from the monitor, that may assist you in light of the issues

21  that have been brought before you today by the parties.  So

22  many people have read from the monitor's material already.

23  I don't think indeed to spend much time on the -- more than

24  that.

25              Dealing with the -- being a question of whether

1  there's an agreement to arbitrate the monitor's 67th report,

2  it deals with that in paragraphs 25 through 28.  And in

3  paragraph 28, do express the monitor's view that it's clear

4  to the monitor that the parties are at an impasse, that no

5  agreement will ever be reached on a protocol, despite the

6  good-faith efforts of the Canadian debtors and the other

7  parties to do so.

8         On the question, Your Honor, of this Court's

9  plenary jurisdiction, now that the constitution has been

10  touched, I'll say to the Magna Carta, and refer instead to

11  one provision of Mr. Whiteoak's affidavit that Mr. Marks

12  didn't refer to, which is paragraph 19.  It's not,

13  unfortunately, in the section in the compendium, but it can

14  be found --you needn't turn it up this moment, but it can be

15  found at your leisure at Exhibit HH to Mr. Lloyd's affidavit

16  of page 1126, where Mr. Whiteoak is incredibly clear that

17  the issues to which the EMEA claims give rise or

18  inextricably linked to the allocation process, the EMEA

19  claim arise out of the same facts, issues, and legal

20  principles as the EMEA debtors' sales proceeds allocation

21  arguments.

22         So in considering the jurisdiction of the Court

23  to consider allocation, you have been told by EMEA that

24  their allocation arguments are distinctly the same facts,

25  issues, and principles as their claims.  Your jurisdiction

1    over claims, apart from the constitution -- you might want

2    to look at Section 12 of the CCAA, which specifically gives

3    this Court jurisdiction over claims.  In your January 14

4    endorsement dealing with the EMEA claim process, Your Honor

5    noted that you were dealing with claims and not allocations

6    specifically there.  And the question of claims is clearly

7    before this Court.  If our friends have chosen to make their

8    allocation arguments turn on claims, they have then brought

9    it before this Court.

10              I noticed my friend refers to the *Vanbreta*

11   decision, this week's Court of appeal test for jurisdiction.

12   Under Rule 17, which *Vanbreta* says is the relevant rule to

13   look at when you're looking for [indiscernible] parties, of

14   course this Court would have jurisdiction when assets are in

15   Ontario and in Canada when torts and breaches of contract

16   and breaches of trust are alleged against the Canadian

17   debtors, not just as claims but also as part of their

18   allocation, under Rule 1701A, F, and G.  My friends have

19   pleaded themselves right into the jurisdiction of this

20   Court.

21              Then *Breda* also relies on the older law that says

22   where there's a real and substantial connection between

23   issues before this Court and foreign parties, the Court will

24   have jurisdiction.  And of course, there's a real and

25   substantial connection between the identification of the

1  assets of this estate, the identification of the fixing of

2  the value of the assets of these estates and this Court's

3  supervisory CCAA jurisdiction.

4            You also have -- Mr. Mark made lengthy

5  submissions on the submission to jurisdiction, the

6  attornment in the IFSA and in the escrow agreements.  I

7  noticed Mr. Gottlieb, in his material, talks about, well,

8  the attornment is only to the matters agreed in those

9  agreements.  In fact, the IFSA, Section 16, talks about any

10  relief whatsoever, to the extent related to the matters

11  agreed.  And in the escrow agreements, it talks about any

12  matter arising under or out of, in respect of, or in

13  connection with.  You could find that --

14            THE CLERK:  Justice Morawetz --

15            MR. MYERS:  -- referred to in paragraphs --

16            THE CLERK:  -- we're losing the sound from --

17            MR. MYERS:  -- 17 and 41 --

18            THE CLERK:  -- counsel.

19            MR. MYERS:  -- of the monitor's factum --

20            THE CLERK:  Perhaps if he got a little bit closer

21  to the microphone.

22            MR. MYERS:  -- but the submission clauses are

23  exceptionally broad.  Anything in relation to the issues of

24  allocation and escrow and division, the disputes that have

25  now arisen under those agreements as to the division of the

1   assets, and in particular, in the escrow agreements, is a

2   waiver of forum non-convenience.  So it is this Court and

3   the U.S. Court and no other.

4           The monitor made reference to the concerns of

5   prejudice if the proceeding were to go other than before

6   this Court, and one thing we said was there shouldn't be a

7   usurpation of the jurisdiction of this Court over claims,

8   and my friends have responded that claims officers arbitrate

9   claims all the time.  A claims officer, with respect, is a

10  reference from this Court.  It is always under the

11  jurisdiction of supervision of the Court, and there's an

12  appeal, as of right, from the claims officer right back to

13  the Court.  It's not an independent, private arbitration, by

14  any stretch.

15          The monitor identified, as well, a concern that -

16  - I'm sorry.  The monitor also identified a concern that if

17  it isn't one hearing, then there'll be three kicks at the

18  same issues in allocation, then in the EMEA claims, and then

19  in the U.K. claims -- the U.K. pension administrator claims

20  -- pension to estate, excuse me.  My friend says, in fact,

21  we see Canada now is agreeing that they can raise all the

22  claims in allocation, so why not force them back to

23  arbitration?  But they've put it backwards.  It's not that

24  Canada's now agreed that they can raise claims in

25  allocation.  The debtors have proposed to the Court a way to

1  address the impasse caused by the intermingling of claims

2  and allocation.  And the way to address the impasse that

3  solves the issues of prejudice that are raised by the

4  monitor, the question of usurpation of jurisdiction and

5  unfair process with too many kicks at the can, the way to

6  address the prejudice caused by that impasse is by having

7  joint judicial hearings to resolve all, at or about the same

8  time, and that way the court will ensure that there aren't

9  two kicks at the can.  The Court will ensure that its

10  jurisdiction and the jurisdiction and sovereign jurisdiction

11  of the U.S. part are respected.  The monitor sums up in

12  paragraphs 35 through 37 of its report on the importance of

13  avoiding prejudice through the process proposed by the EMEA

14  debtors.

15          The last point for Your Honor, then, is about the

16  scheduling.  When we talk about, today, approving the

17  allocation protocol and all that is before you, as you said

18  to Ms. Siegel and to Mr. Burton, all that's before you and

19  Judge Gross in our submission is the question of the

20  allocation protocol for the allocation of proceeds.  But it

21  must be recognized that in order to prevent the prejudice

22  that's been identified, there will have to be parallel

23  tracks for the EMEA claims and the pension trustees' claims.

24  We have started to have some discussions with our friends.

25  Counsel for those parties have both those claims moving

1  forward.  Mr. Burton referred you to a draft of a schedule

2  that would -- might go in parallel.  We'll be back.  We've

3  had -- we've started some discussions.  We're talking about

4  how to free-up the documents that Mr. Burton was referring

5  to.  There'll be parallel tracks.  It's for another day.

6  But it is an important point that those two tracks will have

7  to go together.  I think it's fair when Mr. Mark read from

8  Mr. Burton's factum the pension trustees' claims do cover

9  the same issues, and they expect to be included in the -- at

10  least in the claims process, where they'll be dealt with as

11  a Claimant party.  But that's the claims process.  That's

12  not -- that's, as I say, for another day and not the

13  allocation process, what is really the jurisdiction issue

14  that we fundamentally need to get over today.

15          On the core parties, again, as -- Your Honor's

16  already alluded to, the monitors submit that, too, is a

17  matter for another day, although soon.  The monitor will be

18  glad to coordinate, if anyone wishing to be a core party

19  wants to contact the monitor, the monitor can get a list

20  going of everybody and see what, if any, overlaps there may

21  be and see what we -- if we can bring it before the Court in

22  an organized manner, assuming that that is necessary in the

23  fullness of time with the decision you and Judge Gross are

24  currently called on to make.

25          So in all, Your Honor, the monitor has given its

1  recommendation that it supports the relief requested, that

2  this Court has the jurisdiction to do that which is

3  requested.  And to avoid mischief, the Court should approve

4  the order sought, bearing in mind the need to schedule

5  claims in parallel.

6              And I'd like to refer you, in closing, to

7  paragraph 51 of our factum, where we cite Professor Sarah on

8  her book on the Companies, Creditors, Arrangement Act, where

9  she identifies the primary function of the courts in CCAA

10 proceedings is to supervise the proceedings, to make rulings

11 that keep the process moving when parties hit a particular

12 impasse, or there's a lack of clarity about the rights and

13 responsibilities in a particular circumstance.  If -- as you

14 heard from the parties today, there's an impasse, and it's a

15 core function, in our submission, to get the parties -- to

16 get the matter moving so that distributions can be made to

17 the people to whom Your Honor and Judge Gross are most

18 concerned about.

19              Subject to your questions, those are my

20 submissions.

21              JUSTICE MORAWETZ:  Thank you.  I believe that

22 concludes the presentations of the movant parties in the

23 Canadian proceeding, Judge Gross.  And that means, I think,

24 it's back to you to commence the submissions of counsel on

25 behalf of EMEA.

1          THE COURT:  Yes, Justice Morawetz.  Mr. Bromley.

2          MR. BROMLEY:  Can I just say one thing, Your

3    Honor?  We would like to -- for closing the floor portion of

4    the exercise -- just move for the admission of the documents

5    that are referred to and all of the submissions that have

6    been made?  I think everything has already been submitted to

7    either you or Justice Morawetz.  It did come in.  In a

8    number of different submissions, references were made.  As

9    well as the declarations of Mr. Brod, Mr. Hodara, and Mr.

10   Lang, and the two declarations of Mr. Lindsay, his expert

11   declarations.

12         THE COURT:  Any objection, Mr. Adler?

13         MR. ADLER:  No objection.  I think we had

14   previously stipulated to that actually.

15         THE COURT:  Very well.  Then all of that material

16   is admitted for my purposes.

17         MR. ADLER:  Judge Gross, I wonder -- I will be

18   speaking for a while.  I wondered if we could maybe kind of

19   take a short break so that I can just go through

20   uninterrupted after that, for about an hour.

21         THE COURT:  Justice Morawetz, are you agreeable

22   to a break before Mr. Adler begins his presentation?

23         JUSTICE MORAWETZ:  Yes.  I did not quite hear

24   what Mr. Adler had to say, but how long are you suggesting,

25   Judge Gross?

1          THE COURT:  Well, he thought, I think, perhaps a

2    10-minute recess, and then Mr. Adler thought he would have

3    about an hour to go, on an uninterrupted basis.

4          JUSTICE MORAWETZ:  All right.  So I have 5 after

5    5:00, so we'll start again at quarter past.

6          THE COURT:  Excellent.  We'll stand in recess.

7          JUSTICE MORAWETZ:  Thank you.

8    (Recess at 5:01 p.m. to 5:15 p.m.)

9          THE COURT:  Thank you, everyone.  Please be

10   seated.  Let's wait a minute for Mr. Bromley to return and

11   others.  I must admit, Mr. Adler --

12         JUSTICE MORAWETZ:  So we arrived back at the same

13   time.  We did not even have a consultation that this break

14   so.  Judge Gross, it's over to you, sir.

15         THE COURT:  All right, thank you, Justice

16   Morawetz.  I must admit, I didn't think it would be this

17   late that you would be starting, Mr. Adler, but I can assure

18   you have gotten that second wind and I will listen intently.

19   (Laughter)

20         MR. ADLER:  Well I appreciate that, Your Honor.

21   I -- it's actually earlier than I had feared so I --

22         THE COURT:  Oh, oh, okay, good.

23         MR. ADLER:  And I'll try to stay within the five

24   hours that have been allotted to me here.

25   (Laughter)

1          MR. ADLER:  So I'll introduce myself again.  It's

2    Derek Adler on behalf of the joint administrators and the

3    EMEA debtors.  Judge Gross, Justice Morawetz, we seem to

4    have lost Judge Nietzer.

5          THE COURT:  He's the back because he has an

6    engagement this evening.

7          MR. ADLER:  I see.  Well I will not practice my

8    rusty German as Mr. Bromley did.

9    (Laughter)

10         MR. ADLER:  I will -- I've been wracking my

11   brains to look for some kind of anecdote --

12         JUSTICE MORAWETZ:  Judge Gross, we do have a bit

13   of a problem here.  We can't hear.

14         THE COURT:  Oh, how -- is this any better?

15         JUSTICE MORAWETZ:  Could Mr. Adler perhaps go

16   closer to the microphone?

17         MR. ADLER:  Can you hear me now?  Can you hear me

18   now?

19         THE COURT:  How --

20         JUSTICE MORAWETZ:  I think it may be our control

21   panel at our technical -- oh, we're saved, Mr. Markey knows

22   how to fix things.

23   (Laughter)

24         THE COURT:  Oh, good.

25         JUSTICE MORAWETZ:  We better just go into

1   temporary suspension here for about a minute or so.

2            THE COURT:  All right.

3            JUSTICE MORAWETZ:  We're saved, we're saved.  The

4   man who knows all has returned.  We cannot hear what's

5   happening in Delaware.

6            MR. ADLER:  Can you hear me now?

7            THE COURT:  Is this any better?

8            MR. ADLER:  Can you hear me now?

9            JUSTICE MORAWETZ:  Okay.  Go -- I think, Mr.

10  Adler, I think it's okay now.

11           THE COURT:  Testing.

12           MR. ADLER:  How is this?  Can you hear me now?

13  Testing, can you hear me?

14           JUSTICE MORAWETZ:  We can hear Judge Gross fine,

15  we're having a little bit of a problem with your microphone.

16           MR. ADLER:  Could it be something on this end?

17           JUSTICE MORAWETZ:  Do you want to try it now, Mr.

18  Adler?

19           MR. ADLER:  Can you hear me now?  Can you hear me

20  now?

21           JUSTICE MORAWETZ:  No.

22           THE COURT:  I think that microphone needed --

23           MR. ADLER:  How about through this mike?

24           JUSTICE MORAWETZ:  Apparently, we're being told

25  the microphone levels may be down at your end.

 1              THE COURT:  It's working.

 2              JUSTICE MORAWETZ:  We heard that.

 3              THE COURT:  How about one on the -- from the

 4     table, or the handheld one?

 5              MR. ADLER:  Can you hear me on this one?

 6              THE COURT:  No.

 7              MR. ADLER:  Can you hear me on this one, Justice

 8     Morawetz?

 9              JUSTICE MORAWETZ:  We can.

10              MR. ADLER:  Testing, can you hear on this one?

11              THE COURT:  We have someone coming up just to

12     check on it.  No?

13     (Laughter)

14              THE COURT:  Where's my hammer?

15     (Laughter)

16              THE COURT:  I'm not --

17              MR. ADLER:  Can you hear on this one, Canada?

18              THE COURT:  I'm not sure it's at this end.  The

19     earlier problem was up there so.  Okay.

20              JUSTICE MORAWETZ:  We'll blame it on Cleveland.

21     They're always good to blame something on.

22              THE COURT:  You do hear me, Justice Morawetz?

23              JUSTICE MORAWETZ:  We can hear you fine.

24              THE COURT:  All right.

25              MR. ADLER:  But you can't hear me?

1  (Laughter)

2           THE COURT:  Obviously not.

3           MR. ADLER:  No.

4           THE COURT:  We're going to call a technician and

5  try and get some help.

6           JUSTICE MORAWETZ:  All right.  Perhaps we'll

7  stand for five minutes until they get this sorted out?

8           THE COURT:  Yes, why don't we do that.  And we

9  might try that handheld mike as well.

10          JUSTICE MORAWETZ:  Okay.  We'll take five.

11  (Recess from 5:18 p.m. to 5:24 p.m.)

12          THE CLERK:  All rise.

13          THE COURT:  Thank you, everyone.  Please be

14  seated.  And now Mr. Adler, the suspense has just grown.

15  (Laughter)

16          MR. ADLER:  Can I just confirm in Canada that you

17  can hear me when I speak like this?

18          JUSTICE MORAWETZ:  Yes, we can, Mr. Adler.

19          THE COURT:  Oh, good.

20          MR. ADLER:  Oh, thank you very much.  Then yes,

21  it's Derek Adler again for the EMEA debtors.  Good afternoon

22  --

23          THE COURT:  Good afternoon.

24          MR. ADLER:  -- Judge Gross, Justice Morawetz.

25  The EMEA debtors -- by the way, I'll refrain from making the

1  obvious remarks about the difficulties of joint proceedings

2  that come from this.

3  (Laughter)

4          THE COURT:  Yes.

5          MR. ADLER:  Obviously, these technical matters do

6  get solved.

7          The EMEA debtors have not had occasion to appear

8  before Your Honors very often.  That's because contrary to

9  Mr. Bromley's suggestion that we regard these Courts as

10  biased or unfair, we have found that the administration of

11  this case has gone extremely smoothly and have been very

12  pleased with, in fact, the cooperation with Mr. Bromley and

13  his team.  The things that they have achieved here have been

14  remarkable and this case truly is a model for how to manage

15  an international bankruptcy case of an entity like this

16  nowadays.

17          And one of the things that Mr. Bromley mentioned

18  earlier in particular about that was the ability to sell the

19  assets, sell them quickly in order to maximize the value

20  that would be available to shareholders.  And a critical

21  ingredient in that was having a fair procedure for how the

22  proceeds would be allocated afterwards.  That a procedure

23  that would be international, that would not be under

24  national boundaries or subject to any concerns about

25  differing interests of Courts and so on, a place where no

1  one would be perceived to have any home Court advantage.

2  Arbitration was the perfect way to proceed on that.  It's

3  been observed in many contexts that in international

4  business matters and international insolvency matters,

5  international arbitration is the solution.  Now --

6           JUSTICE MORAWETZ:  Mr. Adler, if I might just

7  interrupt you for a second.

8           MR. ADLER:  Yes.

9           JUSTICE MORAWETZ:  When you pull back the

10 microphone, we are having some difficulties.  When you're on

11 top of the microphone, we're in great shape.

12          MR. ADLER:  All right.  I'll huddle close to the

13 microphone so then -- thank you, sorry.  But it's important

14 --

15          JUSTICE MORAWETZ:  Yes.  The microphone to your

16 right is working.  We do not think the microphone to your

17 left is working.

18 (Laughter)

19          MR. ADLER:  Okay.  So that's this one, Justice

20 Morawetz?

21          JUSTICE MORAWETZ:  You're now in concert

22 production mode.

23 (Laughter)

24          MR. ADLER:  I'm sorry --

25          JUSTICE MORAWETZ:  I'm sure that the Canadian

1    debtors appreciate that submission much more.  Please

2    continue on the right side only.

3    (Laughter)

4         MR. ADLER:  So that's this one, Your Honor.  Is

5    that -- do I have this one right?

6         JUSTICE MORAWETZ:  It's your right and it's our

7    left and you're right now.  Go ahead.

8         MR. ADLER:  So, okay.

9    (Laughter)

10        MR. ADLER:  Very good.  Having won the argument,

11   having been told that I'm right --

12   (Laughter)

13        MR. ADLER:  So the reason we're here is that this

14   is as many people have observed, the most important single

15   issue in this proceeding, in these proceedings.  It's been

16   suggested that we are here alone against a multitude of

17   parties and interests.  That's not really true.  There are

18   nineteen EMEA debtors and many office holders and other

19   creditors that have not chosen to appear today, but we do

20   speak for them.  And there is also the English Court which

21   did approve the IFSA, as well as, the French Court which

22   approved the IFSA.  And all of those interests do need to be

23   kept in mind here because the current motion has raised

24   tremendous concern around the world.  It's being seen

25   frankly as forum shopping.

1            One of the things that's gotten a bit submerged

2   here, it's been suggested by some parties that the

3   suggestion of arbitration is new.  That's just come out of

4   the blue on this motion.  That is not the case.  Arbitration

5   was the only method of dispute resolution that was discussed

6   going back to the days when the IFSA was being negotiated

7   and right up until the present motion was made.

8            So there is a perception that the U.S. and

9   Canadian debtors are kind of reneging on a deal here.  That

10  they're seeking an advantage that they expect to have in

11  their own home forums.  In a case like this, it's not only

12  important to do justice, but to be seen to do justice.  To

13  do it in a procedure that appears valid, that appears to

14  take into account the various interests that are at stake.

15           Now I'd like to just quickly before I get into

16  the main part of my argument, dispense with a couple of

17  points.  We've heard again, and again, and again today that

18  the EMEA debtors have insisted that claims and allocation be

19  litigated together.  That is simply not true.  During the

20  negotiations leading to the protocol that went before they

21  were stopped in the Summer of 2010, that was not something

22  that we had ever required.

23           I'll discuss a little bit more why the Canadian

24  debtors tried to limit some of the arguments that we

25  intended to make about allocation in ways that they claimed

1   were related to claims, but we did not insist that claims be

2   litigated in the allocation procedure.  We have suggested on

3   several different occasions that it would make sense to do

4   so, but we accept that that doesn't seem to be within the

5   contemplation of the U.S. and Canadian debtors.  And the

6   clearest evidence of that is that when we got the present

7   motion, we -- with the protocol attached to it which called

8   for the termination of allocation in a Court proceeding, we

9   responded and said fine, you know, this protocol is fine.

10  All you have to do is substitute the three arbitrator panel

11  as we had discussed and agreed in principle and then we're

12  happy to proceed with your protocol.  So that shows that

13  these things are not linked.

14              I think a lot of the confusion, a lot of what

15  you're hearing is actually a residue from the mediation

16  process.  There is a lot of frustration and disappointment,

17  I think on all sides that that wasn't more successful.  And

18  in that process, without going too much into the details,

19  the claims and allocation theories were both articulated.

20  There was a sense that it would be good to resolve them both

21  at the same time, so they -- both claims and allocation

22  theories got a very full airing.  And I think what we're

23  hearing now from the other debtors here is a reaction to

24  that and a sense that somehow we've required it.  But I want

25  to state very clearly that the EMEA debtors do not require

1  claims to be litigated in the same proceeding as allocation.

2  There is overlap between the factual issues and I'll discuss

3  that a little bit more as we go forward.

4           You know, it's been suggested that everyone in

5  this case agrees that the Courts are the right forum except

6  for us.  Well two months ago, everyone including us agreed

7  that it was in arbitration.  That was something that was in

8  every draft of every protocol.  There were different methods

9  of choosing the arbitrators, but there was never any point

10  at which anyone suggested that the protocol could refer to

11  the Courts.  There was never any point at which anybody

12  considered any other type of dispute resolution procedure in

13  the protocol other than a decision by arbitrators.

14           Now one other introductory point.  What the

15  movants here are trying to do is exactly what they say we

16  can't do.  They have made a motion for entry of a protocol

17  under the IFSA.  A protocol called for under 12(c) of the

18  IFSA.  That's a provision that calls for good faith

19  negotiations to try and enter into an agreed protocol.  They

20  have said again and again that you can't bind us to an

21  agreement.  The Court can't dictate terms that we haven't

22  agreed to.  And yet they've come and asked for a protocol

23  that essentially asks the Court to dictate terms that we

24  haven't agreed to to substitute its judgment for the

25  judgment of the parties and enter into a contractual

1  protocol.

2          They have not brought a proceeding under Section

3  16.  They point to Section 16 of the IFSA as giving them

4  broad jurisdiction, jurisdiction to seek allocation, but

5  that's not the proceeding they've invoked here.  They

6  haven't commenced an adversary proceeding and surely that

7  would have to be done by way of an adversary proceeding.

8  They haven't commenced an adversary proceeding asking Your

9  Honor to decide allocation.  Instead, they've come in to ask

10  you to dictate the terms of a contractual protocol.  And

11  they're doing that because they know they have to try and

12  fit within Section 12(b) of the IFSA which we'll talk about

13  a little bit more in a moment which says in unmistakably

14  clear terms that the only way the escrow funds should be

15  released is by agreement of the parties or by the decision

16  of a dispute resolver under an IFSA protocol.  So they are

17  asking the Courts to do exactly what they say we can't do

18  which is to dictate the terms of a contractual protocol

19  where the parties have not reached agreement on that.

20          Now I'll just touch very briefly on the

21  procedural point.  We did hear Your Honor's preliminary

22  ruling this morning.  I don't want to spend much time on

23  that.  It seems to us that this is really an action which

24  initiates a process that leads to the recovery of property

25  under the Third Circuit precedent such as *SLW Capital*.  It

1  seems clear to us that this is the type of action that would

2  require the initiation of an adversary proceeding and the

3  application of the 7001 rules or the 7001 rule required to

4  be done adversary proceeding.  Clearly, at some point, there

5  would have to be an adversary proceeding brought.  And we

6  don't see when that happens under the scenario that's being

7  put forward here.  But I do think that, Your Honor is

8  basically in a position to address the issues on this motion

9  on the record before us.

10        Now we've made a cross motion and to compel

11 arbitration.  And a lot of the issues in relation to the

12 cross motion dispose of our opposition to the main motion to

13 enter the protocol so I'll talk about the basis for the

14 cross motion first.

15        Obviously, we say that the IFSA contains an

16 enforceable arbitration agreement.  And there really isn't a

17 dispute about the basic standard that applies so you can

18 find dicta in Court cases that say that it should be

19 difficult to find an arbitration clause and you should only

20 -- it should be incredibly clear.  And you can find dicta

21 that say that there's a presumption in favor of it, but

22 basically I think when you read all the cases, you realize

23 that it's simply a contractual standard of determining

24 whether the parties intended to enter an IFSA.  Excuse me,

25 enter a -- to dispose of a particular dispute by

1    arbitration.

2         Now the context of this hearing, you have to go

3    back to the negotiation of the IFSA.  Mr. Bromley referred

4    to it as being a very carefully and heavily negotiated

5    document.  Actually, that is true, but it was mainly a

6    document that dealt with the funding issues that Mr. Bromley

7    described.  The parts of it that deal with allocation of

8    proceeds are kind of shoe horned in.  They were something

9    that the parties were discussing at the same time.  They're

10   not really related to a lot of the other main issues in the

11   agreement and they were kind of stuck in there as far as I

12   can see just because that happened to be something that the

13   parties were entering at that time.

14        Now at the time when the parties were looking at

15   this, they had been negotiating already about --

16        JUSTICE MORAWETZ:  Mr. Adler, I'm going to have

17   interrupt again.  You're drifting in an out.

18        MR. ADLER:  How about now, Your Honor?

19        JUSTICE MORAWETZ:  Much, much better, thank you.

20        MR. ADLER:  I'll have to stand right here.

21        THE COURT:  Yes, you do, sorry.

22        MR. ADLER:  That's all right.

23        JUSTICE MORAWETZ:  I know this is cramping your

24   style, but --

25   (Laughter)

1            MR. ADLER:  So we at the time when the parties

2   were negotiating the IFSA, they had already been discussing

3   how to allocate the proceeds of the first sale that was

4   coming up at that time and had made a lot of progress on

5   that.  And they had also looked for what the options should

6   be in the event that there wouldn't be an agreement and

7   that's what's addressed in Section 12 of the IFSA.

8            Looking at the language of the IFSA, I think both

9   sides are in agreement that Section 12(b) is the key section

10  for purposes of determining this.  And what that says and I

11  just alluded to is in no case shall there be any

12  distribution from the escrow account in advance of either

13  agreement of all the selling debtors or in a case where the

14  selling debtors failed to reach agreement, determination by

15  the relevant dispute resolvers under the terms of the

16  protocol applicable to sale proceeds.

17            Now these provisions are not conditioned in any

18  way.  They are not conditioned on anything, on further good

19  faith negotiations.  It says as clear as day it is binding

20  that these are the only two conditions that -- under which

21  escrow proceeds can be released.  It also reflects a clear

22  promise that any dispute about the allocation of proceeds

23  and particularly when you read it together with Section

24  12(c) will be submitted to dispute resolvers.  And the only

25  thing that was left to be negotiated was the actual

1    protocol, the procedures that would be followed in that

2    dispute resolution procedure.

3        Now it was obviously of paramount importance to

4    the various debtors that were going to be agreeing to

5    surrender their intellectual property rights and their other

6    rights to know that they had a safe, secure, sound, fair

7    method for allocating other proceeds in the event no

8    agreement was reached.  This was a critical agreement.  It

9    was something that they relied on in going forward with the

10   various sale transactions.

11       The scope -- by the way, several people had

12   suggested that there was something uncertain about the scope

13   of what would be decided in an IFSA arbitration here.  It's

14   quite clear that the parties had agreed to -- that the

15   dispute resolver would address the allocation of the sale

16   proceeds.  How to allocate the sale proceeds.  This is an

17   absolutely standard type of arbitration clause.  It says

18   what the arbitrators are supposed to decide.  It's

19   allocation of sale proceeds.

20       Now the U.S. debtors acknowledge that it's not

21   necessary for an agreement to use the word arbitrate or

22   arbitrators in order to be enforceable as an arbitration

23   clause so long as the intent is clear.  The intent that's

24   necessary is simply the intent to submit a given dispute, a

25   given issue for the resolution in some form of private

1  dispute resolution proceeding rather than a Court

2  proceeding.

3        This is very clear in the *Bore* Corp. case which

4  was cited in the opposition to the cross motion by the U.S.

5  debtors and also in our reply on the cross motion where the

6  Court held that an arbitration is any form of private

7  procedure for resulting a dispute.  That comes actually from

8  Supreme Court precedents which are also cited in our papers.

9        The *AMF Brunswick Corp.,* Judge Weinstein, I

10  believe in the Eastern District of New York observed that if

11  the parties had agreed to submit a dispute for a decision by

12  a third party, they have agreed to arbitration.  The fact

13  that the parties have not agreed to the specific procedures

14  to be used in the arbitration, does not prevent the creation

15  of an irrevocable promise to arbitrate under the Federal

16  Arbitration Act.

17        By the way, I would -- you've heard several

18  references to this Judge Gross.  There have been some very

19  useful expert affidavits submitted in Canada.  You may have

20  read them already.  Obviously, Your Honor doesn't require

21  any expert evidence on New York Law or U.S. Law generally,

22  but they do cite a lot of authorities on both sides --

23        THE COURT:  Yes.

24        MR. ADLER:  -- that were not in our briefs and I

25  do think they're -- it would be useful for you to review

1   those as well.

2            So the key term here is dispute resolver.  What

3   did the parties mean by a dispute resolver?  In order to

4   trace that, I'd like to go back to some of the documents

5   that were created in the negotiations that led to the IFSA.

6   The first one I want to look at is it's an exhibit to Mr.

7   Lloyd's declaration.  It starts at Page 69.  It's actually a

8   document that was referred to in Canada recently.  It's a

9   little while ago.  It's the Lazard paper.  I do have a copy

10  to hand to Your Honor.

11           THE COURT:  Oh, that would be helpful.  It will

12  save us time.  Thank you, Mr. Adler, I appreciate that.

13  Thank you, sir.  And this is pre-IFSA.  Is that correct?

14           MR. ADLER:  This is pre-IFSA.  This is -- as I

15  understand it, this is a paper that was prepared by Lazard

16  who was acting -- I'm sorry.

17           THE COURT:  Yes, Ms. --

18           MS. BUELL:  Your Honor, Deborah Buell.  Just for

19  the record --

20           THE COURT:  Buell, forgive me.

21           MS. BUELL:  -- as you know, we have an objection

22  to this evidence coming in both on the grounds of the

23  extrinsic evidence, but also based on its hearsay quality

24  attached to Mr. Lloyd's declaration.

25           MR. ADLER:  Your Honor, we --  I'm sorry, go

1 ahead.

2          THE COURT:  We're --

3          JUSTICE MORAWETZ:  Judge Gross, if you could just

4 repeat if anything was relevant for what we're doing here.

5          THE COURT:  Oh, yes.  Mr. Adler was about to go

6 into some evidence pre-IFSA that would explain some of the

7 background of the IFSA and Ms. Buell objected on the ground

8 that it's extrinsic evidence and it's also hearsay and,

9 therefore, the Court shouldn't -- the Courts should not hear

10 the evidence that Mr. Adler was going to review with us.  I

11 guess this is for my ruling, isn't it at this point?

12          MR. DOWDY:  Well, Your Honor, I -- it's Matthew

13 Dowdy for the joint administrators in Canada.

14          It is obviously, Judge Gross, but it's also that

15 the material had been filed in Canada and we intend to rely

16 on the material before His Honor and Your Honor when we're

17 making our submissions.  And the two different -- the two

18 jurisdictions actually have different rules with respect to

19 some of those issues.  So for example, in our Courts under

20 or rules and I'm making, I guess a submission to Justice

21 Morawetz, we are fully entitled under our rules to put in

22 information and belief evidence in our records.  And that is

23 not objectionable under out procedure here and there's a --

24 you can bring a motion to strike if you'd like, but no such

25 motions have been brought in Ontario for such a thing so

1    that would not give rise to an objection here.

2            So I apologize for interrupting, but I'm not sure

3    it's a single jurisdiction issue with respect to the

4    material since it's all been filed in both jurisdictions.

5    And I'll have more to say about it after, but I'm just

6    pointing out it's not a one jurisdiction issue, Your Honors.

7            THE COURT:  I appreciate that and if it's going

8    to come in in Canada at least subject to a motion to strike.

9    Is that correct, Justice Morawetz?

10           JUSTICE MORAWETZ:  Yes, he'll be able to rely on

11   it subject to a motion to strike.

12           MS. BUELL:  Your Honor?

13           THE COURT:  Yes, Ms. Buell, I'm sorry.

14           MS. BUELL:  Yes.

15           THE COURT:  I'm looking at the screen here.

16           MS. BUELL:  Just again, Deborah Buell for the

17   record.  May I suggest that the U.S. debtors will modify our

18   objection to one of weight in this regard to facilitate the

19   Courts having the same body of evidence in front of them.

20           THE COURT:  That's helpful, all right.

21           MR. ADLER:  Your Honor, if I could just take this

22   opportunity to make a general observation about Mr. Lloyd's

23   testimony and the objection that the U.S. debtor has made to

24   his testimony.  We have -- he's a partner at the Herbert

25   Smith Law Firm which handled all of these matters.  We have

1  treated him in effect for certain purposes as a designee

2  like a 30(b)(6) witness who has informed himself of matters

3  that are in the knowledge of Herbert Smith.  And also

4  gathered documents that are in the records of Herbert Smith

5  contained on the file for this matter.  Particularly, in a

6  relation to things like emails and the document that we just

7  before you -- put before you.  It seems to us that that is

8  satisfactory to provide a foundation for the admission of

9  the document.  We haven't heard any suggestion that this is

10 not what it purports to be.

11          So just on the basis of that, I'd like to proceed

12 and discuss what this is, you know, what it says.

13          THE COURT:  Any response, Ms. Buell to that

14 suggestion?

15          MS. BUELL:  No, Your Honor, we'll stand on our

16 objection to the weight and persuasiveness.

17          THE COURT:  Very well, thank you.  All right.

18 Then you may proceed, Mr. Adler.

19          MR. ADLER:  This was prepared by Lazard as a

20 first go as an outline for a protocol for resolving disputes

21 concerning allocation of sale proceeds.  This is in early

22 April of 2009.

23          THE COURT:  Okay.

24          MR. ADLER:  So they had circulated this to the

25 parties and this is we believe the first use of the term

1    dispute resolver.  If you'll look at what's on Page 70, the

2    core terms talk about referring the dispute to a "dispute

3    resolver".  And what's particularly interesting about this

4    document is actually it's on Page 72, paragraphs towards the

5    top of the page, Paragraph 5 on Page 72 which says the

6    decision -- this is the decision of the dispute resolver.

7    The decision may not be challenged or appealed and shall not

8    be deemed an arbitral award enforceable under the New York

9    convention.

10          Now what's significant about this and I think it

11   explains the reason why we see this strange term dispute

12   resolver here is that there are species of dispute

13   resolution that are particularly in England.  There are

14   expert determinations and appraisals, and other types of

15   provided dispute resolution procedures that are not

16   considered technically to be arbitration and are not subject

17   to the same types of appeal or challenge and other rules

18   that apply in relation to arbitral awards.

19          In the U.S., the categories that applies to are

20   very narrow.  And actually, this is discussed in some of the

21   cases that are in our reply brief.  There are certain types

22   of appraisals for example that will not be treated as

23   arbitral awards, that can't be enforced as arbitral awards.

24   But in the U.S., generally speaking, any form of resolving a

25   dispute, any contested matter that is submitted to a private

1  party is considered an arbitration.   But there was a kind

2  of a misconception at the beginning of the negotiations here

3  that there could be a form of dispute resolution process

4  here in which a private party would decide allocation that

5  would not be considered an arbitral award and, therefore,

6  would have even more limited rights of appeal or a challenge

7  after it was entered.

8           You see the same thing in another document.   This

9  is actually a first draft that was circulated by Clearly

10 Gottlieb attempting the same process to try and come up with

11 a first draft of a dispute resolution protocol.   This is

12 also attached at Page 74 and following in Mr. Lloyd's

13 declaration.   And again, I do have a copy to hand up.

14           THE COURT:   Thank you.   Thank you, Mr. Adler.

15           MR. ADLER:   I should say this is -- I haven't

16 given you the Page 73 which is where this starts, but this

17 was circulated under an email from Louisa Buedo [ph] at

18 Clearly Gottlieb.   And this is called the funding framework

19 agreement was the way it was referred to in the email.   Now

20 this again beats up the same language and the same ideas we

21 had just discussed.   This was circulated at the end of April

22 of 2009.   And on Page 87, once again it refers to, first of

23 all, this refers to a dispute resolver.   It says the dispute

24 resolver in Section 7.4 is to make decisions based on his or

25 her reasoned expert judgment.

1          And 7.6, the decision of the dispute resolver

2    shall be conclusive, final, and binding upon each of the

3    U.S. debtors and may not be challenged or appealed.  And

4    then on the next page, 7.7, the decision of the dispute

5    resolver shall not be deemed an arbitral award enforceable

6    under the United Nations Convention on the recognition and

7    enforcement of foreign arbitral awards.  Now that, I mean,

8    that provision would not be effective, frankly.  The Federal

9    Arbitration Act which enacts the New York Convention into

10   National Law in the United States covers arbitral

11   agreements.  If there's a dispute and you submit it to a

12   private party, it is considered an arbitral agreement.

13          But the point here is that this odd term dispute

14   resolver is traced to these documents.  And the reason the

15   parties were using that term is not because they meant it to

16   be an umbrella which might also include Courts, it's because

17   the parties believed that there might be multiple types of

18   dispute resolution, private dispute resolution that would

19   not be called arbitration.  And this is the language that

20   makes its way into the IFSA.

21          Now we've -- both sides have cited a few cases in

22   which the term dispute resolver is used.  None of them is

23   squarely on point.  There is no case that supports either

24   side in the sense of showing an arbitration clause or a

25   clause in deciding what a dispute resolver means in that

1    clause.  Ms. Buell referred before to the *Bore Corp*. case.

2              THE COURT:  Yes.

3              MR. ADLER:  In which she said that the Court

4    found that ENY was -- it was a dispute resolver, but they

5    were not considered an arbitrator even though they were

6    referred to as a dispute resolver.  I take issue with her

7    characterization of that case.  In that case, the Judge

8    examined functionally what ENY was to do in that case.  They

9    were to supply a term that was missing in an agreement,

10   supply a pricing term.  There were to be no submissions to

11   the party by the parties.  There was not actual dispute.

12   They were actually dictating a term in the agreement, a kind

13   of appraisal.

14             And the Court goes on an extended discussion, a

15   very informative discussion about what is considered an

16   arbitration and makes it clear that if functionally if it's

17   not a disputed matter that is being submitted to the private

18   party if there aren't two sides taking adversarial

19   positions, it won't be considered an arbitration.  The key

20   ingredient is that the two sides are submitting a dispute

21   and they're presenting their opposite sides of that.  And we

22   clearly have that in IFSA Section 12(c) to all of Section

23   12, 12(c) refers to the submission of disputes about

24   allocation and it's quite clear that this only happens after

25   the parties have negotiated and been unable to reach an

1   agreement.  This is for resolving their disputes about

2   allocation.

3          Now the U.S. debtor has argued that sophisticated

4   parties would have used the term arbitration expressly.  In

5   fact, dispute resolver is a fairly sophisticated term as

6   I've just shown.  It resonates with the ideas of alternative

7   dispute resolution.  I think that's the closest association

8   that most lawyers would have in seeing the term dispute

9   resolver.  They wonder why we wouldn't have spelled this out

10  more clearly.  We can ask the same question as to why the

11  parties did not expressly say that if there was any failure

12  to reach an agreement on the protocol, that allocation would

13  be decided by the Courts because the agreement certainly

14  does not say that.

15         The movants have argued that there is a possible

16  interpretation of dispute resolver that would encompass

17  Courts.  Courts do, obviously and we agree that Courts do

18  resolve disputes, but we say that the parties here meant

19  this in the narrow form that I've just described of meaning

20  a type of a private dispute resolution process other than a

21  Court.

22         The fact that there are two potential

23  interpretations of this term; one of which encompasses

24  Courts and one of which doesn't, does mean that there's an

25  ambiguity here.  This term is reasonably susceptible of more

1  than one interpretation.  And in that case, it does permit

2  the Court to look at extrinsic evidence.  And here all of

3  the extrinsic evidence, all of it supports the idea that the

4  parties had always understood that their disputes would be

5  submitted to some form of private dispute resolution

6  process.

7            There's a gaping hole in Mr. Hodara and Mr.

8  Brod's declarations.  They say absolutely nothing about the

9  negotiations that led to the entry of the IFSA which would

10  be the most critical period for understanding what the

11  parties meant.  They haven't given us any of the

12  correspondence, any of the drafts, or any of the discussions

13  that were had between the various parties about that.  We

14  didn't want to load the record down on this, but there are

15  various other papers that were submitted.  And if we went

16  into this at length, we would show that Cleary Gottlieb

17  circulated a paper that said the disputes to be determined

18  by arbitration.

19            So the negotiations leading to the IFSA, it's

20  undisputed on this record that there was no discussion of

21  ever submitting this dispute to a Court.  It was always some

22  form of private dispute resolution process.  The parties

23  didn't know what that would be.  They didn't know how many

24  arbitrators there would be.  How the arbitrators would be

25  selected, but there was never any suggestion that it would

1    be anything other than a private party or parties selected

2    by the parties.

3           Now in a context where an agreement has been

4    approved by four Courts, we would suggest that the agreement

5    and the understanding of those Court is perhaps as

6    important, maybe more important than the understanding of

7    the parties in entering into the agreement.  And the

8    comments that were made to and by the Courts show that the

9    dispute resolution process under the IFSA was always meant

10   to be some form of transnational arbitration process, a

11   private dispute resolution process that would be agreed by

12   the parties.

13          Mr. Bromley himself when he was seeking Your

14   Honors' approval of the IFSA said it is envisioned to be

15   something that would require very little participation or

16   intervention or bother by these two Courts.  The view being

17   that once we have a fair and reasonable and independent body

18   deciding the allocation, that we would simply come back to

19   both of these Courts for approval.  He used the word

20   independent there.  It doesn't to have been our fantasy

21   alone that this was going to be a body that would be above

22   national boundaries here.

23          He also clarified the scope of this.  He -- in

24   discussing the order, he said this order in and of itself

25   does not approve either in the U.S. Court or in Ontario for

1  the allocation of any particular proceeds, but rather sets

2  the stage for the parties to come back to these Courts with

3  a protocol for approval.  The involvement of the Courts was

4  perceived to be only the approval of the protocol itself.

5         He further said that in describing this, it

6  allows for a process to be put in place to hopefully avoid

7  the need to come back to these two Courts, as well as, the

8  High Court in London recognizing the London Court's

9  involvement as well to decide how to split up the proceeds

10 of any asset sales.

11        Now the joint administrators made similar

12 representations in the English and French Courts.  And

13 there's one comment that we've cited in our papers that's

14 quite important.  The French Court which authorized this,

15 the IFSA, specifically stated its understanding that

16 allocation would be determined by the parties or by a

17 neutral third party arbitrator.  That's referred to in Mr.

18 Lloyd's declaration at Paragraph 44.  And I would remind the

19 Courts that the French Court and the English Court having

20 approved the IFSA would also be required to -- any amendment

21 to the IFSA would also require that approval.  That's an

22 expressed term of the IFSA.  They would need to approve any

23 amendment to it.

24        Now subsequent public statements made by the

25 parties and the Courts also reflect the understanding that

1   resolution of disputes under Section 12 would be by way of a

2   private dispute resolution process.  In a declaration, Mr.

3   Wray [ph], John Wray submitted in support of the motion to

4   enforce the automatic stay with respect to the U.K. pension

5   proceedings, Mr. Wray said that absent a consensual

6   agreement, allocation would be decided in a single cross

7   jurisdictional forum.  Cross jurisdictional is a very

8   similar term to transnational, the firm that we've been

9   using that Mr. Bromley accused us of fabricating or making

10  up.  Mr. Wray seems to have had the same understanding.

11          And, in fact, Your Honor adopted that language in

12  your own decision to grant the motion to enforce the

13  automatic stay in your reported decision at *426 Bankruptcy*

14  *Reporter 84 at 95.* You stated the Nortel debtors in Canada,

15  the U.S., and the U.K. have agreed that these allocation

16  issues must be resolved on a global basis in a single cross

17  jurisdictional forum.  They should not be decided even in

18  part by an administrative body in a single jurisdiction with

19  a single constituency.

20          So on the record before you -- we also said by

21  the way that during the actual negotiations towards a

22  protocol, it's notable that they didn't sit down.  After

23  signing the IFSA, the parties did not sit down and say okay,

24  here we are who should the dispute resolver be?  Should it

25  be a Court or an arbitrator?  There was not conversation or

1   agenda item like that.  They went immediately into

2   discussions about how to select the people, how many there

3   would be and how to select the people who would resolve the

4   disputes.  There was simply never any suggestion in any of

5   the negotiations towards the protocol that disputes might be

6   decided in anything other than a private dispute resolution

7   proceeding.

8          Now we don't say as Ms. Buell suggested that that

9   creates an agreement to arbitrate.  What we say is that when

10  the parties go on and in their negotiations never consider

11  any other option besides a private arbitration proceeding,

12  that reflects the understanding that they had at the time of

13  signing the IFSA which was that disputes would be resolved

14  in a such a proceeding and not in any National Court.

15         Now the people opposing our cross motion have

16  referred to several statements that have been made over the

17  last year by the joint administrators in their reports to

18  creditors.  I mean, I would say first of all, that we didn't

19  want to load the record up with this, but there -- if you go

20  back to the prior reports, including the one at the time of

21  the IFSA that universally say that they expected it to be

22  decided in an arbitration, that's the word that's used.  And

23  the two references that are here are used in a context where

24  there was already -- it was already clear that there was

25  likely to be or could be some kind of a deadlock in the

1  negotiations.  That there were some contentious issues

2  coming up and they reflect that fact or the fact that we did

3  anticipate at a certain point that a motion like this might

4  be made.  That we might need to come before Your Honor to

5  seek guidance on this and seek assistance on this.

6         And this is a litigation.  We're standing in a

7  litigation.  And the fact that the joint administrator's

8  reports refer to the possibility of allocation being subject

9  to either the process being subject to litigation or there

10 being litigation about it is not indicative of any failure

11 to believe that there was an agreement to arbitrate.

12        Now moving onto the arguments that have been made

13 in support of the protocol.  And in particular, the question

14 of whether the U.K. administrators and the EMEA debtors had

15 agreed that the two Courts could impose a protocol or the

16 term allocation directly.  It's clear to us that Section 16

17 of the IFSA does not contain any consent to the Court's

18 jurisdiction over these matters.  16(b) says to the fullest

19 extent permissible by applicable law, the U.S. and Canadian

20 Courts will have non-exclusive jurisdiction over any claim,

21 action, or proceeding seeking relief to the extent relating

22 to matters agreed in this agreement.

23        Now what are the matters agreed in this

24 agreement?  The IFSA does not include any term that says

25 that the various selling debtors are entitled to an

1  allocation of the proceeds.  They're entitlement to proceeds

2  was not something that was agreed in the IFSA.  It was a

3  pre-existing right and the purpose of the IFSA was simply --

4          JUSTICE MORAWETZ:  Mr. Adler, I'm going to

5  interrupt.

6          MR. ADLER:  Yes, sir.

7          JUSTICE MORAWETZ:  You're at a very critical

8  point of your argument.  You're still fading in and out.

9  I'm going to ask again if there's any way we can increase

10 the volume here, but failing that, I would really ask you to

11 stay as close to the microphone as you can because my guess

12 is about 50 percent of what you're saying at certain times

13 is not coming through very well.

14         MR. ADLER:  I'm sorry, Your Honor.  How's this?

15         JUSTICE MORAWETZ:  That's much better.  If you

16 maintain that, we're all happy.

17         THE COURT:  And before we continue, I think the

18 air conditioning has to be turned back on.  It's starting to

19 get warm.

20 (Laughter)

21         THE COURT:  There's a button right behind you,

22 Mr. Herron.  If you see that white button.  If you'd just

23 push right in the middle of it, the square part just give it

24 a push.  And then there's --

25         JUSTICE MORAWETZ:  Well it will probably come on

1  and drown him out again.

2           THE COURT:  Yeah.  There's one in the very back

3  by the door, yes.  And I'll push this one here.  All right,

4  there you go.  That should work, Mr. Herron, thank you.

5  Thank you, Mr. Samis.  All right.  Sorry, Mr. Adler.

6           MR. ADLER:  Well I'll try to huddle up against

7  the microphone here which --

8  (Laughter)

9           MR. ADLER:  -- reminds me of a story about B. F.

10  Skinner, the behavioral psychologist --

11           THE COURT:  Yes.

12           MR. ADLER:  -- who believed in conditioning and

13  got rewards and so on.  His students one time decided that

14  for a teacher the reward, the best reward you could give the

15  teacher is to pay attention to him, to actually look up and

16  look at him.  So his students got together and decided that

17  they would only look at Professor Skinner when he stood in a

18  particular spot in the front of the classroom.  They would

19  keep their heads down and when he stood in that spot, they

20  would look up at him.  And by the end of the semester, they

21  had trained him to lecture from that particular spot the

22  whole time.

23  (Laughter)

24           THE COURT:  That's a good one.

25           MR. ADLER:  So I will try to huddle next to the

1    microphone here.

2             THE COURT:  Doing better still, Justice Morawetz?

3    We're still coming through?

4             JUSTICE MORAWETZ:  That's much better.

5             THE COURT:  Good.

6             JUSTICE MORAWETZ:  Yeah.

7             THE COURT:  Thank you, Mr. Adler.

8             MR. ADLER:  All right.  We were discussing

9    Section 16 of the IFSA.

10            THE COURT:  Yes.

11            MR. ADLER:  Which says that first of all that the

12   Courts only have jurisdiction to the extent that a

13   particular claim, action, or proceeding seeks relief to the

14   extent relating to matters agreed in this agreement.

15   Relating to is indeed broad forum selection clause language

16   and we agree with that.  But you have to look at the terms

17   relating to the matters agreed in this agreement.  And the

18   entitlement to proceeds of a sale is not one of the matters

19   that was agreed in the IFSA.  It was a pre-existing right

20   that the signing debtors had.

21            I'd also note that there are a lot of other

22   things that were agreed in this agreement.  This is -- they

23   suggested that we read Section 16 out of the agreement and

24   consider it a nullity.  That's not the case.  We certainly

25   acknowledge that it gives the Court for example jurisdiction

1  over our motion to compel arbitration.  Other jurisdiction

2  for relief that would be related to the arbitration

3  proceeding, and jurisdiction to address all of the other

4  issues that were in the IFSA, all of the funding

5  arrangements and so on.  That was the purpose.  We cited

6  authorities and Professor Chang has cited authorities

7  showing that it's perfectly common to have a general dispute

8  resolution provision like this in an agreement and it

9  doesn't override an arbitration agreement in the same

10 agreement.

11          I'd note that this also says that this is only to

12 the extent permitted by applicable law.  As we will discuss

13 in a moment, we don't see that addressing allocation type

14 matters as something that can reasonably be done under a

15 cross-border protocol with two Judges of parallel

16 jurisdiction deciding the same pot of gold and how it has to

17 be decided in two separate decisions.  That seems to us to

18 go beyond any existing legal principles that would allow

19 that.

20          Now there's another parenthetical clause in

21 Section 16 that specifically excludes any issues relating to

22 transfer pricing, but not for the avoidance of doubt any

23 transfer pricing agreement matter generally.  And you've

24 heard a lot of talk today and it is absolutely true that

25 allocation here will raise issues about transfer pricings

1    and I don't think there's any question about that.

2            The other flaw in the way the U.S. debtors read

3    Section 16 is that they say that because we submitted to the

4    jurisdiction or some form of jurisdiction here, that gives

5    the Court authority to dictate the terms of the protocol, of

6    a dispute resolution protocol under Section 12(c) of the

7    IFSA.  Well a forum selection clause can't create any

8    substantive right to dictate contract terms.  At best, it

9    would give you the power, the authority to determine a

10   dispute about that, but it doesn't mean that the Court has

11   the right to dictate what the terms of the entire agreement

12   should be for the parties.  They still would need to

13   articulate some basis for instituting terms if the parties

14   haven't agreed.

15           Now the parties in closing our motion have not

16   been able to find the language they need in the IFSA so

17   they've been looking at other documents.  They've been

18   looking at the escrow agreements, but these also don't give

19   the Court's jurisdiction to decide allocation.  In fact,

20   every single one of them specifically adopts the framework

21   of the IFSA.  All of them say that the escrow proceeds shall

22   not be released except by agreement of the parties or a

23   decision by a dispute resolver under the IFSA protocol.

24           And what's very significant is that at one point

25   in the -- one of the very earliest deals, the CDMA escrow

1   agreement of Cleary Gottlieb did circulate an early draft of

2   that escrow agreement.  This is referred to at Paragraph 65

3   and 66 of Mr. Lloyd's affidavit.  This said that if the two

4   grounds for releasing funds from the escrow account would be

5   a letter of direction executed by the selling debtors, the

6   depositors, or a final decision of a Court of competent

7   jurisdiction.  Mr. Lloyd wrote back promptly and said that

8   this did not reflect the agreed terms for distribution of

9   proceeds.  He rejected that term.  And from that time on,

10  all of the other escrow agreements conformed quite strictly

11  to the provisions that are in the IFSA in terms of the

12  limitations on releasing the escrow.

13          They've referred this morning to an indemnity

14  provision in one of the escrow agreements that basically

15  said that the escrow agent is protected if it acts pursuant

16  to a Court order.  That is not something that can change the

17  intent of the parties in terms of the actual bases for

18  releasing the escrow.  That is just it relates to the rights

19  of the escrow agent himself and isn't really a standard

20  term, I think in escrow agreements.

21          Now they've said that we entered into escrow

22  agreement after escrow agreement containing these clauses

23  while -- which appear to give the Courts jurisdiction to

24  decide allocation.  But remember that at the same time, we

25  had had these ongoing protocol negotiations where it was

1  always understood that dispute resolution would be done by

2  private dispute resolvers, i.e. arbitrators.

3       Now the next document they've turned to to try

4  and show if the Court has jurisdiction over allocation or

5  over dictating an allocation protocol is the cross-border of

6  protocol.  And Mr. Marks said that our position was that the

7  only reason this didn't work is because we didn't know about

8  it.  Well that's not quite true.  The cross-border

9  insolvency protocol itself contains numerous provisions

10 which confirm that nothing in that document increases,

11 decreases, or otherwise modifies the jurisdiction of the

12 U.S. Court, the Canadian Court, or any other Court or

13 tribunal.  It also confirms that it doesn't change any of

14 the substantive rights of the parties.  We've cited the

15 paragraphs and quoted them in our briefs.  It's Paragraph 9,

16 Paragraph 13.  And these are -- we can't have signed on or

17 agreed to the jurisdiction of the Courts by -- through that

18 agreement, through that protocol because it doesn't say that

19 and it specifically excludes any change of jurisdiction.

20       It is also true that we're not parties to it.

21 We've referred to it, but the IFSA amendments to the cross-

22 border protocol were not something we were involved in.  If

23 you look at the amendments, there were a lot of cleanup

24 housekeeping matters that have nothing to do with the IFSA.

25 And the paragraph that they referred to, this says Paragraph

1  15 of the cross-border protocol is a kind of an omnibus

2  paragraph that covers, I think fourteen different types of

3  possible actions and simply specifies the rights of various

4  parties to notice and participation in those types of

5  actions.  It doesn't say that those actions will be brought

6  or can be brought, it just simply can't be read as any kind

7  of a consent to jurisdiction over allocation disputes.

8          Now the next question I'll address is whether the

9  U.S. and Canadian debtors have complied with their duty to

10  negotiate in good faith.  There's no dispute that they had a

11  duty to negotiate in good faith to try and enter a protocol

12  for dispute resolution under the IFSA.  The case law makes

13  it clear that once such a duty exists, the parties can't

14  impose new terms that are contrary to the original

15  principles that were agreed.  You can't refuse to negotiate

16  with the other side.  And it doesn't let you abandon the

17  negotiations arbitrarily.

18          Now applying these standards, the other parties

19  simply haven't negotiated in good faith.  The first instance

20  of this came in the negotiations in which Canada and we've

21  referred to this in our papers, started trying to limit the

22  types of arguments that could be made to the dispute

23  resolver.  They've characterized this and they characterized

24  it then as trying to inject claims into the allocation

25  process.  That's not correct.

1          The argument that the EMEA debtors have made has

2    to do with how you value the intellectual property that was

3    sold as part of the various businesses.  Three EMEA entities

4    were three of the five main engines for research and

5    development in Nortel; Ireland, the UK, and France.  The

6    U.K. had a list of Nobel prize winners, the contributions

7    that they made to the development of the intellectual

8    property of Nortel are huge as I understand it.  I'm not an

9    expert in that area, but as it's been described to me, they

10   played a major role in that.

11         And the argument that the joint administrators

12   make is that where businesses were sold and where a

13   substantial part of the value of that business was in

14   intellectual property that was traceable to the efforts of

15   the U.K. and the other EMEA debtors where they contributed

16   to that value by generating the intellectual property, that

17   should be recognized in allocation.  They should receive the

18   benefit of that.

19         And the response from Canada to that argument is

20   no, under the MRDA, you assign legal title to all of the

21   intellectual property to Canada.  And we're not going to let

22   you seek to make an argument for beneficial ownership or an

23   equitable argument for obtaining the value of the

24   contribution you made because there is a written agreement

25   that assign legal title and we're only going to look at

1    legal title.  And the dispute resolvers under the protocol,

2    should only be allowed to look at the legal title.

3         And they actually put in, they put language in a

4    draft that said this.  That said you can't resolve claims

5    which is not something that bothered us particularly, but it

6    also said claims will be considered any argument that you

7    have some form of title, I'll get the actual language here.

8    They were trying to preclude parties participating in the

9    allocation from making any assertion that a particular

10   adverse person is or was the rightful owner of or has or had

11   an interest in a particular asset, right, property, or

12   liability that was not recorded in the instrument of title,

13   deed, grant, lease, license, or agreement governing the

14   ownership, creation, invention, development, or

15   establishment of the asset, right, or legal liability.

16        So they were trying to -- they said you can't

17   make that argument to the allocation.  You cannot make your

18   beneficial ownership argument to the dispute resolver.  And

19   we said that's not acceptable.  And significantly, the U.S.

20   creditors' committee agreed with us on that point.  Mr.

21   Hodara in the -- in his affidavit in the exhibit of his

22   affidavit, they have a comment on this very same page which

23   says note, the UCC will not agree to Canada's proposed

24   language.  We have already negotiated these issues and

25   agreed that we will not decide for the panel what they can

1  and cannot consider in rendering an allocation decision.

2           I mean, that's the right result.  Once you agree

3  to give a certain issue to an arbitrator to be resolved, the

4  arbitrator, the dispute resolver decides how they're going

5  to approach that issue  And if you try and change that in

6  the terms of the protocol, you are renegotiating the terms

7  of the protocol.  And the law is very clear that you can't

8  change the fundamental framework, the agreed terms.  That's

9  not -- that doesn't meet your obligation to negotiate in

10 good faith.

11          Now as other evidence here, I mentioned already,

12 we've said that they've made this motion.  They accuse us of

13 tying it up.  They in effect accuse us of bad faith in

14 stymieing the protocol negotiations, but they made the

15 present motions and we said we embrace your protocol, just

16 change the dispute resolver.  I don't think our good faith

17 could be any clearer than that and they said no.  And the

18 one difference is arbitration which was a term that had been

19 agreed by the parties in every draft in six drafts.  That's

20 a term that had been accepted by everyone for two years and

21 now suddenly it's become unacceptable and that is not good

22 faith.

23          There's been a reference to the creditors'

24 committee's July 2010 list of issues.  I don't want to go

25 into them in great detail, but it is a -- it's not evidence

1    of a deadlock.  What happened is that the parties were

2    deadlocked over this one issue which had to do with Canada's

3    demand to limit the arguments that could be made to the

4    dispute resolver.  And that became a very contentious

5    discussion with a lot of emotion on both sides and the

6    parties did not feel that it was useful at that time to try

7    and work through the other drafting points.  Because if you

8    look at the draft which is attached to Mr. Hodara's

9    affidavit, 95 percent of the words in that document are not

10   under discussion.  And a lot of his comments, a lot of the

11   creditors' committee's comments are things like explain --

12   we need to consider this further.  Explain what you mean

13   about this.  They're drafting points.  And it's not clear

14   whatever happened to those points.  We believe that if Your

15   Honor gave us the guidance that you do see this as an

16   arbitration agreement and that the position taken by Canada

17   about limiting the arguments that could be made to the

18   dispute resolver which they have dropped in the current

19   version of the protocol, if we had that guidance, we believe

20   that we would be able to work through the rest of the open

21   points on the draft protocol within a matter of hours.  They

22   are just -- none of the points are the kinds of things that

23   people would deadlock about.

24              Now moving onto again to the procedure that's

25   been proposed by the U.S. debtors here.  These cross-border

1  hearings are going to be a big experiment with no --

2  THE CLERK:  We're doing the fade-out again, sir.

3         MR. ADLER:  These -- the cross-border hearings

4  would be a big experiment, with no assurance of achieving

5  any binding or enforceable result.  The nature of the

6  allocation dispute and the evidence that will have to be

7  presented I very different from the other matters that have

8  been addressed by the courts in joint hearings.

9         There are, I think, seven big assets sales.  In

10 each of those, there are 20 to 40 selling debtors.  And at

11 the end of the proceeding, each of those selling debtors has

12 to have a number written next to their name: the dollar

13 entitlement from the funds in that sale for each of the

14 seven different sales.  There are, literally, hundreds of

15 different decisions that the courts would have to coincide

16 on, not just one decision.  It's not like the prior sale

17 proceeds motion, sale -- I'm sorry, sale practice motions --

18 procedures motions, where it's a go or no-go.  And if one of

19 the courts had problems with it, presumably, the parties

20 could try and address that and come back.

21        This is a case where the two courts will be

22 deciding how to dispose of a single -- a single pot of gold.

23 Two courts of parallel jurisdiction, with no unified appeal

24 and no way to resolve disputes between the two of you, have

25 got to reach the same decision on hundreds of individual

1  decisions.  In prior cases, by the way, the various debtors

2  were all supporting the action, I think.  In all the ones

3  that I'm aware of, you had support from the two debtors.  In

4  this case, you'll have the debtors on both sides of the

5  border very much at odds with each other.

6          And I will say, from the perspective of overseas

7  and the concerns of our clients, there is something a little

8  bit unseemly about having two courts dividing a pot of gold

9  between the different groups of creditors in their various

10  jurisdictions without including a third of the world or

11  representatives of a third of the world in that process.

12          Now, they say their procedure would reduce the

13  likelihood of inconsistent decisions.  That's wrong.  It

14  actually multiplies that risk, because you will have two

15  separate decisions on allocation.  We would all hope that

16  they would coincide.  But even if they do coincide, what

17  happens next is very difficult to predict.  There could be a

18  rush to try and enforce the judgments in New York, where the

19  escrow proceeds are held.  And in the event of appeals,

20  there would be two separate appeals going up through the two

21  Court systems.  We don't know how long it would take to

22  resolve that, and once again, we would simply be praying

23  that they're -- that they coincide and that they reach the

24  same result.

25          Our approach is the one that will get things done

1  quickly and efficiently and will facilitate the earliest

2  payments to creditors.  Arbitrations can be done quite

3  quickly.  We're ready to go right now.  We've suggested that

4  the parties should start allocation disclosure right now, at

5  the same time as claims disclosure, and we've sent a draft

6  schedule to the other parties for that.  There's no risk of

7  dual appeals.  Arbitral awards are -- there's a body of law

8  that governs where arbitral awards can be confirmed or

9  vacated, and once an initial court is seized of a dispute

10  about that, other courts will defer, through the normal

11  rules that apply to parallel proceedings unto the first

12  seized court.  And there's also a much narrower standard of

13  review.  It wouldn't be a full appeal of any arbitral award

14  but only the very narrow points that they were allowed to

15  raise under the Federal Arbitration Act.

16         Now, there's been a lot of discussion about the

17  -- what a good idea it is to litigate intercompany claims

18  together.  Putting aside the issue of allocation for a

19  moment, the North American parties have made a very

20  persuasive argument for why it makes sense to coordinate

21  claims determinations for intercompany claims.  That should

22  -- I just want to note, while we're here discussing this,

23  that should also include the U.K. estates and claims against

24  the EMEA debtors.

25         Because of the differences in procedures, the

1   U.K. and EMEA courts have not yet initiated formal claims

2   procedures.  Apparently, under their procedures, you need to

3   be in sight of being able to make distributions before you

4   can start formal claims procedures.  Hopefully, the result

5   of this motion would help that.  But they will -- by the

6   way, there have been informal claims proceedings going on

7   that the North American debtors have been invited to present

8   their claims, and they have not done so, some time ago.

9   They've chosen not to do so.  But we do know that there

10  will, at least from Canada, be substantial claims.  They

11  will also relate to the MRDA.

12          And what we're going to do is get the U.K.

13  process going.  We think we can do that seasonably soon.

14  And we expect to be coming back with a way of coordinating

15  all three claims procedures: Canada, the U.K. -- or EMEA

16  rather, and the U.S.  We are not suggesting that anything be

17  delayed for that purpose.  We've -- on the contrary, we've

18  suggested that we adhere to a very vigorous schedule for

19  exchanging claims discovery.  But we do think that, for the

20  same reasons, it makes sense to try and coordinate, reduce

21  duplication of effort, reduce the likelihood of inconsistent

22  decisions, and prevent re-litigation of the same things, the

23  EMEA claims, intercompany claims process, should be

24  coordinated with this.

25          Now, we do believe that allocation should be done

1  on an expedited basis, and we think it should be decided

2  before claims.  And the reason is, as I've just described,

3  the basis of the arguments related to the MRDA.  There's a

4  very good chance that the resolution of the claims process

5  -- of the allocation process, rather, will address the

6  concerns that the EMEA entities have about the MRDA.  If

7  they're valued and given the value of their contributions to

8  the entities, that would resolve a lot of the claims that

9  they've asserted against both the Canadian and the U.S.

10 estates.  So there's a good chance that the decision on

11 allocation in advance of claims will actually reduce the

12 claims, allow us to dismiss some of the claims and make some

13 of the other ones very settle-able or resolvable by other

14 means.

15       We don't think that this is unfair.  We don't

16 think it's giving us two kicks of the can, as I think the

17 Canadians have said.  The courts will be in a position to

18 decide whether there's some kind of duplication of

19 compensation through that process.  In the protocol, it had

20 been suggested that the -- or the draft protocol, it had

21 been suggested that the arbitrators would give brief reasons

22 for their decision, so the courts would be able to trace out

23 what the basis was for the decision and prevent any double

24 payment or double counting.

25       Now, finally, we're, frankly, astonished to be

1   standing alone, pointing out the problems of trying to

2   resolve allocation in a cross-border protocol situation,

3   where the two courts will reach two separate decisions,

4   subject to parallel rights of appeal.  It seems apparent to

5   us that a dispute resolution process in which two courts are

6   meant to decide the allocation of a single res -- a single

7   thing is not a dispute resolution procedure at all.

8           And so, the EMEA debtors submit that if you

9   reject all of our arguments and determine that the

10  allocation decision should proceed before the courts, we

11  believe that you should exercise your discretion -- one of

12  you should exercise your discretion to designate one of the

13  two of you to hear the allocation decision.  I think

14  paragraph 12, though there's several paragraphs of the

15  cross-border protocol that give you the discretion to do

16  that.

17          We maintain our argument that this is meant to be

18  arbitrary, that there was a clear agreement to arbitrate,

19  and that arbitration is the best way to resolve this

20  dispute.  But if it must go forward in Court, please don't

21  take us down this experiment of trying to have the two

22  courts decide this.  We would respectfully request that the

23  courts designate one of you to hear that dispute.

24          And then, just as a housekeeping matter, I will

25  make the same motion Mr. Bromley made to admit the various

1  affidavits, the expert affidavits we've submitted in Canada,

2  as well Mr. Lloyd's affidavit and other materials we've

3  submitted here.  We've made our arguments about the

4  paragraphs that they've asked to strike, based on hearsay.

5  We think Your Honor's in a position to look at the weight of

6  those accordingly.

7        THE COURT:  Certainly.  Any objection, Mr.

8  Bromley?

9        MR. BROMLEY:  Actually, yes, Your Honor.  There

10  were certain documents that were referred to in Mr. Adler's

11  presentation that were not accompanied by references to any

12  of the submitted materials, including a reference to a memo

13  that was created by Cleary Gottlieb and other documents like

14  that.  If anything is to be admitted into the record, they

15  should be identified as being already attached to some

16  document for submission.  If they're materials that they're

17  relying on that they have not submitted, then they shouldn't

18  be relying on them.  It's just entirely unclear to me

19  whether the documents that they referenced fit into that

20  category.

21        MR. ADLER:  Your Honor, every document except for

22  that one has been submitted to the Court.  And I'll be

23  honest and say that we have notes of that document, but we

24  couldn't find a copy of it.  It's the kind of thing that if

25  there were an adversary proceeding, if we were taking

1  discovery here, we would've asked Mr. Bromley to produce it.

2  We did see it.  We know it exists, but we don't have it

3  today to present to the Court, and you know, I certainly

4  will -- am prepared to accept that that's not a particularly

5  strong form of evidence.

6          THE COURT:  But the materials that have actually

7  been submitted, you don't object --

8          MR. BROMLEY:  The materials that have --

9          THE COURT:  -- to those?

10          MR. BROMLEY:  -- been submitted, we don't object

11  to.

12          THE COURT:  All right.

13          MR. BROMLEY:  As to documents that they can't

14  remember whether they've seen or we have actually delivered

15  to them, we do object to any of those documents, if the

16  exist, coming into evidence.

17          THE COURT:  All right.  And of course, if they're

18  not being submitted, then they're not admitted, either,

19  so --

20  (Laughter)

21          MR. BROMLEY:  Then, we would also move to strike

22  the references to the possibly existing but possibly not

23  existing documents on the record.  Thank you.

24          THE COURT:  All right.  Well, I will -- I'll

25  strike those references.  I don't have the documents, of

1  course, and counsel for the debtors don't have the

2  opportunity to review the documents or comment on them and

3  that sort of thing.  But the other documents are all

4  admitted, Mr. Adler.

5              MR. ADLER:  Fair enough.  Thank you, Your Honor.

6              THE COURT:  I just want to ask -- I just have --

7  I have just a couple questions for you, or at least one.

8  You've made a lot of references to the word private.  You

9  know, a private dispute resolver.  But the word private

10  never appears in IFSA.

11             MR. ADLER:  I -- may I -- using the word --

12             THE COURT:  Is that your -- is -- are you

13  editorializing?  I didn't even see it in the -- you know, in

14  the drafts that you were submitting.

15             MR. ADLER:  No, that's a fair comment.  That word

16  does not appear there.  The word comes from the case law and

17  the principles that govern arbitration, which say,

18  essentially -- I mean, I suppose this is -- might be a

19  misleading term, because it doesn't necessarily mean that

20  it's cloaked in privacy or confidentiality.  But what it

21  does mean is that where parties are designating a person to

22  resolve a dispute, outside a public forum, a court, that is

23  considered an arbitration clause, and that comes from the

24  law.  And we say that that was the understanding behind the

25  term dispute resolver, not that it would -- not that the

1  parties used the term private, but that they would designate

2  an accountant or an expert or an arbitrator or someone to

3  resolve the dispute outside a public forum, outside a court.

4           THE COURT:  Could dispute resolver also include a

5  mediator?

6           MR. ADLER:  I -- it certainly could, and as a

7  matter of fact, that was addressed in the protocol, and

8  there were -- there was a provision for mediation in the

9  draft protocol.

10          THE COURT:  All right.  But under those

11 circumstances, the dispute resolver, as a mediator, would

12 not be, in effect, deciding the allocation?

13          MR. ADLER:  Yeah, that's -- I guess that's right.

14 So it wouldn't trigger the second prong of the escrow, where

15 you need a decision from a dispute resolver.  If there was a

16 mediator, it would actually be, I suppose, under the first

17 prong, where it produced an agreement of the parties to

18 release the escrowed funds.

19          THE COURT:  All right.  All right.  Justice

20 Morawetz, any questions from you for Mr. Adler?

21          JUSTICE MORAWETZ:  No, not at this time.

22          THE COURT:  All right.  Thank you, Mr. Adler.

23          MR. ADLER:  Thank you, Your Honor.

24          THE COURT:  It was an excellent argument.

25          MR. ADLER:  Thank you.

1          THE COURT:  I -- it was very helpful.

2          MR. ADLER:  Thank you, Your Honor.

3          THE COURT:  Thank you.  Are we going to hear from

4   your colleague in Canada, Mr. Adler?

5          UNKNOWN:  Mr. Gottlieb.

6          MR. GOTTLIEB:  I was waiting for the other

7   supporters to get up in the other courtroom first.

8   (Laughter)

9          UNKNOWN:  The microphone --

10          THE COURT:  Yes.

11          UNKNOWN:  -- just went dead again.

12          THE COURT:  Obviously, we are.  Thank you, Mr.

13   Adler.

14          MR. GOTTLIEB:  Thank you, Your Honors.  I think

15   I'm the first that gets to say good evening, by the clock.

16   We do appreciate, on behalf of all counsel, both courts

17   and --

18          THE COURT:  Well --

19          MR. GOTTLIEB:  -- staff staying.

20          THE COURT:  -- we don't want to hear good

21   morning.

22          MR. GOTTLIEB:  We greatly appreciate that to get

23   this done.

24   (Laughter)

25          MR. GOTTLIEB:  No, that won't happen.  I will

1   tell you the briefs that I'm going to be referring to

2   primarily, just so you have them handy.

3           THE COURT:  Sure.

4           MR. GOTTLIEB:  The Lloyd affidavit with all of

5   the exhibits, and I'll be referring to page numbers in that

6   affidavit as well as the supplementary record that we filed

7   and the record that we filed.

8           So I'll tell Your Honors where I'm headed on

9   these submissions.  And although I would say I'm not going

10  to repeat what Mr. Adler says, there will be some

11  repetition, because I do want to take the Courts to some of

12  the evidence that Mr. Adler referred to, but I'd like to

13  actually go to the exhibits in some more detail, so I do

14  apologize.  And I know it's late, but I do want to take the

15  time so the Courts have our points.

16          So first, I'm going to go for a few overview

17  points.  Then next, I'm going to summarize our main

18  submissions, some of them in detail so that I don't have to

19  go back to them.  Others, I'm just going to leave to the

20  factum that we filed, and I will leave and rely on Mr.

21  Adler's submissions with respect to them.  Then, I will go

22  to the facts and the argument, and I will do those at the

23  same time, so that I don't have to go back and forth, and we

24  could deal with that all at once.

25          So first, I want to start with just a few

1  overview points.  And Mr. Adler did refer to this, but since

2  it is an important point, I do want to restate it here.  The

3  suggestion that was made right at the outset by Mr. Bromley

4  that the parties who we represent are -- believe the courts

5  are biased, and that is a motivating factor.  It is, in my

6  respectful submission, a submission that should not have

7  been made.  We have never suggested, said, insinuated that

8  our clients view either of these courts as biased, and we do

9  not think so.  That's a very serious allegation to make.  We

10  sure don't say it.

11         Our position with respect to this motion is not

12  because we believe the courts are bias and cannot do

13  justice.  It's because we believe, and it's our respectful

14  submission, that the protocol that's been put forward simply

15  will not work.  And it's our respectful submission that we,

16  just as all the other parties that stood up, want allocation

17  to happen.  We represent very, very significant groups, who

18  are owed significant amounts of money.  And we desperately

19  want them to get it sooner than later.

20         In our respectful submission, the protocol that's

21  been put forward will delay allocation and not make it

22  happen any more quickly.  It will increase cost to all of

23  the estates, so that there's less money available.  And

24  although some arguments have tried to make light of our term

25  of chaos, and we don't want to overstate the point, but we

1    truly believe that it will become a procedural problem, as

2    opposed to a procedural solution, so that we are going down

3    the wrong path.  And in our respectful submission, we should

4    stop now before we start.  So it's not because of bias.

5    It's because, in our respectful submission, the protocol

6    will not work.  And I will come back to that, as Mr. Adler

7    did deal with that.

8              Next overview point I want to make is -- and this

9    was touched on slightly.  But in our respectful submission,

10   the motions that have been brought are unfair to the joint

11   administrators and the estates that they represent, because

12   it is clear on the evidence -- and I will say this is un-

13   contradicted on the evidence, unchallenged on the evidence

14   -- that the basis upon which the sales of the assets for the

15   EMEA debtors took place was as a result of their belief that

16   there would be an arbitration or an arbitration panel that

17   would determine the allocation of proceeds.  And it's

18   telling that after the sales took place and after the $900

19   million stalking-horse sale was announced, that's when the

20   motion was brought.  So after the sales had happened was the

21   first time, and we do literally mean the first time, that

22   these parties had said, oh, we're not going to do this by

23   arbitration anymore, like we've been talking about for two

24   years.  We're now going to do it by way of a court

25   proceeding.  And in my respectful submission, that is a very

1  important consideration for this Court when it exercises its

2  jurisdiction, and of course for both courts, because

3  fairness is obviously one of the hallmarks when these courts

4  exercise their jurisdiction.  And I say the evidence is

5  unequivocal that but for the IFSA and the agreement towards

6  arbitration with respect to allocation disputes, there would

7  not have been sales.  And it is simply not fair.

8          And I'll say as a quick aside, counsel for the

9  CCC said the function of the Court is to do this allocation.

10  It's always been the function of the courts.  If that were

11  the case, the parties wouldn't have needed to enter into

12  that part of IFSA.  If it was always to be the Court's

13  IFSAs, provisions were not necessary.  The parties did enter

14  into IFSA, and there's a reason they entered into IFSA:

15  because that was the appropriate way to deal with those

16  things.  And we'll obviously come back briefly to that.

17          The next overview point, but it overrides the

18  submissions that my friends make, which is an important one,

19  it is repeatedly suggested and said that the cross-border

20  protocol gives these courts authority to do things.  Well,

21  with respect, that is incorrect, as a matter of law.  A

22  cross-border protocol does not give substantive rights to

23  the courts.  And we'll go to the cross-border protocol,

24  because it couldn't be more clear about what it does.  So

25  that's the first point about the cross-border protocol.

1           Second point is it was said that we agreed -- the

2    EMEA debtors agreed to the cross-border protocol.  Well,

3    that's not right, either, because obviously, the cross-

4    border protocol is an agreement between the two courts as to

5    how they will operate cooperatively with respect to these

6    two proceedings.  The EMEA debtors never agreed to the

7    protocol, nor did the creditors from the other jurisdictions

8    as well.  So to suggest that somehow it was agreed, that's

9    just factually incorrect.

10          Third, Mr. Mark said repeatedly it's a multi-

11   party cross-border protocol, that this is a multi-party

12   proceeding, and therefore, the Court should be comfortable

13   doing it.  But what that submission ignores is that there

14   are other insolvency proceedings dealing with Nortel, and

15   I'll just list a few of them.  We obviously have the one in

16   the UK.  We've got an insolvency proceeding regarding Nortel

17   in Israel.  There's one in France.  There's one in the

18   Ukraine.  So it is not as though all the parties that have

19   insolvency proceedings surrounding them are involved in the

20   cross-border protocol and therefore are covered by it.

21   There has never been an attempt to get recognition of these

22   proceedings in the UK.  And the suggestion is that that's

23   not necessary, but of course, it is.

24          The final overriding point is many parties have

25   come here today to say that it is necessary for the Court to

1    take over the allocation, because they were not to be

2    involved in the arbitration.  They say we need to be

3    involved, and the only way to do that is to have it in an

4    open court.  But obviously, Your Honors, they were not

5    selling parties of assets who are entitled to proceeds.  And

6    when one reads the IFSA from front to back, as it's been

7    suggested, the IFSA is all about selling the assets and then

8    how to get the proceeds allocated through a process.  It's

9    not unusual that the CCC wouldn't be party to that.  They're

10   not a selling party, so they'd have no right to fight over

11   the allocation of the proceeds of the sale.  That's why the

12   IFSA was put in place, and that's why the IFSA dealt with

13   the arbitration proceeding in the way it did, but I'll come

14   back to that.  But that's a long way of saying, Your Honors,

15   that, in our respectful submission, these courts should not

16   be moved by that submission that other parties will come

17   into the allocation, because that was not what IFSA

18   contemplated at all.

19            So those are the overriding points.  If I might,

20   now, just go through and summarize our main submissions and

21   then come back.

22            So first, and this was obviously touched on by

23   Mr. Adler, in our respectful submission, the IFSA provided

24   that the parties agreed that all of the disputes over

25   proceeds would be determined by arbitration and not by the

1  courts.

2          And there are two way to arrive at that,

3  obviously.  First is, it's our respectful submission, that

4  when the provisions of IFSA are properly interpreted under

5  New York law, those provisions unambiguously point to

6  arbitration as the sole dispute resolution mechanism.  And

7  therefore, the courts, if that submission is accepted, must

8  enforce.  The fact that we're in an insolvency proceeding

9  doesn't change the fact that agreements have to be enforced.

10 There is no discretion of the Court to say, yes, that's what

11 you agreed, but we're going to replace it  with a different

12 protocol, with a different body.  So in our --

13          THE COURT:  I take it, then, that your submission

14 is that the words relevant dispute resolvers can, in no way,

15 in no form, ever include a Court?

16          MR. GOTTLIEB:  That is our first submission,

17 correct.  That, in the context of IFSA --

18          THE COURT:  Well, if it's unambiguous, it should

19 be your only submission, shouldn't it?

20          MR. GOTTLIEB:  Yes, and if -- Your Honor, if you

21 tell me you accept that, I won't go on to my second point.

22 (Laughter)

23          THE COURT:  Ten to 7:00.

24 (Laughter)

25          THE COURT:  All right.  Well --

1          MR. GOTTLIEB:  I'm just trying to straighten --

2          THE COURT:  -- you might want to be a little bit

3    more fulsome in the argument, just in case --

4          MR. GOTTLIEB:  Just in case.

5          THE COURT:  -- there's a difference of opinion.

6          MR. GOTTLIEB:  Right.  So as I said, our first

7    submission is that it's unambiguous and that that's the

8    proper way to read that and therefore enforce it.  And

9    obviously, there's expert evidence with respect to how the

10   court should interpret it, but I'll come to that.

11         But the second point is, obviously, that if the

12   IFSA provisions are ambiguous, and in my respectful

13   submission it surely would not be a stretch to say that the

14   provisions of IFSA are ambiguous.  We have two experts on

15   the issue.  They both have read different meanings into the

16   words.  So arguably, for sure, the clause that's relevant,

17   12B, is ambiguous, then the Court should look to, under New

18   York law, extrinsic evidence, and that's pre-agreement,

19   post-agreement, and other statements surrounding what the

20   parties' understanding was to determine what the intention

21   of the parties, because like in Canada, it's the same under

22   New York law, the goal is to arrive at what the intention of

23   the parties was when they entered into the agreement.

24         Before they enter into it, their conduct and

25   words is relevant and post-conduct is relevant.  There's law

1  on both sides of the border that says words to the effect of

2  there's no better way to know what parties intended by an

3  agreement for the way they acted under the agreement after

4  they entered into it.  So the post-filing conduct, in our

5  respectful submission, is very relevant and very telling.

6  And Mr. Adler did discuss this, but I'll say it upfront, and

7  then I'll go to the documents, because I think they're so

8  important.  Every single statement made before and after the

9  IFSA was entered into pointed to arbitration.  And the

10  suggestion that what dispute resolver meant could've been

11  including the Court is a post facto construction of that

12  that is not supported on any of the documents, by any of the

13  conduct, by any of the statements made to the Court or

14  otherwise.  So I'll come back to that evidence.

15          So in our respectful submission, when the proper

16  interpretation of the agreement is given, either on its

17  plain words or based on the ambiguous nature of it, looking

18  at extrinsic evidence, it all points to the same conclusion:

19  that proceeds were to be determined by an arbitration

20  proceeding and absolutely not by a court proceeding.

21          My friends say, in the argument, and Mr. Adler

22  touched on this, that we're reading words into it, like

23  private arbitration.  Well, in our respectful submission,

24  we're not doing anything of the sort.  We're taking the

25  words in context.  What the agreement clearly doesn't say is

1  that if there is no protocol agreement, if the parties do

2  not agree on the protocol, all bets are off.  I know we said

3  just dispute resolvers get to decide allocation and that's

4  the only way money gets paid out, but what we meant was

5  we'll go to the courts for that.  That's not what the

6  agreement says, and that cannot be read into it.

7           The next submission, which I will rely on

8  primarily what Mr. Adler said, is that it's simply incorrect

9  to say that the negotiations failed in their entirety and

10 that's why we end up here today.  In our respectful

11 submission, it is incorrect to say that the Canadian debtors

12 and the U.S. debtors complied with their obligations to

13 negotiate in good faith.  They do have the obligation to

14 negotiate in good faith.  We know that the negotiation

15 stopped.  They did not fail.  They stopped, because the

16 parties wanted to try to negotiate other matters, frankly

17 more important matters at the time.  And they never came

18 back to the table.  What they did instead was they served a

19 motion record.  And there was a suggestion made

20 interestingly -- I believe it was by Mr. Mark -- that all

21 parties agreed on this new protocol.  There was negotiation,

22 and all parties agreed on this protocol except for the joint

23 administrators.  Well, the joint administrators were never

24 even contacted about this protocol before the motion record

25 was filed.  In my respectful submission, that cannot be

1   compliance with an obligation to negotiate in good faith.  I

2   won't say anything more about that.

3         So then, we get to, Your Honor, the issue of do

4   the courts have jurisdiction to determine the dispute over

5   allocation of proceeds?  And in our submission, they do not.

6   First, we say that the argument that Section 16 of the IFSA

7   grants the courts authority to determine disputes is, with

8   respect, wrong.  I'll come back to that.  But it does make

9   no sense whatsoever to suggest that 16 could give the Court

10  the rights -- the right, pardon me, to determine the

11  allocation of proceeds when 12, it appears everyone agrees,

12  if a protocol was entered into, that matter would not be

13  before the Courts.  So if you take the extension of my

14  friend's argument under 12B and C, the parties could have

15  agreed to a protocol, which would have put the matter into

16  arbitration.  But 16 gives the Court the jurisdiction anyhow

17  so that the parties could have spent all the time,

18  negotiated a protocol, got to arbitration, and then gone to

19  the courts for an allocation under Section 16.  That is not

20  a sensible reading of IFSA, and it's not a sensible reading,

21  in particular, of Section 16.  In our respectful submission,

22  that cannot be right.

23        Mr. Adler dealt with, and I will not deal with it

24  again, the interpretation of Section 16 and while it is what

25  is being referred to as a broad jurisdiction clause, it is,

1    and it does have to be read in accordance with its words.

2    And we put in the expert affidavit that deals with the law

3    dealing -- pardon me, that sets out that you have to look to

4    the words of the clause, and in our respectful submission,

5    as said by Mr. Adler, when you look at the words of the

6    clause, it does not go nearly as far as my friends say and

7    does not try to usurp jurisdiction of the arbitrator that is

8    to be appointed under 12B and C.

9           And I'll just make the final point with respect

10   to IFSA 12B and C and the escrow, because this, in my

11   respectful submission, is a critically important point, and

12   it was made, but I want to emphasize it, which is this.

13   When you look at IFSA and you look at the escrow agreements,

14   there is only two ways that monies get paid out.  And this

15   is explicit.  One, consent of the parties who are entitled

16   to money.  That's the first way.  The second way is pursuant

17   to a decision by the dispute resolver.  That is explicit in

18   the agreements.  There is no other way, under those two

19   agreements, those two types of agreements, to get proceeds

20   paid out.  Therefore, in my respectful submission, there is

21   no way that the courts can read IFSA to say that there is a

22   third way that money gets paid out, which is a court decide,

23   because the parties put their mind specifically to that

24   point.  12B specifically says shall be paid out only in

25   those two circumstances.  And that's exactly what the escrow

1    says.  So to suggest that general jurisdiction provisions

2    can rewrite those clauses is, in my respectful submission,

3    incorrect, and that's not in compliance with law, and that

4    is not a proper interpretation to give to those provisions.

5           JUSTICE MORAWETZ:  Before you move on, then, just

6    sum up for me, just so I get it absolutely clear what

7    relevant dispute resolver means, according to your client.

8    What are all of the combinations and permutations that

9    relevant dispute resolver can take.

10          MR. GOTTLIEB:  In our respectful submission, what

11   relevant dispute resolver meant here, in this context, was

12   the party that was appointed to dissolve the dispute or

13   decide the dispute.  And as Mr. Adler said, there had not

14   been a determination as to what person it was, what panel it

15   would be, and other such things.  But to put it simply and

16   bluntly, it meant not the Court.  16 refers to the Court.

17   The parties knew how to say the Court.  Dispute resolver is

18   a sophisticated term, as Mr. Adler said, and frankly, it

19   means not the Court.  It means someone who's going to

20   resolve the dispute but not the Court.  And I'll say this a

21   little flippantly, but my guess is, if you walked around to

22   all the people in this courtroom before this dispute arose

23   and said, what's a dispute resolver in an agreement, when it

24   says the decision -- the -- something's going to be decided

25   by a dispute resolver, they wouldn't say the Court, because

1  we don't talk about courts that way.  That's not common

2  usage.  It is sophisticated usage for not the Court.  And

3  the fact that they didn't use the term arbitrator doesn't

4  change that fact at all.

5           Now, they could have used the term arbitrator,

6  but Mr. Adler explained why that term was left open, as

7  opposed to that.  and I will take, Your Honors, too, because

8  I think it's important, one more time, the tracing of the

9  creation of that term, because Your Honor, if it's an

10 ambiguous term, in my respectful submission, the extrinsic

11 evidence makes no doubt whatsoever what the parties meant by

12 it.  No doubt whatsoever.  It absolutely didn't mean the

13 Court, and there is, I'll say boldly, no argument against

14 that, because the documents make that absolutely clear.  And

15 I will come back to the agreement.

16           JUSTICE MORAWETZ:  Well, I think you've touched

17 on the evidence.  I was just wanting to make absolutely

18 clear, for my sake.  Thank you.

19           MR. GOTTLIEB:  It means someone who resolved the

20 -- a dispute that's not the Court.

21           Next, on the jurisdictional points, and we do

22 deal with these in our factum, but I will just set them out

23 now.  So we say, as you heard, the Court does not have

24 jurisdiction under the IFSA or any of the escrow agreements.

25 In our respectful submission, the Court does not have

1  jurisdiction simpliciter, with respect to this dispute,

2  applying the test of *Vanbreda* and the other case law that's

3  referred to in our factum.  What the Courts say is that you

4  have to not only have a real connection, but you have to

5  have a substantial connection.  And what you -- the Court

6  has to look at, in particular, is the issue before the

7  Court.  And here, we're talking allocation of sales

8  proceeds.  But we're talking about allocation of sales

9  proceeds by foreign parties, with respect to foreign assets,

10 sold under foreign agreements.

11             THE COURT:  Why don't we take a recess, and I

12 will call Justice Morawetz back.  All right?

13             ALL PARTIES:  Thank you, Your Honor.

14 (Recess at 7:00 p.m. to 7:13 p.m.)

15             THE COURT:  Justice Morawetz, it's Judge Gross.

16 Perhaps we just proceed with sound only.

17             JUSTICE MORAWETZ:  Okay.  Judge Gross, you're

18 back on?

19             THE COURT:  Yes.  Can you hear me?

20             JUSTICE MORAWETZ:  All right.  I gather we have

21 some video capability, and we have some problems, but if

22 worse comes to worst, we're going to deal with just sound

23 only and hope that that works.

24             THE COURT:  Yes.

25             JUSTICE MORAWETZ:  Mr. Gottlieb, you may start

1    again.  How much longer do you think you're just going to

2    be, just for the purposes of scheduling?

3              MR. GOTTLIEB:  I apologize, Your Honor.  It's

4    going to be an hour, for sure, so I don't -- I really don't

5    know.  I am trying to cut, obviously, but --

6              So the last point I made was that the Court does

7    not have jurisdiction simpliciter over the parties, and I'll

8    just make one more point on that, and then I'll move on,

9    Your Honor, which is if this were outside of a CCAA, I don't

10   think there'd be a lot of discussion about whether or not

11   this Court would have or take jurisdiction over a foreign

12   party with respect to its sale of its assets, pursuant to an

13   agreement under foreign law in another jurisdiction.  I

14   don't think we'd be having the discussion.  In my respectful

15   submission, the law and its application is no different in

16   these circumstances simply because we're in a CCAA, which

17   leads directly to the next point, which is this: there are

18   submissions made by my friends and their factums, and I

19   believe here as well.  There was a significant amount of

20   talk about the Court's inherent jurisdiction under the CCAA

21   and its just general jurisdiction under the CCAA, but

22   obviously, if the Court does not have the jurisdiction over

23   the parties, pursuant to regular what I'll call

24   international law, inherent jurisdiction can't give the

25   Court jurisdiction over those parties.  So it -- inherent

1    jurisdiction cannot -- and I doubt my friends would

2    seriously contend this.  It cannot give the Court

3    jurisdiction over parties that, under international law,

4    comity of law, *Vanbreda* principles, the Court would not have

5    jurisdiction over.

6            And I do pause just to recall, before I move

7    over.  We are talking about over two dozen Nortel entities,

8    the majority of them are outside of North America.  And the

9    dispute that my friends say this Court and the U.S. Court

10   has jurisdiction over is the allocation of the proceeds of

11   the sale of those companies.  They're selling their assets.

12   So I do say that that, in our respectful submission, is what

13   the Court has to look at.  It's those proceeds that are at

14   issue here, and therefore, the Court has to look at that

15   subject matter when considering the international law

16   principles regarding jurisdiction.

17           Our next submission is, and I made it in the

18   overview, where I said that the cross-border protocol does

19   not and cannot give the Court jurisdiction.  That's not the

20   intent of the cross-border protocol.  It doesn't expand

21   power to the courts, but I'll now flip that submission on

22   its head, Your Honors, and say that approving of the

23   protocol that's being sought today would violate, in our

24   respectful submission, very clearly the cautions and the

25   terms of the cross-border protocol.

1          So I will go to that, but I'll give the

2   highlight, obviously.  The cross-border protocol is explicit

3   about preserving the sovereignty and independence of each

4   Court and that nothing in that cross-border protocol should

5   be viewed as, in any way, taking away the sovereignty and

6   independence of the courts.

7          And the final submission, on the jurisdictional

8   point, I'll make is that it would be improper, in our

9   respectful submission, for these two courts to grant the

10  protocol, because it would, in effect, be a violation of

11  sovereignty, because these courts would, in effect, have to

12  sit as one panel in order to render any useful type of

13  decision with respect to what is being asked of these

14  courts.  Our courts in Canada are independent and must be

15  independent and cannot have their decisions affected by any

16  other court.  And I'll refer to a case that says that, what

17  I consider to be a very trite position, that it would be, in

18  our respectful submission, improper for the Canadian Court

19  to, in any way, tie itself to the U.S. Court with respect to

20  a decision, which is, in our respectful submission, what's

21  being asked here.

22          And the final point that I led up to, obviously,

23  is the --

24          JUSTICE MORAWETZ:  Run that by me again.  Why

25  would this -- any decision that's made cause that

1   sovereignty difficulty?

2          MR. GOTTLIEB:  Okay.

3          JUSTICE MORAWETZ:  How is it different than any

4   other decision on any of the 20-odd previous joint hearing

5   or sometimes they refer to them as parallel hearings?

6          MR. GOTTLIEB:  In our respectful submission,

7   they're of an entirely different nature, and therefore lead

8   to completely different considerations, and I'll explain

9   why.

10          With respect to, for example, proceedings that

11   have preceded us today, the ones that have gone before, you

12   take a sale hearing, a sale approval hearing, both courts --

13   there are motions before both courts.  Both courts get to

14   consider the issue.  And in that particular motion, the

15   court -- pardon me, the courts can either say yes to the

16   sale or no to the sale.  They can either approve or not

17   approve.  Those are the choices that they have.

18          JUSTICE MORAWETZ:  So isn't that the same that

19   there's now?  There's a motion before Judge Gross.  There's

20   a motion before this Court.  Both courts consider and make a

21   determination.

22          MR. GOTTLIEB:  Yes.  It's the protocol that is

23   being asked to be put in place that will violate

24   sovereignty, and I'm sorry; I didn't make that point clear.

25   The point was that what is being asked of these two courts

1  is to put themselves in a position where, if they follow the

2  terms of the protocol, they will, as a matter of course,

3  have to violate sovereignty and independence.  If they don't

4  -- and I say this respectfully, of course, if the two courts

5  do act independently and come to their decisions

6  independently, as they're required to, there will be

7  decisions that are of no use to any party, because they'll

8  be completely unenforceable.

9         So the example -- I'll give a random example, not

10  trying to tie it to any situation.  There is an asset --

11  there was a sale agreement or several sale agreements,

12  because that's what's going to involve in connection with

13  the sale of one part of the business.  And you have 20

14  parties.  If you take the enterprise business, you've got

15  double that, who are involved in the enterprise sale of the

16  business.  You've got a -- it's over 40 parties involved in

17  the sale in the various arms of it.  And you have $100 that

18  you have to divide amongst them.  That's the obligation of

19  the Court -- the -- of the courts.  There are going to be

20  submissions made, and you're going to have to do a

21  percentage out allocation of the proceeds of that sale among

22  40 different parties, based on the law of several different

23  jurisdictions, to parties across the board.  And saying $100

24  isn't a good example.  You should probably say a billion

25  dollars, because that's better.

1          So what you, Justice Morawetz, have to come up

2     with is an allocation of those proceeds among the 40

3     parties, based on the arguments made in all the different

4     jurisdictions, based on all the laws that are appropriate

5     with respect to the allocations, local laws, foreign laws,

6     laws of Canada, laws of the United States, law of Israel,

7     and you then have to come to a percentage allocation.

8     Israel gets 10 percent of the proceeds.  U.S. gets 20

9     percent of the proceeds.  Canada gets 15.  And then, you

10    divide it all the way across the board until you've got 100

11    percent.

12          In my respectful submission, that's a decision

13    that Your Honor has to come with independently.  That's your

14    function: to come to that decision.  If this Court comes to

15    that decision and Justice Gross [*sic*] in the U.S. comes to

16    his own decision, as, in our respectful submission, he's

17    required to do, it is impossible -- I'm not going to say

18    improbable.  It is impossible for the two courts to come to

19    the same decision on the allocation.  It is impossible.

20          So what do we do when we have a decision from the

21    U.S. Court that gives Canada 12 percent and a decision from

22    the Canadian Court that gives it 4 percent of the proceeds?

23    Can't enforce them.  It's impossible to enforce them.

24          So the protocol, it's interesting.  I'll say as a

25    quick aside, Your Honor, when the protocol was put forward

1  first by the U.S. debtors when they brought their motion,

2  they recognized the problem that I'm talking about.

3  Unequivocally they recognized it, because they said the

4  courts will render a decision.  That's what the protocol

5  said, because that's the only possible way you can come to

6  an enforceable decision.  The joint administrator filed its

7  papers in the United States first and pointed out in their

8  material, in the memorandum, that it's a violation of

9  sovereignty for two courts to get together and issue a joint

10 decision, because, in our respectful submission, it clearly

11 is.  Can't happen.  It's not the way it's supposed to

12 happen.  It would violate the protocol.  It would violate

13 international law.  Two courts can't sit as one panel.

14 That's why the protocol makes that clear.

15         So that problem was, and I'll put quotes around

16 it, fixed.  They said, oh, okay.  Got it.  We can't issue --

17 have two courts issue a decision, so we'll have two courts

18 issue their own decisions.  But it won't work if they issue

19 their own decisions, because like I said, it is impossible

20 to come up with the same number.  And it's not just one

21 time, Your Honor; it's -- as Mr. Adler said, hundreds of

22 decisions will have to be made of that nature.

23         And I say, and again, with great respect to you

24 and to Judge Gross, you may not sit as a single panel on

25 that.  So that's why I started off by saying it's not

1    because the courts are biased -- we say the courts are

2    biased.  Of course we don't say that.  We say that what is

3    being putting forward doesn't work.  And now that I'm here

4    at this point that's only one of the problems with the

5    protocol that's put forward.  It's obviously a huge problem

6    because in our respectful submission we can work as long as

7    we want.  We can have as many hearings as we want, but when

8    it comes time to make a decision we'll have an unenforceable

9    decision so all the time and money will have been wasted, so

10   that's obviously a very, very big problem.

11            There are obviously huge problems from a

12   procedural matter leading up to that.  How are the courts

13   going to determine all issues of evidence and procedures

14   that go along with that?  Arbitration panels can set but

15   courts abide by their rules, and there was a stark example

16   of it here today, which is under the law and procedure in

17   Canada certain evidence can go in in a certain way and the

18   court can let it in.  In the United States that wouldn't be

19   the normal course.  It would be objectionable and it may not

20   be allowed in.

21            The starkest example, obviously, is the self-

22   incrimination rights, the right not to incriminate in the

23   States.  In the States a party that wants to object to

24   answer a question can rely on the American Constitution and

25   say I refuse to answer that question and that individual

1  witness has an absolute right to refuse to answer the

2  question.  In Canada, we don't do that.  We don't have that

3  protection.  Your Honor is fully within your right to force

4  any witness to answer any question.  There are other

5  protections, but they can't refuse to answer the question

6  the way they can in the States, so in this joint hearing

7  between the U.S. court and the Canadian court, a witness

8  says, I'm sorry, I refuse to answer the question.  That's

9  just again one example of the procedural problems, which is

10  why the courts -- pardon me, which is why when the parties

11  talked about allocation, they never talked about the courts

12  being the party to determine the issue.  They only talked

13  about an arbitrator.

14              It would have been very easy to write into the

15  agreement that we'll throw all these matters to the court

16  and it'll be done.  That's not what they said because that

17  doesn't work in our respectful submission.  And when you

18  look at the expert evidence about arbitration it's clear

19  that the courts favor arbitration for international

20  disputes.  I'll get to the issue that Mr. Mark raised.  It's

21  clear under American law, and no one would dispute this,

22  that the courts favor arbitration for international law

23  disputes, and that's the reason why because it's easy to

24  resolve by arbitration.  It's impossible to resolve through

25  a court system.

1          The other procedural problem which comes up,

2    obviously, in our respectful submission is appeals.  Your

3    Honor renders a decision, Judge Gross renders a decision.

4    There are completely different appeal routes.  There are

5    completely different appeal rights in our jurisdictions.

6    The fact that the court somehow came upon an enforceable

7    decision would completely after the decision was made again

8    be unenforceable and unreliable because what happens if the

9    Court of Appeals in Ontario grants leave and grants the

10   appeal and the appeal route in the U.S. is unsuccessful.

11          That's why you go to binding arbitration without

12   appeal right because you end it there, and there is no way

13   to take away, if I can put it this way, all the hard work

14   that's been done to date.  That's why you go to arbitration,

15   not the courts.  These are not points that we raise like

16   chicken little to say the sky is falling, the sky is

17   falling, it's going to be chaos.  In our respectful

18   submission, that's what the result will be from this

19   protocol being granted.  It's not made up difficulties.

20   They're real practical difficulties.  There are significant

21   differences in pre-trial issues.  There are just simply many

22   different -- I could run through them all.  Mr. Adler did

23   them but the bottom line is in our respectful submission the

24   protocol that's being put forward simply doesn't work

25   because of the nature of the questions that you're being

1    asked.

2              These two courts have never in this proceeding

3    been asked to render any type of decision like the one

4    that's being asked these courts to deal with in  protocol.

5    Never.  And in my experience no courts on a joint protocol

6    have ever had to deal with issues like these before because

7    in our respectful submission it's clear it doesn't work.  So

8    that was a long way around to why we say in our respectful

9    submission it doesn't work, which is now going to lead me to

10   the facts and the argument part of this.  And I've obviously

11   dealt with some of this in the beginning of my submissions.

12   And our focus point, as you know, is that this is an

13   enforceable arbitration agreement under New York law and

14   ought to be enforced.

15             We did in the affidavit of the expert, Mr. Cheng

16   with respect to New York law, I will point out the moving

17   parties did not see fit to put in any expert evidence on the

18   point notwithstanding that the agreement is a New York

19   contract under New York law.  In our respectful submission,

20   the protocol does not say, Your Honor, that you don't have

21   to decide the issue that's before you today with respect to

22   New York law.  That's not what Section 14 of the protocol

23   says, and you may want to turn it up but you can look at it

24   after because it doesn't say -- it says you can seek advice,

25   obviously, from Judge Gross.  It clearly doesn't say that

1  you can tell Judge Gross that it's his decision, not yours.

2          And I will just say for your notes Section 33 of

3  the protocol that Mr. Mark took you to is not applicable at

4  all here by its words, and you can clearly tell it is about

5  interpretations of the protocol itself, not other matters.

6  That's what it provides for in Section 33 so that's

7  inapplicable.  So if I get to the point with respect to the

8  argument of the proper interpretation of the relevant

9  provisions of the IFSA, it does require us to go to the

10  Cheng affidavit, and, obviously, Your Honor, because of a

11  whole bunch of reasons including the time of night that

12  we're in now, we're not going to go through the Cheng

13  affidavit in its entirety, but I will ask Your Honor that

14  you leave those, all four affidavits, frankly, because those

15  are the -- that's the evidence that you will base your

16  decision on in our respectful submission about the proper

17  interpretation.

18          So if I can ask you first to turn to our

19  supplementary motion record.  And then, Your Honor, I will

20  just give you some references with respect to the others,

21  but, again, this is to the point of the interpretation of

22  the agreement.  And if we can just start with this on page 2

23  of the motion record, which is the beginning of Mr. Cheng's

24  second opinion.  It's a reply affidavit done in response to

25  Mr. Lindsey, and it really is the paragraphs in three, four,

1    five, and six that are relevant because what they say is

2    where we don't disagree, and if you read the affidavits they

3    don't disagree on these points.

4          And I apologize, Judge Gross.  I don't know if

5    you have that in front of you if you have that available for

6    you, and, obviously, this is a question of law that you are

7    familiar with.  So it just sets out the points that the two

8    experts who swear the affidavits in Ontario, what they agree

9    on.  And importantly, obviously, that the arbitration

10   agreement exists where there's a written agreement that in

11   my view shows an intent to arbitrate.  And it doesn't have

12   to go further than that.  It has to show intent to

13   arbitrate, and there's no requirement that the parties use

14   the term arbitrator or any derivation thereof.

15         When we go through this list it all is going to

16   come down to whether the IFSA shows an intent to arbitrate

17   the dispute and not have it in front of the court, and in

18   our respectful submission that's made clear.  And, Your

19   Honor, I'm going to give you just some references to Mr.

20   Cheng's other affidavits.  We will not turn to them now but

21   I will make the point that they make and then you can, if

22   you choose, obviously, to look at those, but the critical

23   point is that under New York law, you do not have to have

24   procedures set out for an arbitration.  If the parties say

25   nothing more in an agreement, we will arbitrate our

1  disputes, an arbitration obligation exists, and you can't go

2  off to the court to have the court resolve that.

3          That's enough because you've shown the intent to

4  arbitrate the dispute.  And that's obviously an important

5  consideration here because what the parties on the other

6  side say is, well, there was nothing agreed to.  This didn't

7  have the seat of the arbitration.  It didn't have who the

8  arbitrator was going to be.  And there's a whole laundry

9  list of what it doesn't have, but what it does have in our

10 respectful submission is the intent to arbitrate.  So the

11 first report of Mr. Cheng I'm going to refer to starting at

12 pages 48 of the motion record.  And on page 58 of the motion

13 record, so it is really 48 all the way to 58, and through.

14 58 deals with Section 16 that Mr. Adler dealt with.

15          But then also the second affidavit, paragraph --

16 pardon me.  Page 7 of his affidavit.  Now there was a lot

17 said, and I'll finish this point in a moment, there was a

18 lot said about the presumption regarding the interpretation

19 of a clause in favor of international arbitration, and

20 what's clear is the two experts don't agree on that, which

21 is fine.  The courts can look at that, look at their

22 opinions on that and come to a conclusion.  What concerns

23 me, obviously, is that Mr. Mark suggested, and I will show

24 you very incorrectly, that what Mr. Cheng said in his second

25 affidavit and what was referred to left out a critical part

1  and, therefore, he got it wrong, which is just not true.

2          And I'm going to, unfortunately, have to take

3  just one second of time to show that because Mr. Mark really

4  attacked the credibility of the report, and it's just not

5  accurate.  The point was that when he referred to the Gary

6  Born international commercial arbitration piece in his

7  affidavit, he referred not to the right part.  And,

8  unfortunately, Judge Gross, I can't, of course, can't hand a

9  copy up to you, but what we have is, and we can obviously

10  send it to you, is the Gary Born piece, and what Mr. Mark

11  pointed the court to was in the affidavit of Mr. Lindsey

12  filed, today was at 649 of this document.  And I apologize.

13  We're in tab 26, Your Honor.  We're in tab 26.  And this

14  was, obviously, to the point as to whether there was a

15  presumption when reading into clauses whether there should

16  be international arbitration.

17          Mr. Mark and Mr. Lindsey's affidavit referred to

18  page 649, and it was used by Mr. Mark to say you see that

19  Mr. Cheng did not include the relevant part.  This is the

20  part that says there is not a pro-arbitration presumption.

21  But if you flip over the page, Your Honor, and this is not a

22  tit for tat.  I don't mean it like that at all.  I am just

23  clearing up what Mr. Mark said.  If we look at 650 at the

24  top, and I'm going to read it out loud so Judge Gross can

25  have the benefit.

1          It says relatively few U.S. courts have analyzed

2     the question of what standards of proof should apply under

3     the FAA to establish the existence of an agreement to

4     arbitrate.  Some U.S. lower courts have adopted the view

5     that arbitration agreements must be established by clear

6     evidence.  Other U.S. courts have held that doubts will be

7     resolved in favor of the existence of an internal

8     arbitration agreement.  Finally, some courts have concluded

9     that the same degree of clarity and certainty apply to

10    establishing the formation of arbitration agreements as to

11    other contracts.  And then the footnotes refer back to page

12    647 where it refers to the cases where there's a

13    presumption.

14          Now I will tell you in my respectful submission,

15    I don't think the presumption matters very much.  I am

16    concerned that there was a shot taken at Mr. Cheng's

17    opinion.  I don't think it was warranted and it's clearly

18    not right.  So what Mr. Cheng says is --

19          JUSTICE MORAWETZ:  At this stage, I must observe

20    that some of this is sticking with me, some is not.  I just

21    find it incredible that you have two experts and two views

22    that are going in such diametrically opposed positions.

23    Maybe sometimes in the next 24 hours we can get some

24    clarification.  It's like just to the point now where

25    parties have provided to both Judge Gross and to me about

1  three feet of material.  You've been working on this for two

2  months.  And if I start to sound a little bit frustrated,

3  you all are going to be jumping up and down wanting a

4  decision within a very short period of time.  And when we

5  get to debates on expert evidence it's not terribly helpful.

6           MR. DOWDY:  Your Honor.

7           JUSTICE MORAWETZ:  I assume this is my book, and

8  I guess you'll get one down to Judge Gross.

9           MR. DOWDY:  I will, Your Honor.  I don't think

10  that the points of disagreement are that significant with

11  respect to the expert evidence.  There are obviously

12  disagreements but that's why I started by taking Your Honor

13  to the second affidavit where he sets out off of the points

14  where there is no disagreement.

15           JUSTICE MORAWETZ:  I hear you.  It's taken an

16  hour and a half to establish it.

17           MR. DOWDY:  So we were on the point where we were

18  going through the expert evidence and now we simply have to

19  turn to IFSA and the language in IFSA which in our

20  respectful submission is obviously the most important point.

21  So you asked me some questions about it, Your Honor, in the

22  introduction, but if we go back to IFSA, it's obviously the

23  words that we have to concentrate better, the relevant ones,

24  and again, you can look at the Cheng affidavit.

25           So 12 A, B, and C are obviously the important

1   ones, and I do want to stress B because 12A is the one that

2   sets up that there will be sales and you can't hold them up.

3   That's really what 12A does.  And if we look at 12B, it's

4   the second half, obviously, that I've already referred to,

5   but this is the critical part.  It says halfway down in no

6   case, and that's clear, in no case shall there be any

7   distribution from the escrow account in advance of either

8   agreement of all the selling debtors or in the case where

9   selling debtors fail to reach agreement determination by the

10  relevant dispute resolvers under the terms of the protocol

11  as defined below of the sales proceeds.

12              And Cheng does say that dispute resolvers is a

13  term of art that is known in the community to not mean

14  court.  If we go down to C, and this is not a small point in

15  my respectful submission, it talks about the protocol that's

16  going to be negotiated and it does say will provide for

17  binding procedures.  And that is, of course, relevant and

18  cannot be given short shrift because these parties cannot

19  agree on a protocol that binds the court.  That is not the

20  language you would use if you were talking about binding in

21  court.  And nowhere in here, obviously, nowhere in here does

22  it say if there is not to be a binding protocol then we go

23  off to court and the court will decide the issues.  That's

24  simply not --

25              JUSTICE MORAWETZ:  What you're not focusing on is

1   Mr. Mark's submission of the differences or perhaps Mr.

2   Bromley of the wording in B, which is which shall be

3   negotiated and agreed, and in the third line of C, negotiate

4   in good faith and attempt to reach agreement.

5          MR. DOWDY:  Yes.

6          JUSTICE MORAWETZ:  And then you follow down into

7   D, I think it is, failing which language which drives it

8   back into the interim sales protocol.

9          MR. DOWDY:  The point is B does not mandate that

10  the parties enter into the protocol, but it does require

11  that there will not be any proceeds distributed except by

12  the dispute resolver.  And what Mr. Cheng says as a matter

13  of New York law, and it's the same in Ontario under the

14  arbitration act is that where you have what's I'll call a

15  bald arbitration clause then the arbitrator gets to work on

16  and decide the procedures.  But it does not mean by any

17  stretch of the imagination that you don't have an obligation

18  to go to arbitration.  We have in our --

19         JUSTICE MORAWETZ:  Can you compel everybody to

20  arbitration?

21         MR. DOWDY:  Can you compel them to go to

22  arbitration?  Yes.  It's an arbitration clause that

23  requires them to take --

24         JUSTICE MORAWETZ:  Everybody who argued today

25  that you cannot force them to arbitration, your position is

1  that you can?

2          MR. DOWDY:  Your Honor, I apologize.  Are you

3  asking under that section?

4          JUSTICE MORAWETZ:  We heard a number of

5  submissions from parties in court today that they cannot be

6  forced through arbitration.

7          MR. DOWDY:  I don't think any party would suggest

8  to you or Judge Gross that if 12B of the IFSA is an

9  arbitration agreement that they cannot be forced to

10 arbitration.  I didn't hear anybody make that submission.

11 That submission wouldn't be a valid submission because an

12 arbitration clause and agreement is enforceable to require

13 parties go to arbitration, period, full stop.  We have in

14 Ontario, and I'm not talking about New York law, obviously,

15 case stay after stay after stay, motion granted, where a

16 party has attempted to take a dispute to court where they

17 agreed on binding arbitration.  So, yes, the short answer

18 is, yes, you can force the parties to arbitration.

19          So, Your Honor, we then get on to the point, we

20 say that that's clear.  We say that's clear what it means.

21 We say that what the other parties are trying to do is to

22 rewrite the agreement by saying that if we don't agree on a

23 protocol we go somewhere else, which isn't what it says.  We

24 then get to the point obviously if the courts determine that

25 the IFSA language is not clear, that it's ambiguous, that

1   you don't know whether it means arbitration or court because

2   it could mean both, we have two experts that -- we have one

3   expert that says it means one, we have another expert that

4   says no, therefore, obviously, it's possible that it's

5   ambiguous.

6          You should then in our respectful submission look

7   at the extrinsic evidence.  Mr. Adler took the court to some

8   so I'll just give you references to it, Your Honor, so that

9   you have it.  But I'll stress the point.  A lot has been

10  said about dispute resolver, the term dispute resolver.

11  There is no question when one looks at the extrinsic

12  evidence where that word came from and what it meant.  So

13  I'll ask Your Honor just to turn to the Lloyd affidavit, and

14  we'll just flip quickly to a couple of pages because it's

15  important because when parties say we don't know what

16  dispute resolver was supposed to mean, court or otherwise,

17  we know by this what it was supposed to mean.

18         Page 69 of the record, and Mr. Adler took the

19  Court to this, is this document, and the only reason why the

20  Lazard document is relevant is because the U.S. debtors

21  based their first draft of the document on this document and

22  you can just tell that by the language.  So, Your Honor,

23  page 70 of this document is a reference to the -- referring

24  the dispute to the dispute resolver, and then it says who

25  the dispute resolver is.  Dispute resolver is identifying an

1    individual, and identifying an accounting firm whose

2    assistance the dispute resolver may seek.  And, Your Honor,

3    if you read this entire document there is no possible way to

4    interpret dispute resolver to mean possibly a court.

5           It tells the dispute resolver when the decision

6    will be issued, et cetera, et cetera, so there's no one who

7    could reasonably suggest otherwise.  And then, Your Honor,

8    as Mr. Adler referred you to, if you flip over to page 7D3

9    of the record that you have in front of you, you see -- and

10   this is the first draft protocol, and this is all pre-IFSA,

11   we can't forget, before dispute resolver shows up in IFSA.

12   This is put forward by Cleary and it's sent to all the

13   parties and it attaches the first draft protocol.  And if

14   you flip over, therefore, to page 82 of the record, there's

15   the draft protocol for resolving disputes, and it's

16   referring a dispute to the dispute resolver.

17          And then Section 2.2 says the dispute resolver

18   shall be name of individual.  The dispute resolver may

19   engage an expert.  And, again, I say quite easily if you

20   flip through this entire agreement no one could reasonably

21   suggest that we were talking about a court possibly.  It was

22   just that.  Your Honor, if you flip through all of Mr.

23   Lloyd's exhibits pre-IFSA, they all follow that form.  So

24   there's no question where the term dispute resolver came

25   from and what the parties through it meant at the time they

1  were negotiating, so all of the documents support, all of

2  the e-mails support the dispute resolver did not mean the

3  court.

4          We then get to the IFSA being signed and agreed

5  to by the parties in June, and court approval is sought.

6  And this is in our facts and it's in Mr. Lloyd's affidavit,

7  but it's critical because this is the basis upon which this

8  court, the U.S. court, the U.K. court, and the French court

9  granted approval.  All brought motions, and it's important

10  to see just using the words that were used in front of Your

11  Honor and Judge Gross when this matter came forward, and

12  that's on page 277 of Mr. Lloyd's brief in his affidavit.

13  And it says in describing IFSA, and this is when both courts

14  here, approval is being sought there's a description of what

15  IFSA means -- what IFSA does, pardon me.  So 277.

16          And starting on line 9 on 277, it says the

17  agreement also envisions a process by which proceeds

18  relating to asset sales will be divvied up.  A term that

19  we've been using in our negotiations is the black box.

20  Proceeds will go into a black box.  The parties and all

21  interested parties who have an interest in those funds will

22  have the right to make submissions according to the protocol

23  that we were in the process of drafting.  That protocol

24  where we have distributed drafts that are in the process of

25  discussing is envisioned to be something that would require

1  very little participation or intervention or bothered by

2  these two courts.

3        The view being that once we have a fair and

4  reasonable independent body deciding the allocation, a fair

5  and reasonable and independent body deciding the allocation,

6  that we would simply come to both of these courts for

7  confirmation that those amounts are appropriate.  So, Your

8  Honor, after the independent body decided they'd come back

9  to these two courts with respect to that allocation for

10  confirmation that the amounts are appropriate and that due

11  process will be available to all parties who are interested.

12  Now in my respectful submission that can only be read as

13  that there will be an independent arbitration panel or

14  person deciding the dispute, not the court.  And I could

15  read from the front of this to the back of this.  There is

16  not a single suggestion in here that a court will ever be

17  involved in the process.  Quite to the contrary.  Quite to

18  the contrary.

19        And what was made clear was that the order itself

20  that was being sought did not approve of the allocation

21  itself, that there was no agreement with respect to

22  allocation.  That's on page 278 where Mr. Bromley confirms

23  that this has nothing to do with allocation and that they've

24  come back for the protocol.  And, Your Honor, there was in

25  Ontario and the United States a reservation made with

1    respect to these to confirm that there was no decision with

2    respect to allocation.  Now I'll jump to Section 15 of the

3    cost order protocol that's relied on so heavily by my

4    friends.  Now I said that does not give courts rights in our

5    respectful submission.  This is the provision where it

6    refers to there being an allocation.

7              But that's exactly what Mr. Bromley says is going

8    to happen.  There will be an allocation by an independent

9    body and will come back to the court to get it approved.

10   That's what Section 15 is talking about.  It is not,

11   absolutely not, talking about that the courts are going to

12   decide the allocation.  That's not what Mr. Bromley said

13   when he made these submissions.  And if you go to page 279,

14   just flip over the page, what Mr. Bromley says at line 9

15   again is, second, we need to agree to certain amendments to

16   the cross border protocol between the United States and

17   Canada and we engaged in good faith negotiations through the

18   course of last week to do so.  They did an agreement.

19             And at the bottom at 21 it says in many respects

20   the amendments to the cross border protocol are

21   clarifications as to what type of matters would require

22   joint hearings of the sort.  And that's the point.  Mr.

23   Bromley just told the court that we'd be coming back to

24   court to get the allocation approved by the court.  That's

25   what Section 15 is about.  So I will just give you the

1   references again.  We've got Mr. Lloyd -- pardon me.  We've

2   got Mr. Bromley's submissions.  We have the clear

3   unequivocal statement that you'd have to come back for court

4   approval for the allocation done by an independent body.

5          I will tell you page 548 of the record, Mr.

6   Doolittle's affidavit in support of the motion refers to a

7   binding protocol, and what's important, obviously, is that

8   this court and the U.S. court and the U.K. court and the

9   French court Mr. Adler took you to approve of the IFSA

10  agreement without a suggestion that the court will be

11  involved in the allocation of proceeds.  That's never once

12  suggested.  And as we've seen from the part that I just

13  read, in fact, the opposite was said.  So all of the pre-

14  conduct, including the approval conduct, refers to there

15  being arbitration.  In my respectful submission that's clear

16  or to put it another way, not the court.  But, Your Honor,

17  so does all the conduct after with respect to the drafts,

18  and I will just go to two pages for the example of that.

19  Your Honor, we're going to go to -- Your Honors, we're going

20  to go to Mr. Lloyd's affidavit again to page 802.

21          JUSTICE MORAWETZ:  Volume 2?

22          MR. DOWDY:  Volume 2, 802.  And this is just the

23  start of many that I will not take the Courts to but they're

24  in here in the exhibits.  So what we have is an e-mail of

25  June, '09, and it's a first draft protocol for review.  If

1  you just see that, it says the first allocation protocol for

2  review, and it's sent by Cleary, and if we go all the way

3  over to page 808 of this document what we see is again under

4  Article 2 referring a dispute to the dispute resolver, and

5  that's where that term comes from.  And then if you flip

6  over, Your Honors, to page --

7           JUSTICE MORAWETZ:  808?

8           MR. DOWDY:  I'm sorry?

9           JUSTICE MORAWETZ:  Okay.

10           MR. DOWDY:  808.  It says in 2.1 that the matters

11  are going to be referred to the dispute resolver about four

12  lines up from the middle.

13           JUSTICE MORAWETZ:  Yeah.

14           MR. DOWDY:  You got that?  But, importantly, Your

15  Honor, if you flip over the page to 809, Section 2.2, again

16  this is the language, and we saw where this language came

17  from.  The dispute was Oliver Shelby, name of individual.

18  Dispute resolver may engage the services of -- and again if

19  you flip through this entire package, you will see exactly

20  the same thing.  And I will make just two points.  One is

21  all of the law firms involved in this are commenting, the

22  monitor, the joint administrator, the U.S. debtors, the

23  Canadian debtors, all are commenting, and there is not a

24  stitch in one e-mail or draft that says maybe the court.

25  It's just never said.

1          So the final document we'll go through with

2    respect to this chronology is 850.  And at 850 of the

3    record, we have another Cleary e-mail to everyone, all the

4    different parties.  And this is October, '09, long after

5    IFSA is put in place.  And here's what Cleary says to the

6    various parties.  Attached is the revised allocation

7    protocol and the black line comparison with the first draft

8    of the allocation protocol which was circulated in June.

9    Please note that this draft has not been reviewed by our

10   arbitration experts or our client.  Accordingly, this draft

11   remains subject to further internal review because certain

12   footnotes reference IBA rules of evidence.  We have also

13   attached a copy of the IBA rules of evidence for your

14   convenience.

15          And then it says can you please circulate to

16   potential members for the dispute resolution panel at the

17   bottom.  And if you go to this draft protocol again we're

18   referring to the dispute resolver who is clearly not the

19   court.  So, Your Honors, I apologize for that taking so long

20   but it does get us to the point that if your goal is to find

21   the intention of the parties through extrinsic evidence all

22   of the post conduct does point to dispute resolvers as not

23   being the court.  I'm just going to take a minute to look at

24   my notes to see where I go, Your Honor -- Your Honors,

25   pardon me.

1          There is, obviously, one more point with respect

2    to post conduct evidence that's relevant to this, and it was

3    referred to by Mr. Adler, so I'll just give you the

4    reference, and the reference is Mr. Lloyd's affidavit, page

5    1220.  And this is in connection with the U.K. pension

6    administrator seeking to take steps.  There is the

7    application regarding the stay.  And Mr. Ray, as Mr. Adler

8    referred to, swore an affidavit dated February 18, 2010, so

9    again at page 1220 we see Mr. Ray's statement about this.

10   And importantly, obviously, this was adopted by the U.S.

11   court at paragraph 16 on 1220, Your Honor.  And this is a

12   sworn declaration by Mr. Ray who was at the time the

13   principal officer of the debtors.

14          And he says in paragraph 16 the parties have

15   engaged in extensive negotiation regarding the terms of the

16   allocation protocol.  The purpose of the protocol is to

17   ensure a fair process for determining the allocation be

18   determined absent a consensual agreement in a single cross

19   jurisdictional form.  And then he talks a little bit further

20   about the various issues that will be dealt with.  And,

21   again, just for your notes, the U.S. court granted the

22   relief and relied on those statements in its written

23   decision, in its written judgment.  And, Your Honor, again,

24   just for your notes that's at page 51 to 68 of Mr. Lloyd's

25   affidavit, and in particular page 66 where those words are

1  relied on.

2         So in our respectful submission to conclude that

3  point when all of the evidence is looked on it cannot be

4  said that the dispute resolver could mean the court.  It

5  must mean only an arbitrator.  Your Honor, if I can just

6  take two minutes to consult.

7         JUSTICE MORAWETZ:  Certainly.

8         MR. DOWDY:  So, Your Honor, before I move on to

9  just a couple of jurisdictional points because I've touched

10  on them and I've got them in the factum, but I will -- and

11  again I apologize as to the time that we're at.  But before

12  I move on to those, I told Your Honors the various issues

13  that we have to deal with and why it would be impossible for

14  the courts to come to a proper decision with respect to

15  these matters.  One issue that I didn't raise, which I think

16  is important from a cost and efficiency point of view -- and

17  Mr. Adler referred to this up front because this seems to be

18  ignored.  We are not one party.  We represent 19 different

19  EMEA debtors.  And the reason, obviously, that's relevant,

20  of course, is those EMEA debtors all have rights under

21  various agreements to various assets, and, therefore,

22  various protocols based on the laws of their country.

23         So we have 19 countries that we're talking about,

24  and the question really is, is this court going to decide

25  and is the U.S. court going to decide in joint hearings the

1    allocation vis-à-vis those companies with respect to what

2    they sold because if that's the case and there's going to be

3    that type of proceeding then we may obviously have some

4    difficulties with respect to representations which there was

5    a way around that under the arbitration agreement where the

6    EMEA parties would have their own allocation system itself

7    as a result of the agreement to go to arbitration.  That

8    will not apply in a court setting where you have the U.S.

9    and Canadian courts dealing with those issues, but that is

10   obviously a serious cost and delay issue for these courts to

11   consider because that will not be an easy process.

12         So if we move on to a couple of jurisdictional

13   points that I think will move smoothly because I've dealt

14   with them up front.  Your Honor, I dealt already with the

15   point about 16 cannot apply to oust jurisdiction, and I will

16   just refer to paragraphs 34 to 43 of Mr. Cheng's affidavit

17   where he deals with general --

18         JUSTICE MORAWETZ:  Again, sir.

19         MR. DOWDY:  Paragraphs 34 to 43, and what he says

20   is general provisions will not override specific provisions.

21   [indiscernible] generous rule applies in New York according

22   to New York law, and, therefore, it would not be a proper

23   interpretation under New York law for 16 to be seen as

24   ousting the jurisdiction of the arbitrator granted under

25   Section 12.  It has been suggested that there was attornment

1  to the jurisdiction in the material.  Your Honor, in our

2  reply factum we deal with the issue of attornment.

3  Attornment is on not a global basis but it's on a subject

4  matter basis.  I don't know how it could have been made more

5  clear by these parties by the joint administrator and the 19

6  EMEA debtors that they're not attorning to the court's

7  jurisdiction with respect to these issues.

8          And, in fact, Your Honor, there's one point I

9  have to make which we put in our supplementary motion

10 record.  One suggestion was made, I was very surprised to

11 hear this suggestion, that because we made claims in the

12 EMEA claims process, we'd attorn to the jurisdiction.  We

13 had had that discussion repeatedly, Your Honor, and you

14 recall that we were so fast about it, we entered into an

15 acknowledgement after the decision was rendered by the

16 Court.  Our interpretation of Your Honor's decision was that

17 you had not made any decision with respect to proper forum,

18 with respect to the EMEA claims.  Your Honor advised that

19 that was correct, that you had not made a decision with

20 respect to jurisdiction and an acknowledgement was entered

21 into between the parties to reflect that.

22          That acknowledgment can be found, again, just for

23 your notes, in our supplementary motion record at tab 2A,

24 page 15 of the motion record.  Page 15 is the

25 acknowledgment.  Page 16 has paragraph four on the second

1    page.   Paragraph four on the second page says the EMEA

2    claims orders without prejudice.   That's critical.   It's

3    without prejudice to any submissions the EMEA debtors may

4    wish to make regarding the manner, timing, and forum.   And

5    that was the word that we fought about, forum, and that was

6    eventually put in the acknowledgement.   So the suggestion

7    that somehow we agreed or attorned to these issues, any of

8    these issues being dealt with, is simply as a matter of fact

9    incorrect.

10             Which, Your Honor, comes to the next point.   The

11    protocol that's been put before the Courts today, as you

12    well know, says that the EMEA claims will be dealt with by

13    the Ontario court.   That is in my respectful submission a

14    runaround on that very agreement with the Canadian debtors.

15    It was agreed that it was acknowledged that issues of forum

16    had not been determined and that the Court hadn't yet

17    decided that the EMEA claims would be dealt with in the

18    Ontario court, yet the order that's being sought today

19    completely ignores that provision of the agreement and

20    acknowledgement between the parties, and in our respectful

21    submission that's just not right.

22             Your Honor, I said that I would refer to a case

23    that deals with the issue of the court's independence, that

24    it's got to make independent decisions.   I'll just give you

25    the cite if I can.   I actually can give you the case, Your

1  Honor.  It's the case of The Queen and Beauregard, a 1986

2  Supreme Court of Canada decision, that I will tell Your

3  Honor and Judge Gross has nothing to do whatsoever with the

4  situation we're faced with today.  It was a case simply

5  dealing with certain provisions of the Judge's Act and

6  certain retirement benefits, et cetera, et cetera.  But,

7  Your Honor, if you could just please turn to page 491 of

8  that decision, it sets out what I consider to be trite law,

9  which is the following.

10         Historically, the generally accepted core of the

11  principle of judicial independence has been the complete

12  liberty of individual judges to hear and decide the cases

13  that come before them.  No outsider, be it government,

14  pressure group, individual or even another judge should

15  interfere in fact or attempt to interfere with the way in

16  which the judge conducts his or her case and makes his or

17  her decision.  This core continues to be central to the

18  principle of judicial independence.  Nevertheless, it's not

19  the entire content of the principle.

20         JUSTICE MORAWETZ:  You should at least advise

21  Judge Gross that every judge in Canada is familiar with this

22  case because it goes to judicial compensation.

23         MR. DOWDY:  I think Judge Gross may know it also.

24  So, Your Honor, I'll rely on our factum with respect to the

25  remaining issues regarding jurisdiction.  I will not go

1  through any more of those points.  I've already dealt with

2  them at least in a very summary way.  And given the time,

3  I'd like to cede the floor.  The final point I will make is

4  just to echo what Mr. Adler said.  I will not repeat what we

5  say the problems are with respect to the protocol that's

6  being forward.  I can say the parties are in agreement with

7  respect to how to proceed meaning the procedural aspects of

8  it.  It's simply the panel that gets to sit on it.  So it's

9  not as though there is not what I'll call an easy way out.

10  The easy way out is that the parties agreed on arbitration

11  and now they go to arbitration under that protocol before a

12  panel.

13          It is not a disaster scenario.  It is not

14  something that can't be very quickly resolved.  It's that

15  protocol before an arbitration panel.  Our parties do not

16  disagree on the protocol.  And that is the way to avoid the

17  difficulties that we'll otherwise have, which will be costly

18  and time consuming.  Your Honors, thank you for your

19  patience and for staying this time.  Subject to any

20  questions from either, those are my submissions.

21          JUSTICE MORAWETZ:  Thank you very much.  We have

22  reply statements from both Delaware and Ontario.  Judge

23  Gross, do you want to take five minutes before we embark on

24  that?

25          JUDGE GROSS:  That's a good idea.  Thank you.

1          MR. BROMLEY:  Your Honor, if we're going to take

2    five minutes, I would ask that we allow counsel from GENBAND

3    to respectfully change his mind about whether he's going to

4    stay around.

5          JUDGE GROSS:  Okay.  Mr. Lastowski.

6          MR. LASTOWSKI:  Your Honor, whether or no I stay

7    around depends primarily upon you but given the late hour we

8    have spoken to the parties in interest and we've agreed to

9    make a request to the Court, and the request is this.  If

10   Your Honor can accommodate us, we were wondering if you

11   could give us another date this week even if it's by

12   teleconference.

13         JUSTICE MORAWETZ:  We are not hearing this.

14         JUDGE GROSS:  Oh, I'm sorry, Justice Morawetz.

15   This is a separate matter just before me on the GENBAND

16   matter.  It's not before Justice Morawetz, I should say.  Is

17   that correct?

18         UNKNOWN SPEAKER:  Can I just make one small

19   point?  I don't mean to take up too much time.  We filed on

20   behalf of the Canadian debtors a request that this be heard

21   by joint hearing.  We don't disagree that this matter can be

22   heard later this week.  Our only request is that if we do so

23   and it is telephonically, we try to do it at a time when

24   Justice Morawetz might be available to participate in that

25   since there is a request for a joint hearing.  In fact, I

1  think the protocol might require that the two Courts be able

2  to consult with each other on it.

3         MR. LASTOWSKI:  Your Honor, I don't want to get

4  into too much of a back give and take.  We don't necessarily

5  agree that you can't just hear this at least initially on

6  your own.

7         JUDGE GROSS:  Well, that creates other issues, it

8  seems to me.  I'm out Thursday and Friday for a conference,

9  a court conference, and tomorrow I have very little time, so

10  we'd be talking some time next week.  And in the meantime

11  perhaps Justice Morawetz and I could at least consult.  If

12  nothing else, the first issue I should hear is the

13  procedural issue as to whether or not it should be a joint

14  hearing and hear the parties on that point.

15         MR. LASTOWSKI:  If we are about to take a break

16  perhaps Your Honor can determine when you would next be able

17  to accommodate us and we can set something before we leave.

18         JUDGE GROSS:  I think just in an abundance of

19  caution you ought to check with my scheduling clerk

20  tomorrow.  She'll get a time for you.  All right.  I think -

21  - but I'm concerned, you know, about the position being

22  taken that it ought to be a joint hearing.

23         MR. LASTOWSKI:  Your Honor, we're in a jam right

24  now.  We're really seeking as much guidance from the Court

25  as a ruling.  And we would not expect you to answer any type

1  of order as a result of this conference, but we do think

2  that your intervention at this point would be helpful to us.

3           JUDGE GROSS:  We've got so much going on.

4           MR. BROMLEY:  Exactly, and certainly counsel for

5  GENBAND knew that and so they have moved to the nuisance, so

6  to speak, and they should not be taking time here while

7  we're trying to wrap up this lengthy hearing.

8           JUDGE GROSS:  Let's do this.  Let's have a call

9  tomorrow just in the Delaware case, if you will, at 10:00.

10           MR. LASTOWSKI:  Thank you very much, Your Honor.

11           JUDGE GROSS:  All right.  Does that work?

12           UNKNOWN SPEAKER:   Your Honor, is tomorrow

13  afternoon a possibility or earlier, 8:00?

14           JUDGE GROSS:  Oh, I don't think -- we may not be

15  home by 8:00.  We have folks traveling back to New York.

16  Let me -- I will be in touch with the parties tomorrow to

17  schedule something.  All right?  I don't know what else to

18  do at this point given the issues, but we'll get to you.

19           MR. LASTOWSKI:  Okay.  Thank you, Your Honor.

20           JUDGE GROSS:  Thank you for your patience.

21  Justice Morawetz, shall we still take that recess?

22           JUSTICE MORAWETZ:  We'll take five.

23           JUDGE GROSS:  Let's take five minutes, yes.

24  We'll stand in recess five minutes.

25           (Recess)

1              JUDGE GROSS:  Are you ready to proceed, Mr.

2 Bromley?

3              MR. BROMLEY:  I am ready to proceed.

4              JUDGE GROSS:  All right.  Justice Morawetz, can

5 you hear us?

6              JUSTICE MORAWETZ:  We can hear you and see you

7 and we're ready to go.

8              JUDGE GROSS:  Excellent.  When you're ready.

9              MR. BROMLEY:  Thank you very much, Your Honors.

10 It's a pleasure to be back.  I will say what I'm supposed to

11 say, which is I will attempt to be brief, but I certainly

12 hope to do so.  I took voluminous notes during the comments

13 made by Mr. Adler and Mr. Dowdy.  I apologize if they may

14 seem a little scattered as I go through the points, but I am

15 trying to respond to the points that they made and not take

16 the time to organize them anymore.  I think there are three

17 words that came to mind as I listened to the two

18 submissions.  The first word was desperation.  I have not

19 seen in two submissions so many changes made in positions

20 that have been held over such a long period of time in an

21 attempt to forestall what I think we all can agree is a

22 court process to resolve allocation.

23              The other word that came to mind is want.  What

24 is it that the Joint Administrators want out of the

25 allocation process?  Clearly they want arbitration.  I don't

1  think there's any question that they've always wanted

2  arbitration.  I will stipulate to that.  The third word is

3  need.  What is it that we need in order to resolve

4  allocation?  We need something that's going to happen

5  quickly, something that's going to be efficient, and as I

6  predicted the forces of chaos were broadly cited in the two

7  submissions.

8              The first thing that I found surprising was the

9  virulent response to the my use of the word bias.  Indeed,

10 when Mr. Adler started he said there's absolutely no bias

11 here, we don't see that at all.  But we then, he said just

12 moments later, would think it would be unseemly for these

13 Courts to make a Decision and impose them around the world

14 on creditors.  Maybe I'm in Alice in Wonderland in terms of

15 the definition of terms, but unseemly isn't much better than

16 bias.  Nevertheless, it is very clear that the Joint

17 Administrators are running as fast as they can from these

18 two Courts and as far away as they can.  And in doing so

19 they are throwing things overboard that they have been

20 carrying with them throughout the past two years.  The

21 biggest issue, the biggest impediment that we have seen over

22 the past two years has been the systemic infection of the

23 allocation process by the EMEA claims.  Today, as we're

24 standing here, that was thrown overboard.  The baby and the

25 bath water both went out for the first time.  And I'm not

1  making that up.  John Whiteoak, a partner at the law firm of

2  Herbert Smith submitted a declaration in opposition to the

3  EMEA claims process in January of 2011.  In Paragraph 28 he

4  said as noted above the EMEA Debtors position is that the

5  EMEA claims are so inextricably linked with allocation that

6  EMEA's claims must be dealt with under the Section 12(c)

7  IFSA Process.  He says it six or seven times, but that's the

8  clearest statement of it.  His statement was made in January

9  of 2011.  In April of 2011 another submission was made.

10  Instead of in Canada it was made here.  Over the course of

11  the two mediation sessions, the EMEA Debtors have submitted

12  position papers and reply papers running to hundreds of

13  pages in length, setting forth their allocation arguments,

14  inter-company claims, and the interrelationship between the

15  two.  For two solid years every party in this courtroom and

16  the other courtroom has sat down in meetings and on

17  conference calls with these people and every single time we

18  sat down with them they said inter-company claims, EMEA

19  claims.  Why did the allocation break down?  Why did the

20  protocol break down?  It broke down because every time we

21  had a conversation with them, every single time, there was a

22  creeping infection of the allocation process by their inter-

23  company claims.  Today, overboard.  We cannot ignore the

24  fact that after two years those claims went overboard.  And

25  you know what?  I guarantee you as soon as got back into

1   allocation, if that was the Decision that was going to

2   happen and it was going to be through arbitration, those

3   claims would be back in.  They call them something different

4   because they've done it before, whether they're beneficial

5   ownership interests, whether they're proprietary claims,

6   whether they're constructive trust claims, whether they're

7   arguments about a lack of arms length basis for the MRDA

8   percentages, every single one of those arguments relates to

9   their claims.  So the idea that they can stand here in front

10  of these two Courts and tell these Courts that they're going

11  to divorce claims and only deal with allocation is just

12  ridiculous and it goes flying in the face of the record in

13  this case.  And the declarations of Mr. Hodara and Mr. Lang

14  and Mr. Brod, which were just vilified by Mr. Gottlieb, say

15  exactly that.  And when we talk about two years of

16  negotiations, we have to talk about one year of negotiations

17  because we dropped those negotiations a year ago.  Why did

18  we drop them a year ago?  Because of the insidious infection

19  of the allocation process by inter-company claims, claims

20  that there's not a shred of evidence of language in any

21  document that it should be arbitrated.  Today, overboard.

22  And we should think about these claims because they were

23  filed in public for the first time on Friday.

24          What do those claims say?  Claims are 58 pages

25  long against NNI, 231 separately numbered paragraphs, 35

1  separate claims.  Those claims sound in breaches of

2  fiduciary duties, de facto director claims, shadow director

3  claims, breaches of the duty of care, allegations of

4  dishonest assistance, aiding and abetting all of the

5  foregoing, civil conspiracy, conspiracy, unconscionable

6  receipt, unjust enrichment, implied contract mistake,

7  transactions at under value, and knowing receipt.  These are

8  the claims that were filed on Friday against the US Debtors.

9  They're the same claims that have been made against the

10 Canadian Debtors.  These are the same claims we've been

11 hearing about for two years.  The claims that have infected

12 the allocation process and to sit here and say that these

13 claims, which were filed on Friday, are no longer part of

14 allocation and therefore, Your Honors, you should order

15 arbitration is just ridiculous.

16           There's been a lot of talk about the term dispute

17 resolver and there's been a lot of talk about the fact that

18 there's never been a mention of the Courts.  Well, this is

19 interesting because every single document that is cited to

20 references the Courts in jurisdictional provisions.  So

21 every single document talks about these Courts.  Every

22 document talks about the cross-border protocol.  What it

23 never says in any of these documents is the word

24 arbitration.  So we're told and the Courts are told the

25 first time anyone ever said that anything would go to these

1  Courts relating to allocation was when we filed our motion.

2  Not true.  Not true.  The first document that is cited as

3  part of the extrinsic evidence and I don't stipulate

4  extrinsic evidence matters here, but the first document

5  appearing at page 74 of the Lloyd declaration is interesting

6  because it starts at page 74, but never once did the Joint

7  Administrators look at anything from pages 74 to 78.  They

8  started at page 78, Exhibit A, protocol for resolving

9  disputes and then they flip immediately to page 10 and talk

10 about the dispute resolver and this is supposed to inform

11 the Courts about what dispute resolver meant.  No mention of

12 the Courts they say.  Well, let's turn back two pages.

13 Let's turn to page 76 and let's read the phrase governing

14 law and jurisdiction and let's read 2B, which is exactly the

15 reservation of rights with respect to jurisdiction that

16 appears in the IFSA.  So from the first day that any

17 document went out the door, it included the section with

18 respect to jurisdiction.  So the idea that they can stand

19 here in front of both Courts and say that there's no mention

20 of jurisdiction, there's no mention of the Courts from day

21 one is just wrong, and the record that they cite belies that

22 fact.

23          So when did we first hear the word arbitration

24 because at least we're being accused of never having used

25 the words the Courts, notwithstanding the jurisdictional

1   provisions of the IFSA, the cross-border protocol, and

2   escrow agreements?  Well, there's a letter that Kevin Lloyd

3   sent to me dated May 9, 2011.  This is the first time that I

4   can recall ever reading this phrase, in other words there

5   will be in effect an arbitration to deal with allocation,

6   citing Section 12 of the IFSA.  So the first time we've ever

7   heard from the Joint Administrators that they think that

8   dispute resolver in Section 12 means arbitration and only

9   arbitration is in a letter from May 2011.

10           I heard about presentations to the English Courts

11   and the French Courts.  Well, we have the transcript of the

12   presentation to the English Court and if we're going to make

13   broad statements about what was said to the English Court, I

14   submit, respectfully, that we should look at the transcript

15   of what was said to the English Court.  And it appears in

16   Volume 8 of our documents, starting about five/sixths of the

17   way through.  The entirety of the transcript of this hearing

18   is ten pages long.  The word arbitration appears nowhere.

19   Section 12, the lynchpin of the arguments that were made,

20   the lynchpin where dispute resolver appears is mentioned

21   once.  One of the QC's representing the Joint Administrators

22   says then Section 12 deals with the position in relation to

23   material asset sales to assist again in the selling process.

24   That's the sum total of the conversation in ten pages before

25   the English Court of Section 12.  Arbitration is not

1    mentioned and dispute resolver is not mentioned.

2              We've also submitted the declaration of Allen

3    Bloom in support, the third witness statement of Allen

4    Robert Bloom.  It appears at the Lloyd declaration at page

5    738.  It does not contain the word arbitration.  So the

6    witness, the Joint Administrator, that is not present in the

7    courtroom who would be competent to describe and testify as

8    to the negotiations relating to the IFSA, if they mattered,

9    submitted a declaration, a witness statement to the English

10    Court.  He doesn't mention arbitration either.

11             So when we talk about what was submitted to the

12    English Court, there it is.  No mention of arbitration, no

13    mention of dispute resolvers.  If it was so important and so

14    critical to their analysis, one would think that they would

15    have bothered to mention it to their Court.

16             There's also a reference to the French Court

17    hearing.  You may recall that the attornment to the IFSA by

18    NNSA was delayed.  It was delayed because a secondary

19    proceeding took place and it did not occur until September

20    of 2009, several months after the IFSA was signed and

21    approved.  We have had the language translated because the

22    order is in French and it was translated by Mr. Gottlieb as

23    using the word arbitrator.  The word arbitrator or

24    arbitration is not mentioned.  It does not appear in the

25    transcript or the order.  But we don't think we need to have

1  official translators come in and debate the meaning of

2  French terms.  The fact is is that it took place months

3  after everything else took place.  And at the time we

4  already had not just full performance with respect to NNSA,

5  they had signed up the CDMA deal, they had signed up the

6  Enterprise deal by that time, so the idea that it hadn't

7  been approved, they'd signed it even before they got Court

8  approval.

9           Now Mr. Adler talked about careful drafting of

10 the IFSA.  Everything that mattered to them was carefully

11 drafted and everything that mattered to us was thrown in at

12 the last minute.  I beg to differ.  His phrase was the

13 allocation provisions were shoehorned in.  There's no way

14 that the allocation provisions were shoehorned in.  They

15 were a critical element.  We would not have been able to

16 sell the businesses without the understandings that were

17 contained in the IFSA with respect to allocation.  Indeed,

18 the fact that we brought the IFSA to these Courts for

19 approval on the same day we were getting the bidding

20 procedures approved for NSN was not a coincidence.

21           There was a lot of discussion about the term

22 dispute resolver.  Now what was interesting about it was Mr.

23 Adler and Mr. Gottlieb do not disagree at all that dispute

24 resolver is a broad term.  Their explanation for the lack of

25 the use of the word arbitrator or arbitration is that it was

1  broad enough to cover some things, but not broad enough to

2  cover over things.  So it was broad enough to cover a

3  mediator, for instance, it was broad enough to cover an

4  accounting firm, and at that point in time we didn't know if

5  it was going to be an accounting firm or a mediator or an

6  arbitrator and so we used dispute resolver.  That's the

7  explanation they're giving.  But it's not big enough to

8  encompass a Court.  That is just a blatant misreading of the

9  plain language.  Dispute resolver is a broad term and the

10 fact is is that they try, as we have said before, to trade

11 breadth for ambiguity.  They can't do it.

12            Now once again there's been a lot of conversation

13 about dispute resolver and the looking to extrinsic evidence

14 and so Mr. Gottlieb made a lot about looking at what

15 happened beforehand and looking at what happened after the

16 fact.  But he stops and he doesn't deal with the most

17 critical point that took place in the negotiation of the

18 allocation protocol, which I have already referenced, which

19 is the abandonment of the negotiation of the allocation

20 protocol.  And the reason the allocation protocol was put

21 aside and people started talking about trying to settle was

22 that the inter-company claims that were being alleged were

23 so infecting the allocation process that people said let's

24 just put that to the side.

25            So when we look at the 29 points that Mr. Hodara

1    had in July of 2009, we're told that they were all drafting

2    points that could be hammered out in a couple of hours,

3    except for the one thing, the unreasonable bad faith

4    argument that was being made by Canada that inter-company

5    claims shouldn't be part and parcel of the allocation

6    process.  Then we have some gobbledy-gook language that

7    comes up and says we're not doing that, we aren't doing it,

8    it's beneficial interests, it's proprietary claims, it's

9    constructive trusts, and today they're out the window

10   entirely.  I guarantee you they are back.  I remember a

11   James Bond movie when he kept throwing a guy out the window

12   of the train and then he'd sit back down and he'd have his

13   martini and then the damn guy was in the window again,

14   right?  This guy's name was Jaws.

15   (Laughter)

16              THE COURT:  Yes.

17              MR. BROMLEY:  Inter-company claims are like Jaws.

18   No matter how many times we're told they're getting thrown

19   out the window of the train, no matter how many times we

20   throw them out the window of the train, as soon as we sit

21   down and look at our feet, Jaws is in the window again.

22              Then a hodge-podge of things are picked out of

23   the air and thrown at us as dispositive in some way.  Mr.

24   Ray filed a declaration in connection with the U.K.

25   pensions.  And he used a phrase single cross-jurisdictional

1   forum, as if that can only mean arbitration.  And I'm sorry,

2   but I am standing in a single cross-jurisdictional forum

3   today and I've been here for about ten hours.  And it's not

4   an arbitration.

5           Then there are the chaos points.  There's no way

6   that this would work.  I'm not saying anything about bias.

7   I'm just talking about abject failure.  The problem we have

8   here is that the submissions of Mr. Gottlieb, with all due

9   respect, completely ignore the underlying facts.  He

10  referred several times to Israel.  I don't know that Mr.

11  Gottlieb noticed, but we bought Israel's key today.  Israel

12  is no longer part of this.  I don't know if anyone listened

13  to Mr. Trust stand up for the Fourth Estate, several dozen

14  entities in the Nortel universe.  We have proceeded to

15  negotiate very substantially an agreement with them to get

16  rid of all of those entities as well.  Not once does Mr.

17  Gottlieb or Mr. Adler point out that allocation with respect

18  to these 19 entities really boils down to five entities, the

19  key entities under this one MRDA.

20          And so it is absolutely clear that we're going to

21  have to talk about allocating monies to the United States,

22  to Canada, to England, to France, and Ireland, but they are

23  the five core entities.  The idea that we're going to have

24  hundreds and hundreds of separate Determinations is fantasy.

25  The Joint Administrators know better than anyone that what

1    is going to happen in this allocation exercise is it's going

2    to boil down to two or three or maybe four theories and

3    those theories will then be taken and applied to generate

4    allocation.

5              The way Nortel was set up was there were five key

6    entities and everyone else was outside and they were selling

7    entities they did very little.  So when you look at Nortel

8    Poland, Nortel Poland was a couple of guys in Warsaw and a

9    few computers and a fax machine.  And to think that we're

10   going to have to say none of this can work because we've got

11   to figure out how much that fax machine and the contracts at

12   Nortel Poland had and it's going to hold everything else up

13   is just wrong and they know it.  And the fact is is if it's

14   as bad as they say with respect to dealing with it before

15   the Courts, it's going to be equally difficult trying to

16   deal with it before a three-person tribunal.  But the fact

17   is it's not that complicated.  There are a limited number of

18   theories of allocation.  Those theories of allocation will

19   be able to be applied to each one of the major sale

20   transactions.  And indeed one of the best elements of all of

21   this is that every one of these arguments that's going to

22   have to be made, every one of these arguments that's made

23   with respect to claims will have to be made in the clear

24   light of day.  The transparency that Mr. Botter mentioned is

25   not insubstantial and it's not as if we've had an epiphany

1  with respect to transparency.  The fact that it's only since

2  last Friday that these claims, these 58 pages of claims

3  against the US Debtors, are now public has been a key

4  element to this exercise.  I don't want to take those claims

5  and all the things that are happening with them and put them

6  back in a box that the Creditors and these Courts won't know

7  about because that's where they've been for the past two

8  years.

9           One point that is also made with respect to the

10  chaos is that we have different rules and different

11  jurisdictions and the only point that Mr. Gottlieb could

12  point to was the Fifth Amendment and the Fifth Amendment, we

13  could submit expert testimony on, is only going to apply in

14  criminal matters and it only goes to refusing to testify to

15  protect oneself from self-incrimination.  If that's the best

16  that we can come up with in terms of the problems that we

17  have, this is going to be an easy exercise.

18           We also conveniently ignore when the Joint

19  Administrators were talking, the fact that the protocol if

20  it was agreed to required the approval of these two Courts.

21  And Mr. Gottlieb was very back and forth, very smoothly, all

22  right?  He skates over to one side and says there's nothing

23  in this about allocation and then he slides back over.  The

24  Courts needed not to talk about allocation.  We weren't ever

25  saying the IFSA allocated everything, but what we said and

1    what the US Trustees said and what Mr. Ziegler said is all

2    right, it's all true.  We had to come back to these two

3    Courts in order to have authorization to enter into an

4    agreement to arbitrate.  That was required under -- in the

5    United States under Rule 919(c).  We talked about

6    competence.  The US Debtors were not competent to enter into

7    a binding agreement to arbitrate when they signed the IFSA.

8    They simply weren't.  That's why we had to come back to

9    these Courts.  If we were going to ask these Courts to

10   surrender their core jurisdiction on an issue as important

11   as allocation, we needed to make a request on notice saying

12   that with specificity.  The idea that we could come into

13   these Courts and ask and obtain permission to arbitrate such

14   an issue without ever mentioning the word arbitration or

15   citing the specific rule that requires that we cite is just

16   ridiculous.  We didn't have the power.  We're Debtors.

17          Now the cross-border protocol has been described

18   in many different ways, but the one thing and the one word I

19   haven't heard is that if you accept the positions of the

20   Joint Administrators, the cross-border protocol as amended

21   in Paragraph 15 as cited by Mr. Mark, is a nullity.  And you

22   know what?  It's not a nullity.  It was approved by these

23   Courts.  There's a condition in the IFSA that says that the

24   IFSA's conditioned on the approval of the amendments to the

25   cross-border protocol, the IFSA that the Joint

1    Administrators signed.  They knew that the cross-border

2    protocol was going to be amended because the entire

3    agreement was conditioned on that.  It's called the cross-

4    border protocol condition.  And if they paid no attention to

5    the document that had to be agreed and approved by both of

6    these Courts as a condition to this key agreement, then

7    shame on them.  And the idea that it didn't relate to them

8    and they didn't need to say anything about it if it was

9    wrong as they read it, that's just ridiculous.

10              Mr. Gottlieb talks about an old arbitration

11   clause.  And throughout the argument the assumption is

12   there's an agreement to arbitrate and it all goes back to

13   one phrase, dispute resolver.  Well, I'd like to talk a

14   little bit about dispute resolver.  I was in London last

15   week.  I attended a conference at something called The

16   Bingham Center for the Rule of Law.  I had no idea what that

17   was before I went and I didn't know who Bingham was.  Well,

18   it turns out he's a Lord.  He's also dead.  He was a Lord.

19   (Laughter)

20              MR. BROMLEY:  Tom Bingham was the Lord Chief

21   Justice, the most senior judge in the United Kingdom.  He

22   was the master of the rules, so before he was the number one

23   judge, he was the number two judge.  He was also the Senior

24   Law Lord.  I know you're getting jealous about all the

25   titles that they have over there.

1              THE COURT:  Yes.

2              MR. BROMLEY:  He was also a Knight of the

3   Guarder, the only practicing judge ever to be named to the

4   Knight of the Guarder and a list of 24 people, includes

5   people like Margaret Thatcher, John Major, and a bunch of

6   other Lords I don't know.  And I attended this conference

7   and as I was -- we were about to leave, somebody stood up

8   and said for all of the Yanks in the room, Tom Bingham was

9   one of the greatest jurists in the history of the United

10  Kingdom and he wrote a book and we'd like to give it to you.

11  So I took it as I walked out the door.  It's called Tom

12  Bingham, <u>The Rule of Law</u>.  Turns out and I paid no attention

13  to it, I put it in my briefcase and this was Friday.  I put

14  it in my briefcase and I didn't look at it until Sunday

15  morning.  I took it out of my briefcase and my immediate

16  reaction was I'm never going to look at this.

17  (Laughter)

18             MR. BROMLEY:  But I did.  So I opened up this

19  book and I looked at the table of contents.  I looked at

20  Chapter 8 and it says dispute resolution.  That was kind of

21  weird.  So then I turned to the chapter on dispute

22  resolution.  Let me step back for a second.  This book is

23  not a book written for lawyers.  It actually was a

24  celebrated book.  There's a prize in the U.K. called the

25  Orwell Prize.  It is given every year to the number one

1  book, the most celebrated book written about politics or

2  political issues.  This book won the Orwell Prize in 2011,

3  after Lord Bingham died last October.  So I turned to

4  Chapter 8 and it says it would seem to be an obvious

5  implication of the principle that everyone is bound by and

6  entitled to the protection of the law, that people should be

7  able in the last resort to go to Court to have their civil

8  rights and claims determined.  An unenforceable right or

9  claim is a thing of little value to anyone.  Nothing that I

10  say here should be understood as discouraging or disparaging

11  resort to what are sometimes called alternative, but are

12  better called additional means of resolving disputes.  One

13  of these in very many ways the best means of resolving civil

14  disputes is mediation or conciliation.  This process

15  involves the engagement of an independent mediator or

16  conciliator who will explore the parties' competing views

17  and aims and try to coax them into reaching a mutually

18  acceptable compromise.  An alternative to mediation and

19  conciliation is arbitration, the appointment of an

20  independent arbitrator, often chosen by the parties to rule

21  on their dispute according to the terms of reference they

22  give him.  This can only be done by agreement before or

23  after the dispute arises, but where it is done the

24  arbitrator has authority to make an award, which is binding

25  on the parties and enforceable by the process of the Courts.

1  There are, however, cases in which the parties having tried

2  to resolve their differences between themselves fail to do

3  so, when they cannot agree on a process of mediation or

4  conciliation or the process leads to no compromise, when

5  they cannot or do not agree to arbitrate.  This is all

6  sounding eerily familiar.  And in which the clear need is

7  for a public and authoritative ruling of the Court.  Then

8  the rule of law requires that there should be access to a

9  Court.  So Lord Bingham, the leading light in the judiciary

10 in the United Kingdom, last year published a book that says

11 there are three forms of dispute resolution: mediation,

12 arbitration, and Courts.  I think a dispute resolver can be

13 a Court.  I think Lord Bingham, if he was here, would think

14 a dispute resolver can be a Court.  The idea that dispute

15 resolver is somehow ambiguous and is only able to be

16 interpreted to mean arbitration is just wrong on its face.

17 The parties knew how to say arbitration.  They didn't.  The

18 parties knew how to reserve jurisdiction and they did.  And

19 they knew how to say Courts and they did.  The only thing

20 that we would be left with if we followed the arguments of

21 the Joint Administrators is another book, Catch 22.

22 (Laughter)

23          MR. BROMLEY:  You may recall, Catch 22 is a

24 classic book.  If you're crazy, you don't have to fly the

25 bombing missions, but if you ask to not fly the bombing

1   missions because you're crazy, by definition you're not

2   crazy and you have to fly the bombing mission.  If we follow

3   what the Joint Administrators say, we are adopting Catch 22.

4   We have to sit down and negotiate an arbitration agreement

5   about issues that cannot be arbitrated.  Failure to

6   negotiate the issues that can't be arbitrated means that we

7   have to negotiate the agreement to negotiate -- to arbitrate

8   the issues that can't be arbitrated.  It is ridiculous and

9   it is a desperate act.

10             We are here at the end of two and a half years

11  and the last year in large part is because we came to an

12  impasse over allocation and the protocol negotiations.  Did

13  we discuss arbitration?  Absolutely.  We discussed it ad

14  nauseam.  But when those 58 pages of claims were attached on

15  to the allocation process like a remora, there was nothing

16  we could do.  There's no way that we can sit here and agree

17  that we're going to arbitrate things that should not be

18  arbitrated and the fact that they've decided to throw it out

19  the window today shouldn't change our minds because I

20  guarantee you, like Jaws, it will be back on the train as

21  soon as we walk away.

22             So I don't think this is a close call.  There's a

23  lot of stuff that's been floating around, but at the end of

24  the day we need a Decision.  We need the guidance of these

25  Courts and we need to have that soon.  The fact that the

1  Joint Administrators are sitting here having benefited from

2  all of the important rulings of these Courts, issued and

3  joint hearings, and to say all of a sudden none of that

4  works, oh, and none of it's relevant and it's all very

5  different.  So please let me go hire my own arbitrator to

6  deal with all of the issues that I decide should be in it in

7  a private, non-transparent setting can't work.  We've had

8  those conversations for two years.  It's time to stop having

9  those conversations and to have everybody put all of their

10  arguments on the public docket and let them be resolved in

11  the clear light of day.  Thank you, Your Honor.

12            THE COURT:  Thank you, Mr. Bromley.  Mr. Botter?

13            MR. BOTTER:  Your Honor, I think I should try

14  representing more Debtors because then I won't have to

15  follow Mr. Bromley.

16            THE COURT:  That's right.

17  (Laughter)

18            MR. BOTTER:  Your Honor, very, very briefly.  I

19  have to point out one thing that Mr. Gottlieb said which

20  just doesn't fly in this jurisdiction or frankly in the

21  Canadian jurisdiction.  Justice Morawetz asked the question

22  about the parties having the right to participate in the

23  allocation and I think that was in reaction to the comment

24  that Mr. Ziegler had made, who represents the Triple C, and

25  he had said that the Triple C was not --

1          THE COURT:  Yeah.

2          MR. BOTTER:  -- at the table for negotiations of

3  the IFSA and if the Triple C had been at the table, they

4  would never have agreed to arbitration and Mr. Gottlieb told

5  Justice Morawetz that the parties have -- the parties other

6  than the selling Debtors, have no rights to participate in

7  the allocation.  And that's what the IFSA contemplated, that

8  we wouldn't necessarily have any right to participate.  And

9  Your Honor, I know that you're familiar with this and I know

10  that Justice Morawetz is familiar with this, but we have an

11  absolute right to participate in what is the most important

12  portion of this case.  This is a -- these are liquidating --

13  Chapter 11 liquidating CCAA proceedings and the outcome of

14  the allocation process goes to our clients.  Thank you, Your

15  Honor.

16          THE COURT:  Certainly.  Justice Morawetz, I don't

17  think we should look around for anyone else to speak.

18  (Laughter)

19          THE COURT:  Oh, I'm sorry, Canada.

20          JUSTICE MORAWETZ:  I'm very, very glad that you

21  said that, so I'm just looking at Mr. Mark.  I can't avoid

22  looking at him.  He's right in front of me, but --

23  (Laughter)

24          JUSTICE MORAWETZ:  -- he may very well be the

25  last party today.

1          MR. MARK:  Thank you, Justice --

2          JUSTICE MORAWETZ:  You're on the clock, as they

3 say.

4          MR. MARK:  I will endeavor to get through this

5 without quite the same oratorical flair as Mr. Bromley, but

6 hopefully the important points will be seen as just as

7 important.  Let me deal with what I think is the most

8 fundamental problem in the Joint Administrators'

9 submissions.  Both Mr. Adler and particularly Mr. Gottlieb

10 spent a lot of time and effort shooting at --

11          THE COURT:  If Mr. Mark could get a little closer

12 to the microphone, please.  We're having a little trouble

13 hearing him here.

14          MR. MARK:  How's that?

15          THE COURT:  Very good.  Thank you.  Thank you.

16 I'm sorry.

17          MR. MARK:  All right.  Mr. Adler and Mr. Gottlieb

18 spent a lot of energy and wind and time dealing with the

19 issue of whether in the several months of negotiations those

20 of us across the table ever said anything other than

21 arbitrate.  What he hasn't really addressed is the problem

22 that that's not a central issue in this case.  The central

23 issue in this case is the words that say that our obligation

24 was to attempt to negotiate a protocol.  And even if we

25 concede arguendo, which we don't, that dispute resolver

1  meant arbitrator and I don't concede that, but even if we

2  did what Mr. Gottlieb hasn't managed to deal with is the

3  problem he faces that our obligation was just to attempt to

4  negotiate.  The words couldn't be clearer.  And whether

5  dispute resolver means Court, mediator, both, neither,

6  arbitrator, somebody out on the street corner, we can drag

7  in a drunk, it doesn't matter.  The obligation was no higher

8  than to attempt to negotiate the protocol.  And the

9  insistent reliance upon the extrinsic evidence reveals the

10 pernicious nature of the argument made in Mr. Lloyd's

11 affidavit because what do they say?  They say this, we

12 agree, we sat down and for many months we tried to see if we

13 could come up with an agreement to arbitrate.  Yes, guilty

14 as charged.  We endeavored to do that.  There's no secret we

15 endeavored to do that, that is the evidence is clear as Mr.

16 Lang said, as Mr. Brod said, as the words of IFSA say that

17 our agreement to anything was conditioned on our agreement

18 to everything.  We were not prepared, as the record shows

19 from day one, we were not prepared to agree to arbitrate

20 something that looked like a claims process.  And we made

21 that clear from the outset and every step of the way.  Now

22 they say gotcha.  Mr. Lang and Mr. Gottlieb come along and

23 say forget the without prejudice nature of the discussions.

24 Forget the fact that you were just -- sorry -- not Mr. Lang.

25 Mr. Lloyd and Mr. Gottlieb.  And forget that.  And we're

1    going to rely on that as evidence that the word dispute

2    resolver must have meant arbitrator.  It's no such thing.

3    What it means is we in good faith tried to negotiate an

4    arbitration agreement.  And then they say gotcha.  They

5    played bait and switch.  They say okay, we didn't agree to

6    everything, but you know what, we're going to forget about

7    the conditionality of your agreement to talk about an

8    arbitrator.  We're going to forget about the fact that none

9    of the terms were agreed to.  We're going to seize like

10   rabid dogs on the fact that you only ever talk -- put in the

11   words in a draft agreement that were arbitrator and we're

12   going to hold you to having agreed to arbitration, even

13   though there was never agreement on what the question to be

14   resolved is.  That's why the discussions were without

15   prejudice and that's why the argument of Mr. Gottlieb is so

16   ridiculous.  It is a bait and switch of the highest order.

17   And really, really in terms of bad faith, in terms of bad

18   faith that was bad faith.  So but the basic position is it

19   misses the point.  Even if a DR, dispute resolver, meant

20   arbitration, the essential problem here is there was an

21   agreement to try to agree and there's no question that there

22   was no agreement.  And by the way on the subject of whether

23   dispute resolver could only mean arbitrator, Mr. Gottlieb

24   says nowhere do we talk about -- nowhere did anybody talk

25   about the word Courts in connection with making a Decision

1    on allocation.

2         Just to spend two seconds on it, the

3    contemporaneous cross-border protocol amendment says a

4    motion to allocate, not to enforce somebody else's Decision

5    about allocation, not about allocation, a motion to allocate

6    shall be if brought within the exclusive jurisdiction of the

7    Courts.  So you've got a choice.  You've got a choice.  You

8    can accept that the parties did what the words said and

9    contemplated a motion or a proceeding with the Courts to

10   allocate proceeds, as the words say, or you can accept Mr.

11   Gottlieb's submission that we should inferentially backdoor

12   an agreement to irrevocably and unconditionally without any

13   qualification arbitrate the single most significant issue in

14   these estates, by inferring from the words in 12(b) that

15   says in contemplation of there being a protocol agreed to,

16   that the fun shan't be distributed unless there's agreement

17   or a direction from the dispute resolver.  I suggest to you

18   that that -- the preferable analysis is clear.

19        Now with respect to Mr. Gottlieb's point about

20   the breakdown in the negotiations, I mean this really

21   borders on fantasy.  Now he said Mr. Adler said that we

22   objected.  What we objected to was not the attempt to

23   insinuate the claims into the process, but what we objected

24   to and stood on our haunches on was their request for

25   consideration of beneficial ownership and Mr. Adler is just

1  wrong.  If Your Honor will turn up to Tab 10 of the

2  compendium I previously provided to you, you will see an

3  email dated April 16 from Michael Lang to Kevin Lloyd.  It's

4  a bit confusing.  For some reason Mr. Lang first addressed

5  it to somebody named David, but then he resent it to Kevin

6  Lloyd.  And I want to read the email to you.  It says and

7  this is after the issue of the request for consideration of

8  these claims for proprietary interests and beneficial

9  ownership had it risen and we were trying to figure out what

10  the implications of that were.  And Mr. Lang says to Mr.

11  Lloyd, the February 26 draft of the allocation protocol, at

12  least from the standpoint of the Canadian Debtors and the

13  monitor, did not sufficiently highlight all areas of

14  substantive disagreement among the parties on the terms of

15  that document and we advise clearly to that effect in our

16  comments on that draft.  The April 7 draft reflects the

17  position of the Canadian Debtors and the monitor.  Our

18  amendments are intended to clarify among other things that

19  the protocol was not the proper venue for asserting claims

20  or attempting to prioritize claims against any estate that

21  should be asserted and resolved in the applicable bankruptcy

22  proceeding.  And here's the important passage.  As to

23  whether EMEA's claim to having and to use your words

24  beneficial ownership in various assets, is or is not such a

25  claim, we cannot comment as we have not had the benefit of

1    an explanation of the basis of your position.  So Mr. Lang

2    didn't say bug off, we ain't talking to you, as Mr. Adler

3    would have you believe.  Mr. Lang said we're prepared to

4    talk about it, but we need to understand what it is you're

5    talking about and what did they end up talking about?  We

6    have it in Jon Whiteoak's affidavit in January.  It's the

7    claims.  It's all the claims in all their glory.  Mr.

8    Gottlieb can try and avoid Mr. Whiteoak's affidavit, but

9    it's clear where EMEA was in January of 2011.  What they

10   said in their affidavit was what they said at the bargaining

11   table from us -- to us from and after April of 2010, that

12   it's the claims.  So two things, there is no -- can be no

13   suggestion and you must dismiss Mr. Adler's suggestion that

14   we refuse to discuss the content of the concept of

15   beneficial claims and there can be no dispute that what that

16   meant as they told us was all of the inter-company claims.

17          Now as to Mr. Gottlieb's submission that the

18   Joint Administrators only entered -- only agreed to

19   participate in the sales because they had an assurance that

20   there was going to be arbitration, there's no evidence of

21   that.  We have Mr. Lloyd, who was not involved at the time,

22   making a statement that that is "his information" without

23   telling us where he gets that information or what it's based

24   on.  I don't care whose rules of evidence you use and I

25   don't know the rules of evidence that apply in Judge Gross's

1  Court, but I know that is unreliable evidence by any

2  reckoning.   In contrast, Mr. Brod and Mr. Lang, who were the

3  two folks which [indiscernible] of the negotiations on

4  behalf of their respective clients and constituents, stepped

5  up to the plate and gave us affidavits.   Where they said

6  there was no such discussion as Mr. Lloyd suggested there

7  was, they say that they -- the consideration that all the

8  estates including EMEA got for agreeing to throw their

9  assets into the pot without condition, was the parties

10  covenant to attempt to negotiate a protocol.   That's their

11  evidence.   It's the only evidence.   And so when Mr. Gottlieb

12  says it's not fair, there's no evidence to support that, but

13  I'll tell you what isn't fair.   What isn't fair is this,

14  there is no question and you know Mr. Gottlieb goes to the

15  Lazard draft, I'll say again he talks about the Lazard draft

16  as if it was sent around the world.   There's no evidence it

17  was given to anybody, but what it clearly shows is what --

18  to the extent the parties had talked about anything by the

19  time they got to Court on IFSA, it was about this simple,

20  we'll figure out which valuation methodology applies, we'll

21  hire a guy with expertise, we can use an accounting firm,

22  we'll do 30, 60 days, no evidence, and we're done.   And it's

23  on the basis of that that the parties started to see if they

24  could negotiate an arbitration agreement.   At the end of the

25  piece we have a beast which couldn't look more different

1  than what we had at the outset, but what Mr. Gottlieb and

2  the Joint Administrators want to do is say well, we know

3  when you started to talk on a without prejudice basis to us

4  about arbitration, we were talking about a duck, but you

5  sort of agreed you prepared to arbitrate a duck, so all we

6  want to do is we want to substitute another animal for you

7  and hold you to your agreement to arbitrate.  That's unfair.

8  There was no agreement to the extent there was a covenant to

9  try and -- and an actual attempt to try and work something

10  out, including perhaps arbitration.  It was clearly

11  conditioned on the parties' understandings of what the issue

12  was and there's no question that issue changed over time and

13  you know I don't get EMEA.  As Mr. Bromley said, why are

14  they arguing against the fact that their view of the world

15  changed over the two years?  It's not a bad thing.  It did.

16  Okay.  They woke up late, they finally got a realization of

17  which side their bread was -- could be better buttered on

18  and they wanted to bring all these claims into the process.

19  Well, be big boys, step up to the plate and admit it and

20  come forward and say okay, it's a different beast.  Let's

21  talk about a sensible way of resolving it and instead of

22  trying to persuade everybody against all commonsense and the

23  evidence that everybody else in this room actually agreed to

24  arbitrate the claims.  I mean really, what are we doing

25  here?

1          Now a couple of points to close.  Mr. Gottlieb

2    says that you can't compromise your independence.  Now he

3    doesn't put a lot of meat on those bones to tell you exactly

4    what you can and you can't do, but one thing we do already

5    have is the cross-border protocol, which they have never

6    objected to.  I won't take you to it in the interest of

7    time.  I know both Judges are familiar with it, but if you

8    take it out and read it and in particular if you read Clause

9    12 of the cross-border protocol, you will see that the

10   Courts are authorized to confer, to consult, and to even

11   agree upon what issues in respect of what issues they will

12   agree one to defer to the other.  That is cooperation and

13   consultation.  It is not an abdication of sovereignty or

14   jurisdiction.  The Boregard [ph] case that Mr. Gottlieb

15   passed up to you has nothing to do with this case.  I'm not

16   going to take it out.  If you read the head note and if you

17   read the ratio for a Decision and the passage in fact that

18   Mr. Gottlieb read to you says every -- Canadians are

19   entitled to have their Judges make their Decisions free from

20   interference.  What is going to happen under the cross-

21   border protocol is 180 degrees the opposite from

22   interference.  It is a sensible process of consultation and

23   conferring.  The legislation by authorizing these agreements

24   and the Courts by entering into these agreements, recognize

25   that this sterile, silo view of the jurisdiction of

1  bankruptcy Courts don't work in this context.  And the

2  Courts must be able to embark upon a joint hearing process

3  in the course of which they will consult and confer and may

4  even talk about who is going to decide what issue, even if

5  they both have jurisdiction.  And whatever problems will

6  crop up and there will be problems, we all know that, the

7  process we have is robust enough to resolve.  The

8  alternative, the falling sky which Mr. Gottlieb says he

9  isn't proclaiming, but he is, is that you can never deal

10  with a cross-border insolvency.  What would you do if there

11  was no IFSA?  What would Mr. Gottlieb say if we didn't have

12  the IFSA, if he didn't have this faint hope argument that in

13  fact we can shuffle this off to an arbitration?  The Courts

14  would have to deal with allocation and they would deal with

15  it and whether there are separate appeal routes or separate

16  rules of evidence doesn't matter.  The Courts will overcome

17  those issues.

18            A point alluded to by Mr. Bromley, but I want to

19  make clear that with respect to who can be bound by the

20  arbitration, you've heard the point already that the -- not

21  all of the Creditors were parties to the IFSA and

22  importantly not all of the selling Nortel entities were

23  parties to IFSA as well.  So there would inevitably be some

24  parties who weren't party and I think Mr. Bromley's got the

25  point to bang it on.  We all know what the allocation

1   dispute is essentially about.  It's about the application of

2   the master research and development agreement to the five

3   major R&D entities.  It's about the transfer pricing

4   transactions that occur between those entities under the

5   master research and development agreement.  There is no --

6   that is the essential dispute.  Will there be issues around

7   the penumbra that are going to vex us in getting them

8   finally resolved and monies owed to people in some

9   appropriate amount?  Absolutely, but that's the nature of

10  the beast.

11           Mr. Adler, I believe, made the submission to you,

12  if my note -- if I have it correct in my notes, that we

13  can't marry the EMEA claims resolution process to the

14  allocation process because they haven't yet started the

15  process in the U.K. of calling for claims against the U.K.

16  estate and that some of the claims that Canada might put in

17  in that process may have overlapped factually and legally

18  with some of the issues here.  There's no evidence that

19  Canada has or will assert in the U.K. proceeding, any claim

20  which has any overlap.  That's just speculation.  There is

21  no evidence of that.  And secondly, with respect to Mr.

22  Adler, he's wrong about what's happened in the UK.  The U.K.

23  issued a general call for claims some time ago.  We inquired

24  of the Joint Administrators whether it would be the

25  appropriate time for us to file any claims that we might

1   have and they told us no, we're not yet taking inter-company

2   claims.  So to the extent there are [indiscernible] here,

3   we're not wearing that.

4          Mr. Gottlieb tries valiantly to argue away the

5   import of Section 15 of the cross-border protocol, which of

6   course is extraordinarily difficult for him to do.  The way

7   he tries to argue it away is by saying that what it

8   contemplated was perhaps -- what it did contemplate was not

9   an allocation motion, but a motion back to approve

10  allocation.  Your Honor will note the one thing that was

11  common in both IFSA and in any of the drafts that were

12  discussed amongst the parties, was that there was no

13  comeback to the Courts for approval of the allocation.  With

14  due respect to Mr. Gottlieb, that's a creation of his

15  imagination.  There is nothing in the record to suggest that

16  it was ever contemplated there would be a comeback in the

17  drafts and my reading don't provide for that.

18         The last point subject to what my friends may tug

19  on my gowns about is Mr. Gottlieb's reliance on the post

20  claims order acknowledgment, the document where -- and

21  you'll recall how that arose, Justice Morawetz, when we

22  appeared in front of you and they said look, we don't want

23  your EMEA claims order to be taken as having committed us to

24  any position on which is the forum in which these issues

25  should be litigated.  That is fundamentally different from

1  and is not the same as saying that that was a document,

2  which meant they had not attorned to the jurisdiction.

3  There was no discussion in the document of the concept of

4  attornment.  You'll recall, Justice Morawetz, there was no

5  discussion around your table about the attornment issue.

6  They even attorned.  They filed their claims.  Did they

7  obtain our agreement that they were free to come here today

8  and do what we're doing here today?  Yes, I mean this is a

9  little bit bizarre.  You'll recall the conversation.  They

10  wanted to know that they would be able to come here today

11  and make the arguments they're making today.  The argument

12  of Mr. Gottlieb that we signed away our right to ever come

13  before you and argue that it's this Court which has the

14  exclusive jurisdiction to make these claims is not what

15  happened.  It's simply not.  And Your Honor will recall

16  that.  Subject to whatever my friends might have

17  additionally, Your Honors, I'm grateful for your indulgence

18  given the hour.  Thank you.

19            UNKNOWN:  Your Honor, if I might have five

20  seconds of your time and Judge Gross and Your Honor, this is

21  really to help Justice Morawetz in respect of part of your

22  consternation of the process and how this has moved before

23  you with expert evidence.  I took you to Section 14 in the

24  cross-border protocol.  Mr. Gottlieb glossed over it and

25  tried to minimize its effect.  I encourage you, as Mr. Mark

1  has, to reread Section 12, but also to reread Section 14

2  because in our respectful submission Section 14 is drafted

3  with the intent to assist the Judges in both Courts with the

4  very situation which you're faced with today, as having to

5  determine an agreement based on foreign law and which the

6  other Judge has the expertise to adjudicate on and allows

7  Your Honor, gives you the discretion, to confer and consult

8  and seek guidance from the other Judge to assist you in

9  interpreting that document.  And then if you read it with

10  Section 12, Section 12 allows this Court or the US Court to

11  defer to the other Court with respect to one Court's

12  judgment.  So, Your Honor, I believe that Section 14 should

13  give you some comfort.  Thank you.

14          JUSTICE MORAWETZ:  Judge Gross, they're all

15  sitting down.

16  (Laughter)

17          THE COURT:  I think we finally wore them out,

18  Justice Morawetz.

19          JUSTICE MORAWETZ:  We finished with Get Smart, we

20  finished with James Bond.  I've said it before, I'll say it

21  again and we'll take it to a different level.  It's five

22  versus five out of Mad magazine.  This is the largest game

23  I've ever seen.

24  (Laughter)

25          JUSTICE MORAWETZ:  But thank you very much.  I

1  don't think that any party today surprised anybody else in

2  the room with their submissions.  Judge Gross and I not

3  surprisingly will not render a Decision this evening.  We'll

4  likely go home and try to read all the stuff and get back to

5  you.

6           THE COURT:  And perhaps -- I'm hopeful that

7  perhaps Justice Morawetz and I will discuss a mechanism to

8  be helpful to the parties here.  It's clear to me, having

9  listened to you, that the process needs to move forward and

10 it's a difficult one and I think one focus that perhaps we

11 should address is a solution to your problem, but we'll talk

12 about that between us and perhaps be back to you shortly.

13          JUSTICE MORAWETZ:  Mr. Tay had raised the issue

14 of Colombia.  Back to the beginning today, the submission

15 from --

16          THE COURT:  Yes.

17          JUSTICE MORAWETZ:  -- Mr. Schwill was please

18 defer on that.  We are going to take that under advisement

19 and deal with it promptly, but not this evening.

20          THE COURT:  Exactly.

21          JUSTICE MORAWETZ:  And Judge Gross, I'll be with

22 you in a few minutes.  Thank you.

23          THE COURT:  Thank you, Justice Morawetz.

24 Everyone, good evening.  Thank you.  Safe travel home.

25          ALL:  Thank you, Judge.

1          THE COURT:  We'll stand in recess.

2     (Whereupon, at 9:37 p.m., the hearing was adjourned.)

3

4                    CERTIFICATION

5          I certify that the foregoing is a correct

6     transcript from the electronic sound recording of the

7     proceedings in the above-entitled matter.

8

9

10    _____          7 June 2011

11    Traci Calaman, Transcriber                    Date

12

13

| Word | Page:Line |
|---|---|

-and-(1) 175:16
-you(1) 193:10
10-minute(1) 201:2
12(b)'s(1) 84:6
16(b)(2)(1) 55:18
16(b)(3)(1) 56:7
20-odd(1) 274:4
30(b)(6)(1) 221:2
50-page(2) 126:21 127:16
a.m.(6) 1:16 8:1 14:14 14:14 25:6 25:6
aaron(1) 7:13
abandon(1) 240:16
abandonment(1) 318:19
abbott(14) 1:25 8:9 8:10 8:12 8:16 8:20
8:23 9:2 9:4 9:13 11:20 11:21 11:25 20:1

abdication(1) 339:13
abetting(1) 313:4
abide(2) 108:10 278:15
ability(4) 23:17 53:2 71:18 206:18
abject(1) 320:7
able(41) 14:10 18:8 20:17 20:23 29:13
29:19 31:11 31:18 31:21 32:17 39:20
40:14 52:22 74:3 92:7 98:17 98:19 101:2
111:19 124:9 124:11 128:4 129:2 141:6
142:5 153:9 153:10 191:8 220:10 237:16
244:20 248:3 249:22 307:1 307:16 317:15
321:19 326:7 327:15 340:2 343:10

about(263) 14:5 16:7 18:12 20:21 21:11
23:8 23:12 23:16 23:23 24:24 27:13 30:4
32:13 36:3 39:16 39:17 39:17 41:8 42:6
42:21 44:20 45:2 46:4 47:22 50:6 52:18
54:12 55:11 55:13 55:23 55:24 56:16 57:
59:4 60:13 60:23 62:15 62:18 62:19 63:1
63:17 63:20 64:17 67:8 67:20 70:23 70:25
70:25 79:23 80:22 80:23 82:10 88:24
90:10 90:25 91:1 91:16 92:21 92:25 95:17
100:17 101:2 101:2 106:15 116:15 117:23
120:11 121:12 123:6 124:20 127:15 128:2
128:3 129:2 129:24 130:3 133:16 134:10
134:13 135:9 135:10 135:12 135:17 137:1
138:11 138:17 140:21 141:21 143:5
146:24 147:10 151:14 163:22 164:19
166:13 167:18 169:24 170:12 171:7 172:1
172:17 173:14 177:3 178:17 179:10
180:22 185:15 185:18 190:12 195:7 195:9
195:11 197:7 197:15 197:16 198:3 199:12
199:18 200:20 201:3 203:1 203:23 204:3
206:1 206:18 206:24 209:25 212:12 213:1
213:17 214:15 214:18 215:22 216:12
219:5 220:5 220:22 222:2 222:3 222:10
225:15 225:23 226:1 227:8 227:13 231:2
232:10 233:12 234:9 236:25 237:1 237:10
239:7 244:13 244:17 244:23 246:8 247:10
247:16 249:6 251:3 258:23 259:24 259:25
261:7 265:24 266:2 269:1 270:8 271:10
271:20 272:7 273:3 277:2 279:11 279:11
279:13 279:18 282:4 282:16 284:18 286:2
287:21 288:15 288:20 290:14 291:10
292:21 295:10 295:11 295:25 297:11 299:
299:20 300:23 301:15 302:14 303:5 306:3
307:15 307:21 312:7 312:15 312:16 312:2
313:11 313:16 313:17 313:21 313:22
314:10 314:11 315:10 315:13 315:16
316:11 317:9 317:21 317:22 318:13 318:1
318:21 320:3 320:6 320:7 320:21 321:7
322:23 322:24 323:5 324:8 324:10 324:14
324:24 325:7 326:1 328:5 329:22 333:6
333:7 333:8 333:24 333:25 334:5 334:5
334:19 336:4 336:5 336:5 337:15 337:18
337:19 338:4 338:4 338:21 340:4 341:1
341:1 341:3 341:22 342:19 343:5 345:12

above(2) 228:21 311:4
aboveentitled (1) 346:7
abrams(1) 162:2
absence(1) 112:17
absent(4) 121:5 156:13 230:5 299:18

absolute(5) 44:12 67:13 68:16 279:1
absolutely(24) 16:12 49:13 50:22 54:3
55:13 62:9 71:10 71:18 79:2 154:13
189:20 216:17 227:8 236:24 264:20 268:6
269:12 269:14 269:17 295:11 310:10
320:20 328:13 341:9

abundance(1) 307:18
accept(7) 161:4 210:4 252:4 262:21
323:19 334:8 334:10

acceptable(4) 9:12 109:4 242:19 326:18
accepted(4) 88:5 243:20 262:7 304:10
accepts(4) 58:4 59:9 61:21 86:13
access(5) 107:25 150:21 150:25 151:4
accessible(1) 184:17
accommodate(3) 88:2 306:10 307:17
accommodatio(1) 186:20
accompanied(1) 251:11
accomplish(5) 31:12 31:13 98:25 101:12
101:16

accomplished(2) 33:7 33:8
accordance(5) 15:5 124:1 124:7 161:17
267:1

according(6) 68:5 161:5 268:7 293:22
301:21 326:21

accordingly(2) 251:6 298:10
account(8) 44:6 82:11 82:15 158:19
209:14 215:12 238:4 288:7

accountant(2) 127:21 254:2
accountants(1) 87:25
accounting(6) 86:13 126:17 292:1 318:4
318:5 337:21

accounts(6) 59:17 59:19 59:20 61:7 61:18
103:5

accurate(2) 150:8 285:5
accuse(2) 243:12 243:13
accused(2) 230:9 314:24
accusing(1) 48:12
achieve(1) 111:7
achieved(1) 206:13
achievement(1) 165:22
achieving(1) 245:4
acknowledge(3) 136:8 216:20 235:25
acknowledged(2) 129:19 303:15
acknowledgement(4) 302:15 302:20 303:6
303:20

acknowledging(1) 173:4
acknowledgment(3) 302:22 302:25 342:20
across(6) 65:13 111:14 155:13 275:23
276:10 331:20

act(18) 35:22 53:1 53:2 76:19 135:11
152:8 169:13 175:12 189:5 192:12 199:8
217:16 224:9 247:15 275:5 289:14 304:5
328:9

acted(2) 124:6 264:3
acting(3) 44:8 55:3 218:16
action(10) 55:19 56:3 56:12 60:20 97:10
212:23 213:1 232:21 235:13 246:2

actions(6) 33:25 50:20 99:25 240:3 240:5
240:5

activities(1) 75:20
acts(1) 238:15
actual(9) 47:25 99:20 184:2 215:25 215:11
230:21 238:17 242:7 338:9

actually(36) 9:8 22:2 38:22 46:3 74:13
76:3 83:22 84:16 113:20 121:6 126:10
136:4 175:25 200:14 201:21 210:15 214:5
217:7 218:7 219:18 222:4 222:20 223:9
225:12 234:15 242:3 246:14 249:11 251:9
252:6 252:14 254:16 256:13 303:25 325:2
338:23

adams(1) 67:22
add(6) 16:11 32:7 88:22 156:16 171:20
172:10

added(3) 48:9 184:20 190:14
addition(6) 20:3 94:19 102:11 140:4
170:22 191:17

additional(2) 40:2 326:12
additionally(2) 112:12 343:17
address(25) 15:12 16:25 17:10 17:23
18:11 95:9 126:23 141:10 148:3 149:7
151:23 160:14 197:1 197:2 197:6 218:3
216:15 236:3 240:8 245:20 249:5 345:11

addressed(11) 47:5 65:6 66:16 68:12
72:18 72:22 215:7 245:8 254:7 331:21
335:4

addressing(6) 65:12 73:3 132:25 150:1
150:4 236:13

adequate(2) 69:24 69:24
adhere(1) 248:18
adjourned(1) 346:2
adjudicate(1) 344:6
adjudicated(1) 167:22
adjudicating(1) 101:3
adjudication(1) 136:15
adjudicators(1) 137:18
adler(149) 4:5 17:5 17:9 17:20 17:23
18:20 19:2 19:6 19:7 19:9 19:9 19:16
21:1 21:13 22:25 23:4 24:3 24:7 24:9
25:21 68:13 92:21 93:5 200:12 200:13
200:17 200:22 200:24 201:2 201:11 201:17
202:15 202:17 203:6 203:8 203:10 203:12
203:16 203:18 203:19 203:23 204:5 204:7
204:10 204:17 204:25 205:3 205:14 205:1
205:18 205:20 205:21 205:24 206:5 207:5
207:8 207:12 207:19 207:24 208:4 208:8
208:10 208:13 214:16 214:18 214:20
214:22 215:1 217:24 218:12 218:14 218:2
219:5 219:10 220:21 221:18 221:19
221:24 223:14 223:15 225:3 233:4 233:6
233:14 234:5 234:6 234:9 234:12 234:25
235:7 235:8 235:11 245:3 251:21 253:4
253:5 253:11 253:15 254:6 254:13 254:20
256:10 256:12 257:1 258:6 261:23 264:6
264:21 266:23 267:5 268:13 268:18
269:6 277:21 280:22 284:14 291:7 291:18
292:8 296:9 299:3 299:7 300:17 305:4
309:13 310:10 317:9 317:23 320:17 331:9
331:17 334:21 334:25 336:2 341:11 341:2

adler's(1) 336:13
adler's(2) 251:10 256:21
administered(1) 1:9
administration(14) 34:23 35:11 35:16
113:19 115:16 128:25 132:11 144:21
159:13 206:10

administrative(3) 40:20 154:21 230:18
administrator(14) 50:5 56:14 62:14 90:6
91:11 93:20 166:5 170:7 196:19 277:6
297:22 299:6 302:5 316:6

administrator's(2) 64:3 232:7

administrators(125) 4:4 7:28 21:18 29:16
33:10 35:6 35:21 35:23 40:8 42:18 45:24
46:9 46:11 46:24 47:18 48:11 48:20 49:4
49:21 49:24 50:2 50:9 50:15 50:21 52:7
52:12 52:15 52:24 52:25 54:19 55:9 56:15
56:18 58:2 59:7 60:4 61:5 61:12 61:19
63:3 63:18 63:20 63:23 64:7 64:13 65:3
65:17 67:4 67:16 68:6 70:4 71:20 73:4
73:21 74:2 74:14 75:2 77:9 77:16 79:8
79:11 79:14 79:20 79:23 80:21 80:18 81:6
83:16 83:18 84:6 85:5 85:14 85:24 86:21
87:3 87:6 87:10 87:14 87:21 89:11 90:9
90:11 90:13 90:15 91:1 91:5 91:25 93:1
93:16 99:18 114:12 124:6 132:23 140:6
140:7 158:3 158:4 167:6 167:9 168:23
202:2 219:13 229:11 231:17 232:14 241:11
258:11 265:23 265:23 309:24 310:17
314:7 315:7 315:21 320:25 322:19 323:20
324:1 327:21 328:3 329:1 331:8 336:18
338:2 341:24

administrators'(10) 79:4 82:14 84:3 84:7
87:9 88:8 89:6 89:23 90:2 93:12

administrator's(1) 91:9
admins(1) 5:17
admir(1) 88:12
admissibility(3) 69:19 87:12 89:4
admissible(1) 124:16
admission(2) 200:4 221:8
admit(6) 47:13 88:14 201:11 201:16
250:25 338:19

admitted(5) 180:25 200:16 251:14 252:18
253:4

admittedly(1) 29:14
adopt(4) 113:8 144:1 156:8 178:3
adopted(7) 54:17 138:6 139:1 151:1
230:11 286:4 299:10

adopting(2) 94:13 328:3
adoption(1) 97:18
adopts(1) 237:20
advance(6) 80:16 82:15 137:17 215:12
249:11 288:7

advanced(6) 76:6 134:15 135:25 136:1
182:1 190:12

advani(1) 3:37
advantage(2) 207:1 209:10
advantageous(1) 69:2
advantages(3) 174:25 175:3 175:25
adversarial(1) 225:18
adversary(16) 24:5 26:14 68:14 69:5 69:8
69:22 70:2 70:14 70:18 212:6 212:7 212:8
213:2 213:4 213:5 251:25

adverse(2) 111:19 242:10
advice(3) 160:1 160:2 281:24
advise(3) 124:11 304:20 335:15
advised(2) 184:12 302:18
advisement(1) 345:18
advises(1) 150:7
advisors(1) 126:5
advocacy(1) 89:22
advocated(1) 144:8
advocates(1) 146:1
affairs(2) 97:22 104:10
affect(1) 56:3
affected(1) 273:15
affects(1) 55:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**affidavit**(70) 118:9 118:12 123:15 124:21 125:2 125:3 129:6 129:8 129:10 129:15 130:9 131:14 131:15 132:1 132:5 132:5 133:21 134:1 142:24 146:12 146:13 147:3 148:4 148:10 148:19 148:21 148:23 149:5 149:22 150:12 151:10 151:13 151:16 151:17 158:2 193:11 193:15 238:3 242:21 242:22 244:9 251:2 256:4 256:6 267:2 281:15 282:10 282:13 282:24 284:15 284:16 284:25 285:7 285:11 285:17 287:1 287:24 291:13 293:6 293:12 296:6 296:20 299:4 299:8 299:25 301:16 332:11 336:6 336:8 336:10

**affidavits**(12) 125:6 125:9 146:22 147:13 217:19 251:1 251:1 282:14 283:2 283:8 283:20 337:5

**affiliate**(1) 31:3
**affiliates**(1) 13:2
**afforded**(1) 98:10
**after**(48) 13:16 46:20 59:1 74:10 77:15 80:2 80:9 80:14 80:16 80:20 109:14 111:21 121:13 123:20 127:6 127:9 129:12 151:14 153:23 191:24 200:20 201:4 220:5 223:7 225:24 230:22 238:22 258:18 258:18 258:20 264:3 264:8 280:7 281:24 290:15 290:15 294:8 296:17 298:4 302:15 311:24 316:20 317:3 318:15 326:3 326:23 335:7 336:11
**afternoon**(28) 94:7 94:8 94:12 94:16 99:6 99:7 101:24 102:3 105:20 105:22 107:3 107:4 107:5 108:25 109:18 109:24 109:24 109:25 131:17 151:16 163:4 165:17 165:18 171:24 192:11 205:21 205:23 308:13

**afterthought**(2) 133:7 135:15
**afterwards**(1) 206:22
**again**(103) 9:6 14:10 18:19 34:2 44:24 46:10 47:19 49:20 50:23 52:11 55:19 56:11 61:3 61:17 62:15 65:18 66:8 66:18 71:20 80:19 82:5 83:12 90:18 91:7 99:9 99:10 102:2 108:7 114:13 115:7 116:21 119:23 119:25 123:24 125:25 126:1 127:19 129:1 130:7 130:9 131:25 132:3 132:4 133:10 133:25 137:11 137:25 138:3 142:17 148:20 184:25 185:11 187:1 188:5 191:13 198:15 201:5 202:1 205:21 209:17 209:17 209:17 211:20 211:20 214:17 220:16 223:13 223:20 223:22 233:9 234:1 244:24 245:2 246:22 255:11 266:24 271:1 273:24 277:23 279:9 280:7 282:21 287:24 292:19 295:15 296:1 296:20 297:3 297:15 297:18 298:17 299:9 299:21 299:23 300:11 301:18 302:22 315:23 318:12 319:13 319:21 337:15 344:21

**against**(35) 16:4 16:6 20:17 40:19 46:24 46:24 49:3 50:21 63:2 64:14 79:15 112:8 136:5 140:6 164:1 164:4 164:13 164:14 164:24 182:4 189:9 194:16 208:16 234:6 247:23 249:9 269:13 312:25 313:8 313:9 322:3 335:20 338:14 338:22 341:15

**agenda**(4) 8:17 9:6 9:8 231:1
**agent**(9) 57:21 60:8 60:11 60:12 60:13 60:15 60:25 238:15 238:19
**aggregate**(3) 117:8 127:10 184:16
**aggressive**(1) 185:1
**ago**(15) 37:19 62:23 63:11 106:15 106:15 110:23 171:6 175:7 184:25 211:6 218:9 248:8 312:17 312:18 341:23

**agree**(62) 26:5 42:25 44:11 46:19 48:25 50:13 50:14 50:22 52:22 52:25 54:19 55:10 58:14 62:7 71:4 73:24 79:3 81:10 81:11 81:18 81:24 82:21 89:12 90:3 90:11 96:1 96:12 96:13 96:14 96:22 111:20 119:10 122:17 131:6 136:8 147:17 158:8 166:20 167:18 174:1 177:6 177:7 226:17 235:16 242:23 243:2 265:2 283:8 284:20 288:19 290:22 295:15 307:5 309:21 327:3 327:5 328:16 332:12 332:19 333:5 333:21 339:1 339:12

**agreeable**(1) 200:21
**agreed**(100) 38:19 40:25 44:7 44:9 44:12 45:17 45:24 49:10 52:11 53:24 54:10 55:21 56:20 58:21 64:21 65:8 69:17 79:8 82:11 82:24 89:14 93:2 93:5 93:10 93:17 95:25 96:2 96:3 96:17 96:18 97:9 99:25 111:5 111:7 117:13 119:20 123:4 128:9 128:9 138:6 145:10 146:19 173:22 180:20 195:8 195:11 196:24 210:11 211:6 211:19 211:22 211:24 216:14 217:11 217:12 217:13 228:11 230:15 232:15 232:22 232:23 233:2 235:14 235:17 235:19 235:2 237:14 238:8 239:17 240:15 242:20 242:25 243:8 243:19 260:1 260:2 260:6 260:8 261:24 262:11 265:21 265:22 266:1 284:6 289:3 290:17 293:4 303:7 303:15 305:10 306:8 322:20 324:5 330:4 333:9 333:12 334:15 336:18 338:5 338:23

**agreeing**(5) 94:13 117:14 196:21 216:4 337:8

**agreement**(285) 21:16 22:9 27:4 28:18 29:2 29:14 38:14 39:1 40:5 40:16 40:17 41:10 41:11 42:7 43:2 43:2 43:5 43:7 43:12 43:13 43:15 43:17 44:7 44:14 44:22 45:4 46:8 47:13 47:13 47:16 48:25 49:10 49:11 49:16 49:22 49:23 50:3 50:8 52:2 53:24 53:25 54:4 54:11 55:4 55:12 55:15 55:21 56:21 56:24 57:7 57:8 57:19 58:16 58:24 59:21 59:25 60:1 60:19 61:14 61:16 62:12 62:13 64:10 64:15 64:24 67:6 67:14 68:2 68:3 68:4 68:4 70:8 71:1 71:3 71:11 71:14 71:14 71:23 78:15 81:13 81:24 82:1 82:1 82:16 82:18 83:8 83:9 83:13 84:13 84:24 86:17 88:3 91:3 91:6 91:6 92:15 93:2 93:7 93:25 94:1 95:6 96:8 96:23 96:24 97:5 111:10 112:17 112:19 114:8 114:9 114:23 114:24 115:14 115:17 115:21 117:6 117:20 118:16 118:1 120:16 121:13 121:15 121:17 121:19 121:20 121:22 124:7 124:8 124:19 130:11 130:25 138:3 138:11 143:4 143:8 144:2 144:10 145:20 147:6 147:19 147:22 148:5 148:8 148:12 148:16 150:5 150:8 150:10 151:8 151:20 152:3 152:10 152:12 152:17 152:22 152:24 155:18 155:24 157:15 157:17 169:22 170:15 173:16 173:18 173:20 174:2 174:6 178:14 188:7 193:1 193:5 211:21 212:19 213:16 214:1 215:6 215:9 215:13 215:14 216:8 216:8 216:21 223:19 224:12 225:9 225:12 226:2 226:12 226:13 228:3 228:4 228:7 230:6 231:9 232:11 232:22 232:24 235:14 235:1 235:22 235:23 236:8 236:9 236:10 236:23 237:11 237:22 238:1 238:2 238:22 238:22 239:18 241:24 242:13 244:16 250:18 254:17 259:5 260:4 263:23 264:3 264:1 264:16 264:25 265:1 265:6 268:23 269:15 271:13 275:11 279:15 281:13 281:18 282:22 283:10 283:10 283:25 286:3 286:8 288:8 288:9 289:4 290:9 290:12 290:22 292:20 293:17 294:21 295:18 296:10 299:18 301:5 301:7 303:14 303:19 305:9 305:19 306:21 306:22 307:14 307:20 313:16 320:15 322:6 325:3 327:3 324:24 328:7 333:5 335:6 335:24 326:12 341:12

**agreements**(64) 23:13 38:12 38:13 41:18 43:14 44:3 44:13 44:16 57:5 58:24 59:24 60:4 61:13 61:16 61:25 62:14 81:7 94:3 95:17 95:18 95:19 95:22 95:23 96:1 96:3 100:18 100:23 103:6 117:11 119:21 119:22 119:25 120:6 121:9 121:19 124:17 124:23 150:16 152:15 152:19 170:12 195:6 195:9 195:11 195:25 196:1 224:11 237:18 330:11 238:14 238:20 262:9 267:13 267:18 267:19 267:19 269:24 270:10 275:11 286:5 286:1 300:21 315:2 339:23 339:24

**agrees**(7) 41:22 53:20 55:18 135:22 178:18 211:5 266:11

**ahead**(6) 72:5 109:21 111:2 186:1 208:7 219:1

**aiding**(1) 313:4
**aims**(2) 151:23 326:17
**ain't**(1) 336:2
**ain't**(1) 130:5
**air**(3) 72:2 233:18 319:23
**airing**(1) 210:22
**aisle**(1) 145:25
**akin**(3) 2:4 5:31 94:10
**alan**(2) 7:31 109:22
**alberto**(1) 3:30
**alert**(1) 54:23
**alex**(1) 157:2
**alice**(1) 310:14

**all**(301) 11:19 12:17 12:24 13:25 14:7 14:11 14:13 14:21 15:20 18:8 18:19 18:21 19:11 20:6 20:10 20:15 20:16 21:1 21:13 22:4 22:10 23:12 23:20 24:8 24:15 24:19 25:3 28:20 29:2 29:8 30:16 31:24 32:22 32:23 34:10 35:19 36:2 37:5 38:11 38:14 38:15 43:6 43:14 44:8 45:9 45:17 45:23 46:13 46:19 47:2 47:8 51:17 51:19 52:11 52:21 53:23 54:3 54:9 55:22 57:24 60:10 60:21 64:22 66:5 67:3 68:17 68:18 69:7 70:13 71:5 71:25 73:21 79:21 80:14 82:16 82:20 83:15 85:20 88:20 89:18 89:24 90:1 91:19 91:25 93:14 93:25 94:1 94:6 95:5 95:9 95:21 95:23 96:1 96:16 96:22 97:4 97:20 98:3 98:5 98:9 98:13 99:1 101:14 102:15 102:21 102:23 103:23 106:6 106:9 107:12 107:15 108:12 108:15 109:11 111:9 111:18 112:17 113:9 119:3 121:7 124:5 128:21 129:13 131:16 133:20 134:24 138:4 139:10 144:16 144:17 144:25 145:14 145:14 145:14 145:17 146:19 148:17 154:11 156:2 156:14 158:7 160:16 161:22 162:22 166:10 167:2 167:24 167:25 168:1 168:8 168:14 168:15 168:16 169:5 169:7 169:14 169:19 170:14 176:15 176:17 179:13 179:18 182:19 184:9 184:21 186:9 188:1 188:2 188:13 188:9 189:21 190:25 191:13 191:17 196:9 196:21 197:7 197:17 197:18 198:25 200:5 200:15 201:4 201:15 203:2 203:4 204:24 205:6 205:12 207:12 208:22 210:10 210:17 213:22 214:22 215:13 220:4 220:20 220:25 221:17 223:28 225:22 227:2 227:3 231:18 233:16 234:3 234:5 235:8 235:11 236:3 236:4 237:21 238:10 241:20 246:2 246:2 246:15 248:15 250:7 250:9 252:12 252:17 252:24 253:3 254:10 254:19 254:22 255:16 256:4 256:24 257:16 257:22 260:18 261:7 261:18 261:24 262:25 264:18 265:2 265:20 265:22 266:17 268:8 268:22 269:4 270:12 270:13 270:20 276:3 276:4 276:10 278:9 278:13 279:15 280:13 280:22 282:4 282:14 283:15 284:13 285:22 287:3 288:8 292:10 292:12 292:22 292:23 293:1 293:1 293:9 293:20 294:11 296:13 296:17 297:2 297:23 298:8 298:21 300:3 300:20 307:20 308:11 308:17 309:4 309:21 310:11 313:4 317:23 319:1 320:8 320:16 321:20 322:5 322:21 323:1 323:2 324:12 324:24

**all**(23) 325:8 327:5 329:2 329:3 329:4 329:6 329:9 331:17 335:13 336:7 336:7 336:16 337:7 338:5 338:18 338:22 340:6 340:21 340:22 340:25 344:14 345:4 345:25

**all-hand**(1) 75:11
**all-hands**(1) 75:14
**allan**(1) 50:4
**allegation**(3) 124:15 125:17 257:9
**allegations**(5) 135:25 136:1 164:4 164:14 313:3

**allege**(1) 136:23
**alleged**(2) 194:16 318:22
**allen**(3) 2:18 316:2 316:3
**allocate**(10) 91:17 117:8 117:16 119:19 167:11 215:5 216:16 334:4 334:5 334:10

**allocated**(6) 104:17 127:10 167:18 206:22 261:8 322:25

**allocating**(3) 101:2 216:7 320:21

**Word** — **Page:Line**

**allocation(301)** 9:7 9:24 15:8 26:20 27:20 29:1 29:7 30:4 30:6 30:12 41:19 41:25 43:25 45:16 45:18 45:21 45:23 46:7 46:10 46:12 46:13 47:5 47:10 47:11 47:20 48:1 48:23 48:24 49:1 49:14 54:24 55:4 55:7 55:17 62:11 63:16 63:17 63:19 64:8 64:10 64:19 64:22 65:7 65:22 66:2 66:4 66:11 66:16 66:21 67:2 67:5 67:7 67:12 68:3 68:5 70:7 70:16 70:17 73:1 73:7 73:8 73:25 74:4 75:5 76:23 77:11 78:21 79:6 79:16 79:18 79:25 80:3 80:5 80:11 80:18 81:4 81:14 82:25 83:11 89:14 90:4 92:23 95:11 96:6 96:9 96:13 96:14 96:18 96:19 98:1 98:20 98:21 100:25 103:16 107:21 110:7 110:14 110:16 110:25 111:15 112:4 112:6 112:15 112:16 113:3 113:7 113:17 114:4 114:23 117:16 120:14 124:3 125:22 127:2 127:25 128:5 131:12 131:21 131:22 133:15 133:17 134:17 135:1 135:25 136:1 136:20 137:7 137:9 137:13 138:7 138:9 138:10 138:15 139:1 140:5 140:13 140:23 141:1 141:15 141:16 143:3 144:16 145:2 145:20 155:15 155:18 157:7 157:8 157:14 157:18 157:19 157:20 160:15 160:15 160:18 160:20 161:13 162:11 162:14 163:13 163:18 164:7 165:1 166:14 166:19 169:10 170:10 171:16 176:9 176:10 176:17 177:6 177:7 177:9 178:3 178:5 178:6 178:19 178:21 179:7 180:3 181:25 182:13 183:14 183:22 183:24 184:3 187:1 187:12 189:11 190:5 190:6 190:11 190:12 191:9 192:1 193:18 193:20 193:23 193:24 194:8 194:18 195:24 196:18 196:22 196:25 197:1 197:17 197:20 197:20 198:13 209:18 209:25 210:2 210:8 210:19 210:21 211:1 212:4 212:9 214:7 215:22 216:11 216:19 221:21 223:4 225:24 226:2 226:12 228:18 229:1 229:16 230:6 230:15 232:8 232:16 233:1 236:13 236:25 237:19 238:24 239:4 239:5 240:7 240:24 241:17 242:9 242:17 243:1 245:6 246:15 247:4 247:18 248:25 249:5 249:11 250:2 250:6 250:10 250:13 254:12 257:16 257:21 258:17 259:6 259:9 261:1 261:11 261:17 265:3 266:5 266:11 266:19 270:7 270:8 272:10 275:21 276:2 276:7 276:19 279:11 294:4 294:5 294:9 294:20 294:22 294:23 295:2 295:6 295:8 295:12 295:24 296:4 296:16 297:1 298:6 298:8 299:16 299:17 301:1 301:6

**allocation(46)** 309:22 309:25 310:4 310:23 311:5 311:13 311:19 311:22 312:1 312:11 312:19 313:12 313:14 314:1 315:5 317:13 317:14 317:17 318:18 318:19 318:20 318:23 319:5 320:17 321:1 321:4 321:18 321:18 322:23 322:24 323:11 328:12 328:15 329:23 330:7 330:14 334:1 334:5 334:5 335:11 340:14 340:25 341:14 342:9 342:10 342:13

**allocations(4)** 114:8 135:6 194:5 276:5
**allotted(1)** 201:24
**allow(13)** 36:5 39:10 39:18 40:14 69:1 89:12 104:11 108:19 158:10 162:9 236:18 249:12 306:2

**allowed(6)** 40:13 84:12 117:17 242:2 247:14 278:20

**allows(7)** 68:24 70:13 160:25 161:4 229:6 344:6 344:10

**alluded(5)** 79:13 184:24 198:16 215:11 340:18

**almost(4)** 37:19 81:19 124:5 172:3
**alone(3)** 208:16 228:21 250:1
**along(5)** 17:18 64:5 152:1 278:14 332:22

**already(29)** 65:8 69:12 69:23 76:8 91:1 123:1 137:14 155:6 161:14 179:3 180:19 192:22 198:16 200:6 214:15 215:2 217:20 231:24 231:24 242:24 243:11 251:15 288:1 301:14 305:1 317:4 318:18 339:4 340:20

**also(118)** 10:14 19:13 19:21 23:3 27:7 29:6 30:3 37:21 37:24 40:6 40:16 41:11 44:2 45:6 45:11 45:12 46:6 46:10 46:21 47:4 49:13 53:9 63:24 65:6 66:4 66:15 66:22 67:21 68:7 70:24 71:3 75:8 75:10 77:23 77:24 78:4 80:8 81:24 84:6 88:3 91:4 91:20 99:16 100:5 100:23 101:3 104:3 104:22 106:7 118:20 118:24 119:13 122:4 122:13 130:7 137:4 137:11 138:18 154:24 155:24 156:5 156:6 156:9 159:19 159:24 160:23 161:12 162:12 166:17 174:12 174:13 179:1 179:16 180:14 182:1 194:17 194:21 195:4 196:16 208:20 215:5 215:21 217:5 217:8 218:23 219:8 219:14 221:3 223:12 224:16 228:23 229:20 229:22 229:25 230:20 235:21 236:11 237:18 239:13 239:20 242:6 247:12 247:23 248:1 252:21 254:4 284:15 293:17 298:12 304:23 316:2 316:16 322:9 322:18 324:18 324:23 325:2 344:1

**alternative(13)** 6:21 6:22 13:20 83:3 83:19 85:25 86:25 126:25 127:3 226:6 326:11 326:18 340:8

**alternatives(1)** 36:5
**although(8)** 43:16 162:14 166:9 167:17 181:24 198:17 256:9 257:24

**always(19)** 14:3 33:13 33:21 81:10 112:22 131:22 133:12 135:16 144:2 190:21 196:10 204:21 227:4 227:21 228:9 239:1 259:10 259:12 310:1

**ambiguity(7)** 60:16 60:24 87:20 87:21 88:5 226:25 318:11

**ambiguous(12)** 87:11 87:25 88:15 89:3 263:12 263:14 263:17 264:17 269:10 290:25 291:5 327:15

**amended(11)** 29:17 30:15 58:10 116:19 119:14 159:2 159:5 159:6 190:7 323:20 324:2

**amendment(11)** 115:17 115:23 116:16 118:6 119:7 119:17 229:20 229:23 322:12 322:12 334:3

**amendments(10)** 118:19 118:20 118:21 134:23 239:21 239:23 295:15 295:20 323:24 335:18

**america(7)** 6:42 6:42 33:22 34:10 45:10 102:10 272:8

**american(6)** 34:5 102:11 247:19 248:7 278:24 279:21

**americas(2)** 2:21 13:21
**amf(1)** 217:9
**amit(1)** 6:47
**among(14)** 57:19 66:22 74:15 74:16 75:6 78:23 94:25 132:15 132:20 167:10 275:21 276:2 335:14 335:18

**amongst(5)** 15:18 98:2 116:23 275:18 342:12

**amount(10)** 18:3 31:9 33:3 40:10 44:5 44:18 70:1 76:22 271:19 341:9

**amounts(5)** 164:3 178:14 257:18 294:7 294:10

**ample(1)** 135:21

**analysis(6)** 49:3 127:2 136:16 151:7 316:14 334:18

**analyzed(1)** 286:1
**anchors(1)** 33:11
**and(301)** 8:3 8:3 8:6 8:10 8:13 8:18 8:21 8:22 8:24 9:5 9:8 9:22 9:25 10:1 10:8 10:11 10:18 11:3 11:4 11:8 11:10 11:14 11:17 12:6 12:7 12:13 12:17 12:17 12:18 12:21 12:23 13:2 13:3 13:5 13:7 13:8 13:10 13:12 13:15 13:20 13:23 14:1 14:9 14:17 14:22 15:4 15:7 15:21 15:22 15:24 15:24 15:25 16:4 16:6 16:6 16:7 16:8 16:14 16:16 16:17 16:19 16:20 16:22 17:4 17:6 17:11 17:14 17:19 18:3 18:6 18:17 18:19 19:2 19:17 19:20 20:7 20:16 20:17 20:22 20:24 21:10 21:16 21:16 22:22 22:4 22:5 22:7 22:9 22:13 22:16 22:23 22:24 22:25 23:1 23:4 23:6 23:7 23:8 23:9 23:10 23:16 23:18 23:20 23:24 24:2 24:14 24:14 25:10 25:11 25:15 25:18 26:2 26:4 26:6 26:12 26:20 27:5 27:6 27:10 27:19 27:22 27:24 28:2 28:13 28:16 28:17 28:18 28:22 28:24 28:25 29:2 29:3 29:9 29:12 29:13 29:18 29:19 29:20 30:1 30:3 30:10 30:14 30:16 30:22 30:25 31:1 31:4 31:4 31:15 31:17 32:3 32:4 32:5 32:6 32:7 32:7 32:8 32:9 32:12 32:14 32:15 32:15 32:22 32:25 32:25 33:3 33:3 33:9 33:9 33:11 33:13 33:14 33:16 33:22 33:24 33:24 33:24 33:25 34:2 34:5 34:6 34:7 34:8 34:8 34:10 34:15 34:24 34:25 35:2 35:6 35:6 35:7 35:10 35:12 35:13 35:13 35:15 35:16 35:22 36:1 36:1 36:6 36:12 36:14 36:15 36:16 36:21 36:22 37:2 37:2 37:18 37:19 37:23 38:3 38:5 38:10 38:11 38:11 38:12 38:14 38:14 38:15 38:17 38:19 38:20 38:22 38:25 39:4 39:17 39:22 39:25 40:2 40:11 40:17 40:20 40:23 41:3 41:18 41:19 41:21 41:21 41:22 41:24 42:4 42:5 42:7 42:19 42:20 42:20 42:23 43:1 43:3 43:5 43:5 43:7 43:8 43:9 43:13 43:15 43:19 43:19 44:7 44:9 44:11 44:13 45:8 45:14 45:17 44:19 44:20 45:4 45:4 46:16 46:24 46:25 47:1 47:4 47:6 47:11 47:18 48:1 48:1 48:10 48:11 48:14 48:15 48:18 48:21 49:6 49:6 49:7 49:13 49:17

**and(301)** 49:20 49:20 49:24 50:6 50:12 50:13 50:18 50:19 50:22 50:22 51:1 51:3 51:21 51:22 51:23 51:23 51:25 52:13 52:16 53:5 53:5 53:11 53:14 53:15 53:17 53:18 53:18 53:21 54:12 54:20 55:10 55:11 55:16 55:22 56:2 56:4 56:9 56:19 56:21 57:2 57:5 57:6 57:7 57:19 57:20 57:20 57:24 58:4 58:4 58:5 58:6 58:7 58:8 58:9 58:11 58:23 58:24 59:1 59:2 59:8 59:9 59:10 59:10 59:11 59:12 59:18 59:19 59:24 60:7 60:9 60:10 60:12 60:20 60:25 61:3 61:4 61:5 61:7 61:9 61:17 61:17 61:18 61:21 61:21 61:22 61:25 62:7 62:14 62:15 62:18 62:20 62:22 62:23 63:3 63:10 63:14 63:19 64:1 64:2 64:4 64:9 64:13 64:16 64:18 64:20 65:4 65:5 65:5 65:8 65:13 65:14 65:18 66:1 66:8 66:9 66:12 66:23 66:25 67:3 67:5 67:8 67:11 67:11 67:17 68:2 68:5 68:11 68:16 68:19 68:20 68:21 68:25 68:25 69:2 69:11 69:13 69:16 69:16 69:25 70:12 70:17 70:17 71:5 71:15 71:16 71:20 71:20 71:20 71:24 72:11 72:15 72:15 72:18 73:1 73:9 73:11 73:16 73:20 73:22 73:22 73:25 74:5 74:8 74:9 74:11 74:13 74:17 74:25 75:1 75:2 75:3 75:8 75:15 75:19 75:19 75:25 76:4 76:10 76:14 76:20 76:23 76:25 77:1 77:2 77:3 77:4 77:10 77:13 77:16 77:23 78:1 78:2 78:2 78:2 78:2 78:4 78:8 78:8 78:11 78:22 79:5 79:7 79:9 79:10 79:12 79:15 79:16 79:17 79:17 79:19 79:24 79:25 80:6 80:7 80:11 80:20 80:21 81:4 81:5 81:8 81:10 81:12 81:15 81:16 81:19 81:22 82:4 82:5 82:5 82:6 82:11 82:12 82:21 82:22 83:1 83:5 83:5 83:9 83:17 84:1 84:5 84:7 84:9 84:14 84:16 84:18 84:22 84:24 85:1 85:5 85:6 85:11 85:15 85:17 85:19 85:25 86:5 86:14 86:22 86:25 87:8 87:13 87:22 88:5 88:12 88:19 88:22 89:1 89:2 89:6 89:11 89:12 89:15 89:18 89:20 89:24 90:1 90:7 90:9 90:11 90:16 90:17 90:18 90:20 91:7 91:11 91:20 91:24 92:1 92:5 92:11 93:1 93:3 93:4 93:5 93:6 93:6 93:15 93:17 93:21 94:4 94:13 94:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **and**(301) 94:24 95:3 95:4 95:8 95:13 95:13 95:15 95:17 95:18 95:23 95:24 96:2 96:6 96:14 96:15 96:17 96:20 96:21 96:25 97:1 97:2 97:8 97:8 97:9 97:11 97:16 97:17 97:21 97:23 98:4 98:5 98:15 98:17 98:22 98:25 99:3 99:12 99:14 99:16 99:20 99:24 100:2 100:9 100:11 100:13 100:14 100:18 100:18 100:20 100:21 100:23 101:1 101:11 101:12 101:13 101:14 101:18 101:20 102:10 102:10 102:10 102:11 102:17 102:21 102:22 102:24 103:1 103:9 103:10 103:21 104:6 104:15 104:15 104:1 104:17 105:6 105:11 105:12 105:14 106:2 106:11 107:16 107:21 108:1 108:6 109:3 110:5 110:6 110:8 110:11 110:14 110:16 110:18 110:23 110:24 110:25 111:1 111:4 111:4 111:6 111:8 111:12 111:13 111:15 111:18 111:20 111:22 112:3 112:4 112:7 112:8 112:11 112:14 112:18 112:20 112:20 113:8 113:10 113:11 113:17 113:17 113:20 113:21 113:23 114:1 114:6 114:11 114:20 114:25 114:25 115:1 115:6 115:6 115:8 115:18 115:25 116:7 116:12 116:14 116:16 116:24 117:4 117:5 117:7 117:7 117:9 117:9 117:12 117:13 118:6 118:13 118:21 118:23 119:5 119:6 119:7 119:11 119:11 119:12 119:15 119:16 119:19 119:23 120:3 120:4 120:5 120:6 120:6 120:11 120:14 120:15 120:21 120:25 121:1 121:9 122:4 122:5 122:7 122:8 122:10 122:14 122:24 123:5 123:8 123:19 123:24 124:10 124:16 124:24 125:1 125:2 125:6 125:6 125:8 125:10 125:12 125:14 125:18 125:21 125:25 126:3 126:11 126:1 126:14 126:15 126:22 127:9 127:11 127:17 127:17 127:18 128:2 128:4 128:10 128:16 128:17 128:18 128:22 128:24 129:1 129:9 129:12 129:15 129:17 129:18 130:2 130:5 130:9 130:13 131:1 131:2 131:13 131:15 131:24 132:3 132:9 132:10 132:12 132:14 132:15 132:15 132:16 132:18 132:19 132:21 132:24 132:25 133:1 133:12 133:14 133:20 133:21 133:23 133:25 134:1 134:11 134:12 134:14 134:1 134:21 134:23 134:25 135:6 135:7 135:9 135:11 135:18 135:20 135:25 136:2 136:6 136:8 136:9 136:9 136:10 136:10 136:12 136:16 137:3 137:4 137:7 137:10 137:14 137:20 137:21 137:24 138:6 138:8 138:18 138:21 139:8 140:1 140:3 140:7 140:8 140:10 140:11 140:12 140:14 | | **and**(301) 140:23 140:25 141:2 141:6 141:6 141:8 141:18 141:20 141:22 142:6 142:9 142:9 142:11 142:12 142:19 142:23 143:6 143:20 143:24 144:4 144:7 144:7 144:8 144:13 144:14 144:21 144:24 144:25 145:7 145:8 145:10 145:16 146:2 146:5 146:7 146:11 146:14 146:16 146:23 146:24 147:7 147:6 147:6 147:7 147:9 147:14 147:15 147:23 147:24 148:7 148:23 148:24 149:1 149:3 149:5 149:8 149:24 149:25 150:2 150:1 150:7 150:18 150:20 151:1 151:3 151:8 151:12 151:15 151:24 152:3 152:4 152:10 152:12 152:22 152:24 153:3 153:1 153:23 153:24 154:15 154:19 154:22 154:23 154:25 155:5 155:16 155:17 155:1 155:21 155:22 155:23 155:24 156:1 156:2 156:3 156:6 156:8 156:9 156:14 156:15 156:20 156:20 156:22 157:5 157:7 157:10 157:14 157:16 157:19 157:19 158:6 158:7 158:8 158:11 158:12 158:15 158:1 158:17 158:20 158:23 158:25 159:5 159:1 159:12 159:13 159:15 159:15 159:16 159:18 159:21 159:23 159:24 160:10 160:4 160:7 160:7 160:7 160:9 160:10 160:15 160:17 160:19 160:21 160:24 160:25 161:4 161:8 161:17 161:18 161:20 161:21 162:2 162:3 162:4 162:6 162:6 162:15 162:16 162:17 162:18 162:18 162:19 162:20 162:24 163:5 163:12 163:1 163:13 163:15 163:15 163:18 163:20 164:1 164:2 164:3 164:7 164:8 164:11 164:14 164:17 164:22 164:24 165:1 165:6 165:12 165:20 165:23 166:2 166:1 166:7 166:13 166:17 166:20 167:1 167:6 167:8 167:11 167:14 167:15 167:17 167:1 167:23 168:4 168:6 168:13 168:17 168:24 169:1 169:5 169:13 169:16 169:21 169:23 170:9 170:13 170:16 170:21 170:2 170:25 171:8 171:11 171:14 171:24 172:12 172:12 172:18 172:24 172:25 173:1 173:4 173:5 173:7 173:11 173:13 173:13 173:14 173:15 173:16 173:23 173:24 174:1 174:13 174:14 174:16 174:19 174:23 174:25 175:1 175:5 175:9 175:15 175:21 175:22 175:22 176:3 176:6 176:15 176:16 176:17 176:20 176:23 176:25 176:25 177:3 177:4 177:9 177:10 177:17 177:25 177:25 178:3 178:4 178:7 178:13 178:16 178:17 178:17 178:19 178:20 178:22 178:21 139:8 140:1 179:6 179:11 179:12 179:24 180:8 180:15 180:17 180:19 180:23 180:2 181:1 181:2 181:3 181:6 | | **and**(301) 181:8 181:9 181:11 181:13 181:21 181:24 182:2 182:3 182:7 182:9 182:10 182:11 182:14 182:16 182:16 182:18 182:20 182:21 182:24 182:25 183: 183:5 183:8 183:9 183:14 183:14 183:16 183:18 183:19 183:22 183:25 184:3 184:7 184:9 184:18 184:18 184:24 185:5 185:8 185:11 185:14 185:25 186:2 186:7 186:10 186:10 186:19 186:23 187:4 187:6 187:10 187:11 188:6 188:7 188:9 188:16 188:19 189:3 189:7 189:10 189:13 189:15 189:16 189:18 189:23 190:8 190:13 190:14 190:1 190:20 190:21 191:5 191:5 191:7 191:13 191:15 191:19 191:20 191:24 192:2 192:7 192:16 193:2 193:6 193:10 193:19 193:25 194:5 194:6 194:15 194:15 194:16 194:18 194:22 194:23 194:24 194:24 195:2 195:2 195:11 195:17 195:24 196:1 196:2 196:3 196:6 196:8 196:11 196:18 197:2 197:18 197:18 197:23 198:9 198:12 198:2 198:21 198:23 199:3 199:6 199:12 199:1 199:17 199:23 200:5 200:9 200:10 201:2 201:10 201:18 201:23 202:2 205:4 205:5 205:8 205:14 206:11 206:12 206:14 206:17 206:24 206:25 207:4 208:6 208:7 208:17 208:18 208:18 208:20 208:22 209:7 209:8 209:17 209:17 209:18 210:5 210:5 210:9 210:11 210:11 210:16 210:17 210:19 210:21 210:22 210:24 211:2 211:19 211:20 211:22 211:22 211:25 212:6 212:10 212:11 213:2 213:5 213:10 213:11 213:16 213:20 214:4 214:11 215:4 215:5 215:6 215:10 215:10 215:23 215:24 216:5 217:5 217:24 218:13 219:7 219:8 219:8 219:16 219:16 219:17 219:20 219:22 219:22 219:23 220:5 220:7 220:23 221:3 221:6 221:12 221:16 221:25 222:3 222:7 222:10 222:14 222:14 222:16 222:17 222:20 223:5 223:10 223:12 223:13 223:1 223:20 223:22 224:1 224:2 224:3 224:3 224:6 224:11 224:14 224:19 225:14 225:1 225:21 225:24 225:25 226:17 226:24 227:1 227:2 227:7 227:15 228:5 228:7 228:8 228:17 228:17 228:24 229:12 229:12 229:18 229:19 229:25 230:11 230:15 230:23 231:3 231:10 231:14 231:2 232:1 232:13 232:14 232:19 233:3 233:8 233:17 233:24 234:1 234:3 234:12 234:13 234:15 234:16 234:1 234:20 235:16 235:17 235:23 236:3 236:5 236:6 236:8 236:16 236:23 | | **and**(301) 236:24 237:1 237:24 238:3 238:7 238:9 238:19 239:4 239:6 239:15 239:16 239:19 239:25 240:3 240:4 240:9 240:11 240:16 240:20 240:23 241:4 241:5 241:11 241:12 241:15 241:19 241:21 241:25 242:1 242:3 242:18 242:19 242:24 243:1 243:5 243:5 243:7 243:15 243:17 243:17 243:20 243:21 244:4 244:5 244:7 244:10 244:13 244:16 245:6 245:10 245:18 245:20 245:20 245:24 246:6 246:7 246:18 246:19 246:22 246:23 247:1 247:1 247:5 247:9 247:12 247:23 248:1 248:8 248:12 248:14 248:16 248:20 248:22 249:1 249:2 249:7 249:9 249:12 249:23 250:8 250:9 250:19 250:24 251:2 251:13 251:22 251:23 252:3 252:17 253:1 253:2 253:16 253:23 253:24 254:6 254:7 255:17 256:5 256:7 256:9 256:14 256:20 256:20 256:22 256:22 256:23 256:23 257:1 257:5 257:8 257:12 257:13 257:15 257:18 257:21 257:23 257:25 258:3 258:6 258:8 258:11 258:12 258:17 258:18 258:21 258:25 259:2 259:4 259:5 259:7 259:8 259:14 259:16 259:19 259:23 260:12 260:14 260:20 260:22 261:3 261:5 261:7 261:12 261:20 261:20 261:22 261:25 262:2 262:6 262:20 263:7 263:8 263:12 263:18 263:19 263:24 263:25 264:5 264:6 264:6 264:8 264:9 264:20 264:21 265:3 265:6 265:9 265:12 265:17 265:19 265:22 266:5 266:14 266:18 266:20 266:23 266:24 267:1 267:2 267:4 267:6 267:8 267:9 267:10 267:11 267:13 267:14 267:25 268:3 268:3 268:8 268:13 268:15 268:15 268:18 268:20 268:23 269:2 269:7 269:13 269:14 269:21 270:2 270:5 270:7 270:11 270:21 270:23 271:7 271:8 271:11 271:18 271:18 271:21 271:21 272:6 272:8 272:9 272:14 272:17 272:19 272:22 272:24 273:3 273:4 273:5 273:7 273:14 273:15 273:16 273:22 274:7 274:8 274:14 274:20 274:24 275:3 275:4 275:5 275:13 275:17 275:20 275:23 276:7 276:9 276:15 276:21 277:7 277:9 277:15 277:20 277:23 277:23 277:24 278:3 278:9 278:13 278:15 278:16 278:17 278:19 278:24 278:25 279:7 279:16 279:17 279:21 279:23 280:8 280:9 280:10 280:12 281:5 281:10 281:10 281:12 281:13 281:23 282:2 282:4 282:10 282:19 282:22 282:25 283:1 283:2 283:4 283:6 283:9 283:11 283:13 283:17 283:17 283:18 283:21 284:1 284:4 284:8 284:12 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**and**(301) 284:13 284:17 284:19 284:22 284:23 284:25 285:1 285:2 285:4 285:7 285:9 285:10 285:12 285:13 285:17 285:1 285:21 285:24 286:9 286:11 286:17 286:21 286:25 287:2 287:3 287:4 287:7 287:16 287:18 287:19 287:24 287:25 288: 288:2 288:3 288:6 288:12 288:14 288:16 288:17 288:17 288:21 288:23 289:3 289:3 289:4 289:6 289:12 289:13 289:16 290:1 290:14 291:12 291:13 291:18 291:19 291:21 291:24 292:1 292:2 292:7 292:9 292:10 292:12 292:13 292:13 292:15 292:17 292:19 292:25 293:4 293:5 293:6 293:6 293:8 293:9 293:11 293:11 293:13 293:13 293:16 293:20 294:3 294:5 294:5 294:10 294:14 294:19 294:23 294:24 294:25 295:9 295:13 295:16 295:17 295:1 295:22 296:7 296:8 296:8 296:8 296:12 296:18 296:22 296:25 297:2 297:2 297:4 297:5 297:16 297:18 297:20 297:23 298:2 298:4 298:5 298:7 298:15 298:17 299:2 299:4 299:5 299:7 299:10 299:11 299:14 299:19 299:20 299:22 299:23 299:25 300:10 300:10 300:13 300:16 300:16 300:19 300:21 300:24 300:25 301:2 301:9 301:10 301:15 301:19 301:20 302:2 302:5 302:8 302:13 302:20 303:4 303:4 303:5 303:16 303:19 303:20 304:1 304:3 304:5 304:12 304:16 305:2 305:11 305:16 305:18 305:1 305:22 306:8 306:9 306:23 307:4 307:8 307:9 307:10 307:11 307:14 307:17 307:2 308:4 308:5 308:6 309:6 309:7 309:13 309:15 310:5 310:13 310:18 310:18 310:24 310:25 311:12 311:14 311:15 311:16 311:17 311:24 312:2 312:10 312:11 312:1 312:13 312:13 312:14 312:15 312:22 313:4 313:7 313:12 313:12 313:14 313:17 313:24 314:3 314:9 314:9 314:10 314:13 314:14 314:14 314:19 314:21 315:1 315:8 315:11 315:12 315:15 316:1 316:7 316:13 316:19 316:20 316:22 317:1 317:3 317:11 317:23 318:4 318:6 318:9 318:13 318:14 318:15 318:16 318:20 318:21 319:5 319:7 319:9 319:12 319:13 319:21 319:22 319:25 320:1 320:3 320:3 320:20 320:22 320:24 321:2 321:3 321:6 321:6 321:8 321:9 321:9 321:11 321:12 321:13 321:13 321:20 321:25 322:5 322:5 322:6 322:10 322:11 322:12 322:14 322:21 322:21 322:22 322:23 322:25 323:1 323:13 323:13 323:18 323:21 324:4 324:5 324:7 324:8 324:11 324:12 324:17 325:4 325:5 325:6

**and**(167) 325:7 325:8 325:10 325:10 325:12 325:13 325:14 325:15 325:19 325:20 326:4 326:5 326:8 326:17 326:17 326:18 326:25 327:6 327:7 327:12 327:15 327:18 327:18 327:19 328:2 328:4 328:8 328:10 328:11 328:12 328:16 328:18 328:25 329:2 329:3 329:4 329:4 329:9 329:19 329:23 329:24 330:3 330:4 330:7 330:8 330:9 330:13 331:9 331:10 331:17 331:18 331:18 331:24 332:1 332:4 332:8 332:12 332:20 332:21 332:22 332:22 332:25 332:25 333:4 333:5 333:5 333:1 333:15 333:16 333:17 333:21 333:22 334:1 334:12 334:24 334:25 335:6 335:6 335:8 335:9 335:10 335:12 335:15 335:17 335:2 335:22 335:23 336:5 336:8 336:11 336:15 336:15 336:24 337:2 337:4 337:5 337:11 337:14 337:22 337:22 338:1 338:7 338:9 338:9 338:9 338:12 338:12 338:18 338:19 338:20 338:21 338:22 339:4 339:8 339:8 339:10 339:12 339:16 339:17 339:2 339:9 339:10 339:12 339:16 339:19 340:6 340:9 340:1 340:3 340:5 340:6 340:14 340:15 340:21 340:24 341:2 341:5 341:8 341:16 341:17 341:21 342:1 342:11 342:17 342:20 342:22 343:1 343:8 343:10 342:22 343:11 343:15 343:20 343:20 343:22 343:24 344:5 344:6 344:7 344:8 344:9 344:21 345:2 345:4 345:4 345:6 345:7 345:9 345:10 345:12 345:19 345:21

**and/or**(1) 102:25
**anderson**(1) 86:12
**andrew**(2) 6:14 154:14
**anecdote**(1) 202:11
**angela**(1) 5:28
**animal**(2) 168:6 338:6
**ann**(1) 1:24
**annie**(1) 12:3
**annotated**(1) 75:6
**announced**(1) 258:19
**another**(27) 27:15 31:1 43:25 60:6 78:18 82:7 82:7 100:9 109:6 114:19 145:16 159:21 189:17 198:5 198:12 198:17 223:8 236:20 271:13 291:3 296:16 298:3 304:14 306:11 311:9 327:21 338:6

**answer**(13) 45:4 63:19 68:1 69:11 191:4 278:24 278:25 279:1 279:4 279:5 279:8 290:17 307:25

**answers**(1) 69:12
**antarctica**(1) 31:21
**anticipate**(1) 232:3
**anticipated**(1) 139:12

**any**(199) 23:13 23:13 25:21 27:12 32:14 32:15 32:16 41:4 42:1 42:8 49:18 50:11 52:4 53:25 54:24 55:19 55:20 56:12 58:13 58:14 60:18 60:18 60:20 62:5 63:18 64:11 64:11 64:12 64:12 64:24 65:16 66:19 68: 68:2 70:22 71:2 82:15 89:15 91:18 94:15 96:13 96:23 100:19 100:24 102:19 102:19 103:18 105:7 105:17 107:19 107:20 107:24 108:5 112:8 112:10 113:4 117:1 117:7 117:16 120:12 120:16 120:19 120:23 121: 121:14 123:9 123:11 126:15 127:3 127:4 128:10 129:20 130:1 130:2 130:11 135:6 136:20 138:20 142:17 142:22 143:1 143:1 146:4 155:23 156:16 159:25 161:6 161:15 169:18 169:22 171:15 173:22 177:3 177:17 179:18 187:22 190:11 190:12 195:9 195:11 196:14 198:20 200:12 202:14 203: 206:24 207:1 211:9 211:11 211:12 215:11 215:17 215:22 217:6 217:21 221:9 221:13 222:24 222:25 229:1 229:10 229:20 229:2 232:20 232:24 233:9 236:18 236:21 236:2 237:1 237:7 239:12 239:13 239:19 240:6 242:6 242:9 243:17 245:5 247:13 249:23 251:7 251:11 252:15 254:20 257:22 264:1 264:12 264:13 269:24 273:5 273:12 273:15 273:19 273:25 274:3 274:4 275:7 275:10 279:4 279:4 281:3 281:17 283:14 288:6 289:11 289:16 290:7 302:17 303:3 303:7 305:1 305:19 307:25 310:1 312:20 313:23 314:16 330:8 334:12 335:20 337:1 341:19 341:20 341:25 342:11 342:24 345:1

**anybody**(11) 16:24 120:24 121:6 126:8 127:19 144:23 211:11 290:10 333:24 337:17 345:1

**anybody's**(1) 138:11
**anybody's**(3) 128:14 169:25
**anyhow**(1) 266:16
**anymore**(2) 258:23 309:16
**anyone**(12) 21:2 22:5 107:2 108:15 126:7 198:18 211:10 313:25 320:12 320:25 326: 330:17

**anyone's**(1) 60:10
**anything**(22) 14:4 20:20 116:25 117:19 127:23 190:13 195:23 215:18 219:4 228:1 231:6 248:16 251:14 264:24 266:2 313:25 314:7 320:6 324:8 331:20 332:17 337:18

**anywhere**(4) 64:11 65:21 91:7 133:5
**apart**(3) 136:12 164:8 194:1
**apologies**(2) 116:9 123:24
**apologize**(12) 62:24 85:11 116:5 220:2 256:14 271:3 283:4 285:12 290:2 298:19 300:11 309:13

**apparent**(2) 110:15 250:4
**apparently**(4) 128:8 151:12 203:24 248:2 223:6 245:23 247:13 250:4 280:4 280:5 280:10 280:10 280:12 340:15

**appealed**(2) 222:7 224:3
**appeals**(6) 85:16 246:19 246:20 247:7 280:2 280:9

**appear**(11) 49:13 72:16 83:15 110:1 111:11 136:20 206:7 208:19 238:23 253:16 316:24

**appearances**(4) 4:43 5:1 6:1 7:1
**appeared**(2) 175:6 342:22
**appearing**(1) 314:5

**appears**(12) 49:23 52:20 57:22 209:13 209:13 253:10 266:11 314:16 315:15 315:18 315:20 316:4

**appendix**(5) 119:15 187:3 187:5 187:14 187:15

**applicable**(21) 26:4 52:14 52:20 53:17 69:8 82:20 103:23 104:1 104:14 146:19 147:5 148:6 151:6 152:9 152:10 156:15 215:16 232:19 236:12 282:3 335:21

**application**(6) 19:1 29:6 213:3 271:15 299:7 341:1

**applications**(1) 105:11
**applied**(6) 69:8 126:24 127:1 151:24 321:3 321:19

**applies**(10) 52:10 53:17 148:11 151:7 151:19 153:15 213:17 222:19 301:21 337:20

**apply**(20) 68:17 147:24 148:7 148:15 150:1 152:15 152:18 158:6 159:20 160:7 160:7 175:14 222:18 247:11 286:2 286:9 301:8 301:15 322:13 336:25

**applying**(5) 88:20 147:7 147:12 240:18 270:2

**appointed**(7) 166:5 170:4 170:7 174:21 192:13 267:8 268:12

**appointment**(4) 35:20 176:19 176:21
**appraisal**(1) 225:13
**appraisals**(2) 222:14 222:22
**appreciate**(11) 11:14 19:11 128:6 181:14 183:25 201:20 208:1 218:12 220:7 255:16 255:22

**appreciated**(1) 10:2
**appreciating**(1) 187:1
**approach**(13) 20:4 57:15 92:2 150:15 162:19 162:25 166:14 166:17 166:18 166:23 173:9 243:5 246:25

**approaches**(1) 145:13
**appropriate**(25) 18:20 19:5 29:20 41:23 43:3 47:10 48:15 49:8 56:9 70:1 70:8 70:19 95:11 108:18 118:21 141:5 141:12 173:8 188:10 259:15 276:4 294:7 294:10 341:9 341:25

**appropriately**(3) 20:2 23:14 88:21
**approval**(34) 38:5 52:23 53:18 71:1 71:5 71:12 95:6 97:1 97:13 98:21 110:4 112:22 116:20 116:8 118:18 118:24 119:4 123:18 228:14 228:19 229:3 229:4 229:21 274:12 293:5 293:9 293:14 296:4 296:14 317:8 317:19 322:20 323:24 342:13

**approve**(18) 37:22 95:5 96:23 98:24 112:24 144:3 157:8 157:15 171:15 199:3 208:21 228:25 229:22 274:16 274:17 294:20 296:9 342:9

**approved**(27) 15:6 37:18 37:20 58:11 93:18 96:24 99:4 114:10 116:20 118:18 118:22 121:8 124:24 129:12 132:23 169:7 170:16 208:22 228:4 229:20 295:9 295:24 316:21 317:7 317:20 323:22 324:5

**approving**(6) 29:7 155:19 159:18 169:25 197:16 272:22

**approximate**(1) 99:13
**approximately**(2) 163:25 184:16
**april**(18) 28:23 65:4 66:8 69:25 76:25 77:2 78:3 79:12 79:19 133:11 133:11 133:24 221:22 223:21 311:9 335:3 335:16 336:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **arbitral**(19) 73:9  78:22  92:24  110:20 117:21  120:9  121:25  222:8  222:18  222:23 222:23  223:5  224:5  224:7  224:10  241:2 247:7  247:8  247:13 | | **are**(301) 8:25  9:24  10:9  12:10  15:4  15:7 15:7  17:8  17:13  17:17  17:19  17:21  17:21 18:13  18:16  18:22  19:19  19:21  20:1  20:7 20:12  21:15  22:12  22:17  22:23  22:24  23: 23:2  23:5  23:9  23:14  24:13  24:14  25:14 27:3  27:4  30:4  30:13  30:19  34:5  41:15 44:9  45:3  45:13  45:14  45:15  45:18  45:25 46:19  47:1  47:2  47:10  48:13  48:14  48:18 48:19  48:19  50:13  51:21  52:22  53:6  54:4 56:10  56:23  57:24  58:8  58:18  59:17  59:24 61:6  61:8  61:9  62:1  62:1  62:2  62:18  64:5 64:6  64:9  64:9  65:17  66:15  67:15  68:8 68:11  69:10  69:11  69:18  69:25  72:3  72:5 72:9  74:6  74:16  74:17  75:9  75:10  76:2 78:13  78:14  78:14  80:8  82:3  82:8  84:4 85:2  85:20  87:22  89:17  92:2  93:25  96:4 96:5  99:12  99:13  99:17  99:17  99:20 100:18  102:7  102:9  103:4  103:12  103:15 105:3  105:4  106:10  108:5  108:8  110:7 110:9  111:10  111:14  113:9  113:15  113:22 115:11  117:5  117:8  117:10  118:21  118:22 121:8  124:24  125:4  125:9  125:11  125:16 126:21  127:5  127:17  127:25  129:4  129:5 129:12  130:11  130:18  130:20  131:14 132:13  132:17  134:14  134:16  135:2  135:2 135:22  138:10  140:3  141:4  141:18  141:23 142:2  142:8  145:2  145:11  145:12  146:2 146:15  147:2  147:4  147:23  148:2  148:14 153:5  154:6  156:14  156:15  157:13  159:12 159:25  161:23  161:25  162:22  163:7  164:2 164:3  164:13  164:15  164:18  164:23  164:2 164:25  165:7  165:10  165:14  166:5  167:22 168:9  168:13  168:15  168:17  171:2  171:5 171:9  173:22  174:13  174:14  174:20  175:2 175:3  175:5  175:25  176:2  176:5  176:6 176:7  176:12  176:16  176:18  177:10  177:1 177:24  177:25  178:13  178:19  179:9 179:18  179:24  180:21  181:21  182:7  183:1 184:6  184:10  184:19  185:22  186:1  186:5 186:6  187:3  188:11  189:8  189:13  190:10 190:24  191:11  191:12  193:4  193:24  194:1 194:16  195:22  197:3  197:11  198:23 199:19  199:19  200:5  200:21  200:24  207:10 208:10  208:17  209:9  209:14  210:13  211:3 211:15  212:16  214:8  215:9  215:17  215:18 215:20  216:18  217:8  219:21  221:3  221:4 222:12  222:13  222:13  222:15  222:16 222:21  222:21  222:21  225:20  226:22 227:14  230:24 | | **argue**(9) 23:23  61:12  82:22  135:6  135:14 138:12  342:4  342:7  343:13 **argued**(4) 84:23  226:3  226:15  289:24 **arguendo**(1) 331:25 **arguing**(2) 115:11  338:14 **argument**(56) 19:1  22:5  24:12  26:10  26:12 27:13  27:23  48:3  48:10  49:9  55:8  59:16 64:12  68:13  70:6  70:23  82:14  84:3  87:9 88:8  93:10  106:21  124:14  125:2  127:7 127:8  140:18  191:25  208:10  209:16  233:8 241:1  241:11  241:19  241:22  241:23  242:6 242:17  242:18  247:20  250:17  254:24 256:22  263:3  264:21  266:6  266:14  269:13 281:10  282:8  319:4  324:11  332:10  333:15 340:12  343:11 **arguments**(48) 9:24  16:5  17:15  19:21 22:15  22:22  23:23  22:24  23:6  23:9  23:12 24:13  47:18  56:8  64:9  66:2  66:5  66:11 67:20  69:19  89:3  136:20  137:9  137:10 137:15  143:6  193:21  193:24  194:8  209:24 232:12  240:22  244:3  244:17  249:3  250:9 251:3  257:24  276:3  311:13  312:7  312:8 315:19  321:21  321:22  327:20  329:10 343:11 **arise**(3) 23:14  65:25  193:19 **arisen**(1) 195:25 **arises**(1) 326:23 **arising**(6) 54:12  54:13  56:23  58:15  95:21 195:12 **aristeia**(1) 7:7  7:7  7:7 **arms**(2) 275:17  312:7 **armstrong**(1) 5:46 **arose**(2) 268:22  342:21 **around**(27) 31:19  32:20  32:23  34:16  34:21 36:2  36:22  59:2  94:24  116:1  116:4  151:2 153:18  184:8  208:24  268:21  277:15  281:8 301:5  306:4  306:7  310:13  328:23  330:17 337:16  341:6  343:5 **arraignments**(1) 115:1 **arrangement**(1) 199:8 **arrangements**(4) 136:19  136:22  136:24 236:5 **arrive**(4) 98:16  121:10  262:2  263:22 **arrived**(1) 201:12 **arriving**(1) 14:17 **arsht**(1) 12:3  12:3 **art**(1) 288:13 **arthur**(1) 86:12 **article**(2) 126:20  297:4 **articulate**(1) 237:13 **articulated**(2) 179:3  210:19 **ashley**(1) 4:8 **ashurst**(1) 5:27 **asia**(1) 102:9 **aside**(6) 61:15  143:21  247:18  259:8  276:25 318:21 **ask**(28) 10:8  11:21  27:1  51:3  57:7  87:4 89:18  103:20  125:24  129:7  144:8  162:17 163:22  165:8  183:9  183:11  212:9  226:10 233:9  233:10  253:6  282:13  282:18  291:13 306:2  323:9  323:13  327:25 **asked**(22) 12:6  26:17  27:20  37:21  96:22 97:9  100:11  113:3  167:8  190:13  211:22 251:4  252:1  273:13  273:21  274:23  274:25 281:1  281:3  281:4  282:2  290:3 **asking**(8) 70:15  70:16  70:20  103:18 162:10  212:8  212:17  290:3 **asks**(1) 211:23 **aspect**(2) 81:20  80:23  81:11  115:15 **aspects**(3) 17:8  89:18  305:7 **ass**(1) 185:6 | | **assert**(3) 130:18  135:9  341:19 **asserted**(7) 66:23  110:14  135:9  164:24 189:6  249:9  335:21 **asserting**(1) 335:19 **assertion**(6) 64:15  77:23  90:2  142:24 151:15  242:9 **assertions**(1) 112:18 **assessment**(1) 136:17 **asset**(12) 6:12  6:13  42:1  65:7  91:17 178:13  229:10  242:11  242:15  275:10 293:18  315:23 **asset-based**(1) 126:24 **assets**(54) 30:23  31:2  31:24  33:14  33:15 36:22  43:11  43:22  43:23  59:16  59:17 59:18  101:5  102:25  103:2  103:12  103:14 103:15  104:5  104:8  114:6  114:9  114:17 117:3  117:6  117:11  124:4  130:3  130:19 134:18  141:18  141:21  166:17  167:11 167:18  168:3  168:21  169:1  186:9  194:14 195:1  195:2  196:1  206:19  245:9  258:14 261:5  261:7  270:9  271:12  272:11  300:21 335:24  337:9 **assign**(2) 241:20  241:25 **assigned**(1) 76:8 **assignment**(1) 86:14 **assist**(4) 192:20  315:23  344:3  344:8 **assistance**(6) 18:8  126:17  127:21  232:5 292:2  313:4 **association**(1) 226:7 **assume**(5) 14:24  24:3  103:10  103:11  287:7 **assuming**(4) 167:19  167:20  171:9  198:22 **assumption**(2) 27:23  324:11 **assurance**(2) 245:4  336:19 **assurances**(1) 165:7 **assure**(5) 22:24  25:14  72:2  154:15  201:17 **astonished**(1) 249:25 **attached**(12) 21:17  22:1  118:24  187:3 210:7  218:24  223:12  244:8  251:15  298:6 298:13  328:14 **attaches**(1) 292:13 **attacked**(1) 285:4 **attempt**(29) 43:1  43:5  43:15  44:11  44:21 46:11  68:4  69:20  80:6  83:9  83:13  96:8 112:21  114:24  124:7  184:5  184:6  184:6 260:21  289:4  304:15  309:11  309:21  331:24 332:3  332:8  334:22  337:10  338:9 **attempted**(1) 290:16 **attempting**(2) 223:10  335:20 **attempts**(2) 88:2  121:10 **attend**(1) 14:8 **attendance**(1) 78:1 **attended**(2) 324:15  325:6 **attention**(12) 9:2  23:19  23:19  51:23  68:10 78:4  90:21  92:6  129:14  234:15  324:4 325:12 **attentions**(1) 24:20 **attorn**(1) 302:12 **attorned**(3) 303:7  343:2  343:6 **attorney/client**(1) 89:10 **attorning**(1) 302:6 **attornment**(8) 195:6  195:8  195:25  301:25  302:2 302:3  316:17  343:4  343:5 **attractive**(2) 153:13  189:16 **attributing**(1) 125:1 **auction**(2) 31:4  31:8 **audible**(2) 14:6  17:2 **august**(5) 75:4  80:1  80:9  80:14  80:16 **authoritative**(1) 327:7 **authorities**(7) 97:16  155:7  161:20  161:21 217:22  236:6  236:6 | |
| **arbitrarily**(1) 240:17 **arbitrary**(2) 143:17  250:18 **arbitrate**(68) 45:4  47:13  47:14  55:12 56:21  61:15  61:16  64:10  64:16  64:21 64:22  67:4  68:2  68:3  71:24  79:5  81:13 81:14  82:2  91:6  93:3  94:1  96:25  97:5 97:9  112:19  143:4  143:8  144:2  144:11 147:23  148:5  148:16  151:8  152:10  152:22 156:13  157:16  173:18  174:6  193:1  196:8 216:21  217:15  231:9  232:11  250:18  283:1 283:13  283:16  283:25  284:4  284:10  286:3 323:4  323:7  323:13  324:12  327:5  328:7 328:17  331:21  332:13  332:19  334:13  338: 338:7  338:24 | | | | | | | |
| **arbitrated**(11) 47:12  64:15  64:25  65:18 67:18  173:23  312:21  328:5  328:6  328:8 328:18 **arbitration**(218) 28:17  47:16  49:9  49:10 55:12  55:13  70:8  71:1  71:3  71:11  71:13 73:24  74:3  81:3  81:7  81:22  82:1  82:2 82:21  82:25  83:19  84:21  84:24  84:25  85: 85:3  85:7  85:9  85:20  86:4  86:5  92:16 92:18  93:14  93:23  93:24  96:12  96:15 96:17  96:20  96:23  98:6  98:7  107:11 112:16  112:18  145:20  147:6  147:19  147:2 148:7  148:10  148:12  148:14  150:3  150:5 150:7  150:8  150:10  150:15  150:17  150:9 151:1  151:7  151:20  151:21  152:3  152:8 152:14  152:16  152:19  153:3  155:24  157:1 167:10  169:22  170:17  170:20  170:21 170:22  170:25  171:3  171:14  171:19  173:1 173:22  176:1  180:13  182:22  196:13 196:23  207:2  207:5  209:3  209:4  211:7 213:11  213:16  213:19  214:1  216:13  216:1 216:22  217:6  217:12  217:14  217:16 222:16  223:1  224:9  224:19  224:24  225:16 225:19  226:4  227:18  228:10  231:11  231:2 236:1  236:2  236:9  243:18  244:16  247:15 250:19  253:17  253:23  258:16  258:16 258:23  259:6  261:2  261:13  261:25  262:6 264:9  264:19  264:23  266:16  266:18  278:1 279:18  279:19  279:22  279:24  280:11 280:14  281:13  283:9  283:24  284:1  284:7 284:19  285:6  285:16  286:5  286:8  286:10 289:14  289:15  289:18  289:20  289:22 289:22  289:25  290:6  290:9  290:10  290:12 290:13  290:17  290:18  291:1  294:13  296:1 298:10  301:5  301:7  305:10  305:11  305:15 309:25  310:2  312:2  313:15  313:24  314:23 315:5  315:8  315:9  315:18  315:25  316:5 316:10  316:12  316:24  317:25  320:1  320:4 323:14  324:10  326:19  327:12  327:16 327:17  328:4  328:13  330:4  333:4  333:12 333:20  336:20  337:24  338:4  338:10  341:7 340:20 | | | | | | | |
| **arbitrations**(1) 247:2 **arbitrator**(44) 83:1  85:25  88:12  144:15 145:15  145:16  145:17  145:21  145:24  169:1 169:19  175:1  175:21  176:18  177:1  210:10 225:5  229:17  230:25  243:3  243:4  254:2 267:7  269:3  269:5  279:13  283:14  284:8 289:15  300:5  301:24  316:23  316:23  317:2 318:6  326:20  326:24  329:5  332:1  332:6 333:2  333:8  333:11  333:23 **arbitrators**(10) 87:24  176:18  211:9  211:13 216:18  216:22  227:24  227:24  239:2 249:21 **arburlach**(1) 1:35 **archview**(2) 7:11  7:12 | | **are**(128) 231:23  231:23  232:23  232:25 235:21  238:11  239:16  240:14  241:8  243:6 243:9  244:11  244:22  244:22  245:1  245:9 245:10  245:14  246:19  247:7  248:16  250:5 253:3  253:12  253:21  255:3  255:12  257:4 257:5  257:12  257:18  258:2  258:10  260:14 260:19  260:20  261:5  261:19  262:2  262:4 263:12  263:14  265:2  267:15  268:8  271:17 275:7  275:15  275:19  276:4  278:1  278:1 278:11  278:12  279:4  280:4  280:4  280:15 280:20  280:21  282:15  283:1  283:6  286:22 287:3  287:10  287:11  287:25  290:2  290:21 293:24  294:7  294:10  294:11  295:11  295: 297:11  297:21  297:23  299:25  300:18 305:5  305:6  305:20  306:13  307:15  309:1 309:16  310:17  310:19  311:5  312:24  313:7 313:10  313:13  313:24  319:10  319:17 319:22  320:5  320:22  321:17  322:3  322:5 326:11  326:11  327:1  327:11  328:3  328:10 329:1  330:12  335:18  338:13  338:24  339:7 339:10  339:18  340:15  341:7  342:2  345:18 **area**(2) 148:2  241:9 **areas**(1) 335:13 **aren't**(2) 229:13  319:7 **aren't**(3) 129:6  130:22  197:8 **arguable**(1) 68:18 **arguably**(1) 263:16 | | | | | |

Page : 6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**authority**(14) 19:24 101:18 112:16 142:17 143:1 148:24 163:17 174:21 174:24 237:5 237:9 259:20 266:7 326:24

**authorization**(1) 323:3
**authorized**(3) 114:12 229:14 339:10
**authorizing**(1) 339:23
**automatic**(2) 230:4 230:13
**autoworkers**(1) 166:1
**available**(12) 18:13 47:2 73:16 111:25 112:1 160:3 169:1 206:20 257:23 283:5 294:11 306:24
**avaya**(1) 42:19
**avenue**(8) 2:21 3:24 3:31 3:38 4:32 4:39 6:46 6:46

**avner**(1) 5:18

**avoid**(10) 114:6 151:2 182:10 182:14 182:16 199:3 229:6 305:16 330:21 336:8

**avoidance**(2) 53:24 236:22
**avoided**(2) 146:1 177:10
**avoiding**(1) 197:13
**award**(6) 121:25 222:8 223:5 224:5 247:13 326:24

**awards**(6) 222:18 222:23 222:23 224:7 247:7 247:8

**aware**(12) 15:4 18:16 80:8 99:12 108:22 110:2 113:9 119:6 163:10 184:9 186:6 246:3

**away**(16) 80:5 80:13 139:15 139:17 155:10 159:25 168:24 168:25 189:25 273:1 280:13 310:18 328:21 342:4 342:7 343:12

**awhile**(1) 58:7
**babcock**(1) 161:8
**baby**(1) 310:24
**back**(92) 11:10 32:2 35:25 37:5 38:22 39:4 44:22 47:18 55:15 57:25 58:1 66:23 71:5 72:6 76:3 77:18 79:7 82:5 84:13 85:5 97:12 104:5 104:22 105:16 109:4 109:14 109:17 114:4 116:16 128:6 192:16 196:22 198:2 199:24 201:12 202:5 207:9 209:6 214:3 218:4 228:18 229:2 229:7 231:20 233:18 234:2 238:7 245:20 248:14 256:19 256:23 258:6 259:16 261:6 261:14 261:21 264:14 265:18 266:8 269:1 270:12 270:18 286:11 287:22 289:8 294:8 294:15 294:24 295:9 295:23 296:3 307:4 308:15 309:10 311:25 312:3 314:12 319:12 322:6 322:21 322:23 323:2 323:8 324:12 325:22 328:20 342:9 345:4 345:12 345:14

**backdoor**(1) 334:11
**background**(8) 30:18 74:20 113:12 118:14 141:8 155:21 163:24 219:7

**backing**(2) 91:11 133:19
**backwards**(2) 185:6 196:23
**bad**(12) 78:19 79:10 124:15 125:19 155:12 243:13 319:3 321:14 333:17 333:17 333:18 338:15

**badge**(1) 42:18
**baik**(1) 5:5
**bait**(2) 333:5 333:16
**balanced**(2) 190:3 191:19
**bald**(1) 289:15
**ball**(1) 177:1
**bandwagon**(1) 166:15
**bang**(1) 340:25
**bank**(20) 3:19 6:4 6:4 6:42 6:42 30:2 57:21 106:1 106:6 106:8 106:12 106:16 106:18 139:7 189:5 189:6 189:17 189:20 190:8 190:23

**bankruptcy**(30) 1:1 1:20 8:8 19:20 19:20 19:21 34:23 52:21 58:9 58:11 59:12 65:13 68:12 72:5 71:10 97:7 97:17 97:19 98:10 98:13 174:4 175:20 176:14 177:12 178:4 185:25 206:15 233:10 335:21 340:1

**banner**(1) 123:3
**bar**(1) 46:6
**barclays**(2) 6:38 6:38
**bargaining**(1) 336:10
**barnett**(1) 4:45
**barns**(3) 163:2 163:3 163:4
**barring**(1) 171:13
**base**(1) 282:15
**based**(23) 13:4 20:13 20:22 35:16 35:17 73:8 94:2 104:8 126:25 170:16 175:13 176:10 218:23 223:24 251:4 264:17 275:2 276:3 276:4 291:21 300:22 336:23 344:5

**bases**(1) 238:17
**basic**(3) 77:21 213:17 333:18
**basically**(12) 8:7 39:11 53:14 55:23 58:7 107:9 157:13 164:2 167:9 213:8 213:22 238:14
**basis**(42) 10:23 11:2 31:19 33:16 33:21 39:9 39:21 40:2 40:20 43:2 48:14 66:19 67:5 70:13 75:14 83:10 91:10 104:4 105:112:11 124:9 129:20 137:13 140:9 143:7 153:3 201:3 213:13 221:11 230:16 237:13 249:1 249:3 249:23 258:14 293:7 302:3 302:4 312:7 336:1 337:23 338:3

**bath**(1) 310:25
**baton**(2) 32:6 32:7
**batons**(1) 32:15
**battery**(1) 4:9
**battling**(1) 171:17
**bayard**(1) 3:29
**bear**(1) 120:22
**bearing**(1) 199:4
**bears**(1) 128:11
**beast**(3) 337:25 338:20 341:10
**beat**(1) 180:7
**beats**(1) 223:20
**beauregard**(1) 304:1
**became**(5) 35:7 67:9 68:5 68:7 244:4
**because**(174) 18:8 18:21 20:7 24:17 26:14 34:19 37:1 37:20 38:13 39:19 42:16 43:4 47:3 48:22 49:15 51:24 52:21 56:20 63:2 64:16 67:18 67:20 69:10 73:6 78:19 81:1 83:20 84:10 84:12 85:6 86:7 93:25 97:9 99:15 100:2 101:1 112:6 126:9 127:14 128:7 130:4 131:7 131:18 133:13 134:3 134:20 137:19 137:12 142:1 143:25 145:7 145:18 148:20 149:15 153:17 158:1 158:14 158:22 161:22 163:23 164:18 164:23 165:9 165:22 166:1 169:4 170:1 171:11 174:10 181:5 182:19 185:18 186:1 202:5 206:8 208:23 212:11 214:12 224:15206 224:16 226:13 233:11 237:3 239:7 239:18 241:24 244:7 246:14 247:25 253:19 256:1 257:12 257:13 258:4 258:5 258:11 259:2 259:15 259:24 260:3 261:1 261:17 263:21 264:7 265:15 267:10 267:23 268:25 269:7 269:9 269:14 271:14 271:20 277:19 275:12 275:25 277:3 277:5 277:10 277:19 278:1 278:6 279:16 279:23 280:8 280:12 280:25 281:16 281:24 282:10 282:14 283:1 284:3 284:5 285:3 288:1 288:18 290:11 291:1 291:14 291:15 291:20 293:7 298:11 300:9 300:17 301:22 301:11 301:13 301:23 302:1 304:22 311:20 312:4 312:17 312:18 312:22 313:19 314:6 314:24 316:18 316:21 321:10 322:7 324:2 328:1 328:11 328:19 329:14 332:11 336:19 341:14 344:2

**become**(6) 51:22 119:10 165:5 182:18 243:21 258:1

**becomes**(2) 181:7 181:22
**becoming**(1) 164:19
**been**(227) 10:14 12:18 16:5 18:9 19:22 20:4 20:4 20:5 27:10 27:22 27:25 28:2 28:16 28:19 29:6 29:13 29:15 29:19 29:22 29:22 30:24 31:11 31:16 31:18 31:21 32:12 32:17 33:3 33:8 33:13 33:15 33:18 34:14 34:24 36:3 38:6 38:15 38:16 38:17 39:20 39:25 40:20 42:17 43:8 44:19 46:21 46:22 47:1 47:4 49:8 49:23 50:5 50:9 52:16 59:16 62:4 62:6 62:9 62:12 62:20 62:20 62:21 63:2 63:6 64:23 64:25 68:14 68:15 69:12 69:18 69:23 69:23 70:19 71:17 73:5 73:5 80:8 80:25 85:11 88:18 91:6 92:7 93:21 98:13 98:17 98:19 101:12 103:21 104:3 104:20 107:10 107:15 111:19 113:11 113:18 113:19 120:24 122:5 122:13 124:8 124:16 131:21 134:19 138:8 140:5 141:4 143:4 144:1 147:6 147:18 147:22 148:5 148:16 153:25 155:1 157:23 157:24 158:1 158:1 158:3 160:16 161:7 161:14 162:7 162:24 169:7 169:23 170:4 170:7 170:15 172:21 172:25 172:25 173:13 179:3 180:20 184:8 185:24 188:17 189:16 192:21 193:9 193:23 197:22 200:6 200:6 201:24 202:10 206:11 206:15 207:3 208:11 208:15 209:2 211:4 214:15 215:2 217:18 219:15 219:25 220:4 225:25 228:3 228:20 230:8 231:16 232:12 237:16 237:17 237:17 241:9 243:18 243:20 243:23 244:25 245:8 247:16 248:6 248:7 249:20 249:21 251:22 252:7 252:10 257:7 257:14 257:21 258:10 258:23 259:7 259:10 260:2 261:6 264:10 268:14 278:9 279:14 280:14 281:3 287:1 291:9 293:19 298:9 301:25 302:4 303:11 303:16 304:11 309:20 310:1 310:22 313:9 313:10 313:16 313:17 313:13 316:7 317:7 317:15 318:12 320:3 322:3 322:7 323:17 328:23 330:3

**before**(123) 1:19 8:3 9:23 10:11 10:11 16:25 18:2 18:23 21:19 21:24 26:13 27:1 30:17 30:22 34:22 35:5 38:6 45:22 48:21 49:7 52:8 55:1 56:6 68:19 70:12 72:16 89:7 90:15 100:11 100:14 110:22 111:21 112:2 113:7 117:21 122:16 122:18 124:17 125:9 128:15 133:18 140:14 140:15 143:19 145:24 145:24 146:3 146:5 146:12 146:20 146:21 153:7 162:13 163:22 170:5 172:23 175:6 178:2 183:19 186:3 190:7 190:12 192:21 194:7 194:9 194:23 196:5 197:17 197:18 198:21 200:22 206:8 209:15 209:20 213:9 219:16 221:7 221:7 225:1 230:20 232:4 233:17 248:3 249:2 250:10 258:4 263:24 264:8 265:24 266:13 268:5 268:22 270:6 272:6 274:11 274:13 274:19 274:20 276:8 281:21 292:11 300:8 300:11 303:11 304:13 305:11 305:15 305:23 306:15 306:16 307:17 314:22 315:24 317:7 318:10 321:14 321:16 324:17 324:22 326:22 343:13 343:22 344:20

**beforehand**(1) 318:15
**beg**(1) 317:12
**began**(3) 35:2 35:7 124:1
**begin**(2) 8:3 51:23
**beginning**(11) 110:22 118:8 118:8 129:3 133:8 141:3 178:9 232:2 281:11 282:23 345:14
**begins**(3) 60:9 132:7 200:22
**behalf**(25) 9:21 10:7 12:4 16:13 16:15 21:4 59:7 94:10 99:11 102:8 107:8 146:22 146:23 172:13 172:23 173:20 177:22 180:7 189:7 189:21 199:25 202:2 255:16 306:20 337:4

**behavior**(1) 119:9
**behavioral**(1) 234:10

**behind**(5) 95:14 139:4 164:19 233:21 253:24

**being**(85) 15:5 17:14 22:12 23:3 26:16 41:8 46:4 62:3 69:5 70:15 70:21 74:18 75:22 83:24 84:22 100:25 103:8 105:3 106:13 110:17 113:24 120:8 120:17 123:7 123:10 129:2 130:19 130:23 135:25 136:1 139:3 163:8 163:25 164:12 164:24 167:8 172:13 179:21 183:9 185:8 188:1 188:14 189:12 191:8 192:25 203:24 208:24 209:6 213:6 214:4 225:17 228:16 232:8 232:9 232:10 248:3 251:15 252:18 266:25 272:25 273:13 273:21 274:23 274:25 278:3 279:12 280:19 280:24 280:25 281:4 293:4 293:14 294:3 294:20 296:9 296:15 298:23 303:8 303:18 305:6 307:21 314:24 318:22 319:4 334:15

**belief**(3) 121:4 219:22 258:15
**belies**(1) 314:21
**believe**(46) 14:1 15:17 16:22 22:18 22:22 23:11 27:5 27:6 27:19 30:15 47:8 47:11 47:16 48:20 59:3 60:15 67:23 67:25 72:24 87:8 98:1 98:9 108:16 135:2 171:20 175:10 179:24 190:16 191:18 199:21 217:10 221:25 232:11 244:14 244:19 248:25 250:11 257:4 257:12 257:13 258:1 265:20 271:19 336:3 341:11 344:12

**believed**(4) 40:9 41:6 224:17 234:12
**below**(5) 41:23 61:2 66:2 82:19 288:11
**ben-gera**(1) 5:18
**beneficial**(12) 130:19 133:18 134:17 135:6 241:22 242:18 312:4 319:8 334:25 335:8 335:24 336:15

**benefit**(8) 116:3 116:22 133:25 158:16 160:8 241:18 255:25 335:25

**benefited**(1) 329:1
**benefits**(7) 40:20 40:21 70:14 98:2 118:14 166:3 304:6

**benign**(1) 48:19
**bennett**(2) 177:22 190:20
**bereft**(1) 120:23
**besides**(1) 231:11
**best**(13) 35:12 8:42 112:20 129:23 170:14 177:10 183:25 234:14 237:8 250:19 321:20 322:15 326:13

**bestowed**(1) 95:7
**bets**(1) 265:2
**better**(22) 14:20 15:14 17:19 106:20 109:8 130:3 139:21 153:23 202:14 202:25 203:7 214:19 233:15 235:2 235:4 264:2 275:25 287:23 301:15 320:25 326:12 338:17

**between**(43) 26:2 38:11 45:9 66:12 66:24 74:13 77:15 81:5 88:4 108:6 111:12 115:14 127:9 132:15 135:12 135:24 136:19 138:4 145:1 152:9 159:24 162:23 163:13 167:6 176:17 176:25 180:25 191:24 194:22 194:25 211:2 227:13 245:24 246:9 260:4 279:7 295:16 302:21 303:20 311:14 327:2 341:4 345:12

**beyond**(8) 18:13 70:9 113:23 117:17 117:18 137:1 147:8 236:18

**bias**(10) 48:12 49:3 49:3 62:16 257:12 258:4 310:9 310:10 310:16 320:6

**biased**(5) 206:10 257:5 257:8 278:1 278:2
**bible**(1) 37:1
**bid**(2) 31:3 38:5
**bidding**(1) 317:19
**bids**(1) 31:5

| Word | Page:Line |
|------|-----------|
| big(9) 8:13 38:9 64:5 245:1 245:4 245:9 278:10 318:7 338:19 | |
| bigger(1) 51:19 | |
| biggest(2) 310:21 310:21 | |
| bill(1) 180:9 | |
| billion(17) 30:2 30:24 36:24 46:18 63:1 63:1 94:22 99:13 106:2 107:13 110:8 165:11 178:15 180:22 189:8 189:24 275:2 | |
| billions(2) 32:19 113:20 | |
| bind(3) 71:12 119:7 211:20 | |
| binder(1) 37:3 | |
| binders(1) 90:17 | |
| binding(20) 47:12 83:17 83:18 83:21 84:14 93:7 125:18 135:18 153:3 215:19 224:2 245:5 280:11 288:17 288:20 288:22 290:17 296:7 323:7 326:24 | |
| binds(1) 288:19 | |
| bingham(8) 324:16 324:17 324:20 325:8 325:12 326:3 327:9 327:13 | |
| bit(27) 14:20 21:25 30:18 37:1 62:20 63:15 77:18 78:7 92:1 92:12 114:15 166:17 192:4 195:20 202:12 203:15 209:1 209:23 211:3 212:13 246:8 263:2 287:2 299:19 324:14 335:4 343:9 | |
| bizarre(1) 343:9 | |
| bizsphere(1) 3:42 | |
| black(11) 12:7 31:9 78:7 119:13 119:16 159:6 159:6 159:7 293:19 293:20 298:7 | |
| blair(2) 3:22 4:30 | |
| blame(2) 204:20 204:21 | |
| blanks(2) 47:14 47:15 | |
| blatant(1) 318:8 | |
| bldg(1) 2:39 | |
| blessed(1) 40:1 | |
| bloom(6) 7:31 90:14 90:24 121:6 316:3 316:4 | |
| blue(2) 123:20 209:4 | |
| blume(1) 50:4 | |
| bluntly(1) 268:16 | |
| board(6) 82:7 82:7 111:14 123:19 275:23 276:10 | |
| boards(1) 51:4 | |
| bodder(2) 167:15 170:3 | |
| body(12) 142:22 220:19 228:17 228:21 230:18 247:7 262:12 294:4 294:5 294:8 295:9 296:4 | |
| boggs(1) 2:39 | |
| bohr(1) 84:18 | |
| boil(1) 321:2 | |
| boils(3) 47:7 70:10 320:18 | |
| bold(1) 91:14 | |
| bolded(1) 82:12 | |
| boldly(1) 269:13 | |
| bombing(3) 327:25 327:25 328:2 | |
| bond(5) 5:36 99:12 122:24 319:11 344:20 | |
| bondholder(12) 2:32 29:23 46:17 99:11 100:2 100:5 101:14 106:10 189:22 191:1 191:2 191:15 | |
| bondholders(13) 22:20 74:25 99:13 99:20 99:20 100:6 100:11 100:13 106:9 167:16 168:16 191:12 191:13 | |
| bonds(5) 30:2 46:18 99:16 106:3 110:11 | |
| bones(1) 339:3 | |
| bonhoff(1) 149:4 | |
| book(14) 97:23 199:8 287:7 325:10 325:19 325:22 325:23 325:24 326:1 326:1 326:2 327:10 327:21 327:24 | |

| Word | Page:Line |
|------|-----------|
| border(16) 15:21 16:23 48:14 70:21 75:1 158:16 159:7 161:12 239:22 246:5 260:4 264:1 295:16 295:20 324:4 339:21 | |
| borders(2) 33:16 334:21 | |
| bore(2) 217:3 225:1 | |
| boregard(1) 339:14 | |
| born(4) 150:16 151:9 285:6 285:10 | |
| born's(5) 150:19 151:14 151:20 152:1 | |
| both(100) 15:6 15:21 16:4 17:15 18:13 18:16 18:25 18:25 20:5 20:11 21:23 23:4 23:17 23:20 23:21 24:14 25:14 26:5 27:10 27:24 28:24 30:3 30:10 30:22 33:8 34:6 44:9 56:1 61:24 74:25 98:23 99:12 99:12 99:16 99:24 105:13 105:17 113:16 122:9 122:25 123:11 137:19 140:8 141:1 145:25 147:1 147:16 147:16 150:24 151:3 153:15 152:5 163:17 166:20 169:2 169:25 177:25 178:19 182:7 186:2 186:2 189:7 189:23 190:2 191:7 197:25 210:19 210:20 210:21 215:8 217:22 218:22 220:4 224:21 228:19 244:5 246:4 249:9 255:16 259:2 263:15 264:1 274:12 274:13 274:13 274:20 286:2 291:2 293:13 294:6 305:22 310:25 314:19 324:5 331:9 332:5 339:7 340:5 342:11 344:3 | |
| bother(1) 228:16 | |
| bothered(3) 242:5 294:1 316:15 | |
| botter(10) 2:5 94:7 94:8 94:9 100:20 321:24 329:12 329:13 329:18 330:2 | |
| bottom(4) 86:2 280:23 295:19 298:17 | |
| bought(1) 320:11 | |
| bounce(1) 176:25 | |
| bound(6) 58:14 81:3 118:3 119:10 326:5 340:19 | |
| boundaries(2) 206:24 228:22 | |
| boundary(1) 24:17 | |
| bowling(3) 32:5 32:6 32:14 | |
| box(3) 293:19 293:20 322:6 | |
| boxes(1) 31:9 | |
| boys(1) 338:19 | |
| bracewell(1) 6:8 | |
| brackets(1) 78:8 | |
| bradstreet(1) 12:17 | |
| brains(1) 202:11 | |
| brand(1) 34:22 | |
| brandywine(1) 4:15 | |
| breaches(2) 194:15 194:16 | |
| bread(1) 338:17 | |
| breadth(2) 138:9 318:11 | |
| break(10) 9:5 108:19 108:24 153:23 200:19 200:22 201:13 307:15 311:19 311:20 | |
| breakdown(1) 334:20 | |
| breath(3) 87:21 87:25 88:4 | |
| breda(1) 194:21 | |
| breeches(2) 313:1 313:3 | |
| brief(29) 8:21 9:5 20:24 25:2 25:23 26:1 65:21 77:17 78:5 94:12 102:14 106:5 107:19 108:19 108:24 126:22 126:22 126:25 127:1 149:2 154:19 161:20 161:21 166:11 188:22 222:21 249:21 293:12 309:11 | |
| briefcase(3) 325:13 325:14 325:15 | |
| briefing(1) 104:24 | |
| briefly(6) 9:15 24:10 148:3 212:20 259:16 329:18 | |
| briefs(4) 127:17 217:24 239:15 256:1 | |
| bring(1) 37:8 57:12 64:5 73:13 100:6 140:9 190:4 191:4 198:21 219:24 338:18 | |
| bringing(1) 10:21 | |
| brings(2) 44:22 176:20 | |

| Word | Page:Line |
|------|-----------|
| broad(24) 35:24 46:8 46:10 55:21 55:21 87:23 87:23 88:1 88:11 88:15 89:2 95:10 103:18 195:23 212:4 235:15 266:25 315:1 317:24 318:1 318:1 318:2 318:3 318:9 | |
| broader(5) 54:13 54:13 58:19 93:19 | |
| broadly(2) 54:9 310:6 | |
| broadway(1) 3:9 | |
| brod(8) 67:11 122:24 125:6 135:20 200:9 312:14 332:16 337:2 | |
| brod's(1) 227:8 | |
| broke(2) 32:25 311:20 | |
| bromley(121) 1:32 10:3 10:4 10:4 10:6 10:14 10:18 10:24 11:2 21:2 21:3 21:3 21:7 21:9 21:21 21:23 24:2 26:22 26:23 26:25 27:3 27:9 27:12 27:16 27:18 27:22 28:8 28:10 28:11 28:12 28:21 29:5 30:1 32:11 37:8 37:11 37:12 37:13 37:17 38:25 39:3 51:7 51:11 51:17 57:11 57:15 57:17 57:18 63:10 63:13 67:25 71:25 72:1 72:2 79:13 79:17 82:9 100:22 100:23 109:6 109:7 109:10 109:12 111:8 113:8 113:11 114:5 114:21 115:6 115:19 119:7 119:22 137:25 142:7 143:6 154:24 155:17 156:3 163:11 200:1 200:22 201:10 202:8 206:12 206:17 214:3 214:6 228:13 230:9 250:25 251:8 251:9 252:1 252:8 252:10 252:13 252:1 257:3 289:2 294:22 295:7 295:12 295:14 295:23 306:1 308:4 309:2 309:3 309:9 319:17 324:20 325:2 325:18 327:23 329:12 329:15 331:5 338:1 340:18 | |
| bromley's(3) 156:20 206:9 340:24 | |
| bromley's(3) 72:20 175:17 296:2 | |
| bronch(1) 180:9 | |
| brother(1) 162:7 | |
| brothers(2) 34:17 34:25 | |
| brought(21) 10:22 56:14 68:15 84:20 155:15 155:16 179:8 186:25 192:21 194:8 212:2 213:5 219:25 240:5 240:6 258:10 258:20 277:1 293:9 317:18 334:6 | |
| brown(4) 3:6 5:40 102:4 162:2 | |
| bruce(1) 3:14 | |
| brunswick(1) 217:9 | |
| bryant(1) 2:7 | |
| buchanan(1) 2:25 | |
| buedo(1) 223:17 | |
| buell(52) 1:33 28:14 28:17 45:2 45:5 56:21 71:23 72:7 72:9 72:10 72:14 73:15 73:16 73:19 77:7 77:8 85:19 85:22 85:25 86:4 90:19 90:20 90:24 92:3 92:5 92:9 92:11 94:6 113:9 117:8 120:22 122:21 143:6 146:8 147:25 154:22 155:7 156:3 218:18 218:18 218:20 218:21 219:7 220:1 220:13 220:14 220:16 220:16 221:13 221:15 225:1 231:8 | |
| bug(1) 336:2 | |
| bugaboo(1) 62:20 | |
| building(2) 4:15 67:22 | |
| built(2) 38:2 47:4 | |
| bunch(2) 282:11 325:5 | |
| burden(1) 26:24 | |
| burton(21) 180:6 180:8 180:9 181:11 181:16 181:18 185:20 185:23 186:13 186:16 186:21 186:23 187:14 187:22 188: 188:14 188:15 188:18 197:18 198:1 198:4 | |
| burton's(1) 198:8 | |
| business(20) 33:19 34:20 37:23 37:23 37:24 37:25 38:6 38:8 42:12 42:13 85:2 131:11 150:21 168:9 186:11 207:4 241:13 275:13 275:14 275:16 | |

| Word | Page:Line |
|------|-----------|
| businesses(18) 30:23 30:25 31:22 31:22 31:25 32:21 34:6 36:3 36:13 36:22 39:20 42:9 42:10 89:12 102:25 241:3 241:12 317:16 | |
| but(301) 8:7 9:10 11:7 11:16 13:16 14:25 18:20 19:1 19:21 20:15 22:1 22:14 22:20 23:19 24:11 24:24 26:10 26:15 26:18 29:16 30:17 31:14 32:13 33:2 34:9 37:21 38:8 39:11 39:17 40:4 41:13 41:19 43:14 44:10 45:6 45:12 45:23 47:14 48:3 48:3 49:12 50:19 51:13 51:19 51:24 52:18 53:8 53:24 54:7 55:12 55:25 56:11 56:22 57:4 58:7 59:6 59:20 62:25 63:13 64:23 65:1 66:4 67:19 68:23 69:9 69:21 70:6 70:10 70:19 73:8 74:16 74:19 76:9 78:7 78:18 78:25 80:14 81:9 81:17 82:2 83:23 87:19 89:3 89:17 89:21 90:11 91:3 92:13 92:18 92:25 93:12 98:2 98:5 98:19 99:16 100:14 101:3 106:21 107:11 107:22 108:9 108:23 110:12 110:17 110:19 111:19 113:5 113:11 113:23 114:3 114:14 120:1 120:19 124:16 126:8 127:20 128:20 129:6 129:13 130:8 131:9 131:17 133:22 134:22 135:13 136:2 138:1 139:13 139:17 140:2 140:10 141:4 141:10 141:17 141:24 142:23 143:7 143:15 144:16 145:2 145:5 148:15 148:22 149:21 151:23 152:5 153:10 153:19 153:23 157:9 159:6 161:14 161:23 164:21 165:7 166:18 166:23 166:25 168:1 168:2 168:14 169:13 170:13 171:15 172:6 173:10 173:19 176:5 177:7 178:5 179:22 180:18 180:23 180:24 181:17 181:18 181:20 181:23 183:1 183:2 183:10 183:19 184:1 185:4 186:24 187:2 187:5 188:3 188:16 190:1 192:4 193:13 193:14 194:17 195:22 196:23 197:20 198: 198:11 200:24 201:17 204:25 207:13 208:19 209:12 210:1 210:4 210:24 211:9 212:4 213:7 213:21 214:5 214:24 217:22 218:23 219:14 219:24 220:2 220:5 222:24 223:1 223:16 224:13 225:4 226:18 227:14 227:25 229:1 231:19 233:10 235:16 236:22 237:10 237:18 238:24 239:21 241:9 242:5 243:14 243:25 246:16 247:14 248:5 248:9 248:19 250:20 251:23 252:2 252:6 252:22 253:3 253:9 253:20 254:1 254:10 256:12 256:14 257:1 257:25 258:9 259:5 259:17 260:13 260:23 261:4 261:13 261:14 262:11 263:10 263:11 264:6 265:4 266:8 266:16 267:12 268:15 268:20 268:21 269:6 269:22 270:4 270:8 270:21 271:5 271:21 272:21 273:1 277:18 278:7 278:14 279:5 280:23 281:23 282:13 282:21 283:20 283:22 284:9 284:15 285:9 | |
| but(70) 285:21 287:12 287:22 288:5 289:10 289:16 291:9 293:7 295:7 296:16 296:23 297:14 298:20 300:10 300:11 301:9 302:3 304:6 306:7 307:21 308:1 308:18 309:11 309:14 310:11 310:15 311:7 314:4 314:6 316:25 318:1 318:7 318:16 320:2 320:11 320:22 321:16 322:25 323:18 325:18 326:11 326:23 327:25 328:14 328:23 330:10 330:22 331:5 332:1 333:6 333:18 334:23 335:5 336:4 336:8 337:1 337:12 337:17 338:1 338:4 339:4 339:7 340:9 340:18 341:9 342:9 344:1 344:25 345:11 345:19 | |
| but/for(1) 106:22 | |
| buttered(1) 338:17 | |
| button(2) 233:21 233:22 | |
| buy(2) 39:10 192:6 | |
| buyout(2) 41:11 42:12 | |
| byung(1) 6:43 | |
| c-bass(1) 60:1 | |
| calaman(1) 346:11 | |
| calculated(2) 62:25 92:17 | |
| caleb(1) 2:39 | |
| calendar(1) 58:21 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| call(15) 8:19 16:25 20:21 29:13 100:8 127:13 205:4 270:12 271:23 289:14 305:9 308:8 312:3 328:22 341:23 | | canadian(146) 2:18 2:19 10:12 10:15 15:10 15:12 15:16 15:22 16:6 16:17 18:2 19:22 19:24 22:17 22:19 23:8 23:13 28:2 29:6 29:11 29:12 37:18 39:13 40:19 46:15 46:16 46:25 48:23 48:25 49:2 51:2 52:17 53:18 53:21 54:6 54:21 55:24 56:1 56:4 59:12 61:8 63:2 63:25 64:14 68:20 73:24 74:25 78:20 78:25 79:3 84:1 90:7 95:4 97:10 99:3 99:24 103:19 106:3 109:23 103:3 110:4 110:9 110:10 110:23 111:3 111:12 111:23 112:3 112:7 112:14 117:5 117:17 117:10 117:12 119:19 122:13 123:1 123:18 125:18 125:23 132:6 133:13 134:14 134:25 136:7 140:8 140:12 140:15 140:15 141:19 142:19 142:20 143:3 143:1 143:17 144:7 146:23 157:2 157:6 157:13 157:16 158:4 158:4 158:17 160:13 163:5 163:6 164:4 164:8 164:9 165:25 166:6 168:7 170:5 170:24 181:24 182:5 183:17 184:18 184:22 190:13 192:13 192:15 193:2 194:16 199:23 207:25 209:9 209:23 210:5 232:19 239:12 240:9 249:9 265:11 273:18 276:22 279:7 297:23 301:9 303:14 306:20 313:10 329:21 335:12 335:17 | | case-manag(1) 162:13 | | chaos(8) 46:5 67:18 67:19 257:25 280:17 310:6 320:5 322:10 |
| | | | | cases(46) 22:15 31:14 34:7 36:2 54:8 58:8 61:8 61:9 75:24 76:6 76:11 84:2 85:20 86:20 86:21 88:25 93:23 93:23 93:25 94:19 95:20 96:25 97:4 97:6 98:12 98:14 98:22 99:15 99:17 100:7 101:10 101:17 104:18 150:3 150:4 161:19 161:25 162:1 213:18 213:22 222:21 224:21 246:1 286:1 304:12 327:1 | | chaotic(1) 171:5 |
| called(15) 37:24 42:6 45:13 167:4 198:24 210:7 211:17 223:18 224:19 324:3 324:15 325:11 325:24 326:11 326:12 | | | | | | chapter(9) 1:7 35:10 97:19 97:23 161:2 325:20 325:21 326:4 330:13 |
| | | | | | | characterization(3) 74:18 75:20 225:7 |
| calling(2) 133:17 341:15 | | | | cash(11) 37:25 39:18 40:2 40:11 40:12 41:1 41:4 101:6 101:8 113:21 178:15 | | characterized(2) 240:23 240:23 |
| calls(4) 75:12 75:17 211:18 311:17 | | | | | | charge(1) 100:9 |
| came(16) 43:9 114:9 124:18 125:22 162:9 170:10 240:20 265:17 280:6 291:12 292:2 293:11 297:16 309:17 309:23 328:11 | | | | castles(1) 180:9 | | charged(2) 125:7 332:14 |
| | | | | casual(4) 36:18 38:18 44:24 62:1 | | chase(3) 2:34 57:20 103:7 |
| | | | | catch(3) 327:21 327:23 328:3 | | check(2) 204:12 307:19 |
| camp(2) 5:40 5:41 | | | | categories(1) 222:19 | | chen(1) 6:5 |
| can(195) 11:9 14:25 19:16 21:12 22:24 25:13 28:4 58:5 29:8 37:8 46:13 50:13 51:19 52:24 53:15 70:23 72:11 73:13 77:8 78:5 79:2 82:6 82:20 83:5 89:9 98:14 100:12 104:25 105:14 106:20 107:21 108:1 116:8 116:22 116:23 118:7 118:9 118:11 120:10 122:18 125:24 133:10 133:24 135:11 137:8 138:11 139:20 141:18 142:2 143:12 145:13 145:14 145:15 146:18 146:25 147:20 151:15 152:12 154:11 154:15 155:10 158:20 162:8 168:21 168:23 170:17 170:23 171:17 171:18 175:19 177:6 177:7 187:17 190:3 191:4 191:18 191:20 193:13 193:14 196:21 196:24 197:9 197:9 198:19 198:21 199:6 200:2 200:15 201:17 202:17 202:17 203:6 203:8 203:12 203:13 203:14 203:19 203:19 204:5 204:7 204:9 204:10 204:17 204:23 205:16 205:1 205:18 213:17 213:20 214:12 215:21 219:24 226:10 233:9 233:11 236:14 238:1 240:6 242:25 247:2 247:8 248:4 248:13 249:16 262:14 267:21 268:2 268:9 270:19 274:15 274:16 277:5 278:6 278:7 278:14 278:17 278:18 278:24 279:6 280:13 281:2 281:24 282:1 282:4 282:18 282:22 283:2 284:21 285:9 285:24 286:23 287:24 289:1 289:21 290:1 290:18 291:22 294:12 298:15 300:5 302:22 303:25 303:25 305:6 306:10 306:18 306:21 307:16 307:17 309:1 309:6 309:21 310:17 310:18 312:9 314:18 315:4 320:1 321:10 322:16 324:22 327:12 327:14 328:16 332:6 334:8 334:10 336:8 336:12 336:15 337:21 339:4 340:9 340:13 340:19 | | canadian's(1) 53:14 canadian-only(2) 165:24 166:12 canadians(2) 249:17 339:18 cancellation(1) 192:6 cannot(31) 80:25 87:10 120:1 156:13 168:20 168:22 168:25 169:21 203:4 242:1 243:1 257:12 265:6 265:25 266:22 272:1 272:12 272:19 273:15 288:18 288:18 289:2 290:5 290:9 300:3 301:15 311:23 327:3 327:5 328:5 335:25 | | ccaa(19) 35:9 132:16 132:21 160:23 161:4 166:23 167:22 168:2 169:14 174:13 179:9 194:2 195:3 199:9 271:9 271:16 271:20 271:21 330:13 | | cheng(10) 281:15 282:10 282:12 284:11 284:24 285:19 286:18 287:24 288:12 289:12 |
| | | | | | | cheng's(4) 282:23 283:20 286:16 301:16 |
| | | | | | | chicken(1) 280:16 |
| | | | ccc(9) 29:13 46:18 110:11 165:20 165:21 172:11 177:18 259:9 261:9 | | chief(1) 324:20 |
| | | | | | childhood(1) 32:2 |
| | | | | | chilmark(1) 5:12 |
| | | | cdma(8) 37:23 37:24 38:2 38:8 57:6 58:25 237:25 317:5 | | china(1) 102:10 |
| | | | | | choice(4) 88:4 171:15 334:7 334:7 |
| | | can't(19) 114:22 170:20 185:6 185:6 191:23 252:13 271:24 276:23 277:11 277:13 277:16 279:5 284:1 285:8 285:8 288:2 292:11 305:14 307:5 | | cede(2) 94:4 305:3 | | choices(1) 274:17 |
| | | | | celebrated(2) 325:24 326:1 | | choose(2) 283:22 |
| | | | | center(3) 35:19 192:2 324:16 | | choosing(1) 211:9 |
| | | | | central(6) 102:10 136:20 168:20 304:17 331:22 331:22 | | chose(1) 88:11 |
| | | | | | | chosen(5) 166:8 194:7 208:19 248:9 326:20 |
| | | capability(1) 270:21 capacity(6) 50:5 50:5 50:21 106:11 164:2 164:24 166:2 | | certain(33) 13:11 23:6 23:9 29:23 30:1 34:18 38:19 38:20 39:9 40:3 44:18 57:24 64:9 104:18 122:17 138:17 140:3 158:10 163:5 182:4 187:2 221:1 222:21 232:3 233:12 243:3 251:10 278:17 278:17 295:1 298:11 304:5 304:6 | | chris(2) 2:12 7:34 |
| | | | | | | chronology(1) 298:2 |
| | | | | | | circuit(3) 75:25 88:6 212:25 |
| | | | | | | circulate(2) 238:1 298:15 |
| | | capital(10) 5:36 6:22 6:22 6:30 6:30 6:38 6:46 6:46 7:7 212:25 | | | | circulated(9) 75:6 119:3 134:8 221:24 223:9 223:17 223:21 227:17 298:8 |
| can't(29) 49:15 51:18 51:24 55:14 64:16 145:22 202:13 204:25 211:16 211:20 211:21 212:17 222:23 237:7 239:16 240:6 240:13 240:15 242:4 242:16 243:7 318:11 328:6 328:8 329:7 330:21 339:2 339:4 341:13 | | | | | | circumstance(1) 199:13 |
| | | caps(1) 57:24 care(5) 58:3 120:2 120:5 313:3 336:24 career(1) 34:1 careful(5) 43:10 50:10 68:6 125:7 317:9 carefully(2) 214:4 317:10 carothers(1) 5:47 | | certainly(33) 9:12 10:20 11:17 13:23 20:23 21:24 23:1 23:11 23:17 24:10 31:6 45:19 47:3 71:19 74:7 75:1 78:24 82:1 96:14 109:12 167:18 176:14 184:19 184:2 226:13 235:24 251:7 252:3 254:6 300:7 308:4 309:11 330:16 | | circumstances(8) 111:23 112:25 113:1 118:15 145:9 254:11 267:25 271:16 |
| | | | | | | citations(1) 192:19 |
| | | | | | | cite(6) 161:6 199:7 217:22 303:25 314:21 323:15 |
| canada(95) 8:22 11:3 11:8 14:9 14:19 15:24 15:25 16:6 16:21 18:7 20:13 22:5 22:9 22:17 23:7 23:10 24:11 24:14 26:8 27:10 27:24 28:1 29:9 29:19 30:3 30:11 31:17 33:22 34:6 35:9 35:13 36:1 42:20 51:4 55:24 58:8 62:22 63:4 63:24 64:24 68:19 79:15 85:12 89:25 93:22 95:3 97:2 98:4 99:4 99:12 99:16 140:7 154:15 166:20 167:2 167:2 174:23 177:25 189:7 189:23 191:7 194:15 196:21 204:17 205:17 217:19 218:8 219:13 219:15 220:8 230:14 240:20 241:19 241:21 244:16 248:10 248:15 251:1 255:4 263:21 273:14 276:6 276:9 276:21 278:17 279:2 295:17 304:2 304:21 311:10 319:4 320:22 330:19 341:19 341:19 | | carriage(2) 125:8 176:8 carried(2) 123:12 185:8 carrier(2) 5:46 37:24 carry(2) 99:18 155:13 carrying(1) 310:20 carta(1) 193:10 carve(3) 31:22 49:25 50:20 case(101) 1:4 17:9 20:18 26:1 39:25 40:3 44:8 50:8 51:13 54:11 55:22 75:25 76:1 76:12 81:20 81:21 82:14 82:17 84:17 84:19 84:24 85:6 85:13 85:15 85:16 85:23 86:4 86:6 86:18 86:23 87:1 88:6 88:12 89:1 93:20 103:9 106:7 112:20 121:5 122:25 125:20 127:17 161:8 161:8 162:1 162:2 162:16 162:25 167:25 168:21 169:3 172:19 176:9 176:17 179:12 179:10 181:8 186:3 206:11 206:14 206:15 209:4 209:11 211:5 215:11 215:13 217:3 224:23 225:1 225:7 225:7 225:8 227:1 235:24 240:12 245:21 246:4 253:16 259:11 263:3 263:4 270:2 273:16 288:6 288:6 288:8 290:15 301:2 303:22 303:25 304:1 304:4 304:16 304:22 308:9 312:13 330:12 331:22 331:22 339:14 339:15 | | certainty(1) 286:9 certification(1) 346:4 certify(1) 346:5 cetera(5) 18:23 292:6 292:6 304:6 304:6 chain(1) 133:11 chains(1) 31:23 chair(1) 150:16 challenge(3) 34:13 222:17 223:6 challenged(2) 222:7 224:3 chance(2) 249:4 249:10 chang(16) 146:22 146:25 148:3 148:19 148:24 149:22 149:24 150:2 150:12 151:5 151:11 151:15 151:18 151:22 152:4 236:6 | | cites(1) 150:4 city(1) 315:6 323:15 city(1) 61:19 civil(6) 161:15 161:18 162:8 313:5 326:7 326:13 |
| | | | | | | claim(34) 12:14 12:15 12:16 12:17 13:2 13:3 13:5 13:13 13:14 13:16 13:20 54:2 54:2 54:4 55:19 56:3 56:12 63:23 107:13 136:23 137:17 150:25 180:22 182:8 182:12 187:10 193:19 194:4 232:20 235:13 326:9 335:23 335:25 341:19 |
| | | | | change(18) 12:19 13:5 125:21 143:20 143:21 143:23 162:7 189:24 238:16 239:13 239:19 243:5 243:8 243:16 262:9 269:4 306:3 328:19 | | claimant(1) 198:11 |
| | | | | | | claimants(6) 3:29 107:9 110:11 113:21 128:22 136:23 |
| canada's(1) 16:19 242:23 244:2 canada's(3) 174:22 174:25 196:24 | | | | changed(5) 92:12 122:11 138:20 338:12 338:15 | | claimed(1) 209:25 |
| | | | | changes(2) 75:7 309:19 changing(1) 79:9 | | |

Word Page:Line

**claims**(267) 12:5 12:5 12:22 13:1 13:9 13:11 13:19 40:18 40:21 41:2 46:22 46:23 47:1 47:2 60:17 62:19 62:19 62:21 62:22 62:25 63:1 63:4 63:5 63:13 63:18 63:21 64:4 64:7 64:13 64:16 64:17 64:20 64:22 64:24 65:3 65:6 65:12 65:18 65:22 65:25 66:4 66:12 66:15 66:23 66:25 67:1 67:6 67:13 68:2 77:24 78:21 79:5 79:15 79:22 99:12 99:16 100:25 101:3 110:17 110:25 112:8 112:9 113:17 123:18 128:22 128:23 131:23 132:2 132:15 132:18 133:1 133:3 133:9 133:16 133:17 133:21 135:1 135:3 135:5 135:19 136:1 136:5 136:15 137:7 137:11 137:17 140:5 140:14 140:15 140:1 140:23 140:23 140:25 142:16 142:19 142:20 142:21 142:23 143:4 144:17 145:2 145:8 145:21 154:25 155:2 163:13 163:18 163:24 163:25 164:2 164:12 164:23 164:2 165:11 166:16 167:2 167:22 169:1 169:1 169:3 169:5 169:6 169:8 176:9 178:25 178:25 179:1 180:23 180:25 181:1 181:13 181:21 181:21 181:22 182:1 182:6 182:6 182:10 182:11 183:22 186:6 187:10 189:7 189:8 189:21 189:23 193:17 193:25 194:1 194:3 194:5 194:6 194:8 194:17 196:7 196:8 196:9 196:9 196:12 196:18 196:19 196:19 196:22 196:24 197:1 197:23 197:2 197:25 198:8 198:10 198:11 199:5 209:18 210:1 210:1 210:19 210:21 211:1 240:24 242:4 242:6 247:5 247:17 247:21 247:21 247:23 248:1 248:4 248:6 248:8 248:10 248:15 248:19 248:23 248:23 249:2 249:4 249:8 249:11 249:12 249:12 302:11 302:1 302:18 303:2 303:12 303:17 310:23 311:3 311:5 311:6 311:14 311:18 311:19 311:23 311:24 312:3 312:5 312:6 312:9 312:11 312:19 312:19 312:22 312:24 312:24 313:1 313:1 313:2 313:3 313:8 313:9 313:10 313:11 313:13 318:22 319:5 319:8 319:17 321:23 322:2 322:2 322:4 326:8 328:14 332:20 334:23 335:8 335:19 335:20 336:7 336:7 336:12 336:15 336:16 338:18 338:2 341:13 341:15 341:16 341:23 341:25 342:2 342:20 342:23 343:6 343:14

**claims."**(1) 183:23
**clarification**(2) 108:11 286:24
**clarifications**(1) 295:21
**clarified**(2) 108:4 228:23
**clarify**(2) 107:21 335:18
**clarity**(4) 20:10 103:10 199:12 286:9
**classic**(3) 69:3 115:25 327:24
**classroom**(1) 234:18
**clause**(34) 82:23 83:3 83:12 84:21 85:1 86:5 86:5 86:8 86:15 89:13 115:2 119:25 120:17 134:23 213:19 216:17 216:23 224:24 224:25 225:1 235:15 236:20 237:7 253:23 263:16 266:25 267:4 267:6 284:19 289:15 289:22 290:12 324:11 339:8

**clauses**(7) 54:9 62:1 156:12 195:22 238:22 268:2 285:15

**cleans**(1) 12:7
**cleanup**(1) 239:23

**clear**(113) 35:7 40:24 45:1 48:19 48:19 49:16 49:25 50:12 50:20 50:22 50:24 54:3 56:16 56:23 62:7 62:16 63:21 67:10 67:12 68:5 68:7 71:6 71:10 71:18 74:17 75:18 76:2 78:6 80:15 80:21 81:13 81:15 81:19 82:3 85:4 86:6 86:24 87:4 88:20 89:2 93:11 94:2 117:12 118:22 122:2 122:4 129:25 133:1 134:13 135:13 137:1 137:18 140:24 144:10 144:11 148:8 153:1 157:9 169:11 169:14 170:19 190:9 190:24 193:3 193:16 212:14 213:1 213:20 215:19 215:2 216:14 216:23 217:3 225:16 225:24 231:24 232:16 240:13 243:7 244:13 250:1 258:12 259:24 268:6 269:14 269:18 274:24 277:14 279:18 279:21 281:7 283:1 284:20 286:5 288:6 290:20 290:20 290:25 294:19 296:2 296:15 302:5 310:16 320:20 321:23 327:6 329:11 332:15 332:21 334:1 336:9 340:19 345:8

**cleared**(1) 19:13
**clearer**(7) 24:12 83:12 131:10 135:7 135:8 243:17 332:4

**clearest**(2) 210:6 311:8
**clearing**(1) 285:23
**clearly**(48) 14:19 36:4 36:6 55:10 64:23 67:6 78:8 81:23 82:24 87:19 112:19 114:3 114:25 115:4 120:20 121:12 122:1 127:12 130:24 132:17 135:16 143:7 143:22 145:10 145:21 149:1 151:5 164:6 181:2 182:10 194:6 210:25 213:4 223:9 223:18 225:22 226:10 264:25 272:24 277:10 281:25 282: 286:17 298:18 309:25 335:15 337:17 338:10

**cleary**(15) 1:31 5:4 10:6 21:3 72:10 134:2 134:3 134:7 227:16 238:1 251:13 292:12 297:2 298:3 298:5

**clerk**(11) 14:15 14:21 25:7 154:5 195:14 195:16 195:18 195:20 205:12 245:2 307:1

**cleveland**(1) 204:20
**client**(7) 5:41 165:3 170:6 185:3 185:12 268:7 298:10

**clients**(14) 134:21 163:7 163:23 164:6 168:11 170:1 170:6 174:15 174:16 179:13 246:7 257:8 330:14 337:4

**client's**(1) 178:12
**cloaked**(1) 253:20
**clock**(3) 108:18 255:15 331:2
**close**(9) 9:8 78:14 105:10 110:8 172:1 207:12 233:11 328:22 339:1

**closed**(4) 43:7 61:18 98:6 98:6
**closer**(6) 85:10 92:1 172:1 195:20 202:16 331:11

**closest**(1) 226:7
**closing**(4) 33:1 199:6 200:3 237:15
**closings**(1) 59:3
**co-counsel**(2) 9:22 16:16
**co-movant**(1) 94:14
**co-moving**(3) 16:12 16:15 156:19
**coax**(1) 326:17
**code**(3) 19:20 71:10 97:18
**coincide**(4) 245:15 246:16 246:16 246:23
**coincidence**(1) 317:20
**coleman**(2) 2:20 4:7
**collapse**(1) 34:13
**colleague**(1) 255:4
**colleagues**(2) 51:3 85:12
**collection**(3) 40:8 40:12 41:5
**collectively**(3) 29:18 102:13 117:2
**colombia**(1) 345:14
**color**(1) 157:9

**columbia**(5) 27:16 27:17 27:23 28:2 28:3
**column**(1) 86:2
**combination**(1) 36:8
**combinations**(1) 268:8
**come**(81) 11:10 29:3 29:13 29:19 35:25 47:18 49:7 53:18 71:5 73:6 84:13 85:5 87:5 96:5 97:12 101:13 104:5 104:22 105:16 111:19 116:16 120:25 124:14 128: 169:7 169:8 169:20 175:5 182:25 188:6 200:7 206:2 209:3 211:22 212:9 220:8 223:10 228:18 229:2 229:7 232:4 233:25 245:20 258:6 259:16 260:25 261:13 261:1 261:21 263:10 264:14 266:8 269:15 275:5 276:1 276:7 276:13 276:14 276:18 277:5 277:20 283:16 284:22 294:6 294:8 294:24 295:9 296:3 300:14 304:13 317:1 322:16 323:2 323:8 323:12 332:13 332:22 338:20 343:7 343:10 343:12

**comeback**(3) 172:21 342:13 342:16
**comes**(16) 49:20 50:16 116:22 139:15 151:14 217:7 253:16 253:23 270:22 276:1 276:15 278:8 280:1 297:5 303:10 319:7

**comfort**(4) 53:15 153:24 175:10 344:13
**comfortable**(2) 72:4 260:12
**coming**(14) 39:15 133:13 164:19 178:13 182:21 204:11 215:4 218:22 232:2 233:13 235:3 248:14 252:16 295:23

**comity**(1) 272:4
**comm**(2) 173:2 173:4
**commence**(3) 14:10 15:14 199:24
**commenced**(5) 35:14 55:22 174:13 212:6 212:8

**commencement**(2) 35:9 113:19
**commencing**(1) 14:5
**commend**(3) 131:15 146:11 146:11
**comment**(12) 17:20 19:5 130:14 130:15 151:24 179:21 229:13 242:22 253:2 253:1 329:23 335:25

**commenters**(1) 75:8
**commenting**(2) 297:21 297:23
**comments**(9) 23:4 123:2 134:9 163:8 228:8 244:10 244:11 309:12 335:16

**commercial**(5) 35:24 53:2 151:21 174:12 285:6

**committed**(1) 342:23
**committee**(28) 2:4 5:21 5:26 5:35 16:16 22:18 22:19 28:23 29:10 74:24 94:5 94:11 96:1 96:4 96:11 96:12 96:13 96:21 97:9 106:8 106:11 189:22 190:23 191:1 191:2 191:14 191:16 242:20

**committee's**(2) 243:24 244:11
**common**(6) 35:21 81:8 120:15 236:7 269:1 342:11

**commonsense**(1) 338:22
**communications**(1) 13:20
**community**(1) 288:13
**companies**(7) 31:19 132:22 163:6 179:10 199:8 272:11 301:1

**company**(6) 39:14 42:4 93:5 133:1 168:8 311:23

**compare**(2) 98:6 130:6
**comparison**(1) 298:7
**compartmentalization**(2) 33:15 33:17
**compel**(6) 84:20 92:18 213:10 236:1 289:19 289:21

**compelled**(1) 156:13
**compelling**(1) 113:16

**compendium**(19) 116:3 116:8 116:18 116:21 118:4 123:13 123:19 125:25 126:1 129:7 130:6 132:3 133:10 136:12 137:24 147:14 158:22 193:13 335:2

**compensated**(1) 105:3
**compensation**(2) 249:19 304:22
**competence**(2) 71:19 323:6
**competent**(7) 49:5 61:1 71:12 176:12 238:6 316:7 323:6

**competing**(3) 31:4 127:22 326:16
**competitive**(1) 36:9
**complaint**(3) 68:22 68:23 69:7
**complete**(5) 47:15 130:10 186:3 186:22 304:11

**completed**(3) 16:5 17:20 108:16
**completely**(10) 100:25 105:11 179:24 274:8 275:8 280:4 280:5 280:7 303:19 320:9
**completion**(1) 127:16
**complex**(5) 31:18 46:4 132:25 136:17 174:11

**complexities**(1) 186:10
**complexity**(1) 137:3
**compliance**(4) 97:11 97:11 266:1 268:3
**complicated**(4) 42:16 46:4 49:3 321:17
**complied**(2) 240:9 265:12
**comply**(1) 103:23
**components**(1) 38:21
**comprehensive**(1) 100:22
**comprehensively**(1) 139:19
**compromise**(4) 29:20 326:18 327:4 339:2
**compulsory**(1) 78:1
**computers**(1) 321:9
**conaway**(1) 4:13
**concede**(3) 134:21 331:25 332:1
**conceded**(1) 183:6
**concedes**(2) 87:16 124:22
**conceived**(1) 144:12
**concentrate**(1) 287:23
**concept**(2) 336:14 343:3
**concepts**(1) 175:13
**concern**(12) 11:7 18:3 18:14 24:24 134:9 138:22 177:2 177:4 177:4 196:15 196:16 208:24
**concerned**(12) 24:24 26:9 30:14 60:13 62:15 109:2 133:14 133:18 191:5 199:18 286:16 307:21

**concerning**(10) 15:8 83:10 96:9 124:3 150:3 152:14 152:16 160:13 187:12 221:21

**concerns**(10) 23:5 30:1 30:16 139:11 189:19 196:4 206:24 246:7 249:6 284:22

**concert**(1) 207:21
**conciliation**(3) 326:14 326:19 327:4
**conciliator**(1) 326:16
**conclude**(4) 128:4 129:3 143:7 300:2
**concluded**(5) 127:15 135:18 144:1 147:23 286:8

**concludes**(3) 14:1 178:8 199:22
**conclusion**(18) 69:4 74:9 77:20 81:20 86:18 86:19 87:6 95:3 95:20 98:14 98:22 129:23 141:7 153:4 179:8 191:25 264:18 284:22
**conclusions**(2) 124:25 125:1
**conclusive**(1) 224:2
**concurrently**(1) 179:2
**condition**(6) 43:23 114:8 323:23 324:4 324:6 337:9

**conditionality**(1) 333:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **conditioned**(8) 114:23 115:22 215:17 215:18 323:24 324:3 332:17 338:11 | | **consternation**(1) 343:22 **constituencies**(1) 95:2 **constituency**(3) 177:25 191:6 230:19 **constituents**(2) 97:4 337:4 **constitution**(5) 174:22 174:25 193:9 194:1 278:24 | | **contributed**(1) 241:15 **contribution**(1) 241:24 **contributions**(2) 241:6 249:7 **control**(2) 160:22 202:20 **controlled**(2) 168:9 178:7 **controls**(1) 14:23 | | **counsel**(29) 14:12 15:4 15:12 18:25 21:17 25:10 25:13 80:17 88:16 102:6 102:11 103:10 124:11 154:14 157:2 158:4 158:5 167:16 187:2 187:3 187:5 195:18 197:25 199:24 253:1 255:16 259:8 306:2 308:4 | |
| **conditioning**(4) 72:2 138:10 233:18 234:12 **conditions**(2) 120:10 215:20 **conduct**(12) 69:14 110:6 143:17 159:14 263:24 264:4 264:13 296:14 296:14 296:17 298:22 299:2 | | **construction**(1) 264:11 **constructive**(5) 190:17 191:5 191:18 312:6 319:9 | | **controversy**(2) 9:7 126:15 **convenience**(2) 58:14 298:14 **convenient**(2) 141:16 171:8 **conveniently**(1) 322:18 **convention**(2) 222:9 224:6 224:9 | | **counting**(1) 249:24 **countries**(2) 23:21 300:23 **country**(2) 187:18 300:22 **couple**(28) 11:22 14:9 17:8 31:5 32:5 32:7 | |
| **conducted**(7) 15:5 54:16 54:21 56:2 72:25 83:25 159:18 | | **construed**(1) 120:17 **consult**(7) 25:20 300:6 307:2 307:11 339:10 340:3 344:7 | | **conversation**(6) 55:11 230:25 311:21 315:24 318:12 343:9 | | 44:15 47:6 62:17 62:23 65:1 76:2 89:4 130:11 146:10 156:19 158:12 172:2 172:10 192:19 209:16 253:7 291:14 300:9 301:12 319:2 321:8 339:1 | |
| **conducting**(3) 36:21 163:19 171:4 **conducts**(1) 304:16 **cone**(1) 156:21 | | **consultation**(5) 18:12 25:2 201:13 339:13 339:22 | | **conversations**(3) 42:5 329:8 329:9 **convey**(1) 85:9 **cooperation**(5) 33:23 34:2 141:4 206:12 339:12 | | **course**(45) 11:16 19:15 30:17 49:15 49:15 50:8 64:18 65:20 66:7 67:10 68:23 74:18 | |
| **confer**(5) 117:14 160:10 339:10 340:3 **conference**(8) 26:1 127:8 307:8 307:9 308:1 311:17 324:15 325:6 | | **consulted**(2) 116:15 117:23 **consuming**(1) 305:18 **contact**(1) 198:19 **contacted**(1) 265:24 | | **cooperative**(2) 31:19 32:18 **cooperatively**(2) 142:12 260:5 **coordinate**(3) 158:11 159:13 161:4 198:18 | | 80:20 81:4 81:19 83:5 85:20 87:12 92:3 92:22 104:1 104:15 113:14 114:9 128:11 135:5 165:23 191:23 194:14 194:24 252:17 253:1 259:2 260:23 275:2 275:4 278:2 278:19 285:8 288:17 295:18 300:20 311:10 340:3 342:6 | |
| **conferring**(1) 339:23 **confidence**(3) 174:9 179:6 179:6 **confident**(1) 141:4 | | **contain**(4) 49:16 127:4 232:17 316:5 **contained**(4) 100:22 117:1 221:5 317:17 | | 247:20 248:20 **coordinated**(4) 33:25 35:9 185:25 248:24 **coordinating**(1) 248:14 | | **court**(301) 1:1 8:2 8:6 8:6 8:15 8:18 8:21 9:1 9:3 9:12 9:16 9:19 10:3 10:5 10:11 | |
| **confidentiality**(1) 253:20 **confined**(3) 157:22 176:18 191:7 **confirm**(3) 205:16 239:10 295:1 | | **containing**(1) 238:22 **contains**(3) 44:2 213:15 239:9 **contemplate**(1) 107:24 | | **copy**(12) 57:11 73:13 86:1 116:6 116:8 132:5 187:14 218:9 223:13 251:24 285:9 298:13 | | 10:12 10:13 10:17 10:23 10:24 11:1 11:6 11:13 11:15 11:19 11:24 12:1 12:8 12:12 12:21 13:7 13:18 13:23 14:3 14:7 14:16 15:1 15:12 15:14 15:19 17:3 17:5 17:7 | |
| **confirmation**(2) 294:7 294:10 **confirmed**(2) 65:9 150:6 247:8 **confirms**(2) 239:13 294:22 **conflict**(4) 52:3 60:18 86:10 86:14 **conflicting**(1) 159:25 **conformed**(1) 238:10 | | **contemplated**(15) 65:11 66:18 92:24 97:14 127:13 127:20 132:24 134:11 159:19 181:25 261:18 330:7 334:9 342:8 342:16 | | **cordo**(14) 1:24 11:22 12:1 12:2 12:3 12:9 12:13 12:24 13:7 13:10 13:19 13:25 14:3 51:7 **core**(38) 103:25 106:16 106:17 106:19 | | 17:10 17:11 17:12 18:21 18:24 19:2 19:7 19:15 19:24 19:25 21:1 21:20 21:22 23:8 23:14 24:2 24:8 24:11 24:23 25:3 25:8 25:24 26:19 26:24 27:2 27:8 27:11 27:15 27:17 27:19 28:6 28:9 28:11 28:20 28:24 | |
| **confuse**(2) 48:17 87:21 **confused**(3) 48:4 91:22 149:15 **confusing**(1) 335:4 | | **contemplates**(1) 142:11 **contemplation**(4) 144:23 169:25 210:5 334:15 | | 106:23 107:13 107:14 107:23 108:6 108:8 138:17 138:20 138:25 164:19 164:21 165:7 168:25 169:20 178:1 180:16 181:2 181:4 182:19 183:3 183:6 189:13 189:18 190:10 | | 29:4 29:25 35:18 37:7 37:10 37:12 37:15 37:18 37:16 39:2 52:23 53:4 53:6 53:9 53:10 53:18 54:5 54:6 54:17 55:23 55:24 55:25 57:10 57:13 57:16 58:9 58:10 58:11 | |
| **conjunction**(2) 123:17 192:16 **connect**(1) 29:8 | | **contemporaneous**(4) 115:23 117:19 128:2 333:3 | | 190:14 192:3 198:15 198:18 199:15 222:2 304:10 304:17 320:23 323:10 | | 58:12 59:12 59:13 61:1 61:8 62:3 63:12 68:16 68:19 70:12 71:3 71:5 71:25 72:7 72:13 73:14 73:18 75:24 76:13 77:1 77:6 | |
| **connection**(20) 58:16 58:18 58:25 65:3 87:17 90:16 102:23 104:11 120:14 183:21 184:14 194:22 194:25 195:13 270:4 270:5 275:12 299:5 319:24 333:25 | | **contemporaneously**(2) 116:20 118:23 **content**(6) 31:20 119:6 124:10 135:2 304:19 336:14 | | **corner**(3) 132:8 161:23 332:6 **corners**(3) 57:1 81:18 100:3 **corning**(1) 12:15 | | 84:14 84:18 85:7 85:16 85:16 85:18 85:22 86:3 86:18 88:13 89:20 89:25 90:1 90:3 90:16 90:19 90:23 90:25 91:5 91:20 92:3 94:6 94:17 95:4 95:4 97:10 97:10 97:22 99:5 99:9 101:22 102:1 102:5 102:15 | |
| **connelly**(2) 3:22 4:30 **consensual**(7) 76:23 83:13 92:15 96:5 98:20 230:5 299:18 | | **contention**(2) 90:10 131:20 **contentious**(3) 131:9 232:1 244:4 **contents**(1) 325:19 | | **corp**(4) 84:19 217:3 217:9 225:1 **corporate**(4) 34:21 125:7 164:4 164:13 **corporation**(1) 189:10 | | 103:19 104:22 105:19 105:22 105:25 106:25 107:2 107:4 107:17 107:11 107:20 108:12 108:14 109:2 109:8 109:11 109:13 109:17 109:20 109:25 112:12 112:15 | |
| **consensually**(3) 98:16 104:21 105:15 **consensus**(4) 15:9 15:18 46:10 121:11 **consent**(9) 81:22 81:23 100:1 124:11 156:14 170:17 232:17 240:7 267:15 | | **contested**(4) 24:5 26:11 46:14 68:15 115:1 222:25 | | **correct**(11) 27:8 86:19 103:11 218:13 220:9 240:25 262:17 302:19 306:17 341:1 346:5 | | 112:23 113:14 116:3 116:10 116:20 117:3 117:25 118:3 121:8 123:17 124:10 124:21 124:17 125:9 130:4 132:2 132:24 140:1 140:2 140:24 142:2 142:18 142:19 143:9 145:24 146:13 149:4 153:18 154:2 154:8 | |
| **consented**(1) 71:21 **consequence**(1) 144:24 **consequences**(1) 120:4 | | **context**(21) 11:18 29:16 31:12 74:20 79:1 85:20 88:22 101:1 113:13 114:15 120:16 129:1 162:15 174:19 214:2 228:3 231:23 262:17 264:25 268:11 340:1 | | **correspondence**(2) 187:15 227:12 **cost**(7) 39:11 137:3 161:16 257:22 295:3 300:16 301:10 | | 154:13 155:15 156:8 156:11 157:3 157:6 157:13 157:16 157:24 157:25 159:12 159:12 159:21 159:22 160:1 160:2 160:7 160:21 160:22 160:25 161:9 162:13 164:22 166:24 167:19 167:20 167:23 167:24 | |
| **consequently**(1) 274:8 **consider**(18) 17:10 17:11 17:18 81:16 87:5 131:10 144:9 163:17 193:23 231:10 235:24 243:1 244:12 273:17 274:14 274:24 301:11 304:8 | | **contexts**(1) 207:3 **contingency**(1) 35:7 **continue**(8) 23:23 31:25 39:18 39:19 103:22 103:23 208:2 233:17 | | **costly**(2) 137:20 305:17 **costs**(1) 104:16 **could**(79) 8:17 10:1 17:18 24:9 24:16 26:25 37:5 39:19 42:14 42:17 57:7 69:6 69:8 78:1 80:13 80:13 83:12 86:18 93:7 | | 168:5 168:7 168:15 168:19 168:22 168:24 169:5 169:6 169:7 169:8 169:9 170:16 171:15 171:17 172:24 173:7 173:17 173:24 174:9 174:10 175:4 175:20 175:20 176:14 176:14 176:14 177:13 178:4 178:4 180:13 | |
| **considerable**(4) 76:22 101:5 101:6 174:9 **considerably**(1) 10:1 **consideration**(9) 41:24 136:18 165:15 165:8 259:1 284:5 334:25 335:7 337:7 | | **continued**(8) 2:2 3:2 4:2 5:2 6:2 7:2 12:18 13:21 | | 100:10 112:12 117:19 120:17 124:18 128:1 129:7 130:13 131:1 134:20 142:25 149:19 149:20 153:25 160:12 181:6 195:13 200:1 202:15 203:16 211:10 219:3 220:21 223:1 | | 180:18 182:10 183:19 183:20 184:24 185:25 186:18 186:19 190:7 192:10 192:12 193:22 194:3 194:7 194:9 194:11 194:14 194:20 194:23 194:23 196:2 196:3 196:6 | |
| **considerations**(1) 274:8 **considered**(18) 25:11 31:14 80:25 88:21 107:13 120:16 121:25 150:22 211:12 222:16 223:1 223:5 224:12 225:5 225:15 225:19 242:6 253:23 | | **continues**(3) 33:13 43:11 304:17 **continuously**(1) 75:10 **contract**(8) 88:17 88:18 148:4 150:2 194:15 237:8 281:19 313:6 | | 231:23 232:15 234:14 240:22 243:17 244:1 244:25 245:20 246:17 254:4 254:6 256:24 266:9 266:14 266:17 269:5 280:22 291:2 292:7 292:20 294:14 300:4 302:4 304:7 306:11 307:11 319:22 322:11 322:13 325:1 338:17 | | 196:7 196:10 196:11 196:13 196:25 197:8 197:9 | |
| **considering**(6) 34:16 85:21 127:25 144:5 193:22 272:15 | | **contracts**(3) 32:21 286:11 321:11 **contractual**(5) 86:22 211:25 212:10 212:18 213:23 | | **couldn't**(6) 42:11 42:12 67:19 71:11 332:4 337:25 | | |
| **consolidate**(1) 166:16 **consolidation**(2) 173:3 176:11 **conspicuously**(1) 121:5 **conspiracy**(2) 313:5 313:5 **constant**(1) 35:25 | | **contractually**(2) 81:2 95:7 **contradict**(1) 125:10 **contradicted**(2) 125:4 258:13 **contrary**(8) 100:11 117:1 152:22 206:8 240:14 248:17 294:17 294:18 **contrast**(4) 120:7 130:5 150:3 337:2 **contribute**(1) 41:4 | | **couldn't**(6) 131:10 135:7 135:7 177:8 251:24 259:24 **could've**(1) 264:10 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**court**(280) 198:21 199:2 199:3 200:1 200:12 200:15 200:21 201:1 201:6 201:9 201:15 201:22 202:5 202:14 202:19 202:23 203:2 203:7 203:11 203:22 204:1 204:3 204:6 204:11 204:14 204:16 204:18 204:20 204:24 205:2 205:4 205:8 205:13 205:19 205:23 206:4 207:1 208:20 208:21 210:8 211:21 211:23 213:18 214:21 217:1 217:6 217:8 217:23 218:11 218:17 218:20 219:2 219:5 219:9 220:7 220:13 220:15 220:20 221:13 221:17 221:23 223:14 225:2 225:3 225:14 226:21 227:2 227:21 228:5 228:25 229:8 229:14 229:19 229:19 230:25 231:19 233:17 233:21 234:2 234:11 234:24 235:9 235:5 235:7 235:10 235:25 237:5 237:10 238:16 238:16 239:4 239:12 239:12 239:12 246:21 247:9 247:12 250:20 251:7 251:22 252:3 252:6 252:9 252:12 252:17 252:24 253:6 253:12 253:22 254:3 254:4 254:10 254:19 254:22 254:24 255:1 255:3 255:10 255:12 255:18 255:20 256:3 258:24 259:1 259:9 260:12 260:25 261:4 262:10 262:13 262:15 262:18 262:23 262:25 263:2 263:5 263:10 263:17 264:11 264:13 264:20 266:16 266:17 267:22 268:16 268:16 268:17 268:19 268:20 268:25 269:2 269:13 269:17 269:23 269:25 270:5 270:7 270:11 270:15 270:19 270:24 271:6 271:11 271:22 271:21 272:2 272:4 272:9 272:12 272:13 272:14 272:19 273:4 273:16 273:18 273:19 274:1 274:20 275:19 276:14 276:21 276:22 278:18 279:7 279:7 279:15 279:25 280:6 280:9 283:17 284:2 284:2 285:11 288:14 288:19 288:21 288:23 288:23 290:5 290:15 291:1 291:7 291:16 291:19 292:4 292:21 293:3 293:5 293:8 293:8 293:8 293:8 294:14 294:16 295:9 295:23 295:24 296:3 296:8 296:8 296:8 296:9 296:10 296:16 297:24 298:19 298:23 299:11 299:21 300:4 300:24 300:25 301:8 302:16 303:13 303:16 303:18 304:2 306:9 307:9 307:24 309:22 315:12 315:13 315:17 315:25 316:10 316:12 316:15 316:16 317:3 318:8 319:16 325:1 326:7 327:7 327:9 327:13 327:14 329:12 329:16 330:1 330:11 330:19 331:11 331:15 332:5 337:1 337:19 343:13 344:10 344:10 344:11 344:17 345:16 345:20 345:23 346:1

**court's**(8) 18:12 19:11 68:10 146:5 229:8 232:17 237:19 344:11

**court-approved**(1) 95:15
**courtesy**(3) 10:1 11:7 11:17
**courtroom**(10) 1:11 14:18 20:12 33:2 108:15 255:17 268:22 311:15 311:16 316:7

**courts**(301) 15:6 17:15 18:2 18:16 18:25 23:2 23:20 30:4 30:12 30:23 33:9 33:24 35:8 35:25 37:21 45:17 45:21 46:19 47:9 47:15 47:19 47:21 48:12 48:12 48:13 48:18 48:21 49:5 49:14 50:11 51:1 53:21 54:11 55:1 55:3 55:6 55:6 55:15 56:2 56:6 56:15 60:5 61:8 61:10 61:23 62:16 65:9 67:7 68:9 68:24 71:18 72:17 72:18 72:21 72:23 73:10 74:5 74:9 74:12 76:24 77:19 80:8 81:12 83:1 83:14 83:21 83:21 84:1 84:4 85:21 86:25 87:5 87:6 87:24 88:14 88:24 88:25 89:15 90:5 90:12 91:18 91:18 93:21 93:24 94:1 95:8 95:20 96:22 96:24 97:12 97:19 97:21 98:24 100:15 100:21 103:20 105:13 105:16 105:17 108:5 110:19 112:3 112:7 112:10 112:12 112:14 112:23 113:4 113:6 113:15 113:25 114:1 114:11 117:14 119:4 119:19 119:24 124:25 128:6 138:19 140:12 140:14 140:17 140:16 140:22 140:25 141:2 141:6 141:14 141:20 141:20 141:22 141:25 142:3 142:6 142:8 142:9 142:11 142:13 143:3 143:4 144:4 144:5 144:18 144:21 145:6 145:7 145:14 145:17 145:18 147:18 148:6 148:1 150:25 152:17 158:11 159:18 159:20 159:24 162:9 169:13 170:11 171:3 171:9 171:12 173:2 176:12 176:13 177:1 178:2 178:20 190:13 199:9 206:9 206:25 211:5 211:11 212:17 219:9 219:19 220:19 224:1 224:13 226:17 226:17 226:17 226:24 228:4 228:8 228:16 228:19 229:2 232:5 235:12 238:23 239:17 245:8 245:15 245:19 245:21 245:23 246:8 247:10 248:1 249:17 249:22 250:3 250:5 250:10 250:22 250:23 255:16 256:11 256:15 257:4 257:8 257:12 259:2 259:3 259:10 259:20 259:23 260:4 261:15 262:1 262:7 265:5 266:4 266:7 266:13 266:19 267:21 269:1 270:3 272:21 273:6 273:9 273:11 273:14 273:14 274:12 274:13 274:13 274:15 274:20 274:25 274:25 275:19 276:18 277:4 277:9 277:3 277:17 277:17 278:1 278:1 278:12 278:15 279:10 279:11 279:19 279:22 280:15 281:2 281:4 281:5 284:21 286:1 286:4 286:6 286:8 290:24 293:1 294:2 294:6 294:9 295:4 295:11 296:23 300:14 301:9 301:10 301:11 307:1 310:13 310:18 312:10 312:10 313:18 313:20 313:21 313:24 314:1 314:11

**courts**(33) 314:12 314:19 314:20 314:25 315:10 315:11 317:18 321:15 322:6 322:20 322:24 323:3 323:9 323:9 323:13 323:23 324:6 326:25 327:12 327:19 328:25 329:2 333:25 334:7 334:9 339:10 339:24 340:1 340:2 340:13 340:16 342:13 344:3

**courts.''**(1) 74:1
**court's**(24) 78:4 81:21 82:12 92:6 162:4 165:9 167:1 169:20 193:8 195:2 259:12 271:20 302:6 303:23

**covenant**(3) 76:18 337:10 338:8
**cover**(11) 130:18 135:1 135:19 157:9 163:20 182:7 198:8 318:1 318:2 318:2 318:3
**covered**(4) 146:19 176:2 176:2 260:20
**covers**(2) 224:10 240:2
**cow**(1) 37:25
**cpas**(1) 86:9
**cramping**(1) 214:23
**crazy**(4) 78:17 327:24 328:1 328:2
**create**(7) 47:24 65:14 78:12 101:4 126:18 157:17 237:7

**created**(2) 218:5 251:13
**creates**(3) 100:5 231:9 307:7

**creation**(5) 150:2 217:14 242:14 269:9 342:14

**credibility**(1) 285:4
**credit**(1) 137:15
**creditor**(14) 32:20 94:17 95:2 97:16 101:8 101:17 102:19 104:1 105:7 107:12 168:17 177:24 180:21 191:6

**creditor-and-debtor-driver**(1 167:7
**creditor-driven**(2) 167:14 167:21
**creditors**(48) 5:27 22:19 22:20 28:23 29:12 33:18 33:24 35:12 49:2 73:21 91:3 98:9 98:9 98:12 99:1 100:13 101:7 102:2 106:8 106:11 165:24 166:12 166:14 167:2 167:2 170:5 179:12 179:13 182:3 199:8 208:19 231:18 242:20 243:23 244:11 246:7 247:2 260:7 310:14 322:6 340:21

**creditor's**(3) 94:4 96:20 96:25
**creeping**(2) 93:13 311:22
**criminal**(1) 122:1
**crisis**(1) 36:9
**critical**(18) 38:10 59:6 62:2 62:3 98:12 113:18 206:20 216:8 227:10 233:7 283:22 284:25 288:5 293:7 303:2 316:14 317:15 318:17
**critically**(2) 97:1 267:11
**criticize**(1) 80:12
**crop**(1) 340:6
**cross**(28) 15:25 16:22 31:15 48:13 69:19 70:4 70:7 70:20 158:5 158:15 159:6 161:11 213:10 213:12 213:14 217:4 217:5 230:6 230:7 230:16 231:15 239:21 260:3 295:16 295:20 299:18 324:3 339:20

**cross-border**(81) 15:5 23:16 28:25 31:15 33:12 37:22 47:9 54:6 54:22 54:22 55:1 55:16 56:2 56:6 58:11 68:24 70:3 70:22 83:25 112:4 115:18 115:20 115:23 116:1 116:16 116:19 116:22 118:6 118:18 118:1 119:2 120:6 138:5 139:24 141:3 142:4 142:10 146:15 158:10 158:18 159:19 160:9 160:24 161:10 161:14 170:13 190:2 190:18 191:19 236:15 239:5 239:8 240:1 244:25 245:3 250:2 250:15 259:19 259:22 259:23 259:25 260:2 260:11 260:20 272:1 272:20 272:25 273:2 273:4 273:22 315:1 323:17 323:20 323:25 324:1 334:3 339:5 339:9 340:10 342:5 343:24

**cross-jurisdictiona**(2) 319:25 320:2
**cross-motion**(1) 149:8
**crystal**(2) 50:22 87:3
**current**(4) 91:15 135:23 208:23 244:18
**currently**(7) 102:18 103:4 103:13 132:13 189:14 190:7 198:24

**customers**(3) 32:21 32:23 32:23
**cut**(4) 103:6 103:7 182:20 271:5
**damn**(1) 319:13
**dan**(2) 2:19 7:36
**dare**(1) 173:17
**data**(1) 1:47
**database**(1) 184:17
**date**(24) 12:18 13:22 30:25 37:19 37:20 37:21 42:25 114:3 141:5 172:21 172:22 173:1 182:25 183:1 183:2 184:5 184:5 185:1 185:7 185:9 189:17 280:14 306:11 346:11
**dated**(11) 28:23 57:21 65:4 73:22 91:25 119:1 130:13 133:24 299:8 315:3 335:3

**dates**(3) 39:7 185:24 187:2
**davey's**(2) 149:9 149:9
**david**(6) 1:39 2:5 5:9 94:9 149:5 335:5

**day**(33) 8:13 20:7 20:16 20:17 22:6 25:18 32:11 38:5 43:25 44:1 75:15 92:20 97:17 108:10 122:3 126:12 143:18 143:25 145:12 146:3 171:2 175:5 198:5 198:12 198:17 215:19 314:16 314:20 317:19 321:24 328:24 329:11 332:19

**days**(7) 127:5 127:7 127:9 142:8 161:10 209:6 337:22

**dead**(4) 151:11 152:21 255:11 324:18
**deadlock**(3) 231:25 244:1 244:23
**deadlocked**(1) 244:2
**deal**(70) 18:2 19:17 22:23 28:3 30:12 41:16 47:10 54:1 55:3 55:7 71:18 71:19 71:23 80:6 81:16 89:19 112:7 117:14 133:2 133:9 137:19 138:21 139:13 139:18 139:21 141:15 141:25 148:25 149:1 157:4 160:6 162:20 166:21 167:1 167:24 168:2 169:14 169:16 169:21 171:17 174:2 183:10 183:11 188:9 209:9 214:7 256:24 258:7 259:15 266:23 269:22 270:22 281:4 281:6 300:13 302:2 312:11 315:5 317:5 317:6 318:16 321:18 340:22 340:9 340:14 340:14 345:19

**dealing**(28) 21:15 30:4 45:18 46:21 83:21 100:2 115:15 120:21 138:7 139:20 140:17 148:19 148:23 164:16 164:25 168:3 185:10 190:4 190:18 192:25 194:4 194:5 260:14 267:3 301:9 304:5 321:14 331:18

**deals**(25) 30:16 41:17 41:18 49:21 114:17 114:18 114:20 114:20 114:25 115:2 115:5 115:12 131:2 138:16 140:10 141:17 149:22 164:10 193:2 237:25 267:2 284:14 301:17 303:23 315:22

**dealt**(35) 16:3 17:14 20:2 30:13 45:19 56:24 60:11 77:25 84:5 84:21 106:20 113:11 115:4 135:4 139:3 139:8 141:12 141:24 148:21 160:24 161:16 198:10 214:6 261:12 266:23 281:11 284:14 299:20 301:13 301:14 303:8 303:12 303:17 305:1 311:6

**debate**(2) 75:17 317:1
**debates**(2) 171:7 287:5
**debenture**(1) 6:26
**debt**(1) 53:24
**debtor**(17) 43:21 50:4 104:1 117:5 117:5 117:7 117:7 117:9 117:10 117:12 117:12 134:14 134:25 167:9 167:10 220:23 226:3

**debtor-driven**(1) 167:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **debtors**(201) 1:13  1:23  2:20  8:12  9:11 10:7  10:15  12:4  12:25  15:10  15:11  15:11 15:12  15:15  15:22  16:17  19:10  21:4  22:16 22:17  22:21  26:16  28:12  28:22  29:4  29:11 29:11  39:24  40:7  40:19  41:3  41:4  41:22 41:22  41:25  43:1  44:8  45:15  46:16  46:17 46:23  47:11  48:11  48:23  48:25  52:22 53:17  53:18  54:19  55:25  56:4  56:4  56:4 59:8  59:17  63:2  63:3  63:22  63:25  64:13 64:14  64:14  64:18  65:2  65:25  66:6  66:9 66:25  68:20  71:13  72:11  73:22  74:14 74:24  74:25  78:20  78:25  79:3  79:8  79:12 82:16  82:17  82:24  83:7  84:12  96:17  96:18 97:3  97:8  97:24  98:19  99:3  99:3  99:24 99:25  109:23  110:3  110:9  110:10  110:12 110:24  111:1  111:3  111:4  111:9  111:23 116:15  125:19  125:23  132:11  132:15 132:16  132:21  132:23  146:10  143:10  144:7 144:7  154:15  155:14  164:8  182:4  182:5 183:17  184:18  184:18  184:22  191:3  192:1 192:16  193:6  194:17  196:25  197:14  202:3 205:21  205:25  206:7  208:1  208:18  209:9 209:18  209:24  210:5  210:23  210:25  215:1 215:14  216:4  216:20  217:5  220:17  224:3 230:14  232:14  232:25  235:20  237:2  238:5 240:9  241:1  241:15  244:25  245:10  245:11 246:1  246:3  246:4  247:24  248:7  250:8 253:1  258:15  260:2  260:6  265:11  265:12 277:1  288:8  288:9  291:20  297:22  297:23 299:13  300:19  300:20  302:6  303:3  303:14 306:20  311:4  311:11  313:8  313:10  322:3 323:6  323:16  329:14  330:6  335:12  335:17 | **debtors,"**(1) 184:19 | **debtors'**(3) 79:20  132:12  193:20 | **debtor's**(2) 97:22  123:18 | **debtwire**(1) 67:11 | **december**(5) 59:4  178:9  180:3  182:24 187:11 | **decide**(36) 24:1  26:13  51:12  55:16  90:4 108:8  121:21  130:4  135:11  145:8  146:18 146:21  147:12  177:8  212:9  216:18  223:4 229:9  237:19  238:24  242:25  249:18  250:6 250:22  265:3  267:22  268:13  281:21  288:2 289:16  295:12  300:24  300:25  304:12 329:6  340:4 | **decided**(28) 74:1  74:4  79:24  84:19  91:18 122:2  137:14  145:14  145:15  145:16  145:1 145:17  176:22  182:12  216:13  226:13 230:6  230:17  231:6  231:22  234:13  234:16 236:17  249:1  268:24  294:8  303:17  328:18 | **decides**(1) 243:4 | **deciding**(12) 88:14  136:4  148:4  168:25 224:25  228:18  236:16  245:22  254:12  294:2 294:5  294:14 | **decision**(93) 27:20  28:2  36:3  36:12  76:14 81:21  85:2  88:6  108:10  120:11  121:23 121:24  128:20  129:20  140:11  140:24 144:20  152:22  162:7  162:15  162:19  173:2 175:12  180:19  183:3  194:11  198:23  211:1 212:15  217:11  222:6  222:6  222:7  224:1 224:4  230:12  230:13  237:23  238:6  243:1 245:16  245:25  249:10  249:22  249:23 250:10  250:13  254:15  267:17  268:24 273:13  273:20  273:25  274:4  276:12  276:1 276:15  276:16  276:19  276:20  276:21 277:4  277:6  277:10  277:17  278:8  278:9 280:3  280:3  280:7  280:7  281:3  282:1 282:16  287:4  292:5  295:1  299:23  300:14 302:15  302:16  302:17  302:19  304:2  304:8 304:17  310:13  312:1  328:24  333:5  334:4 339:17  345:3 | **decision-maker**(1) 128:18 | **decision-making**(1) 144:20 | **decisions**(24) 48:15  133:16  140:23  141:2 141:21  152:13  159:25  174:9  223:24  236:1 245:15  246:1  246:13  246:15  248:22  250:2 273:15  275:5  275:7  277:18  277:19  277:22 303:24  339:19 | **declaration**(33) 21:17  22:1  73:11  87:15 87:16  89:7  89:9  89:19  89:21  90:5  90:6 90:8  91:21  91:24  122:13  122:14  122:15 123:15  126:2  126:3  132:8  218:7  218:24 223:13  229:18  230:2  299:12  311:2  314:5 316:2  316:4  316:9  319:24 | **declarations**(8) 62:5  67:11  69:15  200:9 200:10  200:11  227:8  312:13 | **declaratory**(1) 70:16 | **decline**(1) 157:16 | **declines**(1) 86:10 | **decreases**(1) 239:11 | **deed**(1) 242:13 | **deem**(1) 13:11 | **deemed**(3) 12:6  222:8  224:5 | **defend**(1) 100:9 | **defense**(1) 58:13 | **defer**(12) 17:5  18:19  25:22  106:20  160:10 160:12  160:12  189:16  247:10  339:12 344:11  345:18 | **deferred**(1) 183:9 | **deferring**(1) 183:11 | **defies**(4) 81:6  81:7  81:8  120:15 | **define**(2) 88:13  184:7 | **defined**(5) 41:23  82:19  86:16  185:8  288:1 | **definitely**(1) 188:9 | **definition**(5) 83:4  130:17  133:15  310:15 328:1 | **definitive**(3) 63:23  78:14  79:21 | **degree**(1) 286:9 | **degrees**(2) 135:8  339:21 | **delaware**(14) 1:2  1:13  3:31  4:39  8:1  15:4 15:8  58:9  97:22  153:8  156:12  203:5 305:22  308:9 | **delay**(5) 68:18  137:3  178:24  257:21  301:10 | **delayed**(3) 248:17  316:18  316:18 | **delegate**(1) 168:25 | **deliver**(1) 142:5 | **delivered**(4) 32:22  39:23  69:23  252:14 | **delivery**(2) 69:2  127:12 | **demand**(1) 244:3 | **demanding**(1) 63:22 | **demands**(4) 60:17  78:17  79:5  97:15 | **democratic**(1) 175:12 | **demonstrate**(1) 153:1 | **demonstrated**(1) 141:5 | **dennis**(1) 7:17 | **depend**(1) 67:1 | **depending**(2) 17:12  35:1 | **depends**(1) 306:7 | **depose**(1) 123:10 | **deposed**(2) 122:23  122:25 | **deposes**(2) 132:9  132:20 | **deposit**(1) 82:10 | **deposited**(3) 44:6  44:19  61:18 | **deposition**(1) 128:17 | **depositors**(1) 238:6 | **deprive**(1) 151:3 | **derek**(6) 1:25  4:5  8:12  19:9  202:2  205:21 | **derivation**(1) 283:14 | **derivative**(1) 85:4 | **derive**(1) 167:20 | **derogating**(1) 83:6 | **describe**(5) 29:17  46:6  46:6  63:15  316:7 | **described**(9) 62:24  66:2  89:2  89:10  214:7 226:19  241:9  249:2  323:17 | **describing**(2) 229:5  293:13 | **description**(2) 53:13  293:14 | **designate**(3) 250:12  250:23  254:1 | **designates**(1) 138:16 | **designating**(1) 253:21 | **designed**(1) 80:6 | **designee**(1) 221:1 | **desires**(1) 124:10 | **desk**(1) 12:7 | **desperate**(1) 328:9 | **desperately**(1) 257:18 | **desperation**(1) 309:18 | **despite**(3) 112:18  129:24  193:5 | **destruction**(1) 33:17 | **detail**(6) 56:22  78:25  104:9  243:25  256:13 256:18 | **detailed**(3) 115:8  118:13  136:16 | **details**(2) 140:2  210:18 | **determination**(13) 45:21  66:23  82:18 128:21  129:22  130:2  141:17  169:20  185:1 185:14  268:14  274:21  288:9 | **determinations**(4) 65:15  222:14  247:21 320:24 | **determine**(29) 26:17  26:18  65:7  104:7 110:6  112:4  112:14  122:19  131:7  142:21 142:23  146:20  147:18  167:11  177:8  178:4 191:1  237:9  250:9  258:17  263:20  266:4 266:7  266:10  278:13  279:12  290:24  307:16 344:5 | **determined**(14) 65:9  89:14  112:10  175:11 176:22  179:1  191:23  227:17  229:16  261:2 264:19  299:18  303:16  326:8 | **determines**(1) 17:12 | **determining**(10) 66:15  73:25  131:4  132:12 138:14  178:21  192:3  213:23  215:10 299:17 | **detriment**(1) 136:25 | **developed**(1) 83:25 | **development**(6) 42:7  241:5  241:7  242:14 341:2  341:5 | **dewey**(1) 6:26 | **diametrically**(1) 286:22 | **diaz**(1) 1:47 | **dicta**(2) 213:18  213:20 | **dictate**(7) 211:21  211:23  212:10  212:18 237:5  237:8  237:11 | **dictating**(2) 225:12  239:5 | **did**(86) 12:13  13:12  13:17  25:19  35:14 40:11  41:7  43:6  43:16  43:16  44:13  53:3 53:5  55:12  62:19  71:2  71:4  76:7  76:21 85:9  89:12  90:10  90:11  96:7  96:10  96:10 96:11  96:12  96:13  96:14  119:6  122:17 133:23  143:16  161:1  173:10  181:19  200:7 200:23  201:13  202:8  208:21  210:1  212:21 218:3  226:11  230:23  232:2  238:1  238:8 244:6  252:2  257:1  258:7  259:13  260:7 261:13  264:6  265:15  265:18  280:22  281:1 281:17  285:19  293:2  294:20  295:18 311:19  311:19  312:17  314:6  314:23  316:1 321:7  325:18  327:18  327:19  328:12  332:1 333:24  334:8  335:13  336:5  338:15  342:8 343:6 | **didn't**(21) 41:4  45:11  61:20  71:11  71:14 152:4  201:16  227:14  227:23  227:23  230:22 231:18  239:7  239:7  318:4  323:16  324:7 324:8  324:17  325:14  327:17  333:5  336:2 340:11  340:12 | **didn't**(17) 90:3  91:5  97:6  117:23  117:24 169:2  190:2  196:12  193:12  253:13  269:3 269:12  274:24  284:6  284:7  290:10  300:15 | **died**(1) 326:3 | **differ**(1) 317:12 | **difference**(5) 15:20  85:13  100:5  243:18 263:5 | **differences**(5) 19:23  247:25  280:21  289:1 327:2 | **different**(55) 16:7  20:21  20:21  26:15 34:14  35:3  39:10  44:23  77:20  86:18  89:16 100:16  115:18  139:4  144:13  150:22  150:25 157:24  166:14  166:17  166:18  200:8  210:3 211:8  219:17  219:18  240:2  245:7  245:14 245:15  246:9  262:11  262:12  263:15  271:15 274:3  274:7  274:8  275:22  275:22  276:3 280:4  280:5  280:22  298:4  300:18  312:3 322:10  322:10  323:18  329:5  337:25  338:20 342:25  344:21 | **differently**(1) 91:12 | **differing**(1) 206:25 | **difficult**(6) 190:21  213:19  246:17  321:15 342:6  345:10 | **difficulties**(7) 186:10  206:1  207:10  280:19 280:20  301:4  305:17 | **difficulty**(2) 131:4  274:1 | **dire**(1) 113:22 | **direct**(9) 26:19  73:10  76:24  90:21  99:14 99:17  131:18  161:19  162:17 | **directed**(1) 78:4 | **direction**(7) 33:9  60:22  139:25  146:17 160:1  238:5  334:17 | **directions**(2) 53:4  179:17 | **directive**(1) 35:22 | **directly**(5) 95:13  136:22  174:16  232:16 271:17 | **director**(2) 313:2  313:2 | **directors**(10) 3:6  102:12  103:21  104:11 105:3  163:5  164:1  164:14  164:22  168:9 | **disability**(1) 175:9 | **disabled**(2) 165:25  170:24 | **disagree**(10) 10:8  84:9  84:10  84:11  167:17 283:2  283:3  305:16  306:21  317:23 | **disagreed**(1) 150:11 | **disagreement**(4) 170:3  287:10  287:14 335:14 | **disagreements**(1) 287:12 | **disappointment**(1) 210:16 | **disassemble**(1) 31:21 | **disaster**(1) 305:13 | **disclosed**(1) 184:15 | **disclosure**(3) 131:8  247:4  247:5 | **discouraging**(1) 326:10 | **discovery**(11) 69:14  104:25  127:17  128:16 131:2  131:5  183:21  184:10  185:8  248:19 252:1 | **discreet**(3) 17:17  19:19  20:6 | **discretion**(15) 68:16  112:23  113:4  113:6 140:16  143:25  144:5  144:6  146:5  160:2 250:11  250:12  250:15  262:10  344:7 | **discuss**(11) 26:2  78:24  135:2  209:23  211:2 221:12  236:12  264:6  328:13  336:14  345:7 | **discussed**(11) 17:6  103:4  103:6  104:20 111:17  209:5  210:11  222:20  223:21  328:13 342:12 | **discussing**(9) 73:3  77:21  126:11  214:9 215:2  228:24  235:8  247:22  293:25 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **discussion**(26) 13:16 27:13 75:10 78:7 78:23 93:15 123:4 135:10 135:13 172:16 172:17 173:14 191:24 225:14 225:15 227:20 244:5 244:10 247:16 271:10 271:1 302:13 317:21 337:6 343:3 343:5 | | **distant**(1) 126:11 **distinct**(3) 87:22 163:19 164:7 **distinction**(1) 88:4 **distinctions**(1) 54:11 **distinctly**(1) 193:24 **distinguish**(3) 23:17 152:7 152:8 **distinguishable**(2) 86:7 93:25 **distinguished**(1) 8:5 **distribute**(1) 169:1 | | **dogs**(4) 34:9 34:10 168:6 333:10 **doing**(14) 50:16 85:11 98:25 212:11 219:4 235:2 245:2 260:13 264:24 310:18 319:7 319:7 338:24 343:8 **dollar**(1) 245:12 **dollars**(5) 32:19 39:25 99:21 113:21 **domestic**(4) 150:3 150:23 162:15 167:3 **don**(1) 67:22 **don't**(65) 9:9 11:9 14:7 18:14 20:14 20:20 | | **drafted**(4) 124:24 127:18 317:11 344:2 **drafters**(1) 159:18 **drafting**(8) 77:19 158:18 158:19 244:7 244:13 293:23 317:9 319:1 **drafts**(11) 75:5 75:9 75:10 93:14 227:12 243:19 253:14 293:24 296:17 342:11 342:17 **drag**(1) 332:6 |
| **discussions**(18) 39:16 42:6 55:11 75:3 93:17 122:22 122:24 123:6 123:7 123:11 124:8 124:13 197:24 198:3 227:12 231:2 332:23 333:14 **dishonest**(1) 313:4 **dismiss**(2) 249:12 336:13 **dismissed**(1) 140:9 **disparaging**(1) 326:10 **dispense**(1) 209:16 **dispose**(3) 213:12 213:25 245:22 **disposition**(2) 141:12 186:12 **dispositive**(2) 84:16 319:23 | | **distributed**(6) 94:23 119:15 126:7 289:11 293:24 334:16 **distribution**(8) 44:4 82:15 99:1 113:20 186:8 215:12 238:8 288:7 **distributions**(6) 98:15 101:17 179:11 179:12 199:16 248:3 **district**(9) 1:2 58:9 61:10 76:1 76:13 184:19 84:25 97:22 217:10 | | 22:7 23:7 23:8 23:10 24:10 25:25 26:4 27:12 46:5 46:6 47:24 48:25 53:14 57:13 62:24 68:1 68:2 70:22 138:21 140:1 140:20 141:9 142:17 148:18 152:5 153:18 154:23 154:25 156:16 157:8 205:8 212:22 213:6 231:8 236:13 237:1 237:18 243:16 243:24 309:25 310:11 314:3 316:25 320:11 320:12 322:4 325:6 327:24 328:22 330:16 331:25 332:1 336:24 336:25 338:13 340:1 342:17 342:22 345:1 | | **drifting**(1) 214:17 **drink**(1) 25:18 **driven**(1) 167:10 **drives**(1) 289:7 **drop**(2) 156:21 312:18 **dropped**(5) 32:14 32:15 32:16 244:18 312:17 **drove**(1) 36:15 **drown**(1) 234:1 **drunk**(1) 332:7 **dry**(1) 34:22 **dual**(1) 247:7 **duane**(2) 4:36 9:17 **duck**(2) 338:4 338:5 |
| **dispute**(280) 46:1 46:2 46:3 46:14 47:7 47:22 47:23 48:9 65:10 65:19 66:17 74:13 79:16 80:5 81:4 81:5 81:15 82:18 82:25 83:3 83:19 83:20 84:7 84:8 84:9 84:17 84:22 85:9 85:14 85:24 85:25 86:5 86:8 86:10 86:12 86:15 86:16 86:22 86:25 87:7 87:7 87:11 87:22 87:24 88:8 88:9 88:18 88:25 89:14 89:15 89:25 90:4 91:15 92:25 95:25 96:1 97:13 97:14 110:14 111:12 112:15 112:16 113:3 113:23 117:17 117:1 119:1 119:3 119:4 119:5 119:12 120:11 121:12 121:17 121:18 121:20 121:22 121:25 122:2 125:16 126:14 126:14 126:1 126:16 126:17 126:21 127:25 128:5 129:19 129:22 130:5 131:7 131:12 131:13 131:20 131:21 135:17 136:3 137:1 138:10 140:5 143:14 143:15 143:18 144:12 144:1 144:22 145:3 152:11 153:3 163:18 174:12 174:20 189:20 190:5 209:5 211:12 212:16 213:17 213:25 215:15 215:22 215:24 216:1 216:15 216:24 217:1 217:7 217:11 218:2 218:3 222:1 222:2 222:2 222:6 222:11 222:12 222:15 222:25 223:3 223:11 223:22 223:23 224:1 224:4 224:11 224:13 224:18 224:18 224:22 224:25 225:4 225:6 225:11 225:20 226:5 226:7 226:8 226:16 226:20 227:5 227:21 227:22 228:9 228:11 230:2 230:24 231:6 236:7 237:6 237:10 237:23 239:1 239:2 240:10 240:12 240:22 242:1 242:18 243:4 243:16 244:4 244:18 245:6 247:9 250:5 250:7 250:20 250:23 253:9 253:22 253:25 254:3 254:4 254:11 254:15 262:6 262:14 264:10 265:3 266:4 267:17 268:7 268:9 268:11 268:12 268:13 268:17 268:20 268:22 268:23 268:25 269:20 270:7 272:9 279:21 283:17 284:4 288:10 288:12 289:12 290:16 291:10 291:10 291:16 291:24 291:24 291:25 291:25 292:2 292:4 292:5 292:11 292:16 292:16 292:17 292:17 292:24 293:2 294:14 297:4 297:4 297:11 297:17 297:18 298:16 298:18 298:22 300:3 313:16 314:10 314:11 315:8 315:20 316:1 316:13 317:22 317:23 318:6 318:9 318:13 324:13 324:14 325:20 325:21 326:21 326:23 327:11 327:12 327:14 327:14 331:25 332:5 333:1 333:19 333:23 334:17 336:15 341:1 341:6 | | **divide**(5) 28:13 76:21 168:21 275:18 **divided**(1) 168:4 **dividing**(2) 145:23 246:8 **division**(2) 195:24 195:25 **divorce**(1) 312:11 **divulge**(1) 124:10 **divvied**(1) 293:18 **docket**(2) 64:2 329:10 **doctrine**(1) 93:13 **document**(65) 36:17 36:18 36:20 36:23 38:18 39:3 42:6 44:24 48:1 48:8 49:20 50:1 57:3 57:18 64:11 65:17 66:19 73:20 83:15 92:7 94:19 94:25 95:14 123:1 126:2 126:4 126:7 127:23 130:10 184:11 214:5 214:6 218:8 221:6 221:9 222:4 223:8 239:3 239:10 244:9 251:16 251:21 251:23 285:12 291:19 291:20 291:21 291:21 291:23 292:3 297:3 298:1 312:21 313:19 313:13 314:2 314:4 314:17 324:5 335:15 342:20 343:1 343:3 344:9 **documentary**(3) 125:5 125:5 133:3 **documentation**(2) 13:4 77:9 122:12 **documented**(1) 114:10 **documents**(43) 8:14 39:10 51:21 51:22 52:14 52:21 62:2 74:5 78:12 114:24 116:2 120:19 121:8 125:12 128:16 129:5 154:22 184:16 184:21 184:21 186:11 198:1 200:4 218:4 221:24 224:14 237:17 251:10 251:13 251:19 252:13 252:15 252:23 252:25 253:2 253:3 264:7 264:12 269:14 293:1 313:23 315:16 | | **done**(32) 20:4 20:20 20:25 43:13 70:19 104:21 104:21 105:12 107:10 123:8 151:5 175:8 176:16 188:3 188:16 212:7 213:4 236:14 239:1 246:25 247:2 248:8 248:25 255:23 279:16 280:14 282:24 296:4 312:4 326:22 326:23 337:22 **donkeys**(1) 41:13 **don't**(79) 72:5 81:9 81:25 82:2 94:3 100:10 109:7 110:11 116:4 116:6 165:6 169:8 169:12 169:18 169:24 170:16 170:17 170:23 170:25 171:14 171:19 172:19 176:4 177:16 180:17 183:1 185:11 185:12 187:4 187:14 188:4 188:4 191:1 192:23 246:21 249:15 249:15 250:20 252:2 252:7 252:10 252:25 253:1 255:20 256:18 256:2 257:10 257:25 269:1 270:11 271:4 271:4 271:9 271:14 275:3 278:2 279:2 279:2 281:20 283:2 283:3 283:4 284:20 285:22 286:15 286:17 287:9 289:17 290:7 290:22 291:1 291:15 302:4 306:19 306:21 307:3 307:4 308:14 308:17 **doolittle**(2) 118:9 118:12 **doolittle's**(1) 296:6 **door**(5) 43:9 133:19 234:3 314:17 325:11 **dots**(1) 29:8 **double**(4) 137:12 249:23 249:24 275:15 **doubt**(5) 177:3 236:22 269:11 269:12 **doubts**(1) 286:6 **dover**(1) 3:16 **dovetails**(1) 161:15 **dowdy**(18) 219:12 219:13 287:6 287:9 287:6 78:6 78:18 83:3 84:3 86:14 87:25 89:22 296:22 297:8 297:10 297:14 300:8 301:19 304:23 309:13 **down**(37) 47:7 50:12 70:11 80:10 101:20 126:19 127:7 146:7 152:12 156:22 182:21 184:15 203:25 227:14 230:22 230:23 234:19 250:21 258:2 283:16 287:3 287:8 288:5 288:14 289:6 311:16 311:18 311:19 311:20 321:3 311:20 311:20 319:12 319:21 320:18 321: 328:4 332:12 344:15 **downstairs**(1) 108:23 **dozen**(2) 272:7 320:13 **dozens**(2) 11:3 31:20 **draft**(49) 56:17 75:5 76:25 77:3 78:3 78:6 76:20 78:20 123:1 123:2 126:2 126:4 130:15 131:2 134:3 134:8 134:8 137:23 143:19 160:20 187:6 198:1 211:8 223:9 223:11 238:1 242:4 243:19 244:8 244:21 247:5 249:20 254:9 291:21 292:10 292:13 292:15 296:25 297:24 298:7 298:9 298:10 298:17 333:11 335:11 335:16 335:16 337:15 337:15 | | **due**(7) 97:3 97:11 127:5 127:7 294:10 320:8 342:14 **dueling**(1) 160:6 **dump**(1) 133:20 **dunn**(1) 12:17 **duplicated**(1) 32:24 **duplication**(2) 248:21 249:18 **duplicative**(1) 65:14 **during**(9) 75:4 92:21 92:23 98:1 111:17 178:9 209:19 230:21 309:12 **duties**(7) 60:16 103:22 104:12 105:5 105:5 106:9 313:2 **duty**(5) 76:15 240:9 240:11 240:13 313:3 **ex** (1) 2:18 **e-mail**(10) 79:11 129:9 129:11 133:11 133:24 134:2 134:12 296:24 297:24 298:3 **e-mails**(2) 75:16 293:2 **each**(34) 26:1 41:21 44:8 53:20 54:18 55:18 58:3 59:6 75:6 86:22 86:23 95:16 95:18 95:23 109:8 119:21 126:22 126:25 127:1 127:2 127:9 140:24 141:19 141:25 176:12 184:18 224:2 245:10 245:13 246:5 273:3 307:2 321:19 **eager**(1) 23:1 **earlier**(10) 60:6 96:16 103:6 123:17 146:8 175:17 201:21 204:19 206:18 308:13 **earliest**(3) 114:2 237:25 247:1 **early**(8) 36:6 36:6 39:25 126:4 131:5 172:20 221:21 238:1 **ease**(1) 137:24 **easel**(1) 57:8 **easier**(1) 158:23 **easily**(1) 292:19 **east**(2) 7:20 7:20 **eastern**(1) 217:10 **easy**(6) 279:14 279:23 301:11 305:9 305:10 322:17 **eat**(1) 109:7 **eberhard**(1) 8:5 **ec2a**(1) 4:26 **echo**(2) 180:14 305:4 **economic**(3) 99:14 101:14 130:20 **ecro**(1) 1:45 **editorializing**(1) 253:13 **eerily**(1) 327:6 |
| **disputed**(6) 46:6 66:14 84:21 86:8 113:23 225:17 **disputes**(41) 33:1 56:23 77:23 83:10 96:9 112:6 112:19 114:2 120:14 124:2 138:8 142:13 145:13 150:21 151:2 157:7 157:14 171:6 195:24 221:20 225:23 226:1 226:18 227:4 227:17 230:1 231:4 231:5 231:13 240:7 245:24 259:6 261:24 266:7 279:20 279:23 284:1 292:15 314:9 326:14 | | **doesn't**(33) 44:10 44:11 48:7 49:10 49:11 49:11 49:12 49:13 61:13 61:14 61:23 65:20 65:21 68:17 141:24 148:15 210:4 217:20 226:24 228:20 236:9 237:10 239:1 239:18 240:5 240:16 243:9 316:10 318:16 329:20 332:7 339:3 340:16 **doesn't**(20) 82:21 82:25 83:1 83:1 84:11 108:1 253:19 262:9 264:25 269:3 272:20 278:3 279:17 280:24 281:7 281:9 281:24 281:25 281:11 284:9 | | **dog**(2) 34:8 168:7 | | |
| **disrespect**(1) 118:11 **dissolve**(2) 104:12 268:12 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**effect(18)** 30:9 40:1 54:17 79:5 86:21 148:9 156:11 162:9 170:1 221:1 243:13 254:12 264:1 273:10 273:11 315:5 335:15 343:25

**effected(1)** 115:11

**effective(4)** 51:12 151:4 161:17 224:8

**effectiveness(1)** 115:21

**effectuate(1)** 43:3

**efficiency(2)** 163:16 300:16

**efficient(10)** 14:3 16:7 16:21 69:2 157:20 160:17 161:16 179:11 182:16 310:5

**efficiently(1)** 247:1

**effort(7)** 32:18 74:10 75:18 76:22 80:8 248:21 331:10

**efforts(5)** 80:10 114:5 114:7 193:6 241:14

**eight(2)** 30:25 84:15

**either(36)** 22:6 23:14 74:18 82:16 90:5 96:24 102:12 103:18 104:22 105:15 117:2 119:10 121:18 143:3 153:10 156:17 159:22 160:6 164:15 169:19 171:15 179:1 200:7 215:12 224:23 228:25 232:9 252:18 257:8 260:3 264:16 274:15 274:16 288:7 305:20 316:10

**elaborate(1)** 42:4

**election(1)** 160:6

**electronic(4)** 1:53 155:5 184:17 346:6

**element(2)** 317:15 322:4

**elements(3)** 23:6 62:2 321:20

**eli(2)** 3:23 4:31

**eliminates(1)** 60:24

**elliott(1)** 3:13

**ellis(1)** 129:16

**else(23)** 9:9 16:24 21:2 84:22 91:7 107:2 107:25 108:15 121:6 126:8 167:12 170:22 171:16 190:13 290:23 307:12 308:17 317: 321:6 321:12 330:17 338:23 345:1

**else's(1)** 334:4

**email(6)** 27:6 27:25 223:17 223:19 335:3 335:6

**emails(1)** 221:6

**embark(2)** 305:23 340:2

**embrace(1)** 243:15

**emea(156)** 15:11 16:2 16:20 18:5 19:10 35:15 35:20 40:7 41:3 41:4 41:22 46:23 47:11 48:11 50:4 54:19 55:25 56:4 57:19 59:7 59:17 62:19 63:3 64:13 64:18 65:2 65:24 66:5 66:9 66:25 67:13 78:18 78:21 79:5 81:15 81:17 90:9 91:12 95:24 97:24 100:24 110:12 110:13 111:1 111:6 111:9 111:13 112:8 112:18 113:2 113:5 116:14 117:22 119:5 119:9 120:7 120:24 122:16 123:18 126:12 127:24 128:12 128:22 132: 132:11 132:12 132:15 132:23 133:7 133:14 134:16 135:11 136:3 137:8 138:4 140:6 140:14 140:15 143:20 144:1 144:8 144:13 146:22 148:19 153:2 154:24 163:13 163:18 163:24 164:1 164:12 164:2 167:8 178:25 180:23 180:25 181:1 181:13 182:4 182:6 182:8 182:11 183:22 184:18 187:9 193:17 193:18 193:20 193:23 194:4 196:18 197:13 197:23 199:25 202:3 205:22 205:25 206:7 208:18 209:18 210:25 232:14 241:1 241:3 241:15 247:24 248:1 248:15 248:23 249:6 250:8 258:15 260:2 260:6 300:19 300:20 301:6 302:4 302:12 302:18 303:1 303:3 303:22 303:17 310:23 311:3 311:4 311:5 311:11 311:18 336:9 337:8 338:13 341:13 342:23

**emea's(6)** 15:25 144:14 146:25 152:23 311:6 335:23

**emea's(13)** 15:1 80:24 93:9 95:22 97:15 112:20 122:5 122:10 125:17 125:21 129:4 131:19 131:20 135:23

**emotion(1)** 244:5

**emphasis(1)** 186:8

**emphasize(1)** 267:12

**employees(5)** 31:23 32:21 165:25 170:24 170:25

**empowered(1)** 121:21

**empowers(1)** 101:18

**enacts(1)** 224:9

**encompass(2)** 226:16 318:8

**encompasses(5)** 87:23 88:8 226:23

**encourage(1)** 343:25

**end(35)** 28:4 28:7 30:21 31:6 41:14 51:22 54:1 56:11 60:10 92:20 126:12 128:12 133:12 133:13 140:22 143:25 145:12 146: 153:8 171:2 171:6 171:9 177:11 203:16 205:25 204:18 223:21 234:20 245:11 265:10 280:12 328:10 328:23 336:5 337:2

**endeavor(2)** 113:10 331:4

**endeavored(2)** 332:14 332:15

**ended(2)** 75:4 163:24

**endless(1)** 75:16

**endorse(1)** 173:14

**endorsement(4)** 118:4 118:5 118:8 194:4

**energy(1)** 331:18

**enforce(8)** 230:4 230:12 246:18 262:8 263:8 276:23 276:23 334:4

**enforceable(11)** 81:13 213:16 216:22 222: 224:5 245:5 277:6 280:6 281:13 290:12 326:25

**enforced(3)** 222:23 262:9 281:14

**enforcement(1)** 224:7

**engage(8)** 78:16 142:6 142:9 142:9 142:12 142:13 292:19 297:18

**engaged(4)** 29:10 135:16 295:17 299:15

**engagement(2)** 202:6 326:15

**engines(1)** 241:4

**england(3)** 42:14 222:13 320:22

**english(19)** 49:25 50:11 52:6 53:4 53:6 53:10 53:12 55:25 56:14 208:20 229:12 229:19 315:10 315:13 315:13 315:15 315:25 316:9 316:12

**enormous(1)** 53:1

**enough(13)** 45:6 130:18 143:13 152:25 184:8 253:5 284:3 318:1 318:1 318:2 318:3 318:7 340:7

**enrichment(1)** 313:6

**ensure(5)** 176:16 177:11 197:8 197:9

**enter(21)** 41:22 53:5 58:23 58:23 71:2 71:12 84:12 114:5 114:12 211:19 211:25 213:13 213:24 213:25 240:11 259:11 259:13 263:24 289:10 323:3 323:6

**entered(19)** 27:6 27:7 58:25 59:2 62:3 115:17 119:21 120:20 125:17 223:7 238:7 259:14 263:23 264:4 264:9 266:12 302:1 302:20 336:18

**entering(4)** 118:15 214:13 228:7 339:24

**enterprise(9)** 31:22 42:12 42:13 59:4 60:1 172:25 275:14 275:15 317:6

**entertain(1)** 138:19

**entire(12)** 39:12 44:5 44:18 79:18 130:10 153:2 237:11 292:3 292:20 297:19 304:19 324:2

**entirely(7)** 17:7 57:1 80:5 147:10 251:18 274:7 319:10

**entirety(3)** 265:9 282:13 315:17

**entities(42)** 27:5 34:21 35:15 35:20 39:10 45:14 45:15 45:16 45:17 57:20 66:22 66:24 73:25 85:2 102:7 102:9 102:10 102:11 104:15 104:16 106:4 136:19 164:1 164:5 164:12 164:13 192:13 241:3 249:6 249:8 272:7 320:14 320:16 320:18 320:18 320:19 320:23 321:6 321:7 340:22 341:3 341:4

**entitle(1)** 135:5

**entitled(14)** 40:9 57:23 60:19 121:19 143:21 149:1 152:2 170:2 219:21 232:25 261:5 267:15 326:6 339:19

**entitlement(5)** 132:13 132:17 233:1 235:18 245:13

**entity(3)** 34:25 43:21 206:15

**entrenched(1)** 178:16

**entry(6)** 28:25 29:7 43:19 64:2 211:16 227:9

**envisioned(3)** 128:8 228:14 293:25

**envisions(1)** 293:17

**eny(2)** 225:4 225:8

**epiphany(1)** 321:25

**equal(1)** 45:3

**equally(4)** 24:14 82:3 96:10 321:15

**equitable(1)** 97:21 176:11 241:23

**equity(1)** 176:16

**equivalent(1)** 67:19

**ernst(5)** 84:22 86:9 86:9 86:11 192:12

**escrow(85)** 44:3 44:6 44:6 44:13 44:14 44:16 49:16 57:5 57:6 57:8 57:19 57:21 58:23 58:24 59:17 59:19 59:19 59:21 59:24 59:25 59:25 60:8 60:11 60:12 60:15 60:15 60:21 60:21 61:13 61:25 62:14 82:11 82:15 95:17 95:18 95:19 95:22 96: 96:2 100:18 100:23 103:5 103:5 103:13 110:8 115:1 119:20 119:23 119:25 120: 120:10 121:9 132:14 170:12 174:2 174:3 195:6 195:11 195:24 196:1 212:14 215:12 215:21 237:18 237:21 237:25 238:2 238:4 238:10 238:12 238:14 238:15 238:18 238:19 238:20 238:21 238:22 246:19 254:21 267:10 267:13 267:25 269:24 288: 315:2

**escrowed(1)** 254:18

**escrows(4)** 44:18 44:19 100:10 100:12

**especially(3)** 62:3 98:5 153:17

**esq(73)** 1:24 1:25 1:32 1:34 1:36 1:37 1:38 1:39 1:40 2:5 2:6 2:12 2:19 2:20 2:26 2:33 2:38 3:7 3:8 3:14 3:21 3:22 3:23 3:30 3:36 3:37 3:43 4:5 4:6 4:7 4:8 4:14 4:21 4:22 4:23 4:30 4:31 4:37 5:5 5:9 5:13 5:14 5:18 5:22 5:23 5:28 5:32 5:33 5:37 5:47 6:5 6:9 6:14 6:18 6:23 6:27 6:31 6:35 6:39 6:43 6:47 7:8 7:13 7:17 7:21 7:31 7:32 7:33 7:34 7:35 7:36 7:37 7:38

**essence(1)** 128:20

**essential(12)** 23:18 23:18 79:23 95:12 121:14 131:19 135:15 147:17 148:15 179:23 230:1 341:6

**essentially(8)** 140:2 140:19 144:19 175:12 180:15 211:23 253:18 341:1

**establish(6)** 87:11 110:4 138:14 183:18 286:3 287:16

**established(2)** 103:5 286:5

**establishing(3)** 29:1 152:2 286:10

**establishmen(1)** 242:15

**estate(31)** 3:4 3:5 45:13 46:18 57:20 102:8 102:12 102:13 102:17 102:18 102:25 103:2 103:7 103:13 103:17 103:21 103:25 104:2 104:6 105:1 105:3 105:9 105:14 129:1 133:14 143:17 195:1 196:20 320:13 335:20 341:16

**estates(13)** 46:24 46:25 66:5 92:15 95:1 104:19 107:12 111:13 112:8 113:21 113:22 115:16 124:1 134:16 136:5 140:8 141:18 141:21 144:21 145:1 146:23 164:9 168:15 189:23 190:3 191:7 195:2 247:23 249:10 257:23 258:11 334:14 337:8

**estate's(1)** 98:25

**etc(4)** 104:25 126:15 130:17 132:16

**eternity(1)** 82:22

**european(1)** 35:21

**even(46)** 26:13 32:16 34:22 46:5 53:10 59:18 68:22 70:1 70:11 92:18 93:20 112:20 121:12 121:24 124:25 130:20 143:18 143:19 143:25 144:4 144:10 145:18 148:7 148:18 169:22 170:15 171:1 172:21 201:13 223:6 225:5 230:17 246:16 253:13 265:24 304:14 306:11 317:7 331:24 332:1 333:12 333:19 339:10 340:4 340:4 343:6

**evening(9)** 19:16 24:19 171:24 172:3 202:6 255:15 345:3 345:19 345:24

**event(13)** 9:22 11:4 11:5 60:15 73:23 86:11 91:2 104:23 139:1 187:22 215:6 216:7 246:19

**eventually(2)** 32:8 303:6

**ever(24)** 50:1 50:3 50:8 91:16 96:22 97:7 135:3 193:5 209:22 227:21 262:15 281:6 294:16 313:25 315:4 315:6 322:24 323:14 325:3 331:20 333:10 334:22 334:23 344:23

**every(48)** 11:7 18:17 31:20 32:11 37:13 43:7 44:13 44:14 44:17 48:5 48:6 48:9 49:7 49:9 49:14 49:19 49:23 50:1 50:7 60:2 98:25 111:15 111:17 123:1 128:24 144:20 168:2 186:19 211:8 211:8 237:20 243:19 251:21 264:8 304:21 311:15 311:17 311:20 311:21 312:8 313:19 313:21 321:21 321:22 325:25 332:21 339:18

**everybody(10)** 135:22 145:9 167:12 185:2 198:20 289:19 289:24 329:9 338:22 338:23

**everybody's(1)** 138:9

**everyone(24)** 8:2 14:16 14:18 22:14 25:8 34:4 35:7 37:17 109:4 118:22 154:8 178:18 180:21 183:6 201:9 205:13 211:4 211:6 243:20 266:11 298:3 321:6 326:5 345:24

**everyone's(1)** 56:5

**everything(18)** 23:1 23:21 56:25 71:17 80:21 89:20 147:10 155:6 175:8 176:25 200:6 317:3 317:10 317:11 321:12 322:25 332:18 333:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**evidence(102)** 22:4 78:14 79:10 81:16 87: 87:5 87:13 87:14 88:10 88:15 88:21 89:6 89:16 120:24 121:2 121:3 121:6 122:16 122:18 122:21 124:17 124:18 125:2 125:1 125:13 126:18 127:15 127:16 127:19 133: 135:21 140:18 142:25 156:4 158:1 158:3 159:23 163:21 210:6 217:21 218:22 218:23 219:6 219:8 219:10 219:22 220:19 227:2 227:3 243:11 243:25 245:6 252:5 252:16 256:12 258:12 258:13 258:13 259:4 263:9 263:18 264:14 264:18 269:11 269:17 278:13 278:17 279:18 281:17 282:15 286: 287:5 287:11 287:18 291:7 291:12 298:1 298:13 298:21 299:2 300:3 312:20 314:3 314:4 318:13 332:9 332:15 333:1 336:20 336:24 336:25 337:1 337:11 337:11 337:1 337:16 337:22 338:23 340:16 341:18 341:21 343:23

**evident(1)** 181:22
**evolved(3)** 122:5 122:6 172:18
**exactly(19)** 17:14 43:16 48:4 50:15 56:17 59:5 98:11 133:22 152:17 211:15 212:17 267:25 295:7 297:19 308:4 312:15 314:14 339:3 345:20

**exaggerates(1)** 154:16
**examined(2)** 152:5 225:8
**examines(1)** 110:13
**examining(1)** 141:23
**example(22)** 24:4 69:3 84:2 126:13 126:19 129:6 130:13 136:14 137:14 161:7 182:25 219:19 222:22 235:25 274:10 275:9 275:9 275:24 278:15 278:21 279:9 296:18

**examples(4)** 122:8 125:14 125:15 131:15
**exceed(2)** 189:8 189:23
**excellent(5)** 100:21 156:10 201:6 254:24 309:8

**except(9)** 52:11 136:12 145:9 211:5 237:22 251:21 265:22 289:11 319:3

**exceptionally(1)** 195:23
**excerpt(9)** 119:13 119:22 119:24 123:14 123:15 126:1 132:7 151:12 151:20

**excerpted(3)** 116:18 136:11 147:14
**excerpts(3)** 116:3 118:25 147:16
**excess(2)** 54:25 117:4
**exchange(2)** 4:24 79:12
**exchanged(3)** 76:4 108:6 123:1
**exchanges(2)** 74:15 74:16
**exchanging(2)** 107:24 248:19
**exclude(2)** 86:25 88:10
**excludes(3)** 155:23 236:21 239:19
**exclusion(2)** 58:1 83:14
**exclusive(12)** 58:5 59:11 61:7 61:22 95:19 115:10 117:20 120:8 120:13 142:20 334:6 343:14

**exclusively(4)** 52:2 52:6 56:14 160:11
**excuse(3)** 11:10 196:20 213:24
**executed(4)** 113:1 121:8 121:9 238:5
**execution(1)** 83:8
**exercise(24)** 33:11 62:7 63:18 65:23 72:23 103:22 104:11 112:11 113:4 113:6 124:19 130:1 144:6 146:4 167:7 167:8 167:10 200:4 250:11 250:12 259:4 321:1 322:4 322:17

**exercises(1)** 259:1
**exercising(1)** 105:5
**exhibit(21)** 37:4 58:24 73:10 76:25 77:2 77:11 77:14 77:14 91:23 92:5 92:11 123:14 129:8 129:15 130:9 132:4 134:1 193:15 218:6 242:21 314:8

**exhibits(9)** 66:10 76:24 77:13 122:14 126:22 256:5 256:13 292:23 296:24

**exist(6)** 47:24 47:24 48:7 65:20 99:16 252:16

**existed(1)** 135:14
**existence(9)** 66:25 150:7 151:19 152:2 152:9 152:16 152:20 286:3 286:7

**existing(6)** 115:20 130:15 152:12 236:18 252:22 252:23

**exists(5)** 150:10 240:13 252:2 283:10 284:1
**expand(1)** 272:20
**expanded(1)** 134:10
**expansion(1)** 162:4
**expect(9)** 88:17 115:13 128:9 179:15 183:19 198:9 209:10 248:14 307:25

**expectation(1)** 128:3
**expected(2)** 120:22 231:21
**expedite(1)** 184:10
**expedited(3)** 110:5 178:8 249:1
**expeditious(1)** 105:2
**expeditiously(1)** 105:15
**experience(9)** 20:22 120:15 281:5
**experienced(1)** 88:16
**experiment(3)** 245:1 245:4 250:21
**expert(38)** 69:16 93:21 127:21 128:17 146:12 146:13 146:21 146:25 147:1 147: 148:21 156:4 158:1 158:2 158:17 158:18 159:22 200:10 217:19 217:21 222:14 223:25 241:9 251:1 254:2 263:9 267:2 279:18 281:15 281:17 287:5 287:11 287:1 291:3 291:3 292:19 322:13 343:23

**expertise(2)** 337:21 344:6
**experts(11)** 77:25 128:18 147:23 148:2 160:6 263:14 283:8 284:20 286:21 291:2 298:10

**explain(4)** 219:6 244:11 244:12 274:8
**explained(2)** 26:16 269:6
**explains(1)** 222:11
**explanation(3)** 317:24 318:7 336:1
**explanatory(1)** 78:8
**explicit(5)** 55:2 170:9 267:15 267:17 273:2
**explore(1)** 326:16
**explored(2)** 36:5 99:23
**express(4)** 49:24 147:18 147:22 193:3
**expressed(5)** 59:21 88:18 173:15 229:22
**expressing(1)** 134:9
**expressions(2)** 94:2 129:2
**expressly(6)** 71:21 112:5 114:19 181:25 226:4 226:11

**extend(2)** 11:7 76:18
**extended(3)** 10:2 75:15 225:14
**extends(1)** 11:16
**extension(2)** 172:22 266:13
**extensive(7)** 80:24 104:3 104:24 128:16 128:17 138:3 299:15

**extensively(2)** 103:4 104:20
**extent(41)** 15:18 26:17 52:14 52:19 53:16 53:23 54:10 55:20 65:5 66:14 78:11 94:15 104:14 104:16 117:1 120:3 122:15 122:16 122:17 125:3 130:2 135:3 146:18 147:23 154:23 160:4 164:9 164:25 165:7 168:5 170:2 195:10 232:19 232:21 235:12 235:14 236:12 337:18 338:8 342:2

**extents(1)** 122:20
**extraordinarily(1)** 342:6
**extremely(1)** 206:11
**extrinsic(24)** 81:16 87:2 87:5 87:13 87:14 88:10 88:14 88:21 89:6 122:18 218:23 219:8 227:2 227:3 263:18 264:18 269:10 291:7 291:11 298:21 314:3 314:4 318:13 332:9

**eye(1)** 179:5
**faa(3)** 152:3 152:7 286:3

**fabricating(1)** 230:9
**face(4)** 75:11 75:13 312:12 327:16
**face-to(1)** 75:13
**face-to-face(1)** 80:2
**faced(3)** 34:5 304:4 344:4
**faces(2)** 175:9 332:3
**facilitate(2)** 220:18 247:1
**facilitating(1)** 41:24
**fact(98)** 10:10 10:18 16:22 23:20 32:13 45:20 46:22 48:4 48:10 49:4 49:12 50:19 53:8 53:16 61:13 61:15 61:24 62:10 69:15 69:21 70:10 72:25 74:11 76:10 79:25 80:14 81:24 84:23 86:24 92:17 93:15 103:15 111:9 111:13 111:18 111:21 115:2 118:1 120:25 125:20 126:12 128:17 133:6 133:7 133:23 140:4 140:8 141:22 142:14 147:22 151:9 156:12 157:23 161:15 164:22 169:5 172:20 195:9 196:20 206:12 217:17 226:5 226:22 230:11 232:2 232:2 232:7 237:19 254:7 262:8 262:9 269:3 269:4 280:6 296:13 302:8 303:8 304:15 306:25 311:24 313:17 314:22 317:2 317:18 318:1 318:16 321:13 321:16 322:1 322:19 328:18 328:25 332:24 333:8 333:10 338:1 339:17 340:13

**facto(3)** 40:1 264:11 313:2
**factor(2)** 25:19 257:5
**factors(4)** 88:13 88:20 89:1 144:9
**facts(19)** 65:5 66:21 74:16 74:18 113:12 123:10 125:4 143:5 147:7 164:3 164:11 164:11 193:19 193:24 256:22 281:10 293:6 320:9

**factual(15)** 74:7 79:24 85:21 92:25 122:8 125:14 125:16 128:24 130:8 135:15 136:2 141:8 163:20 182:8 211:2

**factually(3)** 86:7 260:9 341:17
**factum(29)** 52:18 116:13 116:16 136:16 136:14 146:11 155:21 155:21 155:24 156: 156:10 157:3 157:3 161:7 165:19 165:20 166:9 169:12 176:3 188:24 195:19 198:8 199:7 256:20 269:22 270:3 300:10 302:2 304:24

**factums(1)** 271:18
**fade-out(1)** 245:2
**fading(1)** 233:8
**fail(3)** 265:15 288:9 327:2
**failed(4)** 46:12 82:17 215:14 265:9
**failing(2)** 233:10 289:7
**failings(1)** 87:10
**failure(7)** 32:16 34:16 96:21 226:11 232:10 320:7 328:5

**failures(1)** 34:15
**faint(1)** 340:12
**fair(22)** 33:11 48:14 48:15 48:21 49:7 97:21 104:8 157:19 160:17 198:7 206:21 216:6 228:17 253:5 253:15 259:7 294:3 294:4 299:17 337:12 337:13 337:13

**fairly(3)** 20:23 94:12 226:5
**fairness(2)** 18:1 259:3
**faith(57)** 28:19 29:11 43:1 43:5 43:13 43:15 44:10 44:21 45:8 45:9 45:25 71:24 73:1 73:5 73:6 73:7 74:8 74:19 74:22 75:21 75:23 76:9 76:15 78:19 79:10 80:11 80:25 83:9 92:22 93:16 96:7 124:6 124:15 125:19 143:11 143:15 155:23 156:1 211:15 215:19 240:10 240:11 240:19 243:10 243:13 243:16 243:22 265:13 265:14 266: 289:4 295:17 319:3 333:3 333:17 333:18

**falling(3)** 280:16 280:17 340:8

**falls(1)** 152:11
**familiar(8)** 113:14 113:15 283:7 304:21 327:6 330:9 330:10 339:7

**fantasy(3)** 228:20 320:24 334:21
**far(6)** 26:9 76:19 186:1 214:11 267:6 310:18

**far-flung(1)** 75:12
**farallon(2)** 6:30 6:30
**farley(3)** 161:9 162:16 162:19
**farmed(1)** 145:2
**farr(2)** 3:35 107:6
**fashion(6)** 30:24 46:14 47:5 55:3 67:17 161:5

**fashioned(1)** 68:22
**fast(4)** 36:14 162:20 302:14 310:17
**faster(1)** 45:19
**fathom(1)** 168:20
**fatigued(1)** 25:13
**favor(17)** 22:10 22:23 113:5 144:6 144:8 148:7 148:10 150:6 150:9 151:7 152:23 153:20 213:21 279:19 279:22 284:19 286:7

**fax(2)** 321:9 321:11
**feared(1)** 201:21
**feasible(1)** 111:22
**features(1)** 173:5
**february(12)** 73:22 74:2 91:3 91:19 91:25 92:12 132:1 132:6 133:22 142:24 299:8 335:11

**federal(9)** 2:39 61:10 81:25 129:20 150:9 152:8 217:15 224:8 247:15

**feel(1)** 244:6
**feet(4)** 18:5 38:8 287:1 319:21
**feld(2)** 5:31 94:10
**feldsher(1)** 6:9
**fell(1)** 32:25
**fellow(1)** 175:6
**felt(2)** 32:12 172:15
**fencing(2)** 33:14 34:24
**few(15)** 25:4 33:1 34:15 60:6 125:14 138:21 141:11 184:24 224:21 256:16 256:25 260:15 286:1 321:9 345:22

**fewer(3)** 75:5 75:11 77:15
**fiduciaries(1)** 57:20
**fiduciary(4)** 103:22 104:12 105:5 313:2
**fifth(4)** 92:14 184:15 322:12 322:12
**fight(2)** 299:21 261:10
**figure(7)** 28:3 50:13 130:3 176:23 321:11 335:9 337:20

**file(9)** 12:20 104:13 107:19 138:18 146:11 149:3 190:14 221:5 341:25

**filed(74)** 10:14 12:15 12:15 12:16 12:17 13:13 13:20 13:21 28:16 28:23 29:24 30:3 30:10 35:15 36:2 47:1 53:9 54:2 54:3 57:19 62:21 62:22 62:23 63:2 63:5 63:14 63:22 63:24 63:24 64:4 69:25 73:11 77:17 79:20 80:20 96:16 102:8 106:13 106:15 116:14 117:1 121:2 122:13 122:15 123:16 129:8 132:5 132:16 140:5 155:6 157:3 157:23 157:25 158:1 158:3 163:25 189:21 190:2 190:15 219:15 220:4 256:6 256:7 256:20 265:25 277:6 285:12 306:19 312:23 313:8 313:13 314:1 319:24 343:6

**filing(6)** 29:8 39:7 45:12 91:15 116:14 158:5

**filings(1)** 35:5
**fill(1)** 47:15
**filling(1)** 168:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**final**(13) 56:9 60:25 112:24 183:8 183:13 224:2 238:6 260:24 267:9 273:7 273:22 298:1 305:3

**finally**(10) 9:8 79:5 79:17 112:20 179:15 249:25 286:8 338:16 341:8 344:17

**finances**(1) 31:23

**financial**(8) 34:19 36:9 126:5 136:25 172:14 173:21 175:10 175:11

**find**(18) 26:14 31:13 81:12 92:7 101:8 144:10 147:21 148:1 148:13 148:13 195:1 213:18 213:19 213:20 237:16 251:24 286:21 298:20

**finding**(3) 35:18 150:10 152:24

**findings**(3) 128:24 128:24 147:4

**fine**(11) 11:11 15:15 25:14 32:5 109:2 116:10 203:14 204:23 210:9 210:9 284:21

**finger**(1) 2:11

**finish**(2) 101:15 284:17

**finished**(2) 344:19 344:20

**firm**(11) 40:5 86:13 126:17 150:17 220:25 230:8 292:1 311:1 318:4 318:5 337:21

**firms**(1) 297:21

**first**(108) 8:19 9:6 11:5 11:22 12:10 16:4 16:18 17:7 19:11 21:13 21:24 22:4 22:10 23:23 24:15 26:7 26:13 26:24 28:5 32:4 34:23 36:10 37:22 38:8 39:23 41:19 46:25 54:1 54:15 59:6 60:10 60:12 62:9 65:10 66:16 68:12 72:17 74:21 81:10 82:9 87:11 91:13 91:18 100:8 106:6 110:2 122:3 126:15 130:14 131:11 137:9 141:13 167:2 172:21 178:13 180:11 185:18 186:7 186:11 213:14 215:3 218:6 221:20 225:3 223:9 223:11 223:22 231:18 235:11 240:1 247:11 254:16 255:7 255:15 256:16 256:25 258:21 258:21 259:25 261:22 262:16 263:6 266:6 267:16 277:1 277:7 282:18 284:11 291:21 292:10 292:13 296:25 297:1 298:7 307:12 309:18 310:8 310:25 312:23 313:25 314:2 314:4 314:16 314:23 315:3 315:6 335:4

**first-hand**(1) 125:10

**first-round**(1) 127:5

**firstly**(3) 112:3 172:15 174:7

**fishbowl**(1) 97:24

**fishing**(1) 116:4

**fit**(4) 63:15 212:12 251:19 281:17

**fits**(1) 57:1

**five**(17) 201:23 205:7 205:10 241:4 283:1 305:23 306:2 308:22 308:23 308:24 320:1 320:23 321:5 341:2 343:19 344:21 344:22

**five/sixths**(1) 315:16

**fix**(3) 184:5 184:6 202:22

**fixed**(2) 25:25 277:16

**fixing**(1) 195:1

**flag**(1) 175:18

**flagging**(1) 24:20

**flagpole**(1) 137:11

**flair**(1) 331:5

**flaming**(2) 32:6 32:15

**flatly**(1) 125:4

**flaw**(1) 237:2

**fleming**(1) 1:34

**flip**(12) 272:21 285:21 291:14 292:8 292:14 292:20 292:22 295:14 297:5 297:1 297:19 314:9

**flippantly**(1) 268:21

**floating**(1) 328:23

**floodgates**(1) 164:21

**floor**(4) 1:27 4:16 200:3 305:3

**flowing**(1) 39:9

**fly**(4) 327:24 327:25 328:2 329:20

**flying**(1) 312:12

**flyswatter**(1) 68:1

**focus**(16) 28:15 28:17 36:4 36:6 46:9 51:2 57:6 80:4 89:24 92:6 92:13 139:15 139:1 179:11 281:12 345:10

**focused**(4) 20:6 33:14 92:23 189:14

**focuses**(1) 90:2

**focusing**(1) 288:25

**foerster**(1) 6:34

**fokeer**(1) 7:32

**folks**(2) 308:15 337:3

**follow**(6) 35:14 275:1 289:6 292:23 328:2 329:15

**followed**(6) 22:7 26:6 38:12 58:18 216:1 327:20

**following**(8) 72:19 83:8 103:18 144:9 156:18 157:18 223:12 304:9

**follows**(13) 112:2 116:25 123:25 129:18 131:5 132:10 132:20 134:13 136:14 138:1 149:24 152:6 159:7

**food**(2) 25:18 108:20

**footnotes**(3) 78:8 286:11 298:12

**for**(301) 1:2 1:23 2:4 2:18 2:32 2:37 3:4 3:19 3:28 3:42 4:4 4:29 4:45 5:4 5:17 5:21 5:26 5:35 5:40 5:44 6:4 6:8 6:12 6:17 6:21 6:26 6:30 6:34 6:38 6:42 6:46 7:4 7:7 7:11 7:16 7:20 7:24 7:28 7:29 8:12 9:20 9:22 10:20 11:4 12:2 15:12 15:20 15:23 15:23 16:4 16:6 16:18 16:19 17:11 17:11 17:19 18:8 18:21 19:10 19:16 20:21 21:24 22:3 24:4 24:12 25:4 26:6 26:20 28:25 29:7 30:2 32:20 33:11 33:15 33:16 33:16 34:14 34:23 35:12 35:12 35:15 35:19 36:14 36:21 36:23 37:21 37:23 38:5 38:7 39:11 39:12 39:13 40:13 40:21 41:23 42:8 42:15 44:25 44:25 45:7 45:20 45:23 46:18 46:25 47:2 49:6 50:3 50:20 50:20 52:12 52:19 53:22 53:22 53:24 54:6 54:7 54:24 57:5 57:7 58:2 58:7 58:9 59:9 60:1 60:1 60:2 61:21 62:11 62:21 64:1 64:24 68:8 68:10 68:14 69:2 70:5 70:5 70:15 70:16 70:20 71:1 71:7 72:3 72:5 72:9 72:11 73:1 73:25 75:10 75:14 75:22 76:23 78:6 79:1 80:4 80:12 80:17 80:22 81:12 82:12 82:22 83:10 85:11 85:14 87:12 92:15 93:6 93:11 93:14 94:4 94:21 95:6 95:19 96:8 96:15 96:19 98:3 98:13 99:1 100:15 101:20 102:21 103:10 103:18 104:25 106:1 106:2 107:14 107:16 107:22 107:25 108:8 108:10 108:11 109:1 109:2 109:23 110:2 110:4 110:5 112:5 113:13 114:15 115:25 116:2 116:6 116:17 116:21 117:3 117:17 119:4 121:23 123:4 123:18 124:2 124:5 125:4 126:13 126:19 127:11 128:21 129:6 129:21 130:13 131:8 132:4 132:24 133:5 133:17 133:25 135:14 135:20 135:25 136:1 136:10 136:10 137:3 137:6 137:7 137:14 137:15 137:21 137:24 138:2 138:7 138:14 140:11 140:17 141:10 142:18 142:23 144:20 146:10 147:11 147:17 147:25 148:19 150:13 150:20 151:9 151:13 151:1 152:2 153:4 153:4 153:23 153:23 154:15 155:19 157:2 157:17 158:23 158:23 161:1 162:13 162:25 163:5 163:16 163:17 164:1 165:8 166:7 166:19 167:16 169:6 171:25 173:10 174:6 175:19 176:17 177:7 177:8 178:12 179:2 181:12 182:13 182:25 183:2 184:23 185:3

**for**(197) 185:4 189:5 189:11 190:1 190:13 192:7 192:12 194:11 194:13 197:15 197:22 197:23 197:25 198:5 198:12 198:17 200:3 200:4 200:16 200:18 200:20 201:10 202:1 203:1 205:7 205:21 206:14 206:21 207:7 208:20 210:8 211:6 211:16 211:17 211:18 211:22 211:24 213:13 215:5 215:10 216:7 216:21 216:25 217:7 217:11 217:25 218:1 219:4 219:11 219:13 219:19 219:25 220:7 220:16 221:1 221:5 221:8 221:20 221:20 222:22 226:1 227:10 228:19 228:25 229:2 229:3 229:6 234:14 235:25 236:2 236:22 237:12 237:13 238:4 238:8 238:17 240:12 241:4 241:22 241:23 242:25 243:20 245:1 247:6 247:18 247:20 247:21 248:17 248:18 248:19 249:22 249:23 251:16 251:21 253:1 253:7 254:8 254:20 255:6 256:16 258:14 258:23 259:1 259:2 259:5 259:8 260:25 263:16 264:3 265:5 265:22 266:19 268:6 269:2 269:18 271:2 271:4 273:9 273:18 274:10 276:18 277:9 279:19 279:22 282:2 282:6 283:5 283:24 285:22 287:1 288:16 292:15 294:6 294:9 294:24 296:3 296:4 296:18 296:25 297:1 298:13 298:16 298:19 299:17 299:21 299:24 300:13 301:10 301:23 302:22 305:18 305:19 306:25 307:8 307:20 308:4 308:20 310:12 310:25 311:15 312:7 312:23 313:1 314:8 317:18 317:20 317:24 318:3 318:11 319:3 320:3 320:13 322:7 324:16 325:8 322:22 325:23 327:7 329:8 330:2 330:17 332:12 334:24 335:4 335:7 335:8 335:19 337:8 338:6 339:17 341:15 341:23 341:25 342:6 342:13 342:17 343:17

**forbearance**(1) 40:12

**forborne**(1) 41:2

**force**(5) 41:5 196:22 279:3 289:25 290:18

**forced**(4) 171:3 188:5 290:6 290:9

**forces**(1) 310:6

**forego**(1) 40:8

**foregoing**(2) 313:5 346:5

**foreign**(12) 7:29 58:13 161:1 194:23 224:7 270:9 270:9 270:10 271:11 271:13 276:5 344:5

**foremost**(1) 167:23

**forestall**(1) 309:21

**forever**(1) 176:23

**forget**(7) 33:12 292:11 332:23 332:24 332:25 333:6 333:8

**forgive**(1) 218:20

**form**(29) 25:14 29:14 38:14 43:2 54:8 56:10 62:1 93:5 93:7 122:12 155:1 155:14 155:5 155:18 156:11 216:25 217:6 222:24 223:3 226:19 227:5 227:22 228:10 237:4 242:7 252:5 262:15 292:23 299:19

**formal**(2) 248:1 248:4

**format**(3) 21:14 22:7 25:25

**formation**(3) 152:16 152:20 286:10

**former**(3) 160:23 165:25 170:24

**forms**(1) 327:11

**formula**(1) 70:18

**forth**(11) 36:21 56:12 61:2 66:11 66:24 79:7 86:23 176:25 256:23 311:13 322:21

**forty**(2) 109:10 109:13

**forum**(26) 20:2 73:9 78:22 92:24 110:18 112:10 171:7 171:7 171:8 171:8 171:8 196:2 208:25 211:5 230:7 230:17 235:15 237:7 253:22 254:3 302:17 303:4 303:5 303:15 320:1 320:2 342:24

**forums**(2) 115:9 209:11

**forward**(26) 95:15 98:22 98:23 111:22 120:25 124:14 164:10 173:24 184:1 186:18 198:1 211:3 213:7 216:9 250:20 257:14 257:21 276:25 278:3 278:5 280:24 292:12 293:11 305:6 338:20 345:9

**fought**(1) 303:5

**found**(20) 36:10 85:7 94:2 116:23 118:7 120:5 126:2 129:10 133:24 137:23 151:15 157:11 161:19 162:17 193:14 193:15 206:10 225:4 302:22 310:8

**foundation**(1) 221:8

**four**(12) 12:13 57:1 81:18 100:3 127:15 157:4 157:12 165:24 176:3 228:4 282:14 282:25 297:11 302:25 303:1 321:2

**fourteen**(1) 240:2

**fourth**(23) 3:4 3:5 45:13 46:18 102:8 102:12 102:13 102:17 102:18 102:25 103:2 103:7 103:13 103:17 103:21 103:24 104:2 104:6 105:1 105:2 105:9 105:13 320:13

**fourthly**(1) 112:15

**frailties**(1) 125:13

**frame**(1) 111:3

**framework**(5) 26:20 36:21 223:18 237:20 243:8

**france**(5) 42:14 42:19 241:5 260:17 320:22

**frank**(2) 123:5 135:9

**frankly**(10) 16:8 138:8 139:12 208:25 224:8 249:25 265:16 268:18 282:14 329:20

**fred**(2) 2:6 192:12

**free**(3) 93:8 339:19 343:7

**free-up**(1) 198:4

**freezer**(1) 161:21

**french**(10) 208:21 229:12 229:14 229:19 293:8 296:9 315:11 316:16 316:22 317:2

**frequently**(1) 151:3

**friday**(10) 46:25 54:3 63:14 64:4 307:8 312:23 313:8 313:13 322:2 325:13

**friedman**(1) 6:14

**friend**(7) 18:4 58:1 149:3 169:17 174:8 194:10 196:20

**friend's**(1) 149:8

**friends**(14) 146:8 194:7 194:18 196:8 197:24 259:18 264:21 267:6 271:18 272:1 272:9 295:4 342:18 343:16

**friend's**(2) 161:7 266:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **from**(221) 8:5  8:13  12:19  13:2  13:13 14:14  16:20  18:25  19:5  20:14  21:21  22:14 22:19  22:20  24:18  25:6  27:25  31:2  31:22 32:2  32:9  34:13  35:1  41:1  44:20  45:2 53:4  53:6  54:12  54:13  54:17  60:18  60:20 61:15  67:19  73:20  75:3  76:14  80:5  80:13 80:17  80:21  82:15  83:6  83:11  85:16  87:4 87:15  89:20  91:24  92:21  95:10  96:20 96:25  100:14  103:18  107:6  109:16  109:23 111:16  113:9  115:11  115:18  116:3  116:14 116:22  117:22  118:25  119:11  119:13 119:22  119:25  120:10  120:24  121:1  121:3 121:6  122:3  122:25  123:9  123:14  123:15 124:3  124:5  125:19  126:1  126:11  128:1 129:9  129:11  130:7  130:8  133:3  133:11 133:21  133:24  134:2  135:8  138:19  139:15 143:17  143:18  143:20  144:11  146:9  146:1 146:22  146:22  147:16  148:19  150:19 150:22  151:14  151:20  151:22  154:4  155:1 156:1  156:2  158:7  160:16  161:21  162:6 163:11  163:12  164:8  165:12  165:19  166:3 166:23  166:24  166:25  168:10  169:24 170:14  171:21  173:11  175:9  177:22  178:7 178:22  180:1  180:1  187:5  188:8  190:20 192:20  192:22  194:1  195:16  196:10  196:12 198:7  199:14  204:3  205:11  205:25  206:2 210:15  210:23  215:12  217:7  223:17  234:2 238:4  238:9  241:19  242:9  244:5  245:13 246:3  246:6  248:10  253:16  253:23  254:15 254:20  255:3  260:7  261:6  276:20  276:21 278:11  280:18  281:25  288:7  290:5  291:12 292:25  294:15  296:12  297:5  297:12  297:17 300:16  305:20  305:22  306:2  307:24 310:17  314:7  314:16  314:20  315:7  315:9 322:15  329:1  332:19  332:21  334:14  334:1 335:3  335:12  336:11  336:11  339:19 339:21  342:25  344:8  345:15  346:6<br><br>**front**(22) 10:24  45:12  51:15  68:8  110:1 122:12  154:20  192:2  220:19  234:18  261:6 283:5  283:17  292:9  293:10  294:15  300:17 301:14  312:9  314:19  330:22  342:22<br><br>**frustrated**(1) 287:2<br>**frustration**(2) 114:6  210:16<br>**fry**(1) 7:33<br>**full**(9) 18:17  31:16  40:25  75:15  183:17 210:22  247:13  290:13  317:4<br><br>**fullest**(4) 52:13  52:19  53:16  232:18<br>**fullness**(2) 23:15  198:23<br>**fully**(9) 88:18  103:11  105:11  106:12 106:13  106:22  107:15  219:21  279:3<br><br>**fulsome**(4) 102:22  115:8  123:5  263:3<br>**fulsomely**(1) 148:21<br>**fulsomeness**(1) 120:5<br>**fun**(1) 334:16<br>**function**(8) 145:8  168:25  169:5  199:9 199:15  259:9  259:10  276:14<br><br>**functionally**(3) 144:16  225:8  225:16<br>**fund**(3) 30:9  166:3  174:17<br>**fundamental**(12) 88:19  113:25  130:25 147:13  152:24  168:3  169:10  176:5  177:2 178:6  243:8  331:8<br><br>**fundamentally**(8) 34:14  46:8  47:7  115:2 122:11  139:23  198:14  342:25<br><br>**funding**(17) 21:16  29:2  38:25  39:4  39:14 39:22  40:11  40:17  41:1  41:1  94:20  118:14 118:16  118:17  214:6  223:18  236:4<br><br>**funds**(12) 30:8  61:6  61:18  115:1  119:19 120:10  174:3  212:14  238:4  245:13  254:18 293:21 | | **further**(17) 13:4  66:2  80:22  131:10  139:25 148:22  151:10  152:1  153:7  156:16  179:16 215:18  229:5  244:12  283:12  298:11  299:12<br><br>**furthermore**(2) 161:11  162:12<br>**gage**(1) 166:7<br>**gale**(1) 4:22<br>**gallagher**(2) 3:35  107:6<br>**gange**(2) 172:6  344:22<br>**gander**(1) 70:6<br>**gap**(1) 192:5<br>**gaping**(1) 227:7<br>**gaps**(1) 168:1<br>**garage**(1) 35:1<br>**gary**(4) 150:16  151:20  285:5  285:10<br>**gather**(1) 270:20<br>**gathered**(1) 221:4<br>**gave**(4) 137:25  151:12  244:15  337:5<br>**gayle**(1) 21:21<br>**gear**(1) 182:23<br>**genband**(9) 4:29  9:9  9:20  9:21  10:9  10:15 306:2  306:15  308:5<br><br>**general**(16) 8:7  62:25  76:19  98:9  113:14 159:11  176:13  176:15  184:3  220:22  236:7 268:1  271:21  301:17  301:20  341:23<br><br>**generally**(10) 31:16  33:18  53:25  58:5 59:10  61:21  217:21  222:24  236:23  304:10<br><br>**generate**(3) 32:19  101:6  321:3<br>**generated**(4) 30:24  33:3  34:24  36:24<br>**generating**(3) 31:1  98:18  241:16<br>**generous**(1) 301:21<br>**geographic**(2) 34:12  34:24<br>**geography**(1) 33:20<br>**german**(2) 21:7  202:8<br>**germany**(2) 8:5  8:6<br>**get**(90) 8:22  18:7  18:23  23:24  24:23  25:13 32:58  46:2  48:21  51:22  52:9  52:22 53:18  67:20  68:25  69:22  71:5  80:18 100:12  108:19  109:3  109:3  109:3  113:16 113:17  114:2  117:22  121:9  128:4  137:8 137:9  137:10  140:9  140:21  144:4  153:22 156:21  167:4  172:7  177:11  185:9  186:11 186:20  188:2  188:16  198:14  198:19  199:11 199:16  205:5  205:7  206:6  209:15  233:19 242:7  246:25  248:12  255:7  255:22  257:19 260:21  261:8  265:3  266:3  267:14  267:19 268:6  274:13  277:9  279:20  282:7  286:23 287:5  287:8  290:19  290:24  293:4  295:9 295:24  298:20  307:3  307:20  308:18  320:15 331:4  331:11  338:13  344:19  345:4<br><br>**gets**(11) 18:5  135:11  255:15  265:4  267:22 276:8  276:8  276:9  289:15  305:8  336:23<br><br>**getting**(14) 38:8  71:1  115:24  137:15 167:16  172:1  185:3  185:4  186:1  186:8 317:19  319:18  324:24  341:7<br><br>**ginger**(1) 1:45<br>**giuliani**(1) 6:8<br>**give**(44) 21:10  25:22  37:5  77:18  116:7 125:12  136:6  136:13  146:7  146:16  147:9 150:13  156:11  193:17  220:1  233:23  234:1 237:9  237:18  238:23  243:3  249:21  250:15 259:22  266:9  268:4  271:24  272:2  272:19 273:1  275:9  282:20  283:19  291:8  295:4 295:25  299:3  303:24  303:25  306:11  307:4 325:10  326:22  344:13<br><br>**given**(27) 60:22  76:21  81:20  86:19  97:7 97:8  108:24  112:1  126:8  135:23  151:15 170:23  184:23  198:25  216:24  216:25 223:16  227:11  249:7  264:16  288:18  305:2 306:7  308:18  325:25  337:17  343:18 | | **gives**(13) 66:4  140:2  147:7  151:13  161:9 194:2  235:25  237:4  259:20  266:16  276:21 276:22  344:7<br><br>**giving**(3) 212:3  249:16  318:7<br>**glad**(3) 111:14  198:18  330:20<br>**glass**(1) 5:9<br>**global**(8) 31:21  32:17  34:15  34:25  36:8 102:20  230:16  302:3<br><br>**glory**(1) 336:7<br>**glossed**(1) 343:24<br>**goal**(6) 36:7  97:17  98:7  98:25  263:22 298:20<br><br>**goals**(1) 97:16<br>**gobbledy-gook**(1) 319:6<br>**goes**(21) 24:11  56:7  58:7  58:13  78:2  81:4 114:4  126:19  147:3  147:6  150:12  152:6 175:24  182:22  225:14  304:22  312:12 322:14  324:12  330:14  337:14<br><br>**going**(154) 8:18  9:25  14:8  15:10  21:15 22:15  22:17  22:21  23:24  24:15  24:21  26: 26:10  43:21  44:21  45:2  46:3  51:5  53:3 57:6  62:12  62:20  69:18  71:23  72:6  80:19 84:14  92:18  92:21  93:5  100:19  107:24 114:13  122:1  128:15  130:4  130:5  131:13 131:16  132:7  134:1  145:2  155:13  157:4 161:6  164:10  176:7  181:19  182:23  186:14 186:18  188:9  189:24  189:24  190:4  191:11 191:12  198:20  205:4  209:6  210:18  214:16 216:4  216:9  219:10  220:7  228:21  233:4 233:9  241:21  241:25  243:4  245:1  246:20 248:6  248:12  248:13  255:3  256:1  256:9 256:16  256:17  256:19  258:2  258:22  258:2 262:11  268:19  268:24  270:22  271:1  271: 275:12  275:19  275:20  276:17  278:13 280:17  281:9  282:12  283:15  283:19  284:8 284:11  285:2  285:24  286:22  287:3  287:18 288:16  295:7  295:11  296:19  296:19  297:1 298:23  300:24  300:25  301:2  306:1  306:3 308:3  310:4  310:5  312:1  312:2  312:10 315:12  318:5  320:20  320:23  321:1  321:1 321:10  321:12  321:15  321:21  321:22  322:13 322:17  323:9  324:2  325:16  328:17  333:1 333:6  333:8  333:9  333:12  336:20  339:16 339:20  340:4  341:7  345:18<br><br>**gold**(3) 236:16  245:22  246:8<br>**golly**(1) 117:22<br>**gone**(3) 33:4  90:1  100:20  142:8 178:12  206:11  266:18  274:11<br><br>**good**(118) 8:2  8:9  8:10  9:19  10:5  10:6 12:1  12:2  14:23  15:1  15:16  15:17  17:4 19:7  19:7  19:9  20:4  21:4  21:6  21:18 28:19  29:11  43:1  43:5  43:13  43:15  44:10 44:21  45:8  45:9  45:25  70:5  70:5  71:24 72:11  72:14  72:15  73:1  73:5  73:6  73:7 74:8  74:19  74:22  75:22  76:9  76:15  76:8 78:7  80:13  80:25  81:10  83:9  92:22  93:16 94:7  94:8  96:7  99:6  99:6  101:24  102:2 102:3  105:20  105:22  107:3  107:4  107:5 107:7  109:18  109:23  109:24  109:25  124:6 143:11  143:15  153:9  155:23  156:1  163:4 165:17  165:17  171:24  171:24  192:11 201:22  202:24  204:21  205:19  205:21 205:23  208:10  210:20  211:18  215:18  243:10 243:16  243:21  247:17  249:4  249:10 255:15  255:20  265:13  265:14  266:1  275:24 289:4  295:17  305:25  331:15  333:3  345:24<br><br>**good-faith**(1) 193:6<br>**goodmans'**(1) 134:9<br>**goods**(3) 32:22  39:11  39:11<br>**google**(2) 31:3  43:9<br>**goose**(1) 70:5<br>**gosh**(1) 117:23 | | **got**(45) 12:8  14:22  20:11  51:9  51:15  54:13 69:11  80:17  85:10  117:24  117:25  137:19 141:11  150:12  181:4  183:4  187:9  195:20 210:6  210:22  234:13  234:16  245:25  260:16 266:18  275:14  275:16  276:10  277:16 285:1  296:1  296:2  297:14  300:10  303:24 308:3  311:25  317:7  321:10  334:7  334:7 337:8  337:19  338:16  340:24<br><br>**gotcha**(2) 332:22  333:4<br>**gotley**(7) 17:1  17:3  17:4  17:23  18:19 22:25  23:4<br><br>**gotten**(4) 14:4  32:13  201:18  209:1<br>**gottlieb**(68) 1:31  5:4  10:6  21:4  72:10  78:9 128:2  134:2  134:3  134:7  167:17  169:17  195:7 223:10  223:18  227:16  238:1  251:13  255:5 255:6  255:14  255:19  255:22  255:25  256:4 262:16  262:20  263:1  263:4  263:6  268:10 269:19  270:25  271:3  274:2  274:6  274:22 312:14  316:22  317:23  318:14  320:8  320:11 320:17  322:11  322:21  324:10  329:19 330:4  331:9  331:17  332:2  332:22  332:25 333:15  333:23  336:8  337:11  337:14  338:1 339:1  339:14  339:18  340:8  340:11  342:4 342:14  343:12  343:24<br><br>**gottlieb's**(4) 334:11  334:19  336:17  342:19<br>**govern**(2) 131:7  253:17<br>**governed**(4) 52:2  52:5  139:24  158:9<br>**governing**(5) 51:20  75:22  95:24  242:13 314:13<br><br>**government**(2) 174:23  304:13<br>**governs**(2) 50:1  247:8<br>**gowned**(2) 72:4  72:5<br>**gowns**(1) 342:19<br>**grandmother**(1) 67:25<br>**granite**(1) 81:21<br>**grant**(15) 12:23  13:8  13:24  72:21  115:13 119:18  120:3  120:4  120:8  120:13  120:17 127:12  230:12  242:13  273:9<br><br>**granted**(10) 27:10  42:5  71:15  115:9 192:17  280:19  290:15  293:9  299:21  301:24<br><br>**grantham**(1) 7:24<br>**granting**(1) 117:20<br>**grants**(4) 120:18  266:7  280:9  280:9<br>**graph**(1) 95:10<br>**grateful**(1) 343:17<br>**graver**(1) 16:16<br>**gray**(9) 154:11  154:14  154:14  155:3  155:5 155:9  155:14  156:24  157:2<br><br>**great**(5) 120:2  174:14  207:11  243:25<br>**greater**(2) 30:5  78:25<br>**greatest**(1) 325:9<br>**greatly**(2) 154:16  255:22<br>**green**(2) 149:10  149:14<br>**grew**(1) 79:17 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**gross**(104) 1:19  14:23  15:17  16:8  17:18  18:12  19:4  25:1  25:11  25:20  25:22  72:6  72:14  73:12  94:8  101:13  105:20  107:3  108:23  109:18  109:24  116:5  116:5  116:21  117:3  123:24  132:3  133:25  137:25  144:25  146:14  146:16  154:10  157:1  158:8  158:17  158:23  159:15  159:21  160:10  160:10  160:11  162:18  162:24  163:4  165:18  171:2  176:6  177:21  180:8  186:2  191:24  192:11  197:19  198:23  199:17  199:23  200:17  200:25  201:14  202:3  202:12  203:14  205:2  217:18  219:3  219:14  270:15  270:17  274:19  276:15  277:24  280:3  281:25  282:1  283:4  285:8  285:24  286:25  287:8  290:8  293:11  304:3  304:21  304:23  305:23  305:25  306:5  306:14  307:7  307:18  308:3  308:8  308:11  308:14  308:20  308:23  309:1  309:4  309:8  343:20  344:14  345:2  345:21

**gross's**(1) 336:25
**gross's**(2) 185:25  186:19
**ground**(1) 219:7
**grounds**(3) 34:25  218:22  238:4
**group**(25) 2:32  7:12  7:12  22:20  29:23  31:18  36:4  46:17  75:8  75:13  99:11  100:2  100:5  101:14  106:10  136:19  136:24  150:1  165:19  165:24  177:23  189:15  190:20  190:20  304:14

**group's**(1) 136:17
**groups**(3) 167:11  246:9  257:17
**growing**(1) 116:1
**grown**(1) 205:14
**guarantee**(5) 166:3  187:17  311:25  319:10  328:20

**guaranteed**(1) 106:4
**guarder**(2) 325:3  325:4
**guess**(9) 101:24  166:6  191:25  219:11  219:20  233:11  254:13  268:21  287:8

**guidance**(7) 33:9  232:5  244:15  244:19  307:24  328:24  348:8

**guilty**(1) 332:13
**gump**(3) 2:4  5:31  94:10
**guy**(3) 319:11  319:13  337:21
**guy's**(1) 319:14
**guyder**(1) 2:19
**guys**(1) 321:8
**h(h**(2) 123:14  132:4
**had**(143) 12:19  12:21  18:12  22:6  22:12  30:1  32:25  34:9  34:10  34:14  34:24  35:13  35:23  36:3  38:6  38:17  38:21  39:6  39:8  39:9  39:16  39:25  40:19  40:20  41:12  42:9  42:9  42:16  42:17  44:17  47:14  56:20  62:4  62:8  62:12  63:2  67:20  68:3  70:17  70:23  71:3  71:5  74:23  76:8  83:22  87:16  91:6  91:16  97:3  97:4  112:11  112:23  122:4  122:9  124:14  127:20  134:3  134:7  134:8  134:19  135:17  139:12  144:23  148:25  149:15  153:13  158:15  169:23  170:4  170:15  175:8  188:6  198:3  200:13  200:24  201:21  206:7  209:22  210:11  214:15  215:2  215:4  215:5  216:6  216:11  216:14  217:11  219:15  221:24  223:21  227:4  227:13  230:1  231:12  232:14  234:21  235:20  238:25  238:25  240:10  241:6  242:10  243:18  243:22  244:2  244:19  245:19  246:3  249:19  249:20  258:20  258:22  268:13  281:6  302:13  302:1  302:17  302:19  303:16  311:21  316:21  317:4  317:5  317:5  319:1  321:12  321:25  323:2  323:8  324:5  324:16  329:7  329:24  329:25  330:3  335:9  335:25  336:19  337:18  338:1  343:2  345:13

**hadley**(3) 2:32  5:21  99:8
**hadn't**(3) 42:17  148:25  317:6
**hadn't**(2) 170:7  303:16

**hail**(1) 35:2
**halcyon**(2) 6:12  6:13
**half**(8) 30:22  49:6  110:23  157:5  163:1  287:16  288:4  328:10

**halfway**(1) 288:5
**hallmarks**(1) 259:3
**hamilton**(4) 1:31  5:4  10:7  72:10
**hammer**(1) 204:14
**hammered**(1) 319:2
**hand**(19) 37:8  52:24  77:4  77:18  80:7  85:17  90:18  91:8  91:22  100:7  111:13  111:13  127:20  132:8  155:12  190:24  218:1  223:13  285:8

**handed**(1) 151:16
**handheld**(2) 204:4  205:9
**handled**(4) 10:15  168:21  171:6  220:25
**hands**(5) 16:8  100:13  144:22  183:12
**hands-on**(2) 162:19  162:25
**handy**(2) 62:24  256:2
**happen**(15) 145:22  145:22  171:10  185:19  188:4  255:25  257:17  257:22  277:11  277:1  295:8  310:4  312:2  321:1  339:20

**happened**(10) 34:16  134:7  214:12  244:1  244:14  258:20  318:15  318:15  341:22  343:15
**happening**(5) 59:3  98:11  179:23  203:5  322:5

**happens**(9) 115:1  121:7  185:21  187:17  188:12  213:6  225:24  246:17  280:8

**happy**(6) 34:1  48:24  74:12  76:17  210:12  233:16

**hard**(4) 33:19  98:16  155:9  280:13
**harmonize**(1) 159:13
**harrington**(1) 1:39
**harrisburg**(1) 1:49
**harron**(2) 4:14  128:2
**harvard**(1) 150:18
**has**(173) 14:3  14:18  16:2  20:4  20:4  27:5  27:7  27:9  27:25  28:2  28:16  29:6  29:15  29:23  30:3  30:24  31:3  32:12  33:4  33:4  33:13  33:15  33:17  37:17  44:17  46:12  49:23  49:24  54:22  55:1  56:19  59:5  59:16  60:3  62:20  63:18  65:8  66:9  67:17  68:16  69:12  69:23  80:8  81:19  82:23  87:9  90:9  92:12  93:20  94:17  95:24  97:24  100:25  110:13  111:6  112:15  113:18  119:22  120:24  122:5  122:13  122:15  122:23  123:8  124:8  130:3  134:24  136:12  137:18  138:8  141:4  142:2  142:22  143:4  144:1  145:9  146:2  147:6  147:18  147:22  149:4  150:11  150:18  151:5  151:10  151:11  151:15  153:25  156:4  156:10  157:6  157:9  157:13  157:24  157:25  158:1  158:3  159:11  160:5  161:7  162:7  167:13  169:9  171:15  171:20  172:25  172:25  175:5  175:7  178:11  179:9  185:2  185:4  185:5  185:5  185:18  186:7  187:1  189:6  189:21  192:14  192:19  193:9  198:25  199:2  200:6  202:5  203:4  205:14  206:11  208:23  220:23  221:2  226:3  228:3  233:18  236:6  236:16  237:10  239:4  241:1  242:10  245:11  251:22  260:21  270:6  272:10  272:13  272:14  276:13  279:1  283:10  290:16  291:9  294:23  298:9  301:25  302:25  304:3  304:11  341:19  341:20  343:13  343:22  344:1  344:6

**hasn't**(4) 21:19  69:23  331:21  332:2
**hate**(1) 161:21
**hauer**(2) 5:31  94:10
**haunches**(1) 334:24

**have**(301) 10:19  11:3  12:5  12:18  13:3  13:7  13:14  14:20  16:3  16:5  16:6  17:13  17:21  18:1  18:9  18:12  18:17  19:21  20:5  21:9  21:13  21:24  22:17  23:1  23:17  25:2  25:11  25:21  25:25  26:5  26:15  26:16  27:17  27:22  28:19  29:2  29:13  29:19  29:21  29:21  30:10  30:18  30:22  31:4  31:11  31:13  31:16  31:18  32:16  32:21  33:6  33:8  33:23  33:24  34:7  35:14  35:25  37:2  37:10  37:13  38:15  38:16  38:17  38:22  38:24  42:14  42:15  42:16  42:17  43:7  43:9  43:21  44:3  44:19  45:6  45:12  45:16  45:17  45:22  45:24  46:14  46:21  46:22  47:1  47:4  49:4  49:5  49:6  49:7  49:15  49:18  50:9  51:4  52:15  52:16  53:1  53:1  53:9  57:8  57:11  58:16  61:5  62:21  62:24  63:6  63:7  63:13  63:16  63:20  64:4  64:7  64:13  64:18  66:9  67:4  67:5  67:17  68:1  68:2  68:14  68:23  69:10  69:15  69:17  69:18  70:4  70:19  71:18  71:19  71:21  72:24  72:25  73:5  73:5  73:5  73:13  74:11  74:15  74:20  75:7  76:2  76:3  77:19  80:25  81:25  82:3  82:7  83:21  83:23  84:4  85:3  85:11  86:14  86:24  87:1  87:14  88:18  89:1  89:4  90:3  90:6  90:8  90:11  90:13  90:20  91:8  91:10  92:7  92:10  93:21  93:21  94:3  94:12  94:14  94:15  96:15  96:24  97:3  97:12  97:19  98:2  98:12  98:15  98:24  99:2  99:3  100:7  100:20  101:11  103:2  103:21  104:2  104:3  104:19  104:20  104:21  106:23  107:10  107:17  107:25  108:16  109:13  110:22  110:25  111:5  111:5  111:7  111:19  112:3  112:7  112:9  112:13  113:4  113:11  113:20  113:21  114:4  116:6  116:18  118:4  118:24  119:6  119:8  119:13  121:2  121:3  122:2  122:25  123:5  123:13  123:22  124:16  128:2  130:19  130:21  131:21  134:17  135:13  135:19  137:2  137:20  138:6  138:21  138:22  138:22  140:1  140:5  140:20  140:25  141:11  141:14  141:20  142:4  142:10  142:20  143:5  143:11  143:12  145:5  145:6  145:7  145:13  145:14  145:15  146:1  146:12  146:20  146:22  147:14  149:7  149:8  150:5  152:17  153:9  153:18  154:20  154:23  154:24  155:1  155:5  155:9  155:12  156:16  156:19  157:13  157:21  158:6  158:14  160:8  161:23  163:11  163:22  164:7  165:19  166:9  166:11  166:21  168:14  168:18  169:7

**have**(301) 169:16  169:18  169:20  170:3  170:17  170:19  171:11  171:11  171:24  172:21  173:5  173:22  174:1  174:1  174:17  175:1  175:3  175:10  176:6  176:8  176:15  176:21  176:22  177:3  177:17  178:3  179:3  179:19  181:3  181:19  183:24  184:10  185:8  185:24  186:3  187:5  187:15  188:17  188:17  188:17  188:24  189:19  190:15  190:24  191:16  192:21  192:22  193:23  194:7  194:8  194:14  194:18  194:24  195:4  195:24  196:8  196:25  197:22  197:24  197:24  197:25  198:6  200:5  201:2  201:4  201:13  201:18  201:24  202:4  202:12  204:11  206:7  206:10  206:11  206:13  206:13  207:1  208:5  208:14  208:19  209:10  209:18  210:2  210:10  211:6  211:20  212:2  212:7  212:11  212:19  213:5  214:2  214:16  214:20  217:12  217:13  217:18  217:19  218:9  218:21  219:18  219:25  220:5  220:24  220:25  223:6  223:13  224:21  225:22  225:25  226:4  226:8  226:9  226:15  228:17  228:20  230:10  230:15  231:15  231:16  232:12  232:20  235:12  235:16  236:7  237:15  239:16  239:24  240:9  241:1  242:7  242:22  242:24  244:18  245:6  245:7  245:13  245:24  246:4  246:14  247:19  248:1  248:6  248:7  248:8  249:6  249:17  250:21  251:17  251:23  252:2  252:6  252:8  252:14  252:25  253:1  253:6  253:7  256:2  256:15  256:18  256:23  257:6  257:7  257:24  258:10  259:7  259:11  260:15  260:18  260:24  261:3  261:10  262:9  263:14  263:15  265:13  266:4  266:14  266:15  266:17  267:1  267:3  269:5  269:23  269:25  270:4  270:4  270:4  270:5  270:20  270:21  271:7  271:11  271:22  272:4  273:11  273:15  274:11  274:11  274:17  275:3  275:13  275:17  275:18  275:20  276:1  276:7  276:20  277:1  277:17  277:22  278:7  278:8  278:9  279:2  279:14  281:24  281:6  281:20  283:5  283:5  283:11  283:17  283:23  283:23  284:2  284:7  284:7  284:9  284:9  285:2  285:9  285:25  286:1  286:4  286:6  286:8  286:21  286:25  287:18  287:23  289:14  289:14  290:13  291:2  291:2  291:3  291:9  292:9  293:21  293:22  293:24  294:3  296:2  296:24  298:3  298:12  299:14  300:13  300:20  300:23  301:3  301:6  301:8  302:4  302:9  305:17  305:21  306:8  307:9  308:5  308:8  308:15  309:18  309:20  310:19  310:22  311:11  312:16  313:9  313:11  315:11  316:15  316:21  316:25  317:15  318:10  318:18  319:6  319:12  320:7  320:14  320:21  320:23  321:10  321:22

**have**(39) 321:23  322:10  322:17  323:3  323:16  324:25  326:7  327:24  328:2  328:4  328:7  328:25  329:9  329:14  329:19  330:4  330:5  330:6  330:8  330:10  330:12  335:25  336:3  336:6  336:21  337:25  339:5  339:5  339:19  340:5  340:7  340:11  340:12  340:14  341:12  341:17  342:1  343:16  343:19

**haven't**(17) 32:14  32:15  32:16  70:4  70:19  153:13  211:21  211:24  212:6  212:8  221:9  223:15  227:11  237:14  240:19  323:19  341:14
**haven't**(2) 108:3  188:6
**having**(37) 26:11  79:24  89:25  105:12  112:25  113:1  113:2  128:6  135:10  138:18  142:3  145:17  158:16  164:15  174:22  189:3  197:6  203:15  206:21  207:10  208:10  208:11  220:19  229:19  246:8  271:14  314:24  327:1  329:1  329:8  329:22  331:12  333:12  335:23  342:23  344:4  345:8

**hay**(1) 52:15
**he'd**(2) 319:12  319:12
**he'll**(1) 220:10
**he's**(6) 202:5  220:24  324:18  324:18  330:22  341:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**head**(3) 76:18 272:22 339:16

**headed**(1) 256:8

**heading**(2) 66:13 126:13

**heads**(1) 234:19

**hear**(69) 14:19 14:25 15:23 15:23 15:24 16:6 16:9 18:21 19:5 20:11 23:1 23:8 23:11 23:21 26:10 26:12 42:5 45:2 46:3 46:5 48:17 74:12 87:15 92:21 119:19 128:1 146:9 146:10 153:9 156:18 159:22 168:10 200:23 202:13 202:17 202:17 203: 203:6 203:8 203:12 203:13 203:14 203:19 203:19 204:5 204:7 204:10 204:17 204:22 204:23 204:25 205:17 212:21 219:9 250:1 250:23 255:3 255:20 270:19 287:15 290:10 302:11 304:12 307:5 307:12 307:11 309:5 309:6 314:23

**heard**(53) 9:10 9:23 18:25 20:9 22:14 23:15 24:14 24:18 27:6 94:18 95:8 95:17 96:15 100:14 110:17 110:19 110:25 111:6 125:24 143:5 143:5 155:17 156:1 156:2 160:16 163:11 165:11 166:13 169:24 174: 176:1 176:9 176:9 182:24 183:8 188:13 188:17 189:6 189:12 199:14 204:2 209:17 217:17 221:9 236:24 269:23 290:4 306:20 306:22 315:7 315:10 323:19 340:20

**hearing**(66) 10:16 12:18 13:22 14:2 14:5 15:4 16:4 22:2 22:8 23:15 26:1 26:3 27:4 28:18 30:21 49:8 51:18 54:16 54:21 54:25 55:3 56:1 56:5 56:25 69:23 70:3 72:17 72:18 83:24 107:21 110:6 112:6 127:14 134:17 135:1 140:11 140:13 140:20 158:1 162:10 171:4 178:5 178:8 180:3 188:8 190:12 196:17 210:15 210:23 214:2 274:4 274:12 274:12 279:6 306:13 306:21 306:2 307:14 307:22 308:7 313:11 315:17 316:17 331:13 340:2 346:2

**hearings**(19) 21:14 47:9 96:5 140:13 140:14 140:15 140:17 159:14 159:17 183:22 197:7 245:1 245:3 245:8 274:5 278:7 295:22 300:25 329:3

**hearsay**(7) 89:8 89:22 90:6 124:22 218:23 219:8 251:4

**heart**(5) 81:5 93:23 121:14 124:24 125:16

**heavily**(4) 84:6 94:24 214:4 295:3

**heilbronn**(1) 8:6

**held**(10) 54:25 60:21 69:23 80:2 127:8 132:13 217:6 246:19 286:6 309:20

**help**(7) 15:13 67:19 101:15 120:1 205:5 248:5 343:21

**helpful**(12) 18:25 19:13 21:10 24:16 38:7 73:14 218:11 220:20 255:1 287:5 308:2 345:8

**helps**(2) 88:13 149:11

**her**(6) 120:22 199:8 223:25 225:6 304:16 304:17

**herbert**(10) 4:20 7:30 21:21 129:9 129:11 129:16 220:24 221:3 221:4 311:2

**here**(178) 8:12 9:20 9:21 9:22 11:3 14:4 15:4 15:7 20:6 20:12 21:23 22:16 23:6 26:13 26:21 27:6 27:23 28:3 28:21 28:24 30:3 31:7 33:22 34:4 34:9 35:4 36:1 36:25 37:10 38:1 38:3 43:20 47:4 48:23 50:6 50:18 51:5 51:13 53:2 53:3 54:7 54:14 63:7 63:12 63:14 64:2 64:5 68:19 69:3 69:11 70:12 71:16 74:6 76:11 83:24 87:1 88:10 89:17 90:1 90:21 91:4 92:16 94:3 94:23 95:2 97:2 98:4 101:15 106:4 106:5 113:9 116:18 130:21 131:20 145:25 152:25 154:25 155:16 165:5 166:7 168:9 168:9 168:10 168:16 168:16 168:17 170:1 172:7 172:13 173:1 173:22 174:20 182:20 185:2 188:5 201:24 202:13 203:1 206:13 208:13 208:16 208:23 209:2 209:9 210:23 211:15 212:5 213:7 214:20 216:13 218:2 219:4 219:23 220:1 220:15 222:12 222:2 223:4 224:13 226:18 226:25 227:2 228:22 230:24 231:23 233:10 234:3 234:7 235:1 236:25 237:4 242:7 243:11 244:25 247:22 251:3 252:1 257:2 260:25 265:10 268:11 270:7 271:19 272:14 273:21 278:3 278:16 282:4 284:5 288:21 288:21 293:14 294:16 296:24 308:6 310:11 310:24 311:10 312:9 313:12 314:4 314:19 320:3 320:8 326:10 327:13 328:10 328:16 329:1 331:13 333:2 338:25 341:18 342:2 343:7 343:8 343:10 345:8

**here's**(4) 58:24 70:18 139:17 335:22

**hereby**(3) 41:22 42:25 58:3

**herein**(1) 117:1

**hereinafter**(1) 86:14

**hereof**(1) 42:25

**hereto**(1) 60:18

**hereunder**(1) 60:17

**here's**(3) 86:15 134:21 298:5

**herron**(2) 233:22 234:4

**hey**(1) 80:18

**he's**(5) 169:19 187:6 187:8 276:16 306:3

**hide**(1) 50:17

**high**(6) 51:9 90:15 90:25 91:5 182:23

**high-tech**(1) 82:7

**higher**(1) 332:7

**highest**(3) 35:11 36:14 333:16

**highlighted**(4) 100:2 131:18 273:2 335:13

**highlighted**(3) 119:17 152:13 160:4

**highly**(3) 49:5 85:21 86:7

**hill**(1) 7:34

**him**(11) 126:7 221:1 234:1 234:15 234:16 234:20 234:21 326:22 330:22 331:13 342:6

**himself**(4) 130:7 221:2 228:13 238:19

**hind**(1) 145:5

**hire**(2) 329:5 337:21

**his**(60) 87:16 89:9 125:2 129:20 130:14 131:15 134:12 142:24 147:1 147:2 147:3 147:7 147:8 147:9 147:10 148:3 148:21 148:24 149:22 150:12 151:5 151:8 151:10 151:12 151:17 151:18 154:11 162:3 162:9 175:8 175:9 175:11 186:25 187:23 195:7 200:10 200:22 206:13 219:16 220:24 223:24 234:13 234:16 242:21 242:21 244:10 276:16 282:1 284:16 284:24 285:6 293:12 304:16 304:16 306:3 311:8 317:12 319:12 336:22 342:14

**historically**(1) 304:10

**history**(8) 33:21 33:23 113:14 130:8 172:17 176:6 176:7 325:9

**hit**(1) 199:11

**hoc**(7) 5:21 5:35 73:8 81:3 99:11 106:10 190:23

**hockey**(1) 172:6

**hodara**(11) 2:6 67:11 76:24 77:1 77:11 135:21 200:9 227:7 242:21 312:13 318:25

**hodara's**(1) 244:8

**hodge-podge**(1) 319:22

**hold**(5) 84:3 140:12 288:2 321:12 333:12 338:7

**holders**(2) 5:36 208:18

**holds**(1) 106:9

**hole**(1) 227:7

**home**(6) 155:10 207:1 209:11 308:15 345:4 345:24

**honed**(1) 20:11

**honest**(2) 182:19 251:23

**honesty**(2) 51:17 177:4

**honor**(232) 8:10 8:12 8:16 8:20 8:23 8:24 9:4 9:11 9:13 9:14 9:21 10:4 11:3 11:12 11:15 11:21 11:25 12:2 12:24 13:10 13:25 14:13 15:17 15:19 19:9 21:3 21:19 22:12 23:3 23:20 23:25 24:7 26:23 27:5 28:4 28:10 28:12 29:5 29:17 30:15 37:3 37:6 38:1 43:20 44:15 44:24 45:11 57:9 61:24 62:17 63:7 67:8 69:15 70:13 70:24 71:16 71:22 77:4 83:12 83:23 84:15 85:5 85:8 85:13 86:1 87:2 87:18 89:4 90:16 90:21 91:8 91:24 92:20 92:25 94:4 94:11 94:14 98:8 99:1 99:6 99:10 99:22 100:14 101:1 101:4 101:9 101:15 101:25 106:20 107:1 107:9 108:7 108:21 109:22 116:12 124:13 149:5 151:9 152:3 157:5 158:2 158:6 158:8 158:12 158:16 158:20 158:23 159:15 160:4 160:5 160:12 160:12 160:17 161:1 161:19 162:4 162:6 162:13 162:18 162:22 163:3 165:17 169:24 171:23 172:7 177:14 188:2 192:11 192:15 192:19 193:8 194:4 197:15 198:25 199:17 200:3 201:20 208:4 212:9 213:7 214:18 217:20 218:10 218:18 218:22 219:12 219:16 219:16 220:12 220:22 221:15 230:11 232:4 233:14 244:15 251:9 251:21 253:5 254:23 255:2 262:20 266:3 269:9 270:13 271:3 271:9 276:13 276:25 277:21 279:3 280:3 281:20 282:10 282:13 282:19 283:19 285:13 285:21 287:6 287:9 287:12 287:21 290:2 290:19 291:8 291:22 291:22 292:7 292:22 293:11 294:8 294:24 296:16 296:19 297:15 298:24 299:11 299:23 300:5 300:8 301:14 302:1 302:8 302:13 303:10 303:22 304:1 304:3 304:7 304:24 306:1 306:6 306:10 307:3 307:16 307:23 308:10 308:12 308:1 329:11 329:13 329:18 330:9 330:15 335: 342:10 343:15 343:19 343:20 344:7 344:1

**honor's**(1) 212:21

**honorable**(2) 1:19 183:19

**honors**(21) 21:15 23:25 27:1 28:21 31:8 36:25 39:5 45:22 49:22 51:2 51:12 57:22 72:9 73:20 74:23 75:8 75:15 76:21 78:2 78:23 80:15 82:5 84:5 86:15 87:8 88:22 92:5 99:11 101:19 110:2 111:11 112:20 113:8 114:14 115:19 118:25 123:13 127:2 129:14 131:14 138:2 144:9 144:23 146:7 179:4 206:8 220:6 228:14 255:14 256:8 261:4 261:14 269:7 272:22 296:19 297:6 298:19 298:24 300:12 305:18 309:9 313:1 343:17

**honor's**(3) 198:15 251:5 302:16

**hope**(10) 14:25 31:6 73:16 102:14 166:15 181:10 246:15 270:23 309:12 340:12

**hopeful**(1) 345:6

**hopefully**(9) 14:9 14:19 39:3 102:1 128:4 142:4 229:6 248:4 331:6

**horned**(1) 214:8

**horrible**(1) 146:2

**horse**(9) 31:3 38:4 38:11 38:12 38:13 38:16 41:10 41:11 133:15

**horses**(2) 41:12 41:14

**host**(1) 77:24

**hour**(6) 200:20 201:3 271:4 287:16 306:7 343:18

**hours**(10) 9:25 18:13 18:14 127:10 127:17 201:24 244:21 286:23 319:2 320:3

**house**(2) 4:24 37:14

**housekeeping**(3) 188:23 239:24 250:24

**how**(85) 15:9 16:8 17:12 17:13 21:11 24:1 26:2 28:3 29:18 33:19 56:17 58:3 63:15 64:6 67:21 70:8 72:5 77:25 80:12 80:13 91:1 91:16 93:4 100:12 100:18 108:22 115:10 121:12 121:17 126:11 137:15 152:4 159:12 159:17 161:9 167:11 167:18 168:21 168:22 170:16 170:23 172:18 172:18 177:5 198:4 200:24 202:14 202:19 202:22 203:12 203:23 204:3 206:14 206:21 214:18 215:3 216:16 227:23 227:24 229:9 231:2 231:2 231:3 236:16 241:2 243:4 245:22 246:21 260:5 261:8 263:9 268:17 271:1 274:3 278:12 302:4 305:7 319:18 319:19 321:11 327:17 327:18 327:19 342:21 343:22

**how's**(2) 233:14 331:14

**howard**(1) 1:37

**however**(8) 52:5 56:12 94:16 96:3 151:21 152:1 175:14 327:1

**hubbard**(2) 4:4 5:17

**huddle**(3) 207:12 234:6 234:25

**huge**(5) 18:3 162:7 241:8 278:5 278:11

**hughes**(2) 4:4 5:17

**hundreds**(7) 66:10 245:14 245:25 277:21 311:12 320:24 320:24

**hunton**(1) 12:16

**i'd**(14) 9:23 51:2 51:3 57:5 63:14 64:1 68:10 71:22 209:15 218:4 221:11 235:21 236:11 324:13

**i'll**(38) 8:19 11:21 12:9 19:2 28:13 30:16 37:5 41:3 44:15 47:6 51:12 53:22 62:18 149:6 156:18 156:21 156:22 158:22 158:25 159:15 201:23 202:1 205:25 207:12 209:23 211:2 212:20 213:13 214:20 220:5 234:3 234:6 240:8 242:7 337:13 337:15 344:20 345:21

**i'm**(49) 8:13 9:21 13:23 23:2 24:23 26:9 26:15 28:2 33:25 37:6 37:15 42:24 52:17 57:6 149:11 153:17 155:9 155:12 157:4 204:16 204:18 207:24 207:25 208:11 214:16 218:16 218:25 219:20 220:2 220:5 220:13 220:15 233:4 233:9 233:14 241:8 310:14 310:25 320:1 320:6 320:7 325:16 330:19 330:20 330:21 331:16 339:15 343:17 345:6

**i've**(13) 12:8 12:21 34:1 46:15 51:15 136:11 146:3 202:10 226:6 226:19 320:3 340:24 344:23

**i.e**(1) 239:2

**iacob**(1) 6:17

**iba**(2) 298:12 298:13

**icon**(1) 32:17

**idea**(14) 21:10 23:5 125:13 227:3 247:17 305:25 312:9 314:18 317:6 320:23 323:12 324:7 324:16 327:14

**ideas**(2) 223:20 226:6

**idem**(2) 147:24 148:3

**identification**(2) 194:25 195:1

**identified**(5) 35:6 196:15 196:16 197:22 251:15

**identifies**(1) 199:9

**identify**(2) 126:16 126:17

**identifying**(2) 291:25 292:1

| Word | Page:Line |
|---|---|

**identity**(1) 121:17
**idle**(2) 101:7 178:15
**ifsa**(251) 21:16 22:2 29:3 36:17 37:1
37:17 37:20 38:12 38:13 38:16 38:18
38:21 39:17 39:23 40:1 40:6 40:10 40:23
41:7 41:8 41:15 45:15 47:12 47:24 47:24
49:16 50:3 50:19 50:23 51:3 51:5 51:8
56:19 58:21 59:1 61:14 61:16 61:25 62:1
64:9 64:17 65:11 66:18 71:2 71:14 75:22
81:6 81:9 81:14 81:15 81:19 82:5 83:5
84:13 86:20 87:4 87:17 89:8 89:19 90:16
93:2 93:3 93:10 93:18 94:18 94:20 94:20
94:24 95:5 95:6 95:9 95:12 95:13 95:14
95:25 96:2 96:4 96:11 96:12 96:14 96:17
96:18 97:12 97:14 99:23 100:1 100:3
100:17 100:22 100:23 101:1 101:2 101:4
101:9 101:15 101:17 112:22 113:1 114:10
114:10 114:12 114:13 114:15 114:16 115:
115:17 115:20 115:22 116:21 117:15
117:19 118:24 119:5 119:9 119:18 120:5
120:16 121:1 122:20 124:1 124:7 124:19
124:22 129:12 129:24 130:23 132:20
132:22 133:2 133:8 135:11 143:19 144:18
146:19 147:11 155:22 157:15 158:6 158:9
160:7 166:25 170:1 170:8 170:12 173:13
195:6 195:9 208:21 208:22 209:6 211:17
211:18 212:3 212:12 212:16 213:15 213:24
214:3 215:2 215:7 215:8 216:13 218:5
219:7 224:20 225:22 227:9 227:19 228:9
228:14 229:15 229:20 229:21 229:22
230:23 231:13 231:21 232:17 232:24 233:
233:3 235:9 235:19 236:4 237:7 237:16
237:21 237:23 238:11 239:21 239:24
240:12 253:10 259:5 259:12 259:14 259:1
261:6 261:7 261:12 261:12 261:17 261:23
262:4 262:17 263:12 263:14 264:9 266:6
266:20 267:10 267:13 267:21 269:24 282:
283:16 287:19 287:19 287:22 290:8
290:25 292:11 293:4 293:13 293:15 293:1
296:9 298:5 311:7 314:16 315:1 315:6
316:8 316:17 316:20 317:10 317:17 317:1
322:25 323:7 323:23 323:25 330:3 330:7
332:16 337:19 340:11 340:12 340:21
340:23 342:11

**ifsa's**(5) 36:17 37:3 44:24 57:3 323:24
**ifsas**(1) 259:13
**ifsa's**(1) 115:22
**ignore**(7) 24:11 62:16 113:25 147:10
311:23 320:9 322:18

**ignored**(1) 300:18
**ignores**(2) 260:13 303:19
**iii**(1) 126:20
**illustrative**(1) 78:13
**imaginable**(1) 36:11
**imagination**(3) 67:5 289:17 342:15
**imagine**(2) 33:19 47:23
**imagined**(1) 67:4
**imbedded**(2) 23:4 54:23
**immediate**(3) 73:22 74:14 325:15
**immediately**(5) 34:25 182:19 192:4 231:1
314:9

**impact**(3) 17:13 25:22 63:19
**impartial**(3) 33:11 48:14 49:12
**impasse**(20) 67:8 67:9 73:2 73:6 74:9
74:11 78:19 78:19 111:25 122:6 143:16
143:22 157:18 193:4 197:1 197:2 197:6
199:12 199:14 328:12

**impediment**(1) 310:21
**imperative**(1) 178:6
**implementing**(1) 36:21
**implicated**(1) 56:5
**implication**(1) 326:5
**implications**(2) 120:13 146:2 335:10
**implied**(3) 44:11 76:18 313:6
**import**(1) 342:5

**importance**(4) 18:16 99:22 197:12 216:3
**important**(80) 19:12 29:22 30:20 33:7
34:7 36:16 36:17 36:25 37:19 40:23 40:25
42:3 42:21 43:4 47:2 47:17 48:2 54:15
54:18 62:2 69:14 70:24 77:25 79:13 79:2
79:24 81:1 82:13 89:23 94:19 96:10 96:2
97:2 97:5 100:4 100:15 102:16 106:5
116:17 124:21 128:25 134:22 140:4 152:7
165:23 174:19 175:16 175:21 182:18 190:
190:5 191:10 198:6 207:13 208:14 209:12
228:6 228:6 229:14 257:2 259:1 259:18
264:8 265:17 267:11 269:8 284:4 287:20
287:25 291:15 293:9 296:7 300:16 316:13
323:10 329:2 330:11 331:6 331:7 335:22

**importantly**(10) 77:22 104:15 110:12
128:18 152:13 182:7 283:9 297:14 299:10
340:22
**impose**(7) 70:7 170:20 170:23 171:18
232:15 240:14 310:13

**imposed**(6) 136:24 170:1 170:8 170:13
170:14 170:18

**impossible**(9) 31:14 76:5 276:17 276:18
276:19 276:23 277:19 279:24 300:13

**improbable**(1) 276:18
**improper**(4) 56:8 148:20 273:8 273:18
**inadmissible**(5) 87:19 89:18 89:20 89:22
122:21

**inapplicable**(1) 282:7
**inappropriate**(1) 110:25
**inc**(10) 1:7 5:8 6:38 13:2 13:13 13:21
106:4 132:21 189:10 192:12

**incapable**(1) 48:14
**incidentally**(1) 114:19
**inclined**(2) 11:16 173:24
**include**(12) 15:25 59:7 88:10 131:22
157:15 190:8 224:16 232:24 247:23 254:4
262:15 285:19
**included**(10) 33:10 77:12 106:23 108:9
118:5 123:2 134:8 191:18 198:9 314:17

**includes**(8) 102:8 103:2 103:25 104:24
125:5 155:22 157:19 325:4

**including**(26) 10:10 33:1 46:8 46:10 58:10
97:21 104:18 123:2 134:18 145:1 155:7
155:20 156:10 159:14 168:11 175:13
179:13 211:6 231:20 246:10 251:12 264:11
282:11 296:14 337:8 338:10

**inconceivable**(1) 61:19
**inconsistent**(6) 65:15 76:8 182:14 182:17
246:13 248:21

**inconvenient**(1) 110:24
**incorporated**(2) 12:15 55:5
**incorrect**(7) 21:13 259:21 260:9 265:8
265:11 268:3 303:9

**incorrectly**(1) 284:24
**increase**(2) 32:19 233:9 257:22
**increases**(2) 31:8 239:10
**incredible**(1) 286:21
**incredibly**(3) 67:9 193:16 213:20
**incriminate**(1) 278:22
**incrimination**(1) 278:22
**incumbent**(1) 172:15
**indeed**(22) 21:15 22:8 23:15 34:10 37:1
49:22 64:16 66:24 70:3 70:17 75:19 81:2
81:8 113:17 113:23 133:21 135:2 192:23
235:15 310:9 317:17 321:20

**indemnity**(1) 238:13
**indenture**(2) 106:2 106:7

**independence**(7) 273:3 273:6 275:3 303:23
304:11 304:18 339:2

**independent**(19) 47:22 48:5 49:11 169:9
179:24 196:13 228:17 228:20 273:14
273:15 294:4 294:5 294:8 294:13 295:8
296:4 303:24 326:15 326:20

**independently**(5) 26:5 173:25 275:5 275:6
276:13

**indicate**(1) 78:10
**indicated**(5) 111:8 120:20 125:15 134:20
147:25

**indicates**(1) 107:22
**indicating**(1) 187:6
**indicative**(1) 232:10
**indicia**(1) 82:23
**indifferent**(1) 107:10
**indirectly**(1) 174:17
**indiscernible**(10) 107:24 139:7 139:16
160:18 176:24 187:20 194:13 301:21 337:
342:2

**individual**(8) 126:16 245:25 278:25 292:1
292:18 297:17 304:12 304:14

**indulgence**(2) 153:4 343:17
**inefficiency**(1) 137:3
**inefficient**(1) 137:20
**inescapable**(2) 74:9 81:20
**inevitably**(3) 150:24 176:24 340:23
**inextricably**(4) 95:13 132:25 193:18 311:5
**infected**(3) 64:19 79:17 313:11
**infecting**(1) 318:23
**infection**(4) 67:12 310:22 311:22 312:18
**inferentially**(1) 334:11
**inferring**(1) 334:14
**influenced**(1) 156:20
**inform**(1) 314:10
**informal**(3) 13:1 191:14 248:6
**information**(6) 32:24 121:4 124:21 219:22
336:22 336:23

**informative**(1) 225:15
**informed**(1) 221:2
**ingersoll**(1) 2:25
**ingredient**(2) 206:21 225:20
**inherent**(5) 160:22 162:5 271:20 271:24
271:25

**initial**(4) 29:9 124:23 150:12 247:9
**initially**(2) 178:14 307:5
**initiated**(1) 248:1
**initiates**(1) 212:24
**initiation**(1) 213:2
**inject**(1) 240:24
**ink**(1) 34:22
**inna**(1) 1:36
**input**(2) 56:20 84:1
**inquired**(1) 341:23
**inquiry**(1) 138:24
**inserted**(1) 67:7
**insertion**(2) 63:17 65:22
**insertions**(1) 62:1
**inside**(1) 32:2
**insidious**(1) 312:18
**insignificant**(1) 111:11
**insinuate**(1) 334:23
**insinuated**(1) 257:7
**insist**(2) 114:7 210:1
**insisted**(4) 11:10 78:20 111:6 209:18
**insistence**(2) 79:4 332:9
**insolvencies**(4) 31:15 33:13 160:24 161:10
**insolvency**(17) 31:12 35:22 45:14 53:1
65:13 116:23 159:14 161:2 168:4 179:4
207:4 239:9 260:14 260:16 260:19 262:8
340:10

**insolvent**(1) 168:8
**instance**(5) 65:10 66:17 95:16 240:19
**instances**(3) 88:24 158:15 159:20
**instead**(5) 193:10 212:9 265:18 311:10
338:21

**instituting**(1) 237:13
**instructed**(2) 14:18 159:12
**instructions**(2) 60:17 161:9
**instructive**(5) 60:7 64:6 126:9 129:4
**instructively**(1) 126:6
**instrument**(1) 242:12
**insubstantial**(1) 321:25
**insurance**(1) 192:7
**insurmountable**(1) 137:2
**integrated**(1) 172:24
**integrity**(1) 177:4
**intellectual**(12) 31:24 41:21 42:2 42:13
42:22 134:18 216:5 241:2 241:7 241:14
241:16 241:21

**intend**(1) 219:15
**intended**(18) 22:12 81:14 100:19 101:4
101:16 121:1 129:24 131:22 133:2 133:9
134:25 135:3 135:10 184:10 209:25 213:24
264:2 335:18

**intent**(15) 86:25 101:7 121:3 153:1 216:23
216:23 216:24 238:17 272:20 283:11
283:12 283:16 284:3 284:10 344:3

**intention**(9) 47:20 82:4 135:12 135:13
135:19 142:6 263:20 263:22 298:21

**intentions**(2) 122:19 183:25
**intently**(1) 201:18
**intents**(1) 15:21
**inter**(3) 132:25 136:23 311:22
**inter-company**(11) 144:17 145:2 145:8
311:14 311:18 311:19 318:22 319:4 319:17
336:16 342:1

**inter-estate**(1) 135:1
**inter-related**(2) 132:14 132:18
**intercompany**(21) 64:17 64:20 65:6 65:22
65:25 66:12 66:14 67:6 77:24 100:24
131:23 132:14 132:18 133:3 133:9 133:16
133:20 187:10 247:17 247:21 248:23

**interconnectedness**(1) 63:21
**interest**(19) 86:11 103:3 103:12 103:14
104:2 111:2 129:13 130:20 131:16 133:18
160:3 164:7 165:12 174:17 185:2 242:11
293:21 306:8 339:6

**interested**(5) 4:45 75:13 78:10 293:21
294:11

**interesting**(9) 49:18 50:7 59:9 59:20 222:3
276:24 313:19 314:5 317:22

**interestingly**(3) 45:6 129:10 265:20
**interests**(15) 33:10 35:19 46:16 76:20
105:14 111:19 165:3 175:22 206:25 208:17
208:22 209:14 312:5 319:8 335:8

**interfere**(2) 304:15 304:15
**interference**(2) 339:20 339:22
**interim**(8) 21:16 29:2 38:25 39:4 40:16
118:14 118:16 289:8

**intermingling**(1) 197:1
**internal**(2) 286:7 298:11
**international**(29) 98:10 128:14 150:5
150:6 150:7 150:10 150:15 150:16 150:20
150:23 150:24 151:1 151:21 168:13 174:11
206:15 206:23 207:3 207:4 207:5 271:24
272:3 272:15 277:13 279:19 279:22 284:19
285:6 285:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**interplay**(1) 79:15

**interpret**(4) 158:6 160:7 263:10 292:4

**interpretation**(16) 136:16 147:11 150:15 152:14 152:19 226:16 227:1 264:16 266:2 268:4 282:8 282:17 282:21 284:18 301:23 302:16

**interpretations**(2) 226:23 282:5

**interpreted**(2) 262:4 327:16

**interpreting**(3) 124:19 148:4 344:9

**interrelation**(1) 66:12

**interrelationship**(1) 311:14

**interrupt**(3) 207:7 214:17 233:5

**interrupting**(1) 220:2

**intertwined**(3) 64:6 132:25 164:13

**intervenor**(1) 6:8

**intervention**(3) 228:16 294:1 308:2

**into**(98) 14:19 41:14 41:23 43:19 44:20 47:3 50:23 53:5 55:15 56:7 58:23 58:23 58:25 59:2 62:4 62:6 63:15 63:17 65:22 67:7 71:2 71:12 76:22 81:9 84:13 90:1 93:17 100:13 100:25 101:8 101:9 101:9 104:9 114:5 114:12 115:17 119:21 122:20 125:17 133:16 140:21 144:21 145:24 158:19 162:9 171:16 182:23 185:10 194:1 202:25 209:14 209:15 210:18 211:19 211:25 219:6 224:9 224:20 227:16 228:7 231:1 238:21 240:24 243:25 251:14 251:1 252:16 259:11 259:14 259:14 261:17 263:15 263:23 263:24 264:4 264:9 264:22 265:6 266:12 266:15 279:14 285:15 289:6 289:8 289:10 293:20 302:14 302:21 307:4 311:25 323:3 323:6 323:12 326:17 334:23 337:9 338:18 339:24

**introduce**(2) 8:4 202:1

**introduction**(1) 287:22

**introductory**(2) 52:15 211:14

**invention**(1) 242:14

**investment**(2) 7:11 7:12

**investor**(1) 179:6

**invitation**(1) 157:16

**invite**(1) 15:12

**invited**(2) 158:6 248:7

**invoked**(1) 212:5

**involve**(2) 117:11 275:12

**involved**(17) 34:4 90:7 94:1 104:3 128:16 168:11 170:8 239:22 260:19 261:2 261:3 275:15 275:16 294:17 296:11 297:21 336:21

**involvement**(4) 87:17 162:24 229:3 229:9

**involves**(4) 117:6 130:1 132:12 326:15

**involving**(1) 27:15

**ireland**(2) 241:5 320:22

**irrelevant**(2) 42:8 54:7

**irrevocable**(1) 217:15

**irrevocably**(6) 58:4 59:8 59:8 61:4 61:20 334:12

**isn't**(12) 59:14 59:20 70:9 145:19 148:1 213:16 219:11 238:19 310:15 337:13 337:13 340:9

**isn't**(6) 85:6 173:19 196:17 274:18 275:24 290:23

**israel**(6) 27:5 260:17 276:6 276:8 320:10 320:11

**israel's**(1) 320:11

**israeli**(2) 27:9 49:22

**issue**(105) 22:8 22:9 22:9 43:25 49:8 49:14 66:3 68:11 74:8 80:1 80:7 84:16 86:5 87:8 88:19 97:6 106:19 111:17 114:2 115:3 115:8 122:4 128:24 130:4 130:11 134:24 136:22 138:21 140:22 140:24 141:13 141:23 143:12 143:24 144:16 147:14 148:20 148:20 148:23 149:19 149:21 149:25 150:1 160:14 163:9 164:17 168:20 169:10 169:21 173:10 174:6 178:13 189:17 191:22 192:1 192:3 198:1 208:15 216:25 220:3 220:6 225:6 243:3 243:5 244:2 247:18 263:15 266:3 270:6 272:14 274:14 277:9 277:16 277:17 277:18 277:18 279:12 279:20 281:21 300:15 301:10 302:2 303:23 307:12 307:13 310:2 323:10 323:14 331:19 331:22 331:23 334:13 335:7 338:11 338:12 340:4 343:5 345:13

**issued**(4) 106:3 292:6 329:2 341:23

**issues**(139) 9:24 10:9 17:12 17:17 19:19 20:6 20:7 23:14 25:20 26:20 28:15 28:17 28:18 29:21 29:23 31:15 34:19 41:19 45:19 46:21 63:16 65:5 65:12 65:15 66:1 66:24 68:6 68:8 68:11 68:12 71:9 71:24 72:16 73:2 74:4 75:14 75:17 77:11 77:15 77:18 77:19 77:20 77:25 79:24 88:24 93:19 105:1 113:10 113:25 114:18 115:3 115:16 128:21 129:22 131:6 132:11 132:17 137:1 137:3 137:19 138:11 139:8 140:21 140:23 141:11 141:12 141:15 142:1 142:7 144:17 145:1 145:15 145:16 145:23 146:9 146:13 146:18 146:21 152:19 156:2 164:11 169:15 170:10 173:23 173:24 176:8 178:5 183:21 184:12 187:12 190:18 192:20 193:17 193:19 193:25 194:23 195:23 196:18 197:3 198:9 211:2 213:8 213:11 214:6 214:10 219:19 230:16 232:1 236:4 236:21 236:25 242:24 243:24 278:1 280:21 281:6 288:23 299:20 300:12 301:3 302:7 303:7 303:8 303:15 304:25 307:7 308:18 322:6 328:5 328:8 328:8 329:6 339:11 339:11 340:17 341:6 341:18 342:3

**issue's**(1) 183:9

**issuing**(1) 141:2

**it's**(158) 8:6 9:7 15:10 19:5 20:5 20:15 21:18 23:22 26:14 28:25 29:22 30:18 32:12 33:7 33:18 34:15 34:19 35:2 36:16 36:19 36:19 36:20 36:25 37:3 40:16 42:24 44:23 44:25 46:2 47:17 48:1 48:10 50:2 50:3 50:12 52:11 52:20 53:15 54:7 55:23 55:24 56:5 56:22 57:4 57:21 57:23 58:17 59:1 59:1 59:15 59:25 59:25 60:20 61:14 69:14 70:5 70:5 70:24 71:10 137:1 139:1 140:11 140:24 142:14 145:8 147:11 148:8 148:20 149:9 153:19 158:20 159:5 160:5 201:14 201:21 202:1 203:10 204:1 204:18 205:21 207:2 207:13 208:6 208:6 208:15 208:24 209:2 209:11 211:4 213:23 216:13 216:18 216:20 218:6 218:7 218:8 218:9 219:8 219:8 219:12 219:14 220:3 220:4 220:6 220:7 222:4 224:16 225:16 225:24 227:19 230:22 232:16 233:18 236:23 239:15 241:9 243:21 243:25 244:13 318:3 319:8 319:8 319:8 320:3 321:1 321:1 321:12 321:17 321:25 322:1 323:2 323:22 324:3 325:11 326:6 326:9 327:1 328:3 329:1 329:3 331:8 332:13 335:3 336:16 336:7 336:9 336:22 336:12 337:3 337:22 338:15 338:20 341:3 343:15 343:15 344:1 345:8 345:10

**item**(7) 9:6 12:25 13:11 77:23 77:24 130:25 231:1

**items**(2) 8:24 9:8

**its**(44) 18:5 34:18 58:4 59:10 60:16 60:18 61:21 76:18 76:20 114:17 127:11 140:24 156:10 160:22 162:5 167:19 167:20 168:8 168:25 178:11 192:14 197:9 197:12 198:25 211:24 218:23 224:20 229:15 259:1 264:16 267:1 271:12 271:12 271:18 271:21 272:22 277:6 282:4 282:13 299:22 299:23 327:16 343:25

**itself**(23) 36:10 43:4 49:16 58:4 59:9 59:21 61:21 84:2 85:9 94:20 111:20 122:1 138:13 160:15 178:18 228:24 229:4 239:9 273:19 282:5 294:19 294:21 301:6

**it'll**(1) 279:16

**it's**(171) 72:17 72:18 75:18 77:10 79:13 80:9 80:21 81:15 85:16 87:3 88:15 88:20 89:2 89:8 90:22 91:4 91:21 91:23 100:15 101:24 102:16 102:24 102:24 104:6 104:7 105:2 108:18 109:2 109:8 109:14 110:1 110:15 115:21 117:12 117:25 117:25 125:16 126:9 129:25 133:1 135:8 160:23 161:11 163:14 164:17 165:1 165:12 165:20 169:1 169:20 172:3 174:15 175:15 176:10 177:21 179:10 179:20 180:15 180:18 180:24 181:3 181:4 181:5 181:14 181:17 182:18 182:22 182:23 183:4 183:4 183:16 183:25 184:2 185:2 186:14 188:8 188:8 188:24 189:15 189:24 190:21 192:9 193:3 193:12 196:13 196:23 198:5 198:7 194:19 199:24 245:16 245:18 249:16 251:18 251:24 253:20 256:14 257:13 257:15 258:4 258:5 258:17 259:10 260:10 261:6 261:8 262:3 262:18 263:7 261:25 265:8 266:20 269:8 269:9 270:15 271:3 272:13 274:22 275:16 276:22 277:8 277:11 277:11 277:20 277:21 277:25 278:5 279:18 279:20 279:23 279:2 280:17 280:19 281:7 282:1 282:24 285:4 286:17 286:24 287:5 287:15 287:22 288:3 289:13 289:22 290:25 291:4 291:4 291:14 292:12 292:15 293:6 293:7 293:9 296:25 297:2 297:25 302:3 303:2 303:24 304:24 305:9 304:18 305:8 305:8 305:14 306:11 306:16 309:10

**i'd**(17) 74:21 75:8 76:14 76:23 82:4 85:17 89:24 91:20 160:14 161:18 175:24 183:11 190:22 191:5 199:6 256:12 305:3

**i'll**(51) 73:3 81:16 90:18 91:22 102:12 103:9 106:5 106:20 116:16 136:6 136:9 182:25 183:8 193:10 251:22 252:24 264:6 264:7 264:14 266:8 267:9 268:20 269:13 271:7 271:8 271:23 272:21 273:1 273:8 273:16 274:8 275:9 276:24 277:15 279:20 284:17 289:14 291:8 291:9 291:13 295:2 299:3 303:24 304:24 305:9

**i'm**(66) 73:19 91:21 91:22 100:19 103:11 104:19 105:23 108:17 108:22 109:2 109:1 114:13 118:15 131:16 132:7 134:1 154:14 161:6 163:16 164:20 165:5 180:6 181:13 181:19 183:2 183:11 184:7 184:12 184:25 185:9 185:10 186:12 186:19 187:7 187:24 188:3 188:8 191:16 191:25 196:16 245:17 246:3 255:15 256:1 256:8 256:9 256:16 256:17 256:19 263:1 274:24 276:17 277:2 278:3 279:8 283:11 284:11 285:24 290:14 297:8 298:23 306:14 307:8 307:21 309:10

**i've**(13) 72:17 78:3 108:11 170:22 183:8 186:7 249:2 281:10 288:4 300:9 300:10 301:13 305:1

**jam**(1) 307:23

**james**(6) 3:42 3:43 10:4 21:3 319:11

**jameson**(1) 3:14

**jammed**(2) 185:12 188:14

**jane**(1) 2:38

**january**(8) 35:8 36:1 161:3 161:3 194:3 311:3 311:8 336:6 336:9

**jaws**(4) 319:14 319:17 319:21 328:20

**jealous**(1) 324:24

**jeff**(1) 5:37

**jennifer**(1) 6:9

**jim**(1) 1:32

**job**(5) 101:10 101:15 101:20 147:9 169:21

**jobs**(1) 32:18

**john**(5) 7:38 123:16 230:3 311:1 325:5

**join**(1) 166:15

**joint**(188) 5:17 7:28 9:6 10:16 14:5 21:18 23:15 27:4 28:22 29:9 29:16 33:10 35:6 35:21 35:23 40:7 42:18 45:24 46:9 46:11 46:24 47:9 47:18 48:11 48:20 49:4 49:21 49:24 50:2 50:5 50:9 50:15 50:21 52:7 52:12 52:14 52:24 52:25 54:16 54:18 54:21 54:25 55:3 55:8 56:1 56:5 56:13 56:15 56:18 56:25 58:2 59:7 60:3 61:4 61:12 61:19 62:14 63:3 63:18 63:20 63:23 64:2 64:6 64:13 65:2 65:17 67:4 67:16 68:6 70:2 70:3 71:20 72:17 72:18 73:4 73:21 74:2 74:13 75:2 77:8 77:16 79:4 79:7 79:11 79:14 79:19 79:23 80:11 80:18 81:5 82:13 83:15 83:18 84:3 84:5 84:7 85:5 85:13 85:23 86:20 87:3 87:6 87:9 87:10 87:14 87:20 88:7 89:5 89:11 89:23 90:2 90:6 90:8 90:11 90:13 90:15 91:1 91:4 91:9 91:11 91:25 92:25 93:11 93:15 93:20 110:6 112:5 114:11 124:6 132:22 140:6 140:7 140:13 158:3 158:4 158:16 159:14 162:10 167:9 168:23 170:11 178:2 178:5 187:12 197:7 202:2 206:1 219:13 229:11 231:17 232:7 241:11 245:8 258:10 265:22 265:23 274:4 277:6 277:9 279:6 281:5 295:22 297:22 300:25 302:5 306:21 306:25 307:13 307:22 309:04 310:16 314:5 315:7 315:21 316:6 320:25 322:18 323:20 323:25 327:21 328:3 329:1 329:3 331:8 336:18 338:2 340:2 341:24

**jointly**(2) 1:9 171:12

**jon**(1) 336:6

**jones**(3) 3:13 177:22 190:20

**joshua**(1) 5:32

**judge**(127) 1:20 8:5 8:7 8:8 8:11 14:23 15:17 16:8 17:18 18:12 19:4 21:7 25:1 25:11 25:20 25:22 72:6 72:14 72:15 73:12 76:13 94:8 101:13 105:20 107:3 108:23 109:18 109:24 116:5 116:21 123:24 132:3 133:25 137:25 139:18 144:25 146:14 146:16 154:10 157:1 158:8 158:17 158:23 159:15 160:10 160:10 160:11 162:18 162:23 163:4 163:9 165:18 171:23 174:20 176:6 177:21 180:8 185:25 186:2 186:19 191:24 192:11 192:15 197:19 198:23 199:17 199:23 200:17 200:25 201:14 202:3 202:4 202:12 203:14 205:24 217:9 217:18 219:3 219:14 225:7 270:15 270:17 274:19 277:24 280:3 281:25 282:1 283:4 285:8 285:24 286:25 287:8 290:8 293:11 304:3 304:14 304:16 304:21 304:21 304:23 305:22 305:25 306:5 306:14 307:7 307:18 308:3 308:8 308:11 308:14 308:20 308:23 309:1 309:4 309:8 324:21 324:23 325:23 325:3 336:25 343:20 344:6 344:8 344:14 345:25 345:21 345:25

**judges**(9) 23:17 25:13 25:14 166:21 236:15 304:12 339:7 339:19 344:3

**judge's**(1) 304:5

**judgment**(6) 56:10 58:15 61:1 211:24 211:25 223:25 299:23 344:12

**judgments**(1) 246:18

**judicial**(8) 103:20 150:22 151:4 182:15 197:7 304:11 304:18 304:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**judiciary**(1) 327:9
**juggernaut**(2) 182:20 182:21
**jugglers**(1) 32:4
**juggling**(1) 32:6
**july**(5) 77:12 118:5 129:11 243:24 319:1
**jump**(1) 295:2
**jumping**(1) 287:3
**june**(19) 1:15 8:1 37:5 37:18 38:3 41:9 55:4 58:12 58:21 69:25 75:3 114:11 118:12 119:1 169:23 293:5 296:25 298:8 346:10
**jurisdiction**(172) 8:7 28:16 49:21 50:7 50:11 50:15 50:25 51:20 52:4 53:21 54:5 54:20 55:2 57:23 58:6 59:11 59:15 59:15 59:18 59:22 60:5 61:1 61:7 61:22 71:17 72:21 72:23 95:7 95:8 95:10 95:19 102:20 110:21 112:4 112:7 112:14 114:1 114:3 114:20 115:9 115:10 115:12 115:13 117:1 117:20 119:18 120:3 120:4 120:8 120:14 120:18 120:18 141:14 141:20 141:25 142:3 142:13 142:16 142:20 142:23 143:3 143:9 145:21 156:8 157:7 157:14 159:21 166:24 167:19 167:20 167:23 168:15 168:19 169:9 169:11 169:14 169:16 169:1 169:21 171:10 173:25 174:11 176:12 176:13 176:15 178:17 193:9 193:22 193:2 194:3 194:11 194:14 194:19 194:24 195:3 195:5 196:7 196:11 197:4 197:10 197:10 197:10 198:13 199:2 212:4 212:4 220:3 220:6 230:18 232:18 232:20 235:12 235:2 236:1 236:3 236:16 237:4 237:4 237:19 238:7 238:23 239:4 239:11 239:17 239:19 240:7 245:23 259:2 259:4 266:4 266:16 266:25 267:7 268:1 269:24 270:1 271:7 271:11 271:13 271:20 271:21 271:22 271:24 271:25 272:1 272:3 272:5 272:10 272:16 272:19 301:15 301:24 302:1 302:7 302:12 302:20 304:25 314:14 314:15 314:18 314:20 323:10 327:18 329:20 329:21 334:6 339:14 339:25 340:5 343:2 343:14

**jurisdiction."**(1) 89:16
**jurisdictional**(22) 31:15 50:24 59:5 60:3 61:3 114:18 115:3 115:3 115:5 115:8 119:25 151:2 230:7 230:7 230:17 269:1 273:7 299:19 300:9 301:12 313:20 314:25
**jurisdictions**(23) 31:20 42:20 49:17 65:14 95:5 102:24 102:24 103:24 103:24 141:23 142:2 151:25 167:1 168:17 171:17 219:18 220:4 246:10 260:7 275:23 276:4 280:5 322:11
**jurist**(1) 8:5
**jurists**(1) 325:9

**just**(222) 8:4 9:14 11:8 12:5 12:9 17:19 23:24 24:9 24:9 25:4 27:1 27:6 27:13 28:2 29:8 31:14 47:8 51:14 57:13 59:4 59:14 59:22 59:25 63:14 63:21 64:1 64:2 65:1 66:5 72:19 73:7 74:19 76:3 79:9 79:10 80:13 82:8 85:10 86:6 87:2 88:22 89:24 91:19 100:11 103:9 105:10 106:9 108:17 114:14 128:19 131:24 133:19 136:10 136:10 137:8 138:1 138:24 145:1 146:10 149:6 149:19 152:12 157:10 158:1 158:22 160:11 161:17 161:19 163:8 163:16 163:22 164:21 165:4 165:8 165:21 170:4 171:3 172:7 172:10 179:9 179:20 181:11 181:19 182:15 182:24 186:16 186:23 187:7 187:24 188:3 188:23 192:18 194:17 200:2 200:4 200:9 202:25 204:11 205:14 205:16 207:6 209:3 209:15 212:20 214:12 215:11 218:18 219:3 220:5 220:11 221:6 221:11 223:21 226:6 226:19 232:22 233:23 238:18 240:6 243:15 244:2 245:16 247:22 249:2 250:24 251:18 253:6 253:6 253:7 255:11 256:2 256:19 256:25 257:16 260:9 260:15 261:20 263:1 263:3 263:4 265:3 267:9 268:5 268:6 269:17 269:22 270:16 270:22 271:1 271:2 271:8 271:21 272:6 277:20 279:9 280:21 282:2 282:2 282:22 283:7 283:19 285:1 285:3 285:4 285:22 286:20 286:24 291:8 291:13 291:14 291:22 292:22 293:10 295:14 295:23 295:25 296:12 296:18 296:22 297:20 297:25 298:23 299:3 299:21 302:4 304:7 305:4 306:15 306:18 307:5 307:18 308:9 310:11 312:12 312:14 313:1 314:21 317:4 318:8 318:24 320:7 321:13 323:15 324:9 327:16 329:20 330:21 331:6 332:3 332:24 334:2 334:25 341:20

**justic**(2) 92:10 134:6

**justice**(246) 11:8 14:8 14:17 14:22 15:2 15:3 16:10 16:14 16:24 17:17 18:11 19:4 19:18 21:5 21:6 25:1 25:5 25:10 25:17 25:24 26:2 27:7 27:19 38:14 51:6 51:9 51:14 58:10 59:13 69:3 72:2 72:7 72:15 73:17 76:13 92:9 92:8 94:8 94:9 99:7 101:13 102:3 105:20 107:5 108:15 108:17 108:22 109:17 109:18 109:21 109:24 115:24 116:5 116:11 118:4 123:21 123:23 125:25 132:2 134:4 136:11 138:24 139:3 139:10 139:14 144:25 146:14 147:8 147:2 149:10 149:13 149:15 149:18 149:23 153:6 153:15 153:22 154:7 154:9 154:10 154:21 155:1 155:4 155:8 155:12 155:20 157:1 157:10 158:24 159:2 159:4 159:9 161:8 161:25 162:2 162:15 162:19 162:23 165:15 169:13 171:22 172:1 172:3 176:10 177:15 177:19 177:21 179:20 180:6 180:8 181:10 181:15 181:17 185:17 185:22 186:24 186:14 186:17 186:22 187:24 187:16 187:23 188:12 188:16 188:19 188:25 189:2 190:19 191:22 195:1 199:21 200:1 200:7 200:21 200:23 201:4 201:7 201:12 201:15 202:3 202:12 202:15 202:20 202:25 203:3 203:9 203:14 203:17 203:21 203:24 204:2 204:7 204:9 204:20 204:22 204:23 205:6 205:10 205:18 205:22 207:6 207:9 207:15 207:19 207:21 207:25 208:6 209:12 209:12 214:16 214:19 214:2 219:3 219:20 220:10 223:4 223:7 223:15 223:25 235:2 235:4 235:6 254:19 254:21 257:13 268:5 269:16 270:12 270:1 270:17 270:20 270:25 273:24 274:3 274:18 276:1 276:15 286:19 287:7 287:15 288:25 289:6 289:19 289:24 290:4 296:21 297:7 297:9 297:13 300:7 301:18 304:20 305:21 306:13 306:14 306:16 306:24 307:11 308:21 308:22 309:4 309:6 324:21 329:21 330:5 330:10 330:16 330:20 330:2 331:1 331:2 342:21 343:4 343:21 344:14 344:18 344:19 344:25 345:7 345:13 345:1 345:21 345:23

**justify**(1) 65:21
**justin**(1) 3:30
**justwright**(1) 75:25
**k-r-u-m-m-e**(1) 88:6
**kaneene**(1) 6:18
**kathryn**(1) 4:7
**kay-oliphant**(2) 3:23 4:31
**keep**(7) 31:18 60:21 78:21 100:15 100:16 199:11 234:19
**keeping**(2) 160:21 160:23
**kelly**(1) 6:23
**ken**(1) 2:20
**kennedy**(1) 5:13
**kept**(2) 208:23 319:11
**keratin**(1) 187:3
**kevin**(8) 1:19 4:21 7:35 21:17 21:18 315:2 335:3 335:5
**key**(14) 43:20 46:15 65:15 157:4 168:10 169:4 215:9 218:2 225:19 320:11 320:19 321:5 322:3 324:6
**keystone**(1) 57:4
**kgb**(1) 67:19
**khumbati**(1) 6:27
**kick**(1) 26:25
**kicks**(5) 137:8 196:17 197:5 197:9 249:16
**kind**(22) 12:9 51:17 76:7 78:17 85:8 91:14 96:23 103:6 155:23 200:18 202:11 209:7 214:8 214:11 223:1 225:12 231:25 240:1 240:6 249:18 251:24 325:20
**kinds**(2) 79:22 244:22
**king**(2) 2:14 2:40
**kingdom**(4) 31:18 324:21 325:10 327:10

**kirstopher**(1) 4:23
**knew**(14) 10:20 56:16 58:3 78:11 119:17 122:3 122:9 135:16 268:17 308:5 324:1 327:17 327:18 327:19

**knight**(2) 325:2 325:4
**know**(109) 9:9 11:6 11:10 11:15 14:8 18:22 20:14 26:12 29:3 43:5 49:1 49:2 50:15 52:8 72:5 77:8 93:23 97:4 97:20 98:11 105:10 111:15 114:14 117:13 128:1 130:22 131:8 131:19 133:3 133:21 137:12 139:21 143:13 152:4 152:5 153:25 157:8 158:7 164:18 168:1 174:11 175:6 175:7 175:9 175:25 176:18 182:15 183:10 184:8 185:2 186:17 189:15 190:21 191:1 192:1 210:9 211:4 212:11 214:23 216:6 218:21 221:12 227:23 227:23 239:7 246:21 248:9 252:2 252:3 253:9 253:13 256:14 264:2 265:2 265:14 271:5 281:12 283:4 291:1 291:15 291:17 302:4 303:12 304:23 307:21 308:17 311:25 318:4 320:10 320:12 320:25 321:13 322:6 323:22 324:17 324:24 325:6 330:9 330:9 333:6 336:25 337:1 337:14 338:2 338:13 339:7 340:6 340:25 343:10

**knowing**(2) 175:11 313:7
**knowledge**(2) 125:11 221:3
**known**(3) 73:21 91:25 288:13
**knows**(4) 49:2 60:11 202:21 203:4
**kreller**(6) 2:33 99:6 99:7 99:10 101:22 101:23

**krumme**(1) 88:6
**kuhn**(1) 5:33
**lack**(5) 75:18 130:10 199:12 312:7 317:24
**landscape**(1) 139:21
**lang**(16) 67:11 122:24 125:6 134:1 135:20 200:10 312:13 332:16 332:22 332:24 335:3 335:4 335:10 336:1 336:3 337:2

**language**(37) 43:4 43:14 44:22 44:23 44:25 45:1 62:16 71:7 81:6 83:16 84:11 86:22 86:24 87:1 87:4 92:12 93:11 215:8 223:20 224:19 230:11 235:15 237:16 242:3 242:7 242:24 287:19 288:20 289:7 290:25 291:22 297:16 297:16 312:20 316:21 318:9 319:6

**lang's**(4) 129:8 129:15 130:9 131:14
**large**(8) 34:7 75:7 134:12 151:2 163:19 178:14 179:4 328:11

**largely**(3) 38:2 99:17 100:3
**largest**(5) 86:13 97:15 177:24 191:6 344:2
**last**(30) 13:11 46:25 49:19 60:14 68:7 80:2 85:1 115:24 116:6 131:3 134:15 143:24 160:14 171:8 176:2 176:3 176:20 197:15 231:17 271:6 295:18 317:12 322:2 324:14 326:3 326:7 327:10 328:11 330:25 342:18
**lasted**(1) 75:3
**lastly**(2) 119:12 125:3
**lastowski**(17) 4:37 9:14 9:17 9:17 9:19 9:20 11:6 11:12 11:14 11:19 306:5 306:6 307:3 307:15 307:23 308:10 308:19

**late**(5) 20:17 201:17 256:14 306:7 338:16
**later**(20) 111:10 111:12 20:9 41:4 59:5 65:24 83:4 92:1 106:20 108:10 113:13 116:8 119:11 123:8 130:6 139:15 183:4 257:19 306:22 310:12

**latham**(3) 3:20 4:29 105:23
**latin**(1) 102:10
**latitude**(1) 140:2
**latter**(1) 133:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**laughter**(53) 21:8 24:25 25:16 32:10 37:16 38:24 51:10 51:16 67:24 153:12 153:21 154:12 154:18 156:23 172:5 172:9 186:4 187:19 187:21 187:25 192:8 201:19 201:2 202:9 202:23 204:13 204:15 205:1 205:15 206:3 207:18 207:23 208:3 208:9 208:12 214:25 233:20 234:8 234:23 252:20 255:8 255:24 262:22 262:24 319:15 324:19 325:17 327:22 329:17 330:18 330:23 344:16 344:24

**laundry**(1) 284:8

**laurie**(1) 4:8

**law**(133) 3:42 6:26 18:23 19:1 23:12 23:13 35:23 48:3 50:1 51:20 52:6 52:9 52:11 52:14 52:20 54:11 55:22 75:21 75:22 76:10 79:2 81:7 81:7 81:20 81:25 84:17 87:13 88:5 89:1 93:4 93:22 103:23 104:1 112:11 121:21 129:21 130:2 146:9 146:10 146:13 146:17 146:18 146:20 146:21 147:2 147:5 147:7 147:9 147:12 147:17 147:20 147:24 148:6 148:6 148:11 148:11 150:8 150:17 150:18 150:18 151:6 151:23 152:25 152:25 156:2 156:12 156:1 158:7 158:9 158:17 158:18 159:21 159:23 160:7 160:11 160:13 161:6 161:7 162:4 167:25 175:13 194:21 217:21 217:21 220:25 224:10 232:19 236:12 240:12 243: 247:7 253:16 253:24 259:21 262:5 263:18 263:22 263:25 267:2 268:3 270:12 271:1 271:15 271:24 272:3 272:4 272:15 275:22 276:6 277:13 278:16 279:21 279:22 281:1 281:16 281:19 281:22 283:6 283:23 289:13 290:14 297:21 301:22 301:23 304: 311:1 314:14 324:16 324:24 325:12 326:5 327:8 344:5

**laws**(11) 52:2 52:4 75:23 174:22 175:13 276:4 276:5 276:5 276:6 276:6 300:22

**lawyer**(3) 15:16 87:15 90:7

**lawyers**(2) 226:8 325:23

**law's**(1) 170:19

**layton**(1) 2:11

**lazarak**(2) 126:5 127:19

**lazard**(7) 143:19 218:9 218:15 221:19 291:20 337:15 337:15

**lead**(4) 82:23 101:20 274:7 281:9

**leading**(4) 209:20 227:19 278:12 327:9

**leads**(4) 74:9 212:24 271:17 327:4

**leamy**(1) 2:38

**learn**(1) 48:2

**learned**(1) 156:21

**lease**(1) 242:13

**least**(30) 9:10 15:18 22:3 24:21 28:1 31:1 74:2 75:15 82:8 87:9 108:4 110:3 110:21 115:7 117:4 117:7 117:9 117:11 138:6 175:10 198:10 220:8 248:10 253:7 304:20 305:2 307:5 307:11 314:24 335:12

**leave**(10) 23:25 51:12 53:22 167:9 256:19 256:20 280:9 282:14 307:17 325:7

**leaving**(2) 143:20 167:11

**leboeuf**(1) 6:26

**lecture**(1) 234:21

**lecturer**(1) 150:18

**led**(5) 33:17 95:16 218:5 227:9 273:22

**left**(10) 18:6 38:20 86:2 179:10 207:17 208:7 215:25 269:6 284:25 327:20

**legal**(22) 34:24 53:23 54:9 65:5 66:1 79:24 81:12 128:24 129:21 136:2 141:11 143:1 147:13 151:4 156:7 193:19 236:18 241:20 241:25 242:1 242:2 242:15

**legally**(2) 112:1 341:17

**legislation**(1) 339:23

**legs**(1) 145:5

**lehman**(4) 34:17 34:18 34:22 34:25

**leisure**(2) 149:21 193:15

**lend**(1) 20:10

**length**(7) 20:7 66:11 99:24 111:1 227:16 311:13 312:7

**lengthy**(2) 195:4 308:7

**less**(11) 10:19 23:19 32:21 38:7 41:3 41:13 42:15 44:18 70:6 179:14 257:23

**lesser**(2) 174:21 174:24

**lesson**(1) 48:2

**let**(18) 17:23 18:11 65:1 97:3 100:10 122:7 125:14 142:6 146:23 153:25 240:16 241:21 278:18 308:16 325:22 329:5 329:1 331:7

**let's**(17) 48:3 48:4 51:13 51:19 52:1 52:12 52:18 54:1 58:20 139:19 201:10 314:12 314:13 314:13 314:14 318:23 338:20

**letter**(15) 53:9 53:13 64:12 73:20 73:23 80:17 91:3 91:19 91:24 92:13 149:16 187:5 238:5 315:2 315:9

**letters**(1) 187:3

**let's**(8) 80:4 80:18 83:4 182:19 182:20 308:8 308:8 308:23

**level**(2) 30:5 344:21

**levels**(1) 203:25

**liabilities**(3) 33:14 104:13 104:16

**liability**(12) 49:25 50:2 50:10 52:7 52:12 56:13 56:16 58:2 60:8 60:11 242:12 242:15

**liberal**(1) 150:14

**liberty**(6) 1:41 53:5 53:6 123:5 123:10 304:12

**license**(8) 41:17 41:23 43:3 43:8 43:10 43:22 43:24 242:13

**licenses**(7) 41:21 42:3 42:5 42:9 42:11 42:17 42:22

**liens**(1) 26:18

**life**(2) 68:7 175:8

**light**(9) 72:24 89:1 106:17 192:20 257:24 321:24 327:9 329:11

**like**(84) 8:4 9:23 11:9 16:8 23:25 28:4 30:5 32:12 36:12 41:12 44:19 45:19 51:2 51:14 57:5 63:14 64:1 68:10 71:22 73:9 73:13 74:21 75:9 76:14 76:23 77:25 82:4 85:12 85:17 88:11 88:16 89:24 91:20 99:18 105:6 105:6 105:10 108:23 114:14 127:23 139:22 149:3 160:14 161:18 177:1 180:2 181:23 191:17 199:6 200:3 205:17 205:16 209:11 209:15 218:4 219:24 221:22 221:6 221:11 231:1 232:3 236:8 244:11 245:16 251:13 256:12 258:23 263:21 264:22 277:19 280:15 281:3 281:16 285:22 286:24 305:3 319:17 324:13 325:5 325:10 328:15 328:20 332:20 333:9

**likelihood**(2) 246:13 248:21

**likely**(9) 20:8 74:1 74:4 92:16 92:19 156:18 191:23 231:25 345:4

**limit**(5) 24:17 147:12 209:24 240:21 244:3

**limitations**(1) 238:12

**limited**(9) 76:1 76:10 102:7 105:4 126:21 189:9 189:14 223:6 321:17

**limiting**(2) 58:17 244:17

**linden**(1) 163:4

**lindsay**(1) 200:10

**lindsey**(15) 146:23 148:11 149:2 149:5 150:4 150:11 151:10 151:13 152:20 282:25 285:11

**lindsey's**(1) 151:16

**lindsey's**(1) 229:21 193:15

**line**(12) 50:3 104:3 105:17 159:6 159:6 159:7 184:15 280:23 289:3 293:16 295:14 298:7

**lined**(2) 119:14 119:16

**lines**(2) 12:7 297:12

**lineups**(1) 108:23

**lining**(2) 78:8 165:8

**linked**(3) 193:18 210:13 311:5

**linn**(1) 6:31

**liquidating**(3) 179:9 330:12 330:13

**liquidation**(2) 166:22 168:4

**liquidity**(1) 40:13

**lisa**(1) 1:38

**list**(14) 45:12 77:12 77:14 77:20 78:2 78:3 126:18 198:19 241:6 243:24 260:15 283:15 284:9 325:4

**listed**(5) 47:8 102:7 106:17 132:22 146:3

**listen**(2) 20:16 201:18

**listened**(3) 319:17 320:12 345:9

**listening**(1) 111:1

**literally**(2) 245:14 258:21

**litigate**(1) 247:17

**litigated**(4) 209:19 210:2 211:1 342:25

**litigation**(8) 92:16 92:19 184:9 185:10 232:6 232:7 232:9 232:10

**little**(38) 14:20 18:6 18:7 33:4 63:15 79:7 85:10 91:12 91:22 92:1 92:12 109:5 114:15 187:7 188:24 192:4 195:20 203:15 209:23 211:3 212:13 218:9 228:15 246:7 263:22 268:21 280:16 287:2 294:1 299:19 307:9 309:14 321:7 324:14 326:9 331:11 331:12 343:9

**live**(1) 154:9

**llc**(3) 7:16 93:6 93:7

**lloyd**(36) 4:21 7:35 21:17 21:19 89:7 89:18 121:3 122:15 122:22 123:8 126:3 126:3 126:6 130:7 130:22 131:3 132:4 132:8 133:23 133:24 134:3 134:11 238:7 256:4 291:13 296:1 314:5 315:2 316:4 332:25 335:3 335:6 335:11 336:21 337:6

**lloyd's**(8) 22:1 218:7 218:24 220:22 223:12 229:18 238:3 332:10

**lloyd's**(27) 87:18 89:22 122:12 122:21 123:14 123:16 124:20 125:3 125:10 126:1 129:6 129:10 129:17 130:8 130:12 132:9 134:2 135:7 193:15 251:2 292:23 293:6 293:12 296:20 299:4 299:24

**llp**(13) 2:18 3:6 3:20 4:4 4:13 4:29 5:17 5:27 5:31 5:40 6:26 72:11 107:8

**load**(2) 227:14 231:19

**loathe**(1) 144:18

**local**(2) 8:19 276:5

**located**(1) 37:3

**locus**(1) 144:19

**logic**(1) 64:20

**london**(5) 4:26 35:16 22:25 30:21 33:23 46:2 46:20 58:7 61:8 64:19 121:12 178:12 178:8 200:24 226:23 246:21 261:14 278:6 281:8 298:4 298:19 309:20 312:25 315:18

**long**(23) 19:12 22:25 30:21 33:23 46:2 46:20 58:7 61:8 64:19 121:12 178:12 178:8 200:24 226:23 246:21 261:14 278:6 281:8 298:4 298:19 309:20 312:25 315:18

**longer**(5) 39:7 39:9 271:1 313:13 330:12

**look**(86) 21:12 22:3 32:3 36:16 37:2 37:2 40:23 41:15 44:4 50:18 51:19 52:1 53:11 54:8 58:20 59:24 71:9 71:16 76:2 77:13 77:20 78:5 81:18 82:5 82:6 83:4 88:14 91:20 93:10 104:25 119:13 122:19 126:9 126:13 131:1 133:2 136:7 166:23 177:5 180:20 181:23 184:1 194:2 194:13 202:11 218:6 222:1 227:2 234:15 234:16 234:17 234:20 235:16 239:23 241:25 242:2 244:8 251:5 263:17 263:17 267:5 267:13 267:13 270:6 272:13 272:14 279:18 281:23 283:22 284:21 284:21 285:23 287:24 288:3 291:6 298:23 314:7 315:14 318:25 319:21 321:7 325:14 325:16 330:17 337:25 342:22

**looked**(5) 215:5 300:3 325:19 325:19

**looking**(17) 32:1 57:14 82:8 108:18 153:17 194:13 214:14 215:8 220:15 237:17 237:18 264:17 318:13 318:14 318:15 330:21 330:22

**looks**(4) 32:5 51:14 139:21 291:11

**lord**(7) 324:18 324:18 324:20 324:24 326:3 327:9 327:13

**lords**(1) 325:6

**lorenzo**(2) 6:34 6:35

**lose**(1) 137:10

**losing**(1) 195:16

**lost**(1) 202:4

**lot**(41) 36:19 37:2 39:16 41:12 55:10 92:21 95:17 108:1 116:4 122:11 141:10 176:1 210:14 210:14 210:16 213:11 214:10 215:4 217:22 235:21 236:24 239:23 244:5 244:10 244:10 247:16 249:8 253:8 271:10 284:16 284:18 291:9 313:16 313:17 317:21 318:12 318:14 328:23 331:10 331:18 339:3

**lots**(7) 45:13 45:14 45:16 69:11 172:17 173:14

**loud**(1) 285:24

**louisa**(1) 223:17

**love**(2) 11:7 29:3

**low**(1) 51:11

**lower**(2) 152:17 286:4

**ltd**(3) 5:46 13:20 35:19

**lubrication**(1) 39:12

**lunch**(2) 109:3 109:9

**luskin**(1) 4:6

**luxury**(2) 94:12 94:14

**lynchpin**(5) 36:20 43:18 57:4 315:19

**macadamia**(1) 5:44

**mace**(1) 1:45

**machine**(2) 321:9 321:11

**macquarie**(2) 6:4 6:4

**mad**(1) 344:22

**madalina**(1) 6:17

**made**(15) 10:10 19:22 22:16 23:6 23:10 24:13 29:6 31:3 36:3 36:12 41:1 41:2 45:12 46:23 46:23 49:9 51:12 52:17 54:24 55:8 59:16 63:20 64:9 65:2 67:11 68:13 71:7 76:1 79:23 90:10 95:10 107:18 120:22 124:12 129:3 138:25 152:17 160:3 161:3 164:12 173:15 180:19 183:3 190:15 195:4 196:4 199:16 200:6 200:8 209:7 211:16 213:10 215:4 220:23 228:8 229:18 229:24 231:16 232:4 232:12 240:22 241:1 241:7 241:24 243:12 243:14 244:4 244:17 247:19 250:25 251:3 253:8 257:3 257:7 264:8 264:13 265:19 267:12 271:6 271:18 272:17 273:25 275:20 276:3 277:22 280:7 280:19 283:18 294:19 294:25 295:13 302:4 302:10 302:11 302:17 302:19 309:13 309:15 309:19 311:8 311:9 313:13 315:19 318:14 319:14 319:4 321:22 321:22 321:23 322:9 329:24 332:10 332:20 341:11

**Word**    **Page:Line**

**madness**(1) 187:24
**magazine**(1) 344:22
**magna**(1) 193:10
**magnitude**(1) 33:4
**mailing**(1) 56:8
**main**(13) 9:22 11:4 11:4 29:18 35:19 38:21 95:1 209:16 213:12 214:10 241:4 256:17 261:20
**mainly**(1) 214:5
**maintain**(4) 47:12 47:14 233:16 250:17
**maintaining**(1) 134:15
**major**(8) 37:23 95:2 168:17 169:5 241:10 321:19 325:5 341:3

**majority**(3) 22:20 182:3 272:8
**make**(86) 9:23 22:22 27:13 48:3 51:19 53:3 64:7 72:4 74:20 74:21 76:7 78:6 82:1 86:6 87:25 89:24 90:20 91:10 102:14 105:12 108:1 108:24 109:12 113:13 128:2 129:25 141:20 146:24 158:23 159:24 163:9 165:9 172:15 175:24 183:20 184:11 186:19 188:23 192:18 194:7 198:24 199:1 209:25 210:3 220:22 223:24 241:12 241:22 242:17 242:17 248:3 249:12 250:2 257:9 257:21 257:24 258:8 259:18 266:8 267:9 269:14 269:17 271:8 273:8 274:20 274:24 278:8 283:21 283:21 290:10 293:2 297:20 302:9 303:4 303:24 305:3 306:9 306:18 310:13 315:12 323:11 326:24 339:19 340:19 343:11 343:14

**makers**(1) 128:21
**makes**(19) 23:22 24:12 28:6 54:3 71:6 99:15 107:16 146:4 163:16 179:7 191:2 224:20 225:16 240:12 247:20 248:20 269:11 277:14 304:16

**making**(14) 29:16 47:17 78:17 152:22 175:15 205:25 219:17 219:20 230:9 242:9 311:1 333:25 336:22 343:11

**man**(1) 203:4
**manage**(4) 158:11 161:5 161:10 206:14
**manageable**(1) 141:6
**managed**(2) 49:5 332:2
**management**(5) 5:36 6:13 6:13 6:30 33:24
**mandate**(3) 114:1 147:9 289:9
**mandated**(1) 97:19
**manhattan**(1) 2:34
**manifest**(1) 120:12
**manifested**(1) 81:23
**manifestly**(2) 111:21 141:16
**manner**(8) 24:22 98:23 123:13 161:17 182:5 182:16 198:22 303:4

**many**(43) 15:22 20:16 31:13 32:1 32:11 33:13 34:7 47:14 52:17 59:3 68:15 97:21 97:25 98:2 100:8 103:24 119:8 128:15 128:15 129:13 168:10 173:16 173:5 174:14 175:2 192:22 197:5 207:3 208:14 208:18 227:23 231:2 260:24 278:7 280:21 295:19 296:23 309:19 319:18 319:19 323:18 326:13 332:12

**margaret**(1) 325:5
**marinuzzi**(2) 6:34 6:35
**mark**(57) 78:24 108:17 108:21 109:21 109:22 109:23 110:1 116:12 118:11 118:11 123:24 134:5 134:7 139:2 139:5 139:12 139:17 149:11 149:14 149:17 149:19 149:24 153:6 153:10 153:13 153:17 154:6 155:17 156:1 156:4 156:7 157:25 158:9 159:22 160:5 160:9 163:12 195:4 198:7 260:10 265:20 279:20 282:3 284:23 285:3 285:10 285:17 285:18 285:23 323:21 330:21 331:1 331:4 331:11 331:14 331:17 343:25
**mark's**(1) 156:8
**marker**(1) 173:11

**market**(5) 1:12 1:26 2:27 104:8 136:24
**markey**(1) 202:21
**marks**(2) 193:11 239:6
**mark's**(1) 299:1
**marry**(1) 341:13
**martini**(1) 319:13
**massive**(3) 135:24 135:24 136:9
**master**(4) 42:6 324:22 341:2 341:5
**material**(17) 18:3 42:1 124:4 132:10 157:23 157:24 180:20 192:22 195:7 200:1 219:15 219:16 220:4 277:8 287:1 302:1 315:23
**materials**(13) 13:8 69:18 126:20 126:20 127:4 142:21 162:17 190:15 251:2 251:21 251:16 252:6 252:8

**matt**(1) 5:14
**matter**(68) 9:9 9:25 10:15 10:19 10:21 16:6 17:6 17:7 17:11 17:13 17:25 20:3 24:6 25:12 26:9 26:11 26:21 27:15 45:20 49:12 53:8 53:25 70:10 75:21 80:7 81:24 95:14 111:11 111:15 154:21 156:2 166:21 167:13 169:17 171:10 171:18 172:17 174:1 186:20 188:23 195:12 198:17 199:16 221:5 222:25 225:17 236:23 244:21 250:2 254:7 259:21 266:12 266:15 272:15 275:2 278:12 289:12 293:11 302:4 303:8 306:16 306:21 319:18 319:19 332:7 340:11 346:7

**mattered**(3) 316:8 317:10 317:11
**matters**(74) 8:19 8:25 11:22 14:9 17:9 17:19 17:21 18:4 18:23 24:4 26:18 27:3 27:4 50:14 53:23 54:4 54:7 54:10 55:21 56:24 65:9 68:15 69:1 95:9 95:21 96:3 104:13 110:16 110:19 110:21 111:6 113:1 115:12 118:2 120:21 121:14 122:17 150:23 150:24 150:24 156:3 156:17 160:1 162:10 167:24 170:10 184:9 186:18 195:1 195:10 206:5 207:4 207:4 220:25 221:2 232:18 232:22 232:23 235:14 235:21 235:18 236:14 239:24 245:7 265:16 265:1 279:15 282:5 286:15 295:21 297:10 300:15 314:4 322:14

**matthew**(2) 4:45 219:12
**matz**(1) 5:22
**mauro**(1) 6:39
**maximize**(3) 33:25 102:21 206:19
**maximizing**(1) 114:6
**may**(87) 9:14 10:19 11:23 17:13 37:25 46:4 53:2 53:4 54:17 57:15 63:6 67:1 73:10 77:5 77:19 79:10 80:17 85:17 89:11 90:18 92:2 111:11 124:13 124:16 126:18 127:4 129:21 129:23 131:5 134:24 136:15 137:12 137:17 139:14 140:8 140:10 140:15 141:22 142:3 148:13 149:20 154:24 159:22 160:2 171:1 172:21 175:1 175:3 175:14 179:17 183:25 185:17 187:23 189:16 190:10 192:4 192:20 198:20 202:21 203:25 217:19 220:17 221:18 222:7 224:7 253:11 270:25 277:24 278:19 281:23 292:18 297:18 301:3 303:3 304:23 308:11 309:13 315:3 315:9 316:17 322:23 330:24 340:3 341:17 342:18

**maybe**(16) 24:9 37:1 42:14 92:17 130:22 130:24 135:12 172:21 173:6 185:3 200:18 228:6 286:23 297:24 310:14 321:2
**mayer**(3) 3:6 5:40 102:4
**mayo**(1) 7:24
**mccloy**(3) 2:32 5:21 99:8
**mcfarland**(1) 162:1
**mcfarlane**(12) 16:11 16:12 16:15 156:19 156:25 157:1 157:2 157:12 158:25 159:3 159:5 159:10

**mcgee**(1) 4:23
**mclaughlin**(1) 5:23

**mean**(46) 11:12 24:10 51:25 51:25 52:20 58:20 60:8 61:14 61:14 61:23 67:3 67:15 67:19 83:19 131:23 185:2 191:15 218:3 224:7 226:24 231:18 237:10 243:2 244:12 253:18 253:19 253:21 258:21 269:12 285:22 288:13 289:16 291:2 291:16 291:17 292:4 293:2 300:4 300:5 306:19 320:1 327:16 333:23 334:20 338:24 343:8

**meaning**(4) 103:15 226:19 305:7 317:1
**meaningful**(1) 113:20
**meaningfully**(1) 191:3
**meanings**(1) 263:15
**means**(25) 52:8 67:3 84:9 85:24 87:7 100:17 150:20 179:23 199:23 224:25 249:14 268:7 268:18 268:19 269:19 290:2 291:1 291:3 293:15 315:8 326:12 326:13 328:6 332:5 333:3

**meant**(21) 24:7 86:16 224:15 226:18 227:11 228:9 250:6 250:17 264:10 265:4 268:11 268:16 269:11 291:12 292:25 314:11 332:1 333:2 333:19 336:16 343:2

**meantime**(1) 307:10
**meat**(2) 184:2 339:3
**mechanism**(8) 104:25 112:5 114:21 115:2 130:17 144:19 262:6 345:7

**mechanisms**(1) 40:3
**mediation**(12) 46:12 66:8 107:15 107:16 184:14 210:15 254:8 311:11 326:14 326:1 327:3 327:11

**mediator**(7) 254:5 254:11 254:16 318:3 318:5 326:15 332:5

**meet**(1) 243:9
**meeting**(1) 80:17
**meetings**(4) 75:12 80:2 188:6 311:16
**megan**(1) 1:34
**meghan**(1) 1:40
**melanie**(1) 5:23
**mellon**(12) 3:20 30:3 106:1 106:6 106:9 106:12 189:5 189:6 189:18 189:20 190:8 190:24
**member**(2) 106:8 106:11
**members**(2) 106:10 298:16
**memo**(1) 251:12
**memorandum**(2) 130:7 277:8
**mention**(10) 45:11 100:24 313:18 314:11 314:19 314:20 316:10 316:12 316:13 316:16
**mentioned**(10) 78:6 89:7 117:21 266:17 243:11 315:20 316:1 316:1 316:24 321:24

**mentioning**(1) 323:14
**merits**(2) 26:21 178:9
**mess**(1) 185:10
**met**(3) 21:19 75:13 143:11
**metaphors**(2) 168:5 168:6
**method**(4) 132:24 187:23 209:5 216:7
**methodologies**(3) 126:23 127:3 127:22
**methodology**(4) 127:1 127:4 128:20 337:20
**methods**(1) 211:8
**metia**(1) 113:13
**mic**(1) 85:11
**michael**(10) 3:21 4:6 4:37 5:13 6:23 6:31 9:17 105:23 129:8 335:3

**microphone**(17) 14:19 16:14 195:21 202:16 203:15 203:22 203:25 207:10 207:11 207:13 207:15 207:16 233:11 234:1 235:1 255:9 331:12

**middle**(3) 56:1 233:23 297:12
**midst**(1) 83:24

**might**(26) 23:6 23:9 23:11 23:14 70:18 114:7 173:7 179:15 194:1 198:2 205:9 207:6 224:16 224:17 231:5 232:3 232:4 253:18 261:19 263:2 306:24 307:1 341:16 341:25 343:16 343:19

**mike**(2) 203:23 205:9
**milbank**(2) 2:32 99:7
**millbank**(1) 5:21
**million**(15) 31:2 31:4 38:7 39:24 39:24 40:2 40:10 40:11 40:12 41:4 54:25 117:4 117:9 170:11 258:19

**milner**(1) 161:21
**mind**(11) 76:20 79:9 83:23 100:16 100:16 199:4 208:23 267:23 306:3 309:17 309:23

**minded**(2) 174:5 174:5
**mindel**(1) 7:36
**minds**(2) 81:1 328:19
**mine**(2) 136:12 157:9
**minimize**(1) 343:25
**minimum**(1) 75:23
**minor**(1) 38:6
**minute**(6) 183:1 192:18 201:10 203:1 298:23 317:12

**minutes**(14) 47:6 108:25 109:6 109:10 109:13 153:24 184:24 205:7 300:6 305:23 306:2 308:23 308:24 345:22

**mischief**(1) 199:3
**misconception**(1) 223:2
**misleading**(1) 253:19
**misreading**(1) 318:8
**misses**(1) 333:19
**missing**(2) 93:24 225:9
**mission**(1) 328:2
**missions**(2) 327:25 328:1
**mistake**(2) 131:25 313:6
**mistreated**(1) 137:16
**misunderstanding**(1) 103:11
**misunderstanding**(1) 21:10
**mode**(1) 207:22
**model**(2) 35:14 206:14
**modern**(1) 97:17
**modification**(1) 106:22
**modifications**(1) 107:18
**modifies**(1) 239:11
**modify**(2) 68:25 220:17
**mohsin**(1) 6:27
**moment**(15) 37:6 44:16 52:19 57:5 64:1 68:11 69:17 81:7 116:17 136:13 193:14 212:13 236:13 247:19 284:17

**momentarily**(1) 14:18
**moments**(5) 25:4 34:15 141:11 146:10 310:12

**mona**(1) 2:26
**monarch**(2) 6:21 6:22
**money**(11) 31:9 33:3 43:8 100:10 100:12 257:18 257:23 265:4 267:16 267:22 278:9

**moneys**(2) 39:8 40:5
**monies**(4) 104:10 267:14 320:21 341:8
**monitor**(40) 2:19 14:24 15:11 29:12 35:6 46:17 49:1 62:23 63:6 74:25 110:10 111:4 116:24 118:13 119:1 134:14 134:25 156:9 158:21 181:7 182:1 182:2 183:18 186:25 192:13 192:14 192:20 193:4 196:4 196:15 196:16 197:4 197:11 198:17 198:19 198:19 198:25 297:22 335:13 335:17

**monitor's**(1) 158:20
**monitors**(2) 16:17 198:16
**monitor's**(9) 119:15 163:14 181:24 184:12 187:5 192:22 193:1 193:3 195:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**month**(2) 31:6 59:5

**months**(12) 36:10 59:1 62:21 77:16 127:15 128:15 211:6 287:2 316:20 317:2 331:19 332:12

**morawetz**(234) 11:8 14:8 14:17 14:22 15:2 15:3 16:10 16:14 16:24 17:17 18:11 19:4 21:5 21:6 25:1 25:5 25:10 25:17 25:24 26:2 27:7 27:19 38:14 51:6 51:9 51:14 72:2 72:7 72:15 73:17 92:6 92:8 92:10 94:9 99:7 101:13 102:3 105:21 107:5 108:15 108:17 108:22 109:17 109:21 109:24 115:24 116:11 118:4 118:10 118:16 123:21 123:23 125:25 132:1 134:4 134:6 136:11 138:24 139:3 139:10 139:14 139:18 144:25 146:14 147:8 147:22 149:10 149:13 149:15 149:18 149:23 153:6 153:15 153:22 154:7 154:9 154:10 154:21 155:1 155:4 155:8 155:12 156:24 157:1 157:10 158:24 159:2 159:4 159:9 161:25 162:23 163:9 165:15 171:22 172:1 172:3 177:15 177:19 177:21 179:20 180:4 180:6 180:8 181:10 181:15 181:17 185:17 185:21 185:24 186:5 186:14 186:17 186:21 187:13 187:16 187:23 188:12 188:16 188:19 188:25 189:2 190:19 191:22 192:15 195:14 199:21 200:1 200:7 200:21 200:22 201:4 201:7 201:12 201:16 202:3 202:12 202:15 202:20 202:25 203:3 203:9 203:14 203:17 203:21 203:24 204:2 204:8 204:9 204:20 204:22 204:23 205:6 205:10 205:18 205:24 206:7 207:9 207:15 207:20 207:2 207:25 208:6 214:16 214:19 214:23 219:3 219:21 220:10 220:11 233:4 233:7 233:15 233:25 235:2 235:4 235:6 254:20 254:21 268:5 269:16 270:12 270:15 270:17 270:2 270:25 273:24 274:3 274:18 276:1 286:19 287:7 287:15 288:25 289:6 289:19 289:24 290:4 296:21 297:7 297:9 297:13 300:7 301:18 304:20 305:21 306:13 306:14 306:16 306:24 307:11 308:21 308:22 309:9 309:6 329:21 330:5 330:10 330:16 330:20 330:24 331:2 342:21 343:4 343:21 344:14 344:18 344:19 344:25 345:7 345:13 345:1 345:21 345:23

**morawetz's**(1) 19:18

**more**(64) 20:1 23:19 24:19 33:20 36:24 41:3 41:13 42:16 51:11 53:15 56:22 58:1 63:22 69:24 69:25 70:6 72:4 74:10 79:9 79:21 80:22 88:4 88:9 89:15 91:8 96:20 98:13 109:5 115:21 117:8 128:16 141:10 150:8 150:14 159:24 168:3 171:2 185:4 186:24 192:23 208:1 209:23 210:17 211:3 212:13 220:5 223:6 226:10 226:25 228:6 256:13 257:22 259:24 263:3 265:17 266:2 269:8 271:8 283:25 299:1 302:4 305:1 329:14 337:25

**moreover**(1) 150:21

**morgan**(1) 57:20

**morneau**(1) 166:4

**morning**(52) 8:12 8:9 8:10 9:4 9:19 10:5 10:6 12:1 12:2 14:23 15:1 15:2 15:16 15:17 17:4 19:7 19:8 19:9 20:10 21:4 21:6 72:12 72:14 72:15 94:18 95:9 95:18 102:2 111:8 113:9 114:21 115:6 119:8 120:23 122:22 138:1 143:6 154:22 156:21 163:11 166:13 167:5 167:17 170:3 172:16 175:17 177:6 180:12 212:22 238:13 255:2 325:15

**morphed**(1) 79:17

**morris**(4) 1:23 4:36 9:18 12:3

**morrison**(1) 6:34

**most**(30) 16:7 16:21 30:13 36:17 52:16 60:13 69:1 89:8 97:5 98:7 111:22 125:4 134:18 153:18 161:16 179:11 182:16 185:1 191:10 199:17 226:8 227:10 287:20 318:16 324:21 326:1 330:11 331:7 334:13

**motion**(111) 10:21 10:22 12:6 13:11 15:20 16:1 16:3 16:6 18:17 19:12 20:21 22:6 22:8 26:6 26:8 26:22 27:21 28:22 29:9 54:24 63:22 64:3 68:15 68:19 68:20 69:6 69:24 70:7 70:8 71:2 74:6 80:20 84:20 91:8 91:15 95:3 99:2 101:19 106:12 106:22 110:3 110:9 117:1 117:7 117:15 117:16 119:19 124:24 129:9 132:2 136:14 155:15 155:16 155:19 158:5 158:5 162:6 178:2 185:19 186:12 189:11 190:14 192:1 208:23 209:4 209:7 210:7 211:16 213:8 213:10 213:12 213:12 213:14 217:4 217:5 219:24 220:8 220:11 230:3 230:12 231:15 232:3 236:1 237:15 243:12 245:17 248:5 250:25 257:11 258:20 265:19 265:24 274:14 274:19 274:20 277:1 282:19 282:22 284:12 284:12 290:15 296:6 302:9 302:22 302:24 314:1 334:4 334:5 334:9 342:9 342:9

**motions**(20) 15:7 15:8 18:3 20:20 68:21 72:20 79:21 90:1 113:7 138:19 140:9 166:20 171:8 219:25 243:15 245:17 245:1 258:10 274:13 293:9

**motivating**(1) 257:5

**movant**(2) 160:16 199:22

**movants**(10) 72:24 74:7 74:13 82:22 91:14 103:9 103:10 105:12 211:15 226:15

**move**(17) 95:15 98:14 98:22 98:23 105:14 144:19 182:23 200:4 252:21 268:5 271:8 272:6 300:8 300:12 301:12 301:13 345:9

**moved**(7) 10:11 39:8 70:4 134:11 261:16 308:5 343:22

**movie**(1) 319:11

**moving**(12) 16:18 16:19 75:7 80:5 111:2 183:25 197:25 199:11 199:16 232:12 244:24 281:16

**mrda**(7) 42:7 241:20 248:11 249:3 249:6 312:7 320:19

**much**(57) 10:2 26:23 28:10 32:2 39:14 42:16 51:7 63:19 67:21 73:15 73:18 80:2 85:14 86:21 108:22 109:7 124:21 125:1 144:13 149:12 162:9 162:25 163:20 165:11 165:20 169:12 174:10 179:5 180:2 180:13 235:4 246:5 247:12 271:1 286:15 305:21 306:19 307:4 307:24 308:3 308:10 309:9 310:15 321:11 341:11 344:25

**multi**(1) 260:10

**multi-jurisdictiona**(1) 142:7

**multi-party**(1) 260:11

**multijurisdictiona**(1) 30:25

**multiple**(8) 65:14 112:13 141:22 141:22 142:2 142:3 142:13 224:17

**multiplies**(1) 246:14

**multitude**(1) 208:16

**must**(34) 46:13 55:22 62:15 65:6 65:9 66:16 67:7 81:13 81:23 83:19 101:16 103:22 103:22 150:22 157:16 166:22 178:20 179:1 181:2 182:5 197:21 201:11 201:16 230:16 250:20 262:7 273:14 286:5 286:19 300:5 311:6 333:2 336:13 340:2

**mutually**(1) 326:17

**myers**(10) 187:6 187:17 187:20 192:6 192:9 192:12 195:15 195:17 195:19 195:22

**myself**(2) 156:22 202:1

**n.a**(1) 57:21

**name**(10) 112:9 129:16 130:21 144:16 157:10 192:11 245:12 292:18 297:17 319:14

**named**(2) 325:3 335:5

**namely**(1) 134:15

**narrow**(5) 88:4 88:11 222:20 226:19

**narrower**(2) 144:13 247:12

**national**(15) 33:16 47:19 47:21 48:12 48:18 49:14 67:7 86:13 91:18 129:20 150:25 206:24 224:10 228:22 231:14

**nationalist**(1) 175:19

**nations**(1) 224:6

**natural**(3) 34:8 150:20 151:1

**nature**(12) 26:18 79:23 131:6 172:24 245:5 264:17 274:7 277:22 280:25 332:10 332:23 341:9

**nauseam**(1) 328:14

**nauseum**(1) 176:4

**near**(1) 183:20

**nearly**(5) 30:22 30:24 94:22 175:7 267:6

**necessarily**(5) 84:8 107:25 253:19 307:4 330:8

**necessary**(18) 104:9 104:23 111:3 125:9 127:24 128:13 164:17 165:1 165:6 173:6 173:23 179:17 198:22 216:21 216:24 259:13 260:23 260:25

**necessity**(1) 192:2

**need**(48) 9:2 23:8 23:11 23:19 23:21 24:4 27:12 35:25 46:1 53:18 65:18 69:10 83:20 101:15 104:14 109:5 113:16 113:17 113:2 129:21 131:9 156:16 169:12 177:5 187:4 198:14 199:4 208:22 229:7 229:22 232:4 237:12 237:16 244:12 248:2 254:15 261:2 295:15 310:3 310:3 310:4 316:25 324:8 327:6 328:24 328:24 328:25 336:4

**needed**(11) 36:13 36:13 36:14 39:14 40:21 69:22 176:16 203:22 259:11 322:24 323:11

**needless**(1) 19:13

**needn't**(2) 167:25 193:14

**needs**(6) 22:14 68:13 130:17 177:9 183:3 345:9

**negate**(1) 141:24

**negotiate**(45) 43:1 43:4 43:12 43:15 44:3 44:10 44:12 44:21 58:23 68:4 73:7 76:10 80:10 81:3 83:9 83:13 88:3 96:7 112:22 114:24 117:24 143:11 155:23 156:1 170:1 240:10 240:11 240:15 243:9 265:13 265:14 265:16 266:1 289:3 320:15 328:4 328:6 328:7 328:7 331:24 332:4 332:8 333:3 337:10 337:24

**negotiated**(25) 40:15 41:9 43:6 43:9 44:7 44:9 45:24 74:4 76:3 82:11 88:16 93:6 94:25 118:1 122:4 124:23 209:6 214:4 215:25 225:25 240:19 242:24 266:18 288:16 289:3

**negotiating**(11) 41:9 41:11 62:4 76:17 81:2 124:2 125:8 170:8 214:15 215:2 293:1

**negotiation**(18) 38:20 76:5 76:16 77:16 80:19 87:17 89:19 93:4 95:17 122:10 135:17 178:20 214:3 265:14 265:21 299:1 318:17 318:19

**negotiations**(68) 29:11 45:8 45:9 45:25 55:11 62:11 67:10 72:25 73:1 73:4 74:8 74:12 74:22 75:3 75:19 75:21 75:23 77:10 79:18 80:16 80:22 80:24 90:7 92:22 92:23 93:13 94:25 95:3 111:18 121:10 121:11 122:6 124:15 125:19 133:12 133:13 138:4 143:16 143:16 157:19 178:18 209:20 211:19 215:19 218:5 223:2 227:9 227:19 230:21 231:5 231:10 232:1 238:25 240:17 240:20 243:14 265:9 293:19 295:17 312:16 312:16 312:17 316:8 328:12 330:2 331:19 334:20 337:3

**neither**(1) 332:5

**net**(2) 104:2 104:4

**network**(1) 38:1

**networks**(11) 1:7 5:4 5:8 7:30 35:18 38:4 106:4 132:21 189:9 189:9 189:10

**neutral**(2) 180:12 229:17

**never**(40) 33:18 47:19 96:17 96:18 97:8 97:9 97:9 101:4 133:9 135:14 135:19 137:12 144:22 173:11 173:21 211:9 211:11 227:25 231:4 231:10 253:10 257:7 260:6 260:21 265:17 265:23 279:11 281:2 281:5 296:11 297:25 313:18 313:23 314:6 314:24 325:16 330:4 333:13 339:5 340:9

**nevertheless**(4) 34:20 62:10 304:18 310:16

**new**(71) 1:42 2:8 2:22 2:35 3:10 3:19 3:25 3:39 4:10 4:33 19:1 30:2 52:3 52:4 52:9 52:11 59:20 61:10 61:18 75:21 75:23 76:10 79:11 80:3 81:7 81:25 87:13 88:5 93:22 106:1 106:6 106:8 106:12 106:16 106:18 139:7 146:20 147:17 148:6 148:6 148:24 158:9 189:5 189:6 189:17 189:20 190:8 190:24 209:3 217:10 217:21 222:8 224:9 240:14 246:18 262:5 263:17 263:22 265:21 281:13 281:16 281:18 281:19 281:22 283:23 289:13 290:14 301:21 301:22 301:23 308:15

**newfoundland**(1) 172:4

**next**(29) 12:18 12:25 13:22 16:19 31:5 82:12 86:13 121:7 143:2 143:10 152:13 188:20 224:4 234:25 239:3 240:8 245:12 246:17 256:17 258:8 259:17 265:7 269:21 271:17 272:17 286:23 303:10 307:10 307:16

**nice**(2) 99:9 99:10

**nicely**(1) 161:15

**nichols**(2) 1:23 12:3

**niecoritz**(1) 72:16

**nietzer**(6) 8:5 8:8 8:11 21:7 94:9 202:4

**nietzer's**(1) 8:7

**night**(3) 115:24 116:6 282:11

**nineteen**(3) 35:15 35:20 208:18

**nineteenth**(1) 12:11

**nni**(2) 40:19 312:25

**nnl**(7) 39:13 39:18 39:19 39:23 39:24 40:13 40:19

**nnsa**(2) 316:18 317:4

**nnuk**(4) 35:18 136:25 136:25 182:3

**no-go**(1) 245:18

**nobel**(1) 241:6

**nobody**(2) 146:1 170:21

**nokia**(1) 38:4

**non**(1) 58:13

**non-appealabl**(1) 60:25

**non-binding**(1) 46:11

**non-convenienc**(2) 171:8 196:2

**non-exclusive**(3) 52:31 54:20 232:20

**non-existent**(1) 101:1

**non-open**(1) 136:24

**non-transparent**(1) 329:7

**none**(9) 33:7 82:23 170:5 224:22 244:22 321:10 329:3 329:4 333:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**nonetheless**(5) 73:2 92:13 124:16 126:9 148:22

**nor**(8) 96:19 96:24 142:22 143:1 170:5 170:6 170:6 260:7

**nora**(1) 1:35

**norm**(1) 33:12

**normal**(3) 76:17 247:10 278:19

**normally**(1) 24:23

**nortel**(62) 1:7 3:4 5:4 5:8 7:30 27:5 31:11 32:1 32:12 33:6 34:3 34:9 34:13 35:5 35:18 36:4 36:9 36:12 36:22 37:23 38:2 39:6 39:8 39:12 42:3 42:17 42:19 43:21 45:13 66:5 66:22 91:17 101:5 102:6 102:18 102:21 106:3 106:4 124:4 132:15 132:21 132:21 136:17 136:19 166:6 168:1 189:9 189:9 189:10 192:13 230:14 241:5 241:8 260:14 260:16 272:7 320:14 321:5 321:7 321:8 321:12 340:22

**nortel's**(3) 31:2 37:25 68:7
**nortel's**(1) 172:25
**north**(10) 1:26 2:14 3:15 33:22 34:5 34:10 45:10 247:19 248:7 272:8

**norton**(2) 78:24 109:23

**not**(301) 9:22 10:11 11:15 14:24 17:11 17:14 23:11 23:18 24:24 25:19 26:4 26:16 26:19 29:15 30:11 30:12 31:14 35:17 36:18 36:24 37:20 38:15 38:18 39:17 44:24 45:4 45:14 47:25 48:3 48:4 48:10 48:21 49:13 50:4 50:10 50:13 50:25 52:17 52:22 53:24 56:22 57:3 57:4 59:22 59:25 61:9 62:1 63:4 63:6 64:11 66:3 66:5 66:20 68:23 69:4 70:15 70:16 71:2 71:12 72:3 73:5 73:6 73:7 73:23 74:3 74:13 74:19 76:18 77:12 78:5 78:14 78:15 78:16 80:8 81:15 83:1 83:12 83:14 84:3 84:25 85:9 85:11 86:14 87:1 87:3 87:25 88:10 88:11 88:21 89:2 89:12 89:12 89:15 90:7 90:11 90:11 91:6 91:7 91:14 92:14 93:3 93:3 93:4 93:6 93:11 93:17 93:18 95:24 95:25 96:1 96:11 96:12 96:13 96:14 98:4 98:7 98:17 98:19 99:15 99:25 100:19 100:22 100:23 101:2 101:11 103:9 103:18 104:9 105:3 106:9 106:17 107:10 108:22 109:8 110:16 110:19 111:10 111:24 112:15 113:4 113:10 113:23 113:24 114:13 114:17 116:15 117:15 117:15 117:19 118:2 118:22 118:20 119:6 120:2 121:3 121:4 121:5 123:10 124:8 124:9 124:19 125:2 126:6 127:4 128:10 128:15 128:19 129:10 129:19 129:23 130:1 130:20 131:1 133:4 134:13 134:21 135:1 135:2 136:2 137:8 138:10 139:12 142:1 142:8 142:14 142:14 143:15 143:16 143:23 144:8 144:1 144:16 145:1 145:4 145:8 145:18 148:2 148:8 148:8 148:11 149:11 150:1 151:23 152:15 153:10 153:19 154:7 155:1 155:12 157:15 159:6 161:6 161:12 161:13 164:20 165:5 165:20 166:18 166:24 169:3 169:3 170:2 170:4 170:15 171:1 171:14 171:24 173:4 173:9 173:9 173:15 173:16 173:20 173:22 174:5 174:10 175:2 175:3 175:3 175:4 175:18 175:19 175:20 176:17 176:2 177:6 177:6 177:7 177:7 180:21 180:24 181:3 181:10 181:19 181:25 183:2 183:4 183:18 184:1 184:19 185:9 186:7 187:18 187:24 188:8 188:9 189:16 189:21 189:24 189:24 190:10 190:10 190:25 191:13 191:1 191:16 191:16 192:3 192:9 192:9 193:12 194:5 194:17 196:13 196:22 196:23 198:1 198:12 200:23 201:13 202:7 204:16 204:18 205:2 206:7 206:23 207:16 208:17 208:19

**notable**(1) 230:22
**note**(23) 29:22 53:12 69:14 69:17 70:24 85:10 89:5 102:17 103:9 103:17 130:12 131:1 131:3 168:14 175:16 235:21 236:11 242:23 247:22 298:9 339:16 341:12 342:1

**noted**(3) 157:3 194:5 311:4
**noteholder**(1) 177:23
**noteholders**(9) 177:24 178:1 178:5 179:15 180:2 189:18 189:21 189:22 190:25

**noteholders'**(1) 178:22
**notes**(10) 191:22 132:4 251:23 282:2 298:24 299:21 299:24 302:23 309:12 341:12

**nothing**(26) 24:18 32:25 32:25 53:10 62:8 64:17 69:21 76:15 127:22 133:5 168:3 179:13 227:8 239:10 239:24 273:4 283:25 284:6 294:23 304:3 307:12 322:22 326:9 328:15 339:15 342:15

**notice**(15) 11:2 69:24 69:24 71:5 95:4 95:6 96:22 97:1 97:6 97:8 103:20 120:1 184:3 240:4 323:11

**noticed**(3) 194:10 195:7 320:11
**noting**(4) 77:10 102:25 105:2 105:10

**notwithstanding**(8) 10:18 50:19 50:24 62:10 62:13 116:25 281:18 314:25

**november**(9) 57:21 59:1 59:3 62:5 66:8 187:9 187:11 187:18 192:1

**now**(192) 11:20 18:20 19:5 29:14 30:21 31:11 32:13 33:4 33:22 35:23 36:16 37:4 38:21 39:16 40:16 41:7 41:15 44:2 44:8 44:19 46:1 46:9 46:13 53:2 53:22 55:8 56:18 57:3 60:6 61:12 62:17 62:18 63:4 63:13 64:8 68:20 69:25 70:4 70:15 73:2 76:13 77:8 78:23 79:6 79:19 80:1 80:19 80:23 81:24 82:20 83:4 83:15 84:5 85:23 87:3 89:16 90:12 90:25 91:12 92:16 92:20 97:10 101:24 106:22 107:17 108:18 109:1 111:21 113:2 113:18 114:12 115:24 117:21 122:11 125:12 127:24 128:23 129:25 129:25 131:24 133:3 135:8 135:14 135:20 139:16 146:7 149:4 154:3 158:9 164:20 169:19 171:3 171:25 174:5 175:24 178:1 178:13 178:18 178:20 179:10 181:18 183:19 184:10 188:4 188:7 190:9 193:9 195:25 196:21 196:24 202:17 202:18 203:2 203:8 203:10 203:12 203:17 203:25 203:20 205:4 207:21 208:7 209:15 210:23 211:14 212:20 213:10 214:2 214:1 214:18 215:17 216:3 216:20 222:10 218:21 219:7 224:21 226:3 228:3 229:11 229:24 231:8 231:15 232:12 232:23 236:2 237:15 238:21 239:3 240:8 240:18 243:1 243:21 244:24 247:2 247:3 247:16 248:25 249:25 258:4 258:24 261:20 269:5 269:23 272:21 274:19 278:3 281:9 282:12 283:20 284:16 286:14 286:24 287:18 294:12 295:2 295:4 305:11 307:24 317:9 317:22 318:12 322:3 323:17 322:1 334:1 334:21 336:17 339:1 339:2

**nowadays**(1) 206:16
**nowhere**(5) 288:21 288:21 315:18 333:24 333:24

**nsn**(5) 38:4 38:11 38:17 41:10 317:20
**nuisance**(1) 308:5
**nullity**(3) 235:24 323:21 323:22
**number**(18) 17:15 17:16 20:12 62:24 88:23 123:21 130:14 152:17 154:21 155:2 200:8 245:12 277:20 290:4 321:17 324:22 324:23 325:25

**numbered**(2) 132:8 312:25
**numbers**(1) 256:5
**numerous**(1) 239:9
**oath**(4) 90:5 90:8 90:12 91:10
**object**(7) 103:9 110:12 119:6 252:7 252:10 252:15 278:23

**objected**(5) 219:7 334:22 334:22 334:23 339:6

**objection**(19) 12:11 13:1 13:3 13:6 13:8 13:14 13:17 13:17 81:17 110:16 110:17 200:12 200:13 218:21 220:1 220:18 220:23 221:16 251:7

**objectionable**(2) 219:23 278:19
**objections**(3) 12:6 12:22 12:23
**objective**(3) 111:8 138:8 174:14
**obligated**(1) 121:23
**obligation**(17) 44:12 60:20 76:9 114:22 123:9 143:11 155:22 155:25 243:9 265:13 266:1 275:18 284:1 289:17 331:23 332:3 332:7

**obligations**(3) 83:6 167:1 265:12
**observation**(3) 124:20 179:20 220:22
**observe**(1) 286:19
**observed**(4) 150:18 207:3 208:14 217:10
**obstacle**(1) 67:13

**obtain**(2) 323:13 343:7
**obtained**(2) 73:24 176:1
**obtaining**(2) 100:1 241:23
**obviate**(1) 105:7
**obvious**(9) 89:8 122:8 146:2 172:25 180:19 182:13 185:3 206:1 326:4

**obviously**(63) 17:25 18:16 42:3 72:16 74:24 75:21 92:17 94:15 99:13 104:1 140:25 181:9 205:2 206:5 213:15 216:3 217:20 219:14 226:17 255:12 259:3 259:15 260:3 260:15 261:4 261:22 262:3 263:9 263:11 271:5 271:22 273:2 273:22 278:5 278:10 278:11 278:21 280:2 281:10 281:25 282:10 283:6 283:9 283:22 284:4 284:23 285:9 285:14 287:11 287:20 287:22 287:25 288:4 288:21 290:14 290:24 291:4 296:7 299:1 299:10 300:19 301:3 301:10

**occasion**(1) 206:7
**occasions**(4) 112:13 119:8 119:12 210:3
**occur**(3) 98:1 316:19 341:4
**occurred**(1) 116:22
**occurring**(1) 105:8
**october**(3) 130:13 298:4 326:3
**odd**(1) 224:13
**odds**(4) 111:14 111:16 167:5 246:5
**off**(12) 26:25 95:23 98:18 169:18 176:25 265:2 277:25 284:2 287:13 288:23 336:2 340:13

**offer**(1) 18:8
**offered**(1) 87:14
**offering**(1) 87:18
**office**(4) 2:37 3:42 71:7 208:18
**officer**(5) 169:3 169:8 196:9 196:12 299:13
**officers**(5) 163:5 164:1 164:14 164:22
**official**(7) 5:26 22:18 28:22 29:10 94:10 96:4 317:1

**often**(5) 51:20 67:21 124:25 206:8 326:20
**ogilvy**(1) 134:9
**ohio**(1) 85:16
**okay**(14) 15:3 15:3 16:10 17:3 19:4 25:10 27:9 28:8 37:7 37:11 51:6 52:7 52:9 59:8 72:6 85:8 87:3 108:14 149:18 157:12 159:4 159:9 162:1 201:22 203:9 203:10 204:19 205:10 207:19 208:8 221:23 230:28 270:17 274:2 277:16 297:9 306:5 308:19 333:5 338:16 338:20

**old**(3) 58:1 168:2 324:10
**older**(1) 194:21
**oliver**(1) 297:17
**olivia**(1) 6:39
**omission**(1) 89:23
**omitted**(1) 130:7
**omnibus**(7) 12:11 12:18 12:25 13:6 13:22 140:20 240:1

**once**(16) 16:4 185:21 185:21 223:22 228:17 240:13 243:2 246:22 247:9 256:24 294:3 296:11 314:6 315:21 318:12 320:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**one(243)** 1:41 2:7 2:13 2:34 4:9 7:20 7:20 12:10 13:1 17:8 17:15 18:11 18:15 25:12 27:1 27:4 32:9 33:2 37:13 41:17 44:13 44:14 46:21 48:6 49:19 49:19 51:3 51:4 52:8 54:13 57:4 57:6 57:12 57:25 58:17 59:10 60:2 62:5 63:16 68:11 71:12 72:20 73:2 74:9 75:6 75:16 76:2 76:11 76:24 78:17 80:15 82:24 83:2 84:10 87:10 88:9 88:11 89:15 90:14 91:8 91:18 91:21 91:22 96:22 97:17 100:7 101:4 101:10 106:14 107:18 110:13 111:13 111:19 113:23 115:13 117:4 117:5 117:7 117:7 117:9 117:10 117:11 117:12 117:18 118:1 119:1 119:25 126:5 126:15 127:22 128:6 128:18 129:17 130:3 131:17 136:10 137:6 137:7 137:15 137:18 138:24 140:18 143:12 143:18 145:11 145:15 146:4 148:1 148:2 149:6 149:10 151:3 151:15 154:20 157:5 158:7 159:2 159:20 161:24 166:8 166:8 166:9 169:23 169:23 170:3 170:15 170:20 171:17 172:19 173:19 178:8 178:23 179:5 186:1 186:2 187:17 188:23 189:1 193:11 196:6 196:17 200:2 204:3 204:4 204:5 204:7 204:10 204:17 206:17 207:1 207:19 208:4 208:5 209:1 211:14 218:6 220:6 220:18 226:23 226:24 227:1 229:13 231:2 234:2 234:3 234:13 234:24 235:18 237:20 237:24 237:25 238:14 243:18 244:2 245:1 245:18 246:25 250:11 250:12 250:23 251:22 253:7 259:3 259:18 260:15 260:17 260:17 261:6 267:15 269:8 271:8 273:12 275:13 277:13 277:20 278:4 279:9 279:21 281:3 285:3 287:8 288:1 291:2 291:3 291:11 292:6 292:20 297:20 297:24 299:1 300:15 300:18 302:8 302:10 306:18 312:8 312:16 314:21 315:21 316:14 319:3 320:1 321:19 321:20 321:21 321:22 322:9 322:22 323:18 323:18 324:13 324:22 325:9 325:25 326:12 329:19 332:19 339:4 339:12 342:10 344:11 345:10 345:10

**ones(9)** 45:18 146:2 171:5 171:5 246:2 249:13 274:11 287:23 288:1

**oneself(1)** 322:15

**ongoing(2)** 73:5 238:25

**only(125)** 8:25 10:3 10:11 10:24 11:15 11:22 12:19 13:5 14:1 14:9 14:24 20:17 37:20 46:14 49:3 55:23 55:24 57:3 57:4 64:4 66:3 68:8 70:12 75:11 76:16 78:5 78:7 89:10 93:6 93:7 96:3 98:4 99:15 100:22 107:23 109:2 110:12 110:15 111:2 111:24 111:24 111:25 112:6 112:13 116:6 117:21 121:3 123:4 136:2 140:18 143:12 143:15 144:15 145:4 146:3 147:20 148:11 151:17 154:20 157:4 160:13 161:1 161:13 170:20 177:5 177:6 177:7 180:21 180:24 181:14 189:14 189:21 190:9 190:2 191:8 191:13 195:8 208:2 209:5 209:11 212:14 213:19 215:20 215:24 225:24 229:4 234:17 235:12 236:11 239:7 241:25 242:2 247:14 261:3 262:19 265:4 267:14 267:24 270:4 270:16 270:23 277:5 278:4 279:12 291:19 294:12 300:5 306:22 312:11 315:8 320:1 322:1 322:11 322:13 322:14 325:3 326:22 327:15 327:19 333:10 333:23 336:18 336:18 337:11

**ontario(26)** 25:10 58:10 58:12 147:20 152:25 156:12 156:14 161:16 166:3 166:3 173:21 174:16 174:24 175:13 178:4 194:15 219:25 228:25 280:9 283:8 289:13 290:14 294:25 303:13 303:18 305:22

**onto(3)** 57:8 232:12 244:24

**open(12)** 58:8 61:9 61:9 77:15 97:20 97:23 145:18 164:20 190:22 244:20 261:4 269:6

**opened(1)** 325:18

**opening(2)** 108:16 133:19
**operate(6)** 31:25 35:24 39:18 39:19 97:24 260:5

**operated(1)** 39:6
**operates(1)** 38:1
**operating(7)** 27:22 31:19 34:21 39:7 39:14 40:7 179:10

**operations(2)** 34:6 168:11
**opinion(7)** 26:10 60:18 85:13 147:7 263:5 282:24 286:17

**opinions(2)** 93:21 284:22
**opportunities(1)** 34:4
**opportunity(12)** 12:22 18:17 35:12 69:13 98:11 138:22 146:8 148:25 149:1 188:13 220:22 253:2

**oppose(1)** 110:12
**opposed(5)** 118:20 191:9 258:2 269:7 286:22

**opposing(1)** 231:15
**opposite(5)** 100:12 135:8 225:21 296:13 339:21

**opposition(13)** 15:24 15:25 22:6 22:11 22:24 26:7 107:9 107:20 108:2 190:11 213:12 217:4 311:2

**opt(1)** 75:17
**optimism(1)** 129:2
**optimistic(1)** 128:7
**option(5)** 145:10 145:18 145:23 146:4 231:11

**options(3)** 171:3 171:5 215:5
**oral(5)** 64:12 127:7 127:7
**oratorical(1)** 331:5
**order(57)** 12:9 12:19 14:21 16:18 22:9 27:6 27:7 27:9 29:1 29:7 42:8 53:6 53:16 55:6 60:25 65:7 71:3 84:12 84:15 87:5 97:2 97:12 112:12 117:25 118:3 131:11 132:2 155:19 161:2 163:7 165:2 177:9 178:15 185:9 186:11 188:24 197:21 199:4 206:19 216:22 218:3 228:24 228:24 238:1 273:12 294:19 295:3 303:18 308:1 310:3 313:14 316:22 316:25 323:3 333:16 342:22 342:23

**orders(3)** 161:4 161:4 303:2
**ordinary(1)** 135:4
**organization(1)** 36:12
**organize(1)** 309:16
**organized(2)** 103:25 198:22
**original(2)** 148:21 240:14
**orwell(2)** 325:25 326:2

**other(148)** 13:15 15:22 19:2 20:20 27:3 31:20 31:22 32:4 32:7 41:14 41:19 42:8 42:20 44:1 47:21 50:11 51:14 52:4 52:24 65:21 68:11 68:11 74:15 76:16 82:3 83:2 100:13 101:14 104:18 104:19 111:4 111:9 111:13 112:10 114:18 116:23 120:18 121:1 124:11 126:7 127:19 129:17 129:18 131:15 131:17 132:21 134:16 137:5 138:4 138:8 138:17 139:18 140:18 140:25 142:2 142:22 145:10 148:13 151:18 158:13 158:15 160:1 164:8 165:7 165:13 168:17 168:22 179:1 182:4 184:19 186:17 189:7 190:1 190:24 191:20 193:6 196:5 196:5 208:18 210:23 211:12 211:13 211:14 214:10 216:5 216:7 222:14 222:17 226:20 227:15 228:1 231:6 231:11 235:21 236:1 236:3 237:2 237:17 238:10 239:12 240:16 240:18 241:15 243:11 244:7 244:7 246:5 247:6 247:10 249:13 249:13 251:2 251:13 253:3 255:6 255:7 257:16 260:7 260:14 261:16 263:19 265:16 267:18 268:15 270:2 273:16 274:4 279:4 280:1 282:5 283:20 284:5 286:6 286:11 290:21 307:2 307:7 309:23 311:16 315:4 325:6 330:5 331:20 335:18 339:12 344:6 344:8 344:11

**others(10)** 18:15 125:23 133:14 140:10 166:15 166:15 179:3 201:11 256:19 282:2

**otherwise(12)** 14:5 67:18 69:7 97:7 115:10 137:19 167:3 239:11 264:14 291:16 292:7 305:17

**otterloo(1)** 7:24
**ought(9)** 16:2 24:20 99:4 116:2 172:19 191:16 281:14 307:19 307:22

**our(203)** 8:3 9:25 13:3 13:11 13:14 13:15 15:9 17:6 18:9 18:20 18:24 19:3 19:13 20:8 20:11 20:20 23:22 24:18 31:6 38:8 58:1 64:22 69:20 70:18 73:11 74:5 75:24 76:11 79:25 80:12 84:18 85:8 85:11 85:13 86:23 88:7 88:23 88:23 89:3 105:11 108:15 112:24 116:13 133:2 137:18 141:1 143:18 144:4 144:18 146:11 146:12 147:8 148:10 148:21 152:3 155:19 155:21 155:22 155:24 156:6 158:13 160:3 160:16 161:1 161:20 162:17 165:19 166:23 167:22 168:24 170:19 173:22 173:24 173:25 176:20 177:2 177:10 180:25 187:7 187:14 188:24 189:12 189:13 194:7 197:19 197:21 199:7 199:15 202:20 202:21 208:6 213:12 217:5 217:8 217:24 219:17 219:19 219:21 219:22 220:17 221:15 222:21 228:20 229:13 231:15 236:1 237:15 239:16 239:15 240:21 243:16 246:7 246:25 250:9 250:17 251:3 256:15 256:17 257:8 257:11 257:16 257:15 257:20 257:24 258:3 258:5 258:9 261:15 261:20 261:23 262:3 262:12 262:1 263:6 264:4 264:15 264:23 265:10 266:5 266:21 267:4 268:10 269:22 269:25 270:3 272:12 272:17 272:23 273:8 273:14 273:1 273:20 274:6 276:16 277:10 278:6 279:17 280:2 280:5 280:17 280:23 281:7 281:8 281:12 281:19 282:16 282:18 283:18 283:25 284:9 287:19 289:18 291:6 293:6 293:19 295:4 298:9 298:10 302:1 302:9 302:16 302:23 303:20 304:24 305:11 306:22 314:11 315:16 319:3 328:19 330:14 331:23 332:3 332:17 332:17 334:2 335:15 335:17 343:7 343:12 344:2

**ours(5)** 70:9 93:12 143:23 161:23 176:9
**ourselves(6)** 25:18 31:13 48:17 71:13 101:8 106:23

**oust(1)** 143:8 301:15
**ousted(2)** 143:4 169:22
**ousting(1)** 301:24

**out(115)** 15:13 28:3 31:22 32:4 38:19 40:9 40:22 41:10 49:25 50:13 50:20 52:15 53:22 54:11 56:19 56:23 56:24 57:24 61:17 64:25 78:21 85:12 89:22 91:2 91:4 97:25 100:10 100:12 101:7 109:3 114:22 119:8 120:20 120:21 122:22 128:11 130:4 139:24 141:21 144:21 145:3 151:16 155:20 155:21 155:24 156:6 156:10 157:14 161:7 163:14 167:12 172:7 173:8 173:11 176:23 179:25 180:22 185:8 193:19 195:12 205:7 209:3 214:17 219:23 220:6 226:9 233:8 234:1 235:23 249:22 250:1 265:4 267:3 267:14 267:20 267:22 267:24 269:22 275:21 277:7 281:16 283:7 283:24 284:25 285:24 287:13 304:8 305:9 305:10 307:8 309:24 310:25 314:17 319:2 319:9 319:11 319:19 319:20 319:22 320:17 321:11 324:18 325:11 325:12 325:15 328:18 329:19 332:6 335:9 337:20 338:10 339:8 339:16 344:17 344:22

**outcome(2)** 139:16 330:13
**outer(1)** 24:17
**outline(3)** 120:2 120:22 221:20
**outlined(2)** 141:13 182:6
**outset(5)** 15:6 125:16 257:3 332:21 338:1 321:6

**outsider(1)** 304:13
**outsourced(1)** 145:9
**outsourcing(1)** 169:4
**outstanding(2)** 149:21 169:15
**over(103)** 8:18 18:23 19:2 20:2 30:2 34:10 46:15 48:1 48:1 49:6 49:20 49:20 49:20 50:22 50:22 50:22 59:18 61:17 61:17 61:17 62:14 62:15 62:15 64:18 66:7 67:10 71:20 71:20 71:20 96:10 98:5 99:22 100:20 113:12 113:18 121:9 121:13 122:5 122:11 123:25 124:5 125:21 130:25 132:19 148:17 148:18 156:18 159:16 168:12 169:9 170:10 171:10 171:17 172:18 174:12 178:19 178:20 183:15 194:1 194:3 196:7 198:14 201:14 231:16 232:18 232:20 236:1 239:4 239:5 240:7 244:2 261:1 261:10 261:24 266:4 271:7 271:11 271:22 271:25 272:3 272:5 272:7 272:7 272:10 275:16 285:21 292:8 292:14 295:14 297:3 297:6 297:15 309:20 310:21 311:10 318:2 322:22 322:23 324:25 328:12 338:12 338:15 343:24

**overboard(5)** 310:19 310:24 311:23 311:24 312:21

**overcome(1)** 340:16
**overlap(12)** 135:24 136:2 136:9 163:12 164:10 180:25 181:21 182:9 182:14 190:20 211:2 341:20

**overlapped(1)** 341:17
**overlapping(1)** 176:8
**overlaps(1)** 198:20
**overlooked(1)** 172:20
**overpayment(2)** 40:4 40:4
**override(2)** 236:9 301:20
**overrides(1)** 259:17
**overriding(2)** 260:24 261:19
**overseas(1)** 24:6
**overseers(4)** 99:19 100:8 101:11 167:5
**overstate(1)** 257:25
**overview(7)** 20:24 28:15 256:16 257:1 258:8 259:17 272:18

**overy(1)** 2:18
**owed(3)** 41:6 257:18 341:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **own**(21) 19:14 34:18 49:25 50:16 56:16 68:25 76:20 129:4 129:25 140:24 141:2 142:10 162:5 209:11 230:12 276:16 277:1 277:19 301:6 307:6 329:5 | | **paramount**(1) 216:3 | | **parties**(301) 15:18 15:22 16:18 16:19 20:13 22:10 22:10 23:8 29:19 29:23 30:7 31:11 33:6 33:9 33:24 35:24 36:15 42:9 42:10 42:24 45:10 45:23 46:16 47:8 50:1 53:2 54:19 56:20 58:14 58:23 59:23 60:2 62:4 65:8 69:17 71:6 72:25 73:6 74:10 74:15 74:16 74:19 75:6 75:13 76:3 76:7 76:8 76:15 76:21 77:15 77:21 78:10 78:1 78:15 78:16 78:23 80:1 80:4 80:10 81:1 81:11 81:14 83:22 84:2 84:23 85:2 86:16 88:1 88:11 88:20 90:10 92:22 93:10 94:3 95:5 96:2 96:7 96:23 97:20 100:19 101:11 103:15 107:21 107:23 107:23 108:6 109:3 111:4 111:9 111:14 112:1 112:13 112:17 112:21 114:7 114:9 115:11 115:15 117:5 117:10 117:12 117:17 118:1 119:3 119:17 119:20 120:1 120:20 121:2 121:9 121:19 122:3 122:9 122:17 122:20 123:3 123:4 124:17 125:17 126:10 126:18 127:1 128:3 128:8 128:10 130:16 130:17 130:18 130:20 130:22 130:23 131:6 131:11 135:6 135:16 137:5 137:21 138:4 138:6 138:17 138:17 138:17 138:20 138:25 138:25 142:1 142:11 145:5 146:12 150:24 151:3 155:25 156:13 157:17 157:18 158:8 160:3 160:16 164:8 164:19 164:20 164:21 165:6 165:13 165:25 170:17 170:20 171:1 176:17 178:1 184:6 184:15 184:19 188:13 189:18 189:18 190:9 190:10 191:23 192:21 193:4 193:7 194:13 194:23 197:25 198:15 199:1 199:14 199:15 199:22 208:17 209:2 211:25 212:15 212:19 213:24 214:9 214:1 214:14 215:1 216:14 217:11 217:13 218:3 221:25 224:15 224:17 225:11 225:25 226:1 226:11 226:18 227:4 227:11 227:13 227:22 228:1 228:2 228:7 228:12 229:2 229:16 229:25 230:23 231:10 237:12 237:13 237:15 237:22 238:17 239:14 239:20 240:4 240:13 240:18 242:8 243:19 244:1 244:6 245:19 247:4 247:6 247:19 253:1 254:1 254:17 257:4 257:16 258:22 259:1 259:13 260:18 260:24 261:5 261:1 261:24 263:21 263:23 264:2 265:1 265:1 265:21 265:22 266:14 266:17 267:15 267:23 268:17 269:11 270:9 270:13 271:7 271:23 271:25 272:3 275:14 275:16 275:2 275:23 276:3 279:10 281:17 283:13 283:24 284:5 286:25 288:18 289:10 290:5 290:13 290:18 290:21 291:15 292:13 292:25 293:5 293:20 293:21 294:11 298:4 | | **party**(67) 4:45 16:13 16:15 43:20 49:7 53:20 54:18 55:18 55:19 58:3 59:6 60:18 76:16 86:10 91:15 106:16 106:16 106:17 106:19 106:24 107:13 107:14 107:19 108:8 120:16 127:10 138:20 156:19 166:9 170:20 178:1 180:16 181:1 181:2 181:3 181:4 182:19 183:3 183:7 189:13 190:15 191:20 198:11 198:18 217:12 223:1 223:4 224:12 225:11 225:18 228:1 229:17 260:11 261:9 261:10 268:12 271:12 275:7 278:23 279:12 290:7 290:16 300:18 311:15 330:25 340:24 345:1 |
| **owned**(2) 117:6 117:11 | | **parcel**(1) 319:5 | | | | | |
| **owner**(1) 242:10 | | **pardon**(12) 16:10 119:9 137:13 140:6 266:10 267:3 274:15 279:10 284:16 293:1 296:1 298:25 | | | | **party's**(3) 126:22 126:25 127:1 | |
| **owners**(1) 130:19 | | | | | | **pass**(1) 71:22 | |
| **ownership**(12) 129:22 130:3 133:18 134:17 135:6 241:22 242:14 242:18 312:5 334:25 335:9 335:24 | | **parikh**(1) 2:26 | | | | **passage**(4) 134:22 151:14 335:22 339:17 | |
| | | **park**(3) 2:7 4:9 6:43 | | | | **passed**(2) 174:23 339:15 | |
| | | **part**(57) 34:19 48:22 79:6 86:7 86:11 95:6 101:10 101:10 102:20 104:5 110:21 117:25 118:18 118:23 119:4 119:17 120:2 121:7 125:4 128:23 138:7 139:8 147:3 147:4 151:2 159:4 161:24 161:24 163:20 164:17 165:2 172:11 175:2 184:20 185:14 194:17 197:11 209:16 230:18 233:23 241:2 241:13 259:12 275:13 281:10 284:25 285:7 285:19 285:20 288:5 296:12 313:13 314:3 319:5 320:12 328:11 343:21 | | | | **passport**(1) 60:2 | |
| **o'connor**(9) 3:36 107:3 107:5 107:6 107:8 108:13 108:14 180:11 180:15 | | | | | | **past**(11) 14:20 20:4 20:22 20:25 22:15 29:5 167:4 201:5 310:20 310:22 322:7 | |
| | | | | | | **patel**(1) 6:47 | |
| | | | | | | **patent**(3) 31:2 43:10 | |
| **p.m**(10) 109:16 154:4 154:4 201:8 201:8 205:11 205:11 270:14 270:14 346:2 | | | | | | **path**(4) 101:16 101:18 101:20 258:3 | |
| | | | | | | **pathway**(1) 179:12 | |
| **pacific**(1) 102:9 | | **parenthetical**(4) 53:22 54:1 54:15 236:20 | | | | **patience**(2) 305:19 308:20 | |
| **package**(1) 297:19 | | | | | | **patrick**(1) 5:47 | |
| **page**(85) 54:2 57:23 57:25 60:9 65:4 66:13 73:12 73:17 73:19 73:20 73:23 76:14 77:4 81:17 85:1 86:1 86:2 90:18 90:21 92:6 92:11 92:14 118:7 123:20 129:22 151:17 159:16 169:11 173:7 173:8 183:15 188:2 193:16 218:7 222:1 222:4 222:5 222:5 223:12 223:16 223:22 224:4 242:22 256:5 282:22 284:12 284:16 285:1 285:21 286:11 291:18 291:23 292:8 292:14 293:12 294:22 295:13 295:14 296:2 296:20 297:3 297:6 297:15 299:4 299:9 299:24 299:25 302:24 302:25 303:1 303:1 304:7 314:5 314:6 314:8 314:9 314:13 316:4 | | **parikh**(1) 2:26 | | | | **pattern**(1) 119:9 | |
| | | **participants**(4) 24:10 138:16 189:15 190:8 | | | | **pause**(1) 272:6 | |
| | | **participate**(11) 121:20 139:8 170:2 185:14 191:9 306:24 329:22 330:6 330:8 330:11 336:19 | | | | **paved**(1) 94:20 | |
| | | **participated**(4) 74:21 95:22 107:15 130:21 | | | | **pay**(3) 23:19 39:24 234:15 | |
| | | **participating**(2) 77:22 242:8 | | | | **paying**(1) 51:23 | |
| | | **participation**(5) 30:5 30:14 228:15 240:4 | | | | **payment**(2) 40:1 249:24 | |
| | | | | | | **payments**(1) 247:2 | |
| **pages**(17) 60:6 66:10 126:2 151:14 151:25 155:8 284:12 291:14 296:18 311:13 312:24 314:7 314:12 315:16 315:24 322:2 328:14 | | **particular**(40) 21:14 26:3 33:19 39:13 40:19 47:5 56:20 66:3 82:6 89:20 114:7 114:23 129:14 130:12 152:11 156:10 156:16 159:10 160:9 160:24 162:3 163:15 164:16 196:1 199:11 199:13 206:18 213:2 229:1 232:13 234:18 234:21 235:13 242:9 242:11 266:21 270:6 274:14 299:25 339:8 | | | | **pbgc**(1) 30:10 | |
| | | | | | | **pbgf**(1) 174:17 | |
| | | | | | | **pearson**(1) 5:28 | |
| **paid**(11) 13:12 39:25 40:5 40:21 265:4 267:14 267:20 267:22 267:24 324:4 325:1 | | **particularize**(1) 120:3 | | | | **pecuniary**(1) 105:4 | |
| | | **particularly**(13) 19:22 26:4 46:20 50:14 50:16 66:20 215:20 215:23 221:5 222:3 222:13 242:5 252:4 331:9 | | | | **pending**(2) 27:20 44:4 | |
| | | | | | | **pennsylvania**(1) 1:49 | |
| **palumbo**(1) 85:15 | | | | | | **pension**(32) 3:28 30:7 30:8 30:9 97:16 107:8 110:11 128:22 136:5 136:8 136:13 136:22 166:3 166:6 168:18 170:7 178:25 180:10 180:16 180:23 181:2 181:13 182:2 182:11 183:23 187:10 196:19 196:20 197:23 198:8 230:4 299:5 | |
| **panel**(13) 202:21 210:10 242:25 258:16 268:14 273:12 277:13 277:24 294:13 298:16 305:8 305:12 305:15 | | **particulars**(1) 120:19 | | | | | |
| | | | | | | | |
| **panels**(1) 278:14 | | | | | | **pensions**(1) 319:25 | |
| **paper**(6) 51:15 116:1 154:20 218:9 218:15 227:17 | | | | | | **penumbra**(1) 341:7 | |
| | | | | | | **people**(32) 11:3 20:16 24:15 51:21 74:23 82:8 99:18 108:19 138:22 169:5 171:19 174:16 175:22 183:8 186:6 188:16 192:22 199:17 208:14 216:11 231:2 231:3 231:15 244:23 268:22 311:17 318:21 318:23 325:4 325:5 326:6 341:8 | |
| **papers**(23) 19:22 19:23 20:14 26:11 66:9 66:10 69:11 73:11 75:25 76:11 79:7 84:18 88:7 88:23 88:23 89:23 217:8 227:15 229:13 240:21 277:7 311:12 311:12 | | | | | | | |
| | | | | | **parties**(33) 298:6 298:21 299:14 301:6 302:5 302:21 303:20 305:6 305:10 305:15 306:8 307:14 308:16 326:16 326:20 326:2 327:1 327:17 327:18 329:22 330:5 330:5 334:8 335:14 337:9 337:18 337:23 338:11 340:21 340:23 340:24 342:12 345:8 | | **per**(2) 4:46 7:4 | |
| **par**(1) 120:18 | | | | | | **perceived**(3) 79:15 207:1 229:4 | |
| **paragraph**(73) 57:25 58:1 60:8 60:9 60:10 60:23 61:2 61:3 65:5 65:24 66:7 66:20 83:5 84:15 89:9 89:21 89:21 90:22 90:24 92:14 102:7 114:16 116:19 116:24 118:8 119:16 129:14 132:10 132:19 134:12 136:7 136:13 138:10 138:15 138:23 139:23 139:24 140:3 140:4 140:10 146:14 146:15 149:22 150:14 151:17 157:12 163:15 181:8 181:23 181:24 183:16 184:12 184:13 186:25 193:3 193:12 199:7 222:5 229:18 238:2 239:15 239:25 239:25 240:2 250:14 284:15 299:11 299:14 302:25 303:1 311:3 323:21 | | | | | | **perceiving**(1) 134:10 | |
| | | | | | | **percent**(7) 233:12 244:9 276:8 276:9 276:11 276:21 276:22 | |
| | | | | | **partner**(8) 28:14 31:7 51:18 123:16 132:9 172:23 220:24 311:1 | | | |
| | | | | | | **percentage**(2) 275:21 276:7 | |
| | | | | | | **percentages**(1) 312:8 | |
| | | | | | **partners**(5) 5:12 7:20 7:20 129:17 129:18 | | **perception**(1) 209:8 | |
| | | | | | **partnership**(1) 93:8 | | **perfect**(1) 207:2 | |
| | | | | | **parts**(1) 214:7 | | **perfectly**(1) 236:7 | |
| **paragraphs**(15) 162:3 162:18 176:3 183:15 193:2 195:15 197:12 222:4 239:15 250:14 251:4 282:25 301:16 301:19 312:25 | | | | | | **perform**(1) 53:11 | |
| | | | | | | **performance**(4) 40:25 93:23 155:25 317:4 | |
| | | | | | | **perhaps**(28) 11:9 17:19 25:1 26:15 105:15 106:19 107:21 109:6 124:13 127:21 148:17 153:8 179:1 195:20 201:1 202:5 205:6 228:5 270:16 289:1 307:11 307:16 338:10 342:8 345:6 345:7 345:10 345:12 | |
| **parallel**(12) 155:16 164:16 182:13 197:22 198:2 198:5 199:5 236:15 245:23 247:11 250:4 274:5 | | | | | | | |
| | | | | | | **period**(8) 42:25 46:20 64:19 75:4 227:10 287:24 290:13 309:20 | |
| **parameters**(3) 135:17 140:3 144:12 | | | | | | **periods**(2) 75:15 | |
| | | | | | | **permissible**(2) 147:9 232:19 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| permission(4) 17:24 139:7 190:14 323:13 | | please(22) 8:3 14:15 14:16 25:7 25:8 73:15 77:6 85:18 94:16 109:21 154:5 154:8 201:9 205:13 208:1 250:20 298:9 298:15 304:7 329:5 331:12 345:17 | | possible(20) 22:25 38:15 54:9 55:22 69:2 73:24 92:14 105:15 108:24 114:3 123:6 143:12 145:12 177:12 185:2 226:15 240:3 277:5 291:4 292:3 | | presented(13) 34:3 34:13 34:14 34:18 34:20 35:8 35:11 71:17 119:4 145:11 173:3 173:16 247:7 | |
| permit(4) 98:21 98:22 144:18 227:1 | | | | | | | |
| permits(1) 113:25 | | | | | | presenting(2) 31:7 225:21 | |
| permitted(9) 35:20 52:14 52:19 53:16 107:19 124:20 146:15 146:16 236:12 | | pleased(1) 206:12 | | possibly(7) 117:19 138:7 146:25 252:22 252:22 292:4 292:21 | | presently(2) 110:7 144:14 | |
| | | pleasure(3) 72:18 110:1 309:10 | | | | preserving(1) 273:3 | |
| permutations(1) 268:8 | | pledged(1) 174:22 | | | | press(1) 173:24 | |
| pernicious(1) 332:10 | | plenary(2) 31:16 193:9 | | post(6) 33:1 40:1 264:11 298:22 299:2 342:19 | | pressure(1) 304:14 | |
| perplexed(1) 187:7 | | plus(1) 94:22 | | | | presumably(3) 129:16 129:17 245:19 | |
| persist(1) 78:18 | | podium(2) 71:22 154:11 | | | | presumption(14) 148:7 148:14 149:25 150:6 150:9 151:6 151:19 152:23 213:21 284:18 285:15 285:20 286:13 286:15 | |
| persistence(1) 79:4 | | point(136) 15:20 17:15 17:16 17:25 19:6 25:22 39:5 74:21 75:9 79:8 79:11 83:16 84:17 85:8 85:12 85:15 88:19 89:22 91:4 103:10 106:14 110:15 110:18 120:21 120:22 122:8 134:15 134:19 139:10 139:1 144:5 148:24 149:6 152:18 152:20 157:6 160:19 160:19 166:23 167:13 168:2 172:1 173:2 173:6 173:23 175:24 176:5 176:20 179:16 180:11 180:14 183:8 183:13 187:7 188:1 197:15 198:6 211:9 211:11 211:14 212:3 212:21 213:4 219:11 224:13 224:23 232:3 233:8 237:24 242:20 257:2 257:25 258:8 259:17 259:25 260:1 260:24 262:5 262:21 263:11 267:9 267:11 267:24 271:6 271:8 271:17 273:8 273:22 274:24 274:25 278:4 281:12 281:16 281:18 282:7 282:21 283:21 283:23 284:17 285:5 285:14 286:2 287:17 287:20 288:14 289:9 290:19 290:24 291:9 295:22 298:20 298:22 299:1 300:3 300:16 301:15 302:8 303:10 305:3 306:19 307:14 308:2 308:18 318:4 318:17 320:17 322:9 322:11 322:12 329:19 333:1 334:19 340:18 340:20 340:25 342:18 | | post-agreement(1) 263:19 | | presumptions(1) 152:18 | |
| person(5) 127:8 242:10 253:21 268:14 294:14 | | | | post-conduct(1) 263:25 | | pretty(6) 46:3 50:12 62:15 80:21 85:4 162:25 | |
| | | | | post-filing(1) 264:4 | | | |
| personal(14) 49:25 50:2 50:4 50:10 50:20 50:21 52:7 52:12 52:16 53:16 56:16 59:14 87:16 164:2 164:24 | | | | pot(4) 236:16 245:22 246:8 337:9 | | prevailing(1) 112:25 | |
| | | | | potential(4) 126:19 190:19 226:22 298:16 | | prevent(4) 197:21 217:14 248:22 249:23 | |
| | | | | potentially(2) 171:9 182:4 | | previous(1) 274:4 | |
| perspective(19) 94:17 95:11 96:21 97:1 100:6 100:15 105:13 150:23 166:11 166:1 166:25 166:25 171:21 178:12 178:22 180:2 190:17 191:20 246:6 | | | | power(5) 53:1 98:24 237:9 272:21 323:16 | | previously(4) 147:25 148:25 200:14 335:2 | |
| | | | | powers(4) 35:24 160:22 162:5 176:15 | | price(1) 36:15 | |
| | | | | ppf(2) 30:8 182:2 | | pricing(16) 39:6 39:15 39:17 40:9 53:25 54:4 66:3 126:24 136:17 136:19 136:21 137:16 225:10 236:22 236:23 341:3 | |
| | | | | practical(5) 70:11 83:8 111:5 175:25 | | | |
| perspectives(3) 100:16 156:17 173:25 | | | | practice(3) 150:17 202:7 245:17 | | | |
| persuade(1) 338:22 | | | | practicing(1) 325:3 | | pricings(1) 236:25 | |
| persuasive(1) 247:20 | | | | praying(1) 246:22 | | prickett(1) 3:13 | |
| persuasiveness(1) 221:16 | | | | pre(1) 296:13 | | primarily(4) 104:8 256:2 256:8 306:7 | |
| pertain(1) 19:19 | | | | pre-agreement(1) 263:18 | | primary(3) 22:15 168:4 199:9 | |
| pertaining(3) 19:23 113:2 167:24 | | | | pre-allocation(1) 43:24 | | prime(2) 5:46 87:10 | |
| pertinent(1) 66:21 | | | | pre-amendmen(1) 161:10 | | primrose(1) 4:25 | |
| petition(1) 122:7 | | | | pre-existing(3) 55:5 233:3 235:19 | | principal(2) 121:25 299:13 | |
| petitions(1) 34:23 | | pointed(8) 79:2 97:25 119:8 122:21 179:25 264:9 277:7 285:11 | | pre-filing(1) 136:18 | | principle(5) 147:24 210:11 304:11 304:18 304:19 326:5 | |
| phase(1) 178:20 | | | | pre-ifsa(5) 218:13 218:14 219:6 292:10 292:23 | | | |
| phds(1) 175:8 | | | | | | | |
| philosophy(1) 162:8 | | pointing(2) 220:6 250:1 | | pre-trial(2) 162:6 280:21 | | principles(14) 66:1 104:8 138:2 147:2 147:5 156:14 176:11 193:20 193:25 236:18 240:15 253:17 272:4 272:16 | |
| phones(2) 42:18 42:19 | | points(41) 25:12 50:24 77:22 89:5 106:5 157:4 157:5 157:13 172:2 172:10 176:2 176:5 209:17 244:7 244:13 244:14 244:21 244:22 247:14 256:15 256:17 257:1 261:19 264:18 269:21 280:15 283:3 283:7 287:13 287:13 297:20 300:9 301:13 305:1 309:14 309:15 318:25 319:2 320:5 331:6 339:1 | | preceded(2) 94:14 274:11 | | | |
| phrase(14) 47:19 52:16 52:20 59:9 65:21 66:19 86:19 87:11 188:14 314:13 314:4 317:12 319:25 324:13 | | | | precedent(2) 162:12 212:25 | | prior(7) 14:5 21:14 39:7 95:20 231:20 245:16 246:1 | |
| | | | | precedents(1) 217:8 | | | |
| | | | | precious(1) 33:4 | | | |
| | | | | precise(1) 137:13 | | prioritize(1) 335:20 | |
| phrases(2) 48:19 67:16 | | | | precisely(5) 41:16 123:8 136:21 142:15 145:25 | | priority(2) 18:15 26:17 | |
| physical(1) 31:24 | | | | | | privacy(1) 253:7 | |
| pick(1) 9:5 | | | | preclude(1) 242:8 | | private(31) 48:6 49:11 83:20 84:9 85:25 87:7 88:11 169:22 196:13 216:25 217:6 222:25 223:4 224:12 224:18 225:17 226:20 227:5 227:22 228:1 228:11 230:2 231:6 231:11 239:2 253:8 253:9 253:9 254:1 264:23 329:7 | |
| picked(2) 175:21 319:22 | | | | precluded(1) 115:11 | | | |
| picks(1) 175:16 | | | | precursor(1) 127:23 | | | |
| piece(6) 65:16 128:13 154:20 285:6 285:1 337:25 | | | | predicated(2) 115:20 164:3 | | | |
| | | poland(3) 321:8 321:8 321:12 | | predict(1) 246:17 | | | |
| | | policy(4) 150:14 156:11 171:21 174:7 | | predicted(1) 310:6 | | | |
| piecemeal(3) 33:20 65:12 139:20 | | polisi(2) 7:4 7:4 | | predisposition(1) 179:23 | | privately(1) 175:21 | |
| pile(1) 157:9 | | political(1) 326:2 | | prefer(2) 104:20 104:21 | | privilege(2) 72:16 89:10 | |
| piles(1) 116:1 | | politics(1) 326:1 | | preferable(1) 334:18 | | prize(4) 241:6 325:24 325:25 326:2 | |
| ping-pong(1) 177:1 | | populated(1) 99:17 | | preference(1) 26:6 | | pro(7) 4:46 4:46 7:4 7:4 26:6 26:7 26:8 | |
| pins(3) 32:5 32:7 32:15 | | portion(7) 14:1 28:13 28:14 98:12 152:13 200:3 330:12 | | preferred(2) 125:12 150:20 | | pro-arbitration(2) 151:19 285:20 | |
| place(22) 12:7 35:5 44:17 68:8 70:20 81:10 121:12 124:5 168:19 177:11 178:7 206:25 229:6 258:15 258:18 261:12 274:23 298:5 316:19 317:2 317:3 318:17 | | | | prejudice(19) 13:15 89:3 122:24 123:4 123:7 123:12 124:9 137:5 137:21 196:5 197:3 197:6 197:13 197:21 303:2 303:3 332:23 333:15 338:3 | | probably(10) 36:11 108:18 109:8 161:22 189:3 191:6 191:10 191:20 233:25 275:24 | |
| | | portions(4) 41:25 129:13 140:17 147:14 | | | | | |
| | | pose(1) 190:22 | | | | | |
| | | position(54) 16:25 30:11 66:9 73:4 73:9 78:24 79:14 80:24 84:8 90:12 93:12 93:15 106:17 107:20 110:18 112:1 113:2 122:5 122:10 125:21 125:22 127:11 130:6 131:1 131:24 133:2 133:7 135:7 136:6 143:20 143:22 143:23 144:1 152:23 164:23 173:1 180:12 213:8 239:6 244:16 249:17 251:5 257:11 273:17 275:1 289:25 307:21 311:4 311:12 315:22 333:18 335:17 336:1 342:2 | | | | probity(1) 136:18 | |
| placed(3) 129:23 162:20 186:8 | | | | preliminarily(2) 152:7 191:25 | | problem(26) 39:13 46:5 79:25 93:9 98:20 131:19 146:25 153:8 153:9 153:18 153:25 202:13 203:15 204:19 258:1 277:2 277:15 278:5 278:10 280:1 320:7 331:8 331:21 332:3 333:20 345:11 | |
| places(3) 116:23 155:20 174:8 | | | | preliminary(3) 76:6 140:9 212:21 | | | |
| plain(2) 264:17 318:9 | | | | premature(3) 184:23 184:25 185:17 | | | |
| plaintiff(1) 84:20 | | | | premised(1) 81:22 | | | |
| plan(2) 173:3 173:8 | | | | prepare(2) 116:2 149:2 | | | |
| plan."(1) 136:25 | | | | prepared(15) 12:23 13:23 20:24 26:20 116:6 120:25 126:5 183:10 218:15 221:19 252:4 332:18 332:19 336:3 338:5 | | | |
| planning(2) 20:15 35:7 | | | | | | | |
| plans(2) 166:6 184:10 | | | | | | problems(14) 34:3 97:25 128:10 145:25 245:19 250:1 270:21 278:4 278:11 279:9 305:5 322:16 340:5 340:6 | |
| plate(2) 337:5 338:19 | | | | | | | |
| plates(3) 32:7 32:8 32:16 | | positioning(1) 178:17 | | present(16) 11:22 69:13 72:20 79:1 111:25 112:19 127:11 128:10 131:20 131:24 209:7 210:6 243:15 248:7 252:3 316:6 | | | |
| play(1) 47:3 | | positions(7) 110:13 125:11 178:16 225:19 286:22 309:19 323:19 | | | | procedural(22) 17:9 19:19 23:13 24:3 25:20 26:9 26:19 26:21 71:9 77:25 84:4 111:17 178:19 181:4 212:21 258:1 258:2 278:12 279:9 280:1 305:7 307:13 | |
| played(2) 241:10 333:5 | | | | | | | |
| players(1) 168:14 | | | | | | | |
| plaza(3) 1:41 2:34 4:9 | | posits(1) 144:14 | | presentation(8) 20:24 28:13 29:17 30:17 65:19 200:22 251:11 315:12 | | | |
| pleaded(1) 194:19 | | possession(2) 71:13 184:17 | | | | | |
| pleading(7) 37:4 64:12 73:12 77:2 77:3 90:17 108:2 | | possibility(5) 105:7 117:18 159:25 232:8 308:13 | | presentations(4) 28:1 94:13 199:22 315:10 | | | |
| pleadings(6) 67:16 96:16 97:25 107:24 108:1 108:5 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**procedure**(28) 18:1 19:20 20:3 20:22 65:11 65:20 66:17 79:18 127:13 140:11 144:8 160:17 161:18 162:8 178:17 184:2 206:21 206:22 209:13 210:2 211:12 216:2 217:7 219:23 244:24 246:12 250:7 278:16

**procedures**(32) 37:22 38:5 47:23 65:12 69:1 78:22 79:6 80:6 80:19 83:17 83:21 110:5 139:25 157:20 160:21 183:18 184:7 185:7 216:1 217:13 222:15 245:18 247:25 248:2 248:2 248:4 248:15 278:13 283:24 288:17 289:16 317:20

**proceed**(32) 9:7 15:10 16:3 16:21 17:7 18:4 18:5 20:19 21:11 24:1 24:15 24:21 26:3 26:13 26:21 69:1 82:25 89:13 109:19 121:10 142:14 142:15 180:3 207:2 210:12 221:11 221:18 250:10 270:16 305:7 309:1 309:3

**proceeded**(4) 22:14 26:1 124:9 320:14

**proceeding**(73) 18:6 21:11 24:5 24:5 26:6 26:14 53:12 55:19 56:3 56:12 68:14 69:6 69:8 69:22 70:2 70:2 70:14 70:18 84:25 110:4 122:14 128:7 134:11 137:6 139:9 140:21 161:1 161:15 164:16 165:23 167:2 178:7 178:11 179:2 179:7 180:12 191:10 196:5 199:23 208:15 210:8 211:1 212:2 212:5 212:6 212:17 212:8 213:2 213:4 213:5 217:1 217:2 231:7 231:11 231:14 232:21 235:13 236:3 245:11 251:25 258:25 260:12 260:16 261:13 262:8 264:20 264:20 281:2 301:3 316:19 334:9 335:22 341:19

**proceedings**(57) 1:18 1:53 8:4 15:7 15:8 15:14 15:19 16:18 17:14 17:18 20:10 30:6 31:16 35:9 35:10 35:11 35:14 36:18 36:20 45:14 53:23 54:10 65:13 83:18 102:19 105:8 113:15 132:6 137:6 145:23 158:11 159:14 161:2 172:20 173:1 174:13 177:5 180:15 180:17 189:13 189:15 191:11 191:13 199:10 199:10 206:1 208:15 230:5 247:11 248:6 260:6 260:14 260:19 260:22 274:10 330:13 346:7

**proceeds**(91) 17:13 32:19 42:1 43:24 44:5 44:5 44:18 54:24 65:8 66:2 66:15 66:22 67:2 74:1 77:11 82:10 82:20 83:11 91:17 94:22 95:12 95:24 96:6 96:9 98:18 101:2 101:6 103:3 104:3 104:4 110:7 117:4 117:8 117:16 124:3 132:13 132:18 136:15 138:13 138:15 157:21 166:18 162:21 178:21 178:23 193:20 197:20 206:22 214:25 215:16 215:25 216:7 216:21 216:16 216:19 221:21 229:1 229:9 233:1 233:1 235:18 237:21 238:9 245:17 246:19 266:5 266:11 267:19 270:8 270:9 272:10 272:13 275:21 276:2 276:8 276:9 276:22 288:11 289:11 293:17 293:20 296:11 334:10

**process**(174) 30:21 41:14 43:18 49:6 56:9 58:6 59:11 63:4 63:16 64:7 64:8 64:19 67:2 67:8 67:12 69:20 70:20 70:21 70:24 70:25 73:24 73:25 74:3 76:18 81:3 83:23 92:16 92:19 94:17 97:1 97:3 97:11 97:13 97:15 97:17 97:23 98:1 98:2 98:6 98:7 98:21 100:25 104:7 104:24 107:10 108:9 110:23 111:2 114:20 118:18 119:5 119:18 121:7 124:2 124:4 125:8 127:6 127:24 128:11 128:14 128:23 133:8 133:17 137:1 138:14 141:5 145:4 159:23 161:5 162:5 162:13 163:13 163:24 164:17 165:1 165:2 166:19 167:14 167:21 168:20 169:10 172:18 174:18 177:7 177:8 178:18 179:6 179:7 179:19 179:17 180:13 181:1 182:12 182:13 182:22 182:23 183:15 183:21 184:1 184:21 190:2 190:18 191:15 191:19 193:18 194:4 197:5 197:13 198:10 198:11 198:13 199:11 210:16 210:18 212:24 223:3 223:10 226:20 227:6 227:22 228:9 228:10 228:11 229:6 230:2 232:9 240:25 246:11 248:13 248:23 249:4 249:5 249:19 250:5 261:8 293:17 293:23 293:24 294:11 294:17 299:17 301:11 302:12 309:22 309:25 310:23 311:3 311:7 312:12 312:19 313:12 315:23 318:23 319:1 326:14 326:25 327:3 327:4 328:15 330:11 332:20 334:23 338:18 339:22 340:2 340:7 341:13 341:14 341:15 341:17 343:22 345:9

**processes**(7) 41:17 97:20 97:24 102:23 135:5 163:19 164:10

**processing**(1) 160:22
**proclaiming**(1) 340:9
**produce**(1) 252:1
**produced**(2) 1:54 254:17
**producers**(1) 78:9
**product**(2) 45:9 45:25
**production**(3) 184:11 185:9 207:22
**products**(1) 31:24
**professional**(4) 99:19 100:7 101:11 167:4
**professor**(18) 146:22 148:3 148:19 148:23 149:17 149:21 149:24 150:2 150:12 150:19 151:5 151:9 151:11 151:18 151:22 199:7 234:17 236:6
**proffer**(1) 89:6
**profoundly**(1) 167:17
**progress**(2) 124:12 215:4
**progressed**(1) 167:13
**prolog**(1) 30:18
**promise**(3) 142:6 215:22 217:15
**prompt**(1) 99:1
**promptly**(2) 238:7 345:19
**prong**(2) 254:14 254:17
**proof**(5) 54:2 152:2 152:9 154:19 286:2
**proofs**(1) 136:23
**proper**(14) 46:19 65:7 66:21 147:11 165:7 263:8 264:15 268:4 282:8 282:16 300:14 301:22 302:17 335:19
**properly**(4) 104:17 127:24 165:2 262:4
**properties**(4) 58:5 59:10 61:6 61:21
**property**(17) 31:24 41:21 42:3 42:13 42:22 59:22 60:5 60:21 134:19 212:24 216:5 241:2 241:8 241:14 241:16 241:21 242:11
**proponents**(1) 108:16
**proposal**(2) 112:9 113:5
**proposals**(2) 76:4 76:7
**propose**(9) 8:24 9:11 76:16 98:3 137:22 137:23 140:19 144:15 176:4

**proposed**(27) 78:22 98:2 99:2 99:4 103:16 107:18 111:24 117:3 118:21 119:2 119:14 140:11 140:11 144:7 144:12 160:20 171:4 178:1 178:3 178:22 183:16 187:6 189:16 196:25 197:13 242:23 244:25

**proposing**(5) 78:10 126:12 141:9 182:11 184:20

**proposition**(8) 113:22 133:6 142:18 143:1 150:11 150:13 153:14 168:23

**propositions**(1) 122:9
**proprietary**(4) 133:17 312:5 319:8 335:8
**proprietorship**(1) 93:9
**propriety**(1) 136:21
**prospect**(2) 32:20 137:5
**protect**(2) 165:2 322:15
**protected**(1) 238:15
**protection**(9) 30:9 102:19 105:7 123:12 132:16 142:10 150:22 279:3 326:6

**protections**(3) 78:20 89:13 279:5
**protestations**(1) 129:24
**protocol**(301) 9:7 15:6 16:23 23:16 28:16 28:25 29:1 29:7 29:14 29:15 29:18 30:15 44:20 45:7 45:7 45:23 47:5 47:10 48:24 54:17 54:22 54:22 55:1 55:10 55:15 55:25 56:2 56:6 58:11 60:23 62:5 62:7 62:8 62:11 68:24 70:3 70:22 71:4 73:1 73:7 73:8 75:5 76:23 77:1 77:3 78:3 78:21 80:3 80:11 80:16 82:19 83:4 83:10 83:14 83:17 83:25 84:14 92:24 96:8 96:13 96:17 96:19 96:19 96:19 97:19 97:11 99:17 107:16 107:18 107:22 108:4 110:4 110:15 111:7 111:10 111:18 111:20 111:21 111:24 112:5 112:2 112:24 113:7 114:4 114:24 115:18 115:22 116:13 116:16 116:19 116:23 116:25 118:19 118:19 118:19 119:14 120:6 121:13 121:15 121:16 123:6 124:2 124:4 124:8 129:3 131:22 133:12 135:3 135:18 135:9 135:23 136:4 137:22 137:23 138:5 138:13 139:1 139:24 140:13 141:3 141:9 142:4 142:11 142:15 144:2 144:6 146:5 146:15 155:16 155:19 157:8 157:15 157:19 158:1 158:19 159:7 159:19 160:8 160:15 160:15 160:20 161:12 161:13 161:14 162:11 162:14 170:9 170:13 171:4 171:11 171:1 171:13 171:16 178:1 178:3 178:23 181:25 183:14 183:22 183:24 183:24 184:4 187:1 189:12 190:6 190:12 193:5 197:17 197:20 209:20 210:7 210:9 210:12 211:8 211:10 211:13 211:16 211:17 211:19 211:22 212:6 212:10 212:16 212:18 213:13 215:16 216:1 221:20 223:1 226:12 229:3 229:4 230:22 231:5 232:13 232:15 236:15 237:5 237:6 237:23 238:25 239:5 239:6 239:9 239:18 239:22 240:1 240:11 242:1 243:6 243:7 243:14 243:15 244:19 244:21 249:20 249:20 250:2 250:15 254:7 254:9 257:14 257:20 258:5 259:20 259:22 259:23 259:22 260:2 260:4 260:7 260:11 260:20 262:12 265:1 265:2 265:21 265:22 265:24 266:12 266:15 266:18 272:18 272:20 272:23 272:25 273:2 273:4 273:10 274:22 275:2 276:24 276:25 277:4 277:12 277:14 278:5 280:19 280:24 281:4 281:5 281:20 281:22 282:3 282:5 288:10 288:15 288:19 288:22 289:8 289:10 290:23 292:10 292:13 292:1 293:22 293:23 294:24 295:3 295:16 295:20 296:7 296:25 297:1 298:7 298:8 298:17 299:16 299:16 303:11 305:5 305:15 305:15 305:16 307:1 311:20 313:22 314:8 315:1 318:18 318:18 319:3 319:14 320:24 321:6 321:8 321:14

**protocol**(19) 322:19 323:17 323:20 323:25 324:2 324:4 328:12 331:24 332:8 334:3 334:15 335:11 335:19 337:10 339:5 339:9 339:21 342:5 343:24

**protocols**(2) 169:6 300:22
**prove**(1) 97:10
**proven**(1) 34:2
**proves**(1) 93:1
**provide**(20) 40:11 48:15 70:13 83:17 93:24 94:16 95:19 98:25 113:12 116:8 121:23 127:2 130:16 154:23 155:3 191:19 191:21 221:8 288:16 342:17

**provided**(29) 8:16 13:4 18:18 32:24 40:3 40:20 41:1 43:8 49:6 52:5 56:11 63:10 83:6 94:20 94:22 96:15 96:19 100:21 102:22 105:13 140:16 149:3 155:6 161:14 178:23 222:15 261:23 286:25 335:2

**provides**(8) 101:17 112:5 118:13 139:23 151:18 151:22 160:17 282:6

**providing**(2) 33:9 39:18
**province**(2) 174:23 184:8
**provincial**(1) 129:21
**provision**(18) 40:6 44:2 54:23 85:7 95:7 100:4 114:18 120:7 127:11 131:17 193:11 211:18 224:8 236:8 238:14 254:8 295:5 303:19
**provisional**(1) 185:22
**provisionally**(1) 138:16
**provisions**(30) 16:22 41:16 44:16 45:3 56:10 59:5 60:3 60:19 132:1 158:10 158:13 175:14 215:17 238:11 239:9 259:13 262:4 262:5 263:12 263:14 268:1 268:4 282:9 301:20 301:20 304:5 312:20 315:1 317:13 317:14

**proximity**(1) 24:13
**prudent**(1) 113:5
**psychologist**(1) 234:10
**public**(12) 47:1 171:21 174:7 179:5 179:5 229:24 232:5 234:3 312:23 322:3 327:7 329:10

**publicly**(2) 63:6 63:7
**published**(1) 327:10
**pull**(1) 207:9
**punch**(1) 103:7
**punt**(1) 169:18
**purchasers**(2) 32:24 33:1
**purchases**(1) 103:1
**purportedly**(1) 124:18
**purports**(2) 125:3 221:10
**purpose**(11) 41:24 103:16 131:8 135:25 136:1 138:7 138:14 233:3 236:5 248:17 299:16
**purposes**(13) 15:21 45:15 53:22 75:11 78:7 79:1 93:15 107:14 123:4 200:16 215:10 221:1 271:2

**pursuant**(14) 28:24 29:1 44:6 58:6 59:11 60:23 70:21 97:7 103:5 174:24 238:15 267:16 271:12 271:23

**pursued**(1) 46:14
**pursuing**(1) 76:22
**purview**(1) 67:6
**push**(3) 233:23 233:24 234:3
**put**(73) 22:24 28:4 28:6 33:18 36:19 43:25 51:4 52:13 57:7 70:20 79:10 80:10 82:7 86:23 100:9 101:16 110:22 122:15 122:18 124:17 133:15 136:22 140:21 146:5 146:12 148:9 148:22 148:24 163:9 165:4 168:23 171:16 173:10 187:7 190:7 191:18 196:23 213:7 219:21 221:7 229:6 242:3 242:3 257:14 257:21 261:12 266:15 267:2 267:23 268:15 274:23 275:1 276:25 277:15 278:5 280:13 280:24 281:17 292:12 296:16 298:5 302:9 303:6 303:11 318:20 318:24 322:5 325:13 325:13 329:9 333:10 339:3 341:16

**putative**(1) 150:25
**putting**(4) 133:20 188:3 247:18 278:3
**qc's**(1) 315:21

| Word | Page:Line |
| --- | --- |
| **qualification**(3) 52:10 122:23 334:13 | |
| **qualify**(1) 75:20 | |
| **quality**(1) 218:23 | |
| **quantum**(1) 66:24 | |
| **quarter**(1) 201:5 | |
| **queen**(1) 304:1 | |
| **question**(68) 19:18 27:1 46:7 46:7 47:21 72:21 73:3 75:18 84:17 87:20 101:3 113:24 119:16 121:15 122:1 122:10 123:1 125:18 128:19 130:2 138:9 141:14 141:19 141:23 143:2 143:10 143:14 143:21 143:2 147:5 147:13 147:17 148:12 148:15 151:25 152:4 152:11 152:21 152:24 169:9 190:22 191:4 192:25 193:8 194:6 197:4 197:19 226:10 232:13 237:1 240:8 278:24 278:25 279:2 279:4 279:5 279:8 283:6 286:2 291:11 292:24 300:24 310:1 329:21 333:13 333:21 337:14 338:12 | |
| **questions**(13) 94:15 121:21 125:15 135:15 148:14 152:15 179:18 199:19 253:7 254:2 280:25 287:21 305:20 | |
| **quick**(2) 259:8 276:25 | |
| **quickly**(18) 8:17 14:4 20:23 36:13 104:21 105:6 177:11 183:5 183:11 186:23 206:19 209:15 247:1 247:3 257:22 291:14 305:14 310:5 | |
| **quite**(19) 20:12 21:25 36:4 36:5 70:4 79:13 87:22 90:9 200:23 216:14 225:24 229:14 238:10 239:8 247:2 292:19 294:11 294:17 331:5 | |
| **quorum**(1) 122:23 | |
| **quotation**(1) 151:22 | |
| **quote**(2) 76:14 89:11 | |
| **quoted**(1) 239:15 | |
| **quotes**(3) 150:19 162:6 277:15 | |
| **rd** (1) 341:3 | |
| **rabid**(1) 333:10 | |
| **radar**(3) 163:9 165:4 165:9 | |
| **raise**(11) 117:22 137:2 137:4 138:22 164:18 196:21 196:24 236:25 247:15 280:15 300:15 | |
| **raised**(14) 17:22 25:21 28:19 29:21 29:23 49:8 106:14 116:13 156:7 160:14 197:3 208:23 279:20 345:12 | |
| **rajeev**(1) 7:32 | |
| **ramifications**(1) 168:14 | |
| **ranchdar**(1) 153:24 | |
| **random**(1) 275:9 | |
| **range**(2) 88:3 138:11 | |
| **rank**(2) 89:8 125:2 | |
| **rarity**(1) 170:19 | |
| **rather**(18) 20:9 23:22 26:18 77:9 88:1 88:3 103:20 113:5 115:3 122:8 139:20 151:23 158:21 163:18 217:1 229:1 248:16 249:5 | |
| **ratio**(1) 339:17 | |
| **rationale**(1) 78:11 | |
| **ray**(3) 299:7 299:12 319:24 | |
| **ray's**(1) 299:9 | |
| **re-characterized**(1) 69:6 | |
| **re-filed**(1) 68:21 | |
| **re-litigation**(1) 248:22 | |
| **reach**(26) 29:14 43:2 43:5 43:15 43:16 44:22 55:14 68:4 82:17 83:9 86:18 92:15 96:8 98:19 101:7 124:7 129:19 129:23 215:14 225:25 226:12 245:25 246:23 250:2 288:9 289:4 | |
| **reached**(12) 43:6 43:14 48:24 62:12 73:2 74:11 97:5 124:8 157:18 193:5 212:19 216:8 | |
| **reaching**(2) 67:13 326:17 | |
| **reaction**(3) 210:23 325:16 329:23 | |

| Word | Page:Line |
| --- | --- |
| **read**(50) 26:11 38:22 49:22 50:23 51:18 56:18 56:22 65:1 67:19 81:8 94:18 107:22 117:19 118:11 119:24 129:13 134:1 134:2 136:10 149:20 192:22 198:7 213:22 215:23 217:20 235:23 237:2 240:6 263:8 263:15 265:6 267:1 267:21 283:2 285:24 292:3 294:12 294:15 296:13 314:13 314:1 324:9 335:6 339:8 339:8 339:16 339:17 339:18 344:9 345:4 | |
| **readily**(1) 128:10 | |
| **reading**(8) 51:21 159:17 264:22 266:20 266:20 285:15 315:4 342:17 | |
| **reads**(2) 91:12 261:6 | |
| **ready**(10) 14:23 25:15 72:8 109:19 115:25 247:3 309:1 309:3 309:7 309:8 | |
| **real**(13) 51:9 70:23 80:7 80:7 137:7 165:12 179:12 186:6 186:6 194:22 194:24 270:4 280:20 | |
| **realistic**(5) 182:25 183:1 183:2 185:5 185:11 | |
| **realization**(4) 35:3 35:4 184:23 338:16 | |
| **realize**(3) 33:7 47:17 213:22 | |
| **realizing**(1) 35:12 | |
| **really**(55) 23:8 25:12 25:25 46:1 48:10 53:17 56:19 81:5 87:7 108:1 120:5 125:16 131:18 133:15 133:19 141:17 145:10 146:1 149:6 149:7 149:20 149:21 152:25 153:19 157:3 157:4 157:22 160:17 160:20 171:5 175:2 177:3 184:7 189:14 198:13 208:17 212:23 213:16 214:10 233:10 238:19 271:4 282:25 284:13 285:3 288:3 300:24 307:24 320:18 331:21 333:1 333:17 334:20 338:24 343:21 | |
| **realm**(1) 171:16 | |
| **reason**(29) 44:25 44:25 67:9 85:19 86:17 88:9 93:13 116:17 137:21 142:14 142:15 147:25 164:18 182:10 182:14 182:18 185:1 186:24 208:13 222:11 224:14 239:7 249:2 259:14 279:23 291:19 300:19 318:20 335:5 | |
| **reasonable**(6) 29:20 42:25 178:23 228:17 294:4 294:5 | |
| **reasonably**(7) 44:8 74:17 83:7 226:25 236:14 292:7 292:20 | |
| **reasoned**(1) 223:25 | |
| **reasons**(12) 17:8 121:23 127:12 127:18 150:14 153:24 170:22 174:7 179:2 248:20 249:21 282:11 | |
| **recalcitrants**(1) 91:9 | |
| **recall**(11) 37:25 148:18 272:6 302:14 315:4 316:17 327:23 342:21 343:4 343:9 343:15 | |
| **receipt**(2) 313:6 313:7 | |
| **receive**(6) 12:13 13:12 60:17 98:14 191:12 241:17 | |
| **received**(3) 13:1 116:14 148:17 | |
| **receiving**(2) 153:8 160:2 | |
| **recent**(6) 52:16 81:21 132:1 134:22 135:15 162:7 | |
| **recently**(2) 63:21 218:8 | |
| **recess**(20) 8:21 14:8 14:11 14:14 25:3 25:6 109:15 109:16 154:3 154:4 201:2 201:6 201:8 205:11 270:11 270:14 308:21 308:24 308:25 346:1 | |
| **recipient**(1) 108:5 | |
| **recipients**(1) 99:21 | |
| **recital**(2) 130:15 134:23 | |
| **recitation**(2) 115:8 130:8 | |

| Word | Page:Line |
| --- | --- |
| **recites**(3) 86:4 140:1 140:8 | |
| **reckoning**(2) 128:15 337:2 | |
| **recognition**(2) 224:6 260:21 | |
| **recognize**(5) 107:17 164:6 168:13 174:19 339:24 | |
| **recognized**(6) 84:5 99:23 197:21 241:17 277:2 277:3 | |
| **recognizes**(1) 100:4 | |
| **recognizing**(3) 131:4 161:1 229:8 | |
| **recommence**(1) 14:10 | |
| **recommend**(1) 134:21 | |
| **recommendation**(1) 199:1 | |
| **recommendations**(1) 192:19 | |
| **recommended**(1) 192:14 | |
| **record**(65) 12:3 72:10 74:7 74:11 75:9 78:13 80:15 80:21 91:12 94:9 108:7 110:13 116:5 118:22 120:23 122:2 122:8 123:1 123:21 125:5 125:5 125:14 131:1 131:10 133:4 133:5 133:6 135:21 138:1 142:25 143:13 144:11 149:9 154:25 187:8 188:4 213:9 218:19 220:17 227:14 227:20 230:20 231:19 251:14 252:23 256:6 256:7 265:19 265:24 282:19 282:23 284:12 284:13 291:18 292:9 292:14 296:5 298:3 302:10 302:23 302:24 312:12 314:21 332:18 342:15 | |
| **recorded**(2) 1:53 242:12 | |
| **recording**(2) 1:53 346:6 | |
| **records**(4) 90:13 111:16 219:22 221:4 | |
| **recoveries**(3) 32:20 101:8 102:21 | |
| **recovery**(2) 137:12 212:24 | |
| **reduce**(4) 246:12 248:20 248:21 249:11 | |
| **reed**(4) 4:4 5:17 5:46 | |
| **refer**(25) 64:1 77:1 83:3 102:12 111:4 112:16 132:7 144:15 158:21 158:22 181:6 181:19 189:4 193:10 193:12 199:6 211:10 232:8 257:1 273:16 274:5 284:11 286:11 301:16 303:22 | |
| **reference**(22) 82:12 84:7 84:21 120:12 136:7 136:11 137:24 137:25 156:21 176:2 179:21 181:12 196:4 196:10 243:23 251:12 291:23 298:12 299:4 299:4 316:16 326:21 | |
| **referenced**(2) 251:19 318:18 | |
| **references**(14) 51:17 116:7 200:8 217:18 231:23 251:11 252:22 252:25 253:8 282:20 283:19 291:8 296:1 313:20 | |
| **referral**(1) 147:21 | |
| **referred**(40) 24:3 84:18 88:25 102:9 148:15 154:22 154:24 160:9 174:8 184:22 195:15 198:1 200:5 214:3 218:8 223:19 225:1 225:6 229:17 231:16 238:2 238:13 239:21 239:25 240:21 251:10 256:12 266:25 270:3 284:25 285:5 285:7 285:17 288:4 292:8 297:11 299:3 299:8 300:17 320:10 | |
| **referring**(14) 24:4 73:19 126:14 153:2 172:24 181:18 184:8 222:2 256:1 256:5 291:23 292:16 297:4 298:18 | |
| **refers**(11) 184:13 187:2 194:10 223:22 223:23 225:23 268:16 286:12 295:6 296:6 296:14 | |
| **reflect**(4) 229:25 232:2 238:8 302:21 | |
| **reflected**(2) 13:5 143:19 | |
| **reflective**(3) 47:25 78:15 78:16 | |
| **reflects**(3) 215:21 231:12 335:16 | |
| **refrain**(2) 60:20 205:25 | |
| **refuse**(6) 240:15 278:25 279:1 279:5 279:8 336:14 | |
| **refusing**(3) 78:16 152:18 322:14 | |
| **regard**(7) 52:3 112:25 113:2 156:9 161:18 206:9 220:18 | |

| Word | Page:Line |
| --- | --- |
| **regarding**(13) 17:9 18:22 19:1 77:10 89:5 152:18 260:16 272:16 284:18 297:7 299:15 303:4 304:25 | |
| **regardless**(3) 69:4 187:16 188:12 | |
| **regards**(3) 12:14 13:19 113:1 | |
| **region**(1) 35:15 | |
| **registrar**(1) 14:22 | |
| **regular**(1) 271:23 | |
| **regularly**(1) 128:9 | |
| **regulate**(1) 162:5 | |
| **regulator**(4) 99:19 166:2 166:4 171:21 | |
| **regulatory**(1) 104:14 | |
| **reinforces**(2) 161:12 161:13 | |
| **reiterated**(2) 148:24 190:16 | |
| **reiterating**(1) 100:20 | |
| **reject**(1) 250:9 | |
| **rejected**(1) 238:9 | |
| **relate**(4) 23:7 23:10 248:11 324:7 | |
| **related**(23) 24:13 33:19 37:4 37:4 55:20 73:12 77:2 77:3 88:19 90:17 95:9 95:13 95:21 111:15 115:13 117:6 117:10 179:2 195:10 210:1 214:10 236:2 249:3 | |
| **relates**(5) 22:8 50:14 118:3 218:18 312:8 | |
| **relating**(18) 10:9 27:4 28:15 42:13 53:23 54:10 54:12 54:12 117:3 156:7 232:21 235:14 235:15 235:17 236:21 293:18 314:1 316:8 | |
| **relation**(9) 34:9 139:6 179:17 189:17 195:23 213:11 221:6 222:18 315:22 | |
| **relationship**(2) 38:10 128:12 | |
| **relative**(2) 20:24 191:3 | |
| **relatively**(4) 33:23 102:14 104:7 286:1 | |
| **release**(3) 42:11 95:24 254:18 | |
| **released**(6) 63:6 63:7 120:10 212:15 215:21 237:22 | |
| **releasing**(3) 238:4 238:12 238:18 | |
| **relevance**(1) 131:8 | |
| **relevant**(37) 64:8 66:4 66:14 66:15 66:23 82:18 84:8 84:9 85:6 91:4 96:4 102:24 140:18 147:15 147:16 156:15 194:12 215:15 219:4 262:14 263:16 263:25 263:25 264:5 268:7 268:9 268:11 282:8 283:1 285:19 287:23 288:10 288:17 291:20 299:2 300:19 329:4 | |
| **relevantly**(1) 134:18 | |
| **reliance**(2) 332:9 342:19 | |
| **relied**(4) 216:9 295:3 299:22 300:1 | |
| **relief**(23) 13:15 55:20 63:25 68:14 68:22 69:4 70:16 71:2 71:14 72:22 98:24 103:8 103:18 106:13 117:2 117:2 172:12 195:10 199:1 232:21 235:13 236:2 299:22 | |
| **relies**(2) 120:7 194:21 | |
| **relieved**(1) 123:9 | |
| **relinquishment**(3) 41:20 42:2 42:21 | |
| **rely**(15) 84:6 85:14 85:15 85:24 86:21 86:25 156:5 156:8 219:15 220:10 256:20 265:7 278:24 304:24 333:1 | |
| **relying**(2) 251:17 251:18 | |
| **rem**(2) 59:15 174:1 | |
| **remain**(2) 9:2 140:10 | |
| **remainder**(1) 40:13 | |
| **remaining**(3) 128:25 187:9 304:25 | |
| **remains**(4) 92:16 92:19 101:10 298:11 | |
| **remarkable**(3) 125:21 165:22 206:14 | |
| **remarkedly**(1) 126:11 | |
| **remarks**(3) 72:20 102:14 206:1 | |
| **remedy**(1) 151:4 | |
| **remember**(5) 39:5 40:24 238:24 252:14 319:10 | |
| **remembered**(1) 166:22 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **remind**(3) 114:14  119:24  229:18 | | **reserves**(1) 138:19 | | **respect**(113) 13:16  16:17  28:19  29:20 | | **revised**(10) 28:16  29:15  29:18  45:7  45:7 |

**remind**(3) 114:14  119:24  229:18
**reminded**(1) 114:5
**reminds**(1) 234:9
**remora**(1) 328:15
**render**(4) 273:12  277:4  281:3  345:3
**rendered**(2) 58:15  302:15
**rendering**(2) 48:14  243:1
**renders**(2) 280:3  280:3
**reneging**(1) 209:9
**renegotiating**(1) 243:6
**reorganization**(1) 36:6
**reorganize**(1) 36:11
**repaired**(1) 154:1
**repeat**(7) 48:1  113:10  143:7  178:16  219:4  256:10  305:4

**repeated**(1) 50:22
**repeatedly**(4) 88:25  259:19  260:10  302:13
**repeating**(1) 120:22
**repeats**(1) 43:4
**repetition**(1) 256:11
**replace**(1) 262:11
**replacements**(1) 126:19
**replete**(1) 135:21
**reply**(17) 52:18  66:10  77:17  80:12  85:6  88:23  91:12  116:14  148:18  148:20  158:2  217:5  222:21  282:24  302:2  305:22  311:12

**reported**(1) 230:13
**reporter**(1) 230:14
**reports**(4) 128:17  231:17  231:20  232:8  257:17  258:11  300:18

**representations**(2) 229:12  301:4
**representativ**(1) 98:8
**representatives**(8) 29:12  74:23  75:2  95:1  95:2  95:22  191:2  246:11

**represented**(3) 189:22  191:1  191:14
**representing**(3) 164:9  315:21  329:14
**represents**(5) 166:2  166:4  175:23  190:23  329:24

**reps**(1) 7:29
**request**(26) 9:23  10:8  10:10  10:14  11:4  64:23  71:7  80:22  101:19  108:4  123:9  123:18  124:14  146:16  190:14  190:15  190:16  250:22  306:9  306:9  306:20  306:22  306:25  323:11  334:24  335:7

**requested**(4) 72:22  117:2  199:1  199:3
**requesting**(2) 106:23  139:7
**require**(15) 17:10  68:6  68:21  136:16  210:25  213:2  217:20  228:15  229:21  282:9  289:10  290:12  293:25  295:21  307:1

**required**(14) 35:17  79:3  91:9  142:17  159:20  191:11  209:22  210:24  213:3  229:20  275:6  276:17  322:20  323:4

**requirement**(3) 79:2  144:3  283:13
**requirements**(1) 97:11
**requires**(4) 76:15  289:23  323:15  327:8
**reread**(2) 344:1  344:1
**res**(1) 250:6
**research**(4) 42:7  241:4  341:2  341:5
**resent**(1) 335:5
**reservation**(4) 71:4  105:16  294:25  314:15
**reserve**(5) 13:15  27:20  104:22  179:16  327:18

**reserved**(3) 28:2  178:9  179:21

**reserves**(1) 138:19
**reside**(1) 168:10
**residual**(1) 104:17
**residue**(1) 210:15
**resile**(1) 119:11
**resiled**(1) 173:11
**resolution**(53) 47:23  65:11  65:20  66:17  83:3  83:19  96:6  97:13  97:14  98:20  104:4  105:17  111:2  113:16  114:2  128:5  131:23  142:12  146:1  179:14  209:5  211:12  216:2  216:25  217:1  222:13  222:15  223:3  223:11  224:18  224:18  226:7  226:20  227:5  227:22  228:9  228:11  230:1  230:2  231:6  236:8  237:6  239:1  240:12  249:4  250:5  250:7  262:6  298:16  325:20  325:22  327:11  341:1

**resolvable**(1) 249:13
**resolve**(30) 46:12  81:3  98:16  104:12  105:17  127:24  157:7  157:14  157:20  160:18  197:3  210:20  226:18  231:3  242:4  245:24  246:22  249:8  250:2  250:19  253:22  254:3  268:20  279:24  279:24  284:2  309:22  310:3  327:2  340:7

**resolved**(17) 68:8  121:16  137:2  137:4  182:5  185:3  185:4  230:16  231:13  243:3  269:19  286:7  305:14  329:10  333:14  335:2  341:8

**resolver**(118) 48:10  84:18  84:22  85:9  85:14  85:24  85:25  86:17  87:1  87:7  87:8  87:11  87:22  88:9  88:12  120:11  121:17  121:18  121:21  121:22  122:2  126:14  126:1  126:18  126:21  129:19  129:23  130:5  131:13  136:4  143:15  144:22  145:3  174:20  212:16  216:15  218:2  218:3  222:1  222:3  222:6  222:12  223:23  223:24  224:1  224:5  224:14  224:22  224:25  225:4  225:6  226:5  226:9  226:16  230:24  237:23  240:23  242:1  243:4  243:16  244:4  244:18  253:9  253:25  254:4  254:11  254:15  264:10  267:17  268:7  268:9  268:11  268:17  268:23  268:25  289:1  291:10  291:10  291:16  294:21  291:25  291:25  292:4  292:5  292:11  292:16  292:17  292:18  292:24  293:2  297:4  297:17  297:18  298:14  300:4  313:7  314:10  314:1  315:8  315:20  316:17  317:17  317:24  318:6  318:9  318:13  324:13  324:14  327:12  327:1  327:15  331:25  332:5  333:2  333:19  333:23  334:17

**resolvers**(21) 47:22  82:18  83:20  84:7  84:8  84:9  87:24  88:8  88:25  89:15  121:18  215:15  215:24  239:2  242:1  262:14  265:3  288:10  288:12  298:22  316:13

**resolver")"(1) 86:15
**resolving**(15) 66:14  80:4  83:10  96:8  124:2  145:13  150:20  221:20  222:24  226:1  292:1  314:8  326:12  326:13  338:21

**resonates**(1) 226:6
**resort**(2) 326:7  326:11
**resources**(2) 182:15  182:15

**respect**(113) 13:16  16:17  28:19  29:20  43:10  58:15  58:18  59:22  61:24  61:25  75:19  79:14  87:20  89:4  89:8  93:19  93:22  95:21  104:10  105:8  106:2  106:15  110:14  111:10  111:16  113:3  115:12  115:19  117:1  117:15  119:21  122:1  124:15  138:8  140:25  142:16  142:18  142:19  143:3  143:14  145:6  146:17  147:19  151:11  156:3  160:21  167:1  170:21  184:4  185:13  189:12  189:19  190:6  195:12  196:9  219:18  220:3  230:4  256:21  257:11  259:6  259:21  260:5  263:9  266:8  267:9  270:1  270:9  271:12  273:13  273:19  274:10  276:5  277:23  281:16  281:21  282:7  282:20  287:11  294:9  294:21  295:1  295:2  296:17  298:2  299:1  300:14  301:1  301:4  302:7  302:17  302:18  302:20  304:24  305:5  305:7  314:15  314:18  317:4  317:17  320:9  320:17  321:14  321:23  322:1  322:9  334:19  339:11  340:19  341:21  342:14  343:21  344:11

**respectably**(1) 142:17
**respected**(3) 49:5  125:6  197:11
**respectful**(62) 17:6  18:1  18:9  18:24  158:13  257:6  257:13  257:15  257:20  258:3  258:5  258:9  258:22  258:25  261:15  261:23  262:3  263:12  264:5  264:15  264:23  265:10  265:2  266:21  267:4  267:11  267:20  268:2  268:10  269:10  269:25  271:14  272:12  272:24  273:3  273:18  273:20  274:6  276:12  276:16  277:10  278:6  279:17  280:2  280:17  280:23  281:7  281:8  281:19  282:16  283:18  284:10  286:14  287:20  288:15  291:6  294:12  295:5  296:15  300:2  303:13  303:20  344:2

**respectfully**(7) 10:8  11:4  106:18  250:22  275:4  306:3  315:14

**respective**(5) 112:8  112:10  140:22  141:18  337:4

**respects**(3) 32:1  100:8  295:19
**respond**(4) 24:9  134:12  139:11  309:15
**responded**(3) 148:22  196:8  210:9
**responding**(7) 16:20  16:20  90:2  148:10  149:8  158:2  158:5

**response**(19) 13:1  13:13  14:6  17:2  19:18  29:24  30:3  63:24  63:24  64:3  79:20  102:8  106:14  117:22  149:2  221:13  241:19  282:24  310:9

**responses**(4) 12:13  12:14  13:12  30:10
**responsibilities**(3) 190:23  190:25  199:13
**responsibility**(1) 145:7
**responsible**(1) 36:23
**rest**(5) 19:3  64:5  86:20  149:20  244:20
**restate**(1) 257:2
**rested**(1) 170:11
**result**(16) 34:12  36:18  75:7  138:3  143:13  143:16  143:22  166:18  243:2  245:5  246:24  248:4  258:15  280:18  301:7  308:1

**resulting**(2) 151:2  217:7
**results**(3) 67:1  182:14  182:17
**resurfaced**(1) 134:24
**retire**(1) 186:3
**retirement**(1) 304:6
**return**(2) 183:19  201:10
**returned**(1) 203:4
**returns**(1) 104:13
**reveals**(1) 332:9
**revenue-based**(1) 126:24
**review**(14) 12:22  47:2  68:6  68:25  75:14  141:8  141:9  217:25  219:10  247:13  253:2  296:25  297:2  298:11

**reviewed**(3) 13:8  87:2  298:9
**reviews**(1) 162:4

**revised**(10) 28:16  29:15  29:18  45:7  45:7  45:23  47:4  103:16  155:18  298:6

**reward**(2) 234:14  234:14
**rewards**(1) 234:13
**rewrite**(2) 268:2  290:22
**richard**(1) 177:22
**richards**(1) 2:11
**rid**(1) 320:16
**ride**(1) 32:9
**ridiculous**(6) 312:12  313:15  323:16  324:9  328:8  333:16

**riela**(6) 3:21  105:20  105:23  105:23  106:1  107:1

**right**(133) 8:23  9:1  10:17  11:1  11:19  12:24  13:15  13:25  14:7  14:11  16:14  18:19  21:1  24:8  25:3  27:11  28:20  29:4  33:4  37:10  39:2  41:24  45:16  51:20  55:14  56:11  59:25  63:12  69:9  71:25  72:4  76:19  80:5  82:10  84:17  90:20  94:6  102:15  104:22  108:12  108:15  109:11  132:8  138:18  138:19  139:2  139:10  139:16  149:11  152:21  159:2  159:3  175:8  186:21  188:1  190:9  192:3  194:19  196:12  196:12  201:4  201:15  203:2  204:24  205:6  207:12  207:16  208:2  208:5  208:6  208:7  208:11  209:7  211:5  214:20  214:22  220:20  221:17  233:3  233:21  233:23  234:3  234:5  235:8  235:19  237:8  237:11  242:11  242:15  243:2  247:3  247:4  252:12  252:17  252:24  254:10  254:13  254:19  254:19  254:22  257:3  260:3  261:20  262:25  263:6  266:10  266:22  270:12  270:20  278:22  279:1  279:3  280:12  285:7  286:18  293:22  303:21  307:20  307:23  308:11  308:17  309:4  319:14  322:22  323:2  326:8  329:16  329:22  330:8  330:11  330:22  331:17  343:12

**right-hand**(1) 161:23
**rightful**(1) 242:10
**rights**(24) 30:14  42:9  60:16  145:4  150:21  174:12  179:16  199:12  216:5  216:6  223:6  238:18  239:14  240:3  250:4  259:22  266:10  278:22  280:5  295:4  300:20  314:15  326:8  330:6

**ring**(2) 33:14  34:24
**rise**(9) 14:15  14:21  25:7  66:4  94:16  154:5  193:17  205:12  220:1

**risen**(1) 335:9
**rising**(2) 58:17  139:4
**risk**(6) 65:15  137:8  137:12  137:20  246:14  247:6

**robert**(1) 316:4
**robin**(3) 5:5  5:40  5:41
**robinson**(1) 7:8
**robust**(3) 141:3  142:5  340:7
**rodney**(1) 2:13
**role**(1) 241:10
**rolled-up**(1) 141:16
**room**(5) 37:13  123:7  325:8  338:23  345:2
**rooney**(1) 2:25
**rose**(2) 78:24  109:23
**rosen**(1) 7:13
**rosenbaum**(1) 5:37
**rosenberg**(2) 5:14  172:22
**roughly**(1) 109:14
**route**(1) 280:10
**routes**(2) 280:4  340:15
**rozenberg**(4) 1:36  73:11  91:21  91:23
**ruggere**(1) 7:17
**ruin**(1) 175:10
**rule**(20) 33:14  68:16  69:9  70:13  70:25  71:1  76:17  97:7  161:17  194:12  194:12  194:18  213:3  301:21  323:5  323:15  324:16  325:12  326:20  327:8

**ruled**(2) 17:21  89:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**rules(26)** 19:21 52:3 58:6 59:12 68:17 68:25 69:5 69:7 69:10 89:16 161:18 162:8 213:3 219:18 219:20 219:21 222:17 247:1 278:15 298:12 298:13 322:10 324:22 336:24 336:25 340:16

**ruling(5)** 25:23 212:22 219:11 307:25
**rulings(2)** 199:10 329:2
**run(4)** 137:10 145:24 273:24 280:22
**runaround(1)** 303:14
**running(3)** 66:10 310:17 311:12
**rush(1)** 246:18
**rusty(1)** 202:8
**ryan(3)** 7:4 7:4 129:16
**sad(1)** 32:17
**safe(3)** 35:2 216:6 345:24
**safeguards(1)** 181:4
**safely(1)** 60:21
**said(129)** 22:12 23:3 26:12 38:18 40:6 41:3 41:5 46:15 53:9 53:10 53:10 55:6 58:22 62:13 67:6 69:22 70:5 70:15 70:17 71:4 74:17 76:13 79:17 84:13 84:25 85:1 86:8 91:1 100:10 115:19 116:15 142:7 143:17 144:24 145:5 148:4 148:11 179:10 180:11 186:7 186:16 189:3 196:6 197:17 210:9 211:20 225:3 227:17 228:14 228:25 230:5 230:20 238:3 238:7 238:15 238:21 239:6 242:4 242:4 242:6 242:16 242:19 243:12 243:15 243:17 249:17 257:7 258:22 259:9 259:19 260:1 260:10 263:6 265:2 265:8 267:5 268:13 268:18 268:23 272:18 277:3 277:5 277:16 277:19 277:21 279:16 284:17 284:18 284:24 285:23 291:10 295:4 295:12 296:12 297:25 300:4 303:22 305:4 310:10 310:12 311:4 311:18 313:25 315:13 315:15 318:1 318:23 322:25 323:1 325:8 329:19 329:25 330:21 331:20 332:16 334:2 334:21 334:3 336:10 336:10 337:8 338:13 342:22 344:20

**sake(1)** 269:18
**sale(76)** 31:2 32:19 35:1 35:1 35:1 37:22 38:6 38:9 40:14 41:17 41:25 43:7 43:18 43:19 43:24 44:3 44:3 44:13 44:17 44:18 54:24 66:1 67:1 74:1 82:10 82:20 83:11 83:11 89:12 101:2 104:5 110:7 114:8 114:17 114:20 117:3 117:6 117:8 117:10 117:16 124:3 127:16 130:21 132:13 132:13 138:15 157:20 178:14 178:21 215:3 215:16 216:10 216:15 216:16 216:19 221:21 235:18 245:13 245:16 245:17 245:17 258:19 261:11 271:12 272:11 274:12 274:16 274:16 275:11 275:11 275:15 275:17 275:21 321:19

**sales(40)** 30:25 36:22 41:8 42:1 65:7 66:15 66:22 91:17 94:21 94:21 95:11 95:15 95:16 95:23 95:24 96:6 96:9 102:20 102:22 103:3 104:5 114:6 124:3 136:15 193:20 229:10 245:9 245:14 258:14 258:20 259:7 270:7 270:8 288:2 288:11 289:8 293:18 315:23 336:19

**same(77)** 15:21 17:14 17:15 27:24 34:16 38:17 39:9 41:8 59:5 60:3 66:1 66:24 86:21 98:12 115:16 117:13 119:20 120:5 136:21 141:23 147:20 152:25 163:17 163:20 163:20 164:3 164:3 164:16 171:10 173:5 175:19 182:7 182:12 188:2 188:3 192:3 193:19 193:24 196:18 197:7 201:12 210:21 211:1 214:9 220:19 222:17 223:8 223:10 223:20 223:20 226:10 230:1 236:9 236:16 238:24 242:22 245:25 246:24 247:5 248:20 248:22 250:25 256:2 263:21 264:18 274:18 276:19 277:20 286:9 289:13 297:20 313:9 313:10 317:19 335:1 343:1

**samer(1)** 3:37

**samis(2)** 2:12 234:5
**sample(1)** 43:2
**sandy(1)** 7:37
**sarah(1)** 199:7
**sat(5)** 49:19 76:3 311:16 311:18 332:12
**satisfaction(2)** 60:24 188:17
**satisfactory(3)** 109:1 141:7 221:8
**satisfied(8)** 12:6 13:11 26:16 43:13 69:12 118:15 118:21 147:22

**satisfies(1)** 97:15
**satisfy(4)** 97:3 97:16 98:7 104:15
**save(3)** 32:18 57:13 218:12
**saved(3)** 202:21 203:3 203:3
**savor(5)** 188:19 188:21 189:1 189:3 190:2
**saw(7)** 8:13 38:14 38:14 38:15 91:19 170:14 297:16

**say(194)** 14:10 19:13 23:2 30:20 31:10 33:6 34:1 35:2 44:10 44:11 46:13 49:10 49:11 49:11 49:12 49:13 49:13 49:15 50:19 51:18 51:24 51:25 53:3 56:19 58:13 61:13 64:21 65:24 66:7 66:20 67:22 72:1 77:19 79:1 79:8 80:4 82:21 83:1 83:1 83:2 83:18 83:23 84:11 85:6 85:24 91:14 93:1 93:3 93:8 100:11 106:21 108:2 115:9 125:20 141:1 141:11 143:5 145:6 145:25 146:24 148:7 152:6 153:3 161:22 165:10 171:24 173:17 174:5 174:6 175:6 180:7 185:13 189:16 191:15 193:10 198:12 200:1 200:24 211:15 212:17 213:15 213:18 213:21 220:5 223:15 226:11 226:14 226:1 227:8 230:23 231:8 231:9 231:18 231:21 237:3 237:21 239:18 240:5 246:6 246:12 251:21 253:17 253:24 255:15 256:9 257:10 258:12 259:4 259:8 260:25 261:2 262:10 263:13 264:6 264:21 264:25 265:9 265:11 266:2 266:6 267:6 267:21 268:17 268:20 269:13 269:23 269:23 270:3 272:9 272:22 274:15 275:4 275:24 276:17 276:2 277:25 278:1 278:2 278:2 278:25 280:16 281:8 281:20 281:24 281:25 282:2 283:1 282:24 284:6 285:18 288:12 288:16 288:2 290:20 290:20 290:21 291:15 292:19 305:5 306:16 309:10 309:11 312:14 312:23 313:12 314:12 314:19 321:10 321:14 324:8 326:10 327:17 327:19 328:3 329:3 331:3 331:23 332:11 332:11 332:16 332:22 332:23 333:4 333:5 334:10 336:2 337:7 337:15 338:2 338:20 340:11 344:20

**saying(24)** 48:13 53:6 65:17 78:18 80:12 80:18 102:2 128:13 130:22 165:5 183:9 184:7 188:5 191:17 233:12 261:14 275:23 277:25 290:22 320:6 322:25 323:11 342:7 343:1

**says(121)** 41:21 43:19 44:3 44:4 44:12 55:9 55:18 55:23 56:1 60:14 61:20 64:17 66:13 81:16 83:6 83:16 89:9 92:13 93:4 116:25 120:9 122:16 126:3 127:24 129:18 130:15 130:16 130:23 131:1 131:5 132:10 132:17 133:1 134:13 136:3 136:14 145:22 147:10 149:24 150:2 150:14 151:8 151:17 153:2 171:11 172:11 194:12 194:21 196:2 212:13 215:10 215:19 216:17 221:12 222:5 223:23 232:18 232:24 235:11 236:1 239:25 242:23 256:10 264:1 265:6 268:1 268:24 273:16 279:8 281:23 281:24 285:20 286:1 286:18 288:5 289:12 290:23 291:3 291:4 291:24 292:17 293:13 293:16 295:14 295:19 299:14 301:19 303:1 303:12 311:7 313:23 315:22 319:7 322:2 325:20 326:4 327:10 333:24 334:3 334:15 335:10 337:12 339:2 337:19 340:8

**scale(1)** 148:9
**scarce(1)** 182:15
**scattered(1)** 309:14

**scenario(3)** 101:5 213:6 305:13
**schedule(24)** 9:10 10:20 24:22 110:5 132:22 155:20 178:8 179:22 179:25 184:4 185:5 185:13 186:1 186:24 187:6 187:8 188:7 188:10 192:10 198:1 199:4 247:6 248:18 308:17

**scheduled(1)** 31:4
**schedules(3)** 19:14 104:24 185:11
**scheduling(4)** 186:18 197:16 271:2 307:19
**scheme(2)** 33:2 137:16
**school(2)** 48:3 150:18
**schuylkill(1)** 1:48
**schwan(17)** 177:20 177:21 177:22 180:1 180:5 182:24

**schwill(2)** 17:1 345:17
**scientist(1)** 175:7
**scope(15)** 76:9 77:22 113:3 125:22 126:15 131:4 134:10 135:23 148:12 152:11 152:1 165:4 216:11 216:12 228:23

**screen(3)** 163:10 165:9 220:15
**screens(1)** 153:19
**seasonably(1)** 248:13
**seat(1)** 284:7
**seated(6)** 8:3 14:17 25:9 154:9 201:10 205:14

**second(47)** 17:25 22:4 23:24 24:23 41:7 43:18 60:12 72:22 73:10 74:8 75:25 76:4 76:25 80:23 88:9 91:21 91:23 106:14 118:7 123:20 124:20 126:16 136:10 149:5 175:2 175:24 180:14 183:13 183:17 186:5 201:18 207:7 254:14 260:1 262:21 263:11 267:16 282:24 284:15 284:24 285:3 287:13 288:4 295:15 302:25 303:1 325:22

**second-round(2)** 127:6 127:9
**secondary(1)** 316:18
**secondly(4)** 112:6 142:16 145:10 341:21
**seconds(2)** 34:22 343:20
**secret(1)** 332:14
**section(106)** 41:17 41:18 41:20 42:23 42:24 43:19 44:10 45:3 51:2 51:4 51:13 51:20 52:1 52:5 52:5 55:9 55:14 55:18 56:7 56:13 56:18 57:2 57:7 57:22 57:23 58:22 60:6 60:9 61:4 81:9 82:6 83:7 84:6 90:25 99:23 104:16 114:19 115:4 115:5 120:5 124:1 151:22 152:1 152:5 152:6 159:11 159:11 159:11 159:15 159:19 159:19 160:23 161:3 161:6 174:21 174:24 193:13 194:2 195:9 212:2 212:3 212:12 215:7 215:9 215:9 215:23 223:24 225:22 225:22 230:1 232:6 235:9 235:23 236:21 236:24 237:3 237:6 266:6 266:19 266:21 266:24 281:22 282:2 282:6 284:14 290:3 292:17 295:2 295:10 295:25 297:15 301:25 315:20 342:5 343:23 344:1 344:1 344:2 342:17 344:10 344:12

**sections(4)** 41:16 51:22 159:17 160:9
**secure(1)** 216:6
**securitas(1)** 112:15
**securities(1)** 7:16
**security(2)** 12:16 109:4
**see(60)** 14:24 21:18 25:21 32:4 72:6 74:23 78:5 79:19 79:22 82:9 99:9 99:10 107:7 115:14 132:19 133:10 139:19 147:15 147:15 153:10 154:11 163:14 167:5 170:1 170:23 180:3 181:11 183:16 184:14 186:14 187:8 188:6 189:16 192:16 198:21 198:21 202:7 213:6 214:12 222:11 223:8 233:22 236:13 244:15 252:2 253:13 281:17 285:1 292:9 293:10 297:1 297:19 298:24 299:9 309:6 310:11 332:12 335:2 337:23 339:9

**seeing(3)** 14:25 105:14 226:8

**seek(24)** 13:15 53:4 71:2 71:11 71:14 79:21 92:18 97:13 98:21 98:24 104:4 105:16 110:22 126:18 160:1 179:16 183:18 212:4 232:5 232:5 241:22 281:24 292:2 344:8

**seeking(5)** 55:20 68:22 80:15 155:15 209:10 228:13 232:21 299:6 307:24

**seeks(1)** 235:13
**seem(7)** 20:22 68:17 178:18 202:3 210:4 309:14 326:4

**seemed(1)** 41:12
**seemingless(1)** 75:16
**seems(8)** 212:23 213:1 221:7 230:10 236:17 250:4 300:17 307:8

**seen(19)** 20:14 21:24 33:24 34:1 52:8 91:1 108:3 122:25 143:13 143:20 208:24 209:12 252:14 296:12 301:23 309:19 313:6 331:6 344:23

**sees(1)** 83:2
**seize(1)** 333:9
**seized(2)** 247:9 247:12
**select(2)** 231:2 231:3
**selected(4)** 88:1 121:18 227:25 228:1
**selection(8)** 54:8 56:11 62:1 127:20 128:19 156:11 235:15 237:7

**self(1)** 278:21
**self-evident(1)** 181:7
**self-incrimination(1)** 322:15
**sell(7)** 39:20 42:8 42:11 114:22 206:18 206:19 317:16

**seller(1)** 130:21
**sellers(4)** 57:19 103:12 103:12 130:23
**selling(29)** 30:23 36:3 42:10 42:18 42:19 43:20 43:23 44:8 45:15 82:16 82:17 98:18 130:17 215:13 215:14 232:25 238:5 245:10 245:11 261:5 261:17 261:10 272:11 288:8 288:9 315:23 321:6 330:6 340:22

**semester(1)** 234:20
**seminal(1)** 173:1
**seminole(1)** 161:8
**send(1)** 285:10
**senior(2)** 324:21 324:23
**sense(17)** 22:22 23:22 24:16 28:6 81:8 107:16 108:1 120:15 146:4 163:17 210:3 210:20 210:24 224:24 247:20 248:20 266:9

**sensible(7)** 15:23 111:22 111:24 266:20 266:20 338:21 339:22

**sent(9)** 91:19 134:2 134:3 134:8 247:5 292:12 297:2 315:3 337:16

**sentence(7)** 60:14 61:20 82:9 82:13 91:13 131:3 183:17

**separate(14)** 19:22 31:23 65:13 141:2 163:25 246:15 246:20 250:3 306:15 313:1 320:24 340:15 340:15

**separately(5)** 54:6 115:4 137:4 140:17 312:25

**separates(1)** 74:19
**september(1)** 316:19
**sequencing(1)** 22:3
**sequentially(1)** 185:18
**sercombe(1)** 1:40
**seriatim(1)** 61:17
**series(4)** 30:5 68:17 100:7 102:20
**serious(6)** 90:10 137:5 137:20 141:19 257:9 301:10

**seriously(1)** 272:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| served(2) 91:13 265:18 | | should(124) 14:10 14:17 17:7 18:14 18:15 20:9 20:25 23:23 23:23 23:24 24:11 25:2 26:19 30:12 30:13 45:11 45:17 47:11 47:15 64:14 64:22 68:18 68:23 69:5 69:12 72:23 81:16 85:10 91:17 97:23 98:10 106:19 107:13 108:9 110:19 113:4 113:23 118:17 125:12 126:23 127:1 129:19 130:2 131:6 139:8 139:18 144:6 144:18 144:24 145:22 147:4 147:10 147:24 148:1 161:23 165:5 165:21 166:19 167:14 167:18 167:2 179:11 180:13 183:6 199:3 212:14 213:1 213:19 213:20 215:9 219:9 223:15 230:17 230:24 230:24 234:4 237:12 241:17 241:1 242:2 247:4 247:21 247:23 248:23 248:25 249:1 250:10 250:11 250:12 251:15 255:7 258:3 260:12 261:15 262:18 263:10 263:1 273:4 275:24 285:15 286:2 291:6 304:14 304:20 306:16 307:12 307:13 308:6 312:2 312:22 313:14 315:14 326:6 326:10 327:3 328:17 329:6 329:13 330:17 334:11 335:2 342:25 344:12 345:11 | simply(42) 33:18 41:5 47:25 48:22 56:22 70:20 101:16 105:4 125:20 125:23 134:20 142:3 145:18 151:11 160:14 174:9 185:10 209:19 213:23 216:24 228:18 231:4 233:20 240:3 240:6 240:19 246:22 257:14 259:7 265:8 268:15 271:16 280:21 280:24 287:1 288:24 294:6 303:8 304:4 305:8 323:8 343:15 | some(115) 8:18 13:4 18:15 19:19 21:9 24:12 24:16 24:20 28:1 30:13 33:1 39:4 41:19 52:15 57:14 60:16 67:15 67:16 68:18 74:14 76:7 78:17 92:13 94:17 107:17 108:19 108:20 110:19 113:12 116:3 117:20 121:12 121:14 122:7 122:8 124:13 124:15 125:12 125:13 128:1 129:3 129:4 129:5 129:6 139:10 140:9 144:22 145:23 145:24 160:4 163:8 166:10 172:16 173:6 175:20 185:22 188:6 191:24 197:24 198:3 202:11 205:5 207:10 209:2 209:24 213:4 216:25 217:18 218:4 219:6 219:6 219:19 222:20 227:5 227:21 228:10 231:25 232:1 237:4 237:13 242:7 248:8 249:12 249:12 249:18 251:15 256:10 256:11 256:13 256:18 257:24 270:21 270:21 281:11 282:20 283:19 286:4 286:8 286:20 286:23 287:21 291:7 301:3 307:10 318:1 319:6 319:23 335:4 340:23 341:8 341:16 341:18 341:23 344:13 |
| service(61) 1:47 1:54 56:9 58:6 59:11 172:14 173:21 297:18 | | | | | | | |
| services(8) 1:47 12:16 32:22 32:23 34:19 172:14 173:21 297:18 | | | | simultaneously(2) 110:17 140:12 | | somebody(11) 9:9 107:25 118:2 123:8 129:11 129:16 175:5 325:7 332:6 334:4 335:5 |
| serving(1) 33:10 | | | | sina(1) 7:21 | | |
| sessions(3) 66:8 107:15 311:11 | | | | since(11) 29:8 64:21 92:12 97:18 113:18 162:8 178:13 220:4 257:1 306:25 322:1 | | somehow(8) 48:18 61:12 186:9 210:24 260:8 280:6 303:7 327:15 |
| sessions,"(1) 184:14 | | | | | | |
| set(31) 34:3 34:4 34:5 34:18 34:21 35:21 56:12 61:1 79:18 120:19 120:21 137:18 140:2 145:15 145:16 151:5 154:6 155:20 156:10 161:12 162:20 163:14 179:25 181:1 191:10 192:9 269:22 278:14 283:24 307:17 321:5 | | | | single(34) 34:22 36:17 44:14 44:17 49:16 49:23 50:3 65:16 67:17 97:5 191:6 208:18 220:3 230:6 230:16 230:18 230:19 237:20 245:22 245:22 250:6 250:6 264:8 277:24 294:16 299:18 311:17 311:21 312:8 313:11 313:21 319:25 320:2 334:13 | | someone(7) 32:5 84:22 168:22 204:11 254:2 268:19 269:19 |
| | | | | | | something(43) 16:11 23:5 56:15 56:22 61:13 79:16 88:17 91:14 93:17 108:3 113:24 119:10 119:10 128:8 131:9 134:20 139:14 171:20 203:16 204:21 209:21 211:7 214:8 214:12 216:9 216:12 228:15 233:2 236:14 238:16 239:22 242:5 246:7 293:25 305:14 307:17 308:17 310:4 310:5 312:3 324:15 332:20 338:9 |
| sets(18) 36:20 75:23 114:22 137:1 137:19 139:24 140:18 155:21 155:24 156:6 157:4 164:7 229:1 267:3 283:7 287:13 288:2 304:8 | | shoulder(1) 26:24 | | | | |
| | | shouldn't(5) 33:12 48:17 219:9 319:5 328:19 | | sir(19) 19:8 102:15 105:19 109:1 174:20 181:12 183:16 184:3 184:14 185:23 187:8 188:8 188:11 188:15 201:14 218:13 233:6 245:2 301:18 | | |
| setting(9) 10:16 56:25 66:11 84:4 185:1 185:7 301:8 313:11 329:7 | | | | | | something's(1) 268:24 |
| | | shouldn't(4) 176:13 196:6 251:17 262:19 | | | | sometimes(7) 38:21 51:11 75:14 102:9 274:5 286:23 326:11 |
| settle(3) 104:10 104:13 318:21 | | should've(2) 180:19 180:20 | | sit(23) 20:16 31:1 36:25 50:12 50:18 59:16 67:8 71:16 101:7 140:16 146:7 156:22 230:22 230:23 273:12 277:13 277:24 305:8 313:12 319:12 319:20 328:4 328:16 | | |
| settle-able(1) 249:13 | | show(11) 67:20 75:7 77:21 80:22 93:14 227:16 228:8 239:4 283:12 284:23 285:3 | | | | someway(1) 186:9 |
| settled(1) 40:22 | | | | | | somewhat(1) 290:23 |
| settlement(7) 21:16 29:2 38:25 40:16 40:17 40:17 40:18 | | showed(1) 41:9 | | sits(1) 105:14 | | soon(8) 83:7 110:8 198:17 248:13 311:25 319:20 328:21 328:25 |
| | | showing(4) 82:3 92:13 224:24 236:7 | | | | |
| settlements(1) 41:2 | | shown(2) 226:6 284:3 | | sitting(16) 18:13 33:2 47:9 48:13 50:6 59:19 70:11 103:4 103:13 110:7 113:21 115:24 116:1 178:15 329:1 344:15 | | sooner(4) 20:9 172:7 183:4 257:19 |
| seven(3) 245:9 245:14 311:7 | | shows(10) 32:3 33:21 88:1 118:23 210:12 283:11 283:16 292:11 332:18 337:17 | | | | sophisticated(6) 85:2 115:14 226:3 226:5 268:18 269:2 |
| seventeen(1) 5:17 | | | | | | |
| seventh(1) 3:38 | | | | situated(1) 106:7 | | |
| several(16) 9:25 13:12 62:21 63:10 103:5 210:3 216:11 217:17 231:16 250:14 275:1 275:22 316:20 320:10 320:13 331:19 | | shred(1) 312:20 | | situation(15) 26:15 31:12 32:1 34:20 36:9 42:16 84:20 115:25 142:1 158:14 165:10 250:2 275:10 344:4 344:4 | | sorry(26) 37:6 42:24 91:22 104:19 157:8 159:4 180:6 181:16 196:16 207:13 207:24 214:21 218:16 218:25 220:13 233:14 234:5 245:17 274:24 279:8 297:8 306:14 320:1 330:19 331:16 332:24 |
| | | shrift(1) 288:18 | | | | |
| shadow(1) 313:2 | | shuffle(1) 340:13 | | | | |
| shake(1) 48:21 | | sic(1) 276:15 | | six(6) 75:5 75:11 76:14 243:19 283:1 | | |
| shall(43) 43:41 43:14 44:5 44:7 52:2 52:5 56:14 60:15 60:17 60:19 60:22 82:11 82:14 83:7 83:17 86:8 86:12 126:18 126:22 126:25 127:1 127:8 127:10 135:1 215:11 222:7 224:2 224:5 237:21 267:24 288:6 289:2 292:18 308:21 334:6 | | sick(1) 51:18 | | skates(1) 122:24 | | sort(9) 26:13 30:13 33:16 68:18 115:12 253:3 264:24 295:22 338:5 |
| | | side(18) 15:23 15:24 18:5 20:8 20:18 24:18 32:9 32:14 53:9 53:13 148:9 208:2 224:24 240:16 284:6 318:24 322:22 338:1 | | skinner(2) 234:10 234:17 | | |
| | | | | skinny(1) 189:1 | | sorted(1) 205:7 |
| | | | | skip(1) 152:12 | | sotomayor(1) 76:13 |
| shame(1) 324:7 | | | | sky(3) 280:16 280:16 340:8 | | sought(17) 63:25 69:5 69:5 70:21 103:8 106:13 117:2 118:20 118:23 163:8 172:13 199:4 272:23 293:5 293:14 294:20 303:18 |
| shan't(1) 334:16 | | | | slides(1) 322:23 | | |
| shandro(1) 7:37 | | sides(17) 15:21 18:25 20:5 20:11 24:14 75:1 145:25 210:17 215:9 217:22 224:21 225:18 225:20 225:21 244:5 246:4 264:1 | | slight(1) 131:19 | | |
| shape(1) 207:11 | | | | slightly(2) 20:15 258:9 | | |
| share(1) 61:6 | | | | slw(1) 212:25 | | sound(8) 1:53 195:16 216:6 270:16 270:22 287:2 313:1 346:6 |
| shared(1) 135:19 | | | | small(4) 34:19 149:9 288:14 306:18 | | |
| shareholders(1) 206:20 | | siegel(4) 139:4 139:6 180:7 197:18 | | smaller(2) 51:23 51:23 | | |
| she(3) 139:5 199:9 225:3 | | siemens(1) 38:4 | | smart(3) 67:20 156:21 344:19 | | sounding(1) 327:6 |
| sheet(3) 76:6 76:9 123:20 | | sight(1) 248:3 | | smith(10) 4:20 7:30 21:21 129:9 129:11 129:17 220:25 221:3 221:4 311:2 | | source(2) 125:1 169:11 |
| shelby(1) 297:17 | | sign(1) 43:22 | | | | southern(5) 61:10 76:1 76:12 84:19 84:24 |
| shepherd(1) 141:7 | | signature(2) 50:3 173:20 | | | | sovereign(1) 197:10 |
| sherry(1) 12:6 | | signed(21) 38:15 49:24 50:1 50:8 55:4 60:4 61:17 62:9 62:14 95:23 143:19 178:14 239:16 293:4 316:20 317:5 317:5 317:7 323:7 324:1 343:12 | | smoothly(3) 206:11 301:13 322:21 | | sovereignty(8) 273:3 273:5 273:11 274:1 274:24 275:3 277:9 339:13 |
| she'll(1) 307:20 | | | | sobeco(1) 166:5 | | |
| shoe(1) 214:8 | | | | social(2) 174:14 174:15 | | |
| shoehorned(2) 317:13 317:14 | | | | sodexo(1) 13:2 | | |
| shooting(1) 331:10 | | significance(4) 163:23 180:24 181:21 182: | | sold(15) 33:20 36:13 36:14 36:14 42:15 42:15 101:16 103:1 103:14 104:9 130:19 241:3 241:12 270:10 301:2 | | |
| shopping(1) 208:25 | | significant(18) 18:22 104:9 115:15 120:12 132:11 137:11 144:20 165:11 180:21 182: 222:10 237:24 257:17 257:18 271:19 280:20 287:10 334:13 | | | | |
| short(7) 18:2 146:24 147:16 200:19 287:4 288:18 290:17 | | | | soldiers(2) 67:23 67:23 | | |
| | | | | sole(5) 60:20 93:9 110:17 111:12 262:6 | | |
| shortened(2) 10:23 11:2 | | significantly(3) 17:5 190:17 242:19 | | solely(2) 55:25 70:12 | | |
| shorter(1) 10:1 | | signing(3) 230:23 231:13 235:20 | | solicitors(1) 125:7 | | |
| shortly(4) 129:12 170:4 172:22 345:12 | | silence(1) 156:22 | | solid(1) 311:15 | | |
| shot(1) 286:16 | | silo(1) 339:25 | | solution(6) 111:5 111:24 111:25 207:5 258:2 345:11 | | |
| | | similar(5) 63:25 137:17 182:5 229:11 | | | | |
| | | simple(3) 46:3 104:7 337:19 | | solutions(1) 13:13 | | |
| | | simpliciter(2) 270:1 271:7 | | solved(1) 206:6 | | |
| | | simplify(1) 159:23 | | solves(1) 197:3 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**speak**(10) 14:18 20:15 85:10 166:8 166:16 176:13 205:17 208:20 308:6 330:17

**speaker**(2) 306:18 308:20

**speaking**(5) 20:13 20:17 21:7 200:18

**speaks**(2) 121:10 126:10

**specialty**(1) 8:8

**species**(1) 222:12

**specific**(8) 54:23 68:12 71:4 71:6 103:18 217:13 301:20 323:15

**specifically**(13) 55:16 97:14 100:24 132:24 151:23 194:2 194:6 229:15 236:21 237:20 239:19 267:2 267:24

**specificity**(1) 323:12

**specifies**(2) 86:10 240:3

**speculation**(1) 341:20

**spelled**(1) 226:9

**spend**(8) 100:19 165:20 169:12 176:22 192:18 192:23 212:22 334:2

**spending**(1) 34:15

**spent**(6) 30:22 98:15 98:17 266:17 331:10 331:18

**spinning**(1) 32:8

**splendor**(2) 154:11 154:17

**split**(1) 229:9

**spoken**(1) 306:8

**spot**(3) 234:18 234:19 234:21

**spread**(1) 34:12

**squabble**(1) 178:16

**square**(2) 2:13 233:23

**squarely**(1) 224:23

**stabilizing**(1) 36:4

**stack**(2) 12:10 12:25

**stacks**(2) 8:13 8:13

**staff**(1) 255:19

**stage**(5) 32:9 32:14 131:6 229:2 286:19

**stages**(1) 162:6

**stake**(1) 209:14

**stakeholder**(1) 174:14

**stakeholders**(5) 99:14 99:17 99:20 101:14 174:15

**stalking**(11) 31:3 38:4 38:11 38:12 38:13 38:16 41:10 41:11 41:12 41:13 41:14

**stalking-horse**(1) 258:19

**stand**(16) 14:7 14:11 25:3 30:21 100:11 109:15 164:18 201:6 205:7 214:20 221:15 308:24 312:9 314:18 320:13 346:1

**standard**(10) 18:14 56:10 75:24 76:20 81:12 213:17 213:23 216:17 238:19 247:1

**standards**(5) 151:24 152:2 152:9 240:18 286:2

**standing**(7) 48:22 83:24 165:5 232:6 250:1 310:24 320:2

**standpoint**(1) 335:12

**stands**(2) 86:17 120:7

**stardino**(7) 171:20 171:22 171:23 172:2 172:6 172:10 177:16

**stardino's**(1) 170:6

**stargatt**(1) 4:13

**stark**(2) 120:7 278:15

**starkest**(1) 278:22

**starnilo**(2) 166:4 166:9

**start**(19) 8:24 15:19 22:22 27:1 41:19 44:1 81:9 102:17 127:6 165:21 201:5 247:4 248:4 256:25 258:4 270:25 282:22 287:2 296:23

**started**(15) 81:1 94:2 172:18 177:5 197:24 198:3 240:21 277:25 287:12 310:10 314:2 318:21 337:23 338:3 341:14

**starting**(10) 169:13 182:20 187:9 187:11 187:11 201:17 233:18 284:11 293:16 315:16

**starts**(6) 57:24 77:4 90:17 218:7 223:16 314:6

**state**(10) 3:15 20:18 52:3 52:4 75:10 85:16 125:4 127:17 129:20 210:25

**stated**(6) 11:15 115:5 159:22 191:7 229:15 230:14

**statement**(18) 55:2 63:23 79:21 90:14 90:14 90:22 91:7 91:10 101:17 103:4 264:8 296:3 299:9 311:8 311:8 316:3 316:9 336:22

**statements**(17) 22:17 48:19 48:20 63:20 65:1 69:15 79:22 127:5 128:1 128:2 229:24 231:16 263:19 264:13 299:22 305:22 315:13

**states**(35) 1:1 1:20 26:7 31:17 38:2 41:2 42:14 42:20 64:2 71:8 73:23 76:12 77:17 79:16 91:13 94:24 97:2 98:4 103:19 124:25 166:21 167:17 177:25 189:7 224:11 276:6 277:7 278:18 278:23 278:23 279:6 294:25 295:16 320:21 323:5

**status**(5) 99:22 100:4 100:5 138:20 139:19

**stay**(11) 22:25 201:23 230:4 230:13 233:11 290:15 290:15 290:15 299:7 306:4 306:6

**staying**(2) 255:19 305:19

**ste**(1) 2:27

**steen**(4) 1:31 5:4 10:7 72:10

**steep**(2) 166:6 177:16

**stellful**(1) 162:16

**step**(4) 26:13 325:22 332:21 338:19

**stephen**(2) 4:22 5:33

**stepped**(1) 337:4

**steps**(1) 299:6

**sterile**(1) 339:25

**steven**(1) 7:8

**sticking**(1) 286:20

**still**(13) 53:11 62:12 72:11 77:21 93:8 134:14 135:5 137:17 233:8 235:2 235:3 237:12 308:21

**stipulate**(2) 310:2 314:3

**stipulated**(2) 29:15 200:14

**stitch**(1) 297:24

**stock**(1) 72:19

**stone**(3) 87:12 188:7 188:9

**stood**(8) 144:24 145:5 172:23 234:17 234:19 257:16 325:7 334:24

**stop**(5) 51:23 94:16 258:4 290:13 324:9

**stopped**(3) 209:21 265:15 265:15

**stops**(1) 318:16

**story**(5) 20:8 20:11 32:17 46:2 234:9

**straighten**(2) 15:13 263:1

**strange**(1) 222:11

**strategic**(1) 36:5

**strauss**(5) 5:31 94:10

**stream**(1) 75:16

**streamline**(2) 22:13 69:20

**streamlined**(1) 159:24

**street**(11) 1:12 1:26 1:48 2:14 2:40 3:15 3:44 4:16 4:25 155:13 332:6

**stress**(2) 288:1 291:9

**stretch**(4) 127:14 196:14 263:13 289:17

**strictly**(2) 162:14 238:10

**strike**(6) 219:24 220:8 220:11 251:4 252:21 252:25

**strong**(3) 26:5 26:10 252:5

**struck**(1) 156:20

**structure**(1) 114:15

**structured**(2) 38:19 39:9

**stuck**(1) 214:11

**students**(2) 234:13 234:16

**stuff**(2) 328:23 345:4

**sturm**(1) 5:32

**style**(1) 214:24

**stymieing**(1) 243:14

**sub**(2) 159:16 159:16

**subject**(36) 19:4 28:18 45:7 45:8 50:10 54:4 57:25 58:2 69:19 95:14 102:19 108:10 112:22 116:12 131:21 139:25 143:15 144:3 163:8 179:18 191:24 199:19 206:24 220:8 220:11 222:16 232:8 232:9 250:4 272:15 298:1 302:3 305:19 333:22 342:18 343:16

**subjected**(1) 61:5

**submerged**(1) 209:1

**submission**(118) 17:6 18:1 18:10 18:17 50:7 59:14 59:15 59:21 65:4 111:20 111:23 112:24 125:18 137:18 141:15 141:19 143:12 144:4 144:18 147:8 158:13 160:3 160:16 161:11 168:24 172:1 172:11 173:10 175:15 175:19 177:10 195:5 195:22 197:19 199:15 208:1 219:20 225:2 251:16 257:6 257:6 257:14 257:15 257:22 258:3 258:5 258:9 258:25 260:13 261:15 261:16 261:23 262:3 262:7 262:13 262:16 262:19 263:7 263:13 264:5 264:15 264:23 265:7 265:11 265:25 266:5 266:21 267:4 267:11 267:20 268:2 268:10 269:10 269:2 271:15 272:12 272:17 272:21 272:24 273:7 273:9 273:18 273:20 274:6 276:12 276:10 277:10 278:6 279:17 280:2 280:18 280:23 281:7 281:9 281:19 282:16 283:18 284:10 286:14 287:20 288:15 289:1 290:1 290:11 290:11 291:6 294:12 295:5 296:1 300:2 303:13 303:21 311:9 334:11 336:17 341:11 344:2 345:14

**submissions**(65) 16:17 17:20 18:21 18:22 19:3 28:1 49:17 52:16 86:23 112:2 113:8 113:13 114:16 120:23 127:5 127:6 127:9 138:18 138:25 153:5 156:6 156:9 156:20 157:22 160:19 162:22 165:14 166:10 173:15 175:17 177:9 177:17 177:18 179:1 183:20 189:13 190:10 191:8 195:5 199:20 199:24 200:5 200:8 219:17 225:10 256:9 256:16 256:21 259:18 261:20 271:18 275:20 281:11 290:5 293:22 295:13 296:2 303:3 305:20 309:18 309:19 310:7 320:8 331:9 345:2

**submit**(27) 47:20 47:20 49:14 53:20 54:20 81:8 87:18 89:7 93:11 106:19 108:2 112:17 139:6 145:20 145:21 147:19 150:5 173:7 175:21 190:10 198:16 216:24 217:1 224:11 250:8 315:14 322:13

**submits**(3) 58:4 59:8 61:21

**submitted**(47) 31:5 53:12 53:13 54:5 60:4 62:6 66:9 69:18 69:18 74:14 74:15 77:9 86:8 86:12 90:5 90:7 90:12 90:13 90:15 93:22 107:20 112:13 126:21 128:23 143:1 200:6 215:24 217:19 222:25 225:17 227:5 227:15 230:3 237:3 251:1 251:3 251:12 251:17 251:22 252:7 252:10 252:18 311:2 311:11 316:2 316:9 316:11

**submitting**(6) 50:25 128:18 128:20 225:20 227:21 253:14

**subparagraph**(1) 91:6

**subsection**(1) 160:25

**subsequent**(1) 229:24

**subsequently**(2) 114:11 155:17

**subsidiaries**(13) 102:13 103:1 103:2 103:8 103:14 103:21 103:25 104:2 104:6 104:12 104:19 105:9 168:8

**subsidiary**(2) 102:17 102:18

**substance**(4) 67:21 80:7 80:23 112:9

**substantial**(12) 33:17 34:5 46:22 46:23 62:22 99:14 136:9 194:22 194:25 241:13 248:10 270:5

**substantially**(7) 31:9 32:20 35:3 65:25 144:17 166:16 320:15

**substantiation**(1) 150:13

**substantive**(9) 156:17 173:3 176:11 178:19 180:3 237:8 239:14 259:22 335:14

**substitute**(3) 210:10 211:24 338:6

**successful**(5) 30:24 31:8 80:9 98:23 210:17

**successfully**(1) 98:18

**successor**(1) 86:9

**such**(41) 11:17 25:18 41:25 46:20 54:17 55:19 56:3 60:24 65:9 65:12 66:16 76:16 76:17 77:21 96:9 97:10 103:14 103:14 104:25 108:5 115:14 120:21 121:14 142:25 143:8 158:11 159:23 161:7 162:13 212:25 219:24 219:25 231:14 240:13 268:15 286:22 309:20 323:13 333:2 335:24 337:6

**sudden**(1) 329:3

**suddenly**(1) 243:21

**suffering**(1) 175:8

**suffice**(2) 30:20 106:21

**suffices**(1) 79:1

**sufficient**(2) 108:7 181:3

**sufficiently**(2) 142:5 335:13

**suggest**(18) 20:19 120:15 127:23 134:23 144:23 145:19 175:1 182:24 220:17 228:4 260:8 266:9 268:1 290:7 292:7 292:21 334:17 342:15

**suggested**(22) 91:16 173:5 183:17 208:16 209:2 210:2 211:4 211:10 216:12 231:8 235:23 247:3 248:18 249:20 249:21 257:7 259:19 261:7 284:23 296:12 301:25 337:6

**suggesting**(6) 164:20 169:17 169:19 183:2 200:24 248:16

**suggestion**(18) 142:21 206:9 209:3 221:9 221:14 227:25 231:4 257:3 260:22 264:10 265:19 294:16 296:10 302:10 302:11 303:6 336:13 336:13

**suggestions**(1) 79:4

**suggests**(1) 18:4

**suite**(3) 2:40 3:31 4:38

**sum**(2) 268:6 315:24

**summarize**(4) 138:2 151:24 256:7 261:20

**summary**(8) 100:22 102:22 127:13 181:11 181:13 181:14 181:20 305:2

**summer**(1) 209:21

**sums**(1) 197:11

**sunday**(1) 325:14

**superintendent**(7) 172:13 172:23 173:7 173:21 174:8 175:18 175:22

**superior**(5) 58:10 58:12 59:13

**supervise**(1) 199:10

**supervising**(3) 112:23 168:5 168:7

**supervision**(1) 196:11

**supervisory**(2) 19:23 195:3

**supplement**(1) 166:10

**supplemental**(1) 118:25

**supplementary**(5) 149:8 256:6 282:19 302:9 302:23

**supply**(3) 31:23 225:9 225:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **support**(37) 16:16  16:25  22:18  45:12 45:21  65:16  73:11  93:11  93:12  101:19  103:8  105:11  106:22  107:19  108:3  113:6  126:22  133:4  133:5  142:25  150:14  151:8  151:18  163:7  164:4  172:12  178:2  189:11  190:11  230:3  232:13  246:3  293:1  293:2  296:6  316:3  337:12 | | **take**(100) 8:21  9:25  10:9  10:19  18:15  20:8  21:12  28:13  28:14  30:11  41:3  44:15  45:5  47:6  56:21  58:3  68:19  69:16  72:19  77:13  93:1  93:16  99:25  101:20  103:20  108:19  113:24  114:13  122:7  125:24  128:15  129:1  130:12  130:13  131:25  141:10  149:6  153:24  154:2  155:10  155:10  158:12  158:2  158:25  159:15  159:25  166:14  166:17  167:25  173:6  173:8  173:10  178:7  178:20  180:12  180:17  181:8  181:20  186:23  200:1  205:10  209:14  220:21  225:6  246:21  250:21  256:11  256:14  261:1  262:13  266:13  268:9  269:7  270:11  271:11  274:12  275:14  280:13  285:2  289:23  290:16  296:23  298:2  299:6  300:6  305:23  306:1  306:19  307:4  307:15  308:21  308:22  308:23  309:15  322:4  339:6  339:8  339:16  344:21  345:18 | | **term**(60) 76:6  76:9  85:3  85:9  87:21  87:22  87:23  87:23  87:25  88:1  88:1  88:11  88:15  88:16  88:17  88:19  89:2  141:16  218:2  221:25  222:11  224:13  224:15  224:22  225:9  225:10  225:12  226:4  226:5  226:8  226:23  226:25  229:22  230:8  232:16  232:24  238:9  238:20  243:18  243:20  253:19  253:25  254:7  257:24  268:18  269:3  269:5  269:6  269:9  269:10  283:14  288:13  291:10  292:24  293:18  297:5  313:16  317:21  317:24  318:9 | | **that**(301) 8:16  9:2  9:10  9:23  10:1  10:9  10:10  10:10  10:15  10:19  10:19  10:22  11:4  11:7  11:10  11:21  12:10  12:14  13:2  13:3  13:4  13:5  13:5  13:12  13:14  14:1  14:8  14:24  15:6  15:9  15:14  15:15  15:19  16:2  16:4  16:11  16:25  17:9  17:10  17:10  17:17  17:19  17:21  17:23  18:4  18:11  18:14  18:14  18:15  19:19  19:21  20:2  20:3  20:4  20:8  20:9  20:15  20:16  20:19  20:21  20:25  21:11  21:13  21:14  22:6  22:6  22:7  22:8  22:12  22:14  22:22  22:23  22:24  22:25  23:1  23:3  23:5  23:5  23:6  23:7  23:9  23:9  23:10  23:11  23:14  23:22  23:24  23:24  23:25  24:3  24:7  24:10  24:21  24:24  25:14  25:18  25:19  25:19  25:20  25:21  26:3  26:4  26:5  26:11  26:12  26:12  26:14  26:16  26:18  27:3  27:7  27:8  27:13  27:19  27:23  27:25  28:4  28:6  28:16  28:18  28:19  29:8  29:15  29:18  29:21  29:22  30:7  30:15  30:20  31:6  31:6  31:8  31:13  32:4  32:12  32:13  33:6  33:7  33:12  33:15  33:21  34:1  34:9  34:16  34:17  35:2  35:8  35:14  35:17  35:18  36:3  36:9  36:13  36:20  36:24  37:20  37:21  37:23  38:1  38:5  38:6  38:12  38:14  38:17  38:17  39:5  39:5  39:6  39:8  39:10  39:14  39:19  39:22  39:23  40:1  40:6  40:7  40:18  40:18  40:19  40:21  40:24  40:25  41:6  41:7  41:8  41:16  41:21  42:5  42:9  42:21  43:3  43:7  43:12  43:16  43:21  43:24  44:1  44:2  44:3  44:9  44:17  44:21  44:22  45:5  45:7  45:8  45:14  45:17  45:18  45:23  46:9  46:11  46:13  46:13  46:19  46:21  46:22  47:6  47:8  47:11  47:12  47:13  47:14  47:17  47:23  47:24  47:25  48:4  48:9  48:13  48:15  48:18  48:20  48:20  48:21  48:23  48:24  48:24  49:1  49:4  49:5  49:7  49:15  49:18  49:20  49:21  49:23  50:1  50:7  50:10  50:12  50:19  50:23  50:25  51:5  51:24  52:5  52:8  52:8  52:15  52:18  52:20  53:3  53:4  53:6  53:8  53:9  53:10  53:13  53:14  53:15  53:16  54:1  54:2  54:2  54:3  54:18  54:23  55:6  55:6  55:9  55:16  55:18  56:8  56:8  56:12  56:19  56:21  56:23  56:25  58:20  58:22  58:22  58:24  59:2  59:6  59:16  59:16  59:20  60:3 |
| **supported**(3) 110:9  125:11  264:12 | | | | | | | |
| **supporters**(1) 255:7 | | | | | | | |
| **supporting**(2) 164:11  246:2 | | | | | | | |
| **supportive**(1) 30:4 | | | | **terminated**(1) 42:17 | | | |
| **supports**(5) 106:12  106:13  199:1  224:23 227:3 | | | | **termination**(6) 41:18  41:23  43:3  43:22 43:23  210:8 | | | |
| **suppose**(2) 253:18  254:16 | | | | **terminations**(2) 43:8  43:10 | | | |
| **supposed**(9) 50:18  50:23  81:2  216:18 277:11  291:16  291:17  309:10  314:10 | | **taken**(12) 22:21  44:17  119:22  156:4 157:25  188:2  244:16  286:16  287:15  307:2  321:3  342:23 | | **terms**(66) 38:7  44:7  45:10  47:21  48:11 48:18  50:24  55:5  56:10  57:24  62:25  65:15  76:16  82:19  85:21  93:24  96:2  114:17  115:22  128:11  130:23  140:3  148:14  152:1  153:2  155:22  166:18  176:19  176:21  176:21  184:2  184:21  185:15  186:24  211:2  211:23  212:10  212:14  212:18  215:15  222:2  235:16  237:5  237:8  237:11  237:13  238:8  238:11  238:17  240:14  243:6  243:6  243:8  272:25  275:2  288:10  299:15  310:14  310:15  317:2  322:16  326:21  333:9  333:17  333:17  335:14 | | | |
| **supreme**(4) 76:13  81:21  217:8  304:2 | | **takes**(4) 32:2  113:3  136:5  168:24 | | | | | |
| **sure**(25) 8:13  23:2  27:14  37:15  52:17 74:20  89:24  90:20  105:12  141:3  141:24  149:11  155:9  165:9  186:19  187:24  188:24  192:18  204:18  207:25  220:2  256:3  257:10  263:16  271:4 | | **taking**(11) 60:20  119:5  139:17  225:18 251:25  264:24  273:5  287:12  298:19  308:6  342:1 | | | | | |
| **surely**(2) 212:6  263:13 | | **talk**(36) 14:4  41:7  42:21  44:20  47:22 52:18  55:13  62:19  63:17  67:8  70:25  197:16  212:12  213:13  222:2  236:24  269:1  271:20  312:15  312:16  313:16  313:17  314:9  316:11  320:21  322:24  324:13  333:7  333:10  333:24  333:24  336:4  338:3  338:21  340:4  345:11 | | **terribly**(1) 287:5 | | | |
| **surprise**(2) 80:9  148:17 | | | | **territory**(3) 142:10  163:20  182:8 | | | |
| **surprised**(2) 302:10  345:1 | | | | **test**(5) 75:22  118:2  141:3  194:11  270:2 | | | |
| **surprising**(2) 66:21  310:8 | | | | **testifies**(2) 123:25  132:9 | | | |
| **surprisingly**(1) 345:3 | | | | **testify**(3) 125:20  316:7  322:14 | | | |
| **surrender**(2) 216:5  323:10 | | | | **testimony**(3) 220:23  220:24  322:13 | | | |
| **surrounded**(1) 67:22 | | | | **testing**(3) 203:11  203:13  204:10 | | | |
| **surrounding**(2) 260:19  263:19 | | **talked**(7) 75:13  279:11  279:11  279:12 317:9  323:5  337:18 | | **text**(4) 150:19  151:14  152:5  152:6 | | | |
| **susan**(1) 6:5 | | | | **than**(72) 14:20  20:9  23:22  31:20  34:14 35:3  38:7  42:8  44:23  50:11  54:13  65:21  69:24  69:25  74:10  75:5  75:11  77:15  80:25  86:19  88:4  89:19  97:1  96:21  98:13  111:9  112:10  114:18  115:3  115:21  117:9  126:7  127:19  130:24  138:4  139:20  144:13  145:1  150:23  157:24  158:21  163:18  165:1  166:15  168:3  168:22  171:3  174:21  174:24  179:14  183:4  185:4  192:23  196:5  201:21  211:13  217:1  226:20  227:1  228:1  228:6  231:6  243:17  257:19  274:3  283:12  310:15  320:25  330:6  331:20  332:8  338:1 | | | |
| **susceptible**(1) 226:25 | | | | | | | |
| **suspense**(1) 205:14 | | **talking**(27) 50:6  57:1  62:18  88:24  90:25 164:19  180:22  198:3  258:23  270:7  270:8  272:7  277:2  288:20  290:14  292:21  295:10  295:11  300:23  307:10  318:21  320:7  322:11  336:2  336:5  336:5  338:4 | | | | | |
| **suspension**(1) 203:1 | | | | | | | |
| **sustaining**(1) 25:17 | | | | | | | |
| **swear**(1) 283:8 | | | | | | | |
| **switch**(2) 333:5  333:16 | | | | **thank**(135) 8:2  9:13  11:19  11:24  11:25 12:8  12:21  12:24  13:10  13:25  14:11  14:13  14:16  15:3  16:23  16:24  17:3  17:4  21:1  24:2  25:4  25:5  25:8  25:24  26:23  28:10  28:11  37:7  37:12  51:7  57:16  57:16  71:25  72:1  72:9  73:14  73:15  73:15  73:18  77:6  77:6  85:22  85:22  90:9  90:23  92:3  92:4  92:9  94:6  99:4  99:5  101:21  101:22  101:23  105:17  105:18  105:19  105:19  106:25  107:1  108:13  108:14  108:17  109:22  116:10  116:11  153:4  153:6  154:1  154:2  154:3  154:8  155:4  156:24  158:24  163:3  165:14  165:15  171:23  177:14  177:15  177:19  180:5  188:11  188:15  188:18  188:18  188:21  191:22  199:21  201:7  201:9  201:15  205:13  205:20  207:13  214:19  218:12  218:13  221:17  223:14  223:14  234:4  234:5  235:7  252:23  253:5  254:22  254:23  254:25  255:2  255:3  255:12  255:14  269:18  270:13  305:18  305:21  305:25  308:10  308:19  308:20  309:9  329:11  329:12  330:14  331:1  331:15  331:15  343:18  344:13  344:25  345:22  345:23  345:24  345:25 | | | |
| **swore**(1) 299:8 | | | | | | | |
| **sworn**(2) 118:12  299:12 | | **talks**(13) 60:23  82:10  120:11  138:17  195:7 195:9  195:11  288:15  299:19  313:21  313:22  324:10  337:15 | | | | | |
| **symbiotic**(1) 38:10 | | | | | | | |
| **synthesis**(1) 78:12 | | | | | | | |
| **system**(7) 39:6  39:8  39:12  42:4  136:18 279:25  301:6 | | **tantamount**(1) 45:3 | | | | | |
| | | **task**(2) 101:12  178:21 | | | | | |
| **systemic**(2) 67:12  310:22 | | **tat**(1) 285:22 | | | | | |
| **systems**(2) 32:24  246:21 | | **tax**(1) 104:13 | | | | | |
| **tab**(33) 37:3  73:12  77:2  77:3  90:17  116:18 116:21  118:3  118:24  119:13  123:13  123:19  125:25  129:7  130:6  132:3  133:10  133:25  134:4  134:5  134:13  136:11  137:24  159:1  159:5  159:7  159:10  162:17  181:15  285:13  285:13  302:23  335:1 | | **tay**(2) 22:3  345:13 | | | | | |
| | | **taylor**(1) 4:13 | | | | | |
| | | **teacher**(2) 234:14  234:15 | | | | | |
| | | **team**(1) 206:13 | | | | | |
| | | **tech**(2) 51:9  51:11 | | | | | |
| **table**(10) 181:5  190:4  204:4  265:18  325:19 330:2  330:3  331:20  336:11  343:5 | | **technical**(4) 153:7  153:25  202:21  206:5 | | | | | |
| | | **technically**(1) 222:16 | | | | | |
| | | **technician**(1) 205:4 | | | | | |
| | | **technology**(3) 5:44  38:2  42:4 | | | | | |
| **tabs**(1) 147:15 | | **telecom**(1) 5:45 | | | | | |
| **tag**(1) 35:1 | | **teleconference**(1) 306:12 | | | | | |
| **tail**(2) 34:8  168:6 | | **telephone**(3) 25:11  75:12  75:17 | | | | | |
| **tails**(2) 34:10  168:6 | | **telephonic**(4) 4:43  5:1  6:1  7:1 | | | | | |
| | | **telephonically**(1) 306:23 | | | | | |
| | | **television**(1) 32:3 | | | | | |
| | | **tell**(17) 91:5  126:6  133:23  147:3  165:21 256:1  256:8  262:21  282:1  282:4  286:14  291:22  296:5  304:2  312:10  337:13  339:3 | | | | | |
| | | **telling**(5) 90:9  92:18  258:18  264:5  336:23 | | | | | |
| | | **tells**(5) 83:22  133:6  147:1  147:4  292:5 | | | | | |
| | | **temporary**(1) 203:1 | | | | | |
| | | **ten**(6) 68:7  153:24  262:23  315:18  315:24  320:3 | | | | | |
| | | **tenant**(1) 95:12 | | | | | |
| | | **tens**(2) 32:18  170:23 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that**(301)

that(301) 60:7 60:11 60:12 60:15 61:13 61:14 61:15 61:19 61:20 61:20 61:23 61:24 62:4 62:8 62:8 62:10 62:11 62:12 62:16 62:17 62:23 63:2 63:13 63:16 64:4 64:8 64:9 64:12 64:13 64:15 64:21 65:2 65:9 65:17 65:20 65:21 66:3 66:18 66:19 66:21 67:3 67:5 67:6 67:7 67:9 67:12 67:15 67:17 67:21 68:1 68:5 68:7 68:12 68:13 68:15 68:18 68:19 68:21 68:23 69:? 69:9 69:10 69:10 69:12 69:15 69:17 69:? 69:18 69:21 69:21 70:1 70:5 70:15 70:19 70:21 70:23 70:23 70:24 71:4 71:6 71:6 71:7 71:10 71:14 72:17 72:23 72:24 73:3 73:3 73:4 73:5 73:8 73:9 73:14 73:19 73:23 74:3 74:5 74:5 74:7 74:10 74:10 74:20 74:21 75:4 75:7 75:9 75:10 75:17 75:18 75:19 75:24 76:7 76:11 76:14 76:14 76:20 76:21 76:22 76:23 77:3 77:11 77:14 77:17 77:21 78:4 78:5 78:5 78:6 78:11 78:13 78:14 78:18 78:22 79:1 79:2 79:3 79:10 79:13 79:16 79:19 79:22 79:25 79:25 80:1 80:8 80:9 80:15 80:15 80:16 80:18 80:19 80:20 80:21 80:21 81:4 81:9 81:11 81:11 81:12 81:14 81:17 81:18 81:19 81:22 81:24 82:4 82:4 82:14 82:21 82:22 82:22 82:23 82:24 83:2 83:13 83:20 83:22 83:22 83:23 84:8 84:10 84:11 84:13 84:15 84:19 84:23 84:24 85:6 85:7 85:8 85:10 85:11 85:13 85:15 85:17 85:19 85:19 85:23 86:6 86:17 86:18 86:20 86:24 87:1 87:3 87:4 87:6 87:7 87:8 87:9 87:10 87:11 87:11 88:18 88:1 88:2 88:8 88:12 88:13 88:17 88:21 88:22 88:22 89:1 89:1 89:2 89:5 89:7 89:11 89:13 89:17 89:18 89:19 89:21 89:24 90:9 90:12 90:15 90:16 90:18 90:22 91:2 91:4 91:5 91:9 91:12 91:15 91:16 91:19 92:17 92:19 92:21 92:24 92:25 93:1 93:1 93:2 93:5 93:6 93:7 93:9 93:11 93:14 93:17 93:21 94:1 94:3 94:4 94:13 94:14 94:15 94:23 95:6 95:7 95:8 95:14 95:25 96:1 96:4 96:5 96:7 96:15 96:19 97:1 97:4 97:6 97:8 97:15 97:17 97:20 97:20 98:1 98:3 98:3 98:5 98:7 98:9 98:14 98:21 99:2

that(301) 99:2 99:2 99:3 99:15 99:17 99:21 99:22 99:25 100:2 100:4 100:5 100:6 100:9 101:4 101:6 101:10 101:10 101:12 101:12 101:15 101:18 101:19 101:20 101:20 102:7 102:8 102:9 102:17 102:18 102:25 103:1 103:6 103:8 103:12 103:12 103:13 103:14 103:20 103:20 103:25 104:5 104:7 104:9 104:17 104:19 104:23 104:25 105:2 105:5 105:10 105:12 106:3 106:9 106:10 106:12 106:14 106:14 106:18 106:19 106:21 106:23 107:9 107:1 107:13 107:16 107:17 107:19 107:22 107:22 107:24 108:2 108:3 108:4 108:5 108:5 108:6 108:8 108:8 108:10 108:11 108:19 108:24 109:4 110:7 110:13 110:15 110:16 110:18 110:24 111:5 111:8 111:9 111:12 111:17 111:18 111:21 112:1 112:3 112:25 113:11 113:22 115:2 115:9 115:13 115:16 115:19 115:21 116:2 116:13 116:1 116:15 116:17 116:19 117:6 117:11 117:17 117:17 117:18 118:1 118:5 118:7 118:15 118:21 119:5 119:6 119:9 119:14 119:16 119:17 119:20 119:24 120:1 120:4 120:4 120:9 120:13 120:15 120:15 120:16 120:17 120:20 120:22 120:23 120:25 120:25 121:2 121:2 121:4 121:5 121:7 121:6 122:9 122:10 122:14 122:15 122:15 122:18 122:18 122:22 122:22 122:25 122:25 123:1 123:2 123:5 123:7 123:8 123:16 123:22 124:12 124:14 124:14 124:16 124:21 125:3 125:5 125:11 125:17 128:3 128:8 128:11 128:14 129:19 130:4 130:11 130:18 130:24 131:5 131:8 131:10 131:11 131:12 131:12 131:17 131:20 131:24 131:24 131:25 132:20 133:4 133:6 133:6 133:6 133:7 133:8 133:14 133:19 133:22 133:23 134:4 134:12 134:15 134:1 134:19 134:20 134:21 134:24 134:24 134:24 134:25 135:2 135:8 135:13 135:21 135:22 135:22 136:9 136:12 136:23 137:1 137:8 137:10 137:18 137:21 137:21 137:2 138:21 138:23 139:1 139:3 139:6 139:14 139:25 140:4 140:5 140:8 140:12 140:16 140:24 141:1 141:1 141:4 141:4 141:19 141:22 142:1 142:5 142:11 142:18 142:22 142:22 142:25 143:8 143:12 143:13 143:2 144:1 144:2 144:3 144:5 144:9 144:10 144:11 144:22 144:23 144:25 145:4 145:6 145:11 145:18 145:19 145:25 146:1 146:5 146:9 146:19 146:21 147:7 147:12

that(301) 147:17 147:19 147:21 147:22 147:23 147:25 148:1 148:3 148:4 148:5 148:11 148:11 148:19 148:23 148:25 149:? 149:3 149:6 149:11 150:3 150:6 150:9 150:10 150:11 150:13 151:5 151:9 151:10 151:16 151:19 151:23 152:4 152:4 152:22 153:1 153:4 153:14 153:23 154:10 154:16 154:19 155:3 155:7 155:14 155:19 155:20 155:25 156:7 156:9 156:9 156:14 156:17 157:6 157:13 157:22 157:23 157:23 157:23 158:7 158:8 158:8 158:14 158:14 159:7 159:11 160:5 160:9 160:14 160:19 161:3 161:9 161:11 161:15 161:18 161:22 162:7 162:15 162:16 162:18 162:23 162:24 163:? 163:10 163:19 164:2 164:6 164:6 164:7 164:10 164:12 164:15 164:16 164:17 164:20 164:22 164:22 164:25 165:1 165:2 165:4 165:5 165:7 165:8 165:9 165:9 165:10 165:24 166:15 166:19 167:5 167:1 167:19 168:8 168:14 168:24 168:24 169:? 169:9 170:5 170:10 170:14 170:15 170:16 170:21 170:21 170:25 171:5 171:10 171:11 171:13 173:3 173:4 173:5 173:8 173:8 173:9 173:10 173:11 173:11 173:15 173:15 173:20 174:2 174:5 174:6 174:6 174:6 174:19 174:20 175:2 175:3 175:6 175:11 175:15 175:18 175:21 175:22 176:2 176:11 176:16 176:17 177:2 177:4 177:4 177:9 177:11 178:6 178:8 178:18 178:18 178:23 179:2 179:5 179:7 179:19 179:21 179:22 179:24 179:24 179:25 179:25 180:14 180:16 180:17 180:19 180:19 180:20 180:24 180:25 181:1 181:7 181:15 181:16 182:1 182:11 182:14 182:18 182:18 182:? 182:21 182:24 182:25 183:6 183:9 183:10 184:8 184:9 184:10 184:19 184:20 184:23 184:24 184:25 185:7 185:8 185:9 185:13 185:15 185:18 185:21 185:24 186:2 186:6 186:18 187:6 187:8 187:8 187:17 188:1 188:4 188:8 188:13 188:17 188:24 189:3 189:14 189:17 189:18 189:19 189:19 189:20 190:2 190:3 190:3 190:9 190:15 190:16 190:16 191:4 191:14 191:11 191:15 191:19 191:20 192:1 192:2 192:15 192:18 192:20 192:21 192:24 193:2 193:3 193:4 193:4 193:9 193:11 193:16 193:23 194:5 194:21 195:13 195:24 196:8 196:15 196:1 196:21 196:23 196:24 197:2 197:3 197:6 197:8 197:8 197:9 197:17 197:21 198:2 198:4 198:6 198:14 198:16 198:22 198:22 199:1 199:1 199:2 199:11 199:16 199:21 199:23

that(301) 200:5 200:5 200:14 200:15 200:19 200:20 201:13 201:17 201:18 201:20 201:24 203:22 204:2 205:8 205:9 205:16 206:2 206:9 206:10 206:13 206:17 206:18 206:20 206:21 206:22 206:23 206:23 207:2 207:3 207:25 208:1 208:5 208:11 208:13 208:16 208:19 209:2 209:4 209:5 209:8 209:9 209:10 209:13 209:13 209:14 209:17 209:18 209:19 209:20 209:21 209:22 209:24 209:25 210:1 210:3 210:4 210:4 210:6 210:6 210:12 210:12 210:17 210:17 210:18 210:20 210:24 210:24 210:25 211:3 211:4 211:5 211:7 211:7 211:7 211:10 211:18 211:20 211:21 211:23 211:23 212:6 212:11 212:14 212:19 212:23 212:23 212:24 213:1 213:1 213:6 213:7 213:15 213:17 213:18 213:18 213:21 213:21 213:23 214:5 214:6 214:6 214:7 214:9 214:12 214:12 214:13 215:3 215:4 215:5 215:6 215:9 215:10 215:20 215:20 215:22 215:25 216:1 216:1 216:4 216:6 216:9 216:12 216:14 216:14 216:20 217:6 217:7 217:10 217:13 217:24 218:4 218:5 218:5 218:8 218:11 218:12 218:13 218:15 219:6 219:8 219:10 219:14 219:22 220:1 220:7 220:9 220:17 220:23 221:3 221:4 221:6 221:7 221:7 221:9 221:11 221:13 221:22 221:22 222:23 222:25 222:19 222:21 222:22 222:23 222:25 223:3 223:4 223:9 224:7 224:8 224:13 224:15 224:17 224:18 224:19 224:23 224:25 225:3 225:4 225:7 225:7 225:8 225:9 225:16 225:17 225:20 225:21 225:22 225:24 226:3 226:8 226:11 226:12 226:14 226:15 226:16 226:17 226:18 226:19 226:22 226:24 227:1 227:3 227:4 227:9 227:13 227:13 227:15 227:16 227:17 227:20 227:23 227:25 228:4 228:8 228:8 228:11 228:15 228:17 228:18 228:21 228:21 229:5 229:13 229:15 229:19 229:21 229:25 230:5 230:8 230:9 230:11 230:15 230:21 230:22 231:1 231:5 231:8 231:8 231:9 231:12 231:12 231:13 231:16 231:18 231:21 231:21 231:23 231:24 232:1 232:2 232:2 232:3 232:4 232:7 232:11 232:12 232:15 232:16 232:24 232:25 233:2 233:10 233:16 233:22 234:4 234:13 234:16 234:19 234:21 235:11 235:11 235:12 235:16 235:19 235:20 235:21 235:22 235:23 235:25 236:2 236:4 236:5 236:7 236:11 236:11 236:13 236:14 236:17 236:18 236:19 236:21 236:24 237:1 237:3 237:3 237:4 237:10 237:10 237:21 237:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that**(301) 238:2 238:3 238:7 238:9 238:9 238:11 238:14 238:15 238:16 238:16 238:18 238:21 238:24 239:1 239:6 239:6 239:10 239:10 239:13 239:17 239:18 239:18 239:20 239:24 239:25 240:2 240:5 240:10 240:13 240:14 240:15 240:22 241:2 241:7 241:10 241:11 241:12 241:13 241:14 241:16 241:16 241:18 241:19 241:25 242:4 242:4 242:5 242:6 242:9 242:12 242:17 242:20 242:25 243:5 243:5 243:7 243:9 243:12 243:17 243:18 243:20 243:21 244:1 244:3 244:4 244:6 244:6 244:9 244:14 244:15 244:16 244:17 244:19 244:20 244:22 245:6 245:7 245:13 245:15 245:20 246:3 246:11 246:14 246:1 246:22 246:23 246:23 246:23 246:25 247:3 247:6 247:8 247:10 247:11 247:14 247:21 247:23 248:5 248:7 248:9 248:13 248:16 248:17 248:18 248:19 248:25 249: 249:6 249:8 249:8 249:10 249:15 249:19 249:20 249:21 250:5 250:8 250:9 250:11 250:15 250:16 250:17 250:18 250:19 250:22 250:23 251:4 251:10 251:11 251:1 251:14 251:16 251:17 251:19 251:19 251:22 251:23 251:23 251:24 252:4 252:6 252:8 252:13 253:3 253:12 253:14 253:15 253:17 253:19 253:21 253:22 253:23 253:24 253:24 253:25 254:1 254:7 255:15 255:22 255:25 256:1 256:5 256:6 256:7 256:12 256:18 256:20 256:23 256:2 257:3 257:4 257:5 257:6 257:7 257:14 257:15 257:16 257:23 258:1 258:2 258:6 258:7 258:10 258:11 258:14 258:15 258:1 258:18 258:21 258:25 259:5 259:10 259:12 259:15 259:16 259:18 259:19 259:21 260:1 260:8 260:11 260:13 260:13 260:18 260:22 260:25 261:3 261:9 261:9 261:14 261:15 261:16 261:16 261:17 261:24 261:24 262:2 262:3 262:7 262:8 262:9 262:13 262:14 262:16 262:17 262:2 263:7 263:7 263:8 263:10 263:11 263:13 264:1 264:10 264:11 264:12 264:14 264:1 264:22 265:1 265:5 265:6 265:8 265:9 265:11 265:14 265:20 265:25 266:2 266:6 266:6 266:8 266:9 266:12 266:17 266:19 266:22 267:2 267:3 267:3 267:7 267:14 267:17 267:21 267:21 267:22 267:23 268: 268:3 268:8 268:12 269:1 269:3 269:4 269:6 269:7 269:9 269:14 269:14 270:3 270:23 270:23 271:6 271:8 272:3 272:9 272:12 272:12 272:13 272:14 272:18 272:21 272:22 273:1 273:4 273:4 273:8 273:16

**that**(301) 273:16 273:17 273:22 273:24 273:25 274:10 274:11 274:14 274:17 274:18 274:18 274:22 274:23 274:24 274:25 275:7 275:15 275:17 275:21 276:4 276:13 276:14 276:15 276:21 276:22 277: 277:8 277:14 277:15 277:22 277:25 278:2 278:2 278:3 278:12 278:14 278:14 278:18 278:23 278:25 278:25 279:2 279:15 279:16 279:19 279:20 279:22 280:6 280:1 280:25 281:8 281:12 281:18 281:20 281:25 282:1 282:3 282:11 282:13 282:15 283:1 283:5 283:5 283:6 283:7 283:9 283:10 283:12 283:13 283:21 283:23 284: 284:14 284:20 284:21 284:22 284:23 284:24 285:3 285:5 285:18 285:20 285:22 285:6 286:6 286:9 286:16 286:20 286:21 286:22 287:10 287:10 287:23 288:1 288:2 288:4 288:11 288:13 288:17 288:19 288:1 289:9 289:11 289:14 289:17 289:22 289:25 290:1 290:3 290:5 290:8 290:9 290:10 290:11 290:20 290:21 290:22 290:24 290:25 290:25 291:2 291:3 291:3 291:4 291:8 291:12 291:22 292:9 292:21 292:23 292:23 293:10 293:18 293:23 293:23 293:24 293:25 294:3 294:6 294:7 294:9 294:10 294:10 294:12 294:13 294:1 294:19 294:20 294:21 294:23 294:23 295:1 295:4 295:11 295:23 296:3 296:7 296:10 296:12 296:18 296:23 297:1 297:5 297:10 297:14 297:24 298:9 298:19 298:2 299:20 300:2 300:4 300:11 300:13 300:1 300:23 301:3 301:5 301:7 301:9 301:11 301:13 301:25 302:6 302:12 302:13 302:14

**that**(178) 318:24 318:25 319:1 319:2 319:4 319:4 319:16 319:7 320:1 320:6 320:8 320:10 320:17 320:20 320:23 320:2 321:9 321:11 321:17 321:21 321:24 322:2 322:2 322:5 322:6 322:9 322:10 322:11 322:16 322:19 322:19 323:4 323:12 323:1 323:15 323:15 323:19 323:23 323:23 323:25 324:1 324:3 324:5 324:7 324:16 324:25 325:20 326:5 326:6 326:9 327:8 327:10 327:14 327:20 328:5 328:6 328:6 328:8 328:16 328:17 328:18 328:2 328:25 329:3 329:6 329:19 329:23 329:2 329:25 330:5 330:7 330:9 330:10 330:20 330:11 331:14 331:22 331:23 331:23 331:25 332:1 332:1 332:3 332:14 332:15 332:15 332:16 332:20 332:21 332:24 332:25 333:1 333:8 333:10 333:11 333:18 333:2 334:8 334:11 334:14 334:16 334:18 334:1 334:21 335:10 335:15 335:15 335:16 335:18 335:20 336:11 336:13 336:15 336:15 336:17 336:19 336:21 336:22 336:22 336:23 336:25 337:1 337:7 337:7 337:12 337:23 337:23 338:12 338:14 338:23 339:2 339:9 339:12 339:14 339:17 339:25 340:6 340:9 340:12 340:19 340:20 341:4 341:6 341:7 341:12 341:16 341:16 341:17 341:18 341:21 341:25 342:3 342:7 342:10 342:11 342:12 342:15 342:17 342:21 342:25 343:1 343:1 343:7 343:10 343:13 343:13 344:9 344:12 345:5 345:15 345:9 345:10 345:12 345:18 345:18 346:5

**that's**(92) 8:20 8:23 9:10 9:12 12:19 13:2 13:5 16:21 17:15 19:13 23:16 27:11 28:5 33:3 36:23 43:8 44:11 48:4 49:8 50:8 51:12 52:13 55:8 57:6 60:8 62:6 62:20 70:6 71:17 138:15 140:19 141:8 147:8 147:24 150:11 152:3 152:8 154:25 158:1 159:3 206:8 207:19 208:4 208:17 209:1 209:3 211:18 212:5 213:6 214:22 215:7 216:23 220:20 226:7 229:13 229:17 229:2 231:22 231:22 233:15 234:24 235:4 235:24 239:8 240:25 242:19 243:2 243:8 243:19 244:24 310:4 310:5 311:7 315:24 316:8 321:21 321:22 322:7 322:15 323:8 324:9 328:23 329:16 330:7 331:22 333:14 333:15 337:10 338:7 341:9 341:20 342:14

**thatcher**(1) 325:5

**that's**(126) 73:16 79:9 84:14 84:16 84:25 85:4 85:8 89:20 90:1 91:14 93:3 93:4 100:3 116:10 118:2 133:22 161:20 163:8 165:6 167:15 171:13 172:12 178:2 181:8 181:16 183:15 187:10 187:12 189:24 190:1 190:9 191:16 197:18 197:22 198:11 198:11 198:12 246:13 252:4 253:15 254:1 254:13 257:9 257:14 257:20 258:19 259:25 260:3 260:8 260:22 261:11 261:12 261:14 262:10 263:7 263:16 263:18 265:3 265:5 265:10 267:16 267:25 268:3 269:1 269:20 270:2 272:19 272:23 273:25 275:12 275:18 275:25 276:12 276:13 277:4 277:5 277:14 277:25 278:4 278:5 278:10 279:8 279:16 279:23 280:11 280:14 280:14 280:18 280:24 281:4 281:21 281:22 282:6 282:6 282:15 283:18 284:3 284:4 287:12 288:3 288:6 288:15 288:23 290:20 290:20 293:12 294:22 295:3 295:7 295:10 295:12 295:22 295:24 296:11 296:15 297:5 299:2 299:24 300:19 301:2 303:2 303:11 303:18 303:21 305:5 305:25

**the**(301) 1:1 1:2 1:19 1:23 2:4 2:21 2:37 4:15 5:36 8:2 8:12 8:13 8:15 8:17 8:18 8:21 8:25 9:1 9:3 9:6 9:7 9:9 9:11 9:12 9:16 9:19 9:22 9:23 9:23 9:24 10:3 10:3 10:5 10:7 10:8 10:10 10:10 10:11 10:13 10:15 10:15 10:17 10:18 10:20 10:21 10:21 10:22 10:23 11:1 11:4 11:4 11:6 11:13 11:15 11:17 11:19 11:22 11:24 12:2 12:2 12:4 12:8 12:9 12:10 12:10 12:12 12:18 12:19 12:19 12:19 12:21 12:22 12:22 12:23 12:25 12:25 12:25 13:5 13:6 13:7 13:8 13:8 13:8 13:10 13:13 13:17 13:18 13:21 13:23 14:1 14:1 14:3 14:3 14:5 14:7 14:15 14:16 14:17 14:19 14:20 14:21 14:24 15:1 15:5 15:6 15:8 15:11 15:11 15:12 15:12 15:14 15:14 15:15 15:18 15:19 15:20 15:20 15:21 15:21 15:22 15:23 15:23 15:23 15:24 15:24 15:25 16:2 16:2 16:3 16:3 16:5 16:14 16:16 16:16 16:18 16:18 16:19 16:19 16:20 16:20 16:21 16:22 16:22 17:3 17:5 17:6 17:6 17:7 17:8 17:10 17:12 17:13 17:14 17:14 17:18 17:25 18:2 18:4 18:4 18:5 18:5 18:6 18:7 18:8 18:12 18:15 18:16 18:21 18:21 18:23 18:24 19:1 19:1 19:2 19:2 19:7 19:10 19:11 19:15 19:16 19:20 19:20 19:22 19:23 19:24 19:25 20:3 20:4 20:7 20:8 20:10 20:11 20:14 20:17 20:18 20:19 20:20 20:25 20:25 21:1 21:4 21:16 21:16 21:17 21:18 21:20 21:22 21:24 22:1 22:2 22:2 22:3 22:4 22:8 22:8 22:9 22:9 22:10 22:15 22:15 22:16 22:16 22:16 22:18 22:19 22:20 22:20 22:21 22:21 22:23 22:23 23:2 23:4 23:5 23:7 23:7 23:10 23:12 23:15 23:16 23:17 23:17 23:19 24:2 24:8 24:13 24:19 24:22 24:23 25:3 25:7 25:8 25:11 25:12 25:12 25:13 25:18 25:20 25:24 26:6 26:7 26:7 26:9 26:11 26:12 26:16 26:17 26:19 26:20 26:21 26:22 26:24 26:24 27:2 27:5 27:8 27:9 27:10 27:11 27:15 27:17 27:19 27:20 27:23 27:24 27:25 28:3 28:4 28:6 28:7 28:9 28:11 28:12 28:13 28:15 28:16 28:17 28:17 28:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**the**(301) 28:18 28:18 28:20 28:22 28:22 28:22 28:24 28:24 28:25 29:1 29:3 29:4 29:5 29:6 29:8 29:8 29:9 29:9 29:9 29:10 29:11 29:11 29:12 29:12 29:14 29:15 29:16 29:17 29:18 29:19 29:20 29:23 29:25 30:1 30:5 30:7 30:8 30:8 30:8 30:9 30:9 30:10 30:15 30:17 30:21 31:1 31:2 31:5 31:6 31:9 31:9 31:11 31:12 31:12 31:16 31:17 31:19 31:24 31:25 32: 32:2 32:3 32:6 32:7 32:8 32:9 32:9 32:13 32:13 32:14 32:16 32:20 32:21 32:23 33: 33:2 33:3 33:3 33:6 33:9 33:10 33:12 33:14 33:16 33:22 33:25 34:1 34:6 34:6 34:11 34:12 34:13 34:16 34:21 34:24 34:23 34:23 34:25 35:2 35:4 35:5 35:5 35:6 35:8 35:9 35:10 35:10 35:10 35:11 35:11 35:13 35:15 35:15 35:18 35:19 35:20 35:21 35:22 35:23 35:25 35:25 36: 36:2 36:3 36:4 36:4 36:6 36:6 36:8 36:8 36:9 36:11 36:11 36:13 36:14 36:16 36:17 36:17 36:19 36:20 36:21 36:21 36:22 36:22 36:23 36:23 37:1 37:2 37:4 37:7 37:10 37:12 37:15 37:17 37:18 37:20 37:20 37:21 37:22 37:22 37:23 37:24 37:24 38:1 38:1 38:3 38:6 38:8 38:8 38:11 38:11 38:12 38:13 38:14 38:16 38:17 38:18 38:21 38:22 39:2 39:3 39:5 39:7 39:7 39:8 39:9 39:10 39:11 39:12 39:13 39:14 39:17 39:23 39:23 39:23 39:25 40:1 40:6 40:7 40:7 40:8 40:10 40:10 40:11 40:13 40:14 40:17 40:18 40:18 40:23 41:1 41:3 41:4 41:5 41:5 41:7 41:7 41:8 41:8 41:8 41:9 41:14 41:14 41:15 41:17 41:20 41:22 41:22 41:24 41:25 42:2 42:6 42:7 42:10 42:11 42:12 42:13 42:14 42:18 42:18 42:19 42:21 42:24 42:25 43:1 43:8 43:9 43:10 43:14 43:18 43:18 43:20 43:21 43:23 43:23 43:24 43:25 43:25 44:4 44:4 44:5 44:5 44:7 44:9 44:9 44:16 44:16 44:18 44:19 44:20 44:22 44:23 44:24 44:25 45:1 45:4 45:7 45:8 45:8 45:9 45:12 45:12 45:13 45:15 45:16 45:18 45:20 45:20 45:20 45:20 45:23 45:24 45:25 46:1 46:2 46:2 46:5 46:5

**the**(301) 46:6 46:6 46:7 46:8 46:9 46:11 46:11 46:14 46:15 46:16 46:16 46:17 46:17 46:17 46:17 46:18 46:18 46:19 46:21 46:22 46:23 46:23 46:24 46:25 46:25 47:4 47:7 47:9 47:10 47:11 47:12 47:13 47:15 47:18 47:20 47:24 47:24 47:25 48:4 48:5 48:7 48:10 48:11 48:11 48:20 48:23 48:25 49:1 49:2 49:3 49:4 49:9 49:10 49:10 49:12 49:12 49:14 49:15 49:19 49:21 49:22 49:24 50:1 50:2 50:2 50:3 50:8 50:9 50:11 50:12 50:15 50:18 50:19 50:20 50:20 50:21 50:23 50:24 50:24 50:25 50:25 51:3 51:4 51:5 51:8 51:13 51:14 51:22 51:22 52:2 52:2 52:3 52:4 52:6 52:7 52:10 52:12 52:13 52:14 52:17 52:18 52:18 52:19 52:20 52:21 52:21 52:24 52:24 52:25 53:1 53:1 53:4 53:6 53:8 53:8 53:10 53:11 53:12 53:13 53:13 53:14 53:16 53:16 53:17 53:17 53:54:4 54:5 54:5 54:6 54:8 54:10 54:10 54:11 54:13 54:15 54:16 54:19 54:20 54:20 54:21 54:22 54:24 55:1 55:2 55:5 55:8 55:14 55:15 55:16 55:20 55:20 55:25 55:23 55:24 55:25 56:1 56:1 56:2 56:3 56:18 56:19 56:20 56:24 57:1 57:3 57:3 57:3 57:4 57:4 57:5 57:6 57:8 57:8 57:10 57:13 57:16 57:18 57:19 57:19 57:20 58:2 58:5 58:6 58:8 58:8 58:9 58:9 58:10 58:11 58:12 58:14 58:20 58:21 58:22 58:24 58:25 59:1 59:2 59:4 59:5 59:6 59:7 59:7 59:10 59:12 59:12 59:12 59:16 59:17 59:21 59:22 59:22 59:24 59:25 60:1 60:1 60:2 60:3 60:3 60:5 60:5 60:7 60:8 60:9 60:10 60:11 60:12 60:13 60:14 60:14 60:15 60:19 60:22 60:23 60:24 60:25 61:3 61:4 61:7 61:7 61:10 61:10 61:11 61:12 61:13 61:14 61:15 61:16 61:19 61:20 61:22 61:24 61:25 61:25 61:25 62:4 62:5 62:6 62:6 62:10 62:11 62:13 62:13 62:16 62:16 62:17 62:22 62:22 62:24 63:2 63:2 63:3 63:4 63:5 63:5 63:5 63:8 63:9 63:12 63:14 63:15 63:16 63:17 63:17 63:18

**the**(301) 63:19 63:20 63:20 63:20 63:21 63:22 63:22 63:23 63:25 64:2 64:2 64:3 64:5 64:6 64:7 64:7 64:9 64:12 64:13 64:14 64:14 64:16 64:18 64:18 64:19 64:20 64:24 65:2 65:2 65:3 65:4 65:4 65:5 65:5 65:7 65:8 65:9 65:10 65:10 65:11 65:12 65:14 65:17 65:17 65:19 65:19 65:22 65:22 65:22 65:24 65:25 66: 66:4 66:5 66:5 66:7 66:7 66:9 66:12 66:12 66:13 66:16 66:16 66:17 66:18 66:18 66:21 66:22 66:23 66:24 66:25 66:25 66:25 67:1 67:1 67:3 67:5 67:6 67:6 67:9 67:10 67:12 67:12 67:13 67:16 67:16 67:19 67:20 67:20 67:22 68:1 68:5 68:6 68:8 68:10 68:12 68:16 68:16 68:17 68:19 68:19 68:20 68:20 68:24 69:1 69:2 69:4 69:4 69:6 69:7 69:10 69:13 69:17 69:17 69:20 69:21 69:24 70:1 70:3 70:3 70:5 70:5 70:6 70:10 70:10 70:12 70:14 70:22 71:2 71:3 71:6 71:7 71:7 71:9 71:14 71:17 71:18 71:18 71:19 71:20 71:22 71:23 71:24 71:25 72:2 72:3 72:7 72:9 72:11 72:13 72:17 72:18 72:20 72:21 72:21 72:22 72:23 72:23 72:23 72:24 72:25 73: 73:3 73:4 73:4 73:6 73:9 73:10 73:10 73:10 73:14 73:17 73:18 73:19 73:21 73:23 73:23 73:23 73:24 73:25 74:1 74:1 74:2 74:4 74:5 74:7 74:7 74:7 74:8 74:8 74:9 74:10 74:11 74:12 74:13 74:13 74:14 74:14 74:15 74:15 74:16 74:16 74:18 74:19 74:20 74:21 74:24 74:24 74:24 74:25 75:1 75:2 75:6 75:7 75:8 75:9 75:14 75:17 75:19 75:22 75:22 75:22 75:24 75:24 75:25 75:25 76:1 76:3 76:4 76:4 76:7 76:8 76:9 76:11 76:11 76:12 76:15 76:16 76:17 76:18 76:21 76:24 76:24 76:25 76:25 77:1 77:1 77:2 77:6 77:8 77:13 77:14 77:15 77:16 77:17 77:18 77:18 77:19 77:21 77:22 77:23 78:2 78:2 78:3 78:4 78:6 78:9 78:10 78:11 78:13 78:19 78:20 78:21 78:21 78:22 78:23 78:24 78:25 79:3 79:3 79:5 79:6 79:7 79:7 79:11 79:12 79:13 79:14 79:14 79:15 79:16 79:16 79:18 79:18

**the**(301) 79:19 79:20 79:22 79:22 79:23 80:1 80:2 80:3 80:4 80:6 80:7 80:7 80:8 80:10 80:10 80:11 80:14 80:15 80:16 80:17 80:19 80:21 80:23 80:23 81:1 81:4 81:4 81:5 81:5 81:6 81:6 81:7 81:9 81:11 81:12 81:12 81:13 81:14 81:14 81:15 81:17 81:18 81:18 81:20 81:20 81:20 81:21 81:22 81:23 81:24 81:25 82:2 82:4 82:5 82:9 82:10 82:10 82:12 82:12 82:13 82:15 82:16 82:17 82:17 82:18 82:19 82:19 82:20 82:22 82:23 82:24 82:25 83: 83:5 83:6 83:7 83:8 83:11 83:14 83:14 83:15 83:17 83:22 83:24 84:1 84:1 84:1 84:2 84:3 84:4 84:5 84:7 84:8 84:9 84:10 84:12 84:12 84:13 84:18 84:18 84:19 84:20 84:21 84:22 84:23 84:24 85:1 85:1 85:3 85:5 85:7 85:9 85:10 85:13 85:15 85:16 85:18 85:19 85:20 85:21 85:22 85:23 86:1 86:2 86:2 86:2 86:3 86:4 86:4 86:5 86:7 86:11 86:11 86:12 86:13 86:16 86:17 86:18 86:19 86:19 86:20 86:20 86:20 86:20 86:21 86:21 86:22 86:24 87:1 87:1 87:2 87:4 87:4 87:4 87:5 87:6 87:6 87:9 87:10 87:11 87:12 87:12 87:13 87:17 87:17 87:20 87:20 87:22 88: 88:3 88:4 88:5 88:6 88:7 88:10 88:12 88:13 88:13 88:16 88:17 88:17 88:18 88:19 88:19 89:1 89:2 89:5 89:7 89:8 89:11 89:12 89:13 89:13 89:15 89:16 89:17 89:17 89:18 89:23 89:25 89:25 90:1 90:2 90:3 90:4 90:6 90:8 90:10 90:11 90:13 90:13 90:14 90:15 90:16 90:19 90:20 90:23 90:25 91:1 91:2 91:4 91:5 91:8 91:9 91:11 91:11 91:12 91:13 91:15 91:17 91:19 91:20 91:20 91:23 91:24 92:3 92:6 92:7 92:11 92:12 92:14 92:15 92:17 92:19 92:20 92:20 92:21 92:22 92:25 93:2 93:2 93:3 93:4 93:7 93:9 93:10 93:10 93:11 93:14 93:15 93:15 93:18 93:19 93:20 93:21 93:24 94:1 94:2 94:2 94:3 94:4 94:6 94:9 94:10 94:12 94:13 94:15 94:17 94:18 94:19 94:20 94:20 94:21 94:21 94:22 94:23 94:24 94:24 94:25 95:1 95:1 95:2 95:3 95:4 95:5 95:6 95:9 95:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 95:11 95:12 95:13 95:13 95:14 95:15 95:15 95:16 95:18 95:19 95:20 95:21 95:23 95:24 95:25 95:25 96:1 96:2 96:2 96:2 96:3 96:3 96:4 96:6 96:6 96:7 96:9 96:11 96:11 96:11 96:12 96:12 96:13 96:16 96:16 96:17 96:17 96:18 96:21 96:21 96:21 97:2 97:3 97:4 97:5 97:8 97:9 97:10 97:12 97:14 97:15 97:16 97:16 97:18 97:18 97:21 97:22 97:22 97:23 97:25 98:1 98:2 98:2 98:4 98:5 98:8 98:10 98:20 98:20 98:24 98:24 99:2 99:3 99:3 99:5 99:9 99:11 99:12 99:12 99:13 99:15 99:16 99:16 99:19 99:20 99:21 99:21 99:22 99:23 99:24 99:24 99:25 100:1 100:1 100:1 100:3 100:3 100:4 100:4 100:6 100:7 100:9 100:10 100:10 100:10 100:11 100:12 100:12 100:12 100:13 100:13 100:13 100:15 100:17 100:17 100:18 100:21 100:22 100:23 100:23 100:24 100:25 101:1 101:1 101:2 101:4 101:5 101:7 101:8 101:9 101:10 101:10 101:11 101:11 101:13 101:14 101:15 101:15 101:17 101:17 101:19 101:22 102:1 102:5 102:6 102:7 102:8 102:9 102:10 102:11 102:12 102:13 102:1... 102:20 102:21 102:23 103:2 103:3 103:5 103:7 103:7 103:7 103:8 103:8 103:10 103:12 103:13 103:13 103:15 103:16 103:16 103:17 103:17 103:17 103:19 103:19 103:20 103:20 103:21 103:23 103:24 103:24 104:1 104:2 104:5 104:5 104:5 104:6 104:10 104:11 104:11 104:13 104:16 104:14 104:19 104:22 104:23 105:... 105:1 105:2 105:5 105:8 105:8 105:11 105:11 105:15 105:16 105:17 105:19 105:22 105:25 106:1 106:2 106:2 106:4 106:6 106:8 106:8 106:10 106:11 106:11 106:12 106:13 106:13 106:14 106:16 106:17 106:18 106:21 106:22 106:25 107:... 107:4 107:7 107:8 107:14 107:15 107:18 107:20 107:21 107:22 107:23 107:23 108:... 108:4 108:6 108:7 108:8 108:9 108:10 108:12 108:14 108:16 108:18 108:22 108:24 109:2 109:3 109:8 109:11 109:13 109:17 109:20 109:23 109:25 110:2 110:3 110:3 110:5 110:7 110:9 110:9 110:10 110:10 110:11 110:11 110:12 110:13 110:13 110:14 110:14 110:16 110:18 110:19 110:21 110:22 110:23 110:24 111:1 111:1 111:3 111:3 111:4 111:4 111:5 111:5 111:9 111:9 111:9 111:12

**the(301)** 111:12 111:13 111:13 111:14 111:16 111:17 111:18 111:21 111:21 111:21 111:22 111:23 111:23 111:24 111:24 111:25 112:1 112:1 112:3 112:3 112:4 112:5 112:6 112:6 112:7 112:8 112:10 112:13 112:13 112:14 112:1... 112:15 112:16 112:17 112:18 112:19 112:20 112:21 112:22 112:23 112:23 112:25 112:25 113:1 113:2 113:3 113:3 113:4 113:5 113:5 113:6 113:6 113:8 113:9 113:12 113:13 113:13 113:13 113:1... 113:15 113:15 113:15 113:16 113:17 113:18 113:19 113:21 113:22 113:24 113:25 113:25 114:1 114:1 114:2 114:3 114:4 114:5 114:6 114:8 114:9 114:9 114:10 114:10 114:11 114:12 114:13 114:15 114:15 114:17 114:20 114:22 114:24 114:25 115:3 115:4 115:5 115:8 115:12 115:15 115:16 115:16 115:17 115:25 115:25 116:2 116:3 116:5 116:7 116:8 116:10 116:12 116:14 116:1... 116:16 116:18 116:19 116:20 116:20 116:21 116:22 116:24 116:24 116:25 117:1 117:3 117:5 117:8 117:10 117:12 117:13 117:14 117:15 117:17 117:19 117:21 118:1 118:1 118:2 118:3 118:3 118:6 118:6 118:7 118:7 118:8 118:8 118:12 118:13 118:13 118:14 118:1... 118:15 118:15 118:16 118:18 118:18 118:19 118:21 118:22 118:23 118:24 118:25 118:25 119:1 119:2 119:3 119:4 119:5 119:7 119:13 119:13 119:14 119:15 119:17 119:18 119:18 119:20 119:20 119:21 119:22 119:23 119:24 119:24 120:6 120:7 120:8 120:9 120:10 120:11 120:12 120:16 120:18 120:19 120:20 120:22 120:23 120:24 121:2 121:2 121:3 121:5 121:8 121:8 121:9 121:10 121:14 121:14 121:15 121:16 121:17 121:17 121:17 121:20 121:22 121:24 121:25 122:... 122:2 122:2 122:3 122:3 122:6 122:7 122:9 122:10 122:11 122:12 122:13 122:... 122:14 122:16 122:17 122:17 122:19 122:19 122:22 122:25 122:25 123:2 123:... 123:3 123:3 123:4 123:9 123:12 123:12 123:13 123:15 123:16 123:17 123:18 123:19 123:19 123:20 123:20 123:20 123:21 123:21 124:1 124:1 124:3 124:3 124:4 124:6 124:10 124:10 124:11 124:12 124:12 124:15 124:17 124:19 124:19 124:20 124:21 124:23 124:23 124:24 124:25 125:1 125:3 125:4 125:5 125:6 125:8 125:8 125:8

**the(301)** 125:9 125:11 125:13 125:13 125:15 125:16 125:16 125:16 125:17 125:18 125:18 125:20 125:22 125:22 125:23 125:23 125:24 125:25 126:3 126:5 126:10 126:11 126:12 126:12 126:14 126:14 126:16 126:21 126:23 127:2 127:6 127:6 127:11 127:16 127:16 127:18 127:2... 127:23 127:25 128:1 128:2 128:3 128:3 128:5 128:6 128:7 128:7 128:11 128:12 128:12 128:18 128:19 128:19 128:20 128:21 128:22 128:22 128:23 128:25 129:... 129:2 129:3 129:7 129:12 129:15 129:16 129:19 129:20 129:21 129:22 129:25 130:... 130:5 130:6 130:6 130:8 130:9 130:10 130:14 130:15 130:16 130:17 130:21 130:22 130:23 130:23 131:1 131:2 131:3 131:4 131:4 131:6 131:6 131:6 131:7 131:15 131:18 131:19 131:20 131:21 131:22 131:23 131:23 131:23 132:2 132:3 132:4 132:5 132:6 132:6 132:7 132:8 132:11 132:12 132:13 132:14 132:14 132:16 132:15 132:18 132:19 132:20 132:20 132:21 132:22 132:22 132:23 132:24 133:... 133:5 133:6 133:8 133:10 133:11 133:12 133:12 133:12 133:13 133:16 133:16 133:19 133:20 133:20 133:23 134:1 134:8 134:10 134:11 134:12 134:14 134:16 134:16 134:19 134:22 134:22 134:22 134:25 134:25 135:2 135:4 135:4 135:5 135:12 135:13 135:15 135:16 135:1... 135:19 135:21 135:23 135:23 135:24 135:25 136:1 136:1 136:3 136:3 136:3 136:4 136:4 136:5 136:5 136:5 136:6 136:7 136:8 136:12 136:13 136:17 136:18 136:19 136:20 136:21 136:22 136:25 136:25 137:4 137:5 137:7 137:8 137:11 137:13 137:16 137:17 137:21 137:22 137:23 137:24 138:2 138:3 138:4 138:5 138:6 138:7 138:8 138:9 138:9 138:10 138:13 138:13 138:14 138:1... 138:19 138:19 138:21 139:1 139:6 139:15 139:16 139:17 139:18 139:21 139:24 139:25 140:1 140:2 140:3 140:4 140:5 140:6 140:6 140:7 140:7 140:8 140:8 140:10 140:12 140:13 140:14 140:15 140:16 140:17 140:18 140:20 140:22 140:23 140:25 141:4 141:8 141:8 141:9 141:11 141:11 141:13 141:13 141:14 141:14 141:15 141:17 141:18 141:19 141:20 141:21 141:22 141:23 141:24 142:7 142:8 142:9 142:9 142:11 142:11 142:13 142:1... 142:15 142:18 142:18

**the(301)** 142:19 142:21 142:25 142:2 143:2 143:3 143:5 143:5 143:8 143:9 143:10 143:10 143:11 143:13 143:13 143:14 143:14 143:15 143:16 143:17 143:18 143:19 143:20 143:21 143:22 143:22 143:24 143:24 143:25 143:25 144:1 144:2 144:3 144:3 144:4 144:5 144:6 144:6 144:7 144:7 144:8 144:9 144:11 144:11 144:12 144:13 144:14 144:15 144:15 144:17 144:17 144:19 144:21 144:21 144:24 145:1 145:1 145:4 145:6 145:7 145:7 145:11 145:12 145:12 145:14 145:17 145:18 145:22 145:25 145:25 146:2 146:3 146:3 146:4 146:4 146:5 146:9 146:11 146:12 146:12 146:15 146:18 146:21 146:23 146:25 147:2 147:4 147:5 147:9 147:11 147:12 147:12 147:13 147:13 147:14 147:15 147:17 147:18 147:20 147:23 147:24 147:25 148:2 148:4 148:6 148:6 148:9 148:9 148:11 148:12 148:12 148:12 148:13 148:15 148:17 148:18 148:25 149:1 149:4 149:5 149:6 149:6 149:9 149:15 149:20 149:21 149:25 149:25 150:1 150:1 150:2 150:3 150:6 150:7 150:8 150:11 150:13 150:15 150:16 150:16 150:17 150:19 150:21 150:25 151:2 151:6 151:6 151:6 151:7 151:11 151:12 151:13 151:15 151:17 151:19 151:22 151:25 152:4 152:6 152:6 152:7 152:8 152:9 152:9 152:10 152:11 152:13 152:14 152:15 152:16 152:18 152:24 152:25 153:2 153:8 153:8 153:18 153:18 153:19 153:23 154:2 154:5 154:8 154:11 154:13 154:15 154:16 154:19 154:23 154:24 154:25 155:6 155:7 155:13 155:14 155:15 155:21 155:21 155:22 155:25 155:25 156:4 156:6 156:7 156:8 156:9 156:11 156:12 156:12 156:17 156:17 156:21 157:2 157:3 157:6 157:8 157:12 157:15 157:16 157:17 157:17 157:18 157:19 157:20 157:23 157:23 157:24 157:25 158:2 158:3 158:4 158:6 158:7 158:8 158:8 158:10 158:11 158:14 158:14 158:16 158:18 158:18 158:20 158:21 158:21 158:21 159:1 159:2 159:5 159:6 159:6 159:7 159:11 159:12 159:13 159:18 159:18 159:20 159:20 159:21 159:22 159:23 159:24 159:25 160:1 160:1 160:2 160:2 160:5 160:6 160:7 160:8 160:8 160:14 160:14 160:15 160:16 160:18 160:18 160:19 160:20 160:22 160:23 160:25 161:1 161:3 161:5 161:8 161:8 161:11 161:13 161:13 161:14 161:15 161:16 161:18 161:20 161:23 162:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) | 162:1 162:2 162:4 162:4 162:4 | the(301) | 181:9 181:11 181:12 181:13 | the(301) | 199:4 199:4 199:8 199:9 199:9 | the(301) | 221:24 221:25 221:25 222:1 |

the(301) 162:1 162:2 162:4 162:4 162:4
162:7 162:8 162:8 162:9 162:10 162:14
162:15 162:16 162:20 163:5 163:5 163:7
163:9 163:13 163:13 163:14 163:15 163:1
163:17 163:18 163:20 163:20 163:23
163:24 164:1 164:1 164:3 164:3 164:4
164:4 164:6 164:8 164:8 164:9 164:9
164:11 164:11 164:11 164:12 164:12
164:13 164:13 164:14 164:14 164:15
164:16 164:18 164:20 164:21 164:22
164:22 164:25 165:1 165:2 165:6 165:7
165:9 165:12 165:20 165:21 165:22 165:2
165:25 166:1 166:1 166:2 166:2 166:3
166:4 166:5 166:5 166:11 166:11 166:13
166:15 166:16 166:17 166:18 166:18
166:20 166:20 166:21 166:21 166:23
166:24 166:24 166:25 166:25 167:1 167:4
167:6 167:8 167:10 167:13 167:16 167:16
167:18 167:19 167:22 167:23 167:25 168:
168:1 168:3 168:4 168:5 168:7 168:7
168:9 168:9 168:10 168:11 168:12 168:15
168:15 168:16 168:16 168:17 168:18
168:18 168:19 168:21 168:23 168:25 169:
169:5 169:6 169:7 169:10 169:11 169:11
169:13 169:13 169:19 169:20 169:21
169:25 170:2 170:5 170:6 170:8 170:9
170:9 170:11 170:12 170:12 170:13 170:1
170:22 171:2 171:2 171:3 171:4 171:5
171:5 171:7 171:8 171:10 171:12 171:15
171:16 171:18 171:18 171:21 171:21
172:11 172:12 172:13 172:16 172:17
172:18 172:21 172:23 172:24 173:1 173:2
173:2 173:3 173:5 173:7 173:9 173:9
173:13 173:14 173:15 173:19 173:20
173:25 174:2 174:2 174:3 174:3 174:8
174:13 174:16 174:17 174:20 174:22
174:23 174:23 175:5 175:7 175:10 175:13
175:17 175:18 175:19 175:19 175:22
175:22 175:22 175:24 175:24 176:2 176:2
176:3 176:5 176:6 176:6 176:15 176:17
176:18 176:20 177:1 177:3 177:4 177:8
177:8 177:9 177:10 177:11 177:12 177:17
177:18 177:22 177:24 177:24 177:25 178:
178:1 178:2 178:2 178:3 178:3 178:4
178:4 178:5 178:6 178:6 178:8 178:9
178:9 178:13 178:15 178:18 178:20 178:2
178:21 178:21 178:22 178:22 178:23
178:25 178:25 179:5 179:11 179:11 179:1
179:13 179:15 179:18 179:21 179:22
179:23 179:25 180:1 180:2 180:9 180:11
180:11 180:14 180:15 180:16 180:18
180:20 180:22 180:23 180:23 180:25 181:
181:5 181:6 181:6 181:7 181:7 181:8

the(301) 181:9 181:11 181:12 181:13
181:13 181:17 181:18 181:19 181:20
181:20 181:20 181:21 181:21 181:21
181:22 181:24 181:25 181:25 182:1 182:1
182:1 182:2 182:2 182:3 182:4 182:4
182:5 182:6 182:7 182:8 182:9 182:9
182:10 182:10 182:11 182:11 182:12
182:13 182:13 182:16 182:18 182:21
182:21 182:24 183:2 183:8 183:13 183:13
183:13 183:14 183:14 183:15 183:15
183:17 183:18 183:20 183:20 183:21
183:22 183:23 183:25 183:25 184:2 184:3
184:6 184:7 184:10 184:12 184:15 184:18
184:18 184:18 184:19 184:21 184:22 185:
185:12 185:13 185:15 185:18 185:19
185:21 185:25 186:5 186:7 186:10 186:10
186:10 186:11 186:17 186:18 186:24
186:24 186:25 187:1 187:2 187:8 187:9
187:10 187:11 187:12 187:15 187:15
187:18 187:18 188:1 188:2 188:3 188:3
188:5 188:10 188:10 188:13 188:17 189:5
189:7 189:11 189:11 189:19 189:21 189:2
189:22 190:1 190:1 190:4 190:6 190:7
190:7 190:7 190:8 190:9 190:12 190:15
190:17 190:18 190:19 190:20 190:22
190:22 190:23 190:24 191:1 191:2 191:2
191:3 191:6 191:7 191:10 191:12 191:12
191:14 191:15 191:22 191:23 191:25 192:
192:1 192:2 192:3 192:7 192:12 192:13
192:14 192:15 192:15 192:16 192:16
192:20 192:20 192:21 192:22 192:23
192:25 193:1 193:3 193:4 193:4 193:5
193:6 193:6 193:8 193:9 193:10 193:13
193:13 193:17 193:17 193:18 193:18
193:19 193:20 193:22 193:22 193:24 194:
194:2 194:4 194:6 194:10 194:12 194:16
194:19 194:21 194:23 194:25 194:25 195:
195:1 195:2 195:2 195:5 195:5 195:6
195:6 195:8 195:8 195:9 195:10 195:10
195:19 195:20 195:21 195:22 195:23
195:24 195:25 195:25 196:1 196:3 196:4
196:4 196:5 196:7 196:9 196:10 196:11
196:12 196:13 196:15 196:16 196:17
196:18 196:19 196:19 196:21 196:25
196:25 197:1 197:1 197:2 197:2 197:3
197:3 197:4 197:5 197:5 197:6 197:7
197:8 197:9 197:9 197:10 197:11 197:11
197:12 197:13 197:13 197:15 197:15
197:16 197:19 197:19 197:20 197:21
197:23 197:23 198:4 198:8 198:9 198:9
198:10 198:12 198:13 198:15
198:16 198:17 198:19 198:19 198:21
198:22 198:23 198:25 199:1 199:2 199:3

the(301) 199:4 199:4 199:8 199:9 199:9
199:10 199:11 199:12 199:14 199:15
199:16 199:17 199:21 199:22 199:22
199:24 200:1 200:3 200:4 200:4 200:4
200:5 200:9 200:10 200:12 200:15 200:21
201:1 201:6 201:9 201:12 201:15 201:22
201:23 202:2 202:2 202:5 202:5 202:14
202:16 202:19 202:24 203:2 203:3 203:7
203:11 203:22 203:25 204:1 204:3 204:3
204:3 204:4 204:6 204:11 204:14 204:16
204:18 204:18 204:22 204:24 205:2 205:4
205:8 205:12 205:13 205:14 205:19 205:2
205:23 205:25 205:25 205:25 206:1 206:
206:7 206:10 206:12 206:13 206:17 206:1
206:18 206:19 206:21 207:2 207:5 207:9
207:11 207:12 207:15 207:16 207:25 208:
208:10 208:10 208:14 208:20 208:21
208:21 208:22 208:23 208:24 209:1 209:2
209:4 209:4 209:5 209:6 209:6 209:7
209:8 209:14 209:16 209:18 209:19 209:2
209:21 209:23 209:24 210:2 210:4 210:5
210:5 210:6 210:7 210:8 210:10 210:14
210:15 210:18 210:19 210:21 210:23
210:25 211:1 211:2 211:5 211:5 211:9
211:10 211:11 211:13 211:14 211:17
211:17 211:21 211:23 211:24 211:25 212:
212:5 212:10 212:12 212:14 212:14
212:15 212:15 212:17 212:18 212:19
212:20 212:24 212:25 213:1 213:2 213:2
213:3 213:3 213:6 213:8 213:9 213:11
213:11 213:12 213:13 213:13 213:13
213:15 213:17 213:22 213:24 214:2 214:3
214:3 214:6 214:7 214:9 214:9 214:10
214:10 214:12 214:14 214:14 214:21 215:
215:1 215:2 215:3 215:3 215:5 215:6
215:7 215:8 215:9 215:9 215:12 215:13
215:13 215:15 215:15 215:15 215:20
215:22 215:24 215:25 216:1 216:4 216:7
216:9 216:11 216:11 216:12 216:14 216:1
216:15 216:15 216:16 216:18 216:20
216:21 216:23 216:23 216:24 216:25 217:
217:4 217:4 217:4 217:5 217:5 217:9
217:10 217:11 217:12 217:13 217:13
217:14 217:14 217:15 217:17 217:23 218:
218:3 218:4 218:5 218:5 218:6 218:9
218:11 218:17 218:19 218:20 218:22
218:22 219:2 219:5 219:6 219:7 219:7
219:9 219:9 219:10 219:13 219:15 219:16
219:17 219:17 220:3 220:7 220:13 220:15
220:15 220:16 220:17 220:18 220:19
220:20 220:23 220:23 220:24 221:3 221:4
221:5 221:6 221:8 221:9 221:11 221:13
221:16 221:17 221:23

the(301) 221:24 221:25 221:25 222:1
222:2 222:4 222:5 222:5 222:6 222:6
222:7 222:8 222:11 222:17 222:19 222:19
222:20 222:24 223:2 223:2 223:8 223:10
223:14 223:16 223:18 223:19 223:19
223:20 223:20 223:21 223:23 224:1 224:1
224:2 224:4 224:4 224:4 224:6 224:6
224:8 224:9 224:10 224:13 224:14 224:14
224:17 224:19 224:20 224:22 224:24 225:1
225:2 225:3 225:7 225:11 225:11 225:12
225:14 225:17 225:19 225:20 225:23
225:25 226:3 226:4 226:6 226:7 226:8
226:10 226:10 226:12 226:13 226:13
226:15 226:18 226:19 226:22 227:2 227:3
227:3 227:3 227:8 227:9 227:9 227:10
227:10 227:11 227:12 227:12 227:13
227:14 227:17 227:19 227:19 227:22
227:24 228:2 228:4 228:5 228:6 228:7
228:7 228:7 228:8 228:8 228:9 228:12
228:14 228:16 228:18 228:19 228:20
228:24 228:25 229:1 229:2 229:2 229:3
229:3 229:4 229:4 229:7 229:7 229:8
229:9 229:11 229:12 229:14 229:15 229:16
229:18 229:19 229:19 229:20 229:21
229:22 229:24 229:25 229:25 230:3 230:4
230:4 230:8 230:10 230:12 230:12 230:14
230:15 230:15 230:20 230:21 230:21
230:23 230:23 230:24 231:2 231:3 231:3
231:5 231:5 231:10 231:12 231:12 231:13
231:15 231:16 231:17 231:19 231:20
231:20 231:20 231:21 231:22 231:23
231:25 232:2 232:7 232:7 232:8 232:9
232:12 232:13 232:13 232:14 232:14
232:15 232:15 232:17 232:17 232:18
232:19 232:21 232:23 232:24 232:25 233:1
233:2 233:3 233:3 233:10 233:11 233:17
233:17 233:21 233:23 233:23 234:2 234:2
234:3 234:7 234:10 234:11 234:14 234:14
234:14 234:18 234:18 234:20 234:20
234:21 234:24 234:25 235:2 235:5 235:7
235:9 235:10 235:11 235:12 235:13 235:16
235:17 235:17 235:18 235:19 235:20
235:23 235:24 235:25 236:2 236:3 236:4
236:4 236:5 236:9 236:12 236:16 236:22
237:2 237:2 237:2 237:3 237:5 237:5
237:5 237:6 237:9 237:9 237:10 237:11
237:11 237:11 237:12 237:13 237:15
237:21 237:21 237:22 237:23 237:25
237:25 237:25 238:3 238:4 238:5 238:5
238:8 238:10 238:11 238:11 238:11 238:12
238:14 238:15 238:16 238:17 238:17
238:18 238:18 238:19 238:23 238:24 239:3
239:4 239:5 239:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 239:8 239:11 239:11 239:12 239:14 239:14 239:14 239:17 239:17 239:21 239:21 239:23 239:24 239:25 240: 240:3 240:8 240:8 240:12 240:12 240:13 240:14 240:16 240:16 240:18 240:19 240:20 240:21 240:22 240:24 241:1 241:1 241:2 241:3 241:4 241:5 241:5 241:6 241:7 241:7 241:11 241:11 241:13 241:14 241:15 241:15 241:16 241:17 241:19 241:20 241:20 241:23 241:23 242:1 242:1 242:2 242:7 242:8 242:10 242:12 242:13 242:15 242:17 242:18 242:19 242:21 242:21 242:23 242:25 243:2 243:3 243:4 243:6 243:6 243:6 243:7 243:7 243:8 243:8 243:14 243:14 243:16 243:17 243:1 243:23 244:1 244:3 244:3 244:5 244:7 244:8 244:9 244:10 244:15 244:16 244:17 244:17 244:18 244:19 244:20 244:20 244:21 244:22 244:22 244:24 244:25 245: 245:2 245:3 245:5 245:5 245:6 245:7 245:8 245:11 245:11 245:12 245:13 245:1 245:15 245:16 245:19 245:19 245:21 245:24 245:25 246:1 246:1 246:2 246:2 246:3 246:4 246:4 246:6 246:7 246:9 246:10 246:11 246:12 246:18 246:18 246:19 246:20 246:23 246:25 247:1 247:4 247:5 247:6 247:10 247:11 247:14 247:15 247:16 247:18 247:19 247:23 247:24 247:25 247:25 248:4 248:5 248:7 248:11 248:12 248:15 248:16 248:17 248:19 248:21 248:22 248:22 249:2 249:3 249:3 249:3 249:4 249:4 249:5 249:5 249:6 249:6 249:7 249:8 249:8 249:9 249:9 249:10 249:11 249:12 249:13 249:16 249:16 249:17 249:19 249:20 249:20 249:21 249:22 249:23 249:23 250:1 250:3 250:6 250:8 250:9 250:10 250:12 250:13 250:14 250:15 250:19 250:21 250:22 250:25 250:25 251:1 251:3 251:5 251:7 251:12 251:14 251:19 251:22 251:24 252: 252:6 252:6 252:8 252:9 252:12 252:15 252:17 252:22 252:22 252:23 252:24 252:25 253:1 253:2 253:3 253:6 253:8 253:9 253:11 253:12 253:13 253:14 253:16 253:16 253:17 253:23 253:24 253:24 253:25 254:1 254:3 254:4 254:7 254:8 254:10 254:11 254:12 254:14 254:1 254:16 254:17 254:18 254:19 254:2 254:24 255:1 255:3 255:6 255:7 255:9 255:10 255:12 255:15 255:15 255:18 255:20 256:1 256:3 256:4 256:5 256:6 256:7 256:11 256:12 256:13 256:14 256:1 256:19 256:22 256:22 256:22 257:2 257:3 257:4

**the(301)** 257:4 257:12 257:14 257:16 257:20 257:23 257:25 258:3 258:5 258:10 258:10 258:11 258:12 258:13 258:13 258:14 258:14 258:14 258:17 258:18 258:18 258:19 258:20 258:20 258:21 259:3 259:4 259:5 259:5 259:8 259:9 259:9 259:10 259:10 259:11 259:11 259:12 259:13 259:15 259:17 259:17 259:19 259:23 259:23 259:25 259:25 260: 260:2 260:3 260:4 260:6 260:6 260:7 260:7 260:12 260:15 260:16 260:17 260:1 260:19 260:22 260:22 260:24 260:25 261:1 261:2 261:3 261:6 261:7 261:7 261:8 261:9 261:11 261:11 261:11 261:11 261:12 261:13 261:13 261:17 261:19 261:21 261:24 261:24 261:25 262:4 262:6 262:7 262:8 262:9 262:10 262:13 262:14 262:17 262:18 262:23 262:25 263:2 263:3 263:5 263:7 263:9 263:11 263:13 263:15 263:15 263:16 263:17 263:19 263:20 263:21 263:21 263:22 263:22 263:23 263:23 264:1 264:1 264:3 264:3 264:4 264:7 264:8 264:9 264:11 264:12 264:12 264:13 264:13 264:15 264:16 264:17 264:18 264:21 264:24 264:24 264:25 265:1 265:2 265:4 265:5 265:5 265:7 265:9 265:11 265:12 265:13 265:14 265:15 265:17 265:18 265:22 265:23 265:24 266:3 266:4 266:4 266:6 266:6 266:7 266:7 266:9 266:10 266:10 266:16 266:13 266:13 266:14 266:15 266:16 266:16 266:16 266:17 266:19 266:24 267:2 267:2 267:4 267:4 267:5 267:5 267:7 267:9 267:10 267:13 267:15 267:16 267:16 267:17 267:18 267:21 267:23 267:25 268: 268:12 268:12 268:13 268:16 268:16 268:17 268:17 268:19 268:20 268:20 268:22 268:24 268:24 268:25 269:2 269:3 269:3 269:5 269:8 269:8 269:10 269:11 269:12 269:14 269:15 269:17 269:19 269:20 269:21 269:23 269:23 269:24 269:24 269:25 270:2 270:3 270:5 270:6 270:6 270:10 270:15 270:19 270:24 271:2 271:6 271:6 271:7 271:14 271:15 271:17 271:20 271:20 271:21 271:22 271:22 271:23 271:24 272:2 272:8 272:9 272:8 272:9 272:10 272:10 272:11 272:13 272:14 272:15 272:17 272:18 272:19 272:19 272:20 272:21 272:22 272:24 272:24 272:25 273:1 273:2 273:5 273:6 273:7 273:7 273:9 273:18 273:19 273:22 273:23 273:24 274:11 274:14 274:1 274:15 274:15 274:16 274:17 274:18 274:22 274:25 275:1 275:2 275:4 275:9

**the(301)** 275:13 275:13 275:14 275:15 275:15 275:17 275:17 275:18 275:19 275:19 275:19 275:21 275:22 275:23 276: 276:3 276:3 276:4 276:5 276:6 276:8 276:9 276:10 276:10 276:15 276:18 276:1 276:19 276:20 276:22 276:22 276:24 276:25 277:1 277:2 277:3 277:4 277:5 277:6 277:7 277:8 277:11 277:12 277:14 277:20 278:1 278:1 278:4 278:4 278:9 278:12 278:16 278:17 278:18 278:19 278:21 278:21 278:22 278:22 278:23 278:24 279:1 279:5 279:6 279:6 279:7 279:7 279:8 279:9 279:10 279:10 279:11 279:12 279:12 279:14 279:15 279:18 279:19 279:20 279:22 279:23 280:1 280:6 280:6 280:7 280:8 280:9 280:10 280:10 280:13 280:15 280:16 280:16 280:18 280:23 280:23 280:25 280:25 281:3 281:1 281:10 281:11 281:15 281:15 281:16 281:17 281:18 281:20 281:21 281:22 282: 282:5 282:7 282:7 282:8 282:8 282:9 282:9 282:11 282:12 282:15 282:15 282:1 282:20 282:21 282:21 282:22 282:23 282:23 282:25 283:2 283:7 283:7 283:8 283:9 283:13 283:14 283:16 283:17 283:1 283:21 283:22 283:24 284:2 284:2 283:3 284:4 284:5 284:5 284:7 284:7 284:7 284:10 284:10 284:12 284:12 284:13 284:15 284:18 284:18 284:20 284:21 285: 285:4 285:5 285:7 285:10 285:11 285:15 285:14 285:19 285:19 285:21 285:23 285:25 286:2 286:3 286:3 286:4 286:7 286:9 286:10 286:11 286:12 286:15 286:23 286:24 287:10 287:11 287:13 287:17 287:17 287:18 287:19 287:20 287:21 287:22 287:23 287:24 287:25 288: 288:8 288:7 288:8 288:8 288:9 288:10 288:11 288:13 288:15 288:19 288:19 288:23 289:1 289:2 289:3 289:8 289:9 289:10 289:10 289:12 289:13 289:15 289:16 289:17 290: 290:17 290:18 290:19 290:21 290:22 290:24 290:24 290:25 291:7 291:7 291:9 291:10 291:11 291:13 291:18 291:19 291:19 291:20 291:21 291:22 291:23 291:24 291:24 291:25 292:2 292:5 292:5 292:9 292:10 292:12 292:13 292:14 292:15 292:16 292:17 292:18 292:24 292:25 292:25 293:1 293:2 293:2 293:2 293:4 293:5 293:7 293:8 293:8 293:8 293:10 293:16 293:19 293:20 293:22 293:22 293:23 293:24 294:4 294:5 294:10 294:14 294:14 294:15 294:1 294:17 294:17 294:18

**the(301)** 294:19 294:20 294:24 294:25 295:2 295:5 295:9 295:11 295:12 295:14 295:16 295:16 295:17 295:19 295:20 295:20 295:22 295:22 295:23 295:24 295:24 295:25 296:2 296:4 296:5 296:6 296:8 296:8 296:8 296:9 296:10 296:11 296:12 296:13 296:13 296:14 296:16 296:17 296:17 296:18 296:22 296:23 296:24 297:1 297:2 297:4 297:10 297:11 297:12 297:15 297:16 297:17 297:18 297:20 297:21 297:21 297:22 297:22 297:22 297:24 298:1 298:2 298:3 298:5 298:6 298:7 298:7 298:8 298:13 298:16 298:16 298:18 298:18 298:20 298:21 298:21 298:22 298:23 299:3 299:4 299:5 299:6 299:7 299:10 299:12 299:12 299:13 299:14 299:15 299:15 299:16 299:16 299:17 299:20 299:21 299:21 300:3 300:4 300:4 300:10 300:11 300:12 300:14 300:19 300:22 300:24 300:25 300:25 301:2 301:5 301:7 301:8 301:14 301:24 301:24 302:1 302:2 302:5 302:6 302:11 302:12 302:15 302:15 302:18 302:21 302:24 302:24 302:25 303:1 303:1 303:3 303:4 303:5 303:6 303:6 303:10 303:10 303:11 303:12 303:13 303:14 303:16 303:17 303:18 303:19 303:20 303:23 303:23 303:25 303:25 304:1 304:1 304:3 304:5 304:9 304:10 304:10 304:11 304:12 304:15 304:16 304:17 304:19 304:19 304:24 305:2 305:3 305:5 305:5 305:5 305:6 305:7 305:8 305:10 305:10 305:16 305:16 305:16 306:7 306:8 306:9 306:9 306:15 306:20 307:1 307:1 307:10 307:12 307:12 307:14 307:21 307:24 308:5 308:9 308:16 308:18 309:12 309:14 309:19 309:16 309:17 309:18 309:23 309:24 309:24 310:2 310:6 310:8 310:8 310:9 310:9 310:13 310:15 310:16 310:20 310:20 310:21 310:22 310:22 310:22 310:23 310:24 310:24 310:25 311:1 311:2 311:4 311:4 311:6 311:7 311:10 311:11 311:11 311:14 311:14 311:16 311:19 311:19 311:22 311:23 312:1 312:7 312:9 312:12 312:12 312:13 312:18 312:19 312:23 313:3 313:4 313:8 313:8 313:9 313:9 313:10 313:11 313:12 313:16 313:17 313:18 313:20 313:22 313:23 313:24 313:24 314:2 314:3 314:4 314:5 314:6 314:10 314:11 314:12 314:13 314:14 314:16 314:16 314:17 314:17 314:18 314:20 314:21 314:23 314:25 314:25 314:25 315:1 315:3 315:6 315:6 315:7 315:10 315:11 315:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(301) 315:11 315:12 315:13 315:14 315:15 315:16 315:17 315:17 315:18 315:19 315:19 315:20 315:21 315:21 315:22 315:23 315:24 315:24 315:25 316: 316:3 316:4 316:5 316:5 316:6 316:6 316:8 316:9 316:11 316:16 316:17 316:17 316:20 316:21 316:21 316:23 316:23 316:24 316:25 317:1 317:2 317:3 317:5 317:5 317:6 317:10 317:12 317:12 317:14 317:16 317:16 317:17 317:18 317:18 317:19 317:19 317:21 317:24 317:25 317:25 318:6 318:8 318:9 318:13 318:15 318:16 318:17 318:17 318:19 318:19 318:19 318:20 318:20 318:22 318:23 318:24 318:25 319:3 319:3 319:5 319:9 319:11 319:12 319:13 319:13 319:1 319:19 319:19 319:20 319:20 319:21 319:23 319:24 320:5 320:7 320:8 320:9 320:13 320:14 320:18 320:21 320:23 320:23 320:25 321:5 321:11 321:13 321:1 321:16 321:19 321:20 321:23 321:24 322:1 322:3 322:5 322:6 322:7 322:9 322:11 322:12 322:12 322:15 322:16 322:18 322:19 322:19 322:20 322:22 322:25 323:1 323:4 323:6 323:7 323:12 323:14 323:15 323:16 323:17 323:18 323:18 323:19 323:19 323:20 323:23 323:23 323:24 323:24 323:24 323:25 324:1 324:2 324:3 324:5 324:7 324:11 324:11 324:15 324:16 324:20 324:21 324:21 324:22 324:22 324:22 324:23 324:23 324:24 324:25 325:2 325:3 325:3 325:4 325:8 325:8 325:9 325:9 325:11 325:12 325:19 325:21 325:23 325:24 325:25 326:1 326:2 326:5 326:6 326:6 326:7 326:13 326:15 326:16 326:19 326:20 326:21 326:23 326:23 326:25 326:25 326:25 327:1 327:4 327:6 327:7 327:8 327:9 327:9 327:10 327:14 327:17 327:17 327:19 327:20 327:21 327:24 327:25 328:2 328:3 328:6 328:7 328:8 328:10 328:11 328:12 328:15 328:18 328:19 328:20 328:23 328:24 328:24 328:25 328:25 329:2 329:6 329:10 329:11 329:12 329:16 329:20 329:21 329:22 329:22 329:22 329:23 329:24 329:25 330: 330:2 330:3 330:3 330:3 330:5 330:5 330:6 330:7 330:7 330:11 330:13 330:14 330:16 330:19 330:24 331:2 331:5 331:6 331:7 331:8 331:11 331:12 331:15 331:18 331:19 331:20 331:21 331:21 331:22 331:23 332: 332:4 332:6 332:7 332:8 332:8 332:9 332:9 332:10 332:15 332:16 332:18 332:2 332:21 332:23 332:23 332:24 333:1 333:7 333:8

**the**(200) 333:9 333:10 333:10 333:13 333:14 333:15 333:16 333:18 333:19 333:20 333:22 333:22 333:25 334:2 334:6 334:8 334:8 334:9 334:10 334:13 334:14 334:16 334:17 334:18 334:20 334:20 334:22 334:23 334:23 335:1 335:6 335:7 335:7 335:10 335:10 335:11 335:12 335:12 335:12 335:14 335:14 335:16 335:16 335:17 335:19 335:19 335:21 335:22 335:25 336:1 336:6 336:7 336:10 336:14 336:16 336:16 336:17 336:19 336:21 336:22 336:23 337:2 337:3 337:5 337:7 337:7 337:9 337:9 337:11 337:14 337:15 337:16 337:18 337:18 337:18 337:23 337:23 337:24 337:24 338: 338:2 338:8 338:11 338:11 338:14 338:15 338:15 338:18 338:19 338:22 338:24 339: 339:6 339:9 339:9 339:12 339:14 339:16 339:17 339:20 339:21 339:23 339:24 339:25 340:1 340:3 340:6 340:7 340:8 340:12 340:13 340:16 340:19 340:20 340:20 340:21 340:21 340:22 340:24 340:25 341:1 341:2 341:2 341:3 341:4 341:6 341:7 341:9 341:10 341:11 341:13 341:13 341:14 341:15 341:16 341:18 341:19 341:22 341:24 341:24 341:24 342:4 342:5 342:6 342:10 342:11 342:12 342:13 342:15 342:16 342:18 342:19 342:20 342:24 342:25 342:25 343:2 343:3 343:3 343:5 343:9 343:11 343:11 343:13 343:18 343:22 343:23 344: 344:3 344:5 344:6 344:7 344:8 344:10 344:11 344:17 344:22 345:2 345:4 345:6 345:8 345:9 345:13 345:14 345:14 345:16 345:20 345:23 346:1 346:2 346:5 346:6 346:6 346:7

**theater**(2) 76:1 76:12

**their**(142) 10:9 24:15 45:19 47:19 49:25 50:10 50:16 52:16 54:4 56:16 61:5 61:6 64:20 65:18 66:11 68:25 70:7 77:16 78:1 79:9 79:15 79:20 80:12 81:1 85:6 86:9 91:3 91:20 92:19 97:25 100:8 103:22 104:11 104:13 105:5 108:16 110:15 110:17 110:18 114:8 121:10 123:6 123:7 125:9 125:11 128:3 128:21 129:24 129:25 132:1 133:14 134:9 135:11 136:6 137:9 137:15 138:20 139:8 140:16 140:22 141:2 141:21 142:10 143:22 144:5 145:5 152:15 155:15 156:13 158:5 164:2 164:24 166:2 168:6 171:4 176:19 179:16 184:16 190:16 193:2 193:25 194:7 194:17 209:11 216:5 216:5 225:21 226:1 227:4 231:10 231:17 234:19 240:9 245:12 246:9 246:12 248:2 248:8 249:7 249:22 258:15 259:4 263:24 265:9 265:12 267:23 271:18 272:11 273:15 275:5 277:1 277:7 277:18 277:19 278:15 284:21 291:21 300:22 301:6 311:13 311:22 312:9 316:14 316:15 317:24 323:10 326:7 326:21 327:2 329:9 334:24 336:7 336:10 337:4 337:8 337:10 338:14 338:17 339:19 339:19 343:6 345:2

**theirs**(1) 125:10

**them**(110) 12:8 13:16 21:24 23:9 23:11 29:13 30:16 35:16 37:10 44:15 48:15 49:7 51:24 52:11 60:2 62:25 63:7 63:10 63:15 64:4 64:5 74:22 93:17 100:8 110:22 117:24 117:25 119:23 124:10 124:17 129:13 131:16 133:17 133:19 137:3 137:17 143:7 145:13 145:14 145:17 146:24 154:23 154:23 155:10 155:13 164:8 164:24 166:7 169:7 170:18 176:4 190:2 196:22 206:19 208:20 210:20 212:3 217:20 220:16 224:22 237:20 237:21 239:15 243:25 251:18 252:15 253:2 256:2 256:18 256:19 256:21 257:19 260:15 260:19 269:22 272:7 274:5 275:18 276:21 276:23 280:22 280:23 283:20 288:2 289:21 289:23 289:29 300:10 300:10 301:14 304:13 305:2 309:16 310:13 310:20 311:18 311:21 312:12 312:18 317:10 319:20 320:15 322:5 322:9 324:7 324:7 326:17 329:10 341:7 344:17

**thematic**(3) 48:2 65:19 66:19

**themselves**(12) 41:13 47:20 61:5 67:1 72:4 74:16 94:22 95:16 135:12 194:19 275:1 327:2

**then**(127) 8:21 9:5 9:8 13:10 13:19 14:7 14:11 15:24 16:4 16:5 16:19 20:17 22:5 22:5 22:10 22:23 24:19 26:7 26:15 32:5 52:9 53:20 55:22 56:7 58:7 58:17 59:9 61:9 70:8 71:22 76:12 78:22 81:15 82:12 86:12 87:4 93:6 101:6 126:15 126:19 128:8 130:15 134:3 137:7 137:10 144:12 147:2 147:6 153:25 159:16 162:16 163:12 164:17 169:18 172:7 177:5 181:1 183:4 187:2 187:11 194:8 194:21 196:17 196:18 196:18 197:15 200:15 201:2 205:20 207:1 210:11 221:18 224:4 233:24 240:24 250:24 251:17 252:18 252:21 256:17 256:21 261:7 261:21 262:13 263:17 264:7 266:3 266:18 268:5 271:8 276:7 276:9 289:15 290:19 290:24 291:6 291:24 292:7 292:17 293:4 297:5 298:15 299:19 301:3 310:11 314:9 315:22 319:6 319:12 319:13 319:22 320:5 321:3 322:23 324:6 325:21 327:7 329:14 333:4 335:5 344:9

**theories**(7) 49:1 210:19 210:22 321:2 321:3 321:18 321:18

**theory**(2) 190:11 191:9

**there**(301) 9:5 10:9 14:4 15:7 15:7 15:9 17:8 18:6 18:7 19:18 19:21 20:2 20:12 23:5 23:9 24:12 24:16 24:17 24:20 27:3 27:23 27:25 29:5 29:22 30:17 31:16 34:20 35:3 35:17 36:2 38:6 38:16 39:4 39:13 39:22 40:3 40:4 40:4 40:5 40:6 40:13 40:18 40:24 41:15 41:16 42:4 43:7 43:12 44:25 45:13 46:22 48:7 49:23 52:16 54:12 55:9 55:10 55:12 56:23 58:21 59:2 59:21 60:16 62:3 62:10 62:12 62:21 64:9 64:16 67:15 67:18 68:13 68:13 68:18 69:11 71:10 75:4 75:11 75:16 75:18 76:2 76:6 76:21 78:1 78:7 78:18 78:19 79:2 79:6 82:14 84:14 84:16 85:7 86:5 91:2 91:5 92:24 93:12 100:24 101:16 102:17 107:17 112:18 114:19 115:17 116:2 119:5 119:12 119:15 119:20 121:11 121:13 121:15 121:16 121:18 121:20 121:22 121:23 122:5 122:9 123:10 124:13 124:22 125:20 125:20 127:14 127:22 129:12 129:21 129:21 130:2 130:11 131:14 131:17 131:24 132:17 133:4 133:5 135:18 135:18 135:24 136:2 136:9 137:6 137:7 138:24 140:5 140:19 141:18 141:22 142:1 142:3 142:21 142:22 142:22 143:1 143:7 143:8 144:1 144:10 145:10 145:12 145:19 145:19 145:20 147:6 147:18 147:22 148:1 148:2 150:9 151:8 152:21 152:23 152:25 153:1 153:3 153:7 158:1 162:12 163:12 164:18 164:23 165:12 168:2 168:13 169:8 169:23 169:23 171:2 172:6 172:16 173:3 173:11 174:14 175:2 175:25 179:9 179:22 180:22 180:24 181:12 181:20 184:4 184:11 185:5 185:22 186:6 186:7 187:23 189:20 190:3 192:1 192:4 194:6 196:6 197:8 197:22 198:20 204:19 208:17 208:20 209:8 210:16 210:20 211:2 211:8 211:9 211:11 213:4 213:16 214:11 215:6 215:11 216:12 217:18 222:12 222:13 222:21 223:1 223:3 224:17 224:23 225:10 225:11 225:18 226:11 226:15 226:22 227:14 227:20 227:24 227:25 228:20 230:25 231:2 231:4 231:19 231:24 231:24 232:1 232:9 232:11 234:4 235:21 239:23 241:24 245:9 245:10 245:14 246:7 246:17 246:20 248:6 248:9 250:18 251:9 251:25 253:16 254:8 254:8 254:15 256:10 258:16 259:6 260:13 260:21 262:2 262:10 265:1 265:19 265:21 267:14 267:18 267:20 267:21 268:13 269:13 271:17 271:19 274:13

**there**(81) 275:6 275:10 275:11 275:19 278:11 278:15 279:4 280:4 280:4 280:12 280:12 280:20 280:21 284:6 284:16 284:17 285:14 285:15 285:20 286:16 287:11 287:14 288:2 288:6 288:22 289:11 291:11 292:3 294:13 294:15 294:21 294:24 295:1 295:6 295:8 296:14 297:23 299:1 299:6 301:4 301:25 305:9 306:25 309:16 311:21 315:4 316:12 317:21 320:5 321:17 324:25 327:1 327:8 327:11 328:15 333:13 333:20 333:21 334:15 336:12 336:15 336:20 337:6 337:6 337:14 338:8 338:8 340:6 340:10 340:15 340:23 341:5 341:6 341:20 342:2 342:12 342:15 342:16 343:3 343:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **there's**(89) 10:14 15:17 18:3 20:20 22:7 23:3 25:12 27:15 34:8 38:10 39:4 42:23 44:14 46:8 46:10 49:19 50:19 52:10 53:5 53:8 54:11 54:24 55:8 56:9 59:16 59:18 60:6 61:15 62:17 64:10 64:11 64:15 64:15 64:23 64:23 67:9 69:13 70:22 70:25 137:11 142:24 146:3 147:21 148:5 148:8 148:16 150:4 155:18 213:21 219:23 224:1 226:24 227:7 229:13 233:9 233:21 233:24 234:2 236:20 237:1 240:10 243:23 310:1 310:10 312:20 313:16 313:17 313:18 314:19 314:20 315:2 316:16 317:13 318:1 320:5 322:22 323:23 324:12 325:24 328:16 328:22 332:14 333:21 334:16 336:20 337:12 337:16 338:12 341:18 | | **these**(243) 15:7 18:2 20:23 22:15 23:13 25:25 30:4 30:12 30:16 30:23 31:14 33:8 34:7 35:8 36:2 36:18 36:20 37:21 38:13 39:20 42:9 44:13 45:3 45:15 45:16 45:17 45:21 46:5 46:19 47:8 47:14 47:17 48:12 48:13 48:21 53:19 55:1 55:2 55:6 55:6 56:6 59:17 59:19 60:4 60:5 61:7 61:8 61:8 61:9 61:13 61:16 61:22 62:2 62:3 62:14 62:16 64:3 67:10 68:8 68:9 68:11 68:24 69:1 72:16 72:21 74:5 74:11 74:22 75:9 75:19 75:20 77:18 78:12 78:13 79:22 80:2 80:24 84:2 85:20 88:2 90:1 90:5 90:12 92:22 93:13 93:18 93:21 94:19 95:18 95:20 95:20 95:23 96:22 96:24 96:25 97:4 97:6 97:12 97:24 98:12 98:13 98:19 98:22 98:23 99:2 99:14 100:6 100:16 101:9 101:17 107:12 110:19 111:3 111:18 112:12 113:7 114:2 114:10 118:20 120:1 121:7 124:8 125:14 128:10 137:1 141:6 142:7 144:21 145:13 145:23 147:7 147:14 152:13 158:12 159:13 159:17 164:11 164:25 165:10 169:14 171:6 172:2 174:12 177:1 177:5 180:17 182:6 183:18 189:13 189:15 195:2 206:5 206:9 208:15 210:13 215:17 215:20 220:25 224:14 228:16 228:19 229:2 229:7 230:15 232:18 237:18 238:22 238:25 239:16 240:18 242:24 244:25 245:3 256:9 257:8 258:22 259:3 259:20 260:5 260:21 261:15 269:22 271:16 273:9 273:11 273:13 274:25 279:11 280:15 281:2 281:4 281:6 283:3 288:18 294:2 294:6 294:9 295:1 295:13 300:15 301:10 302:5 302:7 303:7 303:8 310:12 310:17 311:17 312:10 312:12 312:22 313:13 313:10 313:12 313:21 313:23 313:25 317:18 320:18 321:21 321:22 322:2 322:22 322:6 322:20 323:1 323:9 323:9 323:13 323:22 324:6 326:13 328:24 329:2 330:12 334:14 335:8 338:18 339:23 339:24 342:23 343:14 | | **they**(301) 10:19 10:19 10:20 10:21 10:22 12:10 17:13 17:19 17:21 17:21 18:5 18:22 23:1 25:21 30:1 30:4 30:5 30:11 30:12 30:13 32:7 32:8 32:9 36:13 36:14 40:8 40:9 41:5 41:5 41:6 41:6 41:12 41:13 42:12 45:18 45:21 46:6 46:19 47:3 47:4 47:12 47:13 47:14 47:15 47:21 47:22 47:23 47:24 48:1 48:13 48:18 48:19 48:19 48:20 49:1 49:15 49:15 50:9 50:13 50:25 51:25 51:25 52:22 52:25 53:1 53:2 53:5 53:6 53:13 56:16 56:19 56:24 58:3 58:25 60:4 62:1 62:2 62:15 63:6 63:6 63:15 71:19 72:24 75:10 76:3 76:5 77:17 77:19 77:20 80:12 85:3 85:3 85:15 86:16 89:17 90:3 91:14 91:19 93:14 94:1 95:25 97:4 97:6 97:25 98:14 99:25 100:18 103:15 103:22 104:14 105:4 110:21 112:24 113:4 114:3 116:15 117:13 117:23 117:23 117:2 118:1 118:22 118:23 119:10 119:11 120:20 121:1 121:1 121:12 122:20 123:5 123:10 124:14 125:4 125:21 128:7 129:25 130:18 130:24 133:22 134:10 134:15 134:17 134:21 135:8 135:11 135:14 135:16 136:8 137:9 137:10 137:10 137:15 137:16 138:1 141:15 143:21 144:15 147:16 148:22 153:9 153:10 158:19 161:22 161:25 164:2 169:8 170:2 170:25 171:1 175:3 173:1 175:3 175:14 176:22 185:12 188:17 190:2 190:3 190:6 190:24 194:8 196:21 196:24 198:9 205:7 206:13 209:10 209:20 209:25 210:21 211:15 211:16 211:19 212:2 212:3 212:5 212:8 212:11 212:11 212:16 212:17 214:8 214:11 214:15 215:2 215:5 215:18 216:6 216:9 217:12 217:22 221:24 224:15 225:4 225:5 225:8 225:12 226:9 227:8 227:11 227:23 229:22 230:17 230:22 231:1 231:12 231:12 232:2 234:17 234:18 234:19 234:20 235:22 237:3 237:12 237:17 239:25 240:10 240:23 241:7 241:9 241:17 241:17 242:3 242:3 242:3 243:13 243:14 242:22 242:25 243:12 243:13 243:14 243:17 244:18 244:21 246:12 246:16 246:16 246:23 246:23 247:14 248:5 248:8 248:10 251:14 251:17 251:17 251:19 252:13 254:1 258:11 259:14 260:5 261:1 261:2 261:14 263:15 263:23 263:24 264:3 264:4 265:13 265:15 265:15 265:17 265:1 265:18 266:5 268:25 269:3 269:5 274:5 274:16 | | **they've**(18) 10:10 10:11 50:1 54:5 211:22 212:5 212:9 237:17 237:17 238:13 238:21 239:3 240:23 243:12 310:1 312:4 322:7 328:18 |
| | | | | | | **they'd**(2) 261:10 294:8 |
| | | | | | | **they'll**(3) 166:10 198:10 275:7 |
| | | | | | | **they're**(24) 78:15 78:16 79:9 92:17 161:19 161:22 165:11 167:3 176:2 182:11 246:23 249:7 251:16 251:16 252:17 252:18 261:9 264:7 272:11 274:7 275:6 280:20 296:23 302:6 |
| | | | | | | **they've**(9) 92:17 100:21 105:5 196:23 248:9 249:9 251:4 252:14 294:23 |
| **thereafter**(5) 110:6 127:7 172:22 183:5 192:4 | | | | | | | |
| | | | | | **thick**(1) 161:22 | |
| | | | | | **thin**(2) 149:19 149:10 | |
| **therefore**(24) 23:7 23:10 61:6 111:7 117:18 150:9 157:7 157:14 166:9 219:9 223:5 260:12 260:20 262:7 263:8 267:20 272:14 274:7 285:1 291:4 292:14 300:21 301:22 313:14 | | | | | | **thing**(37) 41:7 49:19 49:19 58:2 70:11 90:20 101:4 158:7 171:18 173:19 185:18 186:1 186:17 187:13 187:17 188:3 190:1 190:9 196:6 200:2 215:25 219:25 223:8 250:7 251:24 253:3 297:20 310:8 319:3 323:18 326:9 327:19 329:19 333:2 338:15 339:4 342:10 | |
| **therein**(2) 106:13 130:20 | | | | | | | |
| **thereof**(2) 160:25 283:14 | | | | | | **things**(43) 20:23 33:3 35:13 38:19 38:20 40:24 40:24 46:25 46:4 52:22 53:19 60:12 62:3 62:17 76:2 83:2 88:16 98:16 147:1 176:23 186:2 202:22 206:13 206:17 209:1 210:13 221:6 235:22 244:11 244:22 246:25 248:22 259:16 259:20 268:15 310:19 318:2 319:22 322:5 328:17 335:18 336:12 | |
| **thereof."**(1) 85:4 | | | | | | | |
| **thereto**(1) 13:7 | | | | | | | |
| **therewith**(1) 102:23 | | | | | | | |
| **there'd**(1) 271:10 | | | | | | | |
| **there'll**(2) 196:17 198:5 | | | | | | **think**(206) 9:8 9:25 10:19 11:9 15:13 18:14 19:5 20:1 20:3 20:8 20:13 20:15 20:20 20:22 20:24 21:13 21:19 22:7 23:3 23:20 24:12 24:17 24:20 25:19 26:4 26:5 27:24 28:6 29:18 30:18 35:2 36:16 48:18 50:12 60:10 63:1 64:20 69:12 70:6 70:10 70:18 70:22 71:10 72:11 74:12 75:17 77:1 77:10 77:13 77:19 78:4 78:13 78:25 79:12 80:20 82:13 82:20 82:21 82:24 83:12 84:15 85:4 86:6 86:17 88:20 89:1 90:9 91:4 91:8 91:21 92:20 93:18 99:2 100:6 100:15 100:17 100:21 102:1 102:16 104:6 104:7 107:12 107:16 108:7 108:18 109:5 109:19 137:25 139:15 139:18 139:20 142:17 149:4 149:14 153:23 154:24 154:25 155:5 162:23 162:24 163:14 165:6 165:6 165:19 165:22 167:13 167:15 169:12 169:17 169:23 169:24 170:4 171:2 171:14 172:8 172:19 175:15 176:1 177:16 183:1 184:9 184:24 186:1 186:9 188:13 188:19 191:4 191:22 192:23 198:7 199:23 200:6 200:13 201:1 201:16 202:20 203:9 203:10 203:22 207:16 210:14 210:17 210:22 213:7 213:22 215:8 217:25 222:10 226:7 233:17 237:1 238:20 240:2 243:16 245:9 246:2 248:13 248:19 249:1 249:15 249:16 249:16 250:13 251:5 255:14 257:9 264:7 269:8 269:16 271:1 271:10 271:14 286:15 286:17 287:9 289:7 290:7 300:15 301:13 304:23 307:1 307:18 307:20 308:1 308:14 309:16 309:21 310:1 310:12 312:22 315:7 316:14 316:25 321:9 327:12 327:13 327:13 328:22 329:13 329:23 330:17 331:7 340:24 344:17 345:1 345:10 | |
| **there's**(54) 90:4 101:3 105:3 113:19 119:1 119:2 119:3 126:8 126:13 127:11 127:19 162:24 170:20 173:13 184:1 184:5 184:5 184:6 189:14 193:1 194:22 194:24 196:11 199:12 199:14 247:6 247:7 247:12 247:16 249:3 249:10 249:18 250:14 257:23 259:1 260:17 260:17 263:5 263:9 263:25 264:2 274:19 274:19 274:19 283:10 283:13 284:1 286:12 292:6 292:14 292:24 293:14 301:2 302:8 | | | | | | | |
| | | | | | | **thinking**(1) 67:21 | |
| | | | | | | **third**(16) 3:24 4:32 42:10 54:19 60:12 178:11 212:25 217:12 229:17 246:10 246:11 260:10 267:22 289:3 310:2 316:3 | |
| | | **they**(112) 274:17 275:1 275:2 275:3 277:1 277:2 277:3 277:3 277:16 277:18 279:5 279:6 279:11 279:12 279:16 283:1 283:2 283:8 283:21 290:5 290:9 290:16 292:23 292:25 295:18 301:2 305:11 308:5 308:6 309:13 309:15 309:25 310:17 310:18 310:19 310:19 311:18 312:3 312:9 312:22 314:7 314:9 314:12 314:14 314:21 315:7 316:8 316:14 317:5 317:5 317:7 317:14 318:10 318:11 319:1 319:10 320:22 321:6 321:7 321:13 321:14 323:7 323:8 324:1 324:4 324:8 324:9 324:25 326:21 327:3 327:5 327:17 327:18 327:19 327:19 330:3 331:2 332:11 332:11 332:22 333:4 333:7 333:5 336:5 336:9 336:10 336:16 336:19 337:5 337:7 337:19 337:19 337:23 338:14 338:16 338:16 338:18 339:5 339:11 340:3 340:5 340:14 341:14 342:1 342:22 343:2 343:6 343:6 343:6 343:7 343:9 343:7 | | | | | |
| | | | | | | **thirdly**(1) 125:1 | |
| | | **they'd**(1) 317:7 | | | | | |
| | | **they're**(33) 20:14 21:23 23:12 32:4 32:6 32:7 42:7 45:4 48:12 50:16 59:19 146:18 147:16 204:21 209:10 212:11 214:9 217:25 225:21 233:1 243:4 244:13 312:4 312:5 312:6 312:6 312:10 313:9 318:7 319:9 319:18 343:11 344:14 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**this(301)** 9:4  10:11  10:24  11:8  11:17
13:17  13:17  15:11  15:4  15:13  15:18  15:20
17:11  18:16  19:6  19:12  19:17  20:4  20:7
20:10  20:12  20:21  22:13  24:11  25:11
25:22  26:1  26:11  29:17  30:20  31:6  33:7
33:8  33:11  33:16  34:12  35:17  35:20  36:15
37:18  37:19  39:13  49:6  50:8  51:8  52:1
53:5  53:9  53:24  54:9  54:11  55:4  55:13
55:14  55:15  55:21  56:8  56:24  57:18  57:21
58:16  59:3  59:9  59:14  59:20  60:19  62:8
62:20  65:3  65:21  67:3  67:17  68:14  69:16
69:22  69:23  71:19  72:17  73:12  73:20  74:6
75:12  77:20  78:9  78:19  79:8  80:13  80:14
80:17  80:20  83:8  83:12  83:15  83:22  84:11
84:16  84:17  85:14  85:23  86:6  88:22  89:6
89:24  89:25  90:3  90:24  91:2  91:6  91:7
91:8  91:16  91:23  91:24  92:5  92:11  92:13
92:14  93:19  94:11  94:16  94:17  94:18  95:4
95:8  95:18  96:10  96:10  97:9  97:22  98:10
98:11  99:21  100:14  102:16  103:9  103:11
104:21  104:23  105:4  105:9  106:7  106:16
106:19  107:10  108:24  108:25  110:2  110:9
110:15  110:18  110:22  111:2  111:8  111:10
112:12  113:9  113:22  114:21  115:6  115:14
115:19  115:25  116:6  116:17  116:17  116:2
116:22  117:22  119:2  119:8  119:11  119:16
120:21  120:23  122:3  122:22  123:14  123:1
124:4  124:24  126:4  126:6  127:18  128:25
129:7  129:8  129:9  129:10  130:1  130:12
130:14  131:2  131:7  131:8  131:16  132:1
132:2  132:4  132:6  132:23  132:25  133:8
133:19  133:25  134:24  135:5  136:11  136:1
137:5  138:1  138:2  141:3  141:5  143:6
144:24  145:3  146:24  146:24  149:5  149:19
149:25  151:15  151:16  151:25  152:18
152:20  154:22  156:2  156:11  156:21  157:3
157:23  158:19  158:22  159:12  159:18
159:23  160:4  160:6  160:19  160:21  160:22
161:9  162:12  162:25  163:11  163:14  164:1
164:18  165:10  165:22  165:23  165:24
166:13  166:22  166:23  166:24  166:25  167:1
167:6  167:9  167:13  167:17  167:19  167:22
167:24  167:24  168:4  168:6  168:7  168:15
168:19  168:19  168:21  168:22  168:24  169:
169:6  169:7  169:9  169:16  169:20  170:3
170:16  171:15  172:16  172:17  172:24  173:
173:7  173:17  173:23  174:9  174:10  174:17
175:16  175:17  176:8  176:14  176:20  177:6

**this(47)** 320:6  320:12  320:19  321:1  321:10
321:21  322:4  322:17  322:23  324:6  325:6
325:13  325:16  325:18  325:22  326:2  326:1
326:22  327:5  328:22  329:20  330:9  330:10
330:12  330:12  331:4  331:22  331:23  332:1
334:20  335:7  337:13  337:19  338:23
339:15  339:25  340:1  340:12  340:13  343:8
343:13  343:20  343:22  344:10  344:22  345:
345:19

**thomas(4)** 2:33  3:8  5:22  99:7
**thorp(1)** 5:46

---

**this(301)** 177:12  178:10  178:11  179:4
179:6  179:6  179:7  179:9  179:14  179:17
180:3  180:12  180:24  182:9  182:23  183:19
184:8  184:15  184:24  185:3  185:10  185:19
186:3  186:7  186:12  186:18  186:20  187:13
187:14  188:2  188:7  191:15  192:3  193:8
193:14  194:3  194:7  194:9  194:11  194:14
194:19  194:23  195:1  195:2  196:2  196:6
196:7  196:10  199:2  201:13  201:16  202:6
202:14  203:7  203:12  203:16  203:23  204:5
204:7  204:10  204:17  204:18  205:7  205:17
206:2  206:11  206:14  206:15  207:19  208:4
208:5  208:13  208:15  209:4  209:11  210:9
211:5  212:22  212:23  213:1  213:8  214:2
214:15  214:23  215:10  216:8  216:16  217:3
217:18  218:13  218:14  218:14  218:15
218:22  219:11  219:11  220:18  220:21  221:
221:9  221:12  221:19  221:21  221:24
221:25  222:3  222:6  222:10  222:11  222:20
223:8  223:11  223:15  223:16  223:16  223:1
223:20  223:21  223:23  224:13  224:19
225:24  226:1  226:9  226:19  226:23  226:25
227:14  227:16  227:20  227:21  228:21
228:23  228:24  229:5  229:14  231:19  232:3
232:5  232:5  232:6  232:22  232:23  233:14
234:3  235:14  235:17  235:22  235:22  236:8
236:11  236:11  238:2  238:3  238:8  238:13
239:7  239:25  240:20  240:21  240:23  242:4
242:22  243:12  244:2  244:12  244:13  244:1
245:21  246:4  247:22  248:5  248:24  249:15
250:17  250:19  250:21  250:22  253:18
254:21  255:23  257:1  257:11  258:8  258:12
258:22  259:1  259:9  260:11  261:22  264:6
264:22  265:21  265:22  265:24  267:10
267:12  267:14  268:11  268:20  268:22
268:22  270:1  271:9  271:11  271:17  272:2
272:9  273:25  274:20  275:4  276:14  278:4
279:6  279:21  280:13  280:18  281:2  281:10
281:11  281:12  282:21  282:22  283:6  283:1
284:6  284:17  285:12  285:13  285:19
285:21  286:19  286:20  287:1  287:7  288:5
288:14  291:17  291:19  291:19  291:19  291:21
291:23  292:3  292:10  292:10  292:12  292:2
293:6  293:7  293:7  293:11  293:13  294:15
294:15  294:23  295:5  296:8  296:22  297:3
297:16  297:17  297:19  297:21  298:2  298:4
298:9  299:11  300:17  300:17  300:24
302:11  304:17  304:21  305:19  306:9  306:1
306:13  306:15  306:20  306:21  306:22
307:5  308:1  308:2  308:7  308:8  308:18
311:15  312:13  313:18  314:10  315:3  315:4
315:17  319:14

**though(10)** 32:16  47:7  59:18  93:20  115:7
225:5  250:14  260:18  305:9  333:13

**thought(9)** 15:22  21:11  36:19  38:19
134:19  165:21  183:5  201:1  201:2

**thoughts(1)** 163:22
**thousand(1)** 67:22
**thousands(2)** 32:18  170:24
**three(25)** 12:5  36:10  84:16  86:1  92:15
95:1  104:18  104:19  126:23  127:2  130:14
130:16  145:12  167:10  176:3  196:17  210:1
241:3  241:4  248:15  282:25  287:1  309:16
321:2  327:11

**three-panel(1)** 128:13
**three-person(1)** 321:16
**threshold(1)** 150:1
**through(73)** 30:16  30:25  32:17  34:1  39:15
40:7  40:13  44:15  45:5  47:6  49:19  70:2
80:3  82:9  86:22  89:21  104:23  109:4
114:21  115:6  115:7  119:23  122:7  125:14
131:16  140:1  155:7  156:4  162:3  167:25
169:6  174:21  176:1  176:4  181:8  181:9
182:20  184:17  193:2  197:12  197:13  200:1
203:23  233:13  235:3  239:17  239:18  244:7
244:20  246:20  247:10  249:19  261:8  261:23
279:24  280:22  282:12  283:15  284:13
287:18  290:6  292:20  292:22  292:25  295:17
297:19  298:1  298:21  305:1  309:14  312:2
315:17  331:4

**throughout(4)** 25:18  131:14  310:20  324:11
**throw(4)** 279:15  319:20  328:18  337:8
**throwing(3)** 32:4  310:19  319:11
**thrown(5)** 48:7  310:24  317:11  319:18
319:23

**throws(1)** 32:6
**thumb(1)** 148:9
**thursday(1)** 307:8
**thus(1)** 88:7
**tibita(1)** 6:18
**tie(5)** 11:8  273:19  275:10
**tightly(1)** 178:7

---

**those(173)** 9:24  12:14  12:17  13:21  13:24
16:5  17:12  17:17  20:6  22:10  35:19  38:5
39:11  39:25  40:21  40:21  42:11  42:16
43:23  44:19  45:17  47:1  47:2  47:8  48:1
48:7  48:18  54:6  56:10  59:18  59:19  62:24
66:24  68:21  72:3  72:5  74:18  75:2  75:3
77:4  77:12  79:24  87:19  88:20  88:24  90:7
92:23  93:16  93:25  95:5  98:12  98:15  98:18
99:19  102:12  102:22  102:23  103:3  104:10
104:12  104:16  106:9  108:1  112:8  112:9
114:7  114:25  115:1  119:12  120:19  121:11
122:20  123:10  123:11  124:12  130:20  135:
139:11  140:1  141:12  141:25  141:25
152:10  153:5  154:15  155:1  156:3  156:9
156:14  157:5  159:17  162:22  163:22  163:2
165:14  169:1  169:2  171:4  176:21  176:23
177:17  179:18  184:14  185:7  188:11  189:8
189:23  190:25  191:13  195:8  195:25  197:22
197:25  198:6  199:19  208:22  218:1  219:16
228:5  240:4  240:5  244:14  245:10  245:11
251:6  252:9  252:15  252:25  254:10  256:22
259:15  261:19  262:5  267:18  267:19  267:21
268:2  268:4  271:25  272:11  272:13  274:17
276:2  282:14  282:14  283:22  293:21  294:7
294:22  299:25  300:12  300:20  301:1  301:19
305:1  305:20  311:24  312:2  312:8  322:17
328:14  329:8  329:9  331:19  339:3  340:17
341:4

**though(10)** ...

**times(9)** 32:11  41:12  42:6  51:21  233:12
311:7  319:18  319:19  320:10

**timetable(1)** 162:20
**timing(3)** 106:21  183:14  303:4
**tired(2)** 24:19
**tit(1)** 285:22
**title(10)** 38:22  41:20  52:6  57:18  241:20
241:25  242:1  242:2  242:7  242:12

**titles(2)** 99:18  324:25
**to-face(1)** 75:12
**tobia(2)** 3:42  3:43
**today(87)** 9:21  10:21  11:12  15:10  18:2
18:13  21:15  21:23  25:14  28:21  33:2  42:8
43:11  44:1  45:6  45:22  48:23  57:1  74:6
82:22  83:24  92:2  94:15  96:16  98:21  98:24
103:16  103:19  103:19  104:20  108:7  112:2
113:2  113:10  137:23  138:21  139:13  144:14
146:8  158:7  158:15  166:19  173:10  173:15
178:2  179:19  179:23  180:18  183:4  183:6
187:17  189:6  192:21  197:16  198:14  199:14
208:19  209:17  236:24  252:3  260:25
265:10  272:23  274:11  278:16  281:21
285:12  289:24  290:5  303:11  303:18  304:4
310:23  311:23  312:21  319:9  320:3  320:11
328:19  330:25  343:7  343:8  343:10  343:11
344:4  345:1  345:14

**today's(1)** 139:9
**today's(1)** 96:4
**together(19)** 22:5  23:15  29:10  36:15  36:19
68:25  110:25  111:6  111:19  135:11  137:2
174:3  177:12  198:7  209:19  215:23  234:16
247:18  277:9

**told(14)** 146:8  151:10  193:23  203:24
208:11  295:23  300:12  313:24  313:24  319:1
319:18  330:4  336:16  342:1

**tom(3)** 324:20  325:8  325:11
**tomorrow(5)** 307:9  307:20  308:9  308:12
308:16

**tonight(1)** 172:7
**too(10)** 11:11  24:24  64:5  180:18  197:5
198:16  210:18  269:7  306:19  307:4

---

**time(156)** 10:20  13:17  18:2  18:5  18:6  18:7
18:8  18:9  20:7  21:24  22:21  24:13  24:17
27:24  34:2  34:2  34:16  36:11  37:5  37:22
39:5  41:8  46:9  46:20  47:1  47:18  48:5
48:6  48:9  52:21  54:18  54:18  57:14  59:2
62:4  62:8  64:19  69:10  70:1  72:17  75:4
92:1  100:19  102:16  104:3  105:9  105:17
109:5  110:2  111:3  113:1  113:10  115:16
116:4  117:13  119:20  121:9  122:5  122:7
122:11  125:21  126:11  128:7  130:1  131:16
133:23  139:4  141:10  153:5  155:14  165:20
169:12  172:18  173:6  173:23  178:12  179:21
179:25  180:18  184:4  186:7  186:24  188:3
188:10  192:3  192:23  196:9  197:8  198:23
201:13  210:21  212:22  214:9  214:13  214:14
215:1  215:4  218:12  231:12  231:20  234:2
234:22  238:9  238:24  244:6  247:5  248:8
254:21  256:15  256:23  258:21  258:21
265:17  266:17  269:8  277:21  278:8  278:9
282:11  285:3  287:4  292:25  299:12  300:11
305:2  305:18  305:19  306:19  306:23  307:9
307:10  307:20  308:6  309:16  309:20  310:25
311:17  311:20  311:21  312:23  313:25
315:3  315:6  317:3  317:6  318:4  329:8
331:10  331:18  336:21  337:19  338:12  339:7
341:23  341:25  343:20

**timely(6)** 43:2  83:10  179:8  179:12  179:14
182:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **took**(24) 35:5  114:21  115:6  120:2  121:12  124:5  155:7  158:9  158:19  162:19  258:15  258:18  282:3  291:7  291:18  296:9  309:12  316:19  317:2  317:3  318:17  325:11  325:15  343:23 | | **trivial**(1) 77:18 | | **two**(166) 9:8  12:5  17:16  25:12  27:3  30:22  34:9  35:16  37:19  38:21  39:22  41:15  41:15  47:8  48:13  49:4  49:6  49:19  55:1  55:2  55:6  55:6  56:6  64:4  66:8  66:12  68:9  68:11  72:20  76:24  84:2  84:11  87:9  87:13  87:22  91:21  94:13  96:10  98:13  98:15  98:18  101:9  106:5  110:5  110:16  110:23  113:18  125:6  125:15  127:10  127:17  132:1  132:17  135:15  137:1  137:6  137:8  141:6  145:23  147:1  151:14  151:25  159:24  161:15  161:24  162:1  163:19  166:21  171:3  171:9  171:12  174:7  175:7  178:2  178:13  179:24  186:2  192:19  197:9  198:6  200:10  211:6  215:20  219:17  219:17  225:18  225:20  226:22  228:16  229:7  231:23  232:15  236:17  236:17  238:3  240:23  245:21  245:23  245:24  246:3  246:8  246:14  246:20  246:20  249:16  250:3  250:5  250:12  250:21  258:23  260:4  260:6  262:2  263:14  267:14  267:18  267:19  267:25  272:7  273:9  274:25  275:4  276:18  277:9  277:13  277:17  277:17  281:2  283:7  284:20  286:21  286:21  287:1  291:2  294:2  294:9  296:18  297:20  300:6  307:1  309:11  309:19  310:6  310:18  310:20  310:22  311:11  311:15  311:15  311:24  312:10  312:15  313:11  314:12  321:2  322:7  322:20  323:2  324:23  328:10  329:8  334:2  336:12  337:3  338:15 | | **u.s.**(205) 2:37  2:37  5:36  8:25  10:7  11:22  14:15:11  15:14  15:15  15:19  15:23  15:24  16:3  16:18  16:20  17:5  17:7  17:9  17:10  17:12  18:21  18:22  20:5  21:4  22:5  22:10  22:16  22:16  23:7  23:10  23:12  24:13  27:10  27:24  28:3  28:12  28:22  28:24  29:9  29:9  29:19  30:10  33:22  34:6  35:10  35:13  36:1  39:24  41:22  46:15  46:16  46:16  51:1  52:18  52:21  52:21  53:14  53:17  53:21  54:5  54:20  55:23  55:24  56:2  56:4  58:8  59:12  61:7  62:22  63:5  63:8  63:14  63:22  64:3  64:14  64:24  68:12  69:5  70:12  70:13  72:11  73:25  74:23  74:24  79:8  79:12  79:20  82:24  84:1  84:12  89:17  96:16  96:17  96:21  97:8  98:8  99:3  99:12  99:16  99:25  106:5  110:10  111:4  111:12  112:3  112:7  112:14  117:5  117:9  117:9  117:11  119:18  140:7  140:8  140:12  140:14  140:14  141:20  142:18  142:19  144:7  146:9  146:10  146:13  146:17  146:18  146:21  146:23  148:6  150:4  150:8  151:6  151:6  151:23  152:17  152:24  154:15  155:14  155:15  156:2  157:25  158:6  158:18  159:12  160:7  160:11  161:2  161:2  167:19  174:3  175:20  176:14  177:12  178:4  180:11  180:15  183:20  184:19  185:25  189:23  190:13  192:16  196:3  197:11  209:8  210:5  216:20  217:4  217:21  220:17  220:23  222:19  222:24  224:3  226:3  228:25  230:15  232:19  237:2  239:12  240:9  242:19  244:25  248:16  249:9  265:12  272:9  273:19  276:8  276:15  276:21  277:1  279:7  280:10  286:1  286:4  286:6  291:20  293:8  296:8  297:22  299:10  299:21  300:25  301:8 |
| **top**(6) 16:13  123:21  132:8  149:16  161:23  207:11  222:5  285:24 | | **trojan**(1) 133:15 | | | | | |
| | | **trouble**(1) 331:12 | | | | | |
| | | **troubling**(1) 93:19 | | | | | |
| **topics**(1) 87:19 | | **truck**(1) 133:20 | | | | | |
| **tories**(1) 161:21 | | **true**(14) 40:3  98:5  176:17  192:9  208:17  209:19  214:5  236:24  239:8  239:20  285:1  314:2  314:2  323:2 | | | | | |
| **torrent**(2) 168:14  168:18 | | | | | | | |
| **torts**(1) 194:15 | | | | | | | |
| **total**(3) 110:8  163:7  315:24 | | **truly**(2) 206:14  258:1 | | | | | |
| **touch**(3) 87:12  212:20  308:16 | | **trust**(10) 3:7  101:24  102:3  102:4  102:16  154:10  194:16  312:6  320:13 | | | | **u.s./canadian**(1) 75:1 |
| **touched**(6) 193:10  258:9  261:22  264:22  269:16  300:9 | | **trustee**(16) 2:37  2:37  30:24  46:14  71:8  99:18  106:2  106:7  136:5  136:8  180:10  180:16  180:23  181:2  182:2  182:12 | | | | **ucc**(6) 46:17  110:10  157:2  168:16  192:16  242:23 |
| **toussi**(1) 7:21 | | | | **two-and-a**(1) 162:25 | | **ukraine**(1) 260:18 |
| **toward**(1) 86:2 | | **trustees**(5) 30:8  136:14  168:18  181:13 | | **twofold**(1) 138:5 | | **ultimate**(2) 46:7  99:21 |
| **towards**(5) 98:14  222:4  230:21  231:5 | | **trustees'**(2) 197:23  198:8 | | **tying**(1) 243:13 | | **ultimately**(3) 94:23  145:7  191:12 |
| **trace**(2) 218:4  249:22 | | **trustee's**(1) 187:10 | | **type**(12) 88:9  135:3  211:12  213:1  216:17  226:20  236:13  273:12  281:3  295:21  301:3  307:25 | | **um-hum**(1) 149:23 |
| | | **trusts**(1) 319:9 | | | | **umbrella**(1) 224:16 |
| **traceable**(1) 241:1 | | **try**(44) 22:13  28:15  36:11  55:10  62:18  79:10  80:4  80:10  81:8  96:5  98:16  98:16  124:16  137:9  145:19  146:24  153:22  201:2  203:17  205:5  205:9  211:19  212:11  223:10  234:6  234:25  239:3  240:11  243:5  244:6  245:20  246:18  248:20  265:16  267:7  306:2  318:10  326:17  329:13  333:21  336:8  338:7  338:9  345:4 | | **types**(10) 87:24  88:13  222:14  222:17  222:21  224:17  240:2  240:4  240:22  267:19 | | **unable**(2) 134:16  225:25 |
| **traced**(1) 224:14 | | | | | | **unacceptable**(2) 125:23  243:21 |
| **traci**(1) 346:11 | | | | **typical**(2) 70:12  83:2 | | **unambiguous**(2) 262:18  263:7 |
| **tracing**(1) 269:8 | | | | **u.k**(49) 3:28  4:4  21:17  30:7  30:8  30:9  35:11  35:16  35:17  35:18  35:19  35:22  35:23  42:19  89:17  90:25  91:5  110:11  36:22  168:18  178:25  180:9  180:16  180:2  181:2  181:13  182:2  182:11  183:23  187:  193:14  194:8  281:23  282:18  283:20  287:19  291:13  304:7  314:12  314:13  335:1 | | **unambiguously**(1) 262:5 |
| **track**(2) 162:20  182:21 | | | | | | **unattributed**(1) 121:4 |
| **tracks**(3) 197:23  198:5  198:6 | | | | | | **uncertain**(2) 60:15  216:12 |
| **trade**(1) 318:10 | | | | | | **uncertainty**(2) 60:24  121:24 |
| **trade-over**(1) 162:21 | | | | | | **unchallenged**(1) 258:13 |
| **traditional**(1) 82:23 | | | | | | **unclear**(1) 251:18 |
| **traffic**(1) 27:25 | | **turn**(36) 8:17  10:9  16:5  19:2  37:1  46:1  51:13  57:5  57:22  57:25  68:10  76:17  86:1  93:17  101:8  116:18  123:15  123:19  129:7  132:19  133:10  156:18  183:14  184:13  187:  193:14  194:8  281:23  282:18  283:20  287:19  291:13  304:7  314:12  314:13  335:1 | | **turned**(7) 18:23  41:10  41:13  233:18  239:3  325:21  326:3 | | **unconditionally**(5) 58:5  59:10  61:4  61:22  334:12 |
| **train**(4) 319:12  319:19  319:20  328:20 | | | | | | |
| **trained**(1) 234:21 | | | | | | **unconscionabl**(1) 313:5 |
| **tranactions**(1) 95:16 | | | | | | **under**(140) 19:20  27:22  34:22  35:21  35:22  35:23  39:23  42:9  42:18  47:9  53:1  54:16  54:21  55:22  56:2  56:9  58:15  58:17  65:11  66:18  66:18  69:5  69:8  69:9  69:9  70:1  70:3  71:9  75:23  76:10  78:23  79:1  81:7  82:19  83:25  87:1  87:13  88:5  90:5  90:8  90:12  91:10  95:21  100:1  112:20  112:22  120:10  121:16  123:3  123:12  127:2  127:7  131:3  136:4  137:16  146:14  146:14  147:17  148:5  152:3  152:7  161:3  161:20  162:10  162:14  167:22  173:25  174:2  174:13  178:1  194:12  194:18  195:12  195:25  196:10  206:23  211:17  211:17  212:2  212:16  212:25  213:6  215:15  215:20  217:15  219:19  219:21  219:23  222:8  223:17  224:6  228:9  230:1  236:14  237:6  237:23  240:12  241:20  242:1  244:10  247:15  248:2  254:10  254:16  262:4  263:17  263:21  264:3  266:14  266:19  267:8  267:18  269:24  270:10  271:13  271:20  271:21  272:3  278:16  279:21  281:13  281:1  283:23  286:2  288:10  289:13  290:3  297:3  300:20  301:5  301:23  301:24  305:11  311:6  313:7  320:19  323:4  323:5  339:20  341:4  345:18 |
| **transaction**(5) 58:25  59:4  60:1  60:2  60:2 | | | | | | |
| **transactions**(14) 40:14  43:19  44:14  61:17  83:11  94:21  94:21  119:22  124:4  136:24  216:10  313:7  321:20  341:4 | | **turning**(1) 185:10 | | | | |
| | | **turns**(2) 324:18  325:12 | | | | |
| **transcriber**(1) 346:11 | | **tweed**(3) 2:32  5:21  99:8 | | | | |
| **transcript**(11) 1:18  1:54  22:2  22:3  53:11  71:6  315:11  315:14  315:17  316:25  346:6 | | **twelve**(1) 114:16 | | | | |
| | | **twentieth**(1) 12:25  13:6 | | | | |
| **transcription**(2) 1:47  1:54 | | **twist**(1) 176:10 | | | | |
| **transfer**(17) 39:6  39:15  39:16  40:9  43:22  53:25  54:3  66:3  126:24  136:17  136:18  136:21  137:16  236:22  236:23  236:25  341: | | | | | | |
| **transferred**(2) 32:22  32:25 | | | | | | |
| **transition**(1) 32:23 | | | | | | |
| **translated**(2) 316:21  316:22 | | | | | | |
| **translators**(1) 317:1 | | | | | | |
| **transnational**(7) 47:22  48:6  65:10  65:19  66:17  228:10  230:8 | | | | | | |
| **transparency**(6) 30:14  97:18  97:19  98:8  321:24  322:1 | | | | | | |
| **transparent**(2) 63:5  98:3 | | | | | | |
| **travel**(2) 192:6  345:24 | | | | | | |
| **traveling**(1) 308:15 | | | | | | |
| **treasury**(1) 100:9 | | | | | | |
| **treated**(2) 221:1  222:22 | | | | | | |
| **treatise**(2) 151:21  152:1 | | | | | | |
| **treatment**(1) 174:3 | | | | | | |
| **tremendous**(2) 163:12  208:24 | | | | | | |
| **trial**(10) 162:5  162:8  184:4  184:5  185:1  185:7  185:9  187:1  187:1  187:9  187:12 | | | | | | |
| **tribunal**(7) 30:13  110:20  117:21  120:9  128:14  239:13  321:16 | | | | | | |
| **tried**(8) 64:7  78:9  209:24  257:24  327:1  332:12  333:3  343:25 | | | | | | |
| **tries**(2) 342:4  342:7 | | | | | | |
| **trigger**(1) 254:14 | | | | | | |
| **triple**(3) 329:24  329:25  330:3 | | | | | | |
| **trite**(2) 273:17  304:8 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**underlie**(2) 128:22 164:12
**underlined**(1) 57:24
**underlying**(3) 65:6 138:2 320:9
**undermine**(1) 76:19
**underscores**(1) 81:22
**understand**(19) 9:5 9:24 11:17 22:13 27:25 38:23 53:14 61:20 77:14 89:11 129:1 141:1 144:25 165:23 168:22 192:2 218:15 241:8 336:4

**understanding**(14) 8:20 15:9 24:21 153:7 170:9 227:10 228:5 228:6 229:15 229:25 230:10 231:12 253:24 263:20

**understanding**(2) 317:16 338:11
**understand**(2) 121:4 182:3
**understood**(14) 11:14 74:3 117:13 121:1 131:11 133:8 173:17 180:4 185:20 186:13 186:16 227:4 239:1 326:10

**undertaken**(3) 105:6 108:25 166:19
**undertaking**(3) 42:24 53:3 58:22
**undisputed**(1) 227:20
**undone**(1) 101:11
**unenforceable**(4) 275:8 278:8 280:8 326:8
**unequivocal**(3) 49:17 259:5 296:3
**unequivocally**(1) 277:3
**unfair**(6) 20:16 197:5 206:10 249:15 258:10 338:7

**unfairness**(1) 24:18
**unfathomable**(1) 48:22
**unfiled**(1) 102:6
**unfortunately**(6) 36:8 98:19 101:9 193:13 285:2 285:8

**unicycle**(1) 32:8
**unified**(1) 245:23
**uninterrupted**(2) 200:20 201:3
**union**(1) 166:1
**unique**(10) 17:8 34:3 34:4 84:4 99:15 106:17 164:23 165:10 165:12 191:20

**uniquely**(1) 106:6
**uniqueness**(1) 158:14
**united**(35) 1:1 1:20 26:7 31:17 31:17 38:2 41:2 42:14 42:19 64:2 71:8 76:12 77:17 79:16 94:24 97:2 98:4 103:19 166:20 167:16 177:25 189:7 191:7 224:6 224:10 276:6 277:7 278:18 294:25 295:16 320:21 323:5 324:21 325:9 327:10

**universally**(1) 231:21
**universe**(1) 320:14
**unjust**(1) 313:6
**unknown**(7) 15:16 255:5 255:9 255:11 306:18 308:12 343:19

**unlawful**(2) 76:5 78:17
**unless**(4) 52:22 86:9 123:10 334:16
**unlike**(1) 99:19
**unmistakably**(1) 212:13
**unnamed**(1) 145:3
**unreasonable**(1) 319:3
**unreliable**(2) 280:8 337:1
**unsecured**(6) 5:27 22:19 28:23 74:24 94:11 98:9

**unseemly**(3) 246:8 310:12 310:15
**unspecified**(2) 110:20 145:3
**unsuccessful**(1) 280:10
**unsupported**(1) 142:24
**until**(11) 14:11 24:19 60:21 80:17 91:15 109:16 205:7 209:7 276:10 316:19 325:14

**unto**(1) 247:11
**unusual**(1) 261:9
**upfront**(1) 264:6
**uphold**(1) 174:22

**upon**(25) 89:14 95:3 95:8 96:18 96:19 111:6 111:7 114:7 114:23 115:20 115:22 117:14 120:8 136:25 137:13 172:15 175:1 224:2 258:14 280:6 293:7 306:7 332:9 339:11 340:2
**upside**(1) 105:4
**upwards**(1) 74:22
**urge**(1) 86:19
**urgency**(1) 113:24
**urging**(1) 74:6
**usage**(2) 269:2 269:2
**usb**(2) 7:16 7:16
**use**(20) 42:12 47:21 48:11 65:19 66:18 81:25 82:2 82:3 188:14 216:21 221:25 269:3 275:7 283:13 288:20 310:9 317:25 335:23 336:24 337:21

**used**(29) 18:9 21:14 44:23 44:23 44:25 48:5 48:6 48:6 85:3 86:20 104:10 123:7 124:18 144:19 217:14 224:22 226:4 228:1 231:22 231:23 254:1 269:5 285:18 293:10 314:24 318:6 319:25

**useful**(4) 217:19 217:25 244:6 273:12
**uses**(1) 114:25
**using**(8) 133:14 168:5 224:15 230:9 253:11 293:10 293:19 316:23

**usually**(1) 11:16
**usurp**(1) 267:7
**usurpation**(2) 196:7 197:4
**utilize**(1) 138:5
**utmost**(1) 151:11
**vacated**(1) 247:9
**valiantly**(1) 342:4
**valid**(2) 209:13 290:11
**validity**(1) 267:16
**valuation**(5) 126:23 127:3 127:22 128:19 337:20

**value**(20) 33:18 33:25 33:25 34:1 35:3 35:4 35:12 104:8 104:17 114:5 180:21 195:2 206:19 241:2 241:13 241:16 241:23 249:7 313:7 326:9

**valued**(1) 249:7
**valuing**(1) 132:12
**vanbreda**(2) 270:2 272:4
**vanbreta**(2) 194:10 194:12
**variety**(2) 32:3 87:23
**various**(30) 66:22 77:10 78:10 103:1 123:5 134:18 135:4 151:24 169:6 178:16 191:3 209:14 216:4 216:10 217:13 227:15 232:2 240:3 241:3 246:1 246:9 250:25 275:17 298:6 299:20 300:12 300:21 300:21 300:2 335:24

**vast**(1) 22:20
**vastly**(1) 144:13
**vehicle**(1) 107:25
**venture**(1) 145:6
**venue**(7) 45:20 46:15 46:19 47:10 52:10 56:8 335:19

**verge**(1) 31:1
**verizon**(1) 38:1
**vernacular**(3) 185:6 185:12 185:13
**version**(6) 12:20 30:9 119:14 159:7 190:7 244:19

**versus**(1) 344:22

**very**(171) 8:4 10:2 13:23 15:1 18:2 18:6 18:7 19:13 24:10 24:16 25:2 26:23 28:10 30:20 30:21 30:23 32:3 32:17 32:18 33:7 35:24 36:12 39:25 40:24 40:24 41:1 42:44 42:21 43:9 48:1 49:3 49:18 49:24 50:9 50:9 50:20 51:7 54:23 55:2 55:21 56:11 56:16 56:23 62:25 63:19 63:21 64:19 66:25 70:11 72:3 73:15 73:18 76:22 80:1 82:8 85:14 89:23 90:10 91:13 93:19 94:18 95:10 99:14 100:3 102:22 105:1 106:5 106:25 108:4 109:13 115:15 115:16 117:13 117:17 121:14 122:3 127:13 129:1 130:25 131:3 133:8 149:10 149:12 154:19 165:15 166:10 172:20 178:12 178:14 179:5 180:2 183:5 184:2 186:5 186:6 188:8 188:11 190:5 191:5 200:15 205:20 206:8 206:11 208:10 210:22 210:25 212:20 225:15 228:15 230:7 233:7 233:13 234:2 237:24 237:25 242:22 244:3 244:5 246:7 246:5 246:17 247:14 247:19 248:18 249:4 249:11 255:1 257:9 257:17 257:17 258:25 264:5 264:5 272:24 273:17 278:10 278:10 279:1 284:24 286:15 287:4 294:1 302:10 303:14 305:2 305:14 305:21 307:9 308:10 309:9 310:16 320:15 321:7 322:21 322:21 326:1 329:4 329:18 329:18 330:20 330:20 330:24 331:15 344:4 344:25

**vex**(1) 341:7
**via**(2) 69:5 76:8
**video**(2) 127:8 270:21
**view**(32) 16:2 18:20 18:24 23:22 74:5 74:7 110:24 129:25 135:23 136:3 143:18 144:14 147:2 147:10 150:8 151:5 153:19 166:24 181:3 182:1 190:3 191:5 192:1 193:3 228:16 257:8 283:11 286:4 294:3 300:16 338:14 339:25

**viewed**(2) 107:14 273:5
**views**(6) 16:7 138:9 173:14 189:12 286:21 326:16

**vigorous**(1) 248:18
**vilified**(1) 312:14
**violate**(5) 272:23 274:23 275:3 277:12 277:12

**violation**(2) 273:10 277:8
**virtually**(7) 32:11 111:14 111:16 128:12 128:24 130:11 144:20

**virulent**(1) 310:9
**vis-a-vis**(1) 42:10
**vis-à-vis**(1) 301:1
**vitale**(1) 3:8
**vitally**(1) 133:18
**voice**(2) 166:8 191:16
**volume**(6) 14:23 161:20 233:10 296:21 296:22 315:16

**volumes**(3) 126:10 161:22 186:10
**voluminous**(3) 77:9 77:13 309:12
**von**(1) 7:24
**wadsworth**(2) 166:1 177:17
**wadsworth's**(2) 170:6 174:16
**wait**(1) 201:10
**waiting**(3) 11:3 98:13 255:6
**waive**(1) 58:14
**waiver**(1) 196:2
**waiving**(1) 56:7
**walk**(3) 32:4 80:13 328:21
**walked**(3) 82:9 268:21 325:11
**wang**(2) 7:24 7:25

**want**(74) 14:4 25:19 27:13 52:25 53:15 57:11 69:9 89:5 93:1 93:8 93:8 119:11 120:20 129:13 130:12 131:17 131:25 138:25 139:13 141:10 141:10 146:7 148:3 149:7 149:20 158:12 170:17 170:25 171:19 180:17 185:11 185:12 187:7 188:4 188:5 188:23 192:18 194:1 203:17 210:24 212:22 218:6 227:14 231:19 243:24 247:22 253:6 255:20 256:11 256:14 256:25 257:2 257:16 257:19 257:25 258:8 263:2 267:12 278:7 278:7 281:23 288:1 305:23 307:3 309:23 309:24 309:25 322:4 335:6 338:2 338:6 338:6 340:18 342:22

**wanted**(14) 16:11 56:15 70:17 85:3 86:6 105:12 133:22 164:21 165:4 165:8 265:16 310:1 338:18 343:10

**wanting**(3) 186:12 269:17 287:3
**wants**(7) 138:20 139:19 170:21 170:22 182:10 198:19 278:23

**warm**(1) 233:19
**warner**(2) 76:1 76:12
**warranted**(1) 286:17
**warsaw**(1) 321:8
**was**(301) 10:20 12:14 13:4 13:11 14:8 15:6 22:6 22:13 27:20 33:20 33:21 34:14 34:22 35:3 35:19 36:2 36:4 36:6 36:12 37:17 37:19 37:20 37:20 37:21 37:23 37:25 38:7 38:8 38:18 38:18 39:4 39:7 39:13 39:15 39:22 39:23 40:2 40:4 40:5 40:6 40:11 40:17 40:18 41:1 41:1 41:7 41:8 42:3 42:4 42:20 43:12 43:13 43:13 43:14 43:18 45:8 47:12 47:16 47:19 51:7 52:17 53:13 53:9 54:2 54:2 55:4 55:10 55:12 56:21 57:16 58:21 58:22 59:1 59:2 59:3 59:4 62:6 62:6 62:6 62:7 62:8 62:11 62:23 63:1 67:13 67:21 68:3 69:25 71:7 75:16 76:16 76:17 77:12 78:10 78:12 78:18 78:22 79:16 79:25 79:25 80:2 80:15 80:20 80:20 80:22 80:23 82:25 84:14 84:19 84:23 88:16 88:17 88:19 90:15 91:13 92:23 93:3 93:17 94:24 95:4 95:6 95:7 95:12 97:6 97:8 101:4 101:5 101:17 101:15 106:2 106:14 107:19 111:17 112:21 112:22 113:1 114:10 115:17 115:17 115:20 115:22 115:24 115:25 116:1 116:13 116:19 118:22 119:3 119:4 119:5 119:14 119:18 120:17 121:2 121:6 121:13 121:15 121:15 121:16 121:16 121:19 121:20 121:22 121:23 121:25 122:1 122:3 122:25 123:16 124:12 124:22 125:20 125:20 125:22 126:4 126:6 126:7 126:8 126:12 127:12 127:14 127:15 127:20 127:20 128:8 128:8 128:13 128:13 128:13 128:15 129:10 129:12 129:24 130:1 131:1 131:11 131:21 131:22 132:23 133:2 133:9 133:12 133:14 133:19 134:4 134:11 135:3 135:10 135:12 135:18 135:18 138:6 143:15 143:18 143:18 143:19 143:22 144:2 144:2 144:10 144:12 144:22 145:19 148:20 152:4 155:16 160:4 161:3 162:15 162:16 165:9 168:9 169:25 170:1 170:8 170:9 170:13 170:14 170:14 172:15 172:16 173:3 173:16 175:11 178:14 179:24 179:25 180:14 181:15 196:6 198:4 204:19 206:18 206:21 207:2 209:5 209:5 209:6 209:7 209:21 210:20 211:7 211:7 211:7 211:9 211:11 214:5 215:3 215:25 215:25 216:3 216:8 216:8 216:9 216:12 217:4 218:8 218:15 218:16 219:4 219:5 219:10 221:19 223:1 223:7 223:9 223:17 223:19 223:19 223:21 223:24 225:4 225:4 225:8 225:9 225:11 226:11 227:20 227:21 227:25 228:9 228:13 228:21 229:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**was**(218) 230:25 231:4 231:13 231:24 231:24 231:24 232:11 232:2 233:2 233:2 233:3 235:19 235:19 236:5 238:25 239:6 241:2 241:13 241:14 242:10 242:12 243:18 244:6 249:23 250:18 251:13 253:24 254:7 254:8 254:15 254:24 255:1 255:6 257:3 258:9 258:15 258:19 258:20 258:20 259:1 259:15 260:1 260:8 261:12 261:17 261:23 263:20 263:23 264:9 265:4 265:18 265:19 265:20 265:21 265:25 266:12 267:12 268:11 268:12 268:14 269:6 269:17 271:15 271:19 274:25 277:11 276:25 277:15 278:15 280:7 281:8 284:6 284:8 284:16 284:17 284:25 285:5 285:11 285:12 285:13 285:14 285:18 286:16 286:17 291:16 291:17 292:21 294:19 294:19 294:20 294:21 294:24 295:1 296:13 297:17 298:8 299:2 299:10 299:12 301:4 301:25 302:10 302:10 302:15 302:16 302:19 302:20 303:3 303:5 303:15 303:15 304:4 309:18 310:8 310:24 311:8 311:9 311:10 311:21 312:1 312:1 312:2 314:1 315:13 315:15 316:11 316:13 316:18 316:18 316:20 316:22 317:10 317:11 317:12 317:20 317:21 317:22 317:22 317:25 318:2 318:3 318:5 318:20 318:21 319:4 319:13 319:14 321:5 321:5 321:6 321:8 322:12 322:20 322:21 323:4 323:22 324:2 324:3 324:8 324:14 324:17 324:17 324:18 324:20 324:22 324:22 324:23 324:23 325:2 325:7 325:8 325:13 325:16 325:20 325:23 327:13 328:15 329:23 329:25 331:24 332:3 332:7 332:17 333:13 333:18 333:20 333:22 334:22 334:24 335:19 336:9 336:10 336:13 336:20 336:21 337:6 337:7 337:9 337:16 337:17 337:19 338:8 338:8 338:10 338:12 338:17 340:11 342:8 342:8 342:10 342:12 342:12 342:16 343:1 343:3 343:4 345:17 346:2

**wasn't**(5) 36:19 39:12 40:4 71:15 210:17
**wasn't**(4) 85:7 91:2 124:22 185:14
**waste**(1) 116:4
**wasted**(1) 278:9
**watching**(1) 154:15
**water**(2) 84:3 310:25
**watkins**(3) 3:20 4:29 105:23
**wavier**(1) 89:10
**wawaset**(1) 3:44
**way**(90) 16:2 16:21 18:4 20:3 20:19 20:25 38:17 69:2 74:20 75:8 94:20 100:9 107:12 111:22 134:22 135:4 146:13 163:24 169:19 169:22 188:6 196:25 197:2 197:5 197:8 205:25 207:2 212:7 212:14 215:18 216:11 217:17 223:19 224:20 230:1 230:21 233:9 237:2 245:24 246:1 248:6 248:14 250:19 258:24 259:15 261:3 261:13 261:15 262:2 262:14 263:8 264:2 264:3 265:4 267:16 267:16 267:18 267:21 267:22 269:5 273:5 273:19 276:10 277:5 277:11 278:17 279:6 280:12 280:13 281:8 284:13 292:3 296:16 297:2 301:5 304:15 305:2 305:9 305:10 305:16 315:17 317:13 319:23 320:5 321:5 328:16 332:21 333:22 338:21 342:6

**ways**(6) 33:13 39:22 209:25 267:14 323:18 326:13

**we'd**(23) 23:25 139:13 149:3 325:10
**we'll**(26) 8:21 8:22 9:5 14:9 14:11 14:19 25:3 25:17 37:2 53:11 153:22 153:24 154:2 154:23 204:20 205:6 205:10 212:12 221:15 337:20 337:20 337:22 344:21 345:3 345:11 346:1

**we're**(68) 8:18 9:22 16:7 20:6 24:21 25:14 48:24 50:6 50:18 50:23 51:5 56:25 58:1 202:21 203:3 203:3 203:15 203:24 205:4 207:11 208:13 210:11 210:22 219:2 219:4 232:6 233:16 235:3 239:20 241:21 241:25 310:23 313:24 314:24 315:12 319:3 319:7 319:18 320:20 320:23 323:16 328:17 331:12 332:25 333:6 333:8 333:9 333:11 336:3 337:22 342:1 342:3 343:8

**we've**(40) 12:19 13:21 17:5 19:13 20:10 20:14 20:19 20:23 20:25 21:14 22:14 29:13 31:21 32:13 32:25 39:16 52:8 52:11 52:13 53:12 54:3 64:21 69:11 188:5 209:17 210:24 213:10 224:21 229:13 230:7 239:24 239:21 240:20 243:12 313:10 315:6 316:2 321:10 321:25 329:7

**wearing**(1) 342:3
**week**(10) 29:5 106:15 106:15 188:5 192:7 295:18 306:11 306:22 307:10 324:15

**weekend**(2) 148:17 148:18
**weeks**(4) 31:5 62:23 63:11 178:9
**week's**(1) 194:11
**wei**(2) 7:24 7:25
**weight**(4) 81:20 220:18 221:16 251:5
**weinstein**(1) 217:9
**weird**(1) 325:21
**welcome**(6) 8:8 8:11 21:18 21:22 72:15 102:5

**well**(124) 12:22 13:23 13:24 14:25 15:1 15:15 19:16 25:1 25:24 28:14 30:8 30:11 31:17 35:5 38:18 38:19 40:18 42:3 47:21 49:1 49:5 51:5 51:11 51:17 52:20 53:3 54:6 54:15 55:9 58:20 60:7 61:12 61:15 62:6 64:8 64:22 67:15 68:20 69:14 72:3 77:19 77:24 85:6 85:8 86:15 88:5 91:18 95:1 103:4 104:4 105:9 105:17 106:25 107:17 109:13 113:9 113:15 119:17 121:1 127:3 129:4 130:22 131:11 133:7 136:15 136:16 140:13 145:7 147:15 153:15 157:1 175:16 176:13 180:1 183:22 187:16 191:18 195:7 196:15 200:9 200:15 201:1 201:20 202:7 205:9 208:21 211:6 218:1 219:12 221:17 229:7 229:9 233:13 233:25 234:6 237:7 239:8 251:2 252:24 255:18 256:6 259:20 260:2 260:8 262:18 262:25 264:23 265:23 269:16 271:19 284:6 303:12 307:7 313:18 314:12 315:2 315:11 320:14 324:13 324:17 330:24 338:2 338:19 340:2

**well-aware**(1) 186:9
**well-informed**(1) 176:7
**went**(14) 22:3 22:24 22:6 22:9 76:22 168:8 209:20 227:15 231:1 255:11 310:25 311:2 314:17 324:17

**we've**(27) 90:25 95:17 98:17 98:17 99:23 125:24 166:8 173:11 184:8 188:6 198:2 198:3 247:3 247:5 248:17 248:17 251:1 251:2 251:3 258:23 260:16 293:19 296:1 296:1 296:12 306:8 308:3

**were**(227) 24:4 25:20 26:14 32:22 32:23 32:24 34:7 34:21 35:6 35:14 35:16 35:17 36:10 37:21 38:3 38:5 38:19 38:20 39:8 39:22 40:3 40:9 40:18 40:22 40:24 40:25 41:2 41:2 41:6 41:9 41:10 42:5 42:10 43:14 48:24 50:25 59:2 61:9 61:16 61:18 61:18 62:3 62:11 63:5 63:13 64:4 65:2 68:22 70:11 73:6 74:3 75:5 76:5 76:12 76:5 76:5 76:7 77:21 78:9 78:15 78:17 79:3 81:1 81:2 85:21 88:3 93:5 93:14 94:25 101:5 103:1 103:6 103:25 106:3 107:14 110:24 112:21 114:12 116:1 116:1 117:13 118:19 118:20 118:23 119:6 120:13 121:19 122:20 122:23 123:2 123:5 123:11 124:23 124:24 125:7 126:5 126:10 128:7 129:3 129:5 133:13 133:14 133:18 134:10 136:24 137:6 137:16 138:2 143:21 143:25 144:4 144:10 145:19 149:7 153:9 153:10 154:22 158:19 167:4 167:16 168:11 169:23 170:2 170:4 170:7 171:6 188:20 191:7 194:5 196:5 200:8 209:21 210:1 210:19 211:8 214:8 214:9 214:11 214:13 214:14 215:2 216:4 217:24 218:5 224:15 225:5 225:9 225:10 225:12 227:13 227:15 228:8 232:1 235:8 235:22 236:4 239:22 239:22 240:15 241:4 241:12 242:8 242:16 244:1 246:2 247:14 251:10 251:10 251:11 251:25 252:15 253:14 254:8 259:10 259:13 261:1 261:4 264:19 265:23 271:9 287:17 287:17 288:2 292:21 293:1 293:10 293:23 302:14 306:10 310:16 312:22 313:8 313:13 315:19 317:13 317:14 317:15 317:16 317:19 318:22 318:22 319:1 321:5 321:6 322:19 323:6 323:9 325:7 328:14 332:18 332:19 332:24 333:9 333:11 333:14 335:19 335:10 337:2 338:4 340:21 340:22 342:11 343:7

**weren't**(3) 322:24 323:8 340:24
**weren't**(3) 117:23 118:1 184:20
**west**(1) 4:16
**wet**(1) 38:8
**we'd**(6) 105:6 191:17 271:14 295:23 302:12 307:10

**we'll**(24) 77:14 82:7 109:12 109:14 109:15 135:12 171:6 171:9 188:16 198:2 201:5 201:6 259:16 259:23 265:5 277:17 278:8 279:15 291:14 298:1 305:17 308:18 308:2 308:24

**we're**(57) 72:5 89:25 92:20 100:2 102:11 106:23 108:9 109:19 111:16 135:10 162:15 168:5 172:11 174:5 180:12 183:3 183:10 184:9 185:7 186:9 188:2 188:2 188:9 190:13 195:16 198:3 245:2 247:3 247:22 248:12 249:25 258:22 258:24 262:8 262:1 264:22 264:24 264:24 270:7 270:8 270:22 271:16 282:12 282:12 285:13 285:13 296:19 296:19 298:1 300:11 300:23 304:3 306:1 307:23 307:24 308:7 309:7

**we've**(13) 59:12 52:10 52:25 53:15 61:6 174:25 175:2 182:22 244:14 340:5 343:16

**what**(301) 8:18 9:11 10:20 11:15 16:7 20:6 20:14 22:12 23:16 23:18 23:18 23:18 24:7 24:11 24:22 31:12 31:13 32:12 33:4 39:17 40:8 40:10 40:17 43:6 43:16 45:22 46:1 47:3 47:15 48:4 49:9 50:13 50:15 51:24 51:25 52:8 52:13 52:9 55:13 56:20 58:20 62:13 67:3 67:15 68:3 69:3 74:6 74:17 76:8 76:21 78:11 78:11 81:10 82:4 82:8 83:2 85:21 86:1 86:16 89:9 90:10 91:1 92:20 92:22 93:2 93:3 93:10 96:11 98:11 100:17 100:17 100:17 100:18 100:20 112:24 113:25 115:1 115:11 117:25 121:1 121:1 121:7 121:15 122:16 122:19 126:10 126:12 127:12 127:18 127:20 128:12 129:24 130:23 131:12 131:12 133:22 133:23 134:7 134:10 134:13 135:8 135:9 135:10 135:12 135:13 138:11 139:19 139:21 140:19 140:21 141:17 141:17 141:21 143:5 143:18 145:22 147:2 147:3 147:4 147:11 147:13 148:14 151:5 151:9 151:13 153:2 155:22 155:23 157:8 161:12 162:9 167:4 167:5 167:8 167:15 167:15 170:12 170:14 175:11 177:9 179:23 183:2 184:7 187:16 187:24 188:4 188:8 188:12 190:4 190:19 191:6 191:9 191:11 191:16 198:13 198:20 198:21 200:24 210:14 210:22 211:14 211:15 212:17 215:5 215:10 216:13 216:18 218:24 219:24 220:17 221:12 224:25 225:8 225:15 227:10 227:28 231:9 232:23 233:12 237:11 242:25 244:1 244:12 246:16 247:17 248:12 249:23 253:20 256:10 259:24 260:13 261:17 262:10 263:19 263:20 263:22 264:2 264:10 264:25 265:4 265:5 265:8 265:18 266:24 267:25 268:6 268:8 268:10 268:14 268:14 269:11 270:3 270:5 271:23 272:12 273:13 273:16 274:25 276:1 276:20 277:4 278:2 279:16 280:8 280:18 281:22 282:6 283:1 283:8 284:5 284:9 284:9 284:22 284:24 284:25 285:9 285:10 285:23 286:2 286:18 288:3 288:25 289:12 290:20 290:21 290:28 291:12 291:15 291:17 292:25 293:14 293:15 294:19 295:7 295:10 295:12 295:14 295:21 295:25 296:24 297:3 298:5 301:1 301:19 304:8 305:4 305:4 305:9 308:17 309:10 309:21 309:23 310:3 311:25 312:24 312:23 314:11 315:13 315:15 316:11 317:22 318:14 318:15 320:25 322:25 323:1 323:1 323:22 324:16 326:11 328:3 330:7 330:11 331:7 331:21 332:2 332:11 333:3 333:6 333:13

**what**(31) 334:8 334:22 334:23 335:9 336:4 336:5 336:9 336:10 336:15 336:23 337:13 337:13 337:17 337:17 338:1 338:1 338:11 338:24 339:4 339:11 339:11 339:20 340:4 340:10 340:11 340:25 342:7 342:8 342:18 343:8 343:14

**what's**(7) 203:4 215:7 222:1 222:3 222:10 237:24 341:22

**whatever**(10) 52:10 52:25 53:15 61:6 174:25 175:2 182:22 244:14 340:5 343:16

**whatsoever**(7) 55:20 120:12 195:10 266:9 269:11 269:12 304:3

**what's**(13) 91:11 100:22 100:23 117:24 117:13 176:7 180:22 268:23 273:20 275:12 284:20 289:14 296:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**when**(127) 17:20 24:3 24:13 32:2 33:6 36:1 40:23 44:19 48:2 48:10 48:17 49:9 50:6 50:12 50:16 51:21 54:8 55:4 56:5 58:21 59:24 60:4 62:3 63:22 63:24 67:8 68:5 70:25 71:9 71:16 72:8 74:17 75:7 79:19 81:18 83:2 98:5 100:16 117:22 119:24 122:20 124:22 124:23 127:25 135:11 139:21 148:8 150:1 153:25 158:19 173:13 174:5 175:5 176:23 179:21 180:20 184:1 191:23 194:13 194:14 194:15 197:1 198:7 199:11 205:17 207:9 207:10 209:6 210:6 213:6 213:22 214:14 215:1 215:23 219:16 228:13 231:9 234:17 234:19 258:1 259:1 259:3 261:6 262:4 263:23 264:15 266:11 267:5 267:13 268:23 272:15 276:2 276:25 277:1 278:7 279:10 279:17 283:15 285:5 285:15 287:4 291:11 291:15 292:5 293:11 293:13 295:13 300:3 306:23 307:1 309:8 310:10 312:15 314:1 314:23 316:11 318:25 319:11 321:7 322:18 323:7 327:3 327:4 328:14 337:11 338:3 342:21

**where**(107) 20:5 24:15 30:19 31:2 33:23 34:6 34:20 35:1 39:14 56:5 61:4 72:19 75:12 76:6 82:17 83:2 83:16 84:20 86:16 88:24 89:9 92:2 93:23 101:5 101:12 105:13 115:25 117:4 117:9 125:9 129:22 135:22 135:24 138:1 142:8 145:9 148:2 159:20 162:3 162:19 163:16 167:14 168:1 168:20 171:8 171:13 171:17 181:20 186:1 193:16 194:22 198:10 199:7 199:8 206:25 212:19 215:13 217:5 223:16 228:3 231:23 238:25 241:12 241:12 241:15 245:18 245:21 246:18 247:8 250:3 253:21 254:14 254:17 256:8 272:18 275:1 283:2 283:10 286:12 286:12 286:24 287:13 287:14 287:17 288:8 289:14 290:15 290:16 291:1 292:24 293:24 294:22 295:5 297:5 297:16 298:24 299:25 301:5 301:8 301:17 315:20 322:7 326:23 336:9 336:23 337:5 342:20

**where's**(1) 204:14
**whereabouts**(1) 187:13
**whereas**(2) 130:16 142:1
**whereby**(1) 124:6
**whereupon**(1) 346:2
**whether**(83) 15:10 23:12 24:4 25:13 25:21 26:19 30:11 45:2 51:12 52:17 63:17 64:10 69:4 72:23 75:20 76:4 76:5 84:23 88:14 88:15 88:15 107:10 115:9 118:2 121:20 121:22 121:24 123:11 125:18 125:19 126:1 134:14 137:12 137:14 141:14 143:2 143:10 143:21 147:5 147:18 148:8 148:16 149:25 150:4 151:7 152:11 152:21 167:3 167:6 173:9 173:19 174:15 175:25 180:13 182:22 182:22 183:3 192:25 213:2 232:14 240:8 249:18 251:19 252:14 271:10 283:16 285:14 285:15 291:1 306:3 306:6 307:13 312:4 312:5 312:6 312:6 331:19 332:4 333:22 335:23 340:15 341:21

**which**(253) 8:24 9:6 10:22 20:1 23:5 26:2 29:2 34:17 44:7 53:9 53:12 57:22 58:17 58:18 60:7 60:18 60:23 60:23 72:22 73:1 74:19 75:6 75:9 77:11 77:21 78:3 81:21 82:3 82:7 82:11 82:13 83:17 83:25 84:4 84:12 85:15 86:11 86:13 87:12 88:3 88:7 95:12 99:23 102:14 103:2 103:24 104:24 107:18 110:8 110:20 111:3 111:7 112:11 112:11 112:21 112:21 113:7 113:24 114:13 114:19 114:22 115:2 115:5 115:9 116:15 117:8 120:7 120:9 120:10 121:19 122:1 122:13 122:16 123:20 124:18 124:23 126:23 127:24 128:13 128:16 128:21 128:25 129:1 129:5 129:9 131:21 132:13 133:5 134:2 134:3 134:8 135:4 135:17 136:23 137:13 138:3 138:5 138:6 140:21 140:22 141:5 141:6 141:11 142:4 146:4 151:3 151:14 155:9 156:4 158:10 158:15 159:4 160:2 160:24 160:25 161:25 166:11 169:17 170:1 170:7 170:9 170:25 171:6 171:7 172:19 172:25 174:1 175:12 181:15 187:3 189:8 193:12 193:17 194:2 194:12 199:2 208:20 208:21 210:7 211:10 211:11 212:12 212:13 212:18 212:23 223:16 217:3 217:8 220:25 222:5 223:4 226:24 227:9 229:14 231:13 234:7 235:11 238:23 239:10 240:20 242:5 242:22 243:11 244:2 244:8 244:18 250:5 253:17 258:14 259:18 265:7 266:15 267:12 267:22 271:9 271:16 271:17 273:20 278:16 279:9 279:11 280:1 281:9 282:23 284:20 285:1 287:19 289:2 289:7 289:7 289:7 290:23 293:7 293:17 298:8 300:15 301:4 302:9 303:10 304:16 305:17 309:11 311:22 313:1 314:14 318:18 318:18 326:24 327:1 327:9 329:19 331:25 337:3 337:20 337:25 338:1 339:5 340:3 340:8 341:20 342:5 342:24 342:21 343:2 343:13 344:4 344:5

**while**(24) 20:10 31:25 31:25 34:18 35:13 45:18 46:2 48:22 58:16 64:8 85:5 110:22 111:11 121:11 124:13 129:18 173:4 178:2 200:18 218:9 238:23 247:22 266:24 308:6

**whisper**(1) 64:11
**white**(2) 149:16 233:22
**whiteoak**(12) 7:38 123:16 123:25 132:5 132:9 132:20 133:1 135:9 136:3 145:22 193:16 311:1
**whiteoak's**(3) 142:23 336:3 336:8
**whiteoak's**(4) 129:18 132:1 133:21 193:11
**who**(83) 8:6 20:13 22:5 23:23 23:23 49:18 71:23 72:3 72:5 74:17 74:22 74:24 77:18 78:10 78:15 78:16 83:2 87:15 99:18 100:8 106:16 109:3 114:7 118:1 120:24 121:6 125:7 126:5 130:18 130:19 132:16 138:20 138:22 138:25 139:19 156:19 158:17 158:17 165:21 165:25 166:5 168:11 170:1 171:19 174:16 174:17 175:16 175:7 175:8 184:6 190:9 190:22 191:1 203:4 218:16 221:2 230:24 231:3 234:12 257:4 257:17 261:5 267:15 269:19 275:15 283:8 284:7 289:24 291:24 292:6 293:21 294:11 298:18 299:12 316:7 324:17 326:16 329:24 336:21 337:2 340:4 340:19 340:24

**whoever**(1) 127:18
**whole**(7) 16:3 78:13 89:25 181:9 234:22 282:11 284:8

**wholly**(1) 163:19
**whom**(2) 182:2 199:17
**whose**(4) 60:11 126:17 292:1 336:24
**who's**(2) 87:15 268:19

**why**(50) 14:7 42:2 43:8 53:13 54:18 57:13 64:8 69:9 77:14 80:24 81:9 84:2 128:7 181:17 183:1 185:15 187:7 189:16 196:22 205:8 209:23 222:11 226:9 226:10 247:20 261:11 261:12 265:10 269:6 270:11 273:22 274:9 277:14 277:25 279:10 279:10 279:23 280:11 280:14 281:8 287:22 291:7 300:13 311:19 311:19 312:17 323:8 333:14 333:15 338:13

**widescreen**(2) 153:19 154:16
**wilcox**(1) 161:8
**wilkie**(1) 3:35
**will**(270) 9:5 9:25 10:19 13:8 15:19 17:4 17:9 17:11 17:23 18:6 18:7 18:9 18:18 18:19 20:13 22:25 24:19 24:20 25:13 26:12 26:22 26:25 28:12 28:14 28:14 28:17 29:10 30:10 31:7 36:24 39:12 40:10 43:22 45:5 48:15 48:21 49:13 51:3 53:12 54:25 56:21 56:24 57:13 60:21 65:14 66:22 74:12 77:4 78:24 82:22 88:14 93:24 94:4 94:12 94:23 98:1 98:3 98:21 98:25 99:20 99:25 104:10 107:23 107:23 108:23 109:13 110:8 110:20 111:7 111:15 112:2 113:10 113:13 114:13 115:18 116:7 119:24 124:11 124:25 128:1 128:6 129:1 131:7 132:19 133:10 135:4 135:5 137:14 137:19 137:20 138:22 139:12 139:25 141:6 142:5 142:12 142:12 143:11 146:14 147:5 148:13 154:2 154:19 155:3 157:22 158:22 165:19 166:10 166:15 167:5 171:1 175:10 176:22 176:24 176:24 176:25 186:19 188:21 190:17 190:19 191:23 191:23 193:5 194:23 197:8 197:9 197:22 198:6 198:17 200:17 201:18 202:7 202:10 215:24 218:11 220:17 222:22 232:20 233:25 234:25 236:12 236:25 240:5 242:6 242:23 242:25 245:6 245:21 246:6 246:14 246:25 247:11 247:10 248:5 248:10 249:5 249:11 249:17 250:3 250:24 252:4 252:24 255:25 256:10 256:20 256:21 256:22 257:15 257:21 257:22 258:1 258:6 258:8 258:22 260:5 261:16 265:7 266:3 269:7 269:15 269:22 270:12 273:1 274:23 275:2 275:4 277:4 277:22 278:9 280:18 281:16 282:2 282:13 282:15 282:19 283:2 283:21 283:25 284:23 286:6 286:14 287:5 288:2 288:16 288:23 289:11 292:6 293:18 293:20 293:21 294:11 294:13 294:16 294:17 295:9 295:25 296:5 296:10 296:18 296:23 297:19 297:20 299:20 300:10 301:8 301:11 301:13 301:15 301:20 303:12 304:2 304:25 305:3 305:4 305:17 308:9 308:16 309:10 309:11 310:2 315:5 321:3 321:18 321:23 326:16 328:20 331:4 331:6 335:1 335:3 339:9 339:11 340:3 340:5 340:6 340:16 341:6 341:19 342:10 343:15 345:3 345:7

**william**(1) 7:33
**williams**(1) 12:16
**willing**(1) 108:9
**willingness**(1) 19:12
**willkie**(1) 107:6
**wilmerhale**(1) 150:17
**wilmington**(11) 1:13 1:28 2:15 2:28 2:41 3:32 3:45 4:17 4:40 8:1 154:16

**wind**(4) 24:23 166:5 201:18 331:18
**window**(7) 319:9 319:11 319:13 319:19 319:20 319:23 328:19

**winners**(1) 241:6
**wisely**(1) 125:7
**wish**(10) 72:4 87:6 113:12 116:8 130:16 146:11 163:9 186:3 189:18 303:4

**wishes**(1) 9:10
**wishing**(2) 16:25 198:18

**wit**(2) 118:2 133:4
**with**(301) 8:3 8:6 8:22 8:24 9:6 9:9 9:22 10:8 11:21 12:14 13:12 13:15 13:16 13:19 14:5 15:5 15:14 16:3 16:17 17:14 17:24 18:2 18:12 19:17 20:2 20:20 21:15 22:22 22:23 23:24 25:18 25:20 26:3 26:6 26:21 27:4 28:3 28:19 29:10 29:11 29:20 30:4 30:12 30:13 30:16 32:11 33:1 34:5 38:3 38:4 38:17 41:10 41:11 41:17 41:17 41:18 43:9 43:10 45:18 45:19 46:8 46:22 47:10 48:15 48:23 48:23 48:25 49:21 53:9 54:1 55:3 55:7 56:25 58:16 58:18 58:25 59:22 60:11 60:18 61:24 61:25 63:5 64:5 64:20 65:3 66:10 68:1 68:13 71:18 71:19 71:23 73:24 75:18 76:8 76:17 76:20 78:1 78:5 79:3 79:8 79:12 79:14 79:24 80:6 81:1 81:10 81:17 83:21 84:1 84:5 84:10 84:10 84:11 84:21 85:13 87:15 87:17 87:19 87:21 89:4 89:8 89:19 90:16 93:9 93:19 93:22 94:2 94:4 94:13 95:14 95:15 95:20 97:11 97:12 99:3 100:21 103:23 104:11 104:14 105:8 105:13 105:16 106:2 106:15 106:20 107:12 108:6 109:3 110:14 110:21 111:10 111:16 112:7 113:3 113:11 113:14 113:15 113:16 113:17 114:17 114:18 114:20 114:20 114:25 115:2 115:4 115:5 115:11 115:11 115:15 115:15 116:3 116:20 117:14 117:15 117:15 117:24 117:25 118:8 118:11 118:15 119:9 119:19 119:21 120:14 120:18 120:21 122:1 123:17 124:1 124:7 124:10 124:14 124:14 125:7 125:8 127:21 128:5 130:6 131:2 131:19 133:2 133:9 135:4 135:21 137:19 138:7 138:16 138:21 139:3 139:8 139:13 139:19 139:20 139:21 140:10 140:17 140:24 141:4 141:12 141:15 141:17 141:24 141:25 142:5 142:16 142:18 142:19 143:3 143:14 145:4 145:6 146:17 146:25 148:19 148:21 148:23 148:25 149:1 149:4 149:22 150:1 151:10 153:18 155:6 155:11 156:7 157:3 157:5 158:1 160:6 160:10 160:21 160:21 160:23 160:24 161:15 161:16 161:17 162:20 163:25 164:10 164:13 164:16 164:25 165:5 165:21 166:2 166:8 166:11 166:20 166:21 167:1 167:24 168:2 168:3 168:8 168:9 169:13 169:14 169:16 169:21 170:13 170:10 170:1 171:7 171:9 171:12 171:17 173:24 174:2 174:2 174:3 174:13 175:7 176:10 177:12 178:6 178:8 178:14 180:23 182:13 183:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **with**(215) 183:11  183:21  183:25  184:4 184:14  185:11  185:13  185:25  186:6  188:18 189:12  190:4  190:6  190:18  192:16  192:25 193:2  194:4  194:5  195:13  196:9  197:5 197:24  198:10  198:23  203:15  206:12 206:12  209:16  210:17  210:12  214:6  214:7 215:23  216:9  219:10  219:18  220:3  223:10 225:6  226:6  229:2  230:4  230:18  231:19 235:16  236:15  239:24  240:9  240:16  241:2 242:20  244:2  244:5  245:1  245:4  245:19 245:23  246:5  248:14  248:24  256:4  256:21 256:24  256:25  257:11  258:7  259:6  259:15 259:21  260:5  260:14  261:12  262:11  262:17 263:9  265:12  266:1  266:7  266:23  266:23 267:1  267:2  267:9  268:3  269:22  270:1 270:9  270:16  270:22  271:12  273:13  273:19 274:10  275:12  276:2  276:5  276:13  277:20 277:23  278:4  278:14  281:4  281:6  281:11 281:16  281:21  282:7  282:20  282:22  283:7 284:14  284:14  286:20  287:10  294:9  294:2 294:23  294:25  295:1  296:17  298:1  298:7 299:1  299:5  299:20  300:13  300:14  301:1 301:4  301:9  301:14  301:14  301:17  302:2 302:7  302:17  302:18  302:19  303:8  303:12 303:14  303:17  303:23  304:3  304:4  304:5 304:15  304:21  304:24  305:1  305:5  305:6 307:2  307:19  308:16  310:20  311:5  311:6 311:17  311:18  311:21  312:1  314:15 314:17  315:5  315:22  317:4  317:17  318:16 319:24  320:8  320:15  320:17  321:14  321:1 321:16  321:23  322:1  322:5  322:9  322:16 323:12  327:20  329:6  330:9  330:10  331:7 331:18  332:2  332:13  333:25  334:9  334:19 337:21  339:7  339:15  340:10  340:14  340:1 340:19  341:18  341:21  342:13  343:23 344:3  344:3  344:4  344:9  344:11  344:19 344:20  345:2  345:19  345:21 | | **words**(38) 46:4  46:5  47:23  48:7  82:3 83:14  97:21  114:25  148:13  163:23  163:23 175:9  244:9  262:14  263:16  263:25  264:1 264:17  264:22  264:25  267:1  267:4  267:5 282:4  287:23  293:10  299:25  309:17  314:23 315:4  331:23  332:4  332:16  333:11  334:8 334:10  334:14  335:23 | | **would**(292) 8:4  8:23  10:2  11:6  11:8  11:9 11:10  15:11  15:22  15:25  16:18  18:20  18:24  20:5 20:19  20:21  21:10  24:16  24:18  24:22 25:21  26:15  27:23  30:5  30:7  32:3  33:8 33:20  38:15  38:17  39:10  39:24  40:5  40:8 42:15  42:15  43:25  43:25  44:3  45:19  49:2  50:10 55:7  56:3  56:18  56:19  58:23  59:7  60:7 61:9  64:20  64:21  67:18  67:22  67:23  67:25 68:6  69:7  69:9  69:21  70:1  73:8  73:9 73:14  74:4  76:17  77:22  77:25  82:23  84:1 85:3  85:12  88:2  88:17  89:12  89:14  91:2 93:6  93:8  96:5  96:7  97:3  97:20  98:7 101:6  103:10  104:17  104:20  104:22  105:6 105:10  106:18  108:3  108:5  108:23  108:25 109:5  110:21  110:24  112:11  112:24  113:6 114:14  115:13  119:20  120:20  121:18 121:21  121:22  121:24  127:14  128:4  128:8 128:9  128:10  135:16  135:24  136:2  136:4 136:19  137:2  137:4  137:7  137:8  140:24 140:25  142:8  142:9  145:4  145:6  146:9 160:11  162:17  171:13  171:14  172:7  173:6 173:8  173:24  175:1  178:17  180:2  181:23 182:16  183:5  184:25  185:13  191:17  194:1 198:2  200:3  201:2  201:16  201:17  206:20 206:22  206:23  206:23  207:1  210:3  210:20 212:7  213:1  213:5  216:1  216:13  216:15 217:17  217:25  218:11  219:6  220:1  223:4 223:5  223:6  224:8  224:18  226:4  226:8 226:12  226:16  227:4  227:9  227:16  227:23 227:24  227:24  227:25  228:4  228:11  228:1 228:18  228:21  229:16  229:18  229:20 229:21  229:22  230:1  230:6  231:3  231:3 231:13  231:18  233:10  234:17  234:18 234:20  236:2  236:18  237:9  237:12  238:4 239:1  244:20  244:23  245:4  245:15  246:12 246:15  246:16  246:20  246:21  246:22  248:5 249:8  249:21  249:22  250:22  252:21 253:25  254:1  254:16  256:9  258:16  258:17  259:6  261:25  263:13  266:12  266:1 268:15  271:11  272:1  272:4  272:23  273:8 273:10  273:11  273:17  273:25  277:12 277:12  278:19  279:14  279:21  280:7  288:2 290:7  293:25  294:6  295:21  300:13  301:6 301:22  303:17  303:22  306:2  307:16  307:2 308:2  310:12  310:12  312:3  313:25  316:7 316:14  316:14  317:15  320:6  326:4  327:13 327:20  330:4  336:3  340:10  340:11  340:14 340:14  340:23  341:24  342:16  343:10 | | **year**(20) 74:10  92:1  110:23  121:13  121:13 123:17  124:5  132:1  132:6  134:15  175:7 178:10  178:11  231:17  312:16  312:17 312:18  325:25  327:10  328:11 |
| | | **wore**(1) 344:17 | | | | **years**(32) 30:22  33:15  33:16  37:19  49:6 49:19  68:7  96:10  98:13  98:15  98:18  101:9 101:9  110:23  113:18  128:15  163:1  168:12 171:6  178:13  243:20  258:24  310:20  310:22 311:15  311:24  312:15  313:11  322:8 328:10  329:8  338:15 |
| | | **work**(32) 72:6  80:3  80:14  90:1  91:2 100:18  108:24  109:12  114:2  142:12  184:1 234:4  239:7  244:7  244:20  257:15  258:6 277:18  278:3  278:6  279:17  280:13  280:24 281:7  281:9  289:15  308:11  320:6  321:10 329:7  338:9  340:1 | | | | **yes**(89) 8:15  8:18  9:3  9:16  10:5  10:13 11:13  12:12  13:7  13:18  15:2  16:12  19:7 19:25  25:25  27:2  27:18  28:9  28:9  29:25 37:15  57:10  57:16  63:9  63:12  63:19  72:7 72:13  73:14  77:6  81:15  86:3  90:19  90:23 92:3  92:8  92:10  105:25  109:20  109:22 118:7  118:10  123:23  134:6  149:13  149:18 180:1  185:22  185:23  188:25  189:2  200:1 200:23  205:8  205:18  205:20  206:4  207:8 207:15  214:21  217:23  218:17  219:5  220:10 220:13  220:14  225:2  233:6  234:3  234:11 235:10  251:9  255:10  262:10  262:20  270:19 270:24  274:15  274:22  289:5  289:22 290:17  290:18  308:23  319:16  325:1  332:13 343:8  345:16 |
| | | **working**(7) 72:3  98:15  128:11  204:1 207:16  207:17  287:1 | | | | |
| | | **works**(3) 93:4  270:23  329:4 | | | | **yesterday**(4) 77:17  91:13  116:14  148:18 |
| | | **world**(23) 31:19  32:21  32:23  34:11  34:21 36:2  36:23  43:21  47:25  94:24  98:5  119:17 136:3  144:14  151:25  173:2  173:4  208:24 246:10  246:11  310:13  337:16  338:14 | | | | **yesteryear**(1) 142:8 |
| | | | | | | **yet**(13) 90:4  114:13  124:8  137:16  154:7 176:21  176:22  211:22  248:1  303:16  303:18 341:14  342:1 |
| | | **worldwide**(4) 33:11  34:13  39:21  168:18 | | | | |
| | | **worry**(3) 140:21  185:15  185:17 | | | | **york**(67) 1:42  2:22  2:35  3:10  3:19 3:25  3:39  4:10  4:33  5:36  19:1  30:2  52:3 52:4  52:9  52:11  59:20  61:11  61:18  75:21 75:23  76:10  79:1  80:3  81:7  81:25  87:13 88:5  93:22  106:1  106:6  106:8  106:12 106:16  106:18  139:7  146:20  147:17  148:6 158:9  189:5  189:6  189:17  189:20  190:8 190:24  217:10  217:21  222:8  224:9  246:18 262:5  263:18  263:22  281:13  281:16  281:18 281:19  281:22  283:23  289:13  290:14 301:21  301:22  301:23  308:15 |
| | | **worse**(1) 270:22 | | | | |
| | | **worst**(2) 36:11  270:22 | | | | |
| | | **worth**(6) 33:20  33:21  77:10  102:25  105:2 106:3 | | | | |
| | | **worthwhile**(3) 30:18  34:15  62:18 | | | | |
| **withdraw**(1) 13:17 | | | | | | |
| **withdrawn**(4) 13:3  13:14  68:21  134:19 | | | | | | |
| **withdrew**(1) 125:19 | | | | | | |
| **within**(23) 20:2  31:5  39:6  39:8  42:25  44:2 54:23  55:5  57:1  100:3  103:15  114:3 127:15  131:23  140:3  152:11  201:23  210:4 212:12  244:21  279:3  287:4  334:6 | | | | **wouldn't**(6) 38:16  39:20  41:5  215:6  226:9 330:8 | | |
| **without**(44) 13:14  33:8  35:24  36:19  38:13 38:16  39:19  52:3  65:16  69:19  83:6  89:3 89:13  100:1  120:12  120:19  122:23  122:24 123:3  123:6  123:9  123:12  124:9  124:25 127:16  128:5  178:24  185:7  188:14  210:18 246:10  280:11  296:10  303:2  303:3  317:16 323:14  331:5  332:23  333:14  334:12  336:22 337:9  338:3 | | | | **wouldn't**(9) 83:20  190:22  247:13  254:14 259:11  261:9  268:25  278:18  290:11 | | |
| **witness**(12) 69:15  90:14  90:22  91:7  127:5 221:2  279:1  279:4  279:7  316:3  316:6 316:9 | | | | **would've**(3) 169:24  183:5  252:1 | | |
| | | | | **wracking**(1) 202:10 | | |
| | | | | **wrap**(2) 62:18  308:7 | | |
| **witnesses**(6) 69:13  69:16  69:16  78:1 128:17  168:10 | | | | **wrapped**(1) 100:25 | | |
| | | | | **wrapping**(1) 175:18 | | |
| | | | | **wray**(4) 230:3  230:3  230:5  230:10 | | |
| **woke**(1) 338:16 | | | | **write**(1) 279:14 | | |
| **won**(2) 208:10  326:2 | | | | **writing**(4) 51:21  60:22  88:18  118:12 | | |
| **won't**(5) 143:7  225:19  322:6  329:14  339:6 | | | | **written**(18) 54:9  86:23  126:20  126:20 127:4  138:18  160:1  188:7  188:9  190:10 191:8  241:24  245:12  283:10  299:22  299:23 325:23  326:1 | | |
| **wonder**(2) 200:17  226:9 | | | | | | |
| **wondered**(1) 200:18 | | | | | | |
| **wondering**(1) 306:10 | | | | | | |
| **wonderland**(1) 310:14 | | | | | | |
| **won't**(13) 102:1  115:7  119:23  129:13 171:10  181:8  181:9  186:23  189:4  255:25 262:21  266:2  277:18 | | | | **wrong**(13) 33:5  151:12  151:12  246:13 258:3  266:8  285:1  314:21  321:13  324:9 327:16  335:1  341:22 | | |
| **word**(31) 44:9  44:9  46:5  48:5  81:25  82:2 216:21  228:19  231:22  253:8  253:9  253:11 253:15  253:16  291:12  303:5  309:18  309:23 310:2  310:9  313:23  314:23  315:18  316:5 316:23  316:23  317:25  323:14  323:18  333:1 | | | | **wrote**(2) 238:7  325:10 | | |
| | | | | **www.diazdata.com**(1) 1:51 | | |
| | | | | **wynn**(1) 5:45 | | |
| | | | | **yanks**(1) 325:8 | | |
| **wording**(2) 120:9  289:2 | | | | **yard**(1) 35:1 | | |
| | | | | **yeah**(7) 149:17  181:15  234:2  235:6  254:13 297:13  330:1 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**you**(301) 8:2 8:13 9:13 11:6 11:7 11:9 11:10 11:12 11:19 11:24 11:25 12:8 12:21 12:24 13:10 13:25 14:11 14:13 14:16 14:22 14:24 14:25 15:3 15:4 15:13 16:11 16:23 16:24 17:3 17:4 18:22 21:1 21:19 21:24 22:2 23:18 24:2 24:3 24:4 25:4 25:5 25:8 25:14 25:24 26:22 26:23 28:10 28:11 30:10 30:19 31:7 34:7 35:2 37:5 37:7 37:8 37:8 37:12 37:25 38:14 38:22 39:4 39:11 39:19 40:10 40:23 41:15 41:19 42:11 42:17 42:23 43:5 44:4 44:15 44:20 45:5 46:4 47:6 48:2 51:3 51:7 51:9 51:19 51:22 51:23 53:11 53:12 54:8 55:9 57:8 57:11 57:12 57:16 57:16 57:22 57:25 60:14 63:7 63:10 65:1 67:23 67:25 68:12 69:9 69:10 69:10 69:21 69:22 70:13 71:25 72:1 72:2 72:9 73:15 73:15 73:15 73:18 75:7 75:5 77:6 77:6 78:5 79:19 80:13 81:18 81:25 82:2 82:2 83:20 85:22 85:22 86:1 88:17 90:9 90:23 92:4 92:4 92:7 92:9 93:23 94:6 94:15 95:8 96:15 98:5 98:7 99:4 99:5 99:9 99:10 100:7 100:11 100:17 101:12 101:13 101:18 101:18 101:20 101:21 101:22 101:23 105:9 105:12 105:19 105:19 106:25 107:1 107:7 108:13 108:14 108:17 109:1 109:5 109:5 109:22 110:2 111:15 111:21 112:2 113:7 114:5 114:13 114:13 114:21 115:6 116:7 116:7 116:7 116:10 116:11 116:18 119:12 119:22 119:24 121:1 121:2 122:12 122:16 122:18 122:18 122:22 122:25 123:22 125:12 125:24 126:13 128:1 129:1 129:7 130:12 130:13 130:22 131:1 131:15 131:18 131:19 131:25 132:19 132:19 133:9 133:10 136:20 136:7 136:10 137:25 139:4 139:13 140:20 143:25 144:10 144:24 145:13 145:14 145:15 145:19 146:6 146:8 146:9 146:9 146:11 146:11 146:15 146:16 146:17 146:18 146:20 146:20 146:21 146:21 147:1 147:3 147:4 147:9 147:9 147:11 147:12 147:15 147:20 147:24 147:25 148:8 149:6 149:7 149:7 149:11 149:20 149:20 151:12 151:15 151:16 152:12 153:1 153:4 153:6 153:9 153:10 153:15 153:25 154:1 154:2 154:3 154:8 154:10 154:23 154:23 155:3 155:4 155:6 155:7 156:4 156:7 156:24 157:25 158:9 158:24 158:25 160:8 160:9 161:4 161:6

**you**(301) 162:10 163:3 163:11 163:22 165:14 165:15 165:19 165:21 166:9 166:1 167:5 168:23 169:11 169:12 169:16 169:18 170:19 170:19 170:23 171:23 172:12 174:1 174:1 174:11 174:20 175:1 175:6 175:6 175:7 175:9 175:24 176:6 176:6 176:7 176:7 176:12 176:15 176:18 177:3 177:5 177:10 177:14 177:15 177:19 179:15 179:21 180:5 180:7 180:20 181:6 181:8 181:11 181:19 181:20 181:23 182:1 183:9 183:9 183:10 183:11 183:14 183:24 184:1 184:13 184:24 185:1 185:16 186:17 187:4 187:4 187:15 188:8 188:11 188:15 188:18 188:19 188:21 188:24 191:22 192:2 192:20 192:21 193:23 194:1 194:5 195:4 195:13 197:17 197:17 197:18 198:1 198:4 199:6 199:13 199:21 199:24 200:7 200:2 200:24 201:7 201:9 201:14 201:15 201:17 201:18 202:17 202:17 203:6 203:8 203:12 203:1 203:17 203:19 203:19 204:5 204:7 204:10 204:17 204:22 204:23 204:25 205:13 205:16 205:20 207:7 207:9 207:13 210:9 210:10 211:4 211:20 212:10 213:17 213:19 213:20 213:22 213:22 214:2 214:13 214:21 215:23 217:19 217:25 218:12 218:13 218:21 219:3 219:24 221:7 221:7 221:12 221:17 221:18 223:8 223:14 223:16 224:11 230:14 230:20 231:19 233:10 233:11 233:15 233:21 233:22 234:7 234:4 234:5 234:14 235:7 235:16 237:9 239:23 240:15 240:16 241:2 241:20 241:2 241:24 242:4 242:6 242:16 242:17 243:2 243:5 243:6 243:7 244:7 244:12 244:15 245:24 246:3 246:14 248:2 248:3 250:8 250:1 250:12 250:13 250:15 250:23 252:7 252:23 253:5 253:7 253:8 253:12 253:13 253:14 254:15 254:20 254:22 254:23 254:25 255:2 255:5 255:12 255:14 256:1 256:2 262:11 262:20 262:21 263:2 266:13 267:3 267:5 267:13 267:13 268:5 268:21 269:18 269:23 270:3 270:4 270:5 270:13 270:19 270:25 271:1 274:11 275:13 275:14 275:17 275:18 275:24 276:1 276:7 276:9 277:5 277:23 277:24 279:17 280:11 280:12 280:14 281:12 281:20 281:21 281:23 281:23 281:24 282:4 282:14 282:15 282:18 282:20 283:2 283:5 283:23 283:23 284:1 284:24 285:9 285:10 285:18 285:21 286:14 286:21 287:3 287:15 287:21 287:24 288:2 288:20 288:20 289:6 289:14 289:17 289:19 289:21

**you**(141) 289:25 290:1 290:2 290:8 290:18 291:1 291:6 291:8 291:9 291:22 292:3 292:8 292:8 292:9 292:9 292:9 292:14 292:19 292:22 295:13 295:25 296:5 296:9 297:1 297:5 297:14 297:15 297:19 297:19 298:15 298:17 299:3 301:8 302:13 302:17 302:19 303:11 303:24 303:25 304:7 304:2 305:18 305:21 305:23 305:25 306:7 306:10 307:5 307:16 307:19 307:20 307:2 307:25 308:9 308:10 308:18 308:19 308:20 309:1 309:5 309:6 309:6 309:9 311:25 311:25 313:14 316:17 319:10 321:7 323:19 323:21 325:10 327:23 327:24 327:25 328:2 328:20 329:11 329:12 330:13 330:20 331:1 331:15 331:15 332:24 333:3 333:10 333:12 334:7 334:10 334:17 335:2 335:7 335:13 337:13 337:14 338:3 338:5 338:8 338:7 338:13 339:2 339:3 339:4 339:4 339:9 339:7 339:8 339:9 339:15 339:16 339:16 339:18 340:9 340:10 341:11 342:2 343:13 343:18 343:23 343:23 343:25 344:7 344:8 344:9 344:13 344:13 344:25 345:5 345:9 345:12 345:22 345:22 345:23 345:24 345:25

**you'd**(7) 16:8 28:4 32:3 39:5 155:10 219:24 233:22

**you'll**(7) 42:5 136:13 139:11 222:1 342:21 343:4 343:9

**you're**(21) 14:24 45:2 48:2 147:21 156:18 207:10 207:21 208:7 210:15 214:17 233:7 233:8 233:12 324:24 327:24 328:1 328:1 330:9 331:2 336:4 344:4

**you've**(15) 17:20 49:22 143:4 143:5 143:13 143:20 150:12 155:17 156:1 156:2 217:17 236:23 334:7 334:7 340:20

**young**(6) 4:13 84:22 86:9 86:10 86:11 192:12

**your**(301) 8:10 8:12 8:16 8:20 8:23 8:24 9:4 9:11 9:13 9:14 9:21 10:4 11:2 11:12 11:15 11:21 11:25 12:2 12:7 12:10 12:24 13:10 13:25 14:13 14:23 15:16 15:18 17:20 17:24 18:17 19:5 19:9 21:3 21:15 21:19 22:12 23:3 23:20 23:25 23:25 24:7 26:23 27:1 27:5 28:4 28:10 28:12 28:21 29:5 29:17 30:15 31:7 36:25 37:3 37:3 37:6 37:25 39:5 43:20 44:15 44:24 45:11 45:22 49:22 51:2 51:12 57:8 57:22 61:24 62:17 63:7 67:8 69:14 70:13 70:24 71:16 71:22 72:9 73:20 74:23 75:8 75:15 76:20 77:4 78:2 78:23 80:14 82:5 83:12 83:23 84:5 84:15 85:4 85:8 85:12 86:1 86:15 87:2 87:8 87:18 88:22 89:3 90:16 90:17 90:21 90:21 91:4 91:24 92:5 92:20 92:25 94:3 94:11 94:14 98:8 99:1 99:6 99:10 99:11 99:22 100:14 101:1 101:3 101:15 101:18 101:19 101:24 106:20 107:1 107:9 108:6 108:21 109:22 110:2 111:11 112:20 113:8 114:1 114:14 115:19 116:12 116:22 118:4 118:5 118:11 118:24 123:13 124:13 127:17 127:25 129:14 129:14 131:14 132:4 133:25 136:10 137:24 138:1 138:2 144:9 144:23 146:7 147:3 148:9 149:4 149:21 151:9 152:3 153:4 156:15 157:5 157:9 158:1 158:6 158:7 158:12 158:16 158:20 158:23 159:15 160:4 160:5 160:5 160:12 160:12 160:17 161:1 161:2 161:19 162:2 162:13 162:18 162:22 163:3 165:4 165:17 169:14 169:24 171:23 172:7 175:12 177:14 179:4 181:12 183:12 184:25 186:24 188:14 188:21 190:20 192:9 192:11 192:15 192:19 193:8 193:15 193:25 194:3 194:4 197:15 198:15 198:25 199:17 199:19 200:2 201:20 203:15 203:25 206:8 207:15 207:16 208:4 208:6 210:12 212:8 212:21 213:7 214:18 214:23 217:20 218:10 218:18 218:25 219:12 219:16 220:6 220:12 220:21 221:15 228:13 230:11 230:12 230:13 232:4 233:8 233:14 242:17 243:9 243:15 244:14 250:11 250:12 251:5 251:9 251:15 253:12 253:12 254:23 255:2 255:4 255:14 256:8 261:4 261:14 262:13 262:19 262:20 266:3 268:7 269:7 269:9 270:13 271:3 271:9 272:22 276:13 276:13 276:25 277:21 279:3 279:3 280:2 281:20 282:2 282:10 282:13 282:15 282:19 283:18 285:13 285:21

**your**(86) 287:6 287:9 287:12 287:21 289:25 290:2 290:19 291:8 291:13 291:22 292:2 292:7 292:22 293:10 294:7 294:24 296:16 296:19 296:19 297:6 297:14 298:13 298:19 298:20 298:24 298:24 299:11 299:21 299:23 299:24 300:5 300:8 300:12 301:14 302:1 302:8 302:13 302:16 302:18 302:23 303:10 303:22 303:25 304:2 304:7 304:24 305:18 305:18 306:1 306:6 306:10 307:3 307:6 307:16 307:23 308:2 308:10 308:12 308:19 308:20 309:9 313:14 329:11 329:13 329:18 330:9 330:14 333:7 335:1 335:23 336:1 338:7 339:2 342:10 342:23 343:5 343:15 343:17 343:19 343:20 343:20 343:21 344:7 344:12 345:11

**yours**(5) 16:8 24:24 149:14 157:11 282:1
**yourself**(1) 146:19
**yourselves**(1) 11:10
**you'd**(2) 73:13 296:3
**you'll**(8) 163:14 168:10 183:16 184:3 184:13 187:8 246:4 287:8

**you're**(11) 72:8 83:21 110:2 167:8 194:13 270:17 271:1 275:20 280:25 288:25 309:8

**you've**(14) 100:14 165:11 176:1 176:8 176:9 189:6 189:12 253:8 269:16 275:14 275:16 276:10 284:3 287:1

NORTEL.6.7.11.DOC

| Word | Page:Line |
|------|-----------|
| **zelbo**(2) | 1:37  51:18 |
| **ziegler**(2) | 323:1  329:24 |
| **zigner**(4) | 165:16  165:17  174:8  179:8 |
| **zigner's**(2) | 172:11  174:15 |
| **zone**(1) | 177:11 |
| **"for**(1) | 136:14 |
| **"the**(4) | 85:2  86:14  183:17  184:15 |
| **"this**(1) | 86:8 |