# Notice Recipients

District/Off: 0311−1          User: Leslie                    Date Created: 6/10/2011
Case: 09−10138−KG            Form ID: ntcBK                  Total: 25

**Recipients of Notice of Electronic Filing:**

| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db   | Nortel Networks Inc., et al.          2221 Lakeside Boulevard          Richardson, TX 75082 |
| frep | Allen &Overy LLP,          1221 Avenue of the Americas          New York, NY 10020 |
| ust  | Thomas Patrick Tinker          Office of the U.S. Trustee          844 King Street Suite 2207          Wilmington, DE 19801 |
| aty  | Alissa T. Gazze          Morris Nichols Arsht &Tunnell, LLP          1201 N. Market Street          Wilmington, DE 19801 |
| aty  | Andrew R. Remming          Morris, Nichols, Arsht &Tunnell          1201 North Market Street          P.O. Box 1347          Wilmington, DE 19899−1347 |
| aty  | Ann C. Cordo          Morris Nichols Arsht &Tunnell LLP          1201 N. Market Street          P.O. Box 1347          Wilmington, DE 19899−1347 |
| aty  | Brian Trust          Mayer, Brown, Rowe &Maw LLP          1675 Broadway          New York, NY 10019 |
| aty  | Derek C. Abbott          Morris Nichols Arsht &Tunnell          1201 N. Market Street          Wilmington, DE 19899 |
| aty  | Elihu Ezekiel Allinson, III          Sullivan Hazeltine Allinson LLC          901 North Market Street, Siote 1300          Suite 1300          Wilmington, DE 19801 |
| aty  | Eric D. Schwartz          Morris, Nichols, Arsht &Tunnell          1201 N.Market Street          P. O. Box 1347          Wilmington, DE 19801 |
| aty  | James Croft          Cleary Gottlieb Steen &Hamilton LLP          One Liberty Plaza          New York, NY 10006 |
| aty  | James L. Bromley          Cleary Gottlieb Steen &Hamilton          One Liberty Plaza          New York, NY 10006 |
| aty  | Jennifer M. Westerfield          Cleary Gottlieb Steen &Hamilton, LLP          One Liberty Plaza          New York, NY 10006 |
| aty  | Juliet A. Drake          Cleary Gottlieb Steen &Hamilton LLP          One Liberty Plaza          New York, NY 10006 |
| aty  | Mary Caloway          Buchanan Ingersoll &Rooney PC          1105 North Market Street          Suite 1900          Wilmington, DE 19801−1228 |
| aty  | Mona A. Parikh          Buchanan Ingersoll &Rooney PC          1105 North Market Street          Suite 1900          Wilmington, DE 19801−1228 |
| aty  | Nancy G. Everett          Winston &Strawn LLP          35 W. Wacker Drive          Chicago, IL 60601 |
| aty  | Neil P Forrest          Cleary Gottlieb Steen &Hamiton LLP          One Liberty Plaza          New York, NY 10006 |
| aty  | Nora K Abularach          Cleary Gottlieb Steen &Hamilton LLP          One Liberty Plaza          New York, NY 10006 |
| aty  | Peter James Duhig          Buchanan Ingersoll &Rooney PC          1105 North Market Street          Suite 1900          Wilmington, DE 19801−1228 |
| aty  | Raymond Howard Lemisch          Benesch Friedlander Coplan &Aronoff, LL          222 Delaware Avenue          Suite 801          Wilmington, DE 19801 |
| aty  | Robin J. Baik          Cleary Gottlieb Steen &Hamilton LLP          One Liverty Plaza          New York, NY 10006 |
| aty  | Thomas F. Driscoll, III          Morris, Nichols, Arsht &Tunnell LLP          1201 North Market Street          Wilmington, DE 19801 |
| aty  | Thomas M Vitale          Mayer Brown LLP          1675 Broadway          New York, NY 10019−5820 |

TOTAL: 24