6/6/2011
154 Culver Pkwy.
Irondequoit NY 14609

US Bankruptcy Court
for the District of Delaware
824 N Market Street
Wilmington DE 19801 4908

Re: Nortel Networks Case No. 09-10138 (KG)

Attn; The Honorable Kevin Gross

I am a 70 year old retired Nortel employee currently covered by the Nortel Retiree Medical Plan, Nortel Term Life Insurance and Long Term Care Plans with 30 years of credited service.

I wish to oppose Nortel's Motion appointing an Official Committee to represent Retired Employees. Nortel proposes to discontinue or modify the benefits plan currently covering retirees, their spouses, surviving spouses, domestic partners and dependents (currently numbering 3306 individuals). It would be difficult if not impossible to put together a representative committee reflective of this diverse group.

I would propose that a nominating committee of Nortel retirees be formed (by popular vote of the impacted population 3306 people) and that an election be conducted to form a truly representative retiree group empowered to negotiate with Nortel. The retiree representatives would then submit their recommendations to the entire retirees population (numbering 3306 retirees, retirees, their spouses, surviving spouses, domestic partners and dependents). Approval of the negotiated settlement would only be made when a majority of the retiree population (3306 individuals) approves the agreement by ballot.

Nortel's motion is clearly intended to promptly terminate the Retiree Benefits with little or no feedback from the retiree population. This is unfair and unreasonable. The impacted retiree population should have the opportunity to vote on any proposal to discontinue or revise the Retiree Benefit Plan.

Sincerely,

Raymond W Brecker
Retiree

585.288.0586
W2RXBrec@gmail.com