To: Clerk of the United States Bankruptcy Court for the District of Delaware

From: Marilyn J. Day (fulltime employee of Nortel Network Inc. – on long term disability (LTD)
Employee ID: 0247063

Re: Nortel Networks INC. Chapter 11. Case No: 09-10138(KG)
Motion Dated: JUNE 2, 2011
DESCRIPTION:
NOTICE OF DEBTORS MOTION FOR ENTRY OF AN
ORDER PURSUENT TO SECTION 1114 OF THE BANKRUPTCY CODE
APPOINTING AN OFFICIAL COMMITTEE FOR RETIRED EMPLOYEES

CC: Cleary, Gothlieb, Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP

Subject: REQUEST TO THE MOTION - DATED JUNE 2, 2011, Docket No. 5568

I, Marilyn J. Day, am currently on long term disability with Nortel Networks, Inc. I am requesting clarification to content of the Welfare of LTD PLAN Benefits participants mentioned in the Main Document of the motion. We, who are on LTD are mentioned, however, it appears that we will not have any voting representation on the Official Committee of Retired Employees. Since this committee is suppose to address the welfare aspects of former Nortel employees and current LTD employees (provided to us according to Nortel's Benefits policy: for life insurance, all aspects of medical/mental health insurance, disability pay through age 65, EAP, Pension, Retirement), I would request that the court create a parallel LTD committee, because some of the LTD benefits and needs differ greatly from the Retiree Benefits; i.e. the **absolute necessity of healthcare** - competent medical providers, prescriptions, mental health, open access insurance because of our medical conditions; the loss of disability paid (we are on a fixed income); total benefit coverage for our dependents; a group to provide assistance/counsel as Nortel's HR Shared Services does – like an ombudsman (advocate for elderly in The 1965 American Act on Aging).

I thought as a U.S. citizen that I would be protected under The American Disabilities Act, but I am not a lawyer. I personally have contacted the Department of Labor, Civil Rights office, my U.S. Representative, U.S. Senators, Texas State Representative, State of Texas Board of Insurance, and the attorneys for the Debtors and the Bankruptcy court. From my quest either by phone or letters, I have been informed that: I will not receive COBRA insurance because Nortel is self-insured; their department does not have the authority and/or handle people on LTD because of the Bankruptcy status; or it is against their oath of ethics. **It is very evident to me that the Nortel employees on LTD have fallen "through the cracks".**

As a Nortel employee, I felt proud to work for this company: innovative technology, a high caliber of people with a strong work ethic, who put out a product that made me proud to be associated with this company and proud to be produced in the United States. We gave products to the world that improved the quality of life and technology that saved lives.

Nortel Networks INC. Chapter 11. Case No: 09-10138(KG) Docket No. 5568
Marilyn Day
page 2

I do not understand how the LTD employees will communicate with the OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, or the LTD committee will communicate directly with the BANKRUPTCY COURT/Nortel Networks. Please clarify this and give us **equal** representation. If it pleases The United States Bankruptcy Court for the District of Delaware. I would like the court to respond to my request on the Motion. Also, would you please provide me with the list of all LTD employees, their contact information, and addresses?

We invested our careers in a 160-year-old stable company. I would request that your Honor would recognize us as professional, well-educated, hard-working employees, who under unfortunate circumstances are unable to fulfill our employment duties at this time. I know you are a judge of Honor. And request that we on LTD be treated as individuals with respect and dignity as stated in The American Act on Aging. So I humbly seek the court for justice.

Thank you,

*Marilyn J Day*   June 9, 2011

Marilyn J. Day Employee ID #0247063
2020 Fox Glen Drive
Allen, TX 75013
469-675-3612 phone

June 9, 2011