6/8/2011

Alan Heinbaugh
19816 Colby Ct. Saratoga, CA 95070
 Case # 09-10138 (KG)



Judge Gross's Chambers

824 North Market Street
3rd Floor
Wilmington, Delaware 19801

**Dear Honorable Judge Gross**

I am writing this letter as a personal and ethical appeal to you and the US courts. You are about
to decide on Nortel Networks submission for request to terminate our Long Term Disability
benefits. I would like to tell you a little bit about myself and my life and what the loss of the
benefits would do to our family. I would like to emplore you to not allow Nortel to do this.
Could we have a committee formulated under NUSRPC 1114 committee to determine the
ethical and socially cogent way to go?

I have been on disability for almost nine years. I fractured my neck playing rugby for college
and was hit by a drunk driver in 1998 that severely injured my back n spine. I finally went out
on disability in September 2002. I have had 4 surgeries to date to try and repair all the damage
done. I am disabled and in constant agony and bedridden the majority of the day. My days are
spent trying to get out of bed, physical therapy and agonizing pain n physical limitations. There
are 280 of us Nortel employees in the same position as I am.

I worked very hard in my life to put myself through college and had spent my life devoted to
my career and family. Part of my devotion was to pay into a LTD benefits program through
Nortel to help protect myself and my family from any financial hardships that may have come
from my disability. I paid into this special program with the knowledge that we would be
protected from any physically limiting eventuality. In order to pay into this program, I had to
give up my rights to state disability or any other programs outside the Nortel benefits. Never, in
my life time did I think a company would stoop low enough to cut off my benefits because of
fiduciary mismanagement. I watched Nortel dive deep into the depths of financial ruin due
solely to critical errors in judgment due to greed and ignorance, now, they want to just
terminate our benefits and leave us to our own demises. Now, I can't even qualify for programs
that should be available to me.

My family deeply depends on my benefits to survive. My daughter is very sick with very
serious health problems and the lack of these benefits will do her irreparable harm and would

19816 Colby Ct. Saratoga, CA 95070

• • •

be dangerous to her life. I can't begin to express the stress and terror I have been through this last year trying to think of how I am going to make ends meet and aid in my daughters health. I have lived a nightmare for so long now I don't know any other way of living. It is horrifying to think that without these benefits, I can't even afford my monthly medications let alone procedures, food, commodities and life needs for me and my family. We are horribly stressed out and I find myself breaking out in tears constantly thinking that human beings like me have decided to arbitrarily stop our benefits without the slightest concern for our wellbeing. Nortel has never even offered a solution or alternate to helping us out. Not even a buyout offer, no offer to absorb us when they reopen as a business, nothing! nada. I had devoted 12 hours a day to my job at Nortel and gave as much of me as I possibly could. I do believe it is ethically right for Nortel to do the same thing. You, Honorable Judge Kevin Gross are the architect of our futures and you hold in your hands the sold decision to render aid and assistance to very ill AMERICANS. I deeply implore you to please not allow Nortel to get away with such egregious lack of social ethical responsibilities. They have a duty and obligation to assist us especially when we paid for years into special programs to do just that, now they back out of their agreements when the times a terrible? This isn't what I have come to know about people and my country.

Please consider my request for assistance by you and our fair justice system and take a stand against the tyranny of big business and say NO NO NO!! They must find a way to compensate us. I WILL be on the street if I lose my benefits. We have already left our home and are all living separate places trying to save our lives. You will find a letter my lovely daughter wrote to you as well. She loves this country and wanted to tell you her story.

I humbly request that you consider a trust or a committee to decide how to help us. Please consider what will happen if Nortel is allowed to do this to our people. Thank you for your time Honorable Judge Kevin Gross. Please feel free to contact me anytime at 408 504 5106

In your hands,

Alan Heinbaugh
A Disabled American Patriot
19816 Colby Ct. Saratoga, CA 95070