IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                            Debtors.                           :    Jointly Administered
                                                               :
                                                               :
-------------------------------------------------------------- X


**CERTIFICATION OF COUNSEL REGARDING APPROVING
PROPOSED AGREED PROTECTIVE ORDER
BETWEEN THE DEBTORS AND CERTAIN BENEFICIARIES
OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN**

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Agreed Protective Order Between the Debtors and Certain Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan* (the "Protective Order"), attached as **Exhibit 1** hereto:

1.   On December 22, 2010 the Debtors filed a motion for an order (a) approving the stipulation by and between NNI and U.S. Bank National Association, (b) directing U.S. Bank National Association to turn over property to NNI, and (III) granting related relief related to the Nortel Networks U.S. Deferred Compensation Plan (the "Motion") [D.I. 4638].

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2. On February 8, 2011, the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (the "Objectors") filed an objection to the Motion (the "Objection") [D.I. 4897].

3. On February 16, 2011, the Objectors served on the Debtors certain interrogatories and requests for production of documents (the "Document Requests and Interrogatories") [D.I. 4947].

4. On March 18, 2011, the Debtors served their responses and objections to the Document Requests and Interrogatories (the "Responses and Objections") [D.I. 5125, 5126].

5. Thereafter, the Debtors and the Objectors negotiated and agreed to the form of the attached Protective Order to facilitate the disclosure of information and the production of documents.

6. The Protective Order has been circulated to counsel to the Official Committee of Unsecured Creditors (the "Committee"), and the Office of the United States Trustee (the "UST"). The Committee and UST do not object to the entry of the Protective Order.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Protective Order attached hereto as **Exhibit 1** and (ii) grant such other and further relief as is just and proper.

Dated:  June 10, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Jane A. Kim (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*