IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 5623-5625** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 7, 2011, I caused to be served the:

    a.  "Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)," dated June 7, 2011 [Docket No. 5623], (the "19th Omnibus Order"),

    b.  "Order Granting Debtors' Twentieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce and Allow Claims, No-Basis 503(b)(9) Claims, No Liability Claims, and Wrong Debtor Claims)," dated June 7, 2011 [Docket No. 5624], (the "20th Omnibus Order"), and

    c.  "Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid," dated June 7, 2011 [Docket No. 5625], (the "Satisfied Claims Order"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\19th Omni Ord, 20th Omni Ord, Satisfied Claims Ord_DI 5623-5625_AFF_6-7-11.doc

by causing true and correct copies of the:

    i.    19th Omnibus Order, 20th Omnibus Order and Satisfied Claims Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    19th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    20th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Satisfied Claims Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                Eleni Kossivas

Sworn to before me this
9th day of June, 2011

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |

| Claim Name | Address Information |
|---|---|
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. COUNSEL TO MICROSOFT CORPORATION 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEWEY & LEBOEUF LLP | LAWRENECE E. MILLER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST STE. 4000 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA; THEODORE A. KITTILA COUNSEL TO THE LTD GROUP 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONOTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |

| Claim Name | Address Information |
|---|---|
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GIBSON, DUNN & CRUTCHER LLP | 200 PARK AVENUE, 51ST FLOOR ATTN DAVID M FELDMAN, ESQ. MITCHELL A KARLAN, ESQ.; MATTHEW K KELSEY, ESQ. COUNSEL TO MICROSOFT CORPORATION NEW YORK NY 10166-0193 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP  COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ROGER G. SCHWARTZ; ADAM J. GOLDBERG 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LATHAM & WATKINS LLP | J. DOUGLAS BACON; ALICE DECKER BURKE; JOSEPH A. SIMEI 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR. 100 SOUTH BROAD STREET, SUITE 1530 PHILADELPHIA PA 19110 |

| Claim Name | Address Information |
|---|---|
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MATTHEW N. KLEIMAN, P.C. | MATTHEW N. KLEIMAN, ESQ. COUNSEL TO EXIDE TECHNOLOGIES 2506 NORTH CLARK STREET, SUITE 307 CHICAGO IL 60614 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |

| Claim Name | Address Information |
|---|---|
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PICKETT, JONES & ELLIOTT, P.A. | ATTN: BRUCE E. JAMESON, ESQ. 1310 KING STREET, BOX 1328 WILMINGTON DE 19899 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |

