IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                          )      Chapter 11

*In re:*      )

      )      Case No. 09-10138 (KG)

Nortel Networks Inc., *et al*.      )

      )      Jointly Administered

      Debtors.      )      **Re: Docket No. 5202**

-----------------------------------------------------------X

**LIMITED OBJECTION OF MOTOROLA MOBILITY INC.
TO DEBTORS' MOTION FOR ORDER AUTHORIZING AND APPROVING THE
SALE OF CERTAIN PATENTS AND RELATED
ASSETS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS**

Motorola Mobility Inc. ("Motorola Mobility"), by and through its undersigned counsel, hereby files its limited objection ("Objection") to the above-captioned Debtors' ("Debtors") sale of certain patents and related assets ("Assets") free and clear of all claims and interests ("Sale"). In support of its Objection, Motorola Mobility states as follows:

**LIMITED OBJECTION**

As a precautionary measure, Motorola Mobility objects to the Debtors' Sale of Assets free and clear of all claims and interests to the extent such Sale limits Motorola Mobility's right to assert affirmative defenses in any lawsuit or other proceedings filed by any Successful Bidder[1] based on any of such Assets. Motorola Mobility further objects to the Debtor's Sale of Assets free and clear of all claims and interests to the extent such Sale limits Motorola Mobility's right

---

[1] Capitalized terms used herein but not defined herein shall have the meaning ascribed to them in the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving The License Rejection Procedures, (E) Approving A Side Agreement, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Patents And Related Assets Free And Clear Of All Claims And Interests, (B) The Assumption And Assignment Of Certain Executory Contracts, (C) The Rejection Of Certain Patent Licenses And (D) The License Non-Assignment And Non-Renewal Protections ("Motion").

to assert affirmative defenses in any lawsuit or other proceedings filed by a successor in interest to any Successful Bidder based on any of such Assets. This Circuit has expressly found that affirmative defenses are neither "interests" nor "claims" for purposes of sales made pursuant to section 363(f) of title 11 of the United States Code ("Bankruptcy Code"). <u>Folger Adam Security, Inc. v. DeMatteis/MacGregor, JV</u>, 209 F.3d 252, 254, 260 (3d Cir. 2000). Motorola Mobility hereby reserves all rights to assert any and all defenses to claims that may be brought against Motorola Mobility by any Successful Bidder or Successful Bidders of such Assets.

**WHEREFORE**, Motorola Mobility Inc. respectfully requests that the order approving the Sale include language (i) stating that the Sale of the Assets does not bar Motorola Mobility Inc.'s ability to assert any and all defenses, including, without limitation, affirmative defenses, in lawsuits or similar proceedings that may be brought against Motorola Mobility Inc. by any Successful Bidder or successor in interest; and (ii) granting Motorola Mobility Inc. such other and further relief as the Court deems just and proper.

Dated: June 13, 2011

**BLANK ROME LLP**

*/s/ Jane Ann Bee*
Jane Ann Bee (No. 5457)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
Tel: (302) 425-6485
Fax: (302) 428-5135
E-mail: bee@blankrome.com

DYKEMA GOSSETT PLLC
Michael Stolarski
Richard M. Bendix
Maria A. Diakoumakis
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 876-1700 | Fax: (312) 876-1155

CHICAGO\3282766.3
ID\MADI - 065742/0002
900202.12000/22030005v.1