# CERTIFICATE OF SERVICE

I, Jane Ann Bee, hereby certify that on June 13, 2011, I caused service of the attached **Limited Objection of Motorola Mobility Inc. to Debtors' Motion for Order Authorizing and Approving the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests** to be made on the parties listed below in the manner indicated.

> */s/ Jane Ann Bee*____
> Jane Ann Bee (No. 5457)

**Via Hand Delivery**

Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware 19801
Attn: Patrick Tinker

**Via E-Mail and Hand Delivery**

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801
Attn: Derek C. Abbott
dabbott@mnat.com
*Counsel to the Debtors*

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn: Christopher M. Samis
samis@rlf.com
*Counsel to the Committee*

900202.12000/22029868v.1

**Via E-Mail and Overnight Mail**

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 1006
Attn: James L. Bromley and Lisa M. Schweitzer
jbromley@cgsh.com
lschweitzer@cgsh.com
*Counsel to the Debtors*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Attn: Philip Mindlin, Adam O. Emmerich, Benjamin M. Roth
PMindlin@wlrk.com
AOEmmerich@wlrk.com
BMRoth@wlrk.com
*Counsel to the Stalking Horse Purchaser*

Torys LLP
79 Wellington Street West Suite 3000
Box 270
TD Centre
Toronto, Ontario M5K 1N2
Attn: Michael Rotsztain and Adam Slavens
mrotsztain@torys.com
aslavens@torys.com
*Counsel to the Stalking Horse Purchaser*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Fred Hodara, Stephen Kuhn, Kenneth Davis
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com
*Counsel to the Committee*

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10006
Attn: Roland Hlawaty
rhlawaty@milbank.com
*Counsel to the Bondholder Group*