**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date:   June 30, 2011 at 10:00 AM<br>Objection Date: June 13, 2011<br>**Docket Nos. 5359 & 5362** |

**RESERVATION OF RIGHTS BY ORACLE AMERICA, INC. REGARDING THE DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING THE LICENSE REJECTION PROCEDURES, (E) APPROVING A SIDE AGREEMENT, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN PATENTS AND RELATED ASSETS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, (C) THE REJECTION OF CERTAIN PATENT LICENSES AND (D) THE LICENSE NON-ASSIGNMENT AND NON-RENEWAL PROTECTIONS ("RESERVATION OF RIGHTS")**

Oracle America, Inc., successor-in-interest to Oracle USA, Inc. and Oracle Corporation, and in its capacity of being f/k/a Sun Microsystems, Inc. ("Oracle"), by and through its undersigned counsel, submits this Reservation of Rights in connection with Nortel Networks Inc.'s and its affiliates' ("Debtors") Motion for Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) The Sale of Certain Patents and Related Assets Free and Clear of all Claims and Interests, (B) The Assumption and Assignment

of Certain Executory Contracts, (C) The Rejection of Certain Patent Licenses and (D) The License Non-Assignment and Non-Renewal Protections ("Sale Motion") and in support thereof, respectfully states as follows:

**I.     INTRODUCTION**

1. Oracle is a contract counterparty of one or more of the Debtors, having contracted with both Canadian and American Debtor entities.

2. In connection with the Sale Motion, the Debtors filed a Joint Notice of (I) Solicitation of Initial Bid; (II) Public Auction and Sale Hearing; (II) Rejection of Certain Patent Licenses; and (IV) Related Relief and Dates ("Joint Notice").

3. Through the Sale Motion and Joint Notice, the Debtors outline various assignment and rejection procedures affecting contract counter-parties.

4. The Joint Notice indicates that the Debtors do not intend to reject or terminate (i) license agreements related to the patents being offered for sale (defined in the Joint Notice as "Covered Licenses"); (ii) Commercial Licenses[1]; and (iii) certain intercompany agreements among the Debtors and their affiliates. *See*, Joint Notice, at p. 3.

5. Based on the definition of a Commercial License provided in the Asset Purchase Agreement and at Exhibit B to the Joint Notice, Oracle is unable to determine whether its contracts fall into this, or any other category of licenses slated for assumption and assignment through the Sale Motion.

6. The Joint Notice states that license counter-parties will not receive a notice identifying such licenses, leaving contract counter-parties, such as Oracle, unable to determine if

---

[1] A Commercial License is defined in the Asset Purchase Agreement as the Pre-Divestiture Commercial Licenses, the Post-Divestiture Commercial Licenses and the End-User Licenses, which also are described in more detail in Exhibit B to the Joint Notice.

any or all of their agreements are being assumed, whether as a Commercial License, or otherwise.

7. Furthermore, the Proposed Sale Order attached as Exhibit D to the Sale Motion indicates that each counterparty to a License Agreement, Intercompany License, TSA, IPLA, GDNT License or Commercial License (all of which are defined in the Proposed Sale Order). . . "has been provided adequate notice of and opportunity to object to the License Non-Assignment and Non- Renewal Protections (as defined in the Sale Order at ¶28 (a)-(h)) and is hereby bound thereby." *See*, Proposed Sale Order at pg. 27.

8. Oracle has not received a notice regarding the treatment of its contracts and therefore presumes that the License Non-Assignment and Non Renewal Protection provisions are inapplicable to any Oracle agreements with the Debtors.

9. However, the obscure definitions and circuitous references to these licenses forces Oracle, and similarly situated counter-parties, to speculate as to its treatment.

10. Therefore, until further clarity on the intended treatment of the Oracle agreements is provided, Oracle reserves its rights to: (a) file a supplemental pleading setting forth its objection to the assumption and/or assignment of Oracle contracts, should any be identified; (b) object to the accuracy of any associated cure amount; (c) object to the accuracy of the affected contract descriptions; and (d) seek adequate assurance of future performance from the ultimate purchaser/assignee of the patents and other items subject to transfer via the Sale Motion.

| | |
|---|---|
| Dated: June 13, 2011<br>Wilmington, Delaware | Respectfully Submitted,<br>**MARGOLIS EDELSTEIN** |

     /s/James E. Huggett
James E. Huggett (#3956)
750 Shipyard Drive, Suite 102
Wilmington, Delaware  19801
Telephone:     (302) 888-1112
Facsimile:      (302)  888-1119
E-mail:           jhuggett@margolisedelstein.com

Amish R. Doshi, Esq.
**Magnozzi & Kye, LLP**
One Expressway Plaza
Roslyn Heights, New York 11577
Telephone:     (516) 299-5556
 Facsimile:     (516) 299-5598
 E-Mail:          adoshi@magnozzikye.com

Shawn M. Christianson, Esq. (CSB #114707)
**Buchalter Nemer, P.C.**
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770

Deborah Miller, Esq.  (CSB #95527)
Lesley Kothe (CSB #209512)
**Oracle America, Inc.**
500 Oracle Parkway
Redwood City, California  94065
Telephone:  (650) 506-5200

Attorneys for Oracle America, Inc.