**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

　　　　I, James E. Huggett, hereby certify that on June 13, 2011, I served a copy of the **Reservation Of Rights By Oracle America, Inc. Regarding The Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving The License Rejection Procedures, (E) Approving A Side Agreement, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Patents And Related Assets Free And Clear Of All Claims And Interests, (B) The Assumption And Assignment Of Certain Executory Contracts, (C) The Rejection Of Certain Patent Licenses And (D) The License Non-Assignment And Non-Renewal Protections ("Reservation Of Rights")** on the parties listed on the attached service in the manner indicated.

　　　　　　　　　　　　　　　　　　　  /s/ James E. Huggett　　　　　　
　　　　　　　　　　　　　　　　　　　James E. Huggett (#3956)