**SERVICE LIST**

Patrick Tinker, Esq.
Office of the United States Trustee
For the District of Delaware
Facsimile: (302) 573-6497

Office of the United States Trustee

Via Facsimile


Derek C. Abbott, Esq.
Morris, Nicols, Arsht & Tunnell, LLP
E-Mail:          dabbott@mnat.com

Co-Counsel For Debtors

Via Electronic Mail


Michael Rotsztain, Esq.
Adam Slavens, Esq.
Torys LLP
E-Mail:          mrotsztain@torys.com
                 aslavens@torys.com

Co-counsel for Ranger, Inc.

Via Electronic Mail


Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
E-Mail:          samis@rlf.com

Co-counsel for the Official Committee of Unsecured Creditors

Via Electronic Mail


James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary, Gottlieb, Steen & Hamilton, LLP
E-Mail:          lschweitzer@cgsh.com
                 jbromley@cgsh.com

Co-Counsel For Debtors

Via Electronic Mail


Philip Mindlin, Esq.
Adam O. Emmerich, Esq.
Benjamin C. Roth, Esq.
Wachtell, Lipton, Rosen & Katz
E-Mail:          PMindlin@wlrk.com
                 AOEmmerich@wlrk.com
                 BMRoth@wlrk.com

Co-Counsel for Ranger, Inc.

Via Electronic Mail


Fred Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin, Gump Strauss Hauer & Feld, LLP
E-Mail:          fhodara@akingump.com
                 skuhn@akingump.com
                 kdavis@akingump.com

Co-counsel for the Official Committee of Unsecured Creditors

Via Electronic Mail


Roland Hlawaty, Esq.
Milbank, Tweed, Hadley & Mccloy
E-Mail:          rhlawaty@milbank.com

Counsel to the Bondholder Group

Via Electronic Mail