### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | (Jointly Administered) |
| **NORTEL NETWORKS INC., et al.,** ) |  |
| ) | Case No. 09-10138 (KG) |
| Debtors. ) |  |

### AMENDED REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that as a result of change in firm, Amish R. Doshi, Esq., on behalf of Oracle America, Inc., amends its previously filed Request For Special Notice and hereby requests that notice of any and all proceedings in the above captioned case be given addressed as follows:

> **Amish R. Doshi, Esq.**
> **Magnozzi & Kye, LLP**
> **One Expressway Plaza, Suite 114**
> **Roslyn Heights, New York 11577**
> **Tel: (516) 299-5556**
> **Fax: (516) 299-5598**
> **E-Mail: adoshi@magnozzikye.com**

| | |
|---|---|
| Dated: June 13, 2011<br>Roslyn Heights, New York | **Respectfully Submitted,**<br><br>By:     /s/ Amish R. Doshi<br>        Amish R. Doshi, Esq.<br>Of Counsel<br>**Magnozzi & Kye, LLP**<br>One Expressway Plaza<br>Roslyn Heights, New York 11577<br>Telephone:    (516) 299-5556<br>Facsimile:    (516) 299-5598<br>E-Mail:    adoshi@magnozzikye.com<br><br>**Attorneys for Oracle America, Inc.** |