## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 13th day of June 2011, I caused a copy of the within *Objection of EADS Secure Networks S.A.S. to Debtors' Motion for Authority to Convey Substantially All of the Debtors' Residual Patents and Related Assets Free and Clear of Interests* to be served on the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing to be true and correct.

| | |
|---|---|
| June 13, 2011 | /s/ William A. Hazeltine |
| Date | William A. Hazeltine |

**HAND DELIVERY**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**HAND DELIVERY**
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**HAND DELIVERY**
Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**FACSIMILE**
Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza
South Tower, Suite 3800
200 Bay Street
Toronto, Ontario
(416) 216-3930

**FACSIMILE**
Sharon Hamilton
Ernst & Young Tower
222 Bay Street
P.O. Box 251
Toronto ON M5K 1J7
(416) 943-3300

**FACSIMILE**
Jay Carfagnini
Joseph Pasquariello
Goodsman LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
(416) 979-1234

**FACSIMILE**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999

**FACSIMILE**
Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-2000

**FACSIMILE**
Michael Rotsztain
Adam Slavens
Torys LLP
79 Wellington Street West, Suite 3000
Box 270
TD Centre
Toronto, Ontario M5K 1N2
(416) 865-7380

**FACSIMILE**
Fred Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Huaer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1002

**FACSIMILE**
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
(212) 822-5735