June 8, 2011

Re: Alan Heinbaugh/Nortel



To whom it may concern,

I am writing this letter out of much concern as Alan is my best friend. Alan suffers daily with chronic headaches, spinal and neck pain. He suffers more than any person I know. He was put on disability over 9 years ago due to not being able to sit for extended lengths of time, not being able to sit at a computer, not being able to get up in the AM and have a normal day. He twitches and moves constantly to try to get comfortable. His pain gets so bad he vomits at least once or twice days a week. Not one day goes by that he doesn't have pain and suffering due to his illness and disability.

Since the Nortel announcement last June 2010, Alan is worse than ever. Not only does he suffer due to being ill but now how he has to worry about taking care of himself and his family. There is no possible way this man can work. I am afraid for him and his well being.

I am an ex Nortel employee and a hard working American. I honestly cannot believe a company is allowed to do this and cut these disabled people off like this. I plead to those who can help Alan to not let Nortel throw these people away and disregard them like they seem to be doing. This past year has been a tremendous stress on Alan and those who love him.

Janice Lennox