Judge Gross's Chambers

824 North Market Street
3rd Floor
Wilmington, Delaware 19801



To Whom It May Concern:

I have just been informed of this pivotal event that can and will destroy my family; Nortel has terminated our benefits. I cannot fathom life without these necessities, how do you expect my family to survive? We are in desperation, and you can save us by continuing to give us our benefits and let us lead a life of happiness. My father is physically unable to work, due to this we will be stranded and my family will fall apart. I am personally begging you to find some kindness and compassion in your heart to prevent my father from suffering for the rest of his life, and allowing my family to keep some sort of love for living to continue existing. I do not want to watch them suffer any more from the dire situation that we are currently in. We are at your mercy, we need help. I am only 16 and I also have severe health issues that affect every aspect of my life. I cannot help sustain my family; I depend on my family, to such an extent, that only one with health problems could ever understand. I need these benefits to ensure my health, taking them away will have great effect upon my life productivity. With no income, I will have to leave my high school, suffer in agony, and watch my family crumble to pieces. We will lose everything, from our house to the substance we place in our stomachs. We NEED these benefits to continue living, without them, I am afraid to think about what will happen.

Heather Heinbaugh