## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on June 13, 2011, I caused one copy of the foregoing document to be served upon the parties on the attached service list via in the manner indicated.

_____
Leigh-Anne M. Raport (#5055)

{00074510;v1}

Nortel Networks, Inc.
Case No. 09-10138

**HAND DELIVERY AND FACSIMILE**
Christopher M. Samis
RICHARDS LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax: (302) 651-7701
*(Counsel to the Committee)*

**U.S. MAIL AND FACSIMILE**
James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
*(Counsel to the Debtors)*

**U.S. MAIL AND FACSIMILE**
Fred S. Hodara
Stephen Kuhn
Kenneth Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002
*(Counsel to the Committee)*

**INTERNATIONAL MAIL AND FACSIMILE**
Michael Rotsztain
TORYS LLP
79 Wellington Street West
Suite 3000, Box 270, TD Centre
Toronto, Ontario M5K 1N2
Canada
Fax: (416) 865-7380
*(Counsel to Ranger, Inc.)*

**HAND DELIVERY AND FACSIMILE**
Derek C. Abbott
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989
*(Counsel to the Debtors)*

**HAND DELIVERY AND FACSIMILE**
T. Patrick Tinker
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Fax: (302) 573-6497
*(United States Trustee)*

**U.S. MAIL AND FACSIMILE**
Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Fax: (212) 403-2217
*(Counsel to Ranger, Inc.)*

**U.S. MAIL AND FACSIMILE**
Roland Hlawaty
MILBANK TWEED HADLEY & MCCLOY
One Chase Manhattan Plaza
New York, NY 10006
Fax: (212) 530-5219
*(Counsel to the Bondholder Group)*

**INTERNATIONAL MAIL AND FACSIMILE**
Jennifer Stam
NORTON ROSE OR LLP
Royal Bank Plaza
South Tower, Suite 3800, 200 Bay Street
Toronto, Ontario M5J 2Z4
Canada
Fax: (416) 216-4000
*(Counsel to the Canadian Debtors)*

{00526940;v1}