June 10, 2011

The Honorable Kevin Gross,
Care of Clerk of the Court
824 North Market Street Flr. 3
Wilmington, Delaware 19801

Dear Judge Gross:

I am one of the 245 employees on Long Term Disability (LTD) with Nortel. I am writing because I have hope that providing information and insight will assist you in making your decisions.

You see, I must have hope. Without hope, I would not be here today. I am a Stage 4 Breast Cancer survivor. I have been fighting my battle for years, over 150 rounds of chemotherapy, 25 rounds of radiation; and I have lost my hair 6 times.

Today, I am the primary care giver for my father who is 87 and currently in the hospital. I am taking the time and more importantly the energy, to write this letter because it is so important to <u>our</u> well being. Losing my health care insurance would be **catastrophic** for me. Chemotherapy drugs cost $5000./treatment. My current regime requires 2 doses a month. In addition, I receive other drugs to strengthen my bones that cost over $1000./treatment. Without these miracle drugs, I would not be here today.

In addition, the drastic loss of income will affect us dramatically. I am almost 56 and not eligible for much retirement income.

I urge you to consider that we are not 245 LTDers, but 245 human beings with many responsibilities and needs. I appreciate that you for took the time to read my letter.

Respectfully,

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137