To: Clerk of the United States Bankruptcy Court for the District of Delaware

From: Daniel D. David (EMPLYEE OF NORTEL NETWORKS INC - A LTD RECIPIENT)
(3678) EMP. ID 0903957

Re: Nortel Networks INC. Chapter 11. Case No: 09-10138(KG)
Motion Dated: JUNE 2, 2011
DESCRIPTION:
NOTICE OF DEBTORS MOTION FOR ENTRY OF AN
ORDER PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE
APPOINTING AN OFFICIAL COMMITTEE FOR RETIRED EMPLOYEES

CC: Cleary, Gothlieb, Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP

Subject: REQUEST TO THE MOTION - DATED JUNE 2, 2011

I, Daniel D. David, am currently on long term disability and am concerned about our LTD PLAN Benefits mentioned in the Main Document of the motion, however, I do not understand whether the LTD COMMITTEE will communicate with the OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, or the LTD committee will communicate directly with the BANKRUPTCY COURT/Nortel Networks.

Please let me know with the utmost urgency the direction we should take regarding the creation of a parallel LTD committee, because some of the LTD benefits differ greatly from the retiree benefits.

If it pleases The United States Bankruptcy Court for the District of Delaware. I would like the court to respond to my request on the Motion. Also, could you please provide me with the list of all LTD employees, their contact information, and addresses?

Thank you,

_Daniel D. David_  6/7/2011
--------------------------------------------------------------
Daniel D. David (3678) Employee ID 0903957
2105 possum trot rd.
Wake Forest, NC 27587

Phone: (919) 554-9291
Cell  : (919) 441-6398