6-9-11

Sandra Grills
632 Post Oak Dr
Plano TX 75025

Honorable Judge Kevin Gross
care of Clerk of the Court
824 N. Market St
3rd Floor
Wilmington DE 19801

Dear Judge Gross,

I am on long-term disability with Nortel Networks due to a back & neck injury and Fibromyalgia.

I understand that Nortel has once again filed suit to discontinue benefits for their disabled employees.

My husband is also a retired employee of Nortel, Norman Grills, and he is also disabled now due to multiple strokes. We have custody of my 16yr old grandson and losing my income and/or benefits would be crushing to our household.

Please consider the impact this would have on loyal employees and their families and futures.

Thank you for your kind consideration in this matter.

Sincerely,
Sandra Grilles