**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | : | Chapter 11 |
|  | : |  |
| **Nortel Networks Inc., *et al.*,** | : | Bankruptcy No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | Hearing date: June 30, 2011 at 10:00 a.m. (ET) |
|  | : | Objections due: June 23, 2011 at 4:00 p.m. (ET) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING MICROSOFT CORPORATION TO FILE UNDER SEAL PORTIONS OF SALE OBJECTION AND EXHIBIT THERETO**

**TO:**  NOTICE PARTIES LISTED ON MOTION

PLEASE TAKE NOTICE that Microsoft Corporation has filed the *Motion for Entry of An Order Authorizing Microsoft Corporation to File Under Seal Portions of Sale Objection and Exhibit Thereto* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that you are required to file a response to the Motion on or before June 23, 2011 at 4:00 p.m. ET (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon Microsoft's undersigned counsel so as to be received by the Objection Deadline:

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON JUNE 30, 2011 AT 10:00 A.M. ET BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801, OR AT SUCH OTHER TIME THEREAFTER AS THE COURT MAY INDICATE.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: Wilmington, DE<br>June 13, 2011 | BROWN STONE NIMEROFF LLC<br><br>/s/Jami B. Nimeroff<br>Jami Nimeroff, Esquire (No. 4049)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 428-8142 Tel<br>(302) 351-2744 Fax<br>jnimeroff@bsnlawyers.com<br><br>and<br><br>David M. Feldman, Esquire<br>Matthew K. Kelsey, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4000 Tel<br>(212) 351-6351 Fax<br>DFeldman@gibsondunn.com<br>MKelsey@gibsondunn.com<br><br>*Counsel for Microsoft Corporation* |