**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **Nortel Networks Inc.,** *et al.*, | : | **Bankruptcy No. 09-10138 (KG)** |
|  | : |  |
| Debtors. | : | **Jointly Administered** |
|  | : |  |
|  | : | **RE:** |

**ORDER AUTHORIZING MICROSOFT CORPORATION TO FILE
UNDER SEAL PORTIONS OF SALE OBJECTION AND EXHIBIT THERETO**

Upon consideration of the Motion for Entry of Order Authorizing Microsoft Corporation to File Under Seal Portions of Sale Objection and Exhibit Thereto (the "**Motion**"); and the Court having reviewed all pleadings related thereto; and the Court having found that notice of the Motion being adequate and sufficient under the circumstances; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. Microsoft Corporation is hereby granted permission to file under seal those confidential portions of its Limited Objection of Microsoft Corporation to Motion of Debtors to Sell Certain Patents and Related Assets Free and Clear of All Claims and Interest and Related Relief and the Exhibit thereto, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: _____, 2011                        _____
                                                                              Honorable Kevin Gross
                                                                              United States Bankruptcy Judge