IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | } | Chapter 11 |
| | } | |
| Nortel Networks Inc., et al. | } | Case No. 09-10138 (KJG) |
| | } | |
| Debtors | } | Jointly Administered |
| | } | |
| | } | Hearing Date: June 21, 2011 |
| | } | Objection Due: June 14, 2011 |

## OBJECTION OF LINDA E. REED TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

Linda E. Reed, a retiree of Nortel Networks Inc., does hereby object to the Motion of Nortel Networks Inc. for entry of an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees ("Motion") for the following reasons:

1. The Motion does not specify the number of members the Committee will contain.
2. The Motion does not specify how the members of the Committee will be chosen.
3. The Motion does not specify whether the Committee will consist of executive retirees, exempt employees, non-exempt employees or a combination of employees.

WHEREFORE, Linda E. Reed, respectfully requests that the Court oppose the Motion.

Dated June 8, 2011

/s/ Linda E. Reed
LINDA E. REED
115 Kearney Court
Nolensville, TN 37135
(615-414-3673)