## Exhibit A

**Patent Cross License Agreement**

**FILED UNDER SEAL**