# CERTIFICATE OF SERVICE

I, Jami Nimeroff, hereby certify that on this 13th day of June, 2011, I did cause a true and correct copy of the foregoing **Limited Objection of Microsoft Corporation to Motion of Debtors to Sell Certain Patents and Related Assets Free and Clear of All Claims and Interest and Related Relief,** to be served, **in redacted form,** upon the persons on the attached Service List via the methods noted.

I further certify that on this 13th day of June, 2011, I did cause a true and correct copy of the foregoing **Limited Objection of Microsoft Corporation to Motion of Debtors to Sell Certain Patents and Related Assets Free and Clear of All Claims and Interest and Related Relief** to be served, **in unredacted form,** upon the following counsel for the Debtors via the methods noted:

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Clearly Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, NY   10006
*Via Hand Delivery*

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware   19801
**Counsel to Debtors**
*Via Overnight Mail*

Dated:   June 13, 2011            /s/Jami B. Nimeroff
                                                  Jami B. Nimeroff

## SERVICE LIST

| | | |
|---|---|---|
| Derek C. Abbott, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>**Counsel to Debtors**<br>*Via Hand Delivery* | James L. Bromley, Esquire<br>Lisa M. Schweitzer, Esquire<br>Clearly Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza,<br>New York, NY 10006<br>**Counsel to Debtors**<br>*Via Facsimile and First Class Mail* | Philip Mindlin, Esquire<br>Adam O. Emmerich, Esquire<br>Benjamin M. Roth, Esquire<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>**Counsel to Ranger, Inc.**<br>*Via Facsimile and First Class Mail* |
| Michael Rotsztain, Esquire<br>Adam Slavens, Esquire<br>Torys LLP<br>79 Wellington Street West<br>Suite 3000, Box 270<br>Toronto, Ontario M5K 1N2<br>**Counsel to Ranger, Inc.**<br>*Via Facsimile and First Class Mail* | Fred Hodara, Esquire<br>Stephen Khun, Esquire<br>Kenneth Davis, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Bank<br>New York, NY 10036<br>**Counsel to Committee**<br>*Via Facsimile and First Class Mail* | Christopher M. Samis, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>**Counsel to Committee**<br>*Via Hand Delivery* |
| Roland Hlawaty, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10006<br>**Counsel to Bondholder Group**<br>*Via Facsimile and First Class Mail* | Patrick Tinker, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>**Counsel to United States Trustee**<br>*Via Hand Delivery* | |