## CERTIFICATE OF SERVICE

I, Alisa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Fifteenth Supplemental Declaration of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb & Hamilton LLP as Counsel for Debtors and Debtors In Possession** was caused to be made on June 13, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  June 13, 2011                             */s/ Alissa T. Gazze*
                                                Alissa T. Gazze (No. 5338)

4197702.2