# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:   Chapter 11
*In re*   :
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.,*   :
:   Jointly Administered
:
Debtors.   :   **Rel. Dkt. Nos. 5202, 5658**
:   **Hearing Date: June 30, 2011 @ 10:00**
:
:
---------------------------------------------------X

## JOINDER OF VERIZON COMMUNICATIONS INC. AND ITS AFFILIATES IN AT&T'S LIMITED OBJECTION TO SALE OF PATENTS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS

Verizon Communications Inc., on behalf of itself and its affiliates (collectively, "Verizon"),[1] hereby join, and adopt and incorporate all of the arguments and supporting authorities set forth in, the Limited Objection of AT&T to Sale of Patents Free and Clear of All Claims and Interests (Docket No. 5658) (the "AT&T Objection") filed on June 13, 2011.

WHEREFORE, Verizon respectfully requests that all of the relief sought in the AT&T Objection be granted as to Verizon as well.

---

[1] The definition of Verizon includes, without limitation, (i) all current, former and future, direct or indirect, wholly-owned subsidiaries of Verizon Communications Inc. and their affiliates (including, without limitation, Verizon Corporate Services Group Inc., Verizon Services Corp., Verizon Network Integration Corp., Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. d/b/a Verizon Business Services and the local operating telephone company subsidiaries of Verizon Communications Inc.); (ii) Cellco Partnership d/b/a Verizon Wireless and its affiliates; and (iii) any successors in interest or assignees of the foregoing.

{09032:MOT:10144689.DOC}3082492v1

Dated: June 13, 2011

    Respectfully submitted,

    ARNALL GOLDEN GREGORY LLP
    Darryl S. Laddin
    Frank N. White
    171 17th Street, N.W., Suite 2100
    Atlanta, Georgia 30363
    (404) 873-8500
    dladdin@agg.com

    -and-

    SMITH KATZENSTEIN JENKINS LLP

    /s/ Kathleen M. Miller
    Kathleen M. Miller, Esq. (No. 2898)
    800 Delaware Avenue, 10th Floor
    P. O. Box 410
    Wilmington, DE 19899
    (302) 652-8405
    kmiller@skjlaw.com

    ATTORNEYS FOR VERIZON