Judge Kevin Gross
Care of Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801



My name is Nancy Wilson. I have been on disability since February of 1997. I have had several illnesses and surgeries, including brain surgery, several inner ear surgeries, two back surgeries, foot surgery, and elbow surgery. I have recently been diagnosed with rheumatoid arthritis and am going through different medications for treatment. Throughout these years there has not been a time that I could not have gainful employment.

I am thanking the court for any consideration of my during this hearing.

*Nancy Wilson*
Nancy Wilson