June 7, 2011

To whom this concerns,

My name is Thelma Watson and I am currently on long term disability from Nortel Networks. I am suffering with severe fybromyalgia,chronic pain,depression,sleep apnea etc. Allowing Nortel to do away with our LTD and Health Insurance will be devistating for my family.I have been employed since August 1986 and was led to believe these benefits would never be taken away.

Any help you can give us will be greatly appreciated.

Thank You for your time,

Thelma Watson

P.O.Box 971

Bath,Sc. 29816

603-496-1183

Thelma Watson    6-7-11

1