Judge Gross's Chambers
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Wednesday, June 08, 2011

**RE: Nortel Long-Term Disability Employee, Deborah M. M. Jones**

Dear Honorable Judge Gross,

I suffer from three (3) permanent conditions that each and of themselves are totally disabling per the testing and medical care I receive from experts in each of their respective specialties. I have a number of complicating medical conditions such as Neuro-Cardiogenic Syncope that requires I stand up/down slowly and do not stand in one spot but for short periods of time as something is wrong between the neurological regulation of my blood pressure and other areas I don't really understand that result in me passing out as my blood pressure plummets; uncontrolled Irritable Bowel Syndrome that does not allow me to digest food properly; Asthma, etc.

In addition to all of these "extra" conditions there are three (3) primary conditions that pushed me onto Long-Term Disability (LTD): I suffer a significant Cognitive Disorder, Central Nervous System Hypersomnolence and Chronic Fatigue Syndrome. I fought the pain and fatigue for over six (6) years before I was forced to succumb to my physicians recommendations that I can no longer be gainfully employed. This was very hard to accept, I am still working on accepting it everyday since I went out on LTD back in June 2008; it is not easy for one who was working since they were a teenager and loves to be productive. I cannot even read books I once embraced as my comprehension and memory retention has deteriorated so much. I am lucky if I can remain awake for 7-hours in Total across different periods of a given day as I am constantly exhausted and fall asleep. The pain across my body, across my joints, muscles, migraines, etc is unbearable and nothing relieves it. If I try to push to do anything like weed the garden for an hour or so, this exertion results in me being flat out in bed for day(s) at a time. In essence, I am fortunate indeed if on any given day I can accomplish what would be a minor task for most. Thank God my Mom provides assistance in monitoring my medicines and manages daily activities such my finances and even writing this letter so the thoughts are coherently communicated.

When I joined Nortel in September 1997, the Long-Term Disability Plan was Not self-insured. I really could Not say when that transition took place from fully insured to self-insured. However, I do know that when my Mom or I spoke with a number of Nortel Human Resources representatives on different occasions during Nortel's declaration of bankruptcy, we raised our concerns to them and were verbally assured that my benefits would remain in place until age 65.

I respectfully ask the Court to please help Nortel provide a just settlement for myself and other disabled employees with a monetary settlement that will allow us to meet our daily living expenses as well as provide access to affordable health care. I am only forty-five (45) years of age and know that without the LTD pay and health benefits, it's going to be impossible to try to provide for myself through age sixty-five (65). I enrolled in Nortel's LTD plan in good faith, hoping I would never need it but trusting Nortel that it would be there for me if I ever did.

Thank you very much your Honor for your time and consideration,

Miss Deborah M. M. Jones, 8 Fairview Acres, Wellsboro, PA 16901

/mj