Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC 28079
(704) 882-9006

June 7, 2011

The Honorable Kevin Gross
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Judge Gross,

I am writing to request that the motion to create a committee to represent Nortel Long-Term Disability employees is approved. Termination of pay and insurance will cause a truly harsh burden on these employees who are least able to provide for themselves. One reason for my choice to work for Nortel was Nortel's promised security through disability insurance benefits at the time of employment.

In 1992, during my fifth year at Nortel, I was injured in a skiing accident at the age of 31. This accident was not due to any fault of negligence. The result is C6-quadriplegia, basically complete paralysis below the shoulders with very limited movement in the arms and no movement in the hands. I require assistance daily in dressing, bathing, toileting, skin care, and food preparation. I also require a modified van for transportation. I can list many more needs. My loving wife is my sole caregiver, and has dedicated her life to my, and our, well being.

My wife and I have been able to financially afford the above care on Nortel's disability payment of $1286 and Social Security payment of $1513 per month during the last nineteen years. We own an accessible house with a mortgage of $629 per month. With no other debt, we are in a better position than most. However, with only Social Security income, our lifestyle will be well below the poverty level. Most items I purchase cost more since they have to be adapted for my use. Also, I must hire help to perform tasks most people do themselves. Medical supplies, if not covered by insurance, can alone run about $500 per month. I have tried to get additional life insurance for years and have been denied for pre-existing conditions, even though paralysis has little effect on life span. We have fourteen more years of Nortel disability left.

I was injured in 1992, years before Nortel began experiencing any financial troubles. I am not bitter at Nortel; I believe that Nortel made some poor decisions. I also realize that Nortel's creditors deserve payment. However, the creditors losses will not have nearly the devastating effect that the loss of income and insurance will have to the Long-Term Disability employees. In fact Nortel's insurance has kept me out of a nursing home and, hence, alive. However, I have had to adjust my financial life to live on my 1992 income with no cost of living wages from Nortel. For a family of two to live on $33,000 a year is difficult, to live on $18,000 is impossible.

Sincerely,

Mark A. Phillips