John S. Elliott
5 North Road
Berlin, N.H. 03570
June 8, 2011

The Honorable Judge Kevin Gross,
Care of Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Dear Judge Gross,

I am writing you this letter today because I am a Nortel Networks Employee who has been out on Long Term Disability (LTD) since June 18th, 2010. I am 62 years old and I have worked for Nortel Networks since August 16th, 1993 in various positions, with the last one working as a SAP Materials Specialist in the Information Technology Department.

In June of 2004, I found out that I had Prostate Cancer. I had a Prostatectomy in August of that year, but after the operation my PSA level never went to 0 (zero) and basically was told that the "horse was out of the barn" and that my cancer had spread. For the next five years I went through Chemotherapy, Hormone Therapy, as well as various other treatments. In May of 2006, it was confirmed that my cancer had metastasized to my hips, spine and ribs. I continued working full time going through Hormone Therapy trying to keep the cancer at bay.

In September 2009, my cancer was no longer responding to Hormone Therapy and I started experiencing excruciating bone pain as my cancer spread. I have been on high doses of pain meds ever since. On December 18th, 2009 I went back on Chemo Therapy and went out on Short Term Disability. I continued through the spring of 2010 on Chemo Therapy until my doctor determined that it was no longer effective and that my quality of life had gone downhill. In Sept-Oct of 2010 I went through Radiation Therapy to try to hit some of the "hot spots" in my hips and spine to give me pain relief. This whole time my PSA continues to increase. As an Advanced Prostate Cancer Patient, my options for treatment are very minimal. I was lucky in March of this year to get on a Clinical Trial for a new drug called Zitiga ( Abiraterone). So far I am responding well and my PSA is coming down, and I am getting some pain relief. This drug was finally approved by the FDA in late April.

Not to go on and on with this, but as you can imagine, the cost of all of this WITH insurance is still very expensive with all of the deductibles & co-pays. For example the cost of treatments at the Oncology Center is over $3500 per month. Thank God Insurance pays for most of that. Now that "Zitiga" has been approved by the FDA, the cost of the pills is $5,100 per month if you don't have Insurance. I now have to pay $130 per month, plus another $84 for pain medication.

If I lose my LTD Salary and Insurance Benefits from Nortel Networks, I have no idea what I will do. Social Security Disability Pay which I am now on is minimal and I won't qualify for Medicare until June of 2012. I feel that Nortel is throwing all of us on LTD "under the bus".

I ask that you please consider those of us on Long Term Disability with compassion as you render a judgment on Nortel's proposal to end our benefits

Sincerely yours,

John S. Elliott