Judge Kevin Gross  
Care of clerk of the court  
824 North Market St  
3rd floor  
Wilmington, Delaware 19801

06-07-2011  
Case No. 09-10138 (KG)

Dear honorable Judge Kevin Gross

   I am on long term disability from Nortel Networks Inc, due to Leukemia.
I am suffering from Acute Promyelocytic Leukemia, for which I am being treated with Chemotherapy and other drugs.
Letter from Bankruptcy Court indicated that Nortel Networks is looking to terminate the long term disability benefits.
Dear honorable Judge, it will be devastating financially and emotionally for my family and I, if disability benefits are terminated. This disability income is a life line for us. Please do not let this happen.

                                            Sincerely,  
                                            Najam Dean  
                                            6 Augusta Dr  
                                            Millbury, MA 01527