# Webmail

Print

**Subject: Nortel Networks Inc. Chapter 11, Case No: 09-10138 (KG)**
**From: Larry Blair <nas34me@hughes.net>**
**Sent: Wednesday, June 08, 2011 8:21:58 PM**

My name is Leonard L. Blair I'am a LTD recipient (2101) G.ID. 0190739 and very concerned about my benefits.I'am going through Cancer,and just recently had a major Stroke I only have one side of Carotid Artery pumping blood to my brain.The discontinuation of my benefits would mean no Insurance,no medicine,no Doctors. I have to take alot of meds. Also my wife would have nothing,We would probably will lose our home and everything we have. Judge I would like you to consider my urgency in this matter. I have a little over a year before I can retire and I would like to be able to do this for my wife.

Regards,
Leonard L. Blair