*Felicia Jones Mann*

525 North Academy Street
Cary, North Carolina 27513
(919) 469-1912
Flemann@aol.com

June 7, 2011

Judge Kevin Gross
Care of Clerk of Court
824 North Market Street
Third Floor
Wilmington, Delaware 19801
302-252-2900

Dear Sir/Madam

I am Felicia Jones Mann, a Nortel employee presently on long term disability. I actively worked at Nortel beginning in September of 1982 until October 1992.

As stated above, I am now disabled due to a neurological disorder. I have to use a walker at all times. The reason for this letter is to ask you to consider the Nortel employees presently on disability. I rely on the check and also the group insurance I receive from Nortel for every aspect of living. The check helps with rent, bills, food, clothing, etc. I have eight prescription meds that I have to take daily which without money I would more than likely not be able to get. The group insurance make these meds affordable for me.

I am a married woman but separated and heading for divorce. I am begging you to please consider me and the others that Nortel seems to care nothing about when making your decision.

If I lose the check and insurance I really don't know how I would survive. I am not able to work!

Thank you for taking the time to read this letter.

Sincerely,

Felicia Jones Mann