IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 5202 & 5658** |
| | ) | |

**OBJECTION OF QWEST CORPORATION, ON BEHALF OF ITSELF AND ALL OF ITS AFFILIATES, TO DEBTORS' MOTION FOR ORDERS (I) (A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING THE LICENSE REJECTION PROCEDURES, (E) APPROVING A SIDE AGREEMENT, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE HEARING AND ; (II) AUTHORIZING AND APPROVING (A) THE SALE CERTAIN PATENTS AND RELATED ASSETS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, (C) THE REJECTION OF CERTAIN PATENT LICENSES AND (D) THE LICENSE NON-ASSIGNMENT AND NON-RENEWAL PROTECTIONS**

Qwest Corporation, on behalf of itself and all of its affiliates (collectively, "Qwest"), objects to Debtors' Motion for Orders (i) (a) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures and Bid Protections, (c) Approving the Notice Procedures and the Assumption and Assignment Procedures, (d) Approving the License Rejection Procedures, (e) Approving a Side Agreement, (f) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date for the Hearing and; (ii) Authorizing and Approving (a) the Sale Certain Patents and Related Assets Free and Clear of all Claims and Interests (b) the Assumption and Assignment of Certain Executory Contracts, (c) the Rejection of Certain Patent Licenses and (d) the License Non-Assignment and Non-Renewal Protections (the "Sale Motion"; D.I. No. 5202). In support of this

objection, Qwest asserts the objections and arguments set forth in the Limited Objection of AT&T to Sale of Patents Free and Clear of All Claims and Interests (the "AT&T Objection"; D.I. 5658), which Qwest, as a similarly situated party-in-interest, incorporates in its entirety by reference herein.

WHEREFORE, for the reasons set forth in the AT&T Objection, Qwest respectfully requests that the Court (i) deny the relief requested in the Sale Motion, and (ii) grant such further relief as the Court deems just and proper.

Dated: June 13, 2011   By:   /s/ Kurt F. Gwynne
                             Kurt F. Gwynne (No. 3951)
                             Timothy P. Reiley (No. 5435)
                             REED SMITH LLP
                             1201 Market Street, Suite 1500
                             Wilmington, DE 19801
                             Phone: (302) 778-7550
                             Facsimile: (302) 778-7575

                             Counsel for Qwest

US_ACTIVE-106483647.3-KFGWYNNE-886504-60013