IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, hereby certify that, on the 13th day June 2011, I caused a true and correct copy of **OBJECTION OF QWEST CORPORATION, ON BEHALF OF ITSELF AND ALL OF ITS AFFILIATES, TO DEBTORS' MOTION FOR ORDERS (I) (A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING THE LICENSE REJECTION PROCEDURES, (E) APPROVING A SIDE AGREEMENT, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE HEARING AND ; (II) AUTHORIZING AND APPROVING (A) THE SALE CERTAIN PATENTS AND RELATED ASSETS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, (C) THE REJECTION OF CERTAIN PATENT LICENSES AND (D) THE LICENSE NON-ASSIGNMENT AND NON-RENEWAL PROTECTIONS** to be served upon the addressees listed on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

| | |
|---|---|
| **VIA HAND DELIVERY & FACSIMILE**<br>Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Alissa T. Gazze, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 1901<br>Facsimile: (302) 658-3989<br>(Counsel to Debtors) | **VIA FIRST CLASS MAIL & FACSIMILE**<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Facsimile: (212) 225-3999<br>(Counsel to Debtors) |
| **VIA HAND DELIVERY & FACSIMILE**<br>William P. Bowden, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Facsimile: (302) 654-2067<br>(Counsel to AT&T) | **VIA FIRST CLASS MAIL & FACSIMILE**<br>Pamela Jones Harbour, Esq.<br>David A. Rosenzweig, Esq.<br>Sue Ross, Esq.<br>Peter Guirguis, Esq.<br>Fulbright & Jaworski L.L.P.<br>666 Fifth Avenue<br>New York, NY 10103<br>Facsimile: (212) 318-3400<br>(Counsel to AT&T) |
| **VIA FIRST CLASS MAIL & FACSIMILE**<br>James W. Grudus, Esq.<br>AT&T<br>One AT&T Way<br>Bedminster, NJ 07921<br>Facsimile: (832) 213-0157<br>(Counsel for AT&T) | |

US_ACTIVE-106483647.3-KFGWYNNE-886504-60013