Judge Kevin Gross
c/o Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware
19801

Dear Sir,

My name is Vada Wilson. I have been an employee of Nortel since 1984. In 1998 I was diagnosed with Carpel Tunnel Syndrome in both my hands and arms. I have swollen hands and arms all the time, and pain too. This was caused by repetitive motion as a result of my job.

I also have Osteoarthritis in my back. I have diabetes also.

I am on medicines that I can not afford if my benefits are cut or are canceled in any way. I am now on a fixed income. It would put a big burden on me.

Nortel only pays me a low monthly check.

Please take my situation in when you consider your judgement.

Thank you for your time,
Vada Wilson