## *GUSSIE H. ANDERSON*

171 CHAPEL LOOP
MANDEVILLE, LA 70471
Res. (985) 845-3543
Mobile (985) 807-7233
Other (601) 225-4566

Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

TO: The Honorable Judge Gross

My name is Gussie H. Anderson, an employee of Nortel Networks for 10 years. I have disabling Rheumatoid Arthritis, Fibromyalgia, and diabetes. My Nortel disability income and medical insurance is critical to me. My medical and prescription drug costs are significant; and without insurance I cannot afford the medication, medical tests, or doctor appointments.

Since learning of the Nortel bankruptcy filing, I have placed my home on the market for sale, however due to market conditions; it has NOT sold. Without this disability income or some form of restitution, I will be unable to maintain my home or medical care.

Judge Gross, I am asking you to PLEASE consider the plight of those on Long Term Disability. If my LTD benefits are terminated – I don't know what I will do.

Thanking you in advance for your consideration.

*Gussie H Anderson*
Gussie H. Anderson