Lynette K. Seymour

16711 Rivendell Lane

Austin, TX 78737

512.350.6708

June 10, 2011

Judge Kevin Gross

Case No. 09-10138 (Nortel Networks)

United States Bankruptcy Court of District of Delaware

IN SUPPORT OF:    MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS (DOCKET #5595)

Honorable Judge:

I am a Nortel Employee (Employee ID 5035140) currently receiving Long Term Disability Benefits. I have been receiving these benefits since September 2004, when I became unable to perform my duties as Sales Engineer due to Thoracic Outlet Syndrome.

This letter is to urge the court to grant the Motion for an Entry of an Order Appointing an Official Committee of Long-Term Disability Plan Participants (Docket #5595).

I would like to describe for the Court the nature of my disability, its impact on my life and employment, and how disastrous it will be if the disability benefits on which I depend are terminated or severely altered.

### BACKGROUND:

I had been a happy, very successful Network Engineer/Sales Engineer for 14 years (from a Nortel team of 20 engineers, I was one of only two people not laid off) when I started experiencing the symptoms of repetitive stress in my arms and hands. Quickly the symptoms escalated to where I suffered intense pain from typing or mousing, frequent numbness of hands and arms, and difficulty performing basic activities. By the time I was diagnosed with bilateral Thoracic Outlet Syndrome, my symptoms had

progressed to the point where I was in such excruciating pain that I could not work at my computer for more than 10 minutes a day. The constant computer use (and driving to work sites) left me with such searing pain in my arms and hands that I couldn't even pick up my teacup or hold a fork to eat. After undergoing Carpal Tunnel surgery on both hands and then Thoracic Outlet Decompression Surgery (removal of the first rib and scalene muscles) on the left and right sides, there was some relief from the numbness but the disabling pain continued.

I tried to go back to work after the fourth surgery, but I was physically incapable of doing my job. Even with drastic accommodations, such as working from home and using voice dictation software, excruciating pain from writing and computer use forced me to finally heed my doctor's insistent order to stop working. I hated to give up the job I loved, but I had no choice - that's when I applied and was approved for Long Term Disability.

Since that time in September 2004, my condition has worsened and I have been declared totally disabled for gainful employment. The details of my daily struggle with pain and limitations are not germane to this case, but what is relevant is the fact that I am absolutely unable to sustain not just my former engineering position at Nortel, but any job that provides a livable salary. I am unable to drive except for very short distances; I am unable to use the computer (this letter is typed using speech recognition software, which is far too slow to be used real-time at a job and which is incapable of performing computer tasks other than dictation, i.e. it cannot navigate, draw network diagrams, understand router or programming commands, etc). I am unable to write, to hold a book, or to do just about anything requiring use of the arms and hands.

I have tried to find other occupations I might be able to perform with my physical limitations – I even sought career counseling – but have not found anything I am capable of doing to support myself. I tried to return to school in order to become trained for a different vocation, but had to quit after only a few weeks due to my physical inability to drive to class, write, hold my book open during class, etc.

What that means is that if my Nortel LTD benefits are discontinued, it will be a catastrophic loss for me because I will have no way to regain the lost income and lost insurance benefits because my condition is chronic, incurable, and **I will never be able to work again.** This is especially devastating because, like the other LTD recipients, I was completely unaware that this situation could ever happen. At the time of my hire date in 2000 – and for several years thereafter - the employee Benefits Handbook and the LTD Summary Plan Description (SPD) both stated that the STD/LTD plans were "administered by The Prudential Insurance Company of America." (I notice that they have changed this in the 2010 Flex Benefits guide, where the plan is plainly stated to be self-funded.) Like most new employees, I was misled to assume that Prudential was the Insurance *Provider*. It was only recently, when it was too late and I was already disabled, that I learned that Nortel's LTD plan is in fact Self-Funded and, under ERISA rules, there is no bond or reserve requirement to ensure ability to pay claims in the event of bankruptcy or dissolution of the company. If I had understood this at the time, I would have certainly sought external disability insurance just in case of this type of scenario.

Also, while an active employee, I paid a portion of the premiums for the LTD insurance coverage. It seems insane that we could be cut off - through no fault of our own - from benefits for which we (in some cases) partially paid, when now we can't work and we cannot purchase another disability policy. Even if I tried to go back to work (and if someone would even hire me as an engineer, with my health history and my long list of medical restrictions) – history has proven that within weeks I would be rendered unable to perform my job duties due to crippling, disabling pain, yet I could not get disability insurance now that I have been declared "totally disabled" for seven years! I have called three national disability insurance providers and each told me that they could not underwrite a policy which would cover my current diagnosed condition.

