*Mrs. Remajos Brown*
*2353 Sword Drive*
*Garland, Texas 75044-6036537*

June 8, 2011

HONORABLE KEVIN GROSS,
Motion with the Clerk of the United States Bankruptcy Court
For the District of Delaware
824 MARKET STREET
3RD FLOOR
WILMINGTON, DELAWARE 19801

## LETTER OF OBJECTION

Dear Honorable Kevin Gross:

I am writing to you with an objection in reference to Chapter 11 Case No. 09-10138 (KG). I am a NORTEL employee that is on LTD (long-term disability). I have suffered with chronic back pain for over (15) fifteen years; because a co-worker pulled a chair I was sitting in from the back while I was working. I went to my supervisor, and told her about the situation and nothing was done. Over the years when I went to Nortel H/R, I was told that since my doctor placed me on permanent disability I would receive medical benefits and disability pay until I was 65 years of age, or until I decided to retire or become deceased. Nortel promised that they would take care of me until I was 65 years of age and that I had nothing to worry about. Now Nortel is trying to terminate this promise. My husband and I depend on my insurance with Nortel since he was laid off his job. While my husband worked; we paid for insurance with both his company and with Nortel.

When I was hired with Nortel one of the main reasons I went with them was because of the benefits package. I, like many others, took lower pay to get the good benefits. I strongly feel that Nortel is now treating me as a number not a responsible Disabled Employee. I have followed all of Nortel's rules, I have done everything Nortel has requested of me including surgery (which made things worse) and yet they are still attempting to break their promise. I always thought that a verbal promise is a contract. I pray that you do **NOT** allow Nortel to break their promise to provide me and many others on LTD with their rightful benefits and pay. I know that I worked hard for the company and I was working hard

when my injury occurred. I was such a dedicated worker that I worked at home for a period of time, while on STD (short-term disability). Without my benefits I will not be able to afford my medications that make it possible for me to live with the pain (documented) that I have on a daily bases. My lifestyle has changed due to the pain that I suffer and now Nortel is attempting to leave myself and others destitute, homeless, on public assistance or worse. The stress related issues that I've had to deal with because of Nortel is just plain outrageous! Please, I beg of you, do *NOT* allow Nortel to continue to treat their LTD Employees and their Retired Employees in this manner.

I thank you so very much for reading my letter, and allowing me to have my voice heard. With kindest regards, I am

Sincerely,

Remajos Brown