John J. Rossi
1568 Woodcrest Dr.
Wooster, Ohio 44691

June 8, 2011

Judge Gross
824 N. Market St.
Wilmington, De. 19801

Dear Judge Gross,

      I am on LTD from Nortel Networks I just had a Liver Transplant 7 months ago and I am on many anti- rejection drugs plus all the doctor visits that I have to do. Losing my benefits from Nortel is going to impact me in a very serious way. I belong to a group which has asked Elliot Greenleaf to represent me an the others in the 1114 motion from them. Sir I gave Nortel the best work see enclosed letter. Just to get this liver was a miracle in itself You have to go to allot of Doctors they check everything Heart, Kidneys, Lungs they stress you and then you go before a panel just to get on the list. Now I am going to lose my Health and other benefits when this bankruptcy goes though or you might say different I do not know I just know that maybe they should have given this gift I received to another because some of my medications cost over $1000. A month. I know there is not allot you can do but I just wanted you to know that when Nortel says LTD er's it is not just a number it is real people who did work and are now in need. I am also a Vietnam Vet my son went to Iraq 2 times he is 3rd generation Army so whatever you say in the court I will understand. As I am not allowed to travel yet per the Doctor's thank you for just letting me vent.

      Your truly,

      *[signature]*

      John J. Rossi

# TOP GUN RECOGNITION STATEMENT

## John Rossi

John did a terrific job in getting the change of span of control from Legacy system to Partition on the Touch America Project. The scope of work included 53 network elements from Laurel, MT to Kent, WA and from Laurel, MT to Aurora, CO. During the upgrade there were lots of problems including fiber breaks during the software upgrade from Release 1.42 to Release 5.03 on the OC-192 Ring.

The exemplary work on John's part occurred during week 9 and the customer, John Peters (Touch America) was very pleased at the way the problems were handled and resolved.

Presently, John is working on the ELI project in Portland and has managed to get the OC-192 MOR plus installed, tested and operating from Ross, WA to Portland, OR in only 2 weeks!! He has met or completed all his K-dates early!

He has been mentoring Terry Dufek, Cheryl Williams and Jim Sorrell. I find that he has shown the teamwork and expertise needed to get our inexperienced new personnel on the right track.

Note: see letter next page:

# John Rossi

**From:** Mccoy, Kenneth [WWP1:0982-I:EXCH]
**Sent:** Monday, March 08, 1999 9:18 AM
**To:** Cummings, Mical [CONV:0261:EXCH]
**Cc:** Benschop, Bud [NLA:0271-M:EXCH]; Rossi, John [CONV:0261:EXCH]
**Subject:** John Rossi

Hi Mike,

I just wanted to drop you a quick note to let you know how impressed I was with John Rossi during the software upgrade wk.9. We were faced with a crisis situation that turned out to be totally unrelated to us, but during the crisis, John was very calm, and showed a lot of poise. I think his demeanor helped the customer feel at ease, and allowed us to isolate the problem more quickly. Once the problem was isolated (a fiber break by a Touch America technician), correcting it was easy. John's "grace under pressure" helped us through a tough situation.

Kenny

Kenny McCoy
Optical Networks Systems Engineering
(720) 708-4682
kmccoy1@nortelnetworks.com

