IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 5202, 5658 |
| | Hearing Date: June 30, 2011 @ 10:00 a.m. |

**JOINDER OF SPRINT NEXTEL CORPORATION IN AT&T'S LIMITED OBJECTION TO SALE OF PATENTS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS**

Sprint Nextel Corporation ("Sprint"), hereby joins in the Limited Objection of AT&T to Sale of Patents Free and Clear of All Claims and Interests (the "AT&T Objection"). [Docket No. 5658.] In support of this objection, Sprint asserts the objections and arguments set forth in the AT&T Objection and incorporates the AT&T Objection in its entirety as if fully set forth herein.

WHEREFORE, for the reasons set forth in the AT&T Objection, Sprint respectfully requests that the Court (i) deny the relief requested in the Sale Motion, and (ii) grant such further relief as appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5772), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

| | |
|---|---|
| Dated: June 13, 2011 | SPRINT NEXTEL CORPORATION |

                By:   /s/ Brett D. Fallon
                        Brett D. Fallon (DE Bar No. 2480)
                        MORRISJAMES LLP
                        500 Delaware Ave., Suite 1500
                        Wilmington, DE 19801-1494
                        Telephone: (302) 888-6888
                        Facsimile:  (302) 571-1750
                        bfallon@morrisjames.com

                        David I. Swan, Esquire
                        McGuireWoods LLP
                        1751 Tysons Boulevard, Suite 1800
                        McLean, VA 22102-4215
                        Telephone: (703) 712-5000
                        Facsimile:  (703) 712-5050
                        dswan@mcguirewoods.com