**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------ } | |
| In re: } | Chapter 11 |
| } | |
| Nortel Networks Inc., *et al.*,[1] } | Case No. 09-10138 (KG) |
| } | |
| } | (Jointly Administered) |
| Debtors. } | |
| } | Re: Docket Nos. 5202, 5658 |
| } | Hearing Date: June 30, 2011 @ 10:00 a.m. |
| ------------------------------------------------ } | |

## CERTIFICATE OF SERVICE

I, Brett D. Fallon, Esquire, hereby certify that, on the 13th day June 2011, I caused a true and correct copy of the Joinder of Sprint Nextel Corporation in AT&T's Limited Objection to Sale of Patents Free and Clear of All Claims and Interests was served on all parties receiving notice through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5772), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Dated: June 13, 2011                              SPRINT NEXTEL CORPORATION

                                                  By:    /s/ Brett D. Fallon
                                                           Brett D. Fallon (DE Bar No. 2480)
                                                           MORRISJAMES LLP
                                                           500 Delaware Ave., Suite 1500
                                                           Wilmington, DE 19801-1494
                                                           Telephone: (302) 888-6888
                                                           Facsimile:  (302) 571-1750
                                                           bfallon@morrisjames.com

                                                           David I. Swan, Esquire
                                                           McGuireWoods LLP
                                                           1751 Tysons Boulevard, Suite 1800
                                                           McLean, VA 22102-4215
                                                           Telephone: (703) 712-5000
                                                           Facsimile:  (703) 712-5050
                                                           dswan@mcguirewoods.com