# EXHIBIT A

# FORM UNDERTAKING

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                               :    Chapter 11
:
Nortel Networks Inc., et al.,[1]                    :    Case No. 09-10138 (KG)
:
            Debtors.                                :    Jointly Administered
:
:
---------------------------------------------------------------X

**DECLARATION OF [_____] WITH RESPECT TO CERTAIN CONFIDENTIAL INFORMATION PRODUCED PURSUANT TO THE PROTECTIVE ORDER**

I, _____, under penalty of perjury, state that:

My residence address is _____.

My current employer is _____.

My business address is _____.

My business telephone is _____.

My current occupation is _____.

I have received a copy of the Agreed Protective Order between the Debtors and Certain Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan [D.I. ____] in the above captioned proceedings (the "Protective Order"), a copy of which is attached hereto. I have read and understand the provisions of the Protective Order. I will comply with all of the provisions of the Protective Order.

Promptly upon termination of the "Disputes," as defined in the Protective Order, I will return to counsel for the Party from which I received the Protected Information, or destroy, erase or delete, as the case may be, all Protected Information that came into my possession, and the

portions of any documents or things that I have prepared that contain or refer to Protected Information.

_____
(Signature)