IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------- x | | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
: SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 14, 2011, I caused to be served:

**JOINDER OF SPRINT NEXTEL CORPORATION IN AT&T'S LIMITED OBJECTION TO SALE OF PATENTS FREE AND CLEAR OF ALL CLAIMS AND INTERESTS**
[Docket No. 5687]

Service was completed upon the parties on the service list, attached hereto as Exhibit A, via hand delivery, and upon the parties on the service list, hereto as Exhibit B, via facsimile.

Dated: June 14, 2011

William W. Weller

SWORN AND SUBSCRIBED before me this 14th day of June, 2011.

Notary
My Commission Expires: 12/22/12

[Notary seal: JULIE L. ZEBLEY, COMMISSION EXPIRES DEC. 22, 2012, NOTARY PUBLIC, STATE OF DELAWARE]

# **EXHIBIT A**

**SERVICE LIST**:

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

# EXHIBIT B

**Counsel to the U.S. Debtors:**

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) (with copy of Agreement), and

Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott) (with copy of Agreement)

**Counsel to Ranger Inc.:**

Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Fax: (212) 403-2000 (Attention: Philip Mindlin, Adam O. Emmerich and Benjamin M. Roth), and

Torys LLP 79 Wellington Street West, Suite 3000, Box 270, TD Centre, Toronto, Ontario, M5K 1N2, Fax: (416) 865-7380 (Attention: Michael Rotsztain and Adam Slavens)

**Counsel to the Official Committee of Unsecured Creditors:**

Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred Hodara, Stephen Kuhn and Kenneth Davis), and

Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis)

**Counsel to the Bondholder Group:**

Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5735 (Attention: Roland Hlawaty),

**Counsel to the Canadian Debtors:**

Ogilvy Renault LLP, Attn: Jennifer Stam, Royal Bank Plaza, South Tower, Suite 3800, 200 Bay Street, Toronto, Ontario, Canada, Facsimile: (416) 216-3930 (with copy of Agreement),

**The Monitor:**

Ernst & Young Tower, 222 Bay Street, P. O. Box 251, Toronto, ON M5K 1J7 Canada (Attention: Sharon Hamilton) Fax: (416) 943-3300 (with copy of Agreement)

**Counsel to the Monitor:**

Goodmans LLP, Attn: J.A. Carfagnini and Joseph Pasquariello, Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7, Facsimile: (416) 979-1234 (with copy of Agreement)

**Office of the United States Trustee:**

844 King Street, Suite 2207, Wilmington, Delaware 19801, Fax: (302) 573-6497 (Attention: Patrick Tinker)