IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
In re                                                                      :     Chapter 11
:
Nortel Networks Inc., et al.,[1]                         :     Case No. 09-10138 (KG)
:
                              Debtors.       :     Jointly Administered
:
:
------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

AMC Technology, LLC hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3012).

Dated: Midlothian, Virginia
        March 28, 2011

                                            AMC Technology, LLC

                                            Name/Title: Anthony X Uliano, Pres/CTO
                                            Tel.: (804) 419-8600
                                            Fax: (804) 419-8609
                                            Email address: anthony.uliano@amctechnology.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

NEWYORK:2372330.1