Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

June 9, 2011

Good Day Your Honor:

My name is Michael Thompson and I am an employee of Nortel Networks that has been forced into Long Term Disability.

I suffer from sever osteoarthritis (Genetic) in my joints and my back which have resulted in joint replacements and surgeries in efforts to eliminate pain and restore movement to the damaged areas.

Throughout my career I have always paid for the maximum insurance available to protect my family. I never in a million years expected to have to use it. As much as I hate to admit that I am disable, I also have to admit that I have to depend on the insurance so I will have some type of income to help me support my family which includes two young son's. This insurance also affords the medical attention I continue to require. I would trade anything to have my health back and be able to go to work each day and provide my family with great educations and a promising future.

It is a shame that Nortel Networks has fallen from the once prominent company we had all worked so hard to build. Worst than that, is dedicated disable employees could be terminated and released without any type of support from the proceeds of the company's closure. Each of us paid monthly for our insurance with the belief that if needed there would be help. Becoming part of this group, I cry each day to hear the pain, the suffering and the hope to live each member of this group endures.

In closing, I beg the court your honor, to help the Disabled Employees of Nortel Networks. Is paying back debt more important than helping the people that worked hard for the company? Is it a matter of good business or good ethics?

Thank you for you time

Michael Thompson
564 Old Candia Road
Candia, NH 03034
603-587-0999 Home
916-275-3932 Mobile
michaelrthompson@comcast.net