To:
The Honorable Kevin Gross
United States Bankruptcy Judge
Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware, 19801

Re:
Case # 09-10138 (KG)
Docket # ~~5594~~ 5568
NOTICE OF DEBTORS MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE FOR RETIRED EMPLOYEES

Hello Your Honor,

My Name is Mark Weare I have been an employee (employee 0187317) of Nortel for 28 of my 56 years and I am one of the employees on disability. In review of the motion it appears to me that Nortel intends to meet and negotiate with the retirees but has made no commitments as to how they expect to manage the needs of those of us out on disability. In fact it appears they will likely look to simply terminate those of us that are on disability simply ending our benefits an reduced portion of our salary currently being paid.

I, like most of the other 90,000 employees paid into these plans for many years. If Nortel is allowed to simply walk away from me at this point, the loss of income and benefits will be devastating to me and my family. Even with the subsidized Nortel health plan I am currently on the cost is still nearly 5,000 dollars a year. My wife has had heart surgery and with my past medical history, if I am able to obtain health insurance, I have been told to expect the cost to be 15,000 dollars a year or more. Paying nearly 5,000 is very difficult on my limited income so you could imagine tripling that cost while at the same time losing my disability pay.

I respectfully request that you take these concerns under advisement when making your decision as to weather Nortel will be allowed to walk away from us on disability or force Nortel to ensure that those of us on disability are treated fairly.

I thank you for your time and consideration in this matter.

Regards,

Mark J Weare
1 Happy Ave
Derry, NH, 03038