Judge Kevin Gross,

This letter describes my specific reason I'm on disability. It is due to epilepsy. I have Grand-mal and petal-mal seizures at least twice a week and loss of awareness of surroundings for 10 seconds or so (4 – 5 times per day). I am on 5 anti seizure medications ($400 per month) I'm on newer medications of which there are no generic brands yet-- and therefore more expensive. I've looked into prescription coverage, which I will have to buy and I can't afford it.  I have a Vegal Nerve Implant which requires a battery change every few years at $65,000 each. And I must see a Neurologist every 2- 3 months too. According to the tests I've had (MRI etc. I'm not a candidate for surgery so I'm stuck on medication and with a nerve stimulater)

Nortel  LTDer—Charles Sandner