From:  June 9, 2011
    Michael P. Alms
    4944 Elm Island Circle
    Waterford, WI 53185

Re: Case No. 09-10138 (KG)

To:
    Judge Gross's Chambers
    U. S. Bankruptcy Court
    824 North Market Street
    3rd Floor
    Wilmington, Delaware 19801

Copy:

| | |
|---|---|
| James L. Bromley | Clerk - U. S. Bankruptcy Court |
| Cleary Gottlieb Steen & Hamilton LLP | 824 Market Street |
| One Liberty Plaza | 3rd Floor |
| New York, N.Y. 10006 | Wilmington, Delaware 19801 |

As you are aware, Nortel filed a motion on June 2, 2011 to form a Retiree Committee pursuant to section 1114 of the Bankruptcy Code. I am a Nortel employee that is now on Long Term Disability (LTD) and I strongly feel that we also need representation.

For those of us who are on LTD, I feel Nortel (or any company for that matter) should be held accountable for supporting us with this benefit(s) even after they no longer exist. It's not like I have much of a chance to gain employment to recover this lost income and benefits. I have been diagnosed with Multiple Sclerosis for which there is no cure. Just a slow to steady decline. I would be amazed if anyone would even look at me with my work requirements and capabilities.

For people on Long Term Disability, the benefits Nortel is seeking to terminate are essential and irreplaceable. The medical and other benefits are critical for our health and reasonable quality of life. The expense of drugs and health care demand supplemental health insurance. Also, the income cannot be replaced. Once Nortel terminates these benefits, we will have to qualify for benefits individually and such benefits could be prohibitively expensive. And with the reduced income they become unaffordable.

For these reasons, and to insure basic fairness of the process, manner and timing of termination of these benefits, I ask that the court authorize the appointment of a committee to protect the Nortel LTD'ers, their spouses and survivors.

Signed *[signature]*

Michael P. Alms