7 June 2011

To: The Honorable Kevin Gross
    United States Bankruptcy Judge
    Care of Clerk of the Court
    824 North Market Street
    3rd Floor
    Wilmington Delaware 19801
    302-252-2900

Ref: Chapter 11
    Case No 09-10138 (KG)
    Hearing Date June 21, 2011 at 9:30 a.m. (ET)
    Objections due June 14, 2011 at 4:00 p.m. (ET)

I have received further notice of Nortel Networks Inc. filing a motion to terminate all the LTD employees without any type of settlement!!!! I totally object to this motion. Seeing that NORTEL has sold everything they can I can't believe that the LTD individuals are being cut off with nothing. I don't believe any of us were under the impression that we would not be covered with a proper settlement insurance or income to help us in proceeding along with our lives. This has put us all under a great deal of stress since we initially heard of the position our lives were being put into approximately a year ago when NORTEL initially filed for bankruptcy. We paid in to our different funds etc to protect us incase something very bad happened. Those of us on LTD never expected that we would need this additional coverage for medical and disability pay etc. We did do what we thought was necessary to think to the future and take care of ourselves and our families by purchasing this protection throuugh NORTEL Networks. After the fact it seemed that we were totally lied to and when we thouught we would be protected in case of some serious act it was a waste of our time and money trying to take are of our families. What has happened to our government in the United States as to let something like this happen to it's own people. I have also included my original letter of objection since NORTEL dropped their motion to terminate us approximately a year or so ago

With all due respect to your Honor.

*[signature]*
George I Hovater Jr
Installer Nortel Networks
9009 Casals St Unit 1
Sacramento, Ca. 95826
Ph 916-366-3402

                                    CC: Cleary Gottlieb Steen & Hamilton LLP
                                        One Liberty Plaza
                                        New York, New York 10006

                                        Elliott Greenleaf
                                        Rafael X. Zahralddin-Aravena
                                        1105 Market Street
                                        Suite 1700
                                        Wilmington, De. 19801

29 June 2010

To: The Honorable Kevin Gross
    United States Bankruptcy Judge

    Chapter 11
    Case No 09-10138 (KG)
    Hearing Date July 16, 2010 at 10:00 AM (ET)
    Objections due July 6, 2010 at 4:00 PM (ET)

I received "Notice OF Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long-Term Disability Plans late Friday evening 25 July 2010. I object to this motion. This notice gave me a deadline July 6 2010 4:00 pm for any objections to this case. I felt this was a very short notice and there was nothing I could really do. I thought about it over the weekend and all day Monday up to early Tuesday morning while still in bed I felt I must say something even though it probably would not make a difference in the outcome of this motion. Excuse my language as I'm only a AS college graduate. I spent 20 years serving our great nation in the United States Air Force and our benefits from this great nation have continually been decreasing throughout my life span. (And now my civilian benefits) I retired as an E-7 Master Sergeant which is in the top 3 paygrades of the Enlisted USAF. I went back to school to try and better myself and earn a respectable income that I could support my family on since my retirement from the USAF would not accomplish this. I went to work with Nortel Networks I was just an Installer however I felt good about myself and my new company. This was short lived as I became disabled and the Doctors could never find out why. This is a permanent disability. Luckily enough I had paid in extra for my Long Term Disability Insurance so with my USAF Retirement, my Social Security Disability Insurance and my Nortel Networks Disability Insurance I have been able to maintain a satisfactory way of life for my family and myself. So I thought untill Friday evening. We definitely are not rich but I am able to support my family. I have worked my entire life and have never had to ask for anything that I was not entitled to. I've paid my bills and have never been a burden on this nation of ours. If I remember properly myself and others were not really given much of a choice in declining these Retiree and Long Term Disability Plans. Our yearly Flexplans if not updated would go back to a default plan that was decided by Nortel Networks as a minimum requirement of medical disability etc. Who in there right minds would not want these benefits even though we had to pay a portion of our income. The President of the United States has bailed out Banks, Car Companies and others for billions and billions of dollars however when it comes to a small company with personnel like myself forget them let them take care of themselves. I thought I was doing a pretty good job of that by paying my insurance premiums for my medical needs and also for Long Term Disability and Life Insurance if needed. I've been brought up to take care of myself and to do this you obtain insurance to protect your family and yourself for unforseen circumstances and that's what I and many other people have done in this company. Now they are telling me it doesn't matter that you've been paying premiums for your insurance because we are going to cancel them all. As long as this company is in operation at all we deserve to be treated as humans and they should honor their word and continue providing the benefits we are entitled to. Yes they have gone out to United Health Care etc but we can't afford that and we definitely can't afford COBRA. Thank you for listening to me. It just seems that the little guy is always getting screwed no matter what. Even when we do take the necessary steps to protect ourselves and our family. Guess that doesn't matter anymore!!!!

With all due respect to your Honor

*[signature]*

George I Hovater Jr
Installer Nortel Networks
9009 Casals St Unit 1
Sacramento, Ca. 95826
Ph 916-366-3402

                          CC: Cleary Gottlieb Steen & Hamilton LLP
                             One Liberty Plaza
                             New York, New York 10006