6/9/2011

Mark R. Janis
193 Via Soderini
Aptos, CA 95003

The Honorable Kevin Gross
United States Bankruptcy Judge
Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Deleware 19801

Your Honor,

I am writing to you today concerning Nortel Networks motion to exclude the employees who are currently on Long Term Disability from participating in a committee of retired employees. Furthermore, Nortel's motion would give them the ability to terminate our employment and benefits without any representation in the court and I implore you to not let this happen.

I am one of the many people who will be directly affected by the pending motion. I am a Nortel Networks employee who is currently on long term disability and receiving benefits under that plan.

I am a 57 year old man living with Multiple Sclerosis. I am not sure what you know about MS, so simply, MS is an chronic progressive incurable disease of the nervous system. Doctors can only slow down the progression of the disease and its debilitating effects through the use of very expensive drugs. Fortunately, up until now, I have been able to receive good quality medical care, the prescriptions I need to slow disease progression, and an income that helps me live a simple life. All of this is because of Nortel's Long Term Disability plan. It has and continues to make a difference in my survival and quality of life.

Without these benefits and income, I don't know how I will pay for my medication and I fear that my health will seriously deteriorate. Stress is a well-known contributor causing the disease to flare up and progress. Furthermore, with a loss of benefits and income I fear that I will lose my house to foreclosure, since I would be forced to try and survive on Social Security alone. With the current housing situation, like many others, my house

Mark R. Janis 193 Via Soderini, Aptos, CA 95003

is worth less than I paid for it, and if forced to sell, the proceeds would not cover my mortgage.

Please help me and the others who are receiving Long Term Disability income and benefits continue to do so. These are essential to our continued health and survival.

I humbly request you to support the motion of our group, as represented by Elliott Greenleaf, to have a voice in the discussions of our future, by granting us permission to create a group for employees on Long Term Disability, or to allow us to join the group of retired employees.

Thank you in advance for your consideration.

Sincerely,

Mark R. Janis

831-684-1760
mjanis@comcast.net