5200 Town and Country Blvd.
Apartment # 1511
Frisco, TX  75034
June 8, 2011

Honorable Judge Kevin Gross' Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Re:  Nortel Networks Chapter 11 Bankruptcy Proceedings / Effects on Employee Long Term Disability Benefits

Dear Judge Gross,

My name is Laura Hale, I am currently a recipient of Long Term Disability Benefits from Nortel Networks, Inc.  After approximately 18 years of service with Nortel, regrettably, I had to be placed on disability on June 24, 2009 due to severe mental health issues, including severe depression which resulted in my attempting suicide via a very large overdose of a prescription anti-depressant medication.  As part of my treatment, I received bi-lateral ECT (Electroconvulsive therapy) treatments for approximately 9 months.  This treatment involves electrically induced seizures and can often affect the patients' long and short term memory.  In some cases, this memory loss becomes permanent.  In my case I suffer from severe long and short term memory loss that, after 12 months, appears it will be permanent.  As a result of the side-effects of the various medications that I also must take to try and control my mental health illnesses, I also suffer from a severe inability to focus and concentrate and am often confused, among other side-effects.  These conditions, combined with some symptoms of my depression that don't respond to my medications, make it impossible for me to drive, work, cook, follow instructions along with a number of additional functions.  As a result, I am extremely dependent on my Nortel disability medical benefits to maintain my medications and Doctors expenses; and my monthly income benefit to maintain a modest household – I am a single mother with two daughters.  Unfortunately, I absolutely cannot support myself and my children on my monthly Social Security Disability benefit – I pray that a reasonable settlement with respect to future Long Term Disability benefits may be negotiated and approved by the court.

I am very sympathetic to the number of creditors who are also suffering from Nortel's Bankruptcy – never during my tenure with Nortel, after paying into a program for 18 years, would I have thought that my benefits would be at risk.  I share my story as simply a small example of the unique situations that the LTD employees face, in hopes that these unique requirements might be able to be taken into consideration, and a negotiation can be arrived at that won't result in what, for many LTD folks, will likely be complete financial ruin.

I am sincerely grateful to you Sir for your time.

With Kindest Regards,

*Laura Hale*
Laura Hale
Nortel Global ID:  0223396