June 10, 2011

To: Judge Kevin Gross,
Care of Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

From: Tom Dikens
2612 Bengal Lane
Plano, Texas
75023

Subject: Nortel Bankruptcy and Long-Term-Disability

Dear Judge,

    I will keep this brief as I am legally blind, so putting this together is difficult for me. Also, I am sure you have enough paperwork to go through in any event.

    I just want to note that I am on Long Term Disability from Nortel and will be affected by whatever court judgements and settlements are made. While I will continue to get something from Social Security, about $2,000, a month, it will be impossible to run my house and life on that amount, I really do rely on the LTD payments from Nortel.

    It seems to me that when a company decides to "self-insure", in order to save money, that it should continue to meet its obligations to those on long-term-disabilty and that these obligations should take precedence over most other claims.

    It is bad enough to go blind without going broke.

    I believe you would have already considered this, but I just wanted to add my personal voice to your information base.

Thank you for your time.

Sincerely,

Tom Dikens