JUNE , 2011

TO:      JUDGE GROSS
FROM:    JANIE PROCTOR – LTD RECEIPENT

REFERENCE:  LTD BENEFITS WITH NORTEL – HOW IT
WOULD AFFECT ME IF I LOST MY BENETITS

FIRST, I HAVE BEEN ON DISABILITY SINCE JULY 1998 AFTER
SEVERAL SHORT TERM LEAVES FROM NORTEL DUE TO MY
ILLNESS, SEVERE (COPD) CHRONIC OBSTRUCTIVE
PULMONARY DISEASE. MY EMPLOYMENT WITH NORTEL
BEGAIN IN MARCH 1976.

I DO USE/TAKE SEVERAL MEDICATIONS TO HELP CONTROL
THIS CONDITION, INCLUDING THE USE OF OXYGEN THAT IS
VERY EXPENSIVE, EVEN THE PORTION I HAVE TO PAY AFTER
THE INSURANCE PAYS, PLUS DOCTOR VISITS, TESTS THAT ARE
DONE PERIODICALLY, ETC.

AS THE ECONOMY WORSENS, SO DO WE ALL.  I AM ON A
TIGHT BUDGET NOW AND IF I SHOULD LOSE THESE BENEFITS,
I.E. THE INCOME AND INSURANCE, I COULD NOT SEE MY
DOCTORS, PURCHASE MEDICATIONS AND I WOULD LOSE MY
HOME THAT I NOW HAVE APPROXIMATELY 5+/- YEARS AND IT
SHOULD BE PAID IN FULL, UNABLE TO PURCHASE
GROCERIES/STAPLES ETC.

IT IS HARD NOW LIVING WITH MY CONDITION BUT IF I LOSE
MY LTD INCOME AND OTHER BENEFITS, HOW COULD I
SURVIVE?

NOTE:  MY HUSBAND IS ALSO ON LTD WITH NORTELWHICH
WOULD MAKE EVEN WORSE.

THANKS FOR YOUR CONSIDERATION IN THIS MATTER.

SINCERELY,

JANIE PROCTOR