*Re Docket #5568*

To: Clerk or the United States Bankruptcy Court for the District or Delaware

From: Michael McCarthy (EMPLOYEE OF NORTEL NETWORKS INC.)
Current - LTD - Insurance Policy Plan recipient

Re: Nortel Networks INC. Chapter 11 Case No: 09-10138 (KG)
Motion Dated: June 2, 2011 for June 21st 2011
**DESCRIPTION:**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER**
**PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE**
**APPOINTING AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**

cc: CLEARY GOTTLIEB STEED & HAMILTON LLP
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Subject: OBJECTION TO THE MOTION DATED JUNE 02, 2011

The section of the motion specific to Termination of LTD Insurance Beneficiaries is vague, contradictory and ambiguous. The existing coverage for those on LTD, covered by Prudential Insurance, is clearly buried within the Motion, which on the surface and whose name is directed at the NNI Retiree Plan, whose numbers drastically exceed those on NNI LTD. I read the Motion multiple times and found the wording, inclusion of existing LTD recipients, like myself, to be convoluted and misleading to the recipients. NNI attempted a direct dissolution of the LTD plan 11 months ago. It was clearly stated up front in the name of the Motion. The court denied the Motion.

I am receiving SSDI which is subtracted from my monthly LTD Insurance benefit provided by Prudential Insurance. I am also on Medicare which covers 80% of Medical costs, even though I pay full NNI premiums, which are also deducted from my monthly LTD Insurance benefit. Obtaining Medicare was mandated, along with SSDI, otherwise the LTD Insurance benefit is cancelled. The Motion implies that it is paying full medical benefits. Effectively I pay the same premiums as active employees. I am covered for post Medicare balances (equaling 20%) by NNI Medical coverage, which is subject to increasingly large annual deductibles and co-pays.

This Motion will impose an overwhelming hardship on me.

Consequences and facts are as follows:

1. I will lose my house.
2. My mother (85 years of age) with no income will lose a place to live as well.
3. Prudential Insurance, through a policy, pays the reduced percentage of my salary MINUS my SSDI income and MINUS all monthly premiums I actively pay for annual elections.
4. The LTD Insurance Policy should, and I believe does, stand independent of now the 2nd Motion to terminate LTD Insurance income "piggy-backed" with employee termination.
5. LTD cancellation appears to be the least of Nortel's relief requests via chapter 11.
6. New /Current active employees, as part of the re-structuring, get LTD as a benefit !

Thank you for your time and consideration.

Sincerely,

Michael McCarthy
69 Auckland St.
Dorchester, MA 02125

PH: 508-783-0735