June 10, 2011

Judge Kevin Gross

Care of the Clerk of the Court

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801

Dear Honorable Kevin Gross:

To Whom I hope will be concerned.

My name is Richard Engleman and I am a LTD recipient of Nortel Long Term Disability. I am writing not only for myself, but for everyone that is on disability.

This is hard for me, but I think it is important that the people making the decisions know that with every disability comes a lot of complications. This is something that each of us has had to learn to accept, and we do this with the help of our doctors who accept our health insurance. I wish we had other options, but this isn't the hand we have been dealt.

Everyone drawing Nortel Long Term Disability has had to learn to live on the monthly checks we receive. For most it is a struggle and the thought of losing LTD benefits threatens our very existence and is very emotional for all of us.   People on disability do not have the chance to find another job. Please consider our livelihood when making your decision.

Sincerely,

Richard Engleman