June 10, 2011

Judge Kevin Gross
Care of Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Honorable Judge Gross,

I am the mother of a LTD'r named Terry Massingill. Terry has been in my care since 1984. She is a ~~bad~~ severe closed head injury person. She was in a coma for six months, did not walk or talk, eat or go to bathroom on her own for over a year. She is some better now, but will never be able to work or live on her own. There is a <u>lot</u> more to the story but would take a lot of paper to write it. I also lost a daughter to cancer at 36 years old.

I also worked for Nortel but am retired now. That was not a very good story either. I decided at 40 years old to leave the wonderful job I had to go to work for this wonderful up and coming company called "Northern Telecom".

over

Little did I know how that would end up. I had really planned to work there until I retired at 65. In my fifties Nortel decided it would be cost effective to move the accounts payable function to Nashville, Tenn. I could not go nor was I asked to go, (I had aged parents I was helping with) So I was forced into early retirement $214.77 a month, my Cigna Ins. cost me $330.63 a month. We are really strugling. I am 72 years old. If you allow Nortel to take away my daughters LTD and other benfits I don't really know how we will live. I can't work nor do I have anyone to move in with or help. I have a Church family and I also have a strong faith in my Lord and Savior who knows our every need. I just pray that the Courts and Nortel Networks knows this same Jesus Christ and will have mercy on us.

God Bless each of you,
Patricia Rimmer for
Terry Massengill