JUNE 8, 2011

TO: JUDGE KEVIN GROSS

FROM: FRANKIE PROCTOR

REFERENCE: LTD BENEFITS WITH NORTEL – HOW IT WOULD AFFECT ME IF I LOST MY BENEFITS

FIRST, I HAVE BEEN ON DISABIITY SINCE AUGUST 1992 AFTER SERVERAL SHORT TERM LEAVES FROM NORTEL DUE TO MY ILLNESS, RHEUMATOID ARTHRITIS THROUGH OUT MY ENTIRE BODY AND NOW HEART DISEASE, 4 HEART ATTACKS, THE LAST IN MAY 2010. MY EMPLOYMENT BEGIN WITH NORTEL IN FEBRUARY 1976.

I DO TAKE NUMEROUS MEDICATIONS FOR THESE CONDITIONS AND SEE MY DOCTORS FREQUENTLY. MY PORTION OF THE MEDICATION & DOCTOR VISITS IS HIGH EVEN WITH INSURANCE AND I KNOW WITHOUT THE LTD CHECKS AND INSURANCE, I COULD NOT PAY THEM MYSELF. I AM ON A TIGHT BUDGET AND IF I SHOULD LOSE THESE BENEFITS, I WOULD NOT BE ABLE TO SEE MY DOCTORS, PURCHASE MY MEDICATIONS, LOSE MY HOME THAT SHOULD BE PAID IN FULL IN +/- 5 YEARS, UNABLE TO PURCHASE GROCERIES AND STAPLES ETC.

IT IS HARD NOW LIVING WITH MY CONDITION BUT WITH THE ECONOMY AS IT IS, HOW COULD I SURVIVE? NOTE: MY WIFE IS ALSO ON LTD WITH NORTEL WHICH WOULD MAKE IT EVEN HARDER FOR BOTH OF US.

THANKS FOR YOUR CONSIDERATION IN THIS MATTER.

SINCERELY

*Frankie Proctor*
FRANKIE PROCTOR