Nanette Faison

**Dear Judge Gross,**

I am writing concerning the request Nortel has made to end benefits for Long Term Disabled (LTD) employees. Wanted to give you some insight of what my life is like now. I am 40 years old and was diagnosed with a brain tumor the size of a ping pong ball after having a seizure on October 7, 2008. My memory is bad but that is one date I will always remember. The tumor was *removed on October 9 and found to be malignant (mostly removed because you can never fully remove a brain tumor, just get what you can/see and get out). I then had 6 weeks of radiation combined with chemotherapy followed by another 6 months of full strength chemotherapy. That time is mostly a blur and the next year I spent just trying to live. I've now moved onto the trying to figure out what is normal for me phase and how to deal with it. I'm not able to work, I really wish I could but I cannot. Should my benefits be removed I'd be bankrupt and homeless in a year or less. Why? I have MRIs every 4 months at about $5K each. I take a total of 14 seizure pills a day, 10 carbatrol and 4 keppra. I've not checked the price because it's too depressing. I have serious depression as it is and take medication to help as well as seeing a therapist weekly and a psychiatrist at least once a month.

My prior life was working 24/7 and doing 10 things at a time. Making decisions that would affect the entire company constantly. Working on 4 hours of sleep if I was lucky. Remembering everything that was currently being produced for the systems, what was currently in the system, and how all that would work with multiple systems. On the phone constantly, while chatting online and making decisions at the drop of a hat. Made enough money to take a nice vacation every year and could have my hair/nails done with even thinking about the cost.

So what is my life like now? I sleep 10-12 hours a night. It's not an option, my brain requires the rest. I cannot do more than one thing at a time. I don't mean not multitasking, I truly mean my mind processing more than one thing at a time. I cannot listen to music while typing this letter because my brain just cannot do it. On an average day you can walk into my house and whatever I'm doing that is the only "sound/thing" going on. No TV or radio because would be background noise my brain couldn't process. And simple things people take for granted like going to the movies or the mall, not happening. I tried the movies and I almost had a seizure. Too many bright flashing lights, stuff moving and loud voices, music and people. The Mall is only slightly better, because there are no flashing lights but lots of other stuff going on and I just can't figure out which ones I should pay attention too. Simply looking up makes me dizzy and sick on my stomach. Just looking up. The doctors have prescribed adderall

to help me get some get up go because all the seizure meds slow me down. I have been told by several nurses that I take enough seizure meds to knock out a horse. And the ADHD. I cannot keep a straight thought in my head. I just jump from thing to thing. It's not jumps that are easy to follow either. You probably noticed that by now. I am writing this to show you how my right now and I'm not going to to spend hours trying to make it write, just let it flow as I one have done before and it would have been perfect. I'm lucky for spell and grammar check or it'd horrible.  Oh, crowds and I don't mean a lot of people. I mean like family gatherings. I have to sit with my back to a wall – that enables me to only concentrate on 50% of my surroundings. Then if people want to chat, they come over to me. I'm no longer a social butterfly.  If there is too much information coming at me I just cannot handle and just have to go into a quiet dark space to calm down. Not handling it means I get sick on my stomach, feel like I'm going to through up something like the flu. Memory, yeah it's hard to explain. I generally live /remember in a 3 day chunk as in yesterday, today and tomorrow. I know what I did yesterday but don't ask me anything past then. It could have occurred last week or last month, I have no clue. Also if it's too long I sometimes just forget it entirely.  Today, well the sleep and ADHD takes up a lot of today. Tomorrow is just tomorrow, something coming later.  Like I was very upset at Thanksgiving last year. We all know Thanksgiving is coming, it's right the on the calendar and it happens about the same time every year. But for me it was suddenly hear, tomorrow and I had lots of stuff to do. I have a very difficult time with the passage time, whether it be hours or days. And for getting tired, the longer I do things the worse I do it. An average person could do something for hours and never make a mistake for me I would last a few minutes.  MATH, I know suck at math. If it's anything more than 2+2, don't ask me. And simple things like ABCs, yeah can't say those either.

It's hard because people look at me and I "look" normal now. My hair has grown out and my scar isn't too visible. Generally if you only speak to me a couple sentences I speak fine, except for a slight lisp. The longer I do anything, the more tired I get and the worse everything gets. Also if I'm nervous. Speech is a problem. I lose words or say the wrong word and then I get embarrassed which just makes everything worse. Before I had no problem speaking in front of people, now, no way. I have problems with pronouncing certain letters and my speech gets worse the more tired I get.  Physically the right side of body is affected. It's much better than originally but I still have problems with the thumb and pointer finger on my right hand. I can fell them but can't, it's hard to explain.  Like I hold something but have no idea what the texture is or how hard I'm holding it. I'm constantly turning off my tooth brush while brushing my teeth because of it. My mouth is affected too. Sometimes things fall out of the right corner of my mouth, that's really embarrassing and since my mouth doesn't seal properly I sometimes make squeaky noise.

I'm getting way to tired to continue. I'm sure you get the gist of all of this. There's no way I can get another job. My therapist and psychiatrist have gone through all of it and cannot figure out one job I could do. OH, not to mention my husband had cancer the same time I did so our bills are doubled. Please consider all this when deciding.

Sincerely,


Nanette Faison
June 9, 2011