0 JUNE 2011

Honorable Judge Gross
824 North Market Street
Wilmington, De 19801

Dear Judge Gross,

I a, writing this letter for myself and all the employees of Nortel Networks who are currently on LTD. I started working for Nortel in 1994 and in 2001 I was riding my motorcycle back to the motel where I was staying when I was struck by a car that ran a stop sign. I lost my left leg and suffered other injuries which Prevented me from going back to work.

I am now 61 years old and cannot get medical or death insurance due to all the medical problems that have Came about over the last several years. I appreciate the disability pay and insurance Nortel has provided For myself and my family over the years but to loose it all now with nothing for the future Losing all my Insurance and disability pay and not being able to get any further insurance for myself is really going to Hurt the future of my family.

My wife who is 57 years old has Progressive MS and is unable to work al all. Most days she cannot get out Of bed. She takes many medications and monthly treatments at Shands hospital in Jacksonville, Fl which the treatment alone cost over $8,000. Without our Blue Cross Blue Shield, she will no longer be able to get the infusion.

I have a 16 year old daughter who will be starting college next year which will put additional financial burden on our family. I have been paying into the Florida Prepaid College Tuition, but I'm sure you're aware that tuition is only a small portion of the costs.

I started working for Nortel in 1994 and we were the leading manufactor of communication equipment in the world. People at Nortel took pride in their work. If it wasn't 100%, you did it over. I was proud to be a part of that enviroment. I was ranked in the top 1% of installation supervisors working out of the Richardson, Tx office by the department managers.

It wasn't the hourly employees that put Nortel into bankruptcy, it was management sitting in their plush offices in Canada drawing millions of dollars in bonuses. .They would never gotten these bonuses if it weren't for workers like myself and all the other men and women in the field. Now, a few of these people need help a little longer from these managers.

Even if we could get help with our insurance for a while would help a lot of these people make it. There are really some sad stories out here who need to continue receiving their benefits. Judge, please don't allow Nortel just to dump us like they intend on doing. How many millions did the CEO's and their attorney's walk away from this bankruptcy with?

Thank you for your time and consideration.

Sincerely,
Danny L. Owenby
Nortel Nteworks (LTD employee)

*Danny L. Owenby*