June 7th, 2011

RE: Objection to Cutting Long Term Disability and Retiree Benefits

Dear Honorable Kevin Gross

My name is Marilyn Green and I am on Nortel Long Term Disability. I have Systemic Scleroderma and this is more deadly than cancer. There is no cure for this terrible disease. I took out long term disability thinking if I ever needed it I would have it. For over 10 years I didn't need it and just when I found out I have an incurable disease I find out my disability is going away. Not only will I lose my disability but the only life insurance I have. I think it is wrong if companies are going to self- fund long term disability and insurance then they need to pay up when they file bankruptcy. I urge you to put yourself in my shoes and consider what you would want for your family if it were you. No one will write me a life insurance policy and to keep mine it will cost over 500.00 a month to convert it. I cannot afford to lose the small check I now receive from Prudential. I do not want to leave a burden on my husband who has retired to take care of me. I need insurance since Scleroderma affects every part of my body from head to toe. I am losing my vision. I am in constant pain and have heart, kidney and stomach problems. I wear a pain patch and take pain meds on top of this 24/7. Please do not let Nortel or the court take our benefits. Seems they have had plenty of money to hire expensive lawyers and pay for their lavish lifestyles. I think our claims should come first at 100% payment. I also saw where Mike Zifroski had a claim against Nortel's assets. Seems to me he has already got his multi millions and should not have a claim in this at all. He helped put Nortel in this situation.  Please help us and consider this as if it were you or your family.


Thank You so Much

Marilyn Green


1106 Boston Hollow RD.

Ashland City, TN. 37015

615-792-1203