June 10, 2011

Clerk of the United States Bankruptcy Court for the District of Delaware

824 Market Street, 3rd floor

Wilmington, Delaware 19801

RE: **OBJECTION to MOTION**: Chapter 11, Case 09-10138 (KG) Nortel Networks Inc.

I worked for Nortel Networks and Bell Northern Research for 23 years. I have EARNED every penny of the Retiree Medical Plan now offers and have already been reduced by fewer benefits and by higher premiums.

The insider trading by the board of directors of NT and a few others took the profits out of the company that belonged to the general stock holder's like me that has already suffered heavy losses.

Now the remaining parts of the company "NNI" wants the remaining retiree's to give up the money that was promised to for their long years of service, many before they wanted or ready to retire.

I STRONGLY oppose the purposed motion to cut retiree's benefits any further.

Sincerely Yours,

*Bradley J Morrow*

Bradley J. Morrow

404 Faculty Ave.

Cary, NC 27511