**To: The Honorable Kevin Gross**
**United States Bankruptcy Judge.**

<u>Case No. 09-10138 (KG)</u>

As two of Nortel's Retirees, my wife and I have a strong objection to Nortel's legal counsel motion to create an Official Committee of Retired Employees. This is just the first step in another attempt to cancel the retiree medical benefits. In our opinion it is really impossible to create an efficient committee, which will truly represent these 3000+ individuals, which are spread throughout our great country. Most of these individuals are in an advanced age (probably over 60) and living on the limited income: some have only Social Security pensions and the lucky ones have Social Security and PBGC (Nortel) pensions. This commission will certainly hire lawyers to negotiate with Nortel's professional legal counsel. Hiring lawyers will be just another financial burden on us. Also, we feel it will be impossible to collect money for the commissions' lawyers from 3000+ individuals.

The existing Retiree Heath Plan is affordable and is helping us to maintain our financial stability. In this motion, Nortel's legal counsel mentioned that 10 months ago they "negotiated a transfer to the United Health Care plan which was not available in the general market". For example, today our monthly payment is $131 USD for 80/60 PPO Cigna plan ( next month we will pay $237 USD, because one of us is reaching 65 and will have Medicare benefits). However, the "negotiated plan" has monthly payments close to $1000 dollars. For the ordinary, older persons, living on pensions will be an enormous burden (we do not recall exact numbers, because it was exactly one year ago and rates were offered via a phone conversation).

Fortunately, one year ago Nortel "voluntarily" withdrew its motion to cancel retiree health plan. This "voluntary" withdraw was done because at this time, the US Circuit Court of Appeal rejected a similar case, when other companies in bankruptcy positions tried to cancel their retiree's health plan. We remember that one of judges of the US court said: "… first you must pay these people who for decades, loyally worked for this company and after to fat creditors". Now it is another attempt, this time by Nortel, to hurt people who loyally worked for decades for this great company, which unfortunately fell apart because of bad management. We also both are the unsecure creditors in Nortel bankruptcy case: Nortel own 29 weeks salary to me and 15 weeks to Rita. In time of laid off we got big ZERO as severance packages and the retiree health plan is our benefit for decades of hard works for this company.

Some personal information about myself and my wife: I am Joseph Ketsler and I will be 65 years old this July and I worked for Nortel 25 years as Member of Scientific Staff/Design Engineer and was laid off in August 2009 at the age 63. My wife, Rita Ketsler, worked for Nortel for 11 years as a Quality Engineer and she was laid off in June 2009 at age 60 1/2. Our attempt to find other jobs did not have any success in a country with reported unemployment rates of 9% (and higher) and we

decided to retire. Our steady income comes from two reduced Social Security pensions, two PBGC (Nortel) pensions and a little pension from Rita's other company. We also both are the unsecure creditors in Nortel bankruptcy case: Nortel own 29 weeks salary to me and 15 weeks to Rita. In time of laid off

Sincerely,

Joseph and Rita Ketsler,
Former Nortel Networks employee.

7617 Waasland Drive
Plano , Tx 75025
Tel. 972-332-3814
e-mail: jrk4648@verizon.net