June 10, 2011

United States Bankruptcy Court for the District of Delaware
Attn: Court Clerk
824 Market Street
3rd Floor
Wilmington, DE 19801


RE: In re Nortel Networks Inc., *et al*
Case No. 09-10138 (KG)


Dear Sir or Madam:

Please allow this letter to serve as my formal Objection to the Debtors' Motion For Entry Of An Order Pursuant To Section 1114 Of The Bankruptcy Code Appointing An Official Committee Of Retired Employees (hereinafter referred to as "Motion"). Please note that as a retiree, I have a limited income and thus cannot afford to pay the expenses required in order to appear at the Hearing which is scheduled to be held on June 21, 2011 in Wilmington, Delaware. However, I trust that this Objection will be taken into consideration in this matter.

I am one of the "Retirees" referenced in the Debtors' Motion who receives medical benefits pursuant to the Retiree Welfare Plan. As such, I have a vested interest in the outcome of the Debtor's Motion, as does my spouse who also receives medical benefits pursuant to the same Plan. Throughout my active employment with Nortel, I was a dedicated employee who fulfilled my job requirements in the interest of serving my employer to the best of my ability. In return, I expected my employer to fulfill their promises made to me and other employees regarding benefits we would receive upon retirement.

I object to the Debtors' Motion because I object to any attempt made by the Debtors to modify or terminate medical benefits that I am rightfully entitled to under the Retiree Welfare Plan. The Debtors have made clear that the purpose of appointing a Committee of Retired Employees is to enter into "good-faith negotiations" regarding a modification or termination of retiree benefits. It is not known at this time who would be chosen for this committee, how many will be chosen, or what they will receive in return for their participation. Nor is it known what type of supervision, if any, will be conducted during these so called "good faith negotiations" in order to protect the interests of all Retirees and not just those participating in the Committee. The Debtor is clearly utilizing this Committee to advance their own agenda; which is to take away medical and other benefits that rightfully belong to the Retirees.

For these reasons, I object to the Debtors' Motion. Thank you for your consideration in this matter.

Very Truly Yours,

Allan S. Thomson

Cc:
Cleary, Gottlieb, Steen & Hamilton, LLP
Morris, Nichols, Arsht & Tunnell, LLP