William Reed
7810 Heaton Drive
Theodore, AL 36582

Judge Kevin Gross
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Your Honor,

One day fortune knocks, recruiting you into the world of the disabled. Though you've lost much, you are thankful that you're not also left penniless. Then you receive a letter from your employer informing you that, regrettably, your LTD plan was not really covered by an insurance company and when the business evaporates so will your paycheck and medical benefits.

This financial spiral is the reality faced today by the 245 people on LTD, in the US, at Nortel.

It turns out that while Prudential administered the LTD payments, most of the money came from Nortel's operating revenue, which means that if Nortel stops operating, those on disability are on their own.

Unlike Nortel's 3306 US retirement pensioners and participants, the law does not require Nortel – or other employers that do not insure liability benefits (the majority of them) – to keep the money in trust for those on disability. And unlike the tens of thousands of other Nortel employees who have lost their jobs, those on disability leave are unable to work or find new employment.

Corporate directors get their bonuses. Lawyers and secured creditors walk away with full pockets. Companies and investors can write losses off too. Pensioners are hurt (possibly losing more than 30 per cent of their pension) but still afloat. But the 245 people on disability may be left with nothing and cannot write off their losses.

The Disabled are the most vulnerable. They are unable to work. Many are still trying to meet the cost of raising a family and they have not had the years in the workforce to build a substantial amount of savings. And their small number compounded with their disabilities render them ill-equipped to mobilize a strong defense of their rights in the face of what can only be called systemic discrimination.

Some may wonder why this amounts to discrimination when nearly everyone associated with Nortel is being hurt financially in one form or another. True, thousands have taken a financial hit, but only the 245 on disability are being driven into almost irreversible poverty.

The collapse of Nortel is neither the first nor the last time that corporate bankruptcy will throw the most vulnerable into poverty. But we should stop it here – and we can. We owe it to ourselves as a society that cares for its most vulnerable to press Nortel to honor its promise to those on long-term disability. The Nazi's actually terminated the disabled. Without the LTD pay and medical benefits most of our lives will terminate sooner than expected due to medical issues. I am one of them.

This is not a question of charity; it is a question of rights. In the LTD plans, Nortel promised financial security in the event that the employee acquired a disability. As Nortel dissolves, it must do its utmost to compensate each of the 245 people now relying on that promise.

I have no objections to the Motion for Entry of an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees.

Respectfully,

*William Reed*

William Reed

June 9, 2011