To: **Clerk of the United States Bankruptcy Court for the District of Delaware**

From: **Steven E. Bennett (EMPLOYEE OF NORTEL NETWORKS INC - A LTD RECIPIENT)**
**EMPLOYEE ID #0197280**

Re: **Nortel Networks INC. Chapter 11. Case No: 09-10138(KG)**

Motion Dated: JUNE 2, 2011

DESCRIPTION:

NOTICE OF DEBTORS MOTION FOR ENTRY OF AN ORDER

## PURSUENT TO SECTION 1114 OF THE BANKRUPTCY CODE

## APPOINTING AN OFFICIAL COMMITTEE FOR RETIRED EMPLOYEES

Subject: REQUEST TO THE MOTION - DATED JUNE 2, 2011

I, Steven E. Bennett, am currently on long term disability and am concerned about our LTD PLAN Benefits mentioned in the Main Document of the motion.

I noticed a committee for the retirees has been formed, but one has not been formed for the LTD people. I request that such a committee be formed and include employees on LTD.

Please let me know with the utmost urgency the direction we should take to protect our LTD benefits. All of us were promised disability insurance and paid premiums to protect ourselves and our families. Nortel never notified us when they transferred our insurance from a real insurance company (Prudential) to a self insured program. Personally I worked for Nortel for over two decades and was injured on the job. Nortel took my Workman Compensation settlement claiming it was all offset for disability benefits, and now they are failing to comply with the insurance plan they created and I paid for (and they confiscated my WC money for). If I had been allowed to keep my Workman Compensation benefits my family would now be more financially secure. Besides being unable to work due to injury, me and my family are going to lose monthly income, medical, mental health, dental and vision insurance. My wife is also ill with lupus and I have a minor daughter. Both will lose their medical under this bankruptcy also. We are barely living now, relying on food banks for food. Without medical we will not be able to afford the medications we are dependent on. I am bewildered by the laws that would allow a company to turn their back on long term employees who worked tirelessly for them. Nortel was trusted to insure employees fairly and in the manner they reported, but they did not. Who represents us? What laws protect us? Are we protected under the American with Disabilities Act?

I would like the court to respond to my request to advise us on the best direction to take to save our benefits. Thank you.

Steven E. Bennett, Employee ID #0197280         *Steven E. Bennett  6-8-11*

510-796-4626   37052 Chestnut St.   Newark, CA 94560