IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                                        :         Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                   :         Case No. 09-10138 (KG)
:
                  Debtors.                                   :         Jointly Administered
:
:         **RE: D.I. 5595**
:
---------------------------------------------------------------X

**DEBTORS' LIMITED RESPONSE TO THE MOTION FOR ENTRY OF AN ORDER
PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPOINTING
AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS**

      Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), hereby respectfully submit this limited response (the "Limited Response") to the *Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long-Term Disability Plan Participants* [D.I. 5595] (the "LTD Motion"), filed by the Disabled Participants.[2] In support of this Limited Response, the Debtors respectfully represent as follows:

      1.      On June 2, 2011, the Debtors filed their *Motion for Entry of an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees* [D.I. 5568] (the "Retiree Committee Motion"). The Retiree Committee Motion seeks the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the LTD Motion.

formation of a committee to serve as the official representative for the Debtors' retired employees (the "Retiree Committee") to conduct negotiations regarding a modification or termination of certain of the Debtors' retiree welfare plans in accordance with section 1114 of the Bankruptcy Code.

2.  As set forth in the Retiree Committee Motion, the Debtors are ready and willing to confer with the LTD Plan Participants regarding any modification or termination of the LTD Plan that the Debtors may entertain in connection with the modification or termination of retiree benefits. The Debtors decided to engage in discussions with the LTD Plan Participants in parallel to the negotiations with the Retiree Committee given the view of the Office of the United States Trustee that the LTD Plan Participants are ineligible as current employees of the Debtors to serve on a retiree committee formed under section 1114 of the Bankruptcy Code. Regardless of the outcome of the LTD Motion, it is the Debtors' intention to engage in discussions with the LTD Plan Participants in considering the modification or termination of the LTD Plan.

3.  With respect to the LTD Motion, given the context in which the LTD Motion arises, the Debtors respectfully request that, should the Court decide to order the appointment of an LTD Committee, the LTD Committee be appointed for the sole and direct purpose of serving as the authorized representative of such LTD Plan Participants in connection with the negotiation of a modification or termination of the LTD Plan, rather than for all purposes for the duration of the case. Such limitation would offer the LTD Plan Participants the same powers and scope of purpose proposed for the Retiree Committee, which will be serving a similar function, while allowing the Official Committee of Unsecured Creditors to continue to represent the interests of unsecured creditors on matters of more general interest to creditors as a whole.

4. In order to effectuate this defined purpose, the Debtors request that, if the LTD Motion is granted, the following language (similar to that contained in the proposed order approving the Retiree Committee Motion) be added to the order:

> "The LTD Committee is being designated for the sole purpose of serving as the authorized representative of the LTD Plan Participants in connection with the negotiation of a modification or termination of the LTD Plan and for no other purpose."

[*Remainder of page left intentionally blank.*]

WHEREFORE, the Debtors respectfully submit this Limited Response and request that, to the extent that the Court grants the LTD Motion, the order approving the LTD Motion include the language proposed in paragraph 4 above.

Dated:  June 14, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*