## CERTIFICATE OF SERVICE

I, Alisa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Limited Response to the Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long-Term Disability Plan Participants** was caused to be made on June 14, 2011, in the manner indicated upon the entities identified below.

Date:  June 14, 2011

_/s/ Alissa T. Gazze_
Alissa T. Gazze (No. 5338)

**Via Hand Delivery**

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Mark Collins
Christopher Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Rafael Zahralddin-Aravena
Shelley A. Kinsella
1105 N. Market St., Ste 1700
Wilmington, DE 19801

Laura Davis Jones
Kathleen P. Makowski
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street
Wilmington, DE 19801

**Via First Class Mail**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

MILBANK, TWEED, HADLEY & MCLOY LLP
Thomas R. Kreller
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

4197702.2