June 13, 2011

Case Number 09-10138 (KG)

FILING A MOTION WITH THE CLERK OF THE US BANKRUPCY COURT FOR THE DISTRICT OF DELAWARE

**RESPONSE** to JOINDER OF THE DISABLED PARTICIPANTS DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SENTION 1114 OF THE BANKRUPCY CODE <u>APPOINTING AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES</u>     RE: DOCKET NUMBER 5594

To Whom It May Concern:

I realize this motion said one was to have legal representation, but this court hearing is in Delaware. I am living in Minnesota. I have no means to hire, or retain a lawyer. So, I was hoping you would read this letter in association with this case.

I am one of the 225 disabled individuals described in this motion. This case also states they are putting together a retirement committee but not a long term disability committee.

It stated that the average monies amongst the 225 long term disability individuals are $42,500 per pear. I think this figure is a bit high.

The monies and insurance that I receive is appreciated and needed. Fur I suffer from a rare autoimmune disease which is continually progressing. It affects my muscles, especially my arms and legs making them so weak that I have to use a power chair to get around. Thus, I can not drive so I must rely on my family and others to help me even with everyday tasks. Yes, even sending out this letter. My doctors say I will never work again. So, if the Chapter 11 passes I don't know what I will do with a pre-existing condition, for insurance. It might seem like a good business move to eliminate the monies paid out to LTD, but I really feel this is a form of discrimination.

Please allow a committee to be set up for the Long Term Disability participants, so that our voices will be heard. I am sure every one of us is as worried as I am.

Thank you for your time.

Jane Neumann
11730 Co Road 24
Watertown, MN  55388
Phone: 952-955-2334