June 13, 2011



Honorable Judge Kevin Gross
Care of Clerk of Court
824 North Market Street
3rd Floor
Wilmington, Delaware  19801

Dear Judge Gross,

I am a 56 year old woman who has Systemic Lupus and Polymyositis.  I am no longer able to work due to extreme fatigue and muscle weakness that now limit my mobility and ability to perform some daily tasks.  I have undergone many treatments and therapies over the years (including chemo) that have helped keep most of my symtoms at bay but I went into a major flare-up of both diseases and the doctor deemed I was no longer able to work.

I worked at Nortel for 25 years and loved my job.  I worked hard for them and they rewarded me well for my efforts.  I enjoyed many of the benefits offered by the company and forever will be thankful for all that they afforded me in opportunity for growth and development.  When I had to leave, I was thankful that I could at least depend on the medical, dental, and vision benefits to continue as well as a portion of my pay (which I had always contributed to for the additional coverage).  That money and coverage has helped keep our household running over the years and the loss of it would be extremely difficult.

I always trusted our management and Board of Directors to do "the right thing" and felt that they would never do anything to harm the employees.  I never knew of the decision to go from insured to self-insured, and certainly never knew the impact it could have on the employees.  When they told me I would be paid until the age of 65 and that my benefits would continue I knew they would stand behind their word.  I never knew that because of their decision to go self-insured, those benefits that I had contributed to both financially and through my work efforts could possibly go away.

Judge Gross, I implore you to keep in mind that those of us on Long Term Disability didn't leave Nortel by choice and that many of us are not able to work at all to make up for the money we stand to lose.  I ask that you consider the Long Term Disability employees as you make a just settlement so that we can ALL make it to age 65 financially as well as have access to affordable healthcare.

Thank you for your time and your careful consideration of this settlement.

Sincerely,

Caroline Underwood

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC  27312