Clerk of the united States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington , Delaware 19801

Re:  Nortel Networks Inc.
    Chapter 11
    Case No. 09-10138  (KG)

We, on behalf of numerous retired employees located in the state of Minnesota, object to this filing for numerous reasons:

1.)  The short time frame provided, in that we have been given less than 10 days from date of receipt, to confer, review, seek advice and respond to this motion.

2.)  Section 11. of the motion is untrue. Numerous retired employees in the state of Minnesota,and other states, have been provided no option for continued coverage should these plans be terminated, as the carriers the petitioner has solicited do not do business in those states.

3.)  We continue to believe that Nortel should continue these benefits in thier current form as they were "earned" and given as a "promise to pay" in return for up to thirty plus years of service. If the petitioner can continue to pay current empoyees wages, benefits and bonuses as well as pay it's current contractors and other service providers ,it should  continue to pay these debts as well.

3.)  We repeat our request for a full listing of impacted employees and their addresses who are located in the State of Minnesota so we may confer with them.

Respectfully submitted,

James R. Propes
1276 Lakemoor Dr.
Woodbury, Mn. 55129

on behalf of affected Minnesota employees