Dear US Bankruptcy Court Trustee,                                              June 10, 2011

Re: Nortel Networks Inc. Chapter 11 Case No: 09-10138(KG)

I am a LTD recipient, suffering from Cavernous Angioma, Parkinson's and MS, under Nortel Networks LTD plan and don't understand why there are no Laws for regulating a self insured LTD plan. **Doesn't the same law that applies to Social Security Disability Insurance (listed below) apply to a self insured plan?**

The employees of Nortel Networks were forced participant in the LTD plan as a part of the employee compensation package, therefore, the Nortel cost and employee cost were paid by the Employees but managed by plan administrator while the company enjoyed the savings by not having to pay third party insurance. The savings also directly/indirectly benefitted the creditors who did business with Nortel.

Somewhere along the way the plan administrator along with the executives of Nortel mismanaged the Trust fund/funds dedicated to the LTD plan and caused it to collapse without raising a flag or alarming Nortel Employees to look into some other avenue before any more harm was done to the trust fund and the security of the LTD plan participants.

Now Nortel Networks and Creditors of Nortel want to take the phantom LTD fund which should have been dedicated to the LTD plan whether noted or not and pay the creditors and the executives their bonuses.

**On the other hand, is there anything that can be done to help LTD recipients using TITLE VII of the Americans with Disabilities act of 1990 where the law protects the long term disabled?**

As far as I know the LTD recipients situation is critical to their survival. The LTD recipients could not survive losing their LTD benefits without causing them to suffer greatly and potentially sending them to an early grave.

If at all possible, I like to serve on the LTD committee.

I plead that the US Bankruptcy Court show mercy and justice in this matter.

Thank you,
Sincerely,

Daniel D. David

Daniel D. David
2105 Possum Trot road
Wake Forest, NC 27587

(919) 554-9291    e-mail: ddavid4@nc.rr.com

| **What are the Social Security Trust Funds?** | The Social Security Trust Funds are the Old-Age and Survivors Insurance (OASI) and the Disability Insurance (DI) Trust Funds. These funds are accounts managed by the Department of the Treasury. They serve two purposes: (1) they provide an accounting mechanism for |

tracking all income to and disbursements from the trust funds, and (2) they hold the accumulated assets. These accumulated assets provide automatic spending authority to pay benefits. The Social Security Act limits trust fund expenditures to benefits and administrative costs.

Benefits to retired workers and their families, and to families of deceased workers, are paid from the OASI Trust Fund. Benefits to disabled workers and their families are paid from the DI Trust Fund. More than 98 percent of total disbursements in 2010 were for benefit payments.

A Board of Trustees oversees the financial operations of the trust funds. The Board reports annually to the Congress on the financial status of the trust funds.

**How are the trust funds invested?**

By law, income to the trust funds must be invested, on a daily basis, in securities guaranteed as to both principal and interest by the Federal government. All securities held by the trust funds are "special issues" of the United States Treasury. Such securities are available only to the trust funds.

In the past, the trust funds have held marketable Treasury securities, which are available to the general public. Unlike marketable securities, special issues can be redeemed at any time at *face value*. Marketable securities are subject to the forces of the open market and may suffer a loss, or enjoy a gain, if sold before maturity. Investment in special issues gives the trust funds the same flexibility as holding cash.

Data on trust fund investments provide a breakdown by interest rate and trust fund for any month after 1989.

**What interest rate do the trust funds' assets earn?**

The rate of interest on special issues is determined by a formula enacted in 1960. The rate is determined at the end of each month and applies to new investments in the following month.

The numeric average of the 12 monthly interest rates for 2010 was 2.760 percent. The annual effective interest rate (the average rate of return on *all* investments over a one-year period) for the OASI and DI Trust Funds, combined, was 4.642 percent in 2010. This higher effective rate resulted because the funds hold special-issue bonds acquired in past years when interest rates were higher.

**What happens to the taxes that go into the trust funds?**

Tax income is deposited on a daily basis and is invested in "special-issue" securities. The cash exchanged for the securities goes into the general fund of the Treasury and is indistinguishable from other cash in the general fund.

**If all the income is**

Money to cover expenditures (mainly benefit payments) from the trust

**invested, how do benefits get paid each month?** funds comes from the redemption or sale of securities held by the trust funds. When "special-issue" securities are redeemed, interest is paid. In fact, the principal amount of special issues redeemed, plus the corresponding interest, is just enough to cover an expenditure.