Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
Chapter 11, Case No. 09-10138 (KG)
Re Nortel Networks Inc.



Subject: Objection to the motion appointing an Official Committee of Retired Employees

12 June 2011

The way I read this "notice", is that Nortel's only possibility of terminating or modifying retiree and LTD benefits is to have the court appoint an "Official Committee of Retired Employees" with whom Nortel may negotiate. Nortel plans to negotiate and then, after having negotiated with the Retiree Committee, will terminate or modify Retiree and LTD benefits. For this reason, we oppose this motion. There need not be any change in these employee LTD and retired employee benefits. Also, it would be a conflict of interest if Nortel chooses or nominates the members of the retiree committee, or pays for the committee's legal fees. If such a committee is appointed, it should be made up of a motivated selection of retired and LTD employees who represent a charter or consensus position.

Nowhere in this motion do we see a mention of the setup of a self sustaining trust fund to pay for the obligations owed the 2119 retired employees and their dependants. A similar trust fund should be set aside for the 245 Nortel LTD employees. The sale of Nortel's assets should first fund the set-up of the "Nortel Retired Employee Trust Fund" and a similar "Nortel LTD Employee Trust Fund." At a cost of 1 million per month, for a period of 20 years, this would amount to a $240 million for each trust fund. These trust funds should be funded before other creditors are paid.

Also, the funding of employee pensions with the Pension Benefit Guarantee Corporation should be assured with Nortel's proceeds. For Nortel to abandon the responsibility to fund this retirement benefit is disappointing.

*Chong S. Rose*
Chong Rose (disabled employee, soon to be a retired employee)

*Patrick Rose*
Patrick Rose (spouse – who created this objection for Chong, and is authorized by Chong to speak on her behalf.)

701 Lakebird Drive

Sunnyvale, CA 94089

patroserc@aol.com