The Honorable Kevin Gross
United States Bankruptcy Judge
Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Deleware 19801

6-11-2011

Freddie Wormsbaker
327 Locust St.
Twin Falls, ID 83301-7333
Phone 1-208-734-0656



First of all I'm sorry, that I need to even write this letter.

Well from what I am understanding I should write a letter explaining my problem. The first thing I need to explain is I'm not able to read nor write. I am using my computer with the program called Dragon naturally speaking in order to write this letter for me, and it does make mistakes.

My name is Freddie Wormsbaker.
I worked in Minneapolis, Minnetonka, production plant for approximately 11 years.

I do not say that working for this company caused all my problems, because I did have polio before which took care of my legs. However there was no problems with my arms until constant repetitive use of a screwdriver over 11 years of repetitive work assembling products for this company. The doctors call it tennis elbow in both right and left arm. The question was to the doctor at the time after going previous surgeries and how negatively they turned out I wanted to know what was my chances for the surgery to work the doctor said about 20% possibility of success. This was not good enough for me I'm sorry, I need my arms to be able to take care of myself and be able to get around and losing my hands is not an option however the only option I do have is when I inflame my tennis elbow to take medication and take it easy until the pain subsides.

However the things that I do require is still having affordable insurance, that will take care of all my existing problems without it taking me to bankruptcy as well. We are heading into polio two, as the doctors call which is causing a lot of new medical problems that require doctors, surgeries. And of course a lot of pain. As well right now a great deal of mental trips or the feeling of total chaos. This program also limits me on the type words, I wish that I could use. As my situation continues the requirements for the use of my arms, are also being needed more so. So my mobility is now very limited.

I hope you are able to understand, however I am sorry, to say you never will enlist you live in my shoes. I'm sorry, please do not take this in a negative way, I'm sure you can understand somewhat, however not completely.

I am thankful that Nortel did not fire me when they took over data 100. However I did have some problems of discrimination within this company when trying to change jobs. However they did transfer me after the damage was done, in to a different job that was more repetitive than the screwdriver work, and just as painful if not more so. And that is actually what put me on disability. And the doctor did write a letter stating, non-repetitive work.

I really do not receive all left much from Nortel however what I do receive those take care of some medical insurance.

Thank you for taking the time and patience hopefully you did not have to change too many words to get the proper meaning.

Yours truly
Freddie Wormsbaker

*[signature]*

6-11-2011