Case of Nortel

Judge Gross's Chambers

824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Roger Carlsen
462 E. Calle De Ocaso
Sahuarita, AZ 85629

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Honorable Judge Kevin Gross,

My brother is typing this for me, as I cannot sit or stand long enough to do it.

My name is Roger Carlsen and I am a person, a person who for more than a decade sweated and agonized over every decision, insight, and design I created while working for Nortel. It was a bi-directional, rewarding experience for Nortel and myself. I am now one of those people lumped together as Long-Term- Disabled (LTD). I used to be a manager, a hardware architect, and a senior hardware designer. I am now a crippled invalid. I will attempt to go back in time and write a conceptual contract that Nortel and I entered into. Hopefully my efforts will shine some light on the current situation.

### LTD CONTRACT

In order to obtain and retain loyal, reliable, hard-working and expert professionals, Nortel and Roger Carlsen enter unto a contract and agreement regarding a long-term disability benefit. Please check either **Plan A** or **Plan B** below.

**Plan A:** If you should become disabled, we will provide the following benefits to you and your family to and through age 65…
Your benefit will also be increased by withdrawals from your bi-weekly paycheck.

*[11 years later] P.S. Nortel is deeply sorry that your life has taken such a terrible turn, and that you are so severely crippled and in pain. Thank you for the products you worked so hard to develop; they have created billions of dollars in sales to Nortel. We will, of course, take care of you and your family as promised. It is the moral and decent thing to do.*

**Plan B:** If you become disabled you will probably be very sick and weak, and less likely to fight our efforts to stop your benefits (which we may decide to do at any time). We promise to try to cut you and your family off from as many benefits as we can, and as quickly as possible. You will be costing Nortel money.

*[15] years later] P.S. Thanks for the billions of dollars, and say 'Hi' to your family.*

As you can see, Nortel is trying to re-write history and move my 'X' from **Plan A** to **Plan B**. From every viewpoint, it breaks the agreement we made… and from every aspect it seems morally wrong.

I HOPE YOU FEEL WE HAVE PAID FOR A SEAT AT THE TABLE; PAID WITH A SIGNIFICANT PART OF OUR LIFE. WE SHOULD BE INVOLVED AND TALKING WITH NORTEL. WE SHOULD NOT BE EXCLUDED — PLAN B IS DEAD WRONG.