IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                              : Chapter 11
                                                   :
Nortel Networks Inc., et al.,[1]                   : Case No. 09-10138 (KG)
                                                   :
                           Debtors.                : Jointly Administered
                                                   :
                                                   : Re: D.I. 5472, 5581,
                                                   :
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER AUTHORIZING ACTION UNDER THE MEN SALE ESCROW AGREEMENT WITHOUT THE CONSENT OR PARTICIPATION OF NORTEL COLOMBIA AND GRANTING RELATED RELIEF

I, Alissa T. Gazze, Esquire, hereby certify as follows with respect to the attached *Order Authorizing Action Under The MEN Sale Escrow Agreement Without The Consent Or Participation Of Nortel Colombia And Granting Related Relief* (the "Order"):

1. On May 23, 2011, the Debtors filed the *Motion For Entry Of An Order Authorizing Action Under The MEN Sale Escrow Agreement Without The Consent Or Participation Of Nortel Colombia And Granting Related Relief* (D.I. 5472) (the "Motion").

2. On May 31, 2011, the Debtors received an informal response to the Motion from the Colombia Department of Taxation and Customs (the "Response"). A certified

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

transcript of the Response was filed by the Debtors on June 3, 2011 (D.I. 5581). No formal objections to the Motion were received.

WHEREFORE, Plaintiff respectfully requests that the U.S. Court (i) enter this Order and the relief requested therein; and (ii) grant such other and further relief as it deems just and proper.

Dated: June 14, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*