6/10/2011

WILLIAM P CADE JR
207 CASA URBANO DR
CLINTON, MS 39056-5932
601 924-1153

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE
824 MARKET ST.
3RD FLOOR
WILMINGTON, DELAWARE 19801

REFERENCE: NORTEL LTD MEMBERS

DEAR JUDGE GROSS,

    I AM WRITING THIS LETTER IN ORDER TO SHED LIGHT ON THE IMPACT OF THE POSSIBLE CANCELLATION OF MY NORTEL LTD BENEFITS. I WILL TRY TO BE BRIEF

    I HAVE BEEN DISABLED SINCE 12/1995. IT BEGAN WITH SCOLEOSIS, DEGENERATIVE DISK DISEASE AND A RUPTURED DISK. MY MEDICAL HISTORY SINCE THEN IS AS FOLLOWS: 3 BACK SURGERIES, GLAUCOMA, TYPE 2 DIABETES, 2 EYE SURGERIES FOR GLAUCOMA, RT. KIDNEY BLOCKED 2 TIMES, SURGERY FOR A FISTULA (INFECTION OF A BODY CAVITY), TESTROSTERENE LEVEL IS 0, HUMAN GROTH HORMONE LEVEL IS ALMOST 0, CT'S REVEALED I HAD OR WAS EXPOSED TO T.B..BUT CURRENTLY TEST NEGATIVE, 2 AORTIC ANURISIUMS, A CYST ON MY LEFT KIDNEY, 3 MONTHS OF RE-CURRENT PNEUMONIA CAUSED BY ENLARGED LYMPHNODES, WHICH WAS FOUND TO BE CAUSED BY MYLIGNANT HODGKENS LYMPHOMA, WHICH REQUIRED 3 SURGERIES, AND 6 MONTHS OF CHEMOTHERAPY.

    I'M PRETTY MUCH UNINSURABLE FOR HEALTH AND LIFE INSURANCE. MY WIFE'S JOB JUST TERMANATED ON 6/9/2011. WE REALLY NEED OUR LTD BENEFITS IF AT ALL POSSIBLE. IF WE HAVE TO PAY OUR DRUG COSTS THEY WILL RUN ABOUT $2000.00 MONTHLY BESIDES DOCTOR OFFICE VISITS AND CT'S, PET SCANS, MRI'S ETC.

    THANK YOU IN ADVANCE FOR YOUR CONSIDERATION.

SINCERELY,

*[signature]*

WILLIAM P. CADE JR.