*Cynthia A. Schmidt*
*P.O. Box 119 Oregon House, CA 95962*
*Phone: 530-692-1299  June 10, 2011*

Honorable Kevin Gross's Chambers,
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Re: **Case No. 09-10138 (KG),** Nortel Networks Inc (NNI) et al, **Docket No. 5595**
*Motion to Appoint Committee of Long-Term Disability participants representation*

Dear Judge Gross,

I am one of about 250 Nortel employees currently on Long-Term Disability (LTD) through Nortel's LTD benefit, a shared-cost benefit that Nortel offered. This is a benefit that we stand to lose imminently if there is not a negotiation of some kind between Nortel and our legal representatives.

The LTDers, who perhaps need their benefit the most, are the least able to fight for their claim. We do not want pity and are not complainers. Rather, somehow the unthinkable is about to happen to us without you, the judge, even knowing about it, so this is really to let you know that something pretty bad is about to happen to a rather helpless group.

I ask that you do whatever is possible to facilitate, or even require, negotiation between the Disabled employees and Nortel - via the inclusion in an existing committee or the formation of our own committee - so that our benefit may have a chance to be continued, fully or, at worst, in some negotiated form.

I am permanently disabled with Lupus and RSD, a crippling and painful nerve disorder, and have no possibility of working. My Nortel disability check and my quite small Social Security disability check are what I live on, and these pretty much cover just my medical and housing expenses. It is not possible to even imagine at this point what I would do without them.

Our claim seems to me to be of a different order - addressing perhaps a fiduciary responsibility that Nortel has toward those employees who are dependent on this benefit - and needs your considered attention.

With sincere thanks for your assistance,

*Cynthia A. Schmidt*