The Honorable Kevin Gross  
Judge Gross's Chambers  
824 North Market Street  
3rd Floor  
Wilmington, Delaware  19801

June 8, 2011

Your Honor:

My name is Mary Holbrook. I am on Nortel Networks Long Term Disability Plan and have concerns about my future. Actually, I'm really frightened.

I have been on disability since 1995 and things have continued to go downhill with both my disability and my finances. My disability started with Carpal Tunnel and has accelerated into many other health issues. Some of which are; fibromyalgia, spinal stenosis, knee problems, and foot problems. There are now days that I'm barely able to get out of bed. In my case, Nortel had the chance to stop this, but chose not to follow the instructions from my Doctor and the Ergonomic Specialists that came to the workplace, and then recommended what needed to be done so that I could continue to work. Nortel chose not to do any of this. As expected, my Carpal Tunnel became worse and worse, until my Doctor told me I could no longer work.

I became disabled working for Nortel and I trusted that they would honor the LTD Plan which was in place. I was told this Plan would continue until I reached the age of 65. I had no knowledge of the Plan going from fully-funded to self-insured.

Without my benefits, I will end up in a wheel chair. I am to have 3 surgeries that I cannot afford on my own. I would also have to stop taking several of the medications I'm on. They are the only things that keep me going. As far as my financial situation -- I would be absolutely devastated. I live on my own and have a finite amount of money to live on for the rest of my life. I fear my quality of life would be highly impacted and could, in fact, shorten it.

I am asking that all of the LTD persons be allowed to be included in the Official Committee of Retired Employees, OR be allowed to form our own Committee to fight for our rights and be accounted for. We would like a "voice" before Nortel and the Courts. Your Honor, I am, with all due respect, asking that you respond/rule in the favor of the LTD persons to be represented in these court proceedings. We are in great need of a just and fair settlement with Nortel.

I thank you for your time and consideration regarding this matter.

Sincerely,

Mary Holbrook

Mary Holbrook (Employee Global ID #0195977)

1181 Grey Fox Court
Folsom, CA  95630

Home: 916-983-0969
Cell   : 916-502-1229

---

Nortel Networks Inc., Chapter 11.  Case No:  09-10138(KG)

Motion Dated:  June 2, 2011
Notice of Debtors Motion for entry of an order pursuant to section 1114 of the bankruptcy code appointing an official committee for retired employees.

Notice of Motion for entry of an order pursuant to section 1102(a)(2) of the bankruptcy code appointing an official committee of Long-Term disability plan participants.  Motion dated June 3, 2011.