FILED
2011 JUN 15 PM 2: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Brent Beasley
541 Ammons Rd
Dunn, NC 28334

To The Honorable Judge Gross,

    My name is Brent Beasley and I had a stroke on 2/10/2008, believed to be caused by PFO, which is a birth defect in my heart that allowed a clot that formed in my leg to go straight to my brain. I have been out of work ever since. I had heart surgery twice, a year apart, to correct the PFO believed to cause the stroke, however unfortunately this surgery would do nothing for my condition after the stroke but only hopefully prevent any future strokes. The stroke left me stricken with an autonomic disorder called Postural Orthostatic Tachycardia Syndrome (POTS). Basically, my body doesn't regulate internally (heart rate, blood pressure, veins not constricting) like it is supposed to, things I can't help. It was determined during testing my blood vessels don't constrict like they are supposed to so blood pools in my extremities (legs, arms), my brain doesn't get enough oxygen, my heart rate increases drastically, my blood pressure goes way up, my adrenaline kicks in and I burn through that and then my blood pressure collapses, and this disregulation leaves me with symptoms of fatiguing easily, shortness of breath and lightheaded dizziness. This diagnosis was arrived at through extensive testing as well. The last specialist I saw for autonomic disregulation told me I will have this condition the rest of my life and I would never again wake up and be normal as I was before the stroke.

    Before the stroke I was happy, healthy and active, and living completely independent. As a Senior Sales Compensation Analyst, I had a good job which I enjoyed and I was, at the time, at the top of my career. I was a productive member of society. I was raised to live below my means, I paid my bills on time, had a credit rating over 760+, and had a nice amount of savings (~$20,000+). I had no debt except for my house and car, and was on track to have my car paid off 3 years early.

    Since the stroke, medical bills and expenses have completely wiped out all of my savings and I am now more than $30,000 in debt. I have lost my house that I lived in for over 10 years. I have had to move close to my parents and am unable to take care of myself like before. I am a shell of my former self and feel like a 38 year old man in a 90 year old man's body. I am near financial destitution.

    If I lose my LTD benefits I will incur even more hardship than I am in right now, not only would I have reached the bottom, but I will be digging deeper. Losing my benefits would mean my monthly income would be cut by over 50%, I would lose the current level of health benefits that I receive. For which by the way, the LTD benefits I paid for to have 66 2/3% pay if I ever became disabled. It is unlikely I would still be able to get the level of medical treatment I am receiving. I will have my income well below the poverty line. I have made changes to accommodate my current situation. However there is only so much one can cut beyond the basic necessities to live.

    I didn't create my health situation, and I didn't create my financial destitution. I support the joining of the 1114 committee or formation of the 1103 committee. I sincerely pray that God moves your heart to do what is right and just, not only for myself but for my fellow LTD'ers.

Sincerely,

*Brent Beasley*

Brent Beasley