**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
                                                          :
*In re*                                                   :        Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :        Case No. 09-10138 (KG)
                                                          :
                              Debtors.                    :        Jointly Administered
                                                          :
----------------------------------------------------------X    **Objections Due: July 6, 2011 at 4:00 p.m. (ET)**

**NOTICE OF SECOND MONTHLY APPLICATION OF ADDREX INC. AS A BROKER TO
DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM
COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 1, 2011
THROUGH MAY 31, 2011**

   Attached hereto is the **Second Monthly Application of Addrex Inc. as a Broker to
Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim
Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2011
Through May 31, 2011** (the "Application").

   You are required to file an objection ("Objection") if any, to the Application with the
Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd
Floor, Wilmington, Delaware 19801 on or before **July 6, 2011 at 4:00 p.m. (Eastern Time)** (the
"Objection Deadline").

   At the same time, you must serve such Objection on counsel for the Debtors so as to
be received by the Objection Deadline.

   A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT
THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE
GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE
COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT
FURTHER NOTICE OR HEARING.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel
Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International
Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks
Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc.
(3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc.
(6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be
found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Dated: June 16, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4235283.2