**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| -----------------------------------------------------------------X | : | Chapter 11 |
| In re | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| | : | Re: D. I. 5733 |
| Debtors. | | |
| -----------------------------------------------------------------X | | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 16, 2011, copies of the **Notice of Rescheduled Auction, Supplemental Objection Deadline and Hearing** were served in the manner indicated upon the entities identified on the attached service list.

Dated: June 16, 2011
   Wilmington, Delaware

> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> James L. Bromley (admitted pro hac vice)
> Lisa M. Schweitzer (admitted pro hac vice)
> One Liberty Plaza
> New York, NY 10006
> Telephone: (212) 225-2000
> Facsimile: (212) 225-3999
>
> and
>
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>    */s/ Alissa T. Gazze*
> Derek C. Abbott (No. 3376)
> Ann C. Cordo (No. 4817)
> Alissa T. Gazze (No. 5338)
> 1201 North Market Street, 18th Floor
> Wilmington, DE 19899-1347
> Telephone: (302) 658-9200
> Facsimile: (302) 425-4663
>
> Counsel for the Debtors and Debtors in Possession

4168078.1

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.