## Objectors Service List

## Via Hand Delivery or First Class Mail

Sullivan, Hazeltine, Allinson LLC
William A. Hazeltine
910 North Market Street, Suite 1300
Wilmington, DE 19801

Duane D. Werb
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Flr
P.O. Box 25046
Wilmington, Delaware 19801

John C. Weitnauer, Esq.
William S. Sugden, Esq.
Alston & Bird LLP
One Atlantic Center
120 1 West Peachtree Street
Atlanta, GA 30309-3424

Natasha M. Songonuga, Esq.
Gibbons P.C.
1000 N. West Street, Ste 1200
Wilmington, DE 19801-1058

David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102

Brett D. Fallon
Morris James
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801


ASHBY & GEDDES, P.A.
William P. Bowden
Amanda M. Winfree
500 Delaware Avenue
Wilmington, Delaware 19899

FULBRIGHT & JAWORSKI
David A. Rosenzweig
Mark C. Haut
666 Fifth Avenue
New York, New York 10103

AT&T SERVICES, INC.
James W. Grudus, Esq.
One AT&T Way
Bedminster, New Jersey 07921


Kathleen Miller
Smith, Katzenstein & Jenkins
800 Delaware Ave., 10th Flr.
P.O. Box 410
Wilmington, DE 19899


Jesse H. Austin, III
Robert E. Winter
Paul Hastings, Janofsky & Walker LLP
875 15th St., N.W.
Washington, D.C. 20005


Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th St., N.W. Ste. 2100
Atlanta, GA 30363

Kathleen Miller
Smith, Katzenstein & Jenkins
800 Delaware Ave., 10th Flr.
P.O. Box 410
Wilmington, DE 19899


David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Ste 5100
1313 N. Market St.
P.O. Box 1709
Wilmington, DE 19801-1709

G.Larry Engel
Pamela Pasti
Kristin A. Hiensch
Morrison Foerester
425 Market St.
San Francisco, CA 94105-2482

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC

901 N. Market St., Ste 1300
Wilmington, DE 19801


Jonathan W. Young
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Dr.
Chicago, IL 60606-1229


Kurt F. Gwynne
Timothy P. Reiley
Reed Smith LLP
1201 Market Street, Ste 1500
Wilmington, DE 19801

Brett D. Fallon
Carl N. Kunz
Courtney R. Bookout
Morris James
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, Delaware 19801

Blank Rome LLP
Jane Ann Bee (No. 5457)
1201 Market Street
Suite 800
Wilmington, Delaware 19801

DYKEMA GOSSETT PLLC
Michael Stolarski
Richard M. Bendix
Maria A. Diakoumakis
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606


Margolis Edelstein
James E. Huggett (#3956)
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801


Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
One Expressway Plaza
Roslyn Heights, New York 11577

Shawn M. Christianson, Esq.
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, California 94105-2126


Deborah Miller, Esq.
Lesley Kothe
Oracle America, Inc.
500 Oracle Parkway
Redwood City, California 94065

Kurt F. Gwynne
Timothy P. Reiley
Reed Smith LLP
1201 Market Street, Ste 1500
Wilmington, DE 19801

Brett D. Fallon
MORRISJAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494


David I. Swan, Esquire
McGuireWoods LLP
1751 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215


BROWN STONE NIMEROFF LLC
Jami Nimeroff, Esquire (No. 4049)
901 N. Market Street, Suite 1300
Wilmington, DE 19801


David M. Feldman, Esquire
Matthew K. Kelsey, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Duane D. Werb
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Flr
P.O. Box 25046
Wilmington, Delaware 19801

John C. Weitnauer, Esq.
William S. Sugden, Esq.
Alston & Bird LLP
One Atlantic Center
120 1 West Peachtree Street
Atlanta, GA 30309-3424