IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.* | : | |
| | : | Case Number: 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **D.I. 5595** |
| | : | Hearing Date: June 21, at 9:30 a.m. |
| | **:** | Deadline Objection: June 16, 2011 (By Agreement) |

**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO MOTION FOR ORDER PURSUANT TO 11 USC § 1102(a)(2) DIRECTING APPOINTMENT OF OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS**

Roberta A. DeAngelis, United States Trustee for Region 3, through her undersigned counsel, responds to the Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long-Term Disability Plan Participants (the "Motion") as follows:

1. This Court has jurisdiction to hear and determine this Limited Objection.

2. Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged with administrative oversight of the bankruptcy system in this District. Such oversight is part of the United States Trustee's overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Systems, Inc. (In re Columbia Gas Systems, Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that the United States Trustee has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog").

3. Under 11 U.S.C. §§ 307 and 1102, the United States Trustee has standing to be

heard on the issues raised by the Motion.

4. On June 3, 2011, a Motion was filed by counsel on behalf of various long-term disability plan participants, seeking the appointment of an official committee to act on their behalf. In addition to seeking a court order directing the appointment of such a committee, the movants also state that they desire the Motion to operate as a request to the United States Trustee for the appointment of such a committee under her own statutory authority as set forth in Section 1102.

5. The Debtor has filed a response to the Motion asserting, in part, that any such committee should have limitations placed on its scope of activity.

6. Bankruptcy Code section 1102(a)(2), which governs the appointment of addtional official committees, provides in pertinent part that;

> "On request of a party in interest, the court *may* order the appointment of additional committees of creditors or of equity security holders if necessary to assure adequate representation of creditors or of equity security holders."

7. The United States Trustee believes that the Motion does not set forth a sufficient factual basis for the Court to determine the necessity for such an appointment. The movants should thus be required to more fully substantiate the necessity for such an appointment at an evidentiary hearing, to address the statutory grounds for such an appointment, and to address the issues raised by the debtors and other parties.

8. The United States Trustee reserves any and all rights, remedies and obligations to, *inter alia*, complement, supplement, augment, alter, substitute and/or modify this Response and to take any further action as may be required or to conduct any and all discovery as may be deemed necessary or as may be required and to assert such other grounds as may become apparent.

WHEREFORE, the United States Trustee respectfully requests this Court to hold the hearing to give the United States Trustee and other parties a reasonable opportunity to consider the evidence offered and further respond, if appropriate, and for all other relief that is just and proper.

        Respectfully submitted,

        ROBERTA A. DEANGELIS
        United States Trustee

BY:    */s/ Kevin P. Callahan*
        Kevin P. Callahan
        Trial Attorney
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Suite 2207
        Wilmington, DE 19801

Dated: June 16, 2011        (302) 573-6491
        (302) 573-6497 fax