IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X         Chapter 11
                                                               :
In re                                                          :         Case No. 09-10138 (KG)
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :         Jointly Administered
                                                               :         Re: D. I. 5734
        Debtors.                                               :
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 16, 2011, copies of the **Notice of Rescheduled Hearing Date from July 12, 2011 at 9:30 a.m. to July 11, 2011 at 9:30 a.m.** were served in the manner indicated upon the entities identified on the attached service list.

Dated: June 16, 2011
       Wilmington, Delaware

                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                   James L. Bromley (admitted pro hac vice)
                                   Lisa M. Schweitzer (admitted pro hac vice)
                                   One Liberty Plaza
                                   New York, NY 10006
                                   Telephone: (212) 225-2000
                                   Facsimile: (212) 225-3999

                                   and

                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          /s/ Alissa T. Gazze
                                   Derek C. Abbott (No. 3376)
                                   Ann C. Cordo (No. 4817)
                                   Alissa T. Gazze (No. 5338)
                                   1201 North Market Street, 18th Floor
                                   Wilmington, DE 19899-1347
                                   Telephone: (302) 658-9200
                                   Facsimile: (302) 425-4663

4168078.1                          Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.