**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                           )
In re:                                     )    Chapter 11
                                           )
NORTEL NETWORKS, INC., *et al.*,           )    Case No. 09-10138 (KG)
                                           )
               Debtors.                    )    Jointly Administered
_____ )


## NOTICE OF REMOVAL FROM ALL SERVICE LISTS

PLEASE TAKE NOTICE that Steven T. Hoort, Esq., as counsel to Avaya, Inc., respectfully requests to be removed from the Court's ECF and all other service list(s), including service by mail. The associated e-mail address is as follows:

steven.hoort@ropesgray.com

PLEASE TAKE FURTHER NOTICE that this removal only applies to Steven T. Hoort, Esq., and that Ropes & Gray's other attorneys in this case should not be affected.


Dated:  June 17, 2011               Respectfully submitted,
        Boston, Massachusetts

                                    ROPES & GRAY LLP

                                     /s/ Steven T. Hoort
                                    Steven T. Hoort, Esq. (*pro hac vice*)
                                    Prudential Tower
                                    800 Boylston Street
                                    Boston, MA 02199-3600
                                    Tel:   617.951.7000
                                    Fax:   617.951.7050

                                    *Counsel for Avaya, Inc.*

26949448_1