## **CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on June 21, 2011 at 9:30 a.m. (ET)** was caused to be made on June 17, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated: June 17, 2011

                                                                                             */s/ Alissa T. Gazze*
                                                                                          Alissa T. Gazze (No. 5338)