## LTD Service List

**Via Hand Delivery**

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
1105 N. Market St., Suite 1700
Wilmington, DE 19801

**Via Email**

Raymond Brecker (w2rxbrec@gmail.com)
154 Culver Pkwy.
Irondequit, NY 14609

Joseph & Rita Ketsler
(jrk4648@verizon.net)
7617 Waasland Dr.
Plano, TX 75025

Larry Blair (nas34me@hughes.net)

Felicia Jones Mann (flemann@aol.com)
525 Academy St.
Cary, NC 27513

Chong Rose (patroserc@aol.com)
701 Lakebird Dr.
Sunnyvale, CA 94089

Daniel David (ddavid4@nc.rr.com)
2105 Possum Trot Rd.
Wake Forest, NC 27587

**Via Overnight**

Marilyn Day
2020 Fox Glen Drive
Allen, TX 75013

Linda Reed
115 Kearney Court
Nolensville, TN 37135

Michael McCarthy
69 Auckland St.
Dorchester, MA 02125

Bradley Morrow
404 Faculty Ave.
Cary, NC 27511

James Propes
1276 Lakemoor Dr.
Woodbury, MN 55129

Sandra Grills
632 Post Oak Dr.
Plano, TX 75025

Jerry Wadlow
P.O. Box 79
Wewoka, OK 74884

Thelma Watson
P.O. Box 971
Bath, SC 29816

Najam Dean
6 Augusta Dr.
Millbury, MA 01527

Lynette K. Seymour
16711 Rivendell Lane
Austin, TX 78737

Remajos Brown
2353 Sword Dr.
Garland, TX 75044

Mark Weare
1 Happy Ave.
Derry, NH 03038

Marilyn Green
1106 Boston Hollow Rd.
Ashland City, TN 37015

Steven Bennett
37052 Chestnut St.
Newark, CA 94560

Jane Neumann
11370 Co Road 24
Watertown, MN 55388

William P. Cade, Jr.
207 Casa Urbano Dr.
Clinton, MS 39056

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC 27312

Freddie Wormsbaker
327 Locust St.
Twin Falls, ID 83301

4321642.1