Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/02/11 | EH | Review clerk's notice of deadline to request redaction of 4/26/11 hearing transcript | 0.10 |
| 05/02/11 | EH | Review second amended agenda for 5/02/11 hearing | 0.10 |
| 05/09/11 | EH | Review amended agenda for 5/10/11 hearing | 0.10 |
| 05/11/11 | EH | Review main case docket for adversary settlement procedures order (0.20); discuss with J. Hoover (0.20) | 0.40 |
| 05/18/11 | EH | Review main bankruptcy case docket for settlement agreements and 9019 motions (0.30); email to J. Hoover regarding same (0.10) | 0.40 |
| 05/20/11 | EH | Review agenda for 5/24/11 hearing | 0.10 |
| 05/25/11 | EH | Discuss noticing procedure for discovery-related motions filed in adversary proceedings with R. Lemisch | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 1.30 | $305.50 |
| | | | 1.30 | $305.50 |
| | | TOTAL: | 1.30 | $305.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/03/11 | JRH | Review email from A. Cordo regarding hearings, and email with L. Behra regarding same | 0.10 |
| 05/05/11 | LMS | Obtain estimated accruals for April 2011 | 0.10 |
| 05/05/11 | LMS | Email to J. Moldrem regarding estimated accruals for April 2011 | 0.20 |
| 05/09/11 | RHL | Edit time for monthly fee application | 0.20 |
| 05/10/11 | JRH | Coordination with L. Behra regarding coordination related to fee applications/monthly/quarterly | 0.10 |
| 05/10/11 | LMS | Telephone call with J. Hoover regarding next quarterly fee applications | 0.10 |
| 05/12/11 | LMS | Review and revise BFCA fees and expenses for fee application | 2.50 |
| 05/13/11 | LMS | Review and revise BFCA fees and expenses for April monthly fee application | 1.20 |
| 05/13/11 | LMS | Discussions regarding proper service on Debtor | 0.20 |
| 05/16/11 | LMS | Preparation of BFCA monthly fee application for April 2011 | 0.70 |
| 05/16/11 | LMS | Preparation of BFCA Third Interim Fee Application | 1.00 |
| 05/19/11 | RHL | Review monthly fee application | 0.20 |
| 05/20/11 | RHL | Review third quarterly fee application | 0.20 |
| 05/20/11 | LMS | Preparation of BFCA monthly fee application for April 2011 | 0.40 |
| 05/20/11 | LMS | Docket objection deadline regarding April 2011 monthly fee application | 0.10 |
| 05/20/11 | LMS | File BFCA monthly fee application for April 2011 | 0.10 |
| 05/20/11 | LMS | Review docket regarding objections to BFCA monthly fee application for March 2011 | 0.10 |
| 05/20/11 | LMS | Prepare CNO regarding BFCA monthly fee application for March 2011 | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/20/11 | LMS | File CNO regarding BFCA monthly fee application for March 2011 | 0.10 |
| 05/20/11 | LMS | Preparation of BFCA Third Interim Fee Application | 0.70 |
| 05/23/11 | LMS | Preparation of BFCA Third Quarterly Fee Application | 0.30 |
| 05/23/11 | LMS | File BFCA Third Quarterly Fee Application | 0.10 |
| 05/23/11 | LMS | Docket objection deadline regarding BFCA Third Quarterly Fee Application | 0.10 |
| 05/23/11 | EH | Review ECF notices and download BFCA third quarterly fee application; track hearing date and objection deadline | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.60 | $357.00 |
| | | | 0.60 | $357.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.20 | $76.00 |
| | | | 0.20 | $76.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 8.10 | $1,579.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.10 | $23.50 |
| | | | 8.20 | $1,603.00 |
| | | TOTAL: | 9.00 | $2,036.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/02/11 | RHL | Received correspondence from E. Meltzer regarding additional issues regarding Siemens' invoices | 0.10 |
| 05/02/11 | RHL | Received correspondence from J. Smith to E. Meltzer regarding unpaid invoices | 0.10 |
| 05/02/11 | RHL | Received correspondence from E. Meltzer regarding Siemens' response to last offer | 0.10 |
| 05/02/11 | JRH | Review various CTDI emails | 0.20 |
| 05/02/11 | JRH | Review notes and email with J. Smith regarding Prudential Relocation | 0.20 |
| 05/02/11 | JRH | Email with T. Rosen, Esquire regarding stipulation | 0.20 |
| 05/02/11 | JRH | Follow up regarding open Nortel preference matters | 0.70 |
| 05/02/11 | JES | Review letter from C. Price regarding discovery issue in CTDI matter (.2); review email from P. Keller in response to C. Price's letter (.1); revise and supplement discovery directed to Right Management (1.6); review email from E. Meltzer regarding Siemens (.1); review Siemens account and respond to email from E. Meltzer (.3) | 2.30 |
| 05/02/11 | EH | Review notice of service of CTDI supplemental discovery responses regarding NNI's first, third and fourth set of interrogatories, and CTDI supplemental discovery responses regarding NNL's first set of interrogatories and first request for admissions; update discovery binder | 0.10 |
| 05/02/11 | EH | Review and respond to email from J. Smith regarding response deadline for Right Management's first set of discovery requests | 0.10 |
| 05/03/11 | JRH | Review CTDI brief in response/opposition to NNL's motion to permit disclosure by Bill Cleary | 0.30 |
| 05/03/11 | JRH | Document review in connection with response to Prudential discovery | 4.90 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/03/11 | JES | Review email from E. Meltzer regarding Siemens adversary proceeding (.1); email C. Brown regarding Siemens invoices (.1); review and print correspondence in connection with discovery procedures and obtaining documents (.3); conference call with K. Sidhu regarding discovery in adversary proceedings (.4); review documents and discuss key documents with J. Hoover in connection with Prudential Relocation document production (4.6) | 5.50 |
