Honorable Judge Kevin Gross
% Clerk of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX  75089
(972) 463-4436

RE:  CASE NO.:  09-10138 (KG)
     Nortel Networks, Inc.
     Chapter 11

June 13, 2011

Honorable Judge Gross:

My name is Cynthia Battle Richardson, and I am a 46 year old, single mother of two dependent children with disabilities, and a Nortel Networks employee, also with disabilities, and currently receiving Long-Term Disability (LTD) benefits.  I am writing this letter to you in my **impervious and absolute opposition** to Nortel's motion to terminate its LTD employees, due to its bankruptcy.  In addition, I **adamantly object** to the formation of a committee, which, (as I understand it), will consist of Retired Nortel employees, whose purpose in this case will be to represent **ME** (an LTD employee).  If this committee truly exists, then I feel that its retired members cannot possibly or favorably represent my interests, because they do not know how my debilitating illnesses have personally affected my life, or the lives of my children, nor can this "committee" comment on my hardships, or how losing my Nortel benefits will devastate my family's state of well-being, not to mention how earth-shattering this loss of benefits will be when I can no longer provide for my family.  Your Honor, I unfortunately did not have $500 to retain Attorney Elliott Green in this case, and therefore, (as I was told), will not be represented, or included in whatever settlement the attorney receives on behalf of those persons who retained him.  Again, if this statement is correct, then please permit this letter to serve as my personal plea to you, Judge Gross, for your compassion, consideration, and favor, when deciding this case.  PLEASE HELP US (other LTD employees, my kids and me), to keep our benefits and to maintain what little pride, dignity, and self-worth we still have.

Your Honor, before deciding this case, please permit me to share with you my circumstances and hardships since the onset of my disability, and to elaborate how losing my supplemental income, and my health, drug, dental and legal coverage for my kids and me, will negatively impact my family's way of living.

In 1996, I became a proud, first-time homeowner of a modest three-bedroom home, in Rowlett, Texas, (a small suburb of Dallas, on the east, northeast side).  Also in 1996, I left my job with a (then) Nortel competitor, and took a temporary position, (a pay cut, and no benefits), just so I could, "get my feet through Nortel's doors." *[Ironically, the company that I left in order to work with Nortel, is the same company that recently bought a large percentage of Nortel's assets, as well as the same company that now employs most of Nortel's displaced employees.]* Subsequently, in November, 1997, I became a permanent, full-time Nortel employee.  I was always proud of my job(s), and proud to be a Nortel Networks employee.  I worked extremely hard and diligently (often 60 to 80 hours a week, unpaid) to make Nortel "shine" for its customers. *[For whatever reason that lead to Nortel's bankruptcy, and ultimate demise, I feel that, even though the company is no more, there still should be provisions in place to insure its disabled persons' long-term care.  To terminate a sick, disable, person, namely ME (a once loyal asset to its early successes), in my opinion, is inhumane.  It is also my opinion that Nortel, before it liquidated all of its assets, should have considered its inactive employees first, and put aside a portion of the proceeds it received from the sale of its properties, into a trust fund for those persons still under its employment.  If Nortel gets its way, and LTD employees lose their much need benefits, then this case will set a precedent for other big corporations that go belly-up.]*

Then, and unfortunately, in March 2001, I became medically, physically, and emotionally disable, and over time, my condition progressively worsened.  At the onset of my disability, I was diagnosed with the following auto-immune diseases:  Lupus, Fibromyalgia, and Rheumatoid Arthritis; and the following psychological disorders:  Manic Depressive/Bi-Polar Disorder, ADD (Attention Deficit Disorder), and Dementia (memory loss).  These impediments, to date, have rendered me totally disable and prevent me from working, earning an income of any sort, providing for my family, or living an active, "normal" life:  Simple tasks that most people don't even think about, like holding a pen, speaking without breaks in thought, walking, sitting, standing, driving, bathing and grooming, have become major, daily challenges for me.  I also have been diagnosed, and currently being treated for these additional diseases/ailments; some of which, are in conjunction of others:  Acid Reflux Disease, Alopecia (hair loss from Lupus), Bone Degeneration, Chronic Pain and Fatigue, Diabetes (Type 2), Edema (inflammation/swelling), Gastrointestinal Disorder Hyperlipidemia (high cholesterol), Insomnia, Meningioma (brain tumors), MRSA (Methicillin-Resistant Staphylococcus Aureus), Numbness, Osteoarthritis, and Periodontal (gum disease/bone loss).

