Peter Lawrence
16295 Via Venetia W.
Delray Beach, FL 33484

June 11, 2011



The Honorable Kevin Gross
United States Bankruptcy Judge
Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Dear Honorable Judge Gross:

My name is Peter Lawrence and I am a Long Term Disability participant in the Nortel Networks bankruptcy proceedings over which you preside. I am a former Director of Software Quality Assurance in the Nortel Networks organization who was unfortunately stricken with illness which rendered me unable to perform my job function within Nortel. As you are fully aware, Nortel seeks to terminate LTD benefits that I and many other members of the plan receive, and it is my hope that you will consider my own personal appeal while rendering your decisions in this extremely crucial matter.

I am presently 56 years old and in October of 1992, at the age of 48, I was diagnosed with Alzheimer's disease. I was determined to be totally disabled pursuant to the terms of the LTD Plan and since that date, I have received monthly LTD benefits according to the LTD Plan. To date, I not only suffer from progressive Alzheimer's disease but I also suffer from diabetes, depression, high blood pressure, high cholesterol and heart arrhythmia. To complicate matters, I was diagnosed with Prostate cancer in 2009 for which I underwent radical prostatectomy surgery. As I write this letter I am five days post-op from yet another surgical procedure as a result of complications from that cancer surgery.

My quality of life is probably not that of an average 56 year old, but I strive every day to seek the positive and live to appreciate what I have and what I've earned through my years of hard work during my career. My wife and I moved to south Florida after my shocking diagnosis in 2005 in an effort to "right size" our lifestyle commensurate to a significantly reduced monthly income with limited future potential. We moved about acclimating to different areas while renting for several years. After the massive downturn in the housing market during that time we sought to purchase a permanent home around the January 2010 timeframe. We applied for a home loan to purchase our current homestead located in Delray Beach, Florida.

In the process of applying for that home mortgage loan, the lender would not close until documentation was provided which evidenced that I would be receiving my Long-Term Disability payments, under the Nortel Networks LTD Plan, for at least the next three years. I've attached the Loan Commitment and Condition Log submitted by the lender. I submitted this condition log to the LTD Plan administrator, The Prudential Insurance Company of America, who operated as an agent for Nortel Networks. On February 12, 2010 the agent for the Debtors, The Prudential Insurance Company of America, issued correspondence (also attached) to the lender stating:

> Please be advised that the above noted claimant is receiving Long Term Disability under the Nortel Networks plan in the amount of $4563.04 net per month. Mr. Lawrence <u>will continue to receive LTD benefits provided he remains totally disabled under the terms of the plan.</u> (Emphasis added)

It was always my firm belief and plan that I would receive my LTD benefits until age 65. Nortel Networks never adequately communicated anything to the contrary in their Benefits Plan documentation and employee benefits meetings. It was never clear to me that Nortel had transitioned from a "fully insured" provider to a "self-insured" provider of such crucial benefits. It was information that was selfishly and deceitfully withheld. Upon termination of my LTD benefits, my wife and I will suffer irreparable harm, such that I will be unable to find gainful employment based upon my health conditions. As a result, we will likely go into foreclosure and lose our home.

Your Honor, it is my request that you be sympathetic to the suffering of not just myself, but all of the LTD participants whose lives will be so severely impacted through this process and by this decision. A just financial settlement with Nortel and access to affordable healthcare is what I ask and pray for.

Thank you your Honor for taking the time to consider this matter.

