Dear Judge Gross,

I am part of the Nortel Long Term Disability Group and I wanted to contact you to try to help you understand the dire situation we are in if Nortel terminates out benefits completely. There is uncertainty on how most of us will survive. Many of us have thousands of dollars in medical expenses even with Nortel's medical coverage. The LTD payments from Nortels plan has made the difference for many of us.

My personal condition is I am only 54 and have had 2 major spinal surgeries and most likely will require a third. I have disk disease, spinal stenosis, and 2 ruptured disks. You can imagine the pain and lack of mobility associated with these conditions. Without the Nortel LTD benefits I would be in a serious hardship condition that could impact my home, children, and quality of life.. At this point, I am completely dependent on these benefits that we thought were going to last until age 65 but found out otherwise. I had no idea Nortel could terminate a health and welfare fund set aside specifically for it's disabled employees. It might be legal what they are doing but it certainly is not right.

All we are asking for is fair consideration of our situation and I'm confident you will do that.

Thank You,
Scott Howard