IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al*., | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 5464

On May 23, 2011 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its Third Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From February 1, 2011 Through April 30, 2011 (the "Application"). Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than June 13, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that he has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court. A hearing on the Application is scheduled for June 21, 2011 at 9:30 a.m. (ET).

Dated: June 17, 2011

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Telephone:  (302) 442-7006
Facsimile:  (302) 442-7012
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

Doc 6676471   Ver 1