**CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on June 20, 2011, in the manner indicated upon the entities identified on the attached service lists.

Date: June 20, 2011            */s/ Alissa T. Gazze*
                                         Alissa T. Gazze (No. 5338)

4219743.1