**Wave 5 Status Report Service List**

**Via First Class Mail**

Roland Gary Jones
Roland Gary Jones, Esq.
1230 6th Avenue 7th Floor
New York, NY 10020
*Counsel for BizSphere, and Macadamian*

Eric D. Rosenberg
Christine A. Saunders
Metz Lewis Brodman Must O'Keefe LLC
11 Stanwix Street
Pittsburgh, PA 15222
*Counsel for Devoteam*

Glenn D. Solomon
Offit Kurman
8 Park Center Court
Suite 200
Owings Mills, MD 21117
*Counsel to EION, Inc.*

**Via Hand Delivery**

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
*Counsel for BizSphere, and Macadamian*

Kenneth E. Aaron
Brooke E. Leach
Weir and Partners LLP
824 Market St.
Suite 800
Wilmington, DE 19801
*Counsel for Devoteam*

4334771.1