**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period**
**From February 1, 2011 through April 30, 2011, unless otherwise specified**

**Hearing: June 21, 2011 at 9:30 a.m. (Eastern Time)**

<u>Addrex Inc.</u>

A.    First Quarterly Fee Application Request Of Addrex Inc. As A Broker To Debtors And Debtors-In-Possession, For The Period November 24, 2010 Through March 31, 2011 (D.I. 5396, Filed 5/9/11).

       1.    First Monthly Application Of Addrex Inc. As A Broker To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 24, 2010 Through March 31, 2011 (D.I. 5378, Filed 5/4/11); and

       2.    Certificate Of No Objection Regarding Docket No. 5378 (D.I. 5493, Filed 5/26/11).

<u>Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")</u>

B.    Ninth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2011 Through April 30, 2011 (D.I. 5504, Filed 5/27/11).

       1.    Twenty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5245, Filed 4/13/11);

       2.    Certification Of No Objection Regarding Twenty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5383, Filed 5/15/11);

       3.    Twenty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5415, Filed 5/12/11);

4.      Certification Of No Objection Regarding Twenty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5593, Filed 6/3/11); and

5.      Twenty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2011 Through April 30, 2011 (D.I. 5502, Filed 5/27/11).

Ashurst LLP

C.      Ninth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period February 1, 2011 Through April 30, 2011 (D.I. 5478, Filed 6/3/11).

1.      Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5168, Filed 3/28/11);

2.      Certification Of No Objection Regarding Twenty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5282, Filed 4/20/11);

3.      Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5833, Filed 4/27/11);

4.      Certification Of No Objection Regarding Twenty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5441, Filed 5/19/11);

5.      Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2011Through April 30, 3011 (D.I. 5434, Filed 5/18/11); and

6.    Certification Of No Objection Regarding Twenty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2011 Through April 30, 2011 (D.I. 5641, Filed 6/9/11).

Benesch, Friedlander, Coplan & Aronoff, LLP

D.    Third Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2011 Through April 30, 2011 (D.I. 5464, Filed 5/23/11).

**a.    Certification Of No Objection Regarding Docket No. 5464 (D.I. 5750, Filed 6/17/11).**

1.    Fifth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2011 Through February 28, 2011 (D.I. 5123, Filed 3/18/11);

2.    Certification Of No Objection Regarding Docket No. 5123 (D.I. 5254, Filed 4/15/11);

3.    Sixth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From March 1, 2011 Through March 31, 2011 (D.I. 5311, Filed 4/26/11);

4.    Certification Of No Objection Regarding Docket No. 5311 (D.I. 5452, Filed 5/20/11);

5.    Seventh Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From April 1, 2011 Through April 30, 2011 (D.I. 5451, Filed 5/20/11); and

6.    Certification Of No Objection Regarding Docket No. 5451 (D.I. 5688, Filed 6/14/11).

Capstone Advisory Group, LLC

E.    Ninth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period February 1, 2011 Through April 30, 2011 (D.I. 5488, Filed 5/25/11).

1.    Twenty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered

During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5231, Filed 4/7/11);

2.    Certification Of No Objection Regarding Twenty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5352, Filed 4/29/11);

3.    Twenty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011(D.I. 5406, Filed 5/10/11);

4.    Certification of No Objection Regarding Twenty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5578, Filed 6/2/11);

5.    Twenty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2011 Through April 30, 2011 (D.I. 5477, Filed 5/24/11); and

6.    Certification of No Objection Regarding Twenty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2011 Through April 30, 2011  (D.I. 5732, Filed 6/15/11).

<u>Chilmark Partners LLC</u>

F.    Fifth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5470, Filed 5/23/11).

1.    Twelfth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5163, Filed 3/24/11);

2.    Certificate Of No Objection Regarding Docket No. 5163 (D.I. 5260, Filed 4/18/11);

3.     Thirteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5320, Filed 4/26/11);

4.     Certificate Of No Objection Regarding Docket No. 5320 (D.I. 5437, Filed 5/18/11);

5.     Fourteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2011 Through April 30, 2011 (D.I. 5435, Filed 5/18/11); and

6.     Certificate of No Objection Regarding Docket No. 5435 (D.I. 5642, Filed 6/9/11).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G.     Ninth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5511, Filed 5/27/11).

