Carol Raymond
7962 S.W. 185 Street
Miami, Florida  33157
Tel. No.:  305-238-4951 (h)
Tel. No.:  305-606-7715 (c)



FILED
2011 JUN 17 PM 1: 44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 11, 2011

Honorable Judge Kevin Gross
Judge Gross's Chambers
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Re:  Case No. 09-10138 (KG)

Dear Honorable Judge Gross:

I am writing to you regarding the Nortel Networks Bankruptcy case.  I am a Long Term Disability participant, a single mother of two teenage children and suffer from a degenerative, auto immune disease, Multiple Sclerosis.

I have worked for Nortel Networks since 1992 in many capacities.  Nortel was a great place to work and we employees certainly sacrificed a great deal of our personal life for our employer.  Unfortunately, in 2001, I went on Disability after being diagnosed with MS.  It was a difficult decision and transition for me having studied and worked hard for so many years.  At that time I was assured that I would be covered until age 65.  Multiple Sclerosis is still a much unknown disease for which there is no cure.  With my medical benefits, I was able to stay on many of the different, expensive drugs required for this illness to avoid relapses.  Additionally, my son suffers from asthma.  Over the past years, we have spent a lot of time in the hospital caring for his condition as well.

In 2009 I learnt that Nortel had filed for bankruptcy.  I did not understand the impact of that event on my life.  It wasn't until June of 2010 with the receipt of a copy of a Motion to Terminate my Long Term Disability

1

benefits that my life and that of my children turned into chaos. It was difficult to understand that the successful global company I had worked for was closing its doors. Then it was even more difficult to comprehend that my Long Term Disability Plan that I relied on was Self Funded.

Judge Gross, please understand that living on Disability is not the easiest thing to do. You however, learn to cut back, make changes and adapt. Thankfully, my disability benefits through Nortel have provided for a simple decent life and provided for the crucial health care for me and my children. Without these, I do not know what we will do. The economy is already in the worst condition in years. House values especially here in Florida are one of the worst in the country. It is very sad and disgraceful to see that a company of this size and caliber would want to turn its back on its most vulnerable employees.

I implore you to help me and each of the 245 other Long Term Disability participants to secure a future. I, therefore, also approve the Motion for Entry of an Order Pursuant to Section 1114 of the Bankruptcy Code appointing an Official Committee of Retired Employees filed by Elliott Greenleaf (EG) or a separate Committee for us Long Term Disability participants.

Thank you for your assistance and attention to this matter.

Respectfully,

*Carol Raymond*
Carol Raymond

2