

2865 Horsemans Ridge Drive
Clayton, NC 27520
June 15, 2011

RE: WILLIAM E. JOHNSON

To Whom It May Concern:

My husband has been requested to write a letter summarizing our situation and the importance of keeping his disability and medical benefits that are currently being provided by Nortel but as he is currently a patient at UNC Medical Center at Chapel Hill, he is unable to write the letter and has asked that I write it on his behalf.

My husband, William E. Johnson, was employed by Nortel for over twenty-two years. Approximately seventeen years ago, at the age of 39, he was diagnosed with non-Hodgkin's lymphoma and underwent radiation and chemotherapy which put the lymphoma into remission. Several years later, he was diagnosed with colon cancer which was successfully removed and he has been disease-free since the surgery. About seven years ago, he was diagnosed with recurrent non-Hodgkin's lymphoma which had metastasized to several vertebrae in his neck for which he had surgery. Subsequently, he had to undergo more chemotherapy and an autologous stem cell transplant in the summer of 2000 and once again, the disease went into remission. Shortly after that, he developed an intestinal obstruction, or ileus, as a result of the radiation he had received for his lymphoma and had to have a considerable amount of his small bowel removed, leaving him with short bowel syndrome (SBS). Because of the SBS, he has frequent bouts of diarrhea occurring many times during the day. During all of these illnesses, my husband continued to work at Nortel. He finally realized that it was becoming increasingly difficult to perform his duties at Nortel satisfactorily and in 2005, applied for Social Security Disability which he was granted and he has been receiving long term disability benefits from Nortel as well. In November 2010, he was diagnosed with myelodysplastic syndrome (MDS), also called pre-leukemia, as a result of the chemotherapy that he received for his lymphoma. This disease is devastating, with an average life expectancy of only one to five years. He immediately became a candidate for a bone marrow transplant. His sister was a match for him and they underwent the process a few months ago and Bill was successfully transplanted in March and was hospitalized for approximately six weeks post-transplant. Bill has recently been re-admitted to the hospital for septicemia and is now recovering from that illness. In addition to the above, Bill also suffers from dehydration due to his SBS and is receiving IV fluids at home, neuropathy, depression, and degenerative disc disease in his back.

Page 2                                                                                                June 15, 2011

Because of these events, we had to sell our house in Raleigh, NC and move to a smaller home in Clayton which was more affordable on his reduced income. If we lose the long term disability coverage, we will have to sell our home in Clayton. To make matters worse, we absolutely cannot afford to pay $500 a month for family medical benefits, and to lose medical coverage at this time would be devastating, to say the least. We would not be able to continue the medical care that my husband so desperately needs at this time which would most certainly cost him his life.

Please consider the above circumstances when making your decision; we need the benefits that Bill worked so hard for during his twenty-two years at Nortel.

Sincerely,

*Mary Johnson*

Mary Johnson