June 9,  2011

Judge Kevin Gross,
Care of Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801



Case No. 09-10138 (Nortel Networks)

United States Bankruptcy Court of District of Delaware

I wish to show my support of:

Motion for entry of an order pursuant to section 1102(A)(2) of the bankruptcy code appointing an official
committee of LONG-TERM DISABILITY PLAN PARTICIPANTS (Docket #55950

Honorable Judge Gross,

   I am writing you in regards to Nortel's attempt to terminate LTD persons whom
worked for Nortel for years. As I have heard others have felt mislead and misinformed
as to the duration of our Disability benefits, health, life, etc. for instance when I first had
to leave work disabled attempted to remove my 401k funds in order to help survive that
transformation, I was told I could not remove the 75k in my 401k. Eight years later I tried
again as only 20k remained and being disabled I could no longer contribute, nor was
Nortel contributing. Human Resources stated that they just had to toggle a status in the
database from active to inactive and I received my funds. When I questioned HR many
times as to why I could not have received these funds when I had 75k available, I never
received a reply back. Then, shortly after they filed for bankruptcy, they stopped
returning my calls all together. I felt the same when they tried to terminate us like a lame
horse last year.

   As for my status now, I developed several degenerative diseases in my hips and
back and have had 10 surgeries in 14 years. Both hips had to be replaced in 96, since
then both have been replaced a second time. In 1997 I was diagnosed with
degenerative disk disease. I had bi-level fusion surgery on L4-L5.It includes 6 large
screws and 3 rods. I was on huge doses of narcotics which led to me being diagnosed
with OIH, Opiate Induced Hypersensitivity; meaning I am forced to deal with my pain
without narcotics. I spend most of my day, as much as 20 or more hours laying in a bed.
This leaves a heavy burden on my wife and child in college.

   The last few years alone have been very stressful as I am not much of a
candidate for personal health insurance with all my existing conditions. I also expect to

lose 300k in life insurance which once gave us peace of mind. It is a worry some time for us. I will also lose 2/3 of our income. Help us be represented Judge Gross. That is all I ask, put yourself in any of our shoes and imagine not only dealing with disability and hardly able to care for your family but then being put in the spot of having our lives torn out from under us. Our lives, your Honor, are in your hands. I worked hard and long hours for Nortel. I simply pray, the people who have our lives in their hands right now, this minute, think hard, and fair. This is all I ask.

My heart is heavy as I write this, as again I think of not me, but my wife and child. They deserve to have peace of mind.


Thank you for your time, God Bless.

Charles V Barry

S/W Engineer III, S/W Delivery. Nortel