June 16, 2011

Judge Kevin Gross
Case No. 09-10138 (Nortel Networks)

United States Bankruptcy Court of District of Delaware

IN SUPPORT OF: MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1102 (a)(2) OF THE BANKRUPTCY CODE APPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS (DOCKET #5595)

Honorable Judge Kevin Gross:

I have been on disability since 1992. I applied for Social Security Disability because it was a requirement from Nortel. I only receive $958.00 a month from Social Security Disability. I receive $400.96 from Prudential through Nortel. I live off of $1,358.96 a month. I am barely scraping by each month as it is now. If I loose $400.96 a month I will definitely be living at POVERTY level. If I loose all of my health care benefits I won't be able to afford to pay for secondary insurance. All of my Doctors will probably drop me as a patient. If they don't drop me I still can't afford to make the co-payments. I take numerous prescription medications that I won't be able to afford.

I was married for 20 years and got legally separated in August 1999. My husband also worked for Nortel. He took early retirement instead of being laid off. He had been paying me $1,500 a month in Alimony. After his retirement he can no longer afford to pay me Alimony. He also stands to loose his insurance benefits from Nortel.

I won't qualify for any other type of Government assistance because I put money in a 401K at Edward Jones which is what I now have to use to make my house payment. That money will only last 3 more years. If I loose the Nortel disability income and insurance I will loose EVERYTHING. The ordeal of all of this causes me terrible depression and great stress which makes me be even sicker.

Please consider how this will impact my life, and all of the other people on Long Term Disability with Nortel. I won't be the only one put in a very bad situation if we loose the benefits from Nortel which we all thought was secured.

Thank You,

*Olive Jane Stepp*
Olive Jane Stepp
470 Fairview Rd.
Asheville, NC  28803