06/11/2011

Jeffrey A. Krueger
8628 Harps Mill Rd
Raleigh, NC 27615



Honorable Judge Kevin Gross
Care of Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

**Re: Nortel Bankruptcy LTD Committees**

Honorable Judge Kevin Gross -

I am a Nortel employee currently receiving LTD benefits. I am writing to urge the support for a committee for LTD benefits in the Nortel Bankruptcy case. I am a stroke survivor having suffered a severe stroke in Nov 2007. With the LTD benefits I have been receiving I have made a tremendous amount of progress in my recovery. In my case LTD benefits did what they were supposed to do, allow me to keep my home and family intact while I was able to rehabilitate myself. Even with my tremendous gains I still have a ways to go. In addition to my own recovery I have also had to care for my disabled wife. This has been a tremendous strain but we've been managing. The medical coverage provided in my LTD benefits has allowed my wife and I to afford the medicine and medical care we require. At some point I would like to return to work. Having the LTD benefits has allowed me to try and retrain for a new career. I would like to be able to continue that retraining. Others are not as lucky as me and are severely disabled with little hope for being employable again. We deserve to have a say in our future. Please allow the formation of some type of committee to protect our benefits. Thank you for your consideration in this matter.

Sincerely,


Jeffrey A. Krueger