Jon D. Gaier
4222 Forest Glen Place
Castro Valley, Ca. 94546
1-510-582-8806

June 13, 2011

Judge Kevin Gross

Case No.09-10138 (Nortel Networks)
United States Bankruptcy Court of District of Delaware

IN SUPPORT OF: MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE APPOINTING AN OFFICAL COMMITTEE OF LONG-TERM PARTICIPANTS (DOCKET #5595)

Honorable Judge:

I am writing this letter for my husband, Jon D. Gaier, as he is unable to. Jon is a Nortel Employee, employee ID #195670, currently receiving Long Term Disability Benefits from Nortel. Jon has been receiving long-term disability benefits since June of 1993. Jon worked for Nortel nine and ¾ years before he was diagnosed with an Oligodenraglioma Brain Tumor. He underwent surgery for this tumor first in June of 1993 and again for a recurrent tumor in January of 2006. He is unable to return to work for many reasons since surgeries, physical limitations and cognitive/social abilities. If Nortel LDT Benefits were discontinued it would be a huge loss to him and our family. Like other LTD individuals we were completely unaware that this situation could happen. Jon and I thought that Prudential was the insurance provider and that we could depend on them. It was not until Nortel sent Jon a notice of termination in the summer of 2010 that we learned Nortel LTD Benefits were self-funded by the company and that under ERISA rules there is no bond to reserve request to ensure ability for the payment of claims in the event of bankruptcy or dissolution of the company. We, like other LTD individuals, feel that the LTD group needs representation when it comes to negotiating a settlement with Nortel. Thank you for taking the time to consider this motion.

Requested Action for the Court:

I, Jon D. Gaier, hereby petition the Court to:

GRANT THE MOTION FOR ENTRY OF AN ORDER PURSANT TO SECTION 1102(A)(2) OF THE BANKRUPTCY CODE APPOINTING AN OFFICAL COMMITTEE OF LONG-TERM DISABLITY PLAN PARTICCIPANTS IN DOCKET #5595

Respectfully, _Jon D. Gaier_    6-13-11

Jon D. Gaier        Date