**Dear US Bankruptcy Court Trustee,**                                   June 10, 2011

**Re: Nortel Networks Inc. Chapter 11 Case No: 09-10138(KG)**
     **Motion docket #5595.**

I , Daniel D. David, am bringing this matter to the court as a possible conflict of interest in no means I want hinder or differ the process but be equally and justly represented.

The EG lawyers might have Client and lawyers conflict of interest favoring Prudential over Nortel LTD/Retiree employees in the outcome of negotiation between Nortel/Creditors and Retiree/LTD with honesty and in LTDer's/Retiree's best interest.

## *Client-Lawyer Relationship*
## Rule 1.7 Conflict Of Interest: Current Clients

(a) Except as provided in paragraph (b), a lawyer shall not represent a client if the representation involves a concurrent conflict of interest. A concurrent conflict of interest exists if:
(1) the representation of one client will be directly adverse to another client; or
(2) there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer.
(b) Notwithstanding the existence of a concurrent conflict of interest under paragraph (a), a lawyer may represent a client if:
(1) the lawyer reasonably believes that the lawyer will be able to provide competent and diligent representation to each affected client;
(2) the representation is not prohibited by law;
(3) the representation does not involve the assertion of a claim by one client against another client represented by the lawyer in the same litigation or other proceeding before a tribunal; and
(4) each affected client gives informed consent, confirmed in writing.

Facts:

-EG represents Prudential in other matters
-EG represents approximately 25% of Nortel LTD employees
-Prudential is also a Nortel creditor
- Prudential is the Disability Claim administrator for LTD
- Prudential is the Disability Claim payee for LTD recipients regardless of where the revenue comes from.

Nortel LTD recipients might have to seek damages from Prudential for the following reasons

- The fact that Prudential and Nortel gave the appearance of real Insurance industry regulated plan/fund/company Which misrepresented the Nortel self funded as an insurance industry regulated plan.

*Daniel D David*
2105 Possum Trot Rd
Wake Forest, NC 27587      PH: (919) 554-9291