IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
:
*In re*                                                                         : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                 : Case No. 09-10138 (KG)
:
               Debtors.                                                   : Jointly Administered
:
---------------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 5505

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Twenty-Third Monthly Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2011 Through February 28, 2011**(the "Application") (D.I. 5505), filed on May 27, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than June 16, 2011 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $250,000.00 | $479.89 | $200,000.00 | $200,479.89 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: June 20, 2011
Wilmington, Delaware

                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                  James L. Bromley
                  Lisa M. Schweitzer
                  One Liberty Plaza
                  New York, New York 10006
                  Telephone: (212) 225-2000
                  Facsimile: (212) 225-3999

                  - and -

                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                  /s/ Ann C. Cordo
                  Derek C. Abbott (No. 3376)
                  Eric D. Schwartz (No. 3134)
                  Ann C. Cordo (No. 4817)
                  Alissa T. Gazze (No. 5338)
                  1201 North Market Street, 18th Floor
                  P.O. Box 1347
                  Wilmington, DE 19899-1347
                  Telephone: (302) 658-9200
                  Facsimile: (302) 425-4663

                  *Counsel for the Debtors and Debtors In Possession*

3946371.4