# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Second Amended Agenda of Matters Scheduled for Hearing on June 21, 2011 at 9:30 a.m. (ET)** was caused to be made on June 20, 2011, in the manner indicated upon the entities identified below and the entities identified on the attached service list.

Date: June 20, 2011

/s/ *Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
FAX: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
FAX: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
FAX: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
FAX: 213-892-4763

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market St., Suite 1700
Wilmington, DE 19801
FAX: 302-384-9399

**<u>Via Overnight Mail</u>**

Olive Jane Stepp
470 Fairview Rd.
Ashville, NC 28803

Jeffrey A. Krueger
8628 Harps Mill Rd.
Raleigh, NC 27615

Jon D. Gaier
4222 Forest Glen Place
Castro Valley, CA 94546

4335904.1