# EXHIBIT E

**Email dated May 25, 2011**

## Kay-Oliphant, Eli (NY)

| | |
|---|---|
| **From:** | Aris, Gregory [gregory.aris@herbertsmith.com] |
| **Sent:** | Wednesday, May 25, 2011 5:57 PM |
| **To:** | Connelly, Blair (NY) |
| **Cc:** | Kay-Oliphant, Eli (NY); dherrington@cgsh.com; KAY, ALEX; Baillie, Kathryn; Elgie, Oliver; dmindel@uk.ey.com |
| **Subject:** | RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion |

Dear Blair

We and the UKAs are seeking to settle comments on the documents with the final EMEA entities outside the auspices of the Administration and, when they have been, we will be in touch with Cleary and Goodmans on them. We will then be in touch with you when the sell-side has collectively signed off on them.

Kind regards

Greg

**Gregory Aris**
Senior Associate, Corporate Division
Herbert Smith LLP
T: +44 20 7466 2457
M: +44 7809 200014
F: +44 20 7098 4457
gregory.aris@herbertsmith.com

---

**From:** BLAIR.CONNELLY@lw.com [mailto:BLAIR.CONNELLY@lw.com]
**Sent:** 25 May 2011 21:27
**To:** Aris, Gregory; dherrington@cgsh.com
**Cc:** Eli.Kay-Oliphant@lw.com
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

Gentlemen:

Just checking to see if there have been any developments on your end.  Please let me know.

Thanks,

Blair

---

**From:** Aris, Gregory [mailto:gregory.aris@herbertsmith.com]
**Sent:** Friday, May 20, 2011 2:25 PM
**To:** David H Herrington; Connelly, Blair (NY)
**Cc:** KAY, ALEX; amerskey@ogilvyrenault.com; bengera@hugheshubbard.com; Kay-Oliphant, Eli (NY); carmstrong@goodmans.ca; Allinson, David (NY); dmindel@uk.ey.com; eharron@ycst.com; JLuton@ycst.com; Baillie, Kathryn; lschweitzer@cgsh.com; MLastowski@duanemorris.com; nabularach@cgsh.com; Elgie, Oliver; Lawton, Richard; rryan@cgsh.com; rschwill@dwpv.com; Sharon.S.Hamilton@ca.ey.com; Malone, Thomas (NY)
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

Dear David and Blair

The UKAs are in agreement with the commercial terms of the settlement and side letter. We are finalising some technical edits to account (as per the Paragon transaction documents) for the fact that our client is a Court-appointed officeholder.

We do not yet have comment on the commercial terms of the documents from the EMEA entities not under the auspices of the UK Administration (e.g. from the French Liquidator, the Israeli Administrators or Russia). (Also, they may require some technical edits to account for their office.)

Full EMEA sign-off will not come this week, but we will otherwise revert to you with any updates and document comments as soon as possible.

Regards

Greg

**Gregory Aris**
Senior Associate, Corporate Division
Herbert Smith LLP
T: +44 20 7466 2457
M: +44 7809 200014
F: +44 20 7098 4457
gregory.aris@herbertsmith.com

---

**From:** David H Herrington [mailto:dherrington@cgsh.com]
**Sent:** 20 May 2011 00:05
**To:** Eli.Kay-Oliphant@lw.com
**Cc:** KAY, ALEX; amerskey@ogilvyrenault.com; bengera@hugheshubbard.com; BLAIR.CONNELLY@lw.com; carmstrong@goodmans.ca; David.Allinson@lw.com; dmindel@uk.ey.com; eharron@ycst.com; McGill, Gemma; Aris, Gregory; JLuton@ycst.com; Baillie, Kathryn; lschweitzer@cgsh.com; MLastowski@duanemorris.com; nabularach@cgsh.com; Elgie, Oliver; Lawton, Richard; rryan@cgsh.com; rschwill@dwpv.com; Sharon.S.Hamilton@ca.ey.com; Thomas.Malone@lw.com
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

Eli, I've been able to discuss this issue further with the client, and as a compromise we are willing to accept your proposed change.

