# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 21, 2011 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matter:

OMNIBUS HEARING

**R / M #:**   5,775 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #3 -  Continued to 7/26 @ 9:30 am
#4 -  Continued to 7/11/11 @ 9:30 am
#5 -  Adjourned to date TBD
#6 - Continued to 7/11 @ 9:30 am
#7 - CNO Filed and Order Signed
#8 -  ORDER SIGNED
#9 -  ORDER SIGNED
#10 -  ORDER SIGNED
#11 - FEE APPLICATIONS -  ORDER SIGNED