# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 6/21/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Schweitzer | Cleary Gottlieb | Debtors |
| Jane Kim | " | " |
| Annie Cordo | Morris Nichols Arsht + Tunnell | " |
| Eigh Schwartz | " | " |
| Raoul Zahal | Elliott Greenleaf | Bethayer College d 60 long term disabled enpc |
| Lisa Beckerman | Akin Gump | Committee |
| Joshua Sturm | " | " |
| Chris Samis | Richards Layton | " |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Jaime Luton | YCST | US Joint Administrators |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 06/21/2011
Calendar Time: 09:30 AM ET

Amended Calendar 06/21/2011 06:07 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Harold Ashner | | Keightley & Ashner LLP | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Aaron Hammer | | Freeborn & Peters LLP | Other Prof., Mercer / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert Horne | | Robert Horne - In Pro Per/Pro Se | In Propria Persona, Robert Horne / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Colin H. Keenan | | Lazard Freres & Company | Financial Advisor, Lazard Freres & Company / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joanne Lee | | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kevin S. Mann | | Cross & Simon | Financial Advisor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ryan D. McGlothlin | | Punter Southall Limited | Financial Advisor, Punter Southall LLC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Melanie A. McLaughlin | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jared Oyston | | Linklaters LLP | Interested Party, Linklaters LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Amit P. Patel | | Avenue Capital | Interested Party, Avenue Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Rene E. Thorne | | Jackson Lewis (New Orleans) | Debtor, Nortel Networks, Inc. & Erisa Class Actions Suit / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael Wunder | | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 1