IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 5595** |
| | ) |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPOINTING AN OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS

The undersigned counsel hereby certifies that

1. On June 21, 2011, the Court held a hearing (the "Hearing") on, among other things, the *Motion for Entry of an Order Pursuant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long-Term Disability Plan Participants* (the "Motion") (Docket No. 5595).

2. At the Hearing, the LTD Plan Participants[2], the Debtors, and the Official Committee of Unsecured Creditors agreed to compromise certain issues on the record and those compromises have resulted in modifications to the proposed order originally filed with the Motion.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms shall have the same meaning as defined in the Motion unless otherwise defined herein.

3. Clean and blackline versions of the order are attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively.

4. Counsel respectfully requests the Court enter the Order at its earliest convenience.

Dated: June 21, 2011
   Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Jonathan M. Stemerman (DE Bar No. 4510)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the LTD Participants*