IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[3] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Counsel to the LTD Participants, hereby certify that I caused a copy of the foregoing *Certification of Counsel Regarding Order Appointing an Official Committee of Long-Term Disability Participants* to be served via ECF on all parties who have entered a notice of appearance in this matter pursuant to Fed. Bankr. Rule 2002 and via email on the following parties:

Office of the US Trustee
Thomas P. Tinker
Thomas.P.Tinker@usdoj.gov

Counsel to the Debtors
Lisa Schweitzer
Jane Kim
lschweitzer@cgsh.com
JAKim@cgsh.com

---

[3] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Counsel to the Official Committee of Unsecured Creditors
Joshua Sturm
Christopher M. Samis
jsturm@akingump.com
Samis@RLF.com

Dated: June 21, 2011
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com

*Counsel to the LTD Participants*