# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/3/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/4/2011 | Met with E. Smith of Nortel and K. Sidhu of Cleary to discuss NNI standalone financials. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/5/2011 | Call with M. Alcock, L. Malone, and L. Bagarella to discuss the status of the schedule amendments. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/6/2011 | Met with D. McKenna and R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/10/2011 | Met with D. McKenna and R. Izzard of Nortel for the bi-weekly contract management council call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/13/2011 | Met with D. McKenna and R. Izzard of Nortel for the bi-weekly contract management council call. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/16/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/20/2011 | Met with D. McKenna and R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/23/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/23/2011 | Met with A. Wortham of Nortel to discuss the status of NN CALA preferential payment recoveries. | 0.80 | 410 | 328.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/24/2011 | Met with D. McKenna and R. Izzard of Nortel for the bi-weekly contract management council call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/24/2011 | Call with R. Boris of Nortel to discuss the status of the claims methodology and schedule amendments. | 1.30 | 410 | 533.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/25/2011 | Call with J. Galvin of Cleary to discuss discovery requests for preference vendor. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/30/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 5/31/2011 | Met with D. McKenna and R. Izzard of Nortel for the bi-weekly contract management council call. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/3/2011 | Met with R. Boris and Carolyn Shields of Nortel and K. O'Neill of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 5/4/2011 | Reviewed the draft schedule amendments and provided comments to A. Tsai of Epiq. | 1.70 | 410 | 697.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 5/4/2011 | Provided M. Alcock of Cleary with a draft version of the notification exhibit to be sent in the letter informing the creditors of the amendments. | 1.50 | 410 | 615.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 5/11/2011 | Identified the first batch of schedule amendments and sent to A. Tsai of Epiq. | 1.80 | 410 | 738.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 5/11/2011 | Reviewed the draft batch 1 schedule amendments and provided them to L. Bagarella of Cleary. | 1.60 | 410 | 656.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 5/20/2011 | Updated batch 1 of the schedule amendments and provided them to A. Tsai of Epiq. | 1.70 | 410 | 697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/4/2011 | Nortel-review monthly operating report | 0.60 | 725 | 435.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/5/2011 | Nortel-review MOR draft | 0.50 | 725 | 362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/6/2011 | Nortel-comments to Huron director re MOR Draft and follow-up with WW | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/9/2011 | Nortel-call with Huron director and E. Smith of Nortel to discuss specifics of prior period adjustments and impact on MOR in the current month | 0.40 | 725 | 290.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/9/2011 | Nortel-March MOR discussion re prior period adjustments, review with Huron director and arrange follow-up call with E. Smith of Nortel | 0.20 | 725 | 145.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/9/2011 | Nortel-review notes on nature of adjustments provided by E. Smith of Nortel, consultation on prior period matters | 0.40 | 725 | 290.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/11/2011 | Nortel-review correspondence and updated drafts on reporting matters for march MOR, consider approach, response from E. Smith of Nortel, technical literature | 1.20 | 725 | 870.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/12/2011 | Nortel-conference with Huron director re revised draft and approach, conclusions on presentation | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/13/2011 | Nortel-update file, correspondence review, MOR notes | 0.70 | 725 | 507.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 5/31/2011 | Nortel-review and comment on additional questions on MOR, consultation with group on revised disclosure with review of transactions giving rise to adjustments | 0.70 | 725 | 507.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 5/9/2011 | Review of March MOR and prior period adjustments. | 1.50 | 555 | 832.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/6/2011 | Estimated Huron's April 2011 fees and expenses and provided to J. Moldrem of Nortel. | 0.40 | 410 | 164.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/18/2011 | Corresponded with M. DeCarli of MNAT regarding the filing of the monthly fee application CNO. | 0.20 | 410 | 82.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/23/2011 | Reviewed and updated the April monthly fee application time and expense details. | 1.90 | 410 | 779.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/23/2011 | Reviewed and updated the April monthly fee application documents and exhibits. | 2.10 | 410 | 861.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/23/2011 | Provided the finalized April monthly fee application to Huron managing director for his review and signoff. | 0.90 | 410 | 369.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/27/2011 | Prepared the 9th quarterly fee application documents and exhibits and provided them to Huron managing director for review and signoff. | 1.40 | 410 | 574.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/23/2011 | Nortel-review and sign-off on monthly statement. | 0.30 | 725 | 217.50 |
