# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2011 THROUGH MAY 31, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/11/2011 | Coley P. Brown | Meals | Dinner at San Sui for Coley Brown (1 person) while working late on Nortel.: San Sui: Chicago | 35.83 |
| 5/26/2011 | Coley P. Brown | Meals | Dinner at Beckett's for Coley Brown (1 person) after working late on Nortel matters.: Beckets: Chicago | 47.16 |
|  |  |  |  | **82.99** |