## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
|  | **Re: Docket No. 5595** |

## ORDER APPOINTING AN OFFICIAL
## COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS

Upon the motion (the "Motion") of certain long-term disability participants of Nortel Networks, Inc., *et al.* ("Nortel"), (collectively, the "Disabled Participants") pursuant to section 1102(2)(a) of the United States Code (the "Bankruptcy Code"), appointing an official committee of long-term disability participants ("LTD Committee") to serve in the above-captioned cases; and the Court having jurisdiction over this matter; and due notice of this Motion having been provided as set forth therein, and no other or further notice being needed; and the relief in the Motion being in the best interest of the debtors and debtors in possession; their estates, their creditors, and LTD Plan Participants[2]; and upon all the proceedings in these cases; and after due deliberation and

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms shall have the same meaning as defined in the Motion unless otherwise defined herein.

sufficient cause appearing for the appointment of a LTD Committee to adequately represent the LTD Plan Participants, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the U.S. Trustee shall promptly appoint an LTD Committee to represent the interests of LTD Plan Participants, pursuant to section 1102(2)(a) of the Bankruptcy Code; and it is further

**ORDERED**, that the LTD Committee is being appointed for the sole purpose of serving as the authorized representative of the LTD Plan Participants in connection with negotiations regarding the modification or termination of the LTD Plan, and any claims relating thereto and for no other purpose; and it is further

**ORDERED**, that fees for counsel retained by the LTD Committee would be capped at $200,000 in the aggregate, subject to the LTD Committee's right to seek, upon notice and a hearing, to increase the cap for good cause shown; and it is further

**ORDERED**, that to the extent that the LTD Committee seeks to retain an actuary, an accountant, any other financial advisor, or any other professional other than counsel, such professional will be jointly retained by the LTD Committee and the committee appointed pursuant to section 1114 ("Retiree Committee") and provide services, if needed, to both committees and, absent a showing of good cause, upon notice and a hearing, neither the Retiree Committee nor the LTD Committee will be authorized to retain separate professionals, other than counsel.

**ORDERED**, that the Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
June 22, 2011

_____
Honorable Kevin Gross
United States Bankruptcy Judge