IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |

## CERTIFICTE OF SERVICE REGARDING THIRD SUPPLEMENTAL VERIFIED STATEMENT OF ELLIOTT GREENLEAF PURSUANT TO FED. R. BANKR. P. 2019(a)

I, Rafael X. Zahralddin-Aravena, hereby certify that I caused copies of *Third Supplemental Verified Statement of Elliott Greenleaf Pursuant to Fed. R. Bank. P. 2019(a)* via ECF on all parties who have entered a notice of appearance in this matter pursuant to Fed. Bankr. Rule 2002.

Dated: June 22, 2011                              ELLIOTT GREENLEAF

                                                  /s/ Rafael X. Zahralddin-Aravena
                                                  Rafael X. Zahralddin-Aravena (DE 4166)
                                                  Shelley A. Kinsella (DE 4023)
                                                  1105 N. Market Street, Suite 1700
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 384-9400
                                                  Facsimile: (302) 384-9399
                                                  Email: rxza@elliottgreenleaf.com
                                                  Email: sak@elliottgreenleaf.com

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.