# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X : | Chapter 11 |
| *In re* : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, : | (Jointly Administered) |
| Debtors.[1] : | Re: D.I. 5784 |
| ------------------------------------------------------- X : | |
| Nortel Networks Inc. : | |
| and : | |
| Nortel Networks (CALA) Inc., : | |
| Plaintiffs, : | Adv. Pro. No. 10-55937 |
| : | Re: D.I. 83 |
| v. : | |
| McCann-Erickson Worldwide, Inc. : | |
| and : | |
| Cable News Network, Inc., : | |
| Deluxe Entertainment Services Group Inc., : | |
| Ear to Ear, : | |
| Federal Express Corporation, : | |
| Ferrari Color, Inc., : | |
| Getty Images, Inc., : | |
| Global Broadcast News, : | |
| ImageSource, Inc., : | |
| International Data Group, Inc., : | |
| Kaboom Productions, : | |
| Marsh USA, Inc., : | |
| McCann Relationship Marketing, Inc., : | |
| McClain Photo, : | |
| MediaMind Technologies Inc., : | |
| Microsoft Online, Inc. fka Atlas, : | |

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| No B.S. Couriers, | : |
| One Union Recording Studios, | : |
| Pro Camera, Rental & Supply, | : |
| Stars Model Management, | : |
| Team Services Corp., | : |
| Time Inc., | : |
| Turner Broadcasting Sales, Inc., | : |
| Vibrant Media Inc., | : |
| Visual IQ, Inc., and | : |
| Wahlstrom Group LLC, | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2011, a copy of the **Order Enlarging Time Provided by Federal Rules of Civil Procedure 4(m) in Avoidance Action** was served in the manner indicated and on the persons identified in the attached service list.

Dated: June 23, 2011         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ Alissa T. Gazze
　　　　　　　　　　　　　　　　　Donna L. Culver (No. 2983)
　　　　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　　　　Alissa T. Gazze (No. 5338)
　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　　　　Facsimile: (302) 658-3989

4186355.2