**Via First Class Mail**

David A. Nill
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, Utah 84111
**(Counsel for Ferrari)**

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
**(Counsel for Cable News, Time, and Turner)**

Kane Kessler, P.C.
Robert Kolodney
1350 Avenue of the Americas
New York, NY 10019
**(Counsel for Kaboom)**

Riddell Williams P.S.
Maria Milano
1001 Fourth Ave., Ste 4500
Seattle, WA 98154
**(Counsel for Microsoft)**

Ear to Ear
Attn: Amy Lyngos, Executor Productor
1660 9th Street
Santa Monica, CA 90404

ImageSource, Inc.
Corporate Headquarters
c/o Victor Zvirzdys
612 5th Avenue SW
Olympia, WA 98501-8216

ImageSource, Inc.
Attn: Paul Adamson
National Registered Agents, Inc.
1875 Michelle Drive
Suite 100
Irvine, CA 92606

ImageSource, Inc.
Attn: Officer, Managing or General Agent
1524 Market Street
Suite 200
Kirkland, WA 98033

NO B.S. Couriers Inc.
Attn: John Cowles
P. O. Box 411291
San Francisco, CA 94141

Marsh USA Inc.
2 Monument Square
Suite 600
Portland, ME 04101-4097

Marsh USA Inc.
CT Corporation System
One Portland Square
Portland, ME 04101

McLain Photo
Jeff McLain
308 S. 6th St. E, Apt A
Missoula, MT 59801

John McGleenan, President
One Union Recording Studios
One Union Street
Suite 240
San Francisco, CA 94111-1223

Pro Camera Rental & Supply
Attn: Mitchell Heicklen Owner
1405 Minnesota Street
San Francisco, CA 94107-3519

Stars Model Management
c/o Colin C. Claxon
790 Mission Avenue
San Rafael, CA 94901

Kristin Stinnet, President
Stars Model Management
23 Grant Avenue
San Francisco, CA 94108-5846

Team Services Corp. Main Office
Attn: Gerry Swartz
901 West Alameda Avenue
Suite 100
Burbank, CA 91506

Vibrant Media Inc. Attn: Krystyna Rushton of
Finance Dept. and Doug Stevenson, CEO
565 Fifth Avenue
15th Floor
New York, NY 10017

Visual IQ, Inc.
Attn: Anto Chittilappilly
55 Moody Street
Second Floor
Waltham, MA 02451

Visual IQ, Inc.
Attn: Manu Mathew, President
738 Main Street
Suite 121
Waltham, MA 02461-0616

Visual IQ, Inc.
National Corporate Research, Ltd.
615 South DuPont Highway
Dover, DE 19901

Visual IQ, Inc.
Attn: Manu Mathew, Registered Agent
75 Second Avenue
Suite 330
Needham, MA 02494

Vibrant Media Inc.
Attn: Officer, Managing or General Agent
75 Hawthorne Street
#2000
San Francisco, CA 94105-3919

Vibrant Media Inc. c/o
Incorporating Services Ltd
3500 South DuPont Highway
Dover, DE 19901

Vibrant Media Inc. c/o
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

Vibrant Media Inc. c/o
CT Corporation System
111 Eighth Avenue
New York, NY 10011

**Via Hand Delivery**

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801
**(Counsel for McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, and Wahlstrom)**

McCarter & English, LLP
Katherine L. Mayer
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
**(Counsel for Ferrari)**

Stephen M. Miller
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**(Counsel for Getty)**

Christopher Loizides
Loizides, P.A.
1225 King St.
Suite 800
Wilmington, DE 19801
**(Counsel for Federal Express)**

| | |
|---|---|
| Potter Anderson & Corroon LLP<br>Jeremy Ryan<br>R. Stephen McNeill<br>1313 N Market St.<br>Wilmington, DE 19801<br>**(Counsel for International Data Group)** | Brown Stone Nimeroff LLC<br>Jami Nimeroff<br>901 N. Market St., Ste 1300<br>Wilmington, DE 19801<br>**(Counsel for Microsoft)** |
| Michael David Debaecke<br>Blank RomeLLP<br>1201 Market St.<br>Suite 800<br>Wilmington, DE 19899<br>**(Counsel for Cable News)** | Evelyn Metzler<br>Pepper Hamilton LLP<br>1313 Market St.<br>Wilmington, DE 19801<br>**(Counsel for MediaMind)** |
| | Deluxe Entertainment<br>Services Group, Inc.<br>The Prentice-Hall<br>Corporation System, Inc.<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 |

4328543.2