# Exhibit B

## May 1, 2011 Through May 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 274.50 |
| Transcripts | | 2,994.94 |
| Photos/Art/ Spec Duplicating | | 2,891.87 |
| Travel | | 99.60 |
| Meals | | 685.21 |
| Messenger Service | | 297.00 |
| Courier/Delivery Service | | 757.77 |
| Computer Research | Westlaw | 627.93 |
| Support Staff Overtime | | 36.00 |
| Duplicating | In Office | 1,092.15 |
| Facsimile | | 853.75 |
| Postage | | .88 |
| Conference Calls | | 185.17 |
| **Grand Total Expenses** | | **$10,796.77** |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585                    AS OF 05/31/11                    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 879242 | 05/09/11 | B | 24.50 | Court Costs AMERICAN EXPRESS` COURTS/USBC-DE-T - CERTIFIED COPY OF D.I. 535 - 05/09/2011 | 503 9 | 904 | 180376 |
| 879261 | 05/27/11 | B | 250.00 | Court Costs AMERICAN EXPRESS` COURTS/USBC-DE - COURT COSTS - 05/27/2011 | 503 | 203 | 180376 |
| 871538 | 05/02/11 | B | 1,275.74 | Transcripts - WILCOX & FETZER, LTD` TRANSCRIPT OF BANKRUPTCY COURT HEARING - 05/02/2011 | 506 | 904 | 179407 |
| 871567 | 05/03/11 | B | 465.85 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 05/03/2011 | 506 | 904 | 179430 |
| 873816 | 05/10/11 | B | 787.50 | Transcripts - WILCOX & FETZER, LTD` TRANSCRIPT OF SPECIAL MASTER'S HEARING - 05/10/2011 | 506 | 904 | 179597 |
| 873817 | 05/11/11 | B | 260.15 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 05/11/2011 | 506 | 904 | 179598 |
| 875130 | 05/18/11 | B | 205.70 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 05/18/2011 | 506 | 904 | 179817 |
| 871834 | 05/03/11 | B | 232.83 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL` SERVICES LLC` DIGITAL PRINTS (520 ORIGINALS x 4 COPIES) - 05/03/2011 | 510 | 684 | 179448 |
| 875634 | 05/05/11 | B | 847.39 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC.` BANKRUPTCY SERVICE COPIES - 05/05/2011 | 510 | 594 | 179863 |
| 873813 | 05/06/11 | B | 411.83 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 05/06/2011 | 510 | 684 | 179594 |
| 873815 | 05/09/11 | B | 738.12 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - HAND DELIVERIES & BANKRUPTCY MAILOUTS - 05/09/2011 | 510 | 684 | 179596 |
| 874952 | 05/12/11 | B | 171.85 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 05/12/2011 | 510 | 684 | 179762 |
| 876090 | 05/20/11 | B | 211.27 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS & ENVELOPES - 05/20/2011 | 510 | 684 | 179960 |
| 877243 | 05/25/11 | B | 197.43 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL` SERVICES LLC` DIGITAL PRINTS (432 ORIGINALS x 4 COPIES) - 05/25/2011 | 510 | 684 | 180115 |
| 878170 | 05/27/11 | B | 81.15 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 05/27/2011 | 510 | 684 | 180228 |
| 871543 | 05/02/11 | B | 99.60 | Travel ROADRUNNER EXPRESS INC.` J. BROMLEY - PU; BANKRUPTCY COURT, WILMINGTON DO; PHL AP - 05/02/2011 | 511 - | 000 | 179412 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585                    AS OF 05/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 874082 | 05/02/11 | B | 105.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 12 - 05/02/2011 | 512 | 904 | 179640 |
| 879264 | 05/02/11 | B | 233.50 | Meals AMERICAN EXPRESS` COSI - LUNCH FOR 12 - 05/02/2011 | 512 | 904 | 180376 |
| 874085 | 05/10/11 | B | 112.50 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 10 - 05/10/2011 | 512 | 948 | 179645 |
| 879271 | 05/10/11 | B | 41.71 | Meals - AMERICAN EXPRESS` COSI - 05/10/2011 | 512 | 948 | 180376 |
| 879272 | 05/10/11 | B | 192.50 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 10 - 05/10/2011 | 512 | 948 | 180376 |
| 875222 | 05/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875223 | 05/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875224 | 05/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875225 | 05/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875226 | 05/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875231 | 05/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875232 | 05/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875270 | 05/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875271 | 05/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875272 | 05/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875275 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875287 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875288 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875289 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875290 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875291 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 875285 | 05/05/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 875295 | 05/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875299 | 05/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875302 | 05/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875306 | 05/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875307 | 05/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875316 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875317 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875319 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875325 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585

