# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 2

Client #  732310

Matter # 165839

---

For services through May 31, 2011
relating to  Case Administration

| 05/03/11 | Meet with D. Sloan re: update on status of case (.3); Meet with M. Collins re: update on status of case (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 05/04/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 05/04/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.10 hrs. | 105.00 | $10.50 |
| 05/04/11 | Review updated critical dates calendar | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 05/04/11 | Review revised critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 05/05/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 05/09/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 05/10/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 05/10/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 05/11/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 3
Client # 732310

Matter # 165839

| 05/13/11 | Maintain original pleadings | | | |
|---|---|---|---|---|
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |
| 05/13/11 | Review upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 05/16/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 05/17/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 05/25/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 05/25/11 | Calls to and from from J. Sturm re: request from R. Horne for legal advice regarding dissemination of transcript (.4); Review upcoming critical dates (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 05/25/11 | Review revised critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 05/25/11 | Meeting with C. Samis re: request from R. Horne | | | |
| Director | Mark D. Collins | 0.10 hrs. | 725.00 | $72.50 |
| 05/26/11 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 05/31/11 | Attention to calendaring upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

|  | Total Fees for Professional Services | $1,211.00 |
|---|---|---|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595

Page 4

Client #  732310

Matter # 165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,211.00** |
| BALANCE BROUGHT FORWARD | $1,024.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,235.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 5
Client #  732310

Matter # 165839

For services through May 31, 2011
relating to  Executory Contracts/Unexpired Leases

| 05/27/11 | Review Aastra objection to assignment of intellectual property agreement | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

| 05/31/11 | Review Nokia objection to rejection of unknown licenses (.3); Review EADS objection to unknown license rejection motion (.2); Review Hewlett Packard response to patent sale/rejection of unknown licenses (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |

|  | Total Fees for Professional Services | $374.00 |
|---|---|---|

**TOTAL DUE FOR THIS INVOICE**                                               **$374.00**

**TOTAL DUE FOR THIS MATTER**                                              **$374.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595

Page 6

Client #  732310

Matter #  165839

For services through May 31, 2011
relating to  Use, Sale of Assets

| 05/03/11 | Review correspondence from D. Steer regarding patent vesting motion pending in Canada | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $102.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$102.00** |
| | $4,166.60 |
| **TOTAL DUE FOR THIS MATTER** | **$4,268.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 7

Client #  732310

Matter # 165839

For services through May 31, 2011
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 05/03/11 | Review reply to EMEA response to claims objection | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 05/05/11 | Review filed reply to EMEA response to objection to EMEA claims | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 05/10/11 | Review correspondence from K. Lloyd re: providing EMEA claims to Judge Gross | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 05/18/11 | Review EMEA claims | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |

Total Fees for Professional Services        $646.00

TOTAL DUE FOR THIS INVOICE        **$646.00**

$156.40

**TOTAL DUE FOR THIS MATTER**        **$802.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 8
Client #  732310

Matter # 165839

---

For services through May 31, 2011
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 05/02/11 | Check docket for amended agenda (.1); Update 05/02/11 hearing binders per D. Sloan (1.1) | | | |
| Paralegal | Brenda D. Tobin | 1.20 hrs. | 105.00 | $126.00 |
| 05/02/11 | Emails to D. Sloan re: coverage for 5/2/11 hearing (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 05/02/11 | Preparation for 5/2/11 hearing (.3); Review amended agenda re: same (.1); Attend 5/2/11 hearing with F. Hodara, D. Botter and J. Sturm (2.2); Email to J. Sturm re: same (.1) | | | |
| Associate | Drew G. Sloan | 2.70 hrs. | 340.00 | $918.00 |
| 05/03/11 | Circulate 5/2/11 hearing transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 05/03/11 | Review transcript from 5/2/11 hearing | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 05/05/11 | Organize binders utilized by counsel at court | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |
| 05/06/11 | Retrieve and review re: 5/10/11 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 05/06/11 | Prepare 05/10/11 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 1.50 hrs. | 105.00 | $157.50 |
| 05/06/11 | Email to B. Tobin re: preparations for 5/10/11 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 9
Client #  732310

