# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

June 15, 2011
Invoice 381595

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through May 31, 2011
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $133.52 |
| Long distance telephone charges | $44.48 |
| Messenger and delivery service | $233.46 |
| Photocopying/Printing  7,213 @ $.10 pg. / 1,330 @ $.10 pg. | $854.30 |
| Postage | $100.26 |
| Other Charges | $1,366.02 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$1,366.02** |
| BALANCE BROUGHT FORWARD | $1,659.92 |
| **TOTAL DUE FOR THIS MATTER** | **$3,025.94** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 15, 2011  
Invoice 381595  
Page 23  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Executory Contracts/Unexpired Leases  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 05/02/11 | Akin Gump - Messenger and delivery | | MESS |
| | Amount = | $16.01 | |
| 05/02/11 | Photocopies | | DUP |
| | Amount = | $22.40 | |
| 05/02/11 | Photocopies | | DUP |
| | Amount = | $1.20 | |
| 05/02/11 | PACER | | DOCRETRI |
| | Amount = | $32.80 | |
| 05/02/11 | Printing | | DUP |
| | Amount = | $1.80 | |
| 05/03/11 | PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 05/04/11 | 12128721056 Long Distance | | LD |
| | Amount = | $4.17 | |
| 05/04/11 | PACER | | DOCRETRI |
| | Amount = | $0.16 | |
| 05/05/11 | PACER | | DOCRETRI |
| | Amount = | $7.52 | |
| 05/06/11 | Photocopies | | DUP |
| | Amount = | $234.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 15, 2011  
Invoice 381595  
Page 24  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 05/06/11 | Printing | | DUP |
| | Amount = $1.80 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $2.10 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $1.10 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $7.60 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $1.50 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $5.20 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $1.80 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $1.10 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $4.50 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $7.00 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $2.40 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $11.40 | | |
| 05/06/11 | Printing | | DUP |
| | Amount = $2.00 | | |
| 05/09/11 | Photocopies | | DUP |
| | Amount = $3.60 | | |
| 05/09/11 | 12128728040 Long Distance | | LD |
| | Amount = $2.78 | | |
| 05/09/11 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 05/09/11 | Printing | | DUP |
| | Amount = $1.00 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 15, 2011  
Invoice 381595  
Page 25  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/09/11 | Printing | | DUP |
| | Amount = $2.50 | | |
| 05/10/11 | Photocopies | | DUP |
| | Amount = $36.00 | | |
| 05/10/11 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 05/10/11 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 05/10/11 | PACER | | DOCRETRI |
| | Amount = $2.72 | | |
| 05/10/11 | Postage | | POST |
| | Amount = $9.84 | | |
| 05/10/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 05/10/11 | Printing | | DUP |
| | Amount = $4.80 | | |
| 05/10/11 | Printing | | DUP |
| | Amount = $2.00 | | |
| 05/10/11 | Printing | | DUP |
| | Amount = $1.30 | | |
| 05/10/11 | Printing | | DUP |
| | Amount = $3.70 | | |
| 05/10/11 | Printing | | DUP |
| | Amount = $6.60 | | |
| 05/11/11 | Printing | | DUP |
| | Amount = $3.50 | | |
| 05/12/11 | Photocopies | | DUP |
| | Amount = $48.60 | | |
| 05/12/11 | 12128721056 Long Distance | | LD |
| | Amount = $5.56 | | |
| 05/12/11 | Messenger and delivery | | MESS |
| | Amount = $63.30 | | |
