IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
                                                                              :      Chapter 11

*In re*                                                        :

Nortel Networks Inc., *et al.*,[1]                  :      Case No. 09-10138 (KG)

                        Debtors.         :      Jointly Administered
:
:
------------------------------------------------------------X

## SUPPLEMENTARY AFFIDAVIT AND DISCLOSURE STATEMENT

Samuel Brian Short ("Affiant"), being duly sworn, deposes and says:

    I am the owner of Short Consulting LLC, which maintains offices at 215 Juliet Circle, Cary NC 27513.

    Ernst & Young LLP ("EY LLP") has requested, and Short Consulting LLC has agreed, to assist EY LLP to render the following services: Sales and use tax and property tax services associated with state and local tax jurisdictions within the United States. The services include the preparation of data for sales and use and property tax compliance, audit defense, management of bankruptcy claims filed by taxing authorities with respect to sales and use tax and property tax, recovery of overpaid sales and use taxes, support for financial system transition, and data retention efforts under the Master Tax Services Agreement and statement of work for tax

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://am.epiq11.com/nortel.

outsourcing and other variable services, each dated March 1, 2011, in connection with EY LLP's retention in the above-referenced bankruptcy cases.

In connection with its provision of services as described herein, Short Consulting LLC has conducted a check to determine connections with the following entities: (i) the Debtors and their affiliates, (ii) the U.S. Trustee for the District of Delaware, the Assistant United States Trustee, and United States Trustee Trial Attorney for Region 3 assigned to these cases, (c) the Honorable Kevin Gross, United States Bankruptcy Judge, and (d) the forty largest unsecured creditors of the Debtors as disclosed by the Debtors in these cases (the "Connections Check Parties").

Based on the limited check described in the foregoing paragraph, neither Short Consulting LLC nor any partner, associate or other member thereof, insofar as I have been able to ascertain, has any connection with the Connections Check Parties except as set forth in this affidavit in the proceeding paragraph.

Samuel Brian Short, a/k/a Brian Short and owner of Short Consulting LLC, has filed a bankruptcy claim against Nortel Networks Inc. for unpaid severance wages. As a reference, the bankruptcy claim numbers are 7733 and 7734.

Based on the limited check described above, neither I, Short Consulting LLC, nor any partners, associate or other members thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which Short Consulting LLC is to be subcontracted.

In accordance with the Order Under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP, *Nunc Pro Tunc* to March 1, 2011, Short Consulting LLC will be paid by EY LLP directly for services.

I declare under penalty of perjury that the foregoing is true and correct.

                                                *Samuel Brian Short*
                                                *Short Consulting LLC*

Sworn to before me this 24
day of June, 2011

_Jacqueline S Renuart_          Notary Public

JACQUELINE S RENUART
Notary Public, North Carolina
Durham County
My Commission Expires
August 8, 2015

3

DETR_1693513.2