# **CERTIFICATE OF SERVICE**

I, Alisa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Supplementary Affidavit and Disclosure Statement** was caused to be made on June 27, 2011, in the manner indicated upon the entities identified below.

Date:  June 27, 2011

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

4197702.2