# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Abacus Solutions, LLC | Adv. Pro. No. 10-55130 |
| Nortel Networks Inc. v. Actuate Corporation | 10-55144 |
| Nortel Networks Inc. v. Axxion Group Corporation | 10-55158 |
| Nortel Networks Inc. v. Baldwin& Creative LLC d/b/a Baldwin& | 10-55161 |
| Nortel Networks Inc., *et. al.* v. Beeline.com, Inc. | 10-55165 |
| Nortel Networks Inc. v. Bick Group, Inc. | 10-55168 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | 10-55175 |
| Nortel Networks Inc. v. BWCS, Ltd. | 10-53184 |
| Nortel Networks Inc. v. Celestica Thailand, Ltd., *et. al.* | 10-53185 |
| Nortel Networks Inc. v. Continuum Worldwide Corporation | 10-55191 |
| Nortel Networks Inc. v. Critical Path Strategies, Inc. | 10-55193 |
| Nortel Networks Inc. v. Excellence In Motivation, Inc. | 10-55198 |
| Nortel Networks Inc. v. Exide Technologies | 10-55199 |
| Nortel Networks Inc. v. Gilmore Global Logistics Services, Inc. | 10-55200 |
| Nortel Networks Inc. v. Global Electric | 10-55201 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Electronic Processing (USA), Inc., *et. al.* | |
| Nortel Networks Inc. v. Ixia | 10-55202 |
| Nortel Networks Inc. v. Jack Morton Worldwide, Inc. | 10-55203 |
| Nortel Networks (CALA) Inc. v. Kodiak Technology Partners, LLC | 10-55206 |
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. Market Probe, Incorporated | 10-55208 |
| Nortel Networks Inc. v. McKinsey & Co., Inc. | 10-55159 |
| Nortel Networks Inc. v. MobileNet Services, Inc. | 10-55164 |
| Nortel Networks Inc. v. NeoPhotonics Corporation | 10-55167 |
| Nortel Networks Inc. v. Nera, Inc. | 10-55170 |
| Nortel Networks Inc. v. NetIQ Corporation | 10-55171 |
| Nortel Networks Inc. v. Oplink Communications, Inc. | 10-55174 |
| Nortel Networks Inc. v. Opnext Subsytems, Inc. f/k/a StrataLight Communications, Inc., *et. al.* | 10-53177 |
| Nortel Networks Inc. v. Paradigm Works, Inc. | 10-55176 |
| Nortel Networks Inc. v. Red Hat, Inc. | 10-55179 |
| Nortel Networks Inc. v. SAS Institute, Inc. | 10-55184 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | 10-55189 |
| Nortel Networks Inc. v. TEKsystems Inc. | 10-55192 |
| Nortel Networks Inc. v. TGS, Inc. | 10-55194 |
| Nortel Networks Inc. v. Weston Solutions, Inc. | 10-55195 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated February 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: June 27, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

*[Signature Page for Status Report on Avoidance
Actions Assigned to the Honorable Kevin Gross]*

4345000.1

## STATUS A

## SERVICE NOT YET COMPLETED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55158 | Axxion Group Corporation | Stipulation of dismissal filed. Adversary proceeding closed by Clerk of Court on June 10, 2011. |
| 10-55193 | Critical Path Strategies, Inc. | Parties settled this matter. Notice of dismissal to be filed. |
| 10-55200 | Gilmore Global Logistics Services, Inc. | Stipulation of dismissal filed. Adversary proceeding closed by Clerk of Court on May 24, 2011. |
| 10-55208 | Market Probe, Incorporated | Parties settled this matter. Stipulation of dismissal filed and adversary proceeding closed by Clerk of the Court on May 23, 2011. |

| 10-55184 | SAS Institute, Inc. | Parties settled this matter. Notice of dismissal to be filed. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55130 | Abacus Solutions, LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement any may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-53185 | Celestica Thailand, Ltd., *et. al.* | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55199 | Exide Technologies | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55202 | Ixia | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

| 10-55206 | Kodiak Technology Partners, LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
|---|---|---|
| 10-55159 | McKinsey & Co., Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement |
| 10-55170 | Nera, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement any may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55171 | NetIQ Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55176 | Paradigm Works, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55179 | Red Hat, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55194 | Weston Solutions, Inc. | Parties have reached an agreement |

|  |  | in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
|--|--|--|

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55144 | Actuate Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. By agreement of the parties, the written fact discovery deadline is extended to August 30, 2011. |
| 10-55161 | Baldwin& Creative LLC d/b/a Baldwin& | Defendant's responses to Plaintiff's initial discovery requests were due June 6, 2011 and were conditionally extended to June 28, 2011, but Plaintiff reserves all its rights to assert that Defendant is in default on its responses to discovery requests. |
| 10-55165 | Beeline.com, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated May 11, 2011. |
| 10-55168 | Bick Group, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. By agreement of the parties, Defendant's responses to Plaintiff's initial discovery requests due July 7, 2011 and Plaintiff's responses to Defendant's initial discovery requests due July 12, 2011. |
| 10-55175 | Bridgewater Systems, Inc. | Discovery will be proceeding in accordance with the Scheduling |

|  |  | Order dated February 9, 2011. By agreement of the parties, Defendant's responses to Plaintiff's initial discovery requests due August 8, 2011. |
|---|---|---|
| 10-55191 | Continuum Worldwide Corporation | Defendant's responses to Plaintiff's initial discovery requests due June 6, 2011. The parties will submit a revised agreed-upon scheduling order for the Court's approval. |
| 10-55198 | Excellence In Motivation, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. By agreement of the parties, both parties' responses to initial discovery requests due July 7, 2011. |
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011; not all Defendants have been served to date. The Pretrial Conference is currently scheduled to take place on September 6, 2011. |
| 10-55164 | MobileNet Services, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. By agreement of the parties, both parties' responses to initial discovery requests due August 8, 2011. |
| 10-55167 | NeoPhotonics Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated May 25, 2011. Defendant's responses to Plaintiff's initial discovery requests due August 8, 2011. Plaintiff's responses to Defendant's initial discovery requests due August 8, 2011. |
| 10-53177 | Opnext Subsytems, Inc. f/k/a | Discovery will be proceeding in |

|  | StrataLight Communications, *et. al.* | accordance with the Scheduling Order dated February 9, 2011. By agreement of the parties, both parties' responses to initial discovery requests due July 8, 2011. |
|---|---|---|
| 10-55187 | SBA Network Services, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated May 18, 2011. Defendant's responses to Plaintiff's initial discovery requests due August 1, 2011. Plaintiff's responses to Defendant's initial discovery requests due July 7, 2011. |
| 10-55189 | Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated February 9, 2011. By agreement of the parties, Defendant's responses to Plaintiff's initial discovery requests due August 8, 2011, and Plaintiff's responses to Defendant's initial discovery requests due August 10, 2011. |
| 10-55192 | TEKsystems Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated May 23, 2011. Both parties' responses to initial discovery requests due July 15, 2011. |
| 10-55195 | TGS, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated May 31, 2011. By agreement of the parties, both parties' responses to initial discovery requests due July 6, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53184 | BWCS, Ltd. | Stipulation of Mediator filed on June 3, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. |
| 10-55201 | Global Electric Electronic Processing (USA), Inc., *et. al.* | Stipulation of Mediator filed on June 2, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. |
| 10-55203 | Jack Morton Worldwide, Inc. | Stipulation of Mediator filed on June 7, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. |
| 10-55174 | Oplink Communications, Inc. | Stipulation of Mediator filed on June 3, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |