**Wave 2 Service List**
**Via Hand Delivery on Local Wilmington Parties and First Class Mail on All Others**

**Counsel for Abacus Solutions LLC**
Clayton O. Carmack
Jennifer B. Simpson
Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060

**Counsel for Abacus Solutions LLC**
James S. Yoder
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

**Counsel for Actuate Corporation**
Joanne P. Pinckney
Kevin Capuzzi
Pinchney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**Counsel for Axxion Group Corporation**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for Baldwin& Creative LLC d/b/a Baldwin&**
William (Billy) Brewer
William Brewer Law Firm
311 E. Edenton St.
Raleigh, NC 27601

**Counsel for Beeline.com, Inc.**
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.
Suite 800
Atlanta, GA 30309-3053

**Counsel for Bick Group, Inc.**
R. Scott Moore
Lewis, Rice & Fingersh
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311

**Counsel for Bick Group, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

**Counsel for Bridgewater Systems, Inc.**
Michael J. Custer
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

**Counsel for Bridgewater Systems, Inc.**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109

**Counsel for BWCS, Ltd.**
Patrick Carothers
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant St., 14th Floor
Pittsburgh, PA 15219

NEWYORK:2348439.1

**Counsel for Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.**
Benjamin Mintz
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022

**Counsel for Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.**
Christopher P. Simon
Cross & Simon LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

**Counsel for Continuum Worldwide Corporation**
Jeffrey Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

**Counsel for Critical Path Strategies, Inc.**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for Excellence In Motivation, Inc.**
Meghan Cashman
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Counsel for Exide Technologies**
Matthew N. Kleiman, Esq.
2506 N. Clark Street, Suite 307
Chicago, IL 60614

**Counsel for Gilmore Global Logistics Services, Inc.**
Amos U. Priester, IV, Esq.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611

**Counsel for Gilmore Global Logistics Services, Inc.**
Karen C. Bifferato
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801

**Counsel for Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.**
William Smith
Ritchie Taylor
Manning Fulton & Skinner, P.A.
3605 Glenwood Ave. Ste. 500 (27612)
P.O. Box 20389
Raleigh, NC 27619

**Counsel for Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.**
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 N. Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899

**Counsel for Ixia**
Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

**Counsel for Jack Morton Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

**Kodiak Technology Partners, LLC (not represented by counsel)**
Kodiak Technology Partners, LLC
c/o Tom Colman
4158 Liberty Terrace
Marietta, GA 30066

**Counsel for Maritz Canada Inc.**
Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

**Counsel for Market Probe, Incorporated**
Peggy Heryman
Godfrey & Kahn S.C. Attorneys at Law
780 North Water Street
Milwaukee, WI 53202-3590

**Counsel for McKinsey & Co., Inc.**
Kristopher M. Hanson
Sharon H. Choi
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**Counsel for MobileNet Services, Inc.**
Richard H. Golubow
WINTHROP COUCHOT P.C.
660 Newport Center Drive
Suite 400
Ncwport Bcach, CA 92660

**Counsel for NeoPhotonics Corporation**
David D'Amour
Sheppard Mullin
30 Rockefeller Plaza
Suite 2400
New York, NY 10012

**Counsel for Nera Inc.**
Daniel L. Gold
Ehrenstein Charbonneau Calderin
501 Brickell Key Drive, Suite 300
Miami, FL 33131

**Counsel for Nera Inc.**
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliot Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

**Counsel for NetIQ Corporation**
Thomas A. Lerner
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104

**Counsel for NetIQ Corporation**
Amy D. Brown
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

**Counsel for Oplink Communications, Inc.**
Etta R. Wolfe
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801

**Counsel for Opnext Subystems, Inc. & Opnext, Inc.**
Melinda C. Franek
Jude Gorman
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

**Counsel for Opnext Subystems, Inc. & Opnext, Inc.**
Michael Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Counsel for Paradigm Works, Inc.**
Maureen Mulligan
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114

**Counsel for Paradigm Works, Inc.**
Karen C. Bifferato
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Counsel for Red Hat, Inc.**
Luis M. Lluberas-Oliver
Moore & VanAllen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

**Counsel for SAS Institute, Inc.**
Karen Bifferato
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St.
P.O. Box 2207 (19899)
Wilmington, DE 19801

**Counsel for SBA Network Services, Inc.**
Lucian Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Counsel for Sumitomo Electric Device Innovations, U.S.A., Inc.**
Lynnette R. Warman
Hunton & Williams LLP
111 Congress Avenue
Suite 1800
Austin, TX 78701

**Counsel for Sumitomo Electric Device Innovations, U.S.A., Inc.**
Jesse T. Moore
Hunton & Williams LLP
111 Congress Avenue
Suite 1800
Austin, TX 78701

**Counsel for TEKsystems**
Stephen K. Dexter
Lathrop & Gage LLP
U.S. Bank Building
950 Seventeenth Street, Suite 2400
Denver, Colorado 80202

**Counsel for TGS, Inc.**
Aaron Margolis
Kate Beideman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

**Counsel for Weston Solutions, Inc.**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

4250248.1