**CERTIFICATE OF SERVICE**

    I, Alisa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Rescheduled Hearing Date from June 30, 2011 at 9:30 a.m. (ET) to July 11, 2011 at 9:30 a.m. (ET)** was caused to be made on June 27, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  June 27, 2011                      */s/ Alissa T. Gazze*
                                                Alissa T. Gazze (No. 5338)

4197702.3