## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE :

                : SS.

NEW CASTLE COUNTY :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 14th day of June, 2011, she caused a copy of the following to be served via hand delivery, via first class mail and via e-mail on the attached list:

***Response of the Official Committee of Unsecured Creditors to Motion for Entry of an Order Purusant to Section 1102(a)(2) of the Bankruptcy Code Appointing an Official Committee of Long Term Disability Plan Participants [Docket No. 5723]***

Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 16th day of June, 2011.

Notary Public

JOAN M. WEBB
Notary Public – State of Delaware
My Comm. Expires April 30, 2012

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mary F. Caloway, Esq.
Mona A. Parikh, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Daivd T. May. Esq.
Spahr Andrews & Ingersoll LLP
919 Market St
12th Floor
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE  19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

David B. Stratton Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St
P.O. Box 1709
Wilmington, DE  19899-1709

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto, Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE  19801

Henry Jaffe Esq.
Pepper Hamilton LLP
Hercules Plaza
Ste 5100
1313 Market St
Wilmington, DE  19801

Brett D. Fallon Esq.
Michael J. Custer, Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq.
Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Fl
100 King Street West
Toronoto, Ontario  M5X 1B2
Canada

Jennifer Stam
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario  M5J 2Z4
Canada

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
England

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Ron Andrewon Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX 76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY 10281-1022

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

Derek Austin
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL  60606

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX  78205

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA  19382

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX  77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036

Lawrence M. Schwab Esq.
Thomas M. Gaa, Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX  75201-6659

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Christopher A. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY  10017

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA  94105-2126

Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA  30067

Judith W. Ross, Esq.
Don J. McDermott, Esq.
Curt Anderson, Esq.
Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Hubert H. Kuo Esq.
Buss Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC  20005-4026

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75002

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX  75201

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC  20020

Attn:  Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY  10279

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Wilkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY  10005

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL  32801

John M. Hickey Esq.
Barber & Bartz
525 S Main St
Ste 800
Tulsa, OK  74103-4511

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA 90067-6049

Mark G. Ledwin Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr
White Plains, NY 10604

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC 28246

James L. Bromley
Lisa M. Schweitzer
David H. Herrington
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Rod Anderson
Noel R. Boeke
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Nortel Networks Inc.
Attn: Allen K. Stout
220 Athens Way, Suite 300
Nashville, TN 37228-1304

Carl N. Kunz, III
Michael J. Custer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

EMC Corporation
Ronald Rowland, Esq.
c/o Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21094

Rachel S. Burdke
Law Department, Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Robert S. McWhorter
Nossaman LLP
915 S L Street, Suite 1000
Sacramento, CA 95814

Shannon E. Hoff
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

John M. Hickey
Barber & Bartz
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511

Stephen K. Dexter
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO 80202-5607

Thomas J. Leanse
Dustin P. Branch
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Tobey M. Daluz
Leslie C. Heiman
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Robert S. McWhorter
Nossman LLP
915 L Street, Suite 1000
Sacramento, CA 95814

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

N. Theodore Zink, Jr., Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 100022

Parag P. Patel, Esq.
Patel Law Offices
Metro Park Offices
33 Wood Avenue South, Second Floor
P.O. Box 81
Iselin, NJ 08830-0081

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299

Ann Groninger
Patterson Harkavy LLP
521 East Boulevard
Charlotte, NC 28203

Deborah B. Waldmeir
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Laura L. McCloud
Assistant Attorney General
Office of the Attorney General Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Jeffrey B. Ellman
Robbin S. Rahman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309

R.S. Stahel
IBM Corp. Legal Dept.
1503 LBJ Freeway - 3rd Floor
Dallas, TX 75234

Ian Connor Bifferato
Matthew Denn
Kevin G. Collins
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Dana S. Plon
Sirlin Gallogly & Lesser, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Ernie Holling, President
The Intech Group, Inc.
305 Exton Commons
Exton, PA 19341

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Dennis F. Dunne, Esq.
Thomas R. Kreller, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Soren E. Gisleson
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dan Leckrone
Technology Properties Limited LLC
20400 Stevens Creek Blvd., 5th Floor
San Jose, CA 95014

