IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2011 JUN 27 PM 2: 12
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------X
*In re*                                                    :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
                                                           :
                    Debtors.                               :    Jointly Administered
                                                           :
-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Kuehne + Nagel, Inc. hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3945).

Dated: Naugatuck, Connecticut
       June 23, 2011

                                        Kuehne + Nagel, Inc.

                                        _____
                                        By: Lisa Ronga, Esq.
                                        Vice President – Compliance and Risk Management
                                        22 Spencer Street
                                        Tel. (203) 346-3667
                                        Fax. (203) 597-6890
                                        Lisa.Ronga@Kuehne-Nagel.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

103850863.1