Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

**Interim** (S)

VAT Invoice Date: **27 June 2011**       Our Ref: **GDB/CCN01.00001**       Invoice No.: **311550**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 113,724.00 |
| For the period to 31 May 2011, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 1,524.18 |
| **Disbursements:** (NT) | | | |
| Counsels Fees: | 0.00 | 0.00 | 8,250.00 |
| *Keith Rowley Q.C. - £8,250.00 (Due but not yet paid)* | | | |
| Experts Fees: | 0.00 | 0.00 | 8,800.00 |
| *Lane Clarke & Peacock LLP – £8,800.00 (Due but not yet paid)* | | | |
| External Photocopying Charges | 0.00 | 0.00 | 2,427.04 |
| International Travel, Hotel and Related Expenses | 0.00 | 0.00 | 6,140.60 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 177.19 |
| Search Fees | 0.00 | 0.00 | 21.16 |
| | 0.00 | | 141,064.17 |
| | | VAT | 0.00 |
| | | Total | 141,064.17 |
| | | **Balance Due** | **141,064.17** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 311550 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC



**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 May 2011**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.50 | 325.00 | (C0007) |
| | | 1.10 | 715.00 | (C0012) |
| | | 1.30 | 845.00 | (C0019) |
| | | 7.40 | 4,810.00 | (C0031) |
| | | **10.30** | **6,695.00** | |
| Partner: | Steven Hull | 8.70 | 5,437.50 | (C0019) |
| | | **8.70** | **5,437.50** | |
| Partner: | Ben Tidswell | 0.50 | 325.00 | (C0012) |
| | | **0.50** | **325.00** | |
| Partner: | Angela Pearson | 1.00 | 625.00 | (C0007) |
| | | 20.30 | 12,687.50 | (C0012) |
| | | 11.30 | 7,062.50 | (C0019) |
| | | **32.60** | **20,375.00** | |
| Senior Associate: | Marcus Fink | 2.10 | 1,081.50 | (C0012) |
| | | 2.10 | 1,081.50 | (C0019) |
| | | **4.20** | **2,163.00** | |
| Senior Associate: | Luke Rollason | 6.80 | 3,332.00 | (C0012) |
| | | 2.00 | 980.00 | (C0019) |
| | | 10.50 | 5,145.00 | (C0031) |
| | | **19.30** | **9,457.00** | |
| Senior Associate: | Pierre-Emmanuel Fender | 1.00 | 515.00 | (C0012) |
| | | 0.20 | 103.00 | (C0031) |
| | | **1.20** | **618.00** | |
| Associate: | Paul Bagon | 8.90 | 3,115.00 | (C0003) |
| | | 4.00 | 1,400.00 | (C0007) |
| | | 65.10 | 22,785.00 | (C0012) |
| | | 11.30 | 3,955.00 | (C0019) |
| | | 16.20 | 5,670.00 | (C0031) |
| | | **105.50** | **36,925.00** | |
| Associate | Antonia Croke | 0.90 | 315.00 | (C0007) |
| | | 15.20 | 5,320.00 | (C0012) |
| | | 6.90 | 2,415.00 | (C0019) |
| | | **23.00** | **8,050.00** | |
| Junior Associate | Lindsay Roberts | 1.40 | 406.00 | (C0007) |
| | | 22.80 | 6,612.00 | (C0012) |
| | | **24.20** | **7,018.00** | |

| | | | | |
|---|---|---|---|---|
| Junior Associate | Toby Gasgoyne | 0.50 | 145.00 | (C0007) |
| | | 5.40 | 1,566.00 | (C0019) |
| | | **5.90** | **1,711.00** | |
| Trainee: | Alice Douglas | 2.50 | 462.50 | (C0007) |
| | | 27.90 | 5,161.50 | (C0012) |
| | | 1.60 | 296.00 | (C0031) |
| | | **32.00** | **5,920.00** | |
| Trainee: | Charles Rousseau | 3.00 | 480.00 | (C0012) |
| | | **3.00** | **480.00** | |
| Trainee: | Edward Arden | 10.00 | 1,850.00 | (C0012) |
| | | **10.00** | **1,850.00** | |
| Trainee: | Kyla Fidgeon | 0.30 | 55.50 | (C0012) |
| | | **0.30** | **55.50** | |
| Trainee: | Sophie Law | 32.90 | 6,086.50 | (C0012) |
| | | 0.60 | 111.00 | (C0031) |
| | | **33.50** | **6,197.50** | |
| Trainee: | Jack Gillions | 0.70 | 129.50 | (C0007) |
| | | 1.60 | 296.00 | (C0019) |
| | | **2.30** | **425.50** | |
| Paralegall | Claude Vernusse | 0.30 | 21.00 | (C0012) |
| | | **0.30** | **21.00** | |
| | **Total** | **316.80** | **113,724.00** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2011

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003        Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| PDB | Paul Bagon | 8.90 | 350.00 | 3,115.00 |
|  |  |  | Total | 3,115.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/05/2011 | Paul Bagon | LETT | Emails re fees. | 0.20 | 350.00 | 70.00 |
| 09/05/2011 | Paul Bagon | DRFT | Monthly fee app. | 3.00 | 350.00 | 1,050.00 |
| 18/05/2011 | Paul Bagon | DRFT | Finalising and sending out monthly fee app. | 4.20 | 350.00 | 1,470.00 |
| 18/05/2011 | Paul Bagon | DRFT | Ashurst interim fee app. | 1.00 | 350.00 | 350.00 |
| 24/05/2011 | Paul Bagon | DRFT | Finalising and sending out interim fee app. | 0.50 | 350.00 | 175.00 |
