## Exhibit C

## DISBURSEMENT SUMMARY
## MAY 01, 2011 THROUGH MAY 31, 2011

| | |
|---|---:|
| Retained Professionals and Experts' Fees | £17,050.00 |
| Document Production | £3,951.22 |
| Meals | £37.19 |
| Travel Expenses – Ground Transportation | £138.20 |
| Travel Expenses – Accommodation | £1,426.27 |
| Travel Expenses – Air Transportation | £4,714.33 |
| Telephonic | £1.80 |
| Search Fees | £21.16 |
| **TOTAL** | **£27,340.17** |