Exhibit D

## Disbursements Detailed Breakdown

### Counsels Fees (Counsel Fees)

| Date | Description | Amount |
|---|---|---|
| 16/05/2011 | VENDOR: Rowley Q.C., Keith; INVOICE#: 009629; DATE: 16/05/2011 - Case Ref : 138010 - For the period 18th March to 8th April 2011 | 8,250.00 |

**Document Production**    1,524.18

### Experts Fees (Expert Fees)

| Date | Description | Amount |
|---|---|---|
| 13/05/2011 | VENDOR: Lane Clarke & Peacock LLP; INVOICE#: FN02685; DATE: 13/05/2011 - Professional services rendered | 8,800.00 |

### External Photocopying Charges (Outside Photocopying Charges)

| Date | Description | Amount |
|---|---|---|
| 12/05/2011 | VENDOR: Lineal Limited; INVOICE#: 1313; DATE: 12/05/2011 - outsourced copying | 260.54 |
| 17/05/2011 | VENDOR: Lineal Limited; INVOICE#: 1328; DATE: 17/05/2011 - Outsourced Copying | 894.24 |
| 17/05/2011 | VENDOR: Lineal Limited; INVOICE#: 1334; DATE: 17/05/2011 - Outsourced Copying | 96.76 |
| 24/05/2011 | VENDOR: Lineal Limited; INVOICE#: 1365; DATE: 24/05/2011 - outsourced copying | 396.00 |
| 24/05/2011 | VENDOR: Lineal Limited; INVOICE#: 1366; DATE: 24/05/2011 - outsourced copying | 154.50 |
| 24/05/2011 | VENDOR: Lineal Limited; INVOICE#: 1367; DATE: 24/05/2011 - outsourced copying | 446.80 |
| 25/05/2011 | VENDOR: Millnet Financial Limited; INVOICE#: 52722; DATE: 25/05/2011 - outsourced copying | 178.20 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 17/05/2011 | Cancellation of: VENDOR: Conference Room Catering; INVOICE#: 18-24APRIL2011; DATE: 24/04/2011 - Internal Catering Costs on 20 April 2011 | -5.70 |
| 20/05/2011 | PAYEE: Petty cash; REQUEST#: 439500; DATE: 20/05/2011. - petty cash ACROKE dinner - working late | 6.75 |
| 22/05/2011 | VENDOR: Conference Room Catering; INVOICE#: 16MAY2011/22MAY2011; DATE: 22/05/2011 - CONFERENCE CATERING RECHARGE DATED - 18/05/11 | 3.10 |
| 23/03/2011 | 2011VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAPR11 DATE: 25/04/2011 Expenses @ ARK BRYANT PARK 542929803369818 NEW YORK. 23/03/2011 GDB Food on arrival at Hotel. | 16.94 |
| 23/05/2011 | VENDOR: Conference Room Catering INVOICE#: 23 29 05 2011 DATE: 02/06/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - May 23 2011 | 5.70 |
| 26/05/2011 | VENDOR: Conference Room Catering INVOICE#: 23 29 05 2011 DATE: 02/06/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - May 26 2011 | 10.40 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 09/05/2011 | PAYEE: Petty cash; REQUEST#: 438002; DATE: 09/05/2011. - petty cash MDF taxi | 30.80 |
| 12/05/2011 | PAYEE: Bagon, Paul; REQUEST#: 437434; DATE: 12/05/2011. - Bacs payment to reimburse expenses PDB taxi (no date) | 56.00 |
| 16/05/2011 | PAYEE: Petty cash; REQUEST#: 438734; DATE: 16/05/2011. - petty cash LAR taxi | 17.20 |
| 18/05/2011 | PAYEE: Petty cash; REQUEST#: 439012; DATE: 18/05/2011. - petty cash PDB taxi | 28.00 |
| 25/05/2011 | PAYEE: Petty cash; REQUEST#: 440251; DATE: 25/05/2011. - petty cash PDB taxi | 7.00 |



## Disbursements Detailed Breakdown

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| | | |
|---|---|---:|
| 01/05/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000418917; DATE: 01/05/2011 - Conference Call on 06/04/11 | 1.80 |

### International Travel, Hotel and Related Expenses (Hotel Expenses)

| | | |
|---|---|---:|
| 12/05/2011 | PAYEE: Bagon, Paul; REQUEST#: 437434; DATE: 12/05/2011. - Bacs payment to reimburse expenses PDB hotel from 10.04.11 - 13.04.11 | 962.35 |
| 24/03/2011 | 2011VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAPR11 DATE: 25/04/2011 Expenses @ BRYANT PARK HOTEL 8819000098201 NEW YORK. (032111 032511 00) 24/03/2011 GDB Hotel stay in NY. | 463.92 |

### International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))

| | | |
|---|---|---:|
| 06/04/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2180114; DATE: 06/04/2011 - Air Fare on 10 & 13 April 2011 London-New York RTN | 4,714.33 |

### Search Fees (Search Fees)

| | | |
|---|---|---:|
| 11/05/2011 | Doc Internet ORT PBF 4 PV | 21.36 |

| | |
|---|---:|
| | 27,340.17 |