## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 01, 2011 THROUGH MAY 31 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 10.30 | 6,695.00 |
| Steven Hull | Partner for 14 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 8.70 | 5,437.50 |
| Ben Tidswell | Partner for 11 years; Admitted in 1994; Litigation Group, UK | £650 | 0.50 | 325.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991; Litigation Group, UK | £625 | 32.60 | 20,375.00 |
| Marcus Fink | Associate for 10 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 4.20 | 2,163.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | 19.30 | 9,457.00 |
| Pierre-Emmanuel Fender | Associate for 8 years; Admitted in 2003; Litigation and Restructuring, France | £515.00 | 1.20 | 618.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 105.50 | 36,925.00 |
| Antonia Croke | Associate for 3 years; Admitted in 2007 in New South Wales, Australia, Litigation Group, UK | £350 | 23.00 | 8,050.00 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011; Litigation Group, UK | £290 | 24.20 | 7,018.00 |
| Toby Gascoyne | Newly qualified Associate; Admitted in 2011 Employment, Incentives and Pensions Group, UK | £290 | 5.90 | 1,711.00 |
| Sophie Law | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | 33.50 | 6,197.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Alice Douglas | Trainee Solicitor; Litigation Group, UK | £185 | 32.00 | 5,920.00 |
| Charles Rousseau | Trainee Solicitor; Litigation Group, France | £160 | 3.00 | 480.00 |
| Edward Arden | Trainee Solicitor; Litigation Group, France | £185 | 10.00 | 1,850.00 |
| Kyla Fidgeon | Trainee Solicitor; Litigation Group, UK | £185 | 0.30 | 55.50 |
| Jack Gillions | Trainee Solicitor; Employment, Incentives and Pensions Group, UK | £185 | 2.30 | 425.50 |
| Claude Vernusse | Paralegal, France | £70.00 | 0.30 | 21.00 |
| **TOTAL** | | | 316.80 | 113,724.00 |

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2011 THROUGH MAY 31, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 8.90 | 3,115.00 |
| Creditors Committee Meetings | 11.50 | 3,808.00 |
| General Claims Analysis | 209.30 | 67,027.50 |
| Labor Issues / Employee Benefits | 50.60 | 23,638.50 |
| European Proceedings/Matters | 36.50 | 16,135.00 |
| **TOTAL** | **316.80** | **113,724.00** |