## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 5-1-2011 through 5-31-2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 37.10 | $28,196.00 |
| J. Borow | Executive Director | $760 | 90.90 | $69,084.00 |
| J. Hyland | Executive Director | $595 | 159.80 | $95,081.00 |
| A. Cowie | Managing Director | $545 | 145.30 | $79,188.50 |
| D. Rothberg | Director | $415 | 148.20 | $61,503.00 |
| L. Ahearn | Director | $375 | 11.60 | $4,350.00 |
| J. Peterson | Director | $365 | 169.30 | $61,794.50 |
| M. Lasinski | Consultant | $310 | 14.40 | $4,464.00 |
| T. Morilla | Consultant | $310 | 160.80 | $49,848.00 |
| M. Viola | Paraprofessional | $120 | 5.10 | $612.00 |
| **For the Period 5-1-2011 through 5-31-2011** | | | **942.50** | **$454,121.00** |