## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 5-1-2011 through 5-31-2011

| Task Code | Task Description | Hours | Fees |
| --- | --- | ---: | ---: |
| 01. Asset Acquisition/Disposition | | 139.00 | $63,793.50 |
| 05. Professional Retention/Fee Application Preparation | | 25.70 | $11,955.50 |
| 07. Interaction/Meetings with Debtors/Counsel | | 22.10 | $15,164.00 |
| 08. Interaction/Meetings with Creditors | | 53.00 | $36,281.50 |
| 10. Recovery/SubCon/Lien Analysis | | 31.60 | $18,098.00 |
| 11. Claim Analysis/Accounting | | 210.10 | $101,764.50 |
| 13. Intercompany Transactions/Balances | | 157.40 | $68,907.50 |
| 17. Analysis of Historical Results | | 76.10 | $32,679.50 |
| 18. Operating and Other Reports | | 61.60 | $32,705.50 |
| 19. Cash Flow/Cash Management/Liquidity | | 104.50 | $41,022.50 |
| 20. Projections/Business Plan/Other | | 5.30 | $1,958.50 |
| 22. Preference/Avoidance Actions | | 1.10 | $599.50 |
| 26. Tax Issues | | 14.80 | $6,375.50 |
| 33. Intellectual Property | | 40.20 | $22,815.50 |
| **For the Period 5-1-2011 through 5-31-2011** | | **942.50** | **$454,121.00** |

Capstone Advisory Group, LLC
Invoice for the 5-1-2011 - 5-31-2011 Fee Statement

Page 1 of 1