# Nortel Networks Corporation
## Capstone Advisory Group, LLC
## Exhibit C: Detailed Time Descriptions
## For the Period 5-1-2011 through 5-31-2011

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 5/2/2011 | C. Kearns | 0.70 | Reviewed current draft of settlement with an estate. |
| 5/2/2011 | A. Cowie | 0.70 | Prepared allocation scenario analysis. |
| 5/2/2011 | J. Hyland | 0.90 | Analyzed exchange rate calculations. |
| 5/2/2011 | D. Rothberg | 1.30 | Reviewed allocation protocol motions. |
| 5/2/2011 | D. Rothberg | 2.10 | Analyzed and reviewed updates to allocation scenario. |
| 5/3/2011 | C. Kearns | 0.50 | Participated in discussions with counsel re: mediation related issues. |
| 5/3/2011 | J. Hyland | 0.50 | Participated in call with B. Kahn and R. Jacobs re: allocation issues. |
| 5/3/2011 | T. Morilla | 0.70 | Reviewed and analyzed an estate's allocation settlement document. |
| 5/3/2011 | D. Rothberg | 1.10 | Reviewed calculations and agreement for an estate's allocations. |
| 5/3/2011 | D. Rothberg | 1.30 | Analyzed allocation scenario and reviewed findings. |
| 5/3/2011 | J. Hyland | 2.00 | Reviewed allocation reports for UCC. |
| 5/3/2011 | T. Morilla | 2.70 | Reviewed and analyzed allocation scenario analysis as it relates to certain estates' assets and claims. |
| 5/3/2011 | L. Ahearn | 2.80 | Reviewed and analyzed an estate's allocation recommendations and impact on filed entity recoveries. |
| 5/3/2011 | J. Hyland | 2.80 | Reviewed a certain estate's allocation documentation. |
| 5/4/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: an estate's allocation appendices. |
| 5/4/2011 | J. Hyland | 0.80 | Participated in call with J. Doolittle, A. Bifield, the Monitor, the Administrator, M. Kennedy, Cleary, Counsel and other Advisors re: an estate's allocation appendices. |
| 5/4/2011 | D. Rothberg | 0.90 | Reviewed various allocation methodologies. |
| 5/4/2011 | L. Ahearn | 1.00 | Reviewed and analyzed an estate's allocation summaries. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/4/2011 | J. Hyland | 1.30 | Reviewed an estate's allocation calculations. |
| 5/4/2011 | J. Hyland | 1.40 | Reviewed an estate's allocation appendices. |
| 5/4/2011 | T. Morilla | 1.60 | Continued to review an estate's allocation settlement document. |
| 5/4/2011 | L. Ahearn | 2.90 | Reviewed and analyzed an estate's allocation summaries as prepared by Debtors. |
| 5/5/2011 | T. Morilla | 1.20 | Continued to review and analyze the allocation scenario issues. |
| 5/5/2011 | T. Morilla | 1.80 | Reviewed and analyzed an estate's assets and claims. |
| 5/6/2011 | J. Hyland | 0.40 | Reviewed an estate's reply motion to another estate's proofs of claim motion. |
| 5/6/2011 | D. Rothberg | 0.60 | Reviewed last draft of scenario analysis. |
| 5/6/2011 | C. Kearns | 0.80 | Analyzed counsel re-allocation issues. |
| 5/6/2011 | T. Morilla | 1.60 | Reviewed and analyzed the valuation of certain assets. |
| 5/9/2011 | J. Hyland | 0.40 | Reviewed an estate's letter re: proceeds allocation hearing. |
| 5/9/2011 | J. Peterson | 1.30 | Prepared for and participated in call with E&Y re: assumptions in the cash balance shown in the April mediation statement. |
| 5/9/2011 | A. Cowie | 1.70 | Analyzed business sales allocable costs. |
| 5/9/2011 | D. Rothberg | 1.90 | Reviewed updated assumptions for U.S. Debtors' claims and assets. |
| 5/9/2011 | D. Rothberg | 2.10 | Reviewed and compared mediation statements from April 2011 and November 2010. |
| 5/10/2011 | L. Ahearn | 0.60 | Reviewed and analyzed documents regarding valuation of certain entities. |
| 5/10/2011 | D. Rothberg | 1.00 | Reviewed expected amount of True-Ups from the Business Unit sales. |
| 5/10/2011 | D. Rothberg | 1.10 | Reviewed letter from an estate's counsel re: Claims and Allocation discussions. |
| 5/10/2011 | D. Rothberg | 1.40 | Analyzed details of deal costs for the asset sale transactions. |
| 5/10/2011 | A. Cowie | 1.80 | Continued to analyze allocable deal costs. |
| 5/10/2011 | T. Morilla | 2.30 | Reviewed and analyzed the legal entity analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 5/10/2011 | A. Cowie | 2.90 | Analyzed business sales allocable costs. |
| 5/11/2011 | D. Rothberg | 0.50 | Reviewed an estate's valuation of certain entities. |
| 5/11/2011 | C. Kearns | 0.60 | Continued reading an estate's mediation submissions and related analysis. |
| 5/11/2011 | J. Hyland | 1.20 | Reviewed TSA terms in the ASA of one Business Unit buyer. |
| 5/11/2011 | D. Rothberg | 1.80 | Reviewed an estate's expert valuation report. |
| 5/11/2011 | D. Rothberg | 1.90 | Reviewed an estate's expert TPA analysis report. |
| 5/11/2011 | J. Hyland | 2.80 | Analyzed operational issues with the Business Unit buyers and reviewed historical reporting. |
| 5/12/2011 | T. Morilla | 0.50 | Reviewed multiple press releases and articles for the GDNT joint venture. |
| 5/12/2011 | J. Hyland | 1.60 | Reviewed Business Unit buyer license addendum and related issues. |
| 5/12/2011 | A. Cowie | 1.80 | Analyzed proposed settlement payments. |
| 5/13/2011 | C. Kearns | 0.80 | Analyzed allocation related issues. |
| 5/13/2011 | T. Morilla | 1.40 | Continued to review asset allocation related issues. |
| 5/16/2011 | D. Rothberg | 0.90 | Reviewed True-Up analysis for APAs. |
| 5/16/2011 | J. Peterson | 1.50 | Continued to review and analyze the deal costs. |
| 5/16/2011 | D. Rothberg | 2.00 | Prepared report for the UCC re: Business Unit APA true-ups. |
| 5/16/2011 | T. Morilla | 2.10 | Reviewed and analyzed estate costs as it relates to the allocation of sale proceeds. |
| 5/16/2011 | J. Peterson | 2.10 | Continued to review and analyze the deal costs. |
| 5/16/2011 | J. Peterson | 2.30 | Continued to analyze the deal costs re: financial statement carve-out fees. |
| 5/17/2011 | T. Morilla | 1.00 | Continued to review the deal costs by estate. |
| 5/17/2011 | D. Rothberg | 1.20 | Prepared report for the UCC re: Business Unit APA true-ups. |
| 5/17/2011 | J. Hyland | 1.40 | Reviewed and analyzed an entity's allocation documentation. |
| 5/17/2011 | J. Hyland | 2.70 | Reviewed an estate's valuation and updated intercompany balances. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/18/2011 | D. Rothberg | 0.40 | Reviewed valuations for certain legal entities. |
| 5/18/2011 | C. Kearns | 0.40 | Reviewed and analyzed the status of entity resolutions. |
| 5/18/2011 | J. Hyland | 1.10 | Reviewed Colombia motion. |
| 5/18/2011 | A. Cowie | 1.60 | Continued to analyze allocation motion documents. |
| 5/18/2011 | D. Rothberg | 1.70 | Continued to prepare deck for the UCC re: settlement analysis. |
| 5/18/2011 | T. Morilla | 2.50 | Continued to review the U.S. Debtors' motion in regards to a certain entity. |
| 5/18/2011 | A. Cowie | 2.70 | Analyzed allocation motion documents. |
| 5/18/2011 | A. Cowie | 2.80 | Analyzed asset disposition motions. |
| 5/18/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: settlement analysis. |
| 5/19/2011 | D. Rothberg | 0.60 | Reviewed response to the U.S. Debtor's allocation protocol. |
| 5/19/2011 | D. Rothberg | 0.70 | Reviewed an estate's response to the U.S. Debtors allocation protocol motion. |
| 5/19/2011 | C. Kearns | 0.80 | Analyzed allocation related issues. |
