**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 5-1-2011 through 5-31-2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 5/3/2011 | J. Hyland | Airfare to NYC. | $571.40 |
| 5/24/2011 | J. Hyland | Airfare for NY trip. | $671.40 |
| **Subtotal - Airfare/Train** | | | **$1,242.80** |
| Auto Rental/Taxi | | | |
| 5/3/2011 | J. Hyland | Taxi during NY trip. | $36.87 |
| 5/24/2011 | J. Hyland | Taxi during NY trip. | $100.00 |
| 5/26/2011 | J. Hyland | Taxi during NY trip. | $73.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$209.87** |
| Car Service | | | |
| 5/6/2011 | CAG Direct | Taxi in NY. | $99.25 |
| **Subtotal - Car Service** | | | **$99.25** |
| Hotel | | | |
| 5/5/2011 | J. Hyland | Hotel for NY trip. | $1,012.87 |
| 5/26/2011 | J. Hyland | Hotel during NY trip. | $1,152.22 |
| **Subtotal - Hotel** | | | **$2,165.09** |
| Meals | | | |
| 5/4/2011 | J. Hyland | Meal during NY trip. | $15.43 |
| 5/4/2011 | J. Hyland | Meal during NY trip. | $7.50 |

Capstone Advisory Group, LLC
Invoice for the 5-1-2011 - 5-31-2011 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/5/2011 | J. Hyland | Meal during NY trip. | $5.13 |
| 5/5/2011 | J. Hyland | Meal during NY trip. | $2.67 |
| 5/24/2011 | J. Hyland | Meal during NY trip. | $9.92 |
| 5/25/2011 | J. Hyland | Meal during NY trip. | $14.97 |
| 5/25/2011 | J. Hyland | Meal during NY trip. | $2.67 |
| **Subtotal - Meals** | | | **$58.29** |
| **Mileage** | | | |
| 5/3/2011 | J. Hyland | Mileage to airport for NY trip. | $21.42 |
| 5/24/2011 | J. Hyland | Local mileage for NY trip. | $21.42 |
| **Subtotal - Mileage** | | | **$42.84** |
| **Parking/Tolls** | | | |
| 5/3/2011 | J. Hyland | Tolls for NY trip. | $1.60 |
| 5/5/2011 | J. Hyland | Parking at airport for NY trip. | $72.00 |
| 5/24/2011 | J. Hyland | Local tolls for NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$75.20** |
| **Telecom** | | | |
| 5/6/2011 | J. Hyland | Long distance telephone to Canada for Nortel. | $7.85 |
| 5/8/2011 | CAG Direct | Long distance telephone call. | $110.00 |
| 5/9/2011 | CAG Direct | Conference call expenses. | $6.27 |
| 5/10/2011 | CAG Direct | Telephone charges for Nortel. | $1,083.88 |
| **Subtotal - Telecom** | | | **$1,208.00** |
| **For the Period 5-1-2011 through 5-31-2011** | | | **$5,101.34** |