**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.* | Case No.09-10138 (KG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Robert W. Mallard, Esq., hereby certify that the *Objection of The Institute Of Electrical And Electronics Engineers, Inc. To Sale Free And Clear Of Debtors' SSO Commitments*, was served upon the parties on the attached service list via hand delivery on Wilmington, Delaware addresses and via Federal Express on all other addresses.

Dated: June 27, 2011        DORSEY & WHITNEY (DELAWARE) LLP

　　　　　　　　　　　　　　　　　　/s/    Robert W. Mallard
　　　　　　　　　　　　　　　　　Robert W. Mallard (DE Bar No. 4279)
　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1010
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801

## SERVICE LIST

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Fax:    212-225-3999
Attention:  James L. Bromley and
Lisa M. Schweitzer

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019
Fax:    212-403-2000
Attention:  Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth

Akin Gump Strauss Hauer & Feld L.L.P.
One Bryant Park
New York, New York  10036
Fax:    212-872-1002
Attention:  Fred Hodara
Stephen Kuhn
Kenneth Davis

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York  10006
Fax:    212-822-5735
Attention:  Roland Hlawaty

Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, Delaware  19801
Fax:    302-658-3989
Attention:  Derek C. Abbott

Torys LLP
79 Wellington Street West
Suite 3000
Box 270
TD Centre
Toronto, Ontario
M5K 1N2 Canada
Fax:    416-865-7380
Attention:  Michael Rotsztain
Adam Slavens

Richards, Layton & Finger, P.S.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Fax: 302-651-7701
Attention:  Christopher M. Samis

Ogilvy Renault LLP
Royal Bank Plaza
South Tower
Suite 3800
200 Bay Street
Toronto, Ontario
Canada
Fax:    416-216-3930
Attention:  Jennifer Stam

| | |
|---|---|
| Ernst & Young Tower<br>222 Bay Street<br>P.O. Box 251<br>Toronto, Ontario<br>M5K 1J7 Canada<br>Fax:   416-943-3300<br>Attention:  Sharon Hamilton | Goodmans LLP<br>Bay Adelaide Centre<br>333 Bay Street<br>Suite 3400<br>Toronto, Ontario<br>M5H 2S7 Canada<br>Fax:   416-979-1234<br>Attention:  Jay Carfagnini<br>Joseph Pasquariello |

The Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware  19801
Fax:   302-573-6497
Attention:  Patrick Tinker