IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| Nortel Networks Inc., | |
| Plaintiff, | Adv. Pro. No. 10-55834 |
| v. | |
| Aricent Technologies (Holdings) Limited, | |
| Defendant. | |

### CORPORATE OWNERSHIP STATEMENT OF
### ARICENT TECHNOLOGIES (HOLDINGS) LIMITED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned counsel for Aricent Technologies (Holdings) Limited ("Aricent") in the above captioned action, certifies that the following corporate entities, other than a governmental unit, directly or indirectly own 10% or more of any class of equity interests in Aricent:

Aricent Holdings Mauritius Limited

Aricent Holdings Mauritius India Limited

DATED: June 28, 2011

By _____
Jeffrey E. Bjork
Gabriel R. MacConaill (DE Bar No. 4734)
SIDLEY AUSTIN LLP
555 W. Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
*Attorneys for Defendant Aricent Technologies (Holdings) Limited*

Jeremy W. Ryan (DE Bar No. 4067)
R. Stephen McNeill (DE Bar No. 5210)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

LA1 2162110