U.S. Trustee, Thomas P Tinkek
In Care Of: Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
Chapter 11, Case. No. 09-10138 (KG)
Re: **Nortel Networks, Inc., 1114 Committee**

22 June 2011

Dear Sir:

In our letter dated 21 June 2011, we objected to the formation of the 1114 Retired Employee Committee. However, now that the court has decided in favor of the committee, we are worried that our concerns may not be heard. In addition, we are concerned that, since we transition from LTD to retired status as of the end of July, that our needs may fall through the cracks.

We therefore volunteer to participate on the 1114 committee and to help and/or advise in any way possible.


Chong Rose

Patrick Rose (spouse – who created this letter for Chong, and is authorized by Chong to speak on her behalf.)


701 Lakebird Dr.
Sunnyvale, CA 94089
patroserc@aol.com