**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

_____
In re:                                                                :
                                                                           :         Chapter 11
NORTEL NETWORKS, INC., et al.,                   :
                                                                           :         Case No. 09-10138 (KG)
                          Debtors                               :
                                                                           :         Jointly Administered
_____ :


NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance on behalf of Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family Trust ("Caffry Trustees"), and demands, pursuant to Section 1109(c) of the Bankruptcy Code and Rules that copies of all orders, pleadings, notices and all other documents, including notice of any abandonment of property, that are filed with this Court or the Office of the United States Trustee and served on the parties in interest be duly served on the undersigned at the address set forth below in accordance with Bankruptcy Rule 2002 and 9010(b) and 11 U.S.C. § 1109(b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rule, but also includes, without limitation, all orders, applications, motions, petitions, pleadings requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, facsimile, or otherwise, in this case.


**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Caffry Trustees (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, defenses, setoffs or recoupments to which the Caffry Trustees is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

PARTRIDGE SNOW & HAHN LLP

/s/ Lauren F. Verni
Lauren F. Verni (R.I. Bar No. 6831)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210  FAX
lfv@psh.com

DATED:  June 29, 2011

1409813_1