June 13, 2011

To Nortel.com -

I am a past employee of Nortel networks. Can you please tell me who to write about sent a check. Never got my 401(k), I was cash!!!

Case # 09-10138

God Bless
Debra Amato

919 482-4115 after 4:30 p.m.

Debra Amato
9053 Grassy Creek Road
Bullock N.C. 27507
Case # 09-10138

Debra A Amato