Marie Jurasevich
29210 Gimpl Hill Road
Eugene, OR 97402
541-465-3382

June 8, 2011

Judge Gross's Chambers
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

    Re: Nortel Long Term Disability

Dear Judge Gross:

    I am one of the Long Term Disability folks who worked for years for Nortel Networks. I was employed by Nortel as an Account Manager in 1995. I worked many years, selling millions of dollars of fiber optic equipment for the company. I very much enjoyed the company and my position although the position was very grueling, having to travel almost every week.

    In 2003 I was diagnosed with Scleroderma, a dibilitating autoimmune disease. I was forced to stop working and have been on disability (both from Nortel and Social Security) since that time. I rely totally on my medical insurance from Nortel and my disability payments for my medical care.

    With the bankruptcy, our benefits are threatened and I am sick with worry and fear.

    My medicals bills and long term care alone will take all my Social Security Disability, leaving little to nothing for normal living expenses. I am very ill and wondering how I will be able to survive without the monthly payments from Nortel.

    I have made many calls and researched what I could only to find out that although I paid my LTD premiums assuming I had an LTD policy, I only had a self-insured policy through Nortel. How does a person understand this and the risks associated with it? I would have been paying for individual policies had I known an insurance company was not backing the policy.

    I am owed approximately $400,000 in benefits from Nortel that are now threatened.

    I hope and pray that our benefits will continue or that there is an equitable solution to the long term disabled employees' dilemma. It is hard to imagine a multi-billion dollar company can choose to leave their disabled employees without medical coverage and some type of disability payments that will keep us from being homeless and destitute.

Sincerely,

Marie Jurasevich