# EXHIBIT A

**Debtors' Ninth Ordinary Course Professional Quarterly Statement for January 1, 2011 – March 31, 2011**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $1,254.60 | $0.00 | $442.80 | $0.00 | $0.00 | $0.00 | **$1,697.40** |
| Call & Jensen[1] | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $753.50 | $533.52 | $578.00 | $191.13 | $1,608.50 | $160.00 | $3,346.50[2] | $790.07 | **$6,286.50** |

---

[1] All references to Call & Jensen in this statement refer to Call & Jensen as well as to Call, Jensen and Farrell, its predecessor firm.

[2] Call & Jensen incurred $1,999.00 in fees and $59.43 in disbursements and expenses for professional services provided to the Debtors during September 2010. Call & Jensen incurred $1,347.50 in fees and $730.64 in disbursements and expenses for professional services provided to the Debtors during November 2010.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper US LLP | International trade compliance | $0.00 | $0.00 | $1,274.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,274.40** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $2,198.00 | $0.00 | $1,900.00 | $0.00 | $1,939.50 | $0.00 | $7,227.00[3] | $1,261.14 | **$13,264.50** |
| Herzog Fox & Neeman | Legal counsel with regard to Nortel Networks Israel (Sales and Marketing) Ltd. (in administration) scheme of arrangement; representation in various court hearings. | $0.00 | $0.00 | $17,662.29 | $26.19 | $0.00 | $0.00 | $21,280.97[4] | $510.16 | **$38,943.26** |

---

[3]   Ford & Harrison LLP incurred $1,312.50 in fees for professional services provided to the Debtors during August 2010. Ford & Harrison LLP incurred $5,914.50 in fees and $1,261.14 in disbursements and expenses for professional services provided to the Debtors during September 2010.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Luthi & Co. Law Offices | Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $455.38[5] | $4.79 | **$455.38** |
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $960.00[6] | $0.00 | **$960.00** |
| Mercer Human Resources Consulting | Advice regarding compensation and benefit plan design, governance and implementation; advice with regard to retirement plan design and pension governance; and monthly updates on pension funded status. | $10,921 | $0.00 | $10,449 | $0.00 | $6,077 | $0.00 | $0.00 | $0.00 | **$27,447** |

---

[4]    Herzog Fox & Neeman incurred the following fees for professional services provided to the Debtors: $4,490.82 in August 2010, $8,259.67 in October 2010 and $8,530.48 in December 2010. Herzog Fox & Neeman incurred the following disbursements and expenses for professional services provided to the Debtors: $10.14 in August 2010, $445.91 in October 2010 and $54.11 in December 2010.

[5]    Luthi & Co. Law Offices incurred $455.38 in fees and $4.79 in disbursements and expenses for professional services provided to the Debtors during January 2009.

[6]    McKenna Long & Aldridge LLP incurred $960.00 in fees for professional services provided to the Debtors during September 2010.

3

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Moisand, Boutin & Associes | French litigation services | $3,151.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$3,151.53** |
| Riker, Danzig, Scherer, Hyland & Perretti | Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $258.00[7] | $408.50 | **$258.00** |
| Rode & Qualey | Legal services, advice and counsel with respect to import and export laws, regulations and procedures | $12,540.00 | $49.73 | $5,460.00 | $33.29 | $5,660.00 | $84.35 | $0.00 | $0.00 | **$23,660.00** |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson | Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,444.00[8] | $23.49 | **$8,444.00** |
| Thomas A. Gigliotti | Legal counsel on contractual and intellectual property | $0.00 | $0.00 | $2,973.75 | $0.00 | $1,657.50 | $0.00 | $0.00 | $0.00 | **$4,631.25** |

---

[7] Riker, Danzig, Scherer, Hyland & Perretti incurred $258.00 in fees and $408.50 in disbursements and expenses for professional services provided to the Debtors during February 2009.

[8] Stearns Weaver Miller Weissler Alhadeff & Sitterson incurred the following fees for professional services provided to the Debtors: $2,991.50 during September 2009, $4,996.50 during October 2009, $380.00 during November 2009 and $76.00 during April 2010. Stearns Weaver Miller Weissler Alhadeff & Sitterson incurred the following disbursements and expenses: $2.10 during September 2009, $15.64 during October 2009 and $5.75 during November 2009.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| | matters | | | | | | | | | |
| Waller Lansden Dortch & Davis | Employment, Benefits & Labor | $0.00 | $0.00 | $0.00 | $0.00 | $1,810.00 | $0.00 | $47.00[9] | $0.00 | **$1,857.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $0.00 | $0.00 | $0.00 | $0.00 | $3,370.50 | $3.60 | $0.00 | $0.00 | **$3,370.50** |

---

[9] Waller Lansden Dortch & Davi incurred $47.00 in fees for professional services provided to the Debtors during November 2010.