IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:    Jointly Administered
                                    Debtors.             :
:
:
--------------------------------------------------------- X

## CERTIFICATION OF SERVICE

I, David N. Crapo, hereby certify as follows:

1.      I am an attorney at law of the States of New Jersey and Texas and am counsel to Gibbons P.C., the attorneys for Hewlett-Packard Company in the above-captioned jointly administered Chapter 11 cases.

2.      On May 31, 2011, I caused the Response of Hewlett-Packard Company to Joint Notice of (II) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent License ("Response") to be filed with this Court according to the Objection Procedures set forth in that certain Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent License and to be served electronically and by facsimile on the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

parties listed on the Service List attached to the Certificate of Service filed concurrently with the Response.

      3.      On June 30, 2011, I caused the Amended Response of Hewlett-Packard Company to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent License to be filed with this Court according to the Objection Procedures set forth in that certain Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent License and to be served electronically and by facsimile on the parties listed on the Service List attached hereto.

      I certify that the foregoing statements made by me are true.  I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 30, 2011                                                    /s/ David N. Crapo
       Newark, New Jersey                                          David N. Crapo

**SERVICE LIST**

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Fax:    212-225-3999
Attention:  James L. Bromley and
Lisa M. Schweitzer

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019
Fax:    212-403-2000
Attention:  Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth

Akin Gump Strauss Hauer & Feld L.L.P.
One Bryant Park
New York, New York  10036
Fax:    212-872-1002
Attention:  Fred Hodara
Stephen Kuhn
Kenneth Davis

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York  10006
Fax:    212-822-5735
Attention:  Roland Hlawaty

Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, Delaware  19801
Fax:    302-658-3989
Attention:  Derek C. Abbott

Torys LLP
79 Wellington Street West
Suite 3000
Box 270
TD Centre
Toronto, Ontario
M5K 1N2 Canada
Fax:    416-865-7380
Attention:  Michael Rotsztain
Adam Slavens

Richards, Layton & Finger, P.S.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Fax: 302-651-7701
Attention:  Christopher M. Samis

Ogilvy Renault LLP
Royal Bank Plaza
South Tower
Suite 3800
200 Bay Street
Toronto, Ontario
Canada
Fax:    416-216-3930
Attention:  Jennifer Stam

Ernst & Young Tower  
222 Bay Street  
P.O. Box 251  
Toronto, Ontario  
M5K 1J7 Canada  
Fax:   416-943-3300  
Attention:  Sharon Hamilton  

Goodmans LLP  
Bay Adelaide Centre  
333 Bay Street  
Suite 3400  
Toronto, Ontario  
M5H 2S7 Canada  
Fax:   416-979-1234  
Attention:  Jay Carfagnini  
Joseph Pasquariello  

The Office of the United States Trustee  
844 King Street  
Suite 2207  
Wilmington, Delaware  19801  
Fax:   302-573-6497  
Attention:  Patrick Tinker