## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., *et al.,*[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| NORTEL NETWORKS INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 10-55391 (KG) |
| | : | |
| NOKIA SIEMENS NETWORK US LLC and NOKIA SIEMENS NETWORK OY, | : | |
| | : | |
| Defendants. | : | |

## STATUS REPORT

In accordance with the Scheduling Order dated February 9, 2011 entered by the Court, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits this status report with respect to the above-captioned adversary proceeding. This proceeding is categorized as **Status E.** The parties have reached an agreement in principle for a resolution of the dispute. Once the parties have agreed to the terms of a settlement, the Debtors will provide Notice parties with notice of the proposed settlement pursuant to the Settlement Procedures Order, and a motion pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure will be filed. Upon approval of the motion, a Stipulation of Dismissal will be filed.

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

- 2 -

Dated:  June 30, 2011

                                **BENESCH, FRIEDLANDER, COPLAN**
                                    **& ARONOFF LLP**

By:   */s/ Sarah R. Stafford*
        Raymond H. Lemisch (No. 4204)
        Jennifer R. Hoover (No. 5111)
        Sarah R. Stafford (No. 5234)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        Telephone:  (302) 442-7010
        Facsimile:  (302) 442-7012
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com
        sstafford@beneschlaw.com

*Counsel for Plaintiff Nortel Networks Inc.*