## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
:  Jointly Administered
Debtors.  :
:  **RE: D.I. 5202, 5359**
:
:
:
---------------------------------------------------------X

## NOTICE OF FILING OF SUCCESSFUL BID

  **PLEASE TAKE NOTICE** that on April 4, 2011, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections (the "<u>Sale Motion</u>")[2] [D.I. 5202] seeking approval of the sale of certain of the Debtors' assets (the "<u>Assets</u>"), to the stalking horse purchaser pursuant to the stalking horse asset sale agreement, and the approval of certain Bidding Procedures in connection with the proposed sale.

  **PLEASE TAKE FURTHER NOTICE** that on May 2, 2011, the United States Bankruptcy Court for the District of Delaware entered an order approving bidding procedures ("<u>Bidding Procedures</u>") to govern the sale by Nortel Networks Inc. and certain of its affiliates (collectively, the "<u>Sellers</u>") of the Assets (the "<u>Bidding Procedures Order</u>") [D.I. 5359].

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures, the Sellers conducted an auction beginning on June 27, 2011 and concluding on June 30, 2011 (the "Auction"). The Successful Bid resulting from the Auction is the consortium bid by Apple Inc. and Rockstar Bidco, LP pursuant to the Asset Sale Agreement, dated as of June 30, 2011. A joint hearing with the Ontario Superior Court of Justice to consider approval of the sale of the Assets pursuant to the Successful Bid is scheduled for **July 11, 2011 at 9:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that any supplemental objections to the Successful Bid must be filed and served so as to be received by no later than **July 6, 2011 at 5:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Asset Sale Agreement has been filed as Exhibit A hereto. A blackline of the Asset Sale Agreement against the stalking horse asset sale agreement attached as Exhibit A to the Sale Motion is attached hereto as Exhibit B. Due to its voluminous nature, service copies of this Notice will not include the Asset Sale Agreement, which is available for download from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/nortel, or upon written request to the undersigned counsel.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: June 30, 2011<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |