# Tim Steele
5346 S Mohave Sage Drive Gold Canyon, AZ 85118
E-mail: timgsteele@gmail.com

June 9, 2011

Judge Kevin Gross,
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Wayne J. Schmidt – Nortel LTD Recipient Representation

Dear Judge Gross:

I am preparing this letter as Power of Attorney for my brother-in-law, Wayne Schmidt who is in receipt of Long Term Disability (LTD) benefits from Nortel. I hope to provide you with some background information that will help you understand the impact of a decision regarding the modification or termination of LTD and other health benefits will have on Wayne and his need for representation.

Wayne worked for Nortel for nearly 25 years. Through all of Nortel's troubles he remained devoted to the company and committed to working through these difficulties. He intended to remain with the company to his retirement. He was a very healthy and active individual with absolutely no health issues and certainly no indication that he would suffer a massive debilitating stroke.

On November 29, 2007 at the age of 50 Wayne suffered a sever stroke that has left him significantly disabled to the extent he is not considered able to return to any form of work. Indeed, recent follow-up examinations at the Mayo Clinic facilities in Phoenix, Arizona determined that Wayne will never be able to live alone and that the brain damage that occurred will not recover. Not only does Wayne have physical issues, he has cognitive difficulties and is not able to read or make himself understood when speaking. The uncertainty surrounding the continuance, modification or termination of his LTD and other related health benefits makes it extremely difficult to determine the most appropriate and affordable measures of support for him for the balance of his life. Unfortunately Wayne does not have a spouse or children to provide assistance for him. Now At the age of 53 he must rely on his aging parents and his sister and I for support in addressing these difficult decisions.

I understand that Nortel has requested that the LTD recipients be included in a committee being considered to negotiate changes to benefits with the group of retirees. Alternately, the firm of Elliot Greenfield that has been representing Wayne and a group of other LTD recipients has requested consideration for establishing a separate committee to represent the LTD recipients in negotiations with Nortel regarding these benefits. I hope that you will appreciate, based on the brief description of Wayne's circumstances that he requires appropriate representation

in these negotiations to ensure that he achieves the best possible outcome. He is simply not able to represent himself and will require the best possible settlement to provide him with ongoing financial and health care support for the balance of his life.

Thank you for taking the time to read this letter.

Yours truly,

Tim G. Steele
**Power of Attorney for;**
Wayne J. Schmidt