MARY LOFTUS
6730 VERNON AVE SOUTH, 406
EDINA, MN 55436

June 6, 2011

Clerk of the United State Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

> **RE: OBJECTION: NORTEL NETWORKS BANKRUPTCY PETITION TO TERMINATE RETIREE:**
> 1) MEDICAL INSURANCE FOR MEDICARE B VIA CIGNA INS. CARRIER
> 2) LONG TERM CARE PLAN,
> 3) RETIREE LIFE INSURANCE PLAN

I "object" to and petition the Bankruptcy Court to find that Nortel Networks should not be allowed under the US Bankruptcy Laws to terminate the above-mentioned Retiree Benefits pursuant to the Debtor's (Nortel Networks) "Motion".

- **Item 1)** Nortel Networks Retiree(s) cannot acquire alternate Medical Part B Plans/Polices for Medicare Supplement with a pre-existing condition without an expensive Medical Rider. I believe Nortel should be required to provide the Medical Insurance for U.S. Retirees currently using such plans which are paid by the Retiree until at least 2014 when the U.S. 2009 Health Insurance Laws passed will require U.S. Insurers to accept new applicants with no prejudice for "pre-existing conditions". The loss of this benefit severely impacts primarily Nortel U.S. Retirees.

- **Items 2 and 3)** Nortel Networks Retiree(s) will not be able to replace the two Retiree Benefits, defined above, without considerable expense to the Retiree due to increase in age since retirement and in some cases these benefits will not be available to Retirees at any cost.

I believe Nortel Networks surviving Business Entity should be judged responsible pursuant to the US Pension Laws to provide same or similar benefits of 1) Long Term Care Plan, 2) Retiree Life Insurance in the amount defined at Retiree's date of Retirement. At a minimum, justice would require the Bankruptcy Judgment to provide a monetary compensation to the US Retirees for the permanent loss of the two potentially irreplaceable benefits defined herein.

I believe the Bankruptcy Court should require Nortel Networks to negotiate and provide alternate solutions for it's former U.S. Employee Retirees who are not able to find replacement coverage at reasonable fees for those benefits defined in 1), 2) and 3) above.

I believe the U.S> Bankruptcy Court has an obligation to protect Nortel Networks US Retiree's from financial victimization by Nortel Networks Executive Leadership pursuant to Nortel Networks Motion to Terminate Benefits under Bankruptcy.

Sincerely,

*Mary Loftus*

Mary Loftus
Nortel Networks US Retiree 2005

CC: MORRIS, NICHOLS, ARSHT & TUNNELL LLP
CC: CLEARY GOTTLIEB STEEN & HAMILTON LLP