United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks, Inc., et al. | } Chapter 11 }  }  }  } Case No. } 09-10138 |
| Debtor | } Amount **$48,979.37** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**GID 0202588**
**4001 E CHAPEL HILL NELSON HWY**
**RESEARCH TRAINGLE PARK, NC 27709-3010**

The transfer of your claim as shown above in the amount of **$48,979.37** has been transferred to:

>  Liquidity Solutions Inc
>  One University Plaza
>  Suite 312
>  Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

 By/s/JEFFREY CARESS
 Liquidity Solutions Inc
 (201) 968-0001

497904

## TRANSFER NOTICE

HAWKINS, CHETLEY ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nortel Networks Inc.. (the "Debtor"), in the aggregate amount of $48,979.37, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the ____ day of June, 2011.

**HAWKINS, CHETLEY**

_____
(Signature)

Chet Hawkins
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

Jeffrey L. Caress
(Print Name and Title)

In re **NORTEL NETWORKS INC.**          Case No. 09-10138

Debtor          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GID 0201951 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | LTIP RESTORATION PLAN | X | X | | $693.64 |
| ACCOUNT NO. GID 0202030 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | DEFERRED COMPENSATION | | X | | $14,587.14 |
| ACCOUNT NO. GID 0202225 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $69,596.20 |
| ACCOUNT NO. GID 0202447 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $55,005.57 |
| ACCOUNT NO. GID 0202469 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $84,888.48 |
| ACCOUNT NO. GID 0202588 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $48,979.37 |
| ACCOUNT NO. GID 0202917 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | DEFERRED COMPENSATION | | X | | $194,449.71 |

Sheet no. 151 of 527 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal     $468,200.11