## <u>CERTIFICATE OF SERVICE</u>

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel Networks Inc. and McKinsey Company, Inc.** was caused to be made on July 1, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: July 1, 2011                               */s/ Alissa T. Gazze*
                                              Alissa T. Gazze (No.  5338)

4352410.1

4352410.1