**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** | : Chapter 11 |
|  | : |
| **Nortel Networks Inc., *et al.*,** | : Bankruptcy No. 09-10138 (KG) |
|  | : |
| **Debtors.** | : Jointly Administered |
|  | : |
|  | : RE: DI 5664 |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF**
**MICROSOFT CORPORATION TO MOTION OF DEBTORS TO SELL**
**CERTAIN PATENTS AND RELATED ASSETS FREE AND**
**CLEAR OF ALL CLAIMS AND INTERESTS AND RELATED RELIEF**

Microsoft Corporation hereby withdraws its *Limited Objection Of Microsoft Corporation To Motion Of Debtors To Sell Certain Patents And Related Assets Free And Clear Of All Claims And Interests And Related Relief* filed on June 13, 2011 [DI 5664].

Dated: Wilmington, DE
July 1, 2011

BROWN STONE NIMEROFF LLC

s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire (No. 4049)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8142 Tel
(302) 351-2744 Fax
jnimeroff@bsnlawyers.com

and

David M. Feldman, Esquire
Matthew K. Kelsey, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000 Tel
(212) 351-6351 Fax
DFeldman@gibsondunn.com
MKelsey@gibsondunn.com

*Counsel for Microsoft Corporation*