**CERTIFICATE OF SERVICE**

      I, Jami Nimeroff, hereby certify that on this 1st day of July, 2011, I did cause a true and correct copy of the foregoing *Notice Of Withdrawal Of Limited Objection Of Microsoft Corporation To Motion Of Debtors To Sell Certain Patents And Related Assets Free And Clear Of All Claims And Interests And Related Relief*, to be served upon the persons on the attached Service List via the methods noted.

Dated: July 1, 2011                  /s/Jami B. Nimeroff
                                              Jami B. Nimeroff

## SERVICE LIST

| | | |
|---|---|---|
| Derek C. Abbott, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, Delaware  19801<br>**Counsel to Debtors**<br>*Via Hand Delivery* | James L. Bromley, Esquire<br>Lisa M. Schweitzer, Esquire<br>Clearly Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza,<br>New York, NY  10006<br>**Counsel to Debtors**<br>*Via First Class Mail* | Philip Mindlin, Esquire<br>Adam O. Emmerich, Esquire<br>Benjamin M. Roth, Esquire<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY  10019<br>**Counsel to Ranger, Inc.**<br>*Via First Class Mail* |
| Michael Rotsztain, Esquire<br>Adam Slavens, Esquire<br>Torys LLP<br>79 Wellington Street West<br>Suite 3000, Box 270<br>Toronto, Ontario M5K 1N2<br>**Counsel to Ranger, Inc.**<br>*Via First Class Mail* | Fred Hodara, Esquire<br>Stephen Khun, Esquire<br>Kenneth Davis, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Bank<br>New York, NY  10036<br>**Counsel to Committee**<br>*Via First Class Mail* | Christopher M. Samis, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>**Counsel to Committee**<br>*Via Hand Delivery* |
| Roland Hlawaty, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY  10006<br>**Counsel to Bondholder Group**<br>*Via First Class Mail* | Patrick Tinker, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE  19801<br>**Counsel to United States Trustee**<br>*Via Hand Delivery* | |