**CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel Networks Inc. and Gail & Rice, Inc.** was caused to be made on July 1, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: July 1, 2011                                          */s/ Alissa T. Gazze*
                                                            Alissa T. Gazze (No.  5338)
4352419.1