**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ : | **Chapter 11** |
| **In re:** : | |
| : | **Bankruptcy No. 09-10138 (KG)** |
| **Nortel Networks Inc.,** *et al.*, : | |
| : | **Jointly Administered** |
| **Debtors.** : | |
| : | **RE: DI 5662** |
| _____ : | |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER
AUTHORIZING MICROSOFT CORPORATION TO FILE UNDER SEAL
PORTIONS OF SALE OBJECTION AND EXHIBIT THERETO**

Microsoft Corporation hereby withdraws its *Motion for Entry of An Order Authorizing*

*Microsoft Corporation to File Under Seal Portions of Sale Objection and Exhibit Thereto* filed

on June 13, 2011 [DI 5662].

Dated: Wilmington, DE
July 1, 2011

BROWN STONE NIMEROFF LLC

s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire (No. 4049)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8142 Tel
(302) 351-2744 Fax
jnimeroff@bsnlawyers.com

and

David M. Feldman, Esquire
Matthew K. Kelsey, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000 Tel
(212) 351-6351 Fax
DFeldman@gibsondunn.com
MKelsey@gibsondunn.com

*Counsel for Microsoft Corporation*