## **CERTIFICATE OF SERVICE**

I, Jami Nimeroff, hereby certify that on this 1st day of July, 2011, I did cause a true and correct copy of the foregoing *Notice Of Withdrawal Of Motion for Entry of An Order Authorizing Microsoft Corporation to File Under Seal Portions of Sale Objection and Exhibit Thereto*, to be served upon the persons on the attached Service List via the methods noted.

Dated:  July 1, 2011                             /s/Jami B. Nimeroff
                                                             Jami B. Nimeroff

# SERVICE LIST

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801
**Counsel to Debtors**
*Via Hand Delivery*

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Clearly Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, NY 10006
**Counsel to Debtors**
*Via First Class Mail*

Philip Mindlin, Esquire
Adam O. Emmerich, Esquire
Benjamin M. Roth, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
**Counsel to Ranger, Inc.**
*Via First Class Mail*

Michael Rotsztain, Esquire
Adam Slavens, Esquire
Torys LLP
79 Wellington Street West
Suite 3000, Box 270
Toronto, Ontario M5K 1N2
**Counsel to Ranger, Inc.**
*Via First Class Mail*

Fred Hodara, Esquire
Stephen Khun, Esquire
Kenneth Davis, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Bank
New York, NY 10036
**Counsel to Committee**
*Via First Class Mail*

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Counsel to Committee**
*Via Hand Delivery*

Roland Hlawaty, Esquire
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
**Counsel to Bondholder Group**
*Via First Class Mail*

Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
**Counsel to United States Trustee**
*Via Hand Delivery*