## Exhibit B

**Third Supplemental Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                :

*In re*                                   :

Nortel Networks Inc., *et al.*,[1]        :

                   Debtors.    :

                :

                :

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## THIRD SUPPLEMENTAL DECLARATION OF JAMES E. SCOTT IN SUPPORT OF DEBTORS' SUPPLEMENTAL APPLICATION FOR AN ORDER APPROVING THE EXPANSION OF THE SCOPE OF EMPLOYMENT OF ERNST & YOUNG LLP *NUNC PRO TUNC* TO MAY 31, 2011

James E. Scott deposes and says:

1.      I am a partner of Ernst & Young LLP ("EY LLP").  I provide this third supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in support of the retention of EY LLP by the above-captioned debtors and debtors in possession (collectively, the "Debtors").  This Supplemental Declaration supplements my prior declaration filed on February 18, 2011 [D.I. 4958] (as previously supplemented by my first supplemental declaration on March 8, 2011 [D.I. 5080], the "Original Employment Declaration"), which itself incorporates prior affidavits and declarations.  This Court approved the Debtors' original application to employ EY LLP under sections 327 and 328 of the Bankruptcy Code by an order

---

[1]     The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

entered on March 23, 2011 [D.I. 5154] (the "Original EY Employment Order").  The Original

EY Employment Order approved, with certain modifications, among other engagement

agreements, that certain master tax services agreement dated March 1, 2011 (the "Letter

Agreement") and the statement of work for tax outsourcing and other variable services dated

March 1, 2011 (the "Tax Outsourcing SOW," and together with the Letter Agreement and other

statements of work approved by the Court, in each case as modified by the Original EY

Employment Order, the "Tax Services Agreement") which was issued under and governed by the

Master Tax Services Agreement.

2.       I further provide this Supplemental Declaration in support of the Debtors'

Supplemental Application (the "Supplemental Application") to expand the scope of employment

of EY LLP to include certain additional services, *nunc pro tunc* to May 31, 2011, pursuant to the

terms and conditions of the first amendment to the Tax Outsourcing SOW dated as of May 31,

2011 (the "SOW Amendment"), a copy of which is attached hereto as **Exhibit 1**.[2]

3.       The facts set forth in this Supplemental Declaration are based upon my personal

knowledge, information and belief, and upon client matter records kept in the ordinary course of

business that were reviewed by me or other employees of EY LLP under my supervision and

direction.

## Scope of the FBAR Services

4.       In addition to services for which it was previously retained, EY LLP has agreed to

provide certain additional services to assist the Debtors and Nortel Networks India International,

Inc. and Nortel Ventures LLC (the "Client") with the reporting of foreign bank and financial

accounts (the "FBAR Services").  Subject to the detailed description of the FBAR Services in the

---

[2]        Any description of the terms of the FBAR Amendment contained herein is a summary provided for
convenience purposes only.  In the event of any conflict between the terms of the FBAR Amendment as described
herein and the actual terms of the FBAR Amendment, the latter shall control.

FBAR Amendment, EY LLP's FBAR Services will include, as requested by the Client, assisting with the preparation, review and filing of Form TD F 90-22.1 (the "FBAR Form"). The FBAR Services also include the provision of consultation services regarding account ownership and signature authority related to Client's foreign bank accounts.

**Professional Compensation**

5.      Subject to the Court's approval and pursuant to the terms and conditions of the SOW Amendment, EY LLP intends to charge the Debtors for the FBAR Services rendered in these chapter 11 cases on a monthly basis based on its agreed hourly rates.

6.      EY LLP's applicable hourly rates for the FBAR Services are the same as the hourly rates for other services being provided pursuant to the Tax Outsourcing SOW, and are as follows:

| Partner | $640 |
|---|---|
| Executive Director | $545 |
| Senior Manager | $540 |
| Manager | $430 |
| Senior | $300 |
| Staff | $170 |

7.      EY LLP and the Debtors have agreed that the fees for the FBAR Services shall not exceed $50,000.

8.      EY LLP will continue to seek all compensation subject to the approval of the Bankruptcy Court under the Bankruptcy Code, the Bankruptcy Rules, any applicable order of the Bankruptcy Court, and any other applicable requirements or guidelines governing interim and final fee applications in the Debtors' chapter 11 proceedings, including the U.S. Trustee guidelines.

## EY LLP's Disinterestedness

9.      As of the submission of the Original Employment Declaration on February 18, 2011, and based upon the connections research described in such Declaration, EY LLP does not have any connection with the Debtors, their creditors, equity security holders or any other parties in interest, except as disclosed in the Original Employment Declarations.[3]

10.      EY LLP ordinarily updates its connections checks approximately every 6 months. EY LLP most recently updated its connections checks in February 2011.  Therefore, EY LLP expects it will update its connections checks again around August 2011.

## Additional Representation and Request

11.      At the Debtors' request, EY LLP began providing FBAR Services as of May 31, 2011.  Therefore, EY LLP request that approval of the Supplemental Application be granted as of May 31, 2011.

12.      EY LLP and the professionals that it employs are qualified to represent the Debtors in the matters for which EY LLP is proposed to be employed.

