## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Supplemental Application for an Order (I) Approving the Expansion of the Scope of Employment of Ernst & Young LLP** *Nunc Pro Tunc* **to May 31, 2011, and (II) Further Modifying the Tax Services Agreement** was caused to be made on July 1, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  July 1, 2011                                              */s/ Ann C. Cordo*
                                                                            Ann C. Cordo (No. 4817)

4352197.1