| Claim Name | Address Information |
|---|---|
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN: CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC.51 WEST 52N 51 WEST 52ND STREET NEW YORK NY 10019 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 PO BOX 708 WILMINGTON DE 19899 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  196**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| A TELECOM TELEINFORMATICA LTDA | SCS Q 07 BLOCO A SALA 822 ED PATIO SAU PEDRO RJ 70307-902 BRAZIL |
| ACCULOGIC, INC. | 175 RIVIERA DRIVE MARKHAM ON L3R 5J6 CANADA |
| ADP NATIONAL ACCT SERVICES | PRO BUSINESS, INC. MONETTE DAY 4125 HOPYARD RD PLEASANTON CA 94588 |
| ADP NATIONAL ACCT SERVICES | PRO BUSINESS, INC. ATTN: MONETTE DAY 4125 HOPYARD RD PLEASANTON CA 94588 |
| ALFRED WILLIAMS & CO | 1813 CAPITAL BLVD RALEIGH NC 27604 |
| ALONSO, BLANCA | 409 WASHINGTON AVE APT 2B BROOKLYN NY 11238-1828 |
| ALPHA NETWORKS INC. | C/O JOON M. KHANG, ESQ. KHANG & KHANG LLP 1901 AVENUE OF THE STARS, #200 LOS ANGELES CA 90067 |
| AMREP VENDOR INSPECTION SERVICE PTE | 10031 PINES BOULEVARD, SUITE 213 PEMBROKE PINES FL 33024 |
| ANDERSON GORECKI & MANARAS LLP | 33 NAGOG PARK ACTON MA 01720-3421 |
| ANDERSON GORECKI & MANARAS LLP | ANDERSON GORECKI & MANARAS LLP PO BOX 553 CARLISLE MA 01741 |
| APANI NETWORKS | C/O C T CORPORATION SYSTEM 818 WEST 7TH STREET LOS ANGELES CA 90017 |
| APANI NETWORKS | 1800 E IMPERIAL HIGHWAY, SUITE 210 BREA CA 92821 |
| APANI NETWORKS | 2929 E. IMPERIAL HWY, SUITE 110 BREA CA 92821 |
| APRIMO, INC. | ATTN: GEORGE LAWRENCE 900 EAST 96TH STREET SUITE 400 INDIANAPOLIS IN 46240 |
| ARKANSAS AUDITOR OF STATE | ATTN: ROB SCOTT, ADMINISTRATOR UNCLAIMED PROPERTY DIVISION 1401 WEST CAPITOL AVENUE, SUITE 325 LITTLE ROCK AR 72201 |
| ASM CAPITAL | 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL AS PURCHASER OF DAITO | PRECISION, INC. 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: TELOGY, LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: KEYTECH USA, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: KAISER ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: TAKE ONE PRODUCTIONS, LTD. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: WMS VISION INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| AURITAS LLC | 4907 INTERNATIONAL PKWY, SUITE 1051 SANFORD FL 32771 |
| AVATECH SOLUTIONS, INC. | 10715 RED RUN BLVD., SUITE 101 OWINGS MILLS MD 21117 |
| AVCON | AVCON INC PO BOX 4793 CARY NC 27519-4793 |
| BECKER MEISEL LLC | ATTN: LAUREN HANNON, ESQ. 354 EISENHOWER PKWY, PLAZA II, STE. 1500 LIVINGSTON NJ 07739 |
| BIG TIME | BIG TIME AUDIO 170 MULBERRY BEND JONESBOROUGH TN 37659 |
| BLAIR CONSULTING | 2250 COTTONWOOD CT. MIDLOTHIAN TX 76065 |
| BOULDER LOGIC LLC | 4678 LEE HILL DRIVE BOULDER CO 80302 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: BIG MOON MARKETING 92 UNION AVENUE CRESSKILL NJ 07626 |
| COMED | ATTN: BANKRUPTCY SECTION/REVENUE MGMT 2100 SWIFT DRIVE OAK BROOK IL 60523 |
| COMPUTER ASSOCIATES INTERNATIONAL, INC | ATTENTION: ROBERT AUSTEN, 5TH FLOOR ONE COMPUTER ASSOCIATES PLAZA ISLANDIA NY 11749 |
| CONTINENTAL RESOURCES INC | 175 MIDDLESEX TPKE, PO BOX 9137 BEDFORD MA 01730-9137 |
| CORNING GLASS WORKS | HOUGHTON PARK CORNING NY 14830 |
| CORNING GLASS WORKS | ONE RIVERFRONT PLAZA CORNING NY 14831 |
| CORNING INCORPORATED | PO BOX 75122 CHARLOTTE NC 28275-0122 |
| CORRE OPPORTUNITIES FUND LP | AS ASSIGNEE OF SASKEN COMMUNICATION 1370 AVENUE OF THE AMERICAS 29TH FL NEW YORK NY 10019 |
| DACA 2010L, LP | TRANSFEROR: FDR FORENSIC DATA RECOVERY 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: NEXTHOP TECHNOLOGIES INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |

| Claim Name | Address Information |
|---|---|
| DELTA ENERGY SYSTEMS (SWEDEN) AB | BOX 3096 VAXJO SE-350 33 SWEDEN |
| DUN & BRADSTREET | DUN & BRADSTREET C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| DUN & BRADSTREET | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM MD 21094 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: NORTH CAROLINA STATE UNIV. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: KONTRON MODULAR COMPUTERS GM ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PANGEA3 LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BECKER MEISEL LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FUTURE TELECOM INC | PO BOX 852728 MESQUITE TX 75185 |
| GARLICK, HARRISON & MARKISON | 1901 SURREY HILL DRIVE AUSTIN TX 78746 |
| GINTEL | 1601 N. PALM AVENUE, SUITE 304 D PEMBROKE PINES FL 33026 |
| GINTEL | C/O JORGE RODRIGUEZ 802 SW 146 TERR PEMBROKE PINES FL 33027 |
| HEMINGWAY & HANSEN LLP | D. SCOTT HEMINGWAY COMERICA BANK TOWER SUITE 2500 1717 MAIN STREET DALLAS TX 75201 |
| HIFN, INC. | 48720 KATO RD FREMONT CA 945387312 |
| HUNTON & WILLIAMS LLP | ATTN: LINDSAY K. BIGGS, ESQ RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| IEEE | 445 HOES LANE PISCATAWAY NJ 08854 |
| IMA CONSULTING | 3 CHRISTY DR STE 100 CHADDS FORD PA 19317-9663 |
| IMPULSE TECHNOLOGIES | 920 GANA COURT MISSISSAUGA ON L5S 1Z4 CANADA |
| INTECH GROUP, INC., THE | 305 EXTON COMMONS EXTON PA 19341 |
| KROLL ONTRACK INC. | ATTN: TAMMY DUNLAP 9023 COLUMBINE ROAD EDEN PRAIRIE MN 55347 |
| LEVY | LEVY RESTAURANTS 7994 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SANT CORPORATION, THE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: GINTEL ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LTC INTERNATIONAL INC | PO BOX 1625 ALLEN TX 75013-0027 |
| LUTHI & CO LAW OFFICES | AMERICA HOUSE PO BOX 33113 35 SHAUL HAMELECH BLVD TEL AVIV 64927 ISRAEL |
| MCMASTER CARR | MCMASTER CARR SUPPLY CO PO BOX 740100 ATLANTA GA 30374-0100 |
| MERCER HR | MERCER HUMAN RESOURCES CONSULTING 601 MERRITT 7 NORWALK CT 06851-1091 |
| MINI-CIRCUITS | PO BOX 350165 BROOKLYN NY 11235-0003 |
| MIR3 INC | 3398 CARMEL MOUNTAIN ROAD, SUITE 120 SAN DIEGO CA 92121 |
| MIR3 INC | 3398 CARMEL MTN RD, SUITE 120 SAN DIEGO CA 92121-1044 |
| MONETTE, MADELEINE | 2 CHARLTON STREET, APT 11K NEW YORK NY 10014 |
| MOVING SOLUTIONS | MOVING SOLUTIONS INC 927 WRIGLEY WAY MILPITAS CA 95035-5407 |
| MRV COMMUNICATIONS, INC. | 20415 NORDHOFF STREET CHATSWORTH CA 91311-6112 |
| MYCOM INTERNATIONAL | 4TH FLOOR THAMES CENTRAL 90 HATFIELD ROAD SLOUGH SL1 1QE UNITED KINGDOM |
| NEAL & HARWELL PLC | 150 FOURTH AVE NORTH NASHVILLE TN 37219-2498 |
| NEAL & HARWELL, PLC | GERALD D. NEENAN, ESQ. 150 FOURTH AVENUE NORTH, SUITE 200 NASHVILLE TN 37219 |
| NEW HORIZONS | 5400 S MIAMI BLVD STE 140 DURHAM NC 277038465 |
| PATTON BOGGS LLP | ATTN NANCY WASKOW, COLLECTION MANAGER 2550 M STREET NW WASHINGTON DC 20037 |
| PEOPLECLICK, INC. | TWO HANNOVER SQ 7TH FL RALEIGH NC 27601 |
| PERVASIVE SOFTWARE | 12365-B RIATA TRACE PARKWAY AUSTIN TX 78727 |
| PERVASIVE SOFTWARE INC | 12365-B RIATA TRACE PARKWAY AUSTIN TX 78727 |
| PHOENIX TELECOM SOLUTIONS, INC. | 1513 E MCFADDEN AVE SANTA ANA CA 92705-4307 |