**The Effect if LTD Benefits are Terminated**

Unlike some retirees and LTD recipients, I am at least fortunate to receive Social Security Disability payments and to have Medicare Parts A & B for medical coverage. However, my Social Security income is not nearly enough to pay my most basic living expenses. I rely on my Nortel LTD income to pay my mortgage, pay all of my out of pocket medical costs including doctor bills and prescription drug co-pays, property tax, and other necessities. I also rely on my LTD income to save a little bit for retirement. Also, Medicare currently covers only a small fraction of my actual medical costs; the majority of my medical costs are paid by my Nortel medical plan (Blue Cross Blue Shield).

I have required six surgeries during the past eight years. I have required months and months of physical therapy. In the past five months alone, I have had four cortisone injections to relieve severe pain and restore function to various areas. I could never have afforded any of these necessary procedures if I had to rely on just Medicare without the additional coverage from Nortel's plan. I could certainly never have afforded these treatments with just my Social Security income and Medicare! **I thank God that I did have Nortel benefits so that I could have the surgeries and continuing procedures that I needed - otherwise I really don't know how I could have endured.** Over the past two years, my doctors' bills have averaged over $900 a month, of which roughly 80% was paid by Nortel's plan. My prescription drug costs have averaged $860 a month, of which Nortel's plan covered 78%. Without my LTD income and insurance, my out of pocket medical and prescription drug costs will skyrocket, and yet my income will decrease by 70%. I would not be able to afford the costs out-of-pocket, and I also could not afford a supplemental Medicare medical and prescription plan. (I don't even know for sure whether I would be considered eligible for a supplemental Medicare plan in light of my existing condition.) I am a single woman with no children and no family members living within 2000 miles; I have no one on whom to depend for financial assistance to help with these costs if necessary.

The condition I have, Thoracic Outlet Syndrome, is a chronic condition that is not curable but does require ongoing medical treatment in order to manage symptoms and help me maintain some level of functionality. It is not a life-threatening illness, but it is a life of intense pain and minimal functionality. I take several very potent pain medications every day to help mediate the pain. Sometimes the only thing that helps me get through is the knowledge that there is a pill to take the pain down a notch, or a

cortisone shot to make it possible to wash dishes or use a razor with a little less agony. **If Nortel discontinues its LTD benefits, there is no question that I will not be able to afford the treatments and medications I need to make life bearable.** I don't know if it's possible for a healthy person to contemplate what that kind of life would be like; I would ask the court to ponder this with great seriousness. We LTD'ers are real people; we have real lives, we have real pain, and we have real families who need us to be able to participate in life.

Of course the best possible scenario would be for Nortel to continue providing our LTD payments and benefits. I realize that this is highly unlikely, and therefore I believe the next best thing is to grant the formation of a Committee of Long Term Disability Plan Participants to represent and negotiating in the interest of the LTD individuals.

### Necessity for LTD Committee

It is imperative that an LTD committee be formed for the sole purpose of negotiating an LTD settlement, separate from the Retirees' settlement. While Nortel Retirees are also in a very tenuous position, my (and other LTDer's) case is different in the fact that, by the very nature of our disabilities, we have no means for returning to the workforce in attempt to make up for lost income and benefits. Also, **for the LTD group, the loss of medical insurance benefits is potentially as damaging as the loss of income.** Given the current political landscape, it is unknown whether we can count on Medicare being able to fulfill our needs, and it also unknown - for those ineligible for Medicare - whether those of us with "pre-existing conditions" will be accepted by and be able to afford an alternate health insurance plan. **The LTD group has different requirements and priorities then the Retiree group when it comes to negotiating a settlement with Nortel.**

### Requested Action for the Court

I hereby petition the Court to:

(1) Grant the MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS (DOCKET #55957)

(2) Consider myself, Lynette K. Seymour, as a volunteer to serve on the fore-mentioned committee. I request to be a volunteer for this committee only if it is possible to participate in this committee via teleconference or video conference. If physical presence is required for participation, I respectfully withdraw my motion to volunteer.

Thank You for your Consideration.

_Signed Lynette K. Seymour_      _June 10, 2011_
Signed Lynette K. Seymour                Date

Sincerely,

Lynette K. Seymour