| 05/03/11 | EH | Draft and file notice of service of discovery for NNI response to CTDI fourth document production request (0.20), response to CTDI first request for admission (0.20), response to CTDI second set of interrogatories and supplemental response to CTDI first set of interrogatories (0.20) | 0.60 |
| 05/04/11 | JES | Review and respond to email from C. Brown regarding Siemens (.2); review email and spreadsheet from C. Brown regarding document production (.2); email E. Meltzer regarding Siemens adversary proceeding (.2); review Prudential Relocation documents (2.2) | 2.80 |
| 05/04/11 | JES | Review Reply Brief in Support of Motion to Permit Disclosure by William Cleary (.2); review email from L. Hall regarding disclosure of CTDI financials (.1) | 0.30 |
| 05/04/11 | SRS | Correspond with D. McKenna regarding status of settlement discussions | 0.10 |
| 05/04/11 | SRS | Email to D. McKenna regarding status of settlement discussions and next steps | 0.10 |
| 05/05/11 | JRH | Follow up regarding amended Marsh McCann complaint and emails with A. Gazze (.2); telephone call with Sean Gray regarding Marsh and email related thereto (.3); review chart and follow up with T. Rosen, Esq. etc. (.5) | 1.00 |
| 05/05/11 | JRH | Review and comment on discovery of Right Management | 1.00 |
| 05/05/11 | JES | Review email and attachment from L. Hall regarding CTDI matter (.2); review email and attachment from P. Keller regarding CTDI matter (.2); review email from C. Price regarding CTDI matter (.1); review email from P. Keller regarding CTDI matter (.1); review email and several attachments from J. Liberi regarding CTDI matter (.2) | 0.80 |
| 05/05/11 | SRS | Call with J. Hea regarding status of discovery responses | 0.10 |
| 05/06/11 | RHL | Received correspondence from E. Meltzer regarding Siemens response to settlement and respond to J. Smith | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/06/11 | RHL | Review yet another e-mail from E. Meltzer regarding POC issues (0.10); discuss with J. Smith how to respond (0.10) | 0.20 |
| 05/06/11 | RHL | Discuss discovery issues on preference matters with J. Hoover | 0.20 |
| 05/06/11 | JRH | Review documents in connection with responding to Prudential relocation discovery requests; follow up related thereto | 6.00 |
| 05/06/11 | JRH | Review emails regarding Siemens settlement discussions | 0.20 |
| 05/06/11 | JRH | Review CTDI filings | 0.20 |
| 05/06/11 | JES | Revise and supplement Siemens initial disclosures (.4); review and revise discovery directed to Right Management and discuss with J. Hoover (.8); confer with J. Hoover regarding Prudential Relocation ordinary course analysis (.5); review Prudential documents (.6); review email from E. Meltzer regarding Siemens pre-petition claim and email R. Lemsich and J. Hoover with comments (.3); confer with J. Hoover regarding discovery issues in adversary proceedings (.4); finalize and serve discovery upon Right Management (.3); review email and attachments from J. Parisi regarding CTDI matter (.2); review email and attachments from T. Clark regarding CTDI matter (.2); review email from P. Keller regarding CTDI matter (.1); review email from D. Livshiz regarding CTDI matter (.1) | 3.90 |
| 05/06/11 | SRS | Call with J. Hea regarding responses to interrogatories | 0.20 |
| 05/06/11 | EH | Review and respond to email from J. Hoover regarding representation in March-McCann adversary (0.10); track pretrial conference date (0.10) | 0.20 |
| 05/06/11 | EH | Review ECF notices and download NNL reply brief in support of motion to permit W. Cleary disclosure | 0.10 |
| 05/09/11 | RHL | Received correspondence from Judge Logan's deputy regarding information to contact all parties and respond | 0.10 |
| 05/09/11 | RHL | Received correspondence from E. Meltzer regarding Siemens status of initial disclosure | 0.10 |
| 05/09/11 | JRH | Review various emails and submissions related to CTDI litigation | 0.30 |
| 05/09/11 | JRH | Review emails related to Siemens negotiations | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/09/11 | JES | Review email from C. Price regarding CTDI conference call (.1); review email from T. Clark regarding CTDI conference call (.1); review email from D. Herrington regarding CTDI conference call (.1); review email from P. Keller regarding CTDI conference call (.1); review email from C. Price regarding CTDI matter and coordinate with E. Hein regarding updated conference call (.2); draft response and objections to Prudential Relocation discovery (.6) | 1.20 |
| 05/09/11 | EH | Review ECF notices and download CTDI response to NNC motion to dismiss CTDI counterclaims | 0.10 |
| 05/09/11 | EH | File notice of service of discovery regarding first set of discovery responses directed to Right Management (0.10); update pleading binder (0.10) | 0.20 |
| 05/09/11 | EH | Review email from J. Smith regarding rescheduled 5/13/11 telephone conference with discovery mediator | 0.10 |
| 05/09/11 | EH | Review email from J. Smith regarding extension of deadline to exchange Siemens initial disclosures; track extended deadline | 0.10 |
| 05/10/11 | RHL | Received correspondence from J. Hoover to D. Herrington regarding Judge Yars' request and his response (0.10); respond to J. Hoover (0.10) | 0.20 |