My most recent hurdle to cross was brain surgery in September 2009. About three weeks into recovery, my sutures became infected with one of the most dangerous infections ever, called MRSA. The infection had spread underneath the bone-flap so, on November 2009, I had my second brain surgery to clean-out the infection. Five days later, I was sent home with a "central line," (a catheter that runs from the upper arm into an artery near the heart so that I.V. medicine can be administered.) For the next four weeks, my Home Healthcare nurse came twice a day, every day to administer the I.V. antibiotics. Again, my wound never healed, so, in June 2010, I was hospitalized yet again, where the doctor removed the bone flap and replaced it with a titanium plate. All was well until, in February 2011, I fell and hit my head on a hard, concrete floor, which caused my wound to split open. Once again, I was hospitalized, sent home with a "central line, and again, my Home Healthcare nurse came twice a day, for four weeks, to administer the I.V. antibiotics. To date, I am still under doctors' care for my head wound that still, has not healed, and is still being treated with antibiotics, which I must take for the rest of my life. Also, had it not been for my Nortel benefits, I could not have received the home care from a home healthcare agency.

Over these past 10 years, I have been hospitalized too many times to count, due to my illnesses. Moreover, for every emergency room visit, hospital stay, or out-patient procedure I do, a medical bill is generated. So far, this year, I've already been hospitalized three times, and to the emergency room approximately four times. Right now, I have over $10,000+ in unpaid medical bills for my kids alone. I am currently on 18 different prescribed medicines for the list of ailments I noted earlier. My son is on 6 prescription medications, and my daughter is on 3 medications. All of my son's medication and mine are long-term and preventative medicines, which means, I must refill each medication every 30 or 90 days. To lose my Nortel Drug Benefit will be like receiving a death sentence for my kids and me, because, after comparison shopping several Medicare Supplemental Drug Plans, Medco (Nortel's drug supplier), saves me hundreds of dollars, compared to any of the plans I checked. My son cannot miss **one day without his ADHD medicine** or his asthma medicine because, without it, he cannot function at school, his behavior irate, and he is uncontrollable and extremely dangerous to himself and others. My daughter is hearing impaired and wears hearing aids. Right now, she is struggling to hear, because one of her hearing aids is broken, and is no longer under warranty protection. At the time she got the hearing aids, I could not afford to buy the extended warranty coverage, because I simply do not receive enough income to allot for **ANYTHING**, so I cannot get her hearing aid repaired. If she does not have medical or hearing/vision coverage, then she may lose what little hearing she still has. Additionally, my daughter has other conditions that require frequent doctors' visits, medication, and testing.

Your Honor, I was not among Nortel's former top grossing executives or its upper-level management where their incomes exceeded 5 or 6 digits. In fact, here's a good example, which I believe, will provide you with a general idea of my current financial status: When I applied for public assistance (food stamps), [of course, I had to provide all of the necessary documentation; pay stubs, bank statements, etc.] the representative told me, "You don't qualify. Your monthly income exceeds the government's guidelines by, '**ONE DOLLAR!**'" I was devastated to learn that I'm exactly $1 above poverty, and if I lose my disability benefits, I will definitely be eligible for public assistance, but I will also lose my home of 15 years, and everything that keeps my family grounded. I am a very frugal person. I shop discount stores, thrift stores, wholesale grocery chains, etc., and I recycle just about everything that can be reused. I own only one car, which I no longer can drive, but it's 11 years old. I do not, nor have I ever tried to live above my means. I am already struggling at my current income, and can barely making ends meet, because my monthly, basic expenses exceed my monthly income. And, after several major setbacks, I too, had to seek bankruptcy protection. However, because I cannot stay well long enough to complete the process, my bankruptcy file (that I opened in April 2010), is still in its infancy stage. Moreover, my child support case has been put on hold, because I recently learned that my ex-husband has been deployed overseas. So, losing my legal benefits, also mean losing my ability to move forward with my legal matters, which I otherwise cannot afford if I lose my Nortel Legal Benefits.

Judge Gross, to lose **"one cent"** of my current **income**, or **"any portion"** of my **medical benefits**, will be a **DETRIMENTAL LOSS** for my kids and me, as I fear the loss will be for other LTD employees with similar circumstances as mine. I sincerely hope my letter gives you the insight you need to make a humane and just decision in this case. Please know that your final decision will impact many lives; one of them is mine. I also sincerely thank you for your time and consideration to my plea.

Again, I thank you Judge Gross,

Sincerely,

*CB/Richardson*

Cynthia B. Richardson
Nortel Networks LTD Employee