Sincerely,

Peter Lawrence

# Provident Funding
*The Mortgage Price Leader*

## Loan Commitment and Condition Log

**\*\*Cut-off Time: Borrowers must sign no later than 3:00pm local branch time.**

| Borrower Info | Originator Info | Status |
|---|---|---|
| App #: 6620020020<br>Borrower: PETER R LAWRENCE<br>16295 VIA VENETIA W<br>Delray Beach, FL 33484 | STERLING ASSET AND EQUITY CORPORATION<br>Marge Reuss<br>FAX: 5613300403<br>PHONE: 5613300400105 | 60 - Approved<br>2/19/2010 1:20:31 PM<br>Branch: North Tampa Bay |

### Loan Terms

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Loan Amt: | $370,000 | Program: | 30 Year | Purpose: | Purchase | Int Rate: | 5.000% |
| Sub Debt: | $0 | PF Code: | A1010 | Occupancy: | Owner Occupied | F/L: | Locked |
| Appr Value: | $630,000 | LTV: | 58.73% | Prop State: | FL | Exp. Date: | 04/12/10 |
| Purch Price: | $630,000 | CLTV: | 58.73% | Prop Type: | SFR-Detached | Impounds: | No |
| | | Doc Type: | Full Doc | Units: | 1 | Points: | |
| Validator: Renada Asbury | | Doc Drawer: | | | | Closer: | |
| Closing Agent: na | | E-Mail: marge@floridaonloan.com | | | | Phone: 5612960904 | |

Loan Conditions: Fax to 650-443-1130 using Conditions Coversheet or **Upload Conditions**

### Broker Conditions

| | | Priority | Created |
|---|---|---|---|
| Assets | #1 months bank statements containing all pages for:<br>2/19/2010 - Scottrade acct evidencing $209207.83 and Chase acct evidencing $223166.56 | PTD | 02/19/10 |
| Assets | Please provide proof of liquidation for Scottrade acct. | PTD | 02/19/10 |
| Closing | Home Owners policy with loss payee as: P.F.G. Loans Inc. Its successors and/or assigns, P.O. Box 5914, Santa Rosa, CA 95402. Declaration page must document loan number, coverage, deductible, annual premium, agent name and contact information. | PTD | 02/19/10 |
| Closing | Please provide a preliminary title with owner's policy to "Peter R Lawrence and Susan Lawrence" and 1992 ALTA Loan Policy to "P.F.G Loans, Inc" for at least $370000. Also to include tax cert, 6 month chain of title, wiring instructions and CPL. Additional conditions may apply. Approval subject to change. | PTD | 02/19/10 |
| Compliance | HVCC: Provide an Appraisal Notification and Acknowledgment form signed and dated by the Borrower(s). The form is available in the Pipeline "Command" drop-down menu and "Appraisal Info" option on www.pfloans.com. | PTD | 02/19/10 |
| Income | Please provide documentation evidencing that Disability income for Peter R Lawrence will continue for at least the next 3 yrs. | PTD | 02/19/10 |
| Property | Minimum Appraisal form 70/1004 required. Please ensure the appraisal is ordered through pfloans.com.<br>2/19/2010 - uw to verify property type as 1003 shows HOA dues. | PTD | 02/19/10 |
| Purchase | Please provide evidence that person signing as seller has the authority to do so | PTD | 02/19/10 |
| Purchase | Please provide the monetary value of TV and Storage being included in sale. This must be deducted dollar for dollar from purchase price. | PTD | 02/19/10 |

### Lender Conditions

Priority Created

Provident Funding Associates, L.P. reserves the right to modify this approval or to declare it null and void if any representations made in the loan application are incorrect or incomplete or if there is any adverse change in the Borrower's credit, outstanding obligations, or employment, or in the value as rectified by an appraisal review or condition of the property securing the loan, prior to close of escrow.

Claims Services Provided by

**The Prudential Insurance Company of America**

Donna A Pranio
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
Website:  www.prudential.com/mybenefits

February 12, 2010

Peter R Lawrence
Po Box 811557
Boca Raton, FL  33481-1557

Dear Mr. Lawrence:

Please be advised that the above noted claimant is receiving Long Term Disability under the Nortel Networks plan in the amount of $4563.04 net per month. Mr. Lawrence will continue to receive LTD benefits provided he remains totally disabled under the terms of the plan.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
**Donna A Pranio**
Donna A Pranio
Claim Examiner