1.     Twenty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5180, Filed 3/30/11);

2.     Certificate Of No Objection Regarding Docket No. 5180 (D.I. 5296, Filed 4/21/11);

3.     Twenty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011  (D.I. 5370, Filed 5/3/11);

4.     Certificate Of No Objection Regarding Docket No. 5370 (D.I. 5484, Filed 5/25/11);

5.     Twenty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5489, Filed 5/25/11); and

6.     Certificate Of No Objection Regarding Docket No. 5489 (D.I. 5739, Filed 6/16/11).

Crowell & Moring LLP

H.  Ninth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5457, Filed 5/20/11).

    1.  Twenty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5454, Filed 5/20/11);

    2.  Certificate Of No Objection Regarding Docket No. 5454 (D.I. 5684, Filed 6/13/11);

    3.  Twenty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011 (D.I. 5455, Filed 5/20/11);

    4.  Certificate Of No Objection Regarding Docket No. 5455 (D.I. 5685 Filed 6/13/11);

    5.  Twenty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5456, Filed 5/20/11); and

    6.  Certificate Of No Objection Regarding Docket No. 5456 (D.I. 5686, Filed 6/13/11).

Ernst & Young LLP

I.  Ninth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of February 1, 2011 Through April 30, 2011 (D.I. 5540, Filed 5/31/11).

    1.  Eleventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2011 Through April 30, 2011 (D.I. 5539, Filed 5/31/11).

        a.  Notice Of Filing Verification Of James E. Scott In Support Of Eleventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2011 Through April 30, 2011 (D.I. 5615, Filed 6/6/11).

Fraser Milner Casgrain LLP

J.      Ninth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2011 Through April 30, 2011 (D.I. 5556, Filed 6/1/11).

1.      Twenty-Fifth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5272, Filed 4/19/11);

2.      Certification Of No Objection Regarding Twenty-Fifth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2011 Through February 28, 2011 (D.I. 5414, Filed 5/12/11);

3.      Twenty-Sixth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5461, Filed 5/20/11);

4.      Certification Of No Objection Regarding Twenty-Sixth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2011 Through March 31, 2011 (D.I. 5724, Filed 6/14/11); and

5.      Twenty-Seventh Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2011 Through April 30, 2011 (D.I. 5542, Filed 5/31/11).

Huron Consulting Group

K.      Ninth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5510, Filed 5/27/11).

1.      Twenty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5131, Filed 3/21/11);

2. Certificate Of No Objection Regarding Docket No.5131 (D.I. 5246, Filed 4/13/11);

3. Twenty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011 (D.I. 5318, Filed 4/26/11);

4. Certificate Of No Objection Regarding Docket No. 5318 (D.I. 5436, Filed 5/18/11);

5. Twenty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5469, Filed 5/23/11); and

6. Certificate Of No Objection Regarding Docket No. 5469 (D.I. 5729, Filed 6/15/11).

Jackson Lewis LLP

L. Ninth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, For The Period October 1, 2010 Through October 31, 2010 And The Period February 1, 2011 Through April 30, 2011 (D.I. 5515, Filed 5/31/11).

1. Twenty-Second Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2010 Through October 31, 2010 (D.I. 4631, Filed 12/20/10);

2. Certificate Of No Objection Regarding Docket No. 4631 (D.I. 4707, Filed 1/13/11);

3. Twenty-Fourth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5365, Filed 5/2/11);

4. Certificate Of No Objection Regarding Docket No. 5365 (D.I. 5485, Filed 5/25/11);

5. Twenty-Fifth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011 (D.I. 5498, Filed 5/27/11); and

6.     Twenty-Sixth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5500, Filed 5/27/11).

Jeffries & Company, Inc

M.     Ninth Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period February 1, 2011 Through April 30, 2011 (D.I. 5551, Filed 6/1/11).

1.     Twenty-Fifth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period February 1, 2011 Through February 28, 2011 (D.I. 5533, Filed 5/31/11);

2.     Twenty-Sixth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period March 1, 2011 Through March 31, 2011 (D.I. 5534, Filed 5/31/11); and

3.     Twenty-Seventh Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period April 1, 2011 Through April 30, 2011 (D.I. 5535, Filed 5/31/11).

John Ray

N.     Sixth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1, 2011 through April 30, 2011 (D.I. 5480, Filed 5/25/11).