Thanks,

David

_____
David H. Herrington
Cleary Gottlieb Steen & Hamilton LLP
Assistant: namitrano@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2266 | f: +1 212 225 3999
www.clearygottlieb.com | dherrington@cgsh.com

From:     <Eli.Kay-Oliphant@lw.com>
To:       <dherrington@cgsh.com>, <BLAIR.CONNELLY@lw.com>
Cc:       <Alex.Kay@herbertsmith.com>, <amerskey@ogilvyrenault.com>, <bengera@hugheshubbard.com>, <carmstrong@goodmans.ca>, <David.Allinson@lw.com>, <dmindel@uk.ey.com>, <eharron@ycst.com>, <gemma.mcgill@herbertsmith.com>, <gregory.aris@herbertsmith.com>, <JLuton@ycst.com>, <Kathryn.Baillie@herbertsmith.com>, <lschweitzer@cgsh.com>, <MLastowski@duanemorris.com>, <nabularach@cgsh.com>, <Oliver.Elgie@herbertsmith.com>, <Richard.Lawton@herbertsmith.com>, <rryan@cgsh.com>, <rschwill@dwpv.com>, <Sharon.S.Hamilton@ca.ey.com>, <Thomas.Malone@lw.com>
Date:     05/18/2011 06:43 PM
Subject:  RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

---

David –

Without prejudice to us having a working document that is functionally final, we have one small alteration to your changes to the side letter. Specifically, we would request that the words "or the Sale Agreement" be struck from the last sentence (second to last line of the letter), simply because that would provide a release that is even broader than the one that GENBAND is providing and that the MOU provides for. All your other changes are acceptable, and the side letter is thus functionally done.

Please let me know your thoughts, if any.

Many thanks,

Eli


**From:** David H Herrington [mailto:dherrington@cgsh.com]
**Sent:** Wednesday, May 18, 2011 2:51 PM
**To:** Connelly, Blair (NY)
**Cc:** Alex.Kay@herbertsmith.com; amerskey@ogilvyrenault.com; bengera@hugheshubbard.com; carmstrong@goodmans.ca; Allinson, David (NY); dmindel@uk.ey.com; eharron@ycst.com; Kay-Oliphant, Eli (NY); gemma.mcgill@herbertsmith.com; gregory.aris@herbertsmith.com; JLuton@ycst.com; Kathryn.Baillie@herbertsmith.com; lschweitzer@cgsh.com; MLastowski@duanemorris.com; nabularach@cgsh.com; Oliver.Elgie@herbertsmith.com; Richard.Lawton@herbertsmith.com; rryan@cgsh.com; rschwill@dwpv.com; Sharon.S.Hamilton@ca.ey.com; Malone, Thomas (NY)
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

The attached has NNI's comments on the side letter.


_____
David H. Herrington
Cleary Gottlieb Steen & Hamilton LLP
Assistant: namitrano@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2266 | f: +1 212 225 3999
www.clearygottlieb.com | dherrington@cgsh.com



From:    David H Herrington/NY/Cgsh
To:      <BLAIR.CONNELLY@lw.com>
Cc:      Alex.Kay@herbertsmith.com, amerskey@ogilvyrenault.com, bengera@hugheshubbard.com, carmstrong@goodmans.ca, David.Allinson@lw.com, dmindel@uk.ey.com, eharron@ycst.com, Eli.Kay-Oliphant@lw.com, gemma.mcgill@herbertsmith.com, gregory.aris@herbertsmith.com, JLuton@ycst.com, Kathryn.Baillie@herbertsmith.com, lschweitzer@cgsh.com, MLastowski@duanemorris.com, nabularach@cgsh.com, Oliver.Elgie@herbertsmith.com, Richard.Lawton@herbertsmith.com, rryan@cgsh.com, rschwill@dwpv.com, Sharon.S.Hamilton@ca.ey.com, Thomas.Malone@lw.com
Date:    05/18/2011 02:49 PM
Subject: RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

On behalf of NNI, I'm attaching comments on the side letter, and I'm okay with adding "and the Purchaser" to the 9019 motion.  Otherwise, as I think you know, I disagree with everything in your email.