| 6 | Retention and Fee Applications | James Lukenda | 5/27/2011 | Nortel-review and sign-off on 9th quarterly documents and call with Huron manager re same | 0.20 | 725 | 145.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Asset Sale & Disposition Support | Brian Heinimann | 5/2/2011 | Investigation of request from J. Seery, Cleary, pertaining to MSS business contract assignments, and drafted e-mail response | 0.30 | 410 | 123.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/2/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/2/2011 | Updated preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Corresponded with R. Risner of Nortel regarding certain SMART Release POs for preference discovery. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Compiled 4 year PO history for reference vendor defense response analysis per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Corresponded with E. Smith of Nortel regarding NNI's standalone financials at the petition date and certain time periods during the preference period. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Corresponded with R. Boris of Nortel regarding archiving AP records for a 2-year lookback. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Updated preference vendor defense response analysis per request from J. Sherrett of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Provided J. Galvin with PO documentation and documented the nature of certain PO discovery requests and their availability in the AP system. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/3/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/4/2011 | Corresponded with T. Weeks and B. Dalal regarding certain royalty shipment information for a preference response. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/4/2011 | Provided J. Smith of Benesch with the NNI standalone financials as of the petition date for preference purposes. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/4/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/4/2011 | Documented and provided J. Smith of Benesch with the AP records and invoice copies of certain canceled or revised invoices for a preference vendor. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/4/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/4/2011 | Reviewed certain discovery invoices and documented payment terms per request from J. Lacks of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/5/2011 | Updated a schedule of third party pass-through suppliers and provided to J. Sherrett of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/5/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/5/2011 | Reviewed certain discovery invoices and documented payment terms per request from J. Lacks of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/5/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.90 | 410 | 369.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Reviewed and updated the list of preference settlements provided by K. Sidhu of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/6/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/9/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/9/2011 | Corresponded with T. Weeks and B. Dalal regarding certain royalty shipment information for a preference response. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Corresponded with K. Sidhu and M. Vanek of Cleary regarding AP systems at US Debtor branches. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Prepared 90-day payment and related invoice exhibits for certain pass-through suppliers per request from J. Sherrett of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Provided preference defendant contract documents and/or information to J. Sherrett of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Corresponded with A. Balsas regarding certain royalty shipment information for a preference response. | 1.00 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/10/2011 | Documented the royalty shipping acronyms and provided to J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Updated the 90-day payment and related invoice exhibits for certain pass-through suppliers per request from J. Sherrett of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Updated the 90-day payment and related invoice exhibits for certain pass-through suppliers per request from J. Sherrett of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Provided J. Galvin of Cleary with certain invoices and documented the bill to / ship to addresses on invoices and their implication of liability. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/11/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Documented certain preference methodology items and provided to M. Vanek of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Provided the RMA NAICS industry DPO analysis to M. Vanek of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Requested AP aging reports from M. Cook and R. Risner of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Documented the historical relationship between NNI and a preference defendant per request from J. Smith of Benesch. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/13/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/13/2011 | Corresponded with M. Cook and R. Risner of Nortel regarding AP aging reports. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/13/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.10 | 410 | 451.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/16/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/16/2011 | Corresponded with N. Abularach of Cleary regarding certain postpetition transfers of preference defendants. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/16/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Provided J. Galvin of Cleary with the NNI W-9 for preference settlements. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/17/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Provided K. Hansen of Nortel with the list of preference action settlements received to date. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Corresponded with J. Lacks of Cleary regarding payment detail for a preference defendant. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Provided J. Lacks of Cleary with discovery invoice information and documented the payment terms of certain invoices. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Reviewed preference defendant's discovery request and provided comments to R. Boris of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Corresponded with A. Wortham of Nortel regarding expected preference settlements. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.10 | 410 | 451.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/19/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/20/2011 | Corresponded with K. Hansen and M. Hilton of Nortel regarding contracts and SRM information. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/23/2011 | Corresponded with N. Abularach of Cleary regarding certain 90-day transfers of preference defendants. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/23/2011 | Prepared 90-day payment and related invoice exhibits for certain preference defendants per request from J. Lacks of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/25/2011 | Reviewed and updated preference response analysis per request from J. Galvin of Cleary | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/25/2011 | Reconciled payment, invoice and PO discovery support for preference vendor per request from J. Galvin of Cleary. | 0.90 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/25/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/26/2011 | Reviewed and updated preference response analysis per request from J. Lacks of Cleary | 2.30 | 410 | 943.