AS OF 05/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 875326 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875327 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875334 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875336 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875339 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875321 | 05/09/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 875340 | 05/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875350 | 05/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875351 | 05/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875359 | 05/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875360 | 05/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875372 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875373 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875374 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875375 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875376 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875377 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875388 | 05/12/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 875399 | 05/13/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 875412 | 05/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875429 | 05/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875431 | 05/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875432 | 05/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875439 | 05/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875463 | 05/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875458 | 05/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 875470 | 05/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 875471 | 05/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 875472 | 05/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 875473 | 05/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585                    AS OF 05/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 877260 | 05/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877262 | 05/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877269 | 05/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877274 | 05/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875479 | 05/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 875478 | 05/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877297 | 05/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877299 | 05/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877300 | 05/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877301 | 05/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877296 | 05/20/11 | B | 3.00 | Messenger Service | 513S | 201 | |
| 877283 | 05/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877309 | 05/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877317 | 05/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877318 | 05/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877328 | 05/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877335 | 05/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877340 | 05/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877342 | 05/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877343 | 05/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877345 | 05/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877349 | 05/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877350 | 05/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877356 | 05/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877357 | 05/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877359 | 05/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877369 | 05/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877373 | 05/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877377 | 05/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877386 | 05/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585                          AS OF 05/31/11                                      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 877387 | 