Matter #  165839

---

| Date | Description | | | |
|------|-------------|---|---|---|
| 05/06/11 | Review email from B. Witters re: agenda re: 5/10/11 hearing (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 05/09/11 | Retrieve and review re: 5/10/11 amended agenda (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 05/09/11 | Update 05/10/11 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 0.70 hrs. | 105.00 | $73.50 |
| 05/09/11 | Prepare for 5/10/11 hearing (1.1); Review amended agenda for 5/10/11 hearing (.2); Call from F. Hodara re: preparation for 5/10/11 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 340.00 | $510.00 |
| 05/10/11 | Update 05/10/11 hearing binder per C. Samis (.3); Organize binders utilized by counsel at hearings (.3) | | | |
| Paralegal | Brenda D. Tobin | 0.60 hrs. | 105.00 | $63.00 |
| 05/10/11 | Prepare for 5/10/11 hearing (1.0); Attend 5/10/11 hearing (1.6) | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 340.00 | $884.00 |
| 05/10/11 | Email to F. Hodara re: logistics of 5/10/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 05/11/11 | Circulate to distribution re: 5/10/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 05/11/11 | Organize binders utilized by counsel at hearings | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 105.00 | $31.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 10
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/12/11 | Emails to B. Kahn re: preparation for 5/16/11 teleconference with Court on adding retiree to Committee (.3); Email to A. Cordo re: preparation for 5/16/11 teleconference with Court on adding retiree to Committee (.1); Emails to B. Witters re: preparation for 5/16/11 teleconference with Court on adding retiree to Committee (.3) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 05/13/11 | Telephone call to Courtcall re: telephonic appearances for M. Collins. C. Samis, F. Hodara, D. Botter, L. Beckerman, J. Sturm and B. Kahn (.7); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |
| 05/16/11 | Call to B. Kahn re: preparation for 5/16/11 teleconference with Court (.3); Email to M. Collins re: preparation for 5/16/11 teleconference with Court (.1); Participate in 5/16/11 teleconference with Court (.8) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 340.00 | $408.00 |
| 05/16/11 | Meeting with C. Samis re: status of telephonic hearing | | | |
| Director | Mark D. Collins | 0.10 hrs. | 725.00 | $72.50 |
| 05/17/11 | Circulate to distribution re: 5/16/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 05/20/11 | Retreive re: 5/24/11 agenda (.1); E-mail to distribution re: same (.1); Attention to e-mail from B. Kahn re: 6/29/09 hearing transcript (.1); Search files and retrieve re: same (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 05/20/11 | Review agenda for 5/24/11 hearing | | | |
| Director | Mark D. Collins | 0.10 hrs. | 725.00 | $72.50 |
| 05/23/11 | Retrieve re: 5/24/11 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |

| | |
|---|---|
| Total Fees for Professional Services | $4,386.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 11

Client #  732310

Matter # 165839

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,386.00** |
|  | $8,704.70 |
| **TOTAL DUE FOR THIS MATTER** | **$13,090.70** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595

Page 12

Client #  732310

Matter #  165839

For services through May 31, 2011
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 05/03/11 | Retrieve order re: third circuit UK case (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 05/03/11 | Email to B. Witters re: circulation of order scheduling briefing in Third Circuit U.K. Pension appeal | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 05/04/11 | Call from J. Sturm re: Third Circuit duty Judge system for U.K. Pension appeal | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 05/09/11 | Call to B. Kahn re: preparation for 5/10/11 hearing (.2); Email to J. Sturm re: agreeing to appendix of record for Third Circuit U.K. Pension appeal (.1); Review proposed appendix of record for Third Circuit U.K. Pension appeal (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 05/10/11 | Review correspondence from K. Lloyd re: allocation protocol (.5) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 05/11/11 | Review U.K. IFSA order and related Bloom witness statement for allocation dispute (1.1); Review email from P. Bagon re: obtaining French IFSA order (.2) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 340.00 | $442.00 |
| 05/12/11 | Emails to J. Sturm and R. Helyar re: strategy for joint appendix for Third Circuit U.K. Pension briefs (.4); Call with J. Sturm and R. Helyar re: strategy for joint appendix for Third Circuit U.K. Pension briefs (.2); Call with Bayard, Akin and Cleary re:  joint appendix for Third Circuit U.K. Pension briefs (.3); Research practice in Third Circuit regarding appendices for discussion of joint appendix for Third Circuit U.K. Pension briefs (.3) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 340.00 | $408.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595