| 05/12/11 | PACER | | DOCRETRI |
| | Amount = $7.20 | | |
| 05/12/11 | Postage | | POST |
| | Amount = $14.91 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 15, 2011  
Invoice 381595  
Page 26  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/12/11 | Printing | | DUP |
| | Amount = | $3.60 | |
| 05/12/11 | Printing | | DUP |
| | Amount = | $1.30 | |
| 05/12/11 | Printing | | DUP |
| | Amount = | $3.30 | |
| 05/13/11 | 13172370500 Long Distance | | LD |
| | Amount = | $2.78 | |
| 05/16/11 | 12128728121 Long Distance | | LD |
| | Amount = | $1.39 | |
| 05/18/11 | Photocopies | | DUP |
| | Amount = | $22.50 | |
| 05/18/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 05/18/11 | Postage | | POST |
| | Amount = | $6.84 | |
| 05/18/11 | Printing | | DUP |
| | Amount = | $3.90 | |
| 05/19/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $17.65 | |
| 05/19/11 | Printing | | DUP |
| | Amount = | $4.60 | |
| 05/20/11 | Photocopies | | DUP |
| | Amount = | $138.90 | |
| 05/20/11 | Photocopies | | DUP |
| | Amount = | $54.50 | |
| 05/20/11 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 05/20/11 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 05/20/11 | Postage | | POST |
| | Amount = | $14.25 | |
| 05/20/11 | Printing | | DUP |
| | Amount = | $10.40 | |
| 05/23/11 | Printing | | DUP |
| | Amount = | $2.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 15, 2011  
Invoice 381595  
Page 27  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 05/24/11 | Photocopies | | DUP |
| | Amount = | $35.00 | |
| 05/24/11 | Photocopies | | DUP |
| | Amount = | $5.20 | |
| 05/24/11 | 12672994970 Long Distance | | LD |
| | Amount = | $1.39 | |
| 05/24/11 | 12672994970 Long Distance | | LD |
| | Amount = | $1.39 | |
| 05/24/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 05/24/11 | Messenger and delivery | | MESS |
| | Amount = | $30.00 | |
| 05/24/11 | PACER | | DOCRETRI |
| | Amount = | $64.80 | |
| 05/24/11 | PACER | | DOCRETRI |
| | Amount = | $5.04 | |
| 05/24/11 | Postage | | POST |
| | Amount = | $9.24 | |
| 05/24/11 | Postage | | POST |
| | Amount = | $8.64 | |
| 05/24/11 | Printing | | DUP |
| | Amount = | $5.90 | |
| 05/25/11 | Photocopies | | DUP |
| | Amount = | $28.50 | |
| 05/25/11 | 12672994970 Long Distance | | LD |
| | Amount = | $4.17 | |
| 05/25/11 | 12672994930 Long Distance | | LD |
| | Amount = | $4.17 | |
| 05/25/11 | 12128721056 Long Distance | | LD |
| | Amount = | $8.34 | |
| 05/25/11 | 12672994930 Long Distance | | LD |
| | Amount = | $2.78 | |
| 05/25/11 | 12128721056 Long Distance | | LD |
| | Amount = | $5.56 | |
| 05/25/11 | PACER | | DOCRETRI |
| | Amount = | $1.52 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 15, 2011  
Invoice 381595  
Page 28  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/25/11 | PACER | | DOCRETRI |
| | Amount = $10.08 | | |
| 05/25/11 | Postage | | POST |
| | Amount = $8.04 | | |
| 05/25/11 | Printing | | DUP |
| | Amount = $2.00 | | |
| 05/27/11 | Photocopies | | DUP |
| | Amount = $44.00 | | |
| 05/27/11 | Messenger and delivery charges | | MESS |
| | Amount = $6.40 | | |
| 05/27/11 | Postage | | POST |
| | Amount = $14.25 | | |
| 05/27/11 | Printing | | DUP |
| | Amount = $3.20 | | |
| 05/27/11 | Printing | | DUP |
| | Amount = $2.60 | | |
| 05/27/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 05/27/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 05/31/11 | Photocopies | | DUP |
| | Amount = $46.50 | | |
| 05/31/11 | Messenger and delivery | | MESS |
| | Amount = $63.30 | | |
| 05/31/11 | Postage | | POST |
| | Amount = $14.25 | | |
| 05/31/11 | Printing | | DUP |
| | Amount = $8.70 | | |

TOTALS FOR  732310         Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,366.02