Aaron L. Hammer
Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Evan D. Flaschen
Katherine L. Lindsay
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103

Norman L. Pernick
Sanjay Bhatnagar
Cole Scholtz Meisel Forman & Leonard, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Dana S. Plon
Sirlin Gallogly & Lesser, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Gregg M. Galardi
Sarah E. Pierce
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert N. Brier
Brier, Irish, Hubbard & Erhart, PLC
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, AZ 85016-2115

Seth B. Shapiro
Trial Attorney
U.S. Department of Justice - Civil Division
Commerical Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Christopher P. Simon
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07502

Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Devin Lawton
Boylan, Brown, Code, Vigdor & Wilson, LLP
2400 Chase Square
Rochester, NY 14604

Max Taylor
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept, 1207
Denver, CO 80202-5332

Jennifer Feldsher
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Mark I. Bane
Anne H. Pak
Roper & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

David Capozzi
Acting General Counsel
Universal Service Administrative Company
2000 L Street, NW, Suite 200
Washington, DC 20036

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Denise A. Mertz
UC Tax Agent/Bankruptcy Representative
Commonwealth PA Dept of Labor & Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602 - 1184

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Judy T. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-1671

Jeffrey B. Rose
Tishler & Wald, Ltd
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Joe M. Fears
Barber & Bartz, PC
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511

Jan M. Geht
Trail Attorney, Tax Division
U.S. Dept of Justice
P.O. Box 227
Washington, DC 20044

William Bradley Russell
Trial Attorney, Tax Division
U.S. Dept of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

Mohsin N. Khambati
Dewey & LeBoeuf, LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601-6710

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Samuel H. Rudman
David A. Rosenfeld
Coughlin Storia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Roger G. Schwartz
Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Gregory A. Taylor
Benjamin W. Keenan
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215

Robert McL. Boote, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Michael R. Lastowski. Esq
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

James M. Wilton, Esq.
Patricia I. Chen, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Jeffrey S, Cianciulli, Esq.
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
J. Landon Ellis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Janet Weiss, Esq.
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

Matthew N. Kleiman, Esq.
Matthew N. Kleiman, PC
2506 North Clark Street, Suite 307
Chicago, IL 60614

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Jonathan M. Stemerman
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Blair Connelly
Eli J. Kay-Oliphant
David S. Allinson
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

GENBAND INC.
Attn: General Counsel
3605 E. Plano Pkwy., Suite 100
Plano, TX 75074

Lisa D'Angelo
Wells Fargo Bank, N.A.
45 Broadway, 14th Floor
New York, NY 10006

Ron Ferguson, Esq
Stikeman Elliott LLP
445 park Avenue, 7th Floor
New York, NY 10022