|  |  |  |  |  |  | 3,115.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**    **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.00 | 625.00 | 625.00 |
| GDB | Giles Boothman | 0.50 | 650.00 | 325.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.90 | 350.00 | 315.00 |
| PDB | Paul Bagon | 4.00 | 350.00 | 1,400.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 290.00 | 406.00 |
| TGASCO | Toby Gascoyne | 0.50 | 290.00 | 145.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 2.50 | 185.00 | 462.50 |
| JGILLI | Jack Gillions | 0.70 | 185.00 | 129.50 |
| | | | Total | 3,808.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2011 | Angela Pearson | PHON | Committee call | 1.00 | 625.00 | 625.00 |
| 05/05/2011 | Jack Gillions | ATTD | Taking notes during US conference call regarding Nortel pensions position. | 0.70 | 185.00 | 129.50 |
| 05/05/2011 | Paul Bagon | PHON | UCC weekly call. | 1.50 | 350.00 | 525.00 |
| 05/05/2011 | Toby Gascoyne | ATTD | Attending call with committee of unsecured creditors | 0.50 | 290.00 | 145.00 |
| 12/05/2011 | Antonia Croke | ATTD | Attend UCC Committee call | 0.90 | 350.00 | 315.00 |
| 12/05/2011 | Alice Douglas | PHON | Call with UCC | 0.70 | 185.00 | 129.50 |
| 12/05/2011 | Paul Bagon | PHON | UCC weekly meeting. | 0.80 | 350.00 | 280.00 |
| 18/05/2011 | Paul Bagon | PHON | UCC weekly call. | 0.50 | 350.00 | 175.00 |
| 26/05/2011 | Alice Douglas | PHON | Calls with Akin Gump and call with committee | 1.80 | 185.00 | 333.00 |
| 26/05/2011 | Giles Boothman | ATTD | UCC call | 0.50 | 650.00 | 325.00 |
| 26/05/2011 | Lindsey Roberts | PHON | Telephone conversation with US Counsel and UCC | 1.40 | 290.00 | 406.00 |
| 26/05/2011 | Paul Bagon | PHON | UCC weekly call. | 1.20 | 350.00 | 420.00 |
| | | | | | | 3,808.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 20.30 | 625.00 | 12,687.50 |
| BJT | Ben Tidswell | 0.50 | 650.00 | 325.00 |
| GDB | Giles Boothman | 1.10 | 650.00 | 715.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 6.80 | 490.00 | 3,332.00 |
| MDF | Marcus Fink | 2.10 | 515.00 | 1,081.50 |
| PEF | Pierre-Emmanuel Fender | 1.00 | 515.00 | 515.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 15.20 | 350.00 | 5,320.00 |
| PDB | Paul Bagon | 65.10 | 350.00 | 22,785.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 22.80 | 290.00 | 6,612.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 27.90 | 185.00 | 5,161.50 |
| CROUSS | Charles Rousseau | 3.00 | 160.00 | 480.00 |
| EARDEN | Edward Arden | 10.00 | 185.00 | 1,850.00 |
| KFIDGE | Kyla Fidgeon | 0.30 | 185.00 | 55.50 |
| SLAW | Sophie Law | 32.90 | 185.00 | 6,086.50 |
| **Other** | | | | |
| CVERNU | Claude Vernusse | 0.30 | 70.00 | 21.00 |
| | | | Total | 67,027.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/05/2011 | Paul Bagon | READ | Briefs re claims procedures. | 1.00 | 350.00 | 350.00 |
| 06/05/2011 | Paul Bagon | READ | IFSA. | 3.50 | 350.00 | 1,225.00 |
| 09/05/2011 | Paul Bagon | LETT | IFSA. | 2.00 | 350.00 | 700.00 |
| 10/05/2011 | Antonia Croke | INTD | Consider issues with P Bagon re mediation and US litigation | 0.60 | 350.00 | 210.00 |
| 10/05/2011 | Antonia Croke | INTD | Consider issues with PBAGON re IFSA | 0.40 | 350.00 | 140.00 |
| 10/05/2011 | Antonia Croke | INTD | Confer ADOUGL re US at IFSA | 0.40 | 350.00 | 140.00 |
| 10/05/2011 | Antonia Croke | READ | Consider updated mediation and court material | 1.70 | 350.00 | 595.00 |
| 10/05/2011 | Alice Douglas | INTD | Nortel briefing with ACROKE | 0.60 | 185.00 | 111.00 |
| 10/05/2011 | Alice Douglas | MISC | Searching for court order enforcing IFSA | 0.60 | 185.00 | 111.00 |
| 10/05/2011 | Angela Pearson | LETT | Review docs/emails  Nortel | 1.00 | 625.00 | 625.00 |
| 10/05/2011 | Angela Pearson | LETT | Email to A Croke | 0.20 | 625.00 | 125.00 |
| 10/05/2011 | Charles Rousseau | RSCH | Recherches sur les actes passés par le liquidateur dans le cadre d'un liquidation, le contrôle effectué par le juge-commissaire et la publicité des ordonnances rendues par le juge commissaire | 3.00 | 160.00 | 480.00 |
| 10/05/2011 | Luke Rollason | LETT | Reading US emails and allocation procedures docs. | 2.50 | 490.00 | 1,225.00 |
| 10/05/2011 | Paul Bagon | LETT | HS letter re US jurisdiction and related internal discussions and emails. | 1.00 | 350.00 | 350.00 |
| 10/05/2011 | Paul Bagon | READ | Issues re jurisdiction for US / Canadian courts re allocation. | 0.80 | 350.00 | 280.00 |