| 5/19/2011 | T. Morilla | 0.90 | Reviewed and analyzed an estate's objection to the allocation motion. |
| 5/19/2011 | D. Rothberg | 1.10 | Reviewed an estate's objections to allocation protocol. |
| 5/19/2011 | A. Cowie | 2.90 | Analyzed allocation motion documents. |
| 5/20/2011 | D. Rothberg | 1.70 | Reviewed responses to the U.S. Debtors allocation protocol motion. |
| 5/20/2011 | T. Morilla | 2.00 | Reviewed and analyzed an estate's allocation documents. |
| 5/23/2011 | C. Kearns | 0.70 | Continued reading an estate's objections and related analysis. |
| 5/24/2011 | D. Rothberg | 0.40 | Reviewed an estate's response to the allocation protocol motion. |
| 5/24/2011 | C. Kearns | 0.50 | Analyzed allocation related issues. |
| 5/24/2011 | J. Hyland | 2.80 | Analyzed mediation responses. |
| 5/25/2011 | D. Rothberg | 0.50 | Reviewed an estate's responses to the allocation protocol motion. |
| 5/25/2011 | C. Kearns | 0.80 | Analyzed allocation related issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/25/2011 | D. Rothberg | 1.90 | Continued to review presentation comparing mediation proposals. |
| 5/25/2011 | D. Rothberg | 2.90 | Reviewed document re: allocation comparisons. |
| 5/26/2011 | C. Kearns | 1.00 | Analyzed allocation related issues. |
| 5/26/2011 | D. Rothberg | 1.40 | Reviewed comparison deck of allocation proposals. |
| 5/27/2011 | J. Hyland | 0.30 | Analyzed an allocation scenario. |
| 5/27/2011 | C. Kearns | 0.30 | Analyzed allocation related issues. |
| 5/27/2011 | D. Rothberg | 0.70 | Reviewed an estate's allocation settlement documents. |
| 5/27/2011 | T. Morilla | 1.70 | Reviewed summary of estate's allocation positions. |
| 5/31/2011 | J. Hyland | 0.40 | Reviewed the allocation summary. |
| 5/31/2011 | T. Morilla | 0.80 | Reviewed and analyzed an estate's limited response. |
| 5/31/2011 | C. Kearns | 1.20 | Analyzed allocation related issues. |
| 5/31/2011 | T. Morilla | 2.10 | Reviewed and analyzed a summary of the April mediation as it related to cash. |
| 5/31/2011 | T. Morilla | 2.20 | Reviewed and analyzed the April mediation documents. |
| 5/31/2011 | T. Morilla | 2.50 | Continued to review and analyze the summary of the April mediation. |
| Subtotal |  | 139.00 |  |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/2/2011 | J. Hyland | 1.00 | Reviewed fee statement. |
| 5/3/2011 | T. Morilla | 1.50 | Continued preparing the March fee app. |
| 5/3/2011 | T. Morilla | 2.50 | Prepared the March fee application. |
| 5/4/2011 | J. Borow | 1.10 | Reviewed fee statement and related documents. |
| 5/5/2011 | J. Hyland | 1.30 | Reviewed fee statement revisions. |
| 5/6/2011 | M. Viola | 0.50 | Prepared Capstone 3-2011 fee statement. |
| 5/9/2011 | J. Borow | 0.50 | Reviewed fee statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/9/2011 | M. Viola | 0.90 | Prepared Capstone 3-2011 fee statement. |
| 5/10/2011 | J. Hyland | 0.70 | Reviewed final fee statement. |
| 5/10/2011 | J. Borow | 1.50 | Reviewed fee statement. |
| 5/11/2011 | J. Borow | 1.10 | Reviewed final monthly fee statement. |
| 5/11/2011 | M. Viola | 1.90 | Prepared April 2011 fee statement. |
| 5/17/2011 | T. Morilla | 0.70 | Continued working on the April 2011 fee application. |
| 5/17/2011 | T. Morilla | 2.50 | Prepared April 2011 fee statement. |
| 5/19/2011 | J. Hyland | 0.70 | Reviewed fee statement. |
| 5/20/2011 | J. Hyland | 1.00 | Reviewed fee statement. |
| 5/20/2011 | M. Viola | 1.30 | Prepared 4-2011 fee statement. |
| 5/23/2011 | J. Hyland | 1.30 | Reviewed fee statement. |
| 5/23/2011 | J. Borow | 1.30 | Reviewed claims objections filed by various estates. |
| 5/24/2011 | J. Hyland | 0.50 | Reviewed interim fee application. |
| 5/24/2011 | M. Viola | 0.50 | Prepared 9th interim fee statement. |
| 5/27/2011 | J. Borow | 1.40 | Reviewed recovery analyses. |
| Subtotal | | 25.70 | |

**07. Interaction/Meetings with Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/5/2011 | J. Hyland | 0.50 | Conducted call with C. Ricaurte re: NBS status. |
| 5/5/2011 | C. Kearns | 1.00 | Reviewed the status discussion of key case issues with counsel, Jeffries, Canadian and UK counsel. |
| 5/9/2011 | J. Hyland | 0.70 | Participated in call with Cleary, J. Ray, Chilmark, counsel and Jefferies re: weekly case discussion. |
| 5/9/2011 | C. Kearns | 1.00 | Prepared for (0.3) and participated in (0.7) status call with counsel and Debtors re: next steps. |
| 5/9/2011 | J. Hyland | 1.40 | Reviewed discussion items for Cleary meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/11/2011 | C. Kearns | 1.20 | Participated in weekly status call with UCC professionals and related follow up. |
| 5/11/2011 | M. Lasinski | 1.50 | Participated in call with counsel, Jefferies and other advisors in preparation for a call with the UCC. |
| 5/12/2011 | J. Hyland | 0.30 | Conducted call with J. Ray re: Business Unit buyers and a CALA entity tax payments. |
| 5/12/2011 | C. Kearns | 0.80 | Participated in the status call with counsel re: key next steps. |
| 5/16/2011 | J. Hyland | 1.20 | Participated in call with J. Ray, Cleary, Jefferies, and counsel re: update call. |
| 5/16/2011 | C. Kearns | 1.70 | Prepared for (0.5) and participated in (1.2) status call with Debtors. |
| 5/16/2011 | J. Borow | 1.80 | Prepared for (0.6) and participated in (1.2) meeting with U.S. Debtors and Debtor's Professionals. |
| 5/17/2011 | J. Hyland | 0.10 | Conducted call with S. Schultz re: CFSA. |
| 5/17/2011 | J. Hyland | 0.30 | Conducted call with R. Jacobs re: CFSA. |
| 5/18/2011 | C. Kearns | 0.50 | Analyzed issues discussed with counsel. |
| 5/23/2011 | J. Borow | 0.70 | Participated in a portion of the meeting with U.S. Debtor and Debtor's Professionals. |
| 5/23/2011 | C. Kearns | 1.30 | Participated in status call with Debtors. |
| 5/23/2011 | J. Hyland | 1.30 | Participated in call with J. Bromley, Cleary, J. Ray, M. Rosenberg, M. Kennedy, counsel and Jefferies re: weekly Cleary call on case matters. |
| 5/25/2011 | C. Kearns | 1.40 | Prepared for (0.1) and participated in (1.3) weekly status call with UCC professionals. |
| 5/31/2011 | C. Kearns | 0.70 | Participated in weekly status call with UCC professionals. |
| 5/31/2011 | J. Borow | 1.10 | Participated in discussions with various Creditors and parties of interest re: status of matter. |
| 5/31/2011 | J. Borow | 1.60 | Prepared for and participated in conference call with Debtor and Debtor Professionals re: status of various matters in the case. |
| Subtotal | | 22.10 | |

**08. Interaction/Meetings with Creditors**

| | | | |
|------|-------------|-------|--------------------------|
| 5/3/2011 | J. Hyland | 0.70 | Reviewed talking points for UCC meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/4/2011 | J. Hyland | 1.00 | Participated in UCC pre-call with UCC professionals. |
| 5/5/2011 | M. Lasinski | 0.20 | Participated in call with the UCC, counsel, Jefferies and other advisors. |
| 5/5/2011 | J. Hyland | 0.20 | Conducted call with B. Kahn re: UCC reporting. |
| 5/5/2011 | A. Cowie | 0.80 | Participated in call with UK Counsel in regard to UK pension claim. |
| 5/5/2011 | J. Hyland | 1.40 | Prepared for (0.4) and participated in (1.0) UCC follow-up call with UCC professionals. |
| 5/5/2011 | J. Borow | 1.80 | Participated in discussions with Creditors and parties of interest re: status of matter. |