*[Signature Page Follows]*

---

[3]      Ernst & Young Inc., an affiliate of EY LLP, serves as court-appointed Monitor in certain Nortel affiliates' creditor protection proceedings under the Companies' Creditors Arrangement Act (Canada), and individuals from Ernst & Young LLP (UK) serve as the Joint Administrators  in the UK administration proceedings of certain of the Debtors' other affiliates.  These firms will not be engaged to provide the FBAR Services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 30, 2011

_____
James E. Scott

## Exhibit 1

**SOW Amendment**



**Ernst & Young LLP**
Suite 500
4130 ParkLake Avenue
Raleigh, North Carolina 27612-2299

Tel: +1 (919) 981-2800
Fax: +1 (919) 981-2997
www.ey.com

May 31, 2011

Mr. Timothy Ross
VP – Finance Operations and Corporate Secretary
Nortel Networks Inc.
Nortel Networks India International Inc.
And Nortel Ventures LLC
2221 Lakeside Boulevard
Richardson, Texas 75082-4305

Dear Tim:

This letter is the 1st amendment (the "1st Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc. and Nortel Ventures LLC (collectively, "you", "Client" or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to Client (the "Agreement"). Pursuant to this 1st Amendment, the parties agree to the following modifications in Scope of Services and Fees of the SOW as described herein.

**ADDITIONAL SERVICES**

As of May 31, 2011 and contingent upon the Bankruptcy Court's approval of the expansion of our retention in accordance with this 1st Amendment, EY will provide the Client with the additional Services described below:

EY will assist Nortel with Report of Foreign Bank and Financial Accounts, Form TD F 90-22.1 (the FBAR Form) filings for account ownership and signature authority related to foreign bank accounts for calendar year 2010. As requested by the Client, EY will assist Nortel with the corporate FBAR Form amended filings for account ownership and signature authority related to foreign bank accounts. Additionally, EY will provide consultation services to Nortel regarding the FBAR Form for signature authority related to foreign bank accounts for calendar years 2004 through 2009. EY's process will entail:

> **Consultation**
>
> Answering questions and providing guidance with respect to the technical interpretations of the FBAR Form and related instructions and regulations,

DETR_1692161.2



Assisting in developing communications to employees concerning their FBAR filing responsibilities, including filing instructions, FAQs and other items Nortel deems necessary; and

Assisting in capturing and cleansing the data needed to produce the FBAR Forms.

**Corporate Form Production 2010 and Amended Corporate Form Production for Corporate Owned Foreign Bank Accounts:**

Working with Nortel to determine how to present the information on the FBAR Form and any necessary statements based on criteria determined by Nortel;

Populating the relevant parts of the FBAR Form with information provided by Nortel; and

Delivering the FBAR Form to Nortel in PDF format.

During the course of our work, we anticipate that we may encounter fact patterns that are not clearly addressed by the applicable regulations. In such circumstances, we will discuss the technical analysis with you and document any decisions made, and may seek informal guidance from the IRS. If Nortel decides the pursuit of a formal ruling is appropriate, a fee estimate will be provided prior to engaging in such process.

The Internal Revenue Code, related IRS guidance, and professional standards require that tax advisors advise clients regarding their penalty exposure with respect to the advice they render and the disclosures that may avoid such penalties. Our tax opinions, memoranda, and similar documents will address disclosures we believe are appropriate to comply with applicable taxpayer and tax advisor/return preparer obligations, including our views as to the level of support for the positions addressed therein in a manner designed to facilitate compliance with tax return disclosure requirements.

**Project Deliverables**

As we do not anticipate providing formal written tax advice as part of this engagement, the guidance provided related to the requirements of the FBAR Form will not be formal deliverables, unless specifically requested.

We will deliver the FBAR Forms in PDF format along with supporting documentation files that summarizes the information included on each form.

Key EY assumptions in delivering project:

Complete and accurate data will be provided by Nortel via the data templates.

EY will perform initial review (i.e., sense check) of the data templates for fitness of purpose.

EY will produce a corporate FBAR Form based on the data templates.

DETR_1692161.2



EY will review and confirm data appears on the FBAR Form as presented in the data templates.

EY will deliver the relevant FBAR section to Nortel for ultimate distribution to its employees. Any significant rework or rerunning of the FBAR Forms caused by data issues or changes in positions will be charged at the hourly rates specified below.

Any changes in guidance or regulations that require amending or refilling of the FBAR Forms after the June 30 deadline, will be charged at the hourly rates specified below.

**FEES**

The fees for the above Services will be billed on a monthly basis and shall not exceed $50,000 using the rate listed below (which may be adjusted annually to reflect the adjustments to the cost of living index):

| Professional | Rate per hour |
|---|---|
| Partner | $640 |
| Executive Director | $545 |
| Senior Manager | $540 |
| Manager | $430 |
| Senior | $300 |
| Staff | $170 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

The above fees are inclusive of travel expenses relating to the Nortel Research Triangle location.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

3



*ErNST & YOUNG*

Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.
Nortel Ventures LLC

By: _____

Name: Mr. Timothy Ross
Title: VP – Finance Operations and Corporate Secretary