| PORTER NOVELLI, INC. | ATTN: KELLY MENNE 1838 SOLUTIONS CENTER CHICAGO IL 60677-1008 |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | 225 5TH AVE STE 1200 PITTSBURGH PA 152222716 |
| REMFRY & SAGAR | ATTORNEYS AT LAW REMFRY HOUSE AT THE MILLENNIUM PLAZA SECTOR - 27, GURGAON - 122 002 NEW DELHI INDIA |
| REMFRY & SAGAR | 376-B (OLD NO. 202) AWAI SHANMUGAM SALAI CHENNAI 600086 INDIA |
| RERATE LIMITED INC. | 3340 N.E. 190 ST., #909 MIAMI FL 33180 |
| REVELWOOD INC | 14 WALSH DR PARSIPPANY NJ 07054 |
| RICHARD BLAND COLLEGE | 11301 JOHNSON ROAD PETERSBURG VA 23805-7100 |
| SANT CORPORATION, THE | ATTN: MARK CLAVER 10260 ALLIANCE ROAD CINCINNATI OH 45242 |
| SECURITAS SECURITY SERVICES USA | 2 CAMPUS DR PARSIPPANY NJ 07950 |
| SHARED TECHNOLOGIES INC | 580 VIRGINIA DR STE 141 FT WASHINGTON PA 19034-2723 |
| SHARED TECHNOLOGIES INC. | 1405 S BELTLINE ROAD COPPELL TX 75019 |
| SOLUTION SOURCES PROGRAMMING, INC. | 1600 N 4TH ST SAN JOSE CA 95112 |
| SS8 NETWORKS | SS8 NETWORKS INC 750 TASMAN DRIVE MILPITAS CA 95035 |
| SUNRISE CONTRACTING SERVICES, LLC | 4603 HILLSBOROUGH RD STE H DURHAM NC 27705 |
| SYSTEMS & SOFTWARE SERVICES | 522 SOUTH NORTHWEST HIGHWAY BARRINGTON IL 60011 |
| T-METRICS, INC. | 4430 STUART ANDREW BLVD CHARLOTTE NC 28217 |
| TANNOR PARTNERS CREDIT FUND II, LP | TRANSFEROR: TELESOFT 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK NY 10504 |
| TANNOR PARTNERS CREDIT FUND II, LP AS | ASSIGNEE OF " THE BIG WORD " 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK NY 10504 |
| TBG INSURANCE SERVICES, INC. | ATTN: MICHAEL GLICKMAN 100 N. SEPULVEDA BLVD. SUITE 500 EL SEGUNDO CA 90245 |
| TELE COMMUNICATION CONTRACTOR | VIA PORRAS NO. 65 SAN FRANCISCO PANAMA PANAMA |
| TELE COMMUNICATION CONTRACTOR | VIA PORRAS NO. 65, SAN FRANCISCO- PANAMA PANAMA PANAMA |
| TELE COMMUNICATION CONTRACTOR | P.O. BOX 0831-02179 PAITILLA PANAMA |
| TELLABS NORTH AMERICA | F/K/A/ TELLABS OPERATIONS INC. 1415 DIEHL ROAD NAPERVILLE IL 60563 |
| TELTRONICS, INC. | 2511 CORPORATE WAY PALMETTO FL 342218478 |
| TREASURER OF VIRGINIA | DEPARTMENT OF THE TREASURY, DIVISION OF UNCLAIMED PROPERTY PO BOX 2478 RICHMOND VA 23218-2478 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: ELEAD CORP, LLC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: SOAPSTONE NETWORKS INC. 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, LP 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY VIII, LP | TRANSFEROR: HELLMUTH, OBATA & KASSABAUM, 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE NV 89451 |
| VIRGINIA | VIRGINIA DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY P.O. BOX 2478 RICHMOND VA 23218-2478 |
| WHITLOCK | WHITLOCK GROUP, THE 3900 GASKINS ROAD RICHMOND VA 23233 |
| WHITMAN TOWN OF | 54 SOUTH AVE WHITMAN MA 02382-2052 |
| WI-FI ALLIANCE | 3925 WEST BRAKER LANE AUSTIN TX 78759-5316 |
| WILMER CUTLER PICKERING HALE AND DORR | LLP WILMERHALE LLP C/O CRAIG GOLDBLATT 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |
| WILMER CUTLER PICKERING HALE AND DORR | WILMERHALE LLP C/O CRAIG GOLDBLATT 1875 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20006 |
| WIREWERKS | WIREWERKS INC 10280 CHEMIN DE LA COTE-DE-LIESSE LACHINE H8T 1A3 CANADA |
| WITHROW & TERRANOVA, P.L.L.C. | 100 REGENCY FOREST DRIVE, STE 160 CARY NC 27518 |