| 05/10/11 | RHL | Received correspondence regarding settlement of Nokia matter | 0.10 |
| 05/10/11 | RHL | Memo to M. Young, deputy to Judge Lyons, regarding status of requested information | 0.10 |
| 05/10/11 | JRH | Email with T. Rosen, revise stipulation and coordinate filing with E. Hein | 0.40 |
| 05/10/11 | JRH | Revise stipulation, certification of counsel, etc., and email with Sean Gray of Marsh USA | 0.40 |
| 05/10/11 | JRH | Meeting with S. Stafford regarding Nortel settlement agreement | 0.20 |
| 05/10/11 | JRH | Email with T. Rosen | 0.10 |
| 05/10/11 | JRH | Review email from mediator and email with D. Herrington | 0.20 |
| 05/10/11 | JRH | Follow up regarding Nokia settlement, emails, meeting with S. Stafford | 0.70 |
| 05/10/11 | JES | Review CTDI's Brief in Opposition to Motion to Dismiss (.3); call with E. Meltzer regarding Siemens' settlement offer and terms (.3); email R. Lemsich and J. Hoover regarding proposed settlement with analysis of same (.2); confer with J. Hoover regarding Siemens | 1.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | settlement (.2); review letter from P. Keller to C. Price regarding CTDI matter (.2); review email and letter from R. Schafer regarding CTDI matter (.2); review email from C. Price regarding CTDI matter (.1); draft response and objections to Prudential Relocation discovery (.3) | |
| 05/10/11 | SRS | Review correspondence from opposing counsel regarding status of case and settlement agreement | 0.10 |
| 05/10/11 | SRS | Discuss settlement agreement and next steps with J. Hoover | 0.20 |
| 05/10/11 | SRS | Correspond with D. McKenna regarding schedule for settlement agreement and payment | 0.10 |
| 05/10/11 | SRS | Send email to D. McKenna regarding status of settlement communications with Nokia | 0.10 |
| 05/10/11 | SRS | Call with D. McKenna regarding settlement agreement and next steps | 0.30 |
| 05/10/11 | EH | Review and respond to email from J. Hoover regarding extension of answer deadline for Deluxe Entertainment in McCann adversary proceeding | 0.20 |
| 05/10/11 | EH | Revise certification of counsel submitting stipulation extending answer deadline for Deluxe Entertainment in McCann adversary proceeding | 0.20 |
| 05/10/11 | EH | File certification of counsel submitting stipulation extending answer deadline for Deluxe Entertainment in McCann adversary proceeding (0.20); coordinate delivery to Judge Gross (0.20) | 0.40 |
| 05/10/11 | EH | Track extended answer deadline for Deluxe Entertainment in McCann adversary proceeding | 0.10 |
| 05/10/11 | EH | Review CTDI adversary docket and discuss with J. Hoover | 0.20 |
| 05/10/11 | EH | Review email from R. Schafer regarding NNL production of documents in response to CTDI document requests | 0.10 |
| 05/11/11 | RHL | Received correspondence from D. Herrington to mediator regarding contact list and time for phone call | 0.10 |
| 05/11/11 | JRH | Meeting with J. Smith regarding Nortel discovery | 0.60 |
| 05/11/11 | JRH | Meeting and review documents (Prudential) | 0.40 |
| 05/11/11 | JRH | Follow-up regarding open preference actions | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/11/11 | JES | Review letter from D. Herrington regarding CTDI discovery matters (.2); call R. Lemsich and leave message regarding Siemens settlement offer (.2); confer with J. Hoover regarding discovery and questions for C. Brown related to discovery in adversary proceedings (.6); review and respond to email from K. Sidhu regarding settlement procedures (.2); draft responses and objections to Prudential Relocation's requests for production and requests for admission (2.8) | 4.00 |
| 05/11/11 | SRS | Review correspondence from D. McKenna regarding settlement agreement and next steps | 0.20 |
| 05/11/11 | SRS | Correspond with D. McKenna regarding payment arrangements for settlement | 0.10 |
| 05/11/11 | SRS | Draft stipulation of settlement | 0.50 |
| 05/12/11 | RHL | Discuss Nokia settlement issues with Jen Hoover | 0.10 |
| 05/12/11 | RHL | Review and analyze discovery issues on Prudential adversary | 0.60 |
| 05/12/11 | RHL | Received correspondence from Huran regarding Siemens settlement and respond to J. Smith | 0.20 |
| 05/12/11 | RHL | Review CTDI motion is opposition to NNL motion to dismiss conterclaims | 0.20 |
| 05/12/11 | RHL | Discuss Siemens settlement with J. Smith - okay to resolve per offer | 0.20 |
| 05/12/11 | JRH | Meeting with R. Lemisch and J. Smith regarding Nortel discovery and strategy | 0.60 |
| 05/12/11 | JRH | Meeting with J. Smith regarding Prudential discovery, etc. | 0.50 |
| 05/12/11 | JRH | Review CTDI docket (0.30); review e-mails related to discovery and various discovery rulings (0.20) | 0.50 |
| 05/12/11 | JRH | Meeting with J. Smith and conference call with C. Brown regarding Prudential Relocation discovery | 0.70 |
| 05/12/11 | JES | Meeting with R. Lemisch and J. Hoover to discuss Prudential Relocation discovery (.6); meet with J. Hoover to draft questions for C. Brown in connection with Prudential Relocation discovery (.5); confer with J. Hoover regarding Siemens settlement offer and email R. Boris describing settlement and requesting approval (.6); email S. Masters in connection with Prudential Relocation adversary proceeding (.2); review and respond to email from S. Masters regarding Prudential Relocation (.2); conference call with C. Brown and J. | 3.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | Hoover regarding Prudential Relocation discovery (.7); review email and spreadsheet from R. Boris and discuss with R. Lemisch and J. Hoover (.5) | |