1.     Fourteenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5068, Filed 3/4/11);

2.     Certificate Of No Objection Regarding Docket No. 5068 (D.I. 5177, Filed 3/29/11);

3.     Fifteenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011 (D.I. 5233, Filed 4/8/11);

4.     Certificate Of No Objection Regarding Docket No. 5233 (D.I. 5364, Filed 5/2/11);

5.      Sixteenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5399, Filed 5/9/11); and

6.      Certificate Of No Objection Regarding Docket No. 5399 (D.I. 5576, Filed 6/2/11).

Keightley & Ashner LLP

O.      First Quarterly Fee Application Request Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period April 1, 2011 Through April 30, 2011 (D.I. 5487, filed 5/25/11).

1.      First Monthly Fee Application Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period April 1, 2011 Through April 30, 2011 (D.I. 5486, filed 5/25/11); and

2.      Certificate Of No Objection Regarding Docket No. 5486 (D.I. 5740, Filed 6/16/11).

Lazard Freres & Co. LLC

P.      Ninth Quarterly Fee Application Of Lazard Freres & Co. LLC, Financial Advisor And Investment Banker To The Debtors For The Period February 1, 2011 Through April 30, 2011 (D.I. 5508, Filed 5/27/11).

1.      Twenty-Third Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2011 Through February 28, 2010 (D.I. 5505, Filed 5/27/11);

2.      Twenty-Fourth Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period March 1, 2011 Through March 31, 2011 (D.I. 5506, Filed 5/27/11); and

3.      Twenty-Fifth Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period April 1, 2011 Through April 30, 2011 (D.I. 5507, Filed 5/27/11).

Linklaters LLP

Q.      Fifth Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5517, Filed 5/31/11).

1.      Sixth Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through April 30, 2011 (D.I. 5516, Filed 5/31/11).

Mercer (US) Inc.

R.      Ninth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of February 1, 2011 Through April 30, 2011 (D.I. 5637, Filed 6/8/11).

1.      Ninth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2011 Through April 30, 2011 (D.I. 5494, Filed 5/27/11).

Morris, Nichols, Arsht & Tunnell LLP

S.      Ninth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5541, Filed 5/31/11).

1.      Twenty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5165, Filed 3/25/11);

2.      Certificate of No Objection Regarding Docket No. 5165 (D.I. 5261, Filed 4/18/11);

3.      Twenty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011 (D.I. 5390, Filed 5/6/11);

4.      Certificate Of No Objection Regarding Docket No. 5390 (D.I. 5537, Filed 5/31/11);

5.      Amended Certificate Of No Objection Regarding Docket No. 5390 (D.I. 5557, Filed 6/1/11); and

6.      Twenty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

      Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5518, Filed 5/31/11).

## Punter Southall LLC

T.    Eighth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2011 Through April 30, 2011 (D.I. 5524, Filed 5/31/11).

    1.    Tenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2011 Through April 30, 2011 (D.I. 5514, Filed 5/31/11).

## RLKS Executive Solutions, LLC

U.    Fourth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2011 Through April 30, 2011 (D.I. 5538, Filed 5/31/11).

    1.    Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through February 28, 2011 (D.I. 5519, Filed 5/31/11);

    2.    Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2011 Through March 31, 2011 (D.I. 5520, Filed 5/31/11); and

    3.    Tenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011 Through April 30, 2011 (D.I. 5521, Filed 5/31/11).

## Richards, Layton & Finger, PA

V.    Ninth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2011 Through April 30, 2011 (D.I. 5552, Filed 6/1/11).

    1.    Twenty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For

The Period From February 1, 2011 Through February 28, 2011 (D.I. 5127, Filed 3/18/11);

2.      Certification Of No Objection Regarding Twenty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2011 Through February 28, 2011 (D.I. 5240, Filed 4/11/11);

3.      Twenty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2011 Through March 31, 2011 (D.I. 5334, Filed 4/27/11);

4.      Certification Of No Objection Regarding Twenty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2011 Through March 31, 2011 (D.I. 5442, Filed 5/19/11);

5.      Twenty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2011 Through April 30, 2011 (D.I. 5483, Filed 5/25/11); and

6.      Certification Of No Objection Regarding Twenty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2011 Through April 30, 2011  (D.I. 5742, Filed 6/16/11).

Torys LLP

W.      Second Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through April 30, 2011 (D.I. 5503, Filed 5/27/11).

1.      Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through April 30, 2011 (D.I. 5501, Filed 5/27/11).

2981307.17
Nortel - Exhibit A