[attachment "2399005_2(GENBAND Settlement-- 9019 Motion - NNI May 18 Draft).DOC" deleted by David H Herrington/NY/Cgsh]

_____
David H. Herrington
Cleary Gottlieb Steen & Hamilton LLP
Assistant: namitrano@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2266 | f: +1 212 225 3999
www.clearygottlieb.com | dherrington@cgsh.com




| | |
|---|---|
| From: | <BLAIR.CONNELLY@lw.com> |
| To: | <dherrington@cgsh.com> |
| Cc: | <Alex.Kay@herbertsmith.com>, <amerskey@ogilvyrenault.com>, <bengera@hugheshubbard.com>, <carmstrong@goodmans.ca>, <David.Allinson@lw.com>, <dmindel@uk.ey.com>, <eharron@ycst.com>, <Eli.Kay-Oliphant@lw.com>, <gregory.aris@herbertsmith.com>, <JLuton@ycst.com>, <Kathryn.Baillie@herbertsmith.com>, <lschweitzer@cgsh.com>, <MLastowski@duanemorris.com>, <nabularach@cgsh.com>, <Oliver.Elgie@herbertsmith.com>, <Richard.Lawton@herbertsmith.com>, <rryan@cgsh.com>, <rschwill@dwpv.com>, <Sharon.S.Hamilton@ca.ey.com>, <Thomas.Malone@lw.com>, <gemma.mcgill@herbertsmith.com> |
| Date: | 05/18/2011 02:21 PM |
| Subject: | RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion |




David –

Taking your points in order:

First, we have yet to hear anything from the UK Administrators on this point, and I am copying another member of their team on this email in the hope of altering that.

Second, although we disagree with your interpretation of the rule, the MOU is quite clear on the parties' affirmative obligation to use their "best efforts" to document and give effect to" the settlement terms "as soon as reasonably practicable."  That clause was included to prevent exactly what's going on right now.

Third, we agree that Nortel demanded a release from OEP "long ago," even though OEP was not a party to the dispute and even though no such release was provided for under the MOU, and that Nortel's demand in that regard has delayed the process.  In any event, you received the ten-line, three-sentence side letter yesterday afternoon and we haven't received any comments.

Fourth, your change to the 9019 motion is fine as long as you add "and the Purchaser" in the last line, before "reserve all rights and remedies," which I do not imagine will be controversial.

We are not going to tolerate any further delay, this has gone on for way too long already.


**From:** David H Herrington [mailto:dherrington@cgsh.com]
**Sent:** Wednesday, May 18, 2011 1:04 PM
**To:** Connelly, Blair (NY)
**Cc:** Alex.Kay@herbertsmith.com; amerskey@ogilvyrenault.com; bengera@hugheshubbard.com; carmstrong@goodmans.ca; Allinson, David (NY); dmindel@uk.ey.com; eharron@ycst.com; Kay-Oliphant, Eli (NY);

gregory.aris@herbertsmith.com; JLuton@ycst.com; Kathryn.Baillie@herbertsmith.com; lschweitzer@cgsh.com; MLastowski@duanemorris.com; nabularach@cgsh.com; Oliver.Elgie@herbertsmith.com; Richard.Lawton@herbertsmith.com; rryan@cgsh.com; rschwill@dwpv.com; Sharon.S.Hamilton@ca.ey.com; Malone, Thomas (NY)
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

Blair -

I write on behalf of NNI in response to your email. As discussed yesterday, the Settlement Stipulation and 9019 motion cannot be filed without the approval of the UK Administrators for the Nortel EMEA entities. The UK Administrators will address whether they are prepared to approve or not.

As for timing, the deadline for June 7 was clearly yesterday, in accordance with Bankr. Rule 9006(a)(1)(a). We are considering whether, if the necessary parties are able to approve the Settlement Stipulation, we can file a shortened-notice motion, in light of the Court's expressed disfavor for such motions.

As to the side letter, we will provide our comments as soon as possible. We note that Nortel made clear long ago that it would need a release from OEP, or at least a side letter, and that it was only yesterday afternoon that you finally provided a draft side letter. Further, Eli's email accompanying the draft stated that "our client is still reviewing, so this is subject to further modifications."

Finally, I am attaching the current 9019 motion, which as you will see notes in paragraph 21 that there are unresolved issues concerning the TSA and that Nortel is reserving its rights in connection with that.