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/26/2011 | Reviewed and updated preference response analysis per request from N. Abularach of Cleary | 2.10 | 410 | 861.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/26/2011 | Updated preference response analysis and compiled additional discovery support per request of J. Galvin of Cleary. | 2.20 | 410 | 902.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/26/2011 | Reviewed and updated preference response analysis per request from J. Galvin of Cleary | 2.30 | 410 | 943.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 5/31/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/3/2011 | Corresponded with W. Grammer of Nortel regarding retiree medical and LTD participant lists per request from J. Penn of Cleary. | 0.80 | 410 | 328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/3/2011 | Provided M. Alcock of Cleary with the Employee Claims Summary which accounts for the combined assertions of employee claims filed and the Nortel books and records. | 2.30 | 410 | 943.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/4/2011 | Corresponded with W. Grammer of Nortel regarding certain waiver form and impact on employee claims. | 0.70 | 410 | 287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/11/2011 | Documented the status of the employee claim source files and provided M. Alcock of Cleary with an update. | 1.70 | 410 | 697.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2011 | Updated the retiree medical and LTD participant lists and provided them to M. Fleming-De La Cruz of Cleary. | 1.50 | 410 | 615.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/19/2011 | Reviewed the updated employee claim file provided by S. Embry of Nortel and provided comments. | 2.50 | 410 | 1,025.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2011 | Reviewed the updated the employee claim provided by S. Embry of Nortel and provided comments. | 2.50 | 410 | 1,025.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2011 | Corresponded with L. Malone of Cleary regarding the status of the schedule amendments. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2011 | Corresponded with Huron managing director and director regarding the status of the schedule amendments. | 0.70 | 410 | 287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2011 | Created an initial draft Nortel Employee Claims Position memo which documents the methodology, calculations and results regarding each employee cause of action. | 2.30 | 410 | 943.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/25/2011 | Call with Huron managing director to review comments regarding the employee claims methodology working memo. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/25/2011 | Met with Huron manager to review the employee claim methodology and master file in order to perform QC of calculations and numbers. | 1.00 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/25/2011 | Documented notes from meeting with R. Boris of Nortel regarding claims methodology, schedule amendment timeline and objection process and sent to M. Alcock of Cleary. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/26/2011 | Call with Huron managing director to review Nortel employee claims position analysis and corresponding support files. | 0.70 | 410 | 287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/26/2011 | Reviewed employee claim master file with Huron manager to update certain calculations. | 2.40 | 410 | 984.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/31/2011 | Reviewed the quality control comments provided by Huron manager on the employee claim causes of action. | 1.50 | 410 | 615.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/23/2011 | Nortel-claim review-process memo, employee matters, preparation for conference with Huron manager. | 0.80 | 725 | 580.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/24/2011 | Nortel-call with Huron manager re employee and beneficiary claim report, set up for review call | 0.20 | 725 | 145.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/24/2011 | Nortel-review reporting on claims, schedules and memoranda, prepare comments for discussion with Huron manager. | 3.90 | 725 | 2,827.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/25/2011 | Nortel-conference call with Huron manager to cover review comments and QR discussion on employee claims and calculations | 1.10 | 725 | 797.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/26/2011 | Nortel-conference with Huron manager re discussion and overview of claim position file, sources, data handling | 0.70 | 725 | 507.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/26/2011 | Nortel-employee claim file review | 3.50 | 725 | 2,537.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/27/2011 | Nortel-claim file calculation review, QR | 0.60 | 725 | 435.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/25/2011 | Review of employee claim file methodology and directions for QC process. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/25/2011 | Review and QC of employee claim file and documented comments. | 2.60 | 410 | 1,066.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/25/2011 | Review and QC of employee claim file and documented comments. | 2.10 | 410 | 861.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/26/2011 | Review and QC of employee claim file and documented comments. | 1.90 | 410 | 779.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/26/2011 | Review and QC of employee claim file and documented comments. | 1.80 | 410 | 738.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/27/2011 | Meeting with Huron manager to discuss Nortel QC of employee claim calculations. Includes prep time. | 0.50 | 410 | 205.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/27/2011 | QC of employee claim file and communication of findings. | 1.90 | 410 | 779.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/31/2011 | Review and QC of employee claims file and documented comments. | 1.10 | 410 | 451.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 5/31/2011 | QC of employee claims file and communication of results. | 1.80 | 410 | 738.00 |
| 25 | Case Administration | Coley P. Brown | 5/27/2011 | Reviewed and updated the payment status of the monthly and quarterly fee applications for Nortel. | 1.30 | 410 | 533.00 |
| 25 | Case Administration | James Lukenda | 5/25/2011 | Nortel-read quarterly documents, correspondence, update on status | 1.60 | 725 | 1,160.00 |