05/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877396 | 05/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877397 | 05/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877398 | 05/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877399 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877405 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877406 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879529 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879536 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879538 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879539 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877407 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 877410 | 05/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 874052 | 05/02/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 874053 | 05/02/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 874047 | 05/04/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 874048 | 05/05/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 874049 | 05/05/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 874050 | 05/05/11 | B | 11.15 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 875489 | 05/05/11 | B | 170.00 | Courier/Delivery Service - PARCELS INC.` MULTIPLE INNER CITY DELIVERIES - 05/05/2011 | 514 | 594 | 179833 |
| 872899 | 05/05/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179473 |
| 873626 | 05/05/11 | B | 31.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179588 |
| 873627 | 05/05/11 | B | 43.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 179588 |
| 873680 | 05/06/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179589 |
| 873681 | 05/06/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179589 |
| 874051 | 05/06/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179636 |
| 873682 | 05/06/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179589 |
| 873683 | 05/06/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179589 |
| 873684 | 05/06/11 | B | 16.41 | Courier/Delivery Service | 514 | 000 | 179589 |
| 873685 | 05/06/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179589 |
| 873690 | 05/06/11 | B | 31.49 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 179590 |
| 879241 | 05/06/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - OVERNIGHTSHIPPING TO THOMPSON & LA COUNTY TREASURER - 05/06/2011 | 514 W | 904 | 180376 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585          AS OF 05/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 879243 | 05/09/11 | B | (226.20) | )Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - REFUND (13 CHARGES) - 05/09/2011 | 514 | 961 | 180376 |
| 874018 | 05/09/11 | B | 31.49 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 179633 |
| 874316 | 05/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874317 | 05/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874318 | 05/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874319 | 05/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874320 | 05/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874321 | 05/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874322 | 05/10/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874323 | 05/10/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874324 | 05/10/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874325 | 05/10/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874326 | 05/12/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874327 | 05/12/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 874353 | 05/13/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179693 |
| 876039 | 05/18/11 | B | 31.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179925 |
| 876040 | 05/18/11 | B | 31.49 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 179925 |
| 876415 | 05/18/11 | B | 43.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 179995 |
| 876866 | 05/18/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180057 |
| 876867 | 05/18/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180057 |
| 876868 | 05/18/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180057 |
| 876869 | 05/18/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180057 |
| 876870 | 05/18/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180057 |
| 876015 | 05/18/11 | B | 16.20 | Courier/Delivery Service | 514 | 651 | 179924 |
| 876016 | 05/18/11 | B | 16.20 | Courier/Delivery Service | 514 | 651 | 179924 |
| 876017 | 05/18/11 | B | 16.20 | Courier/Delivery Service | 514 | 904 | 179924 |
| 879255 | 05/20/11 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - SERVE AGENDA OVERNIGHT TO 2 PO BOX PARTIES - 05/20/2011 | 514 | 948 | 180376 |