Page 13

Client #  732310

Matter # 165839

| 05/19/11 | Review EMEA objection to allocation procedures motion and cross-motion for arbitration | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.80 hrs. | 340.00 | $612.00 |
| 05/20/11 | Review Lloyd declaration in support of EMEA objection to allocation motion and cross-motion for arbitration (1.2); Email to M. Collins re: review of objection to allocation motion and cross-motion for arbitration (.1); Complete review of EMEA objection to allocation motion and cross-motion for arbitration (1.3) | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 340.00 | $884.00 |
| 05/20/11 | Begin reviewing allocation response and cross-motion | | | |
| Director | Mark D. Collins | 0.60 hrs. | 725.00 | $435.00 |
| 05/24/11 | Revise entry of appearance re: J. Sturm (.1); Revise cos re: same (.1); E-mail to J. Sturm re: entry of appearance (.1); Finalize, file and coordinate re: same (.2); Retreive re: appellants UK third circuit brief, appendix x2 and request for oral argument (.4); E-mail to distribution re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| 05/24/11 | Review notice of entry of appearance of J. Sturm in Third Circuit U.K. Pension litigation (.2); Emails to B. Witters re: notice of entry of appearance of J. Sturm in Third Circuit U.K. Pension litigation (.2); Email to J. Sturm re: notice of entry of appearance of J. Sturm in Third Circuit U.K. Pension litigation (.1); Review appellant's opening brief in Third Circuit U.K. Pension litigation (1.3); Emails to B. Witters re: circulation of appellant's opening brief in Third Circuit U.K. Pension litigation (.2) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 340.00 | $680.00 |
| 05/25/11 | Telephone call to third circuit re: non compliance of J. Sturm entry of appearance x2 (.2); Discussion with C. Samis re: same x2 (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 14
Client #  732310

Matter # 165839

| Date | | Description | | | Amount |
|------|------|------|------|------|------|
| 05/25/11 | | Attention to getting J. Sturm electronic notice in Third Circuit U.K. Pension appeal without getting J. Sturm admitted to Third Circuit (.3); Emails to J. Sturm re: electronic notice in Third Circuit U.K. Pension appeal without getting admitted to Third Circuit (.4); Meet with M. Collins re: request from R. Horne for legal advice regarding dissemination of transcript (.1); Meet with B. Witters re: obtaining electronic notice in Third Circuit U.K. Pension appeal without getting admitted to Third Circuit (.2) | | | |
| | Associate | Christopher M. Samis | 1.00 hrs. | 340.00 | $340.00 |
| 05/27/11 | | Research application of Federal Appellate Rules and Local Appellate Rules to determine timing of reply briefs in U.K. Pension Appeal (.9); Email to J. Sturm re: application of Federal Appellate Rules and Local Appellate Rules to determine timing of reply briefs in U.K. Pension Appeal (.1) | | | |
| | Associate | Christopher M. Samis | 1.00 hrs. | 340.00 | $340.00 |
| 05/31/11 | | Review Fourth estate directors limited response to allocation motion (.3); Review statement of BoNY re: allocation procedures motion (.2) | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

|  |  |
|------|------|
| Total Fees for Professional Services | $5,127.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$5,127.00** |
| | $9,807.60 |
| **TOTAL DUE FOR THIS MATTER** | **$14,934.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 15
Client # 732310

Matter # 165839

---

For services through May 31, 2011
relating to RLF Fee Applications

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/11 | E-mail to B. Kahn re: RLF April fess and expenses estimates | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 200.00 | $20.00 |
| 05/04/11 | Review email from B. Kahn re: April fee estimate (.1); Review email from B. Witters re: same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.20 hrs. | 340.00 | $68.00 |
| 05/17/11 | Review RLF April bill memos | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 200.00 | $60.00 |
| 05/18/11 | Review April 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| 05/19/11 | Prepare cno re: RLF March fee application (.2); Finalize and file cno re: same (.2); Prepare letter to A. Stout re: RLF March fees (.1); Coordinate to A. Stout re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 200.00 | $120.00 |
| 05/19/11 | Review and execute certificate of no objection re: RLF monthly fee application | | | | |
| Associate | Drew G. Sloan | | 0.10 hrs. | 340.00 | $34.00 |
| 05/25/11 | Review and revise RLF April fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| Paralegal | Barbara J. Witters | | 0.90 hrs. | 200.00 | $180.00 |
| 05/25/11 | Review RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.50 hrs. | 340.00 | $170.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595
Page 16
Client #  732310

Matter # 165839

| Date | Category | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/31/11 | | Prepare RLF ninth interim fee application (.4); E-mail to accounting re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 05/31/11 | | Meet with B. Witters re: status of RL&F 9th interim fee application (.1) | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