Kirk Adams
129 Summerlin Drive
Chapel Hill, NC 27514

Clarence Adams
4224 Thamesgate CIs
Norcross, GA 30092

Laurie Adams
5665 Arapaho Road Apt 1023
Dallas, TX 75248

Steve Addison
13693 Lackey Dr.
Blue Ridge, TX 75424

Malford Adkinson
P.O. Box 374
Christopher Lake, SK SOJ ONO

Sandra Aiken
39 Cobblestone Terrace
Montville, NJ 7045

Victoria Anstead
1 Happy Ave.
Derry NH  3038

Jo Arden
151 E. 31 St. Apt 22 E
New York, NY 10016

Ilene Ashley
1607 Haven PIt
Allen, TX 75002

Patricia Avery
15232 US Hwy 90 West
Harwood, TX 78632

Evelyn Baker
4707 Peach Tree Lane
Sachse, TX 75048

Steven Bennett
6717 Latta Street
Dallas, TX 75227

Gloria Benson
316 N Manus Drive
Dallas, TX 75224

Louis Bernstein
2305 S. Custer Rd Apt 2701
McKinney, TX 75070

Leonard Blair
2201 Sweetbriar Dr
Alexandria, VA 223074

Shirley Bloom
2353 Sword Drive
Garland, TX 75044

Jeffrey Borron
16 Gleneagle Dr
Bedford, NH 3110

Arlene Boyd
333 Melrose 2B
Richardson, TX 75080

Bonnie Boyer
380 Campus Dr. Apt 1
Snyder, NY 14226

Ellen Brady
PO Box 222022
Dallas, TX 75222

Barbara Brandon
640 Howell Road
Jonesville, SC 29353

Remajos Brown
7101 Chase Oaks Blvd.
Num 1627
Plano, TX 75025

Nancy Brown
16449 Nelson Park Dr.
Apt 105
Clermont, FL 34714

Pamela Brown
1111 Pennock Avenue
Nashville, TN 37207

Amanda Bruce
5621 Fairhaven Dr
Nashville, TN 37211

Dennis Bullock
1824 Wilson Pike
Brentwood, TN 37027

William Cade Jr
83 Yellowstone Lane
Powder Springs, GA 30127

Laura Campbell
4944 Elm Island Circle
Waterford, WI 53185

Tyrone Carey
500 50th St
Bellwood, IL 60104

Barbara Carr
8 Sunset Dr
Homer, NY 13077

Maria Carrillo
Box 150 Verbank Rd
Millbrook, NY 12545

Ana Chacon
3 Anna Rd Box 194
Blakeslee, PA 18610

Lottie Chambers
2 Orange Avenue
New Hartford, NY 13413

Lynn Chapman
1868 Salida Street
Aurora, CO 80011

Berin Chmielewski
2024 Whippoorwill Trail
Hartwell, GA 30643

Bobbie Coffey
4222 Forest Glen Pla
Castro Valley, CA 94546

James Cothron
7810 Heaton Dr
Theodore, AL 36582

James Craig
4821 Clydelle Ave
San Jose, CA 95124

Gregory Crossman
665 Monterey Ave
Morro Bay, CA 934420

Emily Cullen
1181Greyfox Ct
Folsom, CA 95630

Daniel David
1044 Prouty Way
San Jose, CA 95129

Virginia Davis
5269 Rio Grande Dr
San Jose, CA 95136

Marilyn Day
701 Lakebird Dr.
Sunnyvale, CA  94089

Najam Dean
61 Alta Vista Way
Daly City, CA  94014

Benjamin Deguzman
1698 S King Rd
San Jose, CA 95122

Norma Dekel
PO Box 0338
Alviso, CA 95002

Diane Deleonardo
1310 Richmond St
El Cerrito, CA 94530

Ronald Dillon
8628 Harps Mill Rd
Raleigh, NC 27615

Donald Disanto
9144 Northside Drive
Leona Valley, CA 93551

Khanh Do
801 Depree Street
Durham, NC 27701

Susan Doubek
238 Wes Sandling Rd
Franklinton, NC 27525

Robert Dover
5113 Shagbark Dr
Durham, NC 27709

Tony Driver
1920 Mill Creek Rd
Mebane, NC 27302

Elizabeth Dunagan
3769 Belltown Rd
Oxford, NC 27565

Karen Duncan
6304 Johndale Rd
Raleigh, NC 27615

Charles Dunham Jr.
405 N Nash St
Hillsborough, NC 27278