| 10/05/2011 | Paul Bagon | INTD | Antonia re allocation process. | 1.00 | 350.00 | 350.00 |
| 10/05/2011 | Paul Bagon | CASE | Coordinating London and Paris re obtaining court orders per request from AG. | 2.00 | 350.00 | 700.00 |
| 11/05/2011 | Antonia Croke | LETT | Emails re Court docs and hearing; confer SLAW and ADOUGL re same | 0.50 | 350.00 | 175.00 |
| 11/05/2011 | Antonia Croke | READ | Consider corporate structure | 0.40 | 350.00 | 140.00 |
| 11/05/2011 | Antonia Croke | READ | Consider process for obtaining NNUK Court order and IFSA; confer PBAGON and ADOUGL re same | 2.30 | 350.00 | 805.00 |
| 11/05/2011 | Antonia Croke | READ | Consider emails re NNUK Order and IFSA | 0.30 | 350.00 | 105.00 |
| 11/05/2011 | Antonia Croke | READ | Consider emails re French and UK court orders | 0.40 | 350.00 | 140.00 |
| 11/05/2011 | Antonia Croke | LETT | Consider H (EMEA) letter of 9/5/11 and IFSA and emails re same | 0.70 | 350.00 | 245.00 |
| 11/05/2011 | Antonia Croke | LETT | Consider Court documents from IFSA filing | 0.80 | 350.00 | 280.00 |
| 11/05/2011 | Alice Douglas | LETT | Searching for court order enforcing IFSA | 2.10 | 185.00 | 388.50 |
| 11/05/2011 | Alice Douglas | MISC | Preparing files containing court docs | 2.70 | 185.00 | 499.50 |
| 11/05/2011 | Angela Pearson | LETT | Review emails | 0.60 | 625.00 | 375.00 |
| 11/05/2011 | Claude Vernusse | RSCH | Research re Nortel | 0.30 | 70.00 | 21.00 |
| 11/05/2011 | Paul Bagon | LETT | Research re French and UK court orders approving IFSA. Related emails to London and Paris team. Emails to AG and call with Frasers. | 5.00 | 350.00 | 1,750.00 |
| 11/05/2011 | Pierre-Emmanuel Fender | CASE | Communication Paul Bagon: researches what possible decision L-642-24 | 1.00 | 515.00 | 515.00 |
| 11/05/2011 | Sophie Law | LETT | Intd LAR, PDB, ACROKE, emails ADOUGL, mled papers file, rech UK court judgments | 2.40 | 185.00 | 444.00 |
| 12/05/2011 | Alice Douglas | INTD | Corporate structure discussion | 0.70 | 185.00 | 129.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012     General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/05/2011 | Alice Douglas | MISC | Preparing files containing court docs | 3.30 | 185.00 | 610.50 |
| 12/05/2011 | Paul Bagon | LETT | Emails re jurisdiction. | 0.50 | 350.00 | 175.00 |
| 12/05/2011 | Paul Bagon | INTD | Alice D and Sophie L re litigation issues. | 0.50 | 350.00 | 175.00 |
| 12/05/2011 | Sophie Law | INTD | INTD with PDB and ADDUGL re parties to case (for dramatis personae) | 0.40 | 185.00 | 74.00 |
| 12/05/2011 | Sophie Law | LETT | Putting together file of mediation statements | 1.00 | 185.00 | 185.00 |
| 12/05/2011 | Sophie Law | RSCH | RSCH re UK Judgments, start chronology | 1.50 | 185.00 | 277.50 |
| 13/05/2011 | Alice Douglas | MISC | Preparing dramatis personae chart | 3.10 | 185.00 | 573.50 |
| 13/05/2011 | Alice Douglas | READ | Nortel reading | 0.30 | 185.00 | 55.50 |
| 13/05/2011 | Alice Douglas | MISC | Preparing court docs files | 2.90 | 185.00 | 536.50 |
| 13/05/2011 | Kyla Fidgenn | MISC | Organising file | 0.30 | 185.00 | 55.50 |
| 13/05/2011 | Paul Bagon | LETT | Heads of claim analysis to AG. | 0.80 | 350.00 | 280.00 |
| 13/05/2011 | Paul Bagon | LETT | Research and email to AG review dispute resolvers and IFSA. | 2.00 | 350.00 | 700.00 |
| 13/05/2011 | Sophie Law | RSCH | RSCH re "dispute resolver", read US cases, draft email, Intd PDB | 1.80 | 185.00 | 333.00 |
| 13/05/2011 | Sophie Law | LETT | Mediation Statements file | 0.40 | 185.00 | 74.00 |
| 16/05/2011 | Alice Douglas | MISC | Preparing court docs files | 1.20 | 185.00 | 222.00 |
| 16/05/2011 | Alice Douglas | PHON | Call to Canada court to source court docs | 0.20 | 185.00 | 37.00 |
| 16/05/2011 | Alice Douglas | READ | Reading | 0.40 | 185.00 | 74.00 |
| 16/05/2011 | Alice Douglas | MISC | Proofreading dramatis personae chart | 0.50 | 185.00 | 92.50 |
| 16/05/2011 | Sophie Law | LETT | Chronology | 3.00 | 185.00 | 555.00 |
| 16/05/2011 | Sophie Law | LETT | Updating UK court docs file, index | 1.80 | 185.00 | 333.00 |
| 17/05/2011 | Alice Douglas | LETT | Internal meeting on tasks to do | 0.50 | 185.00 | 92.50 |
| 17/05/2011 | Alice Douglas | READ | Reading | 1.00 | 185.00 | 185.00 |
| 17/05/2011 | Alice Douglas | LETT | Creating contact lists | 1.00 | 185.00 | 185.00 |
| 17/05/2011 | Sophie Law | LETT | INTD ACROKE/ADDUGL re Nortel files | 0.80 | 185.00 | 148.00 |