| 5/5/2011 | C. Kearns | 2.20 | Prepared for and participated in weekly UCC call. |
| 5/5/2011 | J. Hyland | 2.20 | Participated in UCC call with counsel, Jefferies and Fraser. |
| 5/5/2011 | J. Borow | 2.70 | Prepared for (0.5) and participated in (2.2) meeting with UCC and professionals. |
| 5/5/2011 | J. Hyland | 2.90 | Prepared discussion items for UCC call. |
| 5/6/2011 | J. Borow | 1.50 | Participated in discussions with Creditors and parties of interest re: status of matter. |
| 5/11/2011 | J. Hyland | 1.20 | Participated in pre-call for UCC with counsel and Jefferies. |
| 5/11/2011 | J. Borow | 1.20 | Participated in discussion with UCC professionals in preparation for meeting with UCC. |
| 5/11/2011 | J. Borow | 2.10 | Participated in discussions with various Creditors and other parties of interest re: status of matter. |
| 5/12/2011 | M. Lasinski | 0.20 | Participated in a portion of the call with the UCC, counsel, Jefferies and other advisors. |
| 5/12/2011 | J. Hyland | 0.80 | Participated in post-call with UCC professionals. |
| 5/12/2011 | C. Kearns | 0.90 | Prepared for and participated in weekly UCC call. |
| 5/12/2011 | J. Hyland | 0.90 | Participated in UCC call with UCC professionals. |
| 5/12/2011 | J. Hyland | 2.00 | Prepared for the weekly status call with UCC professionals. |
| 5/12/2011 | J. Borow | 2.70 | Prepared for (1.0) and participated in (1.7) UCC meeting and related follow-up meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/17/2011 | J. Hyland | 0.50 | Conducted call with S. Kuhn re: Intercompany entities and obligations. |
| 5/17/2011 | J. Hyland | 1.00 | Participated in pre-UCC call with UCC professionals. |
| 5/17/2011 | J. Borow | 1.10 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 5/17/2011 | J. Borow | 1.40 | Prepared for (0.4) and participated in (1.0) discussions with UCC professionals re: status of matter. |
| 5/17/2011 | C. Kearns | 1.50 | Prepared for (0.5) and participated in (1.0) weekly status call with UCC professionals. |
| 5/18/2011 | J. Hyland | 0.40 | Participated in call with counsel, Ashurst and Fraser re: UCC meeting. |
| 5/18/2011 | J. Hyland | 0.50 | Participated in UCC call with UCC and UCC professionals. |
| 5/18/2011 | C. Kearns | 1.00 | Prepared for (0.1) and participated in (0.9) weekly UCC call and follow-up meetings. |
| 5/18/2011 | J. Borow | 3.50 | Prepared for (2.4) and participated in (0.9) UCC meeting and follow-up meeting. |
| 5/24/2011 | J. Hyland | 0.30 | Conducted call with M. Sandberg re: case matters. |
| 5/25/2011 | J. Hyland | 0.70 | Conducted call with M. Sandberg re: case matters. |
| 5/25/2011 | J. Hyland | 1.30 | Participated in pre-UCC call with counsel, Jefferies, and Ashurst. |
| 5/25/2011 | J. Borow | 1.70 | Prepared for and participated in discussion with counsel and Jefferies for UCC re: UCC meeting with full Committee. |
| 5/26/2011 | J. Hyland | 0.90 | Participated in UCC call including UCC professionals. |
| 5/26/2011 | J. Hyland | 1.00 | Participated in discussion with counsel and A. Rohan re: UCC call. |
| 5/26/2011 | J. Hyland | 1.50 | Participated in weekly status call with UCC professionals. |
| 5/26/2011 | C. Kearns | 1.80 | Prepared for (0.3) and participated in (1.5) weekly UCC call. |
| 5/26/2011 | J. Borow | 2.60 | Prepared for (0.1) and participated in (2.5) UCC meeting and related follow-up. |
| 5/31/2011 | J. Hyland | 0.70 | Participated in pre-UCC call with counsel and Jefferies. |
| Subtotal | | 53.00 | |

**Capstone Advisory Group, LLC**
**Invoice for the 5-1-2011 - 5-31-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/2/2011 | C. Kearns | 0.40 | Analyzed issues re: impact of a scenario on creditor recoveries. |
| 5/2/2011 | A. Cowie | 2.30 | Continued to analyze scenario impact on creditor recoveries. |
| 5/2/2011 | A. Cowie | 2.80 | Analyzed scenario on creditor recoveries. |
| 5/3/2011 | J. Borow | 1.90 | Reviewed recovery issues relating to exchange rate changes. |
| 5/3/2011 | J. Hyland | 1.90 | Re-calculated a non-filed entity's recovery amounts. |
| 5/4/2011 | C. Kearns | 0.40 | Reviewed analysis of potential scenario impact to non-US creditor recoveries. |
| 5/4/2011 | J. Borow | 1.70 | Reviewed various aspects of recoveries to various creditor groups. |
| 5/6/2011 | J. Borow | 2.50 | Reviewed and analyzed recovery analyses for various creditor constituencies. |
| 5/23/2011 | A. Cowie | 0.90 | Analyzed allocation related documents. |
| 5/24/2011 | J. Borow | 1.60 | Reviewed recovery analyses. |
| 5/25/2011 | J. Borow | 1.10 | Reviewed recovery analyses. |
| 5/25/2011 | J. Peterson | 2.70 | Reviewed an estate's summary of the allocation positions. |
| 5/26/2011 | J. Peterson | 1.60 | Reviewed the differences under the revenue percentage assumptions for the mediation proposals and CFSA. |
| 5/26/2011 | J. Peterson | 2.20 | Continued to review and analyze the summary of allocation positions report. |
| 5/26/2011 | A. Cowie | 2.70 | Analyzed documentation in regard to allocation issue. |
| 5/27/2011 | J. Borow | 1.40 | Reviewed recovery analyses. |
| 5/31/2011 | J. Peterson | 0.80 | Reviewed and analyzed the mediation proposals. |
| 5/31/2011 | A. Cowie | 1.20 | Analyzed allocation issues. |
| 5/31/2011 | J. Peterson | 1.50 | Continued to review an estate's summary of allocation proposals. |
| Subtotal | | 31.60 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/2/2011 | D. Rothberg | 1.00 | Participated in cross border claims call. |
| 5/2/2011 | J. Hyland | 1.30 | Prepared for (0.3) and participated in (1.0) call with B. Kahn, R. Jacobs, and Cleary re: cross-border claims. |
| 5/2/2011 | J. Hyland | 1.70 | Analyzed U.S. claims. |
| 5/2/2011 | D. Rothberg | 1.80 | Reviewed and analyzed EMEA proofs of claims in Canada. |
| 5/2/2011 | J. Peterson | 1.80 | Prepared for (0.8) and participated in (1.0) a cross-border claims conference call with Fraser Milner, counsel, and Cleary. |
| 5/2/2011 | D. Rothberg | 1.90 | Reviewed EMEA support of claims in Canada. |
| 5/2/2011 | T. Morilla | 1.90 | Reviewed and analyzed U.S. claims. |
| 5/2/2011 | J. Peterson | 2.00 | Continued to review and analyze the cross-border claims re: same Creditor claims. |
| 5/2/2011 | J. Borow | 2.40 | Reviewed claims for various estates. |
| 5/2/2011 | T. Morilla | 2.40 | Reviewed and analyzed the Canadian claims. |
| 5/2/2011 | J. Peterson | 2.40 | Continued to review and analyze the cross-border claims update re: overlapping claims. |
| 5/2/2011 | A. Cowie | 2.40 | Analyzed current status of cross-border claims. |
| 5/2/2011 | T. Morilla | 2.50 | Analyzed exchange rate issues as it relates to the claims. |
| 5/2/2011 | J. Borow | 2.70 | Reviewed recovery scenarios relating to all estates. |
| 5/2/2011 | J. Hyland | 2.80 | Reviewed cross-border claim summary. |
| 5/3/2011 | J. Peterson | 1.80 | Continued to review and analyze the latest cross-border claims update. |
| 5/3/2011 | J. Peterson | 2.10 | Reviewed the UK Pension Regulator's filings and potential impact of the Financial Support Direction on EMEA. |
| 5/3/2011 | D. Rothberg | 2.10 | Analyzed UK Pension claim documents. |
| 5/3/2011 | D. Rothberg | 2.40 | Reviewed support for EMEA claims in Canada. |
| 5/3/2011 | J. Peterson | 2.60 | Drafted the cross-border claims talking points for the UCC meeting. |