**Total Creditor count  117**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ASM CAPITAL, L.P. | TRANSFEROR: WELLS FARGO BANK, N.A. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BT AMERICAS, INC | PROSKAUER ROSE LLP 1585 BROADWAY ATTN: SCOTT K. RUTSKY, ESQ. NEW YORK NY 10036 |
| BT AMERICAS, INC | 2160 EAST GRAND AVENUE ATTN: NEIL HOBBS EL SEGUNDO CA 90245 |
| COMPASS | COMPASS LEXECON 332 SOUTH MICHIGAN AVE CHICAGO IL 60604-4397 |
| JORDALE TECHNOLOGIES | 2280 ALFRED-NOBEL BLVD. 3RD FLOOR ST. LAURENT QC H4S 2A4 CANADA |
| JPMORGAN CHASE VASTERA PROFESSIONAL | SERVICES, INC., ATTN: DAVID J WARAGER VP & ASST. GN COUNSEL 1 CHASE MANHATTAN PLAZA, 25TH FLOOR NEW YORK NY 10005-1401 |
| JPMORGAN CHASE VASTERA PROFESSIONAL | JPMORGAN CHASE VASTERA PROFESSIONAL SERVICES, INC., ATTN: DAVID J WARAGER VP & ASST. GEN COUNSEL 1 CHASE MANHATTAN PLAZA, 25TH FLOOR NEW YORK NY 10005-1401 |
| OFS FITEL, LLC | ATTN: JANA KAPLAN 2000 NORTHEAST EXPRESSWAY SUITE 2H 02 NORCROSS GA 30071 |
| SODEXHO CANADA | 3350 SOUTH SERVICE RD BURLINTON ON L7N 3M6 CANADA |
| SODEXHO INC. & AFFILIATES | 4880 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| SODEXHO MARRIOTT SERVICES | SODEXHO 3500 CARLING AVE OTTAWA ON K2H 8E9 CANADA |
| SODEXHO MARRIOTT SERVICES | 195 WEST MALL TORONTO ON M9C 5K1 CANADA |
| SODEXO CANADA LTD. | 3350 SOUTH SERVICES ROAD BURLINGTON ON L7N 3H6 CANADA |
| T-SYSTEMS NORTH AMERICA INC | 701 WARRENVILLE ROAD LISLE IL 60532-1375 |
| WIRELESS (TX) LP | ALAN J. LIPKIN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019-6373 |
| WIRELESS (TX) LP | C/O W.P. CAREY & CO., LLC ATTN: DARREN POSTEL 50 ROCKEFELLER PLAZA NEW YORK NY 10020 |