| 05/13/11 | RHL | Received correspondence from counsel for Prudential relocation for discovery extension | 0.10 |
| 05/13/11 | RHL | Memo to D. Herrington regarding call Monday with the mediator and other counsel | 0.10 |
| 05/13/11 | RHL | Received correspondence from court regarding conference call at 11:30 a.m. Monday | 0.10 |
| 05/13/11 | RHL | Received correspondence from D. Herrington regarding Monday's call | 0.10 |
| 05/13/11 | JRH | Conference call with discovery special master related to CTDI litigation | 1.00 |
| 05/13/11 | JRH | Meeting with S. Stafford regarding settlement documentation (Nokia) | 0.30 |
| 05/13/11 | JRH | Emails with J. Smith regarding Nortel/Siemens; conference call with J. Smith and review e-mails from R. Boris | 0.40 |
| 05/13/11 | JES | Review email and attachment from Y. Ibrahimi regarding CTDI (.2); review email from C. Price regarding CTDI (.1); review email and attachment from L. Hall regarding CTDI (.2); review email and attachment from R. Schafer regarding CTDI (.2); review email and attachment from T. Clark regarding CTDI (.2); review email and attachment from M. Parikh regarding CTDI (.2); email J. Hoover regarding Siemens post-petition invoices (.2); email C. Brown regarding Siemens post-petition invoices (.2); call J. Hoover to discuss Siemens settlement offer and next steps (.2); follow up email to C. Brown regarding Siemens post-petition invoices (.2) | 1.90 |
| 05/13/11 | SRS | Review model settlement stipulation regarding Nortel bankruptcy proceeding (0.30); review and revise stipulation on settlement (0.40); send same to R. Lemisch and J. Hoover for review (0.10) | 0.80 |
| 05/13/11 | SRS | Call with counsel at Cleary regarding NNI-Nokia settlement | 0.20 |
| 05/13/11 | SRS | Review order on settlement procedures for bankruptcy proceeding | 0.30 |
| 05/13/11 | SRS | Meet with J. Hoover to discuss settlement procedures and stipulation of settlement | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/13/11 | EH | Review NNL subpoena issued to Fischer Cunnane | 0.10 |
| 05/13/11 | EH | Review email from J. Hoover regarding 5/16/11 teleconference with Judge Lyons regarding CTDI mediation; track conference date | 0.10 |
| 05/13/11 | EH | Review ECF notices and download NNC's brief in support of motion to dismiss CTDI counterclaims | 0.10 |
| 05/13/11 | EH | Review ECF notices and download FedEx's answer to amended complaint and corporate ownership statement filed in McCann adversary; forward to J. Hoover | 0.10 |
| 05/16/11 | RHL | Participate on call with Judge Lyons regarding CTDI mediation | 0.50 |
| 05/16/11 | RHL | Received correspondence from J. Smith to J. Carignan regarding discovery extension | 0.10 |
| 05/16/11 | RHL | Discuss Siemens' issues with J. Smith - how to proceed | 0.20 |
| 05/16/11 | JRH | Conference call with S. Masters regarding email storage/discovery issues | 0.30 |
| 05/16/11 | JRH | Meeting with J. Smith regarding Prudential discovery and other open preference items | 0.30 |
| 05/16/11 | JRH | Meetings with J. Smith regarding Nortel/Siemens administrative claim issues | 0.30 |
| 05/16/11 | JES | Prepare for conference call with S. Masters regarding document production (.2); conference call with S. Masters and J. Hoover (.3); confer with J. Hoover regarding next steps (.3); email K. Hansen regarding employees in connection with document production (.2); review and respond to email from J. Clasen regarding Prudential Relocation (.2); email J. Hoover regarding follow up for Prudential Relocation (.1); review email and attachment from M. Parikh regarding CTDI (.2); review payment analysis and payment screen shots from C. Brown in connection with Siemens adversary proceeding and confer with J. Hoover regarding findings (1.2); email C. Brown with follow up questions (.2); email J. Carignan regarding extension to respond to discovery (.1); review and respond to email from J. Carignan (.2); review letter from C. Price regarding CTDI discovery issues (.2); review letter from T. Clark to P. Keller regarding CTDI discovery issues (.2); review letter from T. Clark to D. Herrington regarding CTDI discovery issues (.2); review email from D. Herrington regarding CTDI discovery issues (.1); review CTDI's 5th Request for Production of Documents (.2) | 4.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/16/11 | EH | Review email from J. Smith regarding extension of NNI deadline to respond to Prudential's discovery requests; track extended deadline | 0.10 |
| 05/16/11 | EH | Review NNL's notice of withdrawal of subpoenas issued to Fischer Cunnane | 0.10 |
| 05/16/11 | EH | Review email from J. Smith regarding extension of response deadlines for Right Management discovery responses; track extended deadlines | 0.10 |
| 05/16/11 | EH | Review notice of completion of briefing on NNC's motion for summary judgment on CTDI counterclaims | 0.10 |
| 05/16/11 | EH | Review ECF notices and download notice of service of CTDI's fifth document production requests; calculate and track response deadline | 0.10 |
| 05/17/11 | RHL | Received correspondence from P. Veller regarding issues with CTDI discovery responses | 0.10 |
| 05/17/11 | JRH | Review email and attachments from counsel in CTDI litigation (0.20); conference call with M. Parikh, regarding scheduling, and internal email regarding status (0.30) | 0.50 |