Regards,

David

_____
David H. Herrington
Cleary Gottlieb Steen & Hamilton LLP
Assistant: namitrano@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2266 | f: +1 212 225 3999
www.clearygottlieb.com | dherrington@cgsh.com


From:     <BLAIR.CONNELLY@lw.com>
To:       <BLAIR.CONNELLY@lw.com>, <gregory.aris@herbertsmith.com>, <dherrington@cgsh.com>
Cc:       <carmstrong@goodmans.ca>, <amerskey@ogilvyrenault.com>, <dmindel@uk.ey.com>, <lschweitzer@cgsh.com>, <nabularach@cgsh.com>, <rryan@cgsh.com>, <Sharon.S.Hamilton@ca.ey.com>, <Kathryn.Baillie@herbertsmith.com>, <Oliver.Elgie@herbertsmith.com>, <Richard.Lawton@herbertsmith.com>, <dmindel@uk.ey.com>, <Alex.Kay@herbertsmith.com>, <bengera@hugheshubbard.com>, <rschwill@dwpv.com>, <eharron@ycst.com>, <JLuton@ycst.com>, <Eli.Kay-Oliphant@lw.com>, <David.Allinson@lw.com>, <Thomas.Malone@lw.com>, <MLastowski@duanemorris.com>
Date:     05/18/2011 10:24 AM
Subject:  RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

---

Given that these completely unrelated issues that were raised at the last minute yesterday now appear to be resolved, as the taxes are not disputed and either have been or are in the process of being paid, we expect that the form 9019 will be filed today. All parties have an affirmative duty "to use their best efforts to document and give effect to" the terms of the MOU "as soon as reasonably practicable." We believe that filing the form 9019 today would be timely under the rules and

permit this to be heard at the June 7th hearing; even if it were not timely, however, the obligation to use "best efforts to document and give effect to" the settlement terms "as soon as reasonably practicable" would obligate the parties to move to shorten the notice period.  If anyone for any reason whatsoever intends to prevent this from happening today, well in advance of the filing deadline, please let us know immediately so that we can seek appropriate relief from Judge Gross.

**From:** Connelly, Blair (NY)
**Sent:** Tuesday, May 17, 2011 4:52 PM
**To:** Aris, Gregory; David H Herrington
**Cc:** Armstrong, Christopher; amerskey; dmindel@uk.ey.com; Lisa M SCHWEITZER; Nora K Abularach; Robert J Ryan; Sharon.S.Hamilton@ca.ey.com; Baillie, Kathryn; Elgie, Oliver; Lawton, Richard; dmindel@uk.ey.com; KAY, ALEX; Ben-Gera, Avner; Schwill, Robin; Harron, Edwin; Luton, Jaime; Kay-Oliphant, Eli (NY); Allinson, David (NY); Malone, Thomas (NY); MLastowski@duanemorris.com
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

We reserve all of our client's rights and remedies, including without limitation to seek an order enforcing the settlement on an expedited basis.  We demand that all parties preserve all documents and communications concerning the settlement, including without limitation any emails amongst any of the various parties regarding the same.

**From:** Aris, Gregory [mailto:gregory.aris@herbertsmith.com]
**Sent:** Tuesday, May 17, 2011 4:07 PM
**To:** David H Herrington
**Cc:** Armstrong, Christopher; amerskey; dmindel@uk.ey.com; Lisa M SCHWEITZER; Nora K Abularach; Robert J Ryan; Sharon.S.Hamilton@ca.ey.com; Baillie, Kathryn; Elgie, Oliver; Lawton, Richard; dmindel@uk.ey.com; KAY, ALEX; Ben-Gera, Avner; Schwill, Robin; Harron, Edwin; Luton, Jaime; Kay-Oliphant, Eli (NY); Connelly, Blair (NY); Allinson, David (NY); Malone, Thomas (NY)
**Subject:** RE: GENBAND / Nortel - Draft Stipulation and 9019 Motion

David,

Thank you for sending across the revised 9019 and Stipulation provided to you by Latham.

As this stage, due to the open EMEA tax issues with GENBAND (in relation to which the UKAs emailed GENBAND and Latham on 11 May, for example, to which email I alerted those on the 12 May call in relation to this settlement), the UKAs are not in a position approve the Stipulation or 9019. The UKAs will also require that, when resolved, the issue of the unpaid EMEA tax be addressed as part of the Stipulation.

I will update you when I learn that the UKAs have heard back substantively from GENBAND.

Otherwise, just to confirm, is there a side letter proposal re: the OEP point which we should also have received?

(I am copying the Latham team, as requested.)