| 876422 | 05/20/11 | B | 16.41 | Courier/Delivery Service | 514 | 000 | 179996 |
| 876423 | 05/20/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179996 |
| 876424 | 05/20/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179996 |
| 876425 | 05/20/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179996 |
| 876426 | 05/20/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179996 |
| 876720 | 05/20/11 | B | 31.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 180039 |
| 876421 | 05/20/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 179996 |
| 878183 | 05/23/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180243 |
| 876723 | 05/24/11 | B | 14.56 | Courier/Delivery Service | 514 | 000 | 180040 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585          AS OF 05/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 878184 | 05/25/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180243 |
| 878185 | 05/27/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180243 |
| 878186 | 05/28/11 | B | 31.80 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180243 |
| 880018 | 05/31/11 | B | 11.15 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180450 |
| 874699 | 05/06/11 | B | 175.43 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 876803 | 05/18/11 | B | 190.38 | Computer Research - Westlaw Search Performed by: WERKHEISER,GREGORY W | 515 | 338 | |
| 877112 | 05/25/11 | B | 110.85 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 877113 | 05/26/11 | B | 151.27 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 871381 | 05/02/11 | B | 6.00 | In-House Duplicating | 519 | 684 | |
| 871382 | 05/02/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 871652 | 05/02/11 | B | 8.80 | In-House Duplicating | 519 | 605 | |
| 871751 | 05/04/11 | B | 33.20 | In-House Duplicating | 519 | 684 | |
| 871752 | 05/04/11 | B | 16.80 | In-House Duplicating | 519 | 684 | |
| 873268 | 05/05/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 873265 | 05/05/11 | B | 0.50 | In-House Duplicating | 519 | 594 | |
| 873267 | 05/05/11 | B | 1.90 | In-House Duplicating | 519 | 594 | |
| 873266 | 05/05/11 | B | 3.70 | In-House Duplicating | 519 | 670 | |
| 873349 | 05/06/11 | B | 42.00 | In-House Duplicating | 519 | 670 | |
| 873351 | 05/06/11 | B | 29.40 | In-House Duplicating | 519 | 684 | |
| 873347 | 05/06/11 | B | 8.40 | In-House Duplicating | 519 | 684 | |
| 873348 | 05/06/11 | B | 11.50 | In-House Duplicating | 519 | 684 | |
| 873350 | 05/06/11 | B | 5.80 | In-House Duplicating | 519 | 684 | |
| 873439 | 05/09/11 | B | 2.00 | In-House Duplicating | 519 | 684 | |
| 873440 | 05/09/11 | B | 8.80 | In-House Duplicating | 519 | 684 | |
| 873441 | 05/09/11 | B | 2.80 | In-House Duplicating | 519 | 684 | |
| 873551 | 05/10/11 | B | 72.40 | In-House Duplicating | 519 | 904 | |
| 873736 | 05/11/11 | B | 0.90 | In-House Duplicating | 519 | 684 | |
| 874182 | 05/12/11 | B | 9.50 | In-House Duplicating | 519 | 623 | |
| 873915 | 05/12/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 873916 | 05/12/11 | B | 7.10 | In-House Duplicating | 519 | 554 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585

AS OF 05/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 874387 | 05/16/11 | B | 1.80 | In-House Duplicating | 519 | 554 | |
| 874388 | 05/16/11 | B | 19.00 | In-House Duplicating | 519 | 554 | |
| 874578 | 05/17/11 | B | 0.90 | In-House Duplicating | 519 | 684 | |
| 875032 | 05/18/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 875033 | 05/18/11 | B | 3.20 | In-House Duplicating | 519 | 626 | |
| 875729 | 05/20/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 875730 | 05/20/11 | B | 7.20 | In-House Duplicating | 519 | 684 | |
| 875731 | 05/20/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 875732 | 05/20/11 | B | 32.40 | In-House Duplicating | 519 | 684 | |
| 875733 | 05/20/11 | B | 3.50 | In-House Duplicating | 519 | 684 | |
| 876129 | 05/23/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 876130 | 05/23/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 876131 | 05/23/11 | B | 14.90 | In-House Duplicating | 519 | 684 | |
| 876311 | 05/24/11 | B | 17.80 | In-House Duplicating | 519 | 684 | |
| 876312 | 05/24/11 | B | 0.30 | In-House Duplicating | 519 | 719 | |
| 876534 | 05/25/11 | B | 10.40 | In-House Duplicating | 519 | 684 | |
| 876535 | 05/25/11 | B | 4.50 | In-House Duplicating | 519 | 684 | |
| 876653 | 05/26/11 | B | 45.90 | In-House Duplicating | 519 | 684 | |
| 876654 | 05/26/11 | B | 1.00 | In-House Duplicating | 519 | 684 | |
| 876957 | 05/27/11 | B | 18.10 | In-House Duplicating | 519 | 684 | |
| 876955 | 05/27/11 | B | 8.80 | In-House Duplicating | 519 | 546 | |
| 876956 | 05/27/11 | B | 22.00 | In-House Duplicating | 519 | 670 | |