Total Fees for Professional Services $922.00

TOTAL DUE FOR THIS INVOICE **$922.00**

$1,108.80

**TOTAL DUE FOR THIS MATTER** **$2,030.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 17
Client # 732310

Matter # 165839

For services through May 31, 2011
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 05/04/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| | | | | |
| 05/05/11 | Prepare cno re: Akin Gump February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| | | | | |
| 05/05/11 | Review email from B. Witters re: filing of certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| | | | | |
| 05/09/11 | Call to D. Sloan re: filing CNO for Fraser February 2011 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| | | | | |
| 05/09/11 | Review emails (x2) from M. Wunder re: Fraser Milner monthly fee application (.1); Emails; (x2) to M. Wunder re: same (.1); Email to A. Cordo re: same (.1); Review email from A. Cordo re: same (.1); Call with C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| | | | | |
| 05/10/11 | Finalize and efile Capstone's March fee application (.2); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.30 hrs. | 200.00 | $60.00 |
| | | | | |
| 05/10/11 | Attention to e-mail re: Capstone March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 18
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/10/11 | Review email from B. Kahn re: Capstone monthly fee application (.1); Call with B. Witters re: same (.1); Review same (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| 05/12/11 | Attention to e-mail re: Akin Gump March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare cno re: Fraser Milner February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 200.00 | $280.00 |
| 05/12/11 | Email to M. Wunder re: CNO for Feburary 2011 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 05/12/11 | Review email from M. Wunder re: Fraser monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute certificate of no objection re: same (.1); Review email from B. Kahn re: Akin monthly fee application (.1); Review Akin monthly fee application (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 340.00 | $238.00 |
| 05/16/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 05/18/11 | Attention to e-mail re: Ashurst April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 05/18/11 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 19
Client # 732310

Matter # 165839

---

| 05/19/11 | Prepare cno re: Ashurst March fee application (.2); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 05/19/11 | Review and execute certificate of no objection re: Ashurst monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 05/20/11 | Attention to e-mail re: Fraser Milner March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 05/20/11 | File Fraser Milner Casgrain fee application (.2); Serve same (.1); Email same to M. Wunder (.1) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 200.00 | $80.00 |
| 05/20/11 | Review, revise and finalize 26th fee application of Fraser | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 05/20/11 | Review emails (x2) from M. Wunder re: Fraser Milner monthly fee application (.1); Discussion with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 05/24/11 | Attention to e-mail re: Capstone April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Ashurst ninth interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 200.00 | $320.00 |
| 05/24/11 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from B. Kahn re: Ashurst interim fee application (.1); Review same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 340.00 | $272.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 15, 2011
Invoice 381595
Page 20
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/25/11 | Attention to e-mail re: Capstone ninth interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 05/25/11 | Review email from B. Kahn re: Capstone interim fee application (.1); Review same (.1); Discussion with B. Witters re: filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 05/27/11 | Attention to e-mail re: Akin Gump ninth interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Attention to e-mail re: Akin Gump April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| 05/27/11 | Review, revise and finalize 27th monthly fee application of Akin (.3); Review, revise and finalize 9th interim fee application of Akin (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 05/27/11 | Finalize and file Akin twenty-seventh fee application (.2); Finalize and file Akin interim (.2); Coordinate service of Akin fee applications (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 200.00 | $100.00 |
| 05/31/11 | Prepare notice of Frasner Milner Casgrain's fee application (.1); Prepare cert of service for same (.1); Finalize and efile same (.2); Coordinate distribution and service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.50 hrs. | 200.00 | $100.00 |
| 05/31/11 | Meet with B. Witters re: filing and service of Fraser April 2011 fee application (.1); Meet with B. Witters re: filing and service of Jefferies 9th interim fee application (.1); Meet with T. Semmelman re: filing and service of Fraser April 2011 fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services          $3,834.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595

Page 21

Client #  732310

Matter # 165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$3,834.00** |
| | $3,432.40 |
| **TOTAL DUE FOR THIS MATTER** | **$7,266.40** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 15, 2011
Invoice 381595

Page 22

Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 0.80 | 200.00 | 160.00 |
| Barbara J. Witters | 16.60 | 200.00 | 3,320.00 |
| Brenda D. Tobin | 6.30 | 105.00 | 661.50 |
| Cathy M. Greer | 0.40 | 200.00 | 80.00 |
| Christopher M. Samis | 26.10 | 340.00 | 8,874.00 |
| Drew G. Sloan | 8.10 | 340.00 | 2,754.00 |
| Mark D. Collins | 0.90 | 725.00 | 652.50 |
| Rebecca V. Speaker | 0.50 | 200.00 | 100.00 |
| TOTAL | 59.70 | $278.09 | 16,602.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$17,968.02**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310