Barbara Dunston
432 Lower Thrift Rd
New Hill, NC 27562

Fred Durant
2920 Kanewood Dr
Durham, NC 27707

Eddy Edwards
818 Glenco Rd
Durham, NC 27703

Ronald Elias
2707 Shady Grove Rd
Durham, NC 27703

Richard Engleman
1177 W Edwards St
Princeton, NC 27569

Deborah Faircloth
2615 Baileys X-Rd Rd
Benson, NC 27504

Sharita Fanning
1116 Buttercup Lane
Wake Forest, NC 27587

David Fox
146 Carterville Heights
Wytheville, VA 24382

Bruce Francis
5244 Linwick DR.
Fuquay Varina, NC 27526

Jon Gaier
113 Red Drum Lane
Gloucester, NC 28528

Freddie Gann
3557 Jacobs Rd
Stem, NC 27581

Luis Garcia
2716 Dalford Court
Raleigh, NC 27604

Scott Gennett
6117 Trevor Simpson Dr
Lake Park, NC 28079

Sally Glovata
210 Tiffany Circle
Garner, NC 27529

Herman Graham-Chapman
121 Monastery Road
Pine City, NY 14871

Sandi Graves
5506 Lake Elton Rd
Durham, NC 27713

Marilyn Greens
4090 Old Franklinton Rd
Franklinton, NC 275251

Sandra Grills
PO Box 2
Stem, NC 27581

Edward Guevarra Jr
1864 Helena Moriah Rd
Timberlake, NC 27583

Jacqueline Gupton
2607 Dearborn Dr
Durham, NC 27704

John Hall
101 East G Street
Butner, NC 27509

Janetta Hames
2214 Olive Branch Rd
Durham, NC 27703

Carva Hamlin
676 Brookview Dr
Chapel Hill, NC 27514

Albert Hart
151 Lawndale Ave
Hillsborough, NC 27278

George Hatridge
3 Kings Grant Ct
Durham, NC 27703

Russell Hawkins
528 Pritchett Rd.
Warrenton, NC 27589

Kenneth Hazelrig
424 Southerland St
Durham, NC 27703

Kathleen Heikke
217 Ridge Creek Dr
Morrisville, NC 27560

Ronald Heisler
7538-B Goshen Rd.
Oxford, NC 27565

Teresa Henry
604 Peedin St
Selma, NC 27576

Bruce Hewlett
101 Lansing Dr
Benson, NC 27504

Margaret Hill
525 N Academy St
Cary, NC 27513

Bettie Humes
3193 US Hwy 15
Stem, NC 27581

Margie Humphries
2406 Sparger Rd
Durham, NC 27705

Julie Hunt
304 Marshall Ln
Smithfield, NC 27577

James Hunt
116 Honeycomb Lane
Morrisville, NC 27560

Dianna Irish
PO Box 128
Middleburg, NC 27556

Thomas Ivey Jr
207 Casa Urbano
Clinton, MS 39056

Wanda Jacobs
PO Box 458
Stem, NC 27581

Pedro Jimenez
8170 Solway Court
Winston, GA 30187

Eleanor Johnson
435 Community Drive
Madisonville, TN 37354

Robert Johnson
1632 Julius Bridge Rd
Ballground, GA 30107

Pattie Jones
7160 Skillman # 1004
Dallas, TX 75231

Felicia Jones
1225 East 5th ST #4
Carson City, NV 89701

Joyce Jones
124 E 15th Avenue
Homestead, PA 15120

Deborah Kearney
PO Box 79728
Ft. Worth, TX 76179

Sharon Kelly
3826 Oakdale Ave N
Robbinsdale, MN 55442

Barry Ketcham
11730 County Rd 24
Watertown, MN 55388

Teresa Kilmer
8584 Chanhassen Hills Dr South
Chanhassen, MN 55317

Dorothy King
327 Locust St
Twin Fall, ID 83301

Robert Klos
42 East Cavalier Road
Scottsville, NY 14546

Mary Koons
14986 Se 122 Ave
Clackamas, OR 97015

Jeffrey Krueger
804 Hawaiian View
Antioch, TN 37013

Tung Ku
117 Parrish St
Lavergne, TN 37086

Rahul Kumar
5412 Cumnock Rd
Louisville, KY 40291

Dorothea La Rue
11254 63rd Lane N
West Palm Beach, FL 33412

Katherine Lail