| 17/05/2011 | Sophie Law | LETT | Finalising chronology | 1.00 | 185.00 | 185.00 |
| 17/05/2011 | Sophie Law | LETT | UK cases research - finalising | 0.60 | 185.00 | 111.00 |
| 18/05/2011 | Alice Douglas | DRFT | Preparing dramatis personae | 0.30 | 185.00 | 55.50 |
| 18/05/2011 | Sophie Law | LETT | INTD with PDB re structure charts, nortel files, email to alice re structure chart, INTD with PDB re chronology | 1.70 | 185.00 | 314.50 |
| 20/05/2011 | Paul Bagon | READ | EMEA Allocation Motion Exhibits. | 3.00 | 350.00 | 1,050.00 |
| 20/05/2011 | Sophie Law | LETT | Finalising master docs files, INTD ACROKE/PDB re tasks for Monday | 1.50 | 185.00 | 277.50 |
| 22/05/2011 | Angela Pearson | READ | Review email | 0.20 | 625.00 | 125.00 |
| 22/05/2011 | Angela Pearson | LETT | Email P Bagon | 0.20 | 625.00 | 125.00 |
| 22/05/2011 | Paul Bagon | LETT | Re cross-border protocol. | 0.50 | 350.00 | 175.00 |
| 23/05/2011 | Antonia Croke | INTD | Consider issues with P Bagon; SLAW and ADDUGL re: Court and transcripts | 0.40 | 350.00 | 140.00 |
| 23/05/2011 | Antonia Croke | INTD | Consider issues with AMP, PBAGON and team re: jurisdiction | 0.60 | 350.00 | 210.00 |
| 23/05/2011 | Antonia Croke | INTD | Brief LROBER and EARDEN re: background and current issues | 1.30 | 350.00 | 455.00 |
| 23/05/2011 | Antonia Croke | LETT | Emails re: Court documents | 0.40 | 350.00 | 140.00 |
| 23/05/2011 | Antonia Croke | READ | Consider emails re: UK judge joining protocol | 0.30 | 350.00 | 105.00 |
| 23/05/2011 | Antonia Croke | INTD | Consider cross-border regulations with LROBER and PBAGON (separately) | 0.60 | 350.00 | 210.00 |
| 23/05/2011 | Alice Douglas | INTD | Nortel discussion | 0.30 | 185.00 | 55.50 |
| 23/05/2011 | Alice Douglas | INTD | Meeting on Nortel query from client | 0.80 | 185.00 | 148.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 23/05/2011 | Alice Douglas | MISC | Research on counsel | 1.70 | 185.00 | 314.50 |
| 23/05/2011 | Angela Pearson | MISC | Setting up internal meeting | 0.50 | 625.00 | 312.50 |
| 23/05/2011 | Angela Pearson | ATTD | Internal meeting | 0.80 | 625.00 | 500.00 |
| 23/05/2011 | Angela Pearson | INTD | Discussion with P Bagon/LROBER | 0.80 | 625.00 | 500.00 |
| 23/05/2011 | Angela Pearson | READ | Reviewing all Motion protocol, other evidence - considering issues of English Court - joint hearing | 5.50 | 625.00 | 3,437.50 |
| 23/05/2011 | Angela Pearson | INTD | Discussion BJT | 0.40 | 625.00 | 250.00 |
| 23/05/2011 | Ben Tidswell | INTD | AMP | 0.50 | 650.00 | 325.00 |
| 23/05/2011 | Edward Arden | ATTD | Meetings with AMP/ACROKE. | 1.10 | 185.00 | 203.50 |
| 23/05/2011 | Edward Arden | LETT | Research into powers and limitations on High Court judges with LROBER, for AMP. | 5.20 | 185.00 | 962.00 |
| 23/05/2011 | Giles Boothman | INTD | PDB re. UK courts involvement | 0.30 | 650.00 | 195.00 |
| 23/05/2011 | Giles Boothman | READ | Emails re. UK courts involvement | 0.30 | 650.00 | 195.00 |
| 23/05/2011 | Lindsey Roberts | ATTD | Internal meeting with RSSG and litigation team | 0.50 | 290.00 | 145.00 |
| 23/05/2011 | Lindsey Roberts | INTD | Internal meeting re: background with SL and AC | 0.50 | 290.00 | 145.00 |
| 23/05/2011 | Lindsey Roberts | INTD | Internal meeting with AC and EA re: research point | 0.50 | 290.00 | 145.00 |
| 23/05/2011 | Lindsey Roberts | RSCH | Research re: Judges' powers and UNCITRAL (cross-border regs 2006) | 6.80 | 290.00 | 1,972.00 |
| 23/05/2011 | Paul Bagon | RSCH | Cross-border protocol. Internal discussions with AMP, research into Model Law and related cases and issues. | 9.00 | 350.00 | 3,150.00 |
| 23/05/2011 | Paul Bagon | PHON | AG re Model Law / Chapt 15. | 0.50 | 350.00 | 175.00 |
| 23/05/2011 | Sophie Law | LETT | Finalising files (UK Admin docs, master docs) - copies for litigation and RSSG | 3.70 | 185.00 | 684.50 |
| 23/05/2011 | Sophie Law | LETT | Updating US 7 June Court hearing file | 2.10 | 185.00 | 388.50 |
| 23/05/2011 | Sophie Law | LETT | Reading EMEA submissions, identifying relevant "arbitration" / "dispute resolver" quotes, marking up exhibits | 3.00 | 185.00 | 555.00 |
| 24/05/2011 | Antonia Croke | INTD | Confer LROBER re: UNCITRAL | 0.20 | 350.00 | 70.00 |
| 24/05/2011 | Antonia Croke | INTD | Confer PBAGON re: cross-border framework | 0.40 | 350.00 | 140.00 |
| 24/05/2011 | Antonia Croke | INTD | Confer ADOUGL re: Counsel; review summary re: same | 0.50 | 350.00 | 175.00 |