| 5/3/2011 | A. Cowie | 2.70 | Analyzed supporting EMEA claim documentation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 5/3/2011 | A. Cowie | 2.80 | Analyzed Canadian EMEA filed claims. |
| 5/4/2011 | J. Hyland | 0.20 | Conducted calls with T. Ayres re: cross-border claims. |
| 5/4/2011 | J. Hyland | 0.20 | Conducted call with B. Kahn re: cross-border claims. |
| 5/4/2011 | J. Hyland | 1.00 | Reviewed claimant settlement stipulation and related financial analysis. |
| 5/4/2011 | J. Peterson | 1.30 | Continued to review the U.S. cross-border claims update. |
| 5/4/2011 | J. Peterson | 1.40 | Continued reviewing an entity's claims. |
| 5/4/2011 | T. Morilla | 1.90 | Continued to review the Heads of Claim document. |
| 5/4/2011 | J. Hyland | 2.00 | Analyzed cross-border claims. |
| 5/4/2011 | T. Morilla | 2.50 | Reviewed and analyzed the Heads of Claim document. |
| 5/4/2011 | J. Peterson | 2.60 | Reviewed and compared the Canadian cross-border claims to the U.S. list of identified cross-border claims. |
| 5/4/2011 | J. Hyland | 2.80 | Prepared summary of cross-border claims for UCC. |
| 5/4/2011 | D. Rothberg | 2.90 | Reviewed support for EMEA claims. |
| 5/4/2011 | A. Cowie | 2.90 | Analyzed supporting EMEA claim documentation. |
| 5/5/2011 | C. Kearns | 0.60 | Reviewed Ashurst analysis of a claim. |
| 5/5/2011 | J. Peterson | 0.80 | Reviewed and updated the cross-border claims talking points. |
| 5/5/2011 | T. Morilla | 0.90 | Reviewed and analyzed the U.S. Debtors' response to the claims response. |
| 5/5/2011 | D. Rothberg | 1.40 | Continued to analyze support for an entity's claims. |
| 5/5/2011 | J. Peterson | 1.70 | Prepared for and participated on a call with Ashurst re: claim from an entity. |
| 5/5/2011 | D. Rothberg | 1.70 | Analyzed support for an entity's claims. |
| 5/5/2011 | T. Morilla | 2.70 | Continued to review an entity's claims. |
| 5/5/2011 | A. Cowie | 2.80 | Analyzed supporting an entity's claim documentation. |
| 5/6/2011 | A. Cowie | 0.40 | Analyzed U.S. legal reply on an entity's claims submission. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/6/2011 | D. Rothberg | 1.10 | Continued to analyze support for an entity's claims in Canada. |
| 5/6/2011 | D. Rothberg | 1.20 | Analyzed employee-related claim. |
| 5/6/2011 | A. Cowie | 1.30 | Analyzed an entity's claims supporting documentation. |
| 5/6/2011 | D. Rothberg | 2.80 | Reviewed support for an entity's claims in Canada. |
| 5/6/2011 | A. Cowie | 2.90 | Analyzed an entity's claims filed in Canada. |
| 5/9/2011 | A. Cowie | 2.80 | Analyzed claims filed in CDN proceedings. |
| 5/9/2011 | A. Cowie | 2.90 | Continued analyzing filed claims for NNL. |
| 5/10/2011 | A. Cowie | 0.70 | Analyzed supporting documentation related to claims. |
| 5/10/2011 | J. Peterson | 1.30 | Continued to review and analyze the latest Canadian claims update. |
| 5/10/2011 | J. Peterson | 2.50 | Reviewed and analyzed the latest Canadian claims update provided by E&Y dated 5-9-2011. |
| 5/10/2011 | A. Cowie | 2.80 | Analyzed EMEA claims by entity. |
| 5/11/2011 | D. Rothberg | 1.80 | Reviewed and analyzed an entity's original Heads of Claim document. |
| 5/11/2011 | A. Cowie | 2.40 | Continued to analyze supporting documentation related to an entity's claims. |
| 5/11/2011 | A. Cowie | 2.70 | Analyzed claims filed in Canada estate. |
| 5/11/2011 | A. Cowie | 2.80 | Analyzed supporting documentation related to claims. |
| 5/12/2011 | J. Hyland | 1.90 | Analyzed True-ups for end of case. |
| 5/12/2011 | A. Cowie | 2.70 | Continued to analyze supporting documentation for an entity's claims. |
| 5/12/2011 | A. Cowie | 2.70 | Analyzed supporting documentation for an entity's claims. |
| 5/13/2011 | D. Rothberg | 1.00 | Reviewed an entity's claim support. |
| 5/13/2011 | A. Cowie | 2.60 | Analyzed supporting calculations and documents in regard to an entity's claims. |
| 5/13/2011 | T. Morilla | 2.90 | Continued to review and analyze claims from an entity. |
| 5/16/2011 | A. Cowie | 0.50 | Continued to analyze by entity detailed claim information as provided by an estate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/16/2011 | D. Rothberg | 2.10 | Reviewed an entity's claims support. |
| 5/16/2011 | A. Cowie | 2.70 | Analyzed by entity detailed claim information as provided by an entity. |
| 5/16/2011 | T. Morilla | 2.90 | Continued reviewing an entity's claims. |
| 5/17/2011 | D. Rothberg | 0.80 | Reviewed support for an estate's proofs of claim in Canada. |
| 5/17/2011 | J. Borow | 2.40 | Reviewed claims objections filed by various estates. |
| 5/17/2011 | A. Cowie | 2.80 | Analyzed an estate's claims information. |
| 5/18/2011 | T. Morilla | 2.60 | Continued to review the Heads of Claim document and related support. |
| 5/18/2011 | J. Borow | 2.80 | Reviewed claims objections filed by various estates. |
| 5/19/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: top 10 trade claims. |
| 5/19/2011 | J. Peterson | 0.60 | Participated in a call with R. Boris re: top ten U.S. Creditors. |
| 5/19/2011 | J. Hyland | 0.60 | Conducted call with R. Boris re: top 10 trade claims. |
| 5/19/2011 | J. Hyland | 1.00 | Reviewed a supplier settlement agreement. |
| 5/19/2011 | J. Hyland | 1.50 | Analyzed top 10 trade claims. |
| 5/19/2011 | J. Peterson | 1.60 | Continued to analyze the top ten U.S. Creditors. |
| 5/19/2011 | T. Morilla | 1.90 | Continued to review U.S. trade claims. |
| 5/19/2011 | T. Morilla | 2.30 | Reviewed and analyzed trade claims as it relates to a certain supplier. |
| 5/19/2011 | J. Borow | 2.40 | Reviewed claims objections filed by various estates. |
| 5/19/2011 | A. Cowie | 2.50 | Analyzed supporting documentation for an entity's claims. |
| 5/19/2011 | J. Peterson | 2.60 | Reviewed the top ten U.S. Creditors. |
| 5/19/2011 | T. Morilla | 2.70 | Reviewed and analyzed U.S. trade claims. |
| 5/19/2011 | A. Cowie | 2.70 | Analyzed data room for relevant documents in regard to an entity's claims. |
| 5/20/2011 | J. Borow | 0.50 | Continued to review claims objections filed by various estates. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/20/2011 | A. Cowie | 0.60 | Continued to prepare summary document for an estate's claims. |
| 5/20/2011 | A. Cowie | 1.80 | Continued to analyze data room for relevant documents in regard to an estate's claims. |
| 5/20/2011 | A. Cowie | 2.30 | Prepared summary document in regard to claims. |
| 5/20/2011 | T. Morilla | 2.30 | Continued to review an estate's claims. |
| 5/20/2011 | J. Borow | 2.90 | Reviewed claims objections filed by various estates. |
| 5/20/2011 | A. Cowie | 2.90 | Analyzed data room for relevant documents in regard to an entity's claims. |
| 5/23/2011 | T. Morilla | 0.70 | Reviewed and analyzed a creditor's claim related issues. |
| 5/23/2011 | A. Cowie | 2.70 | Continued to analyze data room for relevant documents related to an estate's claims. |
| 5/23/2011 | A. Cowie | 2.90 | Analyzed data room for relevant documents related to an estate's claims. |
| 5/24/2011 | T. Morilla | 2.20 | Continued reviewing an estate's claims. |
| 5/25/2011 | J. Hyland | 2.60 | Reviewed aspects of reported results as they relate to claims. |
| 5/26/2011 | A. Cowie | 0.90 | Continued to analyze supporting information in regard to an estate's claims. |