**Total Creditor count 16**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 3G AMERICAS LLC | CHRIS PEARSON 1750-112TH AVE. NE #B220 BELLEVUE WA 98004 |
| ALPHA NETWORKS INC. | C/O JOON M. KHANG, ESQ. KHANG & KHANG LLP 1901 AVENUE OF THE STARS, #200 LOS ANGELES CA 90067 |
| ALTERNATE COMMUNICATIONS INTERNATIONAL | LTD 509B CENTRE ST SW HIGH RIVER AB T1V 2C2 CANADA |
| APPLIED SIMULATION TECHNOLOGY INC | 2025 GATEWAY PL STE 210 SAN JOSE CA 95110-1094 |
| ASM CAPITAL, L.P. | TRANSFEROR: HARRIS INTERACTIVE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BERKEMEYER ATTORNEYS & COUNSELORS | EDIFICIO JACARANDA 4TO PISO BENJAMIN CONSTANT 835 ASUNCION PARAGUAY |
| BT AMERICAS, INC. | PROSKAUER ROSE LLP 1585 BROADWAY ATTN: SCOTT K. RUTSKY, ESQ. NEW YORK NY 10036 |
| BT AMERICAS, INC. | 2160 EAST GRAND AVENUE ATTN: NEIL HOBBS EL SEGUNDO CA 90245 |
| COMTEL, S.A. | AVENIDA 4 SUR, NO. 30, BELLA VISTA APARTADO 0823-05880 PANAMA PANAMA |
| DATAMONITOR | 245 FIFTH AVENUE 4TH FLOOR NEW YORK NY 10016 |
| ELECTRONIC ENVIRONMENTS CORPORATION | 410 FOREST STREET MARLBOROUGH MA 01752 |
| FEDEX FREIGHT INC. FKA | FEDEX FREIGHT EAST & FEDEX FREIGHT WEST PO BOX 840 HARRISON AR 72602-0840 |
| GETABSTRACT INC | 20900 NE 30TH AVE SUITE 315 AVENNTURA FL 33180 |
| GFI, A DIVISION OF THOMAS & BETTS | MANUFACTURING INC. C/O BRETT D FALLON ESQ, MORRIS JAMES LLP 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| GFI, A DIVISION OF THOMAS & BETTS | BRETT D FALLON, ESQ MORRIS JAMES LLP 500 DELAWARE AVENUE SUITE 1500 WILMINGTON DE 19801 |
| GO TO MARKET INC DBA NEXT LEVEL | 9350 S DADELAND BLVD MIAMI FL 33156-2706 |
| LEXISNEXIS A DIVISION OF REED ELSEVIER | KIM CRAMER 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| MASSACHUSETTS MATERIALS RESEARCH | 1500 CENTURY DRIVE WEST BOYLSTON MA 01583-2115 |
| METIA SOLUTIONS INC | 10220 NE POINTS DR STE 200 KIRKLAND WA 980337864 |
| MRV COMMUNICATIONS, INC. | 20415 NORDHOFF STREET CHATSWORTH CA 91311-6112 |
| ORACLE USA, INC. | C/ O BUCHALTER NEMER, P. C. ATTN: SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105 |
| PHOENIX TELECOM SOLUTIONS, INC. | 1513 E MCFADDEN AVE SANTA ANA CA 92705-4307 |
| REVELWOOD INC | 14 WALSH DR PARSIPPANY NJ 07054 |
| SEDIN, S.A. | PO BOX 6211 GENEVA 6 CH-1211 SWITZERLAND |
| STEARNS WEAVER MILLER, ET AL | ATTN: CONNIE GRAVER, PARALEGAL MUSEUM TOWER, STE 2200 150 WEST FLAGLER STREET MIAMI FL 33130 |
| TALX CORPORATION | 11432 LACKLAND RD SAINT LOUIS MO 63146 |
| TMFECUADOR CIA. LTDA. | REPUBLICA DEL SALVADOR 1082 NACIONES UNIDAS EDIF. MANSION BLANCA P5 QUITO ECUADOR |
| TVSNET TECHNOLOGIES LIMITED | 7TH FLOOR MPL SILICON TOWERS NO. 23/1, VELACHERY TAMBARAM ROAD PALLIKARANAI CHENNAI-600100 INDIA |
| TVSNET TECHNOLOGIES LIMITED | TVSNET TECHNOLGIES LIMITED 701, UDYONG VIHAR, PHASE 5 HARYANA GURGAON 120024 INDIA |
| TVSNET TECHNOLOGIES LIMITED | TVSNET TECHNOLOGIES LIMITED #14, DOMLUR EXTN, 2ND STAGE 3RD PHASE BANGALORE 560 071 INDIA |
| TVSNET TECHNOLOGIES LIMITED | TVSNET TECHNOLGIES LIMITED 3RD FLOOR, VBC SOLITAIRE 47 & 49, BAZULLAH ROAD, T NAGAR TN CHENNAI 600 017 INDIA |
| UNITED BUSINESS MEDIA LLC | D/A TECHWEB AND EVERYTHING CHANNEL 600 COMMUNITY DRIVE, 3RD FLOOR MANHASSET NY 11030 |
| VANDYKE SOFTWARE | 4848 TRAMWAY RIDGE DR. NE, SUITE 101 ALBUQUERQUE NM 87111 |
| WIRELESS INTEGRATED NETWORKS INC. | NINOS HEROES 134 PTE. COL. CENTRO HERMOSILLO SONORA MEXICO CP 83000 MEXICO |
| WIRELESS INTEGRATED NETWORKS INC. | RICHARD K. WINTERS, MGR US OPERATIONS 23160 CARNOUSTIE DR PO BOX 1453 FOLEY AL 36535-1453 |
| WJF TELECOM LLC | 9410 DESOTO AVE # E CHATSWORTH CA 91311 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  36**