| 05/17/11 | JRH | Review and revise Nokia settlement agreement | 0.60 |
| 05/17/11 | JRH | Attention to open preference files and follow up related thereto | 0.50 |
| 05/17/11 | JRH | Discussion with J. Smith regarding Siemens counter settlement offer | 0.30 |
| 05/17/11 | JES | Review and compile documents in connection with counter offer to Siemens' settlement and email R. Lemisch and J. Hoover regarding same (1.4); confer with J. Hoover regarding Siemens counter settlement offer and revise email accordingly (.3); email R. Boris regarding Siemens settlement (.1) | 1.80 |
| 05/17/11 | SRS | Correspond with opposing counsel regarding settlement procedure and timing of settlement paperwork | 0.20 |
| 05/18/11 | RHL | Received correspondence from J. Smith regarding Siemens claim (0.10); speak to J. Smith regarding same (0.10) | 0.20 |
| 05/18/11 | RHL | Received correspondence from J. Smith to e. Meltzer, Esquire, counsel to Siemens regarding settlement offer | 0.10 |
| 05/18/11 | RHL | Received correspondence from D. Herrington regarding mediation issues | 1.00 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/18/11 | RHL | Received correspondence from J. Smith regarding response from mediators and respond | 0.10 |
| 05/18/11 | JRH | Review and revise stipulation (Nortel/Nokia) | 1.00 |
| 05/18/11 | JRH | Meeting with J. Smith regarding discovery related to open preference actions; planning next steps | 1.40 |
| 05/18/11 | JES | Draft email memorandum to R. Lemisch regarding proposed Siemens settlement offer after reviewing email and message (.9); conversation with R. Lemisch regarding Siemens (.2); email E. Meltzer with Siemens settlement offer (.1); review email and letter from R. Schaeffer regarding production in CTDI matter (.2); meet with J. Hoover to discuss discovery strategy and planning in Nortel adversary proceedings (1.4); email K. Sidhu regarding discovery issues in preference cases (.2); review email from R. Lemsich regarding mediators for adversary proceedings (.1) | 3.10 |
| 05/18/11 | SRS | Discuss draft stipulation of settlement with J. Hoover (.30); review and revise draft stipulation of settlement per J. Hoover's comments (.50); draft 9019 motion (.30) | 1.10 |
| 05/19/11 | RHL | Memo to D. Herrington regarding attendance at June 10 mediation | 0.10 |
| 05/19/11 | RHL | Review and revise settlement stipulation with Nokia (0.30); research appeal period for stipulation (0.20) | 0.50 |
| 05/19/11 | RHL | Received correspondence to discovery master regarding subpoena to CTDI auditor | 0.10 |
| 05/19/11 | RHL | Review e-mails regarding additional discovery disputes; mediation | 0.20 |
| 05/19/11 | RHL | Received correspondence from D. Herrington regarding mediation issues and respond | 0.10 |
| 05/19/11 | JRH | Review CTDI letters - discovery issues and correspondences | 0.50 |
| 05/19/11 | JES | Review and respond to email from E. Hein regarding Siemens initial disclosures | 0.20 |
| 05/19/11 | SRS | Discuss omnibus hearing dates and proof of claim research with E. Hein | 0.20 |
| 05/19/11 | SRS | Review and revise draft stipulation of settlement per R. Lemisch's comments | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/19/11 | EH | Review emails from D. Herrington, J. Liberi and D. Livshiz regarding NNI issues with CTDI discovery responses | 0.20 |
| 05/19/11 | EH | Email to J. Smith regarding 5/20/11 initial disclosure deadline in Siemens adversary | 0.10 |
| 05/19/11 | EH | Review and respond to emails from E. Bussigel regarding service of subpoena on FEBRC related to CTDI adversary proceeding | 0.20 |
| 05/19/11 | EH | Research claims register for proofs of claim filed by Nokia; discuss with S. Stafford | 0.50 |
| 05/20/11 | RHL | Received correspondence from T. Clark regarding discovery issues | 0.10 |
| 05/20/11 | RHL | Received correspondence from P. Keller regarding CIDI discovery issues and tactics | 0.10 |
| 05/20/11 | RHL | Review correspondence to D. McKenna regarding settlement status; how to proceed | 0.20 |
| 05/20/11 | JES | Review and respond to email from K. Sidhu regarding discovery in preference actions (.2); email J. Hoover regarding discovery in preference actions (.1) | 0.30 |
| 05/20/11 | SRS | Review and finalize draft stipulation of settlement per R. Lemisch's comments and send to D. McKenna for review and approval | 0.50 |
| 05/20/11 | EH | Coordinate service of FEBRC subpoena in Panama City, Florida related to CTDI adversary | 0.20 |
| 05/23/11 | RHL | Received correspondence from D. McKenna regarding Nokia settlement - okay to move forward | 0.10 |
| 05/23/11 | RHL | Received correspondence from P. Keller to A. Clark regarding discovery issues | 0.10 |
| 05/23/11 | RHL | Received correspondence from J. Erickson to A. Clark containing document production | 0.10 |
| 05/23/11 | RHL | Discuss Nokia settlement issues with S. Stafford | 0.30 |
| 05/23/11 | RHL | Received correspondence from J. Ray regarding Nokia settlement | 0.10 |
| 05/23/11 | JRH | Meeting with E. Hein regarding Nortel subpoena, service and related issues | 0.20 |
| 05/23/11 | JRH | Meeting with J. Smith regarding additional production of Prudential documents | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/23/11 | JRH | Prepare preference chart | 0.50 |
| 05/23/11 | JRH | Email with A. Gazze regarding McCann complaint; review email from T. Rosen | 0.10 |
| 05/23/11 | JRH | Prepare discovery requests to Starent, coordinate service | 2.30 |