Regards

Greg

**Gregory Aris**
Senior Associate, Corporate Division
Herbert Smith LLP
T: +44 20 7466 2457
M: +44 7809 200014
F: +44 20 7098 4457
gregory.aris@herbertsmith.com


----- Forwarded by David H Herrington/NY/Cgsh on 05/17/2011 10:55 AM -----

From:    <Eli.Kay-Oliphant@lw.com>
To:      <dherrington@cgsh.com>, <rryan@cgsh.com>
Cc:      <BLAIR.CONNELLY@lw.com>, <David.Allinson@lw.com>, <Thomas.Malone@lw.com>

Date: 05/17/2011 10:38 AM
Subject: GENBAND / Nortel - Draft Stipulation and 9019 Motion

David / Rob –

Ahead of our call at 11am, please see attached a new version of the stipulation and the 9019 motion. You will see that all open issues are resolved, so we should be able to file the 9019 motion today.

I would note for the 9019 motion that if the stipulation is still in draft form when the motion is filed, I would clarify in the text of the motion that the stipulation is a draft and that the parties will supplement it with a final agreement as soon as the parties have negotiated the outstanding terms. I understand from my local counsel that this is common practice.

Stipulation:

<<Genband - Nortel Stipulation - LW May 17 Draft CLEAN.DOC>> <<WS_BinaryComparison_2377703_18(GENBAND-Nortel Settlement Stiplulation)-Genband - Nortel Stipulation - LW May 17 Draft CLEAN.doc>>

9019 Motion:

<<GENBAND Settlement-- 9019 Motion - LW May 17 Draft.DOC>> <<WS_BinaryComparison_2382281_2(GENBAND Settlement-- 9019 Motion)-GENBAND Settlement-- 9019 Motion - LW May 17 Draft.doc>>

We look forward to speaking at 11am. Kindly,

**Eli J. Kay-Oliphant**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.1884
Fax: +1.212.751.4864
Email: eli.kay-oliphant@lw.com
Bio: Attorney Profile

```
This message is being sent from a law firm and may contain confidential or privileged
information. If you are not the
intended  recipient, please advise  the  sender  immediately  by  reply  e-mail  and
 delete  this  message and  any
attachments  without  retaining  a  copy.
```

This message is confidential and may be covered by legal professional privilege. If you have received this message in error please delete it and notify the sender immediately by contacting our main switchboard +44 (0)20 7374 8000; you should not retain the message or disclose its contents to anyone. Herbert Smith LLP may monitor e-mail communications in accordance with applicable law and regulations.

Herbert Smith LLP is a Limited Liability Partnership registered in England and Wales with registered number OC310989. It is regulated by the Solicitors' Regulation Authority of England and Wales whose rules can be

accessed via www.sra.org.uk/code-of-conduct.page. A list of the members and their professional qualifications is open to inspection at the registered office, Exchange House, Primrose Street, London EC2A 2HS. We use the word partner to refer to a member of Herbert Smith LLP, or an employee or consultant with equivalent standing and qualifications. Herbert Smith LLP's registration number for Value Added Tax in the United Kingdom is GB 927 1996 83.

Herbert Smith LLP, Gleiss Lutz and Stibbe are three independent firms which have a formal alliance. Further information is available from www.herbertsmith.com.

*********************************************************************
To comply with IRS regulations, we advise you that any discussion of
Federal tax issues in this
e-mail was not intended or written to be used, and cannot be used by you,
(i) to avoid any penalties
imposed under the Internal Revenue Code or (ii) to promote, market or
recommend to another party any
transaction or matter addressed herein.

For more information please go to   http://www.lw.com/docs/irs.pdf
*********************************************************************

This email may contain material that is confidential, privileged and/or
attorney work product for
the sole use of the intended recipient.  Any review, reliance or
distribution by others or forwarding
without express permission is strictly prohibited.  If you are not the
intended recipient, please
contact the sender and delete all copies.

Latham & Watkins LLP
This message is being sent from a law firm and may contain confidential or privileged
information. If you are not the
intended  recipient,  please advise  the  sender  immediately  by  reply  e-mail  and
 delete  this  message and  any
attachments  without  retaining  a  copy.

This message is being sent from a law firm and may contain confidential or privileged
information. If you are not the
intended  recipient,  please advise  the  sender  immediately  by  reply  e-mail  and
 delete  this  message and  any
attachments  without  retaining  a  copy.


This message is being sent from a law firm and may contain confidential or privileged
information. If you are not the
intended  recipient,  please advise  the  sender  immediately  by  reply  e-mail  and
delete  this  message and  any
attachments  without  retaining  a  copy.