| 876958 | 05/27/11 | B | 60.60 | In-House Duplicating | 519 | 670 | |
| 877472 | 05/31/11 | B | 2.80 | In-House Duplicating | 519 | 554 | |
| 877473 | 05/31/11 | B | 5.90 | In-House Duplicating | 519 | 554 | |
| 877471 | 05/31/11 | B | 58.40 | In-House Duplicating | 519 | 684 | |
| 877474 | 05/31/11 | B | 17.30 | In-House Duplicating | 519 | 684 | |
| 877475 | 05/31/11 | B | 52.10 | In-House Duplicating | 519 | 684 | |
| 877895 | 05/23/11 | B | 0.88 | Postage | 520 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA  273585                    AS OF 05/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 873019 | 05/02/11 | B | 4.20 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX (3 ORIGINALS x 7 FAXES) - 05/02/2011 | 522H | 684 | 179519 |
| 873018 | 05/06/11 | B | 196.80 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX (6 ORIGINALS x 16 FAXES) - 05/06/2011 | 522H 4 | 684 | 179518 |
| 873814 | 05/09/11 | B | 16.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX (8 PAGES x 8) - 05/09/2011 | 522H | 684 | 179595 |
| 876089 | 05/20/11 | B | 624.75 | Facsimile - IKON OFFICE SOLUTIONS' MAILOUT - BROADCAST FAX - 05/20/2011 | 522H | 684 | 179959 |
| 876088 | 05/20/11 | B | 12.00 | Facsimile - IKON OFFICE SOLUTIONS' MAILOUT - BROADCAST FAX - 05/20/2011 | 522H | 684 | 179958 |
| 873869 | 05/01/11 | B | 36.00 | Support Staff Overtime | 525S | 412 | |
| 871383 | 05/02/11 | B | 11.45 | In-House Printing - black & white | 541 | 684 | |
| 871653 | 05/02/11 | B | 0.15 | In-House Printing - black & white | 541 | 605 | |
| 871753 | 05/03/11 | B | 26.05 | In-House Printing - black & white | 541 | 605 | |
| 871754 | 05/04/11 | B | 145.00 | In-House Printing - black & white | 541 | 684 | |
| 873269 | 05/05/11 | B | 2.60 | In-House Printing - black & white | 541 | 203 | |
| 873395 | 05/06/11 | B | 2.25 | In-House Printing - black & white | 541 | 605 | |
| 873352 | 05/06/11 | B | 7.75 | In-House Printing - black & white | 541 | 684 | |
| 873442 | 05/09/11 | B | 18.65 | In-House Printing - black & white | 541 | 948 | |
| 873585 | 05/09/11 | B | 4.35 | In-House Printing - black & white | 541 | 605 | |
| 873586 | 05/10/11 | B | 0.60 | In-House Printing - black & white | 541 | 605 | |
| 873766 | 05/10/11 | B | 0.40 | In-House Printing - black & white | 541 | 605 | |
| 873552 | 05/10/11 | B | 9.35 | In-House Printing - black & white | 541 | 948 | |
| 874183 | 05/12/11 | B | 22.60 | In-House Printing - black & white | 541 | 623 | |
| 873917 | 05/12/11 | B | 0.30 | In-House Printing - black & white | 541 | 554 | |
| 874618 | 05/16/11 | B | 2.30 | In-House Printing - black & white | 541 | 623 | |
| 875034 | 05/17/11 | B | 8.70 | In-House Printing - black & white | 541 | 554 | |
| 874579 | 05/17/11 | B | 5.00 | In-House Printing - black & white | 541 | 203 | |
| 875068 | 05/18/11 | B | 2.90 | In-House Printing - black & white | 541 | 338 | |
| 875522 | 05/18/11 | B | 1.60 | In-House Printing - black & white | 541 | 623 | |
| 875035 | 05/18/11 | B | 5.25 | In-House Printing - black & white | 541 | 684 | |
| 875523 | 05/19/11 | B | 5.95 | In-House Printing - black & white | 541 | 719 | |
| 875734 | 05/20/11 | B | 2.70 | In-House Printing - black & white | 541 | 719 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/23/11 15:21:19

PRO FORMA   273585                    AS OF 05/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 876132 | 05/23/11 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 876313 | 05/24/11 | B | 69.40 | In-House Printing - black & white | 541 | 684 | |
| 876352 | 05/24/11 | B | 0.70 | In-House Printing - black & white | 541 | 605 | |
| 876563 | 05/24/11 | B | 0.25 | In-House Printing - black & white | 541 | 605 | |
| 876655 | 05/25/11 | B | 22.95 | In-House Printing - black & white | 541 | 605 | |
| 876656 | 05/26/11 | B | 2.45 | In-House Printing - black & white | 541 | 904 | |
| 876959 | 05/27/11 | B | 13.95 | In-House Printing - black & white | 541 | 605 | |
| 876994 | 05/27/11 | B | 3.20 | In-House Printing - black & white | 541 | 605 | |
| 877502 | 05/31/11 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 879239 | 05/04/11 | B | 65.00 | Conference Calls - AMERICAN EXPRESS' COURTCALL - CONFERENCE CALL - 05/04/2011 | 552H | 904 | 180376 |
| 879246 | 05/12/11 | B | 37.00 | Conference Calls AMERICAN EXPRESS' COURTCALL - CONFERENCE CALL - 05/12/2011 | 552H | 948 | 180376 |
| 876491 | 05/18/11 | B | 9.17 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 180016 |
| 879251 | 05/18/11 | B | 37.00 | Conference Calls AMERICAN EXPRESS' COURTCALL - CONFERENCE CALL - 05/18/2011 | 552H | 904 | 180376 |
| 879252 | 05/18/11 | B | 37.00 | Conference Calls AMERICAN EXPRESS' COURTCALL - CONFERENCE CALL - 05/18/2011 | 552H | 322 | 180376 |

10,796.77