1610 Mohegan Dr
Durham, NC 27712

Steven Lange
4177 Hight Rd.
Oxford, NC 27565

James Lassiter
201 Camden Park Dr
Goldsboro, NC 27530

Kevin Leonard
2616 Glendale Ave
Durham, NC 27704

Betty Lewis
115 Lakewood Dr
Wendell, NC 27591

Dennis Lipman
P 0 Box 226
Black Creek, NC 27813

Estelle Loggins
126 Kerri Dr
Garner, NC 27529

Vernon Long
PO Box 150
Stem, NC 27581

Kenneth Lusk
105 Se 8th St
Oak Island, NC 28465

Rebecca Lynn
3166 Tump Wilkins Rd
Stem, NC 27581

Ralph MacIver
c/o Rex Convalescence Center
911 South Hughes St
Apex, NC 27502

Shirley Maddry
3306 Sueno Dr
San Jose, CA 95148

Wendy Mann
35 Broomhill Court
Clayton, NC 27527

William Mariotti
8217 South West 95th Terrace
Gainsville, FL 32608

Judith Marr
1813 Eric Drive
Graham, NC 27253

William Martin
2612 Bengal Ln
Plano, TX 75023

Richard Mathias
11005 Amelina Ln
Frisco, TX 75035

Leah McCaffrey
121 Augusta Court
Jupiter, FL 33458

John McCall Jr.
10 Ming Court
Carp, ON KOA ILO

Brendan McCarron
1629 Frances Dr
Apopka, FL 32703

Michael McCarthy
7962 SW 185th St.
Miami, FL 33157

William McDonald
3804 Abercromby Dr
Durham, NC 27713

Dennis McFarland
1028 Fairmount Ave
Trenton, NJ 8629

Marva McLaurin
8974 Hickory Ave
Hesperia, CA 92345

Elizabeth McNeil
16187 O'Conner Ave
Forney, TX 75126

Michael McWalters
744 E 74th St
Los Angeles, CA 90001

Renee Mendez
146 West Ave
Fairport, NY 14450

John Mercer
145 Grecian Pk Way
Rochester, NY 14626

Patrick Merwin
18 Waite St.
Greenville, SC 29607

Susan Montminy
4609 SE 33rd
Del City, OK 73115

Mary Moon
3110 - 12th St Sw
Canton, OH 44710

David Morrison
5 Union Central Rd
Milan, TN 38358

Paul Morrison
10441 SW 54 Street
Cooper City, FL 33328

Kenneth Murray
507 E Bradley Street
Star City, AR 71667

Sharon Neill
9230 Applewhite Rd
Wendell, NC 27591

Jane Neumann
10709 Murray S. Johnson
Denton, TX 76207

Kim Nguyen
4315 North Flowing Wells Road
Tucson, AZ 85705

Robert O'Leary
2532 N. 4th Street #335
Flagstaff, AZ 86004

Patricia Olsen
171 Chapel Loop
Mandeville, LA 70471

Rosa Orr
30344 Redtree Drive
Leesburg, FL 34748

Larry Palmer
8 Fairview Acres
Wellsboro, PA 16901

Susan Paperno
16295 Via Venetia W.
Delray Beach, FL 33484

Stephen Paroski
15151 Brandt Road
Leavenworth, KS 66048

Kaushik Patel
PO Box 1106
Newark, NJ 7101

John Payne
4 Manners Street
Lake Ronkonkoma, NY 117791

G Wayne Penland
2022 Gatesborough Circle
Murray, KY 42071

Ashley Phanethong
193 Via Soderini
Aptos, CA 95003

Lorraine Placido
921 Crestview
Ada, OK 74820

Albert Polley
1425 Amsterdam Ave Apt 8B
New York, NY 10027

Dale Powell
36 S. Westwood St
Nampa, ID 83651

Billy Prewett
7740 McCAllum Blvd Apt. 227
Dallas, TX 75252

Lawanda Pryor
2741 North McCulloch Blvd #101
LHC, AZ 86403

Alan Rainbow
3112 Ashwood Court
Richardson, TX 75082

Michael Reed
2136 Sapelo Ct
Fernandina Beach, FL 32034

Kathleen Reese
1568 Woodcrest Dr.
Wooster, OH 44691

Verlene Reid
5933 Nw 126 Terrace
Coral Springs, FL 33076