| 24/05/2011 | Antonia Croke | READ | Consider cross-border information | 0.90 | 350.00 | 315.00 |
| 24/05/2011 | Antonia Croke | READ | Consider emails re: Court transcripts; confer SLAW re: same | 0.40 | 350.00 | 140.00 |
| 24/05/2011 | Alice Douglas | MISC | Research into counsel | 0.70 | 185.00 | 129.50 |
| 24/05/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.30 | 625.00 | 187.50 |
| 24/05/2011 | Angela Pearson | INTD | Discussion Giles Boothman | 0.30 | 625.00 | 187.50 |
| 24/05/2011 | Angela Pearson | READ | Further review of submissions, etc. | 2.50 | 625.00 | 1,562.50 |
| 24/05/2011 | Angela Pearson | READ | Review email | 0.30 | 625.00 | 187.50 |
| 24/05/2011 | Edward Arden | READ | Review UNCITRAL model law, rules and agreements and mediation statements. | 2.00 | 185.00 | 370.00 |
| 24/05/2011 | Lindsey Roberts | READ | Reading in - Mediation Statements - first round | 3.50 | 290.00 | 1,015.00 |
| 24/05/2011 | Lindsey Roberts | INTD | International Discussion with SLAW | 0.50 | 290.00 | 145.00 |
| 24/05/2011 | Paul Bagon | INTD | GDB & AMP re Cross-Border Protocol. | 0.50 | 350.00 | 175.00 |
| 24/05/2011 | Paul Bagon | READ | UNCITRAL Model Law and Guidelines. | 5.50 | 350.00 | 1,925.00 |
| 24/05/2011 | Paul Bagon | LETT | Emails re IFSA hearing. | 0.50 | 350.00 | 175.00 |
| 24/05/2011 | Sophie Law | LETT | Internal bibles - finalise, distribute to litigation personnel, INTD with LROBER / EARDEN / ACROKE | 2.40 | 185.00 | 444.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 24/05/2011 | Sophie Law | LETT | Enquiry re transcript: calls to court, calls to transcriber, emails to both to arrange | 2.30 | 185.00 | 425.50 |
| 24/05/2011 | Sophie Law | LETT | RSCH re cross border insolv regs and euro regs, INTD with ACROKS | 1.00 | 185.00 | 185.00 |
| 25/05/2011 | Antonia Croke | LETT | Emails re: Company Sec call | 0.20 | 350.00 | 70.00 |
| 25/05/2011 | Alice Douglas | READ | Reading | 2.10 | 185.00 | 388.50 |
| 25/05/2011 | Angela Pearson | READ | Review appeal documents | 1.50 | 625.00 | 937.50 |
| 25/05/2011 | Edward Arden | LETT | Continue review of key documents. | 0.90 | 185.00 | 166.50 |
| 25/05/2011 | Lindsey Roberts | READ | Reading in- Mediation Statements | 6.00 | 290.00 | 1,740.00 |
| 25/05/2011 | Paul Bagon | DRFT | Advice re cross-border protocol. | 7.00 | 350.00 | 2,450.00 |
| 25/05/2011 | Sophie Law | LETT | Call ADOUGL; distribute files to PDB | 0.20 | 185.00 | 37.00 |
| 26/05/2011 | Antonia Croke | LETT | Emails re: call | 0.30 | 350.00 | 105.00 |
| 26/05/2011 | Antonia Croke | READ | Consider UCC summary | 0.20 | 350.00 | 70.00 |
| 26/05/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.40 | 625.00 | 250.00 |
| 26/05/2011 | Angela Pearson | READ | Review draft email | 0.50 | 625.00 | 312.50 |
| 26/05/2011 | Angela Pearson | PHON | Con call Alan | 1.50 | 625.00 | 937.50 |
| 26/05/2011 | Angela Pearson | PHON | Telephone conversation with Luke | 0.30 | 625.00 | 187.50 |
| 26/05/2011 | Angela Pearson | READ | Review appeal notice | 1.00 | 625.00 | 625.00 |
| 26/05/2011 | Angela Pearson | INTD | Discussion LROBER | 0.50 | 625.00 | 312.50 |
| 26/05/2011 | Edward Arden | READ | Continue review of key documents. | 0.80 | 185.00 | 148.00 |
| 26/05/2011 | Giles Boothman | ATTD | Call with Axin re. dispute resolution | 0.50 | 650.00 | 325.00 |
| 26/05/2011 | Luke Rollason | PHON | Reading motions and objections re June 7 hearing on IFSA and allocation protocol. Discussing with Paul Bagon. Call with Angela Pearson re jurisdictional issues. Call re cross border protocol with Akin Gump. Committee call. Reviewing IFSA. | 4.30 | 490.00 | 2,107.00 |
| 26/05/2011 | Lindsey Roberts | READ | Reading US Court Documents and J4 Motion | 2.30 | 290.00 | 667.00 |
| 26/05/2011 | Lindsey Roberts | INTD | Telephone conversation with PBAGON and AHP | 0.70 | 290.00 | 58.00 |
| 26/05/2011 | Lindsey Roberts | READ | Reading MOL and Declaration of Kevin Lloyd | 2.00 | 290.00 | 580.00 |
| 26/05/2011 | Marcus Fink | LETT | Review newly disclosed trustee proof of claim evidence | 2.10 | 515.00 | 1,081.50 |
| 26/05/2011 | Paul Bagon | PHON | AG re cross-border protocol. | 0.50 | 350.00 | 175.00 |
| 26/05/2011 | Paul Bagon | LETT | Finalising research and note re cross-border protocols. | 5.00 | 350.00 | 1,750.00 |
| 26/05/2011 | Paul Bagon | INTD | LAR re allocation. | 1.00 | 350.00 | 350.00 |