| 5/26/2011 | J. Peterson | 2.00 | Continued to review and analyze the claim summaries. |
| 5/26/2011 | A. Cowie | 2.80 | Analyzed supporting information in regard to an estate's claims. |
| 5/27/2011 | A. Cowie | 2.50 | Analyzed supporting information in regard to an estate's claims. |
| 5/27/2011 | A. Cowie | 2.90 | Continued to analyze supporting information in regard to an entity's claims. |
| 5/31/2011 | J. Borow | 0.60 | Reviewed claims settlements. |
| 5/31/2011 | J. Hyland | 0.90 | Reviewed settlement stipulation re: preference claim. |
| 5/31/2011 | J. Peterson | 1.20 | Reviewed the U.S. claims re: a claimant. |
| 5/31/2011 | A. Cowie | 1.80 | Analyzed estate's detailed by entity claims. |
| Subtotal | | 210.10 | |

**Capstone Advisory Group, LLC**
**Invoice for the 5-1-2011 - 5-31-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **13. Intercompany Transactions/Balances** | | | |
| 5/4/2011 | D. Rothberg | 1.10 | Reviewed details behind settlements in relation to the CFSA true-up calculation. |
| 5/9/2011 | D. Rothberg | 0.40 | Reviewed intercompany balances between the estates. |
| 5/10/2011 | D. Rothberg | 1.20 | Reviewed CFSA agreement re: True Ups. |
| 5/10/2011 | J. Peterson | 2.90 | Reviewed the CFSA re: items to be reimbursed and true-up of costs. |
| 5/11/2011 | J. Peterson | 1.50 | Reviewed the "Specially Allocated Costs" for the Corporate Group as outlined in the CFSA. |
| 5/11/2011 | T. Morilla | 2.30 | Continued to review the Canadian Funding Settlement Agreement. |
| 5/11/2011 | T. Morilla | 2.50 | Reviewed and analyzed the Canadian Funding Settlement Agreement. |
| 5/11/2011 | J. Peterson | 2.90 | Continued to draft a summary of the potential CFSA True-Up re: Business Unit cash burn. |
| 5/13/2011 | J. Peterson | 2.50 | Continued to analyze and draft a summary of the "Allocated Corporate Costs" as agreed to in the CFSA. |
| 5/13/2011 | T. Morilla | 2.70 | Continued to review and analyze the Canadian Funding Settlement Agreement related issues. |
| 5/13/2011 | J. Peterson | 2.90 | Continued to review and draft a summary of the "Allocated Corporate Costs" to be split between NNI and NNL as agreed to in the CFSA. |
| 5/13/2011 | J. Peterson | 2.90 | Continued to draft an analysis of the CFSA reimbursements and True-Up. |
| 5/16/2011 | J. Hyland | 0.30 | Conducted call with J. Doolittle re: IFSA/CFSA. |
| 5/16/2011 | L. Ahearn | 1.80 | Reviewed and analyzed restructuring manager's reports. |
| 5/16/2011 | T. Morilla | 1.80 | Continued reviewing terms in the Canadian Funding Settlement Agreement. |
| 5/16/2011 | J. Hyland | 2.30 | Reviewed IFSA. |
| 5/16/2011 | J. Hyland | 2.70 | Reviewed status of IFSA/CFSA true-up. |
| 5/16/2011 | D. Rothberg | 2.80 | Reviewed updated Asia restructuring package materials. |
| 5/16/2011 | J. Peterson | 2.90 | Continued to analyze the deal costs as agreed to in the CFSA and IFSA. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/17/2011 | D. Rothberg | 0.30 | Reviewed NNCL and GDNT intercompany forecasts and actuals. |
| 5/17/2011 | D. Rothberg | 0.70 | Reviewed the IFSA. |
| 5/17/2011 | D. Rothberg | 0.70 | Reviewed the CFSA. |
| 5/17/2011 | D. Rothberg | 0.80 | Reviewed APAC, China and CALA liquidation plans. |
| 5/17/2011 | J. Hyland | 0.90 | Participated in call with J. Doolittle, A. Bifield, T. Beeches, E&Y, M. Sandberg, M. Kennedy, J. Ray and other Debtors re: APAC Restructuring Agreement monthly call. |
| 5/17/2011 | J. Hyland | 1.00 | Participated in APAC Restructuring Manager's call. |
| 5/17/2011 | D. Rothberg | 1.00 | Participated in APAC restructuring call. |
| 5/17/2011 | J. Peterson | 1.40 | Reviewed the intercompany balances included in the CFSA between NNI and NNL. |
| 5/17/2011 | J. Hyland | 1.40 | Reviewed CFSA true-up analysis. |
| 5/17/2011 | D. Rothberg | 1.50 | Analyzed original CFSA funding documents. |
| 5/17/2011 | T. Morilla | 1.80 | Reviewed and analyzed the APAC restructuring report. |
| 5/17/2011 | T. Morilla | 2.30 | Reviewed initial draft of Canadian Funding Settlement Agreement report. |
| 5/17/2011 | J. Hyland | 2.40 | Reviewed CFSA true-up report for UCC. |
| 5/17/2011 | L. Ahearn | 2.50 | Prepared for and participated in monthly Asia RM call. |
| 5/17/2011 | J. Peterson | 2.80 | Continued to draft the report schedules for the CFSA True Up analysis. |
| 5/17/2011 | J. Peterson | 2.90 | Continued to draft and update the schedules for the CFSA True Up summary overview. |
| 5/18/2011 | D. Rothberg | 0.30 | Reviewed intercompany balance information in APAC and CALA. |
| 5/18/2011 | J. Hyland | 0.50 | Conducted call with R. Jacobs re: CFSA terms. |
| 5/18/2011 | J. Hyland | 1.00 | Reviewed and revised CFSA UCC presentation. |
| 5/18/2011 | J. Peterson | 1.70 | Reviewed the IFSA re: further discussion on deal costs. |
| 5/18/2011 | T. Morilla | 1.90 | Continued to review the intercompany matrices. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/18/2011 | J. Hyland | 2.00 | Analyzed and summarized status of GDNT and NN China. |
| 5/18/2011 | T. Morilla | 2.30 | Continued to review and analyze the intercompany matrices. |
| 5/18/2011 | J. Peterson | 2.70 | Continued to review and analyze the Q4 2009 TPA forecast and impact on the CFSA funding. |
| 5/18/2011 | J. Hyland | 2.70 | Continued analyzing CFSA true-up and reimbursements. |
| 5/18/2011 | J. Hyland | 2.80 | Analyzed CFSA True-Up. |
| 5/19/2011 | D. Rothberg | 1.40 | Reviewed CFSA report. |
| 5/19/2011 | J. Peterson | 1.80 | Reviewed and analyzed the CFSA True-Up summary overview. |
| 5/19/2011 | J. Peterson | 1.90 | Continued to review the impact on the Business Unit deal close dates on NNI's funding percentage of Canada's cash burn. |
| 5/19/2011 | J. Hyland | 2.60 | Continued analyzing CFSA calculations. |
| 5/19/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: CFSA Settlement. |
| 5/19/2011 | J. Hyland | 2.90 | Analyzed CFSA calculations. |
| 5/20/2011 | J. Hyland | 1.80 | Reviewed CFSA report. |
| 5/20/2011 | D. Rothberg | 1.80 | Continued to prepare report for the UCC re: CFSA Settlement. |
| 5/20/2011 | J. Peterson | 2.30 | Continued to edit and update the CFSA true up summary overview. |
| 5/20/2011 | T. Morilla | 2.30 | Continued reviewing the Canadian Funding Settlement Agreement report. |
| 5/20/2011 | T. Morilla | 2.40 | Reviewed the Canadian Funding Settlement Agreement report document and provided comments. |
| 5/20/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: CFSA settlement. |
| 5/23/2011 | J. Peterson | 1.10 | Continued to edit and update the forecast assumptions for the CFSA true up summary report. |
| 5/23/2011 | J. Peterson | 1.80 | Continued to update the forecasted deal costs in the CFSA summary overview for new information received from the Corporate Group. |
| 5/23/2011 | D. Rothberg | 2.00 | Continued to analyze details of the CFSA and original cash forecasts tied to the CFSA. |
| 5/23/2011 | D. Rothberg | 2.20 | Analyzed true-up calculations to be applied in CFSA settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/23/2011 | J. Hyland | 2.60 | Analyzed CFSA calculations. |
| 5/23/2011 | J. Hyland | 2.70 | Reviewed CFSA report. |
| 5/23/2011 | J. Peterson | 2.80 | Continued to edit the supporting schedules for the CFSA true up overview re: change in allocation percentages to the allocated fixed costs. |