| 05/23/11 | JRH | Various meetings with R. Lemisch and S. Stafford related to Nokia settlement documentation | 0.50 |
| 05/23/11 | JRH | Attention to pending preference actions | 0.50 |
| 05/23/11 | SRS | Review email from D. McKenna regarding stipulation of settlement | 0.10 |
| 05/23/11 | SRS | Correspond with D. McKenna regarding coordinating review of stipulation of settlement by John Ray and creditor's committee | 0.10 |
| 05/23/11 | SRS | Discuss status of stipulation of settlement and notice requirements with J. Hoover | 0.40 |
| 05/23/11 | SRS | Draft 9019 Motion | 0.80 |
| 05/23/11 | SRS | Review email from J. Ray regarding notice of settlement to creditor's committee | 0.10 |
| 05/23/11 | SRS | Respond to J. Ray regarding coordination with Cleary for notice to creditor's committee of settlement | 0.10 |
| 05/23/11 | EH | Review and respond to email from E. Bussigel regarding status of service of FEBRC subpoena related to CTDI adversary (0.20); discuss with J. Hoover (0.10) | 0.30 |
| 05/23/11 | EH | Draft and file notice of service of FEBRC subpoena | 0.50 |
| 05/24/11 | RHL | Received correspondence from RMSC regarding D&B POC (0.10); e-mail J. Philbrick regarding same (0.10) | 0.20 |
| 05/24/11 | RHL | Received correspondence from J. Philbrick regarding RMSC response (0.10); forward to Craig Fische (0.10) | 0.20 |
| 05/24/11 | RHL | Received correspondence from G. Fischer regarding filing of Dun & Bradstreet objection | 0.10 |
| 05/24/11 | RHL | Received correspondence from S. Stafford regarding committee review of settlement with Nokia | 0.20 |
| 05/24/11 | SRS | Call with Cleary regarding review by creditor's committee of stipulation of settlement (.40); send email to D. Buell at Cleary regarding same (.10) | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/24/11 | SRS | Correspond with N. Forrest at Cleary regarding settlement and teleconference with creditor's committee | 0.10 |
| 05/24/11 | SRS | Discuss meeting with creditor's committee and confidentiality provision of stipulation of settlement with R. Lemisch | 0.20 |
| 05/24/11 | SRS | Review and revise draft 9019 Motion | 0.20 |
| 05/24/11 | EH | Review ECF notices and download CTDI's motion to file under seal motion compelling NNI document production | 0.10 |
| 05/25/11 | RHL | Analyze Nokia settlement issues - confidentiality provision | 0.20 |
| 05/25/11 | RHL | Review revised settlement stipulation regarding confidentiality provision and discuss with S. Stafford | 0.20 |
| 05/25/11 | RHL | Review CTDI motion to compel | 0.20 |
| 05/25/11 | RHL | Review discovery rules | 0.20 |
| 05/25/11 | JRH | Telephone call and email with J. Clasen, Esquire regarding discovery deadline | 0.30 |
| 05/25/11 | JES | Various emails to J. Hoover regarding Prudential Relocation discovery | 0.20 |
| 05/25/11 | SRS | Call with N. Forrest at Cleary regarding confidentiality provision in stipulation of settlement | 0.30 |
| 05/25/11 | SRS | Correspond with N. Forrest at Cleary regarding suggested edits to confidentiality provision in stipulation of settlement | 0.20 |
| 05/25/11 | SRS | Discuss proposed edits to confidentiality provision in stipulation of settlement with R. Lemisch | 0.10 |
| 05/25/11 | SRS | Review correspondence from N. Forrest at Cleary regarding scheduling of teleconference with creditor's committee (.10); correspond with N. Forrest regarding availability for teleconference (.10); correspond with N. Forrest regarding confidentiality provision in draft stipulation of settlement (.10) | 0.30 |
| 05/25/11 | EH | Review order granting CTDI motion to file under seal motion to compel NNI document production | 0.10 |
| 05/26/11 | RHL | Received correspondence regarding CTDI breach of procedure regarding discovery and CTDI response (0.10); e-mails regarding discovery issues in general (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/26/11 | RHL | Received correspondence from E. Meltzer regarding settlement of Siemens adversary and respond to J. Smith | 0.20 |
| 05/26/11 | RHL | Received correspondence from A. Clark and D. Herrington regarding schedule regarding CTDI motion to compel | 0.20 |
| 05/26/11 | JES | Review email from E. Meltzer regarding Siemens settlement offer and email R. Lemsich regarding same (.2); email R. Boris regarding acceptance of settlement offer (.1); respond to email from E. Meltzer regarding Siemens (.1) | 0.40 |
| 05/26/11 | EH | Review emails from A. Ungberg, A. Clark, R. Weber, S. Price and D. Herrington regarding CTDI's motion to compel discovery and proper procedure for determination of same | 0.20 |
| 05/26/11 | EH | Review email from J. Smith regarding extension of deadline for NNI's response to Prudential's first set of combined discovery requests; track extended deadline | 0.10 |
| 05/26/11 | EH | Draft notice of service of discovery regarding NNI's first set of discovery requests directed to Starent | 0.20 |
| 05/26/11 | EH | File notice of service of discovery regarding first set of discovery requests directed to Starent | 0.20 |
| 05/27/11 | RHL | Received correspondence forwarding Nokia settlement to committee counsel for its review | 0.10 |
| 05/27/11 | RHL | Review correspondence to N. Monheit regarding settlement stipulation | 0.10 |
| 05/27/11 | RHL | Discuss specifics of Nokia settlement with S. Stafford | 0.20 |
| 05/27/11 | RHL | Received correspondence from S. Stafford regarding expert for litigation | 0.10 |