Cynthia Richardson
26 Pheasant Run
Ballston Spa, NY  12020

Virginia Ripley
9009 Casals Street Unit #1
Sacramento, Ca  95826

Joyce Robertson
928 Union St
Boone, IA 50036

Betty Robinson
549 E. Main St. Apt H137
Hendersonville, TN 37075

Vickie Rogers
3429 Melrose Dr
Columbus, GA 31906

Brenda Rohrbaugh
13851 Tanglewood Drive
Farmer Branch, TX 75234

Chae Roob
1106 Boston Hollow Road
Ashland City, TN 37015

Chong Rose
2900 Greenview Dr.
Mc Kinney, TX 75070

Travis Runyan
108 Eagle Ridge Dr
Parachute, CO 81635

Robin Rusk
2042 Greenstone Trail
Carrollton, TX 75010

Sarah Santitoro
1228 Moultrie Court
Raleigh, NC 27615

Narinder Saran
564 Old Candia Rd
Candia, NH 3034

Nancy Schouten
5717 Cypress Dr
Rowlett, TX 75088

Judy Schultheis
PO Box 791
Yorktown, VA 23692

Lisa Scoggins
2105 Possum Trot Rd.
Wake forest, NC 27587

Lynette Seymour
9621 Rosewood Drive
Denton, TX 76207

Harold Simmons
6961 NW 82nd CT
Tamarac, FL 33321

Roy Smith
1970 N. Leslie St. #3779
Pahrump, NV 89060

Rebecca Smith
1012 Franklin Court
Simi Valley, CA 93065

Wanda Smith
7139 Debbe Dr
Dallas, TX 75252

Julianna Smith
632 Post Oak Drive
Plano, TX 75025

Chad Soriano
3615 Kings Court
Denton, TX 76209

Bruce Speck
12 Heinrich Heine Sq
Haifa, 2 34485

Herbert Stansbury
2509 Quail Ridge Road
Melissa, TX 75454

Jennifer Staruschak
200 Lighthouse Lane B3
Cedar Point, NC 28584

Olive Stepp
470 Fairview Road
Ashville, NC 28803

Miriam Stewart
2437 Mesa Oak Trl
Plano, TX 75025

Jerry Sumrall
29210 Gimpl Hill
Eugene, OR 97402

Jimmie Taylor
2050 Cabiao Rd
Placerville, CA 95667

Steven Thompson
584 Bryan Ave
Sunnyvale, CA 94086

Mae Torain
908 Audeila Suite 200, PMB 221
Richardson, TX 75081

Seretha Tucker
4521 Spring Meadow Ave
Eugene, OR 97404

Bruce Turner
8903 Handel Loop
Land O'Lakes, FL 34637

Raymond Turner
1 Turnberry Circle
Bedford, NH 3110

Caroline Underwood
PO Box 119
Oregon House, CA 95962

Lois Uphold
69 Auckland St
Dorchester, MA 2125

Gerald Utpadel
15 Heartwood Ln Num 133
Penacook, NH 3303

Debra Vega
809 Whittington Terrace
Silver Springs, MD 20901

Adela Venneman
2493 Alston Dr
Marietta, GA 30062

Linda Victory
11007 Scripps Ranch Blvd
San Diego, CA 92131

Jerry Wadlow
5600 Babcock Rd - 6103
San Antonio, TX 78240

Thelma Louise Watson
182 Arkota Shores
Hot Springs, AR 71913

Mark Weare
2580 West Porter Creek Ave
Porterville, CA 93257

Bo Wei
4627 Greenmeadows Ave
Torrance, CA 90505

Carolyn White
200 Carnegie Dr
Milpitas, CA 95035

Michael Whitehead
3 Smith Dr
Point Pleasant, NJ 8742

Yvonne Williams
3342 Far View Drive
Austin, TX 78730

Randall Wilson
16584 SW 85th LN
Miami, FL 33193

Charmain Woody
701 Singing Quail Trail
Haslet, TX 76052

Freddie Wormsbaker
3116 Grande Valley Circle
Cary, NC 27513

Brenda Wread
112 Gorecki Place
Cary, NC 27513

Kim Yates
4604 Knollview Lane
Mesquite, TX 75150

Counsel to the Ad Hoc Committee of Bondholders
Kathleen P. Makowski
Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19899