| 26/05/2011 | Paul Bagon | READ | Allocation motions. | 2.00 | 350.00 | 700.00 |
| 27/05/2011 | Alice Douglas | MISC | Review of guarantee | 0.90 | 185.00 | 166.50 |
| 27/05/2011 | Angela Pearson | READ | Review emails | 0.30 | 625.00 | 187.50 |
| 27/05/2011 | Angela Pearson | INTD | Telephone conversation with P Bagon | 0.20 | 625.00 | 125.00 |
| 27/05/2011 | Angela Pearson | INTD | Emails P Bagon and G Boothman | 0.50 | 625.00 | 312.50 |
| 27/05/2011 | Paul Bagon | READ | Allocation motions. | 4.00 | 350.00 | 1,400.00 |
| 31/05/2011 | Paul Bagon | READ | EMEA motion and exhibits | 6.00 | 350.00 | 2,100.00 |
| 31/05/2011 | Sophie Law | LETT | Calls, emails to court re transcript progress | 0.30 | 185.00 | 55.50 |

87,827.50

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 11.30 | 625.00 | 7,062.50 |
| GDB | Giles Boothman | 1.30 | 650.00 | 845.00 |
| SEH | Steven Hull | 8.70 | 625.00 | 5,437.50 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 2.00 | 490.00 | 980.00 |
| MDF | Marcus Fink | 2.10 | 515.00 | 1,081.50 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 6.90 | 350.00 | 2,415.00 |
| PDB | Paul Bagon | 11.30 | 350.00 | 3,955.00 |
| **Junior Associate** | | | | |
| TGASCO | Toby Gascoyne | 5.40 | 290.00 | 1,566.00 |
| **Trainee** | | | | |
| JGILLI | Jack Gillions | 1.60 | 185.00 | 296.00 |
| | | | Total | 23,638.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>C0019</u>    <u>Labor Issues/Employee Benefits</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2011 | Angela Pearson | LETT | Emails to P Bagon | 0.40 | 625.00 | 250.00 |
| 04/05/2011 | Angela Pearson | LETT | Email to S Hull | 0.20 | 625.00 | 125.00 |
| 04/05/2011 | Angela Pearson | LETT | Review LPC letter | 0.50 | 625.00 | 312.50 |
| 04/05/2011 | Paul Bagon | LETT | Emails with Capstone and LCP re LCP pension report. | 1.00 | 350.00 | 350.00 |
| 04/05/2011 | Steven Hull | LETT | Review e-mail correspondence regarding conference call in connection with LCT calculation of TPF deficit and related matters and review e-mail correspondence with Capstone and clients regarding comments and questions in connection with same; e-mails with Paul Bagon and Angela Pearson regarding same and commence review of LCP documentation | 1.50 | 625.00 | 937.50 |
| 05/05/2011 | Angela Pearson | PREP | Prep for call with Capstone | 2.50 | 625.00 | 1,562.50 |
| 05/05/2011 | Angela Pearson | LETT | Pre-disclosure P Bagon | 0.20 | 625.00 | 125.00 |
| 05/05/2011 | Angela Pearson | LETT | Email P Bagon | 0.20 | 625.00 | 125.00 |
| 05/05/2011 | Angela Pearson | PHON | Call with Capstone | 0.80 | 625.00 | 500.00 |
| 05/05/2011 | Angela Pearson | INTD | Post discussion – Ashurst | 0.20 | 625.00 | 125.00 |
| 05/05/2011 | Jack Gillions | ATTD | Reading and reviewing memo on Nortel position re PPF<br><br>Attending conference call with SEH and TG regarding fund liability and valuation. | 1.60 | 185.00 | 296.00 |
| 05/05/2011 | Paul Bagon | INTD | With AMP re pensions matters, related calls with LCP and emails with Capstone. | 1.50 | 350.00 | 525.00 |
| 05/05/2011 | Paul Bagon | READ | LCP report. | 1.50 | 350.00 | 525.00 |
| 05/05/2011 | Paul Bagon | PHON | With Capstone and LCP re LCP report. | 0.80 | 350.00 | 280.00 |
| 05/05/2011 | Steven Hull | LETT | Review numerous e-mails with Paul Bagon, Toby Gascoyne, Jack Gillions, David Rothberg and Angela Pearson in connection with attendance at conference call with LCP and Capstone and related parties to discuss PPF valuation; review LCP documentation and discussion with Jack Gillions and Toby Gascoyne in connection with issues arising in respect of same; e-mails with Paul Bagon re. same; preparing for and attending conference call with Capstone and other parties to discuss LCP analysis of PPF valuation and related matters; discussion with Paul Bagon, Angela Pearson, Jack Gillions and Toby Gascoyne regarding issues arising in connection with same following call; preparing for and attending further conference call with all parties to discuss LCP analysis of PPF position and latest pensions position and discussion with Paul Bagon following conference call | 4.50 | 625.00 | 2,812.50 |
| 05/05/2011 | Toby Gascoyne | DRFT | Researching failure to pay Financial Support Direction and issue of Contribution Notice by the Pensions Regulator/ drafting memorandum/ discussion with Steven Hull regarding same | 4.80 | 290.00 | 1,392.00 |