| 5/23/2011 | J. Hyland | 2.80 | Analyzed CFSA-impacted actual costs. |
| 5/23/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: CFSA settlement. |
| 5/24/2011 | J. Hyland | 0.60 | Conducted call with R. Jacobs and B. Kahn re: CFSA. |
| 5/24/2011 | C. Kearns | 0.80 | Reviewed analysis of potential NNL true-up issues. |
| 5/24/2011 | D. Rothberg | 1.50 | Prepared for (0.9) and participated in (0.6) a call with counsel analyzing the CFSA settlement. |
| 5/24/2011 | D. Rothberg | 1.80 | Prepared report for the UCC re: CFSA Settlement. |
| 5/24/2011 | J. Hyland | 2.00 | Continued to update CFSA calculations and report. |
| 5/24/2011 | T. Morilla | 2.00 | Continued reviewing terms in the Canadian Funding Settlement Agreement. |
| 5/24/2011 | D. Rothberg | 2.10 | Prepared report for the UCC re: CFSA Settlement. |
| 5/24/2011 | J. Hyland | 2.90 | Updated CFSA calculations and report. |
| 5/24/2011 | J. Peterson | 2.90 | Continued to edit and update for the CFSA true up report. |
| 5/25/2011 | J. Hyland | 1.00 | Analyzed cost bucket in CFSA. |
| 5/25/2011 | D. Rothberg | 1.10 | Prepared report for the UCC re: CFSA Settlement. |
| 5/25/2011 | J. Hyland | 2.10 | Prepared CFSA discussion points for UCC. |
| 5/25/2011 | J. Peterson | 2.20 | Continued to edit and finalize the CFSA true up summary report. |
| 5/25/2011 | J. Hyland | 2.80 | Revised CFSA presentation. |
| 5/31/2011 | J. Peterson | 1.00 | Analyzed the change in the U.S. estates intercompany balances from December 31, 2010 to March 31, 2011. |

Subtotal                  157.40

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/5/2011 | J. Borow | 1.30 | Reviewed current operating results and cash burn. |
| 5/5/2011 | J. Peterson | 2.70 | Reviewed and analyzed the Q1 2011 NBS actual to budget report. |
| 5/6/2011 | J. Peterson | 1.80 | Reviewed the Corporate Group Q1 2011 budget vs. actual results. |
| 5/6/2011 | D. Rothberg | 1.80 | Reviewed actual Corporate group 2010 results. |
| 5/9/2011 | J. Peterson | 1.60 | Continued to review and analyze the Q1 Corporate Group results for Canada. |
| 5/10/2011 | J. Peterson | 0.90 | Participated on a call with NBS re: schedule of reporting and questions on results. |
| 5/10/2011 | D. Rothberg | 1.30 | Prepared for (0.4) and participated in (0.9) a call with T. Ross, CFO of NNI to discuss ongoing reporting and Q1 results. |
| 5/10/2011 | D. Rothberg | 2.10 | Analyzed Q1 results for U.S Debtor. |
| 5/11/2011 | J. Peterson | 2.80 | Continued to analyze the 2010 Corporate Group results and impact on the CFSA True-Up analysis. |
| 5/13/2011 | D. Rothberg | 1.00 | Reviewed revised actual verse budget analysis provided by U.S Debtor. |
| 5/16/2011 | T. Morilla | 0.90 | Reviewed release re: the quarterly financial results. |
| 5/16/2011 | A. Cowie | 0.90 | Participated in update call with APAC representatives in regard to current operating performance. |
| 5/16/2011 | D. Rothberg | 1.30 | Reviewed actual to budget analysis for the U.S. Debtors. |
| 5/16/2011 | A. Cowie | 1.30 | Analyzed updated operating performance information for US Debtor. |
| 5/16/2011 | A. Cowie | 2.90 | Analyzed APAC region monthly financial reporting. |
| 5/17/2011 | A. Cowie | 1.40 | Continued to analyzed APAC and related operating information. |
| 5/17/2011 | D. Rothberg | 1.50 | Reviewed U.S. actual results through April. |
| 5/17/2011 | A. Cowie | 2.90 | Analyzed updated APAC operating information. |
| 5/18/2011 | D. Rothberg | 0.70 | Continued to analyze and review first quarter results for the U.S. Debtor. |
| 5/18/2011 | D. Rothberg | 2.20 | Analyzed first quarter budget versus actual information for the U.S. Debtor. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/18/2011 | J. Peterson | 2.30 | Reviewed the global revenue numbers (2008 actual & 2009 forecast) used by E&Y in the original CFSA funding presentations. |
| 5/19/2011 | D. Rothberg | 1.50 | Participated in a call with D. Cozart of the Debtor to discuss Q1 results for the U.S. Debtor. |
| 5/20/2011 | D. Rothberg | 1.70 | Reviewed actual versus budget results for the U.S. Debtor. |
| 5/23/2011 | A. Cowie | 1.80 | Analyzed current operating performance of US Debtor. |
| 5/23/2011 | J. Peterson | 2.00 | Continued to review the Q4 2009 TPA forecast and impact on the CFSA funding. |
| 5/24/2011 | D. Rothberg | 1.70 | Reviewed and analyzed actual results versus forecast provided by the U.S. Debtors. |
| 5/24/2011 | J. Peterson | 2.40 | Continued to review and analyze the Q1 2011 actual results for the U.S. estate. |
| 5/25/2011 | D. Rothberg | 1.80 | Reviewed and Analyzed April actual results for the U.S. Debtor. |
| 5/25/2011 | J. Peterson | 2.40 | Reviewed the April actual vs. budget results for the U.S. estate. |
| 5/26/2011 | J. Peterson | 0.80 | Prepared for and participated on a call with NBS re: revised outlook and year-to-date results summary. |
| 5/26/2011 | D. Rothberg | 1.80 | Analyzed and reviewed actual versus budget results through April. |
| 5/26/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: Actual versus budget analysis. |
| 5/27/2011 | D. Rothberg | 0.80 | Continued to prepare report for the UCC re: actual vs. budget. |
| 5/27/2011 | D. Rothberg | 1.10 | Participated in a call with T. Ross and D. Cozart re: actual and budget. |
| 5/27/2011 | J. Peterson | 2.20 | Analyzed the Q1 2011 U.S. estate working capital changes to the budget. |
| 5/27/2011 | J. Peterson | 2.80 | Continued to reconcile the U.S. estate year-to-date results to the budget. |
| 5/27/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: Actual versus budget results. |
| 5/30/2011 | D. Rothberg | 2.00 | Prepared report for the UCC re: April actual versus budget. |
| 5/31/2011 | A. Cowie | 2.30 | Continued to analyze filed operating statements. |
| 5/31/2011 | J. Peterson | 2.80 | Continued to draft a report on the U.S. actual vs. budget January to April results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/31/2011 | A. Cowie | 2.80 | Analyzed current filed operating statements for the Debtors. |
| Subtotal | | 76.10 | |

**18. Operating and Other Reports**

| | | | |
|------|-------------|-------|---------------------------|
| 5/3/2011 | J. Peterson | 1.20 | Reviewed the 65th Report of the Monitor re: UK Pension and EMEA claims update. |
| 5/3/2011 | D. Rothberg | 1.20 | Reviewed IFSA agreement re: Allocation language. |
| 5/3/2011 | A. Cowie | 2.80 | Prepared final version of recovery document for UCC meeting. |
| 5/4/2011 | J. Borow | 1.40 | Reviewed current operating results and cash burn. |
| 5/4/2011 | J. Peterson | 1.70 | Reviewed NNUK's Admin Progress report dated 2-2011 re: discussion on cash, claims and recoveries. |
| 5/4/2011 | A. Cowie | 2.10 | Prepared discussion documents for UCC meeting. |
| 5/4/2011 | D. Rothberg | 2.10 | Analyzed prior years board minutes for two entities |
| 5/5/2011 | A. Cowie | 0.90 | Prepared follow-up material for UCC queries arising from weekly meeting. |
| 5/5/2011 | J. Peterson | 2.10 | Reviewed the 2-2011 Admin Progress report for France SA. |
| 5/5/2011 | A. Cowie | 2.80 | Prepared supporting information for UCC meeting. |
| 5/6/2011 | J. Peterson | 1.70 | Continued to review and analyze the Corporate Group's Q1 2011 budget vs. actual results by region. |