| 05/27/11 | RHL | Received correspondence from A. Clark; D. Herrington regarding confidentiality issues; briefing of same | 0.20 |
| 05/27/11 | RHL | Review correspondence to J. Radinsky regarding settlement status with Nokia | 0.10 |
| 05/27/11 | JRH | Review various CTDI litigation emails and follow up related thereto | 0.30 |
| 05/27/11 | JES | Review letter to Special master Price from D. Herrington | 0.20 |
| 05/27/11 | SRS | Review and finalize stipulation of settlement and send to J. Ray (.30); discuss 9019 notice procedures with J. Hoover (.20) | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/27/11 | SRS | Correspond with N. Forrest at Cleary regarding conference call with creditor's committee counsel | 0.10 |
| 05/27/11 | SRS | Review pleadings and documents in preparation for conference call with creditor's committee counsel | 0.30 |
| 05/27/11 | SRS | Call with creditor's committee counsel regarding settlement | 0.40 |
| 05/27/11 | SRS | Draft email to opposing counsel attaching stipulation of settlement and request for review and approval (.20); correspond with N. Forrest at Cleary regarding transmittal of draft stipulation to creditor's committee counsel (.10); correspond with creditor's committee counsel regarding draft stipulation of settlement (.10) | 0.40 |
| 05/27/11 | EH | Review emails from S. Price, A. Clark and D. Herrington regarding briefing schedule for CTDI motion to compel NNI document production (0.10); track briefing schedule (0.10) | 0.20 |
| 05/30/11 | RHL | Review document requests directed to Starent Networks | 0.10 |
| 05/30/11 | RHL | Review requests for admission directed to Starent Networks | 0.10 |
| 05/30/11 | RHL | Review interrogatories directed to Starent Networks | 0.20 |
| 05/30/11 | RHL | Received correspondence from M. Calloway regarding call with special master in CTDI matter tomorrow (0.10); coordinate coverage (0.10) | 0.20 |
| 05/31/11 | RHL | Memo to J. Hoover, E. Hein regarding next discovery call | 0.10 |
| 05/31/11 | RHL | Received correspondence from D. Herrington to Discovery Master regarding CTDI response to discovery | 0.20 |
| 05/31/11 | RHL | Participate on call with Discovery Master - go over many issues | 3.50 |
| 05/31/11 | RHL | Received correspondence from J. Hoover regarding call with special master today | 0.10 |
| 05/31/11 | EH | Discuss affidavit of service and affidavit of non-service regarding FEBRC subpoena related to CTDI adversary with J. Hoover | 0.10 |
| 05/31/11 | EH | File return of service for FEBRC subpoena related to CTDI adversary (0.10); email to E. Bussigel (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/31/11 | EH | Review email from R. Lemisch regarding 6/13/11 discovery conference call; track conference call date and time | 0.10 |
| 05/31/11 | EH | Review and respond to email from J. Smith regarding contact information for State of Rhode Island, Orange County Treasurer, and Tennessee Department of Labor/Workforce Development | 0.10 |
| 05/31/11 | EH | Review and respond to email from J. Galvin regarding service of discovery requests in Sourcefire adversary | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 15.20 | $9,044.00 |
| | | | 15.20 | $9,044.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 33.60 | $12,768.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 38.10 | $9,525.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 11.30 | $3,390.00 |
| | | | 83.00 | $25,683.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 7.40 | $1,739.00 |
| | | | 7.40 | $1,739.00 |
| | | TOTAL: | 105.60 | $36,466.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/06/11 | JES | Document Reproduction 38 copies | 3.80 |
| 05/10/11 | EH | Document Reproduction 10 copies | 1.00 |
| 05/20/11 | LMS | Document Reproduction 90 copies | 9.00 |
| 05/20/11 | LMS | Document Reproduction 180 copies | 18.00 |
| 05/20/11 | LMS | Document Reproduction 90 copies | 9.00 |
| 05/23/11 | LMS | Document Reproduction 36 copies | 3.60 |
| 05/23/11 | LMS | Document Reproduction 9 copies | 0.90 |
| 05/23/11 | JRH | Document Reproduction 136 copies | 13.60 |
| | | TOTAL: | $58.90 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/20/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/27 | 12.00 |
| 05/20/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/13 | 100.00 |
| 05/20/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/8 | 150.00 |
| 05/20/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 5/6 | 7.50 |
| | | TOTAL: | $269.50 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/26/11 | EAE | Federal Express 04/26/11 ELIZABETH EVANS to ANNA VENTRESC | 31.75 |
| 04/26/11 | EAE | Federal Express 04/26/11 Elizabeth Evans to M. Collins/C. | 11.66 |
| 04/26/11 | EAE | Federal Express 04/26/11 Elizabeth Evans to Thomas P. Tin | 11.66 |
| 04/26/11 | EAE | Federal Express 04/26/11 Elizabeth Evans to Fred S. Hodar | 11.66 |
| 04/26/11 | EAE | Federal Express 04/26/11 Elizabeth Evans to D. Abbot/E. S | 11.66 |
| 05/20/11 | LMS | Federal Express 05/20/11 Lisa Behra to Thomas P. Tinker E | 11.92 |
| 05/20/11 | LMS | Federal Express 05/20/11 Lisa Behra to D. Abbot/E. Schwar | 11.92 |
| 05/20/11 | LMS | Federal Express 05/20/11 Lisa Behra to M. Collins/C. Sami | 11.92 |
| 05/20/11 | LMS | Federal Express 05/20/11 Lisa Behra to Allen K. Stout | 11.92 |
| 05/20/11 | LMS | Federal Express 05/20/11 Lisa Behra to Fred S. Hodara | 11.92 |
| 05/23/11 | LMS | Federal Express 05/23/11 Lisa M. Behra to Derek C. Abbott | 11.92 |