Counsel to the Nortel US Retirement
  Protection Committee
Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Counsel to the Official Committee of
  Unsecured Creditors
Christopher M. Samis
Drew G. Sloan
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Vada Wilson
15 Lake Shore Drive South
Randolph, NJ 7869

Leolia Strickland
685 N. Lacumbre Rd
Santa Barbara, CA  93110

Manuel Segura
1576 Bella Cruz Dr. Apt. 149
The Villages, FL 32159

Janie Proctor
468A Fuqua Rd.
Leasburg, NC  27291

Frankie Proctor
115 Winchester Ln.
Rocky Point, NJ  28457

Alissa T. Gazze
Andrew R. Remming
Ann C. Cordo
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll, Ill
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 1980

Thomas M. Vitale
Brian Trust
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820


Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Suite 1300
Wilmington, DE 19801


James L. Bromley
James Croft
Jennifer M. Westerfield
Juliet A. Drake
Neil P. Forrest
Nora K. Abularach
Robin J. Baik
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY  10006


Mary Caloway
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228


Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Il  60601


Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801


Faye Brown
261 Mcnair Dr.
Henderson, NC  27537

Michael Alms
malms00@gmail.com

Gussie Anderson
gussieanderson@bellsouth.net

Charles Barry
chuckvbarry@nc.rr.com

Janet Bass
janet.bass1@gmail.com

Brent Beasley
brentbeasley@hotmail.com

Roger Carlsen
rcarlsen@gmail.com

Thomas Dikens
tdikens@verizon.net

John Elliott
jse0721@yahoo.com

Nanette Faison
nfaison@nc.rr.com

Bert Fletcher
bertfletcher@gmail.com

Barbara Gallagher
ballyglas@pobox.com

Gary Garrett
gabrielministry@hotmail.com

Crickett Grissom
crickett.grissom@att.net

Laura Hale
Laurahale61@gmail.com

Janette Head
nette.head@headnetworks.com

Alan Heinbaugh
abhhome@yahoo.com

Brad Henry
arizonasunburm@gmail.com

Richard Hodges
Richard08@verizon.net

Mary Holbrook
edinaml@yahoo.com

George Hovater Jr.
z.zgeorge53@yahoo.com

Scott Howard
sdhoward56@gmail.com

Mark Janis
mjanis@comcast.net

William Johnson
wejohn@embarqmail.com

Deborah Jones
the_dudette@hotmail.com

Marie Jurasevich
jurasevich1@msn.com

Peter Lawrence
peterlaw55@comcast.net

James Lee
jj_8149@yahoo.com

Fred Lindow
flindow@jafre.com

David Litz
davidjltx@att.net

Kerry Logan
kwlogan1@gmail.com

Robert Martel
rmartel@cfaith.com

Terry Massengill
primmer@nc.rr.com

Kem Muckleroy
muckleroy1@centurytel.net

Reid Mullett
grampies@gmail.com

Danny Owenby
ddano2005@aol.com

Mark Phillips
markphil@netzero.net

Pamela Powell
Pam.Lutz@microtronics-bit.com

Leona Purdum
johnpurdum@msn.com

Carol Raymond
carolfraymond@yahoo.com

William Reed
zdogguy@gmail.com

Michael Rexroad
mdr5300@yahoo.com

Ronald Rose Jr.
vrose@nycap.rr.com

John Rossi
jrossi91@gmail.com

Charles Sandner
Charliesa2@gmail.com

Wayne Schmidt
timgsteele@gmail.com

Cynthia Schmidt
cschmidt@lostsierra.com

Michael Stutts
michaelstutts@sbcglobal.net

Michael Thompson
michaelrthompson@comcast.net

Carmel Totman
kandee926@yahoo.com

Claudia Vidmer
cvidmer@aol.com

Susan Widener
somersetsue@comcast.net

Nancy Wilson
nancy.wilson08@gmail.com

Paul Wolfe
dwolfe002@ec.rr.com