| 05/05/2011 | Toby Gascoyne | ATTD | Attending conference call regarding pension issues with Lane Clark Peacock | 0.60 | 290.00 | 174.00 |
| 06/05/2011 | Paul Bagon | LETT | Judgment Nortel / Lehman case, fsds. | 3.50 | 350.00 | 1,225.00 |
| 12/05/2011 | Antonia Croke | INTD | Consider issues with SLAW and ADOUGL re court docs and structure charts | 0.40 | 350.00 | 140.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/05/2011 | Antonia Croke | READ | Consider emails re HS request and Bloom evidence | 0.40 | 350.00 | 140.00 |
| 12/05/2011 | Antonia Croke | READ | Consider UCC agenda and email re same | 0.20 | 350.00 | 70.00 |
| 13/05/2011 | Antonia Croke | READ | Consider second mediation documents; emails re: progress and updates | 1.50 | 350.00 | 525.00 |
| 13/05/2011 | Angela Pearson | LETT | Review email/respond to email | 0.50 | 625.00 | 312.50 |
| 13/05/2011 | Angela Pearson | INTD | Email to P Bagon | 0.30 | 625.00 | 187.50 |
| 16/05/2011 | Antonia Croke | READ | Consider emails re: "Dispute Resolver" | 0.30 | 350.00 | 105.00 |
| 16/05/2011 | Antonia Croke | LETT | Emails re: documents | 0.20 | 350.00 | 70.00 |
| 17/05/2011 | Antonia Croke | INTD | Consider issues with SLAW and ADOUGL re: Court documents; review UK | 0.80 | 350.00 | 280.00 |
| 17/05/2011 | Antonia Croke | READ | Review draft DP Structure diagram; draft amendments re: same | 0.80 | 350.00 | 280.00 |
| 19/05/2011 | Antonia Croke | LETT | Emails re: M Todd QC and briefing for EMEA by US | 0.60 | 350.00 | 210.00 |
| 19/05/2011 | Antonia Croke | INTD | Confer ADOUGL re: structure | 0.10 | 350.00 | 35.00 |
| 19/05/2011 | Angela Pearson | INTD | Emails to Giles Boothman/P Bagon | 0.50 | 625.00 | 312.50 |
| 19/05/2011 | Angela Pearson | READ | Review emails/document | 0.50 | 625.00 | 312.50 |
| 20/05/2011 | Antonia Croke | INTD | Consider issues with P Bagon and AMP re: arbitration and allocation | 0.50 | 350.00 | 175.00 |
| 20/05/2011 | Antonia Croke | INTD | Consider issues with SLAW re: EMEA evidence and Court process; emails re: same | 0.50 | 350.00 | 175.00 |
| 20/05/2011 | Antonia Croke | READ | Consider US Court documents; emails re: same | 0.60 | 350.00 | 210.00 |
| 20/05/2011 | Angela Pearson | READ | Review documents/emails | 2.50 | 625.00 | 1,562.50 |
| 20/05/2011 | Angela Pearson | INTD | Discussion P Bagon/ACROKE | 0.30 | 625.00 | 187.50 |
| 20/05/2011 | Luke Rollason | LETT | Reading emails and EMEA and pensions objections and motions re allocations. | 1.60 | 490.00 | 784.00 |
| 24/05/2011 | Steven Hull | LETT | Review email from Paul Bagon re: proposed meeting with TPR and respond to Paul Bagon. | 0.20 | 625.00 | 125.00 |
| 25/05/2011 | Steven Hull | READ | Review Joshua Sturm email and review attached UK pension appellants opening brief, index for joint appendix and request for oral arguments. | 0.50 | 625.00 | 312.50 |
| 27/05/2011 | Angela Pearson | DRFT | Amend email re: pensions | 1.00 | 625.00 | 625.00 |
| 27/05/2011 | Giles Boothman | LETT | Emails re. TPR meeting | 0.50 | 650.00 | 325.00 |
| 27/05/2011 | Giles Boothman | READ | Emails re. TPR meeting | 0.30 | 650.00 | 195.00 |
| 27/05/2011 | Luke Rollason | LETT | Reviewing email re TPR. | 0.40 | 490.00 | 196.00 |
| 27/05/2011 | Paul Bagon | LETT | Research and email to AG re pension regulator meeting. | 3.00 | 350.00 | 1,050.00 |
| 27/05/2011 | Steven Hull | LETT | Email correspondence with Angela Pearson, Giles Boothman and Paul Bagon regarding request from Pensions Regulator for meeting and detailed emails regarding strategy in respect of approach to same and potential issues arising and review email correspondence with Brad Kahn and David Botter and Joshua Sturm re: same. | 1.50 | 625.00 | 937.50 |
| 30/05/2011 | Giles Boothman | READ | Emails re. TPR | 0.50 | 650.00 | 325.00 |
| 31/05/2011 | Angela Pearson | INTD | Email ADOUGL | 0.20 | 625.00 | 125.00 |
| 31/05/2011 | Angela Pearson | READ | Reading Pensions Ombudsman's appeal | 0.50 | 625.00 | 312.50 |
| 31/05/2011 | Marcus Fink | LETT | Review pension regulator meeting invite emails and team emails relating to strategy re the meeting. Review additional disclosures (evidence statements to mediation bundle). | 2.10 | 515.00 | 1,081.50 |
| 31/05/2011 | Steven Hull | LETT | Emails regarding availability for mtg with Pensions Regulator and discussions with Marcus Fink re: same and emails with Angela Pearson, Giles Boothman re: same. | 0.50 | 625.00 | 312.50 |