| 5/9/2011 | D. Rothberg | 0.90 | Reviewed EMEA administrator operating reports. |
| 5/9/2011 | J. Hyland | 1.60 | Reviewed report status. |
| 5/10/2011 | C. Kearns | 1.00 | Reviewed letter re: process and discuss implications with counsel. |
| 5/10/2011 | J. Borow | 2.10 | Reviewed various documents including IFSA, Bloom Statement and Heads of claim. |
| 5/10/2011 | J. Hyland | 2.30 | Prepared NBS operational status talking points for UCC. |
| 5/10/2011 | J. Hyland | 2.90 | Analyzed NBS operational status. |
| 5/11/2011 | A. Cowie | 0.20 | Prepared operating update reporting points for UCC meeting. |
| 5/11/2011 | D. Rothberg | 2.20 | Reviewed witness statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/11/2011 | T. Morilla | 2.40 | Reviewed and analyzed a witness statement. |
| 5/12/2011 | A. Cowie | 0.20 | Prepared summary analysis points in regard to an estate's claims. |
| 5/12/2011 | J. Borow | 0.20 | Continued reviewing various documents including IFSA, witness statement and Heads of claim. |
| 5/12/2011 | A. Cowie | 0.90 | Prepared operating update reporting points for UCC meeting. |
| 5/12/2011 | J. Peterson | 1.10 | Reviewed witness statement that was filed with the courts. |
| 5/12/2011 | J. Peterson | 1.40 | Reviewed NNUK's U.S. filing with the U.S. courts re: IFSA. |
| 5/12/2011 | J. Borow | 2.90 | Reviewed various documents including IFSA, witness statement and Heads of claim. |
| 5/13/2011 | J. Borow | 2.10 | Reviewed various documents including IFSA, witness statement and Heads of claim. |
| 5/13/2011 | A. Cowie | 2.70 | Continued to prepare summary analysis points in regard an estate's claims. |
| 5/13/2011 | A. Cowie | 2.80 | Prepared summary analysis points in regard to an estate's claims. |
| 5/16/2011 | J. Peterson | 1.30 | Participated in a call with the Corporate Group re: deal costs. |
| 5/17/2011 | A. Cowie | 0.90 | Prepared summary discussion points in regard to current US Debtor operating performance. |
| 5/18/2011 | J. Peterson | 0.90 | Reviewed the 66th Report of the Monitor re: real estate and environmental issues. |
| 5/18/2011 | A. Cowie | 1.50 | Prepared summary discussion points in regard to current US Debtor operating results. |
| 5/20/2011 | J. Peterson | 0.80 | Reviewed the declaration of an estate. |
| 5/20/2011 | J. Peterson | 0.80 | Reviewed a creditor's response to the allocation motion. |
| 5/20/2011 | C. Kearns | 1.60 | Reviewed responses from other estates on mediation. |
| 5/26/2011 | A. Cowie | 1.90 | Prepared current operating discussion points. |
| 5/26/2011 | J. Hyland | 2.00 | Analyzed UCC presentation. |
| Subtotal | | 61.60 | |

**19. Cash Flow/Cash Management/Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/4/2011 | T. Morilla | 0.50 | Reviewed and analyzed the weekly cash summary. |
| 5/4/2011 | T. Morilla | 2.40 | Reviewed and analyzed the U.S. cash reconciliation summary prepared by the U.S. Debtors. |
| 5/5/2011 | J. Peterson | 0.80 | Reconciled the U.S. cash balances reported to the UCC. |
| 5/5/2011 | T. Morilla | 1.90 | Continued to review ongoing issues regarding cash. |
| 5/5/2011 | D. Rothberg | 2.10 | Reconciled cash forecast for U.S. |
| 5/5/2011 | D. Rothberg | 2.90 | Reconciled cash forecast for Canada. |
| 5/6/2011 | T. Morilla | 1.20 | Continued to review U.S. and Canadian cash related issues. |
| 5/6/2011 | J. Peterson | 1.30 | Participated in a call with S. Lamda re: latest cash forecast and assumptions used. |
| 5/6/2011 | T. Morilla | 1.80 | Continued to review the Canadian cash positions. |
| 5/6/2011 | J. Peterson | 2.30 | Reviewed and analyzed the latest cash forecast (4-24 - 9-30) prepared by the Corporate Group / E&Y. |
| 5/6/2011 | J. Hyland | 2.60 | Analyzed availability of cash reporting information. |
| 5/6/2011 | T. Morilla | 2.70 | Continued to review U.S. cash and U.S. budget issues. |
| 5/9/2011 | T. Morilla | 0.70 | Reviewed and analyzed the weekly cash flash. |
| 5/9/2011 | T. Morilla | 1.40 | Reviewed the cash forecast as prepared by the Debtors. |
| 5/9/2011 | T. Morilla | 2.10 | Reviewed cash schedules from cash report prepared by the Debtors. |
| 5/9/2011 | J. Peterson | 2.30 | Continued to reconcile the Canadian cash forecast to the April 2011 mediation statement. |
| 5/9/2011 | T. Morilla | 2.50 | Continued to review the cash reconciliations. |
| 5/9/2011 | J. Hyland | 2.90 | Reviewed cash balances. |
| 5/9/2011 | J. Peterson | 2.90 | Reconciled the latest Canadian cash forecast to the April 2011 mediation statement. |
| 5/9/2011 | D. Rothberg | 2.90 | Analyzed reconciliation of Canadian and U.S. cash forecasts. |
| 5/10/2011 | T. Morilla | 2.10 | Continued to review and analyze the preliminary cash budgets as prepared by the U.S. Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/10/2011 | T. Morilla | 2.10 | Continued to review and analyze the cash reconciliations. |
| 5/10/2011 | T. Morilla | 2.40 | Reviewed and analyzed the Cash Burn summary report. |
| 5/10/2011 | J. Hyland | 2.80 | Analyzed cash reporting and prepared cash talking points for UCC. |
| 5/11/2011 | J. Peterson | 0.60 | Reviewed the 5-6 cash flash re: changes in U.S. available and restricted. |
| 5/11/2011 | J. Peterson | 1.20 | Reviewed and discussed the cash talking points for the UCC meeting. |
| 5/11/2011 | J. Borow | 1.30 | Reviewed issues relating to current reporting and projection of Debtors' cash and liquidity. |
| 5/11/2011 | T. Morilla | 1.30 | Reviewed and edited the cash talking points. |
| 5/11/2011 | J. Hyland | 2.00 | Analyzed cash trends and cash reporting. |
| 5/12/2011 | D. Rothberg | 2.00 | Analyzed and reviewed actual cash flows versus forecasted results. |
| 5/12/2011 | T. Morilla | 2.50 | Continued to review and analyze the current U.S. cash budget. |
| 5/12/2011 | J. Peterson | 2.70 | Continued to reconcile the U.S. budget to Q1 actual re: accrual to cash basis. |
| 5/12/2011 | T. Morilla | 2.90 | Reviewed and analyzed the current pivot table of the U.S. cash budget. |
| 5/12/2011 | J. Peterson | 2.90 | Reconciled the U.S. wind down budget to the Q1 actual results re: from accrual to cash basis. |
| 5/13/2011 | T. Morilla | 1.60 | Reviewed Canadian cash budget to actual comparison. |
| 5/13/2011 | J. Borow | 1.70 | Reviewed cash and liquidity and projections including wind down process. |
| 5/13/2011 | J. Hyland | 2.00 | Reviewed Canadian cash reconciliation to budget. |
| 5/13/2011 | J. Hyland | 2.30 | Analyzed status of Canadian / U.S. true-up. |
| 5/17/2011 | T. Morilla | 0.40 | Reviewed the weekly cash flash. |
| 5/17/2011 | J. Peterson | 0.90 | Reviewed the 5-13 daily cash flash re: understand NNI's increase in available cash. |
| 5/19/2011 | T. Morilla | 1.80 | Reviewed the cash forecast as prepared by the Canadian Debtors. |
| 5/20/2011 | J. Peterson | 2.60 | Reviewed the latest cash forecast (5-8 - 9-30) provided by the Corporate Group. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/23/2011 | T. Morilla | 2.70 | Reviewed and analyzed the U.S. cash budget as prepared by the U.S. Debtors. |
| 5/23/2011 | T. Morilla | 2.80 | Continued preparing cash schedules from the Debtors' cash forecast. |
| 5/23/2011 | T. Morilla | 2.90 | Prepared schedules from the Debtors' cash forecast. |