| 05/23/11 | LMS | Federal Express 05/23/11 Lisa M. Behra to Mark Collins/Ch | 14.30 |
| 05/23/11 | LMS | Federal Express 05/23/11 Lisa M. Behra to Thomas P. Tinke | 11.92 |
| 05/23/11 | LMS | Federal Express 05/23/11 Lisa M. Behra to Allen Stout | 11.92 |
| 05/23/11 | LMS | Federal Express 05/23/11 Lisa M. Behra to Fred S. Hodara | 11.92 |

TOTAL:                                    $199.97

**Postage - Special Mailing**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/01/11 | XXX | Postage - Special Mailing | 14.52 |
| 04/01/11 | XXX | Postage - Special Mailing | 0.75 |
| 04/05/11 | XXX | Postage - Special Mailing | 1.22 |
| 04/19/11 | XXX | Postage - Special Mailing | 1.08 |
| 04/27/11 | XXX | Postage - Special Mailing | 2.08 |
| | | TOTAL: | $19.65 |

**Computer Research**

| Date | User | Description | | Amount |
|------|------|-------------|--|-------:|
| 04/01/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | APRIL | 0.08 |
| 04/01/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | APRIL | 0.24 |
| 04/01/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | APRIL | 0.16 |
| 04/01/11 | XXX | Computer Research - Pacer PACER 2011 15 PAGES | APRIL | 1.20 |
| 04/05/11 | XXX | Computer Research - Pacer PACER 2011 13 PAGES | APRIL | 1.04 |
| 04/05/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | APRIL | 0.40 |
| 04/05/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | APRIL | 2.40 |
| 04/05/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | APRIL | 0.08 |
| 04/05/11 | XXX | Computer Research - Pacer PACER 2011 9 PAGES | APRIL | 0.72 |
| 04/08/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | APRIL | 0.40 |
| 04/08/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | APRIL | 0.16 |
| 04/08/11 | XXX | Computer Research - Pacer PACER 2011 14 PAGES | APRIL | 1.12 |
| 04/13/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | APRIL | 0.32 |
| 04/13/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | APRIL | 0.08 |
| 04/13/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | APRIL | 0.16 |
| 04/15/11 | XXX | Computer Research - Pacer PACER 2011 26 PAGES | APRIL | 2.08 |
| 04/15/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | APRIL | 0.08 |

| 04/21/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | APRIL | 0.16 |
| 04/21/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | APRIL | 0.08 |
| 04/21/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | APRIL | 0.16 |
| 04/21/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | APRIL | 0.16 |
| 04/25/11 | XXX | Computer Research - Pacer PACER 2011 26 PAGES | APRIL | 2.08 |
| 05/02/11 | XXX | Computer Research - Pacer PACER 6 PAGES | MAY 2011 | 0.48 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 2 PAGES | MAY 2011 | 0.16 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 6 PAGES | MAY 2011 | 0.48 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 5 PAGES | MAY 2011 | 0.40 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 4 PAGES | MAY 2011 | 0.32 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 3 PAGES | MAY 2011 | 0.24 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 14 PAGES | MAY 2011 | 1.12 |
| 05/10/11 | XXX | Computer Research - Pacer PACER 21 PAGES | MAY 2011 | 1.68 |
| 05/11/11 | XXX | Computer Research - Pacer PACER 4 PAGES | MAY 2011 | 0.32 |
| 05/11/11 | XXX | Computer Research - Pacer PACER 2 PAGES | MAY 2011 | 0.16 |
| 05/11/11 | XXX | Computer Research - Pacer PACER 14 PAGES | MAY 2011 | 1.12 |
| 05/11/11 | XXX | Computer Research - Pacer PACER 30 PAGES | MAY 2011 | 2.40 |
| 05/11/11 | XXX | Computer Research - Pacer PACER 5 PAGES | MAY 2011 | 0.40 |

| 05/18/11 | XXX | Computer Research - Pacer PACER<br>18 PAGES | MAY 2011 | 1.44 |
|----------|-----|---------------------------------------------|----------|------|
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>2 PAGES | MAY 2011 | 0.16 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>4 PAGES | MAY 2011 | 0.32 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>5 PAGES | MAY 2011 | 0.40 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>30 PAGES | MAY 2011 | 2.40 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>4 PAGES | MAY 2011 | 0.32 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>14 PAGES | MAY 2011 | 1.12 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>2 PAGES | MAY 2011 | 0.16 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>13 PAGES | MAY 2011 | 1.04 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>30 PAGES | MAY 2011 | 2.40 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>8 PAGES | MAY 2011 | 0.64 |
| 05/18/11 | XXX | Computer Research - Pacer PACER<br>2 PAGES | MAY 2011 | 0.16 |
| 05/19/11 | XXX | Computer Research - Pacer PACER<br>1 PAGES | MAY 2011 | 0.08 |
| 05/19/11 | XXX | Computer Research - Pacer PACER<br>30 PAGES | MAY 2011 | 2.40 |
| 05/20/11 | XXX | Computer Research - Pacer PACER<br>26 PAGES | MAY 2011 | 2.08 |
| 05/23/11 | XXX | Computer Research - Pacer PACER<br>2 PAGES | MAY 2011 | 0.16 |
| 05/23/11 | XXX | Computer Research - Pacer PACER<br>24 PAGES | MAY 2011 | 1.92 |
| 05/23/11 | XXX | Computer Research - Pacer PACER<br>30 PAGES | MAY 2011 | 2.40 |

| 05/25/11 | XXX | Computer Research - Pacer PACER 2 PAGES | MAY 2011 | 0.16 |
| 05/25/11 | XXX | Computer Research - Pacer PACER 5 PAGES | MAY 2011 | 0.40 |
| 05/26/11 | XXX | Computer Research - Pacer PACER 3 PAGES | MAY 2011 | 0.24 |

TOTAL:                    $43.04