23,638.50

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>      <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 7.40 | 650.00 | 4,810.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 10.50 | 490.00 | 5,145.00 |
| PEF | Pierre-Emmanuel Fender | 0.20 | 515.00 | 103.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 16.20 | 350.00 | 5,670.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 1.60 | 185.00 | 296.00 |
| SLAW | Sophie Law | 0.60 | 185.00 | 111.00 |
| | | | Total | 16,135.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>    <u>**European Proceedings/Matters**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2011 | Paul Bagon | PHON | Professionals pre-call | 1.50 | 350.00 | 525.00 |
| 05/05/2011 | Paul Bagon | CASE | Case managment. | 0.30 | 350.00 | 105.00 |
| 05/05/2011 | Paul Bagon | PHON | Post UCC meeting professionals call. | 0.80 | 350.00 | 280.00 |
| 10/05/2011 | Giles Boothman | READ | Emails re. HS letter | 0.30 | 650.00 | 195.00 |
| 10/05/2011 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 11/05/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 11/05/2011 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 11/05/2011 | Luke Rollason | LETT | Professionals pre-call.  Discussing EMEA issues with Paul Bagon.  Reviewing emails and correspondence | 4.10 | 490.00 | 2,009.00 |
| 11/05/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1.30 | 350.00 | 455.00 |
| 12/05/2011 | Giles Boothman | ATTD | UCC update call | 0.50 | 650.00 | 325.00 |
| 12/05/2011 | Giles Boothman | INTD | PDB | 0.30 | 650.00 | 195.00 |
| 12/05/2011 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 12/05/2011 | Paul Bagon | DUED | Obtaining and reviewing admin progres reports, emailing to FMC and related discussions. | 4.50 | 350.00 | 1,575.00 |
| 12/05/2011 | Paul Bagon | PHON | Post-UCC professionals call. | 0.40 | 350.00 | 140.00 |
| 12/05/2011 | Sophie Law | PHON | Conf call - professionals | 0.60 | 185.00 | 111.00 |
| 13/05/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 16/05/2011 | Paul Bagon | LETT | Various emails | 0.50 | 350.00 | 175.00 |
| 17/05/2011 | Luke Rollason | PHON | Nortel professionals call.  Reading emails and motions re allocations.  Prep for call. | 2.90 | 490.00 | 1,421.00 |
| 17/05/2011 | Paul Bagon | PHON | Professionals pre-call. | 1.00 | 350.00 | 350.00 |
| 17/05/2011 | Paul Bagon | LETT | Various emails. | 0.50 | 350.00 | 175.00 |
| 18/05/2011 | Paul Bagon | PHON | Post-ucc meeting professionals' call. | 0.30 | 350.00 | 105.00 |
| 18/05/2011 | Paul Bagon | READ | Chronology and related discussion with Sophie L. | 1.00 | 350.00 | 350.00 |
| 19/05/2011 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 19/05/2011 | Giles Boothman | INTD | Paul/Angela re.debtor counsel | 0.30 | 650.00 | 195.00 |
| 19/05/2011 | Paul Bagon | LETT | Emails re expert witnesses. | 1.50 | 350.00 | 525.00 |
| 19/05/2011 | Pierre-Emmanuel Fender | LETT | Divers | 0.20 | 515.00 | 103.00 |
| 20/05/2011 | Luke Rollason | LETT | Discussion of issues this week with Paul Bagon.  Reviewing emails from Akin Gump. | 1.00 | 490.00 | 490.00 |
| 20/05/2011 | Paul Bagon | LETT | Various emails. | 0.50 | 350.00 | 175.00 |
| 24/05/2011 | Giles Boothman | INTD | Angela/Paul re. process/proposed call with Akin | 0.30 | 650.00 | 195.00 |
| 24/05/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 25/05/2011 | Giles Boothman | READ | Emails | 0.50 | 650.00 | 325.00 |
| 25/05/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1.10 | 350.00 | 385.00 |
| 26/05/2011 | Alice Douglas | DRFT | Call note | 1.60 | 185.00 | 296.00 |
| 26/05/2011 | Giles Boothman | READ | Emails/docs | 0.50 | 650.00 | 325.00 |
| 26/05/2011 | Giles Boothman | INTD | PDB, Angela | 0.50 | 650.00 | 325.00 |
| 31/05/2011 | Giles Boothman | READ | Various | 1.00 | 650.00 | 650.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031**        **European Proceedings/Matters**

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|------|------|---|-------------|----------------|---------------------|--------|
| 31/05/2011 | Giles Boothman | INTD | Various | 0.50 | 650.00 | 325.00 |
| 31/05/2011 | Luke Rollason | PHON | Attending professionals pre-call. Reviewing court papers. Prep for call. | 2.50 | 490.00 | 1,225.00 |
| 31/05/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1.00 | 350.00 | 350.00 |
| | | | | | | 16,135.00 |