| 5/24/2011 | T. Morilla | 1.80 | Continued preparing the cash forecast report and related schedules. |
| 5/24/2011 | T. Morilla | 2.30 | Continued preparing cash forecast report and related schedules. |
| 5/24/2011 | J. Peterson | 2.80 | Continued to analyze the Q1 2011 U.S. actual vs. budget by category. |
| 5/25/2011 | J. Peterson | 0.70 | Reviewed the 5-20 global cash flash. |
| 5/26/2011 | D. Rothberg | 0.60 | Reviewed Canadian cash flow. |
| 5/26/2011 | J. Peterson | 1.90 | Continued to draft the summary schedules for the year-to-date U.S. estate actual vs. budget results. |
| 5/27/2011 | J. Borow | 1.20 | Reviewed cash and liquidity position. |
| 5/31/2011 | T. Morilla | 0.40 | Reviewed and analyzed daily cash flash. |
| 5/31/2011 | J. Peterson | 0.90 | Reviewed the 5-27 global cash flash. |
| 5/31/2011 | T. Morilla | 1.20 | Continued to review and analyze the U.S. and Canadian cash balances. |
| | | | |
| Subtotal | | 104.50 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/4/2011 | D. Rothberg | 1.20 | Reviewed Corporate budget forecasts. |
| 5/5/2011 | J. Peterson | 1.00 | Reviewed and analyzed the latest draft of a supplier settlement among the three estates. |
| 5/6/2011 | D. Rothberg | 0.60 | Reviewed professional fee analysis for the U.S. Debtor. |
| 5/10/2011 | J. Peterson | 0.80 | Reviewed the draft valuation report and forecast for certain entities. |
| 5/16/2011 | T. Morilla | 1.20 | Reviewed and analyzed the Corporate Group budget. |
| 5/23/2011 | J. Peterson | 0.50 | Participated in a call with T. Ross re: revised NBS outlook. |
| Subtotal | | 5.30 | |

**Capstone Advisory Group, LLC**
**Invoice for the 5-1-2011 - 5-31-2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **22. Preference/Avoidance Actions** | | | |
| 5/5/2011 | A. Cowie | 1.10 | Participated in preference action call with Cleary. |
| Subtotal | | 1.10 | |
| **26. Tax Issues** | | | |
| 5/2/2011 | J. Hyland | 0.30 | Conducted call with K. Rowe re: NNI tax analysis. |
| 5/2/2011 | J. Hyland | 1.80 | Reviewed tax attributes. |
| 5/2/2011 | J. Peterson | 2.10 | Reviewed the 2009 and 2010 tax estimates and assumptions. |
| 5/2/2011 | T. Morilla | 2.10 | Reviewed and analyzed tax related issues. |
| 5/3/2011 | C. Kearns | 0.50 | Reviewed the status of IRS discussions re: possible tax claims. |
| 5/9/2011 | T. Morilla | 1.80 | Continued to review tax related issues. |
| 5/11/2011 | J. Hyland | 1.10 | Analyzed a CALA entity's tax payments. |
| 5/12/2011 | J. Hyland | 0.70 | Reviewed motion and related background on two entities. |
| 5/12/2011 | T. Morilla | 2.90 | Reviewed and analyzed tax issues as it relates to a certain entity. |
| 5/16/2011 | J. Hyland | 1.10 | Reviewed updated two entity's VAT tax. |
| 5/17/2011 | J. Peterson | 0.40 | Reviewed the two entity's projected tax payments and current liquidity status. |
| Subtotal | | 14.80 | |
| **33. Intellectual Property** | | | |
| 5/2/2011 | C. Kearns | 0.30 | Analyzed IP sale status. |
| 5/3/2011 | J. Hyland | 0.60 | Participated in call with counsel, Jefferies and FTI re: IP bid procedures. |
| 5/3/2011 | M. Lasinski | 0.70 | Participated in phone call with Lazard, GIPLG, Jefferies and other Financial Advisors on intellectual property. |
| 5/3/2011 | J. Hyland | 0.70 | Participated in call with Lazard, counsel, Jefferies, FTI and other Financial Advisors re: IP bid procedures. |
| 5/3/2011 | T. Morilla | 1.50 | Reviewed and analyzed intellectual property related issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 5/3/2011 | C. Kearns | 1.50 | Analyzed IP sale status. |
| 5/4/2011 | C. Kearns | 0.40 | Analyzed IP Sale status related issues. |
| 5/4/2011 | M. Lasinski | 1.20 | Prepared for (0.2) and participated in (1.0) call with counsel, Jefferies and other advisors in preparation for IP call with the UCC. |
| 5/4/2011 | J. Borow | 1.60 | Reviewed status of sale process for intellectual property. |
| 5/4/2011 | C. Kearns | 1.80 | Prepared for (0.8) and participated in (1.0) weekly status call with UCC professionals re: IP Sale process and other case related items. |
| 5/5/2011 | M. Lasinski | 1.90 | Reviewed documentation related to intellectual property provided by Debtors. |
| 5/6/2011 | J. Hyland | 0.70 | Reviewed status of IPA monetization. |
| 5/6/2011 | J. Peterson | 1.10 | Reviewed the 2010 and 2011 IP Group costs. |
| 5/6/2011 | T. Morilla | 1.20 | Continued to review intellectual property issues. |
| 5/10/2011 | J. Hyland | 0.30 | Participated in call with Lazard, Global IP Law Group, G. Riedel and Jefferies re: IP monetization status. |
| 5/10/2011 | M. Lasinski | 0.70 | Prepared for (0.4) and participated in (0.3) call with Lazard, Jefferies and other Financial Advisors on intellectual property. |
| 5/11/2011 | J. Borow | 2.30 | Reviewed issues (0.8) relating to the sale of intellectual property and process and discuss (1.5) with Debtors' advisors. |
| 5/12/2011 | M. Lasinski | 1.90 | Reviewed documents provided by the Debtors related to intellectual property. |
| 5/16/2011 | J. Borow | 2.10 | Reviewed and discussed intellectual property process. |
| 5/17/2011 | M. Lasinski | 0.50 | Participated in call with Lazard, GIPLG, Jefferies and other advisors on intellectual property. |
| 5/17/2011 | J. Hyland | 0.50 | Participated in call with Lazard, G. Riedel, and Jefferies re: IP monetization status. |
| 5/17/2011 | C. Kearns | 0.80 | Reviewed and analyzed the status of IP sale process. |
| 5/17/2011 | J. Borow | 2.20 | Reviewed and discussed intellectual property process. |
| 5/19/2011 | J. Borow | 1.80 | Reviewed and discussed intellectual property assets including Nortel branding. |
| 5/20/2011 | J. Borow | 0.30 | Continued reviewing intellectual property assets including Nortel branding. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/20/2011 | M. Lasinski | 0.70 | Analyzed intellectual property information provided by the Debtors. |
| 5/20/2011 | M. Lasinski | 0.80 | Participated in a call with counsel on intellectual property. |
| 5/20/2011 | J. Borow | 2.90 | Reviewed intellectual property assets including Nortel branding. |
| 5/21/2011 | M. Lasinski | 0.50 | Analyzed intellectual property information provided by the Debtors. |
| 5/22/2011 | M. Lasinski | 1.20 | Prepared intellectual property analysis for counsel. |
| 5/24/2011 | C. Kearns | 0.60 | Reviewed and analyzed the status of IP sale process. |
| 5/24/2011 | M. Lasinski | 0.60 | Participated in call with Lazard, Jefferies and other advisors on intellectual property. |
| 5/24/2011 | M. Lasinski | 0.70 | Reviewed intellectual property related documents. |
| 5/24/2011 | M. Lasinski | 0.70 | Reviewed intellectual property information provided by Lazard. |
| 5/24/2011 | J. Borow | 1.10 | Prepared for (0.5) and participated in (0.6) discussion with Debtors' Advisors and Lazard re: status of sale process for intellectual property. |
| 5/25/2011 | C. Kearns | 0.30 | Reviewed and analyzed the status of IP sale process. |
| 5/31/2011 | M. Lasinski | 0.40 | Participated in call with Lazard and other Financial Advisors on intellectual property matters. |
| 5/31/2011 | J. Borow | 1.10 | Reviewed intellectual property issues and update and discussion with Debtors' Advisors. |

| | | | |
|------|-------------|-------|--|
| Subtotal | | 40.20 | |
| **Total Hours** | | **942.50** | |